**Fill in this information to identify the case:**

**Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans

**United States Bankruptcy Court for the:** Eastern District of Louisiana

**Case number (if known):** 20-_____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hancock Whitney Bank Indenture Trustee 5328 Government St Baton Rouge LA 70806 | Stephen Edwards stephen.edwards@hancockwhitney.com Tel: 225-248-7464 | Bonds - 2017 Louisiana Public Facilities Authority | ☐ C ☐ U ☐ D | | | $38,590,000.00 |
| 2 | Gallagher Benefit Services Inc 2850 West Golf Rd 5th Floor Rolling Meadows IL 60008 | | Tpa Services | ☐ C ☐ U ☐ D | | | $417,662.00 |
| 3 | Children's Hospital 200 Henry Clay Avenue New Orleans LA 70118 | | Employee Health Claims | ☐ C ☐ U ☐ D | | | $234,517.83 |
| 4 | Optumrx For Rx Claims 2300 Main Street Irvine CA 92614 | | Employee Health Claims | ☐ C ☐ U ☐ D | | | $179,243.66 |
| 5 | Name and Address Intentionally Omitted | | Insurance Claim | ☐ C ☐ U ☐ D | | | $130,000.00 |
| 6 | Ochsner Health System 1514 Jefferson Highway New Orleans LA 70121 | Stephanie Wells swells@ochsner.org | Employee Health Claims | ☐ C ☐ U ☐ D | | | $117,922.00 |
| 7 | Advanced Reconstructive Care 3900 Veterans Memorial Blvd. Suite 200 Metairie LA 70002 | | Employee Health Claims | ☐ C ☐ U ☐ D | | | $64,095.27 |
| 8 | Meitler Consultants, Inc. 39 Beechwood Road Summit NJ 07901 | | Consulting Services | ☐ C ☐ U ☐ D | | | $60,300.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Amerigroup LA<br>5353 Essen Lane<br>Baton Rouge LA 70809 | | Employee Health Claims | ☐ C<br>☐ U<br>☐ D | | | $33,794.39 |
| 10 | LUBA Casualty Insurance Company<br>2351 Energy Drive<br>Suite 2000<br>Baton Rouge LA 70808 | | Insurance Claim | ☐ C<br>☐ U<br>☐ D | | | $30,000.00 |
| 11 | White Oak Consulting<br>88 Melrose Drive<br>Destrehan LA 70047-2008 | | Consulting Services | ☐ C<br>☐ U<br>☐ D | | | $27,012.25 |
| 12 | East Jefferson General Hospital<br>4200 Houma Blvd<br>Metairie LA 70006 | | Employee Health Claims | ☐ C<br>☐ U<br>☐ D | | | $25,574.59 |
| 13 | Badia Moro Hewett Architects LLC<br>2014 Jena Street<br>New Orleans LA 70115 | | Professional Services | ☐ C<br>☐ U<br>☐ D | | | $24,000.00 |
| 14 | Vintage Rock Club<br>1007 Poydras Street<br>New Orleans LA 70112 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $22,208.85 |
| 15 | Corass Electrical Service<br>1411 27th Street<br>Kenner LA 70062 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $19,646.74 |
| 16 | Touro Infirmary Hospital<br>1401 Foucher Street<br>New Orleans LA 70115 | | Employee Health Claims | ☐ C<br>☐ U<br>☐ D | | | $18,350.72 |
| 17 | St Tammany Parish Hospital<br>1202 S Tyler St<br>Covington LA 70433 | | Employee Health Claims | ☐ C<br>☐ U<br>☐ D | | | $18,211.56 |
| 18 | West Jefferson Medical Center<br>1101 Medical Center Blvd<br>Marrero LA 70072 | | Employee Health Claims | ☐ C<br>☐ U<br>☐ D | | | $18,123.88 |
| 19 | Denechaud & Denechaud<br>1010 Common Street<br>Suite 3010<br>New Orleans LA 70112 | Todd Gennardo<br>tgennardo@denechaudlaw.com<br><br>Tel: 504-522-4756 | Professional Services | ☐ C<br>☐ U<br>☐ D | | | $17,969.08 |
| 20 | Entergy<br>639 Loyola Ave<br>Ste 300<br>New Orleans LA 70113 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $15,337.79 |

**Fill in this information to identify the case and this filing:**

**Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans

**United States Bankruptcy Court for the:** Eastern District of Louisiana

**Case number (if known):** 20-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2020
MM/DD/YYYY

✗ /s/ Fr. Patrick R. Carr
Signature of individual signing on behalf of debtor

Fr. Patrick R. Carr
Printed name

Vicar of Finance
Position or relationship to debtor