# ACTION BY UNANIMOUS CONSENT
# OF THE MEMBERSHIP AND BOARD OF DIRECTORS

Effective as of April 30, 2020, the undersigned, being all of the Directors of The Roman Catholic Church of the Archdiocese of New Orleans, a nonprofit corporation organized under the laws of the State of Louisiana (the "Archdiocese"), hereby take the following actions and adopt the following resolutions by written consent:

**WHEREAS**, along with the other members of the Archdiocesan Finance Council and the College of Consultors, the Directors have reviewed and considered the materials and guidance presented by the management, financial, legal, and spiritual advisors of the Archdiocese regarding the assets and liabilities of the Archdiocese, including those liabilities arising or asserted in connection with claims of sexual abuse, the impact of such liabilities on the continuation of the mission of the Archdiocese, and the strategic alternatives available to the Archdiocese; and

**WHEREAS**, the Directors have consulted with the management and the financial and legal advisors of the Archdiocese and fully considered each of the strategic alternatives available to the Archdiocese; and

**WHEREAS**, Most Reverend Gregory M. Aymond, D.D. (the "Archbishop") has sought and obtained the approval of the Archdiocesan Finance Council and the College of Consultors as to the acts, actions, and transactions authorized hereby in accordance with canon 1277 of the Code of Canon Law;

**NOW, THEREFORE, BE IT RESOLVED**, that in order to permit the Archdiocese to continue to fulfill its ministries to the Catholic faithful of the Archdiocese, the Archdiocese shall be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Chapter 11 Case"); and

**FURTHER RESOLVED**, that the Very Reverend Patrick Carr, Third Vice President and Vicar of Finance (the "Authorized Officer") be, and hereby is, authorized to execute and file in the name of, and on behalf of, the Archdiocese all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents, necessary to commence a chapter 11 case and obtain relief under the Bankruptcy Code, and to take any and all action that he deems necessary, proper, and desirable in connection with the Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary operation of the Archdiocese's mission and ministry; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ in the name of, and on behalf of, the Archdiocese the law firm of Jones Walker, LLP to represent the Archdiocese in the Chapter 11

{N4000714.2}

Case, and to take such other further steps that may be necessary to advance the Archdiocese's rights and obligations in connection therewith; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ the firm of Carr, Riggs & Ingram, LLC as financial advisor to, among other things, provide general accounting services, prepare monthly operating reports, and offer such other accounting and financial advisory services as may be requested by the Archdiocese and other professionals employed by the Archdiocese; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ Peter McEnery as appraisal and valuation advisor to assist the Archdiocese in valuing its financial prospects and responding to issues related to the Archdiocese's financial liquidity; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ the firm of Donlin, Recano & Company, Inc. as notice and claims agent to represent and assist the Archdiocese in carrying out its duties under the Bankruptcy Code, and to take such other further steps that may be necessary in furtherance of the Chapter 11 Case; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Archdiocese in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**FURTHER RESOLVED**, that in addition to the foregoing specific authorizations conferred upon the Authorized Officer, the Authorized Officer, and each such other representative of the Archdiocese as the Authorized Officer shall from time to time designate, and any employees or agents designated by or directed by the Authorized Officer or designee, be, and each hereby is, authorized and empowered to take or cause to be taken any and all such further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Officer's (or his designees' or delegates') discretion, may be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of, and on behalf of, the Archdiocese, which acts would have been approved by the foregoing

resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects approved and ratified as the true acts and deeds of the Archdiocese.

| DIRECTORS | DATE SIGNED |
|---|---|
| *(signed)* <br> **Most Reverend Gregory M. Aymond, D.D.** | Apr 23, 20 |
| *(signed)* <br> **Very Reverend Peter O. Akpoghiran, J.C.D.** | 4/25/20 |
| *(signed)* <br> **Most Reverend Fernand J. Cheri, III, O.F.M., V.G.** | 4/25/20 |
| *(signed)* <br> **Very Reverend Patrick Carr** | 4/24/20 |
| *(signed)* <br> Jeffrey J. Entwisle | 4/24/20 |