UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | SECTION "A" |
| ORLEANS, | § | |
| | § | CHAPTER 11 |
| DEBTOR.[1] | § § | |

# OMNIBUS NOTICE OF EXPEDITED HEARING FOR FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the following Expedited First Day Motions (collectively, the "**Motions**") on May 1, 2020:

i) *Expedited Motion for an Order Authorizing the Debtor to File Portions of the Schedules and SOFA, the Master Creditors Mailing Matrix and Other Pleadings and Documents Under Seal* [Docket No. 4]

ii) *Expedited Motion for Interim and Final Orders (a) Authorizing Postpetition Use of Cash Collateral, (b) Granting Adequate Protection to Lender, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief* [Docket No. 5]

iii) *Expedited Motion for Interim and Final Orders (a) Authorizing the Debtor to Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (b) Authorizing the Debtor to Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (c) Scheduling a Final Hearing* [Docket No. 6]

iv) *Debtor's Expedited Motion for (I) an Order Authorizing but Not Directing, the Debtor to Pay Certain Prepetition (A) Wages, Salaries, and Other*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA come the above-captioned debtor and debtor-in-possession (the "**Debtor**")70125.

{N4007441.1}

        *Compensation, (B) Employee Medical and Similar Benefits, and (II) Authorizing, and Directing the Applicable Banks and Financial Institutions to Honor and Pay All Checks and Transfers Associated with the Foregoing* [Docket No. 7]

v)   *Expedited Motion for Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Amounts Due, and (B) Establishing Procedures for Adequate Assurance for Determining Requests, and (C) Scheduling a Final Hearing* [Docket No. 8]

vi)   *Expedited Motion for Entry of (A) Interim and Final Orders (i) Authorizing the Maintenance of Existing Accounts, Continued Use of Existing Cash Management System, and Continued Use of Existing Business Forms, (ii) Waiving the Requirements of Section 345(b) of the Bankruptcy Code, and (iii) Granting Related Relief, and (B) an Order Scheduling a Final Hearing* [Docket No. 9]

vii)   *Expedited Application to Employ Donlin Recano as Claims, Noticing and Solicitation Agent for the Debtor* Nunc Pro Tunc *to the Petition Date* [Docket No. 10]

    **PLEASE TAKE NOTICE** that a telephonic hearing on the Motions will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on May 4, 2020 at 1:00 PM. The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

    **PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motions, or you believe that expedited consideration is not warranted, you must make your objection at the telephonic hearing or file a written objection before the hearing. Otherwise, the Court may treat the Motions as unopposed and grant the relief requested.

    **YOU ARE INVITED TO APPEAR AND PARTICIPATE AS YOU DEEM FIT.**

Dated: May 1, 2020.

Respectfully submitted,

  */s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**PROPOSED ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**