UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

## EX PARTE ORDER AUTHORIZING THE DEBTOR TO LIMIT NOTICE AND ESTABLISHING NOTICE PROCEDURES

**CONSIDERING** the E*x Parte Motion for Entry of An Order Limiting Notice and Establishing Notice Procedures* filed by the Debtor, (the "Motion To Limit Notice"), [ECF Doc. 3], the record of this Chapter 11 Case, and applicable law:

**IT IS ORDERED** that the Motion To Limit Notice is hereby GRANTED; and

**IT IS FURTHER ORDERED** that except as identified below, service of all other pleadings in this case shall be limited to those parties identified in the special notice list (the "Special Notice List"). The Special Notice List includes the following parties, including their respective counsel of record:

  a) the Office of the United States Trustee for the Eastern District of Louisiana;
  b) the debtor(s);
  c) counsel for the debtor(s);
  d) counsel for any official committees;
  e) the debtor(s)' prepetition and post-petition secured lenders, including any other party asserting a security interest in assets of the debtor or their counsel who has appeared in the case;

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

- f) the debtor(s)' twenty (20) largest unsecured creditors (or, in the case of jointly administered cases, the debtors' thirty (30) largest unsecured creditors);
- g) those persons who have formally appeared in the chapter 11 case and requested service pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure;
- h) all applicable governmental agencies to the extent required by the Bankruptcy Rules and the Local Rules; and
- i) any known counsel for (4)–(8).

**IT IS FURTHER ORDERED** that the Special Notice List will be made available by contacting Debtor's counsel directly, and shall be posted on the website for the Claims Noticing Agent at [www.donlinrecano.com/rccano,](www.donlinrecano.com/rccano) subject to court approval of Donlin Recano as the Claims Noticing Agent;

**IT IS FURTHER ORDERED** that when parties other than the Debtor may file objections or other pleadings in this case, such objections or other pleadings must be served on the Special Notice List only;

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 2002, Local Rule 2002-1, and this Court's Chapter 11 Complex Case Procedures, the Debtor is required to serve the following pleadings on all parties in interest:

- a) Notice of the first meeting of creditors pursuant to section 341 of the Bankruptcy Code;
- b) Notice of the time fixed for filing proofs of claim;
- c) Notice of the hearing to consider approval of the disclosure statement and confirmation of a plan;
- d) Notice of the times fixed for filing objections to the disclosure statement and plan;
- e) Notice of the times fixed to submit ballots for accepting or rejecting the plan;
- f) Notice of any hearing on dismissal or conversion of this Chapter 11 Case; and
- g) Notice of any proposed sale of all or substantially all of the Debtor's assets;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and

determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order;

**IT IS FURTHER ORDERED** that pursuant to Local Rule 2002-1(E), Movant shall serve this Order on all parties in interest identified on the creditor matrix, and file a certificate of service to that effect within three (3) business days of entry of this Order.

New Orleans, Louisiana, May 1, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE