# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | Section "A" |
| Debtor.[1] | § § § § | Chapter 11 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                       ) ss:
COUNTY OF KINGS   )

I, Edward A. Calderon declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 1st day of May, 2020, DRC, acting under my supervision, caused a true and accurate copy of the following documents to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

    a) Notice of Designation as Complex Chapter 11 Bankruptcy Case (Docket No. 2);

    b) Ex Parte Motion for an Order Limiting Notice and Establishing Notice Procedures (Docket No. 3);

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

c) Debtor's Expedited Motion for an Order Authorizing the Debtor to File Portions of the Schedules and SOFA, the Master Creditors Mailing Matrix, and Other Pleadings and Documents Under Seal (Docket No. 4);

d) Expedited Motion for Interim and Final Orders (a) Authorizing Postpetition use of Cash Collateral, (b) Granting Adequate Protection to Lender, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief (Docket No. 5);

e) Debtor's Expedited Motion for Interim and Final Orders (a) Authorizing the Debtor to Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (b) Authorizing the Debtor to Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (c) Scheduling a Final Hearing (Docket No. 6);

f) Debtor's Expedited Motion for an Order (I) Authorizing but not Directing, the Debtor to Pay Certain Prepetition (a) Wages, Salaries and Other Compensation, (b) Employee Medical and Similar Benefits, and (II) Authorizing and Directing the Applicable Banks and Financial Institutions to Honor and Pay All Checks and Transfers Associated with the Foregoing (Docket No. 7);

g) Debtor's Expedited Motion for Order (a) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Amounts Due, (b) Establishing Procedures for Adequate Assurance for Determining Requests, and (c) Scheduling a Final Hearing (Docket No. 8);

h) Debtor's Expedited Motion for Entry of (a) Interim and Final Orders Authorizing (I) the Maintenance of Existing Accounts, Continued Use of Existing Cash Management System, and Continued Use of Existing Business Forms, (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief, and (b) an Order Scheduling a Final Hearing (Docket No. 9);

i) Debtor's Expedited Application to Employ Donlin Recano as Claims, Noticing and Solicitation Agent for the Debtor Nunc Pro Tunc to the Petition Date (Docket No. 10);

j) Ex Parte Motion for Expedited Hearing on Expedited First Day Motions (Docket No. 12);

k) Omnibus Notice of Expedited Hearing for First Day Motions (Docket No. 13);

l) Declaration of Fr. Patrick R. Carr in Support of First Day Motions (Docket No. 14);

m) Order Granting Complex Chapter 11 Bankruptcy Case Treatment (Docket No. 18); and

n) Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures (Docket No. 22).

4. On the 1st day of May, 2020, DRC, under my supervision, caused a true and accurate copy of the following documents to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 4; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 5, attached hereto.

   a) Expedited Motion for Interim and Final Orders (a) Authorizing Postpetition use of Cash Collateral, (b) Granting Adequate Protection to Lender, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief (Docket No. 5);

   b) Debtor's Expedited Motion for Interim and Final Orders (a) Authorizing the Debtor to Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (b) Authorizing the Debtor to Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (c) Scheduling a Final Hearing (Docket No. 6);

   c) Debtor's Expedited Motion for an Order (I) Authorizing but not Directing, the Debtor to Pay Certain Prepetition (a) Wages, Salaries and Other Compensation, (b) Employee Medical and Similar Benefits, and (II) Authorizing and Directing the Applicable Banks and Financial Institutions to Honor and Pay All Checks and Transfers Associated with the Foregoing (Docket No. 7);

   d) Debtor's Expedited Motion for Order (a) Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Amounts Due, (b) Establishing Procedures for Adequate Assurance for Determining Requests, and (c) Scheduling a Final Hearing (Docket No. 8);

   e) Debtor's Expedited Motion for Entry of (a) Interim and Final Orders Authorizing (I) the Maintenance of Existing Accounts, Continued Use of Existing Cash Management System, and Continued Use of Existing Business Forms, (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief, and (b) an Order Scheduling a Final Hearing (Docket No. 9);

   f) Ex Parte Motion for Expedited Hearing on Expedited First Day Motions (Docket No. 12);

   g) Omnibus Notice of Expedited Hearing for First Day Motions (Docket No. 13); and

h) Declaration of Fr. Patrick R. Carr in Support of First Day Motions (Docket No. 14);

5. On the 1st day of May, 2020, DRC, under my supervision, caused a true and accurate copy of the following documents to be served via electronic mail upon the parties as set forth in Exhibit 6; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 7; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 8, attached hereto.

   a) Debtor's Expedited Motion for Interim and Final Orders (a) Authorizing the Debtor to Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (b) Authorizing the Debtor to Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (c) Scheduling a Final Hearing (Docket No. 6);

   b) Ex Parte Motion for Expedited Hearing on Expedited First Day Motions (Docket No. 12);

   c) Omnibus Notice of Expedited Hearing for First Day Motions (Docket No. 13); and

   d) Declaration of Fr. Patrick R. Carr in Support of First Day Motions (Docket No. 14).

6. On the 1st day of May, 2020, DRC, under my supervision, caused a true and accurate copy of the following documents to be served via electronic mail upon the parties as set forth in Exhibit 9; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 10; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 11, attached hereto.

   a) Debtor's Expedited Motion for Order (a) Prohibiting Utilities From Altering, Refusing Or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Amounts Due, (b) Establishing Procedures for Adequate Assurance for Determining Requests, and (c) Scheduling a Final Hearing (Docket No. 8);

   b) Ex Parte Motion for Expedited Hearing on Expedited First Day Motions (Docket No. 12);

   c) Omnibus Notice of Expedited Hearing for First Day Motions (Docket No. 13); and

   d) Declaration of Fr. Patrick R. Carr in Support of First Day Motions (Docket No. 14).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of May, 2020, Brooklyn, New York.

By: *Edward A Calderon*
Edward A. Calderon

Sworn before me this
3rd day of May, 2020

*Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021