# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000066P001-1435S-002<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112<br>ALAN.GOODMAN@BSWLLP.COM | 000041P002-1435S-002<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>WAGUESPACK@CARVERDARDEN.COM | 000041P002-1435S-002<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SCULLIN@CARVERDARDEN.COM | 000041P002-1435S-002<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SEGRIST@CARVERDARDEN.COM |
| 000061P001-1435S-002<br>DENECHAUD AND DENECHAUD<br>TODD GENNARDO<br>1010 COMMON ST<br>STE 3010<br>NEW ORLEANS LA 70112<br>TGENNARDO@DENECHAUDLAW.COM | 000043P001-1435S-002<br>HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>STEPHEN EDWARDS<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806<br>STEPHEN.EDWARDS@HANCOCKWHITNEY.COM | 000038P001-1435S-002<br>HELLER DRAPER PATRICK HORN ET AL.<br>DOUGLAS DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130<br>DDRAPER@HELLERDRAPER.COM | 000068P001-1435S-002<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH â€œJEDâ€ CAIN<br>820 Oâ€™KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>SGISLESON@HHKLAWFIRM.COM |
| 000068P001-1435S-002<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH â€œJEDâ€ CAIN<br>820 Oâ€™KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>JCAIN@HHKLAWFIRM.COM | 000067P001-1435S-002<br>MCGLINCHEY STAFFORD PLLC<br>HEATHER LASALLE ALEXIS<br>601 POYDRAS ST.,12TH FLOOR<br>NEW ORLEANS LA 70130<br>HALEXIS@MCGLINCHEY.COM | 000048P001-1435S-002<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121<br>SWELLS@OCHSNER.ORG | 000007P002-1435S-002<br>OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST<br>STE 2110<br>NEW ORLEANS LA 70130<br>AMANDA.B.GEORGE@USDOJ.GOV |
| 000063P001-1435S-002<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130<br>MARY.LANGSTON@USDOJ.GOV | 000042P001-1435S-002<br>RICHARD C TRAHANT<br>ATTORNEY AT LAW<br>2908 HESSMER AVE<br>METAIRIE LA 70002<br>TRAHANT@TRAHANTLAWOFFICE.COM | 000069P001-1435S-002<br>SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119<br>JDENENEA@MIDCITYLAW.COM | 000065P001-1435S-002<br>THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>516 VETERANS BLVD., STE 202<br>METAIRIE LA 70005<br>WGC@BILLCHERBONNIER.COM |
| 000064P001-1435S-002<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130<br>JVASQUEZ@VASQUEZLAWOFFICE.COM | | | |

Records Printed : 17