## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

## ORDER

**CONSIDERING** the *pro se* correspondence received by the Court from Gerard Howell, (the "Correspondence"), [ECF Doc. 70], the Court treats the Correspondence as a Motion to Reconsider ("Motion To Reconsider") this Court's *Order Authorizing Debtor To (A) Pay All Outstanding Pre-Petition Wages, Salaries, Other Accrued Compensation, Expense Reimbursements, Benefits, and Related Amount; and (B) Continue Specified Benefit Programs In The Ordinary Course of Business*, (the "Wage Order"), [ECF Doc. 47]. The Court further treats the Correspondence as a Motion for Expedited Consideration of the Motion To Reconsider, ("Motion For Expedited Consideration"), and orders as follows:

**IT IS ORDERED** that the Motion For Expedited Consideration is GRANTED;

**IT IS FURTHER ORDERED** that the Motion To Reconsider is set for telephonic hearing on an expedited basis on **May 20, 2020, at 4:00 p.m. (CST). The dial-in information is 888-684-8852; Access Code: 9318283;**

**IT IS FURTHER ORDERED** that any response to the Motion To Reconsider shall be filed on the record **not later than May 18, 2020, at 5:00 p.m. (CST)**;

**IT IS FURTHER ORDERED** that this Order shall be served by the Court on *pro se* party in interest, Gerard Howell, by email and by U.S. mail at the email address and physical address

provided in the Correspondence; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

New Orleans, Louisiana, May 14, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE