**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **SECTION "A"** |
| | **CHAPTER 11** |
| **Debtor.** | |

**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

NOW INTO COURT comes David W. Asbach, Acting United States Trustee for Region 5, by and through the undersigned attorney, and pursuant to 11 U.S.C. § 1102(a)(1), hereby gives notice that the following creditors of the Roman Catholic Church of the Archdiocese of New Orleans are among those holding unsecured claims and are willing to be appointed and serve as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. § 1103:

1. [REDACTED] (Acting Chairperson)
2. [REDACTED]
3. [REDACTED]
4. [REDACTED]
5. [REDACTED]
6. [REDACTED]
7. **Hancock Whitney Bank, as Trustee for Louisiana Public Facilities Authority Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 7**
   Attn: Beth Zeigler
   445 N. Blvd., Suite 201
   Baton Rouge, LA 70802
   (225) 248-7467
   Beth.Zeigler@hancockwhitney.com

Dated: May 20, 2020

by: *s/Amanda Burnette George*
AMANDA BURNETTE GEORGE (31642)
Trial Attorney, Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Facsimile no. (504) 589-4096
Amanda.B.George@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that true and correct copies of the foregoing Notice of Appointment of Unsecured Creditors' Committee were served on May 20, 2020, via electronic notification through CM/ECF upon:

Laura F. Ashley on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lashley@joneswalker.com, hstewart@joneswalker.com

C. Davin Boldissar on behalf of Interested Party Locke Lord LLP
dboldissar@lockelord.com, Ashley.Lohr@lockelord.com

Amelia L Bueche on behalf of Creditor L. M.
ahurt@shergarner.com

Elwood F. Cahill, Jr. on behalf of Creditor LCMC Health Entities
ecahill@shergarner.com

William G. Cherbonnier, Jr. on behalf of Interested Party Lauren Theobold
wgc@billcherbonnier.com, laeb.docs@gmail.com;usbcdocs@billcherbonnier.com;caludagroupllc@jubileebk.net

John H. Denenea, Jr. on behalf of Creditor Certain Abuse Victims
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

Douglas S. Draper on behalf of Interested Party Apostolates
dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com;cnobles@hellerdraper.com

Elizabeth J. Futrell on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
efutrell@joneswalker.com, mmontiville@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Soren Erik Gisleson on behalf of Creditor Certain Abuse Victims
sgisleson@hhkc.com, jchauvin@hhkc.com

Alan H. Goodman on behalf of Interested Party Breazeale, Sachse & Wilson, L.L.P.
alan.goodman@bswllp.com, moorek@bswllp.com

Jan Marie Hayden on behalf of Interested Party Ad Hoc Committee of Survivors
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Evan Park Howell, III on behalf of Creditor Paul Calamari
ehowell@ephlaw.com

Lillian Jordan
ljordan@donlinrecano.com, rmapa@donlinrecano.com; nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com

Omer F. Kuebel, III on behalf of Interested Party Locke Lord LLP
rkuebel@lockelord.com, kelly.millet@lockelord.com;Yamille.Harrison@lockelord.com

Heather A. LaSalle on behalf of Creditor Capital One, National Association
halexis@mcglinchey.com, lgraff@mcglinchey.com

Mark C. Landry on behalf of Creditor First Bank and Trust
mlandry@newmanmathis.com, faith@newmanmathis.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Ryan Luminais on behalf of Creditor L. M.
rluminais@shergarner.com

Thomas J. Madigan on behalf of Creditor L. M.
tmadigan@shergarner.com, rtheobold@shergarner.com

Thomas J. Madigan on behalf of Creditor LCMC Health Entities
tmadigan@shergarner.com, rtheobold@shergarner.com

Thomas J. Madigan on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
tmadigan@shergarner.com, rtheobold@shergarner.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis
rmathis@newmanmathis.com

Gerald Edward Meunier on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
gmeunier@gainsben.com, dmartin@gainsben.com

Mark Mintz on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, hstewart@joneswalker.com

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

David Rubin on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017
David.Rubin@butlersnow.com

Stephen P. Scullin on behalf of Creditor Hancock Whitney Bank
scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist on behalf of Creditor Hancock Whitney Bank
segrist@carverdarden.com, clary@carverdarden.com

Ryan M. Seidemann on behalf of Interested Party State of Louisiana, Louisiana Cemetery Board
seidemannr@ag.state.la.us

Lucas Hodgkins Self on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lself@joneswalker.com

Edgar Stewart Spielman on behalf of Creditor Capital One, National Association
sspielman@mcglinchey.com

Roger Stetter on behalf of Creditor Neal Pollet
rastetter47@yahoo.com

Richard Trahant on behalf of Creditor Certain Abuse Victims
trahant@trahantlawoffice.com

R. Patrick Vance on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
pvance@joneswalker.com, nwiebelt@joneswalker.com

David F. Waguespack on behalf of Creditor Hancock Whitney Bank
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

David E. Walle on behalf of Interested Party Catholic Mutual Relief Society
dwalle@bfrob.com

John W. Waters, Jr. on behalf of Interested Party Catholic Mutual Relief Society
jwaters@bfrob.com

Regina S. Wedig on behalf of Interested Party Salesian Society Inc
reginawedig@wediglaw.com, rswedig@hotmail.com

Brittany Rose Wolf-Freedman on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
bwolf@gainsben.com, sburrell@gainsben.com

and by email transmission upon:

1. [REDACTED]
2. [REDACTED]
3. [REDACTED]
4. [REDACTED]
5. [REDACTED]
6. [REDACTED]
7. **Hancock Whitney Bank, as Trustee for Louisiana Public Facilities Authority Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 7**
Attn: Beth Zeigler
445 N. Blvd., Suite 201
Baton Rouge, LA 70802
(225) 248-7467
Beth.Zeigler@hancockwhitney.com

         by: *s/Amanda Burnette George*
         AMANDA BURNETTE GEORGE (31642)
         Trial Attorney, Office of the U.S. Trustee