# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |

---

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of new York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtor and its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Father Patrick Carr, in his capacity as the Third Vice President, Director and Vicar of Finance of the Debtor, has signed the Schedules and Statements. Fr. Carr is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Fr. Carr necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and its advisors. Fr. Carr has not (nor could have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

2. **Description of Case and "as of" Information Date**. On May 1, 2020 (the "**Petition**

**Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in this chapter 11 case.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of April 30, 2020, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the Petition Date.**

In addition, the Debtor owns and operates eight high schools and one special needs school (the "**Archdiocesan Schools**").[1] The Debtor's Schedules and Statements contain information with respect to each of the Archdiocesan Schools to the extent possible and separately classified and identified in the Schedules and Statements to the extent possible.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of the close of business on April 30, 2020, in the Debtor's books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Personal Property–Leased**. In the ordinary course of its business, the Debtor leased various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtor has made reasonable efforts to list all such leases in the Schedules and Statements. The Debtor has made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease

---

[1] The Archdiocesan Schools are (i) the Academy of Our Lady High School, (ii) Archbishop Chappelle High School, (iii) Archbishop Hannan High School, (iv) Archbishop Rummel High School, (v) Archbishop Shaw High School, (vi) Pope John Paul II High School, (vii) St. Charles Catholic High School, (viii) St. Scholastica Academy, and (ix) St. Michael's Special School.

(including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements.  To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.  Solely, for purposes of the Schedules and Statements, the Debtor  defines "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (i) any insider's influence over the control of the Debtor; (ii) the management responsibilities or functions of any such insider; (iii) the decision-making or corporate authority of any such insider; or (iv) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**.   The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Executory Contracts and Unexpired Leases**. The Debtor has not necessarily set forth

executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. The Debtor's executory contracts  and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the Claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

12. **Claims Description**.  Schedules D and E/F permit t h e  Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

13. **Causes of Action**.  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed  or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.     Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.     Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**.   Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation between the Debtor and any affiliate of the Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18. **Setoffs**. The Debtor incurs certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

19. **Confidential Information**.     Pursuant to the *Interim Order Authorizing The Roman Catholic Church For The Archdiocese Of New Orleans To File Portions Of The Schedules And Sofa, The Master Creditor Mailing Matrix, And Other Pleadings And Documents Under Seal* [Docket No. 53], (the "**Seal Order**"), Confidential Information (as defined in the Seal Order) has been redacted on the Schedules and Statements.  Unredacted versions of the Schedules and Statements will be made available to the Office of the United States Trustee and the Bankruptcy Court.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## **Specific Disclosures with Respect to the Debtor's Schedules**

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the close of business on April 30, 2020, unless otherwise noted below. The Debtor has not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on April 30, 2020. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Expedited Motion For Interim And Final Orders (A) Authorizing Postpetition Use Of Cash Collateral, (B) Granting Adequate Protection To Lender, (C) Modifying The Automatic Stay, (D) Scheduling A Final Hearing, And (E) Granting Related Relief* [Docket No. 5] (the "**Cash Management Motion**").

> **Schedule A/B 8**. The Debtor has included in Schedule A/B 8 under prepayments, the prepaid tuition for the 2020/2021 school year as well as payments received for certain special events such as summer camp, which events are to be held post filing.

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables.

> **Schedule A/B 21**. The value of the book store inventory reported in Schedule A/B 21 is valued as of March 30, 2020.

> **Schedule A/B 42**. The Debtor has listed collectables in response to Schedule A/B 42. Unless other disclosed, the value of such collectables is not recorded on the Debtor's financial statements and no current fair market value is available.

> **Schedule A/B 55**. The Debtor has listed owned real property in Schedule A/B 55 based upon information derived from its books and records, local Louisiana parish ad valorem assessments, and limited searches of the public conveyance records in pertinent Louisiana parishes. Addresses are listed for in Schedule A/B 55 for reference only. At this time, the Debtor is unable to assign property values to the real property, and/or improvement values.

> **Schedule A/B 74 & 75**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the Claimant or a waiver of the Debtor's right to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F part 2, based upon the Debtor's books and records as of the Petition Date. Certain claim amounts, such as those relating to medical liability claims, may not be reported in their totality on Schedule E/F due to a delay in processing of up to three months. In addition, due to the COVID 19 pandemic, the Debtor has experienced a delay in processing invoices as a result of not having access to its offices.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein. The Debtor expressly incorporates by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtor's Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and the Debtor has made diligent efforts to ensure the accuracy of the Debtor's Schedule G, inadvertent errors and omissions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not

constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider. The Debtor expressly reserves its right to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G. The Debtor's omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**<u>Schedule H</u>**. For purposes of Schedule H, the Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or guarantees are discovered to have expired or to be unenforceable.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of

whom may assert cross-Claims and counter-Claims against other parties. Because the Debtor has treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for the Debtor's intercompany/affiliate transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtor's employees, has not been included.

The Debtor has included all consulting and payroll distributions and travel, entertainment, and other expense reimbursements made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

Additionally, for the purpose of completeness, the Debtor has listed payments made to the following Archdiocesan Schools. See footnote 1.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein. The Debtor reserves all rights with respect to the suits and proceedings listed in Statement 7, and any claims filed in relation to such suits and proceedings.

**Statement 9**. For the purpose of completeness, the Debtor has listed contributions made to the Archdiocesan Schools. See footnote 1.

**Statement 10**. The Debtor occasionally incurs losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses if such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

**Statement 26d**. The Debtor has provided financial statements in the ordinary course of its business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge or consent or subject to confidentiality agreements, the Debtor has not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**. Unless otherwise indicated in the Debtor's specific response to Statement 30, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans

**United States Bankruptcy Court for the:** Eastern District of Louisiana

**Case number (if known):** 20-10846

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ....................................................

   | UNDETERMINED |
   |---|

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ...................................................

   | $243,419,508.93 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B .....................................................

   | $243,419,508.93 |
   |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   | $47,133,662.17 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

   | $626,458.55 |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   | + $91,169,798.91 |
   |---|

4. **Total liabilities**
   Lines 2 + 3a + 3b ...........................................................................................

   | $138,929,919.63 |
   |---|

| Fill in this information to identify the case: |
|---|
| **Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans |
| **United States Bankruptcy Court for the:** Eastern District of Louisiana |
| **Case number (if known):** 20-10846 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    Cash on hand**

| | | |
|---|---|---|
| 2.1. | CASH ON HAND - ANO RETREAT CENTER | $600.00 |
| 2.2. | CASH ON HAND - ANO RETREAT CENTER - BOOK RACK | $150.00 |
| 2.3. | CASH ON HAND - FAMILY LIFE APOSTOLATE | $300.00 |
| 2.4. | CASH ON HAND- ACCOUNTING OFFICE | $869.21 |
| 2.5. | CASH ON HAND - TULANE CATHOLIC CENTER | $400.00 |
| 2.6. | CASH ON HAND - HISPANIC APOSTOLATE | $500.00 |
| 2.7. | CASH ON HAND - STELLA MARIS | $2,000.00 |
| 2.8. | CASH ON HAND - HIGH SCHOOLS | $7,013.96 |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1.[1] | HANCOCK WHITNEY $41,895,000 LPFA REFUNDING BONDS (ARCHDIOCESE OF NEW ORLEANS PROJECT) SERIES 2017 PRINCIPAL FUND P.O. BOX 4019 GULFPORT MS 39502-4019 | DEBT SERVICE | 0989 | $833.13 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.2.[2] | HANCOCK WHITNEY $41,895,000 LPFA REFUNDING BONDS (ARCHDIOCESE OF NEW ORLEANS PROJECT) SERIES 2017 INTEREST FUND P.O. BOX 4019 GULFPORT MS 39502-4019 | DEBT SERVICE | 0970 | $33,390.59 |
| 3.3.[3] | FIRST BANK & TRUST ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS PAYROLL ACCT P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (PAYROLL) | 9614 | $0.00 |
| 3.4.[4] | HANCOCK WHITNEY THE ROMAN CATHOLIC CHURCH OF THE ARCHIDOCESE OF NEW ORLEANS P.O. BOX 4019 GULFPORT MS 39502-4019 | CHECKING (OPERATING) | 2118 | $3,383,916.17 |
| 3.5.[5] | FIRST BANK & TRUST ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING | 9680 | $231,627.50 |
| 3.6.[6] | FIRST BANK & TRUST ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS BUSINESS CHECK CARD ACCT P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKCARD | 9625 | $1,864.12 |
| 3.7.[7] | CAPITAL ONE ARCHDIOCESAN INSURANCE ACCOUNT P.O. BOX 61540 NEW ORLEANS LA 70161 | COMMERCIAL CHECKING | 3664 | $282,385.19 |
| 3.8.[8] | CAPITAL ONE THE ROMAN CATHOLIC CHURCH OF THE ARCHIDOCESE OF NEW ORLEANS CARE AND COMPASSION ACCOUNT. P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING - CARE AND COMPASSION ACCOUNT | 2402 | $2,725.44 |
| 3.9.[9] | LIBERTY BANK ARCHDIOCESE OF NEW ORLEANS P.O. BOX 60131 NEW ORLEANS LA 70160-0131 | SAVINGS | 5245 | $111,560.97 |
| 3.10.[10] | HANCOCK WHITNEY THE ROMAN CATHOLIC CHURCH OF THE ARCHIDOCESE OF NEW ORLEANS EMPLOYEE INSURANCE FUND P.O. BOX 4019 GULFPORT MS 39502-4019 | CHECKING (EMPLOYEE INSURANCE) | 0766 | $200,782.58 |
| 3.11.[11] | BMO HARRIS BANK THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS UMR INC C/F PMT OF CLAIMS P.O. BOX 755 CHICAGO IL 60690 | CORPORATE CHECKING (EMPLOYEE INSURANCE) | 8597 | $935,577.57 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

**3.**        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.12.[12] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $3,147,062.00 |
| 3.13.[13] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $1,194,697.00 |
| 3.14.[14] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $3,285,848.00 |
| 3.15.[15] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $4,133,818.00 |
| 3.16.[16] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $3,298,017.00 |
| 3.17.[17] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $2,679,421.00 |
| 3.18.[18] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $2,680,412.00 |
| 3.19.[19] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $411,625.00 |
| 3.20.[20] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $5,218.00 |
| 3.21.[21] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $2,151,553.00 |
| 3.22.[22] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $1,243,436.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.23.[23] | HANCOCK WHITNEY THE ROMAN CATHOLIC CHURCH OF THE ARCHIDOCESE OF NEW ORLEANS RETIREMENT ACCOUNT P.O. BOX 4019 GULFPORT MS 39502-4019 | CHECKING | 2718 | $496,304.12 |
| 3.24.[24] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - OPERATING P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING (OPERATING) | 9250 | $387,327.58 |
| 3.25.[24] | CAPITAL ONE BANK ST. LOUIS CATHDRAL - CATHOLIC CULTURAL HERITAGE CENTER P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING (OPERATING) | 3736 | $461,293.84 |
| 3.26.[25] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - CAMBON MUSIC P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING | 3604 | $91,938.60 |
| 3.27.[26] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - ST. ANTHONY GARDEN P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING | 3744 | $161,495.50 |
| 3.28.[27] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - GIFT SHOP P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING | 3728 | $32,454.08 |
| 3.29.[24] | HANCOCK WHITNEY OUR LADY OF GUADALUPE P.O. BOX 4019 GULFPORT MS 39502-4019 | CHECKING (OPERATING) | 4318 | $41,513.33 |
| 3.30.[28] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING | 1514 | $476,883.45 |
| 3.31.[29] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 1745 | $26,535.10 |
| 3.32.[30] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 2809 | $42,084.40 |
| 3.33.[31] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3293 | $0.08 |
| 3.34.[32] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 4967 | $425,665.06 |
| 3.35.[28] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0184 | $36,352.44 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.36.[33] | FIRST BANK & TRUST<br>ARCHBISHOP CHAPELLE HIGH<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | PAYROLL (PPP) | 5667 | $436,619.90 |
| 3.37.[34] | FIFTH DISTRICT SAVINGS BANK<br>ACADEMY OF OUR LADY<br>4000 GENERAL DE GAULLE DRIVE<br>NEW ORLEANS LA 70114 | MONEY MARKET ACCOUNT | 6344 | $178,572.21 |
| 3.38.[35] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | TUITION MANAGEMENT CHECKING | 1492 | $1,357,692.09 |
| 3.39.[36] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | TUITION MANAGEMENT CHECKING | 7654 | $0.00 |
| 3.40.[37] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | BUSINESS SAVINGS | 6054 | $1,004,197.63 |
| 3.41.[38] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | TUITION FUNDED | 0011 | $0.00 |
| 3.42.[34] | REGIONS<br>ACADEMY OF OUR LADY<br>2098 BARATARIA BLVD.<br>MARRERO LA 70072 | BUSINESS CHECKING | 6073 | $143,307.83 |
| 3.43.[30] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 8545 | $299,607.81 |
| 3.44.[39] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 8501 | $816.37 |
| 3.45.[30] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION SAVINGS ACCOUNT | 8861 | $670,836.31 |
| 3.46.[40] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0079 | $53,377.62 |
| 3.47.[41] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | ESCROW ACCOUNT | 5700 | $444,578.74 |
| 3.48.[42] | CHASE<br>POPE JOHN PAUL II HIGH SCHOOL<br>1943 E GAUSE BLVD.<br>SLIDELL LA 70461 | BUSINESS CHECKING | 8055 | $186,063.30 |
| 3.49.[43] | FIRST BANK & TRUST<br>POPE JOHN PAUL II HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0271 | $61,678.82 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

**3.**       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.50.[44] | FIRST BANK & TRUST POPE JOHN PAUL II HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION SAVINGS ACCOUNT | 3199 | $322,169.32 |
| 3.51.[45] | FIRST BANK & TRUST POPE JOHN PAUL II HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 4242 | $524,945.70 |
| 3.52.[46] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | DAY CAMP (BUSINESS CHECKING) | 2887 | $19,622.87 |
| 3.53.[47] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | MERCHANT (BUSINESS CHECKING) | 2876 | $2,241.63 |
| 3.54.[48] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | OLINE ADVANCEMENT (BUSINESS CHECKING) | 2832 | $5,071.09 |
| 3.55.[49] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | ONLINE BAND (BUSINESS CHECKING) | 2854 | $1,972.62 |
| 3.56.[50] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | ONLINE FUNDRAISING (BUSINESS CHECKING) | 2865 | $1,707.27 |
| 3.57.[51] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | ONLINE STUDENT SERVICES (BUSINESS CHECKING) | 2843 | $5,741.04 |
| 3.58.[52] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | ONLINE TUITION/FEES (BUSINESS CHECKING) | 2777 | $739,669.78 |
| 3.59.[53] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | OPERATING (COMM INTEREST CHECKING) | 2799 | $148,003.14 |
| 3.60.[54] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | PAYROLL (BUSINESS CHECKING) | 2821 | $588,958.59 |
| 3.61.[55] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0431 | $337,627.56 |
| 3.62.[56] | FIRST BANK & TRUST ARCHBISHOP RUMMEL HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | BLACK AND GOLD MMA COMMERCIAL ACCOUNT | 2755 | $733,169.80 |
| 3.63.[57] | FIRST BANK & TRUST ST. CHARLES CATHOLIC SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0437 | $59,762.96 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.64.[58] | FIRST BANK & TRUST<br>ST. CHARLES CATHOLIC SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3063 | $1,681,146.63 |
| 3.65.[59] | FIRST BANK & TRUST<br>ST. CHARLES CATHOLIC SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | PAYROLL (PPP) | 5678 | $534,272.50 |
| 3.66.[60] | FIRST AMERICAN BANK<br>ST. CHARLES CATHOLIC SCHOOL<br>124 BELLE TERRE BLVD.<br>LAPLACE LA 70068 | OPERATING (CHECKING) | 0502 | $211,589.54 |
| 3.67.[61] | FIRST AMERICAN BANK<br>ST. CHARLES CATHOLIC SCHOOL<br>124 BELLE TERRE BLVD.<br>LAPLACE LA 70068 | PAYROLL (CHECKING) | `1377 | $84.14 |
| 3.68.[62] | FIRST NATIONAL BANK USA<br>ST. CHARLES CATHOLIC SCHOOL<br>377 BELLE TERRE BLVD.<br>LAPLACE LA 70068 | BUSINESS CHECKING | 7036 | $27,016.29 |
| 3.69.[63] | FIRST BANK & TRUST<br>ARCHBISHOP SHAW HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 2440 | $15,729.16 |
| 3.70.[64] | FIRST BANK & TRUST<br>ARCHBISHOP SHAW HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3085 | $269,162.40 |
| 3.71.[65] | FIRST BANK & TRUST<br>ARCHBISHOP SHAW HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0007 | $59,470.72 |
| 3.72.[66] | FIRST BANK & TRUST<br>ARCHBISHOP SHAW HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 9162 | $236,140.41 |
| 3.73.[67] | FIRST BANK & TRUST<br>ARCHBISHOP SHAW HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 2429 | $664,547.63 |
| 3.74.[68] | CAPITAL ONE BANK<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 61540<br>NEW ORLEANS LA 70161 | CHECKING (ATHLETIC ASSOCIATION) | 3106 | $25,378.35 |
| 3.75.[68] | CAPITAL ONE BANK<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 61540<br>NEW ORLEANS LA 70161 | CHECKING (PARENTS AND FRIENDS CLUB) | 6217 | $33,527.11 |
| 3.76.[39] | CAPITAL ONE BANK<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 61540<br>NEW ORLEANS LA 70161 | BUSINESS ANALYZED CHECKING | 4776 | $300,415.45 |
| 3.77.[69] | FIRST BANK & TRUST<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 8457 | $119,659.52 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | | Case number *(if known)* **20-10846** |

**3.        Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.78.[70] | FIRST BANK & TRUST<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0067 | $15,654.23 |
| 3.79.[71] | HOME BANK<br>ST. SCHOLASTICA ACADEMY<br>1750 N. COLUMBIA STREET<br>COVINGTON LA 70433 | COMMERICAL | 3065 | $685,889.54 |
| 3.80.[33] | HOME BANK<br>ST. SCHOLASTICA ACADEMY<br>1750 N. COLUMBIA STREET<br>COVINGTON LA 70433 | PAYROLL (PPP) | 4366 | $380,486.17 |
| 3.81.[72] | RAYMOND JAMES<br>ST. SCHOLASTICA ACADEMY<br>1540W CAUSEWAY APPROACH<br>MANDEVILLE LA 70471 | CHECKING | 2054 | $4,882.28 |
| 3.82.[73] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3693 | $121,379.02 |
| 3.83.[74] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | BUSINESS CHECKING | 1481 | $7,242.60 |
| 3.84.[75] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 9129 | $292,566.52 |
| 3.85.[39] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | COMMERICAL | 9602 | $0.00 |
| 3.86.[76] | GULF COAST BANK & TRUST COMPANY<br>ST. MICHAEL'S SPECIAL SCHOOL<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | CHECKING (TUITION MANAGEMENT) | 3404 | $115,700.27 |
| 3.87.[77] | HANCOCK WHITNEY<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 4019<br>GULFPORT MS 39502-4019 | CHECKING | 1509 | $366,497.00 |

[1]LPFA 2017 BONDS DEBT SERVICE ACCOUNT - PRINCIPAL

[2]LPFA 2017 BONDS DEBT SERVICE ACCOUNT - INTEREST

[3]EMPLOYEE PAYROLL ACOUNT. IT IS FUNDED FROM THE WHITNEY OPERATING ACCOUNT.

[4]OPERATING ACCOUNT FOR THE ARCHDIOCESE AND THIS ACCOUNT IS ALSO USED FOR TRANSFERS IN AND OUT OF DEPOSIT AND LOAN FUND.

[5]MAINLY USED FOR ONLINE AND CREDIT CARD GIVING. THIS IS LINKED TO THE VARIOUS MERCHANT PROCESSING. FUNDS BUILD UP FROM DONATIONS IN THIS ACCUNT AND THEN ARE TRANSFERRED TO THE OPERATING ACCOUNT. THIS ACCOUNT ALSO RECIVES REIMBURSEMENTS FROM THE EBT.

[6]THIS IS A PREFUNDED DEBIT CARD THAT IS USED FOR ARCHBISHOP'S RESIDENCE OPERATING EXPENSES. A SMALL BALANCE IS MAINTAINED AND IT IS FUNDED PERIODICALLY.

[7]THIS ACCOUNT IS USED TO PAY NON-HEALTH CAPTIVE INSURANCE CLAIMS- FUNDED FROM WHITNEY OPERATING.

[8]THIS ACCOUNT IS USED FOR CARE & COMPASSION PROGRAM ONLY - FUNDED FROM WHITNEY OPERATING.

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans** Case number *(if known)* **20-10846**

[9]NO ACTIVITY OTHER THAN INTEREST EARNED.

[10]THIS ACCOUNT IS USED FOR HEALTH INSURANCE (PREMIUMS COLLECTED AND PAYS CLAIMS AND ADMIN EXP) - DEPENDING ON TIMING OF ACTIVITY, THIS ACCOUNT SOMETIMES HAS TO BE FUNDED FROM OPERATING ACCOUNT.

[11]THIS ACCOUNT IS REQUIRED BY UMR. AN IMPREST BALANCE OF $470,000 IS REQUIRED TO BE MAINTAINED. EACH WEEK FUNDS ARE DRAFTED BY UMR FOR CLAIMS DIRECTLY FROM THE EMPLOYEE INSURANCE FUND.

[12]THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THE ARCHDIOCESE' BALANCE IS $3,147,062 AND THE REMAINING FUNDS $65,003,333 ARE PART OF THE DEPOSIT AND LOAN FUND.

[13]ST. LOUIS CATHEDRAL (SLC) BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE REPRESENTS SLC'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[14]ACADEMY OF OUR LADY HIGH SCHOOL (AOL) BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE REPRESENTS AOL'S ACCOUNT BALANCE IN THE DEPOSIT AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[15]CHAPELLE HIGH SCHOOL BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE REPRESENTS CHAPELLE'S ACCOUNT BALANCE IN THE DEPOSIT AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[16]ARCHBISHOP HANNAN HIGH SCHOOL BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE IS HANNAN'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[17]ARCHBISHOP RUMMEL HIGH SCHOOL BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE IS RUMMEL'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[18]ARCHBISHOP SHAW HIGH SCHOOL BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE IS SHAW'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[19]POPE JOHN PAUL II HIGH SCHOOL (PJP) BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $411,625. THIS BALANCE IS PJP'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[20]ST. CHARLES CATHOLIC HIGH SCHOOL (SCC) BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE IS SCC'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[21]ST. MICHAEL SPECIAL SCHOOL (SMSS) BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE IS SMSS'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[22]ST. SCHOLASTICA HIGH SCHOOL'S (SSA) BALANCE ON DEPOSIT IN THE DEPOSIT AND LOAN FUND. THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THIS BALANCE IS SSA'S ACCOUNT BALANCE IN THE DEPOST AND LOAN FUND PORTFOLIO B BROKERAGE ACCOUNT IN THE NAME OF THE ARCHDIOCESE.

[23]ACCOUNT IS USED FOR 401(K) CONTRIBUTIONS FOR ARCHDICOESAN ENTITIES THAT PARTICPATE IN THE 401(K) PLAN OF THE ARCHDIOCESE. THE ENTIRE BALANCE IS FUNDS HELD FOR OTHERS. EACH TIME AN ENTITY PROCESS PAYROLL, THE EMPLOYER AND EMPLOYEE CONTRIBUTIONS ARE DRAFTED INTO THIS ACCOUNT. THE AMOUNTS ARE THEN WIRED TO VOYA (TPA FOR THE 401(K) PLAN).

[24]CHECKING OPERATING

[25]CHECKING CAMBONE ACCOUNT

[26]CHECKING - ST. ANTHONEY GARDEN ACCT

[27]CHECKING - SOUVENIR SHOP

[28]OPERATING CURRENT YEAR

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

[29]ENDOWNMENT

[30]OPERATING

[31]GAMING

[32]NEW YEAR OPERATING

[33]PPP LOAN

[34]FUNDRAISING, PARENT PARTNERSHIP - FOR DEPT. WISHLISTS, CLASS IMPROVMENTS, SUPPLEMENTAL TEACHERS' MATERIAL, SMALL AND MEDIUM SIZED SCHOOL IMPROVMENTS

[35]DAILY OPERATIONS OF THE SCHOOL

[36]ZERO ACCOUNT FOR PAYROLL TRANSFERS

[37]TO COVER PAYROLL AND OPERATIONS OF THE SCHOOL

[38]TUITION LOANS OUTSTANDING 2019-2020 - FOR OPERATING AND PAYROLL WHEN RECEIVED

[39]PAYROLL

[40]TUITION RESERVE (COLLATERAL FOR TUITION LOANS)

[41]PPP LOAN ESCROW ACCOUNT (PAYROLL)

[42]DAILY OPERATIONS/PAYROLL

[43]RESERVE LOAN

[44]SAVINGS

[45]CHECKING

[46]REGISTRATION INCOME AND FOR ALL CAMPS-SCHOOL YEAR AND SUMMER-AND EXPENSES FOR SUMMER CAMP.

[47]ONLINE STUDENT PAYMENTS FOR BOOKSTORE ACCOUNTS; IN HOUSE CREDIT CARD PAYMENTS FOR VARIOUS ACTIVITIES-TUITION, FEES, STUDENT ACTIVITIES, ETC.

[48]RECEIVES ALL ONLINE DONATIONS PROCESSED THROUGH OUR DEVELOPMENT SOFTWARE-NEON

[49]ONLINE STUDENT PAYMENTS OF DISNEY AND BAND CAMP PAYMENTS

[50]USED WHEN NEEDED FOR FUNDRAISING ONLINE OTHER THAN ANNUAL GIVING AND CELEBRITY WAITERS

[51]RECEIVES ONLINE DEPOSITS THROUGH FACTS FOR STUDENT LUNCH ACCOUNTS

[52]FOR TUITION PAYMENTS FOR FOLLOWING YEAR TO SEGREGATE

[53]REGULAR DEPOSITS AND EXPENSE PAYMENTS

[54]MONTHLY AND WEEKLY PAYROLLS AND RELATED EXPENSES

[55]BORROWER LOAN FUNDS BOOKED HERE; FUNDS RELEASED TO MONEY MANAGER AS PAYMENTS MADE; BALANCE REDUCED FOR CANCELS AND REDUCTIONS OF LOANS; CANNOT ACCESS FOR ACTIVITY

[56]BANK LOAN BORROWERS' TUITION DISBURSEMENTS FROM RESERVE ACCOUNT.

[57]THIS BANK ACCOUNT IS ACCOUNTED FOR ON THE SCHOOL'S BOOKS AS TUITION LOAN RECEIVABLE. THIS ACCOUNT RECEIVES THE FUNDING FROM FABT TUITION LOANS OBTAINED BY PARENTS WHO DO NOT PAY IN TUITION IN FULL. THE BALANCE IN THIS ACCOUNT IS THEN REDUCED THROUGHOUT THE FISCAL YEAR VIA TRANSFERS TO THE FABT OPERATING ACCOUNT EQUAL TO LOAN PRINCIPAL REPAYMENTS. THIS ACCOUNT RECEIVES THE AGREED UPON SHARED LOAN INTEREST MONTHLY AND THIS AMOUNT IS ALSO TRANSFERRED OUT. LOAN CHARGEBACK WIL ALSO REDUCR THE ACCOUNT BALANCE.

[58]THIS ACCOUNT RECEIVES ONLINE ACH AND CREDIT/DEBIT CARD PAYMENTS FROM PARENTS FOR TUITION/FEES. ALSO RECEIVES FUNDS FROM THE FABT TUITION RESERVE ACCOUNT WHICH IS TRANSFERRED TO THIS ACCOUNT AS TUITION LOAN PAYMENTS ARE COLLECTED

[59]PAYROLL AND UTILITIES (PPP)

[60]PRIMARY CHECKING ACCT FOR THE SCHOOL, UTILIZED TO PAY OPERATING EXPENSES. FUNDS RECEIVED ARE PRIMARILY EVERYTHING OTHER THAN TUITION, ALTHOUGH DOES RECEIVE FUNDS VIA CHECK/CASH FOR TUITION FROM SOME PARENTS. ALSO RECEIVES FUNDS TRANSFERRED FROM THE SCHOOL'S FABT OPERATING ACCOUNT DURING THE SECOND HALF OF THE FISCAL YEAR

[61]THIS ACCOUNT FUNDS THE SCHOOL'S PAYROLL AND ALSO PAYS PAYROLL TAXES WITHHELD. IN ADDITION THE ACCOUNT PAYS THIRD PARTIES FOR RETIREMENT AND OTHER BENEFIT PAYROLL WITHHOLDINGS AND/OR RELATED EXPENSES OF THE SCHOOL. FUNDS RECEIVED HERE ARE TRANSFERRED FROM THE SCHOOL'S OPERATING ACCTS.

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

[62]THIS ACCOUNT HOLDS NET FUNDRAISING MONEY GENERATED BY THE SCC QB CLUB. ACTIVITY IS RECEIPTS FROM FUNDRAISING AND USE OF THOSE FUNDS PRIMARILY TO SUPPORT THE FOOTBALL TEAM BUT SOME OD THE MONEY IS OCCASIONALLY USED FOR TO SUPPORT OTHER SCHOOL SPORTS. THE NET AMOUNT IS ALWAYS OFFSET BY AN AGENCY ACCOUNT LIABILITY.

[63]PAYROLL/TAXES

[64]CURRENT YEAR TUITION

[65]TUITION LOANS CURRENT YEAR

[66]MM/OPERATING YEAR

[67]GENERAL OPERATING

[68]SCHOOL CLUB FEES

[69]LOAN RECEIPTS

[70]LOAN PAYMENTS STILL DUE FROM PARENTS

[71]ACCOUNTS PAYABLE ESTIMATES

[72]PART OF CUSTODIAN-MANAGED FUNDS

[73]CHECK WRITING

[74]RECEIVING PAYPAL

[75]HOLDING FUNDS

[76]RECEIVING FACTS REMITTANCES

[77]HOLDING CAPITAL FUNDS

**4.**   **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**   **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$46,603,900.49

**Part 2:**   **Deposits and prepayments**

**6.**   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.**   **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.   RETAINER BALANCE - PROFESSIONAL SERVICES | $880.00 |
| CARR RIGGS & INGRAM, LLC<br>111 VETERANS BLVD.<br>SUITE 350<br>METAIRIE LA 70005 | |
| 7.2.   RETAINER BALANCE - PROFESSIONAL SERVICES | $9,169.00 |
| DONLIN RECANO & COMPANY, INC.<br>6201 15TH AVENUE<br>BROOKLYN NY 11219 | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

**7.**      **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.3. | RETAINER BALANCE - PROFESSIONAL SERVICES | $101,390.94 |
| | JONES WALKER, LLP<br>201 ST. CHARLES AVE.<br>SUITE 5100<br>NEW ORLEANS LA 70170 | |
| 7.4. | DEPOSITS FOR FUTURE FUNCTIONS | $22,208.85 |
| | VINTAGE ROCK CLUB<br>1007 POYDRAS STREET<br>NEW ORLEANS LA 70062 | |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID TUITION AND REGISTRATION FEES<br>ACADEMY OF OUR LADY | $1,423,306.92 |
| 8.2. | PREPAID TUITION AND REGISTRATION FEES<br>ARCHBISHOP CHAPELLE HIGH SCHOOL | $1,389,920.82 |
| 8.3. | PREPAID TUITION AND REGISTRATION FEES<br>ARCHBISHOP HANNAN HIGH SCHOOL | $557,606.35 |
| 8.4. | PREPAID TUITION AND REGISTRATION FEES<br>ARCHBISHOP RUMMEL HIGH SCHOOL | $718,223.00 |
| 8.5. | PREPAID TUITION AND REGISTRATION FEES<br>ARCHBISHOP SHAW HIGH SCHOOL | $338,667.76 |
| 8.6. | STUDENT ACCIDENT<br>BOLLINGER SPECIALTY GROUP | $88,418.50 |
| 8.7. | UMBRELLA PROPERTY INSURANCE COVERAGE<br>CATHOLIC UMBRELLA POOL | $38,581.50 |
| 8.8. | PREPAID TUITION AND REGISTRATION FEES<br>POPE JOHN PAUL HIGH SCHOOL | $177,800.00 |
| 8.9. | PREPAID TUITION AND REGISTRATION FEES<br>ST CHARLES CATHOLIC HIGH SCHOOL | $185,330.00 |
| 8.10. | PREPAID TUITION AND REGISTRATION FEES<br>ST MICHAEL SPECIAL SCHOOL | $134,617.54 |
| 8.11. | PREPAID TUITION AND REGISTRATION FEES<br>ST SCHOLATISTCA ACADEMY | $418,987.60 |
| 8.12. | MISCELLANEOUS OTHER PREPAYMENTS<br>VARIOUS | $24,856.90 |
| 8.13. | MISCELLANEOUS OTHER PREPAYMENTS - HIGH SCHOOLS<br>VARIOUS | $225,219.85 |
| 8.14. | FLOOD<br>WRIGHT NATIONAL FLOOD INSURANCE COMPANY | $668,043.41 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

**9.**   **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

| $6,523,228.94 |

---

| **Part 3:** | **Accounts receivable** |

**10.**   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

**11.**   **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a.[1] | 90 days old or less: | $11,764,814.00 | - $0.00 | = ........ → | $11,764,814.00 |
| 11a.[2] | 90 days old or less: | $187,555.00 | - $0.00 | = ........ → | $187,555.00 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b.[1] | Over 90 days old: | $4,893,494.00 | - $1,950,000.00 | = ........ → | $2,943,494.00 |
| 11b.[2] | Over 90 days old: | $1,316,833.00 | - $158,121.00 | = ........ → | $1,158,712.00 |

**12.**   **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $16,054,575.00 |

[1]ANO/PARISHES AS OF 4/30/20

[2]9 HIGH SCHOOLS AS OF 4/30/20

---

| **Part 4:** | **Investments** |

**13.**   **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| | | |
|---|---|---|
| 14.1.[1] 9 SCHOOLS - POOLED INVESTMENT PORTFOLIO A (VARIOUS EXCHANGE TRADED FUNDS AND ALTERNATIVE INVESTMENTS) HANCOCK WHITNEY BANK CORPORATE TRUST DIVISION 228 ST. CHARLES AVENUE NEW ORLEANS LA 70130 | Ownership interest in fair market value of traded securities for liquid investments and valuations from investment fund managers for semi-liquid/ill-liquid investments | $5,288,109.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 14.2.[2] | HIGH SCHOOLS (ST. SCHOLASTICA ACADEMY) RAYMOND JAMES & ASSOCIATES, INC. 1540 W. CAUSEWAY APPROACH MANDEVILLE LA 70471 | Investment in publicly traded equities - 3000 shares of Hornbeck Offshore Services Incorp. | $60.00 |
| --- | --- | --- | --- |
| 14.3.[3] | ST. LOUIS CATHEDRAL ACCOUNTS/CATHOLIC CULTURAL CENTER OF NO-POOLED INVESTMENT PORTFOLIO A (VARIOUS EXCHANGE TRADED FUNDS AND ALTERNATIVE INVESTMENTS) - HANCOCK WHITNEY BANK CORPORATE TRUST DIVISION 228 ST. CHARLES AVENUE NEW ORLEANS LA 70130 | Ownership interest in fair market value of traded securities for liquid investments and valuations from investment fund managers for semi-liquid/ill-liquid investments | $871,495.00 |
| 14.4.[4] | THE ARCHDIOCESE OF NEW ORLEANS CUSTODY ACCOUNTS - POOLED INVESTMENT PORTFOLIO A (VARIOUS EXCHANGE TRADED FUNDS AND ALTERNATIVE INVESTMENTS) - ANO ACCOUNTS ONLY HANCOCK WHITNEY BANK CORPORATE TRUST DIVISION 228 ST. CHARLES AVENUE NEW ORLEANS LA 70130 | Ownership interest in fair market value of traded securities for liquid investments and valuations from investment fund managers for semi-liquid/ill-liquid investments | $82,649,712.00 |

[1]REPRESENTS THE VALUE OF THE UNITS OWNED BY THE HIGH SCHOOLS (UNDER THE ARCHDIOCESE) HELD IN THE POOLED INVESTMENT PORTFOLIO A (~87% LIQUID, 13% SEMILIQUID/ILLLIQUID)

[2]PUBLICLY TRADED STOCK - 3,000 SHARES OF HOSS (TICKER)

[3]REPRESENTS THE VALUE OF THE UNITS OWNED BY ST. LOUIS CATHDRAL (UNDER THE ARCHDIOCESE) HELD IN THE POOLED INVESTMENT PORTFOLIO A (~87% LIQUID, 13% SEMILIQUID/ILLLIQUID)

[4]REPRESENTS THE VALUE OF THE UNITS OWNED BY ANO ADMINISTRATIVE OFFICES HELD IN THEPOOLED INVESTMENT PORTFOLIO A (~87% LIQUID, 13% SEMILIQUID/ILLLIQUID).

**15.       Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
| --- | --- | --- | --- | --- |
| 15.1.[1] | ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. 7887 WALMSLEY AVENUE NEW ORLEANS LA 70125 | 100.00% | Members' Equity Value per Unaudited F/S at 4/30/20 | $3,392,533.00 |
| 15.2.[2] | HOLY TRINITY DRIVE LAND CORPORATION 7887 WALMSLEY AVENUE NEW ORLEANS LA 70125 | 100.00% | Net equity investment (equity interest) in entity at 4/30/20 | $2,549,652.00 |
| 15.3.[3] | ST. TAMMANY CATHOLIC CEMETARY 7887 WALMSLEY AVENUE NEW ORLEANS LA 70125 | 100.00% | Net equity investment (equity interest) in entity at 4/30/20 | $4,515,102.00 |

[1]INSURANCE CAPTIVE - THE COMPANY PROVIDES VARIOUS INSURANCE COVERAGES TO THE ARCHDIOCESE AND ITS AFFILIATES. NET EQUITY INVESTMENT AT 4/30/20

[2]501(C ) 3, ARCHBISHOP IS PRESIDENT OF CORPORATION. THE COMPANY LEASES A PARCEL OF PROPERTY FOR THE DEVELOPMENT AND OPERATION OF A NURSING HOME. NOTE THAT THIS NET EQUITY BALANCE INCLUDES A BUILDING LOAN FROM THE ARCHDIOCESE OF $574,774 FROM THE DEPOSIT AND LOAN FUND.

[3]501(C ) 3, ARCHBISHOP IS PRESIDENT OF CORPORATION. THE COMPANY OWNS, ADMINISTER AND OPERATE CEMETARIES WITHIN THE ARCHDIOCESE OF NEW ORLEANS, TO BUILD MAUSOLEUMS, TOMBS, AND IN GENERAL TO UNDERTAKE, OPERATE, AND MAINTAIN ALL PHASES IN CONNECTION WITH BURIAL, MANAGEMENT OF CEMETARIES.NOTE THAT THIS NET EQUITY BALANCE INCLUDES A BUILDING LOAN FROM THE ARCHDIOCESE OF $1,214,055 FROM THE DEPOSIT AND LOAN FUND.

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

**16.**     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe

16.1.   _____   _____   $_____

**17.**     **Total of part 4**

    Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| $99,266,663.00 |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.**   **Raw materials**

19.1.   _____   _____   $_____   _____   $_____

**20.**   **Work in progress**

20.1.   _____   _____   $_____   _____   $_____

**21.**   **Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21.1. BOOK STORE INVENTORY - HIGH SCHOOLS | UNDETERMINED | $181,265.00 | COST | $140,739.54 |

**22.**   **Other inventory or supplies**

22.1.   _____   _____   $_____   _____   $_____

**23.**   **Total of part 5**

    Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $140,739.54 |

**24.**   **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.**   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.  Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.  Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1.  OWNED[1] | $185,473.00 | Net Book Value | $185,473.00 |
| 39.2.  OWNED[2] | $64,224.00 | Net Book Value | $64,224.00 |

[1]ARCHDIOCESE OF NEW ORLEANS - ADMINISTRATIVE OFFICES, ST. LOUIS CATHDERAL, OUR LADY OF GUADALOUPE

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

[2]ARCHBISHOP SHAW HIGH SCHOOL

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| 40.1. | SEE RESPONSE AT PART 7, NO. 39 | $_____ | _____ | $_____ |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.1. | OWNED[1] | $389,503.00 | Net Book Value | $389,503.00 |
| 41.2. | LEASED[2] | $841,219.00 | Net Book Value | UNKNOWN |

[1]HIGH SCHOOLS - OWNED

[2]HIGH SCHOOLS - LEASED

**42.** **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
|---|---|---|---|---|
| 42.1. | GARRISON ST. LAZARUS HISTORICAL DOUMENTS[1] | $122,000.00 | N/A | UNDETERMINED |
| 42.2. | ST. LOUIS CATHEDRAL MONSTRANCE 09-001-082 DIFFERENT VIEWS[2] | $62,000.00 | N/A | UNDETERMINED |
| 42.3. | OFFSITE STORAGE ROOM 1077- 08/058/034 ARTIFACTS - CANDLESTICK[2] | $25,000.00 | N/A | UNDETERMINED |
| 42.4. | OFFSITE STORAGE ROOM 1077- 08/016/051 ARTIFACTS - WOODEN CROSS, OUR LADY OF GOOD COUNCEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.5. | OFFSITE STORAGE ROOM 1077- 09/300/052 ARTIFACTS - PEW | UNDETERMINED | N/A | UNDETERMINED |
| 42.6. | OFFSITE STORAGE ROOM 1077- 10/058/077 ARTIFACTS - STATUE PEDESTAL | UNDETERMINED | N/A | UNDETERMINED |
| 42.7. | OFFSITE STORAGE ROOM 1077- 13/313/003 ARTIFACTS - ALTAR, ST. JOSEPH, ST. JOHN BOSCO CHAPEL | UNDETERMINED | N/A | UNDETERMINED |
| 42.8. | OFFSITE STORAGE ROOM 1077- SO/2015/0030 ARTIFACTS - SACRARIUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.9. | OFFSITE STORAGE ROOM 1077- SO/2015/0054 ARTIFACTS - ST. FRANCIS OF ASSISI STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.10. | OFFSITE STORAGE ROOM 1077- SO/2015/0062 ARTIFACTS - ST. ANDREW CORSINI, O.CARM | UNDETERMINED | N/A | UNDETERMINED |
| 42.11. | OFFSITE STORAGE ROOM 1077- SO/2016/0047 ARTIFACTS - TABERNACLE, HOTEL DIEU HOSPITAL | UNDETERMINED | N/A | UNDETERMINED |
| 42.12. | OFFSITE STORAGE ROOM 1077- SO/2016/0070 ARTIFACTS - ST. FRANCIS OF ASSISI STATUTE (OUTSIDE STATUTE) | UNDETERMINED | N/A | UNDETERMINED |
| 42.13. | OFFSITE STORAGE ROOM 1077- SO/2016/0083 ARTIFACTS - BILLBOARD | UNDETERMINED | N/A | UNDETERMINED |
| 42.14. | OFFSITE STORAGE ROOM 1077- SO/2016/0084 ARTIFACTS - CROSS (WOOD) | UNDETERMINED | N/A | UNDETERMINED |
| 42.15. | OFFSITE STORAGE ROOM 1077- SO/2016/0089 ARTIFACTS - PEDESTAL | UNDETERMINED | N/A | UNDETERMINED |
| 42.16. | OFFSITE STORAGE ROOM 1077- SO/2016/0091 ARTIFACTS - CANDLESTICK HOLDER | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.17. | OFFSITE STORAGE ROOM 1077- SO/2016/0095 ARTIFACTS - CROSS, CENTER OF JESUS THE LORD | UNDETERMINED | N/A | UNDETERMINED |
| 42.18. | OFFSITE STORAGE ROOM 1077- SO/2016/0140 ARTIFACTS - CANDLESTICK HOLDER, OUR LADY OF GOOD COUNSEL PARISH (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.19. | OFFSITE STORAGE ROOM 1077- SO/2016/0142 ARTIFACTS - ST. AGNES STATUE, ST. AGNES SCHOOL (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.20. | OFFSITE STORAGE ROOM 1077- SO/2016/0143 ARTIFACTS - ST. RAYMOND STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.21. | OFFSITE STORAGE ROOM 1077- SO/2016/0147 ARTIFACTS - PASCAL CANDLE HOLDER, OUR LADY OF GOOD COUNSEL PARISH (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.22. | OFFSITE STORAGE ROOM 1077- SO/2016/0148 ARTIFACTS - CANDLESTICK HOLDER, OUR LADY OF GOOD COUNSEL PARISH (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.23. | OFFSITE STORAGE ROOM 1077- SO/2016/0149 ARTIFACTS - METAL CROSS, IMMACULATE HEART OF MARY PARISH (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.24. | OFFSITE STORAGE ROOM 1077- SO/2016/0150 ARTIFACTS - PLAQUE, SCHULMERICH CARILLONIC BELLS, IMMACULATE HEART OF MARY PARISH (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.25. | OFFSITE STORAGE ROOM 1077- SO/2016/0168 ARTIFACTS - HOLY WATER FONT | UNDETERMINED | N/A | UNDETERMINED |
| 42.26. | OFFSITE STORAGE ROOM 1077- SO/2017/0040 ARTIFACTS - TABERNACLE, OUR LADY OF LOURDES, NEW ORLEANS (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.27. | OFFSITE STORAGE ROOM 1077- SO/2017/0041 ARTIFACTS - TABERNACLE, OUR LADY OF LOURDES, NEW ORLEANS (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.28. | OFFSITE STORAGE ROOM 1077- SO/2017/0059 ARTIFACTS - PIANO, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.29. | OFFSITE STORAGE ROOM 1077- SO/2017/0301 ARTIFACTS - ST. JUDE STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.30. | OFFSITE STORAGE ROOM 1077- SO/2017/0303 ARTIFACTS - ST. ANTHONY OF PADUA STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.31. | OFFSITE STORAGE ROOM 1077- SO/2017/0304 ARTIFACTS - ST. THERESE OF THE LITTLE FLOWER OF JESUS STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.32. | OFFSITE STORAGE ROOM 1077- SO/2017/0305 ARTIFACTS - SACRED HEART OF JESUS STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.33. | OFFSITE STORAGE ROOM 1077- SO/2017/0306 ARTIFACTS - ST. JUDE STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.34. | OFFSITE STORAGE ROOM 1077- SO/2017/0307 ARTIFACTS - VASE | UNDETERMINED | N/A | UNDETERMINED |
| 42.35. | OFFSITE STORAGE ROOM 1077- SO/2017/0308 ARTIFACTS - VASE | UNDETERMINED | N/A | UNDETERMINED |
| 42.36. | OFFSITE STORAGE ROOM 1077- SO/2017/0309 ARTIFACTS - CANDLESTICK HOLDER | UNDETERMINED | N/A | UNDETERMINED |
| 42.37. | OFFSITE STORAGE ROOM 1077- SO/2017/0310 ARTIFACTS - CANDLESTICK HOLDER | UNDETERMINED | N/A | UNDETERMINED |
| 42.38. | OFFSITE STORAGE ROOM 1077- SO/2017/0312 ARTIFACTS - AMBRY | UNDETERMINED | N/A | UNDETERMINED |
| 42.39. | OFFSITE STORAGE ROOM 1077- SO/2017/0313 ARTIFACTS - AMBRY, EPIPHANY PARISH | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 42.40. | OFFSITE STORAGE ROOM 1077- SO/2017/0314 ARTIFACTS - HYMN BOARD | UNDETERMINED | N/A | UNDETERMINED |
| 42.41. | OFFSITE STORAGE ROOM 1077- SO/2017/0315 ARTIFACTS - CANDLESTICK HOLDER | UNDETERMINED | N/A | UNDETERMINED |
| 42.42. | OFFSITE STORAGE ROOM 1077- SO/2017/0316 ARTIFACTS - CANDLESTICK HOLDER | UNDETERMINED | N/A | UNDETERMINED |
| 42.43. | OFFSITE STORAGE ROOM 1077- SO/2017/0317 ARTIFACTS - THURIBLE AND BOWL | UNDETERMINED | N/A | UNDETERMINED |
| 42.44. | OFFSITE STORAGE ROOM 1077- SO/2017/0318 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.45. | OFFSITE STORAGE ROOM 1077- SO/2017/0319 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.46. | OFFSITE STORAGE ROOM 1077- SO/2017/0320 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.47. | OFFSITE STORAGE ROOM 1077- SO/2017/0321 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.48. | OFFSITE STORAGE ROOM 1077- SO/2017/0322 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.49. | OFFSITE STORAGE ROOM 1077- SO/2017/0323 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.50. | OFFSITE STORAGE ROOM 1077- SO/2017/0324 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.51. | OFFSITE STORAGE ROOM 1077- SO/2017/0326 ARTIFACTS - BANNER STAND | UNDETERMINED | N/A | UNDETERMINED |
| 42.52. | OFFSITE STORAGE ROOM 1077- SO/2017/0327 RTIFACTS - HYMN BOARD | UNDETERMINED | N/A | UNDETERMINED |
| 42.53. | OFFSITE STORAGE ROOM 1077- SO/2017/0328 ARTIFACTS - PASCAL CANDLEHOLDER | UNDETERMINED | N/A | UNDETERMINED |
| 42.54. | OFFSITE STORAGE ROOM 1077- SO/2017/0329 ARTIFACTS - THURIBLE AND STAND, OUR LADY OF GOOD COUNSEL PARISH (CLOSED) | UNDETERMINED | N/A | UNDETERMINED |
| 42.55. | OFFSITE STORAGE ROOM 1077- SO/2018/0009 ARTIFACTS - CORPUS OF JESUS | UNDETERMINED | N/A | UNDETERMINED |
| 42.56. | OFFSITE STORAGE ROOM 1077- SO/2018/0010 ARTIFACTS - BAPTISMAL FONT | UNDETERMINED | N/A | UNDETERMINED |
| 42.57. | OFFSITE STORAGE ROOM 1077- SO/2018/0011 ARTIFACTS - SENSOR CONTAINER | UNDETERMINED | N/A | UNDETERMINED |
| 42.58. | OFFSITE STORAGE ROOM 1077- SO/2018/0012 ARTIFACTS - CANDLE (GAS) | UNDETERMINED | N/A | UNDETERMINED |
| 42.59. | OFFSITE STORAGE ROOM 1077- SO/2018/0013 ARTIFACTS - FLAG STAND | UNDETERMINED | N/A | UNDETERMINED |
| 42.60. | OFFSITE STORAGE ROOM 1077- SO/2018/0042 ARTIFACTS - CROSS | UNDETERMINED | N/A | UNDETERMINED |
| 42.61. | OFFSITE STORAGE ROOM 1077- SO/2018/0043 ARTIFACTS - CROSS | UNDETERMINED | N/A | UNDETERMINED |
| 42.62. | OFFSITE STORAGE ROOM 1077- SO/2018/0053 ARTIFACTS - BANNERS IN TUBES (4) | UNDETERMINED | N/A | UNDETERMINED |
| 42.63. | OFFSITE STORAGE ROOM 1077- SO/2018/0054 ARTIFACTS - IRON CROSS | UNDETERMINED | N/A | UNDETERMINED |
| 42.64. | OFFSITE STORAGE ROOM 1077- SO/2018/0055 ARTIFACTS - SMALL IRON CROSS | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.65. | OFFSITE STORAGE ROOM 1077- SO/2018/0056 ARTIFACTS - ST. MARTIN DE PORRES STAINED GLASS WINDOW, IMMACULATE HEART OF MARY PARISH | UNDETERMINED | N/A | UNDETERMINED |
| 42.66. | OFFSITE STORAGE ROOM 1077- SO/2018/0057 ARTIFACTS - MARBLE SUPPORTS (PART OF ALTAR), ST. JOHN BOSCO CHAPEL | UNDETERMINED | N/A | UNDETERMINED |
| 42.67. | OFFSITE STORAGE ROOM 1077- SO/2018/0058 ARTIFACTS - STAINED GLASS WINDOWS | UNDETERMINED | N/A | UNDETERMINED |
| 42.68. | OFFSITE STORAGE ROOM 1077- SO/2018/0059 ARTIFACTS - SHELVING UNITS | UNDETERMINED | N/A | UNDETERMINED |
| 42.69. | OFFSITE STORAGE ROOM 1077- SO/2018/0061 ARTIFACTS - ALTAR, MARBLE SLABS, ST. JOHN BOSCO CHAPEL | UNDETERMINED | N/A | UNDETERMINED |
| 42.70. | OFFSITE STORAGE ROOM 1077- SO/2018/0062 ARTIFACTS - ALTAR, MARBLE SLABS, ST. JOHN BOSCO CHAPEL | UNDETERMINED | N/A | UNDETERMINED |
| 42.71. | OFFSITE STORAGE ROOM 1077- SO/2018/0063 ARTIFACTS - MARBLE SUPPORTS | UNDETERMINED | N/A | UNDETERMINED |
| 42.72. | OFFSITE STORAGE ROOM 1077- SO/2018/0196 ARTIFACTS - POOR BOX | UNDETERMINED | N/A | UNDETERMINED |
| 42.73. | OFFSITE STORAGE ROOM 1077- SO/2019/0073 ARTIFACTS - HARPSICHORD, OLD URSULINE CONVENT | UNDETERMINED | N/A | UNDETERMINED |
| 42.74. | ST. LOUIS CATHEDRAL STATUE 09-001-007 ST. LOUIS KING OF FRANCE PLAQUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.75. | ST. LOUIS CATHEDRAL STATUE 09-001-007 ST. LOUIS KING OF FRANCE | UNDETERMINED | N/A | UNDETERMINED |
| 42.76. | ST. LOUIS CATHEDRAL STATUE 09-001-008 ST.JOAN OF ARC PLAQUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.77. | ST. LOUIS CATHEDRAL STATUE 09-001-008 ST.JOAN OF ARC | UNDETERMINED | N/A | UNDETERMINED |
| 42.78. | ST. LOUIS CATHEDRAL STATUE 09-001-009 SACRED HEART OF JESUS | UNDETERMINED | N/A | UNDETERMINED |
| 42.79. | ST. LOUIS CATHEDRAL STATUE 09-001-010 ST. ANTHONY OF PADUA | UNDETERMINED | N/A | UNDETERMINED |
| 42.80. | ST. LOUIS CATHEDRAL STATUE 09-001-017 ST. JOSEPH | UNDETERMINED | N/A | UNDETERMINED |
| 42.81. | ST. LOUIS CATHEDRAL ARTWORK 09-001-018 ST. FRANCIS STIGMATA | UNDETERMINED | N/A | UNDETERMINED |
| 42.82. | ST. LOUIS CATHEDRAL ARTWORK 09-001-019 SACRED HEART MOSAIC | UNDETERMINED | N/A | UNDETERMINED |
| 42.83. | ST. LOUIS CATHEDRAL STATUE 09-001-023 BVM OUR LADY OF VICTORY | UNDETERMINED | N/A | UNDETERMINED |
| 42.84. | ST. LOUIS CATHEDRAL ART WORK 09-001-024 BVM | UNDETERMINED | N/A | UNDETERMINED |
| 42.85. | ST. LOUIS CATHEDRAL CRUCIFIX 09-001-028 METROPOLITAN CRUCIFIX AND STAND | UNDETERMINED | N/A | UNDETERMINED |
| 42.86. | ST. LOUIS CATHEDRAL STATUE 09-001-032 ST. PETER | UNDETERMINED | N/A | UNDETERMINED |
| 42.87. | ST. LOUIS CATHEDRAL STATUE 09-001-033 ST. PAUL | UNDETERMINED | N/A | UNDETERMINED |
| 42.88. | ST. LOUIS CATHEDRAL ARTWORK 09-001-046 BALCONY R1 ST. PAUL | UNDETERMINED | N/A | UNDETERMINED |
| 42.89. | ST. LOUIS CATHEDRAL ARTWORK 09-001-046 BALCONY L1 ST. PETER | UNDETERMINED | N/A | UNDETERMINED |
| 42.90. | ST. LOUIS CATHEDRAL STATUES 09/001/047 FAITH, HOPE, CHARITY | UNDETERMINED | N/A | UNDETERMINED |
| 42.91. | ST. LOUIS CATHEDRAL STATUE 09-001-057 BVM MARY QUEEN OF FREEDOM | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.92. | ST. LOUIS CATHEDRAL STATUE 09-001-058 ST. THERESE OF LISIEUX | UNDETERMINED | N/A | UNDETERMINED |
| 42.93. | ST. LOUIS CATHEDRAL ARTWORK 09-001-067 SACRED HEART OF JESUS | UNDETERMINED | N/A | UNDETERMINED |
| 42.94. | ST. LOUIS CATHEDRAL ARTWORK 09-001-067 BVM IMMACULATE HEART OF MARY | UNDETERMINED | N/A | UNDETERMINED |
| 42.95. | ST. LOUIS CATHEDRAL ARTWORK 09-001-094 HOLY FAMILY | UNDETERMINED | N/A | UNDETERMINED |
| 42.96. | ST. LOUIS CATHEDRAL ARTWORK 09-001-094 APOSTLES | UNDETERMINED | N/A | UNDETERMINED |
| 42.97. | ST. LOUIS CATHEDRAL ARTWORK 09-001-206 MALE SAINT | UNDETERMINED | N/A | UNDETERMINED |
| 42.98. | ST. LOUIS CATHEDRAL ARTWORK 09-001-207 ARCHBHP PERCHE | UNDETERMINED | N/A | UNDETERMINED |
| 42.99. | ST. LOUIS CATHEDRAL ARTWORK 09-001-208 CRUCIFIXION | UNDETERMINED | N/A | UNDETERMINED |
| 42.100. | ST. LOUIS CATHEDRAL ARTWORK 09-001-209 CRUCIFIXION NICHOLAI POISSIN | UNDETERMINED | N/A | UNDETERMINED |
| 42.101. | ST. LOUIS CATHEDRAL ARTWORK 09-001-218 GIFT TO ARCHBHP HUGHES | UNDETERMINED | N/A | UNDETERMINED |
| 42.102. | ST. LOUIS CATHEDRAL ARTWORK 09-001-099 SCULPTURE OF HENRIETTE DELILLE | UNDETERMINED | N/A | UNDETERMINED |
| 42.103. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE WITH CHILDREN DEDICATION PLAQUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.104. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE WITH CHILDREN | UNDETERMINED | N/A | UNDETERMINED |
| 42.105. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE AT INFANT BAPTISM DEDICATION | UNDETERMINED | N/A | UNDETERMINED |
| 42.106. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE AT INFANT BAPTISM | UNDETERMINED | N/A | UNDETERMINED |
| 42.107. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#10 SAINTHOOD | UNDETERMINED | N/A | UNDETERMINED |
| 42.108. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#9 BODY RETURNS HOME | UNDETERMINED | N/A | UNDETERMINED |
| 42.109. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#8 SICKNESS AND DEATH | UNDETERMINED | N/A | UNDETERMINED |
| 42.110. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#7 KING WITH LEPERS | UNDETERMINED | N/A | UNDETERMINED |
| 42.111. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#6 KEY TO DAMIETTA | UNDETERMINED | N/A | UNDETERMINED |
| 42.112. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#5 LEAVING FOR CRUSADES | UNDETERMINED | N/A | UNDETERMINED |
| 42.113. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#4 BUILDER OF CHURCH | UNDETERMINED | N/A | UNDETERMINED |
| 42.114. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#3 MARRIAGE | UNDETERMINED | N/A | UNDETERMINED |
| 42.115. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#2 CORONATION | UNDETERMINED | N/A | UNDETERMINED |
| 42.116. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#1 DR. H. OIDTMANN PURVEYORS PLAQUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.117. | ST. LOUIS CATHEDRAL WINDOW 08-001-001#1 CHILDREN OF MARY PLAQUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.118. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#1 CHILD WITH MOTHER | UNDETERMINED | N/A | UNDETERMINED |
| 42.119. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #14 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |

| 42.120. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #13 | UNDETERMINED | N/A | UNDETERMINED |
|---|---|---|---|---|
| 42.121. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #12 | UNDETERMINED | N/A | UNDETERMINED |
| 42.122. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #11 | UNDETERMINED | N/A | UNDETERMINED |
| 42.123. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #10 | UNDETERMINED | N/A | UNDETERMINED |
| 42.124. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #9 | UNDETERMINED | N/A | UNDETERMINED |
| 42.125. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #8 | UNDETERMINED | N/A | UNDETERMINED |
| 42.126. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #7 | UNDETERMINED | N/A | UNDETERMINED |
| 42.127. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #6 | UNDETERMINED | N/A | UNDETERMINED |
| 42.128. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #5 | UNDETERMINED | N/A | UNDETERMINED |
| 42.129. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #4 | UNDETERMINED | N/A | UNDETERMINED |
| 42.130. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #3 | UNDETERMINED | N/A | UNDETERMINED |
| 42.131. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #2 | UNDETERMINED | N/A | UNDETERMINED |
| 42.132. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #1 | UNDETERMINED | N/A | UNDETERMINED |
| 42.133. | OFFSITE STORAGE ROOM 1010- 07/032/073 ARTIFACTS - GOD THE FATHER STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.134. | OFFSITE STORAGE ROOM 1010- 07/032/075 ARTIFACTS - HOLY SPIRIT STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.135. | OFFSITE STORAGE ROOM 1010- 08/064/036 ARTIFACTS - MARBLE ALTAR TOP | UNDETERMINED | N/A | UNDETERMINED |
| 42.136. | OFFSITE STORAGE ROOM 1010- 08/118/101 ARTIFACTS - RESURRECATION STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.137. | OFFSITE STORAGE ROOM 1010- 08/118/102 ARTIFACTS - HOLY IMAGES STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.138. | OFFSITE STORAGE ROOM 1010- 08/118/103 ARTIFACTS - EUCHARIST STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.139. | OFFSITE STORAGE ROOM 1010- 08/118/104 ARTIFACTS - THE 4 GOSPELS STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.140. | OFFSITE STORAGE ROOM 1010- 08/118/105 ARTIFACTS - HOLY SYMBOLS STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.141. | OFFSITE STORAGE ROOM 1010- 08/118/106 ARTIFACTS - HOLY SPIRIT AND CROSS STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.142. | OFFSITE STORAGE ROOM 1010- 08/118/107 ARTIFACTS - RISEN CHRIST STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.143. | OFFSITE STORAGE ROOM 1010- 08/118/108 ARTIFACTS - ASCENSION OF CHRIST STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.144. | OFFSITE STORAGE ROOM 1010- 08/118/109 ARTIFACTS - PENTECOST STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.145. | OFFSITE STORAGE ROOM 1010- 08/118/110 ARTIFACTS - BLESSED VIRGIN MARY STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| 42.146. | OFFSITE STORAGE ROOM 1010- 08/118/111 ARTIFACT - QUEENSHIP OF MARY STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
|---|---|---|---|---|
| 42.147. | OFFSITE STORAGE ROOM 1010- 08/118/112 ARTIFACT- ANCIENT LAMP STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.148. | OFFSITE STORAGE ROOM 1010- 08/118/113 ARTIFACT - HOLY SPIRIT STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.149. | OFFSITE STORAGE ROOM 1010- 08/118/114 ARTIFACT - ST. ROBERT STAINED GLASS | UNDETERMINED | N/A | UNDETERMINED |
| 42.150. | OFFSITE STORAGE ROOM 1010- 08/018/069 ARTIFACT - ST. THERESA OF THE LITTLE FLOWER ALTAR | UNDETERMINED | N/A | UNDETERMINED |
| 42.151. | OFFSITE STORAGE ROOM 1010- SO/2019/0444 ARTIFACTS - STAINED GLASS WINDOWS -- HOTEL DIEU | UNDETERMINED | N/A | UNDETERMINED |
| 42.152. | OFFSITE STORAGE ROOM 1010- SO/2019/0445 ARTIFACTS - STAINED GLASS WINDOWS -- HOTEL DIEU | UNDETERMINED | N/A | UNDETERMINED |
| 42.153. | OFFSITE STORAGE ROOM 1010- SO/2019/0446 ARTIFACTS - STAINED GLASS WINDOWS -- HOTEL DIEU | UNDETERMINED | N/A | UNDETERMINED |
| 42.154. | OFFSITE STORAGE ROOM 1077- 00006/57/5 ARTIFACTS - ST. JOAN OF ARC STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.155. | OFFSITE STORAGE ROOM 1077- 00006/57/2 ARTIFACTS - ST. LOUIS KING OF FRANCE STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.156. | OFFSITE STORAGE ROOM 1077- 00001/60/43 ARTIFACTS - ST. MICHAEL THE ARCHANGEL STATUE | UNDETERMINED | N/A | UNDETERMINED |
| 42.157. | OFFSITE STORAGE ROOM 1077- 07/114/013 ARTIFACTS - RISEN CHRIST CRUCIFIX | UNDETERMINED | N/A | UNDETERMINED |
| 42.158. | OFFSITE STORAGE ROOM 1077- 08/064/026 ARTIFACTS - CRUCIFIX CORPUS ONLY | UNDETERMINED | N/A | UNDETERMINED |
| 42.159. | OFFSITE STORAGE ROOM 1077- 08/118/025 ARTIFACTS - INCENSER | UNDETERMINED | N/A | UNDETERMINED |
| 42.160. | OFFSITE STORAGE ROOM 1077- 08/058/001 ARTIFACTS - CRUCIFIX | UNDETERMINED | N/A | UNDETERMINED |
| 42.161. | 1938 EUCHARISTIC CONGRESS MONSTRANCE PRECIOUS METAL - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.162. | 1938 EUCHARISTIC CONGRESS CANDLESTICKS METAL - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.163. | DON ANDRES ALMONESTER Y ROXAS C. 1796 OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.164. | PER ANTOINE DE SEDELLA C. 1790 OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.165. | PERE ANTOINE PORTRAIT C. 1800 OIL ON CANVAS - LOUISIANA STATE MUSEUM - ON LOAN | UNDETERMINED | N/A | UNDETERMINED |
| 42.166. | ARCHBISHOP ANTOINE BLANC OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.167. | ST. JOAN OF ARC OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.168. | ASSUMPTION OF THE BLESSED VIRGIN MARY STATUE - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.169. | OUR LADY OF VICTORY STATUE - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.170. | SILVER CANDLESTICKS SILVER - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.171. | PORTRAITS OF THE BISHOPS OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 42.172. | DEWIT EVANGELIST SKETCHES SKETCHES - WALMSLEY | UNDETERMINED | N/A | UNDETERMINED |
| 42.173. | ARRIVAL OF THE URSULINES CHARCOAL - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.174. | ST. CHARLES BORROMEO NEEDLEWORK - WALMSLEY | UNDETERMINED | N/A | UNDETERMINED |
| 42.175. | ST. ROBERT BELLERMINE STATUE - OLD URSULINE CONVENT MUSEUM | UNDETERMINED | N/A | UNDETERMINED |
| 42.176. | ST. FRANCIS OF ASSISI OIL ON CANVAS - ST. LOUIS CATHEDRAL | UNDETERMINED | N/A | UNDETERMINED |
| 42.177. | MOTHER OF CHRIST, PRAY FOR US OIL ON CANVAS - ST. LOUIS CATHEDRAL | UNDETERMINED | N/A | UNDETERMINED |
| 42.178. | METROPOLITAN CROSS PRECIOUS METAL - ST. LOUIS CATHEDRAL | UNDETERMINED | N/A | UNDETERMINED |
| 42.179. | PORTRAIT OF A SAINT OIL ON CANVAS - CATHEDRAL RECTORY | UNDETERMINED | N/A | UNDETERMINED |
| 42.180. | PORTRAIT OF ARCHBISHOP PERCHE OIL ON CANVAS - CATHEDRAL RECTORY | UNDETERMINED | N/A | UNDETERMINED |
| 42.181. | JESUS AFTER THE CRUCIFIXION OIL ON CANVAS - CATHEDRAL RECTORY | UNDETERMINED | N/A | UNDETERMINED |
| 42.182. | PAINTING OF THE CRUCIFIXION OIL ON CANVAS - CATHEDRAL RECTORY | UNDETERMINED | N/A | UNDETERMINED |
| 42.183. | HENRIETTE DELILLE SCULPTURE - ST. LOUIS CATHEDRAL | UNDETERMINED | N/A | UNDETERMINED |

[1]RECORDED AT COST ON ANO'S BOOKS AS AN OTHER ASSET WITH INDEFINITE LIFE

[2]RECORDED AT COST ON ANO'S BOOKS, INDEFINITE LIFE

**43.   Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                          $639,200.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. | 2008 FORD TAURUS-ARCH HUGHES, VIN # 1FAHP24W28G134302 | $0.00 | Kelly Blue Book Value | $3,166.00 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** | |
|---|---|---|---|---|
| 47.2. | 2005 FORD F150, VIN #1FTRF12285NC09233 | $0.00 | Kelly Blue Book Value | $4,263.00 |
| 47.3. | 2013 CHEVROLET SILVERADO 1500, VIN #1GCRCSEA9DZ363913 | $0.00 | Kelly Blue Book Value | $10,848.00 |
| 47.4. | 2016 FORD EXPEDITION, VIN #1FMJK1HT8GEF46329 | $9,673.88 | Kelly Blue Book Value | $32,492.00 |
| 47.5. | 2015 FORD EXPEDITION, VIN #1FMJK1HT2FEF05659 | $6,111.42 | Kelly Blue Book Value | $25,789.00 |
| 47.6. | 2018 CHEVROLET SILVERADO, VIN #1GCNCNEH1JZ110352 | $16,683.70 | Kelly Blue Book Value | $18,133.00 |
| 47.7. | 2018 CHEVROLET SILVERADO, VIN #1GCNCNEH1JZ110513 | $16,683.70 | Kelly Blue Book Value | $18,133.00 |
| 47.8. | 2000 FORD E-150 - HOPEHAVEN, VIN #1FMRE1121YHB91032 | $0.00 | Kelly Blue Book Value | $1,671.00 |
| 47.9. | 2005 FORD PICK UP - CAMP ABBEY, VIN #1FTRF12285NC09233 | $0.00 | Kelly Blue Book Value | $3,471.00 |
| 47.10. | 2012 KIA OPTIMA - VOCATION OFFICE, VIN #5XXGN4A73CG089598 | $0.00 | Kelly Blue Book Value | $5,793.00 |
| 47.11. | 2007 DODGE CARAVAN, ADM STELLA MARIS MARITIME CENTER, VIN #2D4GP44L77R362058 | $0.00 | Kelly Blue Book Value | $2,168.00 |
| 47.12. | 1999 HMDE TRAILER, ADM HISPANIC APOSTOLATE, VIN #ST582406SPLA | $0.00 | Poctra.com, an online auction website for vehicles | $2,505.00 |
| 47.13. | 2007 FORD F150, ADM - HISPANIC APOSTOLATE PASTORAL SERVICES, VIN#1FTRF12W57KC39037 | $0.00 | Carfax.com | $4,520.00 |
| 47.14. | 2017 CHEVROLET SILVERADO, ST. LOUIS CATHEDRAL, VIN# 1GCNCNEC8HZ155464 | $0.00 | Carfax.com | $15,070.00 |
| 47.15. | 2018 TOYOTA COROLLA SD VIN#5YFBURHE3JP771478[1] | $10,006.00 | Carfax.com | $12,380.00 |
| 47.16. | 2017 TOYOTA SIENNA VAN VIN#5TDKZ3DC6HS891764[1] | $15,857.00 | Carfax.com | $19,390.00 |
| 47.17. | 2017 CHEVROLET TRAVERSE VIN#1GNKRGKD5HJ135866[1] | $10,756.00 | Carfax.com | $14,970.00 |
| 47.18. | 2012 STARTRANS SENATOR II VIN#1GB3G3BG3B1115830[1] | $0.00 | n/a | UNDERTERMINED |
| 47.19. | 1999 BLUE BIRD BUS VIN#1GBKP32YXW3313707[2] | $0.00 | n/a | UNDERTERMINED |
| 47.20. | 2011 INTERNATIONAL PB10500 VIN#4DRBUSKN5BB273374[2] | $0.00 | n/a | UNDERTERMINED |
| 47.21. | 2011 INTERNATIONAL PB10500 VIN#4DRBUSKN3BB273373[2] | $0.00 | n/a | UNDERTERMINED |
| 47.22. | 2011 CHEVROLET SILVERADO 1500 VIN#1GCNCPE02BF134992[2] | $13,109.00 | Carfax.com | $8,140.00 |
| 47.23. | 1998 INTERNATIONAL SCHOOL BUS VIN#1HVBBABN4WH536763[2] | $0.00 | n/a | UNDERTERMINED |
| 47.24. | 1996 THOMAS BUILT SCHOOL BUS VIN#1HVBBAAN6TH325478[3] | $2,837.62 | n/a | UNDERTERMINED |
| 47.25. | 2007 FORD F150 SUPERCAB VIN#1FTRX12W87NA03543[3] | $0.00 | Carfax.com | $2,150.00 |
| 47.26. | 2015 TOYOTA CAMRY VIN#4T4BF1FK7FR513724[4] | $711.27 | Carfax.com | $10,220.00 |
| 47.27. | 2014 FORD E-150 VAN VIN#1FTNE1EW1EDA39738[4] | $0.00 | Carfax.com | $12,980.00 |
| 47.28. | 1999 TRAILER PAAT VIN#47ZUB1620XX005635[4] | $0.00 | n/a | UNDERTERMINED |
| 47.29. | 2005 FORD F-150 VIN#1FTVXS12515NA76742[5] | $0.00 | n/a | UNDERTERMINED |
| 47.30. | 2007 THOMAS BUILT C2 VIN#4UZAAXCS17CS02159[5] | $0.00 | n/a | UNDERTERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 47.31. | 2011 THOMAS BUILT SCHOOL BUS VIN#4UZABRDT8BCA96516[5] | $0.00 | n/a | UNDERTERMINED |
| 47.32. | 2000 FREIGHT LINER THOMAS BODY VIN#4UZ6CFAA7YCG89992[5] | $0.00 | n/a | UNDERTERMINED |
| 47.33. | 2001 CHEVROLET SILVERADO VIN#1GCEC14W91Z294125[5] | $0.00 | Carfax.com | $480.00 |
| 47.34. | 1998 FRHT BLUEBIRD VIN#4UZ6CFAA1WC933548[5] | $0.00 | n/a | UNDERTERMINED |
| 47.35. | 2018 DODGE CARAG VIN#2C4RDGBGXJR161851[6] | $14,877.24 | Carfax.com | $12,410.00 |
| 47.36. | 2018 DODGE CARAG VIN#2C4RDGBG9JR161730[6] | $14,877.24 | Carfax.com | $11,820.00 |
| 47.37. | 2005 DODGE GRAND CARAVAN VIN#1D4GP24R95B246705[6] | $0.00 | Carfax.com | $3,630.00 |
| 47.38. | 2004 INTERNATIONAL BUS VIN#4DRBRABN14B973049[7] | $0.00 | n/a | UNDERTERMINED |
| 47.39. | 2006 INTERNATIONAL BUS VIN#4DRBUAFN36A211634[7] | $0.00 | n/a | UNDERTERMINED |
| 47.40. | 2005 INTERNATIONAL BUS VIN#4DRBUAAN65A983289[7] | $0.00 | n/a | UNDERTERMINED |
| 47.41. | 2008 HAUM TRAILER HAUM UTILITY TRAILER VIN#16HPB14278G093619[7] | $0.00 | n/a | UNDERTERMINED |
| 47.42. | 2009 BLUE BIRD BUS VIN#1BAKGCPA99F256856[7] | $1,141.93 | n/a | UNDERTERMINED |
| 47.43. | 1999 BLUE BIRD SCHOOL BUS VIN#1GDM7T1C9WJ520221[7] | $0.00 | n/a | UNDERTERMINED |
| 47.44. | 2007 FREIGHTLINER SCHOOL BUS VIN# 4UZABRDD27CW25164[8] | $0.00 | n/a | UNDERTERMINED |
| 47.45. | 2001 INTERNATIONAL 25500 VIN#1HVBBABM81H385944[9] | $0.00 | n/a | UNDERTERMINED |
| 47.46. | 2018 THOMAS BUILT SCHOOL BUS VIN#4UZABRFD1JCJP2918[9] | $66,166.00 | n/a | UNDERTERMINED |
| 47.47. | 2018 THOMAS BUILT SCHOOL BUS VIN#4UZABRFD3JCJP2919[9] | $66,166.00 | n/a | UNDERTERMINED |
| 47.48. | 2013 FORD FUSION VIN#3FA6P0G74DR367990[9] | $0.00 | Carfax.com | $4,970.00 |
| 47.49. | 1995 WELLS CARGO EW1622 VIN#1WC200G2XS2026[9] | $0.00 | n/a | UNDERTERMINED |
| 47.50. | 2011 FORD FUSION VIN#3FAHP0GA7BR131884[9] | $0.00 | Carfax.com | $2,930.00 |
| 47.51. | 2002 FREIGHT LINER THOMAS VIN#4UZAAXBWX2CJ58970[9] | $0.00 | n/a | UNDERTERMINED |
| 47.52. | 2002 FREIGHT LINER THOMAS SCHOOL BUS VIN#4UZAAXAL92CK03713[9] | $0.00 | n/a | UNDERTERMINED |
| 47.53. | 2006 FORD E 150 CARGO VAN VIN#1FTRE14W86DB14665[9] | $0.00 | Carfax.com | $1,500.00 |
| 47.54. | 1993 BLUE BIRD SCHOOL BUS VIN#1GDJ7T1P6PJ518692[9] | $0.00 | n/a | UNDERTERMINED |
| 47.55. | 2000 BLUE BIRD SCHOOL BUS VIN#1GDG7T1D9XJ518962[9] | $0.00 | n/a | UNDERTERMINED |
| 47.56. | 1999 FORD PICKUP VIN#1FTRF27L5XNA77591[9] | $0.00 | n/a | UNDERTERMINED |

[1]ACADEMNY OF OUR LADY

[2]ARCHBISHOP HANNAN HIGH SCHOOL

[3]ARCHBISHOP CHAPELLE HIGH SCHOOL

[4]ARCHBISHOP SHAW HIGH SCHOOL

[5]ST. SCHOLASTICA H.S., COVINGTON

[6]ST. MICHAEL SPECIAL SCHOOL

[7]POPE JOHN PAUL II HS

[8]ST. CHARLES CATHOLIC

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

⁹ARCHBISHOP RUMMEL HS

**48.**  **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.  _____   $_____   _____   $_____

**49.**  **Aircraft and accessories**

49.1.  _____   $_____   _____   $_____

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.  _____   $_____   _____   $_____

**51.**  **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                 | $265,992.00 |

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 9:** | **Real property** |

**54.**  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1.  JEFFERSON PARISH APN 9100006423<br>LAND/BUILDING<br><br>3600 CLAIRE AVE<br>GRETNA LA 70053 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.2.  JEFFERSON PARISH APN 9910011847<br>LAND/BUILDING<br><br>8800 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.3.  JEFFERSON PARISH APN 9910011853<br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.4. JEFFERSON PARISH APN 9910011855<br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.5. JEFFERSON PARISH APN 9300002864<br>LAND/BUILDING<br><br>2548 APOLLO DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.6. JEFFERSON PARISH APN 9300008307<br>LAND/BUILDING<br><br>2555 APOLLO DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.7. JEFFERSON PARISH APN 9300009003<br>LAND/BUILDING<br><br>2136 MATADOR ST<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.8. JEFFERSON PARISH APN 9920025972<br>LAND/BUILDING<br><br>1912 SHORT ST<br>KENNER LA 70062 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.9. JEFFERSON PARISH APN 9400001230<br>LAND/BUILDING<br><br>604 FIRST AVE<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.10. JEFFERSON PARISH APN 9400001866<br>LAND/BUILDING<br><br>620 FIRST AVE<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.11. JEFFERSON PARISH APN 9400001919<br>LAND/BUILDING<br><br>617 SECOND AVE<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.12.   JEFFERSON PARISH APN 9920025973<br><br>LAND/BUILDING<br><br>2400 33RD ST<br>KENNER LA 70065 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.13.   JEFFERSON PARISH APN 9400004268<br><br>LAND/BUILDING<br><br>2115 OAKMERE DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.14.   JEFFERSON PARISH APN 9400004269<br><br>LAND/BUILDING<br><br>2114 OAKMERE DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.15.   JEFFERSON PARISH APN 9920026776<br><br>LAND/BUILDING<br><br>4119 ST ELIZABETH DR<br>KENNER LA 70065 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.16.   JEFFERSON PARISH APN 9400005472<br><br>LAND/BUILDING<br><br>3334 MAGNOLIA RIDGE ST<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.17.   JEFFERSON PARISH APN 9920028688<br><br>LAND/BUILDING<br><br>4337 SAL LENTINI PKWY<br>KENNER LA 70065 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.18.   JEFFERSON PARISH APN 9410003038<br><br>LAND/BUILDING<br><br>1131 BARATARIA BLVD<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.19.   JEFFERSON PARISH APN 9910011573<br><br>LAND/BUILDING<br><br>2501 OR 2505 MAINE ST<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.20.   JEFFERSON PARISH APN 9420001956<br>LAND/BUILDING<br><br>1000 WESTWOOD DR<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.21.   JEFFERSON PARISH APN 9420008643<br>LAND/BUILDING<br><br>1000 SALESIAN LN<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.22.   JEFFERSON PARISH APN 9430005354<br>LAND/BUILDING<br><br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.23.   JEFFERSON PARISH APN 9430005624<br>LAND/BUILDING<br><br>5505 BARATARIA BLVD<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.24.   JEFFERSON PARISH APN 9430005628<br>LAND/BUILDING<br><br>3500 AMES BLVD<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.25.   JEFFERSON PARISH APN 9500006025<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.26.   JEFFERSON PARISH APN 9500006760<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.27.   JEFFERSON PARISH APN 9500006761<br>LAND/BUILDING<br><br>425 10TH ST<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.28.   JEFFERSON PARISH APN 9500006762<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.29. JEFFERSON PARISH APN 9500006763<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.30. JEFFERSON PARISH APN 9500006764<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.31. JEFFERSON PARISH APN 9500006765<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.32. JEFFERSON PARISH APN 9500006766<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.33. JEFFERSON PARISH APN 9500006767<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.34. JEFFERSON PARISH APN 9500006768<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.35. JEFFERSON PARISH APN 9500006769<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.36. JEFFERSON PARISH APN 9500006913<br>LAND/BUILDING<br><br>1701 BRIDGE CITY AVE<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.37. JEFFERSON PARISH APN 9500006914<br>LAND/BUILDING<br><br>329 SOUTH JAMIE BLVD<br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.38. JEFFERSON PARISH APN 9500006916<br>LAND/BUILDING<br><br>333 SOUTH JAMIE BLVD<br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.39. JEFFERSON PARISH APN 9500007049<br>LAND/BUILDING<br><br>172 ANDRE DUNG LAC DR<br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.40. JEFFERSON PARISH APN 9500007086<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.41. JEFFERSON PARISH APN 9500007091<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.42. JEFFERSON PARISH APN 9500007092<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.43. JEFFERSON PARISH APN 9500007093<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.44. JEFFERSON PARISH APN 9500007094<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.45. JEFFERSON PARISH APN 9600003273<br>LAND/BUILDING<br><br>8151 BARATARIA BLVD<br>CROWN POINT LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.46. JEFFERSON PARISH APN 9600003275<br>LAND/BUILDING<br><br>CROWN POINT LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.47. JEFFERSON PARISH APN 9600003280<br>LAND/BUILDING<br><br>CROWN POINT LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.48. JEFFERSON PARISH APN 9700005600<br>LAND/BUILDING<br><br>515 - 519 DODGE AVE<br>JEFFERSON LA 70121 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.49. JEFFERSON PARISH APN 9820003755<br>LAND/BUILDING<br><br>1916 N ARNOULT RD<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.50. JEFFERSON PARISH APN 9820008316<br>LAND/BUILDING<br><br>4313 RICHLAND AVE<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.51. JEFFERSON PARISH APN 9820021203<br>LAND/BUILDING<br><br>4412 ERA ST<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.52. JEFFERSON PARISH APN 9820021331<br>LAND/BUILDING<br><br>4408 CLEARY AVE<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.53. JEFFERSON PARISH APN 9820041651<br>LAND/BUILDING<br><br>4410 CLEARY AVE<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.54. JEFFERSON PARISH APN 9820041665<br>LAND/BUILDING<br><br>4413 ART ST<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.55. JEFFERSON PARISH APN 9820008618<br><br>LAND/BUILDING<br><br>_____<br>4812 WEST NAPOLEON AVE<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.56. JEFFERSON PARISH APN 9820013872<br><br>LAND/BUILDING<br><br>_____<br>4909 LOVELAND ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.57. JEFFERSON PARISH APN 9820015523<br><br>LAND/BUILDING<br><br>_____<br>4844 LOVELAND ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.58. JEFFERSON PARISH APN 9820017526<br><br>LAND/BUILDING<br><br>_____<br>4841 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.59. JEFFERSON PARISH APN 9820024868<br><br>LAND/BUILDING<br><br>_____<br>4845 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.60. JEFFERSON PARISH APN 9820038106<br><br>LAND/BUILDING<br><br>_____<br>4940 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.61. JEFFERSON PARISH APN 9820041645<br><br>LAND/BUILDING<br><br>_____<br>4848 LOVELAND ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.62. JEFFERSON PARISH APN 9820041648<br><br>LAND/BUILDING<br><br>_____<br>3601 TRANSCONTINENTAL DR, 4920 LOVELAND ST, AND 4921 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.63. JEFFERSON PARISH APN 9820041666<br>LAND/BUILDING<br><br>LA 0 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.64. JEFFERSON PARISH APN 9820040823<br>LAND/BUILDING<br><br>5500 ST. MARY ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.65. JEFFERSON PARISH APN 9820040824<br>LAND/BUILDING<br><br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.66. JEFFERSON PARISH APN 9820041642<br>LAND/BUILDING<br><br>W. NAPOLEON AND SEVERN AVE<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.67. JEFFERSON PARISH APN 9820041646<br>LAND/BUILDING<br><br>2113 N. HULLEN ST<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.68. JEFFERSON PARISH APN 9820041664<br>LAND/BUILDING<br><br>1901 SEVERN AVE<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.69. JEFFERSON PARISH APN 9820042388<br>LAND/BUILDING<br><br>2000 N. ARNOULT RD<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.70. JEFFERSON PARISH APN 9820041647<br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.71. JEFFERSON PARISH APN 9820041655<br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.72. JEFFERSON PARISH APN 9820041660 LAND/BUILDING _____ METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.73. JEFFERSON PARISH APN 9820041661 LAND/BUILDING _____ METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.74. JEFFERSON PARISH APN 9820041657 LAND/BUILDING _____ 901 BEVERLY GARDEN DR METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.75. JEFFERSON PARISH APN 9820041658 LAND/BUILDING _____ 901 BEVERLY GARDEN DR METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.76. JEFFERSON PARISH APN 9820041662 LAND/BUILDING _____ 835 MELODY DR METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.77. JEFFERSON PARISH APN 9910011845 LAND/BUILDING _____ 1000 N STARRETT RD METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.78. JEFFERSON PARISH APN 9910011848 LAND/BUILDING _____ -- METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.79. JEFFERSON PARISH APN 9910011849 LAND/BUILDING _____ LOT 3, SQUARE 12, OWN YOUR OWN SUBDIVISION METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.80. JEFFERSON PARISH APN 9910011850 LAND/BUILDING _____ METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.81.  JEFFERSON PARISH APN 9910011851<br><br>LAND/BUILDING<br><br>908 N STARRETT RD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.82.  JEFFERSON PARISH APN 9910011852<br><br>LAND/BUILDING<br><br>PLOTS 70 & 71, OWN YOUR OWN SUBDIVISION<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.83.  JEFFERSON PARISH APN 9910011854<br><br>LAND/BUILDING<br><br>908 N STARRETT RD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.84.  JEFFERSON PARISH APN 9910011856<br><br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.85.  JEFFERSON PARISH APN 9910012529<br><br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.86.  JEFFERSON PARISH APN NOT FOUND<br><br>LAND/BUILDING<br><br>5501 WESTBANK EXPY<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.87.  LAFOURCHE PARISH APN 10206300<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.88.  LAFOURCHE PARISH APN 0010002000 0010001800 - THIS ASSESSMENT DOES NOT INCLUDE THE CHURCH, BUT THE PROPERTY IS INCLUDED IN THEIR ACQUISITION AND THEY DID NOT SELL OUT THEIR INTEREST<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.89.  LAFOURCHE PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.90.  ORLEANS PARISH APN 716403004<br><br>LAND/BUILDING<br><br>_____<br>7919 FIG ST<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.91.  ORLEANS PARISH APN 716402908<br><br>LAND/BUILDING<br><br>_____<br>3009 S CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.92.  ORLEANS PARISH APN 716402906<br><br>LAND/BUILDING<br><br>_____<br>3017 S CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.93.  ORLEANS PARISH APN 716402901<br><br>LAND/BUILDING<br><br>_____<br>3003 S CARROLLTON AVE (8039 FIG ST)<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.94.  ORLEANS PARISH APN 716400101<br><br>LAND/BUILDING<br><br>_____<br>2908 S CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.95.  ORLEANS PARISH APN 716327320<br><br>LAND/BUILDING<br><br>_____<br>2901 S. CARROLLTON AVE (7887 WALMSLEY AVE)<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.96.  ORLEANS PARISH APN 716327302<br><br>LAND/BUILDING<br><br>_____<br>2814 S. CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.97.   ORLEANS PARISH APN 615314617<br><br>LAND/BUILDING<br><br>2801 PINE ST<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.98.   ORLEANS PARISH APN 615308210<br><br>LAND/BUILDING<br><br>1037 AUDUBON ST<br>NEW ORLEANS LA 70118 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.99.   ORLEANS PARISH APN 513901405<br><br>LAND/BUILDING<br><br>1504901 VERONICA ST<br>NEW ORLEANS LA 70043 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.100.   ORLEANS PARISH APN 513834210<br><br>LAND/BUILDING<br><br>6420 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.101.   ORLEANS PARISH APN 513834211<br><br>LAND/BUILDING<br><br>6430 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.102.   ORLEANS PARISH APN 513834212<br><br>LAND/BUILDING<br><br>6440 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.103.   ORLEANS PARISH APN 513834213<br><br>LAND/BUILDING<br><br>6450 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.104.   ORLEANS PARISH APN 513834216<br><br>LAND/BUILDING<br><br>4420 FIELDS ST<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.105. ORLEANS PARISH APN 513834218<br><br>LAND/BUILDING<br><br>_____<br>6410 MEDLOCK ST<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.106. ORLEANS PARISH APN 513834223<br><br>LAND/BUILDING<br><br>_____<br>4415 JOYCELYN DR<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.107. ORLEANS PARISH APN 513815601<br><br>LAND/BUILDING<br><br>_____<br>6201 STRATFORD PLACE<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.108. ORLEANS PARISH APN 412205921<br><br>LAND/BUILDING<br><br>_____<br>2200 WASHINGTON AVE<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.109. ORLEANS PARISH APN 412205920<br><br>LAND/BUILDING<br><br>_____<br>2200 6TH ST, NEW ORLEANS, LA<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.110. ORLEANS PARISH APN 39W964001<br><br>LAND/BUILDING<br><br>_____<br>13435 GRANVILLE ST, NEW ORLEANS, LA 70129<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.111. ORLEANS PARISH APN 39W968602<br><br>LAND/BUILDING<br><br>_____<br>13900 DWYER BLVD (5069 WILOWBROOK DR)<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.112. ORLEANS PARISH APN 39W972902<br><br>LAND/BUILDING<br><br>_____<br>14001 DWYER BLVD<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.113.  ORLEANS PARISH APN 39W965107<br>LAND/BUILDING<br><br>14100 MICHOUD BLVD<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.114.  ORLEANS PARISH APN 39W968901<br>LAND/BUILDING<br><br>14400 PELTIER DR<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.115.  ORLEANS PARISH APN 39W968902<br>LAND/BUILDING<br><br>14408 PELTIER DR<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.116.  ORLEANS PARISH APN 39W968903<br>LAND/BUILDING<br><br>14418 PELTIER DR<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.117.  ORLEANS PARISH APN 39W968904<br>LAND/BUILDING<br><br>14418 PELTIER DR<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.118.  ORLEANS PARISH APN 39W210407<br>LAND/BUILDING<br><br>45586 LAMANCHE ST<br>NEW ORLEANS LA 70117 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.119.  ORLEANS PARISH APN 39W828304<br>LAND/BUILDING<br><br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.120.  ORLEANS PARISH APN 39W828308<br>LAND/BUILDING<br><br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.121.   ORLEANS PARISH APN 39W828318<br><br>LAND/BUILDING<br><br>_____<br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.122.   ORLEANS PARISH APN 39W828327<br><br>LAND/BUILDING<br><br>_____<br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.123.   ORLEANS PARISH APN 37W510217<br><br>LAND/BUILDING<br><br>_____<br>6054 VERMILLION BLVD<br>NEW ORLEANS LA 70122 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.124.   ORLEANS PARISH APN 39W107406<br><br>LAND/BUILDING<br><br>_____<br>2824 DAUPHINE ST<br>NEW ORLEANS LA 70117 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.125.   ORLEANS PARISH APN 39W968805<br><br>LAND/BUILDING<br><br>_____<br>4901 ALSACE ST<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.126.   ORLEANS PARISH APN 39W013747<br><br>LAND/BUILDING<br><br>_____<br>7300 CROWDER RD.<br>NEW ORLEANS LA 70127 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.127.   ORLEANS PARISH APN 207102719<br><br>LAND/BUILDING<br><br>_____<br>820 DAUPHINE ST<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.128.   ORLEANS PARISH APN 207102704<br><br>LAND/BUILDING<br><br>_____<br>DAUPHINE ST<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.129.  ORLEANS PARISH APN 207101408<br><br>LAND/BUILDING<br><br>_____<br>615 PERE ANTOINE ALY<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.130.  ORLEANS PARISH APN 207101314<br><br>LAND/BUILDING<br><br>_____<br>721 CHARTRES ST (715-725 CHARTRES ST)<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.131.  ORLEANS PARISH APN 206104218<br><br>LAND/BUILDING<br><br>_____<br>1043 CONTI ST (400-411 N. RAMPART)<br>NEW ORLEANS LA 70112 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.132.  ORLEANS PARISH APN 206104304<br><br>LAND/BUILDING<br><br>_____<br>401 N RAMPART ST<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.133.  ORLEANS PARISH APN 102106413<br><br>LAND/BUILDING<br><br>_____<br>1000 HOWARD AVE<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.134.  ORLEANS PARISH APN 102106406<br><br>LAND/BUILDING<br><br>_____<br>1032 S RAMPART ST<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.135.  ORLEANS PARISH APN 102106407<br><br>LAND/BUILDING<br><br>_____<br>1042 S RAMPART ST<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.136.  ORLEANS PARISH APN 102106402<br><br>LAND/BUILDING<br><br>_____<br>1025 ORETHA C. HALEY BLVD<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.137. ORLEANS PARISH APN 105205318<br><br>LAND/BUILDING<br><br>3200 CANAL ST<br>NEW ORLEANS LA 70119 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.138. ORLEANS PARISH APN 208100523<br><br>LAND/BUILDING<br><br>1116 CHARTRES ST (1110 CHARTRES ST)<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.139. ORLEANS PARISH APN 101102914<br><br>LAND/BUILDING<br><br>1522 CHIPPEWA ST (1505 ST. THOMAS ST; 1502, 1517, 1522, 1522A AND 1526 CHIPPEWA ST)<br>NEW ORLEANS LA 70130 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.140. ORLEANS PARISH APN 37W101321<br><br>LAND/BUILDING<br><br>1941 DAUPHINE ST<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.141. PLAQUEMINES PARISH APN 8501650<br><br>LAND/BUILDING<br><br>200 BETA ST<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.142. PLAQUEMINES PARISH APN 8506325<br><br>LAND/BUILDING<br><br>HIGHWAY 23<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.143. PLAQUEMINES PARISH APN 8506300<br><br>LAND/BUILDING<br><br>HIGHWAY 23<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.144. PLAQUEMINES PARISH APN 8203000<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.145.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.146.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.147.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>(8968 LA-23)<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.148.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>(8968 LA-23)<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.149.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.150.  PLAQUEMINES PARISH APN 8600355<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.151.  ST. BERNARD PARISH APN A899000000Z4<br><br>LAND/BUILDING<br><br>_____<br>2621 COLONIAL BLVD<br>VIOLET LA 70092 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.152.  ST. BERNARD PARISH APN 689900000170<br><br>LAND/BUILDING<br><br>_____<br>2809 BAYOU RD.<br>ST BERNARD LA 70085 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.153. ST. BERNARD PARISH APN 350500000DD1<br><br>LAND/BUILDING<br><br>3700 JEAN LAFITTE PKWY<br>CHALMETTE LA 70043 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.154. ST. BERNARD PARISH APN 45630000R1C2<br><br>LAND/BUILDING<br><br>2501 ARCHBISHOP HANNAN<br>MERAUX LA 70075 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.155. ST. BERNARD PARISH APN 789900000041<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.156. ST. BERNARD PARISH APN 789900000045<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.157. ST. CHARLES PARISH APN 20110150000A<br><br>LAND/BUILDING<br><br>178 ST. MARK AVE<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.158. ST. CHARLES PARISH APN 201101500001<br><br>LAND/BUILDING<br><br>10779 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.159. ST. CHARLES PARISH APN 200500B00001<br><br>LAND/BUILDING<br><br>10771 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.160. ST. CHARLES PARISH APN 20110150001A<br><br>LAND/BUILDING<br><br>10773 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.161. ST. CHARLES PARISH APN 224501100004<br><br>LAND/BUILDING<br><br>10774 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.162. ST. CHARLES PARISH APN 20170000000B<br><br>LAND/BUILDING<br><br>_____<br>234 ANGUS DR<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.163. ST. CHARLES PARISH APN 20170000000D<br><br>LAND/BUILDING<br><br>_____<br>234 ANGUS DR<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.164. ST. CHARLES PARISH APN 20170000000E<br><br>LAND/BUILDING<br><br>_____<br>208 ANGUS DR<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.165. ST. CHARLES PARISH APN 702800A00010<br><br>LAND/BUILDING<br><br>_____<br>155 HOLY FAMILY AVE.<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.166. ST. CHARLES PARISH APN 302101000001, 302101000002, 302101000003 AND 302101000004<br><br>LAND/BUILDING<br><br>_____<br>14538 RIVER ROAD<br>DESTREHAN LA 70047 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.167. ST. CHARLES PARISH APN 160100001878<br><br>LAND/BUILDING<br><br>_____<br>16883 RIVER ROAD<br>HAHNVILLE LA 70401 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.168. ST. JOHN THE BAPTIST PARISH APN 9400000700<br><br>LAND/BUILDING<br><br>_____<br>100 DOMINICAN RD<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.169. ST. JOHN THE BAPTIST PARISH APN 9400000801<br><br>LAND/BUILDING<br><br>_____<br>NEWPORT DR<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.170.  ST. JOHN THE BAPTIST PARISH APN 9400000800<br>LAND/BUILDING<br><br>799 FAIRWAY DR<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.171.  ST. JOHN THE BAPTIST PARISH APN 0410004018<br>LAND/BUILDING<br><br>2004 E. FRISCO DR<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.172.  ST. JOHN THE BAPTIST PARISH APN 9400000600<br>LAND/BUILDING<br><br>GREENWOOD DR AND FAIRWAY DR<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.173.  ST. JOHN THE BAPTIST PARISH APN 9400013700<br>LAND/BUILDING<br><br>1809 GREENWOOD DR<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.174.  ST. TAMMANY PARISH APN 137-080-0678<br>LAND/BUILDING<br><br>OAK HARBOR BLVD<br>EDEN ISLE LA 70458 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.175.  ST. TAMMANY PARISH APN 118-035-6921<br>LAND/BUILDING<br><br>77002 K C CAMP RD<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.176.  ST. TAMMANY PARISH APN 137-077-8850<br>LAND/BUILDING<br><br>HOWZE BEACH RD<br>SLIDELL LA 70458 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.177.  ST. TAMMANY PARISH APN 131-072-5536<br>LAND/BUILDING<br><br>910 CROSS GATES BLVD<br>SLIDELL LA 70461 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.178. ST. TAMMANY PARISH APN 110-101-0891<br>LAND/BUILDING<br><br>910 CROSS GATES BLVD<br>SLIDELL LA 70461 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.179. ST. TAMMANY PARISH APN 128-067-9097<br>LAND/BUILDING<br><br>687 ST GENEVIEVE LN<br>SLIDELL LA 70460 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.180. ST. TAMMANY PARISH APN 128-067-7507<br>LAND/BUILDING<br><br>58203 LA-433 (58031 LA-433)<br>SLIDELL LA 70460 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.181. ST. TAMMANY PARISH APN 123-046-8800<br>LAND/BUILDING<br><br>1901 JAGUAR DR (UNCONFIRMED)<br>SLIDELL LA 70461 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.182. ST. TAMMANY PARISH APN 121-808-4291<br>LAND/BUILDING<br><br>BRIER LAKE DR<br>LACOMBE LA 70445 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.183. ST. TAMMANY PARISH APN 121-070-8410<br>LAND/BUILDING<br><br>61051 BRIER LAKE DR<br>LACOMBE LA 70445 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.184. ST. TAMMANY PARISH APN 121-041-7467<br>LAND/BUILDING<br><br>61030 BRIER LAKE DR (UNCONFIRMED)<br>LACOMBE LA 70445 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.185. ST. TAMMANY PARISH APN 118-114-1724<br>LAND/BUILDING<br><br>GUS BALDWIN RD<br>PEARL RIVER LA 70452 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.186. ST. TAMMANY PARISH APN 114-116-9262<br><br>LAND/BUILDING<br><br>_____<br>E U.S. HWY 190 & ST ANN DR<br>MANDEVILLE LA 70471 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.187. ST. TAMMANY PARISH APN 114-116-0400<br><br>LAND/BUILDING<br><br>_____<br>1501 W. CAUSEWAY APPROACH (1515 W. CAUSEWAY APPROACH)<br>MANDEVILLE LA 70471 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.188. ST. TAMMANY PARISH APN 114-029-5000<br><br>LAND/BUILDING<br><br>_____<br>COVINGTON LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.189. ST. TAMMANY PARISH APN 114-023-0197<br><br>LAND/BUILDING<br><br>_____<br>MANDEVILLE LA 70471 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.190. ST. TAMMANY PARISH APN 112-142-1561<br><br>LAND/BUILDING<br><br>_____<br>4465 HWY 190 W (4465 HIGHWAY E SERVICE RD)<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.191. ST. TAMMANY PARISH APN 112-023-1339<br><br>LAND/BUILDING<br><br>_____<br>HOLY TRINITY DR (501 HOLY TRINITY DR)<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.192. ST. TAMMANY PARISH APN 107-142-1332<br><br>LAND/BUILDING<br><br>_____<br>20370 SMITH ROAD (UNCONFIRMED)<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.193. ST. TAMMANY PARISH APN 107-120-8608<br><br>LAND/BUILDING<br><br>_____<br>20370 SMITH ROAD (UNCONFIRMED)<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.194. ST. TAMMANY PARISH APN 107-014-5106<br><br>LAND/BUILDING<br><br>_____<br>20370 SMITH ROAD (UNCONFIRMED)<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.195. ST. TAMMANY PARISH APN 107-140-4065<br><br>LAND/BUILDING<br><br>_____<br>285 PONCHITOLAWA DR<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.196. ST. TAMMANY PARISH APN 107-012-1681<br><br>LAND/BUILDING<br><br>_____<br>69033 RIVERBEND RD<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.197. ST. TAMMANY PARISH APN 106-126-4206<br><br>LAND/BUILDING<br><br>_____<br>E 20TH AVE<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.198. ST. TAMMANY PARISH APN 106-106-2689<br><br>LAND/BUILDING<br><br>_____<br>S. WASHINGTON ST AND E. BOSTON ST<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.199. ST. TAMMANY PARISH APN 106-014-8423<br><br>LAND/BUILDING<br><br>_____<br>4354-4530 RONALD REAGAN HWY / 16118 HWY 190<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.200. ST. TAMMANY PARISH APN 106-009-0247<br><br>LAND/BUILDING<br><br>_____<br>416 E RUTLAND ST (424 E 21ST ST & 111/113 S JAHNCKE)<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.201. ST. TAMMANY PARISH APN 106-006-5994<br><br>LAND/BUILDING<br><br>_____<br>416 E RUTLAND ST<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.202. ST. TAMMANY PARISH APN 106-006-8128<br><br>LAND/BUILDING<br><br>_____<br>122 S MASSACHUSETTS ST<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.203. ST. TAMMANY PARISH APN 104-003-1526<br><br>LAND/BUILDING<br><br>_____<br>RUE DE LA PAIX<br>ST. TAMMANY PARISH LA 70447 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.204. ST. TAMMANY PARISH APN 103-132-9715<br><br>LAND/BUILDING<br><br>_____<br>71324 HWY. 1077<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.205. TERREBONNE PARISH APN 41759<br><br>LAND/BUILDING<br><br>_____<br>209 S HOLLYWOOD RD<br>HOUMA LA 70360 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.206. TERREBONNE PARISH APN 41080<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.207. TERREBONNE PARISH APN 36811<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.208. TERREBONNE PARISH APN 57708<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.209. TERREBONNE PARISH APN 52474<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.210. 23515 HWY 190<br><br>LAND/BUILDING<br><br>_____<br>23515 HWY 190<br>BAY SAINT LOUIS MS 39520 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.211. _____ REAL PROPERTY IMPROVEMENTS - ALL PROPERTIES _____ | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

<div style="border:1px solid">UNDETERMINED</div>

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| 60.1. _____ | $_____ | _____ | $_____ |

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1. ARCH-NO.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.2. ARCHBISHOPCHAPELLE.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.3. HANNANHIGH.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.4. ARCHBISHOPSHAW.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.5. RUMMELRAIDERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.6. HOLYROSARYNOLA.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.7. PJP.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.8. STCHARLESCATHOLIC.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.9. STMICHAELSPECIALSCHOOL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.10. SSACAD.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.11. JUDESHRINE.WE.SHAREONLINE.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.12. STLOUISCATHEDRAL.ORG | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | | | | |
|---|---|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | | | |
| 62.1. | _____ | $_____ | _____ | $_____ |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | | |
| 63.1. | _____ | $_____ | _____ | $_____ |
| **64.** | **Other intangibles, or intellectual property** | | | | |
| 64.1.[1] | ARCHDIOCESE OF NEW ORLEANS AND CREST | UNDETERMINED | _____ | UNDETERMINED |
| 64.2.[2] | CATHEDRAL - BASILICA OF SAINT LOUIS KING OF FRANCE AND FLEUR DE LIS LOGO | UNDETERMINED | _____ | UNDETERMINED |
| 64.3.[3] | OUR LADY OF GUADALOUPE CHURCH & INTERNATIONAL SHRINE OF ST. JUDE NAME PLATE | UNDETERMINED | _____ | UNDETERMINED |
| 64.4.[4] | ACADEMY OF OUR LADY NAME PLATE AND CREST, "PENGUIN" MASCOT | UNDETERMINED | _____ | UNDETERMINED |
| 64.5.[5] | ARCHBISHOP CHAPELLE HIGH SCHOOL NAME PLATE AND CREST, "CHIPMUNKS" MASCOT | UNDETERMINED | _____ | UNDETERMINED |
| 64.6.[6] | ARCHBISHOP RUMMEL HIGH SCHOOL NAME PLATE, "R", "RAIDERS" | UNDETERMINED | _____ | UNDETERMINED |
| 64.7.[7] | ARCHBISHOP SHAW HIGH SCHOOL NAME PLATE, "S", ANCHOR AND COLORS, "EAGLES" MASCOT | UNDETERMINED | _____ | UNDETERMINED |
| 64.8.[8] | ST. CHARLES CATHOLIC HIGH SCHOOL AND CREST, "HOME OF THE COMETS" LOGO | UNDETERMINED | _____ | UNDETERMINED |
| 64.9.[9] | POPE JOHN PAUL II CATHOLIC HIGH SCHOOL NAME PLATE AND CREST, "PJP", "JAGUARS" MASCOT | UNDETERMINED | _____ | UNDETERMINED |
| 64.10.[10] | ST. SCHOLASTICA ACADEMY AND LOGO, "SSA", "DOVE" MASCOT | UNDETERMINED | _____ | UNDETERMINED |
| 64.11.[11] | ARCHBISHOP HANNAN HIGH SCHOOL NAME PLATE, LOGO, CREST, SEAL AND "HAWKS" MASCOT | UNDETERMINED | _____ | UNDETERMINED |
| 64.12.[12] | ST. MICHAEL SCHOOL AND LOGO, CHEF'S CHARITY LOGO | UNDETERMINED | _____ | UNDETERMINED |

[1]ARCHDIOCESE OF NEW ORLEANS

[2]ST. LOUIS CATHEDRAL

[3]OUR LADY OF GUADALOUPE

[4]ACADEMY OF OUR LADY HIGH SCHOOL

[5]CHAPELLE HIGH SCHOOL

[6]ARCHBISHOP RUMMEL HIGH SCHOOL

[7]ARCHBISHOP SHAW HIGH SCHOOL

[8]ST. CHARLES CATHOLIC HIGH SCHOOL

[9]POPE JOHN PAUL HIGH SCHOOL

[10]ST. SCHOLASTICA ACADEMY

[11]ARCHBISHOP HANNAN HIGH SCHOOL

[12]ST. MICHAEL'S SPECIAL SCHOOL

| | | | | | |
|---|---|---|---|---|---|
| **65.** | **Goodwill** | | | | |
| 65.1. | _____ | $_____ | _____ | $_____ |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

**66.  Total of part 10**

|  |
|---|
| UNDETERMINED |

Add lines 60 through 65. Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

**71.  Notes receivable**

| Description (include name of obligor) | Total face amount | | Doubtful or uncollectible amount | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 71.1. BP STRUCTURED SETTLLEMENT<br>1<br><br>BP CLAIM TRUST FUND<br>BP CLAIM TRUST FUND<br>DEEPWATER HORIZON ECONOMIC CLAIMS CENTER<br>P.O. BOX 10272<br>DUBLIN OH 43017-5772 | $2,000,000.00 | - | $0.00 | = ........ → | | $2,000,000.00 |
| 71.2. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $15,090.98 | - | $0.00 | = ........ → | | $15,090.98 |
| 71.3. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $18,383.26 | - | $0.00 | = ........ → | | $18,383.26 |
| 71.4. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $79,750.90 | - | $0.00 | = ........ → | | $79,750.90 |
| 71.5. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $5,940.31 | - | $0.00 | = ........ → | | $5,940.31 |
| 71.6. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $8,122.78 | - | $8,122.78 | = ........ → | | $0.00 |
| 71.7. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $7,600.00 | - | $0.00 | = ........ → | | $7,600.00 |
| 71.8. LOAN FROM LOAN AND DEPOSIT FUND<br>2<br>Name and Address Intentionally Omitted | $7,681.18 | - | $0.00 | = ........ → | | $7,681.18 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 71.9.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $10,500.00 | - $0.00 | = ........ → $10,500.00 |
| | Name and Address Intentionally Omitted | | | |
| 71.10.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $10,094.13 | - $0.00 | = ........ → $10,094.13 |
| | Name and Address Intentionally Omitted | | | |
| 71.11.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $13,513.57 | - $0.00 | = ........ → $13,513.57 |
| | Name and Address Intentionally Omitted | | | |
| 71.12.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $5,196.80 | - $0.00 | = ........ → $5,196.80 |
| | Name and Address Intentionally Omitted | | | |
| 71.13.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $4,614,328.09 | - $0.00 | = ........ → $4,614,328.09 |
| | ARCHBISHOP HANNAN HIGH SCHOOL<br>71234 HWY 1077<br>COVINGTON LA 70433 | | | |
| 71.14.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $68,659.35 | - $0.00 | = ........ → $68,659.35 |
| | ASCENSION OF OUR LORD PARISH<br>799 FAIRWAY DR.<br>LAPLACE LA 70068-2007 | | | |
| 71.15.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $22,481.09 | - $0.00 | = ........ → $22,481.09 |
| | ASPIRING SCHOLARS<br>7887 WALMSLEY AVE.<br>NEW ORLEANS LA 70125 | | | |
| 71.16.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $1,762,756.67 | - $0.00 | = ........ → $1,762,756.67 |
| | CHATEAU DE NOTRE DAME<br>ATTN: HENRY CUROLE<br>1000 HOWARD AVENUE<br>NEW ORLEANS LA 70113 | | | |
| 71.17.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $538,430.95 | - $538,430.95 | = ........ → $0.00 |
| | CHRIST THE KING PARISH<br>553 DEERFIELD ROAD<br>TERRYTOWN LA 70056 | | | |
| 71.18.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $2,418.47 | - $0.00 | = ........ → $2,418.47 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | |
| 71.19.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $2,561.20 | - $0.00 | = ........ → $2,561.20 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | |
| 71.20.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $1,311,863.51 | - $0.00 | = ........ → $1,311,863.51 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | |
| 71.21.<br>2 | LOAN FROM LOAN AND DEPOSIT FUND | $36,551.46 | - $0.00 | = ........ → $36,551.46 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| 71.222 | LOAN FROM LOAN AND DEPOSIT FUND | $214,077.46 | - $0.00 | = ........ → | $214,077.46 |
|---|---|---|---|---|---|
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | | |
| 71.223 | LOAN FROM LOAN AND DEPOSIT FUND | $131,486.18 | - $0.00 | = ........ → | $131,486.18 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | | |
| 71.224 | LOAN FROM LOAN AND DEPOSIT FUND | $2,056.81 | - $0.00 | = ........ → | $2,056.81 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | | |
| 71.225 | LOAN FROM LOAN AND DEPOSIT FUND | $805,541.30 | - $0.00 | = ........ → | $805,541.30 |
| | CHRISTOPHER HOMES, INC.<br>1000 HOWARD AVE<br>STE 100<br>NEW ORLEANS LA 70113 | | | | |
| 71.226 | LOAN FROM LOAN AND DEPOSIT FUND | $41,512.88 | - $0.00 | = ........ → | $41,512.88 |
| | CLARION HERALD<br>ATTN: MR. MARK LOMBARD<br>1000 HOWARD AVENUE; SUITE<br>NEW ORLEANS LA 70113-1903 | | | | |
| 71.227 | LOAN FROM LOAN AND DEPOSIT FUND | $1,787,232.92 | - $0.00 | = ........ → | $1,787,232.92 |
| | DIVINE MERCY PARISH<br>4337 SAL LENTINI PKWY.<br>KENNER LA 70065 | | | | |
| 71.228 | LOAN FROM LOAN AND DEPOSIT FUND | $15,726,363.31 | - $0.00 | = ........ → | $15,726,363.31 |
| | DIVINE MERCY PARISH<br>4337 SAL LENTINI PKWY.<br>KENNER LA 70065 | | | | |
| 71.229 | LOAN FROM LOAN AND DEPOSIT FUND | $135,437.58 | - $0.00 | = ........ → | $135,437.58 |
| | GOOD SHEPHERD PARISH<br>1025 NAPOLEON AVE.<br>NEW ORLEANS LA 70115 | | | | |
| 71.230 | LOAN FROM LOAN AND DEPOSIT FUND | $479,000.00 | - $239,500.00 | = ........ → | $239,500.00 |
| | HANMAUM KOREAN CATHOLIC CHURCH<br>ATTN: CHAPLAIN<br>4812 W. NAPOLEON AVENUE<br>METAIRIE LA 70001-2364 | | | | |
| 71.231 | LOAN FROM LOAN AND DEPOSIT FUND | $574,774.01 | - $0.00 | = ........ → | $574,774.01 |
| | HOLY TRINITY LAND CORP.<br>501 HOLY TRINITY DRIVE<br>COVINGTON LA 70433-4957 | | | | |
| 71.232 | LOAN FROM LOAN AND DEPOSIT FUND | $250,851.72 | - $0.00 | = ........ → | $250,851.72 |
| | MOST HOLY TRINITY PARISH<br>501 HOLY TRINITY DR.<br>COVINGTON LA 70433 | | | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                  Case number *(if known)* **20-10846**

71.33. LOAN FROM LOAN AND DEPOSIT FUND          $11,431,823.27        -  $87,900.00        = ........ →        $11,343,923.27

    MOST HOLY TRINITY PARISH
    501 HOLY TRINITY DR.
    COVINGTON LA 70433

71.34. LOAN FROM LOAN AND DEPOSIT FUND          $276,050.07           -  $0.00              = ........ →        $276,050.07

    NOTRE DAME SEMINARY
    VERY REV JAMESWEHNER STD
    2901 S. CARROLLTON AVENUE
    NEW ORLEANS LA 70118-4391

71.35. LOAN FROM LOAN AND DEPOSIT FUND          $307,276.66           -  $0.00              = ........ →        $307,276.66

    NOTRE DAME SEMINARY
    VERY REV JAMESWEHNER STD
    2901 S. CARROLLTON AVENUE
    NEW ORLEANS LA 70118-4391

71.36. LOAN FROM LOAN AND DEPOSIT FUND          $555,456.15           -  $555,456.15        = ........ →        $0.00

    OUR LADY OF DIVINE PROVIDENCE SCHOOL
    1000 N. STARRET ROAD
    METAIRIE LA 70003

71.37. LOAN FROM LOAN AND DEPOSIT FUND          $807,553.94           -  $0.00              = ........ →        $807,553.94

    OUR LADY OF LOURDES PARISH
    C/O BLESSED TRINITY
    4230 S. BROAD ST.
    NEW ORLEANS LA 70115

71.38. LOAN FROM LOAN AND DEPOSIT FUND          $330,470.27           -  $0.00              = ........ →        $330,470.27

    OUR LADY OF LOURDES PARISH
    C/O BLESSED TRINITY
    4230 S. BROAD ST.
    NEW ORLEANS LA 70115

71.39. LOAN FROM LOAN AND DEPOSIT FUND          $82,639.10            -  $82,639.10         = ........ →        $0.00

    OUR LADY OF PROMPT SUCCOR PARISH
    146 4TH STREET
    WEST WEGO LA 70094

71.40. LOAN FROM LOAN AND DEPOSIT FUND          $84,005.20            -  $0.00              = ........ →        $84,005.20

    OUR LADY OF THE ANGELS PARISH
    6815 RIVER ROAD
    WEST WEGO LA 70094

71.41. LOAN FROM LOAN AND DEPOSIT FUND          $13,286.45            -  $0.00              = ........ →        $13,286.45

    OUR LADY STAR OF THE SEA PARISH
    1835 ST. ROCH AVE.
    NEW ORLEANS LA 70117-8199

71.42. LOAN FROM LOAN AND DEPOSIT FUND          $350,000.00           -  $0.00              = ........ →        $350,000.00

    RESURRECTION OF OUR LORD SCHOOL
    4861 ROSALIA DRIVE
    NEW ORLEANS LA 70127

71.43. LOAN FROM LOAN AND DEPOSIT FUND          $91,847.17            -  $0.00              = ........ →        $91,847.17

    SACRED HEART OF JESUS PARISH
    7887 WALMSLEY AVE.
    NEW ORLEANS LA 70125

71.44. LOAN FROM LOAN AND DEPOSIT FUND          $111,243.06           -  $0.00              = ........ →        $111,243.06

    ST. ALPHONSUS PARISH
    2030 CONSTANCE ST.
    NEW ORLEANS LA 70130-5099

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| | | | | | |
|---|---|---|---|---|---|
| 71.45.2 | LOAN FROM LOAN AND DEPOSIT FUND | $249,169.41 | - $0.00 | = ........ → | $249,169.41 |
| | ST. ANDREW THE APOSTLE<br>3101 ETON ST.<br>NEW ORLEANS LA 70131-5399 | | | | |
| 71.46.2 | LOAN FROM LOAN AND DEPOSIT FUND | $211,115.35 | - $0.00 | = ........ → | $211,115.35 |
| | ST. ANGELA MERICI PARISH<br>901 BEVERLY GARDENS DR.<br>METAIRIE LA 70002-5085 | | | | |
| 71.47.2 | LOAN FROM LOAN AND DEPOSIT FUND | $136,879.70 | - $102,659.78 | = ........ → | $34,219.92 |
| | ST. ANTHONY PARISH<br>2653 JEAN LAFITTE BLVD.<br>LAFITTE LA 70067-9714 | | | | |
| 71.48.2 | LOAN FROM LOAN AND DEPOSIT FUND | $105,519.62 | - $0.00 | = ........ → | $105,519.62 |
| | ST. ANTHONY'S GARDENS<br>601 HOLY TRINITY DRIVE<br>COVINGTON LA 70433 | | | | |
| 71.49.2 | LOAN FROM LOAN AND DEPOSIT FUND | $525,005.89 | - $0.00 | = ........ → | $525,005.89 |
| | ST. ANTHONY'S GARDENS<br>601 HOLY TRINITY DRIVE<br>COVINGTON LA 70433 | | | | |
| 71.50.2 | LOAN FROM LOAN AND DEPOSIT FUND | $11,907,763.59 | - $0.00 | = ........ → | $11,907,763.59 |
| | ST. ANTHONY'S GARDENS<br>601 HOLY TRINITY DRIVE<br>COVINGTON LA 70433 | | | | |
| 71.51.2 | LOAN FROM LOAN AND DEPOSIT FUND | $149,457.64 | - $149,457.64 | = ........ → | $0.00 |
| | ST. AUGUSTINE PARISH<br>1210 GOVERNOR NICHOLS ST.<br>NEW ORLEANS LA 70116 | | | | |
| 71.52.2 | LOAN FROM LOAN AND DEPOSIT FUND | $133,768.10 | - $133,768.10 | = ........ → | $0.00 |
| | ST. BONAVENTURE PARISH<br>329 S. JAMIE BLVD<br>WEST WEGO LA 70094 | | | | |
| 71.53.2 | LOAN FROM LOAN AND DEPOSIT FUND | $237,265.53 | - $0.00 | = ........ → | $237,265.53 |
| | ST. GENEVIEVE PARISH<br>58025 ST. GENEVIEVE LANE<br>SLIDELL LA 70460 | | | | |
| 71.54.2 | LOAN FROM LOAN AND DEPOSIT FUND | $67,628.99 | - $33,814.50 | = ........ → | $33,814.49 |
| | ST. HUBERT PARISH<br>541 SOUTH CHURCH STREET<br>GARYVILLE LA 70051 | | | | |
| 71.55.2 | LOAN FROM LOAN AND DEPOSIT FUND | $49,330.62 | - $24,665.31 | = ........ → | $24,665.31 |
| | ST. HUBERT PARISH<br>541 SOUTH CHURCH STREET<br>GARYVILLE LA 70051 | | | | |
| 71.56.2 | LOAN FROM LOAN AND DEPOSIT FUND | $622,813.24 | - $0.00 | = ........ → | $622,813.24 |
| | ST. JANE DE CHANTAL PARISH<br>P.O. BOX 1870<br>ABITA SPRINGS LA 70420-1870 | | | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 71.57.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $740,730.71 | - $0.00 | = ........ → | $740,730.71 |
| ST. JOHN OF THE CROSS PARISH<br>61030 BRIER LAKE DR.<br>LACOMBE LA 70445-2911 | | | | |
| 71.58.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $125,224.98 | - $125,224.98 | = ........ → | $0.00 |
| ST. JOHN THE BAPTIST PARISH<br>1801 W AIRLINE HWY<br>LAPLACE LA 70068 | | | | |
| 71.59.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $281,451.62 | - $0.00 | = ........ → | $281,451.62 |
| ST. JOSEPH PARISH<br>610 SIXTH STREET<br>GRETNA LA 70053 | | | | |
| 71.60.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $299,005.87 | - $0.00 | = ........ → | $299,005.87 |
| ST. PETER CLAVER PARISH<br>1923 ST. PHILIP ST.<br>NEW ORLEANS LA 70116-2199 | | | | |
| 71.61.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $155,374.74 | - $0.00 | = ........ → | $155,374.74 |
| ST. PETER CLAVER SCHOOL<br>1910 URSULINES AVE.<br>NEW ORLEANS LA 70116-2197 | | | | |
| 71.62.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $13,012.99 | - $0.00 | = ........ → | $13,012.99 |
| ST. PETER PARISH<br>125 E. 19TH AVE.<br>COVINGTON LA 70433-3195 | | | | |
| 71.63.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $177,181.44 | - $88,590.72 | = ........ → | $88,590.72 |
| ST. PETER PARISH<br>125 E. 19TH AVE.<br>COVINGTON LA 70433-3195 | | | | |
| 71.64.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $2,282,911.13 | - $0.00 | = ........ → | $2,282,911.13 |
| ST. PIUS X PARISH<br>6666 SPANISH FORT BLVD.<br>NEW ORLEANS LA 70124-4398 | | | | |
| 71.65.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $444,590.48 | - $444,590.48 | = ........ → | $0.00 |
| ST. ROSALIE PARISH<br>600 SECOND AVENUE<br>HARVEY LA 70058 | | | | |
| 71.66.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $100,000.00 | - $0.00 | = ........ → | $100,000.00 |
| ST. STEPHEN SCHOOL<br>1027 NAPOLEON AVE.<br>NEW ORLEANS LA 70115 | | | | |
| 71.67.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $1,214,055.20 | - $0.00 | = ........ → | $1,214,055.20 |
| ST. TAMMANY CATHOLIC CEMETERY<br>7887 WALMSLEY AVENUE<br>NEW ORLEANS LA 70125 | | | | |
| 71.68.LOAN FROM LOAN AND DEPOSIT FUND<br>2 | $225,675.85 | - $0.00 | = ........ → | $225,675.85 |
| ST. THERESE ACADEMY FOR EXCEPTIONAL<br>LEARNERS<br>917 N. ATLANTA STREET<br>METAIRIE LA 70003 | | | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 71.69.LOAN FROM LOAN AND DEPOSIT FUND | $260,849.22 | - $260,849.22 | = ........ → $0.00 |
| ST. THOMAS PARISH<br>6951 HWY 39<br>BRAITHWAITE LA 70040 | | | |
| 71.70.LOAN FROM LOAN AND DEPOSIT FUND | $2,744,290.28 | - $0.00 | = ........ → $2,744,290.28 |
| THE VISITATION OF OUR LADY PARISH<br>3500 AMES BLVD.<br>MARRERO LA 70072-5699 | | | |
| 71.71.LOAN FROM LOAN AND DEPOSIT FUND | $74,173.42 | - $59,113.01 | = ........ → $15,060.41 |
| TRANSFIGURATION OF THE LORD<br>2212 PRENTISS AVE.<br>NEW ORLEANS LA 70122 | | | |
| 71.72.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $17,047.61 | - $0.00 | = ........ → $17,047.61 |
| ARCHBISHOP RUMMEL HIGH SCHOOL<br>1901 SEVERN AVE<br>METAIRIE LA 70001 | | | |
| 71.73.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $58,146.93 | - $0.00 | = ........ → $58,146.93 |
| ARCHBISHOP RUMMEL HIGH SCHOOL<br>1901 SEVERN AVE<br>METAIRIE LA 70001 | | | |
| 71.74.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $2,189,154.00 | - $1,000,000.00 | = ........ → $1,189,154.00 |
| ARCHBISHOP RUMMEL HIGH SCHOOL<br>1901 SEVERN AVE<br>METAIRIE LA 70001 | | | |
| 71.75.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $107,213.19 | - $0.00 | = ........ → $107,213.19 |
| ARCHBISHOP RUMMEL HIGH SCHOOL<br>1901 SEVERN AVE<br>METAIRIE LA 70001 | | | |
| 71.76.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $136,767.43 | - $68,383.72 | = ........ → $68,383.71 |
| OUR LADY OF GUADALUPE PARISH<br>411 NORTH RAMPART ST.<br>NEW ORLEANS LA 70112-3594 | | | |
| 71.77.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $148,885.79 | - $0.00 | = ........ → $148,885.79 |
| POPE JOHN PAUL II HIGH SCHOOL<br>1901 JAGUAR DRIVE<br>NEW ORLEANS LA 70461 | | | |
| 71.78.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $107,238.25 | - $0.00 | = ........ → $107,238.25 |
| ST. CHARLES CATHOLIC HIGH SCHOOL<br>100 DOMINICAN DRIVE<br>LAPLACE LA 70068 | | | |
| 71.79.LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $213,889.61 | - $0.00 | = ........ → $213,889.61 |
| ST. CHARLES CATHOLIC HIGH SCHOOL<br>100 DOMINICAN DRIVE<br>LAPLACE LA 70068 | | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | | Case number *(if known)* **20-10846** |

| | | | | | |
|---|---|---|---|---|---|
| 71.80 [3] | LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $483,699.85 | - $0.00 | = ........ → | $483,699.85 |
| | ST. CHARLES CATHOLIC HIGH SCHOOL 100 DOMINICAN DRIVE LAPLACE LA 70068 | | | | |
| 71.81 [3] | LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $4,003,993.30 | - $0.00 | = ........ → | $4,003,993.30 |
| | ST. CHARLES CATHOLIC HIGH SCHOOL 100 DOMINICAN DRIVE LAPLACE LA 70068 | | | | |
| 71.82 [3] | LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY | $1,415,463.62 | - $0.00 | = ........ → | $1,415,463.62 |
| | ST. LOUIS CATHEDRAL PARISH 645 PERE ANTOINE ALLEY NEW ORLEANS LA 70116 | | | | |

[1] REMAINING AMOUNT TO BE RECEIVED OVER NEXT 3 YEARS - PAYMENTS TO BE RECEIVED OF $500K IN JULY AND JANUARY (2020,2021)

[2] LOAN FROM LOAN AND DEPOSIT FUND

[3] LOAN FROM LOAN AND DEPOSIT FUND TO DEBTOR ENTITY

**72.** **Tax refunds and unused net operating losses (NOLs)**

| | Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|---|
| 72.1. | _____ | $_____ | $_____ | _____ | $_____ |

**73.** **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | UNITED HEALTHCARE INSURANCE COMPANY | UHIC-600737 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | SAFETY NATIONAL CASUALTY CORPORATION LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | SP 4060776 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | SAFETY NATIONAL CASUALTY CORPORATION MISSISSIPPI WORKERS' COMPENSATION COMMISSION | SP 4060776 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | ARCHDIOCESE OF NEW ORLEANS INDEMNITY COMPANY, INC. | CAPTIVE COVERAGE IN REFERENCE TO CATHOLIC MUTUAL CERTIFICATE # 8554. | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | 8554 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.6. | GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | G-00538205 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | G-00538250 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | 171151422199 03 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | 171150262606 10 | _____ | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | IN RE GN INVESTMENTS LLC C | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04262 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.2. | IN RE KAHN AVIATION, INC. | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04261 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.3. | IN RE KRW INVESTMENTS, INC. | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04264 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.4. | IN RE NAJEEB AHMED KHAN | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04258 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.5. | IN RE NAK HOLDINGS LLC | US BANKRUPTCY COURT WESTERN DISTRICT CA 19-04267 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.6. | IN RE NJ REALTY, LLC | US BANKRUPTCY COURT WESTERN DISTRICT CA 19-04266 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.7. | IN RE SARAH AIR, LLC | US BANRUPTCY COURT WESTERN DISTRICT CA 19-04268 UNSECURED CREDITOR | $631,448.06 | UNDETERMINED |
| 74.8. | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS AND POINT AUFER, LLC VS. CARUTHERS PRODUCING CO., INC., ANADARKO OGC COMPANY, LLOG EXLORATION COMPANY LLC, ROGER L. HEBERT, SWEPI LP, CHEVRON USA, INC., BASF CORPORATION, ENI OIL & GAS INC., CABOT OIL & GAS CORPORATION, HELIS OIL & GAS, LLC, LEGACY ENERGY CORPORATION, CODY ENERGY LLC, SUNOCO INC., KERR-MDGEE OIL & GAS ONSHORE LP | 32ND JDC- TERREBONNE PARISH CA 169160 LEGACY LITIGATION PLAINTIFF | UNKNOWN | UNDETERMINED |
| 74.9. | THE ARCHDIOCESE OF NEW ORLEANS AS SUBROGEE OF CYNTHIA JOHNSON VS. STEVE MARINO, GEICO CASUALTY COMPANY | CIVIL DISTRICT COURT PARISH OF ORLEANS NO. 2020-2329 SUBROGATION | UNKNOWN | UNDETERMINED |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 74.10. | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS VS. SOCIETE CATHOLIQUE POUR L'INSTRUCION DES ORPHELENIS DANS L'INDIGENCE A/K/A THE CATHOLIC SOCIETY FOR THE INSTRCTION OF INDIDGENT OPRHANS, CONSTANTINE MAEHNAUT; SUCCESSIO OF MARIE JUSTINE CIRNAIRE COUVENT: AND HENRY FLETCHER | CIVIL DISTRICT COURT PARISH OF ORLEANS NO. 2019-0106 QUIET TITLE ACTION | CLEAR TITLE TO 1941 DAUPHINE STREET NEW ORLEANS, LA 70116 | UNDETERMINED |
|---|---|---|---|---|
| 74.11. [1] | INTERLOGIC OUTSOURCING, INC. (IOI) | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. | $631,448.06 | UNDETERMINED |
| 74.12. | IOI PAYROLL SERVICES, INC. | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |
| 74.13. [1] | IOI WEST, INC. | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |
| 74.14. [1] | LAKEVIEW HOLDINGS, INC. | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |
| 74.15. [1] | LAKEVIEW TECHNOLOGY, INC. | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |
| 74.16. [1] | MODEARN, INC. | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |
| 74.17. [1] | TIMEPLUS SYSTEMS, LLC | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |
| 74.18. [1] | INTERLOGIC OUTSOURCING, INC. (IOI) | JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | $631,448.06 | UNDETERMINED |

[1]FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

|  |  | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | CATHOLIC MUTUAL GROUP AS INSURER - BUSINESS INTERRUPTION CLAIM FOR COVID-19 | COVERAGE DISPUTE -CORONA VIRUS - BUSINESS INTERRUPTION & ECONOMIC LOSSES | UNKNOWN | UNKNOWN |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 75.2. | CATHOLIC MUTUAL GROUP AS INSURER | COVERAGE DISPUTE - INTERLOGIC OUTSOURCING, INC. (IOI) PAYROLL FRAUD | UNKNOWN | UNKNOWN |
| 75.3. | CATHOLIC MUTUAL GROUP AS INSURER | COVERAGE DISPUTE - DENIAL OF COVERAGE FOR FALSE CLAIM ACT | UNKNOWN | UNKNOWN |
| 75.4. | CATHOLIC MUTUAL GROUP AS INSURER | REIMBURSEMENT OF ATTORNEY FEES & COSTS | $60,000.00 | UNKNOWN |
| 75.5. | CATHOLIC MUTUAL GROUP AS INSURER | COVERAGE DISPUTE - FAILURE TO DEFEND & INDEMNIFY CERTAIN LITIGATION & CLAIMS | UNKNOWN | UNKNOWN |
| 75.6. | BEDIVERE, ARMOURRISK MANAGEMENT, INC. AND RESOLUTE MANAGEMENT, INC | REIMBURSEMENT OF ATTORNEY FEES & COSTS | $495,000.00 | UNKNOWN |

**76.**   **Trusts, equitable or future interests in property**

76.1.[1]   20% BENEFICIAL INTEREST IN MARGARET LAUER CHARITABLE REMAINDER TRUST                    $380,721.00


[1]THIS IS A 20% INTEREST AS OF 4/30/20 IN THE ASSETS OF AN ESTATE, THERE ARE NO DONOR RESTRICTIONS - HOWEVER, THEY ARE RESTRICTED DUE TO THE PASSAGE OF TIME - THEY WILL NOT BE DISTRIBUTED TO THE PRINCIPAL BENEFICIARIES UNTIL THE INCOME BENEFICIARIES PASS AWAY. DISCOUNTED NPV INTEREST IS AT 4/30/20. THE TRUSTEE BEGAN SEEKING AN EARLY TERMINATION AND SETTLEMENT WITH THE BENEFICIARIES IN 3/2020, IF EXECUTED, THE CURRENT VALUE OF THE INTEREST COULD BE UP LIQUIDATED AND DISTRIBUTED (THIS ACTUAL VALUE WILL VARY WITH THE INVESTMENT MARKETS AT DATE OF LIQUIDATION).


**77.**   **Other property of any kind not already listed**

Examples: Season tickets, country club membership

77.1.   _____    $_____

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                    | $73,925,209.96 |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| **Part 12:** | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $46,603,900.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,523,228.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,054,575.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $99,266,663.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $140,739.54 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $639,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $265,992.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................... → | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                    + | $73,925,209.96 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $243,419,508.93 | + 91b.  UNDETERMINED |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................   $243,419,508.93

**Fill in this information to identify the case:**

**Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans

**United States Bankruptcy Court for the:** Eastern District of Louisiana

**Case number (if known):** 20-10846

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- |

2.1.   **Creditor's name and address**

DELL FINANCIAL SERVICES LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/22/2005

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

COMPUTER EQUIPMENT LEASE
AGREEMENT

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 6/22/2005 IN ST. TAMMANY PARISH, LA AS DOCUMENT NO. 52-3683 AND AS CONTINUED 5/13/2010 BY DOCUMENT NO. 52-54927 AND AS AMENDED 11/19/2010 BY DOCUMENT NO. 52-56961 AND AS FURTHER CONTINUED 5/28/2015 BY DOCUMENT NO. 52-81106

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED   UNDETERMINED

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

GUARANTEE - LPFA BONDS - ST ANTHONY GARDENS   $37,133,662.17   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

_____

**Date debt was incurred:** _____

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

  _____

☒ Contingent

  _____

☐ Unliquidated

  ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| | | |
|---|---|---|
| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

GUARANTEE - SUBORDINATED DEBT - ST ANTHONY GARDENS   $10,000,000.00   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

_____

**Date debt was incurred:** _____

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

  _____

☒ Contingent

  _____

☐ Unliquidated

  ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|
| | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | COMPUTER EQUIPMENT FINANCE AGREEMENT | UNDETERMINED  UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/18/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 7/18/2017 IN JEFFERSON PARISH, LA AS DOCUMENT NO. 26-363619

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|
| | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | COMPUTER EQUIPMENT FINANCE AGREEMENT | UNDETERMINED  UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/6/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 7/6/2018 IN JEFFERSON PARISH, LA AS DOCUMENT NO. 26-373688

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

COMPUTER EQUIPMENT FINANCE AGREEMENT                    UNDETERMINED   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 4/5/2019 IN JEFFERSON PARISH, LA AS DOCUMENT NO. 26-382324

_____

**Date debt was incurred:** 4/5/2019

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ No

☐ Yes. Have you already specified the relative priority?

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

_____

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| | | |
|---|---|---|
| 2.7. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

COMPUTER EQUIPMENT FINANCE AGREEMENT                    UNDETERMINED   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 7/10/2019 IN JEFFERSON PARISH, LA AS DOCUMENT NO. 26-385452

_____

**Date debt was incurred:** 7/10/2019

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

_____

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.8.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

THE BANK OF NEW YORK TRUST
COMPANY NA
601 POYDRAS ST
SUITE 2225
NEW ORLEANS LA 70130

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/22/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

ALL OF THE DEBTOR'S ALL OF PRESENTLY   UNDETERMINED   UNDETERMINED
EXISTING AND FUTURE REVENUES AND
THE UNRESTRICTED CASH AND
INVESTMENTS TO THE EXTENT ALLOWED
BY THE UNIFORM COMMERCIAL CODE
AND SUBJECT TO ANY PERMITTED LIENS.

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 3/22/2007
IN STATE OF LOUISIANA AS DOCUMENT
NO. 36-892259 AND AS CONTINUED
11/30/2011 BY DOCUMENT NO. 307803272
AND AS FURTHER CONTINUED 1/11/2017
BY DOCUMENT NO. 36-2017--1382; AND
UCC-1 ORIGINALLY RECORDED 3/22/2007
IN ORLEANS PARISH, LA AS DOCUMENT
NO. 36-892259 AND AS CONTINUED
11/30/2011 BY DOCUMENT NO. 36-1073142
AND AS FURTHER CONTINUED 1/11/2017
BY DOCUMENT NO. 36-2017-01382

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**         $47,133,662.17

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **3.1.** | CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102 | Line 2.3 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

3.2.   CARVER DARDEN ET AL.                                                   Line 2.2            _____
       DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGRIST
       1100 POYDRAS STREET
       SUITE 3100
       NEW ORLEANS LA 70163- 1102

| Fill in this information to identify the case: |
|---|
| **Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans |
| **United States Bankruptcy Court for the:** Eastern District of Louisiana |
| **Case number (if known):** 20-10846 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$685.00 | **Priority amount**<br>$685.00 |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| 2.2. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$685.00 | **Priority amount**<br>$685.00 |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $55.58 | $55.58 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.00
Priority amount: $200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.8. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                    $30.00                    $30.00

☐ Contingent

☐ Unliquidated          **Nonpriority amount**

☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____               CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

| 2.10. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                    $970.00                    $970.00

☐ Contingent

☐ Unliquidated          **Nonpriority amount**

☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____               CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

| 2.11. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                    $80.00                    $80.00

☐ Contingent

☐ Unliquidated          **Nonpriority amount**

☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____               CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.12. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.13. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.14. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$260.00 — Total claim
$260.00 — Priority amount

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.16. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00 — Total claim
$30.00 — Priority amount

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.17. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00 — Total claim
$250.00 — Priority amount

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.18. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.19. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.20. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.21. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.22. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.23. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $310.00 | $310.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.24. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $785.00
**Priority amount** $785.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.25. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.26. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.00
**Priority amount** $30.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.27. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.27.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $170.00 | $170.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.28.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 | $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.29.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 | $50.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
Nonpriority amount: $0.00

---

| 2.31. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $185.00
Priority amount: $185.00
Nonpriority amount: $0.00

---

| 2.32. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $75.00
Priority amount: $75.00
Nonpriority amount: $0.00

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.33. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $65.00 | $65.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.34. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.35. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $25.00 | $25.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.36. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.37. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.38. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.39. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.40. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.41. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.42. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $810.00 | $810.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.43. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $395.00 | $395.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.44. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.45. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $285.00 | $285.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.46. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.47. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $30.00 | $30.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.48. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                                          $240.00            $240.00

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____                  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.49. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                                          $100.00            $100.00

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____                  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

---

| 2.50. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                                          $30.00             $30.00

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____                  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.51. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.51.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.52.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.53.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.54. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.55. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.56. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.57. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.58. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.59. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

---

| 2.60. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.60.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.61.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.62.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.63. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

- ☐ Contingent
- ☐ Unliquidated          **Nonpriority amount**
- ☐ Disputed              $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____     CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

| 2.64. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

- ☐ Contingent
- ☐ Unliquidated          **Nonpriority amount**
- ☐ Disputed              $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____     CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

| 2.65. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $510.00 | $510.00 |

- ☐ Contingent
- ☐ Unliquidated          **Nonpriority amount**
- ☐ Disputed              $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____     CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.66. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.67. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.68. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　Case number *(if known)* **20-10846**

| 2.69. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

□ Contingent
□ Unliquidated
□ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.70. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

□ Contingent
□ Unliquidated
□ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.71. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

□ Contingent
□ Unliquidated
□ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.72. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $35.00 | $35.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.73. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.74. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $75.00 | $75.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.75. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.76. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.77. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $185.00 | $185.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.79. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.80. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.81. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.82. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.83. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.84. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.85. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.86. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.87. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $96.43
Priority amount: $96.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.88. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $65.00
Priority amount: $65.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.89. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $225.00
Priority amount: $225.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.90. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.91. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.92. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.93. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.94. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $2,025.00 | $2,025.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.95. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.96. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.97. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $220.00 | $220.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.98. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.99. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Contingent

Unliquidated

Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.100. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Contingent

Unliquidated

Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.101. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |

Contingent

Unliquidated

Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.102. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.102.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 | $25.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.103.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $900.00 | $900.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.104.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|

**2.105.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00
**Priority amount** $200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.106.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00
**Priority amount** $200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.107.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $270.00
**Priority amount** $270.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.108. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $900.00 — Priority amount $900.00 — Nonpriority amount $0.00

---

| 2.109. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $70.00 — Priority amount $70.00 — Nonpriority amount $0.00

---

| 2.110. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $150.00 — Priority amount $150.00 — Nonpriority amount $0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.111. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated                                                                 **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☒ No
**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (7)      ☐ Yes

---

| 2.112. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated                                                                 **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☒ No
**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (7)      ☐ Yes

---

| 2.113. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated                                                                 **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☒ No
**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (7)      ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.114. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.115. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.116. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.117. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.117.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.118.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.119.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $20.00 | $20.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.120. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.121. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.122. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $185.00 | $185.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.123. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.123.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.124.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.125.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $490.00 | $490.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.126. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.127. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $142.50 | $142.50 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.128. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $135.00 | $135.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.129. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $288.00 | $288.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $288.00 | $288.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.130.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.131.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.132. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.133. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $225.00 | $225.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.134. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $225.00 | $225.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.135. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.135.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $875.00 | $875.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.136.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $875.00 | $875.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.137.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $275.00 | $275.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.138. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $181.25 | $181.25 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.139. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.140. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $235.00 | $235.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.141. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.141.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.142.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.143.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.144. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.145.    **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.146.    **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $65.00 | $65.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.147. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.148. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.149. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $375.00 | $375.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　Case number *(if known)* **20-10846**

---

| 2.150. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $685.00 | $685.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.151. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $60.00 | $60.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.152. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $450.00 | $450.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.154. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $650.00 | $650.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.156. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.157. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.158. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $693.75 | $693.75 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| 2.159. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $409.00
Priority amount: $409.00
Nonpriority amount: $0.00

---

| 2.160. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $300.00
Priority amount: $300.00
Nonpriority amount: $0.00

---

| 2.161. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $200.00
Priority amount: $200.00
Nonpriority amount: $0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.162. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.163. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.164. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

**2.165.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.166.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $1,227.00 | $1,227.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.167.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.168. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $814.65
Priority amount: $814.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.169. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.00
Priority amount: $200.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.170. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $125.00
Priority amount: $125.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.171. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.172. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.173. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.174.** | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* |

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.175.** | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* |

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.176.** | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* |

| **Total claim** | **Priority amount** |
|---|---|
| $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| 2.177. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.178. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $235.00 | $235.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.179. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $135.00 | $135.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

| 2.180. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.181. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.182. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $260.00 | $260.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.183. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $260.00
Priority amount: $260.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.184. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $60.00
Priority amount: $60.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.185. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.186. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.187. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.188. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.189. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.189.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|
| *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

**2.190.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|
| *Check all that apply.* | $160.00 | $160.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

**2.191.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|
| *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.192. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.193. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $315.00 | $315.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.194. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.195. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.196. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.197. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.198. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $425.00 | $425.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.199. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.200. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| 2.201. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.202. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.203. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　　Case number *(if known)* **20-10846**

| 2.204. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.205. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.206. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.207. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.207.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $264.65 | $264.65 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.208.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.209.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $830.00 | $830.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.210.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | |
|---|---|---|
| **2.211.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $295.00 | $295.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)   ☐ Yes

---

| | | |
|---|---|---|
| **2.212.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)   ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.213. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.214. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.215. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.216. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.217. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.218. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.219. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.219.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.220.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.221.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $685.00 | $685.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.222. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**2.222.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.223.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.224.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.225. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $700.00 | $700.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.226. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,298.99 | $1,298.99 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.227. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.228. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.229. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.230. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.231. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.231.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $419.00 | $419.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.232.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $30.00 | $30.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.233.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $409.00 | $409.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.234. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.235. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $280.00 | $280.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.237. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.238.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.239.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.240. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$30.00 | **Priority amount**<br>$30.00<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| 2.241. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$1,570.00 | **Priority amount**<br>$1,570.00<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| 2.242. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$100.00 | **Priority amount**<br>$100.00<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.243. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.243.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $409.00 | $409.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.244.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $10.00 | $10.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.245.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $1,120.00 | $1,120.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.246. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.247. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.248. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $320.00

**Priority amount** $320.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.249. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.250. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.251. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.252. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

|  |  |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.253. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

|  |  |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.254. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

|  |  |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.255. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.256. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.257. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $40.00 | $40.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.258. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.259. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.260. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.261. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.262. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.263. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $235.00 | $235.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.264. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

2.264. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.265. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.266. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.267. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.268. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $260.00 | $260.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.269. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $304.50 | $304.50 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.270. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |

**2.270.** 

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $470.00 | $470.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.271.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $805.00 | $805.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.272.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $540.00 | $540.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.273. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.274.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $325.00

**Priority amount** $325.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.275.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00

**Priority amount** $200.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.276. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.277. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.278. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $55.58 | $55.58 |

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.279. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $155.00 | $155.00 |

Contingent

Unliquidated

| | | | Nonpriority amount |
|---|---|---|---|
| | | Disputed | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

| 2.280. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

Contingent

Unliquidated

| | | | Nonpriority amount |
|---|---|---|---|
| | | Disputed | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

| 2.281. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

Contingent

Unliquidated

| | | | Nonpriority amount |
|---|---|---|---|
| | | Disputed | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.282. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.283. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.284. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.285. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.285.** 

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** $485.00 |
| *Check all that apply.* | **Priority amount** $485.00 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.286.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** $200.00 |
| *Check all that apply.* | **Priority amount** $200.00 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.287.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** $100.00 |
| *Check all that apply.* | **Priority amount** $100.00 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.288. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.289. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.290. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.291. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.292. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.293. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.294. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated                    **Nonpriority amount**

☐ Disputed                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)        ☐ Yes

| 2.295. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated                    **Nonpriority amount**

☐ Disputed                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)        ☐ Yes

| 2.296. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated                    **Nonpriority amount**

☐ Disputed                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)        ☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.297. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** $330.00 | **Priority amount** $330.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.298. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** $100.00 | **Priority amount** $100.00 |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.299. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** $100.00 | **Priority amount** $100.00 |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.300. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.301. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.302. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.303. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $107.00 | $107.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.304. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.305. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.306. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.306.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $100.00 | $100.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.307.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $190.00 | $190.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.308.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $814.65 | $814.65 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.309. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,024.80 | $1,024.80 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.310. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $675.00 | $675.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.311. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $259.00 | $259.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.312. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated                     **Nonpriority amount**

☐ Disputed                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____              CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**  ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.313. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $475.00 | $475.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated                     **Nonpriority amount**

☐ Disputed                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____              CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**  ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.314. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $285.00 | $285.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated                     **Nonpriority amount**

☐ Disputed                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____              CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**  ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.315. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.316. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $50.00 | $50.00 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.317. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $170.00 | $170.00 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.318. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $310.00 | $310.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.319. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.320. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.321. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $50.00 | $50.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.322. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.323. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.324. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $470.00 | $470.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.325. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.326. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.327. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated | | **Nonpriority amount**

☐ Disputed | | $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.328. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

☐ Contingent
☐ Unliquidated | | **Nonpriority amount**

☐ Disputed | | $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.329. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated | | **Nonpriority amount**

☐ Disputed | | $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.330. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.331. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.332. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $818.00 | $818.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.333. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.334. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.335. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.336. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $300.00
**Priority amount:** $300.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.337. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $100.00
**Priority amount:** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.338. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $96.43
**Priority amount:** $96.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.339. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $565.00 | $565.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.340. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.341. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $90.00 | $90.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.342. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $425.00 | $425.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.343. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.344. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                  Case number *(if known)* **20-10846**

| 2.345. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

---

| 2.346. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $200.00
Priority amount: $200.00
**Nonpriority amount**
$0.00

---

| 2.347. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.348. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated      **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| 2.349. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated      **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| 2.350. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated      **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.351. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| **Total claim** | **Priority amount** |
|---|---|
| $1,070.00 | $1,070.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.352.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.353.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| **Total claim** | **Priority amount** |
|---|---|
| $250.00 | $250.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|

**2.354.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

| | | |
|---|---|---|
| **2.354.** **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**   **Priority amount**<br>$60.00           $60.00<br><br>**Nonpriority amount**<br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | |

| | | |
|---|---|---|
| **2.355.** **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**   **Priority amount**<br>$100.00          $100.00<br><br>**Nonpriority amount**<br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | |

| | | |
|---|---|---|
| **2.356.** **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**   **Priority amount**<br>$30.00           $30.00<br><br>**Nonpriority amount**<br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

2.357. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $30.00 | $30.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.358. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.359. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $739.00 | $739.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.360. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.361. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $425.00 | $425.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.362. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $260.00 | $260.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.363. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.363.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $260.00 | $260.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.364.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.365.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.366. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.367. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.368. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.369. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.370. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $135.00 | $135.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.371. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $155.00 | $155.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.372. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.372.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $30.00 | **Priority amount** $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.373.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $160.00 | **Priority amount** $160.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.374.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $200.00 | **Priority amount** $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| **2.375.** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $100.00 / **Priority amount** $100.00 |

**2.375.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.376.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.377.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $435.00 | $435.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.378. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.379. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.380. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $500.00 | $500.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.381. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.382. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.383. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $170.00 | $170.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.384. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.00
Priority amount: $200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.385. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $875.00
Priority amount: $875.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.386. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,620.00
Priority amount: $1,620.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.387. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.388. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.389. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.390. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $96.43
**Priority amount:** $96.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.391. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $1,050.00
**Priority amount:** $1,050.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.392. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $1,875.00
**Priority amount:** $1,875.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.393. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

| | | **Priority creditor's name and mailing address** | |
|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| **Total claim** | **Priority amount** |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.394.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.395.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.396. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.397. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $980.00
Priority amount: $980.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.398. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|--------|---|---|

| 2.399. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.400. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.401. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $450.00
**Priority amount** $450.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.402. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.403. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,000.00 | $1,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.404. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                                         $30.00             $30.00

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____               CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.406. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                                         $350.00            $350.00

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____               CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.407. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                                         $200.00            $200.00

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____               CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.408. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**2.408.**

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.409.**

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.410.**

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $65.00 | $65.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.411. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.412. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.413. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.414. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**                **Basis for the claim:**

_____                CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**                **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**                ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)                ☐ Yes

| 2.415. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**                **Basis for the claim:**

_____                CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**                **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**                ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)                ☐ Yes

| 2.416. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**                **Basis for the claim:**

_____                CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**                **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**                ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)                ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.417. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No          ☐ Yes

| 2.418. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No          ☐ Yes

| 2.419. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $500.00 | $500.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No          ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.420. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.421. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $177.00 | $177.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.422. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.423. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.424. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $50.00 | $50.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.425. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.426. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.427. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.428. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.429. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.430. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.431. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.432. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.433. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.434. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $185.00 | $185.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.435. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.435.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $500.00 | $500.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.436.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.437.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.438. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $670.00 | $670.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.439.   Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.440.   Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.441. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

**2.441.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.442.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.443.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $575.00 | $575.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.444. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 | $200.00 |

**2.444.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

---

**2.445.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

---

**2.446.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.447. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00   **Priority amount** $200.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.448. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $25.00   **Priority amount** $25.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.449. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00   **Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

---

| 2.450. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.450.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.451.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.452.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $670.00 | $670.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.453. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.454. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.455. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.456. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.457. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.458. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.459. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.459.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.460.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.00 | $65.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.461.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.462. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$200.00 | **Priority amount**<br>$200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| | | | | |
|---|---|---|---|---|
| 2.463. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$814.65 | **Priority amount**<br>$814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| | | | | |
|---|---|---|---|---|
| 2.464. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$100.00 | **Priority amount**<br>$100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.465. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.466. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.467. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.468. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $300.00
Priority amount: $300.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.469. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.470. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $385.00
Priority amount: $385.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.471. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|-----|-----|-----|-----|

**2.471.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $335.00 | $335.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.472.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.473.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.474. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.475. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.476. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

---

| 2.477. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.478. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.479. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.480. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $100.00 — Priority amount $100.00
Nonpriority amount $0.00

---

**2.481.**

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $320.00 — Priority amount $320.00
Nonpriority amount $0.00

---

**2.482.**

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $200.00 — Priority amount $200.00
Nonpriority amount $0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.483. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.484. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $595.00 | $595.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.485. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $320.00 | $320.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.486. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.487. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $140.00 | $140.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.488. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.489. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated                                                   **Nonpriority amount**
☐ Disputed                                                       $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.490. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated                                                   **Nonpriority amount**
☐ Disputed                                                       $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.491. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $600.00 | $600.00 |

☐ Contingent
☐ Unliquidated                                                   **Nonpriority amount**
☐ Disputed                                                       $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.492. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $200.00
Priority amount: $200.00
Nonpriority amount: $0.00

---

| 2.493. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $30.00
Priority amount: $30.00
Nonpriority amount: $0.00

---

| 2.494. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $150.00
Priority amount: $150.00
Nonpriority amount: $0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.495. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.496. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.497. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.498. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.499. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.500. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|

**2.501.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,488.00    $1,488.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.502.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$202.01    $202.01

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.503.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.504. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.505. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.506. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $900.00 | $900.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.507. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $496.43 | $496.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.508. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.509. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.510. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
Nonpriority amount: $0.00

---

| 2.511. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $25.00
Priority amount: $25.00
Nonpriority amount: $0.00

---

| 2.512. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $96.43
Priority amount: $96.43
Nonpriority amount: $0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.513. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.514. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.515. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.516. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.517. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $320.00 | $320.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.518. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                         Case number *(if known)* **20-10846**

| 2.519. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.520. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.521. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

2.522. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated                                                                **Nonpriority amount**
☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**          ☒ No
**unsecured claim:** 11 U.S.C. § 507(a)(7)          ☐ Yes

---

2.523. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated                                                                **Nonpriority amount**
☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**          ☒ No
**unsecured claim:** 11 U.S.C. § 507(a)(7)          ☐ Yes

---

2.524. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated                                                                **Nonpriority amount**
☐ Disputed                                                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**          ☒ No
**unsecured claim:** 11 U.S.C. § 507(a)(7)          ☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.525. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.526. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.527. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.528. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $275.00 | $275.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.529. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,370.00 | $1,370.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.530. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $50.00 | $50.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.531. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | ☐ Contingent | | $0.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.532. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | ☐ Contingent | | $0.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.533. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | ☐ Contingent | | $0.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.534. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.535. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.536. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $435.00 | $435.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.537. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.538. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.539. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.540. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.541. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.542. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $30.00 | $30.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.543. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.544. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.545. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $235.00 | $235.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.546. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $818.00 | $818.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.547. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.548. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.549. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.550. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $152.01 | $152.01 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.551. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $240.00 | $240.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.552. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.552.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $670.00 | $670.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.553.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.554.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.555. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $350.00 | $350.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.556. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $814.65 | $814.65 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.557. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $55.58 | $55.58 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.558. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $855.00 | $855.00 |

**2.558.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $855.00 | $855.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.559.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.560.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $670.00 | $670.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

**2.561.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

**2.562.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---
| Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

**2.563.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---
| Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.564. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.565. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.566. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.567. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00

**Priority amount** $200.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.568. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $90.00

**Priority amount** $90.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.569. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $60.00

**Priority amount** $60.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.570. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.571. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.572. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.573. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | $0.00 |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.574. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $270.00 | $270.00 |

| | | ☐ Contingent | | **Nonpriority amount** |
|---|---|---|---|---|
| | | ☐ Unliquidated | | $0.00 |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.575. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $325.00 | $325.00 |

| | | ☐ Contingent | | **Nonpriority amount** |
|---|---|---|---|---|
| | | ☐ Unliquidated | | $0.00 |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.576. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.577. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.578. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.579. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.580. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.581. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.582. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.583. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.584. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $209.00 | $209.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**           Case number *(if known)* **20-10846**

---

| 2.585. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.585.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $4,186.43 | $4,186.43 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $3,025.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.586.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 | $1,620.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.587.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.588. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$875.00

**Priority amount**
$875.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.589.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$90.00

**Priority amount**
$90.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.590.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$96.43

**Priority amount**
$96.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　　　Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.591. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| Total claim | Priority amount |
|---|---|
| $135.00 | $135.00 |

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.592. **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.593. **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.594. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.595. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.596. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.597. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.598. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.599. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.600. | **Priority creditor's name and mailing address** Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | | | $224.00 | $224.00 |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.601. | **Priority creditor's name and mailing address** Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | | | $50.00 | $50.00 |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.602. | **Priority creditor's name and mailing address** Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | | | $2,290.00 | $2,290.00 |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                   Case number *(if known)* **20-10846**

| 2.603. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.604. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.605. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.606. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.606.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $25.00 | $25.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.607.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $450.00 | $450.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.608.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.609. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.610. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.611. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.612. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.613. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.614. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.615. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.616. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.617. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.618. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

2.619.   Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Total claim | Priority amount |
|---|---|
| $170.00 | $170.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

2.620.   Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Total claim | Priority amount |
|---|---|
| $135.00 | $135.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.621. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.622. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.623. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $325.00 | $325.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.624. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |

**2.624.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $150.00 | $150.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.625.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.626.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.627. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.628.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.629.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.630. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.631. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.632. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.633. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.634. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.635. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $470.00 | $470.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.636. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $535.00 | $535.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.637. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.638. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.639. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.640. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.641. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.642. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**Priority creditor's name and mailing address** — 2.642.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $30.00
Priority amount: $30.00
**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.643.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.644.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $70.00
Priority amount: $70.00
**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.645. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.645.** 

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.646.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.647.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

| 2.648. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $240.00 | $240.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.649. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.650. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.651. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

| | | | | |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.652. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,020.00 | $1,020.00 |

| | | | | |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.653. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | | |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.654. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |

| 2.654. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.00 | $80.00 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.655. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 | $10.00 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.656. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 | $200.00 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.657. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.658.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.659.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.660. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.661. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.662. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $500.00 | $500.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.663. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $320.00 | $320.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.664. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.665. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.666. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | |

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**        **Basis for the claim:**
_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| | | |
|---|---|---|
| 2.667. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| Name and Address Intentionally Omitted | *Check all that apply.* |
|---|---|

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**        **Basis for the claim:**
_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| | | |
|---|---|---|
| 2.668. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| Name and Address Intentionally Omitted | *Check all that apply.* |
|---|---|

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $1,735.00 | $1,735.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**        **Basis for the claim:**
_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)        ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.669. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.670. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.671. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.672. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,120.00

Priority amount: $1,120.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.673. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $270.00

Priority amount: $270.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.674. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $600.00

Priority amount: $600.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.675. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.675.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.676.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.677.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $430.00 | $430.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.678. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.679. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,850.00 | $1,850.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.680. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.681. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

| | | ☐ Contingent | | **Nonpriority amount** |
|---|---|---|---|---|
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.682. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

| | | ☐ Contingent | | **Nonpriority amount** |
|---|---|---|---|---|
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.683. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | ☐ Contingent | | **Nonpriority amount** |
|---|---|---|---|---|
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.684. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.685. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.686. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.687. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $350.00
**Priority amount** $350.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.688. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00
**Priority amount** $200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.689. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $80.00
**Priority amount** $80.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.690. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.691.

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.692.

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $65.00 | $65.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.693. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,050.00 | $1,050.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.694. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.695. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $485.00 | $485.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.696. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

2.696. | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.697. | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.698. | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.699. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.700. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.701. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.702. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

| | |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.703. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

| | |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.704. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.705. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.706. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.707. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.708. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $818.00 | $818.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.709. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $90.00 | $90.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.710. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.711. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.712. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.713. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                        Case number *(if known)* **20-10846**

| 2.714. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.715. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.716. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.717. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____            CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)            ☐ Yes

| 2.718. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____            CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)            ☐ Yes

| 2.719. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____            CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)            ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.720. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $335.00 | $335.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.721. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.722. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.723. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.724. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.725. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.726. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.727. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.728. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $900.00 | $900.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.729. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.730. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.731. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.732. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed                                              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.733. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed                                              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.734. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed                                              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)        ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.735. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 2.736. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 2.737. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

Name and Address Intentionally Omitted

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.738. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $900.00 | $900.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | ☐ Contingent | |
| | | ☐ Unliquidated | $0.00 |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.739. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | ☐ Contingent | |
| | | ☐ Unliquidated | $0.00 |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.740. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | ☐ Contingent | |
| | | ☐ Unliquidated | $0.00 |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.741.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.741.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.742.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $70.00 | $70.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.743.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.744. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $359.00 | $359.00 |

Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $359.00

**Priority amount** $359.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.745.     **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.746.     **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.00

**Priority amount** $30.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.747. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.748. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $390.00 | $390.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.749. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.750. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |

**2.750.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $180.00 | $180.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.751.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.752.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.753. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.754. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $570.00 | $570.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.755. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.756. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.756.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.757.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $712.50 | $712.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.758.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.759. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $120.58 | $120.58 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.760. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.761. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.762. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.763. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.764. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.765. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

2.765. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.766. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.767. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.768. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $605.00

**Priority amount** $605.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.769.

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $25.00

**Priority amount** $25.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.770.

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10.00

**Priority amount** $10.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.771. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $380.00 | $380.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.772. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $170.00 | $170.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.773. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $80.00 | $80.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.774. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.774.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** |
| *Check all that apply.* |

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.775.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** |
| *Check all that apply.* |

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.776.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** |
| *Check all that apply.* |

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                       Case number *(if known)* **20-10846**

---

| 2.777. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $1,629.30
Priority amount: $1,629.30

**Nonpriority amount**

$0.00

---

| 2.778. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $200.00
Priority amount: $200.00

**Nonpriority amount**

$0.00

---

| 2.779. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $350.00
Priority amount: $350.00

**Nonpriority amount**

$0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.780. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.781. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $195.00 | $195.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.782. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.783. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.784. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $340.00 | $340.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.785. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.786. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

**Priority creditor's name and mailing address** (2.786.)
Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.787. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.788. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $209.00 | $209.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.789. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim: $620.00 | Priority amount: $620.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.790. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $250.00     Priority amount: $250.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.791. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $335.00     Priority amount: $335.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.792. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.793. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.794. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.795. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.796. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.797. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.798. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.799. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.800. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.801. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.801.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$200.00 | $200.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.802.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$96.43 | $96.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.803.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$80.00 | $80.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.804. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.805. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.806. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.807. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.808. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.809. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.810. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.811. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.812. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.813. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.814. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.815. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.816. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.817. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.00 | $175.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.818. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.819. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.819.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $55.00 | $55.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.820.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.821.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.822.** | **Priority creditor's name and mailing address** | $200.00 | $200.00 |

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.823.** | **Priority creditor's name and mailing address** | $814.65 | $814.65 |

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.824.** | **Priority creditor's name and mailing address** | $375.00 | $375.00 |

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

| | | |

**2.825.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated      **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

**2.826.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated      **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

**2.827.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated      **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.828. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $495.00 | $495.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.829. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.830. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.831. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.831. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.832. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $255.00 | $255.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.833. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $125.00 | $125.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| 2.834. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $818.00

**Priority amount** $818.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.835. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.836. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $818.00

**Priority amount** $818.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.837. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $192.86 | $192.86 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $192.86 | $192.86 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.838. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.839. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $625.33 | $625.33 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
| --- | --- | --- |

| 2.840. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.841.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.842.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,220.00 | $1,220.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.843. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $315.00 | $315.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.844. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.845. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.846. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $300.00 | $300.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.847. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.848. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.849. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $409.00 | $409.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.850. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79.00 | $79.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.851. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.852. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**2.852.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.853.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.854.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.855. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**2.855.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.856.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.857.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.858. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $350.00

**Priority amount** $350.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.859.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.860.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $210.00

**Priority amount** $210.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**           Case number *(if known)* **20-10846**

---

| 2.861. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.861.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $715.65

**Priority amount** $715.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.862.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.863.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $80.00

**Priority amount** $80.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.864. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $814.65 | $814.65<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.865. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 | $10.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.866. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.867. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.868. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.869. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.870. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.871. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.872. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.873. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,585.00 | $1,585.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.874. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $340.00 | $340.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.875. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.876. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.877. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.878. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.879. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.880.**   **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.881.**   **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $500.00 | $500.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.882. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $635.00 | $635.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.883. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $330.00 | $330.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.884. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.885. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.886. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.887. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.888. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.888.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.889.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.890.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.891. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.892. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.893. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $465.00 | $465.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.894. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $385.00 | $385.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.895. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.896. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.897. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.897.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.898.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $805.00 | $805.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.899.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.900. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.900.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.901.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.902.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.903. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.904. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.905. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.906. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10.00    **Priority amount** $10.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.907. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $250.00    **Priority amount** $250.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.908. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00    **Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**               Case number *(if known)* **20-10846**

| 2.909. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $695.00 | $695.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.910. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.911. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $400.00 | $400.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.912. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.913. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.914. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.915. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.915.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.916.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.917.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.918. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**2.918.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.919.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.920.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.921. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.922. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.923. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.924. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.925. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.926. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.927. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

| 2.927. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.928. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.929. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.930. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00     $100.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.931. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00     $100.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.932. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00     $200.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.933. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.934. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.935. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.936. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $280.00 | $280.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.937. | **Priority creditor's name and mailing address** |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.938. | **Priority creditor's name and mailing address** |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.939. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.940. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.941. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.942. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.943. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.944. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                 Case number *(if known)* **20-10846**

| 2.945. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.946. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.947. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.948. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated           **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                      CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                             ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.949. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated           **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                      CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                             ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.950. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated           **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                      CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                             ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.951. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.951.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $250.00 **Priority amount** $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.952.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

**Total claim** $100.00    **Priority amount** $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.953.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

**Total claim** $350.00    **Priority amount** $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

| 2.954. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $2,170.00 | $2,170.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.955. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.956. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.957. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $425.00 | $425.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.958. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.959. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.960. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.960.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.961.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.962.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

| 2.963. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $260.00 | $260.00 |

**2.963.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $260.00 | $260.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.964.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $685.00 | $685.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.965.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.966. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $375.00 | $375.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.967. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.968. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.969. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $200.00

Priority amount $200.00

**Nonpriority amount**
$0.00

---

| 2.970. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $380.00

Priority amount $380.00

**Nonpriority amount**
$0.00

---

| 2.971. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $60.00

Priority amount $60.00

**Nonpriority amount**
$0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.972. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.973. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.974. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.975. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $350.00
Priority amount: $350.00

**Nonpriority amount**
$0.00

---

| 2.976. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

---

| 2.977. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $1,620.00
Priority amount: $1,620.00

**Nonpriority amount**
$0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.978. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.978.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.979.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $270.00 | $270.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.980.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.981. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.981.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.982.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.983.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.984. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Priority amount**
$200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.985. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Priority amount**
$100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.986. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$96.43

**Priority amount**
$96.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.987. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

□ Contingent
□ Unliquidated                                          **Nonpriority amount**
□ Disputed                                               $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____                  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  □ Yes

| 2.988. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

□ Contingent
□ Unliquidated                                          **Nonpriority amount**
□ Disputed                                               $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____                  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  □ Yes

| 2.989. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,460.00 | $1,460.00 |

□ Contingent
□ Unliquidated                                          **Nonpriority amount**
□ Disputed                                               $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____                  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  □ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.990. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
Nonpriority amount: $0.00

| 2.991. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $814.65
Priority amount: $814.65
Nonpriority amount: $0.00

| 2.992. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
Nonpriority amount: $0.00

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.993. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.994. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.995. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,777.02 | $1,777.02 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.996. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.997. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.998. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $500.00 | $500.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.999. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1000. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1001. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1002. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $160.00    Priority amount: $160.00

**Nonpriority amount**
$0.00

---

2.1003.    **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00    Priority amount: $100.00

**Nonpriority amount**
$0.00

---

2.1004.    **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,085.00    Priority amount: $1,085.00

**Nonpriority amount**
$0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1005. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $120.00 | $120.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1006. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1007. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.1008. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** / **Priority amount** |

| 2.1008. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $300.00 | $300.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.1009. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.1010. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1011. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1012. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1013. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $435.00 | $435.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| 2.1014. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1014.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $80.00

**Priority amount**  $80.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1015.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $100.00

**Priority amount**  $100.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1016.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $100.00

**Priority amount**  $100.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

| 2.1017. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1017. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1018. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $864.65 | $864.65 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1019. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1020. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |

**2.1020.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1021.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1022.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

2.1023. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1024. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1025. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.1026. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1027. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $30.00 | $30.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1028. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $96.43 | $96.43 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.1029. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.1030. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.1031. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.1032. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1033. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1034. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.1035. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | $0.00 |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1036. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $235.00 | $235.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | $0.00 |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1037. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $818.00 | $818.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | $0.00 |
| | | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

| 2.1038. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                 **Nonpriority amount**
☐ Disputed
                                                                      $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:**11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1039. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                 **Nonpriority amount**
☐ Disputed
                                                                      $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:**11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1040. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $521.43 | $521.43 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                 **Nonpriority amount**
☐ Disputed
                                                                      $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:**11 U.S.C. § 507(a) (7)     ☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1041. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.1042. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $162.50 | $162.50 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.1043. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

2.1044. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1045. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1046. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1047. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1047.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |

**Nonpriority amount**

$0.00

---

**2.1048.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

---

**2.1049.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.1050. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim $419.00 | Priority amount $419.00

Nonpriority amount $0.00

---

| 2.1051. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim $200.00 | Priority amount $200.00

Nonpriority amount $0.00

---

| 2.1052. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim $30.00 | Priority amount $30.00

Nonpriority amount $0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.1053. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1054. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1055. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

---

| 2.1056. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $535.00 | $535.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.1057. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.1058. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1059. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.1060. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $400.00 | $400.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.1061. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

**2.1062.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1063.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1064.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1065. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1066. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1067. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.1068. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1069. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1070. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1071. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

**2.1071.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $25.00

**Priority amount** $25.00

**Nonpriority amount** $0.00

---

**2.1072.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $190.00

**Priority amount** $190.00

**Nonpriority amount** $0.00

---

**2.1073.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $200.00

**Priority amount** $200.00

**Nonpriority amount** $0.00

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | |
|---|---|
| **2.1074.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| Name and Address Intentionally Omitted | *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| **2.1075.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| Name and Address Intentionally Omitted | *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| **2.1076.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| Name and Address Intentionally Omitted | *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $1,455.00 | $1,455.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.1077. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.1078. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.1079. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1080. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1081. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1082. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1083. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1084. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1085. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $335.00 | $335.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1086. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1086.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1087.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1088.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1089. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $40.00 | $40.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1090.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $700.00 | $700.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1091.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　　　Case number *(if known)* **20-10846**

---

| 2.1092. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1093.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $25.00 | $25.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1094.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $140.00 | $140.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1095. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1096.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1097.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $670.00 | $670.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1098. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1099. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1100. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.1101. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1102. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1103. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1104. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1105. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $331.75 | $331.75 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1106. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,595.00 | $1,595.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.1107. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $615.00 | $615.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $615.00 | $615.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1108.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1109.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

2.1110. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

---

2.1111. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim**      **Priority amount**
$100.00            $100.00

**Nonpriority amount**
$0.00

---

2.1112. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim**      **Priority amount**
$25.00             $25.00

**Nonpriority amount**
$0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1113. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1113.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1114.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1115.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1116. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1116.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $80.00 | **Priority amount** $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1117.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1118.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $615.00 | **Priority amount** $615.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1119. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $170.00 | $170.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1120.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1121.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $170.00 | $170.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1122. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1122.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1123.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.00 | $35.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1124.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $710.00 | $710.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1125. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.1125. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1126. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1127. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.00 | $180.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1128. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

|  |  |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1129. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

|  |  |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1130. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

|  |  |
|---|---|
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                           Case number *(if known)* **20-10846**

---

| 2.1131. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

| | | | |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | $100.00 | $100.00 |
| ☐ Contingent | | | |
| ☐ Unliquidated | | | **Nonpriority amount** |
| ☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1132. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

| | | | |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | $200.00 | $200.00 |
| ☐ Contingent | | | |
| ☐ Unliquidated | | | **Nonpriority amount** |
| ☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1133. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

| | | | |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | $814.65 | $814.65 |
| ☐ Contingent | | | |
| ☐ Unliquidated | | | **Nonpriority amount** |
| ☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1134. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1134.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1135.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $409.00 | $409.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1136.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

**2.1137.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $25.00
**Priority amount:** $25.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1138.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $425.00
**Priority amount** $425.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1139.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $785.00
**Priority amount** $785.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

---

| 2.1140. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1141. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1142. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1143. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $540.00 | $540.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1144. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1145. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

2.1146. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $65.00 | $65.00 |
| | | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1147. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $25.00 | $25.00 |
| | | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1148. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $190.00 | $190.00 |
| | | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | 2.1149. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|---|

**2.1149.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $864.65 | $864.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1150.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $320.00 | $320.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1151.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $70.00 | $70.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1152. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1152.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1153.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1154.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

---

2.1155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $30.00 | $30.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                              **Nonpriority amount**
☐ Disputed                                                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☒ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1156. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                              **Nonpriority amount**
☐ Disputed                                                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☒ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1157. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $409.00 | $409.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                              **Nonpriority amount**
☐ Disputed                                                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☒ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1158. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.1158. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $96.43

**Priority amount** $96.43

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1159. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $685.00

**Priority amount** $685.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1160. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $350.00

**Priority amount** $350.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1161. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1161.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1162.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.00 | $90.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1163.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $280.00 | $280.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

| 2.1164. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1164.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $280.00 | $280.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1165.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $140.00 | $140.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1166.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $838.00 | $838.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1167. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $80.00 | $80.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1168.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1169.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1170. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1170.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1171.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1172.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $235.00 | $235.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

---

| 2.1173. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1174. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1175. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

---

2.1176. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1177. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1178. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

2.1179. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1180. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.00 | $140.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1181. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 394 of 1157

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1182. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1183. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1184. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                           Case number *(if known)* **20-10846**

---

**2.1185.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00

☐ Contingent
☐ Unliquidated | **Nonpriority amount**
☐ Disputed | $0.00

**Date or dates debt was incurred** | **Basis for the claim:**
_____ | CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.1186.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00

☐ Contingent
☐ Unliquidated | **Nonpriority amount**
☐ Disputed | $0.00

**Date or dates debt was incurred** | **Basis for the claim:**
_____ | CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.1187.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00

☐ Contingent
☐ Unliquidated | **Nonpriority amount**
☐ Disputed | $0.00

**Date or dates debt was incurred** | **Basis for the claim:**
_____ | CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1188. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|---|

**2.1188.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.00 | $50.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1189.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1190.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

| 2.1191. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $231.25
**Priority amount** $231.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1192. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1193. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1194. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,079.00 | $1,079.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1195.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1196.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1197. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1197.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1198.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1199.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $40.00 | $40.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

---

2.1200. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1201. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1202. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1203. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $325.00 | $325.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1205. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.1206. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1207. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1208. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1209. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1210. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1211. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1212. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1213. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $35.00 | $35.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1214. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1215. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $700.00 | $700.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

| 2.1216. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

| 2.1217. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.1218. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1219. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $220.00 | $220.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1220. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $230.00 | $230.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1221. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $535.00 | $535.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1222. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1223. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1224. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1225. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $210.00 | $210.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1226. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $65.00 | $65.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1227. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | | $25.00 | $25.00 |

- ☐ Contingent
- ☐ Unliquidated

**Nonpriority amount**

- ☐ Disputed

$0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1228. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | | $100.00 | $100.00 |

- ☐ Contingent
- ☐ Unliquidated

**Nonpriority amount**

- ☐ Disputed

$0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1229. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | | $814.65 | $814.65 |

- ☐ Contingent
- ☐ Unliquidated

**Nonpriority amount**

- ☐ Disputed

$0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.1230.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| Name and Address Intentionally Omitted | | |

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **2.1231.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| Name and Address Intentionally Omitted | | |

| Total claim | Priority amount |
|---|---|
| $610.00 | $610.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **2.1232.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| Name and Address Intentionally Omitted | | |

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| | | |
|---|---|---|
| 2.1233. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| **Priority creditor's name and mailing address** Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Total claim** $705.00 **Priority amount** $705.00 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1234.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $485.00 | $485.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1235.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1236.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $465.00 | $465.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1237.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $160.00 | $160.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1238.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $180.00 | $180.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1239. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $250.00 | $250.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.1240. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $670.00 | $670.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.1241. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1242. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $130.00 | $130.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1243. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1244. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1245. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1246.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1247.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1248. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1248. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1249. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1250. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $300.00 | $300.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1251. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1252. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.00 | $85.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1253. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1254. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1255. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $40.00 | $40.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1256. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1257. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1257.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1258.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

**Total claim** $814.65     **Priority amount** $814.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1259.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

**Total claim** $200.00     **Priority amount** $200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1260. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1261. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1262. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| 2.1263. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                        $100.00          $100.00

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                                  $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1264. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                        $100.00          $100.00

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                                  $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1265. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                        $75.00           $75.00

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                                  $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1266. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1266.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1267.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1268.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1269. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1270. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $312.67 | $312.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1271. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1272. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $670.00
**Priority amount:** $670.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1273. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $100.00
**Priority amount:** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1274. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $409.00
**Priority amount:** $409.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1275. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1276. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1277. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

| 2.1278. | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

**2.1278.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1279.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1280.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1281. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1282. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1283. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1284. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|---|

**2.1284.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,520.00 | $1,520.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1285.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1286.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $220.00 | $220.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

**2.1287.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1288.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1289.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1290. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $50.00 | $50.00 |

| | | |
|---|---|---|
| ☐ Contingent | | **Nonpriority amount** |
| ☐ Unliquidated | | |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1291. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | |
|---|---|---|
| ☐ Contingent | | **Nonpriority amount** |
| ☐ Unliquidated | | |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1292. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

| | | |
|---|---|---|
| ☐ Contingent | | **Nonpriority amount** |
| ☐ Unliquidated | | |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.1293. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1293.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1294.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,820.00 | $1,820.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1295.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1296. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $60.00 | $60.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1297. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1298. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1299. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10.00

**Priority amount** $10.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1300.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1301.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00

**Priority amount** $200.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1302. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.1302. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $55.58 | **Priority amount** $55.58 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.1303. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.1304. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**               Case number *(if known)* **20-10846**

---

| 2.1305. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $305.00 | $305.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1306. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $350.00 | $350.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1307. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1308. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $25.00
Priority amount: $25.00
**Nonpriority amount**
$0.00

---

| 2.1309. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

---

| 2.1310. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1311. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

$180.00 — $180.00

☐ Contingent
☐ Unliquidated — **Nonpriority amount**
☐ Disputed — $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1312. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

$419.00 — $419.00

☐ Contingent
☐ Unliquidated — **Nonpriority amount**
☐ Disputed — $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1313. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

$925.00 — $925.00

☐ Contingent
☐ Unliquidated — **Nonpriority amount**
☐ Disputed — $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1314. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1314.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1315.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1316.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1317. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1317.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1318.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1319.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

---

| 2.1320. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

| | |
|---|---|
| ☐ Contingent | $100.00     $100.00 |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1321. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent    $75.00     $75.00
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1322. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent    $814.65     $814.65
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

---

| 2.1323. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $90.00 | $90.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1324. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $25.00 | $25.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1325. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.1326. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1326.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1327.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $140.00 | $140.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1328.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

---

| 2.1329. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1330. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1331. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

---

| 2.1332. | Priority creditor's name and mailing address | | | |
|---------|---------|---------|---------|---------|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | CANCELLED EVENTS REFUNDS | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☒ No | | |
| | ☐ Yes | | |

| 2.1333. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☒ No | | |
| | | ☐ Yes | | |

| 2.1334. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☒ No | | |
| | | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1335. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,820.00 | $1,820.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1336. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1337. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.1338. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*  $814.65  $814.65

☐ Contingent

☐ Unliquidated  **Nonpriority amount**

☐ Disputed  $0.00

**Date or dates debt was incurred**  **Basis for the claim:**

_____  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**  **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.1339. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*  $100.00  $100.00

☐ Contingent

☐ Unliquidated  **Nonpriority amount**

☐ Disputed  $0.00

**Date or dates debt was incurred**  **Basis for the claim:**

_____  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**  **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.1340. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*  $96.43  $96.43

☐ Contingent

☐ Unliquidated  **Nonpriority amount**

☐ Disputed  $0.00

**Date or dates debt was incurred**  **Basis for the claim:**

_____  CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**  **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.1341. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1342. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1343. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.1344. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $85.00 | $85.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.1345. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,227.00 | $1,227.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.1346. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

---

| 2.1347. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $875.00

**Priority amount** $875.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1348. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $685.00

**Priority amount** $685.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1349. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $335.00

**Priority amount** $335.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1350. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1351. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1352. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1353. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $425.00 | $425.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1354. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $419.00 | $419.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1355. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $670.00 | $670.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

**2.1356.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1357.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1358.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

2.1359.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1360.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1361.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1362. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1363. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1364. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1365. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1366. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $490.00 | $490.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1367. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.1368. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $0.00 | **Priority amount** $0.00 |

2.1368.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $0.00 | $0.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1369.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1370.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1371. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1371.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1372.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1373.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

**2.1374.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1375.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1376.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.00 | $50.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.1377. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1378. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1379. | **Priority creditor's name and mailing address** |
|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.1380. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |

2.1380.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| ☐ Contingent | $200.00 | $200.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1381.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| ☐ Contingent | $100.00 | $100.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1382.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| ☐ Contingent | $200.00 | $200.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1383.** | **Priority creditor's name and mailing address** | $100.00 | $100.00 |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1384.** | **Priority creditor's name and mailing address** | $80.00 | $80.00 |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1385.** | **Priority creditor's name and mailing address** | $80.00 | $80.00 |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1386. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $255.00 | $255.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1387. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1388. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1389. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | | $315.00 | $315.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1390. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | | $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1391. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | | $650.00 | $650.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1392. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1392.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1393.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1394.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1395. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

2.1395. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1396. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1397. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $670.00 | $670.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1398. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

**2.1398.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,620.00 | $1,620.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1399.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1400.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.1401. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1402. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1403. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1404. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1406. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,370.00 | $1,370.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1407. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1407.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**
$0.00

---

**2.1408.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**
$0.00

---

**2.1409.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**
$0.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

---

| 2.1410. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1410.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1411.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1412.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1413. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1413. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $70.00

**Priority amount** $70.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1414. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $75.00

**Priority amount** $75.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.1415. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

---

| 2.1416. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1417.   Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1418.   Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1419. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1419.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1420.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1421.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1422. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1423. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1424. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1425. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1425.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1426.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1427.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| 2.1428. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1428.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1429.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $735.00 | $735.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1430.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1431. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1432. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1433. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $390.00 | $390.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

**2.1434.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1435.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1436.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

**2.1437.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $60.00 | $60.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1438.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1439.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1440. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | $0.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1441. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $120.00 | $120.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | $0.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1442. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | $0.00 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1443. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1443.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1444.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1445.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| 2.1446. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1446.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $201.25 | $201.25 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1447.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1448.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $175.00 | $175.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1449. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $161.43 | $161.43 |
| | | | | Nonpriority amount |
| | | | | $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.1450. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $875.00 | $875.00 |
| | | | | Nonpriority amount |
| | | | | $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.1451. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $450.00 | $450.00 |
| | | | | Nonpriority amount |
| | | | | $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1452. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $96.43 | $96.43 |

**2.1452.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1453.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $305.00 | $305.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1454.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

| 2.1455. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1456. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1457. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.1458. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1458.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1459.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1460.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | $1,439.00 | $1,439.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.1461. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1462. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $140.00

**Priority amount** $140.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1463. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1464. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,020.00 | $1,020.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,020.00 | $1,020.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1465. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1466. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1467. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1468. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1469. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| 2.1470. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

| 2.1471. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

| 2.1472. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☒ No ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1473. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Contingent

Unliquidated

Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1474. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $601.43 | $601.43 |

Contingent

Unliquidated

Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1475. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

Contingent

Unliquidated

Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1476. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1476.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1477.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1478.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1479. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1479.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1480.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1481.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.1482. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1482.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1483.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,651.43 | $1,651.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1484.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $425.00 | $425.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

**2.1485.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

**2.1486.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

**2.1487.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1488. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $240.00 | $240.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1489. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1490. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.1491. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

$814.65 | $814.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1492. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

$350.00 | $350.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1493. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

$110.00 | $110.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1494. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1494.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1495.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1496.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.1497. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

    □ Contingent
    □ Unliquidated
    □ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
□ Yes

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

---

| 2.1498. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

    □ Contingent
    □ Unliquidated
    □ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
□ Yes

Total claim: $235.00
Priority amount: $235.00
**Nonpriority amount**
$0.00

---

| 2.1499. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

    □ Contingent
    □ Unliquidated
    □ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
□ Yes

Total claim: $100.00
Priority amount: $100.00
**Nonpriority amount**
$0.00

---

Debtor　**The Roman Catholic Church of the Archdiocese of New Orleans**　　Case number *(if known)* **20-10846**

| 2.1500. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1500.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1501.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $320.00 | $320.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1502.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1503. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1504. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1505. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1506. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1507. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1508. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

---

| 2.1509. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1510. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1511. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
| --- | --- | --- |

| 2.1512. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $135.00
Priority amount: $135.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1513. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $409.00
Priority amount: $409.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1514. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $290.00
Priority amount: $290.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1515. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------|-----------|-----------|-----------|

**2.1515.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $10.00 | $10.00 |

**Nonpriority amount**
$0.00

---

**2.1516.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $90.00 | $90.00 |

**Nonpriority amount**
$0.00

---

**2.1517.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $80.00 | $80.00 |

**Nonpriority amount**
$0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.1518.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| | **Total claim** | **Priority amount** |
| | $490.00 | $490.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.1519.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| | **Total claim** | **Priority amount** |
| | $125.00 | $125.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.1520.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| | **Total claim** | **Priority amount** |
| | $300.00 | $300.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

**2.1521.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $130.00 | $130.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1522.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $670.00 | $670.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1523.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $110.00 | $110.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1524. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1524. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $685.00 | $685.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1525. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1526. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $300.00 | $300.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| **2.1527.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| | Name and Address Intentionally Omitted | *Check all that apply.* | |

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated

| **Nonpriority amount** |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| **2.1528.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| | Name and Address Intentionally Omitted | *Check all that apply.* | |

| **Total claim** | **Priority amount** |
|---|---|
| $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated

| **Nonpriority amount** |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | | |
|---|---|---|---|
| **2.1529.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| | Name and Address Intentionally Omitted | *Check all that apply.* | |

| **Total claim** | **Priority amount** |
|---|---|
| $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated

| **Nonpriority amount** |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1530. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1531.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1532.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.1533. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1534. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $175.00
**Priority amount** $175.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1535. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $260.00
**Priority amount** $260.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1536. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1536.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1537.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,890.00 | $1,890.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1538.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1539. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1539.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1540.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1541.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.1542. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

Contingent

Unliquidated | | **Nonpriority amount** |

Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1543. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

Contingent

Unliquidated | | **Nonpriority amount** |

Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.1544. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

Contingent

Unliquidated | | **Nonpriority amount** |

Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

**2.1545.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $960.00 | $960.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1546.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $150.00 | $150.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1547.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $450.00 | $450.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1548. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1548.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1549.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| | | $200.00 | $200.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1550.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| | | $700.00 | $700.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1551. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1551.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1552.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1553.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1554. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1555. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1556. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1557. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1557.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1558.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1559.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.00 | $45.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1560. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1560.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $80.00 | **Priority amount** $80.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1561.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1562.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $200.00 | **Priority amount** $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1563. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $25.00 | $25.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated            **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                      ☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1564. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated            **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                      ☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

| 2.1565. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $10.00 | $10.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated            **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                      ☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1566. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1567. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1568. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.1569. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

|  |  |  |  |
|---|---|---|---|
|  | ☐ Contingent | $34.00 | $34.00 |
|  | ☐ Unliquidated |  |  |
|  | ☐ Disputed |  | **Nonpriority amount** |
|  |  |  | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1570. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

|  |  |  |  |
|---|---|---|---|
|  | ☐ Contingent | $409.00 | $409.00 |
|  | ☐ Unliquidated |  |  |
|  | ☐ Disputed |  | **Nonpriority amount** |
|  |  |  | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1571. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

|  |  |  |  |
|---|---|---|---|
|  | ☐ Contingent | $300.00 | $300.00 |
|  | ☐ Unliquidated |  |  |
|  | ☐ Disputed |  | **Nonpriority amount** |
|  |  |  | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1572. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $485.00 | $485.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1573. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $918.00 | $918.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1574. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

**2.1575.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00
| | | ☐ Contingent | |
| | | ☐ Unliquidated | | **Nonpriority amount**
| | | ☐ Disputed | | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | CANCELLED EVENTS REFUNDS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

---

**2.1576.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00
| | | ☐ Contingent | |
| | | ☐ Unliquidated | | **Nonpriority amount**
| | | ☐ Disputed | | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | CANCELLED EVENTS REFUNDS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

---

**2.1577.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00
| | | ☐ Contingent | |
| | | ☐ Unliquidated | | **Nonpriority amount**
| | | ☐ Disputed | | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | CANCELLED EVENTS REFUNDS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1578. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1578.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1579.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1580.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1581. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1581.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1582.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1583.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.1584. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1585. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1586. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

| 2.1587. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $685.00 | $685.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1588. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $818.00 | $818.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1589. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1590. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1590.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $115.00 | $115.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1591.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1592.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1593. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1593.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

---

**2.1594.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

---

**2.1595.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

| 2.1596. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1597. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1598. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.1599. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1600. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1601. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $400.00 | $400.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1602. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1603. | **Priority creditor's name and mailing address** |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1604. | **Priority creditor's name and mailing address** |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.1605. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.1605.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $695.00 | $695.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1606.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1607.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1608. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.1609. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.1610. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $569.00 | $569.00 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1611. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

Contingent

Unliquidated

Disputed

|  |  | **Nonpriority amount** |
|---|---|---|
|  |  | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1612. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $575.00 | $575.00 |

Contingent

Unliquidated

Disputed

|  |  | **Nonpriority amount** |
|---|---|---|
|  |  | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1613. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Contingent

Unliquidated

Disputed

|  |  | **Nonpriority amount** |
|---|---|---|
|  |  | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1614. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1614.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1615.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1616.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.1617. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1618.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $182.00 | $182.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1619.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1620. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $875.00
Priority amount: $875.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1621. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $875.00
Priority amount: $875.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1622. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $60.00
Priority amount: $60.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1623. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1623.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1624.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1625.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1626. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                    $100.00          $100.00

☐ Contingent

☐ Unliquidated                             **Nonpriority amount**

☐ Disputed                                 $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                           CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.1627. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                    $190.00          $190.00

☐ Contingent

☐ Unliquidated                             **Nonpriority amount**

☐ Disputed                                 $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                           CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.1628. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*                    $409.00          $409.00

☐ Contingent

☐ Unliquidated                             **Nonpriority amount**

☐ Disputed                                 $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                           CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (7)  ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

| 2.1629. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1629.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $814.65 | $814.65 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1630.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $814.65 | $814.65 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1631.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1632. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $409.00
Priority amount $409.00
**Nonpriority amount**
$0.00

---

| 2.1633. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $200.00
Priority amount $200.00
**Nonpriority amount**
$0.00

---

| 2.1634. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $160.00
Priority amount $160.00
**Nonpriority amount**
$0.00

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

2.1635. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1636. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,785.00 | $1,785.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1637. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.1638. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1638.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1639.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1640.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1641. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1641.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $180.00 | $180.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1642.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.1643.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1644. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1644.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1645.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $322.67 | $322.67 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1646.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $264.65 | $264.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.1647. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1648. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $635.00 | $635.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1649. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $20.00 | $20.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

| 2.1650. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1651. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1652. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

---

**2.1653.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- |
| | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**2.1654.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- |
| | $200.00 | $200.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**2.1655.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- |
| | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

| 2.1656. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $515.00 | $515.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1657. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $818.00 | $818.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1658. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $150.00 | $150.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1659. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.1660. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $305.00 | $305.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.1661. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

| 2.1662. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $545.00 | $545.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1663. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $305.00 | $305.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1664. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

2.1665. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

| | | | |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

2.1666. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

2.1667. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

| | | | |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1668. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1668.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1669.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $25.00

**Priority amount** $25.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1670.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $80.00

**Priority amount** $80.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

**2.1671.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated               **Nonpriority amount**
☐ Disputed                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☑ No
**Specify Code subsection of PRIORITY**      ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1672.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| Name and Address Intentionally Omitted | *Check all that apply.* | $460.00 | $460.00 |

☐ Contingent
☐ Unliquidated               **Nonpriority amount**
☐ Disputed                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☑ No
**Specify Code subsection of PRIORITY**      ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1673.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| Name and Address Intentionally Omitted | *Check all that apply.* | $530.00 | $530.00 |

☐ Contingent
☐ Unliquidated               **Nonpriority amount**
☐ Disputed                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☑ No
**Specify Code subsection of PRIORITY**      ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| **2.1674.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.1675.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | | $759.00 | $759.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.1676.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | Name and Address Intentionally Omitted | | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1677. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $818.00 | $818.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1678. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1679. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1680. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $65.00 | $65.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1681. | **Priority creditor's name and mailing address** |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1682. | **Priority creditor's name and mailing address** |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1683. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1683.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1684.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1685.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1686. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|------|------|------|------|

| 2.1686. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $250.00 | $250.00<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | | |

| 2.1687. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $380.00 | $380.00<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | | |

| 2.1688. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $100.00 | $100.00<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1689. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1689.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1690.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $814.65 | $814.65 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1691.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.1692.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated

| Nonpriority amount |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1693.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated

| Nonpriority amount |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1694.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated

| Nonpriority amount |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1695. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1696. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1697. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $150.00 | $150.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1698. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---------|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1699. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---------|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1700. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---------|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

**2.1701.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1702.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1703.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

| 2.1704. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1705. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1706. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1707. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1707.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1708.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1709.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1710. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00          **Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.1711. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00          **Priority amount** $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.1712. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $419.00          **Priority amount** $419.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                         Case number *(if known)* **20-10846**

---

| 2.1713. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated           **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____           CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1714. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated           **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____           CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1715. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated           **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____           CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

---

| 2.1716. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1717. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1718. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| | | | | | |
|---|---|---|---|---|---|
| **2.1719.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |

**2.1719.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1720.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $10.00 | $10.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1721.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $325.00 | $325.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.1722. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $685.00 | $685.00 |

Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $685.00 | $685.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1723. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.1724. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1725. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1725.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1726.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1727.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.1728. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $140.00 | $140.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1729. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1730. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1731. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1731.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1732.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1733.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1734. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

$910.00     $910.00

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1735. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

$30.00      $30.00

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

| 2.1736. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

$100.00     $100.00

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)     ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.1737. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1738. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1739. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1740. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1741. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $175.00 | $175.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1742. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $409.00 | $409.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

2.1743. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1744. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1745. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1746. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

| 2.1747. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

| 2.1748. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1749. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1750. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $170.00 | $170.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1751. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

---

**2.1752.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1753.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1754.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

---

| 2.1755. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $250.00 | $250.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                    **Nonpriority amount**
☐ Disputed                                                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**
                                           ☒ No
**Specify Code subsection of PRIORITY        ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1756. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $195.00 | $195.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                    **Nonpriority amount**
☐ Disputed                                                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**
                                           ☒ No
**Specify Code subsection of PRIORITY        ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1757. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $405.00 | $405.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                    **Nonpriority amount**
☐ Disputed                                                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____        CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**        **Is the claim subject to offset?**
                                           ☒ No
**Specify Code subsection of PRIORITY        ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1758. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
                              ☐ Yes

---

| 2.1759. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
                              ☐ Yes

---

| 2.1760. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
                              ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1761. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1762. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1763. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $20.00 | $20.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1764. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1764.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1765.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1766.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1767. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
☐ Yes

| 2.1768. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $320.00 | $320.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
☐ Yes

| 2.1769. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $2,085.00 | $2,085.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.1770. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1770.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1771.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.1772.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

**2.1773.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $25.00 | $25.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1774.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1775.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $200.00 | $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

---

| 2.1776. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.1776.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1777.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $670.00 | $670.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1778.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

---

| 2.1779. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1779.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |
| ☐ Contingent | | $200.00 | $200.00 |
| ☐ Unliquidated | | | **Nonpriority amount** |
| ☐ Disputed | | | $0.00 |

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1780.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |
| ☐ Contingent | | $814.65 | $814.65 |
| ☐ Unliquidated | | | **Nonpriority amount** |
| ☐ Disputed | | | $0.00 |

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1781.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |
| ☐ Contingent | | $385.00 | $385.00 |
| ☐ Unliquidated | | | **Nonpriority amount** |
| ☐ Disputed | | | $0.00 |

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1782. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1783. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1784. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

| 2.1785. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1785.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $875.00 | $875.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1786.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $60.00 | $60.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1787.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $375.00 | $375.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1788. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1788.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| | | $60.00 | $60.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1789.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| | | $80.00 | $80.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1790.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| | | $65.00 | $65.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1791. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1792. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1793. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $635.00 | $635.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1794. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1794.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $200.00 | **Priority amount** $200.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1795.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $60.00 | **Priority amount** $60.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1796.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

| 2.1797. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1798. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1799. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $355.00 | $355.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1800. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | | $100.00 | $100.00 |
| | | | ☐ Contingent | | |
| | | | ☐ Unliquidated | | **Nonpriority amount** |
| | | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | | |
| | _____ | | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | ☐ Yes | | |

| 2.1801. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | | $0.00 | $0.00 |
| | | | ☐ Contingent | | |
| | | | ☐ Unliquidated | | **Nonpriority amount** |
| | | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | | |
| | _____ | | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | ☐ Yes | | |

| 2.1802. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | | $100.00 | $100.00 |
| | | | ☐ Contingent | | |
| | | | ☐ Unliquidated | | **Nonpriority amount** |
| | | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | | |
| | _____ | | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | ☐ Yes | | |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1803. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1804. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1805. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1806. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1807. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.1808. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.00 | $85.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

| 2.1809. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1810. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1811. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $830.00 | $830.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

| 2.1812. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

| | | | Nonpriority amount |
|---|---|---|---|

| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1813. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $180.00 | $180.00 |

| | | | Nonpriority amount |
|---|---|---|---|

| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1814. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

| | | | Nonpriority amount |
|---|---|---|---|

| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1815. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1816. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1817. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $435.00 | $435.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1818. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $250.00 | $250.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated | | **Nonpriority amount**
☐ Disputed | | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1819. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $260.00 | $260.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated | | **Nonpriority amount**
☐ Disputed | | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.1820. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated | | **Nonpriority amount**
☐ Disputed | | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1821. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1822. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $550.00 | $550.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1823. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1824. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1825. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1826. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

| 2.1827. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1827.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1828.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1829.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| **2.1830.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

| | |
|---|---|
| **2.1830.** | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**2.1830.** 

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1831.** 

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $900.00 | $900.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1832.** 

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1833. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1834. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1835. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $400.00 | $400.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| 2.1836. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1836.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | ☐ Contingent | $10.00 | $10.00 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1837.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | ☐ Contingent | $100.00 | $100.00 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1838.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | ☐ Contingent | $30.00 | $30.00 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.1839. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$25.00 | **Priority amount**<br>$25.00<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| 2.1840. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$100.00 | **Priority amount**<br>$100.00<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| 2.1841. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$330.00 | **Priority amount**<br>$330.00<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1842. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|--------------------------------------------------|-----------------------------------------------|-------------|-----------------|

**2.1842.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $814.65 | $814.65 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1843.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $838.00 | $838.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1844.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $300.00 | $300.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1845. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $60.00 | $60.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1846. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1847. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $25.00 | $25.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.1848. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| Name and Address Intentionally Omitted | *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1849. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

Name and Address Intentionally Omitted      *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1850. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

Name and Address Intentionally Omitted      *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

2.1851. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1852. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1853. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.1854. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|----------|----------|----------|----------|

**2.1854.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1855.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.1856.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $375.00 | $375.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.1857. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1858. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1859. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $670.00 | $670.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1860. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1861. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $251.25 | $251.25 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1862. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.1863. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | Total claim | Priority amount |
|---|---|---|
| Name and Address Intentionally Omitted | $100.00 | $100.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1864. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | Total claim | Priority amount |
|---|---|---|
| Name and Address Intentionally Omitted | $190.00 | $190.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1865. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | Total claim | Priority amount |
|---|---|---|
| Name and Address Intentionally Omitted | $135.00 | $135.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1866. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $295.00 | $295.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1867. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1868. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1869. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $435.00 | $435.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1870.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1871.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1872. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1873. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1874. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1875. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.1876. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.1877. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1878. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1878.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1879.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1880.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1881. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1882. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $120.00 | $120.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1883. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.1884. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1885. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.1886. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $300.00 | $300.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1887. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $60.00
Priority amount: $60.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1888. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $25.00
Priority amount: $25.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1889. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $190.00
Priority amount: $190.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1890. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1891. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1892. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1893. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1893.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $435.00 | $435.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1894.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1895.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,620.00 | $1,620.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1896. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1896.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1897.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1898.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1899. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1899.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,620.00 | $1,620.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1900.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1901.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1902. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $135.00 | $135.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.1903. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $225.00 | $225.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.1904. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $270.00 | $270.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.1905. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>$55.58 | **Priority amount**<br><br>$55.58<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| | | | | |
|---|---|---|---|---|
| 2.1906. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>$25.00 | **Priority amount**<br><br>$25.00<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| | | | | |
|---|---|---|---|---|
| 2.1907. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>$200.00 | **Priority amount**<br><br>$200.00<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1908. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☐ Yes

| 2.1909. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☐ Yes

| 2.1910. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,100.00 | $1,100.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.1911. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $60.00 — Priority amount $60.00 — **Nonpriority amount** $0.00

---

| 2.1912. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $30.00 — Priority amount $30.00 — **Nonpriority amount** $0.00

---

| 2.1913. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $30.00 — Priority amount $30.00 — **Nonpriority amount** $0.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1914. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

**2.1914.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| **Nonpriority amount** | |
| $0.00 | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1915.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |
| **Nonpriority amount** | |
| $0.00 | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.1916.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $935.00 | $935.00 |
| **Nonpriority amount** | |
| $0.00 | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| 2.1917. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1917.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1918.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1919.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1920. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1921. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1922. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

| 2.1923. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1923. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1924. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $60.00 | $60.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.1925. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.1926. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $250.00 | $250.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

---

| 2.1927. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $25.00 | $25.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

---

| 2.1928. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $280.00 | $280.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.1929. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

| | | | | Nonpriority amount |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1930. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $818.00 | $818.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1931. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

| | | | | Nonpriority amount |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

**2.1932.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $470.00 | $470.00 |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1933.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $100.00 | $100.00 |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1934.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $200.00 | $200.00 |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.1935. | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

| 2.1935. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.1936. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.00 | $80.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.1937. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 | $60.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.1938. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $700.00
**Priority amount** $700.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1939. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00
**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1940. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $250.00
**Priority amount** $250.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1941. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1942. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $180.00 | $180.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1943. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

2.1944. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $80.00 | $80.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1945. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $152.01 | $152.01 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.1946. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $10.00 | $10.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

| 2.1947. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.00 | $96.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1948. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $646.43 | $646.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1949. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1950. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $306.00 | $306.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1951. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1952. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $875.00 | $875.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1953. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1953.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1954.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1955.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1956. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1957.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1958.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1959. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1960. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1961. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $235.00 | $235.00 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed               $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.1962. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|--------------|-------------|-------------|-----------------|

**2.1962.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1963.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $70.00 | $70.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1964.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.1965. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1966. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $455.00 | $455.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1967. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $225.00 | $225.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.1968. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1968.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1969.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.1970.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $260.00 | $260.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1971. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1972. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | | $135.00 | $135.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1973. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1974. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1975. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1976. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.1977. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $900.00 | $900.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                                    **Nonpriority amount**
☐ Disputed                                                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**

_____                          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**              **Is the claim subject to offset?**

                                                 ☑ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1978. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                                    **Nonpriority amount**
☐ Disputed                                                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**

_____                          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**              **Is the claim subject to offset?**

                                                 ☑ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1979. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $30.00 | $30.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                                    **Nonpriority amount**
☐ Disputed                                                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**

_____                          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**              **Is the claim subject to offset?**

                                                 ☑ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1980. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1981. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.1982. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.1983. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1984. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1985. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.1986. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $405.00 | $405.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1987. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $670.00 | $670.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1988. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $900.00 | $900.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.1989. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1990. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.1991. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $450.00 | $450.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.1992. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1993.  Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1994.  Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.1995. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| Total claim | $100.00 | |
| Priority amount | $100.00 | |
| Nonpriority amount | $0.00 | |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.1996. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Total claim | $419.00 |
| Priority amount | $419.00 |
| Nonpriority amount | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.1997. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Total claim | $100.00 |
| Priority amount | $100.00 |
| Nonpriority amount | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.1998. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $250.00
Priority amount: $250.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.1999. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $30.00
Priority amount: $30.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2000. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2001. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $860.00 | $860.00 |

| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2002. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2003. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2004. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2004. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.00

**Priority amount** $30.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2005. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10.00

**Priority amount** $10.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2006. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2007. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.2008. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.2009. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $50.00 | $50.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2010. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2011. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2012. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.2013. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2013.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2014.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2015.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.2016. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2017. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2018. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2019. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $175.00 | $175.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2020. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2021. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | | $165.00 | $165.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2022. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2023. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $1,620.00 | $1,620.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2024. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2025. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

**2.2025.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $80.00 | $80.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2026.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $480.00 | $480.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2027.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2028. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $210.00 | $210.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2029. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2030. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2031. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.2031. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2032. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $150.00 | $150.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2033. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2034. | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2034.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $510.00 | $510.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2035.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $510.00 | $510.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2036.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2037. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2037.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2038.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2039.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.00 | $40.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2040. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

2.2040. | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $25.00 | $25.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2041. | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $350.00 | $350.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2042. | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $10.00 | $10.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2043. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.2043.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2044.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2045.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $640.00 | $640.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2046. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2046.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2047.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2048.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $175.00 | $175.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2049. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $135.00 | $135.00 |

2.2049.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.00 | $135.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2050.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2051.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $665.00 | $665.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

| 2.2052. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2052.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $425.00 | $425.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2053.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2054.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2055. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2056. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2057. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2058. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2059. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2060. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.2061. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| | | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2062.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2063.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2064. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $450.00 | $450.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2065. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $190.00 | $190.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2066. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2067. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $100.00

**Priority amount**  $100.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.2068. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $100.00

**Priority amount**  $100.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.2069. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $100.00

**Priority amount**  $100.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.2070. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2071. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $225.00 | $225.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2072. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2073. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*    $25.00    $25.00

☐ Contingent

☐ Unliquidated                                                    **Nonpriority amount**

☐ Disputed                                                          $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.2074. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*    $200.00    $200.00

☐ Contingent

☐ Unliquidated                                                    **Nonpriority amount**

☐ Disputed                                                          $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

| 2.2075. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*    $200.00    $200.00

☐ Contingent

☐ Unliquidated                                                    **Nonpriority amount**

☐ Disputed                                                          $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                        Case number *(if known)* **20-10846**

| 2.2076. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.2077. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

| 2.2078. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2079. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2079.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2080.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2081.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 2.2082. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$175.00 | **Priority amount**<br>$175.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| | | | | |
|---|---|---|---|---|
| 2.2083. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$100.00 | **Priority amount**<br>$100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

| | | | | |
|---|---|---|---|---|
| 2.2084. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim**<br>$100.00 | **Priority amount**<br>$100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2085. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $425.00 | $425.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2086. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $2,370.00 | $2,370.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2087. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $485.00 | $485.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.2088.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |
| Name and Address Intentionally Omitted | ☐ Contingent | $250.00 $250.00 |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

| | | |
|---|---|---|
| **2.2089.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |
| Name and Address Intentionally Omitted | ☐ Contingent | $100.00 $100.00 |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

| | | |
|---|---|---|
| **2.2090.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |
| Name and Address Intentionally Omitted | ☐ Contingent | $10.00 $10.00 |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | CANCELLED EVENTS REFUNDS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2091. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2091.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2092.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2093.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.2094. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.2094. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00 $25.00 |

**Priority amount**

$25.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.2095. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | | $60.00 $60.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.2096. | **Priority creditor's name and mailing address**<br>Name and Address Intentionally Omitted | | $409.00 $409.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2097. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2097.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim $96.43 | Priority amount $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2098.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim $100.00 | Priority amount $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2099.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim $1,470.00 | Priority amount $1,470.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2100. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2101. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $90.00 | $90.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2102. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2103. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2103.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2104.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2105.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2106. | **Priority creditor's name and mailing address** | | |
| | Name and Address Intentionally Omitted | $100.00 | $100.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated    **Nonpriority amount**

☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2107. | **Priority creditor's name and mailing address** | | |
| | Name and Address Intentionally Omitted | $910.00 | $910.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated    **Nonpriority amount**

☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2108. | **Priority creditor's name and mailing address** | | |
| | Name and Address Intentionally Omitted | $25.00 | $25.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated    **Nonpriority amount**

☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)    ☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

---

| 2.2109. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $65.00 | $65.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---------|
| $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2110. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---------|
| $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2111. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $425.00 | $425.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---------|
| $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.2112. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2113. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2114. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2115. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2115.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** $100.00   **Priority amount** $100.00 |

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2116.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim** $400.00   **Priority amount** $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2117.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim** $409.00   **Priority amount** $409.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2118. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2119. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2120. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2121. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2122. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $285.00 | $285.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2123. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2124. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $265.00 | $265.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2125. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $34.00 | $34.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2126. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $300.00 | $300.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2127. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2127.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | Total claim: $100.00 — Priority amount: $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2128.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

Total claim: $200.00 — Priority amount: $200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2129.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

Total claim: $700.00 — Priority amount: $700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2130. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2130.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2131.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2132.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.2133. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2133.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2134.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2135.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | |
|---|---|
| **2.2136.** | |

**2.2136.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2137.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2138.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

---

2.2139.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| ☐ Contingent | $450.00 | $450.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2140.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| ☐ Contingent | $100.00 | $100.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2141.  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|
| ☐ Contingent | $60.00 | $60.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2142. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Nonpriority amount

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2143. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Nonpriority amount

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2144. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Nonpriority amount

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2145. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $280.00 | $280.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2146. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $175.00 | $175.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2147. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $70.00 | $70.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2148. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $875.00 | $875.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2149. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $90.00 | $90.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2150. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $300.00 | $300.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
| --- | --- | --- |

| 2.2151. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $60.00 | $60.00 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.2152.

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $100.00 | $100.00 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.2153.

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $100.00 | $100.00 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.2154. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $10.00 | $10.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2155. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2156. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $250.00 | $250.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2157. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

**2.2157.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2158.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2159.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2160. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2161. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $90.00 | $90.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2162. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $55.58 | $55.58 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2163. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2164.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2165.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $180.00 | $180.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.2166. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.2166.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2167.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2168.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $600.00 | $600.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

| 2.2169. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.2169.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated | | | **Nonpriority amount** |

☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

**2.2170.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent

☐ Unliquidated | | | **Nonpriority amount** |

☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

**2.2171.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent

☐ Unliquidated | | | **Nonpriority amount** |

☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.2172. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2173. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2174. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2175. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2175.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $235.00 / **Priority amount** $235.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2176.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim** $480.00     **Priority amount** $480.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2177.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim** $100.00     **Priority amount** $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                        Case number *(if known)* **20-10846**

| 2.2178. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2178.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2179.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2180.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2181. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2181.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $30.00 | **Priority amount** $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2182.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $100.00 | **Priority amount** $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2183.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $170.00 | **Priority amount** $170.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2184. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2185. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2186. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $390.00 | $390.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

---

| 2.2187. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2187.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2188.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2189.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

| **2.2190.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $200.00
Priority amount: $200.00
Nonpriority amount: $0.00

---

| **2.2191.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $100.00
Priority amount: $100.00
Nonpriority amount: $0.00

---

| **2.2192.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $814.65
Priority amount: $814.65
Nonpriority amount: $0.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.2193.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** |
| Name and Address Intentionally Omitted | ☐ Contingent | $435.00 |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

**Priority amount**

$435.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.2194.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** |
| Name and Address Intentionally Omitted | ☐ Contingent | $250.00 |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

**Priority amount**

$250.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.2195.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** |
| Name and Address Intentionally Omitted | ☐ Contingent | $150.00 |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

**Priority amount**

$150.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2196. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2197. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2198. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $140.00 | $140.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2199. | **Priority creditor's name and mailing address** | $814.65 | $814.65 |
| | Name and Address Intentionally Omitted | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2200. | **Priority creditor's name and mailing address** | $96.43 | $96.43 |
| | Name and Address Intentionally Omitted | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2201. | **Priority creditor's name and mailing address** | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2202. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|----------|----------|----------|----------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

**2.2202.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2203.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2204.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2205. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2205.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2206.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2207.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $438.75 | $438.75 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2208. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2209. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2210. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2211. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2211.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2212.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2213.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2214. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2214.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

---

**2.2215.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $685.00 | $685.00 |

**Nonpriority amount**

$0.00

---

**2.2216.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |

**Nonpriority amount**

$0.00

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.2217. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|---|

**2.2217.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,370.00 | $2,370.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2218.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $235.00 | $235.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2219.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.00 | $160.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2220. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2220.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2221.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2222.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

---

| 2.2223. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2224. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $90.00 | $90.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2225. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $75.00 | $75.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.2226. | **Priority creditor's name and mailing address**<br><br>Name and Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** — $100.00    **Priority amount** — $100.00 |

**Priority creditor's name and mailing address** — Name and Address Intentionally Omitted

2.2226.

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2227.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2228.   **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,720.00 | $1,720.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.2229. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |

2.2229. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2230. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $225.00 | $225.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2231. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.2232. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $670.00 | Priority amount $670.00

Nonpriority amount $0.00

---

| 2.2233. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $400.00 | Priority amount $400.00

Nonpriority amount $0.00

---

| 2.2234. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim $200.00 | Priority amount $200.00

Nonpriority amount $0.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2235. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $75.00 | $75.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $900.00 | $900.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2237. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $10.00 | $10.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

---

2.2238. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $1,268.00 | $1,268.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2239. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2240. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.2241. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $125.00 | $125.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2242. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2243. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2244. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                          **Nonpriority amount**
☐ Disputed                                                                $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
☐ Yes

---

| 2.2245. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $20.00 | $20.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                          **Nonpriority amount**
☐ Disputed                                                                $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
☐ Yes

---

| 2.2246. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated                                                          **Nonpriority amount**
☐ Disputed                                                                $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)          ☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

---

| 2.2247. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2247.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $590.00 | $590.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2248.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2249.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $350.00 | $350.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　　Case number *(if known)* **20-10846**

---

| 2.2250. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2251. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2252. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| 2.2253. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2253.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $100.00 | $100.00 |

☐ Contingent

☐ Unliquidated     **Nonpriority amount**

☐ Disputed          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.2254.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $60.00 | $60.00 |

☐ Contingent

☐ Unliquidated     **Nonpriority amount**

☐ Disputed          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)      ☐ Yes

---

**2.2255.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $200.00 | $200.00 |

☐ Contingent

☐ Unliquidated     **Nonpriority amount**

☐ Disputed          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

_____          CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)      ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2256. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $250.00 | $250.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2257.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $600.00 | $600.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2258.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.2259. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

□ Contingent
□ Unliquidated
□ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2260. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

□ Contingent
□ Unliquidated
□ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2261. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

□ Contingent
□ Unliquidated
□ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.2262. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00

**Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2263. | Priority creditor's name and mailing address |
|---|---|

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $290.00

**Priority amount** $290.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2264. | Priority creditor's name and mailing address |
|---|---|

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $220.00

**Priority amount** $220.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2265. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $220.00 | $220.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2266. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2267. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

2.2268. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2269. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2270. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.2271. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

---

| 2.2272. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $425.00 | $425.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

---

| 2.2273. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $25.00 | $25.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2274. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2274.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2275.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2276.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $82.50 | $82.50 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2277. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

| | Name and Address Intentionally Omitted | *Check all that apply.* | | $200.00 | | $200.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2278. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

| | Name and Address Intentionally Omitted | *Check all that apply.* | | $200.00 | | $200.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2279. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

| | Name and Address Intentionally Omitted | *Check all that apply.* | | $25.00 | | $25.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2280. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2281. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2282. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2283. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---|---------|---------|---------|

**2.2283.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2284.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2285.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2286. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.2286.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| *Check all that apply.* | $409.00 | $409.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2287.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| *Check all that apply.* | $1,227.00 | $1,227.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2288.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | |
|---|---|---|
| **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| *Check all that apply.* | $350.00 | $350.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2289. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2290. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2291. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $160.00 | $160.00 |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2292. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $325.00 | $325.00 |

**2.2292. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $325.00 | $325.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.2293. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $130.00 | $130.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.2294. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2295. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $30.00

Priority amount $30.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2296.    **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $100.00

Priority amount $100.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2297.    **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $30.00

Priority amount $30.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | |
|---|---|
| 2.2298. **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

Name and Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| 2.2299. **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

Name and Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| 2.2300. **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

Name and Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2301. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2302. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $450.00
Priority amount: $450.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2303. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.2304. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.2304.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2305.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $610.00 | $610.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2306.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.2307. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2307.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.65 | $264.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2308.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $310.00 | $310.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2309.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2310. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2310.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $419.00 | $419.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2311.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2312.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.2313. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$100.00

**Priority amount**
$100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2314. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$70.00

**Priority amount**
$70.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.2315. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$10.00

**Priority amount**
$10.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

| 2.2316. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.2316.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2317.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.2318.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.2319. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2320. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2321. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.2322. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2322.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $96.43 | $96.43 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2323.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2324.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $100.00 | $100.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2325. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $250.00 | $250.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2326. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2327. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2328. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2329. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2330. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2331. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $169.00 | $169.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $169.00 | $169.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.2332.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.2333.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.2334. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $250.00 | $250.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2335. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2336. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| 2.2337. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$685.00 (Total claim)
$685.00 (Priority amount)

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2338. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00 (Total claim)
$100.00 (Priority amount)

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2339. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$380.00 (Total claim)
$380.00 (Priority amount)

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.2340. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2340.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $140.00 | $140.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2341.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2342.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.2343. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2343.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2344.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2345.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $180.00 | $180.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.2346. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $130.00 | $130.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.2347. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $55.58 | $55.58 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.2348. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 2.2349. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2350.    Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2351.    Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.2352. **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

| | **Total claim** | **Priority amount** |
|---|---|---|
| 2.2352. | | |

Name and Address Intentionally Omitted

$60.00 / $60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| | **Total claim** | **Priority amount** |
|---|---|---|
| 2.2353. **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:** *Check all that apply.*

Name and Address Intentionally Omitted

$100.00 / $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| | **Total claim** | **Priority amount** |
|---|---|---|
| 2.2354. **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:** *Check all that apply.*

Name and Address Intentionally Omitted

$830.00 / $830.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2355. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2356. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2357. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $100.00 | $100.00 |
| | | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

---

| 2.2358. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | $409.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2359. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $30.00 | $30.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2360. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.2361. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $320.00 | $320.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2362. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2363. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $96.43 | $96.43 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2364. | **Priority creditor's name and mailing address** | | |
| | Name and Address Intentionally Omitted | $200.00 | $200.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2365. | **Priority creditor's name and mailing address** | | |
| | Name and Address Intentionally Omitted | $409.00 | $409.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2366. | **Priority creditor's name and mailing address** | | |
| | Name and Address Intentionally Omitted | $140.00 | $140.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2367. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.2367. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $300.00 | $300.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2368. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,220.00 | $1,220.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2369. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2370. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2370.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250.00 | $250.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2371.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $900.00 | $900.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2372.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,820.00 | $1,820.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.2373. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2374. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.2375. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

---

| 2.2376. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2376.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $185.00 | $185.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2377.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2378.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2379. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.2379.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2380.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2381.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | | $90.00 | $90.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.2382. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | $415.00 | $415.00 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.2383. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | $25.00 | $25.00 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.2384. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | $100.00 | $100.00 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

_____

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2385. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2386. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $200.00 | $200.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2387. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2388. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $350.00 | $350.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.2389. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $100.00 | $100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.2390. Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $200.00 | $200.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

**2.2391.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,570.00 | $1,570.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.2392.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.2393.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2394. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | | $100.00 |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | _____ | CANCELLED EVENTS REFUNDS | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☒ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | | |

| 2.2395. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | | $100.00 |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | _____ | CANCELLED EVENTS REFUNDS | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☒ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | | |

| 2.2396. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $409.00 | | $409.00 |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | _____ | CANCELLED EVENTS REFUNDS | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☒ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☐ Yes | | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2397. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2397.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.00 | $25.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2398.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2399.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.2400. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $80.00 | $80.00 |

**2.2400.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2401.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.00 | $60.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2402.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $875.00 | $875.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2403. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.00     **Priority amount** $100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2404. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $200.00     **Priority amount** $200.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $175.00     **Priority amount** $175.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.2406. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2406.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.00 | $50.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2407.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $650.00 | $650.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2408.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2409. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2410. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2411. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | | | *Check all that apply.* | $350.00 | $350.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.2412. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2412.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.00 | $70.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2413.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2414.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 2.2415. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2416. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| 2.2417. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 2.2418. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2418.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2419.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10.00 | $10.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2420.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $20.00 | $20.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| 2.2421. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2421.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $360.00

**Priority amount** $360.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2422.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.00

**Priority amount** $30.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2423.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $25.00

**Priority amount** $25.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2424. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $25.00 | $25.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2425. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2426. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $900.00 | $900.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2427. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2427.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$100.00   $100.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**2.2428.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | **Total claim** | **Priority amount** |
|---|---|---|

$100.00   $100.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**2.2429.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | **Total claim** | **Priority amount** |
|---|---|---|

$875.00   $875.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**Debtor**    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2430. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------------------------------------------|-----------------------------------------------|-------------|-----------------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**
☑ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2431. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------------------------------------------|-----------------------------------------------|-------------|-----------------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $814.65 | $814.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**
☑ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.2432. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------------------------------------------|-----------------------------------------------|-------------|-----------------|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $190.00 | $190.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**            **Is the claim subject to offset?**
☑ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.2433. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|----------------------------------------------|-----------------------------------------------|-------------|-----------------|

**2.2433.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2434.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2435.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $875.00 | $875.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.2436.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** \$900.00 **Priority amount** \$900.00 |

**2.2436.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| \$900.00 | \$900.00 |

| | Nonpriority amount |
|---|---|
| | \$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2437.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| \$100.00 | \$100.00 |

| | Nonpriority amount |
|---|---|
| | \$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2438.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| \$25.00 | \$25.00 |

| | Nonpriority amount |
|---|---|
| | \$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.2439. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $60.00 | $60.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2440. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $10.00 | $10.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.2441. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $100.00 | $100.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.2442. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $419.00 | $419.00 |

Priority creditor's name and mailing address: Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Total claim | Priority amount |
|---|---|
| $419.00 | $419.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

2.2443.  **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.43 | $96.43 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

2.2444.  **Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Total claim | Priority amount |
|---|---|
| $814.65 | $814.65 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.2445. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2445.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $80.00 | $80.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2446.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $670.00 | $670.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2447.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.2448. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2448.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $291.25 | $291.25 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2449.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.2450.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $200.00 | $200.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

**2.2451.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2452.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $685.00 | $685.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2453.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $100.00 | $100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 2.2454. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | $180.00 | $180.00 |
| | | | ☐ Contingent | | |
| | | | ☐ Unliquidated | | **Nonpriority amount** |
| | | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | | |
| | _____ | | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | ☐ Yes | | |

| 2.2455. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | $409.00 | $409.00 |
| | | | ☐ Contingent | | |
| | | | ☐ Unliquidated | | **Nonpriority amount** |
| | | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | | |
| | _____ | | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | ☐ Yes | | |

| 2.2456. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | *Check all that apply.* | $100.00 | $100.00 |
| | | | ☐ Contingent | | |
| | | | ☐ Unliquidated | | **Nonpriority amount** |
| | | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | | |
| | _____ | | CANCELLED EVENTS REFUNDS | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7) | | ☐ Yes | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 2.2457. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|
| | | *Check all that apply.* | $700.00 | $700.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.2458. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.2459. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|
| | | *Check all that apply.* | $107.00 | $107.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.2460. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | *Check all that apply.* | $350.00 | $350.00 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2461.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $409.00 | $409.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.2462.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

---

**2.2463.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.00 | $50.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2464.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.50 | $37.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2465.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.00 | $30.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 2.2466. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2467. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $100.00 | $100.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.2468. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | $200.00 | $200.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.2469. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

Name and Address Intentionally Omitted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 2.2470. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $100.00
Priority amount: $100.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

CANCELLED EVENTS REFUNDS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |
| | 180 MEDICAL INC<br>PO BOX 223905<br>PITTSBURGH PA 15251 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $4.91 |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |
| | A & M ENTERPRISES<br>C/O ALISHA REINE<br>109 REINE DR.<br>LA PLACE LA 70068 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $83.99 |
| | **Date or dates debt was incurred**<br>9/10/2019 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |
| | A RENEWED APPROACH HEALTHCARE<br>330 OAK HARBOR BLVD STE D<br>SLIDELL LA 70458 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $92.12 |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A-1 MOBLIE SHREDDING
P. O. BOX 1732
METAIRIE LA 70004

☑ Contingent
☑ Unliquidated
☑ Disputed

$190.00

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACADIAN AMBULANCE SERVICE INC.
P O BOX 92970
LAFAYETTE LA 70509-8000

☑ Contingent
☑ Unliquidated
☑ Disputed

$150.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACADIANA RADIOLOGY GROUP LLC
PO BOX 4628
JACKSON MS 39296

☑ Contingent
☑ Unliquidated
☑ Disputed

$12.85

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCELERATED HAND SOLUTIONS LLC
7047 HWY 190 E SERVICE RD
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$348.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCELERATED HAND SOLUTIONS, LL
7047 HWY 190 E SVC RD
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$90.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCESS HEALTH LOUISIANA
PO BOX 15791
BELFAST ME 04915

☑ Contingent
☑ Unliquidated
☑ Disputed

$115.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.10.   **Nonpriority creditor's name and mailing address**

ACS PRIMARY CARE PHYSICIANS LA
PO BOX 634703
CINCINNATI OH 45263

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$609.75

---

3.11.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.12.   **Nonpriority creditor's name and mailing address**

ADAMS, KRISTY
Address Intentionally Omitted

**Date or dates debt was incurred**

3/13/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$243.74

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADI
P O BOX 731340
DALLAS TX 75373-1304

☑ Contingent
☑ Unliquidated
☑ Disputed

$532.81

**Date or dates debt was incurred**

3/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADMIN OF TULANE EDUCATIONAL FU
PO BOX 54431
NEW ORLEANS LA 70154

☑ Contingent
☑ Unliquidated
☑ Disputed

$383.82

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADS SYSTEMS LLC
30 VETERANS BLVD
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

$555.00

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCED CLINICAL LABORATORY
1405 AIRLINE DR
METAIRIE LA 70001

☑ Contingent
☑ Unliquidated
☑ Disputed

$37.90

**Date or dates debt was incurred**          **Basis for the claim:**

5/1/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCED RECONSTRUCTIVE CARE L
PO BOX 368
CHESTERLAND OH 44026

☑ Contingent
☑ Unliquidated
☑ Disputed

$64,228.29

**Date or dates debt was incurred**          **Basis for the claim:**

4/24/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AEROFLOW HEALTHCARE
3165 SWEETEN CREEK RD
ASHEVILLE NC 28803

☑ Contingent
☑ Unliquidated
☑ Disputed

$174.76

**Date or dates debt was incurred**          **Basis for the claim:**

4/30/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AETNA LA BTER HLTH
77 STARBRUSH CIR
COVINGTON LA 70433

☒ Contingent
☒ Unliquidated
☒ Disputed

$370.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AETNA LA BTER HLTH
PO BOX 842599
DALLAS TX 75284

☒ Contingent
☒ Unliquidated
☒ Disputed

$1,821.58

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AHMAD SHANABLEH M D INC
824 AVENUE F
MARRERO LA 70072

☒ Contingent
☒ Unliquidated
☒ Disputed

$21.03

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIRHART, RICHARD
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$44.21

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALARM, DETECTION AND SUPPRESSION
SYSTEMS CONTRACTORS, LLC
30 VETERANS BLVD.
KENNER LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,668.00

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.25.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.26.   **Nonpriority creditor's name and mailing address**

ALEMAN-MANZANARES, WENDY M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$375.00

**Date or dates debt was incurred**
4/29/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.27.   **Nonpriority creditor's name and mailing address**

ALFORTISH, TODD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**
1/14/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.28. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALGIERS NEUROBEHAVIORAL RESOURCE
2401 WESTBEND PARKWAY #3044
NEW ORLEANS LA 70114

☑ Contingent
☑ Unliquidated
☑ Disputed

$200.00

**Date or dates debt was incurred**

3/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.29. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALL SPORT SALES
1100 24TH STREET
SUITE U
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,277.15

**Date or dates debt was incurred**

4/2/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.30. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALL STAR ELECTRIC, INC.
1208 BERT STREET
LAPLACE LA 70068

☑ Contingent
☑ Unliquidated
☑ Disputed

$4,000.00

**Date or dates debt was incurred**

1/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

---

| 3.31. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALLEN, BRIANNA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.32. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALLMED HEALTHCARE MANAGEMENT
STE 1400 111 SE 5TH AVE
PORTLAND OR 97204

☑ Contingent
☑ Unliquidated
☑ Disputed

$200.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.33. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALLSTATE SUGAR BOWL CHAPTER
NATIONAL FOOTBALL FOUNDATION / HALL OF
FAME
1500 SUGAR BOWL DRIVE
NEW ORLEANS LA 70112

☑ Contingent
☑ Unliquidated
☑ Disputed

$300.00

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.34.   **Nonpriority creditor's name and mailing address**

ALMENDRARES, BLANCA
Address Intentionally Omitted

**Date or dates debt was incurred**

3/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$90.00

---

3.35.   **Nonpriority creditor's name and mailing address**

ALONSO, KATHLEEN
Address Intentionally Omitted

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.00

---

3.36.   **Nonpriority creditor's name and mailing address**

ALONZO, LAUREL
Address Intentionally Omitted

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$23.49

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

ALVIAR, PHILIP
Address Intentionally Omitted

*Check all that apply.*

$460.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/7/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

AMERICAN CATHOLIC HISTORICAL ASSOC.
MOUNT ST MARY'S UNIVERSITY
16300 OLD EMMITSBURG RD
EMMITSBURG MD 21727

*Check all that apply.*

$60.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

12/3/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

AMERICAN CRESCENT ELEVATOR CORP.
P O BOX 1047
ST ROSE LA 70087

*Check all that apply.*

$125.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

**3.40.** | **Nonpriority creditor's name and mailing address**

AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$33,794.39

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.41.** | **Nonpriority creditor's name and mailing address**

ANDERSON, JENNIFER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$395.00

**Date or dates debt was incurred**

12/3/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.42.** | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANTHONY TRENTACOSTE DDS
900 N CAUSEWAY BLVD
METAIRIE LA 70001

☑ Contingent
☑ Unliquidated
☑ Disputed

$130.00

**Date or dates debt was incurred**

3/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AQUATIC SPECIALTIES
2109 33RD ST.
UNIT C
KENNER LA 70065

☑ Contingent
☑ Unliquidated
☑ Disputed

$150.00

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHBISHOP CHAPELLE CAFETERIA
8800 VETERANS BLVD.
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$119.50

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARCHBISHOP RUMMEL HIGH SCHOOL
1901 SEVERN AVE
METAIRIE LA 70001

☒ Contingent
☒ Unliquidated
☒ Disputed

$100.00

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARCHDIOCESAN SPIRITUALITY CENTER
2501 MAINE AVE.
METAIRIE LA 70003

☒ Contingent
☒ Unliquidated
☒ Disputed

$2,916.67

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVE
NEW ORLEANS LA 70125-3496

☒ Contingent
☒ Unliquidated
☒ Disputed

$96.00

**Date or dates debt was incurred**

1/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.49.    **Nonpriority creditor's name and mailing address**

ARCHDIOCESE OF NEW ORLEANS
7997 WALMSLEY
NEW ORLEANS LA 70125

**Date or dates debt was incurred**

7/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$43,120.69

---

3.50.    **Nonpriority creditor's name and mailing address**

ARCHDIOCESE OF NEW ORLEANS
7887 WALMSLEY AVENUE
NEW ORLEANS LA 70125

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$400.00

---

3.51.    **Nonpriority creditor's name and mailing address**

ARCHDIOCESE OF NEW ORLEANS -
INFORMATION TECHNOLOGY
7887 WALMSLEY AVE.
NEW ORLEANS LA 70125

**Date or dates debt was incurred**

JAN 2020 - MAR 2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,138.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHDIOCESE OF NEW ORLEANS -
INFORMATION TECHNOLOGY
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,479.25

**Date or dates debt was incurred**

3/31/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHDIOCESE OF NEW ORLEANS {8}
7887 WALMSLEY AVENUE
NEW ORLEANS LA 70125

☑ Contingent
☑ Unliquidated
☑ Disputed

$48.00

**Date or dates debt was incurred**

10/1/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHDIOCESE OF NEW ORLEANS INDEMNITY
COMPANY
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

REVOLVING LINE OF CREDIT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.55. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ARCHDIOCESE OF NEW ORLEANS IT<br>1000 HOWARD AVENUE<br>SUITE 700<br>NEW ORLEANS LA 70113 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $6,004.75 |
| **Date or dates debt was incurred**<br>4/1/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| 3.56. ARCHDIOCESE OF NEW ORLEANS OCS<br>7887 WALMSLEY AVENUE<br>NEW ORLEANS LA 70125 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $96.00 |
| **Date or dates debt was incurred**<br>7/25/2019 | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| 3.57. ARCHDIOCESE OF OKLAHOMA<br>P O BOX 32180<br>OKLAHOMA CITY OK 73123 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $425.00 |
| **Date or dates debt was incurred**<br>4/22/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARCHER CHIROPRACTIC CENTER LLC
4220 CANAL ST
NEW ORLEANS LA 70119

$28.36

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

5/1/2020                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARCHNO - IT OFFICE
7887 WALMSLEY AVE.
NEW ORLEANS LA 70125

$3,242.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

3/31/2020                                     TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARMENTOR SERVICE CENTER
3503 NORTHSIDE RD
NEW IBERIA LA 70563

$75.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       REFUND

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.61.

**Nonpriority creditor's name and mailing address**

ARNOLD, STEFFANIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$22.00

**Date or dates debt was incurred**

2/6/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.62.

**Nonpriority creditor's name and mailing address**

ASARE-DANKWAH, REV JOHN
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$40.88

**Date or dates debt was incurred**

9/20/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.63.

**Nonpriority creditor's name and mailing address**

ASSOCIATED SURGICAL SPECIALIST
350 LAKEVIEW CT STE A
COVINGTON LA 70433

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$24.09

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AT&T
P.O. BOX 78522
PHOENIX AZ 85062-8522

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$40.00

**Date or dates debt was incurred**

4/28/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AT&T
P.O. BOX 105262
ATLANTA GA 30348-5262

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$155.03

**Date or dates debt was incurred**

4/19/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AT&T
P O BOX 105262
ATLANTA GA 30348-5262

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$271.73

**Date or dates debt was incurred**

1/21/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T MOBILITY
P.O.BOX 6463
CAROL STREAM IL 60197-6463

☑ Contingent
☑ Unliquidated
☑ Disputed

$334.00

**Date or dates debt was incurred**

4/28/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM IL 60197646

☑ Contingent
☑ Unliquidated
☑ Disputed

$5,894.76

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATMOS ENERGY
PO BOX 740353
CINCINATI OH 45274-0353

☑ Contingent
☑ Unliquidated
☑ Disputed

$71.50

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ATMOS ENERGY 35
P. O. BOX 790311
ST. LOUIA MO 63179

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$29.15

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.71.   **Nonpriority creditor's name and mailing address**

ATMOS ENERGY 51
P. O. BOX 790311
ST. LOUIA MO 63179

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$97.05

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.72.   **Nonpriority creditor's name and mailing address**

ATMOS ENERGY LOUISIANA
P O BOX 740353
CINCINNATI OH 45274-0353

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$176.96

**Date or dates debt was incurred**

4/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATMOS ENERGY LOUISIANA - LGS
PO BOX 790311
ST LOUIS MO 63179-0311

☑ Contingent
☑ Unliquidated
☑ Disputed

$132.89

**Date or dates debt was incurred**

4/23/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATMOS ENERGY LOUISIANA LGS
PO BOX 790311
ST. LOUIS MO 63179

☑ Contingent
☑ Unliquidated
☑ Disputed

$345.37

**Date or dates debt was incurred**

9/1/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUDUBON LIMOUSINE
941 DECATUR STREET - SUITE 301
NEW ORLEANS LA 70116

☑ Contingent
☑ Unliquidated
☑ Disputed

$226.80

**Date or dates debt was incurred**

10/8/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

AUTOM
1013 VETERANS DRIVE
LEWISBURG TN 37091

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$66.46

**Date or dates debt was incurred**

2/12/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

AW DERMATOPATHOLOGY SERVICE
PO BOX 15259
NEW ORLEANS LA 70175

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$463.31

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

AW DERMPATH SERVICE
PO BOX 15259
NEW ORLEANS LA 70175

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$135.00

**Date or dates debt was incurred**

1/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

B4 TIME, INC
2043 SOUTH BEND AVE #296
SOUTH BEND IN 46637

☑ Contingent
☑ Unliquidated
☑ Disputed

$527.10

**Date or dates debt was incurred**

4/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALDWIN, STERLING
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$276.94

**Date or dates debt was incurred**

4/15/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALFOUR
P.O. BOX 55520
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,801.03

**Date or dates debt was incurred**

4/16/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALFOUR NEW ORLEANS, LLC
PO BOX 55520
METAIRIE LA 70055

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,463.82

**Date or dates debt was incurred**
4/9/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALL, JASON & AMIEE = GUFFEY, BILLIE = JACE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,470.00

**Date or dates debt was incurred**
1/13/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAPTISTE, ANGELA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$501.78

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARBAY, PAIGE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$79.59

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARCLAYS
P O BOX 60517
CITY OF INDUSTRY CA 91716

☑ Contingent
☑ Unliquidated
☑ Disputed

$122.39

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNHIZER, THERESA F
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$1.03

**Date or dates debt was incurred**

4/5/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRIENTOS, TRACI
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAUDVILLE
5380 52ND STREET SE
GRAND RAPIDS MI 49512

☑ Contingent
☑ Unliquidated
☑ Disputed

$44.94

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.91. | **Nonpriority creditor's name and mailing address**

BAUTISTA, CHRISTIAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$388.84

**Date or dates debt was incurred**

2/28/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.92. | **Nonpriority creditor's name and mailing address**

BAYARD, TAMMY
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$350.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.93. | **Nonpriority creditor's name and mailing address**

BAYOU URGENT CARE
PO BOX 575714
MURRAY UT 84157

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$92.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.94.   **Nonpriority creditor's name and mailing address**

BEHAN JR, J MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$20.00

**Date or dates debt was incurred**

11/12/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.95.   **Nonpriority creditor's name and mailing address**

BELLE CHASSE EMERGENCY GROUP L
PO BOX 731587
DALLAS TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$8,059.34

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.96.   **Nonpriority creditor's name and mailing address**

BENDER IV, THOMAS B
NOTRE DAME SEMINARY
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

3/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BENJAMIN GUIDRY MD LLC DBA RET
PO BOX 23505
BELFAST ME 04915

$1,612.03

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

5/1/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.98. **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

BENNETT'S PHOTO
3230 SEVERN AVE.
METAIRIE LA 70002

$374.23

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

4/24/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.99. **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

BENSON, REV JOSEPH
ST JOHN VIANNEY VILLA
Address Intentionally Omitted

$321.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

3/31/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BERAULT, GREGORY L
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$74.82

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BERGERON, JOHN
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$18.43

**Date or dates debt was incurred**

9/23/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BERTUCCI, PETER C
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$30.00

**Date or dates debt was incurred**

3/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.106. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | BIANCHINI ESTEVE | | $60.00 |
| | STE 3 2901 N I 10 SERVICE RD E | ☑ Contingent | |
| | METAIRIE LA 70002 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 5/1/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.107. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | BIOREFERENCE LABORATORIES, INC | | $3.39 |
| | 481 EDWARD H ROSS DR | ☑ Contingent | |
| | ELMWOOD PARK NJ 07407 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/30/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | BISHOP FERNAND J CHERI III OFM | | $231.61 |
| | 7887 WALMSLEY AVE | ☑ Contingent | |
| | NEW ORLEANS LA 70125 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/18/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACKBAUD, INC.
PO BOX 930256
ATLANTA GA 31193

$35,392.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACKBAUD, INC.
P.O. BOX 930256
ATLANTA GA 31193-0256

$449.50

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLESSED FRANCIS XAVIER SEELOS
3037 DAUPHINE STREET
NEW ORLEANS LA 70117-6724

$689.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.112.

**Nonpriority creditor's name and mailing address**

BLESSED TRINITY PARISH
4230 S BROAD STREET
NEW ORLEANS LA 70125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,515.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.113.

**Nonpriority creditor's name and mailing address**

BOHNENSTIEHL ELECTRIC, INC.
810 JEFFERSON HWY
JEFFERSON LA 70121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$199.50

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.114.

**Nonpriority creditor's name and mailing address**

BOLOGNA, SUZY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$48.26

**Date or dates debt was incurred**

3/11/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

3.115.   **Nonpriority creditor's name and mailing address**

BONAM, WALTER
OFFICE OF RELIGIOUS EDUCATION
Address Intentionally Omitted

**Date or dates debt was incurred**

2/18/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $8.75 |

---

3.116.   **Nonpriority creditor's name and mailing address**

BONNET, DEBORAH
Address Intentionally Omitted

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $75.00 |

---

3.117.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BOURGEOIS, FAITH<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $50.00 |
| | **Date or dates debt was incurred**<br>4/17/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | BOURGEOIS, OWEN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $50.00 |
| | **Date or dates debt was incurred**<br>4/17/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | BOWMAN, PAUL<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $450.00 |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.121.** | **Nonpriority creditor's name and mailing address**

BRADLY, J MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$90.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.122.** | **Nonpriority creditor's name and mailing address**

BRANCH SENIOR, HARRIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$869.00

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.123.** | **Nonpriority creditor's name and mailing address**

BRANDON'S BEE REMOVAL SERVICES, LLC
6134 BELLAIRE DR.
NEW ORLEANS LA 70124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$489.00

**Date or dates debt was incurred**

3/5/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.124. | **Nonpriority creditor's name and mailing address**

BRAUD, REV RONALD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$699.82

**Date or dates debt was incurred**

4/25/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.125. | **Nonpriority creditor's name and mailing address**

BRENDAN JOSEPH DAVID SPECIAL NEEDS
TRUST
101 GRANDE MAISON
MANDEVILLE LA 70471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$205.00

**Date or dates debt was incurred**

2/12/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.126. | **Nonpriority creditor's name and mailing address**

BRIAN L FONG, M.D., INC
2965 GAUSE BLVD E STE A
SLIDELL LA 70461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$30.73

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.127.   **Nonpriority creditor's name and mailing address**

BROTHERS PH D, SCOTT
5801 CITRUS BLVD ROOM 103
NEW ORLEANS LA 70123

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$280.00

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.128.   **Nonpriority creditor's name and mailing address**

BROUSSE, ROBERT G
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$23.83

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.129.   **Nonpriority creditor's name and mailing address**

BSN SPORTS
P O BOX 660176
DALLAS TX 75266

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$9,386.03

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.130.    **Nonpriority creditor's name and mailing address**

BUBBA GUMP SHRIMP COMPANY
6000 UNIVERSAL BLVD. SUITE 735
ORLANDO FL 32819

**Date or dates debt was incurred**

3/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,024.80 |

---

3.131.    **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.132.    **Nonpriority creditor's name and mailing address**

BULTMAN, DOUGLAS & KAREN = HOLLY(11) =
LINDSAY(10)
76 RIVER BLUFF DRIVE
MADISONVILLE LA 70447

**Date or dates debt was incurred**

4/2/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $20.00 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BURMASTER DDS, MARIA
2272 BARATARIA BLVD
MARRERO LA 70072

☑ Contingent
☑ Unliquidated
☑ Disputed

$635.00

**Date or dates debt was incurred**
3/11/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BYRAM HEALTHCARE CENTERS
PO BOX 277596
ATLANTA GA 30384

☑ Contingent
☑ Unliquidated
☑ Disputed

$120.00

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.136.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.137.

**Nonpriority creditor's name and mailing address**

CAGE, RHONDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$746.66

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.138.

**Nonpriority creditor's name and mailing address**

CALAMARI, PAUL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$156.22

**Date or dates debt was incurred**

3/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.139.   **Nonpriority creditor's name and mailing address**

CALKINS, REV MSGR ARTHUR B
Address Intentionally Omitted

**Date or dates debt was incurred**

4/9/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$595.23

---

3.140.   **Nonpriority creditor's name and mailing address**

CALKINS, REV RONALD L
Address Intentionally Omitted

**Date or dates debt was incurred**

4/25/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$85.39

---

3.141.   **Nonpriority creditor's name and mailing address**

CALVARY BAPTIST
1615 OLD SPANISH TRAIL
SLIDELL LA 70458

**Date or dates debt was incurred**

2/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$17.60

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.142. | **Nonpriority creditor's name and mailing address** |

CALVARY BAPTIST CHURCH OF SHREVEPORT
LOUISIANA
9333 LINWOOD AVE
SHREVEPORT LA 71106

**Date or dates debt was incurred**

3/13/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$17.60

---

| | |
|---|---|
| 3.143. | **Nonpriority creditor's name and mailing address** |

CAMELLIA CITY OBSTETRICS GYN
1150 ROBERT BLVD STE 360
SLIDELL LA 70458

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$238.98

---

| | |
|---|---|
| 3.144. | **Nonpriority creditor's name and mailing address** |

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0149

**Date or dates debt was incurred**

4/12/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,663.43

---

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CANTONES, REV JOEL
OUR LADY OF THE HOLY ROSARY PARISH
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$174.25

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.147.** **Nonpriority creditor's name and mailing address**

CAPITAL CITY PRESS
P.O. BOX 613
BATON ROUGE LA 70821-0613

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$495.00

**Date or dates debt was incurred**

3/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITAL MEDICAL CLINIC
P O BOX 1329
SAN ANTONIO TX 78295-1329

☑ Contingent
☑ Unliquidated
☑ Disputed

$15.00

**Date or dates debt was incurred**

4/9/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.149. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITELLI & WICKER
1100 POYDRAS STREET
NEW ORLEANS LA 70163

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,757.50

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.150. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPLAN EYE CLINIC
3409 N HULLEN ST STE 100
METAIRIE LA 70002

☑ Contingent
☑ Unliquidated
☑ Disputed

$58.97

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CAPPO, HELLEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$94.50

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.152. **Nonpriority creditor's name and mailing address**

CARBONITE INC.
DEPT CH 17997
PALATINE IL 60055-7997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$340.70

**Date or dates debt was incurred**

4/23/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.153. **Nonpriority creditor's name and mailing address**

CARDIOLOGY SPECIALISTS OF ACAD
PO BOX 81398 OF ACADIANA
LAFAYETTE LA 70598

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$25.58

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CARDIOVASCULAR INSTITUTE OF NE
68 CUMBERLAND ST STE 103
WOONSOCKET RI 02895

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$11.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.155. **Nonpriority creditor's name and mailing address**

CARE PHYSICAL THERAPY
129 CORPORATE DR
COVINGTON LA 70433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,441.58

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.156. **Nonpriority creditor's name and mailing address**

CARUSO, ANNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$450.00

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.157.   **Nonpriority creditor's name and mailing address**

CASBORN, TRACY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$350.00

**Date or dates debt was incurred**

11/20/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.158.   **Nonpriority creditor's name and mailing address**

CASHMAN, CYNTHIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$177.44

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.159.   **Nonpriority creditor's name and mailing address**

CASTRO, ASHLEIGH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$380.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATHOLIC BOOK STORE
3003 S. CARROLLTON AVE.
NEW ORLEANS LA 70118

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATHOLIC RELIEF SERVICES
P O BOX 17090
BALTIMORE MD 21297-0303

☑ Contingent
☑ Unliquidated
☑ Disputed

$300.00

**Date or dates debt was incurred**

3/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATHOLIC SCHOOL SOLUTIONS COMPANY
105 WHISPER TRACE
PEACHTREE CITY GA 30269

☑ Contingent
☑ Unliquidated
☑ Disputed

$900.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CEASAR, BARBARA
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$75.00

**Date or dates debt was incurred**
4/22/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.165. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CELENTANO MD, RICHARD
1100 LAKEVIEW LANE SUITE 200
COVINGTON LA 70433

☒ Contingent
☒ Unliquidated
☒ Disputed

$286.00

**Date or dates debt was incurred**
4/17/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 879 of 1157

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.166. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.166.   **Nonpriority creditor's name and mailing address**

CELINO, MARIE
Address Intentionally Omitted

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.00

---

3.167.   **Nonpriority creditor's name and mailing address**

CERRATO MD, CIRO
3409 WILLIAMS BLVD STE 10
KENNER LA 70065

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$94.32

---

3.168.   **Nonpriority creditor's name and mailing address**

CHAPITAL CARDIOLOGY CLINIC
1221 N BROAD
NEW ORLEANS LA 70119

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$928.23

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

---

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLES, TIMOTHY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**: $2,974.50

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.170. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHASE CARDMEMBER SERVICES
PO BOX 6294
CAROL STREAM IL 60197-6294

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**: $549.55

**Date or dates debt was incurred**

4/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.171. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**: UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 881 of 1157

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

CHATEAU DE NOTRE DAME
ALLIED UNIVERSAL
2832 BURDETTE STREET
NEW ORLEANS LA 70125

$3,281.85

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

2/4/2020, 4/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHERI H LEBLANC MD LLC
PO BOX 18172
BALFAST ME 04915

$70.56

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

Name and Address Intentionally Omitted

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.175.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** **Nonpriority creditor's name and mailing address**

CHICK-FIL-A
69280 HIGHWAY 21
COVINGTON LA 70433

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$172.94

**Date or dates debt was incurred**

3/11/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** **Nonpriority creditor's name and mailing address**

CHILDRENS HOSPITAL
PO BOX 919228
DALLAS TX 75391

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,737.98

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.178.   **Nonpriority creditor's name and mailing address**

CHILDRENS HOSPITAL ANESTHESIA
PO BOX 919211
DALLAS TX 75391

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$784.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.179.   **Nonpriority creditor's name and mailing address**

CHIROPRACTIC CARE CLINIC
3715 WESTBANK EXPY STE 13
HARVEY LA 70058

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$126.00

**Date or dates debt was incurred**

3/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.180.   **Nonpriority creditor's name and mailing address**

CHIROPRACTIC CLINIC OF GRETNA
1525 LAPALCO BLVD SUITE 12
HARVEY LA 70058

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$951.95

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

---

**3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

CHISHOLM, COURTNEY
Address Intentionally Omitted

$172.46

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.182.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

CHRIST THE KING SCHOOL
2106 DEERFIELD ROAD
TERRYTOWN LA 70056

$215.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

3/18/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

CHURCH SUPPLY HOUSE
P.O. 8544
METAIRIE LA 70011-8544

$53.65

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

2/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.184.    **Nonpriority creditor's name and mailing address**

CHURCH SUPPLY HOUSE
P O BOX 8544
METAIRIE LA 70011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$36.12

**Date or dates debt was incurred**

4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.185.    **Nonpriority creditor's name and mailing address**

CIS HOUMA
PO BOX 4176
HOUMA LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$149.60

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.186.    **Nonpriority creditor's name and mailing address**

CITI CARDS
P O BOX 78045
PHOENIX AZ 85062-8045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,999.37

**Date or dates debt was incurred**

4/21/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.187.**

**Nonpriority creditor's name and mailing address**

CITY OF COVINGTON
P.O. BOX 4057
COVINGTON LA 70434

**Date or dates debt was incurred**

4/15/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$32.76

---

**3.188.**

**Nonpriority creditor's name and mailing address**

CITY OF NEW ORLEANS
PO BOX 62948
NEW ORLEANS LA 70162

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,736.00

---

**3.189.**

**Nonpriority creditor's name and mailing address**

CITY OF SLIDELL
PO BOX 828
SLIDELL LA 70459-0828

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$187.67

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY PARK PHYSICAL THERAPY LLC
5559 CANAL BLVD
NEW ORLEANS LA 70124

☑ Contingent
☑ Unliquidated
☑ Disputed

$60.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLARION HERALD
P O BOX 53247
NEW ORLEANS LA 70153

☑ Contingent
☑ Unliquidated
☑ Disputed

$775.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLINICAL PATHOLOGY LABS, INC
PO BOX 141669
AUSTIN TX 78714

☑ Contingent
☑ Unliquidated
☑ Disputed

$30.08

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COACH COMM
205 TECHNOLOGY PKWY.
AUBURN AL 36830

☑ Contingent
☑ Unliquidated
☑ Disputed

$379.35

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COASTAL URGENT CARE OF LOUISIA
PO BOX 12341
BELFAST ME 04915

☑ Contingent
☑ Unliquidated
☑ Disputed

$85.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COCHRAN, BRIAN C
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$387.00

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                       Case number *(if known)* **20-10846**

---

3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

COLON AND RECTAL SURGERY
3100 GALLERIA DR STE 303
METAIRIE LA 70001

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$55.80

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

COLVIN, MEDA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$5.00

**Date or dates debt was incurred**

4/8/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

CORPORATE PHARMACY SERVICES INC
P O BOX 1950
GADSEN AL 35902

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$420.27

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.199.** | **Nonpriority creditor's name and mailing address**

CORRECT CARE, INC
229 SAINT JOHN
COVINGTON LA 70433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$168.41

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.200.** | **Nonpriority creditor's name and mailing address**

CORRINE SHELTON
PO BOX 6744
NEW ORLEANS LA 70174

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$397.95

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.201.** | **Nonpriority creditor's name and mailing address**

CORVUS OF NEW ORLEANS, LLC
815 W WEED STREET
CHICAGO IL 60642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,276.00

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.202.   **Nonpriority creditor's name and mailing address**

CORWIN A. THOMAS, FACC FASNC F
802 E FARREL RD
LAFAYETTE LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$85.33

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.203.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.204.   **Nonpriority creditor's name and mailing address**

COX BUSINESS
P O BOX 919292
DALLAS TX 75391-9292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,150.97

**Date or dates debt was incurred**

4/9/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.205. COX COMMUNICATIONS
P. O. BOX 9001080
LOUISVILLE KY 40290-1080

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $887.87

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.206. **Nonpriority creditor's name and mailing address**

CREATIVE TEES
371 HWY 59
SUITE B
MANDEVILLE LA 70471

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,300.75

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.207. **Nonpriority creditor's name and mailing address**

CRESCENT CITY COUNSELING CENTER &
ASSOCIATES, LLC
701 PAPWORTH AVE
SUITES 201 & 202
METAIRIE LA 70005

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$330.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

---

| | | |
|---|---|---|
| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

CRESCENT CITY PHYSICIANS INC
PO BOX 919168
DALLAS TX 75391

$153.31

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.209. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

CRESCENT CITY SURGICAL CENTRE
Address Intentionally Omitted

$5,097.12

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.210. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

CRUMLEY, MARIA
Address Intentionally Omitted

$169.18

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 894 of 1157

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUTURA, GINA
65035 EASY STREET
PEARL RIVER LA 70452

☑ Contingent
☑ Unliquidated
☑ Disputed

$18.63

**Date or dates debt was incurred**

4/3/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CYO YOUTH OFFICE - CAMP ABBEY RETREAT CENTER
77002 KC CAMP ROAD
COVINGTON LA 70435

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,000.00

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALTON, CHARLA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$21.55

**Date or dates debt was incurred**
2/1/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.216. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAUGHTERS OF CHARITY HEALTH CE
3201 S CARROLLTON AVE
ORLEANS LA 70118

☑ Contingent
☑ Unliquidated
☑ Disputed

$34.29

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.217.  **Nonpriority creditor's name and mailing address**

DAVE, REV KYLE
OUR LADY OF PERPETUAL HELP
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.218.  **Nonpriority creditor's name and mailing address**

DAVIS, VERGIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.219.  **Nonpriority creditor's name and mailing address**

DEAN, DAVID
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

3/9/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEJOIE-LACABE, CHERYL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$35.00

**Date or dates debt was incurred**          **Basis for the claim:**

4/19/2019                                     TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELAUNE, MARCELLE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$21.85

**Date or dates debt was incurred**          **Basis for the claim:**

2/1/2020                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENNY, ROBYN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$27.58

**Date or dates debt was incurred**          **Basis for the claim:**

4/29/2020                                     TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPARTMENT OF PUBLIC SAFETY
ATTN: DEBBIE SHADDINGER
P O BOX 66909
BATON ROUGE LA 70896

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,041.00

**Date or dates debt was incurred**

4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPARTMENT OF TREASURY, IRS
P.O. BOX 742562
CINCINNATI TN 38101-0069

☑ Contingent
☑ Unliquidated
☑ Disputed

$7.85

**Date or dates debt was incurred**

4/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPREO, EILEEN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.226.

**Nonpriority creditor's name and mailing address**

DEPT OF CHILDREN AND FAMILY SERVICES
P. O. BOX 260222
BATON ROUGE LA 70826

**Date or dates debt was incurred**

12/24/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$52.50

---

3.227.

**Nonpriority creditor's name and mailing address**

DESALVO, MICHAEL
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$87.00

---

3.228.

**Nonpriority creditor's name and mailing address**

DESSELLE, REBECCA
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIABETES METABOLISM ASSOCIATES
3901 HOUMA BLVD STE 103
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$25.82

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIAGNOSTIC IMAGING SERVICES
SUITE 201 4241 VETERANS BLVD
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$902.79

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.232. **Nonpriority creditor's name and mailing address**

DKI OFFICE FURNITURE & SUPPLIES
5530 JEFFERSON HIGHWAY
HARAHAN LA 70123

**Date or dates debt was incurred**

2/4/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,222.19

---

3.233. **Nonpriority creditor's name and mailing address**

DOCUCENTER
2033 N HIGHWAY 190
SUITE 2
COVINGTON LA 70433

**Date or dates debt was incurred**

2/29/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$140.00

---

3.234. **Nonpriority creditor's name and mailing address**

DOCUMART
5624 CITRUS BLVD.
HARAHAN LA 70123

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$966.38

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DOERRIES INTERNATIONAL CO INC
P.O. BOX 594
KENNER LA 70063

*Check all that apply.*                    $94.19

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

1/24/2020                               TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.236. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DOIRON, CAROL
Address Intentionally Omitted

*Check all that apply.*                    $20.01

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

4/23/2020                               TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.237. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DOMINGUEZ, ANNE
Address Intentionally Omitted

*Check all that apply.*                    $5.16

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

2/22/2019                               TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.238.    **Nonpriority creditor's name and mailing address**

DON R GUZZETTAAPC
4228 HOUMA BLVD STE 220
METAIRIE LA 70006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$14.12

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.239.    **Nonpriority creditor's name and mailing address**

DORSEY, REV DANIEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$41.61

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.240.    **Nonpriority creditor's name and mailing address**

DOUCET, PEGGY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$40.02

**Date or dates debt was incurred**

1/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUCET, PEGGY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$72.36

**Date or dates debt was incurred**
4/17/2019

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.242. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUSSAN, REV MSGR DOUGLAS
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$49.70

**Date or dates debt was incurred**
3/3/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.243. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOW JONES AND COMPANY, INC
P.O. BOX 4137
NEW YORK NY 10261-4137

☑ Contingent
☑ Unliquidated
☑ Disputed

$65.55

**Date or dates debt was incurred**
3/31/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.244.   **Nonpriority creditor's name and mailing address**

DR DEBBI BARRETT HANNAN APC
101 CLEARVIEW PKWY
METAIRIE LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$20.00

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.245.   **Nonpriority creditor's name and mailing address**

DR KRISTIE CHIROPRACTIC
STE 103 1620 BELLE CHASE HWY
TERRYTOWN LA 70056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$179.10

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.246.   **Nonpriority creditor's name and mailing address**

DR. JENNIFER R. GARRETT, LLC
1315 ANTONINE ST
NEW ORLEANS LA 70115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$104.32

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DS FAMILY MEDICINE
56 STARBRUSH CIR
COVINGTON LA 70433

☒ Contingent
☒ Unliquidated
☒ Disputed

$56.26

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DUMAS, JUNE
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DUMONT, JACOB FATHER
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$50.00

**Date or dates debt was incurred**

1/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DUO SECURITY, INC
DEPT. LA 24804
PASADENA CA 91185-4804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$958.69

**Date or dates debt was incurred**

3/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.251.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.252.   **Nonpriority creditor's name and mailing address**

DURAMED INC
1015 24TH ST
KENNER LA 70062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$89.92

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **3.253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

**3.253.**

**Nonpriority creditor's name and mailing address**

DURONCELAY, TAMIKA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.254.**

**Nonpriority creditor's name and mailing address**

DYNAMIC PHYSICAL THERAPY
653 MYRTLE DR
COVINGTON LA 70433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$80.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.255.**

**Nonpriority creditor's name and mailing address**

EADS, MELANIE G. CPA, APC
413 MAGNOLIA LANE
SLIDELL LA 70461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$797.50

**Date or dates debt was incurred**

4/28/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.256. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EAGAN, QUINN
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$46.00

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.257. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EAGLE SECURITY SYSTEMS INC
P O BOX 322
HARVEY LA 70059

☒ Contingent
☒ Unliquidated
☒ Disputed

$123.00

**Date or dates debt was incurred**

2/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.258. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EARLY, PATRICIA
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$2,682.50

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|---|
| | EAST JEFFERSON EMERGENCY<br>PO BOX 679525<br>DALLAS TX 75267 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |

**Amount of claim**

$314.77

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.260. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

EAST JEFFERSON GENERAL HOSPITA
PO BOX 975479
DALLAS TX 75397

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,585.99

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.261. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

EAST JEFFERSON MEDICAL CLINIC
1308 WILLIAMS BLVD
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$134.32

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.262.  **Nonpriority creditor's name and mailing address**

EAST ST. JOHN HIGH SCHOOL
#1 WILDCAT DR.
RESERVE LA 70084

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

10/23/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.263.  **Nonpriority creditor's name and mailing address**

EASYPERMIT POSTAGE
P.O. BOX 371874
PITTSBURGH PA 15250-7874

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$87.38

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.264.  **Nonpriority creditor's name and mailing address**

EATEL
P.O. BOX 919251
DALLAS TX 75391-9251

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$53.58

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.265.**

**Nonpriority creditor's name and mailing address**

EBERLE, EDMOND
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$105.00

**Date or dates debt was incurred**

12/3/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.266.**

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$130,000.00

**Date or dates debt was incurred**

3/20/2020

**Basis for the claim:**

SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.267.**

**Nonpriority creditor's name and mailing address**

EDGEPARK
1810 SUMMIT COMMERCE PARK
TWINSBURG OH 44087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$591.50

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EDWARDS, CYNTHIA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$179.18

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EGAN HEALTHCARE OF PLAQUEMINES
P O BOX 54548
NEW ORLEANS LA 70154

☑ Contingent
☑ Unliquidated
☑ Disputed

$330.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.270. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EISENHARDT, MARIA M
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$258.04

**Date or dates debt was incurred**

3/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.271. | **Nonpriority creditor's name and mailing address** |

ELLIOT, CAROLE
OFFICE OF CATHOLIC SCHOOLS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$759.11

**Date or dates debt was incurred**

12/12/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| 3.272. | **Nonpriority creditor's name and mailing address** |

EMERIL'S
800 TCHOUPITOULAS ST
NEW ORLEANS LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

12/18/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| 3.273. | **Nonpriority creditor's name and mailing address** |

ENDOCRINOLOGY AND DIABETES ASS
1111 MEDICAL CENTER BLVD
MARRERO LA 70072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$74.22

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENRIQUEZ, KATIE
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$305.12

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.275.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENT SPECIALISTS OF METAIRIE
4315 HOUMA BLVD STE 401
METAIRIE LA 70006

☒ Contingent
☒ Unliquidated
☒ Disputed

$236.53

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENTERGY
P.O. BOX 8108
BATON ROUGE LA 70891

☒ Contingent
☒ Unliquidated
☒ Disputed

$5,580.35

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.277.   **Nonpriority creditor's name and mailing address**

ERTEL, STACEY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$231.02

**Date or dates debt was incurred**

4/12/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278.   **Nonpriority creditor's name and mailing address**

EWING IRRIGATION
68710 HWY 59
MANDEVILLE LA 70471-7708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,107.49

**Date or dates debt was incurred**

2/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279.   **Nonpriority creditor's name and mailing address**

EYE ASSOCIATES OF THE SOUTH
15277 CRESOTE ROAD
GULF PORT LA 39503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$320.31

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.280.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

EYE ASSOCIATES OF THE SOUTH, P
STE 330 1720A MEDICAL PARK DR                                       ☑ Contingent                                        $320.31
BILOXI MS 39532
                                                                    ☑ Unliquidated

                                                                    ☑ Disputed

**Date or dates debt was incurred**                                 **Basis for the claim:**

4/30/2020                                                           TRADE PAYABLE

**Last 4 digits of account number:**                                **Is the claim subject to offset?**

                                                                    ☑ No

                                                                    ☐ Yes

---

3.281.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

EYECARE PROVIDERS LLC
4324 VETERANS BLVD                                                  ☑ Contingent                                        $30.88
METAIRIE LA 70006
                                                                    ☑ Unliquidated

                                                                    ☑ Disputed

**Date or dates debt was incurred**                                 **Basis for the claim:**

5/1/2020                                                            TRADE PAYABLE

**Last 4 digits of account number:**                                **Is the claim subject to offset?**

                                                                    ☑ No

                                                                    ☐ Yes

---

3.282.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

FAIRWAY PEDIATRICS LLC
7020 HIGHWAY 190 STE C                                              ☑ Contingent                                        $62.86
COVINGTON LA 70433
                                                                    ☑ Unliquidated

                                                                    ☑ Disputed

**Date or dates debt was incurred**                                 **Basis for the claim:**

5/1/2020                                                            TRADE PAYABLE

**Last 4 digits of account number:**                                **Is the claim subject to offset?**

                                                                    ☑ No

                                                                    ☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 918 of 1157

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.283.    **Nonpriority creditor's name and mailing address**

FAMILY ASTHMA ALLERGY IMMUN CL
3321 W ESPLANADE
METAIRIE LA 70002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$257.28

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.284.    **Nonpriority creditor's name and mailing address**

FAMILY DERMATOLOGY SPECIALISTS
STE 202 3421 N CAUSEWYA BLVD
METAIRIE LA 70002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$13.32

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.285.    **Nonpriority creditor's name and mailing address**

FAMILY FOOT AND LEG CENTER PA
PO BOX 14388
BELFAST ME 04915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$126.15

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAMILY HEALTH WELLNESS OF CH
410 W JUDGE PEREZ DR
CHALMETTE LA 70043

☑ Contingent
☑ Unliquidated
☑ Disputed

$143.45

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.287. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.288. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FASULLO, ROYLYNE FBO PJP CASH BOX
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$207.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

---

| 3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAXLOGIC, LLC
15950 DALLAS PARKWAY SUITE 400
DALAS TX 75248

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,597.86

**Date or dates debt was incurred**

4/26/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.290. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
REGION VI
FRC 800 NORTH LOOP 288
DENTON TX 76209-3698

☑ Contingent
☑ Unliquidated
☑ Disputed

$834,740.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NATURAL DISASTER REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.291. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FERDIE'S PRINTING SERVICE
3751 SPENCER ST.
HARVEY LA 70058

☑ Contingent
☑ Unliquidated
☑ Disputed

$443.63

**Date or dates debt was incurred**

4/21/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.292.    **Nonpriority creditor's name and mailing address**

FERRIE, REV FRANCIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$25.60

**Date or dates debt was incurred**

2/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.293.    **Nonpriority creditor's name and mailing address**

FIELDS, INGRID
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$486.70

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.294.    **Nonpriority creditor's name and mailing address**

FIRST BANK & TRUST
PO BOX 60007
NEW ORLEANS LA 70160-0007

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$730,577.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ARCHBISHOP CHAPELLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST BANK & TRUST
PO BOX 60007
NEW ORLEANS LA 70160-0007

☑ Contingent
☐ Unliquidated
☐ Disputed

$738,575.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ARCHBISHOP HANNAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST BANK & TRUST
PO BOX 60007
NEW ORLEANS LA 70160-0007

☑ Contingent
☐ Unliquidated
☐ Disputed

$922,475.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ARCHBISHOP RUMMEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.297. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST BANK & TRUST
PO BOX 60007
NEW ORLEANS LA 70160-0007

☑ Contingent
☐ Unliquidated
☐ Disputed

$585,992.50

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ARCHBISHOP SHAW

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.298.   **Nonpriority creditor's name and mailing address**

FIRST BANK & TRUST
PO BOX 60007
NEW ORLEANS LA 70160-0007

**Date or dates debt was incurred**

APRIL 2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PPP LOAN - POPE JOHN PAUL II

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$447,089.46

---

3.299.   **Nonpriority creditor's name and mailing address**

FIRST BANK & TRUST
PO BOX 60007
NEW ORLEANS LA 70160-0007

**Date or dates debt was incurred**

APRIL 2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PPP LOAN - ST. CHARLES CATHOLIC

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$534,272.50

---

3.300.   **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
P.O. BOX 4512
CAROL STREAM IL 60197-4512

**Date or dates debt was incurred**

4/16/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$764.62

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.301.   **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
P. O. BOX 2711
OMAHA NE 68103-2711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$75.33

**Date or dates debt was incurred**

4/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.302.   **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
PO BOX 183258
COLUMBUS OH 43218-3258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$12,397.79

**Date or dates debt was incurred**

4/1-4/29

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.303.   **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.304. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.304.  **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.305.  **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.306.  **Nonpriority creditor's name and mailing address**

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST BANK AND TRUST
ATTN: TUITION FINANCING DIVISION
909 POYDRAS SUITE 3200
NEW ORLEANS LA 70112

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.310.**

**Nonpriority creditor's name and mailing address**

FIRST BAPTIST CHURCH
16333 HIGHWAY 1085
COVINGTON LA 70433

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$760.00

---

**3.311.**

**Nonpriority creditor's name and mailing address**

FIRST LOUISIANA - MISSISSIPPI, INC.
3421 N. CAUSEWAY BLVD, SUITE 805
METAIRIE LA 70002

**Date or dates debt was incurred**

2/20/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$250.00

---

**3.312.**

**Nonpriority creditor's name and mailing address**

FISHER'S ACE HARDEWARE
504 HEMLOCK ST.
LAPLACE LA 70068

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$223.28

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FITCH RATINGS, INC<br>33 WHITEHALL STREET<br>NEW YORK NY 10004 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $7,500.00 |
| | **Date or dates debt was incurred**<br>4/1/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FLOURISH COUNSELING & WELLNESS CENTER<br>3430 N HIGH STREET<br>OLNEY MD 20832-2202 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $1,725.00 |
| | **Date or dates debt was incurred**<br>4/29/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FOLEY MARKETING<br>317 GREFER LANE<br>HARVEY LA 70058 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $665.50 |
| | **Date or dates debt was incurred**<br>4/24/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.316. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FONTAINEBLEAU HIGH SCHOOL
100 BULLDOG DR
MANDEVILLE LA 70471

☑ Contingent
☑ Unliquidated
☑ Disputed

$120.00

**Date or dates debt was incurred**

2/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.317. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOOT HEALTH CENTER, LLC
1521 N CAUSEWAY VLVD
METAIRIE LA 70001

☑ Contingent
☑ Unliquidated
☑ Disputed

$306.62

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.318. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOUCHER EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

☑ Contingent
☑ Unliquidated
☑ Disputed

$432.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.319.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.320.  **Nonpriority creditor's name and mailing address**

FRANK, OLGA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

3/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.321.  **Nonpriority creditor's name and mailing address**

FRANKLIN, KAREN M
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$5.23

**Date or dates debt was incurred**

5/17/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FUSELIER, GABRIEL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$150.00

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

G A ROMAGUERA MD LLC
316 LAFAYETTE ST
GRETNA LA 70053

☑ Contingent
☑ Unliquidated
☑ Disputed

$62.16

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GABRIEL, SIPHNE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$125.73

**Date or dates debt was incurred**

3/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.325.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.326.

**Nonpriority creditor's name and mailing address**

GALLAGHER
P.O. BOX 190
SELMA AL 36702

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,417.60

**Date or dates debt was incurred**

4/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.327.

**Nonpriority creditor's name and mailing address**

GALLAGHER BENEFIT SERVICES
PO BOX 190
SELMA AL 36702

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$36,412.12

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALLAND ROOFING INC
1934 ROOSEVELT BLVD
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

$264.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.329. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALLASPY, STACY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$450.00

**Date or dates debt was incurred**

4/7/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.330. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GANDOLFI, KIM
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$187.09

**Date or dates debt was incurred**

4/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GANNON, REV PATRICK
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$105.00

**Date or dates debt was incurred**

2/4/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GASPARD, HEIDI
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$9.34

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GBP DIRECT, INC
133 EAST THIRD STREET
KENNER LA 70062

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$40.85

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.334.   **Nonpriority creditor's name and mailing address**

GEAR LINDSEY
5422 WILLOW STREET
NEW ORLEANS LA 70115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,246.50

**Date or dates debt was incurred**

4/15/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.335.   **Nonpriority creditor's name and mailing address**

GEAUX 2 PEDIATRICS
181 COMMERCIAL SQ
SLIDELL LA 70461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$69.22

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.336.   **Nonpriority creditor's name and mailing address**

GERSOVITZ, HOPE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$238.77

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

---

3.337.   **Nonpriority creditor's name and mailing address**

GLORIOSO COUNSELING LLC
2624 CHIPPEWA ST
NEW ORLEANS LA 70130

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$159.18

---

3.338.   **Nonpriority creditor's name and mailing address**

GLUECK, DONNA
Address Intentionally Omitted

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.00

---

3.339.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GORRES, ZACHARY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**
10/11/2019

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

**3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GRAYBAR ELECTRIC COMPANY INC
P O BOX 840458
DALLAS TX 75284

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,040.34

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.344.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GREEN, CAMELLIA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$716.31

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.345.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.346. **Nonpriority creditor's name and mailing address**

GREEN, PATRICK
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$240.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.347. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.348. **Nonpriority creditor's name and mailing address**

GROS, DEBORAH
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$60.35

**Date or dates debt was incurred**

2/12/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GUARDIAN
P.O. BOX 677458
DALLAS TX 75267-7456

☑ Contingent
☑ Unliquidated
☑ Disputed

$109.08

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.350. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GUICHARD, DAREK
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$9.58

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.351. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GUIDRY, DEACON RONALD
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$100.00

**Date or dates debt was incurred**

4/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.352.   **Nonpriority creditor's name and mailing address**

GUILLORY SHEET METAL
P.O. BOX 23125
HARAHAN LA 70183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$594.00

**Date or dates debt was incurred**

4/28/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.353.   **Nonpriority creditor's name and mailing address**

GUILLOT, REV RAYMOND
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$102.72

**Date or dates debt was incurred**

4/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.354.   **Nonpriority creditor's name and mailing address**

GULF COAST BANK AND TRUST COMPANY
5949 SHERRY LANE
SUITE 785
DALLAS TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$527,700.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ACADEMY OF OUR LADY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GULF COAST BANK AND TRUST COMPANY
EDUCATION SERVICES DIVISION
ATTN: MILLICENT JONES, SENIOR VICE
PRESIDENT
200 ST. CHARLES AVENUE
NEW ORLEANS LA 70130

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.356. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GULF COAST BANK AND TRUST COMPANY
EDUCATION SERVICES DIVISION
ATTN: MILLICENT JONES, SENIOR VICE
PRESIDENT
200 ST. CHARLES AVENUE
NEW ORLEANS LA 70130

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.357. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GULF COAST OFFICE PRODUCTS
5801 RIVER OAKS ROAD SOUTH
NEW ORLEANS LA 70123

☑ Contingent
☑ Unliquidated
☑ Disputed

$108.78

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.358. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GULF COAST OFFICE PRODUCTS
5801 RIVER OAKS ROAD SOUTH
NEW ORLEANS LA 70123

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,994.74

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.359. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GURTLER, MICHAEL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.360. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

HAHN ENTERPRISES, INC.
P O BOX 19495
NEW ORLEANS LA 70179

☑ Contingent
☑ Unliquidated
☑ Disputed

$13,601.44

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.362.   **Nonpriority creditor's name and mailing address**

HAHN ENTERPRISES, INC.
P. O. BOX 19495
NEW ORLEANS LA 70179

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$120.73

**Date or dates debt was incurred**

10/3/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.363.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.364.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.365.   **Nonpriority creditor's name and mailing address**

HAMMETT, KIM
Address Intentionally Omitted

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$250.00

---

3.366.   **Nonpriority creditor's name and mailing address**

HANCOCK WHITNEY
MID MKT BANKING
PO BOX 61260
NEW ORLEANS LA 70161-9967

**Date or dates debt was incurred**

APRIL 2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PPP LOAN - ST. MICHAEL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$366,485.42

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.367.

**Nonpriority creditor's name and mailing address**

HANCOCK WHITNEY BANK INDENTURE TRUSTEE
5328 GOVERNMENT ST
BATON ROUGE LA 70806

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

BONDS - 2017 LOUISIANA PUBLIC FACILITIES AUTHORITY

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$37,970,000.00

---

3.368.

**Nonpriority creditor's name and mailing address**

HAND SURGICAL ASSOCIATES
4228 HOUMA BLVD STE 600B
METAIRIE LA 70006

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$426.62

---

3.369.

**Nonpriority creditor's name and mailing address**

HANNAN, DEBBI BARRETT
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$12.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.370. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.370.   **Nonpriority creditor's name and mailing address**

HARD ROCK CAFÉ ORLANDO
6050 UNIVERSAL BLVD.
ORLANDO FL 32819

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,777.02

**Date or dates debt was incurred**

3/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.371.   **Nonpriority creditor's name and mailing address**

HARLOW, MELINDA
P O BOX224
BRATARIA LA 70036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$25.00

**Date or dates debt was incurred**

4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.372.   **Nonpriority creditor's name and mailing address**

HARRIS M. BLACKMAN, M.D., LLC
STE N401 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$4.12

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

Name and Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HARRY THOMPSON CENTER
1803 GRAVIER ST
NEW ORLEANS LA 70112

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$250.00

**Date or dates debt was incurred**

2/7/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.375. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HART, REV PAUL
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$288.00

**Date or dates debt was incurred**

4/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

3.376. **Nonpriority creditor's name and mailing address**

HARTLINE, LISA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$54.46

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.377. **Nonpriority creditor's name and mailing address**

HARVEY, CHAD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$8.23

**Date or dates debt was incurred**

2/28/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.378. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

---

3.379.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.380.  **Nonpriority creditor's name and mailing address**

HAYDEN, FR. TERENCE P
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $27.10 |

---

3.381.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAYES III, REV DENNIS
UNO NEWMAN CENTER
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$627.96

**Date or dates debt was incurred**

1/28/20, 4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.383. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEALTH MANAGEMENT SERVICES
5758 ESSEN LN B
BATON ROUGE LA 70810

☑ Contingent
☑ Unliquidated
☑ Disputed

$137.87

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.384. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEALTH MANAGEMENT SERVICES INC
5758 ESSEN LN STE B
BATON ROUGE LA 70810

☑ Contingent
☑ Unliquidated
☑ Disputed

$137.87

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 3.385. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.386. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEMARD, PAMELLA W
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$775.00

**Date or dates debt was incurred**
4/20/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.387. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERITAGE ELECTRICAL CO. INC.
2346 BELLE CHASSE HWY
GRETNA LA 70056-7123

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,035.00

**Date or dates debt was incurred**
4/21/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | | Amount of claim |
|---|---|---|---|
| 3.388. | **Nonpriority creditor's name and mailing address** HERNANDEZ, DR JAMES 206 S TYLER ST STE B COVINGTON LA 70433 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | $94.21 |
| | **Date or dates debt was incurred** 4/24/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| 3.389. | **Nonpriority creditor's name and mailing address** HERNANDEZ, INGRID Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | **Amount of claim** $100.00 |
| | **Date or dates debt was incurred** 4/30/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| 3.390. | **Nonpriority creditor's name and mailing address** HERNANDEZ, LAUREN Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | **Amount of claim** $628.30 |
| | **Date or dates debt was incurred** 5/1/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

---

3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

HICKEY, BETTY ANN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$53.24

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.392. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

HILBUN, HAILEY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.393. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

HIRSCH, LINDA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.394. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.394.   **Nonpriority creditor's name and mailing address**

HOANG, DAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$16.78

**Date or dates debt was incurred**

2/8/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.395.   **Nonpriority creditor's name and mailing address**

HODGES, JAY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$15.00

**Date or dates debt was incurred**

3/19/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.396.   **Nonpriority creditor's name and mailing address**

HODNETT, THERESA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$942.80

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

| 3.397. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOLMES, CHRISTINE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$583.52

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.398. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOLY ANGEL APARTMENTS
3500 ST. CLAUDE AVENUE
NEW ORLEANS LA 70117

☑ Contingent
☑ Unliquidated
☑ Disputed

$405.00

**Date or dates debt was incurred**

4/28/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.399. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOME BANK
1750 N. COLUMBIA
COVINGTON LA 70433

☑ Contingent
☐ Unliquidated
☐ Disputed

$634,200.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ST. SCHOLASTICA ACADEMY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.400. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| HOME DEPOT CREDIT SERVICE<br>P. O. BOX 183176<br>COLUMBUS OH 43218-3176 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $871.98 |
| **Date or dates debt was incurred**<br>4/1/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| | |
|---|---|
| 3.401. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| HOTARD COACHES<br>2838 TOURO ST.<br>NEW ORLEANS LA 70122 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $3,551.50 |
| **Date or dates debt was incurred**<br>3/6/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| | |
|---|---|
| 3.402. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| HOUMA FAMILY PRACTICE CLINIC<br>606 LIBERTY ST<br>HOUMA LA 70360 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $68.92 |
| **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.403. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.403.   **Nonpriority creditor's name and mailing address**

HOUSTON, MARINDA LEE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

12/10/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.404.   **Nonpriority creditor's name and mailing address**

HOWELL, GERARD
HARRIS BRANCH SENIOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$386.99

**Date or dates debt was incurred**

4/14/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.405.   **Nonpriority creditor's name and mailing address**

HOWELL, RUTH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$22.00

**Date or dates debt was incurred**

2/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.406. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HSS-STAUDINGER &WALSH, LLP<br>2820 NAPOLEAN AVE STE 640<br>NEW ORLEANS LA 70115 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $145.31 |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.407. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HUDSON, ROBERT<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $230.00 |
| | **Date or dates debt was incurred**<br>1/1/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.408. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HUDSON, WILLIAM<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $6.99 |
| | **Date or dates debt was incurred**<br>9/27/2019 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.409. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HUGHES, ALICE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$31.32

**Date or dates debt was incurred**

4/19/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HUHN, HOLLY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,400.00

**Date or dates debt was incurred**

FEB-APR 2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HUSSER, KENNY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$120.00

**Date or dates debt was incurred**

2/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                  Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.412. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.412.

**Nonpriority creditor's name and mailing address**

HYMEL, NOAH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.413.

**Nonpriority creditor's name and mailing address**

IDEAL LIGHTING, INC
742 LITTLE FARMS AVE.
METAIRIE LA 70003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$243.84

**Date or dates debt was incurred**

4/21/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.414.

**Nonpriority creditor's name and mailing address**

IGBOGIDI, REV RAYMOND
ST CHRISTOPHER THE MARTYR CH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$228.24

**Date or dates debt was incurred**

4/21/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.415. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IMMACULATE CONCEPTION CHURCH
4401 SEVENTH STREET
MARRERO LA 70072

☑ Contingent
☑ Unliquidated
☑ Disputed

$664.75

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.416. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IMMACULATE CONCEPTION SCHOOL
601 AVENUE C
MARRERO LA 70072

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,938.03

**Date or dates debt was incurred**

04/01/2020 - 04/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.417. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IN & OUT URGENT CARE
6225 CLAIBORNE AVE.
NEW ORLEANS LA 70125

☑ Contingent
☑ Unliquidated
☑ Disputed

$371.00

**Date or dates debt was incurred**

10/31/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.418.   **Nonpriority creditor's name and mailing address**

IN & OUT URGENT CARE LLC
6225 S CLAIBORNE AVE
NEW ORLEANS LA 70125

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.00

---

3.419.   **Nonpriority creditor's name and mailing address**

INDEPENDENCE EMERG GROUP LLC
PO BOX 679491
DALLAS TX 75267

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$432.00

---

3.420.   **Nonpriority creditor's name and mailing address**

INDOVINA, ANTHONY A
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$252.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INFECTIOUS DISEASE ASSOCIATES
4315 HOUMA BLVD STE 305
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$28.32

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.422. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INPRINT SOLUTIONS
2237 N. HULLEN STREET
SUITE 302
METAIRIE LA 70001

☑ Contingent
☑ Unliquidated
☑ Disputed

$870.87

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.423. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTEGRATED BEHAVIORAL HEALTH
400 POYDRAS ST STE 1950
NEW ORLEANS LA 70130

☑ Contingent
☑ Unliquidated
☑ Disputed

$92.75

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.424. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | INTEGRATED WELLNESS CLINIC 44125 S AIRPORT HAMMOND LA 70403 | ☑ Contingent ☑ Unliquidated ☑ Disputed | $225.00 |
| | **Date or dates debt was incurred** 11/8/2019 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.425. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | INTERFACE SECURITY SYSTEMS, LLC 8339 SOLUTIONS CENTER CHICAGO LA 60677-8003 | ☑ Contingent ☑ Unliquidated ☑ Disputed | $1,021.11 |
| | **Date or dates debt was incurred** 4/24/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.426. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | INTERIORS 6501 SPANISH FORT BLVD. NEW ORLEANS LA 70124 | ☑ Contingent ☑ Unliquidated ☑ Disputed | $4,806.90 |
| | **Date or dates debt was incurred** 1/29/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.427. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

INTERNAL MEDICINE CLINIC OF TA
PO BOX 1799
HAMMOND LA 70404

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$11.58

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.428.    **Nonpriority creditor's name and mailing address**

INTERNAL MEDICINE CONSULTANTS
PO BOX 733576
DALLAS TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$380.81

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.429.    **Nonpriority creditor's name and mailing address**

INTERNAL MEDICINE SPECIALIST
3525 PRYTANIA ST STE 526
NEW ORLEANS LA 70115

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$33.30

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERNAL MEDICINE SPECIALISTS
PO BOX 51767
LAFAYETTE LA 70505

☑ Contingent
☑ Unliquidated
☑ Disputed

$367.04

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.431. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRIS HENRY SCRIP PROGRAM
524 CHATSWORTH DR.
LAPLACE LA 70068

☑ Contingent
☑ Unliquidated
☑ Disputed

$9.75

**Date or dates debt was incurred**

11/22/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.432. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ITELD BERNSTEIN ASSOCIATES
PO BOX 2209
SLIDELL LA 70459

☑ Contingent
☑ Unliquidated
☑ Disputed

$65.61

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

**3.433.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

J COLLER OCHSNER MD LLC
2323 METAIRIE RD
METAIRIE LA 70001

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$13.32

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.434.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

J MICHAEL BRADLEY PHD
3721 PALMYRA ST
NEW ORLEANS LA 70119

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$90.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.435.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

J. PRESTES & CO., INC.
P.O. BOX 8544
METAIRIE LA 70011

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$477.73

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.436. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

J.W. PEPPER & SON, INC.
P.O. BOX 642
EXTON PA 19341

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$271.64

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.437.   **Nonpriority creditor's name and mailing address**

JACKSON CONTAINER & TRAILER RENTAL, INC.
P.O. BOX 1952
METAIRIE LA 70004

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$86.47

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.438.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

---

| 3.439. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.439. **Nonpriority creditor's name and mailing address**

JACOB GENERAL SURGERY LLC
STE 224228 HOUMA BLVD STE 220
METAIRIE LA 70006

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$110.55

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.440. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.441. **Nonpriority creditor's name and mailing address**

JEANFREAU, FR. JIMMY
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$25.00

**Date or dates debt was incurred**

3/18/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.442. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFFERSON COMMUNITY HEALTH CAR
PO BOX 16576
BELFAST ME 04915

☑ Contingent
☑ Unliquidated
☑ Disputed

$30.84

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.443. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFFERSON HEADACHE AND SPINE L
PO BOX 641254
KENNER LA 70064

☑ Contingent
☑ Unliquidated
☑ Disputed

$90.11

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.444. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFFERSON MEDICAL CLINIC
435 LAPALCO BLVD
GRETNA LA 70056

☑ Contingent
☑ Unliquidated
☑ Disputed

$71.26

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.445. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.445.

**Nonpriority creditor's name and mailing address**

JEFFERSON PARISH DEPARTMENT OF WATER
P.O. BOX 10007
JEFFERSON LA 70181-0007

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$96.96

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.446.

**Nonpriority creditor's name and mailing address**

JEFFERSON PARISH DEPT OF WATER
P. O. BOX 10007
JEFFERSON LA 70181-0007

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,131.74

**Date or dates debt was incurred**

3/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.447.

**Nonpriority creditor's name and mailing address**

JEFFERSON PARISH DEPT OF WATER
P.O. BOX 10007
JEFFERSON LA 70181-0007

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,261.16

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.448. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFFERSON PARISH DEPT. OF WATER
P. O. BOX 10007
JEFFERSON LA 70181-0007

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,117.47

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.449. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFFERSON PARISH SHERIFF'S OFFICE
1233 WESTBANK EXPRESSWAY
HARVEY LA 70058

☑ Contingent
☑ Unliquidated
☑ Disputed

$54.25

**Date or dates debt was incurred**

12/5/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.450. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFFERSON PSYCHIATRIC ASSOCLLC
3340 SEVERN AVE STE 206
METAIRIE LA 70002

☑ Contingent
☑ Unliquidated
☑ Disputed

$190.41

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

3.451. | **Nonpriority creditor's name and mailing address**

JEFFERSON RADIOLOGY ASSOCIATES
PO BOX 4238
PORTSMOUTH NH 03802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$15.81

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.452. | **Nonpriority creditor's name and mailing address**

JENKINS, MILISSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.453. | **Nonpriority creditor's name and mailing address**

JENSEN, MICHELLE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$232.00

**Date or dates debt was incurred**

11/15/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.454. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOE CUMMINS ADVERTISING
P O BOX 24205
NEW ORLEANS LA 70184

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,007.50

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.455. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.456. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.457. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.457. | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.458. | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.459. | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.460.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.461.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.462.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.463.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JOHNSON, MIESHA
Address Intentionally Omitted

*Check all that apply.*                    $1,146.68

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

4/24/2020                                 TRADE PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.464.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JOHNSON, SHELTON
Address Intentionally Omitted

*Check all that apply.*                    $40.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

12/1/2019                                 TRADE PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.465.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JONES PHYSICAL THERAPY LLC
389 HWY 21 STE 403
MADISONVILLE LA 70447

*Check all that apply.*                    $389.90

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

4/29/2020                                 TRADE PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |

---

**3.466.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.** **Nonpriority creditor's name and mailing address**

JOSEPH, JERRYDETTE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.** **Nonpriority creditor's name and mailing address**

K12 MANAGEMENT INC
DBA FUEL EDUCATION LLC
P O BOX 824186
PHILADELPHIA PA 19182-4186

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$7,500.00

**Date or dates debt was incurred**
3/31/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.469. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.469.   **Nonpriority creditor's name and mailing address**

KATHERINE L WILLIAMS MD A PROF
PO BOX 17986
BELFAST ME 04915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$137.14

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.470.   **Nonpriority creditor's name and mailing address**

KEEFE'S AIR CONDITIONING & HEATING
1919 ENTERPRISE DRIVE
HARVEY LA 70058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$180.00

**Date or dates debt was incurred**

12/1/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.471.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.472. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

KELLER, MARY
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$7.29

**Date or dates debt was incurred**

8/23/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.473. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

KELLEY, STEPHANIE
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$848.88

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.474. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

KELLY G BURKENSTOCK MD APMC
2040 N CAUSEWAY BLVD
MANDEVILLE LA 70471

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$62.16

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.475. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENNEDY, PAM
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$591.63

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.476. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENNEDY, TATE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$15.00

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.477. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENNER EMERGENCY GRP LLC
PO BOX 679491
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,683.18

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.478. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KENNER PHYSICIAN ASSOCIATES LL
PO BOX 2740
SLIDELL LA 70459

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$252.36

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.479. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KENTWOOD SPRINGS
P O BOX 660579
DALLAS LA 75266-0579

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.25

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.480. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KENTWOOD SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$495.57

**Date or dates debt was incurred**

4/25/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.481. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.482. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIFF, REV HERBERT
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$273.02

**Date or dates debt was incurred**
3/10/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.483. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIM4KIDS
2237 N HULLEN ST
METAIRIE LA 70001

☑ Contingent
☑ Unliquidated
☑ Disputed

$40.00

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

KING ROWE
724 DUMAINE STREET # 8
NEW ORLEANS LA 70116

☑ Contingent
☑ Unliquidated
☑ Disputed

$125.00

**Date or dates debt was incurred**

4/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.485. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KING ROWE
724 DUMAINE ST.
NEW ORLEANS LA 70116

☑ Contingent
☑ Unliquidated
☑ Disputed

$70.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.486. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KLIBERT, TRAVIS
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$140.00

**Date or dates debt was incurred**

9/20/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**         Case number *(if known)* **20-10846**

| 3.487. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KOLWE, CAROL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.488. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.489. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KRATZER, HAZEL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.490. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.490.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.491.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.492.  **Nonpriority creditor's name and mailing address**

LA FEMME DE PAPIER, LLC
PO BOX 1387
GRAY LA 70359

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$48.55

**Date or dates debt was incurred**

4/8/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LA PRIMARY CARE
PO BOX 20785
BELFAST ME 04915

$11.29

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.494. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LABCORP BIRMINGHAM
PO BOX 2270
BURLINGTON NC 27216

$378.04

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.495. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LABCORP BURLINGTON
PO BOX 2270
BURLINGTON NC 27216

$201.68

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.496. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.496.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.497.   **Nonpriority creditor's name and mailing address**

LAGARDE, EDDIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$65.00

**Date or dates debt was incurred**
5/16/2019

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.498.   **Nonpriority creditor's name and mailing address**

LAGOS, ASLNY
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**
3/18/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.499. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.499.  **Nonpriority creditor's name and mailing address**

LAKE SURGICAL HOSPITAL
1700 LINDBERG DR
SLIDELL LA 70458

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$334.59

---

3.500.  **Nonpriority creditor's name and mailing address**

LAMY, SEAN M
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4.18

---

3.501.  **Nonpriority creditor's name and mailing address**

LANASA, DOMINIC
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$42.84

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 3.502. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LANCE TURKISH MD APC<br>3434 PRYTANIA ST STE 305<br>NEW ORLEANS LA 70115 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $20.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/24/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.503. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LANGLOW, EDWARD<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $192.44 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 3/27/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.504. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LARFARGUE PIANOS<br>1828 VETERANS BLVD<br>METAIRIE LA 70005 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $136.51 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/30/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.505.   **Nonpriority creditor's name and mailing address**

LAWING PSYCHOLOGY
3601 CANAL ST UNIT A
NEW ORLEANS LA 70119

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$851.25

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.506.   **Nonpriority creditor's name and mailing address**

LAWING PSYCHOLOGY LLC
5521 TCHOUPITOULAS ST
NEW ORLEANS LA 70115

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$851.25

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.507.   **Nonpriority creditor's name and mailing address**

LCMC - SBO
P O BOX 733679
DALLAS TX 75373-3679

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$293.00

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.508.   **Nonpriority creditor's name and mailing address**

LCMC URGENT CARE LLC
10319 JEFFERSON HWY
BATON ROUGE LA 70809

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,216.88

3.509.   **Nonpriority creditor's name and mailing address**

LEAF
PO BOX 5066
HARTFORD CT 06102-5066

**Date or dates debt was incurred**

4/23/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$997.10

3.510.   **Nonpriority creditor's name and mailing address**

LEAVELL, MARY EMILY
Address Intentionally Omitted

**Date or dates debt was incurred**

1/20/2020-3/20/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$159.46

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                         Case number *(if known)* **20-10846**

---

3.511. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

LEBLANC, BRAD
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$200.00

**Date or dates debt was incurred**

3/18/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.512. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEBOEUF MSW LCSW BCD, GLENN D
6801 VETERANS MEMORIAL BLVD # J-2
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,840.00

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.513. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEE TRACTOR CO.
P. O. BOX 939
KENNER LA 70063

☑ Contingent
☑ Unliquidated
☑ Disputed

$419.13

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 995 of 1157

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.514.   **Nonpriority creditor's name and mailing address**

LEGER, PAM
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| | $75.00 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.515.   **Nonpriority creditor's name and mailing address**

LEMOINE, FARRAH
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| | $1,200.00 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

1/21/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.516.   **Nonpriority creditor's name and mailing address**

LENNIE, EARL
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| | $100.00 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

1/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

---

**3.517.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.517.**

**Nonpriority creditor's name and mailing address**

LEONARD, WILLIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$198.47

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.518.**

**Nonpriority creditor's name and mailing address**

LETELLIER, MARIE D
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,515.82

**Date or dates debt was incurred**

3/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.519.**

**Nonpriority creditor's name and mailing address**

LHSPLA
P.O. BOX 87151
BATON ROUGE LA 70879

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$40.00

**Date or dates debt was incurred**

3/15/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.520. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LHSPLA
P.O. BOX 87151
BATON ROUGE LA 70879

☒ Contingent
☒ Unliquidated
☒ Disputed

$2,954.50

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.521. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LIFENET PSYCHIATRY
STE 504 500 MARINERS PLAZA DR
MANDEVILLE LA 70448

☒ Contingent
☒ Unliquidated
☒ Disputed

$72.33

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.522. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LIMITLESS CHIROPRACTIC
1170 N HIGHWAY 1690 STE 2
COVINGTON LA 70433

☒ Contingent
☒ Unliquidated
☒ Disputed

$135.32

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 998 of 1157

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.523. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.523. **Nonpriority creditor's name and mailing address**

LINCARE INC
P O BOX 105760
ATLANTA GA 30348-5760

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$218.63

**Date or dates debt was incurred**

3/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.524. **Nonpriority creditor's name and mailing address**

LIQUID ENVIRONMENTAL SOLUTIONS
ACCOUNTS RECEIVABLE
P O BOX 733372
DALLAS TX 75373-3372

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$12.30

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.525. **Nonpriority creditor's name and mailing address**

LIRETTE, CAROL
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$492.30

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.526.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.527.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.528.   **Nonpriority creditor's name and mailing address**

LMEA (BLANK)
610 BLANCHE
METAIRIE LA 70003

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|

☑ Contingent
☑ Unliquidated
☑ Disputed

$60.00

**Date or dates debt was incurred**
2/14/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.529. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.529. | **Nonpriority creditor's name and mailing address**

LMEA (MATHERNE)
ATTN: KATHRYN MATHERNE
610 BLANCHE ST.
METAIRIE LA 70003

**Date or dates debt was incurred**

3/6/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$325.00

---

3.530. | **Nonpriority creditor's name and mailing address**

LMEA DISTRICT VI
P. O. BOX 12046
LAKE CHARLES LA 70612

**Date or dates debt was incurred**

3/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$475.00

---

3.531. | **Nonpriority creditor's name and mailing address**

LMG LLC
PO BOX 14236
BELFAST ME 04915

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$427.03

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 1001 of 1157

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

3.532.   **Nonpriority creditor's name and mailing address**

LOBB-ALEXIS
124 23RD STREET
KENNER LA 70062

**Date or dates debt was incurred**

4/9/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,100.00

3.533.   **Nonpriority creditor's name and mailing address**

LOBB'S HORTICULTURAL SPRAY
2308 RICHALND DR
KENNER LA 70062

**Date or dates debt was incurred**

4/25/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$700.00

3.534.   **Nonpriority creditor's name and mailing address**

LOBELL, WAYNE
Address Intentionally Omitted

**Date or dates debt was incurred**

4/28/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$612.28

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.535. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOBO, REV RAUL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$671.56

**Date or dates debt was incurred**

4/8/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.536. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOGO EXPRESS
649 YETTA AVE.
HARVEY LA 70058

☑ Contingent
☑ Unliquidated
☑ Disputed

$224.90

**Date or dates debt was incurred**

2/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.537. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOU IRWIN LCSW LLC
PO BOX 56266
METAIRIE LA 70055

☑ Contingent
☑ Unliquidated
☑ Disputed

$123.54

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

---

3.538.   **Nonpriority creditor's name and mailing address**

LOU PIAZZA & ASSOCIATES LLC
3822 BIENVILLE AVE
NEW ORLEANS LA 70119

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$300.00

---

3.539.   **Nonpriority creditor's name and mailing address**

LOUIS, JOY
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$208.77

---

3.540.   **Nonpriority creditor's name and mailing address**

LOUISIANA BOWLING PROPRIETORS
8788 FLORIDA BLVD
BATON ROUGE LA 70815

**Date or dates debt was incurred**

2/20/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$450.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.541. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOUISIANA DHH
PO BOX 62866
NEW ORLEANS LA 70162

☑ Contingent
☑ Unliquidated
☑ Disputed

$966.79

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.542. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOUISIANA HEALTHCARE ASSOCIATE
71207 HIGHWAY 21
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$462.62

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.543. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOUISIANA INTERCHURCH
CONFERENCE 527 NORTH BLVD 4TH FLOOR
BATON ROUGE LA 70802

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,167.50

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 1005 of 1157

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.544. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOUVIERE, MICHELE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$153.54

**Date or dates debt was incurred**

10/25/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.545. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.546. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOWES BUSINESS ACCT.
P. O. BOX 530970
ATLANTA GA 30353-0970

☑ Contingent
☑ Unliquidated
☑ Disputed

$57.05

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.547. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LSU HEALTHCARE NETWORK
PO BOX 919100
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$766.46

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.548. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LSU POWERLIFTING CLUB / TEAM
102 STUDENT REC COMPLEX
BATON ROUGE LA 70803

☑ Contingent
☑ Unliquidated
☑ Disputed

$300.00

**Date or dates debt was incurred**

3/3/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.549. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LUBA CASUALTY INSURANCE COMPANY
PO BOX 98082
BATON ROUGE LA 70892

☑ Contingent
☑ Unliquidated
☑ Disputed

$30,000.00

**Date or dates debt was incurred**

4/3/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                          Case number *(if known)* **20-10846**

---

3.550.  **Nonpriority creditor's name and mailing address**

LUMINAIS, MSGR J ANTHONY
Address Intentionally Omitted

**Date or dates debt was incurred**

4/8/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $985.30 |

---

3.551.  **Nonpriority creditor's name and mailing address**

LUNKIN, DENICE
Address Intentionally Omitted

**Date or dates debt was incurred**

4/15/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $250.00 |

---

3.552.  **Nonpriority creditor's name and mailing address**

LUTCHER HIGH SCHOOL
ATTN: BULLDOG CLASSIC SOFTBALL
P. O. BOX 489
LUTCHER LA 70071

**Date or dates debt was incurred**

2/7/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $100.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.553. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAGINNIS, MICHAEL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$4,900.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.554. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALESIC, DENISE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

2/18/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.555. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANGANO, ROBIN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$38.03

**Date or dates debt was incurred**

4/3/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.556. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARIANITES OF HOLY CROSS
400 N. RAMPART STREET
NEW ORLEANS LA 70112

☑ Contingent
☑ Unliquidated
☑ Disputed

$500.00

**Date or dates debt was incurred**

4/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.557. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARIANITES OF HOLY CROSS
5500 ST MARY STREET
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$61.06

**Date or dates debt was incurred**

4/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.558. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARIANITES OF THE HOLY CROSS
400 N. RAMPART STREET
NEW ORLEANS LA 70112

☑ Contingent
☑ Unliquidated
☑ Disputed

$500.00

**Date or dates debt was incurred**

3/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.559. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.559. **Nonpriority creditor's name and mailing address**

MARILLAC COMMUNITY HEALTH CENTERS
P.O. BOX 4148
NEW ORLEANS LA 70118-4148

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$3,055.00

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.560. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.561. **Nonpriority creditor's name and mailing address**

MARY BIRD PERKINS CANCER CENTE
DEPT 1299 PO BOX 11407
BIRMINGHAM AL 35246

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$255.31

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.562. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MATER DOLOROSA APARTMENTS
1226 S CARROLLTON AVE
NEW ORLEANS LA 70118

☑ Contingent
☑ Unliquidated
☑ Disputed

$481.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.563. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MATHERNE'S SUPERMARKET
1424 W. AIRLINE HWY.
LAPLACE LA 70068

☑ Contingent
☑ Unliquidated
☑ Disputed

$9.00

**Date or dates debt was incurred**

4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.564. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MATTHEWS, MARY BETH
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 1012 of 1157

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.565. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| MATTHEWS, ROBERTO | **Amount of claim** |
| Address Intentionally Omitted | $200.00 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

2/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.566. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| MCATEE, BARBARA | **Amount of claim** |
| OFFICE OF RELIGIOUS EDUCATION | $265.11 |
| Address Intentionally Omitted | |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

3/15/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.567. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| MCCAFFERY, BAILEY | **Amount of claim** |
| Address Intentionally Omitted | $444.00 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                   Case number *(if known)* **20-10846**

| 3.568. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCCAFFERY, TIM
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$48.88

**Date or dates debt was incurred**

3/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.569. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCCARTHY, SHARON
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.570. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCCLURE, KATHRYN
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

$3,018.17

**Date or dates debt was incurred**

8/30/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.571. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.571.    **Nonpriority creditor's name and mailing address**

MCCROSKEY, BO
Address Intentionally Omitted

**Date or dates debt was incurred**

3/6/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$60.00

---

3.572.    **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.573.    **Nonpriority creditor's name and mailing address**

MCMAHON OMI, FR. DON
Address Intentionally Omitted

**Date or dates debt was incurred**

3/13/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$139.16

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.574. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.574.  **Nonpriority creditor's name and mailing address**

MCNEIL, BENJAMIN
3501 SEVERN AVE STE 8
METAIRIE LA 70002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$19.50

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.575.  **Nonpriority creditor's name and mailing address**

MEDICAL REVIEW INSTITUTE
LB 413020 PO BIX 35145
SEATTLE WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.576.  **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES INC
DEPT CH 14263
PALATINE IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$199.20

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEITLER
KEVIN LYNCH
39 BEECHWOOD ROAD
SUMMIT NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,840.00

**Date or dates debt was incurred**

CONTRACT PERIOD IS FROM MARCH -AUGUST 2020

**Basis for the claim:**

CONSULTING SERVICES - CONTRACT WITH INSTALLMENT PAYMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.578. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEITLER CONSULTANTS INC
39 BEECHWOOD ROAD
SUMMIT NJ 07901

☑ Contingent
☑ Unliquidated
☑ Disputed

$60,300.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.579. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEMORIAL HOSPITAL AT GULFPORT
PO BOX 15219
HATTIESBURG MS 39404

☑ Contingent
☑ Unliquidated
☑ Disputed

$64.71

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.580. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.580.    **Nonpriority creditor's name and mailing address**

MERCY FAMILY CENTER
PO BOX 776084
CHICAGO IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$201.18

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.581.    **Nonpriority creditor's name and mailing address**

MESSINA JR*JOSEPH
42 SEVEN OAKS RD
MARRERO LA 70072-5024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.582.    **Nonpriority creditor's name and mailing address**

METAIRIE GENERAL SURGERY, LLC
4228 HOUMA BLVD STE 220
METAIRIE LA 70006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$44.12

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.583. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

METAIRIE INSTITUTE OF COMPREHE
PO BOX 1990
MANDEVILLE LA 70470

☑ Contingent
☑ Unliquidated
☑ Disputed

$58.42

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.584. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

METAIRIE ORTHO SPORTS MED LL
3001 DIVISION ST STE 204
METAIRIE LA 70002

☑ Contingent
☑ Unliquidated
☑ Disputed

$478.97

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.585. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

METAIRIE PHYSICIANS SERVICES I
PO BOX 54842
NEW ORLEANS LA 70154

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,016.99

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

METROPOLITAN GASTROENTEROLOGY
PO BOX 1520
MARRERO LA 70073

☑ Contingent
☑ Unliquidated
☑ Disputed

$104.34

**Date or dates debt was incurred**          **Basis for the claim:**

4/30/2020                                    TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.587. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIGILLIGAN, ALEXANDRA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$495.00

**Date or dates debt was incurred**          **Basis for the claim:**

3/13/2020                                    TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.588. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILES, CAROL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$79.59

**Date or dates debt was incurred**          **Basis for the claim:**

4/17/2020                                    TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

3.589.   **Nonpriority creditor's name and mailing address**

MILES, CAROL MSMSW
110 E 7TH AVE
COVINGTON LA 70433

**Date or dates debt was incurred**

3/27/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $79.59 |

---

3.590.   **Nonpriority creditor's name and mailing address**

MILTZ, SIDNEY
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $70.00 |

---

3.591.   **Nonpriority creditor's name and mailing address**

MINOR, BRENDA
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $160.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.592. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.592.   **Nonpriority creditor's name and mailing address**

MINUTE MED CLINIC - AMBASSADOR
STE 100 3621 AMBASSADOR CAFFERY P
LAFAYETTE LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$63.22

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.593.   **Nonpriority creditor's name and mailing address**

MITCHELL, ARTHUR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$140.00

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.594.   **Nonpriority creditor's name and mailing address**

MONTE MD, FRANK J
3800 HOUMA BLVD STE 230
METAIRIE LA 70006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$62.16

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.595.    **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.596.    **Nonpriority creditor's name and mailing address**

MOODY, REV QUENTIN
Address Intentionally Omitted

**Date or dates debt was incurred**

4/21/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$97.53

---

3.597.    **Nonpriority creditor's name and mailing address**

MOORE, DENA
Address Intentionally Omitted

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$89.59

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.598.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MOOS, REBECCA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$159.18

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.599.  **Nonpriority creditor's name and mailing address**

MORICE, NATCHEZ
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$77.54

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.600.  **Nonpriority creditor's name and mailing address**

MOSHER, FAITH M
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2.95

**Date or dates debt was incurred**

6/21/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.601. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MOUNT CARMEL ACADEMY<br>7027 MILNE BLVD.<br>NEW ORLEANS LA 70124 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $1,290.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 3/13/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.602. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $_____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | UNRESOLVED CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.603. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MU ALPHA THETA<br>3200 MARSHALL AVE<br>NORMAN OK 73019 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $30.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/28/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.604. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.604.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.605.   **Nonpriority creditor's name and mailing address**

MUMPHREY, WILLIAM
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$160.00

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.606.   **Nonpriority creditor's name and mailing address**

MYERS, DAVID
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**
5/1/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

3.607. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MYRIAD GENETIC LABORATORIES
PO BOX 645676
CINCINNATI OH 45264

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,904.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.608. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

N.O.VATIVE PRINTING
2727 N. CAUSEWAY BLVD.
METAIRIE LA 70002

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,601.85

**Date or dates debt was incurred**

2/4/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.609. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NARCISSE, MASON
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.610. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | NASSP/NHS<br>P.O. BOX 417939<br>BOSTON MA 02241-7939 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $385.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/24/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.611. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | NATIONAL ASSOCIATION OF SPECIAL ED TEACHERS<br>1250 CONNECTICUT AVENUE, N.W.<br>SUITE 200<br>WASHINGTON DC 20036 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $250.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/2/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.612. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | NELSON, SUSAN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $75.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/22/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

3.613. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NEW ORLEANS NEPHROLOGY
4409 UTICA ST
METAIRIE LA 70006

$231.08

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.614. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEW ORLEANS PEST MANAGEMENT
6125 CARTIER
NEW ORLEANS LA 70122

$365.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

3/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.615. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEW ORLEANS PHYSICIAN SERVICES
PO BOX 733564
DALLAS TX 75373

$450.11

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.616. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NEWVILLE CELEBRATION CANDLES, INC.
P.O. BOX 1206
LEWISTON NY 14092

$77.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

3/30/2020                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.617. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NEXTEL - SPRINT
P.O. BOX 4181
CAROL STREAM IL 60197

$116.70

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

4/29/2020                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.618. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NGUYEN, DUY
Address Intentionally Omitted

$125.29

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

4/20/2020                                      TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.619. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NGUYEN, HAI N
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$743.58

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.620. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NIA K. TEREZAKIS, M.D., APMC
3800 HOUMA BLVD STE 310
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$8.24

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.621. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NISSEL, LAURA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$271.00

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

3.622.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.623.  **Nonpriority creditor's name and mailing address**

NOLA ART THERAPY COUNSELING
STE 310 1000 VETERANS BLVD
METAIRIE LA 70005

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$268.77

---

3.624.  **Nonpriority creditor's name and mailing address**

NOLA PHYSICIAN GROUP
PO BOX 733795
DALLAS LA 75373

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$31.50

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.625. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORMAND, SHARON
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$323.77

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.626. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTH OAKS MEDICAL CENTER LLC
PO BOX 1609
HAMMOND LA 70404

☑ Contingent
☑ Unliquidated
☑ Disputed

$364.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.627. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTH OAKS PHYSICIAN GROUP
PO BOX 3087
HAMMOND LA 70404

☑ Contingent
☑ Unliquidated
☑ Disputed

$73.18

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

3.628.   **Nonpriority creditor's name and mailing address**

NORTHLAKE GASTROENTEROLOGY ASS
16061 DOCTORS BLVD STE B
HAMMOND LA 70403

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $35.45 |

3.629.   **Nonpriority creditor's name and mailing address**

NORTHLAKE NEPHROLOGY INC.
P O BOX 3370
COVINGTON LA 704343370

**Date or dates debt was incurred**

1/14/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $223.00 |

3.630.   **Nonpriority creditor's name and mailing address**

NORTHSHORE PARENT
22266 LEVEL STREET
ABITA SPRINGS LA 70420

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $300.00 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.631. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

NORTHSHORE SURGICAL CENTER
71207 HIGHWAY 21
COVINGTON LA 70433

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.632. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

NOTRE DAME SEMINARY
2901 S CARROLLTON AVE.
NEW ORLEANS LA 70118

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$975.00

**Date or dates debt was incurred**

4/25/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.633. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

OAK TREE CHIROPRACTIC 'DBA' ME
STE 2F 5037 VETERANS BLVD
METAIRIE LA 70006

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$28.86

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.634. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OANO LLC
3434 PRYTANIA STREET
STE 430
NEW ORLEANS LA 70115

☑ Contingent
☑ Unliquidated
☑ Disputed

$177.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.635. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OBGYN ASSOCIATES OF JONESBORO
PO BOX 60
SEARCY AR 72145

☑ Contingent
☑ Unliquidated
☑ Disputed

$158.81

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.636. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER BAPTIST A CAMPUS OF O
PO BOX 919140
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$42,344.58

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.637. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.637.   **Nonpriority creditor's name and mailing address**

OCHSNER CLINIC LLC BR
PO BOX 54851
NEW ORLEANS LA 70154

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$341.06

---

3.638.   **Nonpriority creditor's name and mailing address**

OCHSNER CLINIC LLC NO
PO BOX 54851
NEW ORLEANS LA 70154

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19,991.68

---

3.639.   **Nonpriority creditor's name and mailing address**

OCHSNER CLINIC LLC NO
P O BOX 54854
NEW ORLEANS LA 70154

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$671.61

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.640. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER HEALTH SYSTEM
OCHSNER SERVICE AREA
P O BOX 61838
NEW ORLEANS LA 70116

☑ Contingent
☑ Unliquidated
☑ Disputed

$30.00

**Date or dates debt was incurred**

3/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.641. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER HOME MEDICAL EQUIPMENT
501 COOLIDGE ST
NEW ORLEANS LA 70121

☑ Contingent
☑ Unliquidated
☑ Disputed

$255.98

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.642. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER MEDICAL CENTER
PO BOX 919140
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$59,433.43

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.643. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER MEDICAL CENTER BATON R
PO BOX 919218
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$100.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.644. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER MEDICAL CENTER KENNER
PO BOX 54741
NEW ORLEANS LA 70154

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,900.64

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.645. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER MEDICAL CENTER NORTHSH
PO BOX 54169
NEW ORLEANS LA 70154

☑ Contingent
☑ Unliquidated
☑ Disputed

$11,436.11

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.646. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCHSNER MEDICAL CENTER WESTBAN
PO BOX 919140
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,015.92

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.647. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OFFICE DEPOT
PO BOX 88040
CHICAGO IL 60680

☑ Contingent
☑ Unliquidated
☑ Disputed

$193.05

**Date or dates debt was incurred**

4/16/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.648. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OFFICE DEPOT BUSINESS ACCT.
DEPT. 11 - 6003538615
P. O. BOX 9001036
LOUISVILLE KY 40290

☑ Contingent
☑ Unliquidated
☑ Disputed

$80.76

**Date or dates debt was incurred**

3/25/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.649. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OFFICE DEPOT BUSINESS CREDIT<br>DEPT 56 - 4204440316<br>P.O. BOX 78004<br>PHOENIX AZ 85062-8004 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $228.51 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/16/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.650. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | UNRESOLVED CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.651. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OMNICARE OF NEW ORLEANS<br>P O BOX 713611<br>CINCINNATI OH 45271-3611 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $788.59 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/4/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.652.   **Nonpriority creditor's name and mailing address**

ONE DIRECTIONS HEALTHCARE LLC
659 BROWNSWITCH RD
SLIDELL LA 70458

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $116.49 |

---

3.653.   **Nonpriority creditor's name and mailing address**

ONEIL, MARIE T
Address Intentionally Omitted

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $716.31 |

---

3.654.   **Nonpriority creditor's name and mailing address**

OPTIMUM SLEEP LLC
2718 CADIZ ST
NEW ORLEANS LA 70115

**Date or dates debt was incurred**

10/4/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $42.16 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.655. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OPTION CARE HEALTH
PO BOX 418711
BOSTON MA 02241

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,552.50

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.656. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OPTUMRX FOR RX CLAIMS
OPTUM RX SOLUTIONS
DEPT 8765
LOS ANGELES CA 90088-8765

☑ Contingent
☑ Unliquidated
☑ Disputed

$779,622.18

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.657. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORDER OF OPSE
1601 PERDIDO ST.
NEW ORLEANS LA 70112

☑ Contingent
☑ Unliquidated
☑ Disputed

$162.79

**Date or dates debt was incurred**

12/12/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.658. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.658.

**Nonpriority creditor's name and mailing address**

ORTHOPAEDIC SPECIALISTS OF NEW
PO BOX 12722
BELFAST ME 04915

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$44.12

---

3.659.

**Nonpriority creditor's name and mailing address**

ORTHOPEDIC AND SPORTS THERAPY
3921 WILLIAMS BLVD
KENNER LA 70065

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$60.00

---

3.660.

**Nonpriority creditor's name and mailing address**

ORTHOPTIC REHAB CLINIC OF META
3939 HOUMA BLVD STE 17
METAIRIE LA 70006

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$40.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.661. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORTHOPTICS INC
3939 HOUMA BLVD STE 17
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$90.00

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.662. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OUR LADY OF LOURDES
345 WESTCHESTER PLACE
SLIDELL LA 70458

☑ Contingent
☑ Unliquidated
☑ Disputed

$10,617.00

**Date or dates debt was incurred**
4/2/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.663. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OUR LADY OF PERPETUAL HELP SCHOOL
8970 HIGHWAY 23
BELLE CHASSE LA 70037

☑ Contingent
☑ Unliquidated
☑ Disputed

$5,500.00

**Date or dates debt was incurred**
4/8/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.664.  **Nonpriority creditor's name and mailing address**

OUR LADY OF PERPETUAL HELP SCHOOL
531 WILLIAMS BLVD.
KENNER LA 70062

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $2,100.00 |

---

3.665.  **Nonpriority creditor's name and mailing address**

OUR LADY OF PROMPT SUCCOR
146 FOURTH STREET
WESTWEGO LA 70094-4297

**Date or dates debt was incurred**

4/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $600.00 |

---

3.666.  **Nonpriority creditor's name and mailing address**

OUR LADY OF PROMPT SUCCOR SCHOOL
531 AVENUE A
WESTWEGO LA 70094

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $2,350.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OUR LADY OF THE LAKE PHYSICIAN
PO BOX 677957
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$101.64

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.668. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OUR LADY OF THE LAKE RMC
DEPT A PO BOX 679308
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$4,798.21

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.669. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OUR SUNDAY VISITOR
PO BOX 4013
CAROL STREAM IL 60197

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,457.79

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.670. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.670.**

**Nonpriority creditor's name and mailing address**

OUTPATIENT EYE SURGERY CENTER
DEPT AT 952520
ATLANTA GA 31192

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$944.99

---

**3.671.**

**Nonpriority creditor's name and mailing address**

OZANAM INN
843 CAMP ST
NEW ORLEANS LA 70130

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$500.00

---

**3.672.**

**Nonpriority creditor's name and mailing address**

PAML
DEPT NUMBER 10017
PO BOX 3780
TUPELO MS 38803

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16.74

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.673.   **Nonpriority creditor's name and mailing address**

PAN AMERICAN LIFE
P.O. BOX 919252
DALLAS TX 75391-2952

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $21.10 |

3.674.   **Nonpriority creditor's name and mailing address**

PAN-AMERICAN LIFE INSURANCE COMPANY
P.O. BOX 919252
DALLAS TX 75391-9252

**Date or dates debt was incurred**

4/23/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $53.30 |

3.675.   **Nonpriority creditor's name and mailing address**

PANEPINTO, RORY
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $120.09 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.676. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PAPA JOHN'S
2625 DAVID DR.
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$193.00

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.677. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARADIGM HEALTH SYSTEM
PO BOX 1224
SLIDELL LA 70459

☑ Contingent
☑ Unliquidated
☑ Disputed

$206.03

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.678. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARADIGM HEALTH SYSTEM
P O BOX 1224
SLIDELL LA 70459

☑ Contingent
☑ Unliquidated
☑ Disputed

$35.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

3.679. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | ---

**Nonpriority creditor's name and mailing address**

PARISH ANES OF TULANE
PO BOX 919124
DALLAS TX 75391

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$297.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.680. **Nonpriority creditor's name and mailing address**

PASAM, RAO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$72.39

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.681. **Nonpriority creditor's name and mailing address**

PATRICIA C. ESTRADA, M.D. APMC
4700 WICHERS DR STE 101
MARRERO LA 70072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$6.03

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.682.   **Nonpriority creditor's name and mailing address**

PAURATORE LCSW, I SUZANNE
PO BOX 82078
BATON ROUGE LA 70884

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $179.18 |

---

3.683.   **Nonpriority creditor's name and mailing address**

PAYSSE, REV WAYNE
Address Intentionally Omitted

**Date or dates debt was incurred**

4/8/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $105.00 |

---

3.684.   **Nonpriority creditor's name and mailing address**

PCP URGENT CARE HOLDINGS
246 7515 JEFFERSON HWY
BATON ROUGE LA 70806

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $95.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

---

3.685. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

**Nonpriority creditor's name and mailing address**

PEARL ACRES PEDIATRICS
59125 N PEARL DR
SLIDELL LA 70461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$515.92

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.686. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.687. **Nonpriority creditor's name and mailing address**

PERCLE, RYAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$195.00

**Date or dates debt was incurred**

1/14/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 3.688. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.688.   **Nonpriority creditor's name and mailing address**

PERERA, DENZIL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$13.57

**Date or dates debt was incurred**

8/23/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.689.   **Nonpriority creditor's name and mailing address**

PETER VERRET JUMP START TEAM CAMP AT HLB
#1 RESERVATION CT
GRAY LA 70359

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$220.00

**Date or dates debt was incurred**

2/4/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.690.   **Nonpriority creditor's name and mailing address**

PETRA
1036 W. AIRLINE HWY.
LAPLACE LA 70068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$70.00

**Date or dates debt was incurred**

10/2/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

---

3.691. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | ---

**Nonpriority creditor's name and mailing address**

PHUONG T VO MD APMC
7521 WESTBANK EXPY STE E
MARRERO LA 70072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$48.42

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.692.

**Nonpriority creditor's name and mailing address**

PHYSICIAN PRACTICE PARTNERS
DEPT 3718
PO BOX 123718
DALLAS TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$125.00

**Date or dates debt was incurred**

12/13/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.693.

**Nonpriority creditor's name and mailing address**

PIERCE, BEVERLY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.694. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PINNACLE ELEVATOR
2201 GREENWOOD STREET
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

$530.00

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.695. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PISCIOTTA, DEANA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,370.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.696. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PITFIELD, CHAD
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$632.00

**Date or dates debt was incurred**

3/6/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.697.    **Nonpriority creditor's name and mailing address**

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH PA 15250

**Date or dates debt was incurred**

4/15/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $301.50 |

3.698.    **Nonpriority creditor's name and mailing address**

PIZZOLATTO, DANIELLE
Address Intentionally Omitted

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $316.00 |

3.699.    **Nonpriority creditor's name and mailing address**

PLAYMAKERS INDOOR SPORTS
800 WINDWARD DR.
COVINGTON LA 70433

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,950.00 |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                                    Case number *(if known)* **20-10846**

| 3.700. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.701. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.702. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POND SOLUTIONS, LLC
72129 HWY 1077
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$110.00

**Date or dates debt was incurred**
4/22/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

---

3.703. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

POPE JOHN PAUL II HIGH SCHOOL
1901 JAGUAR DR
SLIDELL LA 70461

$9,861.96

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.704. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

PORCHE, HEATHER
Address Intentionally Omitted

$494.41

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.705. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

POSITIVE LIVING TREATMENT CENT
3330 CANAL ST
NEW ORLEANS LA 70119

$108.39

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.706. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POUEY, KRISTEN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$60.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.707. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POWER, CECELIA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$501.23

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.708. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRECISION PSI INC
P O BOX 640297
KENNER LA 70064

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,298.39

**Date or dates debt was incurred**

2/18/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.709. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PREGEANT, ANDREA | ☑ Contingent | $43.06 |
| | Address Intentionally Omitted | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/30/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.710. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PRICE, JULIE | ☑ Contingent | $94.88 |
| | Address Intentionally Omitted | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/30/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.711. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PRICE, WADE | ☑ Contingent | $155.00 |
| | Address Intentionally Omitted | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 1/28/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.712. **Nonpriority creditor's name and mailing address**

PRIMARY CARE PLUS NAPOLEON
PO BOX 207141
DALLAS TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$8.79

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.713. **Nonpriority creditor's name and mailing address**

PRIMES, TIMOTHY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$18.06

**Date or dates debt was incurred**

9/12/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.714. **Nonpriority creditor's name and mailing address**

PROFESSIONAL MUSIC
307 S. ALEXANDER ST.
NEW ORLEANS LA 70119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.715. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRO'S PEST CONTROL SERVICE, INC
147 EDEN ISLES BLVD
SLIDELL LA 70458

☑ Contingent
☑ Unliquidated
☑ Disputed

$205.00

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.716. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PROVENSAL, MEREDITH
8654 PONCHARTRAIN BLVD, UNIT 1
NEW ORLEANS LA 70124

☑ Contingent
☑ Unliquidated
☑ Disputed

$60.00

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.717. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUEST DIAGNOSTICS
PO BOX 822546
PHILADELPHIA PA 19182

☑ Contingent
☑ Unliquidated
☑ Disputed

$10.10

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.718. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUEST DIAGNOSTICS ATLANTA
PO BOX 41733
PHILADELPHIA PA 19101

$706.48

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.719. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

R A S L DBA ACCESS RADIOLOGY
PO BOX 919112
DALLAS TX 75391

$261.98

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.720. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

R WILLIAM JUNIUS III MD LLC
PO BOX 9795
BELFAST ME 04915

$74.18

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.721. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RADIOLOGY ASSOCIATES LLC
PO BOX 919329
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$294.49

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.722. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RADIOLOGY INTERVENTIONAL
PO BOX 8090
METAIRIE LA 70011

☑ Contingent
☑ Unliquidated
☑ Disputed

$443.52

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.723. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAENELL HOUSTON M. ED.
120 JESUIT BEND DRIVE
BELLE CHASSE LA 70037

☑ Contingent
☑ Unliquidated
☑ Disputed

$628.72

**Date or dates debt was incurred**

2/18/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.724. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

RAGUSA, PATRICIA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.725. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

RAPID URGENT CARE, INC
1111 N CAUSEWAY BLVD
MANDEVILLE LA 70471

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$435.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.726. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 3.727. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.727. **Nonpriority creditor's name and mailing address**

RED STICK SPORTS
5770 ESSEN LANE
BATON ROUGE LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$3,915.41

**Date or dates debt was incurred**

4/8/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.728. **Nonpriority creditor's name and mailing address**

REEKS, JESSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.729. **Nonpriority creditor's name and mailing address**

REGIONAL RADIOLOGY
PO BOX 2189
CHALMETTE LA 70044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$37.00

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.730. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REGIONAL RADIOLOGY, LLC
PO BOX 2189
CHALMETTE LA 70044

☑ Contingent
☑ Unliquidated
☑ Disputed

$43,575.72

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.731. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REHAB DYNAMICS
476 FALCONER DRIVE
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$403.00

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.732. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RELIASTAR LIFE INS CO
3702 PAYSPHERE CIRCLE
CHICAGO IL 60674

☑ Contingent
☑ Unliquidated
☑ Disputed

$223.54

**Date or dates debt was incurred**

3/20/2020, 4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.733. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**As of the petition filing date, the claim is:** *Check all that apply.*

| | |
|---|---|
| 3.733. | **Nonpriority creditor's name and mailing address**<br><br>RELIASTAR LIFE INSURANCE CO. OF NEW YORK<br>3702 PAYSHPERE CIRCLE<br>CHICAGO IL 60674 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | **Date or dates debt was incurred**<br>4/15/2020 | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $30.12

| | |
|---|---|
| 3.734. | **Nonpriority creditor's name and mailing address**<br><br>RESILIENCE PSYCHOTHERAPY PLLC<br>3427 WASHINGTON AVE<br>GULFPORT MS 39507 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $40.00

| | |
|---|---|
| 3.735. | **Nonpriority creditor's name and mailing address**<br><br>RESILIENCE PSYCHOTHERAPY PLLC<br>3427 WASHINGTON AVE<br>GULF PORT MS 39507 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $40.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.736. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESURRECTION OF OUR LORD SCHOOL
4861 ROSALIA DRIVE
NEW ORLEANS LA 70127

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,700.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.737. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RETINA & VITREOUS OF LOUISIANA
10202 JEFFERSON HWY STE D
BATON ROUGE LA 70809

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,361.90

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.738. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RETIRED PRIESTS UNFUNDED RETIREMENT
LIABILITY

☐ Contingent
☐ Unliquidated
☐ Disputed

$44,732,295.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNFUNDED PENSION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.739. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICCO IMPASTATO
826 FOCIS ST
METAIRIE LA 70005

☑ Contingent
☑ Unliquidated
☑ Disputed

$17.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.740. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICH, GERALD
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$79.59

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.741. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICOH USA INC
P O BOX 660342
DALLAS TX 75266-0342

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,440.51

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.742. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.742.    **Nonpriority creditor's name and mailing address**

RICOH USA, INC
P.O. BOX 660342
DALLAS TX 75266-0342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$254.68

**Date or dates debt was incurred**

4/12/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.743.    **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.744.    **Nonpriority creditor's name and mailing address**

RIVERSIDE URGENT CARE
10319 JEFFERSON HWY
BATON ROUGE LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$342.22

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 3.745. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIZZO, ELIZABETH
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$200.00

**Date or dates debt was incurred**

3/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.746. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCKY AND CARLO'S RESTAURANT
613 W. ST. BERNARD HIGHWAY
CHALMETTE LA 70043

☑ Contingent
☑ Unliquidated
☑ Disputed

$910.00

**Date or dates debt was incurred**

3/13/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.747. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RODRIGUEZ, SUSAN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$766.77

**Date or dates debt was incurred**

2/18/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.748.    **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.749.    **Nonpriority creditor's name and mailing address**

ROLLAND
P O BOX 671334
DALLAS TX 75267

**Date or dates debt was incurred**

3/19/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $34.94 |

3.750.    **Nonpriority creditor's name and mailing address**

ROLSTON III, WILLIAM AIRTH
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $213.05 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ROLSTON, WILLIAM
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$504.69

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.752.   **Nonpriority creditor's name and mailing address**

ROMAGUERA
2319 METAIRIE ROAD
METAIRIE LA 70001

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,700.00

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.753.   **Nonpriority creditor's name and mailing address**

ROMAGUERA PHOTOGRAPHY
2319 METAIRIE RD.
METAIRIE LA 70001

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$440.19

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.754. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.754.   **Nonpriority creditor's name and mailing address**

ROQUES, STEVEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$36.19

**Date or dates debt was incurred**

8/29/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.755.   **Nonpriority creditor's name and mailing address**

ROSBURY, JEFF
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$105.00

**Date or dates debt was incurred**

3/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.756.   **Nonpriority creditor's name and mailing address**

ROTH, JEFF
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,500.00

**Date or dates debt was incurred**

FEB-APR 2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.757. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.757.**

**Nonpriority creditor's name and mailing address**

ROTOLO CONSULTANTS, INC
38001 BROWNSVILLAGE ROAD
SLIDELL LA 70460

**Date or dates debt was incurred**

4/21/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$883.45

---

**3.758.**

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.759.**

**Nonpriority creditor's name and mailing address**

SALADINO, RANDY.
Address Intentionally Omitted

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$66.79

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

**3.760.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

SALESIAN SISTERS
608 1ST AVENUE
HARVEY LA 70058

☑ Contingent
☑ Unliquidated
☑ Disputed

$6,454.16

**Date or dates debt was incurred**

04/01/2020 - 04/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.761.** **Nonpriority creditor's name and mailing address**

SAMPERE, FRANK
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.762.** **Nonpriority creditor's name and mailing address**

SAM'S CLUB
P.O. BOX 530981
ATLANTA GA 30353-0981

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$678.17

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**

Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.763. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.763. | **Nonpriority creditor's name and mailing address**

SAM'S CLUB
PO BOX 530981
ATLANTA GA 30353-0981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| $75.00 |

**Date or dates debt was incurred**

4/1-4/29

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.764. | **Nonpriority creditor's name and mailing address**

SANCHEZ, ALEXIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| $40.00 |

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.765. | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

---

3.766. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

SANCHO, MICHAEL
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$236.14

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.767. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

SANOVA DERMATOLOGY
PO BOX 679419
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$71.73

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.768. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.769. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHEUERMANN, MAUREEN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$83.09

**Date or dates debt was incurred**

3/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.770. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHIPANI, SR. KATHLEEN
MARY IMMACULATE COVENANT
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$416.37

**Date or dates debt was incurred**

3/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.771. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHNEIDER, KEVIN & ANDREA = ALYSSA =
KATELIN = KRISTIN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$20.00

**Date or dates debt was incurred**

4/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.772. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHOLASTIC TESTING SERVICE
4320 GREEN ASH DR.
EARTH CITY MO 63045

☑ Contingent
☑ Unliquidated
☑ Disputed

$68.00

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.773. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHOOL FOOD AND NUTRITION
SSA CAFETERIAN
122 S. MASSACHUSETTS ST.
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$273.35

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.774. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHWARZ, TERI
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$78.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

**3.775.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

Name and Address Intentionally Omitted

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.776.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SECOND HARVESTERS FOOD BANK OF
GREATER NEW ORLEANS
701 EDWARDS AVE
NEW ORLEANS LA 70124

$28,182.04

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
4/29/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.777.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SECURE SHREDDING & RECYCLING
INFORMATION MANAGEMENT SOLUTIONS LLC
P O BOX 15465
BATON ROUGE LA 70895

$47.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
4/1/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.778. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.778.  **Nonpriority creditor's name and mailing address**

SELF
3708 NORWOOD DR
CHALMETTE LA 70043

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$179.18

---

3.779.  **Nonpriority creditor's name and mailing address**

SERVICE GLASS COMPANY
4316 EASTVIEW DRIVE
NEW ORLEANS LA 70126

**Date or dates debt was incurred**

5/14/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$124.00

---

3.780.  **Nonpriority creditor's name and mailing address**

SEWERAGE & WATER BOARD OF NEW
ORLEANS
625 ST. JOSEPH ST STE 154
NEW ORLEANS LA 70165-6501

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$173.45

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

3.781.   **Nonpriority creditor's name and mailing address**

SHEEN, ALAN E
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $61.48 |

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.782.   **Nonpriority creditor's name and mailing address**

SHELTON, MARGARET
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $225.00 |

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.783.   **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS CO.
ACCOUNTS RECEIVABLE DEPT.
4427 N I-10 SERVICE ROAD W.
METAIRIE LA 70002-6524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $85.37 |

**Date or dates debt was incurred**

12/5/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.784. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.784.    **Nonpriority creditor's name and mailing address**

SHOOT A WAY
3305 COUNTY HWY 47
UPPER SANDUSKY OH 43351

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$5,580.00

**Date or dates debt was incurred**

4/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.785.    **Nonpriority creditor's name and mailing address**

SIGN GYPSIES NORTHSHORE, LLC
110 MARINA BLVD
MANDEVILLE LA 70471

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$53.26

**Date or dates debt was incurred**

1/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.786.    **Nonpriority creditor's name and mailing address**

SIGULER GUFF & COMPANY, LP
ATTN INVESTOR RELATIONS GROUP
200 PARK AVENUE
TWENTY-THIRD FL
NEW YORK NY 10166

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNFUNDED COMMITMENT - SIGULER
GUFF DISTRESSED OPPORTUNITIES
FUND III, LP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| | | |
|---|---|---|
| 3.787. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.787.    **Nonpriority creditor's name and mailing address**

SIGULER GUFF & COMPANY, LP
ATTN INVESTOR RELATIONS GROUP
200 PARK AVENUE
TWENTY-THIRD FL
NEW YORK NY 10166

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNFUNDED COMMITMENT - SIGULER
GUFF DISTRESSED OPPORTUNITIES
FUND IV, LP

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$_____

---

3.788.    **Nonpriority creditor's name and mailing address**

SIGULER GUFF & COMPANY, LP
ATTN INVESTOR RELATIONS GROUP
200 PARK AVENUE
TWENTY-THIRD FL
NEW YORK NY 10166

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UNFUNDED COMMITMENT - SIGULER
GUFF DISTRESSED REAL ESTATE
OPPORTUNITIES FUND II, LP;
ARCHDIOCESE OF NEW ORLEANS -
DREOF II.PDF

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$_____

---

3.789.    **Nonpriority creditor's name and mailing address**

SIMMONS, BRITTANY C
Address Intentionally Omitted

**Date or dates debt was incurred**

5/10/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$61.33

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.790. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLIDELL CITY MARSHAL CITY COURT
PO BOX 2356
SLIDELL LA 70459

☑ Contingent
☑ Unliquidated
☑ Disputed

$905.50

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.791. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLIDELL EAR NOSE AND THROAT
2050 GAUSE BLVD E STE 200
SLIDELL LA 70461

☑ Contingent
☑ Unliquidated
☑ Disputed

$289.69

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.792. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLIDELL INTERNAL MEDICINE CLIN
STE 301 105 MEDICAL CENTER DR
SLIDELL LA 70461

☑ Contingent
☑ Unliquidated
☑ Disputed

$252.56

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 3.793. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLIDELL MEMORIAL HOSPITAL
PO BOX 679504
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,005.29

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.794. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLU-LANGUAGES AND CULTURE
SLU 10719
HAMMOND LA 70402

☑ Contingent
☑ Unliquidated
☑ Disputed

$45.00

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.795. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMH PHYSICIAN NETWORK
PO BOX 679500
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$175.23

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 1089 of 1157

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.796. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMITH, ERIC J
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$2.29

**Date or dates debt was incurred**          **Basis for the claim:**

6/21/2019          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.797. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SNEATHERN, DAVID
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$8,800.00

**Date or dates debt was incurred**          **Basis for the claim:**

4/30/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.798. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SONITROL OF NEW ORLEANS, INC.
2217 RIDGELAKE DR.
METAIRIE LA 70001

☑ Contingent
☑ Unliquidated
☑ Disputed

$237.00

**Date or dates debt was incurred**          **Basis for the claim:**

4/29/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

3.799.   **Nonpriority creditor's name and mailing address**

SOSA, WENDY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| $41.45 |

**Date or dates debt was incurred**

5/16/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.800.   **Nonpriority creditor's name and mailing address**

SOUTH LOUISIANA ENT
1420 N CAUSEWAY BLVD
MANDEVILLE LA 70471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| $287.64 |

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.801.   **Nonpriority creditor's name and mailing address**

SOUTHEAST LOUISIANA DISTRICT LITERARY
RALLY
SLU 10752
HAMMOND LA 70402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| $66.00 |

**Date or dates debt was incurred**

2/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN DOMINICAN PROVINCE
1611 MIRABEAU AVENUE
NEW ORLEANS LA 70122

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,750.02

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.803. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN ELECTR0NICS SUPPLY INC
2301 JULIA STREET
NEW ORLEANS LA 70119

☑ Contingent
☑ Unliquidated
☑ Disputed

$70.01

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.804. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN LAWN & CONSTRUCTION
106 ALFRED STREET
BELLE CHASSE LA 70037

☑ Contingent
☑ Unliquidated
☑ Disputed

$300.00

**Date or dates debt was incurred**

4/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.805.  **Nonpriority creditor's name and mailing address**

SOUTHERN ORTHOPAEDIC SPECIALIS
PO BOX 26013
BELFAST ME 04915

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $189.90 |

---

3.806.  **Nonpriority creditor's name and mailing address**

SOUTHERN ORTHOPAEDIC SPECIALIST
PO BOX 26013
BELFAST ME 04915

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $182.00 |

---

3.807.  **Nonpriority creditor's name and mailing address**

SOUTHERN PAIN AND ANESTHESIA
1207 NORTH CAUSEWAY
METAIRIE LA 70001

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $450.00 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.808. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN RETINAL INSTITUTE
SUITE 160 2800 VETERANS BLVD
METAIRIE LA 70002

☑ Contingent
☑ Unliquidated
☑ Disputed

$220.01

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.809. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHSHORE PHYSICIAM GROUP
3434 HOUMA BLVD SUITE 200
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,500.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.810. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPANSEL, MARK & JOY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$700.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.811. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SPARKLIGHT
P O BOX 9001009
LOUISVILLE KY 40290-1009

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$130.07

**Date or dates debt was incurred**

4/6/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.812. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SPECTRUM BUSINESS
P O BOX 94188
PALATINE IL 60094-4188

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,322.58

**Date or dates debt was incurred**

4/5/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.813. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SPINO, JOSEPH
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$240.00

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.814. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPIRITUAL HEALTH AT EMORY HEALTH CARE
550 PEACHTREE STREET NE
ROOM 1303
ATLANTA GA 30308

☑ Contingent
☑ Unliquidated
☑ Disputed

$60.00

**Date or dates debt was incurred**

11/19/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.815. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPN FAIR
6500 KAWANEE AVE.
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$500.00

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.816. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPRING ARBOR DISTRIBUTORS
P O BOX 277616
ATLANTA GA 30384

☑ Contingent
☑ Unliquidated
☑ Disputed

$35.46

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.817. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.817. | **Nonpriority creditor's name and mailing address**

ST ALPHONSUS SCHOOL
2001 CONSTANCE ST
NEW ORLEANS LA 70130

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$3,850.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.818. | **Nonpriority creditor's name and mailing address**

ST ANNE ER GROUP, LLC
229 SAINT JOHN LN
COVINGTON LA 70433

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$305.55

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.819. | **Nonpriority creditor's name and mailing address**

ST ANTHONY OF PADUA CHURCH
4640 CANAL STREET
NEW ORLEANS LA 70119

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

3/3/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.820. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ST ANTHONY PRIORY
FRIAR SERGIO A SERRANO OP
4640 CANAL STREET
NEW ORLEANS LA 70119

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$8,679.70

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.821. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ST ANTHONY SCHOOL
900 FRANKLIN STREET
GRETNA LA 70053

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,550.00

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.822. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ST BERNARD EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,638.36

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.823. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ST BERNARDS MEDICAL CTR
225 E WASHINGTON AVE
JONESBORO AR 72401

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$66.69

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.824. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ST CHARLES PARISH HOSPITAL
PO BOX 733312
DALLAS TX 75373

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$92.23

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.825. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ST CHARLES WELLNESS LLC
1426 AMELIA STREET
NEW ORLEANS LA 70115

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$620.00

**Date or dates debt was incurred**

3/4/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.826. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST FRANCIS XAVIER CHURCH
MEN'S CLUB
444 METAIRIE ROAD
METAIRIE LA 70005

☑ Contingent
☑ Unliquidated
☑ Disputed

$220.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.827. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST FRANCIS XAVIER SCHOOL
215 BETZ PLACE
METAIRIE LA 70005

☑ Contingent
☑ Unliquidated
☑ Disputed

$3,000.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.828. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST JAMES PARISH HOSPITAL
PO BOX 9618
BELFAST ME 04915

☑ Contingent
☑ Unliquidated
☑ Disputed

$39.39

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

3.829. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ST JOAN OF ARC SCHOOL
919 CAMBRONNE STREET
NEW ORLEANS LA 70118

☑ Contingent
☑ Unliquidated
☑ Disputed

$2,400.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.830. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ST JOHN EMERGENCY GROUP LLC
PO BOX 679491
DALLAS TX 75267

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,208.52

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.831. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ST JUDE COMMUNITY CENTER
400 N RAMPART ST
NEW ORLEANS LA 70112

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

12/18/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.832.   **Nonpriority creditor's name and mailing address**

ST LUKES MEDICAL MANAGEMENT LL
PO BOX 23933
BALFAST ME 04915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$39.65

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.833.   **Nonpriority creditor's name and mailing address**

ST MARY MAGDALEN
6425 WEST METAIRIE AVENUE
METAIRIE LA 70003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$38,435.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.834.   **Nonpriority creditor's name and mailing address**

ST MATTHEW THE APOSTLE
10021 JEFFERSON HIGHWAY
RIVER RIDGE LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$4,847.80

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.835. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST PAUL THE APOSTLE CHURCH
6828 CHEF MENTURE HWY
NEW ORLEANS LA 70126

☑ Contingent
☑ Unliquidated
☑ Disputed

$25.00

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.836. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST PETER CLAVER CHURCH
1910 URSULINES AVE
NEW ORLEANS LA 70116-2197

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,750.00

**Date or dates debt was incurred**

1/7/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.837. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST PIUS X CHURCH
6666 SPANISH FORT BLVD
NEW ORLEANS LA 70124

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,492.17

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　Case number *(if known)* **20-10846**

| 3.838. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST RITA CHURCH
2729 LOWERLINE STREET
NEW ORLEANS LA 70125

☑ Contingent
☑ Unliquidated
☑ Disputed

$150.00

**Date or dates debt was incurred**

3/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.839. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST TAMMANY EMERGENCY PHYSICIAN
PO BOX 721736
NORMAN OK 73070

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,838.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.840. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST TAMMANY HOSPITAL HOME HEALT
725 W 11TH
COVINGTON LA 70433

☑ Contingent
☑ Unliquidated
☑ Disputed

$330.00

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                  Case number *(if known)* **20-10846**

| 3.841. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST TAMMANY MAINTENANCE INC
37460 HEMLOCK DRIVE
PEARL RIVER LA 70452

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,499.00

**Date or dates debt was incurred**

4/18/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.842. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST TAMMANY PARISH HOSPITAL
PO BOX 54482
NEW ORLEANS LA 70154

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,335.30

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.843. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST THERESE ACADEMY
917 N ATLANTA STREET
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$14,037.20

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.844. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ST THOMAS COMMUNITY HEALTH CEN
1936 MAGAZINE ST
NEW ORLEANS LA 70130

$94.32

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.845. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ST. ANN, STEPHANIE
Address Intentionally Omitted

$14.26

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

2/18/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.846. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ST. GERMAIN, DONALD
Address Intentionally Omitted

$110.87

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

3/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.847. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ST. JOACHIM PARISH CHURCH
5505 BARATARIA BLVD.
MARRERO LA 70072

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,351.77

**Date or dates debt was incurred**

4/3/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.848.   **Nonpriority creditor's name and mailing address**

ST. JOHN PARISH SCHOOL BOARD
ATTN: STEPHEN VALES
P. O. DRAWER AL
RESERVE LA 70084

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$207.20

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.849.   **Nonpriority creditor's name and mailing address**

ST. JOHN THEATRE
C/O DANNY ZUKO
P. O. BOX 188
RESERVE LA 70084

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,400.00

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.850. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.850.

**Nonpriority creditor's name and mailing address**

ST. JOSEPH'S CHURCH
1802 TULANE AVE
NEW ORLEANS LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

11/20/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.851.

**Nonpriority creditor's name and mailing address**

ST. PIUS CATHOLIC SCHOOL
6600 SPANISH FORT
NEW ORLEANS LA 70124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

3/3/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.852.

**Nonpriority creditor's name and mailing address**

ST. ROSALIE ELEMENTARY SCHOOL
617 2ND AVENUE
HARVEY LA 70058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

4/13/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.853. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.853.

**Nonpriority creditor's name and mailing address**

STAGNI, JOSEPH
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$50.72

**Date or dates debt was incurred**

3/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.854.

**Nonpriority creditor's name and mailing address**

START COMMUNITY CLINIC
5975 FEDERAL 80 HWY
RAYVILLE LA 71269

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$152.79

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.855.

**Nonpriority creditor's name and mailing address**

STAY THE COURSE EDU
11374 NEW ENGLAND PLACE
GOLD RIVER CA 95670

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.856. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.856.

**Nonpriority creditor's name and mailing address**

STEEN, VICKI L
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$497.15

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.857.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.858.

**Nonpriority creditor's name and mailing address**

STRAWBERRY PATCH PEDS AND FAMI
1054 SW RAILROAD AVE
PONCHATOULA LA 70454

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$42.80

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.859. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUMMERS NEUROSURGETY LLC
15739 PROFESSIONLA PLAZA
HAMMOND LA 70403

☑ Contingent
☑ Unliquidated
☑ Disputed

$105.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.860. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUMNER, CARLA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$27.05

**Date or dates debt was incurred**

2/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.861. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUNRISE PEDIATRICS
3116 6TH ST STE 101
METAIRIE LA 70002

☑ Contingent
☑ Unliquidated
☑ Disputed

$86.14

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.862. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SUPERIOR MEDICINE GROUP LLC
6621 WESTBANK EXPY
MARRERO LA 70072

☑ Contingent
☑ Unliquidated
☑ Disputed

$72.76

**Date or dates debt was incurred**              **Basis for the claim:**

4/30/2020                                        TRADE PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No
☐ Yes

3.863. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SUPERIOR REHABILITATION
6820 VETERANS BLVD STE A
METAIRIE LA 70003

☑ Contingent
☑ Unliquidated
☑ Disputed

$120.00

**Date or dates debt was incurred**              **Basis for the claim:**

4/30/2020                                        TRADE PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No
☐ Yes

3.864. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SURCOUF, ANDREE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$268.77

**Date or dates debt was incurred**              **Basis for the claim:**

4/24/2020                                        TRADE PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.865. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.865.   **Nonpriority creditor's name and mailing address**

SWYFT CONNECT
P O BOX 620
MILIAN TN 38358

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$125.00

**Date or dates debt was incurred**

3/23/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.866.   **Nonpriority creditor's name and mailing address**

SYNERGY PHYSICAL THERAPY & PER
1827 HICKORY AVE STE B
HARAHAN LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$240.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.867.   **Nonpriority creditor's name and mailing address**

SYNERGY PHYSICAL THERAPY & PER
1827 HICKORY AVE STE B
HARRAHAN LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$260.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.868. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TACTILE SYSTEMS TECHNOLOGY INC
3701 WAYZATA BLVD STE 300
MINNEAPOLIS MN 55416

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,637.30

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.869. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TALWAR, NISHA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$154.59

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.870. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TAORMINA, REV MSGR ANDREW
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,713.41

**Date or dates debt was incurred**

4/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 3.871. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.871. | **Nonpriority creditor's name and mailing address**

TARLETON, WARRWN
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$816.75

**Date or dates debt was incurred**

04/01/2020 - 04/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.872. | **Nonpriority creditor's name and mailing address**

TEANNIA WLLIAMS CORP
PO BOX 366218
HYDE PARK MA 02136

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$457.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.873. | **Nonpriority creditor's name and mailing address**

TECHNOLOGY OFFICE
7887 WALMSLEY AVENUE
NEW ORLEANS LA 70125

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$4,640.25

**Date or dates debt was incurred**

3/31/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.874. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

TELADOC PHYSICIANS PA
DEPT 3297
PO BOX 123297
DALLAS TX 75312

☑ Contingent
☑ Unliquidated
☑ Disputed

$200.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.875. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

TERMINIX
P.O. BOX 8668
METAIRIE LA 70011-8668

☑ Contingent
☑ Unliquidated
☑ Disputed

$195.00

**Date or dates debt was incurred**

4/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.876. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

TERMINIX
P.O. BOX 8668
METAIRIE LA 70011-8668

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,737.00

**Date or dates debt was incurred**

4/28/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

3.877.   **Nonpriority creditor's name and mailing address**

THE BATON ROUGE CLINIC AMC
7373 PERKINS RD
BATON ROUGE LA 70808

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$237.86

---

3.878.   **Nonpriority creditor's name and mailing address**

THE DELTA PATHOLOGY GROUP LLC
DEPT NUMBER 10016
P O BOX 3780
TUPELO MS 38803

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$441.95

---

3.879.   **Nonpriority creditor's name and mailing address**

THE PREMISES
3401 EDENBORN AVE.
METAIRIE LA 70002

**Date or dates debt was incurred**

4/27/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$962.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.880. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE RENY COMPANY
1820 PRESTON PARK BLVD
SUITE 1900
PLANO TX 75093

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,241.00

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.881. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE SHERWIN WILLIAMS CO
1324 W. AIRLINE HWY. #9
LAPLACE LA 70068

☑ Contingent
☑ Unliquidated
☑ Disputed

$204.67

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.882. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THERAPYDIA - MID CITY
STE 4 421 N CARROLLTON AVE'
NEW ORLEANS LA 70119

☑ Contingent
☑ Unliquidated
☑ Disputed

$60.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.883.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:     | **Amount of claim**
*Check all that apply.*

THIRD COAST SOCCER
1886 N. CAUSEWAY BLVD.                                         $46.99
MANDEVILLE LA 70471

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

2/19/2020                                                      TRADE PAYABLE

**Last 4 digits of account number:**                          **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.884.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:     | **Amount of claim**
*Check all that apply.*

THIRD COAST SOCCER
1886 NORTH CAUSEWAY BLVD.                                      $73.00
MANDEVILLE LA 70471

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

4/7/2020                                                      TRADE PAYABLE

**Last 4 digits of account number:**                          **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.885.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:     | **Amount of claim**
*Check all that apply.*

THOMAS P MELANCON MD LLC
PO BOX 9184                                                   $34.12
BELFAST ME 04915

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

4/30/2020                                                     TRADE PAYABLE

**Last 4 digits of account number:**                          **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.886.   **Nonpriority creditor's name and mailing address**

THOMAS, TERE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.887.   **Nonpriority creditor's name and mailing address**

TIBLIER, MELANIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$104.00

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.888.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

**3.889.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TOSKI, DEBORAH
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$179.79

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.890.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TOTAL HEALTH SOLUTIONS DBA OCH
PO BOX 54177
NEW ORLEANS LA 70154

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$40.65

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.891.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TOUCHET, JESSICA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$1.32

**Date or dates debt was incurred**

4/26/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.892. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

TOURO AT HOME TOURO INFIRMARY
1401 FOUCHER ST
NEW ORLEANS LA 70115

$4,465.95

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

3/13/2020                                    TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.893. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

TOURO INFIRMARY HOSPITAL
PO BOX 919279
DALLAS TX 75391

$4,073.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

4/30/2020                                    TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.894. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

TRAMONTANA PHD, DR JOSEPH
35 CHATHAM DRIVE
NEW ORLEANS LA 70122

$400.00

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

3/17/2020                                    TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.895.   **Nonpriority creditor's name and mailing address**

TRAN, CAN N
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $136.32 |

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.896.   **Nonpriority creditor's name and mailing address**

TRAN, REV VINCENT QUI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $1,615.22 |

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.897.   **Nonpriority creditor's name and mailing address**

TRANSFIGURATION OF THE LORD
2212 PRENTISS AVE
NEW ORLEANS LA 70122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $2,500.00 |

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.898. | **Nonpriority creditor's name and mailing address** |

TRAUGHBER, JENNIFER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$105.60

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.899. | **Nonpriority creditor's name and mailing address** |

TRC MEMORIAL DLYS
PO BOX 402946
ATLANTA GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$3,437.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.900. | **Nonpriority creditor's name and mailing address** |

TRISH FOTI MUSIC
4964 FOLSE DR
METAIRIE LA 70006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

11/26/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 3.901. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.901.

**Nonpriority creditor's name and mailing address**

TULANE UNIV HOSP AND CLINIC
P O BOX 402872
ATLANTA GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,467.88

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.902.

**Nonpriority creditor's name and mailing address**

TULANE UNIV HOSP AND CLN
PO BOX 402872
ATLANTA GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$2,515.92

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.903.

**Nonpriority creditor's name and mailing address**

TWO WAY COMMUNICATIONS INC
1704 JUSTIN ROAD
METAIRIE LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$800.00

**Date or dates debt was incurred**

3/18/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.904. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

U S DEPARTMENT OF HOMELAND SECURITY
245 MURRAY LN SW
STE 14
WASHINGTON DC 20528

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,440.00

**Date or dates debt was incurred**

4/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.905. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ULLOA, LAURA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$1,090.67

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.906. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UMCMC DBA INTERIM LSU HOSPITAL
PO BOX 919133
DALLAS TX 75391

☑ Contingent
☑ Unliquidated
☑ Disputed

$4,709.96

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

---

3.907. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

UNGER, MATTHEW
Address Intentionally Omitted

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$500.00

---

3.908.

**Nonpriority creditor's name and mailing address**

UNITED STATES OF AMERICA
US ATTORNEYS OFFICE EASTERN DISTRICT OF LOUISIANA
MIMI NGUYEN ASSISTANT U.S. ATTORNEY
650 POYDRAS STREET, SUITE 1600
> NEW ORLEANS, LOUISIANA 70130 LA 70130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.909.

**Nonpriority creditor's name and mailing address**

UNITED WAY
ACCOUNTS RECEIVABLE
2515 CANAL ST
NEW ORLEANS LA 70119-6445

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$169.56

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.910.   **Nonpriority creditor's name and mailing address**

UNIVERSAL CITY DEVELOPMENT
EVENT SALES DEPARTMENT
1000 UNIVERSAL STUDIO PLAZA
ORLANDO FL 32819

**Date or dates debt was incurred**

3/10/2020

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $1,105.94 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.911.   **Nonpriority creditor's name and mailing address**

UNIVERSITY LAB HIGH SCHOOL
45 DALRYMPLE DRIVE
BATON ROUGE LA 70803

**Date or dates debt was incurred**

3/11/2020

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $263.40 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.912.   **Nonpriority creditor's name and mailing address**

UNIVERSITY OF DAYTON
INSTITUTE FOR PASTORAL INITIATIVES/VLCFF
300 COLLEGE PARK
DAYTON OH 45469-7013

**Date or dates debt was incurred**

4/19/2020

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $105.00 |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.913. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

UNIVERSITY PHYSICIANS
PO BOX 11407
BIRMINGHAM AL 35246

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$140.44

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.914. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

URGENT CARE ELEVEN LLC
3218 SAINT CLAUDE AVE.
NEW ORLEANS LA 70117

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$272.30

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.915. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

URGENT CARE ELEVEN, LLC
3218 SAINT CLAUDE AVE
NEW ORLEANS LA 70117

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$88.02

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                  Case number *(if known)* **20-10846**

---

3.916.   **Nonpriority creditor's name and mailing address**

URGENT CARE OF MORGAN CITY LLC
STE 500 1216 N VICTOR II BLVD
MORGAN CITY LA 70380

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$140.00

---

3.917.   **Nonpriority creditor's name and mailing address**

UROLOGY ASSOCIATES OF LA,LLC
1111 MED CTR
MARRERO LA 70072

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$139.35

---

3.918.   **Nonpriority creditor's name and mailing address**

VANGEFFEN PHD, KIM E
145 ROBERT E LEE BLVD
NEW ORLEANS LA 70124

**Date or dates debt was incurred**

3/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,000.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.919.   **Nonpriority creditor's name and mailing address**

VANGEFFEN, KIM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$785.30

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.920.   **Nonpriority creditor's name and mailing address**

VARSITY SPIRIT FASHIONS
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 751210
MEMPHIS TN 38175-1210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$57.82

**Date or dates debt was incurred**

2/20/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.921.   **Nonpriority creditor's name and mailing address**

VENTURE INVESTMENT ASSOCIATES
88 MAIN ST
PO BOX 131
PEAPACK NJ 07977

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNFUNDED COMMITMENT - VIA ENERGY III L.P

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.922. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

VERUS HEALTHCARE LLC
PO BOX 825513
PHILADELPHIA PA 19182

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$24.62

---

| | | |
|---|---|---|
| 3.923. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

VI COMMUNICATIONS INC
46 SUSSEX STREET
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,507.00

---

| | | |
|---|---|---|
| 3.924. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

VILLA, MATT
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

2/7/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$13.43

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.925. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VINCENT, BARBARA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.926. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VISE, JARRETT A
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$15.00

**Date or dates debt was incurred**

3/22/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.927. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VISUAL CHANGES INC.
P O BOX 777
MANDEVILLE LA 70470-0777

☑ Contingent
☑ Unliquidated
☑ Disputed

$260.00

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.928. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WALLACE, DONNA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**
APRIL 2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.929. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WALLACE, STEPHANIE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$250.00

**Date or dates debt was incurred**
4/15/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.930. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WALTER H EVERSMEYER III MD APM
4315 HOUMA BLVD STE 303
METAIRIE LA 70006

☑ Contingent
☑ Unliquidated
☑ Disputed

$52.79

**Date or dates debt was incurred**
4/30/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.931. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WALTERS, GERRI
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$75.00

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.932. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WARRINER, DEACON A. DAVID
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$100.00

**Date or dates debt was incurred**

4/10/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.933. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WASH-ST TAMMANY ELECTRIC CO INC
P.O. BOX 697
FRANKLINTON LA 70438-0792

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$5,276.28

**Date or dates debt was incurred**

4/23/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.934. | **Nonpriority creditor's name and mailing address** |

WASTE CONNECTIONS BAYOU, INC
P.O. BOX 679859
DALLAS TX 75267-9859

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$235.31

---

| | |
|---|---|
| 3.935. | **Nonpriority creditor's name and mailing address** |

WASTE MANAGEMENT
P.O. BOX 55558
BOSTON MA 02205

**Date or dates debt was incurred**

4/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$74.29

---

| | |
|---|---|
| 3.936. | **Nonpriority creditor's name and mailing address** |

WASTE MANAGEMENT OF LOUISANA, LLC
P.O. BOX 55558
BOSTON MA 02205-5558

**Date or dates debt was incurred**

4/23/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$50.00

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

**3.937.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| WASTE MANAGEMENT OF LOUISIANA, LLC | | $48.50
| P.O. BOX 55558 | ☑ Contingent |
| BOSTON MA 02205 | ☑ Unliquidated |
| | ☑ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 4/23/2020 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.938.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| WASTE MANAGEMENT OF NEW ORLEANS | | $166.95
| P. O. BOX 55558 | ☑ Contingent |
| BOSTON MA 02205-5558 | ☑ Unliquidated |
| | ☑ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 4/1/2020 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.939.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| WASTE MANAGEMENT OF ST TAMMANY | | $97.22
| PO BOX 55558 | ☑ Contingent |
| BOSTON MA 02205-5558 | ☑ Unliquidated |
| | ☑ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 4/23/2020 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                 Case number *(if known)* **20-10846**

| 3.940. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.940.   **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF ST. TAMMANY
P.O. BOX 9001054
LOUISVILLE KY 40290-1054

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$55.91

**Date or dates debt was incurred**

4/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.941.   **Nonpriority creditor's name and mailing address**

WATTIGNY, REVEREND PATRICK B.
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.942.   **Nonpriority creditor's name and mailing address**

WAYNE'S VENDING
5812 PLAUCHE CT.
HARAHAN LA 70123

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$163.24

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.943. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.943.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

Basis for the claim:

UNRESOLVED CLAIM

**Last 4 digits of account number:**

Is the claim subject to offset?

☑ No
☐ Yes

---

3.944.   **Nonpriority creditor's name and mailing address**

WEBB, KASEY
OFFICE OF CATHOLIC SCHOOLS
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$1,194.28

**Date or dates debt was incurred**

3/5/2020

Basis for the claim:

TRADE PAYABLE

**Last 4 digits of account number:**

Is the claim subject to offset?

☑ No
☐ Yes

---

3.945.   **Nonpriority creditor's name and mailing address**

WEISS, PHILIP S
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$175.46

**Date or dates debt was incurred**

4/30/2020

Basis for the claim:

TRADE PAYABLE

**Last 4 digits of account number:**

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                                   Case number *(if known)* **20-10846**

---

**3.946.**  **Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
PO BOX 846095
DALLAS TX 75284-6095

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,276.00 |

---

**3.947.**  **Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
P.O. BOX 650016
DALLAS TX 75265-0016

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $317.27 |

---

**3.948.**  **Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
ATTN: CUSTOMER SERVICE
P.O. BOX 3072
CEDAR RAPIDS IA 52406-3072

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ARCHBISHOP HANNAN HIGH SCHOOL - COMPUTER EQUIPMENT LEASE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.949.   **Nonpriority creditor's name and mailing address**

WES-PET
2320 N. CAUSEWAY BLVD.
METAIRIE LA 70001

**Date or dates debt was incurred**

4/9/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $17.46 |

---

3.950.   **Nonpriority creditor's name and mailing address**

WEST JEFFERSON MEDICAL CE
PO BOX 919351
DALLAS TX 75391

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $17,567.68 |

---

3.951.   **Nonpriority creditor's name and mailing address**

WEST JEFFERSON WOMENS HEALTH
PO BOX 733199
DALLAS TX 75373

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $310.59 |

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.952. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.952.

**Nonpriority creditor's name and mailing address**

WESTBANK URGENT CARE
148 WALL BLVD
GRETNA LA 70056

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$375.00

---

3.953.

**Nonpriority creditor's name and mailing address**

WESTCARE MEDICAL CENTER
PO BOX 1819
MARRERO LA 70073

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$366.46

---

3.954.

**Nonpriority creditor's name and mailing address**

WESTSIDE DERMATOLOGY
120 OCHSNER BLVD TE 430
GRETNA LA 70056

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$184.53

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

| 3.955. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.955.** **Nonpriority creditor's name and mailing address**

WETEKAMM, JEFF
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$375.00

**Date or dates debt was incurred**

1/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.956.** **Nonpriority creditor's name and mailing address**

WETTA, NICOLE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$154.09

**Date or dates debt was incurred**

5/31/2019

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.957.** **Nonpriority creditor's name and mailing address**

WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$360.03

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.958. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE OAK CONSULTING
MANAGING PARTNER
88 MELROSE DRIVE
DESTREHAN LA 70047-2008

☑ Contingent
☑ Unliquidated
☑ Disputed

$27,012.25

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.959. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.960. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITMAN, ROBERT
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$55.56

**Date or dates debt was incurred**

1/9/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

---

3.961.   **Nonpriority creditor's name and mailing address**

WILLIAMS, ASANDRIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$43.00

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.962.   **Nonpriority creditor's name and mailing address**

WILLIAMS, PERCY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$725.00

**Date or dates debt was incurred**

3/12/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.963.   **Nonpriority creditor's name and mailing address**

WILLIAMS, PERCY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$70.00

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| 3.964. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.964.    **Nonpriority creditor's name and mailing address**

WILLOUGHBY, WILLIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.965.    **Nonpriority creditor's name and mailing address**

WJS ENTERPRISES INC
759 HILL STREET
JEFFERSON LA 70121

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$824.21

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.966.    **Nonpriority creditor's name and mailing address**

WJS ENTERPRISES INC
759 HILL STREET
JEFFERSON LA 70121

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$718.90

**Date or dates debt was incurred**

3/27/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.967. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.967.   **Nonpriority creditor's name and mailing address**

WOMENS CARE FLORIDA
5002 W LEMON ST
TAMPA FL 33609

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$106.34

---

3.968.   **Nonpriority creditor's name and mailing address**

WRIGHT NATIONAL FLOOD INS CO
P O BOX 33070
ST PETERSBURG FL 33733-8070

**Date or dates debt was incurred**

4/4/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,474.00

---

3.969.   **Nonpriority creditor's name and mailing address**

WRIGHT, ERIN
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,105.65

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.970.    **Nonpriority creditor's name and mailing address**

WRKN-FM
201 ST. CHARLES AVENUE
SUITE 201
NEW ORLEANS LA 70170

**Date or dates debt was incurred**

3/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $100.00 |

---

3.971.    **Nonpriority creditor's name and mailing address**

XEROX CORP
PO BOX 802555
CHICAGO IL 60680

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $359.47 |

---

3.972.    **Nonpriority creditor's name and mailing address**

XEROX FINANCIAL SERVICES
P.O. BOX 202882
DALLAS TX 75320

**Date or dates debt was incurred**

4/30/2020, 4/24/20

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $2,740.30 |

---

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.973. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZANCA, TOMMY
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$200.00

**Date or dates debt was incurred**

4/21/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.974. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZAVERI, KIRAN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$79.28

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.975. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZERINGUE, SUSAN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$46.66

**Date or dates debt was incurred**

3/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| AMERICAN MUTUAL INSURANCE COMP ANY AS INSURER OF UNDERWOOD GLASS COMPANY AND ITS EXECUTIVE OFFICERS LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVE BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| ASBESTOS CORPORATION LTD. LONG ARM SERVICE OF PROCESS VIA THE HAGUE 840 BOUL OUELLET CP9 THETFORD MINES, PQ HOLLAND G6G 5SL THE NETHERLANDS | Part 2 line 3.581 | _____ |
| AT&T CORP CT CORPORATION SYSTEM 3867 PLAZA TOWER DR BATON ROUGE LA 70816 | Part 2 line 3.581 | _____ |
| BARON & BUDD, P.C. J. BURTON LEBLANC DAVID R CANNELLA CHRISTOPHER C. COLLEY JEREMIAH S. BOLING 2600 CITIPLACE DR SUITE 400 BATON ROUGE LA 70808 | Part 2 line 3.581 | _____ |
| BURMASTER LAND & DEVELOPMENT COMP ANY, LLC AGENT FOR SERVICE A.J. BURMASTER 7033 EDGEWATER DR MANDEVILLE, LA 70471 LA 70471 | Part 2 line 3.581 | _____ |
| BUTLER SNOW LLP DAVID S RUBIN; JAMES R AUSTIN 445 N BLVD STE 300 BATON ROUGE LA 70802 | Part 2 line 3.367 | _____ |
| CAPTRUST ATTN LEGAL DEPT 102 W. WHITING STREET SUITE 400 TAMPA FL 33602-5140 | Part 2 line 3.786 | _____ |
| CAPTRUST ATTN LEGAL DEPT 102 W. WHITING STREET SUITE 400 TAMPA FL 33602-5140 | Part 2 line 3.788 | _____ |
| CAPTRUST ATTN LEGAL DEPT 102 W. WHITING STREET SUITE 400 TAMPA FL 33602-5140 | Part 2 line 3.787 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.462 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.700 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| Name and Address Intentionally Omitted | Part 2 line 3.491 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.345 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.481 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.481 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.378 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.726 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.726 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.438 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.490 | _____ |
| CENTENNIAL INSURANCE COMP ANY<br>AS INSURER OF NORTH AMERICAN ASBESTOS<br>CORPORATION<br>LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| CERTAIN UNDERWRITERS AT LLOYD'S OF<br>LONDON<br>AS INSURER OF ADVOCATE MINES, LTD.)<br>LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.471 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| CONTINENTAL INSURANCE COMPANY<br>(AS INSURER OF ADVOCATE MINES, LTD<br>LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| CSR,LTD.<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>9 HELP STREET<br>CHATSWOOD NSW 2067<br>AUSTRALIA | Part 2 line 3.581 | _____ |
| CSR,LTD.<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>LOCKED BAG 6<br>CHATSWOOD NSW 2057<br>AUSTRALIA | Part 2 line 3.581 | _____ |
| EAGLE, INC.<br>(F/K/A EAGLE ASBESTOS & PACKING CO., INC.)<br>SIMON, PERAGINE, SMITH & REDFEARN AGENT<br>FOR SERVICE:<br>SUSAN B. KOHN<br>ENERGY CENTER - 30TH FLOOR<br>1100 POYDRAS STREET<br>NEW ORLEANS LA 70163 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.138 | _____ |
| EXCESS INSURANCE COMPANY<br>(AS INSURER OF ADVOCATE MINES, LTD.)<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.287 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.103 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.545 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.102 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>500 C STREET SW.<br>WASHINGTON DC 20472 | Part 2 line 3.290 | _____ |
| FEDERAL INSURANCE COMPANY<br>(AS INSURER OF ADVOCATE MINES, LTD.)<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.455 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.456 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.457 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.458 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.459 | _____ |
| GUARD-LINE, INC.<br>LOUISIANA LONG ARM STATUTE<br>1001 PROGRESS DR<br>ATLANTA TX 75551 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.103 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.768 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.545 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.857 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.287 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| INSURANCE COMP ANY OF NORTH AMERICA<br>(AS INSURER OF NORTH AMERICAN ASBESTOS<br>CORPORATION<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | |
| LAMORAK INSURANCE COMP ANY<br>AS SUCCESSOR TO AMERICAN EMPLOYERS<br>INSURANCE COMPANY<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422 | Part 2 line 3.760 | _____ |
| LOMBARD INSURANCE COMP ANY<br>INSURER OF ADVOCATE MINES, LTD.<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| MCCARTY CORPORATION, THE<br>(F/K/A MCCARTY-BRANTON, INC.)<br>AGENT FOR SERVICE:<br>PAUL SPAHT<br>4232 BLUEBONNET BLVD<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.294 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.295 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.296 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.297 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.298 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.299 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.300 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.301 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | Part 2 line 3.302 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.303 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.304 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.305 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.306 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.307 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.308 | _____ |
| NEWMAN MATHIS BRADY & SPEDALE MARK C LANDRY A PROFESSIONAL LAW CORPORATION 433 METAIRIE RD.,STE 600 METAIRIE LA 70005 | Part 2 line 3.309 | _____ |
| PHILLIPS & COHEN LLP JEFFREY W. DICKSTEIN 200 S. BISCAYNE BLVD., SUITE 2790 MIAMI FL 33131 | _____ | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.103 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.462 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.768 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.545 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.700 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.491 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.857 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.345 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.481 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.481 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.378 | _____ |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| Name and Address Intentionally Omitted | Part 2 line 3.466 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.726 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.726 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.438 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.287 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.471 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.490 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| RICHARD C. TRAHANT<br>2908 HESSMER AVE<br>METAIRIE LA 70002 | Part 2 line 3.748 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.466 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.490 | _____ |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY<br>(AS INSURER OF NORTH AMERICAN ASBESTOS<br>CORPORATION<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| TAYLOR-SEIDENBACH, INC<br>AGENT FOR SERVICE ROBERT I. SHEPARD OR<br>HAL SHEPARD<br>731 S. SCOTT STREET<br>NEW ORLEANS LA 70119 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.857 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.103 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.768 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.545 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.857 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.102 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.287 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.103 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.768 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.545 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.102 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.287 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.385 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.103 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.768 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.545 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.104 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.857 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.102 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.287 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.229 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| UNION CARBIDE CORPORATION<br>AGENT FOR SERVICE CT CORPORATION SYSTEM<br>3867 PLAZA TOWER DR<br>BATON ROUGE LA 70816 | Part 2 line 3.581 | _____ |
| UNITED STATES FIDELITY & GUARANTY COMPANY<br>(AS INSURER OF UNDERWOOD GLASS COMPANY AND ITS EXECUTIVE OFFICERS<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.460 | _____ |
| Name and Address Intentionally Omitted | Part 2 line 3.460 | _____ |
| WESTCHESTER FIRE INSURANCE COMP ANY<br>(AS INSURER OF NORTH AMERICAN ASBESTOS CORPORATION<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |
| ZURICH INSURANCE COMP ANY<br>(AS INSURER OF NORTH AMERICAN ASBESTOS CORPORATION)<br>LOUISIANA LONG ARM STATUTE ACN 000 001 276<br>8585 ARCHIVES DR<br>BATON ROUGE LA 70809 | Part 2 line 3.581 | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | | $626,458.55 |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $91,169,798.91 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $91,796,257.46 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans |
| **United States Bankruptcy Court for the:** Eastern District of Louisiana |
| **Case number (if known):** 20-10846 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.1.[1] | **Title of contract** | SUBSCRIPTION AGREEMENT | ABS OFFSHORE SPC<br>537 STEAMBOAT ROAD<br>GREENWICH CT 06830 |
| | **State what the contract or lease is for** | FINANCIAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 45 - DAYS NOTICE ON LAST BUSINESS DAY OF QUARTER | |
| | **List the contract number of any government contract** | | |
| 2.2. | **Title of contract** | ACADEMY OF OUR LADY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ACADEMY OF OUR LADY |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | | |
| 2.3. | **Title of contract** | ACADEMY OF OUR LADY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUMMER CAMP REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ACADEMY OF OUR LADY |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.4. | Title of contract | ACADEMY OF OUR LADY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUMMER ENRICHMENT ENROLLMENT AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | ACADEMY OF OUR LADY |
| | State the term remaining | 2020 | |
| | List the contract number of any government contract | | |

| 2.5.[2] | Title of contract | GROUND LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CATHEDRAL SCHOOL - REAL PROPERTY LEASE - 820 DAUPHINE STREET, NEW ORLEANS, NEW ORLEANS PARISH, LA 70116 AND CONSISTING OF APPROXIMATELY 26.054 ACRES | ACADEMY REAL ESTATE, LLC ATTN WILLIAM R LEGIER 1100 POYDRAS ST 34TH FLOOR NEW ORLEANS LA 70163 |
| | Nature of debtor's interest | LESSOR | |
| | State the term remaining | 4/2067 | |
| | List the contract number of any government contract | | |

| 2.6. | Title of contract | FIRE ALARM INSPECTION & CERTIFICATION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | NORTH SHORE PASTORAL CENTER - SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ADS SYSTEMS LLC 300 VETERANS MEMORIAL BLVD KENNER LA 70062 |
| | State the term remaining | 1/7/2021 WITH AUTOMATIC 1- YEAR RENEWALS | |
| | List the contract number of any government contract | | |

| 2.7. | Title of contract | INSPECTION & SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 1000 HOWARD AVE - FIRE INSPECTION AND SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ADT COMMERCIAL 3303 TULANE AVE NEW ORLEANS LA 70119 |
| | State the term remaining | 4/30/2021 WITH AUTOMATIC 1 - YEAR RENEWAL | |
| | List the contract number of any government contract | | |

| 2.8. | Title of contract | AGREEMENT FOR PROJECTS OF LIMITED SCOPE BUILDING OFFICE ARCHDIOCESE OF NEW ORLEANS DATED 3/6/2020 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETREAT CENTER - FIRE ALARM INSTALLATION | |
| | Nature of debtor's interest | CONTRACT PARTY | ALARM DETECTION & SUPPRESSION SYSTEMS CONTRACTORS, LLC 30 VETERANS MEMORIAL BLVD. KENNER LA 70062 |
| | State the term remaining | ON COMPLETION | |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.9. | **Title of contract** | ST SCHOLASTICA ACADEMY - AMAZONSMILE PARTICIPATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DONATION PARTICIPATION PROGRAM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMAZONSMILE FOUNDATION |
| | **State the term remaining** | UNTIL TERMINATED | 410 TERRY AVE NORTH SEATTLE WA 98109-5210 |
| | **List the contract number of any government contract** | _____ | |

| 2.10. | **Title of contract** | POPE JOHN PAUL II HIGH SCHOOL - AMAZONSMILE PARTICIPATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DONATION PARTICIPATION PROGRAM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMAZONSMILE FOUNDATION |
| | **State the term remaining** | UNTIL TERMINATED | 410 TERRY AVE NORTH SEATTLE WA 98109-5210 |
| | **List the contract number of any government contract** | _____ | |

| 2.11. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE | |
| | **Nature of debtor's interest** | INSURED | AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA |
| | **State the term remaining** | MULTIPLE POLICIES (TERM DATES VARY BUT ARE ON AN ANNUAL BASIS) | PO BOX 731178 DALLAS TX 75373-1178 |
| | **List the contract number of any government contract** | _____ | |

| 2.12. | **Title of contract** | ARCHBISHOP CHAPELLE HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP CHAPELLE HIGH SCHOOL |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.13. | **Title of contract** | ARCHBISHOP CHAPELLE HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CRAFT FAIR SPECIAL EVENT REGISTRATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP CHAPELLE HIGH SCHOOL |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | _____ | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.14. | Title of contract | ARCHBISHOP CHAPELLE HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUMMER CAMP REGISTRATION AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | ARCHBISHOP CHAPELLE HIGH SCHOOL |
| | State the term remaining | 2020 | |
| | List the contract number of any government contract | | |

| 2.15. | Title of contract | ARCHBISHOP CHAPELLE HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUMMER ENRICHMENT REGISTRATION AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | ARCHBISHOP CHAPELLE HIGH SCHOOL |
| | State the term remaining | 2020 | |
| | List the contract number of any government contract | | |

| 2.16. | Title of contract | ARCHBISHOP CHAPELLE HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SCHOOL REGISTRATION AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | ARCHBISHOP CHAPELLE HIGH SCHOOL |
| | State the term remaining | 2021 | |
| | List the contract number of any government contract | | |

| 2.17. | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SCHOOL REGISTRATION AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | ARCHBISHOP HANNAN HIGH SCHOOL |
| | State the term remaining | 2021 | |
| | List the contract number of any government contract | | |

| 2.18. | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUMMER CAMP REGISTRATION AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | ARCHBISHOP HANNAN HIGH SCHOOL |
| | State the term remaining | 2020 | |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.19. | **Title of contract** | ARCHBISHOP HANNAN HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SENIOR TRIP AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP HANNAN HIGH SCHOOL |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | | |

| 2.20. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUMMER ENRICHMENT ENROLLMENT AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP RUMMEL HIGH SCHOOL |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | | |

| 2.21. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP RUMMEL HIGH SCHOOL |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | | |

| 2.22. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUMMER CAMP REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP RUMMEL HIGH SCHOOL |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | | |

| 2.23. | **Title of contract** | ARCHBISHOP SHAW HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARCHBISHOP SHAW HIGH SCHOOL |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| **2.24.** | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT |
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING |
| | **Nature of debtor's interest** | LESSOR |
| | **State the term remaining** | MONTH TO MONTH |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ARCHDIOCESAN CEMETERIES
SHERRI PEPPO
1000 HOWARD AVENUE
NEW ORLEANS LA 70113

| | | |
|---|---|---|
| **2.25.** | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | CAPTIVE COVERAGE IN REFERENCE TO CATHOLIC MUTUAL CERTIFICATE # 8554. |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 6/30/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ARCHDIOCESE OF NEW ORLEANS
INDEMNITY COMPANY, INC.

| | | |
|---|---|---|
| **2.26.** | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | STOP-LOSS POLICY - MEDICAL, PHARMACY |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 6/30/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ARCHDIOCESE OF NEW ORLEANS
INDEMNITY, INC.
7887 WALMSLEY AVE
NEW ORLEANS LA 70125

| | | |
|---|---|---|
| **2.27.** | **Title of contract** | POPE JOHN PAUL II HIGH SCHOOL - AUTHORIZE.NET PAYMENT GATEWAY MERCHANT SERVICE AGREEMENT |
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNTIL TERMINATED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AUTHORIZE.NET LLC
P.O. BOX 8999
SAN FRANCISCO CA 94128

| | | |
|---|---|---|
| **2.28.** | **Title of contract** | LETTER AGREEMENT DATED NOVEMBER 11, 2019 |
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON COMPLETION |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BADIA MORO HEWETT
ARCHITECTS LLC
2014 JENA STREET
NEW ORLEANS LA 70115

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.29. | Title of contract | ST. CHARLES CATHOLIC HIGH SCHOOL - BANCCARD MEMBER/MERCHANT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BANCCARD 7347 CHARLOTEE PIKE NASHVILLE TN 37209 |
| | State the term remaining | 2018 AGREEMENT | |
| | List the contract number of any government contract | _____ | |

| 2.30. | Title of contract | ST. CHARLES CATHOLIC HIGH SCHOOL - BANCCARD MEMBER/MERCHANT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BANCCARD 7347 CHARLOTEE PIKE NASHVILLE TN 37209 |
| | State the term remaining | 2019 AGREEMENT | |
| | List the contract number of any government contract | _____ | |

| 2.31. | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL - BLACKBAUD MERCHANT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES - 8545 | |
| | Nature of debtor's interest | CONTRACT PARTY | BLACKBAUD PO BOX 930256 ATLANTA GA 31193-0256 |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | _____ | |

| 2.32. | Title of contract | ST. SCHOLASTICA ACADEMY - BLACKBAUD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | BLACKBAUD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BLACKBAUD 2000 DANIEL ISLAND DRIVE CHARLESTON SC 29492 |
| | State the term remaining | 5/17/2022 | |
| | List the contract number of any government contract | _____ | |

| 2.33. | Title of contract | ADMINISTRATIVE SERVICES AGREEMENT FOR RUN-OUT CLAIMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | HEALTH CLAIM SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BLUE CROSS AND BLUE SHIELD OF LOUISIANA HMO LOUISIANA SOUTHERN NATIONAL LIFE LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA 5525 REITZ AVE BATON ROUGE LA 70809 |
| | State the term remaining | 12/31/2019 - IS THIS STILL VALID ? | |
| | List the contract number of any government contract | _____ | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.34. | **Title of contract** | CAMP ABBY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SPECIAL EVENT REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CAMP ABBY |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.35. | **Title of contract** | POPE JOHN PAUL II HIGH SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT LEASE - CANON IR-ADV C5250 WITH 2/3 HOLE PUNCH, SUPER G3 FAX, BOOKLET FINISHER | |
| | **Nature of debtor's interest** | LESSEE | CANON FINANCIAL SERVICES INC |
| | **State the term remaining** | 7/2/2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.36. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL - LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER EQUIPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CANON SOLUTIONS AMERICA, INC. ONE CANON PARK MELVILLE NY 11747 |
| | **State the term remaining** | 8/18/2023 - WITH FAIR MARKET VALUE PURCHASE OPTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.37. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL - LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER EQUIPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CANON SOLUTIONS AMERICA, INC. ONE CANON PARK MELVILLE NY 11747 |
| | **State the term remaining** | 7/18/2021 - WITH FAIR MARKET VALUE PURCHASE OPTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.38. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL - LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER EQUIPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CANON SOLUTIONS AMERICA, INC. ONE CANON PARK MELVILLE NY 11747 |
| | **State the term remaining** | 7/10/2023 - WITH FAIR MARKET VALUE PURCHASE OPTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.39. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL - LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER EQUIPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CANON SOLUTIONS AMERICA, INC. ONE CANON PARK MELVILLE NY 11747 |
| | **State the term remaining** | 7/25/2023 - WITH FAIR MARKET VALUE PURCHASE OPTION | |
| | **List the contract number of any government contract** | | |

| 2.40. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CAPITELLI S WICKER RALPH CAPITELLI 2950 ENERGY CENTRE 1100 POYDRAS STREET NEW ORLEANS LA 70163-2950 |
| | **State the term remaining** | UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |

| 2.41. | **Title of contract** | INSTITUTIONAL CONSULTING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCIAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CAPTRUST 102 W. WHITING STREET SUITE 400 TAMPA FL 33602-5140 |
| | **State the term remaining** | ON RECEIPT OF WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

| 2.42. | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | **Nature of debtor's interest** | LESSOR | CATHOLIC CHARITIES SR. MARJORIE HEBERT 1000 HOWARD AVENUE UNIT 107 NEW ORLEANS LA 70113 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |

| 2.43. | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | **Nature of debtor's interest** | LESSOR | CATHOLIC FOUNDATION MR. CORY J. HOWAT 1000 HOWARD AVENUE UNIT 800 NEW ORLEANS LA 70113 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.44. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY; LIABILITY; CRIME; MARINE; DIRECTORS & OFFICERS; PRIESTS/RELIGIOUS; EXCESS LIABILITY; EQUIPMENT; LONG TERM CARE PROFESIONAL LIABILITY, GENERAL LIABILITY & DIRECTORS & OFFICERS; SEXUAL MISCONDUCT - CERTIFICATE 8554 | CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 7/1/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.45. | **Title of contract** | CATHOLIC UMBRELLA POOL PARTICIPATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS CASUALTY PROTECTION | CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA ADMINISTRATOR |
| | **Nature of debtor's interest** | CONTRACT PARTY | 10843 OLD MILL ROAD SUITE 300 |
| | **State the term remaining** | AT ANY TIME AFTER THE INITIAL FOUR YEARS OF THIS AGREEMENT, EITHER CUP, BY VOTE OF TWO THIRDS (2/3RDS) OF THE MEMBERS, OR THE ADMINISTRATOR MAY TERMINATE THIS AGREEMENT WITHOUT CAUSE BY GIVING THE OTHER PARTY WRITTEN NOTICE OF ITS INTENT TO TERMINATE AT LEAST ONE HUNDRED EIGHTY (180) DAYS PRIOR TO ANY ANNIVERSARY OF ITS EFFECTIVE DATE. | OMAHA NE 68154-2600 |
| | **List the contract number of any government contract** | _____ | |

| 2.46. | **Title of contract** | WATER TREATMENT PROGRAM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 1000 HOWARD AVENUE - WATER TREATMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHEMSEARCH, INC |
| | **State the term remaining** | 3/20/2021 | 2727 CHEMSEARCH BLVD. IRVING TX 75015 |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHRISTMOUNT |
| | **State the term remaining** | 7/12/2020 | 222 FERN WAY BLACK MOUNTAIN NC 28711 |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | **Nature of debtor's interest** | LESSOR | CHRISTOPHER HOMES DEACON DENNIS ADAMS |
| | **State the term remaining** | MONTH TO MONTH | 1000 HOWARD AVENUE NEW ORLEANS LA 70113 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.49. | Title of contract | FACILITY SERVICES RENTAL SERVICE AGREEMENT NO. 3637 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | BLACK MAT RENTAL | |
| | Nature of debtor's interest | CONTRACT PARTY | CINTAS<br>P.O. BOX 650838<br>DALLAS TX 75265-0838 |
| | State the term remaining | 7/29/2024 | |
| | List the contract number of any government contract | _____ | |

| 2.50. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CIRCLE LAKE RETREAT CENTER<br>ARCHDIOCESE OF GALVESTON-HOUSTON<br>P.O. BOX 1410<br>PINEHURST TX 77362-1410 |
| | State the term remaining | 6/28/2020 | |
| | List the contract number of any government contract | _____ | |

| 2.51. | Title of contract | OFFICE SPACE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | Nature of debtor's interest | LESSOR | CLARION HERALD<br>PETER FINNEY<br>1000 HOWARD AVENUE<br>UNIT 400<br>NEW ORLEANS LA 70113 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | _____ | |

| 2.52. | Title of contract | POPE JOHN PAUL II HIGH SCHOOL - GIVESMART SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | COMMUNITY BRANDS HOLDCO, LLC,<br>9620 EXECUTIVE CENTER DR. N #200<br>ST. PETERSBURG FL 33702 |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | _____ | |

| 2.53. | Title of contract | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CATHOLIC COUNSELING CENTER - SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CORVUS JANITORIAL SUPPLIES<br>2332 SEVERN AVE<br>METAIRIE LA 70001 |
| | State the term remaining | 2/26/2018 WITH AUTOMATIC 1 - YEAR RENEWALS | |
| | List the contract number of any government contract | _____ | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.54. | **Title of contract** | COMMERCIAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LTHC - BATON ROUGE - INTERNET, WIFI AND IP SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COX BUSINESS |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | 7401 FLORDIA BLVD BATON ROUGE LA 70806 |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | COMMERCIAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CCANO - BATON ROUGE - WAN CONTRACT; INTERNET, WIFI AND IP SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COX BUSINESS |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | 7401 FLORDIA BLVD BATON ROUGE LA 70806 |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | PAYROLL PROCESSING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CRESCENT PAYROLL SOLUTIONS, IN ., |
| | **State the term remaining** | 1/24/2023 | ATTN: JUSTIN FARRAE 2225 N. HULLEN ST., METARIE LA 70001 |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | POST - CONSTRUCTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TERMITE ABATEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DA EXTERMINATING CO INC |
| | **State the term remaining** | 5/31/2021 | 4440 WABASH ST METAIRIE LA 70001 |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | ACADMEY OF OUR LADY - EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT # FTC160511T -001 - LANIER | |
| | **Nature of debtor's interest** | LESSEE | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| | **State the term remaining** | 2/20/2023 | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.59. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMPUTER EQUIPMENT LESE | |
| | Nature of debtor's interest | LESSEE | DELL FINANCIAL SERVICES LP |
| | State the term remaining | 5/28/2020 | MALL STOP P82DF 23 ONE DELL WAY |
| | List the contract number of any government contract | _____ | ROUND ROCK TX 78682 |

| 2.60. | Title of contract | ENGAGEMENT LETTER DATED MARCH 11, 2020 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEGAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | DENECHAUD AND DENECHAUD, L.L.C. |
| | State the term remaining | UNTIL TERMINATED | 20 1 ST. C HARLES AVENUE STE 3920 |
| | List the contract number of any government contract | _____ | NEW ORLEANS LA 70170 |

| 2.61. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | EAGLE HURST RANCH |
| | State the term remaining | 6/14/2020 | ANGIE BUTZ 240 EAGLE HURST RD |
| | List the contract number of any government contract | _____ | STEELVILLE MO 65565 |

| 2.62. | Title of contract | ARCHBISHOP RUMMEL HIGH SCHOOL - ELAVON | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ELAVON |
| | State the term remaining | UNTIL TERMINATED | 2 CONCOURSE PARKWAY SUITE 800 |
| | List the contract number of any government contract | _____ | ATLANTA GA 30328 |

| 2.63. | Title of contract | ELEVATOR INSPECTION AND CONSULTING CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ELEVATOR TECHNICAL SERVICES, INC. |
| | State the term remaining | 7/31/2021 | 2324 HIGHWAY 457 |
| | List the contract number of any government contract | _____ | ALEXANDRIA LA 71302-9248 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 2.64. | Title of contract | ELEVATOR INSPECTION AND CONSULTING CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ELEVATOR TECHNICAL SERVICES, INC. |
| | State the term remaining | 7/13/2019 WITH 2 - AUTOMATIC 1 - YEAR RENEWALS EXPIRED 7/31/2021 | MR. BOBBY N. JONES, CEO 2324 HIGHWAY 457 |
| | List the contract number of any government contract | | ALEXANDRIA LA 71302-9248 |

| 2.65. | Title of contract | ARCHBISHOP RUMMEL HIGH SCHOOL - FACTS STUDENT INFORMATION SYSTEM GENERAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FACTS SIS DATABASE | |
| | Nature of debtor's interest | CONTRACT PARTY | FACTS 121 SOUTH 13TH STREET, SUITE 301 |
| | State the term remaining | UNTIL TERMINATED | LINCOLN NE 68508 |
| | List the contract number of any government contract | | |

| 2.66. | Title of contract | ST. MICHAEL SPECIAL SCHOOL -FACTS STUDENT INFORMATION SYSTEM GENERAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FACTS SIS DATABASE | |
| | Nature of debtor's interest | CONTRACT PARTY | FACTS 121 SOUTH 13TH STREET, SUITE 301 |
| | State the term remaining | UNTIL TERMINATED | LINCOLN NE 68508 |
| | List the contract number of any government contract | | |

| 2.67. | Title of contract | ARCHBISHOP CHAPELLE HIGH SCHOOL - ONE CAUSE MERCHANT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES - 1777 | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRST AMERICAN 100 THROCKMORTON ST STE 1800 |
| | State the term remaining | UNTIL TERMINATED | FORT WORTH TX 76102 |
| | List the contract number of any government contract | | |

| 2.68. | Title of contract | ARCHBISHOP RUMMEL HIGH SCHOOL - SCHOOL TUITION FINANCING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SCHOOL TUITION FINANCING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRST BANK AND TRUST 909 POYDRAS ST, SUITE 3200 ATTN: TUITION FINANCING DIVISION |
| | State the term remaining | UNTIL TERMINATED | NEW ORLEANS LA 70112 |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.69. | Title of contract | ST. CHARLES CATHOLIC HIGH SCHOOL - BANK TUITION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SCHOOL TUITION FINANCING AGREEMENT | FIRST BANK AND TRUST 909 POYDRAS ST, SUITE 3200 ATTN: TUITION FINANCING DIVISION NEW ORLEANS LA 70112 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | _____ | |

| 2.70. | Title of contract | ARCHBISHOP SHAW HIGH SCHOOL - BANK TUITION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SCHOOL TUITION FINANCING AGREEMENT | FIRST BANK AND TRUST 909 POYDRAS ST, SUITE 3200 ATTN: TUITION FINANCING DIVISION NEW ORLEANS LA 70112 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | _____ | |

| 2.71. | Title of contract | POPE JOHN PAUL II HIGH SCHOOL - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | VARIOUS | |
| | List the contract number of any government contract | _____ | |

| 2.72. | Title of contract | ST. SCHOLASTICA ACADEMY - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | VARIOUS | |
| | List the contract number of any government contract | _____ | |

| 2.73. | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | VARIOUS | |
| | List the contract number of any government contract | _____ | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.74. | Title of contract | ARCHBISHOP RUMMEL HIGH SCHOOL - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION |
| | State the term remaining | VARIOUS | 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | List the contract number of any government contract | | |

| 2.75. | Title of contract | ARCHBISHOP CHAPELLE HIGH SCHOOL - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION |
| | State the term remaining | VARIOUS | 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | List the contract number of any government contract | | |

| 2.76. | Title of contract | ARCHBISHOP SHAW HIGH SCHOOL - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION |
| | State the term remaining | VARIOUS | 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | List the contract number of any government contract | | |

| 2.77. | Title of contract | ST CHARLES CATHOLIC - SCHOOL TUITION FINANCING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRST BANK AND TRUST ATTN: TUITION FINANCING DIVISION |
| | State the term remaining | VARIOUS | 909 POYDRAS SUITE 3200 NEW ORLEANS LA 70112 |
| | List the contract number of any government contract | | |

| 2.78. | Title of contract | CONSULTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | GALLAGHER BENEFIT SERVICES, INC. ATTENTION: TOM BESSELMAN |
| | State the term remaining | 3/1/2021 | 235 HIGHLANDIA DRIVE SUITE 200 BATON ROUGE LA 70810 |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.79. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 1000 HOWARD - COOLING TOWER MAINTENANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | GALLO MECHANICAL SERVICES, LLC |
| | State the term remaining | 2/28/2021 | 10099 INDUSTRIPLEX AVE GONZALES LA 70737 |
| | List the contract number of any government contract | | |

| 2.80. | Title of contract | ST. SCHOLASTICA ACADEMY - GREATER GIVING CLIENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | GREATERGIVING |
| | State the term remaining | 8/26/2024 | 1920 NE STUCKI AVE, SUITE 140 HILLSBORO OR 97006 |
| | List the contract number of any government contract | | |

| 2.81. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE BENEFIT - VOLUNTARY LIFE INSURANCE, ADD, VISION, DENTAL COVERAGE - INSURANCE POLICY NO. G-00538205 | |
| | Nature of debtor's interest | INSURED | GUARDIAN LIFE INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/2020 | C/O EDWARD KANE ATTN LEGAL DEPT 7 HANOVER SQUARE |
| | List the contract number of any government contract | | NEW YORK NY 10004 |

| 2.82. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE BENEFIT - TERM LIFE COVERAGE - INSURANCE POLICY NO. G-00538250 | |
| | Nature of debtor's interest | INSURED | GUARDIAN LIFE INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/2020 | C/O EDWARD KANE ATTN LEGAL DEPT PO BOX 677458 |
| | List the contract number of any government contract | | DALLAS TX 75267-7458 |

| 2.83. | Title of contract | QUOTATION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HEATING & AIR CONDITIONING MAINTENANCE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GUILLORY SHEET METAL WORKS DARYL GUILLORY |
| | State the term remaining | 6/2020 | 5704 HEESE ST HARAHAN LA 70123 |
| | List the contract number of any government contract | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 2.84. | Title of contract | ST MICHAEL'S SPECIAL SCHOOL - ELEMENTARY AND SECONDARY, PRE-SCHOOL, AND SPECIALTY SCHOOL TUITION FINANCING FLEX PRODUCT PROGRAM AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | GULF COAST BANK AND TRUST COMPANY EDUCATION SERVICES DIVISION ATTN: MILLICENT JONES, SENIOR VICE PRESIDENT 200 ST. CHARLES AVENUE NEW ORLEANS LA 70130 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | VARIOUS | |
| | List the contract number of any government contract | | |

| 2.85. | Title of contract | ACADEMY OF OUR LADY - ELEMENTARY AND SECONDARY, PRE-SCHOOL, AND SPECIALTY SCHOOL TUITION FINANCING FLEX PRODUCT PROGRAM AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VARIOUS TUITION FINANCING AGREEMENTS | GULF COAST BANK AND TRUST COMPANY EDUCATION SERVICES DIVISION ATTN: MILLICENT JONES, SENIOR VICE PRESIDENT 200 ST. CHARLES AVENUE NEW ORLEANS LA 70130 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | VARIOUS | |
| | List the contract number of any government contract | | |

| 2.86. | Title of contract | CUSTODIAL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BANK ACCOUNT AGREEMENT | HANCOCK BANK OF LOUISIANA, NEW ORLEANS TRUST & FINANCIAL SERVICES GROUP 2600 CITIPLACE DR SUITE 200 BATON ROUGE LA 70808 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | ON 30 - DAYS WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

| 2.87. | Title of contract | INVESTMENT MANAGEMENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | HARDING LOEVNER LP 400 CROSSING BOULEVARD FOURTH FLOOR BRIDGEWATER NJ 08807 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 30 - DAYS WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

| 2.88. | Title of contract | HARVEST MLP INCOME FUND LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | HARVEST FUND ADVISORS LLC 100 WEST LANCASTER AVENUE SECOND FLOOR WAYNE PA 19087 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | ON WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.89. | **Title of contract** | INTERNET ACCESS (IA) CONTRACT |
| | **State what the contract or lease is for** | 1000 HOWARD AVE - INTERNET SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 6/30/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HUNT TELECOM, LLC
110 E. COLEMAN AVE
HAMMOND LA 70403

| | | |
|---|---|---|
| 2.90. | **Title of contract** | WIDE AREA NETWORK (WAN) CONTRACT |
| | **State what the contract or lease is for** | 62 - LOCATIONS |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 6/30/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HUNT TELECOM, LLC
110 E. COLEMAN AVE
HAMMOND LA 70403

| | | |
|---|---|---|
| 2.91. | **Title of contract** | INTERNET ACCESS (IA) CONTRACT |
| | **State what the contract or lease is for** | 61 - SCHOOL LOCATIONS - INTERNET SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 6/30/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HUNT TELECOM, LLC
110 E. COLEMAN AVE
HAMMOND LA 70403

| | | |
|---|---|---|
| 2.92. | **Title of contract** | PROPOSAL AND SERVICE AGREEMENT |
| | **State what the contract or lease is for** | NORTH SHORE PASTORAL CENTER - RETREAT CENTER - ELEVATOR INSPECTION & MAINTENANCE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHNSON CONTROLS FIRE PROTECTION LP
5800 JEFFERSON HWY., SUITE A
HARAHAN LA 70123-5134

| | | |
|---|---|---|
| 2.93. | **Title of contract** | PROPOSAL AND SERVICE AGREEMENT |
| | **State what the contract or lease is for** | NORTH SHORE PASTORAL CENTER - ELEVATOR INSPECTION & MAINTENANCE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 2/29/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHNSON CONTROLS FIRE PROTECTION LP
5800 JEFFERSON HWY., SUITE A
HARAHAN LA 70123-5134

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                      Case number *(if known)* **20-10846**

| 2.94. | Title of contract | POPE JOHN PAUL II HIGH SCHOOL - MERCHANT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING - MERCHANT NUMBER 5882175 | |
| | Nature of debtor's interest | CONTRACT PARTY | JPMORGAN CHASE MERCHANT SERVICES PO BOX 29534 PHOENIX AZ 85038 |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | | |

| 2.95. | Title of contract | PREMIER ADVANTAGE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HISPANIC APOSTOLATE PASTORAL SERVICE - EQUIPMENT | |
| | Nature of debtor's interest | LESSEE | KONICA MINOLTA PREMIER FINANCE 100 WILLIAMS DRIVE, RAMSEY RAMSEY NJ 07446 |
| | State the term remaining | 2/13/2025 | |
| | List the contract number of any government contract | | |

| 2.96. | Title of contract | CLIENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | LAZARD ASSET MANAGEMENT LLC ATTN ACCOUNT SERVICES 30 ROCKEFELLER PLAZA 55TH FL NEW YORK NY 10112 |
| | State the term remaining | 30 - DAYS WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

| 2.97. | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL - LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 01 SAVIN IMC 6000 MULTI-FUNCTIONAL COLOR COPIER SYSTEM | |
| | Nature of debtor's interest | LESSEE | LEAF 1720 A CRETE STREET MOBERLY LA 65270 |
| | State the term remaining | 11/19/2024 | |
| | List the contract number of any government contract | | |

| 2.98. | Title of contract | SAINT SCHOLASTICA ACADEMY - LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 01 SAVIN MP 9003 + 01 SAVIN MP 5055 MULTI-FUNCTIONAL BLW COPIER SYSTEMS AND PAPERCUT MF | |
| | Nature of debtor's interest | LESSEE | LEAF 1720 A CRETE STREET MOBERLY LA 65270 |
| | State the term remaining | 10/14/2024 | |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.99. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT LEASE - BUILDING 300 - COPIER LEASE | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 2024 | LEAF<br>1720 A CRETE STREET<br>MOBERLY LA 65270 |
| | **List the contract number of any government contract** | | |

| 2.100. | **Title of contract** | RETREAT CENTER - NON-HAZARDOUS LIQUID WASTE COLLECTION AND DISPOSAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE MANAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LIQUID ENVIRONMENTAL SOLUTIONS |
| | **State the term remaining** | UNTIL TERMINATED | ACCOUNTS RECEIVABLE<br>11115 GOODNIGHT LN<br>DALLAS TX 75229 |
| | **List the contract number of any government contract** | | |

| 2.101. | **Title of contract** | FEASIBILITY CONTRACTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SAINT KATHARINE DREXEL PREPARATORY SCHOOL - FINANCIAL FEASIBILITY AND STRATEGIC ENROLLMENT ASSESSMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LMPACTED ENROLLMENT CONSULTING LLC |
| | **State the term remaining** | UNTIL TERMINATED | MELODY ROBINSON<br>3240 SUMMER STREAM LN NW<br>KENNESAW GA 30152 |
| | **List the contract number of any government contract** | | |

| 2.102. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SELF-INSURED FOR OWNED/LEASED VEHICLES | |
| | **Nature of debtor's interest** | INSURED | LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS |
| | **State the term remaining** | 6/30/2020 | P.O. BOX 64886<br>BATON ROUGE LA 70896-4886 |
| | **List the contract number of any government contract** | | |

| 2.103. | **Title of contract** | HISPANIC APOSTOLATE GALA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HISPANIC APOSTOLATE - SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAGNOLIA PLANTATION |
| | **State the term remaining** | 6/5/2020 | 818 ELMWOOD PARK BLVD<br>HARAHAN LA 70123 |
| | **List the contract number of any government contract** | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.104. | Title of contract | MARYWOOD RETREAT CENTER RENTAL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | MARYWOOD RETREAT & CONFERENCE CENTER |
| | State the term remaining | 7/26/2020 | 235 MARYWOOD DRIVE |
| | List the contract number of any government contract | | ST JOHNS FL 32259 |

| 2.105. | Title of contract | CONSULTING SERVICES CONTRACT DATED FEBRUARY 17, 2020 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUSTAINABILITY STUDY - ST MARY'S ACADEMY | |
| | Nature of debtor's interest | CONTRACT PARTY | MEITLER CONSULTANTS, INC. KEVIN LYNCH |
| | State the term remaining | ON COMPLETION | 39 BEECHWOOD RD |
| | List the contract number of any government contract | | SUMMIT NJ 07901 |

| 2.106. | Title of contract | CONSULTING SERVICES CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUSTAINABILITY STUDY -ST. ELIZABETH ANN SETON SCHOOL | |
| | Nature of debtor's interest | CONTRACT PARTY | MEITLER CONSULTANTS, INC. KEVIN LYNCH |
| | State the term remaining | ON COMPLETION | 39 BEECHWOOD RD |
| | List the contract number of any government contract | | SUMMIT NJ 07901 |

| 2.107. | Title of contract | MERCIER REALTY & INVESTMENT COMPANY COMMERCIAL LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OUR LADY OF GUADALUPE CHURCH (ST JUDE) LEASE OF REAL PROPERTY - 500 GUADALUPE - LOTS 15, 16 AND 17, ST. LOUIS STREET, NEW ORLEANS, LA 70112 | |
| | Nature of debtor's interest | LESSEE | MERCIER REALTY & INVESTMENT COMPANY |
| | State the term remaining | 9/30/2028 | 306 DAUPHINE ST |
| | List the contract number of any government contract | | NEW ORLEANS LA 70112 |

| 2.108. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SPECIFIC EXCESS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | MISSISSIPPI WORKERS' COMPENSATION COMMISSION |
| | State the term remaining | 6/30/2021 | ATTN PRESTON WILLIAMS 1428 LAKELAND DR |
| | List the contract number of any government contract | | PO BOX 5300 JACKSON MS 39216 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| 2.109. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NACOME CAMP & RETREAT CENTER |
| | **State the term remaining** | 11/26/2020 | 3232 SULPHUR CREEK RD |
| | **List the contract number of any government contract** | _____ | PLEASANTVILLE TN 37033 |

| 2.110. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NACOME CAMP & RETREAT CENTER |
| | **State the term remaining** | 7/31/2020 | 3232 SULPHUR CREEK RD |
| | **List the contract number of any government contract** | _____ | PLEASANTVILLE TN 37033 |

| 2.111. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL - NEONPAY - MERCHANT ACCOUNT #1929 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NEON |
| | **State the term remaining** | UNTIL TERMINATED | 4545 N RAVENSWOOD AVE, 2ND FLOOR |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60640 |

| 2.112. | **Title of contract** | ST. SCHOLASTICA ACADEMY - PJS COFFEE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COFFEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NEW ORLEANS BREW, LLC DBA PJ'S COFFEE OF NEW ORLEANS |
| | **State the term remaining** | UNTIL TERMINATED | 180 NEW CAMELLIA BLVD, SUITE 100 |
| | **List the contract number of any government contract** | _____ | COVINGTON LA 70433 |

| 2.113. | **Title of contract** | ST. SCHOLASTICA ACADEMY - PJS AUTOMATIC BANK DRAFT CONSENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NEW ORLEANS BREW, LLC DBA PJ'S COFFEE OF NEW ORLEANS |
| | **State the term remaining** | UNTIL TERMINATED | 180 NEW CAMELLIA BLVD, SUITE 100 |
| | **List the contract number of any government contract** | _____ | COVINGTON LA 70433 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                          Case number *(if known)* **20-10846**

| 2.114. | **Title of contract** | PEST MANAGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 6 LOCATIONS - SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NEW ORLEANS PEST MANAGEMENT |
| | **State the term remaining** | 6 - LOCATIONS VARYING DATES | 6125 CARTIER AVENUE NEW ORLEANS LA 70122 |
| | **List the contract number of any government contract** | _____ | |

| 2.115. | **Title of contract** | COMMERCIAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEST CONTROL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ORKIN PEST CONTROL 5700 CITRUS BLVD |
| | **State the term remaining** | NOT STATED | STE E-2 JEFFERSON LA 70123-5813 |
| | **List the contract number of any government contract** | _____ | |

| 2.116. | **Title of contract** | LICENSE AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PARISHSOFT LLC 825 VICTORS WAY |
| | **State the term remaining** | UNTIL TERMINATED | STE 200 ANN ARBOR MI 48108-2830 |
| | **List the contract number of any government contract** | _____ | |

| 2.117. | **Title of contract** | CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ARCHBISHOP'S RESIDENCE - ELEVATOR SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PINNACLE ELEVATOR, LLC PO BOX 556 |
| | **State the term remaining** | 9/30/2020 | MANDEVILLE LA 70140 |
| | **List the contract number of any government contract** | _____ | |

| 2.118. | **Title of contract** | RETREAT CENTER - ELEVATOR MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELEVATOR MAINTENANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PINNACLE ELEVATOR, LLC 2201 GREENWOOD STREET |
| | **State the term remaining** | UNTIL TERMINATED | KENNER LA 70062 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.119. | Title of contract | ST. CHARLES CATHOLIC HIGH SCHOOL LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | POSTAGE METER | |
| | Nature of debtor's interest | CONTRACT PARTY | PITNEY BOWES ATTN: SALVATORE POLLETTA PO BOX 371874 PITTSBURGH PA 15262 |
| | State the term remaining | 8/4/2023 | |
| | List the contract number of any government contract | | |

| 2.120. | Title of contract | ARCHBISHOP RUMMEL HIGH SCHOOL - LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | POSTAGE METER | |
| | Nature of debtor's interest | CONTRACT PARTY | PITNEY BOWES ATTN: SALVATORE POLLETTA PO BOX 371874 PITTSBURGH PA 15262 |
| | State the term remaining | 10/25/23 | |
| | List the contract number of any government contract | | |

| 2.121.[3] | Title of contract | ASSIGNMENT & SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ASSIGNMENT & SUBLEASE OF REAL PROPERTY & CERTAIN RIGHTS | |
| | Nature of debtor's interest | CONTRACT PARTY | POINT AU FER ISLAND, L.L.C. 1010 COMMON STREET SUITE 3010 NEW ORLEANS LA 70112 |
| | State the term remaining | 9/1/2021 | |
| | List the contract number of any government contract | | |

| 2.122.[3] | Title of contract | ASSIGNMENT & SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ASSIGNMENT & SUBLEASE OF REAL PROPERTY & CERTAIN RIGHTS | |
| | Nature of debtor's interest | CONTRACT PARTY | POINT AU FER, L.L.C. 1010 COMMON STREET SUITE 3010 NEW ORLEANS LA 70112 |
| | State the term remaining | 9/1/2021 | |
| | List the contract number of any government contract | | |

| 2.123. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. - LEGAL CORPORATE AND REGULATORY ACTIVITIES | |
| | Nature of debtor's interest | CONTRACT PARTY | PRIMMER PIPER EGGLESTON & CRAMER PC JESSE D CRARY 30 MAIN STREET, SUITE 500 PO BOX 1489 BURLINGTON VT 05402 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.124. | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL - CLEARANT CREDIT CARD PROCESSING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING & TRANSACTION SERVICES - 1777 | |
| | Nature of debtor's interest | CONTRACT PARTY | PRO MEDIA 4209 LAKELAND DR# 326 FLOWOOD MS 39232 |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | | |

| 2.125. | Title of contract | OFFICE SPACE RENTAL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | Nature of debtor's interest | LESSOR | PROPAGATION OF FAITH FR. JIMMY JEANFREAU 1000 HOWARD AVENUE NEW ORLEANS LA 70113 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |

| 2.126. | Title of contract | AGREEMENT FOR PROJECTS OF LIMITED SCOPE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UNO NEWMAN CENTER - ROOF REPAIR | |
| | Nature of debtor's interest | CONTRACT PARTY | RAY BROS., INC. 2801 FRENCHMEN ST. NEW ORLEANS LA 70122 |
| | State the term remaining | ON COMPLETION | |
| | List the contract number of any government contract | | |

| 2.127. | Title of contract | MAINTENANCE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 7887 WALMSLEY & 2809 S CARROLLTON - GENERATOR MAINTENANCE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | READY POWER JEREMIAH JOHNSON 4809 CLIO STREET NEW ORLEANS LA 70125 |
| | State the term remaining | 2020 | |
| | List the contract number of any government contract | | |

| 2.128. | Title of contract | INVESTMENT MANAGEMENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | REINHART PARTNERS. INC. 1500 WEST MARKET STREET SUITE 100 MEQUON WI 53092 |
| | State the term remaining | 30 - DAYS WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 2.129. | Title of contract | CUSTOMER SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | NON-HAZARDOUST WASTE MANAGEMENT, AGREEMENT NO. A172201938 | |
| | Nature of debtor's interest | CONTRACT PARTY | REPUBLIC SERVICES |
| | State the term remaining | 7/6/2020 | 14400 N 87TH ST STE 300 |
| | List the contract number of any government contract | | SCOTTSDALE AZ 85260 |

| 2.130. | Title of contract | INVESTMENT MANAGER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | RHUMBLINE ADVISERS LIMITED PARTNERSHIP |
| | State the term remaining | ON WRITTEN NOTICE | 265 FRANKLIN STREET 21ST FLOOR |
| | List the contract number of any government contract | | BOSTON MA 02110 |

| 2.131. | Title of contract | INVESTMENT MANAGER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | RHUMBLINE ADVISERS LIMITED PARTNERSHIP |
| | State the term remaining | ON WRITTEN NOTICE | 265 FRANKLIN STREET 21ST FLOOR |
| | List the contract number of any government contract | | BOSTON MA 02110 |

| 2.132. | Title of contract | INVESTMENT MANAGEMENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | RICE HALL JAMES & ASSOCIATES LLC |
| | State the term remaining | ON WRITTEN NOTICE | 600 WEST BROADWAY SUITE 1000 |
| | List the contract number of any government contract | | SAN DIEGO CA 92101-3383 |

| 2.133. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | RIMROCK CAPITAL MANAGEMENT, LLC |
| | State the term remaining | ON WRITTEN NOTICE | C/O RIMROCK CAPITAL MANAGEMENT, LLC |
| | List the contract number of any government contract | | 100 INNOVATION DRIVE SUITE 200 IRVINE CA 92617 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 2.134. | **Title of contract** | SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCIAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RIMROCK CAPITAL MANAGEMENT, LLC |
| | **State the term remaining** | ON WRITTEN NOTICE | C/O RIMROCK CAPITAL MANAGEMENT, LLC |
| | **List the contract number of any government contract** | | 100 INNOVATION DRIVE SUITE 200 IRVINE CA 92617 |

| 2.135. | **Title of contract** | HISPANIC APOSTOLATE PASTORAL SERVICE - DISPOSAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 1000 HOWARD AVENUE - SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RIVER PARISH DISPOSAL 7201 AIRLINE DRIVE METAIRIE LA 70003 |
| | **State the term remaining** | 6/26/2022 | |
| | **List the contract number of any government contract** | | |

| 2.136. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SP 4060776 | |
| | **Nature of debtor's interest** | INSURED | SAFETY NATIONAL CASUALTY CORPORATION |
| | **State the term remaining** | 7/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.137. | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | **Nature of debtor's interest** | LESSOR | SCHOOL FOOD SERVICES & NUTRITION, INC. |
| | **State the term remaining** | MONTH TO MONTH | ELLEN GAUTREAUX 1000 HOWARD AVENUE |
| | **List the contract number of any government contract** | | 8TH FLOOR NEW ORLEANS LA 70113 |

| 2.138. | **Title of contract** | MANAGEMENT, MARKETING AND ACCOUNTING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST. TAMMANY CATHOLIC CEMETERY - SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SCI LA PRESIDENT |
| | **State the term remaining** | 5/20/2026 | 1929 ALLEN PARKWAY HOUSTON TX 77019 |
| | **List the contract number of any government contract** | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.139. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSUMER REPORT SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SELECTION.COM |
| | **State the term remaining** | 3/14/2021 WITH AUTOMATIC 1 - YEAR RENEWALS | 155 TRI COUNTY PARKWAY SUITE 150 |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45246 |

| 2.140. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETREAT CENTER - FIRE ALARM INSTALLATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SIMPLEX GRINNELL |
| | **State the term remaining** | 9/1/2020 | DEPT CH 10320 |
| | **List the contract number of any government contract** | _____ | PALATINE IL 60055-0320 |

| 2.141. | **Title of contract** | RESERVATION CONTRACT - DOMESTIC CHURCH FAMILY CAMP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FAMILY LIFE - LODGING & FOOD SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SOTO CAMP |
| | **State the term remaining** | 8/5/2020 | 240 SOWING OAK DR |
| | **List the contract number of any government contract** | _____ | SAN MARCOS TX 78666 |

| 2.142. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETREAT CENTER - TOWERS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SOUTHWEST ENGINEERS |
| | **State the term remaining** | UNTIL TERMINATED | PO BOX 2499 |
| | **List the contract number of any government contract** | _____ | SLIDELL LA 70459 |

| 2.143. | **Title of contract** | POPE JOHN PAUL II HIGH SCHOOL - SQUARE'S SOFTWARE AND SUBSCRIPTION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SQUARE |
| | **State the term remaining** | UNTIL TERMINATED | 1455 MARKET ST STE 600 |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94103 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.144. | **Title of contract** | POPE JOHN PAUL II HIGH SCHOOL - SQUARE CARDHOLDER AGREEMENT AND TERMS OF SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SQUARE, INC 1455 |
| | **State the term remaining** | UNTIL TERMINATED | MARKET STREET, SUITE 600 SAN FRANCISCO CA 94103 |
| | **List the contract number of any government contract** | _____ | |

| 2.145. | **Title of contract** | ST. SCHOLASTICA ACADEMY - SQUARE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SQUARE, INC 1455 |
| | **State the term remaining** | UNTIL TERMINATED | MARKET STREET, SUITE 600 SAN FRANCISCO CA 94103 |
| | **List the contract number of any government contract** | _____ | |

| 2.146. | **Title of contract** | ST CHARLES CATHOLIC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ST CHARLES CATHOLIC |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.147. | **Title of contract** | ST MICHAEL SPECIAL SCHOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ST MICHAEL SPECIAL SCHOOL |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.148. | **Title of contract** | ST SCHOLASTICA ACADEMY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SCHOOL REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ST SCHOLASTICA ACADEMY |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| 2.149. | **Title of contract** | ST SCHOLASTICA ACADEMY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUMMER CAMP REGISTRATION AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ST SCHOLASTICA ACADEMY |
| | **State the term remaining** | 2021 | |
| | **List the contract number of any government contract** | | |

| 2.150. | **Title of contract** | ST SCHOLASTICA ACADEMY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SENIOR RETREAT AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ST SCHOLASTICA ACADEMY |
| | **State the term remaining** | 2020 | |
| | **List the contract number of any government contract** | | |

| 2.151. | **Title of contract** | LEASE OF PROPERTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ABBEY LEASE OF REAL PROPERTY - 34.0357 ACRE PARCEL OF LAND SITUATED IN THE NORTH 1/2 OF SECTION 7, T-6-S, R-10-E, ST. TAMMANY PARISH, LOUISIANA | ST. JOSEPH'S ABBEY RIVER ROAD ST. TAMMANY PARISH #48 |
| | **Nature of debtor's interest** | LESSEE | ST. BENEDICT LA 70457 |
| | **State the term remaining** | 10/25/2035 | |
| | **List the contract number of any government contract** | | |

| 2.152. | **Title of contract** | COOPERATIVE ENDEAVOR AGREEMENT AND RESTATEMENT OF LEASE BY AND BETWEEN ST. TAMMANY PARISH GOVERNMENT AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS (SL. DYMPHNA CATHOLIC CHAPEL) AND FIRST AMENDMENT TO COOPERATIVE ENDEAVOR AGREEMENT AND RESTATEMENT OF LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** ST. TAMMANY PARISH GOVERNMENT PRESIDENT PATRICIA P. BRISTER PO BOX 628 COVINGTON LA 70433 |
|---|---|---|---|
| | **State what the contract or lease is for** | ST DYMPHNA - REAL PROPERTY LEASE - TRACT OF LAND SITUATED IN THE PARISH OF ST. TAMMANY, STATE OF LOUISIANA, TOGETHER WITH ALL STRUCTURES AND IMPROVEMENTS | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 12/31/2069 | |
| | **List the contract number of any government contract** | | |

| 2.153. | **Title of contract** | GROUND LEASE AGREEMENT & GUARANTEE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST. TAMMANY CATHOLIC CEMETERY | |
| | **Nature of debtor's interest** | LESSEE | ST. TAMMANY PARISH GOVERNMENT |
| | **State the term remaining** | 5/20/2026 | PRESIDENT PATRICIA P. BRISTER PO BOX 628 |
| | **List the contract number of any government contract** | | COVINGTON LA 70433 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 2.154. | **Title of contract** | ACT OF AMENDMENT TO MANAGEMENT, MARKETING AND ACCOUNTING SERVICES AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | ST. TAMMANY CATHOLIC CEMETERY |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 5/20/2026 |
| | **List the contract number of any government contract** | |

ST. TAMMANY PARISH GOVERNMENT
PRESIDENT PATRICIA P. BRISTER
PO BOX 628
COVINGTON LA 70433

| | | |
|---|---|---|
| 2.155. | **Title of contract** | INSURANCE |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | SPECIFIC EXCESS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 6/30/2021 |
| | **List the contract number of any government contract** | |

STATE OF LOUISIANA
DEPARTMENT OF EMPLOYMENT & TRAINING
ATTN MS CHANDRA COLA OFFICE OF WORKERS COMPENSATION
PO BOX 94040
BATON ROUGE LA 70804

| | | |
|---|---|---|
| 2.156. | **Title of contract** | PARTICIPATION AGREEMENT & AMENDMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | FINANCIAL SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNTIL TERMINATED |
| | **List the contract number of any government contract** | |

STATE STREET GLOBAL ADVISORS TRUST COMPANY
BY ASSIGNMENT FROM STATE STREET BANK AND TRUST COMPANY
STREET FINANCIAL CENTRE
30 ADELAIDE STREET EAST, SUITE 800
TORONTO ON M5C 3G6
CANADA

| | | |
|---|---|---|
| 2.157. | **Title of contract** | ARCHBISHOP RUMMEL HIGH SCHOOL - STRIPES SERVICES AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNTIL TERMINATED |
| | **List the contract number of any government contract** | |

STRIPE
510 TOWNSEND STREET
SAN FRANCISCO CA 94103

| | | |
|---|---|---|
| 2.158. | **Title of contract** | PURCHASE AND MAINTENANCE AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | WATER TREATMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 2/1/2021 WITH AUTOMATIC 1 - YEAR RENEWAL |
| | **List the contract number of any government contract** | |

SWE, INC. D.B.A. SOUTHWEST ENGINEERS
PO BOX 2499
SLIDELL LA 70459

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.159. | **Title of contract** | COMMERCIAL PEST CONTROL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HISPANIC APOSTOLATE PASTORAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TERMINIX |
| | **State the term remaining** | 1/3/2021 | ATTN LEGAL DEPT<br>860 RIDGE LAKE BLVD<br>MEMPHIS TN 38120 |
| | **List the contract number of any government contract** | | |

| 2.160. | **Title of contract** | POST-CONSTRUCTION STANDARD CONTRACT FOR BAITING TREATMENT OF SUBTERRANEAN TERMITES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HISPANIC APOSTOLATE - SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TERMINIX SERVICE CO INC<br>2329 EDENRORN AVE<br>METAIRIE LA 70001 |
| | **State the term remaining** | 7/2020 | |
| | **List the contract number of any government contract** | | |

| 2.161. | **Title of contract** | POST-CONSTRUCTION STANDARD CONTRACT FOR BAITING TREATMENT OF SUBTERRANEAN TERMITES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CATHOLIC COUNSELING - SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TERMINIX SERVICE CO INC<br>2329 EDENRORN AVE<br>METAIRIE LA 70001 |
| | **State the term remaining** | 1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.162. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY; LIABILITY; CRIME; MARINE; DIRECTORS & OFFICERS; PRIESTS/RELIGIOUS; EXCESS LIABILITY; EQUIPMENT; LONG TERM CARE PROFESIONAL LIABILITY, GENERAL LIABILITY & DIRECTORS & OFFICERS; SEXUAL MISCONDUCT | THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA<br>N89W16785 APPLETON AVE<br>STE 8<br>MENOMONEE FALLS WI 53051 |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 7/1/2020 | |
| | **List the contract number of any government contract** | | |

| 2.163. | **Title of contract** | ADVISORY AGREEMENT & ASSIGNMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TORTOISE CREDIT STRATEGIES LLC |
| | **State the term remaining** | UNTIL TERMINATED | FKA BRADFORD & MARZEC, LLC<br>333 S. HOPE SUEEL<br>STE 4050<br>LOS ANGELES CA 90071 |
| | **List the contract number of any government contract** | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| 2.164. | **Title of contract** | LEASE OF PROPERTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CATHOLIC YOUTH ORGANIZATION LEASE OF REAL PROPERTY - 2241 MENDEZ STREET, NEW ORLEANS, LA 70122 | |
| | **Nature of debtor's interest** | LESSEE | TRANSFIGURATION OF THE LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA |
| | **State the term remaining** | 4/30/2032 | |
| | **List the contract number of any government contract** | | |

| 2.165. | **Title of contract** | LETTER AGREEMENT DATED JULY 8, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETREAT CENTER - FIRE AND LIFE SAFETY SYSTEMS SERVICE AND SUPPORT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYCO SIMPLEX GRINNELL 10500 UNIVERSITY CENTER DRIVE STE 275 TAMPA FL 33612 |
| | **State the term remaining** | 9/1/2020 WITH AUTOMATIC 1 - YEAR RENEWALS | |
| | **List the contract number of any government contract** | | |

| 2.166. | **Title of contract** | ADMINISTRATIVE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SELF-FUNDED EMPLOYEE BENEFIT PLAN SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UMR 400 E. BUSINESS WAY SUITE 100 CINCINNATI OH 45241 |
| | **State the term remaining** | 12/31/2020 WITH AUTOMATIC 1 - YEAR RENEWALS UNTIL TERMINATED | |
| | **List the contract number of any government contract** | | |

| 2.167. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STOP LOSS EXCESS COVERAGE - UHIC-600737 | |
| | **Nature of debtor's interest** | INSURED | UNITED HEALTHCARE INSURANCE COMPANY 185 ASYLUM ST HARTFORD CT 06103-3408 |
| | **State the term remaining** | 6/30/2020 | |
| | **List the contract number of any government contract** | | |

| 2.168. | **Title of contract** | FIRM OFFER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UHIC-600737 | |
| | **Nature of debtor's interest** | INSURED | UNITEDHEALTHCARE BP 3838 N CAUSEWAY BLVD STE 2600 METAIRIE LA 70002 |
| | **State the term remaining** | 7/1/2020 | |
| | **List the contract number of any government contract** | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.169. | **Title of contract** | UNITI FIBER SERVICE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WALMSLEY - COMMUNICATIONS EQUIPMENT & SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITI VOIP |
| | **State the term remaining** | 12/6/2022 | 601 METAIRIE LAWN DR METAIRIE LA 70001 |
| | **List the contract number of any government contract** | | |

| 2.170. | **Title of contract** | UNITI FIBER SERVICE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 1000 HOWARD - COMMUNICATIONS EQUIPMENT & SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITI VOIP |
| | **State the term remaining** | 12/6/2022 | 601 METAIRIE LAWN DR METAIRIE LA 70001 |
| | **List the contract number of any government contract** | | |

| 2.171. | **Title of contract** | UNITI FIBER SERVICE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUR LADY OF DIVINE PROVIDENCE - COMMUNICATIONS EQUIPMENT & SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITI VOIP |
| | **State the term remaining** | 7/11/2022 | 601 METAIRIE LAWN DR METAIRIE LA 70001 |
| | **List the contract number of any government contract** | | |

| 2.172. | **Title of contract** | INVESTMENT MANAGERS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VAUGH NELSON INVESTMENT MANAGEMENT LC |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | 600 TRAVIS SUITE 6300 |
| | **List the contract number of any government contract** | | HOUSTON TX 77002-3071 |

| 2.173. | **Title of contract** | ST. SCHOLASTICA ACADEMY - VENMO MASTERCARD CARDHOLDER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING & TRANSACTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VENMO CARD SUPPORT |
| | **State the term remaining** | UNTIL TERMINATED | 222 W MERCHANDISE MART PLAZA SUITE 800 CHICAGO IL 60654 |
| | **List the contract number of any government contract** | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.174. | Title of contract | AMENDED AND RESTATED LIMITED PARTNERSHIP AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | LIMITED PARTNER | VENTURE INVESTMENT ASSOCIATES |
| | State the term remaining | 4/30/2026 | 88 MAIN ST PO BOX 131 |
| | List the contract number of any government contract | | PEAPACK NJ 07977 |

| 2.175. | Title of contract | ADMINISTRATIVE SERVICES AGREEMENT AND AMENDMENTS TO THE ADMINISTRATIVE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | 401(K) ADMINISTRATIVE SERVICES | VOYA INSTITUTIONAL PLAN SERVICES, LLC |
| | Nature of debtor's interest | CONTRACT PARTY | FNA ING INSTITUTIONAL PLAN SERVICES, LLC |
| | State the term remaining | 5/30/2023 | ATTN LEGAL DEPT 30 BRAINTREE HILL OFFICE PARK |
| | List the contract number of any government contract | | BRAINTREE MA 02183 |

| 2.176. | Title of contract | INVESTMENT MANAGEMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | WCM INVESTMENT MANAGEMENT |
| | State the term remaining | ON RECEIPT OF WRITTEN NOTICE | 281 BROOKS STREET LAGUNA BEACH CA 92651 |
| | List the contract number of any government contract | | |

| 2.177. | Title of contract | CONTRACT FOR SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ECATHOLIC STOCK PHOTO SUBSCRIPTION | |
| | Nature of debtor's interest | CONTRACT PARTY | WEBPRO PRODUCTIONS LLC DBA ECATHOLIC |
| | State the term remaining | 3/31/2021 WITH AUTOMATIC 1 - YEAR RENEWALS | PO BOX 9901 COLLEGE STATION TX 77842 |
| | List the contract number of any government contract | | |

| 2.178. | Title of contract | ARCHBISHOP CHAPELLE HIGH SCHOOL - EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RICOH COPIER - ACCOUNT 1495954-3700554 | |
| | Nature of debtor's interest | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC |
| | State the term remaining | 1/8/2024 | PO BOX 650016 DALLAS TX 75265 001616 |
| | List the contract number of any government contract | | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

**2.179.** | **Title of contract** | ARCHBISHOP HANNAN HIGH SCHOOL - ADDENDUM TO MASTER LEASE AGREEMENT 7958461 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | COMPUTER EQUIPMENT LEASE SCHEDULE 7958461004 |
| | **Nature of debtor's interest** | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| | **State the term remaining** | 12/19/2023 WITH $1 OUT PURCHASE OPTION |
| | **List the contract number of any government contract** | |

**2.180.** | **Title of contract** | ARCHBISHOP HANNAN HIGH SCHOOL - ADDENDUM TO MASTER LEASE AGREEMENT 7958461 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | COMPUTER EQUIPMENT LEASE SCHEDULE 7958461-005 |
| | **Nature of debtor's interest** | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| | **State the term remaining** | 7/15/2023 WITH $1 OUT PURCHASE OPTION |
| | **List the contract number of any government contract** | |

**2.181.** | **Title of contract** | ARCHBISHOP HANNAN HIGH SCHOOL - ADDENDUM TO MASTER LEASE AGREEMENT 7958461 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | COMPUTER EQUIPMENT LEASE SCHEDULE 7958461002 |
| | **Nature of debtor's interest** | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| | **State the term remaining** | 12/19/2021 WITH $1 OUT PURCHASE OPTION |
| | **List the contract number of any government contract** | |

**2.182.** | **Title of contract** | ARCHBISHOP HANNAN HIGH SCHOOL - ADDENDUM TO MASTER LEASE AGREEMENT 7958461 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | LEASE SCHEDULE # 003 |
| | **Nature of debtor's interest** | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| | **State the term remaining** | 7/15/2022 WITH $1 OUT PURCHASE OPTION |
| | **List the contract number of any government contract** | |

**2.183.** | **Title of contract** | ARCHBISHOP HANNAN HIGH SCHOOL - ADDENDUM TO MASTER LEASE AGREEMENT 7958461 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | COMPUTER EQUIPMENT LEASE SCHEDULE 450-7958561-006 |
| | **Nature of debtor's interest** | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| | **State the term remaining** | 7/15/2024 WITH $1 OUT PURCHASE OPTION |
| | **List the contract number of any government contract** | |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |

**2.184.** | Title of contract | ARCHBISHOP HANNAN HIGH SCHOOL - ADDENDUM TO MASTER LEASE AGREEMENT 7958461 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | COMPUTER EQUIPMENT LEASE SCHEDULE 005 |
| Nature of debtor's interest | LESSEE | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| State the term remaining | 7/15/2024 WITH $1 OUT PURCHASE OPTION |
| List the contract number of any government contract | _____ |

**2.185.** | Title of contract | ST. CHARLES CATHOLIC HIGH SCHOOL LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | COMPUTER EQUIPMENT LEASE SCHEDULE - 7958700-002_8 |
| Nature of debtor's interest | CONTRACT PARTY | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| State the term remaining | 8/3/2021 WITH $1 OUT PURCHASE OPTION |
| List the contract number of any government contract | _____ |

**2.186.** | Title of contract | ST. CHARLES CATHOLIC HIGH SCHOOL LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | COMPUTER EQUIPMENT LEASE SCHEDULE - 7958700-003 |
| Nature of debtor's interest | CONTRACT PARTY | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| State the term remaining | 6/6/2023 WITH $1 OUT PURCHASE OPTION |
| List the contract number of any government contract | _____ |

**2.187.** | Title of contract | ARCHBISHOP RUMMEL HIGH SCHOOL - LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | COMPUTER EQUIPMENT LEASE SCHEDULE - 9690552 - 001 |
| Nature of debtor's interest | CONTRACT PARTY | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ATTN: CUSTOMER SERVICE P.O. BOX 3072 CEDAR RAPIDS IA 52406-3072
| State the term remaining | 1/7/2022 WITH $1 OUT PURCHASE OPTION |
| List the contract number of any government contract | _____ |

**2.188.** | Title of contract | ARCHDIOCESE OF NEW ORLEANS OFFICE OF CATHOLIC SCHOOLS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | CONSULTING AGREEMENT |
| Nature of debtor's interest | CONTRACT PARTY | WHITE OAK CONSULTING MANAGING PARTNER 88 MELROSE DR DESTREHAN LA 70047-2008
| State the term remaining | 2020 |
| List the contract number of any government contract | _____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.189. | **Title of contract** | ANNUAL MAINTENANCE CONTRACT FOR BELLS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ANO RETREAT CENTER - SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WHITE'S CLOCK & CARILLON |
| | **State the term remaining** | 12/31/2020 | PO BOX S47 SHARPSBURG GA 30277 |
| | **List the contract number of any government contract** | | |

| 2.190. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151422199 03 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **List the contract number of any government contract** | | |

| 2.191. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150262606 10 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **List the contract number of any government contract** | | |

| 2.192. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150415278 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **List the contract number of any government contract** | | |

| 2.193. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150415278 10 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **List the contract number of any government contract** | | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| 2.194. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150415279 09 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | List the contract number of any government contract | | |

| 2.195. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150415280 09 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | List the contract number of any government contract | | |

| 2.196. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150415280 10 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | List the contract number of any government contract | | |

| 2.197. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150415281 09 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | List the contract number of any government contract | | |

| 2.198. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150415281 10 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| 2.199. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150578234 09 | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | PO BOX 33070 ST PETERSBURG FL 33733-8070 |

| 2.200. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150629672 09 | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | PO BOX 33070 ST PETERSBURG FL 33733-8070 |

| 2.201. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150572177 09 | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | PO BOX 33070 ST PETERSBURG FL 33733-8070 |

| 2.202. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150582003 09 | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | PO BOX 33070 ST PETERSBURG FL 33733-8070 |

| 2.203. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150582004 09 | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | PO BOX 33070 ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.204. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150582006 09 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 6/2020 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | List the contract number of any government contract | _____ | PO BOX 33070 ST PETERSBURG FL 33733-8070 |

| 2.205. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 1711505822005 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.206. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150951623 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.207. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150951626 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.208. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151348233 03 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.209. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151348233 04 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.210. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150499189 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.211. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150499190 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.212. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150499191 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.213. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150499192 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.214. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150499193 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.215. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150499194 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.216. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150499195 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.217. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150499197 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.218. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150499198 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.219. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150980414 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.220. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150992490 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.221. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151628678 01 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.222. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150980424 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.223. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098431 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.224. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098432 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | State the term remaining | 6/2020 | |
| | List the contract number of any government contract | | |

| 2.225. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098433 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | State the term remaining | 6/2020 | |
| | List the contract number of any government contract | | |

| 2.226. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098434 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | State the term remaining | 6/2020 | |
| | List the contract number of any government contract | | |

| 2.227. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098435 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | State the term remaining | 6/2020 | |
| | List the contract number of any government contract | | |

| 2.228. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098436 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | State the term remaining | 6/2020 | |
| | List the contract number of any government contract | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.229. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098437 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.230. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098438 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.231. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098439 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.232. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098441 05 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

| 2.233. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098441 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.234. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098442 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSURG FL 33733-8070 |

| 2.235. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150507983 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSURG FL 33733-8070 |

| 2.236. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150451929 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSURG FL 33733-8070 |

| 2.237. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150451929 10 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSURG FL 33733-8070 |

| 2.238. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150578093 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.239. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151038266 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.240. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150442535 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.241. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150442535 10 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.242. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150578081 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| 2.243. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150614825 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 2.244. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151098428 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.245. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151747963 01 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.246. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150567027 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.247. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150567028 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.248. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150567004 09 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.249. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150748312 08 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.250. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150748326 08 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.251. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150748331 08 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.252. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171150776724 08 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

| 2.253. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151068920 06 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 2.254. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151311595 04 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| | | | |
|---|---|---|---|
| 2.255. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150403822 10 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| | | | |
|---|---|---|---|
| 2.256. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171150571707 09 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| | | | |
|---|---|---|---|
| 2.257. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098878 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

| | | | |
|---|---|---|---|
| 2.258. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098879 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 |
| | **List the contract number of any government contract** | _____ | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

| 2.259. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098881 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **State the term remaining** | 6/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.260. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098882 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **State the term remaining** | 6/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.261. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098883 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **State the term remaining** | 6/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.262. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098884 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **State the term remaining** | 6/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.263. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151098885 06 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **State the term remaining** | 6/2020 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 2.264. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151348245 03 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.265. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151348245 04 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.266. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151348248 03 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.267. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151348248 04 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

| 2.268. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD INSURANCE - POLICY NO. 171151348251 03 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 6/2020 | PO BOX 33070 |
| | List the contract number of any government contract | _____ | ST PETERSBURG FL 33733-8070 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| 2.269. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD INSURANCE - POLICY NO. 171151348251 04 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 6/2020 | PO BOX 33070 ST PETERSBURG FL 33733-8070 |
| | **List the contract number of any government contract** | | |

| 2.270. | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | **Nature of debtor's interest** | LESSOR | WYNHOVEN HEALTH CARE WAYNE PLAISANCE |
| | **State the term remaining** | MONTH TO MONTH | 1000 HOWARD AVENUE 9TH FLOOR |
| | **List the contract number of any government contract** | | NEW ORLEANS LA 70113 |

| 2.271. | **Title of contract** | OFFICE SPACE RENTAL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF OFFICE SPACE HOWARD AVENUE BUILDING | |
| | **Nature of debtor's interest** | LESSOR | WYNHOVEN HEALTH CARE 1 WAYNE PLAISANCE |
| | **State the term remaining** | MONTH TO MONTH | 1000 HOWARD AVENUE 10TH FLOOR |
| | **List the contract number of any government contract** | | NEW ORLEANS LA 70113 |

| 2.272. | **Title of contract** | ST. CHARLES CATHOLIC HIGH SCHOOL LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER EQUIPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | XEROX FINANCIAL SERVICES, LLC 201 MERRITT 7 |
| | **State the term remaining** | 11/18/2024 WITH FAIR MARKET VALUE PURCHASE OPTION | NORWALK CT 06581 |
| | **List the contract number of any government contract** | | |

[1]HANCOCK BANK OF LOUISIANA

[2]IBERIABANK

[3]TEXAS PETROLEUM INVESTMENT COMPANY

**Fill in this information to identify the case:**

Debtor name: The Roman Catholic Church of the Archdiocese of New Orleans

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number (if known): 20-10846

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  ST ANTHONYS GARDEN | 601 HOLY TRINITY DR COVINGTON LA 70433 | HANCOCK WHITNEY BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  ST PHILIP NERI SCHOOL | 6600 KAWANEE AVE METAIRIE LA 70003 | KS STATE BANK | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans |
| **United States Bankruptcy Court for the:** Eastern District of Louisiana |
| **Case number (if known):** 20-10846 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/22/2020         ✗   */s/ Fr. Patrick Carr*
              MM/DD/YYYY             _____
                                     Signature of individual signing on behalf of debtor

                                     Fr. Patrick Carr
                                     Printed name

                                     Third Vice President, Director and Vicar of Finance
                                     Position or relationship to debtor