# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW INTO COURT comes James I. Stang and the law firm of Pachulski Stang Ziehl & Jones LLP, who files this *Notice of Appearance and Request for Service* in the above captioned bankruptcy matter. Counsel hereby enters its appearance as co-counsel on behalf of the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

Furthermore, we respectfully request that all notices and/or pleadings issued or filed in the above-referenced bankruptcy case be forwarded to the undersigned, James I. Stang:

> James I. Stang
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Fl.
> Los Angeles, CA 90067
> Tel: 310-277-6910
> Fax: 310-201-0760
> Email: jstang@pszjlaw.com

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 26, 2020

Respectfully submitted,

By: */s/James I. Stang*
James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing *Notice* to be served on May 27, 2020 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on May 27, 2020.

*/s/ James I. Stang*
James I. Stang