# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | Section "A" |
| | Chapter 11 |
| Debtor. | |

## AMENDED NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE (AS AMENDED)

NOW INTO COURT comes Roger A. Stetter, an attorney admitted to practice in this Court, and counsel for Neal Pollet and other victims of childhood clergy sex abuse, who files this Notice of Appearance and Request for Service in the above captioned bankruptcy case, and requests that all notices and/or pleadings issued or filed in this proceeding be forwarded to:

> Roger A. Stetter, Esq. (La. Bar Roll # 01614)
> 4429 Baronne Street
> New Orleans LA 70115
> Tel (504) 231-6045
> Email: rastetter47@yahoo.com

Dated: May 28, 2020

Respectfully submitted:

s/ Roger A. Stetter

### Certificate of Service

I hereby certify that on this 28th day of May, 2020, a copy of this document was served via the Court's CM/ECF system on all parties receiving electronic notice.

S/ Roger A. Stetter