**<u>Exhibit B</u>**

**James R. Murray Declaration**

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

**DECLARATION OF JAMES R. MURRAY IN SUPPORT OF
THE DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF BLANK ROME LLP
AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR
IN POSSESSION, *NUNC PRO TUNC* TO MAY 27, 2020**

I, James R. Murray, being duly sworn, state the following under penalty of perjury:

1.      I am a partner of the law firm Blank Rome LLP ("Blank Rome"), with offices at 1825 Eye Street NW Washington, D.C. 20006.  In addition to myself, Blank Rome is an AM200 law firm with over 600 attorneys and offices in fourteen (14) locations in the United States and Shanghai.

2.      I submit this declaration (this "Declaration") on behalf of Blank Rome in support of the Debtor's *Application for Entry of an Order Authorizing the Retention and Employment of Blank Rome LLP as Special Insurance Counsel for the Debtor and Debtor in Possession* Nunc Pro Tunc *to May 27, 2020*  (the "Application").[2]  This Declaration is also intended to provide the disclosure of compensation required under section 329 of the Bankruptcy Code and Bankruptcy

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA  70125.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

Rule 2016(b). Except as otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

## BLANK ROME'S QUALIFICATIONS AND SCOPE OF SERVICES

3.      Blank Rome is a leading national law firm that offers a full range of legal and advocacy services to clients operating in the United States and around the world.  Blank Rome's professionals are widely recognized for their leading knowledge and experience across a broad spectrum of industries and also possess the requisite experience and expertise to manage and resolve complex insurance related issues such as conducting policy audits, litigating coverage disputes, negotiating complex insurance settlements, and analyzing insurance programs and risk profiles.

4.      I have over 30 years of experience representing clients in a variety of insurance coverage issues and was also retained as special insurance counsel in other Diocese bankruptcies including, the Diocese of Rochester, Diocese of Spokane, Oregon Province, Society of Jesus, Diocese of Helena, Diocese of Duluth, Diocese of New Ulm, Archdiocese of Santa Fe, and Archdiocese of Agana.  Thus, I have unique knowledge into the issues that the Debtor is currently facing as well as the issues that will arise throughout the administration of its case.

5.      Blank Rome was retained by the Debtor on May 27, 2020 to render legal services and advise the Debtor regarding its insurance policies. Blank Rome's services will be essential to the reorganization of the Debtor because obtaining maximum insurance coverage increases the viability of confirming a chapter 11 plan of reorganization.

6.      Subject to the Court's approval of this Application, Blank Rome is willing to serve as the Debtor's special insurance counsel and to perform the services described above.

## NO DUPLICATION OF SERVICES

7.        I understand that, the Debtor has recently filed applications to retain and employ Jones Walker LLP ("Jones Walker") to act as bankruptcy counsel for the Debtor and Carr, Riggs & Ingram, LLC ("CRI") to act as the Debtor's financial advisor. The Debtor may also file further applications to employ additional counsel in this Chapter 11 Case for particular purposes. I have fully discussed Blank Rome's role in this Chapter 11 Case with the Debtor, Jones Walker and CRI so as to avoid duplication of work. Rather than resulting in any extra expense to the Debtor's estate, it is anticipated that the efficient coordination of efforts of the Debtor's attorneys and other professionals will promote the efficient prosecution and effective administration of this Chapter 11 Case. I have agreed to make reasonable efforts to avoid duplication of services by any other professionals employed by the Debtor.

## PROFESSIONAL COMPENSATION

8.        Blank Rome intends to apply to the Court for allowance of compensation earned for professional services and reimbursement of expenses incurred in connection with this Chapter 11 Case in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any other applicable procedures and orders of the Court. Blank Rome will also make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Case, effective November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with this Application and any applications for compensation and reimbursement of expenses to be filed by Blank Rome in this chapter 11 case.

9.        Blank Rome will charge the Debtor for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered and for

reimbursement of all costs and expenses incurred by Blank Rome in connection with its representation of the Debtor. The Debtor is seeking to employ James R. Murray and James S. Carter, whose current hourly rates are $1,095 and $810, respectively. For purposes of this representation, Mr. Murray and Mr. Carter have agreed to discount their hourly rates to $843, and $624, respectively. The current hourly rates for other firm personnel range from $510 to $1,550 for partners, from $455 to $1,285 for counsels, from $350 to $850 for associates, $195 to $580 for paralegals, clerks and librarians, and $175 to $530 for members of our E-Discovery, Analysis and Technology Assistance ("eDATA") staff, if applicable. Any other timekeepers will have the same discount applied to their rates. Mr. Murray's discounted hourly rate of $1,095 will be the highest of any Blank Rome personnel.

10.     Blank Rome's hourly rates are set at a level designed to fairly compensate Blank Rome for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. These hourly rates vary with the experience and seniority of each professional and are subject to periodic adjustments to reflect economic and other conditions, with the hourly rate charged being the hourly rate in effect on the date that the services are performed.

11.     Blank Rome's rates are consistent with the rates that it charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. Moreover, as described in the Murray Declaration, Blank Rome's rate structure is appropriate and not significantly different from the rates that it charges for other representations or the rates that other comparable counsel would charge to perform substantially similar services.

12.     In addition to the hourly rates set forth above, Blank Rome customarily charges its clients for the variable costs and expenses incurred in connection with its services, including mail and express mail charges, special- and hand-delivery charges, photocopying charges, travel

expenses, transcription costs, expenses for "working meals," computerized research costs, and charges and fees of outside vendors, consultants and service providers.

13. In accordance with section 504 of the Bankruptcy Code, Blank Rome has neither shared nor agreed to share (a) any compensation or reimbursement it has received or may receive with another person, other than with the partners, associates and contract attorneys (if applicable) associated with Blank Rome, or (b) any compensation or reimbursement another person has received or may receive.

14. Blank Rome understands that any fees and expenses awarded in this case will be set by the Court based on application and contemporaneous time records.

## NO ADVERSE INTEREST

15. In connection with its proposed retention by the Debtor in this Chapter 11 Case, Blank Rome undertook to determine whether it had any connections that might cause it to hold or represent an interest adverse to the Debtor's estate with respect to matters on which Blank Rome is to be employed. Specifically, Blank Rome obtained from the Debtor and its representatives the names of individuals and entities that may be parties in interest in this Chapter 11 Case (collectively, the "Potential Parties in Interest"). The Potential Parties in Interest are listed on **Schedule 1** hereto.

16. Blank Rome has searched its electronic database for its connections to the Potential Parties in Interest to determine whether Blank Rome has been retained within the last three years to represent any of the Potential Parties in Interest (or their apparent affiliates, as the case may be). The following is a list of the categories that Blank Rome has searched:[3]

---

[3] [6] Blank Rome's listing of a party on the schedules attached hereto is solely to illustrate Blank Rome's search process and is not an admission that any party has a valid claim against the Debtor or that

| Schedule | Category |
|----------|----------|
| 1(A) | Debtor |
| 1(B) | Officers, Board, Council and Committee Members |
| 1(C) | Current and Recent Former Entities Affiliated with the Debtor |
| 1(D) | Lenders |
| 1(E) | Litigation Parties and Counsel |
| 1(F) | Governmental – Regulatory |
| 1(G) | Top 20 Creditors |
| 1(H) | Insurers |
| 1(I) | Professionals that Provide Services to the Debtor |
| 1(J) | Major Utility Providers |
| 1(K) | Bondholders – Trustee of Bondholders |
| 1(L) | Contract Parties |
| 1(M) | U.S. Trustee and Judges for the Eastern District of Louisiana |

17.     The results of Blank Rome's searches for its connections to the Potential Parties in Interest are set forth on **Schedule 2**.

18.     To the best of my knowledge, based on the searches conducted to date and subject to any explanations and/or exceptions contained therein, Blank Rome's representation of these parties is unrelated and Blank Rome does not hold or represent any interest adverse to the Debtor's estate with respect to the matters upon which Blank Rome is to be retained in this Chapter 11 Case.

19.     Based on the searches conducted to date and described herein, to the best of my knowledge, neither Blank Rome nor any partner or associate thereof has any connection with the Office of the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Eastern District of Louisiana other than normal professional connections that Blank Rome has developed as a result of its representations of various parties in interest in unrelated matters before the Court.

---

any party properly belongs in the schedules or has a claim or legal relationship to the Debtor of the nature described in the schedules.

Accordingly, the Debtor's retention and employment of Blank Rome is not prohibited by Bankruptcy Rule 5002.

20.     To the best of my knowledge, upon reasonable inquiry, neither I nor any professional of the Blank Rome team that is providing services to the Debtor is a creditor of the Debtor or an active volunteer with the Debtor.

21.     Given the large number of parties in interest in this chapter 11 case and because the information on **<u>Schedule 1</u>** may have changed without Blank Rome's knowledge and may change during the pendency of the Debtor's Chapter 11 Case, Blank Rome is not able conclusively to identify all relationships or potential relationships with all creditors or other parties in interest in this Chapter 11 Case. If any new relevant facts or relationships are discovered or arise, Blank Rome will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

### <u>ATTORNEY STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES</u>

22.     The following responses are provided in response to the questions set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

(a)     Blank Rome did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

(b)     The hourly rates of the Blank Rome professionals representing the Debtor are consistent with the rates that Blank Rome charges other chapter 11 clients, regardless of the geographic location of the chapter 11 case.

(c)     The billing rates and material financial terms of Blank Rome's prepetition engagement by the Debtor are as set forth in the Application. Such billing rates and material financial terms have not changed post-petition compared to services provided to the Debtor prepetition.

(d)     The Court has approved a budget on an interim basis for Blank Rome's engagement for the postpetition period, which budget is set forth in Exhibit 1 to the *Interim Cash Collateral Order* [Docket No. 55].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May, 2020
New Orleans, Louisiana

_____
James R. Murray, Esq.
Partner
BLANK ROME LLP

### Schedule 1

### Potential Parties-in-Interest

### Index

| Schedule | Category |
|---|---|
| 1(A) | Debtor |
| 1(B) | Officers, Board, Council and Committee Members |
| 1(C) | Current and Recent Former Entities Affiliated with the Debtors |
| 1(D) | Lenders |
| 1(E) | Litigation Parties and Counsel |
| 1(F) | Governmental – Regulatory |
| 1(G) | Top 20 Creditors |
| 1(H) | Insurers |
| 1(I) | Professionals that Provide Services to the Debtors |
| 1(J) | Major Utility Providers |
| 1(K) | Bondholders – Trustee of Bondholders |
| 1(L) | Contract Parties |
| 1(M) | U.S. Trustee and Judges for the Eastern District of Louisiana |

## **SCHEDULE 1(A)**

## **Debtor**

The Roman Catholic Church of the Archdiocese of New Orleans

## SCHEDULE 1(B)

### Officers, Board, Council and Committee Members

Mr. Rodney J. Abele, Jr.
Ms. Marguerite L. Adams, Esq.
Very Rev. Peter O. Akpoghiran, J.C.D.
Most Rev. Gregory M. Aymond, D.D,
Ms. Emily Marcotte Barilleau
Very Rev. Patrick Carr, Vicar General
Mr. Joseph Carrere
Mr. Mason G. Couvillon
Most Rev. Fernand J. Cheri, III, O.F.M,V.G.
Deacon Ron Drez, Jr.
Mr. Terry A. DuFrene
Mr. Lloyd E. Eagan, Jr.
Mr. Jeffery J. Entwisle
Mr. Paul L. Fine
Mr. William F. Finegan
Mr. Octave J. Francis, III
Mr. Todd R. Gennardo
Mr. Alex Gershanik
Ms. Kathleen R. Hebert
Ms. Catherine B. Howard
Mr. Cory Howat
Ms. Mary S. Johnson
Mr. Robert D. Munch, Jr.
Ms. Raechelle Munna, Esq.
Ms. Dina B. Riviere
Mr. Mark Rodi
Mr. Lloyd A. Tate
Mr. Jeffray A. Teague
Mr. Calvin S. Tregre
Mr. St. Denis J. Villere
Rev. Otis W. Young, Jr.

## SCHEDULE 1(C)

## Current and Recent Former Entities Affiliated with the Debtors

### Parishes:

All Saints Roman Catholic Church, New Orleans, Louisiana
Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
Ascension of Our Lord Roman Catholic Church, LaPlace Louisiana
Assumption of Mary Roman Catholic Church, Avondale, Louisiana
Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
Blessed Sacrament – St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
Christ the King Roman Catholic Church, Gretna, Louisiana
Congregation of the Mission Western Province, Louisiana (St. Joseph)
Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
Divine Mercy Roman Catholic Church, Kenner, Louisiana
Good Shepherd Roman Catholic Church, New Orleans, Louisiana
Holy Family Roman Catholic Church, Luling, Louisiana
Holy Family Roman Catholic Church, Franklinton, Louisiana
Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
Holy Spirit Roman Catholic Church, New Orleans, Louisiana
Immaculate Conception Roman Catholic Church, Marrero, Louisiana
Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
Most Holy Trinity Roman Catholic Church, Covington, Louisiana
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
Our Lady of Guadalupe Church & Shrine of St. Jude
Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Belle Chase, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
Our Lady of Prompt Succor Church Roman Catholic Church, Chalmette, Louisiana
Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana

St. Agnes Roman Catholic Church, Jefferson, Louisiana
St. Agnes le Thi Thanh Roman Catholic Church, Marrero, Louisiana
St Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
St. Angela Merici Roman Catholic Church, Metairie, Louisiana
St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
St. Anselm Roman Catholic Church, Madisonville, Louisiana
St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
St. Anthony Roman Catholic Church, Gretna, Louisiana
St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
St. Augustine Roman Catholic Church, New Orleans, Louisiana
St. Benedict Roman Catholic Church, Covington, Louisiana
St. Benilde Roman Catholic Church, Metairie, Louisiana
St. Bernard Roman Catholic Church, St. Bernard, Louisiana
St. Bonaventure Roman Catholic Church, Avondale, Louisiana
St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
St. Christopher the Martyr Roman Catholic Church, Metairie, Louisiana
St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
St. Cletus Roman Catholic Church, Gretna, Louisiana
St. David Roman Catholic Church, New Orleans, Louisiana
St. Dominic's Roman Catholic Church, New Orleans, Louisiana
St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
St. Gabriel Roman Catholic Church, New Orleans, Louisiana
St. Genevieve Roman Catholic Church, Slidell, Louisiana
St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
St. Hubert Roman Catholic Church, Garyville, Louisiana
St. James Major Roman Catholic Church, New Orleans, Louisiana
St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
St. Jerome Roman Catholic Church, Kenner, Louisiana
St. Joachim Roman Catholic Church, Marrero, Louisiana
St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
St. John Bosco Roman Catholic Church, Harvey, Louisiana
St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
St. John the Baptist Roman Catholic Church, Edgard, Louisiana
St. John the Baptist Roman Catholic Church, Paradis, Louisiana
St. John the Baptist Roman Catholic Church, Folsom, Louisiana
St. Joseph Roman Catholic Church, Algiers, Louisiana
St. Joseph Roman Catholic Church, Gretna, Louisiana
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Katherine Drexel Roman Catholic Church New Orleans, Louisiana
St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
St. Louis Cathedral
St. Louis King of France Roman Catholic Church, Metairie, Louisiana

St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
St. Mark Roman Catholic Church, Ama, Louisiana
St. Martha Roman Catholic Church, Harvey, Louisiana
St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
St. Mary's Roman Catholic Church, New Orleans Louisiana
St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana
St. Patrick's Roman Catholic Church, New Orleans, Louisiana
St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
St. Paul The Apostle Parish Roman Catholic Church, New Orleans, Louisiana
St. Peter's Roman Catholic Church, Covington, Louisiana
St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
St. Peter Roman Catholic Church, Reserve, Louisiana
St. Philip Neri Roman Catholic Church, Metairie, Louisiana
St. Pius X Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, Harahan, Louisiana
St. Rosalie Roman Catholic Church, Harvey, Louisiana
St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana
Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
Society of the Redemptorist (St. Anthony)
Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

**Churches:**

Christ the King Church
Corpus Christi-Epiphany Church
Divine Mercy Church
Good Shepherd Parish St Stephen Church
Holy Family Church (Franklinton)
Holy Family Church (Luling)
Holy Name of Jesus Church
Holy Name of Mary Church
Holy Spirit Church
Immaculate Conception Church (Marrero)
Immaculate Conception Church (New Orleans)
Infant Jesus of Prague Mission
Mary Queen of Peace Church
Mary Queen of Vietnam Church
Mater Dolorosa Church
Most Holy Trinity Church
Our Lady of Divine Providence Church

Our Lady of Grace Church
Our Lady of Guadalupe (Shrine of St. Jude)
Our Lady of La Vang Mission
Our Lady of Lourdes Church (Slidell)
Our Lady of Lourdes Church (Violet)
Our Lady of Perpetual Help Church (Belle Chasse)
Our Lady of Perpetual Help Church (Kenner)
Our Lady of Prompt Succor Church (Chalmette)
Our Lady of Prompt Succor Church (Westwego)
Our Lady of the Angels Church
Our Lady of the Holy Rosary Church
Our Lady of the Lake Church
Our Lady of the Rosary Church
Our Lady Star of the Sea Church
Resurrection of Our Lord Church
Sacred Heart Church
Sacred Heart of Jesus Church
St. Agnes Church
St. Agnes Le Thi Thanh Church
St. Alphonsus Church
St. Andrew the Apostle Church
St. Angela Merici Church
St. Ann Church and Shrine
St. Ann Mission
St. Anselm Church
St. Anthony Church
St. Anthony Mission
St. Anthony of Padua Church (Luling)
St. Anthony of Padua Church (New Orleans)
St. Augustine Church
St. Benedict Church
St. Benilde Church
St. Bernard Church
St. Bonaventure Church
St. Catherine of Siena Church
St. Charles Borromeo Church
St. Christopher the Martyr Church
St. Clement of Rome Church
St. Cletus Church
St. David Church
St. Dominic Church
St. Edward the Confessor Church
St. Francis of Assisi Church
St. Francis Xavier Church
St. Gabriel the Archangel Church
St. Genevieve Church

St. Gertrude Church
St. Hubert Church
St. James Major Church
St. Jane de Chantal Church
St. Jerome Church
St. Joachim Church
St. Joan of Arc Church (LaPlace)
St. John Bosco Church
St. John of the Cross Church
St. John the Baptist Church (Edgard)
St. John the Baptist Church (Folsom)
St. John the Baptist Church (New Orleans)
St. John the Baptist Church (Paradis)
St. Joseph Church (Algiers)
St. Joseph Church (New Orleans)
St. Joseph Church and Shrine on the Westbank
St. Joseph the Worker Church
St. Katharine Drexel Church
St. Louis Cathedral-Basilica
St. Louis King of France Church
St. Luke the Evangelist Church
St. Margaret Mary Church
St. Maria Goretti Church
St. Mark Church
St. Martha Church
St. Mary Magdalen Church
St. Mary of the Angels Church
St. Mary's Assumption Church
St. Mary's Chapel (St. Mary's Assumption)
St. Mary's Church (St. Louis Cathedral-Basilica)
St. Matthew the Apostle Church
St. Michael the Archangel Mission
St. Nicholas of Myra Mission
St. Patrick Church (New Orleans)
St. Patrick Church (Port Sulphur)
St. Paul the Apostle Church
St. Peter Cemetery (St. Peter Church Reserve)
St. Peter Church (Covington)
St. Peter Church (Reserve)
St. Peter Claver Church
St. Philip Neri Church
St. Pius X Church
St. Pius X Mission
St. Raymond-St. Leo the Great Church
St. Rita Church (Harahan)
St. Rita Church (New Orleans)

St. Rosalie Church
St. Theresa of Avila Church
St. Thomas Church - Assumption of Our Lady Mission
Sts. Peter and Paul Church
Transfiguration of the Lord Church
Visitation of Our Lady Church

**Archdiocesan High Schools:**

Academy of our Lady St. Scholastica Academy
Archbishop Chapelle High School
Archbishop Hannan High School
Archbishop Shaw High School
Archbishop Rummel High School
Holy Rosary Academy High School
Pope John Paul II High School
St. Charles Catholic High School
St. Michaels Special School
St. Scholastica Academy

**Parish Schools:**

Academy of Our Lady
Annunciation School
Ascension of Our Lord School
Christ the King School
Holy Family Pre-School
Holy Name of Jesus School
Holy Rosary Academy (Closed)
Immaculate Conception School
Mary Queen of Peace School
Our Lady of Divine Providence School (Closed)
Our Lady of Lourdes School
Our Lady of Perpetual Help School (Belle Chasse)
Our Lady of Perpetual Help School (Kenner)
Our Lady of Prompt Succor School (Chalmette)
Our Lady of Prompt Succor School (Westwego)
Our Lady of the Lake School
Resurrection of Our Lord School
Sacred Heart of Jesus School (Closed)
St. Alphonsus School
St. Andrew the Apostle School
St. Angela Merici School
St. Ann School
St. Anthony Pre-School
St. Anthony School

St. Benilde School
St. Catherine of Siena School
St. Charles Borromeo School
St. Christopher the Martyr School
St. Clement of Rome School
St. Cletus School
St. Dominic School
St. Edward the Confessor School
St. Elizabeth Ann Seton School
St. Francis Xavier School
St. Joan of Arc School (LaPlace)
St. Joan of Arc School (New Orleans)
St. Leo the Great School
St. Louis King of France School
St. Margaret Mary School
St. Mary Magdalen School
St. Matthew the Apostle School
St. Michael School
St. Peter Claver School (Closed)
St. Peter School (Covington)
St. Peter School (Reserve)
St. Philip Neri School
St. Pius X School
St. Rita School (Harahan)
St. Rita School (New Orleans)
St. Rosalie School
St. Stephen School
The Good Shepherd Nativity Mission School
Visitation of Our Lady School

**Other Non-Debtor Entities:**

Academy of the Sacred Heart School
Annunciation Inn Apartments (Christopher Homes)
Archdiocese of New Orleans Chancery
Archdiocese of New Orleans Priests
Archdiocese of New Orleans Retreat Center
Blessed Seelos Center
Brother Martin High School
Cabrini High School
Camp Abbey Retreat Center
Catholic Charismatic Renewal
Catholic Charities Archdiocese of New Orleans
Catholic Foundation of the Archdiocese of New Orleans, Inc.
Center of Jesus the Lord at Our Lady of Good Counsel
Christian Brothers School City Park Campus

Christian Brothers School St. Anthony Campus
Christopher Homes, Inc.
Christopher Inn (Christopher Homes)
Clarion Herald Publishing Co., Inc.
Daughters of Our Lady of the Holy Rosary
De La Salle High Schoo
Delille (Christopher Homes)
Discalced Carmelite Nuns
Hanmaum Korean Catholic Chapel
Holy Cross High School
Holy Cross Middle School
Holy Cross Primary School
Holy Family Summer Camp
Hope House
Jesuit High School
Loyola University New Orleans
Louisiana Conference of Catholic Bishops
Louisiana Pro Life Counsel
Mater Dolorosa Apartments (Christopher Homes)
Metairie Manor Dietary (Christopher Homes)
Metairie Manor I, II, III (Christopher Homes)
Mount Carmel Academy
Nazareth Inn I and II (Christopher Homes)
New Orleans Catholic Cemeteries
Notre Dame Health System (Chateau de Notre Dame)
Notre Dame Seminary and Graduate School of Theology
Our Lady of Lourdes Bingo
Our Lady of Lourdes Summer Camp
Ozanam Inn
Place Dubourg (Christopher Homes)
Project Lazarus
Roquette Lodge Dietary (Christopher Homes)
Rosaryville Spirit Life Center
Rouquette Lodge (Christopher Homes)
School Food and Nutrition Services of New Orleans, Inc. (Locations)
School Food and Nutrition Services of New Orleans, Inc. (Office)
Second Harvest Food Bank of Greater New Orleans and Acadiana
Southern Dominican Province
St Luke Summer Camp
St. Anthony's Gardens
St. Augustine High School
St. Benard Manor (Christopher Homes)
St. Benedict the Moor School
St. John Berchman Manor (Christopher Homes)
St. Joseph's Abbey Church

St. Joseph Seminary College

St. Katharine Drexel Preparatory School
St. Mary's Academy of the Holy Family
St. Mary's Dominican High School
St. Martin Manor (Christopher Homes)
The St. Paul's High School
St. Teresa's Villa (Christopher Homes)
St. Thérèse Academy
Society of St. Teresa
Society of St. Vincent de Paul
Stella Maris Apostleship of the Sea
Stuart Hall School for Boys
Tulane Catholic Center
University of Holy Cross
University of New Orleans Newman Center
Ursuline Academy
Villa St. Maurice (Christopher Homes)
Willwoods Community
Wynhoven Apartments I and II (Christopher Homes)

## **SCHEDULE 1(D)**

### **Lenders**

Dell Financial SVC, LP
KS State Bank
Hancock Whitney Bank

**SCHEDULE 1(E)**

**Litigation Parties**

[Redacted] C/O Sherman-Denenea, L.L.C.
ABC Insurance Company (foreign insurance company)
Amanda Gibson
American Mutual Insurance Company
Andrew Cupit
Archbishop Gregory M. Aymond
Asbestos Corporation, Ltd.
AT&T Corporation
B.L.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Bethany Echelard, Kyle Echelard, & [REDACTED]
Bishop Douglas Deshotel, DD
Burmaster Land & Development Company, LLC
C.L.
Catholic Charities Archdiocese of New Orleans
Centennial Insurance Company
Christopher Edward Brown, Jr., Christopher Edward Brown, Sr., & Lisa Brown
Claims Resolution Management Corporation
CSR, Ltd.
Deacon George Brignac
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Eagle, Inc.
Employee(s) of Pope John Paul II High School
[REDACTED] C/O Sherman-Denenea, L.L.C.
Eric Reynolds
Ernest Riley
Excess Insurance Company
[REDACTED] C/O Sherman-Denenea, L.L.C.
Father Henry Brian Highfill
Father James Hurley f/k/a Brother James Hurley
Father Kenneth Hamilton
Father Lawrence A. Hecker
Father Michael Fraser
Father Paul Calamari
Frank Monica
Gayle M. Bartholomew
[REDACTED] C/O Sherman-Denenea, L.L.C.
Guard-Line, Inc.
Harold Thomas Ehlinger
Holy Cross College, Inc. d/b/a Holy Cross School
Holy Guardian Angels Church

Insurance Company of North America
Kyle Bourgeois & [REDACTED]
Lombard Insurance Company
Louisiana Restaurant Association Self Insurer's Fund
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Jane Doe (identity unknown)
[REDACTED] C/O Father John Brown, S.J.
[REDACTED] C/O Elizabeth B. Carpenter Law Firm
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
John Doe II (foreign insurance corporation)
John Doe III (foreign insurance corporation)
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Joseph Hebert
Joseph Messina, Jr., Gail Sonnier Messina, Jason Carl Messina, & Ryan Scott Messina
Kaitlyn Aubrey Luminais
[REDACTED] C/O Sherman-Denenea, L.L.C.
Lakeisha Nady
Linda Lee Stonebreaker
Melissa B. Adams
Melissa Blunt
[REDACTED] C/O Sherman-Denenea, L.L.C.
Mikkal Peterson
Neal Alan Pollet
[REDACTED] C/O Ardoin, McKowen & Ory, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
[REDACTED] C/O Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Philmat, Inc.
Pope John Paul II High School
[REDACTED] C/O Lamothe Law Firm, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Salesians of Don Bosco, Eastern Province in the USA d/b/a Salesian Society, Inc.
School Sisters of Notre Dame, Central Pacific Province f/k/a School Sisters of Notre Dame, Dallas Province

[REDACTED] C/O The Hayes Law Firm, PLC
Shaye R. Lirette
Spencer Butler
St. Bernard Parish Recreation Department
St. Charles Catholic High School
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Mary's Academy of the Holy Family
St. Paul Fire & Marine Insurance Company
[REDACTED] C/O Lamothe Law Firm, LLC
Taylor-Seidenbach, Inc.
The Archdiocese of New Orleans Indemnity, Inc.
The Catholic Mutual Relief Society of America
The Congregation of the Holy Spirit, Province of the United States
The Holy See (Vatican City State)
The McCarty Corporation
The Roman Catholic Church of the Archdiocese of New Orleans
The Society of the Divine World, Southern Province of St. Augustine
The Society of the Roman Catholic Church of the Diocese of Lafayette
[REDACTED]C/O Sherman-Denenea, L.L.C.
[REDACTED]C/O Sherman-Denenea, L.L.C.
Union Carbide Corporation
USA Central and Southern Province, Society of Jesus
Vincent Caminita, Jr., Misty Caminita, & [REDACTED]
Warren Deemer & Mary Deemer
Westchester Fire Insurance Company
Zurich Insurance Company
John H. Denenea, Esq.
Frank J. Damico Jr.
Herman, Herman, and Katz, LLC
SOREN E GISLESON
JOSEPH E CAIN
RYAN P MONSOUR
RICHARD C TRAHANT
DAMON J BALDONE AND ASSOCIATES
DAMON J BALDONE
STEPHEN M HUBER ESQ
ROGER A STETTER ESQ
ROBERT C JENKINS ESQ
FRANK E LAMOTHE III ESQ
ELIZABETH B CARPENTER ESQ
FELECIA Y PEAVY, ESQ
BENJAMIN T SANDERS
MATTHEW R FRANSEN
COLVIN LAW FIRM
KRISTI S. SCHUBERT
THE HAYES LAW FIRM PLC

DASHAWN HAYES
GAINSBURGH BENJAMIN DAVID MEUNIER AND WARSHAUER LLC
KETTERER BROWNE AND ANDERSON
DEREK T BRASLOW
ARDOIN MCKOWEN AND ORY LLC
DAVID W ARDOIN ESQ
RYAN P MONSOUR
PHILLIPS AND COHEN LLP
PETER W. CHATFIELD
AMY L. EASTON
LUKE J. DIAMOND
JEFFREY W. DICKSTEIN

## SCHEDULE 1(F)

## Governmental – Regulatory

Environmental Protection Agency
Internal Revenue Service
Louisiana Department of Revenue
Louisiana Department of Environmental Quality
Louisiana Department of Insurance
Louisiana Department of Motor Vehicles
The Louisiana Public Facilities Authority, a public trust and public corporation of the State of Louisiana
Louisiana Workforce Commission                   (Office of Workers Compensation)
Occupational Safety and Health Administration     (OSHA Region 4)
U.S. Department of Labor
Vermont Department of Financial Regulation        (Deputy Commissioner – Captive Insurance)

**SCHEDULE 1(G)**

**Top 20 Creditors**

1.  Hancock Whitney Bank
2.  Optumrx for Rx Claims
3 .Ochsner Health System
4.  [REDACTED]
5.  Advanced Reconstructive Care
6.  Meitler Consultants, Inc.
7.  Gallagher Benefit Services, Inc.
8.  Amerigroup LA
9.  LUBA Casualty Insurance Co.
10.  Louisiana Children's Medical Center
11.  White Oak Consulting
12.  Badia Moro Hewett Architects LLC
13. Corass Electrical Service
14.  Entergy
15.  Hahn Enterprises, Inc.
16. Atmos Energy Louisiana
17. Wright National Flood Insurance Co.
18.  DKI Office Furniture & Supplies
19. BSN Sports
20.  [REDACTED]

## **SCHEDULE 1(H)**

### **Insurers**

AIG Insurance Company
The Archdiocese of New Orleans Indemnity, Inc.
Bedivere Insurance Company
Berkley Crime
Catholic Mutual Relief Society of America
Church Mutual Insurance Company
Founders Insurance Co.
Ironshore Insurance Company
Hiscox, Inc. Insurance Company
Liberty Mutual Insurance Co.
NAS Insurance
Nationwide Mutual Insurance Company
Safety National
Travelers Insurance
United Health BP

## SCHEDULE 1(I)

## Professionals that Provide Services to the Debtors[4]

Arthur J. Gallagher Risk Management Services, Inc.
Jones Walker LLP
UMR, Inc.

## Investment Managers:

ABS Offshore
Harding Loevner International Equity
Harvest MLP Income Fund
Lazard International Equity
Reinhart Partners
Rhumbline Large Cap Index
Rhumbline Mid Cap Index
Rice Hall James Small/Mid Growth
Rimrock High Income Plus
Siguler Guff Distresed REOF II
Siguler Guff DOF III
Siguler Guff DOF IV
Tortoise
Vaughan Nelson Small Cap Value
VIA Energy III
Voya Global Real Estate Fund
WCM Focused Growth International Equity

---

[4] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

## SCHEDULE 1(J)

## Major Utility Providers

Allfax
AT&T
ATMOS ENTERGY
CABLE ONE
CENTURYLINK
CHARTER COMMUNICATIONS
City of Covington
City of Slidell
CLECO POWER LLC
Coastal Environment
COMPUCAST
COX BUSINESS
COX COMMUNICATIONS
EATEL
ELECTRICAL SALES CORP
Excel LD
HUNT TELECOMMUNICATIONS LLC
JEFFERSON PARISH DEPT. OF WATER
MAHATEL, LLC
NelNet Business Solutions
NEWWAVE COMMUNICATIONS
Nextel - Sprint
NOLA BROADBAND INC
NTS COMMUNICATIONS
Protection One / ADT
Reserve Telecommunications
River Parish Disposal
SEWERAGE & WATER BOARD OF N.O.
SOUTHERN NETWORKING SERVICES LLC
SPARKLIGHT
SPECTRUM BUSINESS
ST. JOHN THE BAPTIST PARISH UTILITIES
SWYFT CONNECT
TAMMANY UTILITIES
UTILITIES INC. OF LOUISIANA
Verizon Wireless
VI COMMUNICATIONS INC
WASHINGTON-ST. TAMMANY ELECTRIC COOPERATIVE, INC.
WASTE CONNECTIONS BAYOU INC
WASTE MANAGEMENT
WINDSTREAM

## **SCHEDULE 1(K)**

### **Bondholders – Trustee of Bondholders**

Hancock Whitney Corporation, as Indenture Trustee
TMI Trust Company
Kevin M. Dobrava

## SCHEDULE 1(L)

### Contract Parties

First Bank & Trust
Academy Real Estate, LLC
Ads Systems LLC
Adt Commercial
Alarm Detection & Suppression Systems Contractors, LLC
American Office Supplies
Arch Of New Orleans
Blue Cross And Blue Shield Of Louisiana
Bourgeois Bennett
Bradford & Marzec LLC
Capitelli S Wicker
Captrust
CF Biggs Co. Inc.
Champagne Elevator
Chemsearch, Inc
Christmount
Cintas
Circle Lake Retreat Center
Conduent Image Solutions
Corvus Janitorial Supplies
Crescent Payroll Solutions, Inc.
Dirty Laundry
Discovery Benefits, Inc
Eagle Hurst Ranch
Elevator Technical Services, Inc.
Gallagher Benefit Services, Inc.
Gallo Mechanical Services, LLC
Guillory Sheet Metal Works
Hancock Bank Of Louisiana, New Orleans
Harvest Fund Advisors LLC
Hunt Telecom, LLC
Insight Knowledgement Management Systems
Iron Mountain Information Management Inc
Johnson Controls Fire Protection Lp
Johnson Lambert  Llp
Kane (Usa), Inc.
Kar
Kleinpeter, Gary
Kone
Konica Minolta Premier Finance
Kushner & Lagraize LLC
Lmpacted Enrollment Consulting LLC

Magnolia Plantation
Marywood Retreat & Conference Center
Mercier Realty & Investment Company
Milliman
Nacome Camp & Retreat Center
New Orleans Pest Management
Orkin Pest Control
Parishsoft LLC
Pinnacle Elevator, LLC
Point Au Fer Island, L.L.C.
Point Au Fer, L.LC
Pratt Landry Associates, Inc.
Primmer Piper Eggleston & Cramer PC
Public Storage
Ray Bros., Inc.
Ready Power
Red Hawk Fire & Security
Republic Services, Inc.
River Parish Disposal
Royal Crown Coffee
Rumbelow Consulting
Sci La
Selection.Com
Simplex Grinnell
Soto Camp
Southwest Engineers
St. Joseph'S Abbey
St. Tammany Parish Government
State Street Global Advisors Trust Company
Sysco
Terminix Service Co Inc
The Guardian Life Insurance Company of America
The Security Center
Tyco Simplex Grinnell
UMR Inc.
United Healthcare Insurance Co
Unitedhealthcare BP
Uniti Fiber, LLC
Uniti Voip
Vaugh Nelson Investment Management LC
Venture Investment Associates
Voya Institutional Plan Services, LLC
Wcm Investment Management
White's Clock & Carillon

## **SCHEDULE 1(M)**

### **U.S. Trustee and Judges for the Eastern District of Louisiana**

Hon. Meredith S. Grabill
Hon. Jerry A. Brown
David W. Asbach

**Schedule 2**

**Results of the Connections Search**

a)      Circumstances in which Blank Rome has represented clients other than the Debtor in matters involving the Debtor:

        None.

b)      Representations by Blank Rome of Current and Former Officers, Board, Council and Committee Members of the Debtor:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| NONE. | NONE. |

c)      Representations by Blank Rome of Current and Recent Former Entities Affiliated with the Debtor:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| NONE. | NONE. |

f)      Representations by Blank Rome of Lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| NONE. | NONE. |

g)      Representations by Blank Rome of Litigation Parties and Counsel:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| NONE. | NONE. |

h)      Representations by Blank Rome of Governmental – Regulatory:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| NONE. | NONE. |

i)      Representations by Blank Rome of Top 20 General Unsecured Creditors of the Debtor (Non-Abuse Claims):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| NONE. | NONE. |

j)      Representations by Blank Rome of Insurers:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| NONE. | NONE. |

k)      Representations by Blank Rome of Professionals that Provide Services to the Debtor:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| NONE. | NONE. |

l)      Representations by Blank Rome of Major Utility Providers::

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| Charter Communications | NONE. |

m)      Representations by Blank Rome of Bondholders – Trustee of Bondholders:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| NONE. | NONE. |

n)      Representations by Blank Rome of Contract Parties:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| NONE. | NONE. |

o)      Representations by Blank Rome of U.S. Trustee and Judges for the Eastern District of Louisiana::

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| NONE. | NONE. |