| Fill in this information to identify the case: |
| --- |
| **Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans |
| **United States Bankruptcy Court for the:** Eastern District of Louisiana |
| **Case number (if known):** 20-10846 |

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ...................................................................  | UNDETERMINED |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ...............................................................  | $204,958,953.23 |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ................................................................  | $204,958,953.23 |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................  | $47,133,662.17 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................  | $626,458.55 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................  | + $91,592,452.51 |

4. **Total liabilities**
   Lines 2 + 3a + 3b .......................................................................................  | $139,352,573.23 |

| EXHIBIT 2 |
| --- |

**Fill in this information to identify the case:**

**Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans

**United States Bankruptcy Court for the:** Eastern District of Louisiana

**Case number (if known):** 20-10846

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.    Cash on hand**

| | | |
| --- | --- | --- |
| 2.1. | CASH ON HAND - ANO RETREAT CENTER | $600.00 |
| 2.2. | CASH ON HAND - ANO RETREAT CENTER - BOOK RACK | $150.00 |
| 2.3. | CASH ON HAND - FAMILY LIFE APOSTOLATE | $300.00 |
| 2.4. | CASH ON HAND- ACCOUNTING OFFICE | $869.21 |
| 2.5. | CASH ON HAND - TULANE CATHOLIC CENTER | $400.00 |
| 2.6. | CASH ON HAND - HISPANIC APOSTOLATE | $500.00 |
| 2.7. | CASH ON HAND - STELLA MARIS | $2,000.00 |
| 2.8. | CASH ON HAND - HIGH SCHOOLS | $7,013.96 |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1.[1] | HANCOCK WHITNEY $41,895,000 LPFA REFUNDING BONDS (ARCHDIOCESE OF NEW ORLEANS PROJECT) SERIES 2017 PRINCIPAL FUND P.O. BOX 4019 GULFPORT MS 39502-4019 | DEBT SERVICE | 0989 | $833.13 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |

### 3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.2.[2] | HANCOCK WHITNEY<br>$41,895,000 LPFA REFUNDING BONDS (ARCHDIOCESE OF NEW ORLEANS PROJECT) SERIES 2017 INTEREST FUND<br>P.O. BOX 4019<br>GULFPORT MS 39502-4019 | DEBT SERVICE | 0970 | $33,390.59 |
| 3.3.[3] | FIRST BANK & TRUST<br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS PAYROLL ACCT<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (PAYROLL) | 9614 | $0.00 |
| 3.4.[4] | HANCOCK WHITNEY<br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br>P.O. BOX 4019<br>GULFPORT MS 39502-4019 | CHECKING (OPERATING) | 2118 | $3,383,916.17 |
| 3.5.[5] | FIRST BANK & TRUST<br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING | 9680 | $231,627.50 |
| 3.6.[6] | FIRST BANK & TRUST<br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS BUSINESS CHECK CARD ACCT<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKCARD | 9625 | $1,864.12 |
| 3.7.[7] | CAPITAL ONE<br>ARCHDIOCESAN INSURANCE ACCOUNT<br>P.O. BOX 61540<br>NEW ORLEANS LA 70161 | COMMERCIAL CHECKING | 3664 | $282,385.19 |
| 3.8.[8] | CAPITAL ONE<br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS CARE AND COMPASSION ACCOUNT.<br>P.O. BOX 61540<br>NEW ORLEANS LA 70161 | CHECKING - CARE AND COMPASSION ACCOUNT | 2402 | $2,725.44 |
| 3.9.[9] | LIBERTY BANK<br>ARCHDIOCESE OF NEW ORLEANS<br>P.O. BOX 60131<br>NEW ORLEANS LA 70160-0131 | SAVINGS | 5245 | $111,560.97 |
| 3.10.[10] | HANCOCK WHITNEY<br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS EMPLOYEE INSURANCE FUND<br>P.O. BOX 4019<br>GULFPORT MS 39502-4019 | CHECKING (EMPLOYEE INSURANCE) | 0766 | $200,782.58 |
| 3.11.[11] | BMO HARRIS BANK<br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS UMR INC C/F PMT OF CLAIMS<br>P.O. BOX 755<br>CHICAGO IL 60690 | CORPORATE CHECKING (EMPLOYEE INSURANCE) | 8597 | $935,577.57 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.12.[12] | HANCOCK WHITNEY ARCHDIOCESE OF NEW ORLEANS PORTFOLIO B P.O. BOX 4019 GULFPORT MS 39502-4019 | BROKERAGE | 3049 | $3,147,062.00 |
| 3.13.[13] | HANCOCK WHITNEY THE ROMAN CATHOLIC CHURCH OF THE ARCHIDOCESE OF NEW ORLEANS RETIREMENT ACCOUNT P.O. BOX 4019 GULFPORT MS 39502-4019 | CHECKING | 2718 | $496,304.12 |
| 3.14.[14] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - OPERATING P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING (OPERATING) | 9250 | $387,327.58 |
| 3.15.[14] | CAPITAL ONE BANK ST. LOUIS CATHDRAL - CATHOLIC CULTURAL HERITAGE CENTER P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING (OPERATING) | 3736 | $461,293.84 |
| 3.16.[15] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - CAMBON MUSIC P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING | 3604 | $91,938.60 |
| 3.17.[16] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - ST. ANTHONY GARDEN P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING | 3744 | $161,495.50 |
| 3.18.[17] | CAPITAL ONE BANK ST. LOUIS CATHEDRAL - GIFT SHOP P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING | 3728 | $32,454.08 |
| 3.19.[14] | HANCOCK WHITNEY OUR LADY OF GUADALUPE P.O. BOX 4019 GULFPORT MS 39502-4019 | CHECKING (OPERATING) | 4318 | $41,513.33 |
| 3.20.[18] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING | 1514 | $476,883.45 |
| 3.21.[19] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 1745 | $26,535.10 |
| 3.22.[20] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 2809 | $42,084.40 |
| 3.23.[21] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3293 | $0.08 |
| 3.24.[22] | FIRST BANK & TRUST ARCHBISHOP CHAPELLE HIGH P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 4967 | $425,665.06 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.25.[18] | FIRST BANK & TRUST<br>ARCHBISHOP CHAPELLE HIGH<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0184 | $36,352.44 |
| 3.26.[23] | FIRST BANK & TRUST<br>ARCHBISHOP CHAPELLE HIGH<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | PAYROLL (PPP) | 5667 | $436,619.90 |
| 3.27.[24] | FIFTH DISTRICT SAVINGS BANK<br>ACADEMY OF OUR LADY<br>4000 GENERAL DE GAULLE DRIVE<br>NEW ORLEANS LA 70114 | MONEY MARKET ACCOUNT | 6344 | $178,572.21 |
| 3.28.[25] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | TUITION MANAGEMENT CHECKING | 1492 | $1,357,692.09 |
| 3.29.[26] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | TUITION MANAGEMENT CHECKING | 7654 | $0.00 |
| 3.30.[27] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | BUSINESS SAVINGS | 6054 | $1,004,197.63 |
| 3.31.[28] | GULF COAST BANK & TRUST COMPANY<br>ACADEMY OF OUR LADY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | TUITION FUNDED | 0011 | $0.00 |
| 3.32.[24] | REGIONS<br>ACADEMY OF OUR LADY<br>2098 BARATARIA BLVD.<br>MARRERO LA 70072 | BUSINESS CHECKING | 6073 | $143,307.83 |
| 3.33.[20] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 8545 | $299,607.81 |
| 3.34.[29] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 8501 | $816.37 |
| 3.35.[20] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION SAVINGS ACCOUNT | 8861 | $670,836.31 |
| 3.36.[30] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0079 | $53,377.62 |
| 3.37.[31] | FIRST BANK & TRUST<br>ARCHBISHOP PHILIP M HANNAN<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | ESCROW ACCOUNT | 5700 | $444,578.74 |
| 3.38.[32] | CHASE<br>POPE JOHN PAUL II HIGH SCHOOL<br>1943 E GAUSE BLVD.<br>SLIDELL LA 70461 | BUSINESS CHECKING | 8055 | $186,063.30 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

### 3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.39.[33] | FIRST BANK & TRUST<br>POPE JOHN PAUL II HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0271 | $61,678.82 |
| 3.40.[34] | FIRST BANK & TRUST<br>POPE JOHN PAUL II HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION SAVINGS ACCOUNT | 3199 | $322,169.32 |
| 3.41.[35] | FIRST BANK & TRUST<br>POPE JOHN PAUL II HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 4242 | $524,945.70 |
| 3.42.[36] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | DAY CAMP (BUSINESS CHECKING) | 2887 | $19,622.87 |
| 3.43.[37] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | MERCHANT (BUSINESS CHECKING) | 2876 | $2,241.63 |
| 3.44.[38] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | OLINE ADVANCEMENT (BUSINESS CHECKING) | 2832 | $5,071.09 |
| 3.45.[39] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | ONLINE BAND (BUSINESS CHECKING) | 2854 | $1,972.62 |
| 3.46.[40] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | ONLINE FUNDRAISING (BUSINESS CHECKING) | 2865 | $1,707.27 |
| 3.47.[41] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | ONLINE STUDENT SERVICES (BUSINESS CHECKING) | 2843 | $5,741.04 |
| 3.48.[42] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | ONLINE TUITION/FEES (BUSINESS CHECKING) | 2777 | $739,669.78 |
| 3.49.[43] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | OPERATING (COMM INTEREST CHECKING) | 2799 | $148,003.14 |
| 3.50.[44] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | PAYROLL (BUSINESS CHECKING) | 2821 | $588,958.59 |
| 3.51.[45] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0431 | $337,627.56 |
| 3.52.[46] | FIRST BANK & TRUST<br>ARCHBISHOP RUMMEL HIGH SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | BLACK AND GOLD MMA COMMERCIAL ACCOUNT | 2755 | $733,169.80 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

**3.**     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.53.[47] | FIRST BANK & TRUST ST. CHARLES CATHOLIC SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0437 | $59,762.96 |
| 3.54.[48] | FIRST BANK & TRUST ST. CHARLES CATHOLIC SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3063 | $1,681,146.63 |
| 3.55.[49] | FIRST BANK & TRUST ST. CHARLES CATHOLIC SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | PAYROLL (PPP) | 5678 | $534,272.50 |
| 3.56.[50] | FIRST AMERICAN BANK ST. CHARLES CATHOLIC SCHOOL 124 BELLE TERRE BLVD. LAPLACE LA 70068 | OPERATING (CHECKING) | 0502 | $211,589.54 |
| 3.57.[51] | FIRST AMERICAN BANK ST. CHARLES CATHOLIC SCHOOL 124 BELLE TERRE BLVD. LAPLACE LA 70068 | PAYROLL (CHECKING) | `1377 | $84.14 |
| 3.58.[52] | FIRST NATIONAL BANK USA ST. CHARLES CATHOLIC SCHOOL 377 BELLE TERRE BLVD. LAPLACE LA 70068 | BUSINESS CHECKING | 7036 | $27,016.29 |
| 3.59.[53] | FIRST BANK & TRUST ARCHBISHOP SHAW HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 2440 | $15,729.16 |
| 3.60.[54] | FIRST BANK & TRUST ARCHBISHOP SHAW HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3085 | $269,162.40 |
| 3.61.[55] | FIRST BANK & TRUST ARCHBISHOP SHAW HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0007 | $59,470.72 |
| 3.62.[56] | FIRST BANK & TRUST ARCHBISHOP SHAW HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 9162 | $236,140.41 |
| 3.63.[57] | FIRST BANK & TRUST ARCHBISHOP SHAW HIGH SCHOOL P.O. BOX 60007 NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 2429 | $664,547.63 |
| 3.64.[58] | CAPITAL ONE BANK ST. SCHOLASTICA ACADEMY P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING (ATHLETIC ASSOCIATION) | 3106 | $25,378.35 |
| 3.65.[58] | CAPITAL ONE BANK ST. SCHOLASTICA ACADEMY P.O. BOX 61540 NEW ORLEANS LA 70161 | CHECKING (PARENTS AND FRIENDS CLUB) | 6217 | $33,527.11 |
| 3.66.[29] | CAPITAL ONE BANK ST. SCHOLASTICA ACADEMY P.O. BOX 61540 NEW ORLEANS LA 70161 | BUSINESS ANALYZED CHECKING | 4776 | $300,415.45 |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

**3.**        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.67.[59] | FIRST BANK & TRUST<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION MONEY MANAGER ACCOUNT | 8457 | $119,659.52 |
| 3.68.[60] | FIRST BANK & TRUST<br>ST. SCHOLASTICA ACADEMY<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | TUITION RESERVE ACCOUNT | 0067 | $15,654.23 |
| 3.69.[61] | HOME BANK<br>ST. SCHOLASTICA ACADEMY<br>1750 N. COLUMBIA STREET<br>COVINGTON LA 70433 | COMMERICAL | 3065 | $685,889.54 |
| 3.70.[23] | HOME BANK<br>ST. SCHOLASTICA ACADEMY<br>1750 N. COLUMBIA STREET<br>COVINGTON LA 70433 | PAYROLL (PPP) | 4366 | $380,486.17 |
| 3.71.[62] | RAYMOND JAMES<br>ST. SCHOLASTICA ACADEMY<br>1540W CAUSEWAY APPROACH<br>MANDEVILLE LA 70471 | CHECKING | 2054 | $4,882.28 |
| 3.72.[63] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 3693 | $121,379.02 |
| 3.73.[64] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | BUSINESS CHECKING | 1481 | $7,242.60 |
| 3.74.[65] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | CHECKING (COMM INTEREST) | 9129 | $292,566.52 |
| 3.75.[29] | FIRST BANK & TRUST<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 60007<br>NEW ORLEANS LA 70160-0007 | COMMERICAL | 9602 | $0.00 |
| 3.76.[66] | GULF COAST BANK & TRUST COMPANY<br>ST. MICHAEL'S SPECIAL SCHOOL<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | CHECKING (TUITION MANAGEMENT) | 3404 | $115,700.27 |
| 3.77.[67] | HANCOCK WHITNEY<br>ST. MICHAEL'S SPECIAL SCHOOL<br>P.O. BOX 4019<br>GULFPORT MS 39502-4019 | CHECKING | 1509 | $366,497.00 |

[1]LPFA 2017 BONDS DEBT SERVICE ACCOUNT - PRINCIPAL

[2]LPFA 2017 BONDS DEBT SERVICE ACCOUNT - INTEREST

[3]EMPLOYEE PAYROLL ACOUNT. IT IS FUNDED FROM THE WHITNEY OPERATING ACCOUNT.

[4]OPERATING ACCOUNT FOR THE ARCHDIOCESE AND THIS ACCOUNT IS ALSO USED FOR TRANSFERS IN AND OUT OF DEPOSIT AND LOAN FUND.

[5]MAINLY USED FOR ONLINE AND CREDIT CARD GIVING. THIS IS LINKED TO THE VARIOUS MERCHANT PROCESSING. FUNDS BUILD UP FROM DONATIONS IN THIS ACCUNT AND THEN ARE TRANSFERRED TO THE OPERATING ACCOUNT. THIS ACCOUNT ALSO RECIVES REIMBURSEMENTS FROM THE EBT.

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

[6]THIS IS A PREFUNDED DEBIT CARD THAT IS USED FOR ARCHBISHOP'S RESIDENCE OPERATING EXPENSES. A SMALL BALANCE IS MAINTAINED AND IT IS FUNDED PERIODICALLY.

[7]THIS ACCOUNT IS USED TO PAY NON-HEALTH CAPTIVE INSURANCE CLAIMS- FUNDED FROM WHITNEY OPERATING.

[8]THIS ACCOUNT IS USED FOR CARE & COMPASSION PROGRAM ONLY - FUNDED FROM WHITNEY OPERATING.

[9]NO ACTIVITY OTHER THAN INTEREST EARNED.

[10]THIS ACCOUNT IS USED FOR HEALTH INSURANCE (PREMIUMS COLLECTED AND PAYS CLAIMS AND ADMIN EXP) - DEPENDING ON TIMING OF ACTIVITY, THIS ACCOUNT SOMETIMES HAS TO BE FUNDED FROM OPERATING ACCOUNT.

[11]THIS ACCOUNT IS REQUIRED BY UMR. AN IMPREST BALANCE OF $470,000 IS REQUIRED TO BE MAINTAINED. EACH WEEK FUNDS ARE DRAFTED BY UMR FOR CLAIMS DIRECTLY FROM THE EMPLOYEE INSURANCE FUND.

[12]THIS ACCOUNT INCLUDES CASH AND CASH EQUIVALENTS AND FIXED INCOME SECURITIES (CORPORATE AND GOVERNMENT-BACK BONDS). THE TOTAL VALUE AT 4/30/20 IS $68,150,398. THE ARCHDIOCESE' BALANCE IS $3,147,062 AND THE REMAINING FUNDS $65,003,333 ARE PART OF THE DEPOSIT AND LOAN FUND.

[13]ACCOUNT IS USED FOR 401(K) CONTRIBUTIONS FOR ARCHDICOESAN ENTITIES THAT PARTICPATE IN THE 401(K) PLAN OF THE ARCHDIOCESE. THE ENTIRE BALANCE IS FUNDS HELD FOR OTHERS. EACH TIME AN ENTITY PROCESS PAYROLL, THE EMPLOYER AND EMPLOYEE CONTRIBUTIONS ARE DRAFTED INTO THIS ACCOUNT. THE AMOUNTS ARE THEN WIRED TO VOYA (TPA FOR THE 401(K) PLAN).

[14]CHECKING OPERATING

[15]CHECKING CAMBONE ACCOUNT

[16]CHECKING - ST. ANTHONEY GARDEN ACCT

[17]CHECKING - SOUVENIR SHOP

[18]OPERATING CURRENT YEAR

[19]ENDOWNMENT

[20]OPERATING

[21]GAMING

[22]NEW YEAR OPERATING

[23]PPP LOAN

[24]FUNDRAISING, PARENT PARTNERSHIP - FOR DEPT. WISHLISTS, CLASS IMPROVMENTS, SUPPLEMENTAL TEACHERS' MATERIAL, SMALL AND MEDIUM SIZED SCHOOL IMPROVMENTS

[25]DAILY OPERATIONS OF THE SCHOOL

[26]ZERO ACCOUNT FOR PAYROLL TRANSFERS

[27]TO COVER PAYROLL AND OPERATIONS OF THE SCHOOL

[28]TUITION LOANS OUTSTANDING 2019-2020 - FOR OPERATING AND PAYROLL WHEN RECEIVED

[29]PAYROLL

[30]TUITION RESERVE (COLLATERAL FOR TUITION LOANS)

[31]PPP LOAN ESCROW ACCOUNT (PAYROLL)

[32]DAILY OPERATIONS/PAYROLL

[33]RESERVE LOAN

[34]SAVINGS

[35]CHECKING

[36]REGISTRATION INCOME AND FOR ALL CAMPS-SCHOOL YEAR AND SUMMER-AND EXPENSES FOR SUMMER CAMP.

[37]ONLINE STUDENT PAYMENTS FOR BOOKSTORE ACCOUNTS; IN HOUSE CREDIT CARD PAYMENTS FOR VARIOUS ACTIVITIES-TUITION, FEES, STUDENT ACTIVITIES, ETC.

[38]RECEIVES ALL ONLINE DONATIONS PROCESSED THROUGH OUR DEVELOPMENT SOFTWARE-NEON

[39]ONLINE STUDENT PAYMENTS OF DISNEY AND BAND CAMP PAYMENTS

[40]USED WHEN NEEDED FOR FUNDRAISING ONLINE OTHER THAN ANNUAL GIVING AND CELEBRITY WAITERS

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

41RECEIVES ONLINE DEPOSITS THROUGH FACTS FOR STUDENT LUNCH ACCOUNTS

42FOR TUITION PAYMENTS FOR FOLLOWING YEAR TO SEGREGATE

43REGULAR DEPOSITS AND EXPENSE PAYMENTS

44MONTHLY AND WEEKLY PAYROLLS AND RELATED EXPENSES

45BORROWER LOAN FUNDS BOOKED HERE; FUNDS RELEASED TO MONEY MANAGER AS PAYMENTS MADE; BALANCE REDUCED FOR CANCELS AND REDUCTIONS OF LOANS; CANNOT ACCESS FOR ACTIVITY

46BANK LOAN BORROWERS' TUITION DISBURSEMENTS FROM RESERVE ACCOUNT.

47THIS BANK ACCOUNT IS ACCOUNTED FOR ON THE SCHOOL'S BOOKS AS TUITION LOAN RECEIVABLE. THIS ACCOUNT RECEIVES THE FUNDING FROM FABT TUITION LOANS OBTAINED BY PARENTS WHO DO NOT PAY IN TUITION IN FULL. THE BALANCE IN THIS ACCOUNT IS THEN REDUCED THROUGHOUT THE FISCAL YEAR VIA TRANSFERS TO THE FABT OPERATING ACCOUNT EQUAL TO LOAN PRINCIPAL REPAYMENTS. THIS ACCOUNT RECEIVES THE AGREED UPON SHARED LOAN INTEREST MONTHLY AND THIS AMOUNT IS ALSO TRANSFERRED OUT. LOAN CHARGEBACK WIL ALSO REDUCR THE ACCOUNT BALANCE.

48THIS ACCOUNT RECEIVES ONLINE ACH AND CREDIT/DEBIT CARD PAYMENTS FROM PARENTS FOR TUITION/FEES. ALSO RECEIVES FUNDS FROM THE FABT TUITION RESERVE ACCOUNT WHICH IS TRANSFERRED TO THIS ACCOUNT AS TUITION LOAN PAYMENTS ARE COLLECTED

49PAYROLL AND UTILITIES (PPP)

50PRIMARY CHECKING ACCT FOR THE SCHOOL, UTILIZED TO PAY OPERATING EXPENSES. FUNDS RECEIVED ARE PRIMARILY EVERYTHING OTHER THAN TUITION, ALTHOUGH DOES RECEIVE FUNDS VIA CHECK/CASH FOR TUITION FROM SOME PARENTS. ALSO RECEIVES FUNDS TRANSFERRED FROM THE SCHOOL'S FABT OPERATING ACCOUNT DURING THE SECOND HALF OF THE FISCAL YEAR

51THIS ACCOUNT FUNDS THE SCHOOL'S PAYROLL AND ALSO PAYS PAYROLL TAXES WITHHELD. IN ADDITION THE ACCOUNT PAYS THIRD PARTIES FOR RETIREMENT AND OTHER BENEFIT PAYROLL WITHHOLDINGS AND/OR RELATED EXPENSES OF THE SCHOOL. FUNDS RECEIVED HERE ARE TRANSFERRED FROM THE SCHOOL'S OPERATING ACCTS.

52THIS ACCOUNT HOLDS NET FUNDRAISING MONEY GENERATED BY THE SCC QB CLUB. ACTIVITY IS RECEIPTS FROM FUNDRAISING AND USE OF THOSE FUNDS PRIMARILY TO SUPPORT THE FOOTBALL TEAM BUT SOME OD THE MONEY IS OCCASIONALLY USED FOR TO SUPPORT OTHER SCHOOL SPORTS. THE NET AMOUNT IS ALWAYS OFFSET BY AN AGENCY ACCOUNT LIABILITY.

53PAYROLL/TAXES

54CURRENT YEAR TUITION

55TUITION LOANS CURRENT YEAR

56MM/OPERATING YEAR

57GENERAL OPERATING

58SCHOOL CLUB FEES

59LOAN RECEIPTS

60LOAN PAYMENTS STILL DUE FROM PARENTS

61ACCOUNTS PAYABLE ESTIMATES

62PART OF CUSTODIAN-MANAGED FUNDS

63CHECK WRITING

64RECEIVING PAYPAL

65HOLDING FUNDS

66RECEIVING FACTS REMITTANCES

67HOLDING CAPITAL FUNDS

**4. Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ | $_____ |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

**5.**   **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $25,519,855.49

---

**Part 2:**   **Deposits and prepayments**

**6.**   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.**   **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.   RETAINER BALANCE - PROFESSIONAL SERVICES<br><br>CARR RIGGS & INGRAM, LLC<br>111 VETERANS BLVD.<br>SUITE 350<br>METAIRIE LA 70005 | $880.00 |
| 7.2.   RETAINER BALANCE - PROFESSIONAL SERVICES<br><br>DONLIN RECANO & COMPANY, INC.<br>6201 15TH AVENUE<br>BROOKLYN NY 11219 | $9,169.00 |
| 7.3.   RETAINER BALANCE - PROFESSIONAL SERVICES<br><br>JONES WALKER, LLP<br>201 ST. CHARLES AVE.<br>SUITE 5100<br>NEW ORLEANS LA 70170 | $101,390.94 |
| 7.4.   DEPOSITS FOR FUTURE FUNCTIONS<br><br>VINTAGE ROCK CLUB<br>1007 POYDRAS STREET<br>NEW ORLEANS LA 70062 | $22,208.85 |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.   PREPAID TUITION AND REGISTRATION FEES<br><br>ACADEMY OF OUR LADY | $1,423,306.92 |
| 8.2.   PREPAID TUITION AND REGISTRATION FEES<br><br>ARCHBISHOP CHAPELLE HIGH SCHOOL | $1,389,920.82 |
| 8.3.   PREPAID TUITION AND REGISTRATION FEES<br><br>ARCHBISHOP HANNAN HIGH SCHOOL | $557,606.35 |
| 8.4.   PREPAID TUITION AND REGISTRATION FEES<br><br>ARCHBISHOP RUMMEL HIGH SCHOOL | $718,223.00 |
| 8.5.   PREPAID TUITION AND REGISTRATION FEES<br><br>ARCHBISHOP SHAW HIGH SCHOOL | $338,667.76 |
| 8.6.   STUDENT ACCIDENT<br><br>BOLLINGER SPECIALTY GROUP | $88,418.50 |
| 8.7.   UMBRELLA PROPERTY INSURANCE COVERAGE<br><br>CATHOLIC UMBRELLA POOL | $38,581.50 |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **Office furniture** | | | |
| 39.1. | OWNED[1] | $185,473.00 | Net Book Value | $185,473.00 |
| 39.2. | OWNED[2] | $64,224.00 | Net Book Value | $64,224.00 |

[1]ARCHDIOCESE OF NEW ORLEANS - ADMINISTRATIVE OFFICES, ST. LOUIS CATHDERAL, OUR LADY OF GUADALOUPE

[2]ARCHBISHOP SHAW HIGH SCHOOL

| | | | | |
|---|---|---|---|---|
| **40.** | **Office fixtures** | | | |
| 40.1. | SEE RESPONSE AT PART 7, NO. 39 | $_____ | _____ | $_____ |

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1. | OWNED[1] | $389,503.00 | Net Book Value | $389,503.00 |
| 41.2. | LEASED[2] | $841,219.00 | Net Book Value | UNKNOWN |

[1]HIGH SCHOOLS - OWNED

[2]HIGH SCHOOLS - LEASED

| | | | | |
|---|---|---|---|---|
| **42.** | **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | GARRISON ST. LAZARUS HISTORICAL DOUMENTS[1] | $122,000.00 | N/A | UNDETERMINED |
| 42.2. | ST. LOUIS CATHEDRAL MONSTRANCE 09-001-082 DIFFERENT VIEWS[2] | $62,000.00 | N/A | $100,000.00 |
| 42.3. | OFFSITE STORAGE ROOM 1077- 08/058/034 ARTIFACTS - CANDLESTICK[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.4. | OFFSITE STORAGE ROOM 1077- 08/016/051 ARTIFACTS - WOODEN CROSS, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.5. | OFFSITE STORAGE ROOM 1077- 09/300/052 ARTIFACTS - PEW[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.6. | OFFSITE STORAGE ROOM 1077- 10/058/077 ARTIFACTS - STATUE PEDESTAL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.7. | OFFSITE STORAGE ROOM 1077- 13/313/003 ARTIFACTS - ALTAR, ST. JOSEPH, ST. JOHN BOSCO CHAPEL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.8. | OFFSITE STORAGE ROOM 1077- SO/2015/0030 ARTIFACTS - SACRARIUM[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.9. | OFFSITE STORAGE ROOM 1077- SO/2015/0054 ARTIFACTS - ST. FRANCIS OF ASSISI STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.10. | OFFSITE STORAGE ROOM 1077- SO/2015/0062 ARTIFACTS - ST. ANDREW CORSINI, O.CARM[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.11. | OFFSITE STORAGE ROOM 1077- SO/2016/0047 ARTIFACTS - TABERNACLE, HOTEL DIEU HOSPITAL[3] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.12. | OFFSITE STORAGE ROOM 1077- SO/2016/0070 ARTIFACTS - ST. FRANCIS OF ASSISI STATUTE (OUTSIDE STATUTE)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.13. | OFFSITE STORAGE ROOM 1077- SO/2016/0083 ARTIFACTS - BILLBOARD[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.14. | OFFSITE STORAGE ROOM 1077- SO/2016/0084 ARTIFACTS - CROSS (WOOD)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.15. | OFFSITE STORAGE ROOM 1077- SO/2016/0089 ARTIFACTS - PEDESTAL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.16. | OFFSITE STORAGE ROOM 1077- SO/2016/0091 ARTIFACTS - CANDLESTICK HOLDER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.17. | OFFSITE STORAGE ROOM 1077- SO/2016/0095 ARTIFACTS - CROSS, CENTER OF JESUS THE LORD[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.18. | OFFSITE STORAGE ROOM 1077- SO/2016/0140 ARTIFACTS - CANDLESTICK HOLDER, OUR LADY OF GOOD COUNSEL PARISH (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.19. | OFFSITE STORAGE ROOM 1077- SO/2016/0142 ARTIFACTS - ST. AGNES STATUE, ST. AGNES SCHOOL (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.20. | OFFSITE STORAGE ROOM 1077- SO/2016/0143 ARTIFACTS - ST. RAYMOND STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.21. | OFFSITE STORAGE ROOM 1077- SO/2016/0147 ARTIFACTS - PASCAL CANDLE HOLDER, OUR LADY OF GOOD COUNSEL PARISH (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.22. | OFFSITE STORAGE ROOM 1077- SO/2016/0148 ARTIFACTS - CANDLESTICK HOLDER, OUR LADY OF GOOD COUNSEL PARISH (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.23. | OFFSITE STORAGE ROOM 1077- SO/2016/0149 ARTIFACTS - METAL CROSS, IMMACULATE HEART OF MARY PARISH (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.24. | OFFSITE STORAGE ROOM 1077- SO/2016/0150 ARTIFACTS - PLAQUE, SCHULMERICH CARILLONIC BELLS, IMMACULATE HEART OF MARY PARISH (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.25. | OFFSITE STORAGE ROOM 1077- SO/2016/0168 ARTIFACTS - HOLY WATER FONT[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.26. | OFFSITE STORAGE ROOM 1077- SO/2017/0040 ARTIFACTS - TABERNACLE, OUR LADY OF LOURDES, NEW ORLEANS (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.27. | OFFSITE STORAGE ROOM 1077- SO/2017/0041 ARTIFACTS - TABERNACLE, OUR LADY OF LOURDES, NEW ORLEANS (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.28. | OFFSITE STORAGE ROOM 1077- SO/2017/0059 ARTIFACTS - PIANO, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.29. | OFFSITE STORAGE ROOM 1077- SO/2017/0301 ARTIFACTS - ST. JUDE STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.30. | OFFSITE STORAGE ROOM 1077- SO/2017/0303 ARTIFACTS - ST. ANTHONY OF PADUA STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.31. | OFFSITE STORAGE ROOM 1077- SO/2017/0304 ARTIFACTS - ST. THERESE OF THE LITTLE FLOWER OF JESUS STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.32. | OFFSITE STORAGE ROOM 1077- SO/2017/0305 ARTIFACTS - SACRED HEART OF JESUS STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.33. | OFFSITE STORAGE ROOM 1077- SO/2017/0306 ARTIFACTS - ST. JUDE STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.34. | OFFSITE STORAGE ROOM 1077- SO/2017/0307 ARTIFACTS - VASE[3] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.35. | OFFSITE STORAGE ROOM 1077- SO/2017/0308 ARTIFACTS - VASE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.36. | OFFSITE STORAGE ROOM 1077- SO/2017/0309 ARTIFACTS - CANDLESTICK HOLDER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.37. | OFFSITE STORAGE ROOM 1077- SO/2017/0310 ARTIFACTS - CANDLESTICK HOLDER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.38. | OFFSITE STORAGE ROOM 1077- SO/2017/0312 ARTIFACTS - AMBRY[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.39. | OFFSITE STORAGE ROOM 1077- SO/2017/0313 ARTIFACTS - AMBRY, EPIPHANY PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.40. | OFFSITE STORAGE ROOM 1077- SO/2017/0314 ARTIFACTS - HYMN BOARD[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.41. | OFFSITE STORAGE ROOM 1077- SO/2017/0315 ARTIFACTS - CANDLESTICK HOLDER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.42. | OFFSITE STORAGE ROOM 1077- SO/2017/0316 ARTIFACTS - CANDLESTICK HOLDER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.43. | OFFSITE STORAGE ROOM 1077- SO/2017/0317 ARTIFACTS - THURIBLE AND BOWL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.44. | OFFSITE STORAGE ROOM 1077- SO/2017/0318 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.45. | OFFSITE STORAGE ROOM 1077- SO/2017/0319 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.46. | OFFSITE STORAGE ROOM 1077- SO/2017/0320 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.47. | OFFSITE STORAGE ROOM 1077- SO/2017/0321 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.48. | OFFSITE STORAGE ROOM 1077- SO/2017/0322 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.49. | OFFSITE STORAGE ROOM 1077- SO/2017/0323 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.50. | OFFSITE STORAGE ROOM 1077- SO/2017/0324 ARTIFACTS - CANDLESTICK, OUR LADY OF GOOD COUNSEL PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.51. | OFFSITE STORAGE ROOM 1077- SO/2017/0326 ARTIFACTS - BANNER STAND[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.52. | OFFSITE STORAGE ROOM 1077- SO/2017/0327 RTIFACTS - HYMN BOARD[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.53. | OFFSITE STORAGE ROOM 1077- SO/2017/0328 ARTIFACTS - PASCAL CANDLEHOLDER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.54. | OFFSITE STORAGE ROOM 1077- SO/2017/0329 ARTIFACTS - THURIBLE AND STAND, OUR LADY OF GOOD COUNSEL PARISH (CLOSED)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.55. | OFFSITE STORAGE ROOM 1077- SO/2018/0009 ARTIFACTS - CORPUS OF JESUS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.56. | OFFSITE STORAGE ROOM 1077- SO/2018/0010 ARTIFACTS - BAPTISMAL FONT[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.57. | OFFSITE STORAGE ROOM 1077- SO/2018/0011 ARTIFACTS - SENSOR CONTAINER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.58. | OFFSITE STORAGE ROOM 1077- SO/2018/0012 ARTIFACTS - CANDLE (GAS)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.59. | OFFSITE STORAGE ROOM 1077- SO/2018/0013 ARTIFACTS - FLAG STAND[3] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | | Case number *(if known)* **20-10846** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.60. | OFFSITE STORAGE ROOM 1077- SO/2018/0042 ARTIFACTS - CROSS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.61. | OFFSITE STORAGE ROOM 1077- SO/2018/0043 ARTIFACTS - CROSS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.62. | OFFSITE STORAGE ROOM 1077- SO/2018/0053 ARTIFACTS - BANNERS IN TUBES (4)[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.63. | OFFSITE STORAGE ROOM 1077- SO/2018/0054 ARTIFACTS - IRON CROSS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.64. | OFFSITE STORAGE ROOM 1077- SO/2018/0055 ARTIFACTS - SMALL IRON CROSS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.65. | OFFSITE STORAGE ROOM 1077- SO/2018/0056 ARTIFACTS - ST. MARTIN DE PORRES STAINED GLASS WINDOW, IMMACULATE HEART OF MARY PARISH[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.66. | OFFSITE STORAGE ROOM 1077- SO/2018/0057 ARTIFACTS - MARBLE SUPPORTS (PART OF ALTAR), ST. JOHN BOSCO CHAPEL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.67. | OFFSITE STORAGE ROOM 1077- SO/2018/0058 ARTIFACTS - STAINED GLASS WINDOWS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.68. | OFFSITE STORAGE ROOM 1077- SO/2018/0059 ARTIFACTS - SHELVING UNITS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.69. | OFFSITE STORAGE ROOM 1077- SO/2018/0061 ARTIFACTS - ALTAR, MARBLE SLABS, ST. JOHN BOSCO CHAPEL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.70. | OFFSITE STORAGE ROOM 1077- SO/2018/0062 ARTIFACTS - ALTAR, MARBLE SLABS, ST. JOHN BOSCO CHAPEL[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.71. | OFFSITE STORAGE ROOM 1077- SO/2018/0063 ARTIFACTS - MARBLE SUPPORTS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.72. | OFFSITE STORAGE ROOM 1077- SO/2018/0196 ARTIFACTS - POOR BOX[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.73. | OFFSITE STORAGE ROOM 1077- SO/2019/0073 ARTIFACTS - HARPSICHORD, OLD URSULINE CONVENT[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.74. | ST. LOUIS CATHEDRAL STATUE 09-001-007 ST. LOUIS KING OF FRANCE PLAQUE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.75. | ST. LOUIS CATHEDRAL STATUE 09-001-007 ST. LOUIS KING OF FRANCE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.76. | ST. LOUIS CATHEDRAL STATUE 09-001-008 ST.JOAN OF ARC PLAQUE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.77. | ST. LOUIS CATHEDRAL STATUE 09-001-008 ST.JOAN OF ARC[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.78. | ST. LOUIS CATHEDRAL STATUE 09-001-009 SACRED HEART OF JESUS[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.79. | ST. LOUIS CATHEDRAL STATUE 09-001-010 ST. ANTHONY OF PADUA[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.80. | ST. LOUIS CATHEDRAL STATUE 09-001-017 ST. JOSEPH[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.81. | ST. LOUIS CATHEDRAL ARTWORK 09-001-018 ST. FRANCIS STIGMATA[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.82. | ST. LOUIS CATHEDRAL ARTWORK 09-001-019 SACRED HEART MOSAIC[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.83. | ST. LOUIS CATHEDRAL STATUE 09-001-023 BVM OUR LADY OF VICTORY[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.84. | ST. LOUIS CATHEDRAL ART WORK 09-001-024 BVM[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.85. | ST. LOUIS CATHEDRAL CRUCIFIX 09-001-028 METROPOLITAN CRUCIFIX AND STAND[4] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|
| 42.86. | ST. LOUIS CATHEDRAL STATUE 09-001-032 ST. PETER[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.87. | ST. LOUIS CATHEDRAL STATUE 09-001-033 ST. PAUL[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.88. | ST. LOUIS CATHEDRAL ARTWORK 09-001-046 BALCONY R1 ST. PAUL[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.89. | ST. LOUIS CATHEDRAL ARTWORK 09-001-046 BALCONY L1 ST. PETER[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.90. | ST. LOUIS CATHEDRAL STATUES 09/001/047 FAITH, HOPE, CHARITY[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.91. | ST. LOUIS CATHEDRAL STATUE 09-001-057 BVM MARY QUEEN OF FREEDOM[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.92. | ST. LOUIS CATHEDRAL STATUE 09-001-058 ST. THERESE OF LISIEUX[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.93. | ST. LOUIS CATHEDRAL ARTWORK 09-001-067 SACRED HEART OF JESUS[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.94. | ST. LOUIS CATHEDRAL ARTWORK 09-001-067 BVM IMMACULATE HEART OF MARY[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.95. | ST. LOUIS CATHEDRAL ARTWORK 09-001-094 HOLY FAMILY [4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.96. | ST. LOUIS CATHEDRAL ARTWORK 09-001-094 APOSTLES[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.97. | ST. LOUIS CATHEDRAL ARTWORK 09-001-206 MALE SAINT[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.98. | ST. LOUIS CATHEDRAL ARTWORK 09-001-207 ARCHBHP PERCHE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.99. | ST. LOUIS CATHEDRAL ARTWORK 09-001-208 CRUCIFIXION [4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.100. | ST. LOUIS CATHEDRAL ARTWORK 09-001-209 CRUCIFIXION NICHOLAI POISSIN[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.101. | ST. LOUIS CATHEDRAL ARTWORK 09-001-218 GIFT TO ARCHBHP HUGHES[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.102. | ST. LOUIS CATHEDRAL ARTWORK 09-001-099 SCULPTURE OF HENRIETTE DELILLE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.103. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE WITH CHILDREN DEDICATION PLAQUE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.104. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE WITH CHILDREN[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.105. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE AT INFANT BAPTISM DEDICATION[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.106. | ST. LOUIS CATHEDRAL WINDOW 09-001-100 HENRIETTE AT INFANT BAPTISM[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.107. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#10 SAINTHOOD[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.108. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#9 BODY RETURNS HOME[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.109. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#8 SICKNESS AND DEATH[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.110. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#7 KING WITH LEPERS[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.111. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#6 KEY TO DAMIETTA[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.112. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#5 LEAVING FOR CRUSADES[4] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |

| 42.113. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#4 BUILDER OF CHURCH[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.114. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#3 MARRIAGE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.115. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#2 CORONATION[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.116. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#1 DR. H. OIDTMANN PURVEYORS PLAQUE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.117. | ST. LOUIS CATHEDRAL WINDOW 08-001-001#1 CHILDREN OF MARY PLAQUE[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.118. | ST. LOUIS CATHEDRAL WINDOW 09-001-001#1 CHILD WITH MOTHER[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.119. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #14[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.120. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #13[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.121. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #12[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.122. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #11[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.123. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #10[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.124. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #9[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.125. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #8[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.126. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #7[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.127. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #6[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.128. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #5[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.129. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #4[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.130. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #3[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.131. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #2[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.132. | ST. LOUIS CATHEDRAL STATIONS OF THE CROSS 09-001-003 #1[4] | UNDETERMINED | N/A | UNDETERMINED |
| 42.133. | OFFSITE STORAGE ROOM 1010- 07/032/073 ARTIFACTS - GOD THE FATHER STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.134. | OFFSITE STORAGE ROOM 1010- 07/032/075 ARTIFACTS - HOLY SPIRIT STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.135. | OFFSITE STORAGE ROOM 1010- 08/064/036 ARTIFACTS - MARBLE ALTAR TOP[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.136. | OFFSITE STORAGE ROOM 1010- 08/118/101 ARTIFACTS - RESURRECATION STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.137. | OFFSITE STORAGE ROOM 1010- 08/118/102 ARTIFACTS - HOLY IMAGES STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.138. | OFFSITE STORAGE ROOM 1010- 08/118/103 ARTIFACTS - EUCHARIST STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | Case number *(if known)* **20-10846** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42.139. | OFFSITE STORAGE ROOM 1010- 08/118/104 ARTIFACTS - THE 4 GOSPELS STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.140. | OFFSITE STORAGE ROOM 1010- 08/118/105 ARTIFACTS - HOLY SYMBOLS STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.141. | OFFSITE STORAGE ROOM 1010- 08/118/106 ARTIFACTS - HOLY SPIRIT AND CROSS STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.142. | OFFSITE STORAGE ROOM 1010- 08/118/107 ARTIFACTS - RISEN CHRIST STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.143. | OFFSITE STORAGE ROOM 1010- 08/118/108 ARTIFACTS - ASCENSION OF CHRIST STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.144. | OFFSITE STORAGE ROOM 1010- 08/118/109 ARTIFACTS - PENTECOST STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.145. | OFFSITE STORAGE ROOM 1010- 08/118/110 ARTIFACTS - BLESSED VIRGIN MARY STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.146. | OFFSITE STORAGE ROOM 1010- 08/118/111 ARTIFACT - QUEENSHIP OF MARY STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.147. | OFFSITE STORAGE ROOM 1010- 08/118/112 ARTIFACT- ANCIENT LAMP STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.148. | OFFSITE STORAGE ROOM 1010- 08/118/113 ARTIFACT - HOLY SPIRIT STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.149. | OFFSITE STORAGE ROOM 1010- 08/118/114 ARTIFACT - ST. ROBERT STAINED GLASS[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.150. | OFFSITE STORAGE ROOM 1010- 08/018/069 ARTIFACT - ST. THERESA OF THE LITTLE FLOWER ALTAR[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.151. | OFFSITE STORAGE ROOM 1010- SO/2019/0444 ARTIFACTS - STAINED GLASS WINDOWS -- HOTEL DIEU[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.152. | OFFSITE STORAGE ROOM 1010- SO/2019/0445 ARTIFACTS - STAINED GLASS WINDOWS -- HOTEL DIEU[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.153. | OFFSITE STORAGE ROOM 1010- SO/2019/0446 ARTIFACTS - STAINED GLASS WINDOWS -- HOTEL DIEU[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.154. | OFFSITE STORAGE ROOM 1077- 00006/57/5 ARTIFACTS - ST. JOAN OF ARC STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.155. | OFFSITE STORAGE ROOM 1077- 00006/57/2 ARTIFACTS - ST. LOUIS KING OF FRANCE STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.156. | OFFSITE STORAGE ROOM 1077- 00001/60/43 ARTIFACTS - ST. MICHAEL THE ARCHANGEL STATUE[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.157. | OFFSITE STORAGE ROOM 1077- 07/114/013 ARTIFACTS - RISEN CHRIST CRUCIFIX[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.158. | OFFSITE STORAGE ROOM 1077- 08/064/026 ARTIFACTS - CRUCIFIX CORPUS ONLY[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.159. | OFFSITE STORAGE ROOM 1077- 08/118/025 ARTIFACTS - INCENSER[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.160. | OFFSITE STORAGE ROOM 1077- 08/058/001 ARTIFACTS - CRUCIFIX[3] | UNDETERMINED | N/A | UNDETERMINED |
| 42.161. | 1938 EUCHARISTIC CONGRESS MONSTRANCE PRECIOUS METAL - OLD URSULINE CONVENT MUSEUM[5] | UNDETERMINED | N/A | $1,000,000.00 |
| 42.162. | 1938 EUCHARISTIC CONGRESS CANDLESTICKS METAL - OLD URSULINE CONVENT MUSEUM[6] | $25,000.00 | N/A | UNDETERMINED |
| 42.163. | DON ANDRES ALMONESTER Y ROXAS C. 1796 OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM[7] | UNDETERMINED | N/A | $675,000.00 |
| 42.164. | PER ANTOINE DE SEDELLA C. 1790 OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | | Case number *(if known)* **20-10846** |
|---|---|---|---|---|
| 42.165. | PERE ANTOINE PORTRAIT C. 1800 OIL ON CANVAS - LOUISIANA STATE MUSEUM - ON LOAN[9] | UNDETERMINED | N/A | $375,000.00 |
| 42.166. | ARCHBISHOP ANTOINE BLANC OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM[10] | UNDETERMINED | N/A | $50,000.00 |
| 42.167. | ST. JOAN OF ARC OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.168. | ASSUMPTION OF THE BLESSED VIRGIN MARY STATUE - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.169. | OUR LADY OF VICTORY STATUE - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.170. | SILVER CANDLESTICKS SILVER - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.171. | PORTRAITS OF THE BISHOPS OIL ON CANVAS - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.172. | DEWIT EVANGELIST SKETCHES SKETCHES - WALMSLEY[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.173. | ARRIVAL OF THE URSULINES CHARCOAL - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.174. | ST. CHARLES BORROMEO NEEDLEWORK - WALMSLEY[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.175. | ST. ROBERT BELLERMINE STATUE - OLD URSULINE CONVENT MUSEUM[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.176. | ST. FRANCIS OF ASSISI OIL ON CANVAS - ST. LOUIS CATHEDRAL[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.177. | MOTHER OF CHRIST, PRAY FOR US OIL ON CANVAS - ST. LOUIS CATHEDRAL[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.178. | METROPOLITAN CROSS PRECIOUS METAL - ST. LOUIS CATHEDRAL[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.179. | PORTRAIT OF A SAINT OIL ON CANVAS - CATHEDRAL RECTORY[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.180. | PORTRAIT OF ARCHBISHOP PERCHE OIL ON CANVAS - CATHEDRAL RECTORY[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.181. | JESUS AFTER THE CRUCIFIXION OIL ON CANVAS - CATHEDRAL RECTORY[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.182. | PAINTING OF THE CRUCIFIXION OIL ON CANVAS - CATHEDRAL RECTORY[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.183. | HENRIETTE DELILLE SCULPTURE - ST. LOUIS CATHEDRAL[8] | UNDETERMINED | N/A | UNDETERMINED |
| 42.184. | STERLING SILVER/GOLD PLATED MONSTANCE WITH GARNETS & AMETHYSTS[11] | UNDETERMINED | N/A | $100,000.00 |
| 42.185. | VARIOUS ITEMS ON FILE WITH THE ARCHDIOCESE OF NEW ORLEANS[11] | UNDETERMINED | N/A | $100,000.00 |
| 42.186. | VARIOUS ITEMS ON FILE WITH THE ARCHDIOCESE OF NEW ORLEANS AT CCHC[12] | UNDETERMINED | N/A | $52,000.00 |
| 42.187. | ARCHBISHOP'S JEWELRY[13] | UNDETERMINED | N/A | $40,700.00 |

[1]RECORDED AT COST ON ANO'S BOOKS AS AN OTHER ASSET WITH INDEFINITE LIFE.

[2]RECORDED AT COST ON ANO'S BOOKS, INDEFINITE LIFE. INSURED FOR $100K.

[3]NOT INSURED - MINIMAL VALUE - INCLUDED B/C OF CANON LAW FOR SACRED OBJECTS PER ARCHIVIST

[4]CONSIDERED PART OF THE INSURED VALUE OF THE BUILDING

[5]INSURED VALUE $1,000,000

[6]NOT INSURED - UNDER UMBRELLA POLICY

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

[7]UNINSURED - SMITHSONIAN VALUED IN 2010 AT $675,000 BASED ON INSURANCE COVERAGE

[8]UNINSURED

[9]UNINSURED -ON LOAN AT LA STATE MUSEUM (CABILDO) - INSURED VALUE BASED ON LOAN WAS $375,000

[10]INSURED $50,000

[11]INSURED VALUE OF $100,000

[12]INSURED VALUE OF $52,000

[13]INSURED VALUE OF $40,700

**43.  Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$3,131,900.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2008 FORD TAURUS-ARCH HUGHES, VIN # 1FAHP24W28G134302 | $0.00 | Kelly Blue Book Value | $3,166.00 |
| 47.2.  2005 FORD F150, VIN #1FTRF12285NC09233 | $0.00 | Kelly Blue Book Value | $4,263.00 |
| 47.3.  2013 CHEVROLET SILVERADO 1500, VIN #1GCRCSEA9DZ363913 | $0.00 | Kelly Blue Book Value | $10,848.00 |
| 47.4.  2016 FORD EXPEDITION, VIN #1FMJK1HT8GEF46329 | $9,673.88 | Kelly Blue Book Value | $32,492.00 |
| 47.5.  2015 FORD EXPEDITION, VIN #1FMJK1HT2FEF05659 | $6,111.42 | Kelly Blue Book Value | $25,789.00 |
| 47.6.  2018 CHEVROLET SILVERADO, VIN #1GCNCNEH1JZ110352 | $16,683.70 | Kelly Blue Book Value | $18,133.00 |
| 47.7.  2018 CHEVROLET SILVERADO, VIN #1GCNCNEH1JZ110513 | $16,683.70 | Kelly Blue Book Value | $18,133.00 |
| 47.8.  2000 FORD E-150 - HOPEHAVEN, VIN #1FMRE1121YHB91032 | $0.00 | Kelly Blue Book Value | $1,671.00 |
| 47.9.  2005 FORD PICK UP - CAMP ABBEY, VIN #1FTRF12285NC09233 | $0.00 | Kelly Blue Book Value | $3,471.00 |
| 47.10.  2012 KIA OPTIMA - VOCATION OFFICE, VIN #5XXGN4A73CG089598 | $0.00 | Kelly Blue Book Value | $5,793.00 |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | | Case number *(if known)* **20-10846** |

| | | | | |
|---|---|---|---|---|
| 47.11. | 2007 DODGE CARAVAN, ADM STELLA MARIS MARITIME CENTER, VIN #2D4GP44L77R362058 | $0.00 | Kelly Blue Book Value | $2,168.00 |
| 47.12. | 1999 HMDE TRAILER, ADM HISPANIC APOSTOLATE, VIN #ST582406SPLA | $0.00 | Poctra.com, an online auction website for vehicles | $2,505.00 |
| 47.13. | 2007 FORD F150, ADM - HISPANIC APOSTOLATE PASTORAL SERVICES, VIN#1FTRF12W57KC39037 | $0.00 | Carfax.com | $4,520.00 |
| 47.14. | 2017 CHEVROLET SILVERADO, ST. LOUIS CATHEDRAL, VIN# 1GCNCNEC8HZ155464 | $0.00 | Carfax.com | $15,070.00 |
| 47.15. | 2018 TOYOTA COROLLA SD VIN#5YFBURHE3JP771478[1] | $10,006.00 | Carfax.com | $12,380.00 |
| 47.16. | 2017 TOYOTA SIENNA VAN VIN#5TDKZ3DC6HS891764[1] | $15,857.00 | Carfax.com | $19,390.00 |
| 47.17. | 2017 CHEVROLET TRAVERSE VIN#1GNKRGKD5HJ135866[1] | $10,756.00 | Carfax.com | $14,970.00 |
| 47.18. | 2012 STARTRANS SENATOR II VIN#1GB3G3BG3B1115830[1] | $0.00 | n/a | UNDERTERMINED |
| 47.19. | 1999 BLUE BIRD BUS VIN#1GBKP32YXW3313707[2] | $0.00 | n/a | UNDERTERMINED |
| 47.20. | 2011 INTERNATIONAL PB10500 VIN#4DRBUSKN5BB273374[2] | $0.00 | n/a | UNDERTERMINED |
| 47.21. | 2011 INTERNATIONAL PB10500 VIN#4DRBUSKN3BB273373[2] | $0.00 | n/a | UNDERTERMINED |
| 47.22. | 2011 CHEVROLET SILVERADO 1500 VIN#1GCNCPE02BF134992[2] | $13,109.00 | Carfax.com | $8,140.00 |
| 47.23. | 1998 INTERNATIONAL SCHOOL BUS VIN#1HVBBABN4WH536763[2] | $0.00 | n/a | UNDERTERMINED |
| 47.24. | 1996 THOMAS BUILT SCHOOL BUS VIN#1HVBBAAN6TH325478[3] | $2,837.62 | n/a | UNDERTERMINED |
| 47.25. | 2007 FORD F150 SUPERCAB VIN#1FTRX12W87NA03543[3] | $0.00 | Carfax.com | $2,150.00 |
| 47.26. | 2015 TOYOTA CAMRY VIN#4T4BF1FK7FR513724[4] | $711.27 | Carfax.com | $10,220.00 |
| 47.27. | 2014 FORD E-150 VAN VIN#1FTNE1EW1EDA39738[4] | $0.00 | Carfax.com | $12,980.00 |
| 47.28. | 1999 TRAILER PAAT VIN#47ZUB1620XX005635[4] | $0.00 | n/a | UNDERTERMINED |
| 47.29. | 2005 FORD F-150 VIN#1FTVXS12515NA76742[5] | $0.00 | n/a | UNDERTERMINED |
| 47.30. | 2007 THOMAS BUILT C2 VIN#4UZAAXCS17CS02159[5] | $0.00 | n/a | UNDERTERMINED |
| 47.31. | 2011 THOMAS BUILT SCHOOL BUS VIN#4UZABRDT8BCA96516[5] | $0.00 | n/a | UNDERTERMINED |
| 47.32. | 2000 FREIGHT LINER THOMAS BODY VIN#4UZ6CFAA7YCG89992[5] | $0.00 | n/a | UNDERTERMINED |
| 47.33. | 2001 CHEVROLET SILVERADO VIN#1GCEC14W91Z294125[5] | $0.00 | Carfax.com | $480.00 |
| 47.34. | 1998 FRHT BLUEBIRD VIN#4UZ6CFAA1WC933548[5] | $0.00 | n/a | UNDERTERMINED |
| 47.35. | 2018 DODGE CARAG VIN#2C4RDGBGXJR161851[6] | $14,877.24 | Carfax.com | $12,410.00 |
| 47.36. | 2018 DODGE CARAG VIN#2C4RDGBG9JR161730[6] | $14,877.24 | Carfax.com | $11,820.00 |
| 47.37. | 2005 DODGE GRAND CARAVAN VIN#1D4GP24R95B246705[6] | $0.00 | Carfax.com | $3,630.00 |
| 47.38. | 2004 INTERNATIONAL BUS VIN#4DRBRABN14B973049[7] | $0.00 | n/a | UNDERTERMINED |
| 47.39. | 2006 INTERNATIONAL BUS VIN#4DRBUAFN36A211634[7] | $0.00 | n/a | UNDERTERMINED |
| 47.40. | 2005 INTERNATIONAL BUS VIN#4DRBUAAN65A983289[7] | $0.00 | n/a | UNDERTERMINED |
| 47.41. | 2008 HAUM TRAILER HAUM UTILITY TRAILER VIN#16HPB14278G093619[7] | $0.00 | n/a | UNDERTERMINED |
| 47.42. | 2009 BLUE BIRD BUS VIN#1BAKGCPA99F256856[7] | $1,141.93 | n/a | UNDERTERMINED |
| 47.43. | 1999 BLUE BIRD SCHOOL BUS VIN#1GDM7T1C9WJ520221[7] | $0.00 | n/a | UNDERTERMINED |

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | | | Case number *(if known)* **20-10846** |
|--------|--------|--------|--------|--------|

| | | | | |
|--------|--------|--------|--------|--------|
| 47.44. | 2007 FREIGHTLINER SCHOOL BUS VIN# 4UZABRDD27CW25164[8] | $0.00 | n/a | UNDERTERMINED |
| 47.45. | 2001 INTERNATIONAL 25500 VIN#1HVBBABM81H385944[9] | $0.00 | n/a | UNDERTERMINED |
| 47.46. | 2018 THOMAS BUILT SCHOOL BUS VIN#4UZABRFD1JCJP2918[9] | $66,166.00 | n/a | UNDERTERMINED |
| 47.47. | 2018 THOMAS BUILT SCHOOL BUS VIN#4UZABRFD3JCJP2919[9] | $66,166.00 | n/a | UNDERTERMINED |
| 47.48. | 2013 FORD FUSION VIN#3FA6P0G74DR367990[9] | $0.00 | Carfax.com | $4,970.00 |
| 47.49. | 1995 WELLS CARGO EW1622 VIN#1WC200G2XS2026[9] | $0.00 | n/a | UNDERTERMINED |
| 47.50. | 2011 FORD FUSION VIN#3FAHP0GA7BR131884[9] | $0.00 | Carfax.com | $2,930.00 |
| 47.51. | 2002 FREIGHT LINER THOMAS VIN#4UZAAXBWX2CJ58970[9] | $0.00 | n/a | UNDERTERMINED |
| 47.52. | 2002 FREIGHT LINER THOMAS SCHOOL BUS VIN#4UZAAXAL92CK03713[9] | $0.00 | n/a | UNDERTERMINED |
| 47.53. | 2006 FORD E 150 CARGO VAN VIN#1FTRE14W86DB14665[9] | $0.00 | Carfax.com | $1,500.00 |
| 47.54. | 1993 BLUE BIRD SCHOOL BUS VIN#1GDJ7T1P6PJ518692[9] | $0.00 | n/a | UNDERTERMINED |
| 47.55. | 2000 BLUE BIRD SCHOOL BUS VIN#1GDG7T1D9XJ518962[9] | $0.00 | n/a | UNDERTERMINED |
| 47.56. | 1999 FORD PICKUP VIN#1FTRF27L5XNA77591[9] | $0.00 | n/a | UNDERTERMINED |

[1]ACADEMY OF OUR LADY

[2]ARCHBISHOP HANNAN HIGH SCHOOL

[3]ARCHBISHOP CHAPELLE HIGH SCHOOL

[4]ARCHBISHOP SHAW HIGH SCHOOL

[5]ST. SCHOLASTICA H.S., COVINGTON

[6]ST. MICHAEL SPECIAL SCHOOL

[7]POPE JOHN PAUL II HS

[8]ST. CHARLES CATHOLIC

[9]ARCHBISHOP RUMMEL HS

**48.**   **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.   _____   $_____   _____   $_____

**49.**   **Aircraft and accessories**

49.1.   _____   $_____   _____   $_____

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.   _____   $_____   _____   $_____

**51.**   **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.   | $265,992.00 |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1.   JEFFERSON PARISH APN 9100006423<br>LAND/BUILDING<br><br>3600 CLAIRE AVE<br>GRETNA LA 70053 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.2.   JEFFERSON PARISH APN 9910011847<br>LAND/BUILDING<br><br>8800 VETERANS MEMORIAL BLVD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.3.   JEFFERSON PARISH APN 9910011853<br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.4.   JEFFERSON PARISH APN 9910011855<br>LAND/BUILDING<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.5.   JEFFERSON PARISH APN 9300002864<br>LAND/BUILDING<br><br>2548 APOLLO DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.6.   JEFFERSON PARISH APN 9300008307<br>LAND/BUILDING<br><br>2555 APOLLO DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.7.   JEFFERSON PARISH APN 9300009003<br>LAND/BUILDING<br><br>2136 MATADOR ST<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.8.   JEFFERSON PARISH APN 9920025972<br>LAND/BUILDING<br>_____<br>1912 SHORT ST<br>KENNER LA 70062 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.9.   JEFFERSON PARISH APN 9400001230<br>LAND/BUILDING<br>_____<br>604 FIRST AVE<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.10.   JEFFERSON PARISH APN 9400001866<br>LAND/BUILDING<br>_____<br>620 FIRST AVE<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.11.   JEFFERSON PARISH APN 9400001919<br>LAND/BUILDING<br>_____<br>617 SECOND AVE<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.12.   JEFFERSON PARISH APN 9920025973<br>LAND/BUILDING<br>_____<br>2400 33RD ST<br>KENNER LA 70065 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.13.   JEFFERSON PARISH APN 9400004268<br>LAND/BUILDING<br>_____<br>2115 OAKMERE DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.14.   JEFFERSON PARISH APN 9400004269<br>LAND/BUILDING<br>_____<br>2114 OAKMERE DR<br>HARVEY LA 70058 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.15.   JEFFERSON PARISH APN 9920026776<br>LAND/BUILDING<br>_____<br>4119 ST ELIZABETH DR<br>KENNER LA 70065 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.16. JEFFERSON PARISH APN 9400005472 LAND/BUILDING _____ 3334 MAGNOLIA RIDGE ST MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.17. JEFFERSON PARISH APN 9920028688 LAND/BUILDING _____ 4337 SAL LENTINI PKWY KENNER LA 70065 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.18. JEFFERSON PARISH APN 9410003038 LAND/BUILDING _____ 1131 BARATARIA BLVD MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.19. JEFFERSON PARISH APN 9910011573 LAND/BUILDING _____ 2501 OR 2505 MAINE ST METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.20. JEFFERSON PARISH APN 9420001956 LAND/BUILDING _____ 1000 WESTWOOD DR MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.21. JEFFERSON PARISH APN 9420008643 LAND/BUILDING _____ 1000 SALESIAN LN MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.22. JEFFERSON PARISH APN 9430005354 LAND/BUILDING _____ MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.23. JEFFERSON PARISH APN 9430005624 LAND/BUILDING _____ 5505 BARATARIA BLVD MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.24.  JEFFERSON PARISH APN 9430005628<br>LAND/BUILDING<br><br>_____<br>3500 AMES BLVD<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.25.  JEFFERSON PARISH APN 9500006025<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.26.  JEFFERSON PARISH APN 9500006760<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.27.  JEFFERSON PARISH APN 9500006761<br>LAND/BUILDING<br><br>_____<br>425 10TH ST<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.28.  JEFFERSON PARISH APN 9500006762<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.29.  JEFFERSON PARISH APN 9500006763<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.30.  JEFFERSON PARISH APN 9500006764<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.31.  JEFFERSON PARISH APN 9500006765<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.32.  JEFFERSON PARISH APN 9500006766<br>LAND/BUILDING<br><br>_____<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.33. JEFFERSON PARISH APN 9500006767<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.34. JEFFERSON PARISH APN 9500006768<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.35. JEFFERSON PARISH APN 9500006769<br>LAND/BUILDING<br><br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.36. JEFFERSON PARISH APN 9500006913<br>LAND/BUILDING<br><br>1701 BRIDGE CITY AVE<br>BRIDGE CITY LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.37. JEFFERSON PARISH APN 9500006914<br>LAND/BUILDING<br><br>329 SOUTH JAMIE BLVD<br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.38. JEFFERSON PARISH APN 9500006916<br>LAND/BUILDING<br><br>333 SOUTH JAMIE BLVD<br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.39. JEFFERSON PARISH APN 9500007049<br>LAND/BUILDING<br><br>172 ANDRE DUNG LAC DR<br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.40. JEFFERSON PARISH APN 9500007086<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.41. JEFFERSON PARISH APN 9500007091<br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**           Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.42. JEFFERSON PARISH APN 9500007092<br><br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.43. JEFFERSON PARISH APN 9500007093<br><br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.44. JEFFERSON PARISH APN 9500007094<br><br>LAND/BUILDING<br><br>AVONDALE LA 70094 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.45. JEFFERSON PARISH APN 9600003273<br><br>LAND/BUILDING<br><br>8151 BARATARIA BLVD<br>CROWN POINT LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.46. JEFFERSON PARISH APN 9600003275<br><br>LAND/BUILDING<br><br>CROWN POINT LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.47. JEFFERSON PARISH APN 9600003280<br><br>LAND/BUILDING<br><br>CROWN POINT LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.48. JEFFERSON PARISH APN 9700005600<br><br>LAND/BUILDING<br><br>515 - 519 DODGE AVE<br>JEFFERSON LA 70121 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.49. JEFFERSON PARISH APN 9820003755<br><br>LAND/BUILDING<br><br>1916 N ARNOULT RD<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.50. JEFFERSON PARISH APN 9820008316<br><br>LAND/BUILDING<br><br>4313 RICHLAND AVE<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest | | | | |
| 55.51.  JEFFERSON PARISH APN 9820021203<br><br>LAND/BUILDING<br><br>_____<br>4412 ERA ST<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.52.  JEFFERSON PARISH APN 9820021331<br><br>LAND/BUILDING<br><br>_____<br>4408 CLEARY AVE<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.53.  JEFFERSON PARISH APN 9820041651<br><br>LAND/BUILDING<br><br>_____<br>4410 CLEARY AVE<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.54.  JEFFERSON PARISH APN 9820041665<br><br>LAND/BUILDING<br><br>_____<br>4413 ART ST<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.55.  JEFFERSON PARISH APN 9820008618<br><br>LAND/BUILDING<br><br>_____<br>4812 WEST NAPOLEON AVE<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.56.  JEFFERSON PARISH APN 9820013872<br><br>LAND/BUILDING<br><br>_____<br>4909 LOVELAND ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.57.  JEFFERSON PARISH APN 9820015523<br><br>LAND/BUILDING<br><br>_____<br>4844 LOVELAND ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.58.  JEFFERSON PARISH APN 9820017526<br><br>LAND/BUILDING<br><br>_____<br>4841 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.59.  JEFFERSON PARISH APN 9820024868<br>LAND/BUILDING<br><br>4845 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.60.  JEFFERSON PARISH APN 9820038106<br>LAND/BUILDING<br><br>4940 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.61.  JEFFERSON PARISH APN 9820041645<br>LAND/BUILDING<br><br>4848 LOVELAND ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.62.  JEFFERSON PARISH APN 9820041648<br>LAND/BUILDING<br><br>3601 TRANSCONTINENTAL DR, 4920 LOVELAND ST, AND 4921 MEADOWDALE ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.63.  JEFFERSON PARISH APN 9820041666<br>LAND/BUILDING<br><br>LA 0 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.64.  JEFFERSON PARISH APN 9820040823<br>LAND/BUILDING<br><br>5500 ST. MARY ST<br>METAIRIE LA 70006 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.65.  JEFFERSON PARISH APN 9820040824<br>LAND/BUILDING<br><br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.66.  JEFFERSON PARISH APN 9820041642<br>LAND/BUILDING<br><br>W. NAPOLEON AND SEVERN AVE<br>METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.67. JEFFERSON PARISH APN 9820041646 LAND/BUILDING _____ 2113 N. HULLEN ST METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.68. JEFFERSON PARISH APN 9820041664 LAND/BUILDING _____ 1901 SEVERN AVE METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.69. JEFFERSON PARISH APN 9820042388 LAND/BUILDING _____ 2000 N. ARNOULT RD METAIRIE LA 70001 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.70. JEFFERSON PARISH APN 9820041647 LAND/BUILDING _____ LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.71. JEFFERSON PARISH APN 9820041655 LAND/BUILDING _____ METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.72. JEFFERSON PARISH APN 9820041660 LAND/BUILDING _____ METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.73. JEFFERSON PARISH APN 9820041661 LAND/BUILDING _____ METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.74. JEFFERSON PARISH APN 9820041657 LAND/BUILDING _____ 901 BEVERLY GARDEN DR METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.75. JEFFERSON PARISH APN 9820041658 LAND/BUILDING _____ 901 BEVERLY GARDEN DR METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.76. JEFFERSON PARISH APN 9820041662<br>LAND/BUILDING<br>_____<br>835 MELODY DR<br>METAIRIE LA 70002 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.77. JEFFERSON PARISH APN 9910011845<br>LAND/BUILDING<br>_____<br>1000 N STARRETT RD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.78. JEFFERSON PARISH APN 9910011848<br>LAND/BUILDING<br>_____<br>--<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.79. JEFFERSON PARISH APN 9910011849<br>LAND/BUILDING<br>_____<br>LOT 3, SQUARE 12, OWN YOUR OWN SUBDIVISION<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.80. JEFFERSON PARISH APN 9910011850<br>LAND/BUILDING<br>_____<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.81. JEFFERSON PARISH APN 9910011851<br>LAND/BUILDING<br>_____<br>908 N STARRETT RD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.82. JEFFERSON PARISH APN 9910011852<br>LAND/BUILDING<br>_____<br>PLOTS 70 & 71, OWN YOUR OWN SUBDIVISION<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.83. JEFFERSON PARISH APN 9910011854<br>LAND/BUILDING<br>_____<br>908 N STARRETT RD<br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.84. JEFFERSON PARISH APN 9910011856<br><br>LAND/BUILDING<br><br>_____<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.85. JEFFERSON PARISH APN 9910012529<br><br>LAND/BUILDING<br><br>_____<br><br>METAIRIE LA 70003 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.86. JEFFERSON PARISH APN NOT FOUND<br><br>LAND/BUILDING<br><br>_____<br><br>5501 WESTBANK EXPY<br>MARRERO LA 70072 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.87. LAFOURCHE PARISH APN 10206300<br><br>LAND/BUILDING<br><br>_____<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.88. LAFOURCHE PARISH APN 0010002000 0010001800 - THIS ASSESSMENT DOES NOT INCLUDE THE CHURCH, BUT THE PROPERTY IS INCLUDED IN THEIR ACQUISITION AND THEY DID NOT SELL OUT THEIR INTEREST<br><br>LAND/BUILDING<br><br>_____<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.89. LAFOURCHE PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.90. ORLEANS PARISH APN 716403004<br><br>LAND/BUILDING<br><br>_____<br><br>7919 FIG ST<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.91. ORLEANS PARISH APN 716402908<br><br>LAND/BUILDING<br><br>_____<br><br>3009 S CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.92. ORLEANS PARISH APN 716402906<br><br>LAND/BUILDING<br><br>3017 S CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.93. ORLEANS PARISH APN 716402901<br><br>LAND/BUILDING<br><br>3003 S CARROLLTON AVE (8039 FIG ST)<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.94. ORLEANS PARISH APN 716400101<br><br>LAND/BUILDING<br><br>2908 S CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.95. ORLEANS PARISH APN 716327320<br><br>LAND/BUILDING<br><br>2901 S. CARROLLTON AVE (7887 WALMSLEY AVE)<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.96. ORLEANS PARISH APN 716327302<br><br>LAND/BUILDING<br><br>2814 S. CARROLLTON AVE<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.97. ORLEANS PARISH APN 615314617<br><br>LAND/BUILDING<br><br>2801 PINE ST<br>NEW ORLEANS LA 70125 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.98. ORLEANS PARISH APN 615308210<br><br>LAND/BUILDING<br><br>1037 AUDUBON ST<br>NEW ORLEANS LA 70118 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.99. ORLEANS PARISH APN 513901405<br><br>LAND/BUILDING<br><br>1504901 VERONICA ST<br>NEW ORLEANS LA 70043 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**        Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.100.  ORLEANS PARISH APN 513834210<br>LAND/BUILDING<br>_____<br>6420 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.101.  ORLEANS PARISH APN 513834211<br>LAND/BUILDING<br>_____<br>6430 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.102.  ORLEANS PARISH APN 513834212<br>LAND/BUILDING<br>_____<br>6440 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.103.  ORLEANS PARISH APN 513834213<br>LAND/BUILDING<br>_____<br>6450 KATHY CT<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.104.  ORLEANS PARISH APN 513834216<br>LAND/BUILDING<br>_____<br>4420 FIELDS ST<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.105.  ORLEANS PARISH APN 513834218<br>LAND/BUILDING<br>_____<br>6410 MEDLOCK ST<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.106.  ORLEANS PARISH APN 513834223<br>LAND/BUILDING<br>_____<br>4415 JOYCELYN DR<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.107.  ORLEANS PARISH APN 513815601<br>LAND/BUILDING<br>_____<br>6201 STRATFORD PLACE<br>NEW ORLEANS LA 70131 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.108. ORLEANS PARISH APN 412205921 LAND/BUILDING _____ 2200 WASHINGTON AVE NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.109. ORLEANS PARISH APN 412205920 LAND/BUILDING _____ 2200 6TH ST, NEW ORLEANS, LA NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.110. ORLEANS PARISH APN 39W964001 LAND/BUILDING _____ 13435 GRANVILLE ST, NEW ORLEANS, LA 70129 NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.111. ORLEANS PARISH APN 39W968602 LAND/BUILDING _____ 13900 DWYER BLVD (5069 WILOWBROOK DR) NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.112. ORLEANS PARISH APN 39W972902 LAND/BUILDING _____ 14001 DWYER BLVD NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.113. ORLEANS PARISH APN 39W965107 LAND/BUILDING _____ 14100 MICHOUD BLVD NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.114. ORLEANS PARISH APN 39W968901 LAND/BUILDING _____ 14400 PELTIER DR NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.115. ORLEANS PARISH APN 39W968902 LAND/BUILDING _____ 14408 PELTIER DR NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.116. ORLEANS PARISH APN 39W968903<br>LAND/BUILDING<br><br>14418 PELTIER DR<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.117. ORLEANS PARISH APN 39W968904<br>LAND/BUILDING<br><br>14418 PELTIER DR<br>NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.118. ORLEANS PARISH APN 39W210407<br>LAND/BUILDING<br><br>45586 LAMANCHE ST<br>NEW ORLEANS LA 70117 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.119. ORLEANS PARISH APN 39W828304<br>LAND/BUILDING<br><br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.120. ORLEANS PARISH APN 39W828308<br>LAND/BUILDING<br><br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.121. ORLEANS PARISH APN 39W828318<br>LAND/BUILDING<br><br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.122. ORLEANS PARISH APN 39W828327<br>LAND/BUILDING<br><br>54423 MIDDLE RD<br>NEW ORLEANS LA 70126 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.123. ORLEANS PARISH APN 37W510217<br>LAND/BUILDING<br><br>6054 VERMILLION BLVD<br>NEW ORLEANS LA 70122 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.124. ORLEANS PARISH APN 39W107406 LAND/BUILDING _____ 2824 DAUPHINE ST NEW ORLEANS LA 70117 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.125. ORLEANS PARISH APN 39W968805 LAND/BUILDING _____ 4901 ALSACE ST NEW ORLEANS LA 70129 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.126. ORLEANS PARISH APN 39W013747 LAND/BUILDING _____ 7300 CROWDER RD. NEW ORLEANS LA 70127 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.127. ORLEANS PARISH APN 207102719 LAND/BUILDING _____ 820 DAUPHINE ST NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.128. ORLEANS PARISH APN 207102704 LAND/BUILDING _____ DAUPHINE ST NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.129. ORLEANS PARISH APN 207101408 LAND/BUILDING _____ 615 PERE ANTOINE ALY NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.130. ORLEANS PARISH APN 207101314 LAND/BUILDING _____ 721 CHARTRES ST (715-725 CHARTRES ST) NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.131. ORLEANS PARISH APN 206104218 LAND/BUILDING _____ 1043 CONTI ST (400-411 N. RAMPART) NEW ORLEANS LA 70112 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.132. ORLEANS PARISH APN 206104304<br><br>LAND/BUILDING<br><br>_____<br>401 N RAMPART ST<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.133. ORLEANS PARISH APN 102106413<br><br>LAND/BUILDING<br><br>_____<br>1000 HOWARD AVE<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.134. ORLEANS PARISH APN 102106406<br><br>LAND/BUILDING<br><br>_____<br>1032 S RAMPART ST<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.135. ORLEANS PARISH APN 102106407<br><br>LAND/BUILDING<br><br>_____<br>1042 S RAMPART ST<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.136. ORLEANS PARISH APN 102106402<br><br>LAND/BUILDING<br><br>_____<br>1025 ORETHA C. HALEY BLVD<br>NEW ORLEANS LA 70113 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.137. ORLEANS PARISH APN 105205318<br><br>LAND/BUILDING<br><br>_____<br>3200 CANAL ST<br>NEW ORLEANS LA 70119 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.138. ORLEANS PARISH APN 208100523<br><br>LAND/BUILDING<br><br>_____<br>1116 CHARTRES ST (1110 CHARTRES ST)<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.139. ORLEANS PARISH APN 101102914<br><br>LAND/BUILDING<br><br>_____<br>1522 CHIPPEWA ST (1505 ST. THOMAS ST; 1502, 1517, 1522, 1522A AND 1526 CHIPPEWA ST)<br>NEW ORLEANS LA 70130 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.140.  ORLEANS PARISH APN 37W101321<br><br>LAND/BUILDING<br><br>_____<br>1941 DAUPHINE ST<br>NEW ORLEANS LA 70116 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.141.  PLAQUEMINES PARISH APN 8501650<br><br>LAND/BUILDING<br><br>_____<br>200 BETA ST<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.142.  PLAQUEMINES PARISH APN 8506325<br><br>LAND/BUILDING<br><br>_____<br>HIGHWAY 23<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.143.  PLAQUEMINES PARISH APN 8506300<br><br>LAND/BUILDING<br><br>_____<br>HIGHWAY 23<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.144.  PLAQUEMINES PARISH APN 8203000<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.145.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.146.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.147.  PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>_____<br>(8968 LA-23)<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.148. PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>(8968 LA-23)<br>BELLE CHASSE LA 70037 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.149. PLAQUEMINES PARISH APN NO ASSESSMENT FOUND<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.150. PLAQUEMINES PARISH APN 8600355<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.151. ST. BERNARD PARISH APN A899000000Z4<br><br>LAND/BUILDING<br><br>2621 COLONIAL BLVD<br>VIOLET LA 70092 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.152. ST. BERNARD PARISH APN 689900000170<br><br>LAND/BUILDING<br><br>2809 BAYOU RD.<br>ST BERNARD LA 70085 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.153. ST. BERNARD PARISH APN 350500000DD1<br><br>LAND/BUILDING<br><br>3700 JEAN LAFITTE PKWY<br>CHALMETTE LA 70043 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.154. ST. BERNARD PARISH APN 45630000R1C2<br><br>LAND/BUILDING<br><br>2501 ARCHBISHOP HANNAN<br>MERAUX LA 70075 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.155. ST. BERNARD PARISH APN 789900000041<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.156. ST. BERNARD PARISH APN 789900000045<br><br>LAND/BUILDING<br><br>LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                         Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.157.  ST. CHARLES PARISH APN 20110150000A<br><br>LAND/BUILDING<br><br>———————————————<br>178 ST. MARK AVE<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.158.  ST. CHARLES PARISH APN 201101500001<br><br>LAND/BUILDING<br><br>———————————————<br>10779 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.159.  ST. CHARLES PARISH APN 200500B00001<br><br>LAND/BUILDING<br><br>———————————————<br>10771 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.160.  ST. CHARLES PARISH APN 20110150001A<br><br>LAND/BUILDING<br><br>———————————————<br>10773 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.161.  ST. CHARLES PARISH APN 224501100004<br><br>LAND/BUILDING<br><br>———————————————<br>10774 RIVER ROAD<br>AMA LA 70031 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.162.  ST. CHARLES PARISH APN 20170000000B<br><br>LAND/BUILDING<br><br>———————————————<br>234 ANGUS DR<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.163.  ST. CHARLES PARISH APN 20170000000D<br><br>LAND/BUILDING<br><br>———————————————<br>234 ANGUS DR<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.164.  ST. CHARLES PARISH APN 20170000000E<br><br>LAND/BUILDING<br><br>———————————————<br>208 ANGUS DR<br>LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | (Where available) | | |

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | | | | |
|---|---|---|---|---|
| 55.165. ST. CHARLES PARISH APN 702800A00010 <br><br> LAND/BUILDING <br><br>——————————————<br> 155 HOLY FAMILY AVE. <br> LULING LA 70070 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.166. ST. CHARLES PARISH APN 302101000001, 302101000002, 302101000003 AND 302101000004 <br><br> LAND/BUILDING <br><br>——————————————<br> 14538 RIVER ROAD <br> DESTREHAN LA 70047 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.167. ST. CHARLES PARISH APN 160100001878 <br><br> LAND/BUILDING <br><br>——————————————<br> 16883 RIVER ROAD <br> HAHNVILLE LA 70401 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.168. ST. JOHN THE BAPTIST PARISH APN 9400000700 <br><br> LAND/BUILDING <br><br>——————————————<br> 100 DOMINICAN RD <br> LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.169. ST. JOHN THE BAPTIST PARISH APN 9400000801 <br><br> LAND/BUILDING <br><br>——————————————<br> NEWPORT DR <br> LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.170. ST. JOHN THE BAPTIST PARISH APN 9400000800 <br><br> LAND/BUILDING <br><br>——————————————<br> 799 FAIRWAY DR <br> LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.171. ST. JOHN THE BAPTIST PARISH APN 0410004018 <br><br> LAND/BUILDING <br><br>——————————————<br> 2004 E. FRISCO DR <br> LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.172. ST. JOHN THE BAPTIST PARISH APN 9400000600 <br><br> LAND/BUILDING <br><br>——————————————<br> GREENWOOD DR AND FAIRWAY DR <br> LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.173.  ST. JOHN THE BAPTIST PARISH APN 9400013700<br>LAND/BUILDING<br><br>1809 GREENWOOD DR<br>LAPLACE LA 70068 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.174.  ST. TAMMANY PARISH APN 137-080-0678<br>LAND/BUILDING<br><br>OAK HARBOR BLVD<br>EDEN ISLE LA 70458 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.175.  ST. TAMMANY PARISH APN 118-035-6921<br>LAND/BUILDING<br><br>77002 K C CAMP RD<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.176.  ST. TAMMANY PARISH APN 137-077-8850<br>LAND/BUILDING<br><br>HOWZE BEACH RD<br>SLIDELL LA 70458 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.177.  ST. TAMMANY PARISH APN 131-072-5536<br>LAND/BUILDING<br><br>910 CROSS GATES BLVD<br>SLIDELL LA 70461 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.178.  ST. TAMMANY PARISH APN 110-101-0891<br>LAND/BUILDING<br><br>910 CROSS GATES BLVD<br>SLIDELL LA 70461 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.179.  ST. TAMMANY PARISH APN 128-067-9097<br>LAND/BUILDING<br><br>687 ST GENEVIEVE LN<br>SLIDELL LA 70460 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.180.  ST. TAMMANY PARISH APN 128-067-7507<br>LAND/BUILDING<br><br>58203 LA-433 (58031 LA-433)<br>SLIDELL LA 70460 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.181.  ST. TAMMANY PARISH APN 123-046-8800<br><br>LAND/BUILDING<br><br>_____<br>1901 JAGUAR DR (UNCONFIRMED)<br>SLIDELL LA 70461 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.182.  ST. TAMMANY PARISH APN 121-808-4291<br><br>LAND/BUILDING<br><br>_____<br>BRIER LAKE DR<br>LACOMBE LA 70445 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.183.  ST. TAMMANY PARISH APN 121-070-8410<br><br>LAND/BUILDING<br><br>_____<br>61051 BRIER LAKE DR<br>LACOMBE LA 70445 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.184.  ST. TAMMANY PARISH APN 121-041-7467<br><br>LAND/BUILDING<br><br>_____<br>61030 BRIER LAKE DR (UNCONFIRMED)<br>LACOMBE LA 70445 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.185.  ST. TAMMANY PARISH APN 118-114-1724<br><br>LAND/BUILDING<br><br>_____<br>GUS BALDWIN RD<br>PEARL RIVER LA 70452 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.186.  ST. TAMMANY PARISH APN 114-116-9262<br><br>LAND/BUILDING<br><br>_____<br>E U.S. HWY 190 & ST ANN DR<br>MANDEVILLE LA 70471 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.187.  ST. TAMMANY PARISH APN 114-116-0400<br><br>LAND/BUILDING<br><br>_____<br>1501 W. CAUSEWAY APPROACH (1515 W. CAUSEWAY APPROACH)<br>MANDEVILLE LA 70471 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.188.  ST. TAMMANY PARISH APN 114-029-5000<br><br>LAND/BUILDING<br><br>_____<br>COVINGTON LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.189.  ST. TAMMANY PARISH APN 114-023-0197<br>LAND/BUILDING<br><br>MANDEVILLE LA 70471 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.190.  ST. TAMMANY PARISH APN 112-142-1561<br>LAND/BUILDING<br><br>4465 HWY 190 W (4465 HIGHWAY E SERVICE RD)<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.191.  ST. TAMMANY PARISH APN 112-023-1339<br>LAND/BUILDING<br><br>HOLY TRINITY DR (501 HOLY TRINITY DR)<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.192.  ST. TAMMANY PARISH APN 107-142-1332<br>LAND/BUILDING<br><br>20370 SMITH ROAD (UNCONFIRMED)<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.193.  ST. TAMMANY PARISH APN 107-120-8608<br>LAND/BUILDING<br><br>20370 SMITH ROAD (UNCONFIRMED)<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.194.  ST. TAMMANY PARISH APN 107-014-5106<br>LAND/BUILDING<br><br>20370 SMITH ROAD (UNCONFIRMED)<br>COVINGTON LA 70435 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.195.  ST. TAMMANY PARISH APN 107-140-4065<br>LAND/BUILDING<br><br>285 PONCHITOLAWA DR<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.196.  ST. TAMMANY PARISH APN 107-012-1681<br>LAND/BUILDING<br><br>69033 RIVERBEND RD<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.197.  ST. TAMMANY PARISH APN 106-126-4206<br><br>LAND/BUILDING<br><br>E 20TH AVE<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.198.  ST. TAMMANY PARISH APN 106-106-2689<br><br>LAND/BUILDING<br><br>S. WASHINGTON ST AND E. BOSTON ST<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.199.  ST. TAMMANY PARISH APN 106-014-8423<br><br>LAND/BUILDING<br><br>4354-4530 RONALD REAGAN HWY / 16118 HWY 190<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.200.  ST. TAMMANY PARISH APN 106-009-0247<br><br>LAND/BUILDING<br><br>416 E RUTLAND ST (424 E 21ST ST & 111/113 S JAHNCKE)<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.201.  ST. TAMMANY PARISH APN 106-006-5994<br><br>LAND/BUILDING<br><br>416 E RUTLAND ST<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.202.  ST. TAMMANY PARISH APN 106-006-8128<br><br>LAND/BUILDING<br><br>122 S MASSACHUSETTS ST<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.203.  ST. TAMMANY PARISH APN 104-003-1526<br><br>LAND/BUILDING<br><br>RUE DE LA PAIX<br>ST. TAMMANY PARISH LA 70447 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.204.  ST. TAMMANY PARISH APN 103-132-9715<br><br>LAND/BUILDING<br><br>71324 HWY. 1077<br>COVINGTON LA 70433 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.205. TERREBONNE PARISH APN 41759 LAND/BUILDING 209 S HOLLYWOOD RD HOUMA LA 70360 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.206. TERREBONNE PARISH APN 41080 LAND/BUILDING LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.207. TERREBONNE PARISH APN 36811 LAND/BUILDING LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.208. TERREBONNE PARISH APN 57708 LAND/BUILDING LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.209. TERREBONNE PARISH APN 52474 LAND/BUILDING LA | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.210. 23515 HWY 190 LAND/BUILDING 23515 HWY 190 BAY SAINT LOUIS MS 39520 | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |
| 55.211. _____ REAL PROPERTY IMPROVEMENTS - ALL PROPERTIES | FEE SIMPLE | UNDETERMINED | _____ | UNDETERMINED |

**56.   Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

UNDETERMINED

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |
| | ACS PRIMARY CARE PHYSICIANS LA PO BOX 634703 CINCINNATI OH 45263 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | $609.75 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/2020 | EMPLOYEE HEALTH CLAIM | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☒ Contingent ☒ Unliquidated ☒ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | UNRESOLVED CLAIM | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |
| | ADAMS, KRISTY Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | | $243.74 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 3/13/2020 | TRADE PAYABLE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No ☐ Yes | | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

AIRHART, RICHARD
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$44.21

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ALARM, DETECTION AND SUPPRESSION
SYSTEMS CONTRACTORS, LLC
30 VETERANS BLVD.
KENNER LA 70003

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,668.00

**Date or dates debt was incurred**

3/31/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALEMAN-MANZANARES, WENDY M.
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALFORTISH, TODD
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

1/14/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | UNRESOLVED CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | BAPTISTE, ANGELA<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $501.78 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/27/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | BARBAY, PAIGE<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79.59 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/17/2020 | EMPLOYEE HEALTH CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.106. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.107. **Nonpriority creditor's name and mailing address**

BOURGEOIS, FAITH
Address Intentionally Omitted

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$50.00

---

3.108. **Nonpriority creditor's name and mailing address**

BOURGEOIS, OWEN
Address Intentionally Omitted

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$50.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                  Case number *(if known)* **20-10846**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.118.

**Nonpriority creditor's name and mailing address**

BSN SPORTS
P O BOX 660176
DALLAS TX 75266

**Date or dates debt was incurred**

4/17/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,386.03

---

3.119.

**Nonpriority creditor's name and mailing address**

BUBBA GUMP SHRIMP COMPANY
6000 UNIVERSAL BLVD. SUITE 735
ORLANDO FL 32819

**Date or dates debt was incurred**

3/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,024.80

---

3.120.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

---

3.124.   **Nonpriority creditor's name and mailing address**

BYRAM HEALTHCARE CENTERS
PO BOX 277596
ATLANTA GA 30384

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $120.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.125.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☒ Contingent | UNDETERMINED |
| ☒ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.126.   **Nonpriority creditor's name and mailing address**

CAGE, RHONDA
Address Intentionally Omitted

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $746.66 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CANON FINANCIAL SERVICES 14904 COLLECTIONS CENTER DRIVE CHICAGO IL 60693-0149 | ☐ Contingent ☐ Unliquidated ☑ Disputed | $2,663.43 |
| | **Date or dates debt was incurred** 4/12/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CANTONES, REV JOEL OUR LADY OF THE HOLY ROSARY PARISH Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $174.25 |
| | **Date or dates debt was incurred** 4/20/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | Name and Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** UNRESOLVED CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.151.

**Nonpriority creditor's name and mailing address**

CATHOLIC SCHOOL SOLUTIONS COMPANY
105 WHISPER TRACE
PEACHTREE CITY GA 30269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$900.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.152.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.153.

**Nonpriority creditor's name and mailing address**

CEASAR, BARBARA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.160.**

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.**

**Nonpriority creditor's name and mailing address**

CHATEAU DE NOTRE DAME
ALLIED UNIVERSAL
2832 BURDETTE STREET
NEW ORLEANS LA 70125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,281.85

**Date or dates debt was incurred**

2/4/2020, 4/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.**

**Nonpriority creditor's name and mailing address**

CHERI H LEBLANC MD LLC
PO BOX 18172
BALFAST ME 04915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$70.56

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                      Case number *(if known)* **20-10846**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.163.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.164.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.165.   **Nonpriority creditor's name and mailing address**

CHICK-FIL-A
69280 HIGHWAY 21
COVINGTON LA 70433

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$172.94

**Date or dates debt was incurred**

3/11/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COX BUSINESS
P O BOX 919292
DALLAS TX 75391-9292

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,150.97

**Date or dates debt was incurred**

4/9/2020

**Basis for the claim:**

UTILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COX COMMUNICATIONS
P. O. BOX 9001080
LOUISVILLE KY 40290-1080

☐ Contingent
☐ Unliquidated
☑ Disputed

$887.87

**Date or dates debt was incurred**

4/29/2020

**Basis for the claim:**

UTILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CRESCENT CITY SURGICAL CENTRE | ☐ Contingent | $5,097.12 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/27/2020 | EMPLOYEE HEALTH CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CRUMLEY, MARIA | ☐ Contingent | $169.18 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/24/2020 | EMPLOYEE HEALTH CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☑ Contingent | UNDETERMINED |
| | | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | UNRESOLVED CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**                              Case number *(if known)* **20-10846**

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUTURA, GINA
65035 EASY STREET
PEARL RIVER LA 70452

$18.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

4/3/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.203. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALTON, CHARLA
Address Intentionally Omitted

$21.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.217. **Nonpriority creditor's name and mailing address**

DESSELLE, REBECCA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.218. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.219. **Nonpriority creditor's name and mailing address**

DIABETES METABOLISM ASSOCIATES
3901 HOUMA BLVD STE 103
METAIRIE LA 70006

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25.82

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.238. **Nonpriority creditor's name and mailing address**

DUMONT, JACOB FATHER
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

1/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.239. **Nonpriority creditor's name and mailing address**

DUO SECURITY, INC
DEPT. LA 24804
PASADENA CA 91185-4804

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$958.69

**Date or dates debt was incurred**

3/23/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.240. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAMILY FOOT AND LEG CENTER PA
PO BOX 14388
BELFAST ME 04915

☐ Contingent
☐ Unliquidated
☐ Disputed

$126.15

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAMILY HEALTH WELLNESS OF CH
410 W JUDGE PEREZ DR
CHALMETTE LA 70043

☐ Contingent
☐ Unliquidated
☐ Disputed

$143.45

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                          Case number *(if known)* **20-10846**

---

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FOLEY MARKETING<br>317 GREFER LANE<br>HARVEY LA 70058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $665.50 |
| | **Date or dates debt was incurred**<br>4/24/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FONTAINEBLEAU HIGH SCHOOL<br>100 BULLDOG DR<br>MANDEVILLE LA 70471 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.00 |
| | **Date or dates debt was incurred**<br>2/1/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FOOT HEALTH CENTER, LLC<br>1521 N CAUSEWAY VLVD<br>METAIRIE LA 70001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $306.62 |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>EMPLOYEE HEALTH CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

---

3.307.   **Nonpriority creditor's name and mailing address**

FOUCHER EMERGENCY GROUP LLC
PO BOX 731587
DALLAS TX 75373

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $432.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.308.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☑ Contingent | $_____ |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.309.   **Nonpriority creditor's name and mailing address**

FRANK, OLGA
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $500.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

3/2/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.313.

**Nonpriority creditor's name and mailing address**

GABRIEL, SIPHNE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$125.73

**Date or dates debt was incurred**

3/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.314.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.315.

**Nonpriority creditor's name and mailing address**

GALLAGHER
P.O. BOX 190
SELMA AL 36702

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,417.60

**Date or dates debt was incurred**

4/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred** | **Basis for the claim:**
_____ | UNRESOLVED CLAIM

**Last 4 digits of account number:** | **Is the claim subject to offset?**
☑ No
☐ Yes

---

3.329. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____

**Date or dates debt was incurred** | **Basis for the claim:**
_____ | UNRESOLVED CLAIM

**Last 4 digits of account number:** | **Is the claim subject to offset?**
☑ No
☐ Yes

---

3.330. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GORRES, ZACHARY
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred** | **Basis for the claim:**
10/11/2019 | TRADE PAYABLE

**Last 4 digits of account number:** | **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**　　　　Case number *(if known)* **20-10846**

| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**　　　　**Basis for the claim:**

_____　　　　UNRESOLVED CLAIM

**Last 4 digits of account number:**　　　　**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAYBAR ELECTRIC COMPANY INC
P O BOX 840458
DALLAS TX 75284

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,040.34

**Date or dates debt was incurred**　　　　**Basis for the claim:**

4/20/2020　　　　UTILITY

**Last 4 digits of account number:**　　　　**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREEN, CAMELLIA
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$716.31

**Date or dates debt was incurred**　　　　**Basis for the claim:**

5/1/2020　　　　EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**　　　　**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.334.** | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.335.** | **Nonpriority creditor's name and mailing address**

GREEN, PATRICK
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$240.00

**Date or dates debt was incurred**
4/24/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.336.** | **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GULF COAST BANK AND TRUST COMPANY
5949 SHERRY LANE
SUITE 785
DALLAS TX 75225

☑ Contingent
☐ Unliquidated
☐ Disputed

$527,700.00

**Date or dates debt was incurred**

APRIL 2020

**Basis for the claim:**

PPP LOAN - ACADEMY OF OUR LADY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.344. **Nonpriority creditor's name and mailing address**

GULF COAST BANK AND TRUST COMPANY
EDUCATION SERVICES DIVISION
ATTN: MILLICENT JONES, SENIOR VICE PRESIDENT
200 ST. CHARLES AVENUE
NEW ORLEANS LA 70130

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.345. **Nonpriority creditor's name and mailing address**

GULF COAST BANK AND TRUST COMPANY
EDUCATION SERVICES DIVISION
ATTN: MILLICENT JONES, SENIOR VICE PRESIDENT
200 ST. CHARLES AVENUE
NEW ORLEANS LA 70130

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TUITION FINANCING AGREEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.349.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.350.   **Nonpriority creditor's name and mailing address**

HAHN ENTERPRISES, INC.
P O BOX 19495
NEW ORLEANS LA 70179

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☐ Contingent | $13,601.44 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**
3/31/2020

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.351.   **Nonpriority creditor's name and mailing address**

HAHN ENTERPRISES, INC.
P. O. BOX 19495
NEW ORLEANS LA 70179

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☐ Contingent | $120.73 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**
10/3/2019

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.352. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.353. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.354. **Nonpriority creditor's name and mailing address**

HAMMETT, KIM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

4/22/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.361.
**Nonpriority creditor's name and mailing address**

HARRIS M. BLACKMAN, M.D., LLC
STE N401 1111 MEDICAL CENTER BLVD
MARRERO LA 70072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4.12

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.362.
**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.363.
**Nonpriority creditor's name and mailing address**

HARRY THOMPSON CENTER
1803 GRAVIER ST
NEW ORLEANS LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

2/7/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**              Case number *(if known)* **20-10846**

---

3.367.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.368.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.369.   **Nonpriority creditor's name and mailing address**

HAYDEN, FR. TERENCE P
Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☐ Contingent | $27.10 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.370. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.371. **Nonpriority creditor's name and mailing address**

HAYES III, REV DENNIS
UNO NEWMAN CENTER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$627.96

**Date or dates debt was incurred**

1/28/20, 4/16/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.372. **Nonpriority creditor's name and mailing address**

HEALTH MANAGEMENT SERVICES
5758 ESSEN LN B
BATON ROUGE LA 70810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$137.87

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEALTH MANAGEMENT SERVICES INC
5758 ESSEN LN STE B
BATON ROUGE LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

$137.87

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.375. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEMARD, PAMELLA W
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$775.00

**Date or dates debt was incurred**

4/20/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

---

3.427.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.428.   **Nonpriority creditor's name and mailing address**

JACOB GENERAL SURGERY LLC
STE 224228 HOUMA BLVD STE 220
METAIRIE LA 70006

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$110.55

---

3.429.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | |
|---|---|
| **3.442.** | **Nonpriority creditor's name and mailing address** |

**3.442.** **Nonpriority creditor's name and mailing address**

JENSEN, MICHELLE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$232.00

**Date or dates debt was incurred**

11/15/2019

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.443.** **Nonpriority creditor's name and mailing address**

JOE CUMMINS ADVERTISING
P O BOX 24205
NEW ORLEANS LA 70184

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,007.50

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.444.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

3.445. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.446. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.447. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**       Case number *(if known)* **20-10846**

---

**3.448.**   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.449.**   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450.**   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.451. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.452. **Nonpriority creditor's name and mailing address**

JOHNSON, MIESHA
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,146.68

---

3.453. **Nonpriority creditor's name and mailing address**

JOHNSON, SHELTON
Address Intentionally Omitted

**Date or dates debt was incurred**

12/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$40.00

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.454. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | JONES PHYSICAL THERAPY LLC 389 HWY 21 STE 403 MADISONVILLE LA 70447 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $389.90 |
| | **Date or dates debt was incurred** 4/29/2020 | **Basis for the claim:** EMPLOYEE HEALTH CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.455. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.456. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | JOSEPH, JERRYDETTE Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50.00 |
| | **Date or dates debt was incurred** 4/30/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                        Case number *(if known)* **20-10846**

| | |
|---|---|
| 3.460. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.460. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Amount of claim** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.461. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $7.29 |

**Date or dates debt was incurred**

8/23/2019

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.462. **Nonpriority creditor's name and mailing address**

KELLEY, STEPHANIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $848.88 |

**Date or dates debt was incurred**

4/15/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| 3.469. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KENTWOOD SPRINGS<br>P O BOX 660579<br>DALLAS LA 75266-0579 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.25 |
| | **Date or dates debt was incurred**<br>4/24/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.470. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | Name and Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.471. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KIFF, REV HERBERT<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $273.02 |
| | **Date or dates debt was incurred**<br>3/10/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.478. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.478.  **Nonpriority creditor's name and mailing address**

KRATZER, HAZEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/24/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.479.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.480.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.484.

**Nonpriority creditor's name and mailing address**

LABCORP BURLINGTON
PO BOX 2270
BURLINGTON NC 27216

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$201.68

---

3.485.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.486.

**Nonpriority creditor's name and mailing address**

LAGARDE, EDDIE
Address Intentionally Omitted

**Date or dates debt was incurred**

5/16/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$65.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 986 of 1153

| Debtor | **The Roman Catholic Church of the Archdiocese of New Orleans** | Case number *(if known)* **20-10846** |
|---|---|---|

| 3.514. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

LIRETTE, CAROL
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$492.30

**Date or dates debt was incurred**

4/27/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.515. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.516. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.532.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOUISIANA INTERCHURCH
CONFERENCE 527 NORTH BLVD 4TH FLOOR
BATON ROUGE LA 70802

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,167.50

**Date or dates debt was incurred**          **Basis for the claim:**

4/27/2020          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.533.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOUVIERE, MICHELE
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$153.54

**Date or dates debt was incurred**          **Basis for the claim:**

10/25/2019          EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.534.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

Name and Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.547. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.547.

**Nonpriority creditor's name and mailing address**

MARIANITES OF THE HOLY CROSS
400 N. RAMPART STREET
NEW ORLEANS LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

3/2/2020

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.548.

**Nonpriority creditor's name and mailing address**

MARILLAC COMMUNITY HEALTH CENTERS
P.O. BOX 4148
NEW ORLEANS LA 70118-4148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,055.00

**Date or dates debt was incurred**

3/31/2020

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.549.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**            Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.559. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.559.

**Nonpriority creditor's name and mailing address**

MCCLURE, KATHRYN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,018.17

**Date or dates debt was incurred**

8/30/2019

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.560.

**Nonpriority creditor's name and mailing address**

MCCROSKEY, BO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$60.00

**Date or dates debt was incurred**

3/6/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.561.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.568. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEMORIAL HOSPITAL AT GULFPORT
PO BOX 15219
HATTIESBURG MS 39404

☐ Contingent
☐ Unliquidated
☐ Disputed

$64.71

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.569. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MERCY FAMILY CENTER
PO BOX 776084
CHICAGO IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

$201.18

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.570. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MESSINA JR*JOSEPH
42 SEVEN OAKS RD
MARRERO LA 70072-5024

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| 3.583. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MONTE MD, FRANK J<br>3800 HOUMA BLVD STE 230<br>METAIRIE LA 70006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62.16 |
| | **Date or dates debt was incurred**<br>4/30/2020 | **Basis for the claim:**<br>EMPLOYEE HEALTH CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.584. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | Name and Address Intentionally Omitted | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.585. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MOODY, REV QUENTIN<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97.53 |
| | **Date or dates debt was incurred**<br>4/21/2020 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.589. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|---|
| | MOSHER, FAITH M | |
| | Address Intentionally Omitted | |

**Amount of claim**

$2.95

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

6/21/2019

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

3.590.   **Nonpriority creditor's name and mailing address**

MOUNT CARMEL ACADEMY
7027 MILNE BLVD.
NEW ORLEANS LA 70124

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$1,290.00

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

3/13/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

3.591.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$_____

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.592. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.592.

**Nonpriority creditor's name and mailing address**

MU ALPHA THETA
3200 MARSHALL AVE
NORMAN OK 73019

**Date or dates debt was incurred**

4/28/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$30.00

---

3.593.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.594.

**Nonpriority creditor's name and mailing address**

MUMPHREY, WILLIAM
Address Intentionally Omitted

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$160.00

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                     Case number *(if known)* **20-10846**

| 3.610. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.610.  **Nonpriority creditor's name and mailing address**

NISSEL, LAURA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$271.00

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.611.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.612.  **Nonpriority creditor's name and mailing address**

NOLA ART THERAPY COUNSELING
STE 310 1000 VETERANS BLVD
METAIRIE LA 70005

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$268.77

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| 3.637. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OFFICE DEPOT BUSINESS ACCT.<br>DEPT. 11 - 6003538615<br>P. O. BOX 9001036<br>LOUISVILLE KY 40290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.76 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 3/25/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.638. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OFFICE DEPOT BUSINESS CREDIT<br>DEPT 56 - 4204440316<br>P.O. BOX 78004<br>PHOENIX AZ 85062-8004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.51 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 4/16/2020 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.639. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | Name and Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | UNRESOLVED CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.673. **Nonpriority creditor's name and mailing address**

PCP URGENT CARE HOLDINGS
246 7515 JEFFERSON HWY
BATON ROUGE LA 70806

**Date or dates debt was incurred**

5/1/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$95.00

---

3.674. **Nonpriority creditor's name and mailing address**

PEARL ACRES PEDIATRICS
59125 N PEARL DR
SLIDELL LA 70461

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$515.92

---

3.675. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             Page 1049 of 1153

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.688. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PLAYMAKERS INDOOR SPORTS 800 WINDWARD DR. COVINGTON LA 70433 | ☐ Contingent ☐ Unliquidated ☑ Disputed | $2,950.00 |
| | **Date or dates debt was incurred** 4/22/2020 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.689. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | Name and Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.690. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | Name and Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.712.

**Nonpriority creditor's name and mailing address**

RAGUSA, PATRICIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

4/22/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.713.

**Nonpriority creditor's name and mailing address**

RAPID URGENT CARE, INC
1111 N CAUSEWAY BLVD
MANDEVILLE LA 70471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$435.00

**Date or dates debt was incurred**

5/1/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.714.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 1062 of 1153

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                     Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.730. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.730.  **Nonpriority creditor's name and mailing address**

RICOH USA, INC
P.O. BOX 660342
DALLAS TX 75266-0342

**Date or dates debt was incurred**

4/12/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$254.68

---

3.731.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.732.  **Nonpriority creditor's name and mailing address**

RIVERSIDE URGENT CARE
10319 JEFFERSON HWY
BATON ROUGE LA 70809

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$342.22

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

---

3.736. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.737. **Nonpriority creditor's name and mailing address**

ROLLAND
P O BOX 671334
DALLAS TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34.94

**Date or dates debt was incurred**

3/19/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.738. **Nonpriority creditor's name and mailing address**

ROLSTON III, WILLIAM AIRTH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$213.05

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.745. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.745. **Nonpriority creditor's name and mailing address**

ROTOLO CONSULTANTS, INC
38001 BROWNSVILLAGE ROAD
SLIDELL LA 70460

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$883.45

**Date or dates debt was incurred**

4/21/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.746. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.747. **Nonpriority creditor's name and mailing address**

SALADINO, RANDY.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66.79

**Date or dates debt was incurred**

3/10/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.751.   **Nonpriority creditor's name and mailing address**

SAM'S CLUB
PO BOX 530981
ATLANTA GA 30353-0981

**Date or dates debt was incurred**

4/1-4/29

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.00

---

3.752.   **Nonpriority creditor's name and mailing address**

SANCHEZ, ALEXIS
Address Intentionally Omitted

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$40.00

---

3.753.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| 3.754. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.754.   **Nonpriority creditor's name and mailing address**

SANCHO, MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$236.14

**Date or dates debt was incurred**

4/15/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.755.   **Nonpriority creditor's name and mailing address**

SANOVA DERMATOLOGY
PO BOX 679419
DALLAS TX 75267

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$71.73

**Date or dates debt was incurred**

4/30/2020

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.756.   **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

16

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**      Case number *(if known)* **20-10846**

| 3.763. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.763.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.764.  **Nonpriority creditor's name and mailing address**

SECOND HARVESTERS FOOD BANK OF
GREATER NEW ORLEANS
701 EDWARDS AVE
NEW ORLEANS LA 70124

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$28,182.04

**Date or dates debt was incurred**
4/29/2020

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.765.  **Nonpriority creditor's name and mailing address**

SECURE SHREDDING & RECYCLING
INFORMATION MANAGEMENT SOLUTIONS LLC
P O BOX 15465
BATON ROUGE LA 70895

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47.00

**Date or dates debt was incurred**
4/1/2020

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

---

3.844. **Nonpriority creditor's name and mailing address**

STEEN, VICKI L
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$497.15

**Date or dates debt was incurred**

4/30/2020

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.845. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.846. **Nonpriority creditor's name and mailing address**

STRAWBERRY PATCH PEDS AND FAMI
1054 SW RAILROAD AVE
PONCHATOULA LA 70454

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$42.80

**Date or dates debt was incurred**

4/24/2020

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**          Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.874. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.874.

**Nonpriority creditor's name and mailing address**

TIBLIER, MELANIE
Address Intentionally Omitted

**Date or dates debt was incurred**

3/13/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$104.00

---

3.875.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.876.

**Nonpriority creditor's name and mailing address**

TOSKI, DEBORAH
Address Intentionally Omitted

**Date or dates debt was incurred**

4/29/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$179.79

---

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.928. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | WATTIGNY, REVEREND PATRICK B. Address Intentionally Omitted | ☐ Contingent |

**Amount of claim**

$500.00

3.928.

**Nonpriority creditor's name and mailing address**

WATTIGNY, REVEREND PATRICK B.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

4/1/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.929.

**Nonpriority creditor's name and mailing address**

WAYNE'S VENDING
5812 PLAUCHE CT.
HARAHAN LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$163.24

**Date or dates debt was incurred**

4/17/2020

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.930.

**Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

UNRESOLVED CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                    Case number *(if known)* **20-10846**

| | | |
|---|---|---|
| 3.946. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.946. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

UNRESOLVED CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.947. **Nonpriority creditor's name and mailing address**

WHITMAN, ROBERT
Address Intentionally Omitted

**Date or dates debt was incurred**

1/9/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$55.56

3.948. **Nonpriority creditor's name and mailing address**

WILLIAMS, ASANDRIA
Address Intentionally Omitted

**Date or dates debt was incurred**

3/13/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EMPLOYEE HEALTH CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$43.00