| Fill in this information to identify the case: |
|---|
| **Debtor name:** The Roman Catholic Church of the Archdiocese of New Orleans |
| **United States Bankruptcy Court for the:** Eastern District of Louisiana |
| **Case number (if known):** 20-10846 |

☑ Check if this is an amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $52,077,847.00[1] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $772,358.00[2] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $725,665.00[3] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $4,952,529.00[4] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $5,815,252.00[5] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $6,882,899.00[6] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $7,208,972.00[7] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $4,418,209.00[8] |
| From the beginning of the fiscal year to filing date: | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $3,429,202.00[9] |

**EXHIBIT 4**

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans** Case number *(if known)* **20-10846**

| | | | |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $4,329,429.00[10] |
| **From the beginning of the fiscal year to filing date:** | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $2,359,258.00[11] |
| **From the beginning of the fiscal year to filing date:** | From 7/1/2019 to 4/30/2020 | ☐ Operating a business<br>☑ Other: OPERATING | $5,228,232.00[12] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $62,896,716.00[1] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $2,218,829.00[2] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $845,272.00[3] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $5,271,809.00[4] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $6,003,387.00[5] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $6,923,945.00[6] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $8,127,563.00[7] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $4,783,815.00[8] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $3,288,867.00[9] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $4,318,955.00[10] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $4,019,315.00[11] |
| **For prior year:** | From 7/1/2018 to 6/30/2019 | ☐ Operating a business<br>☑ Other: OPERATING | $5,272,260.00[12] |

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $44,341,175.00[1] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $2,469,678.00[2] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $958,825.00[3] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $5,410,874.00[4] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $6,311,364.00[5] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $6,685,081.00[6] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $7,408,471.00[7] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $4,857,062.00[8] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $3,084,917.00[9] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $4,183,591.00[10] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $4,231,877.00[11] |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | ☐ Operating a business<br>☑ Other: OPERATING | $5,662,688.00[12] |

[1] ARCHDIOCESE OF NEW ORLEANS - ADMINISTRATIVE OFFICES
[2] ST. LOUIS CATHEDRAL
[3] OUR LADY OF GUADALOUPE
[4] ACADEMY OF OUR LADY
[5] ARCHBISHOP CHAPELLE HIGH SCHOOL
[6] ARCHBISHOP HANNON HIGH SCHOOL
[7] ARCHBISHOP RUMMEL HIGH SCHOOL
[8] ARCHBISHOP SHAW HIGH SCHOOL
[9] POPE JOHN PAUL II HIGH SCHOOL

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

[10]ST. CHARLES CATHOLIC HIGH SCHOOL

[11]ST. MICHAEL SPECIAL SCHOOL FOR EXCEPTIONAL CHILDREN

[12]ST. SCHOLASTICA ACADEMY

---

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 7/1/2019 | to | 4/30/2020 | RENTS, ROYALTIES, PROCEEDS FROM SALE OF ASSETS, GRANTS AND DONATIONS, OTHER INCOME | $495,886.00[1] |
| | From 7/1/2019 | to | 4/30/2020 | RENTAL INCOME, PROCEEDS FROM SALE OF HISTORIC TAX CREDITS | $554,911.00[2] |
| | From 7/1/2019 | to | 4/30/2020 | RENTAL INTEREST, INCOME | $3,592.00[3] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME | $59,042.00[4] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME | $89,971.00[5] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME | $52,584.00[6] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME, RENTAL INCOME | $80,306.00[7] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME, RENTAL INCOME | $46,460.00[8] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME | $9,134.00[9] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME, RENTAL INCOME | $2,613.00[10] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME, PROCEEDS FROM SALE OF ASSETS | $52,823.00[11] |
| | From 7/1/2019 | to | 4/30/2020 | INTEREST INCOME | $63,950.00[12] |
| **For prior year:** | From 7/1/2018 | to | 6/30/2019 | RENTS, ROYALTIES, PROCEEDS FROM SALE OF ASSETS, GRANTS AND DONATIONS, OTHER INCOME | $9,333,416.00[1] |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 4

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans** Case number *(if known)* **20-10846**

| | | | | | |
|---|---|---|---|---|---|
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME, RENTAL INCOME, INSURANCE PROCEEDS, MISC INCOME | $292,078.00[2] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME | $201.00[3] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME | $77,607.00[4] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME, PROCEEDS FROM SALE OF ASSETS | $116,471.00[5] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME, PROCEEDS FROM SALE OF ASSETS, RENTAL INCOME | $77,575.00[6] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME | $99,444.00[7] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME | $63,190.00[8] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME | $11,219.00[9] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME | $46,325.00[10] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME, LEGAL SETTLEMENT | $1,321,559.00[11] | |
| | From 7/1/2018 to 6/30/2019 | | INTEREST INCOME, PROCEEDS FROM SALE OF ASSETS | $147,935.00[12] | |
| **For the year before that:** | From 7/1/2017 to 6/30/2018 | | RENTS, ROYALTIES, PROCEEDS FROM SALE OF ASSETS, GRANTS AND DONATIONS | $4,825,376.00[1] | |
| | From 7/1/2017 to 6/30/2018 | | INTEREST INCOME, RENTAL INCOME | $186,405.00[2] | |
| | From 7/1/2017 to 6/30/2018 | | INTEREST INCOME | $146.00[3] | |
| | From 7/1/2017 to 6/30/2018 | | INTEREST INCOME | $74,076.00[4] | |
| | From 7/1/2017 to 6/30/2018 | | INTEREST INCOME | $118,075.00[5] | |
| | From 7/1/2017 to 6/30/2018 | | INTEREST INCOME, LAWSUIT SETTLEMENT | $268,068.00[6] | |
| | From 7/1/2017 to 6/30/2018 | | INTEREST INCOME, PROCEEDS FROM SALE OF ASSETS | $106,262.00[7] | |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans** Case number *(if known)* **20-10846**

| | | | | |
|---|---|---|---|---|
| From | 7/1/2017 | to | 6/30/2018 | INTEREST INCOME | $77,985.00[8] |
| From | 7/1/2017 | to | 6/30/2018 | INTEREST INCOME | $11,790.00[9] |
| From | 7/1/2017 | to | 6/30/2018 | INTEREST INCOME, RENTAL INCOME, INSURANCE PROCEEDS | $10,051.00[10] |
| From | 7/1/2017 | to | 6/30/2018 | INTEREST INCOME | $116,392.00[11] |
| From | 7/1/2017 | to | 6/30/2018 | INTEREST INCOME, PROCEEDS FROM SALE OF ASSTS | $134,386.00[12] |

[1] ARCHDIOCESE OF NEW ORLEANS - ADMINISTRATIVE OFFICES
[2] ST. LOUIS CATHEDRAL
[3] OUR LADY OF GUADALOUPE
[4] ACADEMY OF OUR LADY
[5] ARCHBISHOP CHAPELLE HIGH SCHOOL
[6] ARCHBISHOP HANNON HIGH SCHOOL
[7] ARCHBISHOP RUMMEL HIGH SCHOOL
[8] ARCHBISHOP SHAW HIGH SCHOOL
[9] POPE JOHN PAUL II HIGH SCHOOL
[10] ST. CHARLES CATHOLIC HIGH SCHOOL
[11] ST. MICHAEL SPECIAL SCHOOL FOR EXCEPTIONAL CHILDREN
[12] ST. SCHOLASTICA ACADEMY

Debtor    **The Roman Catholic Church of the Archdiocese of New Orleans**           Case number *(if known)* **20-10846**

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | AA DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHLOIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER HENRY BRIAN IDGHFILL<br><br>**Case number**<br>19-6200 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | BB DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, SALESIANS OF DON BOSCO, EASTERN PROVINCE IN THE USA D/B/A SALESIAN SOCIETY, INC., FATHER JAMES HURLEY F/K/A BROTHER JAMES HURLEY, ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., AND THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA<br><br>**Case number**<br>2019-10149 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | BOB ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OFNEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2019-12224 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | BRAD ROE V. THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2020-03463 | ABUSE CLAIM | ORLEANS PARISH CIVIL DISTRICT COURT 421 LOYOLA AVE RM 402 NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | C.J. DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, SALESIANS OF DON BOSCO, EASTERN PROVINCE IN THE USA D/B/A SALESIAN SOCIETY, INC.<br><br>**Case number**<br>2018-12393 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | CC DOE V THE ROMAN CATHOLIC CHURCH OFTHE ARCHDIOCESE OF NEW ORLEANS, ARCHDIOCESE O FNEW ORLEANS INDEMNITY ,INC.,THEC ATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, AND THE CONGREGATION OF THE HOLY SPIRIT, PROVINCE OF THE UNITED STATES<br><br>**Case number**<br>2020-02983 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>421 LOYOLA AVE<br>RM 402<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | D.H. V DEFENDANT A, DEFENDANT B, AND DEFENDANT C<br><br>**Case number**<br>2019-11429 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | DOE, JANE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2019-11521 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | ED ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OFNEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2019-12226 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | FF DOE V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, ARCHDIOCESE OF, NEW ORLEANS INDEMNITY, INC., AND THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA **Case number** 2019-11587 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | FORMER CORE'S CLEANERS AND/OR CORE'S ONE HOUR CLEANERS **Case number** LDEA AI NUMBERS 39267/38731 | ENVIRONMENTAL REMEDIATION | STATE OF LOUISIANA - DEPARTMENT OF ENVIRONMENTAL QUALITY - OFFICE OF ENVIRONMENTAL ASSESSMENT P.O. BOX 4314 BATON ROUGE LA 70821-4314 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | FR. V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL. **Case number** 19-CV-14665 | PERSONAL INJURY | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 500 POYDRAS STREET NEW ORLEANS LA 70130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | IN RE CATHOLIC MUTUAL INSURANCE (WHISTLEBLOWER FEMA CLAIM) UNITED STATES EX REL AND {UNDER SEAL} VS. {UNDER SEAL} **Case number** SECOND AMENDED COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT [31 USC 3729 ET SEQ.] FILED UNDER SEAL PURUSANT TO 31 USC 3730(B)(2) | SUIT HAS NOT BEEN SERVED. THE ARCHDIOCESE HAS FORMALLY TENDERED THE CLAIM FOR DEFENSE AND INDEMNITY TO CATHOLIC MUTUAL UNDER OUR OFFICER AND DIRECTOR LIABILITY COVERAGE. CATHOLIC MUTUAL HAS DENIED COVERAGE BUT IS PAYING DEFENSE COSTS. | US DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | IN RE GN INVESTMENTS LLC C **Case number** US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04262 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 1 DIVISION AVE N STE 200 GRAND RAPIDS MI 49503 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | IN RE KAHN AVIATION, INC. **Case number** US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04261 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 1 DIVISION AVE N STE 200 GRAND RAPIDS MI 49503 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.16. | IN RE KRW INVESTMENTS, INC.<br>**Case number**<br>US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04264 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 2 DIVISION AVE N STE 201 GRAND RAPIDS MI 49504 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | IN RE NAJEEB AHMED KHAN<br>**Case number**<br>US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN CA 19-04258 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 3 DIVISION AVE N STE 202 GRAND RAPIDS MI 49505 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | IN RE NAK HOLDINGS LLC<br>**Case number**<br>US BANKRUPTCY COURT WESTERN DISTRICT CA 19-04267 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 4 DIVISION AVE N STE 203 GRAND RAPIDS MI 49506 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | IN RE NJ REALTY, LLC<br>**Case number**<br>US BANKRUPTCY COURT WESTERN DISTRICT CA 19-04266 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 5 DIVISION AVE N STE 204 GRAND RAPIDS MI 49507 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | IN RE SARAH AIR, LLC<br>**Case number**<br>US BANRUPTCY COURT WESTERN DISTRICT CA 19-04268 UNSECURED CREDITOR | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 6 DIVISION AVE N STE 205 GRAND RAPIDS MI 49508 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | INTERLOGIC OUTSOURCING, INC. (IOI)<br>**Case number**<br>JOINTLY ADMINESTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 6 DIVISION AVE N STE 205 GRAND RAPIDS MI 49508 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.22. | INTERLOGIC OUTSOURCING, INC. (IOI) **Case number** JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 13 DIVISION AVE N STE 212 GRAND RAPIDS MI 49515 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.23. | IOI PAYROLL SERVICES, INC. **Case number** JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 7 DIVISION AVE N STE 206 GRAND RAPIDS MI 49509 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.24. | IOI WEST, INC. **Case number** JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 8 DIVISION AVE N STE 207 GRAND RAPIDS MI 49510 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.25. | J.W. DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHLOIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER LA WREN CE A. HECKER **Case number** 2019-3947 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.26. | JAMES DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, FATHER MICHAEL FRASER AND FATHER PAUL CALAMARI **Case number** 2019-1371 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**  Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.27. | JB DOE V. ST. PAUL'S SCHOOL, INC., THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, LOUISIANA LASALLIAN EDUCATION CORPORATION, WILLIAM GIDDINGS, AND ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.<br><br>**Case number**<br>20-03456 | ABUSE CLAIM | ORLEANS PARISH CIVIL DISTRICT COURT<br>421 LOYOLA AVE<br>RM 402<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | JEFF ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2019-122237 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | JOHN A DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER MICHAEL FRASER<br><br>**Case number**<br>2019-11537 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | JOHN DOE 2019-10827 V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW.OR:TEANS<br><br>**Case number**<br>2019-10827 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, JOHN DOE V V HOLY SEE (VATICAN CITY STATE)<br><br>**Case number**<br>UNDER SEAL | ABUSE CLAIM | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA<br>500 POYDRAS STREET<br>NEW ORLEANS LA 70130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**    Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.32. | JOHN DOE V DEFENDANT A, DEFENDANT B, AND DEFENDANT C<br>**Case number**<br>2019-11446 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | JOHN DOE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br>**Case number**<br>2019-3716 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | JOHN DOE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br>**Case number**<br>2020-01986 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | JOHN DOE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND DEACON GEORGE BRIGNAC<br>**Case number**<br>2018-10864 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | JOHN DOE V THE ROMAN CATHOLIC OF THE ARCHDIOCESE OF NEW ORLEANS<br>**Case number**<br>2019-10038 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | JOHN DOE V. ANO/JESUITS<br>**Case number**<br>UNDER SEAL | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans** Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.38. | JOHN ROE I; JOHN ROE II; JOHN ROE III; AND JOHN ROE LV V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS, AND SALESIANS OF DON BOSCO, EASTERN PROVINCE IN THE USA D/B/A SALESIAN SOCIETY, INC.<br><br>**Case number**<br><br>18-11369 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. | JOHN ROE II V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br><br>2019-11169 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | JOHN ROE III V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OFNEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br><br>2019-11171 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. | JOHN ROE IV V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br><br>2019-11173 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42. | JOSEPH MESSINA, JR. V UNION CARBIDE CORPORATION, ET AL<br><br>**Case number**<br><br>C-687430 | ASBESTOS | 19TH JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE, LA 300 NORTH BLVD BATON ROUGE LA 70801 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | KRAMER, CONNIE<br><br>**Case number**<br><br>N/A | WORKERS' COMPENSATION CLAIM | N/A | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **The Roman Catholic Church of the Archdiocese of New Orleans**     Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.44. | L.L.S. V THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, , ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., AND THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA<br><br>**Case number**<br><br>2019-8551 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | LAKEVIEW HOLDINGS, INC.<br><br>**Case number**<br><br>JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 9 DIVISION AVE N STE 208 GRAND RAPIDS MI 49511 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | LAKEVIEW TECHNOLOGY, INC.<br><br>**Case number**<br><br>JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 10 DIVISION AVE N STE 209 GRAND RAPIDS MI 49512 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | LON DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER MICHAEL FRASER<br><br>**Case number**<br><br>2019-11575 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS STATE OF LOUISIANA CLERK'S OFFICE, ROOM 402, CIVIL COURTS 421 LOYOLA AVE NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | MODEARN, INC.<br><br>**Case number**<br><br>JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN 11 DIVISION AVE N STE 210 GRAND RAPIDS MI 49513 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **The Roman Catholic Church of the Archdiocese of New Orleans**   Case number *(if known)* **20-10846**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.49. | N.P. V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2019-11670 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | RAYMOND ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OFNEW ORLEANS,<br>AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br><br>**Case number**<br>2019-12233 | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | S.R.L.AND BL V. THE ARCHDIOCESE OF NEW ORLEANS, HOLY CROSS COLLEGE, INC. D/B/A HOLY CROSS SCHOOL; A.G.; C.L.<br><br>**Case number**<br>20-03123 | ABUSE CLAIM | ORLEANS PARISH CIVIL DISTRICT COURT<br>421 LOYOLA AVE<br>RM 402<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | THE ARCHDIOCESE OF NEW ORLEANS AS SUBROGEE OF CYNTHIA JOHNSON VS. STEVE MARINO, GEICO CASUALTY COMPANY<br><br>**Case number**<br>CIVIL DISTRICT COURT PARISH OF ORLEANS NO. 2020-2329 SUBROGATION | SUBROGATION OF WORKERS COMPENSATION AND MEDICAL BENEFITS PAID AS A RESULT OF AUTO ACCIDENT | CIVIL DISTRICT COURT PARISH OF ORLEANS<br>421 LOYOLA AVE<br>ROOM 402<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53. | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS AND POINT AU FER, LLC VS. CARUTHERS PRODUCING CO, INC., ANADARKO OGC COMPANY, LLOG EXLORATION COMPANY LLC, ROGER L. HEBERT, SWEPI LP, CHEVRON USA, INC., BASF CORPORATION, ENI OIL & GAS INC., CABOT OIL & GAS CORPORATION, HELIS OIL & GAS, LLC, LEGACY ENERGY CORPORATION, CODY ENERGY LLC, SUNOCO INC., KERR-MDGEE OIL & GAS ONSHORE LP<br><br>**Case number**<br>32ND JDC- TERREBONNE PARISH CA 169160 LEGACY LITIGATION PLAINTIFF | LAND DAMAGE DISPUTE | 32ND JDC- TERREBONNE PARISH<br>7856 MAIN ST.<br>HOUMA LA 70360 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **The Roman Catholic Church of the Archdiocese of New Orleans**                                           Case number *(if known)* **20-10846**

|       | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|------------|----------------|------------------------------------|----------------|
| 7.54. | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS VS. SOCIETE CATHOLIQUE POUR L'INSTRUCION DES ORPHELENIS DANS L'INDIGENCE A/K/A THE CATHOLIC SOCIETY FOR THE INSTRCTION OF INDIDGENT OPRHANS, CONSTANTINE MAEHNAUT; SUCCESSIO OF MARIE JUSTINE CIRNAIRE COUVENT: AND HENRY FLETCHER | CLEAR TITLE TO 1941 DAUPHINE STREET NEW ORLEANS, LA 70116 | CIVIL DISTRICT COURT PARISH OF ORLEANS<br>421 LOYOLA AVE<br>ROOM 402<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|       | **Case number**<br>CIVIL DISTRICT COURT PARISH OF ORLEANS NO. 2019-0106 QUIET TITLE ACTION | | | |

|       | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|------------|----------------|------------------------------------|----------------|
| 7.55. | TIMEPLUS SYSTEMS, LLC | FORMER PAYROLL SERVICE PROVIDER, PAYROLL FRAUD AND BREACH OF CONTRACT. ARCHDIOCESE IS A MEMBER OF THE UNSECURED CREDITORS COMMITTEE | US BANKRUPTCY COURT WESTERN DISTRICT MICHIGAN<br>12 DIVISION AVE N<br>STE 211<br>GRAND RAPIDS MI 49514 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|       | **Case number**<br>JOINTLY ADMINISTERED UNDER CASE NO. 20-325 IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MICHIGAN, KALAMAZOO DIVISION. | | | |

|       | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|------------|----------------|------------------------------------|----------------|
| 7.56. | TOM DOE V ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER MICHAEL FRASER | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|       | **Case number**<br>2019-8559 | | | |

|       | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|------------|----------------|------------------------------------|----------------|
| 7.57. | UNITED STATES OF AMERICA | | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA<br>500 POYDRAS STREET<br>NEW ORLEANS LA 70130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|       | **Case number**<br>UNDER SEAL | | | |

|       | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|------------|----------------|------------------------------------|----------------|
| 7.58. | WEST ROE V THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS | ABUSE CLAIM | CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>STATE OF LOUISIANA<br>CLERK'S OFFICE, ROOM 402, CIVIL COURTS<br>421 LOYOLA AVE<br>NEW ORLEANS LA 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|       | **Case number**<br>2019-12228 | | | |