## SEMI-ANNUAL FINANCIAL INFORMATION FISCAL YEAR 2020

## THE ROMAN CATHOLIC CHURCH OF
## THE ARCHDIOCESE OF NEW ORLEANS

This Disclosure Report contains statements relating to future results that are "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. When used in this Disclosure Report the words "estimate," "intend," "expect" and similar expressions identify forward-looking statements. Any forward-looking statement is subject to uncertainty and risks that could cause actual results to differ, possibly materially, from those contemplated in such forward-looking statements. Inevitably, some assumptions used to develop forward-looking statements will not be realized or unanticipated events and circumstances may occur. Therefore, investors should be aware that there are likely to be differences between forward-looking statements and actual results; those differences could be material.

**General Description and History**

The Archdiocese of New Orleans is the second oldest archdiocese in the United States and covers 4,208 square miles in the State of Louisiana (the "State"). The Archdiocese was established as a diocese in 1793 and became an archdiocese in 1850. In 1941, the Roman Catholic Church of the Archdiocese of New Orleans (the "Corporation") was incorporated as a nonprofit corporation under the laws of the State, and the Corporation is an organization classified under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. The Corporation, together with other separately incorporated entities, make up the Archdiocese of New Orleans (the "Archdiocese").

The Archdiocese currently operates in the eight civil parishes in the metropolitan New Orleans area and consists of 112 church parishes in the State. As used in this document and except as otherwise indicated, the term "parish" refers to the church parishes and not to the civil parishes of the State. The Corporation provides administrative support to the church parishes and to 79 schools with a fall enrollment for the 2019-20 school year of 34,182 students. These schools include parish owned elementary schools, religious order schools and eight high schools and two special needs schools owned by the Corporation. The schools owned by the Corporation have separate audited financial statements and their operations are not consolidated with the financial statements of the Corporation. All 79 schools within the Archdiocese are generally self-sufficient. The Corporation also provides administrative support for separately incorporated nursing homes, affordable senior living facilities and other community service facilities consistent with the mission of the Archdiocese. With the exception of St. Anthony's Gardens which commenced operations in November 2016 and for which the Corporation has provided a guarantee with respect to certain indebtedness, each of the nursing homes and affordable senior living facilities and other community services facilities are largely self-sufficient. See "Description of Indebtedness" on page 21 for more information regarding such guarantee.

**Mission Statement**

The Corporation administers religious, charitable, educational, health and life service programs of the Roman Catholic Church (the "Church") within its geographic territory. The mission of the Corporation is stated as follows:

"Impelled by Christ's call and inspired by the Holy Spirit through the work of the Ninth General Synod, the ministries of the Archdiocese of New Orleans, in union with the Archbishop and with one another, serve the people of the parishes, schools, and

EXHIBIT 7

organizations of the archdiocese in enabling them to encounter Jesus and to witness with joy."

**Service Area**

Set forth below is a map of the Archdiocese's service area.

The following Louisiana civil parishes comprise and are served by the Archdiocese: Jefferson, Orleans, Plaquemines, St. Bernard, St. Charles, St. John the Baptist, St. Tammany and Washington.



Set forth below is certain statistical information pertaining to the Archdiocese for the fiscal years ended June 30, 2017, 2018 and 2019.

| Archdiocese | 2017 | 2018 | 2019 |
|---|---|---|---|
| Parishioners | 515,077 [1] | 517,454 [1] | 518,989 [1] |
| Employees (Administrative Offices Only) | 211 | 210 | 205 |
| Schools | 80 | 80 | 79 |
| School Enrollment | 35,901 | 35,330 | 34,870 |
| Parishes | 111 | 112 | 112 |
| Nursing Homes | 3 | 3 | 3 |
| Affordable Senior Living Facilities | 21 | 21 | 21 |

_____

[1] Estimated population figures.

Source: The Corporation

## Governance

The Corporation is organized exclusively for charitable, religious and educational purposes. The Archbishop of New Orleans (the "Archbishop") is the sole member and chief administrator of the Corporation, and his responsibilities include appointment and removal of priests and deans, review and approval of the Corporation's budget and expenses, and policy development regarding the Corporation. The Archbishop is aided and advised by the Board of Directors of the Corporation, the officers of the Corporation and the Archdiocesan Councils.

## Administration

The Archbishop and current President of the Corporation is Most Reverend Gregory Michael Aymond. The Archbishop directly supervises the following officers of the Corporation and delegates to them full responsibility within their respective functions. The following are brief biographic sketches of the senior administrative officers and financial officers of the Corporation:

***Most Reverend Gregory Michael Aymond, Archbishop, President and Board Member***. The Most Reverend Gregory Michael Aymond became the fourteenth Archbishop of New Orleans on August 20, 2009, succeeding Archbishop Alfred Clifton Hughes.

Archbishop Aymond was ordained an Auxiliary Bishop of New Orleans on January 10, 1997 and became Coadjutor Bishop of Austin in 2000 and was installed as Bishop there on August 3, 2000. Archbishop Aymond has served as Chairman of the United States Conference of Catholic Bishops Committee on the Protection of Children and Young People. He also was Chairman of the Board of Directors of the National Catholic Educational Association from 2000-04. He currently serves as a member of the U.S. Bishops Committee on Laity, Marriage, Family Life and Youth, the Committee on Clergy, Consecrated Life and Vocations, and is Secretary of the United States Conference of Catholic Bishops.

After graduating from St. Joseph Seminary College, St. Benedict, Louisiana, in 1971, he earned a Master's Degree in Divinity from Notre Dame Seminary in New Orleans in 1975. He was ordained a priest in New Orleans on May 10, 1975. From 1973 to 1981, he was a Professor, Business Administrator and then Rector of St. John Vianney Preparatory Seminary in New Orleans after his ordination. From 1981 to

1986, he was Professor of Pastoral Theology and Homiletics and Director of Education at Notre Dame Seminary.

Archbishop Aymond served as President-Rector of Notre Dame Seminary from 1986 until the end of the 1999-2000 academic year. Archbishop Aymond also served as the Executive Director of the Archdiocesan Department of Christian Formation, and Director of the Society of the Propagation of the Faith.

*Jeffrey J. Entwisle, Chief Financial Officer, Secretary and Board Member*. Jeffrey J. Entwisle was appointed to the position of Chief Financial Officer and Secretary for the Archdiocese of New Orleans in July 2016. Prior to this, he was the Chief Operating Officer and Treasurer for the Archdiocese of New Orleans, and held those positions since February 2007, and held the position of Finance Review Officer since April 2002. Prior to joining the Archdiocese, he was the Accounting Manager at Reagan Equipment Company for two years. Mr. Entwisle has a B.S. in Accounting and Master of Business Administration from the University of New Orleans and maintains the certified internal auditor and certified fraud examiner designations, and a certification on risk management assurance.

*Kathleen R. Hebert, CPA, Chief Operating Officer.* Kathleen R. Hebert is Chief Operating Officer for the Archdiocese of New Orleans. She began her career as an audit professional at Ernst & Young, LLP where she was an Audit Manager. She served as the Vice President of Finance & Administration for The Greater New Orleans Foundation from 2002-2007. She began her own accounting and consulting practice in 2008 in which she provided services to the Archdiocese of New Orleans. Ms. Hebert has a B.S. in Accounting from Louisiana State University and is a licensed Certified Public Accountant in the State of Louisiana.

*Most Reverend Fernand J. Cheri, III, O.F.M., First Vice-President, Vicar General and Board Member*. The Most Reverend Fernand J. Cheri, III, a Franciscan Friar of the Sacred Heart Province, was ordained to the Episcopacy and appointed Vicar General on March 23, 2015. He completed his Masters of Divinity degree at Notre Dame Seminary in New Orleans and his Masters of Theology from Xavier University in New Orleans. He has served in parishes in the New Orleans area and in Nashville, Tennessee, and taught in high schools in New Orleans, Chicago, and Belleville, Illinois. Bishop Cheri has been appointed to, and served on, a variety of national prestigious Black Catholic committees and conferences throughout the years.

*Very Reverend Patrick J. Williams, Vicar General*. Father Williams, a native of New Orleans and graduate of Holy Cross High School, attended Notre Dame Seminary and was ordained in May 1993. On January 1, 2014, he was appointed Vicar General for the Archdiocese of New Orleans. Father Williams earned a Master's of Divinity Degree from Notre Dame Seminary and a Master's of Science in Education from Loyola University, both in 1993. After a Parochial Vicar Position and Vice Rector of Notre Dame Seminary, Father Williams was named Rector of Notre Dame Seminary in 2000 and remained in that position until 2007, when he was assigned to St. Pius X as parochial vicar and then as pastor in 2009 where he is presently pastor. Father Williams is currently the Executive Director for Clergy which he was appointed to in February 2009 and Assistant Secretary for the Archdiocese of New Orleans.

*Very Reverend Patrick R. Carr, Vicar of Finance.* Father Carr earned a Master of Divinity Degree from Notre Dame Seminary. He was ordained to the priesthood in June 2016. He also graduated from Louisiana State University in accounting and is a Certified Public Accountant. He worked in public accounting for eleven years. Father Carr is currently the Parochial Vicar at St. Peter Catholic Church in Covington. He is a member of the finance council of the Archdiocese of New Orleans and was appointed the Vicar of Finance for the Archdiocese of New Orleans in August 2019.

**Very Reverend Peter O. Akpoghiran, J.C.D., Second Vice President, Judicial Vicar, Chancellor and Board Member**. Father Akpoghiran was ordained to the priesthood on December 12, 1992. He completed his Masters of Theology Degree from St. John's University, Queens, New York, in 2002. He served as the Associate Pastor of St. Francis of Paola, Brooklyn, New York, from 2001-2003. He obtained a Licentiate in Canon Law in 2005 and a Doctor of Canon Law Degree in 2007, from The Catholic University of America, Washington, D.C. He served as Judge in the Diocese of Richmond, Virginia, from 2007-2011. In September of 2011, he was appointed by His Excellency, Archbishop of New Orleans, as the Judicial Vicar of the Archdiocese of New Orleans. In 2013, Father Akpoghiran was also appointed as the Chancellor of the Archdiocese of New Orleans.

**Archdiocesan Councils**

The Archdiocesan Councils which advise the Archbishop on policies, procedures and practices include:

**The Priests' Council**. The Priests' Council advises and assists the Archbishop in the governance of the Corporation in accordance with the norms of Canon Law for the Church.

**The Administrative Council**. The Administrative Council consists of the Vicars General, the Chancellor, the Executive Director of Pastoral Planning and Ministries, the Chief Financial Officer, the General Counsel, and the Human Resource Director. It advises the Archbishop on Corporation policies, procedures and practices.

**The College of Consultors**. The College of Consultors is appointed by the Archbishop from the membership of the Priests' Council. It elects a Corporation administrator when the seat becomes vacant, offers advice on extraordinary acts of administration and consent for the acquisition and alienation of certain ecclesiastical properties.

**The Finance Council**. The Finance Council is established pursuant to the Code of Canon Law for the Church and consists of clergy and lay persons of the Church who are skilled in financial matters and familiar with elements of Canon and civil law. The Finance Council is appointed by the Archbishop to provide advice on the temporal administration of the Corporation, to assist the Archbishop in the economic administration of the Corporation and to prepare and review annual budgets for the Corporation. All Finance Council members serve five-year terms. After serving two consecutive terms, an appointed member must relinquish membership status, but may be reappointed as long as two years have passed since his or her last appointment. Finance Council members currently include the following individuals:

| Name | Affiliation | Appointed |
|------|-------------|-----------|
| Ms. Marguerite L. Adams, Esq. | Liskow & Lewis | 9/2009 |
| Ms. Emily Marcotte Barilleau | Entergy Services, Inc. | 4/2013 |
| Rev. Patrick Carr | Parochial Vicar, St. Peter Church | 1/2017 |
| Mr. Lloyd E. Eagan, Jr. | Retired | 4/2013 |
| Mr. Paul L. Fine | President, Goldring Family Interests | 9/2009 |
| Mr. William F. Finegan | President, Eye Ear Nose Throat Foundation | 10/2010 |
| Ms. Mary S. Johnson | Seaport Global Securities, LLC | 9/2018 |
| Ms. Raechelle Munna, Esq. | Entergy Services, Inc. | 7/2017 |
| Mr. Calvin S. Tregre | Retired | 9/2009 |
| Rev. Otis W. Young, Jr. | Pastor, St. Peter Church | 8/2011 |
| Mr. Lloyd A. Tate | Retired | 9/2019 |

The Finance Council's work is supported by three sub-committees: the Audit Subcommittee, the Investment Subcommittee and the Real Estate Subcommittee.

*Subcommittees*.  The members of the Real Estate Subcommittee, the Audit Subcommittee and the Investment Subcommittee and their affiliations are as follows:

|  | **Name** | **Affiliation** |
| --- | --- | --- |
| Real Estate Subcommittee | Rodney J. Abele, Jr. | Orleans Capital Management |
|  | Marguerite L. Adams | Liskow & Lewis |
|  | Deacon Ron Drez, Jr. | Ron J. Drez, Jr. Appraisal Services |
|  | Todd R. Gennardo | Denechaud and Denechaud |
|  | Mark Rodi | Re/Max Affiliates |
|  |  |  |
| Audit Subcommittee | William F. Finegan | Eye Ear Nose Throat Foundation |
|  | Catherine B. Howard | Performance Architecture, LLC |
|  | Robert D. Munch, Jr. | Laitram, LLC |
|  | Dina B. Riviere | Taylor Energy Company, LLC |
|  | Lloyd A. Tate | Retired, Deloitte & Touche, LLP |
|  | Jeffray A. Teague | GNO, Inc. |
|  |  |  |
| Investment Subcommittee | Joseph Carrere | Kennan Capital, Ltd. |
|  | Mason G. Couvillon | Dardis Couvillon & Associates |
|  | Terry A. DuFrene | JP Morgan Securities, LLC |
|  | Octave J. Francis, III | Francis Financial Consultants |
|  | Paul L. Fine | President, Goldring Family Interests |
|  | Alex Gershanik | Power Courses, LLC |
|  | Cory Howat | Catholic Community Foundation, Archdiocese of New Orleans |
|  | St. Denis J. Villere | St. Denis J. Villere & Company |

The members of the subcommittees referenced above are appointed and removed from the subcommittees by the Archbishop.

**Deaneries**

The Archdiocese is comprised of 112 parishes, organized into 10 deaneries.  Deaneries are regional clusters of parishes.  A Dean supervises the parochial records, implements church and Archdiocesan policies and coordinates the apostolic efforts of clergy, religious and the faithful within the deanery.

**Parishes**

Parishes are geographic entities that include churches and in some cases elementary schools, and are served by a pastor.  Almost all of the 112 parishes are separately incorporated under Louisiana law as legal entities separate and apart from the Corporation.  The Archbishop is the sole member of each separately incorporated parish.  Pastors are responsible for all religious, financial and other matters and are accountable to the Archbishop.  The Parish Council is an advisory body that assists the Pastor with general

parish matters. The Parish Finance Council is an advisory body that provides consultation on financial matters of the parish.

**Canon Law**

The Corporation was formed under Louisiana applicable laws and generally operates and is bound by such laws. The Corporation is also required to comply with the provisions of the Code of Canon Law for the Church in carrying out its mission and in conducting its business affairs. Canon Law includes policies, procedures, and practices that must be followed by the Corporation and the Archdiocesan Councils in conducting the business of the Corporation. These procedures include, but are not limited to, hearing from the Finance Council (which consists of clergy and lay persons of the Church who are skilled in financial matters and familiar with elements of Canon and civil law) on extraordinary assessments imposed on, among other entities, parishes of the Corporation and having the Finance Council review the annual budget. Additionally, the Corporation must also hear from the Presbyteral Council on taxes imposed on such parishes for the needs of the diocese. The College of Consultors approval is required for the alienation of certain ecclesiastical properties. In addition, Canon Law directs administrators serving the Church to fulfill their function with diligence, and consequently they must pay, at the stated time, the interest due on loans and take care that the debt itself is repaid in a timely manner.

**Information about Financial Statements**

The audited financial statements are solely the audited financial statements of the Corporation's Administrative Offices (the "Administrative Offices") and include the assets, liabilities, net assets, and financial activities of the Administrative Offices, but do not include the financial operations or assets of the individual parishes, the Corporation owned high schools or special needs schools (other than a portion of the value of such Corporation owned schools on the balance sheet of the Corporation's Administrative Offices), or other church-related agencies and institutions within the Corporation's geographical boundaries. The audited financial statements also do not include the fair market values of the churches, properties in the parishes, rectories, or schools belonging to the Corporation nor The Archdiocese of New Orleans Indemnity, Inc. ("ANOI"), a captive non-profit insurance company (see "Insurance Coverage" on page 23). With respect to repayment of the Bonds, however, the Corporation alone (and not the individual parishes, schools or other church related agencies) will be liable to the Authority for payments due under the Loan Agreement, dated as of April 1, 2017 between the Louisiana Public Facilities Authority and the Corporation (the "Loan Agreement"), which are the source of payment of the principal, interest and premium, if any, of the Bonds.

As discussed above, the Administrative Offices is an administrative unit of the Corporation whose income is largely generated through the assessment of fees charged to parishes, schools and agencies to pay for administrative costs of organizing and administering Corporation-wide programs for insurance and other programs. Fees for such services are set to cover these administrative costs and not to build cash reserves or endowments. Total revenues of the Administrative Offices increased from $50,408,973 in fiscal year 2018 to $72,500,600 in fiscal year 2019, or 44%. This increase was primarily due to addition of medical insurance to the self-insurance program. Net unrestricted assets of the Corporation were $47,203,051 and $51,017,384 at the end of the fiscal years ended June 30, 2018 and 2019, respectively.

As also noted above, the financial statements of the parishes and schools of the Corporation are not independently audited. The revenues and expenses of these entities are, however, reviewed by the Corporation's Finance Office, and annual financial statements are internally prepared, indicating total income, total expense, and net income (loss) for each parish and school within the Corporation. Additionally, each year approximately one-third of the schools and parishes undergo an on-site review of internal financial controls conducted by the internal audit function of the Corporation. Each parish and

school maintains operating accounts in its own name, with excess cash and investments held at the Corporation in the Deposit and Loan Fund.

**Financial Information**

Set forth below is the Corporation's statement of financial position and statement of activities for the fiscal years ended June 30, 2016 through 2019 with respect to its Administrative Offices. This information was derived from the Corporation's financial statements with respect to its Administrative Offices and its financial records and only includes the assets, liabilities, revenues and financial activities of the Corporation's Administrative Offices. Also included on an unaudited basis is certain information with respect to the Administrative Offices for the six months ended December 31, 2018 and 2019.

While the obligation of the Archdiocese to make payments under the Loan Agreement with respect to the Bonds is a general, unsecured obligation of the Archdiocese, payable from its gross revenues, its general fund or any other moneys legally available to the Archdiocese, there will not be a mortgage on or a security interest in any of the property of the Archdiocese or its revenues or other funds or assets. See however "Undeveloped Land of the Corporation" on page 21.

[Remainder of page intentionally left blank]

**STATEMENTS OF FINANCIAL POSITION**

**Roman Catholic Church of the Archdiocese of New Orleans**
**Administrative Offices**

**As of June 30, 2016, 2017, 2018, 2019 and December 31, 2018, 2019**

| ASSETS | 2016 | 2017 | 2018 | 2019 | (Unaudited) 12/31/2018 [2] | (Unaudited) 12/31/2019 |
|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ 5,248,515 | $ 6,899,170 | $ 11,008,675 | $ 5,245,069 | $ 3,657,841 | $ 5,421,114 |
| Grants receivable - FEMA | 2,497,613 | 212,461 | 480,438 | 334,496 | - | - |
| Accounts receivable from affiliates and other - less allowance for doubtful receivables | 3,645,493 | 4,207,232 | 9,176,462 | 10,205,646 | 8,317,749 | 22,838,541 |
| Reinsurance receivable | - | - | - | 3,432,853 | 3,593,292 | 4,382,308 |
| Prepaid expenses | 1,467,726 | 1,797,697 | 1,461,990 | 1,557,690 | 1,205,712 | 1,428,014 |
| Loans receivable from affiliates – less allowance for doubtful receivables | 71,946,780 | 55,305,475 | 62,105,949 | 68,520,032 | 81,517,211 | 71,921,560 |
| Investments | 232,603,063 | 286,268,058 | 293,242,690 | 305,529,667 | 275,191,062 | 301,101,222 |
| Land, buildings and equipment – less accumulated depreciation | 77,212,519 | 75,035,899 | 73,453,685 | 71,521,278 | 72,306,058 | 70,449,039 |
| Other assets | 122,000 | 122,000 | 122,000 | 122,000 | 122,000 | 122,000 |
| Beneficial interest in charitable remainder trust | 429,556 | 487,437 | 580,247 | 428,722 | 899,907 | 449,909 |
| Total assets | $ 395,173,265 | $ 430,335,429 | $ 451,632,136 | $ 466,897,453 | $ 446,810,832 | $ 478,113,707 |

**LIABILITIES AND NET ASSETS**

**Liabilities**

| | 2016 | 2017 | 2018 | 2019 | (Unaudited) 12/31/2018 | (Unaudited) 12/31/2019 |
|---|---|---|---|---|---|---|
| Accounts payable | $ 2,858,843 | $ 1,462,399 | $ 3,092,273 | $ 3,073,114 | $ 2,652,779 | $ 2,559,661 |
| Accrued expenses and other | 4,066,673 | 3,337,256 | 3,658,079 | 3,252,159 | 17,923,674 | 18,102,095 |
| Accrued liability for self-insured claims | 1,284,299 | 949,186 | 9,515,487 | 11,231,455 | 9,709,661 | 10,204,658 |
| Deposits payable to affiliates | 115,749,156 | 149,873,450 | 153,572,072 | 153,888,042 | 150,323,423 | 141,953,209 |
| Funds held for affiliates | 86,854,026 | 103,929,966 | 121,528,467 | 133,388,826 | 115,032,186 | 139,243,551 |
| Bonds payable, net | 56,214,661 | 42,947,973 | 41,578,676 | 40,045,535 | 41,596,513 | 40,063,372 |
| Accrued pension liability | 46,105,433 | 44,002,789 | 43,330,928 | 43,232,295 | 43,980,927 | 44,132,295 |
| Total liabilities | 313,133,091 | 346,503,019 | 376,275,982 | 388,111,426 | 381,219,163 | 396,258,841 |

**Net Assets [1]**

| | 2016 | 2017 | 2018 | 2019 | (Unaudited) 12/31/2018 | (Unaudited) 12/31/2019 |
|---|---|---|---|---|---|---|
| Without donor restrictions: | | | | | | |
| Undesignated | 54,563,320 | 56,806,537 | 46,328,051 | 50,217,384 | 36,638,166 | 53,286,223 |
| Board designated | - | - | 875,000 | 800,000 | 800,000 | 800,000 |
| With donor restrictions | 27,476,854 | 27,025,873 | 28,153,103 | 27,768,643 | 28,153,503 | 27,768,643 |
| Total net assets | 82,040,174 | 83,832,410 | 75,356,154 | 78,786,027 | 65,591,669 | 81,854,866 |
| Total liabilities and net assets | $ 395,173,265 | $ 430,335,429 | $ 451,632,136 | $ 466,897,453 | $ 446,810,832 | $ 478,113,707 |

[1] Certain amounts in the financial statements have been reclassified to conform to the 2019 financial statement presentation. Total net assets did not change as a result of the reclassification.

[2] 2018 was adjusted to include health insurance activity. The Archdiocese became self-insured for health beginning July 1, 2018.

Source: The Corporation

**STATEMENTS OF ACTIVITIES**

**Roman Catholic Church of the Archdiocese of New Orleans**
**Administrative Offices**

**As of June 30, 2016, 2017, 2018, 2019 and December 31, 2018, 2019**

| | 2016 [1] | 2017 [1] | 2018 [1] | 2019 | (Unaudited) 12/31/2018 [2] | (Unaudited) 12/31/2019 |
|---|---|---|---|---|---|---|
| **Revenue, Gains, and Other Support** | | | | | | |
| Assessments to affiliated entities for: | | | | | | |
| Archdiocesan support | $ 9,317,871 | $ 9,436,494 | $ 9,921,009 | $ 10,269,321 | $ 5,503,106 | $ 5,866,931 |
| Priest health insurance and retirement | 2,487,790 | 2,583,572 | 2,750,208 | 2,663,549 | 1,259,129 | 1,367,239 |
| Insurance | 15,390,638 | 16,456,205 | 16,680,683 | 34,203,196 | 18,262,230 | 18,945,526 |
| Total assessments | 27,196,299 | 28,476,271 | 29,351,900 | 47,136,066 | 25,024,465 | 26,179,696 |
| Fee revenue | 4,469,206 | 4,530,953 | 5,303,633 | 6,612,181 | 3,032,642 | 3,125,755 |
| Bad debt recovery | 729,276 | - | - | - | - | - |
| Contributions and grants | 1,243,038 | 2,277,117 | 3,294,504 | 3,384,092 | 591,684 | 1,120,559 |
| Rents and royalties | 816,096 | 768,403 | 774,012 | 769,899 | 473,816 | 494,308 |
| Spending distribution - investment income | 3,722,000 | 4,363,000 | 4,335,690 | 4,241,843 | 2,120,922 | 2,139,085 |
| Interest income - Deposit and Loan Fund | 2,521,189 | 2,052,829 | 1,986,621 | 2,124,317 | 1,230,845 | 1,109,450 |
| Insurance rebate | - | - | 875,000 | 2,500,000 | - | - |
| Land damage settlements | 1,809 | 6,212 | 3,991,023 | 1,996,634 | - | 239 |
| Gain on sale of assets | 2,692,467 | 1,308,886 | 286 | 2,644,980 | (50,798) | - |
| Changes in value of charitable remainder trust | 26,126 | 57,881 | 92,810 | 448,475 | 319,660 | 21,188 |
| Miscellaneous | 439,644 | 461,738 | 403,494 | 642,113 | 223,352 | 266,630 |
| Total revenue, gains, and other support | 43,857,150 | 44,303,290 | 50,408,973 | 72,500,600 | 32,966,588 | 34,456,910 |
| **Expenses** | | | | | | |
| Program services: | | | | | | |
| Ministries | 18,690,186 | 21,678,886 | 23,924,197 | 21,859,838 | 9,522,120 | 11,014,928 |
| Supporting and services to various parishes and other related agencies | 16,710,663 | 18,299,875 | 27,431,289 | 38,129,424 | 19,058,096 | 19,286,207 |
| Management and general | 13,569,750 | 13,145,722 | 12,386,503 | 12,618,776 | 6,770,150 | 4,604,158 |
| Development and fundraising | 1,096,297 | 829,306 | 845,325 | 762,522 | 437,290 | 478,035 |
| Total expenses | 50,066,896 | 53,953,789 | 64,587,314 | 73,370,560 | 35,787,656 | 35,383,328 |
| **Loss From Operations** | (6,209,746) | (9,650,499) | (14,178,341) | (869,960) | (2,821,068) | (926,418) |
| **Non-Operating Revenues (Expenses)** | | | | | | |
| Investment income - net | (1,919,548) | 12,816,763 | 7,526,759 | 6,832,295 | (4,884,465) | 6,134,342 |
| Less - spending distribution | (3,722,000) | (4,363,000) | (4,335,690) | (4,241,843) | (2,120,922) | (2,139,085) |
| Investment income - net of spending distribution | (5,641,548) | 8,453,763 | 3,191,069 | 2,590,452 | (7,005,387) | 3,995,257 |
| Loss on early extinguishment of debt | - | (1,328,839) | - | - | - | - |
| Grants and donations related to hurricanes | 28,089,184 | 14,167,623 | 4,060,978 | 3,280,060 | 749,073 | 940,838 |
| Distributions of grants and donations to affiliates | (27,349,715) | (14,167,623) | (4,060,978) | (3,280,060) | (687,103) | (940,838) |
| Total non-operating revenues - net | (4,902,079) | 7,124,924 | 3,191,069 | 2,590,452 | (6,943,417) | 3,995,257 |
| **Excess (Deficiency) of Revenue, Gains, and Other Support Over Expenses** | (11,111,825) | (2,525,575) | (10,987,272) | 1,720,492 | (9,764,485) | 3,068,839 |
| **Additional Minimum Pension Liability Adjustment** | (7,934,801) | 4,317,811 | 2,511,016 | 1,709,381 | - | - |
| **Increase (Decrease) in Net Assets** | (19,046,626) | 1,792,236 | (8,476,256) | 3,429,873 | (9,764,485) | 3,068,839 |
| **Net Assets** | | | | | | |
| Beginning of year | 101,086,800 | 82,040,174 | 83,832,410 | 75,356,154 | 75,356,154 | 78,786,027 |
| End of year | $ 82,040,174 | $ 83,832,410 | $ 75,356,154 | $ 78,786,027 | $ 65,591,669 | $ 81,854,866 |

[1] Certain amounts in the financial statements have been reclassified to conform to the 2019 financial statement presentation.

[2] 2018 was adjusted to include health insurance activity. The Archdiocese became self-insured for health beginning July 1, 2018.

Source: The Corporation

**Net Income Available for Debt Service Coverage**

|  | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Increase(Decrease) in Net Assets | $ (19,046,625) | $ 1,792,236 | $ (8,476,256) | $ 3,429,873 |
| Subtract Non-Operating Revenue [1] | - | (15,805,735) | (10,037,775) | (8,541,676) |
| Add Non-Operating Expense [1] | 9,114,880 | - | - | - |
| Plus: Depreciation | 2,059,838 | 2,124,014 | 2,170,032 | 2,169,971 |
| Plus: Interest Expense (Including Deposit & Loan Fund Interest Expense) | 4,087,572 | 4,707,367 | 4,153,409 | 3,611,773 |
| Plus: Pension Expense Actuarial Adjustment [2] | 1,324,742 | 2,215,167 | 1,839,155 | 1,610,748 |
| Plus: Annual Available Distribution of Cash & Investments (at 5%) [3] | 8,207,327 | 8,891,355 | 9,038,156 | 8,931,109 |
| Net Income Available for Debt Service | $ 5,747,734 | $ 3,924,404 | $ (1,313,279) | $ 11,211,798 |
| Actual Debt Service on Refunded Bonds | 3,183,252 | 3,183,252 | 3,244,163 | 3,246,413 |
| Actual Debt Service Coverage on Refunded Bonds | 1.81x | 1.23x | (0.40)x | 3.45x |
| Debt Service Coverage on Bonds plus 20% of that portion of | 3,527,721 | 3,527,721 | 4,051,713 | 4,044,963 |
| Existing Senior SAG Debt assuming fully performing4 | 1.63x | 1.11x | (0.32)x | 2.77x |
| Debt Service Coverage on Bonds plus 100% of Existing Senior | 4,905,596 | 4,905,596 | 7,281,914 | 7,239,164 |
| SAG Debt assuming non-performing4 | 1.17x | 0.8x | (0.18)x | 1.55x |

[1,2,3] The calculation of each of these components of "Net Income Available for Debt Service" is shown with the corresponding number in the table entitled Component Calculations of Certain Items Included in "Net Income Available For Debt Service" Coverage set forth on page 12.

[4] Based on the definition of Annual Debt Service Requirements in the Loan Agreement, the calculation assumes that only 20% of the guaranteed debt will be included in the calculation so long as that debt is performing on its own or if that is not the case 100% of the Existing Senior SAG Debt must be included. At this time, that debt is performing and this calculation is provided for informational purposes only.

Source: The Corporation

[Remainder of page intentionally left blank]

**Underlying Calculations for a Debt Service Coverage Ratio**

    The following table sets forth the component calculations for certain items included in "Net Income Available for Debt Service," as defined in the Loan Agreement, used to calculate the Debt Service Coverage Ratio on the Bonds as set forth in the "Annual Debt Service Requirements" per the Loan Agreement.

**Component Calculations of Certain Items Included in**
**"Net Income Available for Debt Service" Coverage**

|  | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| **1 Non-Operating Revenues (Expenses)** | | | | |
| Investment Return | $ (1,919,548) | $ 12,816,763 | $ 7,526,759 | $ 6,832,295 |
| Grants and donations related to hurricanes | 28,089,184 | 14,167,623 | 4,060,978 | 3,280,060 |
| Distributions of donations to affiliates | (27,349,715) | (14,167,623) | (4,060,978) | (3,280,060) |
| Additional minimum pension liability adjustment | (7,934,801) | 4,317,811 | 2,511,016 | 1,709,381 |
| Loss on Early Extinguisment of Debt | - | (1,328,839) | - | - |
| | | | | |
| Non-Operating Gain (Loss) | $ (9,114,880) | $ 15,805,735 | $ 10,037,775 | $ 8,541,676 |
| | | | | |
| **2 Pension Expense Actuarial Adjustment** | | | | |
| Current Year Accrued Pension Liability | $ 46,105,433 | $ 44,002,789 | $ 43,330,928 | $ 43,232,295 |
| Less: Prior Year Accrued pension liability | (36,845,890) | (46,105,433) | (44,002,789) | (43,330,928) |
| | | | | |
| Current Year Increase (Decrease) Accrued Pension Liability | $ 9,259,543 | $ (2,102,644) | $ (671,861) | $ (98,633) |
| | | | | |
| Current Year Intangible Pension (Expense) Income | $ - | $ - | $ - | $ - |
| Less: Current Year Increase (Decrease) Accrued Pension Liability | 9,259,543 | (2,102,644) | (671,861) | (98,633) |
| | | | | |
| Current Year Total Net Pension Revenue & Expense Effect | (9,259,543) | 2,102,644 | 671,861 | 98,633 |
| Less: Current Year Additional minimum pension liability adjustment | 7,934,801 | (4,317,811) | (2,511,016) | (1,709,381) |
| | | | | |
| Current Year Pension Expense Adjustment included in net assets | $ (1,324,742) | $ (2,215,167) | $ (1,839,155) | $ (1,610,748) |
| | | | | |
| **3 Annual Distribution of Cash and Investments** | | | | |
| Available Cash & Investments | $ 164,146,530 | $ 177,827,098 | $ 180,763,121 | $ 178,622,187 |
| 5.00% | 8,207,327 | 8,891,355 | 9,038,156 | 8,931,109 |

Source: The Corporation

**Liquidity and Net Worth**

The Loan Agreement contains several financial covenants. Debt service coverage is shown on page 11 under the caption "Net Income Available for Debt Service Coverage".

The Loan Agreement also contains a Liquidity Covenant and a Net Worth Covenant. Set forth below are calculations of the Liquidity Covenant and Net Worth Covenant over the past four fiscal years of the Corporation based solely upon the direct debt of the Corporation outstanding. The 2017, 2018, 2019 and the unaudited 12/31/2019 calculations also show the calculations of those covenant ratios giving effect to the Bonds plus 20% of the guaranteed Existing Senior SAG Debt (which is the percentage to be used as long as no default has occurred under the Existing Senior SAG Debt and the guarantee has not been drawn upon), and the Bonds plus 100% of the guaranteed Senior SAG Debt. However, past operating history is not necessarily indicative of future results.

**Liquidity Covenant**

|  | 2016 | 2017 | 2018 | 2019 | (Unaudited) 12/31/2019 |
|---|---|---|---|---|---|
| Unrestricted Cash & Investments [1] | $122,472,882 | $158,498,464 | $153,460,925 | $148,932,671 | $138,109,196 |
| Total Debt (Bonds) | $ 57,630,000 | $ 40,545,000 | $ 39,290,000 | $ 37,970,000 | $ 37,970,000 |
| Liquidity Ratio with respect to Bonds | 2.13 | 3.91 | 3.91 | 3.92 | 3.64 |
| Liquidity Ratio Adding 20% of Guaranteed Existing Senior SAG Debt | | 3.11 | 3.11 | 3.13 | 2.91 |
| Liquidity Ratio Adding 100% of Guaranteed Existing Senior SAG Debt | | 1.71 | 1.72 | 1.73 | 1.62 |

**Net Worth Covenant**

|  | 2016 | 2017 | 2018 | 2019 | (Unaudited) 12/31/2019 |
|---|---|---|---|---|---|
| Total Financial Resources [2] | $152,365,464 | $187,912,275 | $175,989,520 | $173,835,054 | $163,539,771 |
| Total Debt (Bonds) | $ 57,630,000 | $ 40,545,000 | $ 39,290,000 | $ 37,970,000 | $ 37,970,000 |
| Net Worth with respect to Bonds | 2.64 | 4.64 | 4.48 | 4.58 | 4.31 |
| Net Worth Adding 20% of Guaranteed Existing Senior SAG Debt | | 3.69 | 3.57 | 3.66 | 3.45 |
| Net Worth Adding 100% of Guaranteed Existing Senior SAG Debt | | 2.03 | 1.97 | 2.02 | 1.92 |

[1, 2] The calculation of each of these components of the "Liquidity Covenant" and "Net Worth Covenant" for 2019 and (Unaudited) 12/31/2019 is shown with the corresponding number on pages 14 and 15.

Source: The Corporation

[Remainder of page intentionally left blank]

**Underlying Calculations for Liquidity Covenant and Net Worth Covenant**

The following table sets forth the component calculations for certain items included in the Liquidity Covenant and Net Worth Covenant as defined in the Loan Agreement and calculated on page 13.

|  | 6/30/2019 | 12/31/2019 |
|---|---|---|
| **Unrestricted Cash and Investments** |  |  |
| Cash & Cash Equivalents | $ 5,245,069 | $ 5,421,114 |
| Readily Marketable Securities [3] | 170,900,398 | 159,879,691 |
| Less Notes Payable and Restricted Assets [4] | (27,212,796) | (27,191,609) |
| *1* Total Unrestricted Cash and Investments | $ 148,932,671 | $ 138,109,196 |
|  |  |  |
| **Readily Marketable Securities** |  |  |
| Corporation Identified Investments Including DSRF | $ 174,974,607 | $ 164,010,953 |
| Less Illiquid Investments [5] | (4,074,209) | (4,131,262) |
| *3* Total Readily Marketable Securities | $ 170,900,398 | $ 159,879,691 |
|  |  |  |
| **Restricted Assets in Investments** |  |  |
| Temporarily Restricted Net Assets in Investments | $ 13,623,279 | $ 13,623,279 |
| Less Temp Test Net Assets not included in investments - Lauer CRAT | (428,722) | (449,909) |
| Less Temp Test Net Assets not included in investments - Cummings Land | (127,125) | (127,125) |
| Permanently Restricted Net Assets in Investments | 14,145,364 | 14,145,364 |
| *4* Total Restricted Assets | $ 27,212,796 | $ 27,191,609 |
|  |  |  |
| **Illiquid Investments** |  |  |
| Illiquid Investments from Portfolio A: |  |  |
| Siguler Guff DOF III | $ 1,095,905 | $ 1,165,234 |
| Siguler GuffDOF IV | 1,622,359 | 1,588,665 |
| Siguler Guff Distressed REOF II | 3,414,737 | 3,465,621 |
| MDFLTD Cerberus | - | - |
| MDFLTDHF | - | - |
| VIA Energy III | 3,838,672 | 3,987,889 |
| Illiquid Investments | $ 9,971,673 | $ 10,207,409 |
| Corporation Portion of total portfolio A | 40.86% | 40.47% |
| *5* Corporation Portion of Illiquid Investments | $ 4,074,209 | $ 4,131,262 |
|  |  |  |
| **St. Anthony's Garden - Guaranteed Debt** |  |  |
| Par Amount | $ 37,952,424 | $ 37,409,133 |
| Principal | 10,000,000 | 10,000,000 |
| Total St. Anthony's Gardens Debt (100%) | 47,952,424 | 47,409,133 |
| 20% of Guaranteed Debt | $ 9,590,485 | $ 9,481,827 |

[3,4,5] The underlying calculations for "Readily Marketable Securities", "Restricted Assets in Investment" and "Illiquid Investments" can be found on this chart with the corresponding numbers.

Source: The Corporation

**Underlying Calculations for Liquidity Covenant and Net Worth Covenant**

**Net Worth Calculation**

|  | 6/30/2019 | 12/31/2019 |
|---|---|---|
| Total Net Assets | $ 78,786,027 | $ 81,854,866 |
| + Bonds Payable (excluding premium amortization) | 37,970,000 | 37,970,000 |
| + Deposits Payable | 153,888,042 | 141,953,209 |
| + Accrued Pension Liability | 43,232,295 | 44,132,295 |
| - Net Land, Bldg, & Equip | 71,521,278 | 70,449,039 |
| - Loans Receivable (net of doubtful) | 68,520,032 | 71,921,560 |
| *2* Total Fiancial Resources | $ 173,835,054 | $ 163,539,771 |

Source: The Corporation

[Remainder of page intentionally left blank]

**Recent Developments**

During fiscal year 2018, the Corporation recorded an $8.5 million reserve for personal misconduct claims. The increase in the reserve caused the Corporation to not meet the debt service coverage ratio covenant for fiscal year 2018. Pursuant to Section 6.13, such failure to meet the debt service coverage ratio for one fiscal year is not an event of default and in accordance with the Loan Agreement, the Corporation engaged a management consultant to conduct a review and provide recommendations to management.

Management continues to monitor abuse claims working closely with legal counsel and maintains appropriate reserves. The Archbishop and the Corporation continue to implement the "Charter for the Protection of Children and Young People" adopted by the United States Conference of Catholic Bishops in 2002 and other proactive policies adopted by the Corporation in regard to the prevention, recognition and handling of abusive situations. As noted on page 11, the Corporation met the debt service ratio coverage covenant for fiscal year 2019.

Management has taken this opportunity to work with the management consultant to review operations. Management is focused on reducing the operating deficit and has taken steps to reduce costs, increase revenues and create efficiencies throughout the entire Archdiocese.

Management has formed a sub-committee of the finance council, an internal budget committee and a committee to review certain revenues of the Corporation. All of these groups are working on recommendations to reduce the operating deficit and continue to work with the management consultant. While some of the changes have been implemented in fiscal year 2020, many are expected to be phased in over the next few years. Management is committed to making the necessary changes to create a sustainable operating budget.

**Other Recent Developments**

In January 2019 the Archdiocese announced that three elementary schools (St. Peter Claver, Our Lady of Divine Providence and Sacred Heart of Jesus – Norco) and one special needs school (Holy Rosary) will be closing at the end of the 2018-19 academic year. In January 2020, the Archdiocese announced the closure of Christ the King elementary school at the end of the 2019-20 academic year. The closures are due to a significant decline in student enrollment and budget deficits. A new institution, St. Thérèse Academy for Exceptional Learners, opened this fall at the site of one of the closed elementary schools. St. Therese serves elementary and high school students with mild to moderate exceptionalities through a 21st century program of personalized learning.

## 2020 Budget

Set forth below is a comparison of the Corporation's June 30, 2020 approved budget in comparison to the June 30, 2019 actual results.

**Corporation's Approved Budget**

|  | June 30, 2020 Approved Budget | June 30, 2019 Actual Results |
|---|---|---|
| **Revenue, Gains, and Other Support** | | |
| Assessments to Affiliated Entities: | | |
| Archdiocesan Support | 10,518,561 | 10,269,321 |
| Priest Health Insurance and Retirement | 2,734,478 | 2,663,549 |
| Insurance | 16,133,224 | 34,203,196 |
| Total Assessments to Affiliated Entities | 29,386,263 | 47,136,066 |
| | | |
| Fee Revenue | 5,773,902 | 6,612,181 |
| Contributions and Grants | 2,162,905 | 3,384,092 |
| Rents and Royalties | 772,921 | 769,899 |
| Spending Distribution - Investment Income | 4,278,169 | 4,241,843 |
| Interest Income - Deposit and Loan Fund | 2,100,000 | 2,124,317 |
| Insurance Rebate | - | 2,500,000 |
| Land Damage Settlements | - | 1,996,634 |
| Gain on Sale of Assets | - | 2,644,980 |
| Changes in Value of Charitable Remainder Trust | - | 448,475 |
| Miscellaneous | 501,000 | 642,113 |
| **Total Revenue, Gains, and Other Support** | 44,975,160 | 72,500,600 |
| **Expenses** | | |
| Advertising and Promotion | 340,650 | 333,777 |
| Bad Debt | 750,000 | 2,348,564 |
| Contractual Services | 1,377,285 | 3,048,413 |
| Depreciation | 2,173,036 | 2,169,971 |
| Grants and Contributions | 2,295,780 | 2,952,797 |
| Insurance | 14,705,503 | 32,168,482 |
| Interest | 3,796,413 | 3,611,773 |
| Ministry Services | 1,660,987 | 2,017,233 |
| Miscellaneous | 767,257 | 320,417 |
| Occupancy | 753,063 | 689,185 |
| Office Expenses | 1,586,602 | 1,495,425 |
| Payroll Tax and Employee Benefits | 3,800,574 | 3,342,317 |
| Priest Housing and Living | 4,866,043 | 4,855,549 |
| Repairs and Maintenance | 1,893,065 | 1,634,460 |
| Salaries and Wages | 8,657,302 | 8,965,487 |
| Seminarian Assistance | 2,095,000 | 1,891,511 |
| Special Events | 287,285 | 269,492 |
| Staff Development | 664,770 | 692,533 |
| Subcriptions and Dues | 379,877 | 350,429 |
| Travel, Meals, and Entertainment | 222,900 | 212,745 |
| **Total Expenses** | 53,073,392 | 73,370,560 |
| **Income (Loss) From Operations** | (8,098,232) | (869,960) |

Source: The Corporation

The financial statements for the fiscal year ended June 30, 2019 were audited by Bourgeois Bennett, L.L.C., New Orleans, Louisiana, certified public accountants.

**Annual Budget Process**

*Corporation Budget*.  The Corporation operates on a July 1 through June 30 fiscal year. Department heads within the Corporation submit budgets, which are then reviewed by the Finance Office and the Corporation's Administrative Council.  The overall budget is reviewed by the Corporation's Finance Council, which makes recommendations to the Archbishop.  The Archbishop has ultimate responsibility for the budget.  The major revenue components for the budget are the insurance premiums charged to parishes and schools for the Corporation health insurance, worker's compensation and property insurance programs, parish and school assessments and investment income.  The Corporation expects that the high schools and special needs schools which are owned by the Corporation will budget on a self-sustaining basis with respect to tuition and fees budgeted to cover costs of operations.  However, the Corporation is not restricted by its Administrative Offices budget or otherwise from providing additional support to these Corporation owned schools.

The major expense components in fiscal year 2019 were (in the following order of magnitude) costs incurred for insurance (health, general liability, property and worker's compensation insurance), salaries and wages, priest housing and living, interest, and contractual services. In addition, the Corporation pays annual assessments to the Vatican, the United States Conference of Catholic Bishops, and the Louisiana Catholic Conference. The Corporation generally budgets and operates on a basis consistent with its mission.

The Corporation's operating results were improved in fiscal year 2019 primarily due to significant one-time events including land damage settlements of approximately $2 million, insurance rebates of $2.5 million, gain on sale of assets of $2.6 million (see page 21), rebates from state tuition program and a bequest of approximately $723,000 received.

Variances noted in insurance revenue, insurance expense and contracted services are due to the self-insured health insurance program which is was not included in the approved operating budget for fiscal year 2020.

*Parish and School Budgets*.  Each parish of the Corporation prepares an individual budget for such parish, which is developed by the pastor of the parish and his staff under the guidelines provided by the Corporation, and is then reviewed by the parish Finance Council.  A parish Finance Council generally includes at least three Catholic parishioners appointed by the pastor for three year terms, and meets at least two times per year to assist in the preparation of the annual budget and to prepare annual reports of actual financial results to parishioners.  The parish Finance Councils serve an advisory role only, and have no independent authority.

Parish and school budgets are not centrally prepared.  The Chief Financial Officer of the Corporation provides the parishes and schools with budget guidelines.  The budgets are prepared by the pastor, parish council, finance council and school administration of each parish.  Parishes report their financial position and results of operations to the Corporation on an annual basis.  In addition, all capital expenditures requiring significant loans are reviewed by the Corporation's Finance Council with final approval by the Archbishop.  To the extent parishes need additional funds to operate, they are generally eligible to borrow from the Corporation's Deposit and Loan Fund.  On a case by case basis, the Corporation may provide additional financial support, but such instances have been rare and, under the Loan Agreement, can be done only if the Corporation determines that use of such revenues will not adversely affect the ability of the Corporation to make its required loan repayments under the Loan Agreement and to make any payments on any other of its indebtedness when due.

**Investments**

The Corporation's investments are accounted for in pooled assets and separately invested portfolios. Pooled assets represent funds that are invested in a commingled portfolio of assets, as opposed to the separately invested assets which have segregated investments. Investments are recorded at fair value at June 30, 2016-2019 and consisted of the following:

| | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Pooled asset portfolio: | | | | |
| Cash and cash equivalents | $ 6,916,730 | $ 11,286,288 | $ 15,607,864 | $ 10,078,926 |
| U.S. government and agency obligations | 9,478,794 | 13,993,052 | 15,060,432 | 21,043,394 |
| Government agency mortgage obligations | - | - | - | 500,762 |
| Corporate and foreign obligations | 7,719,010 | 15,700,613 | 14,495,603 | 20,279,855 |
| Collateralized mortgage obligations | 1,194,605 | 848,052 | 267,047 | 430,820 |
| Asset-backed securities | 1,310,580 | 4,071,184 | 5,108,319 | 4,653,458 |
| Common stocks | 9,944,822 | 105,074,849 | 119,618,926 | 124,707,087 |
| Mutual funds | 76,483,833 | 7,351,400 | 7,634,807 | 8,269,191 |
| Exchange traded funds | 6,745,258 | 885,582 | 352,886 | 406,688 |
| Common trust funds | 16,588,191 | - | - | - |
| Limited partnerships | 10,609,076 | 11,555,330 | 10,786,065 | 9,971,673 |
| Fund of Funds | 4,915,753 | 4,711,520 | 4,371,236 | 4,750,062 |
| Hedge feeder fund | 4,058,724 | 4,422,298 | 4,598,521 | 4,091,721 |
| Segregated portfolio companies | 9,916,740 | 11,044,718 | 11,591,337 | 11,564,196 |
| Total pooled asset portfolio | $ 165,882,116 | $ 190,944,886 | $ 209,493,043 | $ 220,747,833 |
| | | | | |
| Separately Invested Portfolio: | | | | |
| Cash and cash equivalents | $ 2,990,203 | $ 22,170,559 | $ 8,264,772 | $ 16,963,703 |
| Brokered certificates of deposit | 2,357,892 | 1,380,335 | 494,050 | 499,440 |
| Commercial paper | - | 4,992,849 | - | - |
| Government and agency obligations | 11,400,116 | 15,719,620 | 18,742,772 | 19,663,979 |
| Corporate obligations | 27,045,432 | 28,840,172 | 33,713,531 | 30,506,396 |
| Investment in Catholic Umbrella Pool | 697,224 | 703,297 | 631,522 | 515,700 |
| Municipal obligations | 21,081,117 | 21,500,450 | 21,895,489 | 16,632,616 |
| Collateralized mortgage obligations | 837,863 | 15,890 | 7,511 | - |
| Asset-backed securities | 311,100 | - | - | - |
| Total separately invested portfolio | $ 66,720,947 | $ 95,323,172 | $ 83,749,647 | $ 84,781,834 |
| Totals | $ 232,603,063 | $ 286,268,058 | $ 293,242,690 | $ 305,529,667 |

Source: The Corporation

Included within the "Total pooled asset portfolio" above are investments made by the Corporation of custodial funds, which are not funds of the Corporation but are funds held and invested by the Corporation for others. The amounts of custodial funds accounted for within these investments for fiscal years ended June 30, 2016 through 2019 were $83.4 million, $102.8 million, $118.6 million and $130.5 million, respectively, and accordingly, approximately $82.5 million, $88.1 million, $90.9 million and $90.2 million were investments owned by the Corporation. Such amounts also include the net amount of the Deposit and Loan Fund (described below) being the total amount of deposits to the Deposit and Loan Fund less amounts loaned to depositors.

**Deposit and Loan Fund**

The Deposit and Loan Fund has been the "internal bank" for the Corporation since the early 1960s. The Deposit and Loan Fund has aided parishes, schools and other Archdiocesan institutions with low-interest loans for construction, renovations, expansions and emergency needs and has been a facility in which to invest excess working capital. Archdiocesan institutions are required to deposit funds in excess of 90 days of operating cash with the Deposit and Loan Fund. Deposit rates are based on the 90-day U.S.

Treasury Bill rate as of March 31 to be adjusted annually effective July 1. The deposit rate is based on the 90-day Treasury Bill plus 100 basis points. The loan rate is based on the 90-day Treasury Bill plus 400 basis points. The Archdiocesan Finance Council recommended, and Archbishop Aymond approved, the interest rates as follows: loans equaled 4.6% and deposits equaled 1.3% for fiscal year ending June 30, 2019. All borrowing at the individual parish level goes through the Deposit and Loan Fund. The criteria for granting the loan is need, ability to service debt and the financial condition of the Archdiocese. The standard requirement to qualify for a loan is 50% of estimated value of the project on deposit with the Archdiocese, 25% pledged and a plan to service the remaining 25%. Loans up to $100,000 require the approval of the Chief Operating Officer or Chief Financial Officer; loans from $100,000 to $500,000 require the approval of the Vicar General; and loans over $500,000 require the recommendation of the Archdiocesan Finance Council, and the approval of the Archbishop.

Although deposits are technically reported as liabilities in the Corporation's financial statements, they represent obligations the Corporation owes to its own parishes and therefore function effectively as temporarily designated assets that could be used to pay debt service for capital projects. As of June 30, 2019, the amount of deposits in the Deposit and Loan Fund was approximately $154 million, the amount of loans was approximately $68.5 million and, accordingly, approximately $85.5 million was on deposit but not loaned out, constituting temporarily designated assets that would be repaid to depositors when due or requested by the depositors.

Management performed a comprehensive review of the loans for fiscal year 2019 and as a result, as noted in Note 4 of the audited financial statements, $8.2 million of loans that were previously reserved were forgiven. Management has worked to develop a more formal process to review loans and collectability that includes meeting with pastors, principals and finance council members to review the status of loans and document payment plans.

**Assessment Revenue**

The Corporation assesses its parishes, schools and affiliates. Assessment Revenue is comprised of three components: Archdiocesan Support, which includes parish share (or church tax) and student assessments, the Insurance Assessment; and the Priests' Benefits Assessment. The schools are assessed $27.50 per student, for fiscal year 2019. The parish share is based on a series of incremental (marginal) graduated rates based on a parish's income. Income subject to assessment by the Archdiocese equals the total income of the parish minus capital campaign revenue minus school support. Total income of a parish is comprised of ordinary income (weekly collections, etc.) and extraordinary income (fairs, fundraisers, etc.).

### Parish Tax Rates

| Income Subject to Assessment | Incremental Tax Rate | Applies to | Incremental Tax Rate | Applies To | Incremental Tax Rate | Applies To | Incremental Tax Rate | Applies To |
|---|---|---|---|---|---|---|---|---|
| $0-$100,000 | 5% | Entire Amount | | | | | | |
| $100,001-$200,0000 | 8% | Entire Amount | | | | | | |
| $200,001-$400,0000 | 10% | First $200,000 | 15% | Remainder | | | | |
| $400,001-$600,0000 | 15% | First $400,000 | 18% | Remainder | | | | |
| $600,001-$800,0000 | 15% | First $400,000 | 18% | $400,001-$600,0000 | 19% | Remainder | | |
| Over $800,000 | 15% | First $400,000 | 18% | $400,001-$600,0000 | 19% | $600,001-$800,0000 | 20% | Remainder |

Source: The Corporation

**Distribution of Assessment Revenue**
**Fiscal Year Ended June 30, 2019**

| | School Share | Parish Share | Other Insurance | Health Insurance | Priests' Benefits | Total |
|---|---|---|---|---|---|---|
| **Total** | $940,005 | $9,329,316 | $16,592,428 | $17,610,768 | $2,663,549 | $47,136,066 |

Source: The Corporation

## Undeveloped Land of the Corporation

The Corporation owned approximately 400 acres of undeveloped land and properties which, in many instances, have been owned by the Corporation and its predecessors for many years. While accounted for on the financial statements of the Administrative Offices, in most cases there have been no recent appraisals, and therefore such land and properties are not recorded at fair market value but instead are carried at little or no value.

Approximately 365 of such acres were in close proximity to the hereinafter described SAG Project. Of that 365 acres, the Corporation contributed 23.8 acres of land to the SAG Project and 11.5 acres for construction of a church, sold 104 acres to an unrelated party for $1,549,962, and contributed 76.1 acres to supporting organizations of the Archdiocese, leaving approximately 150 acres of undeveloped land in that area. The 150 acres is carried on the books of the Administrative Offices at $339,151. However, this transaction is not necessarily indicative of the value of any other undeveloped property of the Corporation, and, in addition, not all of the land is developable, and any permitted development would require a variety of approvals, permits and potential zoning changes.

None of these parcels of real estate is mortgaged in support of the Corporation's obligations under the Loan Agreement supporting the Bonds. However, any proceeds from the sale of these parcels would constitute revenues of the Administrative Offices and as such, would be available to make loan repayments under the Loan Agreement and pay debt service on the Bonds.

During the fiscal year 2019, three parcels of real estate were sold. One of the parcels was sold to an affiliated entity to expand their nursing home facility. One of the properties was located near a Corporation-owned high school and was sold to a third party. A portion of this sale was donated to the respective high school in fiscal year 2020 to further its mission. The final parcel sold was to an outside entity which works in collaboration with the ministries of the Archdiocese and will provide additional services within the community.

## Description of Indebtedness

The Bonds are the only direct long-term indebtedness of the Corporation.

The Corporation has also guaranteed certain indebtedness of an affiliate, St. Anthony's Gardens ("SAG"), a state of Louisiana non-profit corporation formed in 2012 for the sole purpose of developing a rental fee-for-service senior living retirement community known as St. Anthony's Gardens (the "SAG Project") and located in St. Tammany Parish, Louisiana near New Orleans. The SAG Project was funded by a contribution of 23.8 acres of land by the Corporation, and $40,521,000 of senior (the "Existing Senior SAG Debt") and $12,632,116 of subordinate debt, issued through the Authority for the benefit of SAG, which was the borrower. The Corporation is the holder of the subordinate debt. During 2017, most of the subordinated debt was refinanced with a $12,000,000 loan from the Whitney National Bank. As of June 30, 2019 and 2018, the total balances on the subordinated debt were $9,983,896 and $6,118,776, respectively. The Administrative Offices is expected to continue to extend funds pursuant to this agreement during the next year or two in order to help cover senior debt services and operating cash flow needs until the housing ministry is able to generate cash flows sufficient to cover its obligations.

The SAG Project is complete and consists of 213 units, including 120 independent living units, 57 assisted living units and 36 memory care units. Occupancy commenced in late November of 2016. As of January 31, 2020, SAG was at 73% occupancy with 156 units under lease of which 84 were for independent living, 45 were for assisted living and 27 were for memory care, however, there can be no assurance of any level or levels of occupancy.

Currently, the Corporation has guaranteed 100% of the Existing Senior SAG Debt pursuant to a Guaranty dated September 4, 2014 (the "SAG Guaranty"). The SAG Guaranty provides that the amount of the Senior SAG Debt guaranteed reduces from 100% to 35% when (a) completion of the SAG Project has occurred, (b) the senior debt service ratio of SAG for the immediately preceding fiscal year exceeds 1:25 to 1, (c) no event of default or default has occurred and is continuing and (d) SAG's days cash on hand exceeds 120. The SAG Guaranty will terminate in full when (i) completion of the SAG Project has occurred, (ii) the senior debt service ratio of SAG for the immediately preceding fiscal year exceeds 1.4 to 1, (iii) no event of default or default has occurred and is continuing and (iv) SAG's days cash on hand exceeds 120.

Under the covenants contained in the Loan Agreement for the Bonds, guarantees (other than on non-performing debt) are generally included at a 20% level of the debt guaranteed or 100% of the level guaranteed on non-performing debt based on the definition of "Annual Debt Service Requirements" per the loan agreement.

## Hurricane Katrina and Recovery

On August 29, 2005, Hurricane Katrina crossed the Louisiana coast causing catastrophic damage to many of the Archdiocese properties in the civil parishes of Orleans, Plaquemines, St. Bernard, Jefferson, and St. Tammany.

The June 30, 2019 and 2018 financial statements reflect certain unusual items resulting from the effects of Hurricane Katrina on the operations of the Administrative Offices and certain non-combined affiliated entities. The 2019 and 2018 statements of activities reflect approximately $3.3 million and $4.1 million, respectively, of federal grant monies received and approximately $3.3 million and $4.1 million, respectively, of recovery-related expenses.

Cumulatively, through June 30, 2019, the Administrative Offices has received approximately $286 million of federal grant monies related to Hurricane Katrina. Of this total, approximately $48 million was spent on non-combined affiliated entity capital projects which were recorded as part of land, buildings, and equipment. As of June 30, 2019, unrestricted net assets include expenditures of federal grant monies of approximately $40.8 million related to capital costs, net of accumulated depreciation. Remaining federal grant monies to be received as of June 30, 2019, total approximately $18 million.

## Nursing Homes and Affordable Senior Living

The Corporation operates nursing homes and subsidized affordable senior living rental units through various affiliated entities:

Effective July 9 2019, *Chateau de Notre Dame Inc*. was renamed *Notre Dame Health System*. As Notre Dame Health System, all providers will be marketed as a collaboration of faith-based living communities and services provided by the Archdiocese of New Orleans. Each individual entity will retain its existing name combined with the new system name. Rooted in the loving ministry of Jesus Christ, its mission will continue to be focused on providing a continuum of care in an environment that empowers, educates and nurtures the whole person as reflected in its new tagline, "*Called to Serve. Committed to Care.*" Notre Dame Health Systems consists of the following:

*Chateau de Notre Dame* offers assisted living and skilled nursing care. There are 100 assisted living apartment units and 171 skilled nursing beds.

*Wynhoven Health Care Center* offers skilled nursing care. Currently it has 188 skilled nursing beds.

*Our Lady of Wisdom* was acquired at the beginning of 2017 and offers skilled nursing care with 138 skilled nursing beds.

*Notre Dame Hospice* offers hospice services through three offices (New Orleans and Prairieville, Louisiana and Diamondhead, Mississippi) to qualifying individuals who reside within a 50-mile radius of one of those offices. Those service areas cover much of southeastern Louisiana and the Mississippi gulf coast.

Effective July 1, 2018, **Notre Dame Home Care** was acquired and licensed by the Louisiana Department of Health to offer home and community based services in the Greater New Orleans area community. Parishes included in this license are Orleans, Jefferson, Plaquemines, and St. Bernard.

On August 18, 2019, subsequent to the fiscal year ending June 30, 2019, Notre Dame Health System purchased an operating home health agency with two licensed locations in Mandeville and Metairie. This agency, which is doing business as **Notre Dame Home Health,** will expand the continuum of care to the community located within the licensed area by providing skilled care to home bound patients.

Chateau de Notre Dame, Wynhoven Health Care Center, Our Lady of Wisdom and Notre Dame Hospice are licensed through the Louisiana Department of Health (and in the case of the Notre Dame Hospice, also by the appropriate agencies in Mississippi). They are designated to receive Medicare reimbursements, Medicaid reimbursements, and private pay billings.

*Christopher Homes, Inc. ("CHI")* currently manages approximately 2,440 subsidized rental units in 21 separate facilities for the low income elderly. CHI is the housing management agent for the Corporation.

## Schools

Approximately 34,870 students receive a quality and disciplined education in the schools administered by the Corporation. Catholic education began in New Orleans in 1725. The Corporation has consistently demonstrated the ability to meet the high demand for education and maintain the reputation of providing a quality product.

## Insurance Coverage

In May 2011, the Corporation incorporated a non-profit captive insurance company in the State of Vermont and The Archdiocese of New Orleans Indemnity, Inc. was capitalized with a $2,000,000 investment from the Corporation. The purpose of the captive is to reduce the Corporation's long term cost of insurance.

The captive provides a self-insurance program for general liability, property, auto liability, and personal misconduct. The captive is self-insured for $300,000 per occurrence up to an annual aggregate limit of $3.5 million. In addition, the captive provides coverage for workman's compensation with an $800,000 self-insured retention with no annual aggregate.

In addition, the Archdiocese became self-insured for health insurance during the fiscal year 2019. All parishes, schools and non-combined affiliated entities participate in the health insurance program which includes enrollment of approximately 4,100. The Archdiocese is self-insured for claims up to $10,000. The captive provides medical stop-loss coverage for claims between $10,000 and $300,000 and aggregate stop-loss coverage for total claims in excess of 110% of expected claims. Additionally, the Archdiocese has purchased excess medical/pharmacy stop-loss coverage for claims over $300,000.

The Corporation incurs an annual insurance expense of approximately $5,976,000 related to the captive. This amount is premium earned for the captive.

In the fiscal year ended June 30, 2016, the captive declared a dividend of $2,000,000. The Corporation received the dividend and has now recovered its initial investment. The dividend is reflected in the net asset reduction from the fiscal year ended June 30, 2016 to the fiscal year ended June 30, 2017. The captive declared a dividend of $875,000 in fiscal year 2018 and $2,500,000 in fiscal year 2019.

At June 30, 2018 and 2019, and at December 31, 2018 and 2019 (on an unaudited basis) the captive's balance sheet was as follows:

| | Audited 6/30/2018 | Audited 6/30/2019 | Unaudited 12/31/2018 | Unaudited 12/31/2019 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash & Investments | 13,595,889 | 14,501,070 | 17,138,176 | 13,325,191 |
| Receviables | 1,403,992 | 1,556,515 | 6,182,326 | 4,516,911 |
| Other Assets | 100,469 | 86,440 | 94,198 | 120,168 |
| **Total Assets** | 15,100,350 | 16,144,025 | 23,414,700 | 17,962,270 |
| | | | | |
| **Liabilities and Net Assets** | | | | |
| **Liabilities** | | | | |
| Cash Base Reserves | 3,662,452 | 3,654,669 | 4,052,348 | 3,673,496 |
| IBNR Reserves | 4,257,467 | 4,698,750 | 4,449,794 | 5,302,076 |
| IBNP Reserves | - | 893,000 | - | 893,000 |
| Losses Payable | 1,383,210 | 2,798,853 | 2,875,266 | 1,645,132 |
| Unearned Premium Reserve | - | - | 2,988,218 | 3,011,274 |
| Accounts Payable | 244,250 | 322,730 | 408,468 | 850,275 |
| Total Liabilities | 9,547,379 | 12,368,002 | 14,774,094 | 15,375,253 |
| | | | | |
| **Net Assets** | | | | |
| Unrestricted Net Assets | 5,552,971 | 3,776,023 | 8,640,606 | 2,587,017 |
| **Total Liabilties and Net Assets** | 15,100,350 | 16,144,025 | 23,414,700 | 17,962,270 |

Source: The Corporation

The Corporation is also insured through the Catholic Mutual Group (CMG). CMG provides various types of coverages. For example, building and contents, general liability, excess liability, personal misconduct, directors and officers liability, excess named storms, etc. These expenses are allocated to various entities throughout the Archdiocese. The revenues and expenses related to these items are reflected in the statement of Income and Expense of the Archdiocese. These various entities reimburse the Archdiocese for their share of these premiums.

The Archdiocese also obtains flood insurance on all eligible properties under the federal National Flood Program. However, not all properties of the Archdiocese are eligible for this type of insurance.

**Litigation and Contingencies**

The Corporation maintains an insurance policy for future potential personal misconduct claims in the amount of $2,000,000 (annual aggregate) and various levels of coverage for prior years based on the date of the allegation. As discussed under "Recent Developments" on page 16, the Corporation has also recorded $8.5 million for insurance reserve. The Corporation maintains insurance coverage for other pending and threatened litigation as well. See "Insurance Coverage" immediately above.

**Limits on Capital Expenditures**

The Archdiocese controls all building renovation and repair projects through the Building Office. The Building Office employs three design professionals: two architects and a construction manager. Initial requests for projects must include the following details: the pastoral or institutional need for the project; the nature of the project and a description of how it meets the pastoral or institutional need; approximate cost of the project; how the project will be financed (e.g., funds on deposit, building campaign, or Archdiocesan loan); and if the project involves a worship area, the pastor must meet with the office of worship.

Approvals are required as follows: on projects from $10,000 to $100,000, the approval of the Chief Financial Officer or the Chief Operating Officer is required; on projects from $100,000 to $500,000, the approval of the Vicar General is required, and on projects over $500,000, the approvals of the Archdiocesan Finance Council and the Archbishop are required.

**Defined Benefit Pension Plan**

Incardinated priests of the Archdiocese whose retirement from active service is duly accepted by the Archbishop are eligible for retirement benefits. Benefit payments are based on years of service rather than compensation levels. The retirement plan is not an ERISA plan.

As of June 30, 2019, the plan had an accrued pension liability of approximately $43.2 million. The actuarial present value of the projected benefit obligation was computed using a weighted average discount rate of 4.28%. The Corporation expects to make benefit payments to the pension plan of $1.48 million in fiscal year 2020.

**Employee Relations**

The Corporation characterizes its employee relations to be good. No portion of the Corporation's workforce is unionized or participates in collective bargaining.