CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2018-10864                                                                  DIV. A, SEC. 16

JOHN DOE

Versus

THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS AND
DEACON GEORGE BRIGNAC

FILED: _____        _____
                                                          DEPUTY CLERK

### SPECIAL MASTER'S REPORT AND RECOMMENDATIONS

On October 17, 2019, the following Motions came on for hearing before the Special Master, the Honorable Carolyn Gill-Jefferson.

1. Motion to Compel Compliance with Subpoena and for Sanctions filed by

2. Motion to Intervene and Opposed Motion to Compel

3. Motion to Quash and for Protective Order

4. The Archdiocese's Objections to Subpoena to Saints

**PRESENT:**

**JOHN H. DENENEA, JR. and SOREN E. GISLESON**, Counsel for Plaintiff

**EDWARD D. WEGMANN, BRODIE GLENN, and RICHARD BORDELON**,
Counsel for The Archdiocese of New Orleans

**JAMES C. GULLOTTA, JR. and ANDREW D.L MENDEZ**, Counsel for the
New Orleans Saints, LLC

Pursuant to the Court's Order Appointing Special Master on August 2, 2019, the Special Master makes this report including findings of fact and conclusions of law.

### FACTUAL FINDINGS:

The plaintiff, learned through discovery produced by the Archdiocese of New Orleans, that there have been communications between the Archdiocese of New Orleans and the New Orleans Saints, LLC. The communications referenced the handling of the sexual abuse claims made subject of this litigation. As the New Orleans Saints, LLC is not a party to this litigation, the plaintiff sought to get this information by way of subpoena duces tecum.

VERIFIED 11-19-19

**EXHIBIT 11**

The subpoena duces tecum required that the documents be produced on or before August 19, 2019. In response to the subpoena duces tecum, The New Orleans Saints LLC delivered to the plaintiff objections to the subpoenaed documents.

The New Orleans Saints objection to the production of documents requested in the subpoena was based on the fact that at the time, there was not protective order in place to protect the confidentiality of the documents.

The plaintiff filed this Motion to Compel on September 13, 2019.

The Archdiocese filed a Motion to Intervene and Oppose the Motion t Compel, Motion to Quash and for a Protective Order and the Archdiocese's Objections to Subpoena to Saints on October 9, 2019.

### RECOMMENDATIONS AND REASONS

The Special Master recommends that the Motion to Compel is **GRANTED** in part and **DENIED** in part. With regard to the granting of the Motion, the New Orleans Saints shall produce the requested documents in accordance with the Protective Order previously recommended on September 25, 2019. The Special Master recommends that the Plaintiff's request for attorney fees is denied.

The Special Master recommends that the Motion to Quash is **GRANTED** in part and **DENIED** in part. The Motion to Quash is **DENIED.** The Motion for the Protective Order is **GRANTED**. The production of documents shall be governed by the Protective Order recommended on September 25, 2019. Given the nature of these proceedings and the confidentiality of certain documents it is imperative that a Protective Order issue. Additionally, the documents may contain private information of individuals who have no connection with the parties and/or the allegations made in the lawsuit. The protective order provides privacy of their information.

The parties stipulated to the Motion to Intervene and Oppose Motion to Compel filed by the Archdiocese of New Orleans.

### CONCLUSION:

The Special Master recommends to the Court that the Motion to Compel is **GRANTED** in part and **DENIED** as noted above.

It is further recommended that the Motion to Quash be **DENIED** and a Protective Order issue in conformity with the previously recommended Protective Order

It is further recommended that the Motion to Intervene and Oppose Motion to Compel is entered as a Stipulation between the parties.

Respectfully submitted,

*[signature]*
CAROLYN W. GILL-JEFFERSON
Special Master

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic mail on this the 7th day of November, 2019.

*[signature]*
CAROLYN W. GILL-JEFFERSON

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2018-10864                  DIVISION "A-16"

JOHN DOE

VERSUS

THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS, ET AL.

FILED: _____   _____
                                                                                   DEPUTY CLERK

**JUDGMENT ADOPTING SPECIAL MASTER'S
NOVEMBER 7, 2019 REPORT AND RECOMMENDATIONS**

       The following matters came on for hearing before the Special Master, the Honorable Carolyn Gill-Jefferson, on October 17, 2019:

1. Motion to Compel Compliance with Subpoena and for Sanctions, and to Compel the New Orleans Louisiana Saints, LLC the ("Saints LLC") filed by Plaintiff, John Doe ("Plaintiff");

2. Motion to Intervene and Oppose Plaintiff's Motion to Compel Compliance with Subpoena and for Sanctions and to Compel the Saints LLC filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese");

3. Motion to Quash and for Protective Order filed by the Archdiocese and the Saints LLC in regard to the subpoena by Plaintiff to the Saints LLC; and

4. The Archdiocese's Objections to Subpoena Duces Tecum to the Saints LLC.;

WHEREAS, on November 7, 2019, the Special Master issued the Special Master's Report and Recommendations regarding each of the above-referenced matters (the "November 7, 2019 Report");

WHEREAS, the Court's August 2, 2019 Order Appointing Special Master provided the parties a ten (10) day objection period after the submission of the Special Master's Report to the Court and provided that if no timely objection was filed, the Court shall adopt the Report as submitted, unless to do would be clearly erroneous.

WHEREAS, no party filed any objection to the November 7, 2019 Report;

{N3963567.2}                                    -1-

The Court finds no clear error and adopts the Special Master's November 7, 2019 Report and Recommendations, and in accordance with the Report's recommendations, renders judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Archdiocese's Motion to Intervene and Oppose Plaintiff's Motion to Compel is hereby GRANTED as stipulated by the parties;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART; with regard to the granting of the Motion, the Saints LLC shall produce the requested documents in accordance with the Protective Order previously recommended by the Special Master and signed by the Court on October 28, 2019 and further recognized as the Judgment of the court on November 14, 2019; and Plaintiff's request for attorney's fees is DENIED.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Archdiocese's and the Saints LLC's Motion to Quash and for a Protective Order is GRANTED IN PART and DENIED IN PART. The Motion to Quash is DENIED; the Archdiocese's and the Saints LLC's Motion for Protective Order is GRANTED, and the production of documents by the Saints LLC shall be governed by the Protective Order Court signed by the Court on October 28, 2019 and further recognized as the Judgment of the court on November 14, 2019.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED each party is to bear their own costs and attorneys' fees incurred in connection with the matters.

THUS DONE AND SIGNED at New Orleans, Louisiana, this _____ day of February, 2020.

HONORABLE ELLEN M. HAZEUR
JUDGE, DIVISION A

The Court finds no clear error and adopts the Special Master's November 7, 2019 Report and Recommendations, and in accordance with the Report's recommendations, renders judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Archdiocese's Motion to Intervene and Oppose Plaintiff's Motion to Compel is hereby GRANTED as stipulated by the parties;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART; with regard to the granting of the Motion, the Saints LLC shall produce the requested documents in accordance with the Protective Order previously recommended by the Special Master and signed by the Court on October 28, 2019 and further recognized as the Judgment of the court on November 14, 2019; and Plaintiff's request for attorney's fees is DENIED.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Archdiocese's and the Saints LLC's Motion to Quash and for a Protective Order is GRANTED IN PART and DENIED IN PART. The Motion to Quash is DENIED; the Archdiocese's and the Saints LLC's Motion for Protective Order is GRANTED, and the production of documents by the Saints LLC shall be governed by the Protective Order Court signed by the Court on October 28, 2019 and further recognized as the Judgment of the court on November 14, 2019.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED each party is to bear their own costs and attorneys' fees incurred in connection with the matters.

THUS DONE AND SIGNED at New Orleans, Louisiana, this FEB 1 3 2020 day of February, 2020.

_____
HONORABLE ELLEN M. HAZEUR
JUDGE, DIVISION A

{N3963567.2}   - 2 -


VERIFIED
2/18/2020