Filed by:
Legal Wings

FILED
2020 JAN 10 AM 11: 50

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2018-10864      DIVISION "A-16"

JOHN DOE

VERSUS

THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS, ET AL.



FILED: _____     _____
DEPUTY CLERK

**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF
NEW ORLEANS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS**

The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese"), through undersigned counsel, pursuant to this Court's October 28, 2019 Protective Order, moves for an Order maintaining the designations of certain documents produced by the New Orleans Louisiana Saints, LLC (the "Saints") as "confidential," representing as follows:

1.

On June 20, 2018, the Archdiocese filed a Motion for Protective Order pursuant to La. C.C.P. art. 1426 for purposes of protecting private or confidential information of the parties and others that would be produced in discovery.

2.

On August 6, 2019, the Saints were served with a subpoena duces tecum (the "Subpoena") by Plaintiff in connection with the captioned action.

3.

The Saints timely served written objections (the "Objections") in accordance with Louisiana Code of Civil Procedure article 1354(B) on Plaintiff's counsel.

4.

In the Objections, the Saints objected to, among other things, "producing documents ... unless it is done subject to a Protective Order, in a form that is agreeable to the Saints, governing the confidentiality and use of any documents that may be produced."



{N3947341.1}     - 1 -

**EXHIBIT 13**

5.

On September 25, 2019, the Special Master issued a report and recommendation on the Archdiocese's motion for protective order, in which she recommended to the District Court entry of a Protective Order to protect confidential information.

6.

On October 28, 2019, pursuant to the Special Master's report, this Court entered a Protective Order (the "October 28 Protective Order") whereby parties and non-parties responding to discovery were permitted to designate documents as "confidential," which designation would, among other things, limit the dissemination and use of such documents for purposes related to the instant lawsuit.

7.

Under the October 28 Protective Order, the party receiving documents produced in discovery which were designated "confidential" may advise the designating party in writing that he disputes the "confidential" designation as to certain documents.

8.

On September 24, 2019, Plaintiff filed a Motion to Compel with respect to his Subpoena to the Saints.

9.

On October 9, 2019, the Saints filed the Memorandum in Opposition to Plaintiff's Motion to Compel and also filed a Motion for Protective Order seeking to protect confidential information in the Saints' documents. The same day, the Archdiocese filed motions to intervene, to quash, and for a protective order to protect confidential information in the Saints' documents, all with respect to Plaintiff's Motion to Compel.

10.

On November 9, 2019, the Special Master issued a report and recommendation dated November 7, 2019 (the "November 7 Report") regarding Plaintiff's Motion to Compel, the Saints' Motion for Protective Order, and the Archdiocese's Motion to Intervene and for Protective Order, concluding in pertinent part that a Protective Order issue to protect the

confidentiality of information contained in the Saints' documents in conformity with the Court's then existing October 28 Protective Order.

11.

Pursuant to the Order Appointing Special Master, if any party disagreed with the Special Master's November 7 Report, they were required to file written objections within 10 days after being served with the notice of the filing of the report. No objections were filed; however, as of this filing, the District Court has not entered an Order with respect to the Special Master's November 7 Report.

12.

The Saints produced documents to Plaintiff on December 3, 2019 and designated certain documents in their December 3 production as "confidential" in accordance with the District Court's October 28 Protective Order and the Special Master's November 7 Report.

13.

On December 12, 2019, Plaintiff's counsel advised undersigned counsel via email that Plaintiff disputes all of the "confidential" designations in the Saints' December 3 document production.

14.

Under the October 28 Protective Order, a party whose "confidential" designations are challenged may, within 20 days, move the Court to maintain the confidentiality designations.

15.

Plaintiff's counsel, Soren Gisleson, agreed to extend the time to file a motion by one week, through Thursday, January, 9, 2020.

16.

The confidential information at issue in the Saints' documents which has been designated as confidential by the Saints involves the Archdiocese and the Archdiocese also maintains that such information should be designated as "confidential" pursuant to the October 28 Protective Order.

17.

In accordance with the October 28 Protective Order, on January 9, 2020, the Saints moved this Court to maintain the "confidential" designations in the Saints' December 3, 2019 document production and filed a memorandum in support.

18.

Accordingly, the Archdiocese hereby joins with the Saints' Motion to Maintain Confidentiality Designation and hereby adopts and incorporates the Motion to Maintain Confidentiality Designations and Memorandum in Support herein.

19.

For the reasons stated in the Saints' Motion to Maintain Confidentiality Designations and Memorandum in Support, the Archdiocese maintains that the Saints' confidentiality designations, including, but not limited to, those documents which pertain to the Archdiocese, should be upheld under Louisiana law.

20.

WHEREFORE, the Archdiocese prays that the Court enter an Order maintaining the confidentiality designations of the Saints in their December 3, 2019 document production.

Dated: January 9, 2020                    Respectfully submitted,

                                          _____
                                          WAYNE G. ZERINGUE, JR. (#18516)
                                          JOSEPH J. LOWENTHAL, JR. (#08909)
                                          JEFFERSON R. TILLERY (#17831)
                                          EDWARD D. WEGMANN (#13315)
                                          ALLISON B. KINGSMILL (#36532)
                                          JONES WALKER, LLP
                                          201 St. Charles Avenue, Floor 48
                                          New Orleans, LA 70170
                                          Telephone:   504-582-8682
                                          Facsimile:   504-589-8682
                                          wzeringue@joneswalker.com
                                          jlowenthal@joneswalker.com
                                          jtillery@joneswalker.com
                                          dwegmann@joneswalker.com
                                          akingsmill@joneswalker.com

                                          *Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the above and preceding *Motion to Maintain Confidentiality Designations* have been served upon all known counsel of record by electronic mail or by U.S. Mail, postage prepaid and properly addressed, on this 9th day of January, 2020. A copy is also being provided to the Special Master on the same date via email.