CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2019-3947   DIVISION: D

J.W. DOE

VERSUS

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHLOIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER LAWRENCE A. HECKER

FILED: _____  DEPUTY CLERK: _____

Dwight C, Paulsen, III
Bradley Murchison, Kelly & Shea
1100 Poydras St., Suite 2700
New Orleans, LA 70163

And

Wayne G. Zeringue
Jones Walker
201 St. Charles Avenue, Floor 48
New Orleans, LA 70170

**NOTICE OF VIDEOTAPED DEPOSITION OF ARCHBISHOP GREGORY AYMOND**

TO:   Henry Brian Highfill
      Through: Michael S. Zerlin
      Law Office of Michael S. Zerlin
      123 East Seventh Street
      Thibodaux, Louisiana 70301

Please take notice that plaintiff JW Doe, through undersigned counsel, will commence the deposition of Archbishop Gregory Aymond, before a notary public, or some officer duly authorized to administer oaths.

The videotaped deposition will be taken pursuant to the Louisiana Code of Civil Procedure and for discovery purposes. Such deposition will continue until completed, and all counsel involved are invited to participate as they see fit.

| | |
|---|---|
| **Deponent:** | **Archbishop Gregory Aymond** |
| **Date:** | **May 28, 2020** |
| **Time:** | **9:00 a.m.** |
| **Location:** | **Jones Walker**<br>**201 St. Charles Avenue, Floor 48**<br>**New Orleans, LA 70170** |

You are hereby invited to attend and take such part as you shall deem fit and proper

1

**EXHIBIT 14**

**RESPECTFULLY SUBMITTED:**

BY: _____

**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Office: 504-581-4892
Fax: 504-561-6024
Email: SGISLESON@hhklawfirm.com
Email: JCAIN@hhklawfirm.com

AND

**JOHN H. DENENEA, JR. (#18861)**
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

-AND-

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com
*Attorneys for Plaintiff, AA Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to LSA-C.C.P. art. 1313 a copy of the above and foregoing pleading has been served upon all counsel of record by United States Mail, Hand Delivery, or Electronic Means, and if there is no counsel of record it has been mailed to the last known address of the adverse party, New Orleans, Louisiana this 22th day of March, 2020.

_____
SOREN E. GISLESON

2