FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 19-3947            DIVISION: D-12

J.W. DOE

VERSUS

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, THE ROMAN CATHLOIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, AND FATHER LAWRENCE A. HECKER

FILED: _____     DEPUTY CLERK: _____

### PRE-TRIAL SCHEDULING ORDER FOR TRIAL ON PRESCRIPTION

IT IS ORDERED by this Court that all parties and all attorneys comply with the following Scheduling Order:

1. This is a **JUDGE TRIAL ON AN EXCEPTION OF PRESCRIPTION**. The trial of this matter will be set upon completion of discovery on the issue of prescription by request to the Court.

2. The Archdiocese will file its exception of prescription and supporting memorandum on or before **January 31, 2020**.

3. The Plaintiff will file his opposition memorandum on or before **February 21, 2020**.

4. Plaintiff(s) shall disclose in writing the names and addresses of all fact witnesses, including a brief statement of the facts which they will testify about, including experts and their respective qualifications on or before **February 28, 2020**.

5. Defendant shall disclose in writing the names and addresses of all fact witnesses, including a brief statement of the facts which they will testify about, including experts and their respective qualifications on or before **March 27, 2020**.

6. Plaintiff shall produce to the Archdiocese all expert reports on or before **May 10, 2020**.

7. Defendant shall produce to the plaintiff all expert reports on or before ~~July 11, 2020~~ July 1, 2020.

8. Plaintiff and Defendant shall complete all discovery by ~~August~~ ~~September~~ 12, 2020.

9. Trial on the merits will be scheduled once ALL discovery is complete. It is the duty of counsel to request that the matter be set for trial after completion of discovery by contacting the Court's law clerk and arranging a conference call to select a trial date.

10. ALL PRE-TRIAL MEMORANDUM, FINAL WITNESS LISTS AND FINAL EXHIBIT LISTS MUST BE FILED 15 DAYS PRIOR TO THE TRIAL ON THE MERITS.

Signed this ___ day of **January, 2020**.

JUDGE NAKISHA ERVIN-KNOTT

RECEIVED JAN 27 2020

VERIFIED

{N3944662.1}1

**EXHIBIT 16**