**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor. | ) | Chapter 11 |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF PACHULSKI STANG ZIEHL & JONES LLP AS CO- COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Court held a hearing on July 16, 2020, on the Application of the Official Committee

of Unsecured Creditors (the "Committee") to Employ Pachulski Stang Ziehl & Jones LLP

("PSZJ") as Co-Counsel for the Committee [Docket # 181] (the "Application"), together with the

Declaration of Linda F. Cantor in the above-captioned matter. Considering the Application, the

record, the law applicable thereto, and given that there was no objection filed thereto, the Court

orders as follows:

**IT IS ORDERED** that, pursuant to 11 U.S.C. §§ 328(a) and 1103 of the Bankruptcy

Code, the Committee is authorized to employ PSZJ as its co-counsel in this chapter 11 case,

effective as of May 22, 2020, on a final basis.

**IT IS FURTHER ORDERED** that the Court specifically reserves its right to review the

reasonableness of fees, including hourly rate and time involved.

**IT IS FURTHER ORDERED** that PSZJ shall apply for compensation for professional

services rendered and reimbursement of expenses incurred in connection with this chapter 11

case in compliance with sections 330 and 331 of the Bankruptcy Code of the Bankruptcy Code

and the applicable provisions of the Bankruptcy Rules, the Local Rules, the Complex Case

Procedures and any other applicable procedures and orders of the Court. PSZJ shall also make a

reasonable effort to comply with the requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and all applications for compensation and reimbursement of expenses filed by PSZJ in this chapter 11 case**.**

**IT IS FURTHER ORDERED** that PSZJ shall serve this Order on the required parties pursuant to this Court's Order Limiting Notice, and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 17, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE