## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| FOR THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | SECTION A |
| | § | |
| DEBTOR. | § | |

## SCHEDULING ORDER

Considering (i) the *Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case*, [ECF Doc. 203], and related pleadings (collectively, the "Contested Matter"), currently set to be resolved via a virtual evidentiary hearing on August 20, 2020, at 9:00 a.m. (the "Hearing"), (ii) the discovery schedule proposed by the parties, and (iii) that, pursuant to Federal Rule of Civil Procedure 43(a) (made applicable by Federal Rule of Bankruptcy Procedure 9017), the current COVID-19 pandemic provides good cause and constitutes compelling circumstances to permit this Court to allow testimony in open court by contemporaneous transmission from a different location, this Court establishes the following telephonic and virtual hearing procedures to be used at the Hearing:

**IT IS HEREBY ORDERED**:

    **1.** An Evidentiary Hearing on the Contested Matter is scheduled for **August 20, 2020, at 9:00 a.m.** and will take place virtually. The Court will use the AT&T Teleconferencing Service (for audio purposes) and Zoom for Government (for video purposes). The AT&T audio services can be accessed by calling (888) 684-8852 and entering the access code 9318283. When dialed in:

        a.    Please do not place your phone on hold;

1

    b.    Keep your phone on mute unless it is your turn to speak; and

    c.    Speak loudly and clearly into your phone.

**2. Discovery Deadlines.**

    a.    <u>July 31, 2020.</u> On or before this date, the Committee and the Debtor shall exchange the names of all "May Call" witnesses and identify potential exhibits they may use at the Hearing.[1]

    b.    <u>July 31, 2020</u>: On or before this date (subject to (d) below), the Committee and the Debtor shall exchange the names of all experts, the subject matter of their testimony, and the field of expertise, who may be called at the Hearing.

    c.    <u>August 5, 2020</u>. On or before this date (subject to (d) below), the Committee and the Debtor shall each respectively provide reports of their experts to each other.

    d.    <u>August 12, 2020</u>. On or before this date, the Committee and the Debtor shall exchange rebuttal reports of experts (and disclose the names of all rebuttal experts, the subject matter of their testimony, and the field of expertise).

    e.    <u>August 17, 2020</u>. All Fact and Expert Discovery must be completed by August 17, 2020 except for good cause shown. Depositions of fact witnesses shall take place on August 11, 12, and 13, 2020 (and if necessary, on August 14 and 17, 2020). Depositions of expert witnesses shall take place on August 14 and 17, 2020.

**3. Zoom Instructions.** The Zoom Meeting Room link is https://www.zoomgov.com/my/judgegrabill. Counsel for parties in interest shall provide notice to anna_mangham@laeb.uscourts.gov via e-mail of all people who will be participating via Zoom no later than **August 18, 2020 at 5:00 p.m. CST.** The Court may restrict the number of participants using the Zoom conference. The Court will then circulate to the participants an e-mail with the Zoom password and any additional instructions for the Zoom conference. Before the Hearing, all counsel and witnesses shall conduct a test of Zoom using the same equipment that

---

[1] The disclosures and reports under (a) and (c) are subject to amendment based on discovery responses to be provided and further investigation.

they will be using during the hearing. If you have questions or encounter any problems while testing the system, please contact Robert Scott, the Court's Information Systems Manager, at Robert_Scott@laeb.uscourts.gov.

4. **Witness and Exhibit Lists.** Counsel for the parties shall file into the record and electronically serve upon their opponents a list of all witnesses who may be or will be called to testify at trial, and a list of exhibits that may or will be used, not later than **August 18, 2020, at 5:00 p.m. CST**.

5. **Form of Exhibits**. All exhibits must be labeled. The Debtor shall label its exhibits using numbers (*e.g.*, Debtor Ex. 1, Debtor Ex. 2), and the Committee shall use letters (*e.g.*, UCC Ex. A, UCC Ex. B). Any joint, uncontested exhibits shall be labeled as such (*e.g.*, Joint Ex. 1), and submitted by one of the parties, as coordinated in advance. Each party shall combine all of its exhibits into one .pdf document with each individual exhibit labeled and bookmarked for easy review by the Court. All parties shall submit their exhibits to the Court separately. The parties shall combine any joint exhibits and submit them as a separate .pdf document in the same format.

6. **Submission of Exhibits.** Counsel shall provide sufficient electronic copies of all exhibits to opposing counsel. Counsel shall contact the Information Systems Manager, Robert Scott, at Robert_Scott@laeb.uscourts.gov for instructions on uploading exhibits through Dropbox. Electronic submission of exhibits shall be completed not later than **August 18, 2020, at 5:00 p.m. CST.**

7. **Remote Witness Testimony**. In accordance with Federal Rule of Civil Procedure 43(a) (made applicable by Federal Rule of Bankruptcy Procedure 9017), any witness called to testify or subject to cross-examination shall be permitted to testify by contemporaneous transmission from a different location ("Remote Witness").

8. **Requirements for Allowance of Remote Testimony; Additional Information.** As additional safeguards for the allowance of a Remote Witness, the Party sponsoring said Remote Witness shall file with the Court, no later than **August 18, 2020, at 5:00 p.m. CST,** a document containing the following information:

 a. The name and title of the Remote Witness.

 b. The matter on which the Remote Witness will provide testimony.

 c. The location of the Remote Witness (city, state, country).

 d. The place from which the Remote Witness will testify (*e.g.*, home, office – **no addresses are required**).

 e. Whether anyone will be in the room with the Remote Witness during the testimony, and if so, who (name, title, relationship to the Remote Witness), and for what purpose.

 f. Whether the Remote Witness will have access to any documents other than exhibits that have been emailed to the Court and the parties, and if so, what documents.

Such information may be filed with the Court separately from or incorporated within the Witness Lists required to be filed with the Court.

9. **Administration of Oath to Remote Witnesses.** All Remote Witnesses shall give an oath or affirmation to testify truthfully over Zoom, and such testimony will have the same effect and be binding upon the Remote Witness in the same manner as if such Remote Witness gave the oath or affirmation in person in open court. To the extent there is an error or malfunction with Zoom or other video-conferencing solution, the Remote Witness may give that oath or affirmation and testify via telephone only.

10. **Responsibility for Remote Witnesses.** The Party sponsoring the witness shall be responsible for ensuring that the telephone dial-in, Zoom link, and all exhibits are supplied to the

Remote Witness prior to the hearing, that the Remote Witness has access to a computer with camera and a telephone, and has been registered with Zoom, as applicable.

New Orleans, Louisiana, August 4, 2020.

*[signature]*

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE