**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

**ABUSE CLAIMANT ED ROE'S JOINDER**
**[Relates to Rec. Doc. # 203]**

NOW COMES state court sexual abuse plaintiff Ed Roe ("Ed Roe"), with active litigation (EDLA No. 20-1340) filed against the above-captioned debtor and debtor in possession (the "Archdiocese" or the "Debtor"), who files this *Joinder in reference to the Motion of the Official Committee of Unsecured Creditors to Dismiss Chapter 11 Case.* Ed Roe adopts and incorporates by reference the arguments, law, and facts in the Committee's Motion.

WHEREFORE Ed Roe respectfully requests that the Committee of Unsecured Creditors Motion to Dismiss Chapter 11 Case is granted.

Dated: August 11, 2020

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Office: 504-581-4892
Fax: 504-561-6024
Email: SGISLESON@hhklawfirm.com
Email: JCAIN@hhklawfirm.com

**-AND-**

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN~DENENEA, L.L.C.**
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
Email: jdenenea@midcitylaw.com

**-AND-**

**RICHARD C. TRAHANT (#22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

*Attorneys for Abuse Victim-Survivors*

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing *Joinder* to be served on August 11, 2020 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on August 6, 2020.

*/s/ Soren E. Gisleson*
Soren E. Gisleson