## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In re:* | \* CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | \* |
| **FOR THE ARCHDIOCESE OF NEW** | \* CHAPTER 11 |
| **ORLEANS** | \* |
| | \* JUDGE MEREDITH S. GRABILL |
| **Debtor** | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HANCOCK WHITNEY BANK'S OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISMISS CASE

Hancock Whitney Bank ("HW"), secured creditor herein, respectfully objects to the Motion of the Official Committee of Unsecured Creditors to Dismiss Case ("Motion") (Dk. 203) as follows:

### Background

1. On May 1, 2020 (the "Petition Date"), the Roman Catholic Church for the Archdiocese of New Orleans ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court. The Debtor remains in possession of its property and is managing its affairs as a debtor in possession pursuant to the sections 1107 and 1108 of the Bankruptcy Code.

2. As of the Petition Date, the Debtor is indebted unto HW in an amount of not less than $47,155,104.96 in principal, plus all accrued and unpaid interest, fees, expenses, and other amounts owing under the terms of the Loan Documents, as defined in the Final Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Lender, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief entered in this case on June 19,

2020. HW's claim is secured by, *inter alia*, liens on and security interests in the Debtor's right, title and interests in and to deposit accounts held by the Lender as of the Petition Date.

3. On May 20, 2020, the United States Trustee appointed the Official Committee of Unsecured Creditors ("UCC") in this case.

4. On May 22, 2020, the Debtor filed its Schedules and Statements of Financial Affairs (collectively "Schedules"). On May 29, 2020, the United States Trustee conducted the meeting of creditors. On June 30, 2020, the Debtor filed certain amendments to its Schedules.

5. On July 3, 2020, the UCC filed the Motion seeking dismissal of this case for bad faith.

## **Argument**

6. Bankruptcy Code section 1112(b)(1) provides that a bankruptcy case may be dismissed for cause. Section 1112(b)(4) provides that "cause" includes substantial diminution of the estate, the absence of a reasonable likelihood of rehabilitation, gross mismanagement, failure to maintain insurance, unauthorized use of cash, failure to comply with court orders and other omissions and failures enumerated therein.

7. The Fifth Circuit in *Little Creek Development Co. v. Commonwealth Mortgage Corp. (In re Little Creek)*, 779 F.2d 1068 (5th Cir. 1986) also recognized that bad faith may provide a basis for the dismissal of a bankruptcy case. The Court in *Little Creek* noted that findings of bad faith are usually predicated on the existence of certain recurring factors, including a single asset, no employees, little or no cashflow, no available sources of income, and few if any unsecured creditors whose claim are relatively small. *Id.* at 1073.

8. A bankruptcy case should not be dismissed if the debtor can establish that dismissal is not in the best interests of creditors and the estate under the circumstances outlined in section 1112(b)(2).

9. The factors enumerated in Section 1112(b)(4) and *Little Creek* do not exist in this case.

10. HW does not believe that dismissal of the bankruptcy case would be in the best interests of creditors, the estate, and other parties in interest. HW suggests that the UCC's concerns can be addressed fairly, uniformly and efficiently in the bankruptcy case, and HW recognizes the Debtor's need to bring certainty and stability to its affairs. Significant resources have been expended in this bankruptcy case, including the Debtor's filing of sworn schedules and statements which provide extensive information to all claimants regarding the Debtor's assets, liabilities and financial affairs. HW submits that the Debtor should be afforded the opportunity to confirm a plan (with full disclosure of all pertinent information relating to claims) which is in the best interests of creditors, the estate, and other parties in interest.

## **Conclusion**

11. HW requests that this Court deny the Motion to Dismiss so as to afford the Debtor the opportunity to confirm a plan that will be beneficial to all creditors and parties in interests.

        Respectfully submitted:

        CARVER DARDEN KORETZKY TESSIER
        FINN BLOSSMAN & AREAUX, L.L.C.

        /s/ David F. Waguespack
        DAVID F. WAGUESPACK (#21121)
        STEPHEN P. SCULLIN (#30717)
        PETER J. SEGRIST (#35314)
        1100 Poydras Street, Suite 3100
        New Orleans, Louisiana 70163-1102
        Telephone: (504) 585-3800
        Facsimile: (504) 585-3801
        waguespack@carverdarden.com
        scullin@carverdarden.com
        segrist@carverdarden.com

        ***Counsel for Hancock Whitney Bank***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Hancock Whitney Bank's Objection to the Motion of the Official Committee of Unsecured Creditors to Dismiss Case* duly served on this 13th day of August, 2020, upon the parties listed in the Court's ECF system for this case as set forth below:

Laura F. Ashley on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lashley@joneswalker.com, hstewart@joneswalker.com

C. Davin Boldissar on behalf of Creditor Committee Official Committee of Unsecured Creditors
dboldissar@lockelord.com, Ashley.Lohr@lockelord.com

C. Davin Boldissar on behalf of Interested Party Locke Lord LLP
dboldissar@lockelord.com, Ashley.Lohr@lockelord.com

Amelia L Bueche on behalf of Creditor L. M.
ahurt@shergarner.com

Elwood F. Cahill, Jr. on behalf of Creditor LCMC Health Entities
ecahill@shergarner.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Creditors
lcantor@pszjlaw.com

William G. Cherbonnier, Jr. on behalf of Interested Party Lauren Theobold
wgc@billcherbonnier.com,
laeb.docs@gmail.com;usbcdocs@billcherbonnier.com;caludagroupllc@jubileebk.net

John H. Denenea, Jr. on behalf of Creditor Certain Abuse Victims
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

Douglas S. Draper on behalf of Interested Party Apostolates
dsd@hellerdraper.com,
lcollins@hellerdraper.com;kfritscher@hellerdraper.com;cnobles@hellerdraper.com

Elizabeth J. Futrell on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
efutrell@joneswalker.com, mmontiville@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Soren Erik Gisleson on behalf of Creditor Certain Abuse Victims
sgisleson@hhkc.com, jchauvin@hhkc.com

Alan H. Goodman on behalf of Interested Party Breazeale, Sachse & Wilson, L.L.P.
alan.goodman@bswllp.com, moorek@bswllp.com

Jan Marie Hayden on behalf of Interested Party Ad Hoc Committee of Survivors
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Evan Park Howell, III on behalf of Creditor Paul Calamari
ehowell@ephlaw.com

Lillian Jordan
ljordan@donlinrecano.com,
rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com

Omer F. Kuebel, III on behalf of Creditor Committee Official Committee of Unsecured Creditors
rkuebel@lockelord.com, kelly.millet@lockelord.com;Yamille.Harrison@lockelord.com

Omer F. Kuebel, III on behalf of Interested Party Locke Lord LLP
rkuebel@lockelord.com, kelly.millet@lockelord.com;Yamille.Harrison@lockelord.com

Heather A. LaSalle on behalf of Creditor Capital One, National Association
halexis@mcglinchey.com, lgraff@mcglinchey.com

Mark C. Landry on behalf of Creditor First Bank and Trust
mlandry@newmanmathis.com, faith@newmanmathis.com

Darryl T. Landwehr on behalf of Creditor Merle Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Ryan Luminais on behalf of Creditor L. M.
rluminais@shergarner.com

Thomas J. Madigan on behalf of Creditor L. M.
tmadigan@shergarner.com, rtheobold@shergarner.com

Thomas J. Madigan on behalf of Creditor LCMC Health Entities
tmadigan@shergarner.com, rtheobold@shergarner.com

Thomas J. Madigan on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
tmadigan@shergarner.com, rtheobold@shergarner.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis
rmathis@newmanmathis.com

Gerald Edward Meunier on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
gmeunier@gainsben.com, dmartin@gainsben.com

Mark Mintz on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, hstewart@joneswalker.com

Colleen A Murphy on behalf of Creditor TMI Trust Company
murphyc@gtlaw.com

Nancy Peterman on behalf of Creditor TMI Trust Company
petermann@gtlaw.com

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

David Rubin on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017
David.Rubin@butlersnow.com

David Rubin on behalf of Creditor TMI Trust Company
David.Rubin@butlersnow.com

Stephen P. Scullin on behalf of Creditor Hancock Whitney Bank
scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist on behalf of Creditor Hancock Whitney Bank
segrist@carverdarden.com, clary@carverdarden.com

Ryan M. Seidemann on behalf of Interested Party State of Louisiana, Louisiana Cemetery Board
seidemannr@ag.state.la.us

Lucas Hodgkins Self on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lself@joneswalker.com

Edgar Stewart Spielman on behalf of Creditor Capital One, National Association
sspielman@mcglinchey.com

Roger Stetter on behalf of Creditor Neal Pollet
rastetter47@yahoo.com

Richard Trahant on behalf of Creditor Certain Abuse Victims
trahant@trahantlawoffice.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
pvance@joneswalker.com, nwiebelt@joneswalker.com

David F. Waguespack on behalf of Creditor Hancock Whitney Bank
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

David E. Walle on behalf of Interested Party Catholic Mutual Relief Society
dwalle@bfrob.com

8

John W. Waters, Jr. on behalf of Interested Party Catholic Mutual Relief Society
jwaters@bfrob.com

Regina S. Wedig on behalf of Interested Party Salesian Society Inc
reginawedig@wediglaw.com, rswedig@hotmail.com

Brittany Rose Wolf-Freedman on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
bwolf@gainsben.com, sburrell@gainsben.com

    /s/ David F. Waguespack
    DAVID F. WAGUESPACK

4820-5848-8006, v. 1