# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § <br> § <br> THE ROMAN CATHOLIC CHURCH § <br> OF THE ARCHDIOCESE OF NEW § <br> ORLEANS, § <br> § <br> DEBTOR.[1] § <br> § | CASE NO. 20-10846 <br><br> SECTION "A" <br><br> CHAPTER 11 |

### NOTICE OF AGENDA FOR TELEPHONIC HEARING ON MOTIONS SCHEDULED FOR AUGUST 20, 2020 AT 1:30 PM (PREVAILING CENTRAL TIME) TELEPHONIC HEARING BEFORE THE HONORABLE MEREDITH S. GRABILL, SECTION A DIAL IN: 1-888-684-8852; ACCESS CODE: 9318283

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this agenda (the "**Agenda**") for matters set for hearing on August 20, 2020 at 1:30 PM (Prevailing Central Time, pursuant to General Order 2019-4, Part V (the "**Complex Case Procedures**").

### UNCONTESTED MATTERS

1. *Motion for Order Authorizing Debtor to Pay Secured Claim With Incorporated Memorandum* **[ECF No. 259]** and *First Amended Motion For Order Authorizing Debtor to Pay Secured Claim With Incorporated Memorandum* **[ECF No. 265]**

   | | |
   |---|---|
   | **Movant:** | Couhig Partners, LLC |
   | **Nature of Motion:** | Motion to Pay |
   | **Response Deadline:** | August 13, 2020 |
   | **Status:** | This matter is going forward. No objections were filed by any party. |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4066941.2}

2. *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* **[ECF No. 205]**

   **Movant:** Official Committee of Unsecured Creditors
   **Nature of Motion:** Application
   **Response Deadline:** August 13, 2020
   **Status:** This matter is going forward. No objections were filed by any party.

3. *Debtor's Motion for Entry of an Order to Extend its Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* **[ECF No. 300]**

   **Movant:** Debtor
   **Nature of Motion:** Relates to ongoing operations
   **Response Deadline:** August 13, 2020
   **Status:** This matter is going forward. No objections were filed by any party. An Agreed Final Order has been submitted to the Court.

## **CONTESTED MATTERS**

4. *Motion for Partial Relief from the Automatic Stay* **[ECF No. 131]**

   **Movant:** Merle Noullet
   **Nature of Motion:** Lift Stay
   **Response Deadline:** August 13, 2020
   **Status:** This matter is going forward. The Debtor filed *Debtor's Objection to Merle Noullet's Motion for Partial Relief from the Automatic Stay* **[ECF No. 344]**. The UCC filed *Objection of the Official Committee of Unsecured Creditors to Motion for Partial Relief from the Automatic Stay* **[ECF No. 343]**.

Dated: August 19, 2020

Respectfully submitted,

  /s/ Lucas H. Self
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
LUCAS H. SELF (#37301)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: lself@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**