# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>　　　　Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## ORDER

The Court held a hearing on August 20, 2020, to resolve the *Motion for Partial Relief from the Automatic Stay* (the "Motion"), [ECF Doc. 131] filed by interested party Merle Noullet, the *Debtor's Objection to Merle Noullet's Motion for Partial Relief from the Automatic Stay,* [ECF No. 344], and the *Objection of the Official Committee of Unsecured Creditors to Motion for Partial Relief from the Automatic Stay,* [ECF No. 343]. Considering the pleadings, the record as a whole, applicable law, and the arguments of the parties, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is DENIED without prejudice.

New Orleans, Louisiana, August 21, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Meredith S. Grabill*
　　　　　　　　　　　　　　　　　　　　　　　　　MEREDITH S. GRABILL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1