**Exhibit C**

**CURRICULUM VITAE**

**Jon Robert Conte**

**Office Address**:

The School of Social Work
University of Washington
4101 - 15th Ave. NE
Box 354900
Seattle, Washington 98195-6299
(206) 543-1001

**Clinical Office Address:**

P. O. Box 1459
Mercer Island, WA 98040
206-232-9824

Age: 71

**Education**:

BA        Sociology-Anthropology, Whittier College, Whittier, California (June 1970)

MSW     University of Washington, School of Social Work, Seattle, Washington (June 1974)

Ph.D.    University of Washington, School of Social Work. Seattle, Washington (August 1979)

**Current Employment**

Professor Emeritus and Distinguished Joshua Children's Foundation Distinguished Scholar on Child Sexual Abuse and Director of the Joshua Center, University of Washington

**Previous Employment**

1990-2017        Professor, School of Social Work, University of Washington, Seattle, Washington.

1

| | |
|---|---|
| 1981-1990 | Associate Professor, The University of Chicago, The School of Social Service Administration, Chicago, Illinois [Associate Dean for Academic Affairs, 1987-1989] |
| 1979-1981 | Assistant Professor, Jane Addams College of Social Work, University of Illinois-Chicago Circle, Chicago, Illinois |
| 1978-1979 | Director, Program Evaluation and Research, Seattle Children's Home, Seattle, Washington |
| 1974-1978 | Part-time teaching: Parent-Child Center, Renton Vocational Technical Institute, Renton, Washington; Everett Community College; Edmonds Community College; Continuing Education, School of Social Work, University of Washington; Visiting Assistant Professor, University of Montana (7/76-9/76) |
| 1974-1975 | Caseworker, Seattle Children's Home, Seattle, Washington |

## Funded Research

The Impact of Sexual Abuse on Children, 3 years ending 6/1/84, $682,271 funded by National Institute of Mental Health to the University of Chicago, Jon R. Conte, Principal Investigator.

Preventing Sexual Victimization of Young Children, 4 years ending 8/31/90, $670,888 funded by National Institute of Mental Health to the University of Chicago, Jon R. Conte, Principal Investigator.

Effects of Sexual Abuse on Children, 3 years ending 9/1/88, $273,321 funded by Department of Health and Human Services to Taylor Institute, Jon R. Conte, Principal Investigator.

Effects of Disclosure and Intervention on Sexually Abused Children, 3 years ending 2/29/89, $481,312 funded by Department of Health and Human Services to the University of Washington, Jon R. Conte, Research Consultant.

Coordinated Systems Response Project, 1 year ending 6/30/88, $5,340 funded by Illinois Department of Children and Family Services, Jon R. Conte, Evaluator.

Study of the Effects of Intervention in Child Sexual Abuse, 3 years ending 8/30/88, $280,000 funded by Department of Health and Human Services to Madison County District Attorney's Office, Huntsville, Alabama, Jon R. Conte, Principal Investigator.

**Major Committees, Boards, Advisory Committees**

| | |
|---|---|
| Editor | The Journal of Interpersonal Violence |
| | Trauma, Violence & Abuse: A Review Journal |
| Consulting Editor | Journal of Forensic Social Work |
| President Emeritus, Board of Directors (life time appointment without vote) | American Professional Society on the Abuse of Children |
| Board of Councilors | International Society Prevention Child Abuse & Neglect |
| Member | National Association of Social Workers |
| Member | International Society Traumatic Stress Studies |
| Member | American Professional Society on the Abuse of Children |
| Member | Advisory Board, Center for Research on Violence Against Women, University of Kentucky, Lexington. |


**Past Committees, Boards, Advisory Committees**

| | |
|---|---|
| Member | Panel on Research on Child Abuse and Neglect, National Academy of Sciences, September 1991-July 1993. |
| Member | Criminal and Violent Research Review Committee, National Institute of Mental Health (term expired 6/30/90) |
| Member | Advisory Board, OJJDP project, Obstacles to the Recovery and Return of Parentally Abducted Children, ABA Center on Children & The Law and University of California Center for the Study of Trauma (1991-1992) |
| President | American Professional Society on the Abuse of Children, 1988-1989 |
| Member | Illinois Citizens Advisory Committee, Department of Children and Family Services, 1982-1989 |
| Member | Advisory Committee, Pediatric Ecology Unit, Mt. Sinai Medical Center (Chicago), 1985-1990 |
| Member | National Advisory Board, Sexual Abuse Prevention Program, Ounce of Prevention (Chicago), 1985-1990 |

**Publications**

Conte, Jon R., & Conte, W. R. (1977). The use of conceptual models in occupational therapy. *American Journal of Occupational Therapy, 31*(3), 262-265.

Briar, Scott, & Conte, Jon R. (1978). Families. In Henry Maas (Ed.), *Social service research: Reviews of studies* (pp. 9- 38). Washington, DC: National Association of Social Workers.

Conte, Jon R. (1979). Helping groups of parents change their own children's behavior: A therapist's review of research. *Child and Youth Services, 2*(3), 1-13.

Conte, Jon R., Berliner, Lucy, & Nolan, Donna. (1980). Police and social worker cooperation in child sexual assault cases. *FBI Law Enforcement Bulletin, 49*(3), 7-10.

Madsen, Paula Sue, & Conte, Jon R. (1980). Single subject research in occupational therapy: A Case illustration. *American Journal of Occupational Therapy, 34*(4), 263-267.

Conte, Jon R., & McCoy, Linda. (1980). Teacher and social worker agreement on behavioral expectation of special children: A brief note. *Exceptional Children, 4*(8), 645- 646.

Conte, Jon R., & Levy, Rona. (1980). Problems and issues in implementing the clinical-research model of practice in educational and clinical settings. *Journal of Education in Social Work, 16*(3), 60-64.

Conte, Jon R., & Berliner, Lucy. (1981). Prosecution of the offender in cases of sexual assault against children. *Victimology: An International Journal, 6*(1-4), 102-109.

Conte, Jon R., & Berliner, Lucy. (1981). Sexual abuse of children: Implications for practice. *Social Casework, 61*(10), 601-606.

Conte, Jon R. (1982). Sexual abuse of children: Enduring issues for social work. In J. R. Conte, & D. Shore (Eds.), *Social work perspectives on child sexual abuse* (pp. 1-20). New York: Haworth Press.

Conte, Jon R., & Halpin, Teri. (1983). Current and future trends in family services. In A. Rosenblatt, & D. Waldfogel (Eds.), *Handbook of clinical social work* (pp. 1120-1142). San Francisco: Jossey-Bass.

Conte, Jon R. (1983). Home-based services to children and their families. In W. Meezan, & B. McGowon (Eds.), *Child welfare* (pp. 1171-1209). Itasca, IL: Peacock.

Conte, Jon R. (1984). Sexual abuse of children: A progress report. *Social Work, 29*(3), 258-263.

Conte, Jon R. (1984). The role of the justice system in responding to child sexual abuse. *Social Service Review, 58*(4), 556-568.

Conte, Jon R., Rosen, Carole, Saperstein, Leslee, & Shermack, Roberta. (1985). An evaluation of a program to prevent the sexual victimization of young children. *Child Abuse and Neglect: The International Journal, 9*, 319-328.

Conte, Jon R. (1985). The group care practitioner as a teacher of parenting. In F. Ainsworth & L. Fulcher (Eds.), *Group care practice with children* (pp. 239-267). New York: Methuen.

Conte, Jon R. (1985). The effects of sexual abuse on children: A critique and suggestions for future research. *Victimology: The International Journal, 10*(1-4), 110-130.

Conte, Jon R. (1985). Clinical dimensions of adult sexual use of children. *Behavioral Sciences and the Law, 3*(4), 341- 354.

Conte, Jon R., Rosen, Carole, & Saperstein, Leslee. (1986, Spring). An analysis of programs to prevent the sexual victimization of young children. *The Journal of Primary Prevention, 6*(3), 141-155.

Levy, Howard, Sheldon, Steve, & Conte, Jon R. (1986). Intervention programs for communities. In Mary Lystal (Ed.), *The violent home*. New York: Brunner/Mazel.

Conte, Jon R. (1986, Summer). Child sexual abuse and the family: A critical analysis. *Journal of Psychotherapy and the Family, 2*(2), 113-126.

Conte, Jon R. (1986). *Child sexual abuse*. Monograph published by the National Committee for the Prevention of Child Abuse.

Conte, Jon R. (1987). Child sexual abuse. *Encyclopedia of social work* (18th ed.).

Conte, Jon R., & Schuerman, John R. (1987). Factors associated with an increased impact of child sexual abuse. *Child Abuse and Neglect: The International Journal, 11*, 201-211.

Conte, Jon R., & Schuerman, John R. (1987). The effects of sexual abuse on children: A multidimensional perspective. Journal of Interpersonal Violence, 2(4), 380-391. (Reprinted 1988. In G. E. Wyatt, & G. J. Powell (Eds.), *Lasting effects of child sexual abuse*. Newbury Park, CA: Sage.)

Conte, Jon R. & Berliner, Lucy. (1988). The impact of sexual abuse on children: Empirical findings. In Lenore Walker (Ed.), *A handbook on sexual abuse of children* (pp. 72-93). New York: Springer.

Conte, Jon R. (1988). Research on prevention. In G. T. Hotaling, D. Finkelhor, R. Gelles, J. T. Kirkpatrick, & M. Strauss (Eds.), *Coping with family violence* (pp. 300-309). Newbury Park, CA: Sage.

Wolf, Stephen, & Conte, Jon R. (1988). Assessment and treatment of sexual offenders in a community setting. In Lenore Walker (Ed.), *A handbook on sexual abuse of children* (pp. 365-386).. New York: Springer.

Conte, Jon R. (1988). The effects of sexual abuse on children: Results of a research project. In Robert A. Prentky, & Vernon L. Quinsey (Eds.), *Human sexual aggression: Current perspectives* (pp. 310-326). New York: The New York Academy of Sciences.

Conte, Jon R. (1988). Structural reconciliation of therapeutic and criminal justice cultures. In Ann Maney & Susan Wells (Eds.), *Professional responsibilities in protecting children* (pp. 139-149). New York: Praeger.

Conte, Jon R., Wolf, Steven, & Smith, Tim. (1989). What sexual offenders tell us about prevention. *Child Abuse and Neglect: The International Journal, 13*(2), 293-302.

Berliner, Lucy, & Conte, Jon R. (1990). The process of victimization: The victim's perspective. *Child Abuse & Neglect, 14*(1), 29-40.

Gelles, Richard J. & Conte, Jon R. (1990). Domestic violence and sexual abuse of children: A review of research in the eighties. *Journal of Marriage and the Family, 52*, 1045-1058.

Conte, Jon R., & Fogarty, Linda. (1990). Programs for children on child abuse. *Education and Urban Society, (Special Issue), 22*(3), 270-284.

Conte, Jon R. (1990). The incest perpetrator: An overview and introduction. In Anne Horton (Ed.), *The incest perpetrator: The family member no one wants to treat* (pp. 19-28). Beverly Hills, CA: Sage. (Reprinted 1992. In A. W. Burgess (Ed.), Child trauma: issues & research (pp. 335-360). New York: Garland.

Conte, Jon R. (1990). Child sexual abuse. In Robert T. Ammerman, & Michael Hersen (Eds.), *Treatment of family violence: A source book* (pp. 50-76). New York: John Wiley & Sons.

Conte, Jon R., Sorenson, Erin, Fogarty, Linda, & Rosa, Julie Dalla. (1991). Validation of allegations of child sexual abuse: Results of a national survey. *Journal of Orthopsychiatry, 61*(3), 428-437.

Conte, Jon R., Collins, Mary, & Fogarty, Linda. (1991). National survey of professional practice in child sexual abuse. *Journal of Family Violence, 6*(2), 149-166.

Conte, Jon R. (1991). Nature of sexual offense. In Clive Hollin & Kevin Howels (Eds.), *Clinical approaches to sex offenders and their victims* (pp. 11-34). New York: John Wiley & Sons.

Conte, Jon R. (1991). Overview of child sexual abuse. A chapter in *Review of psychiatry* (Vol. 10, pp. 283-307). Washington, DC: American Psychiatric Press.

Conte, Jon R. (1991). Child sexual abuse: Looking backward and forward. In Michael Quinn Patton (Ed.), *Family sexual abuse: Frontline research and evaluation* (pp. 3-22). Newbury Park, CA: Sage.

Conte, Jon R. (1991) The therapist in child sexual abuse: The context of helping. *New Directions in Mental Health Services, 51*, 87-98.

Conte, Jon R. (1991). Believe the client slogans as miscommunication. *Journal of Interpersonal Violence, 6*(2), 243-245.

Conte, Jon R. (1992). Has this child been sexually abused? Dilemmas for the mental health professional who seeks the answer. *Criminal Justice & Behavior, (Special Issue), 19*(1), 51-73.

Berliner, Lucy, & Conte, Jon R. (1993) Sexual abuse evaluations: Conceptual and empirical obstacles. *Child Abuse & Neglect: The International Journal, 17*, 111-125.

Briere, John & Conte, Jon R. (1993). Self-reported amnesia for abuse in adults molested as children. *Journal of Traumatic Stress, 6*(1), 21-31.

Conte, Jon R. (1993). Sexual abuse of children. In Robert L. Hampton, et al., (Eds.), *Issues in children's and families' lives* (Vol. 1, pp. 56-85). Newbury Park, CA: Sage.

Conte, Jon R. (1994). Should children be required to participate in school programs to prevent molestation? In Mary Ann Mason & Eileen Gambrill (Eds.), *Debating children's lives: Current controversies on children and adolescents* (pp. 167-172). Thousand Oaks, CA: Sage.

Conte, Jon R. (1994). Child sexual abuse: Awareness and backlash. *The Future of Children, 4*(2), 224-232.

Conte, Jon R. (1995). Assessment of children who may have been abused: The real world context. In Tara Ney (Ed.), *True and false allegations of child sexual abuse*. New York: Brunner Mazel.

Conte, Jon R. (1995). Child sexual abuse as a health care problem. In *The encyclopedia of social work*. New York: NASW.

Berliner, Lucy, & Conte, Jon R. (1995). The effects of disclosure and intervention on sexually abused children. *Child Abuse and Neglect, 19*(3), 371-384.

**1987 Conference Presentations**

February 6, 1987.  Sexual Development, Abuse and Deviance: Implications for Treatment (workshop).  Youth Service Network of Lake County, Gurnee, IL.

March 26, 1987.  The Effects of Childhood Sexual Experiences on Child and Adult Victims (keynote) and The Effects of Programs to Prevent Sexual Victimization of Young Children (closing address). Cape Girardeau County Council on Child Abuse and Neglect, Cape Girardeau, MO.

May 9, 1987.  Sexual Molestation: Emerging Trends and Issues for Professionals (lecture).  Methodist Hospital, Gary, IN.

May 12, 1987.  Knowns, Unknowns, and Opportunities in the Investigation, Treatment, and Prevention of Sexual Abuse of Children (workshop).  Prince William County Department of Social Services, Manassas, VA.

June 2, 1987.  Child Sexual Abuse: Emerging Trends and Professional Responses (workshop).  The Menninger Foundation, Topeka, KS.

July 7, 1987.  What Offenders Teach Us About Prevention.   3rd National Family Violence Conference, Durham, NH.  .

July 11, 1987.  An Overview Of Prevention Research in Child Abuse (workshop) and Incorporating Research into Practice: Where Do We Go from Here? (closing address). Practitioner and Policymaker Conference, Family Violence Laboratory, University of New Hampshire, Durham, NH.

September 11, 1987.  Sexual Abuse of Children (workshop with M. J. Barrett). National Conference on Drug Use in Pregnancy in cooperation with the Illinois Department of Alcoholism and Substance Abuse, the Illinois Department of Children and Family Services, the Illinois Department of Public Health and the March of Dimes Birth Defects Foundation, Chicago, IL.

September 23, 1987.  Validating Children's Reports of Sexual Abuse: Policies, Practices and Techniques--Part I-II (workshop).  Child Sexual Abuse: Do Children Lie or Adults Misperceive?  You Be the Judge.  Sponsored by Alternatives to Sexual Abuse: Child Sexual Abuse: Assessment and Treatment, Portland, OR.

September 24, 1987.  Incest (chair, concurrent session).  Healing Interpersonal Violence, The Surgeon General's Northwest Regional Conference on Interpersonal Violence:  Making Health a Full Partner.  Sponsored by US Public Health Service Region X, Harborview Medical Center, National Institute of Mental Health, Washington Department of Social and Health Services, Seattle, WA.

October 15, 1987. Misdirect ions in Professional Responsibility (plenary session), Midwest Conference on Child Sexual Abuse and Incest sponsored by University of Wisconsin-Madison and Family Sexual Abuse Treatment, Inc., Madison, WI.

October 27, 1987. Emerging Issues (speaker) and Validating Allocations of Child Sexual Abuse: Conceptual Issues (speaker). The Adolescent Perpetrator, October Educational Conference. Sponsored by Allegan County Prevention of Child Abuse and Allegan County Stop Child Abuse Councils, Allegan, MI.

November 6, 1987. Problems and Opportunities in Professional Responses to Sexual Abuse (keynote). Sexual Victimization: Conference on Clinical Interventions in Sexual Abuse, sponsored by The Family Place and co-sponsored by Kent School of Social Work, College of Urban and Public Affairs, University of Louisville, Louisville, KY.

November 23, 1987. The Impact of Sexual Abuse on Children: Research findings (lecturer), American Medical Association Lectures in Medical Science, Chicago, IL.

December 4, 1987. New Research in Child Sexual Abuse. Sponsored by Incest Recovery Association, Professional Alliance Counseling & Consultation Center, Rape Crisis Program of the Women's Center of Tarrant County, Sunny von Bulow National Victim Advocacy Center, Tarrant County Junior College Multidisciplinary Institute for Child Sexual Abuse Intervention and Treatment, and Texas Department of Human Services, Fort Worth, TX.

December 5, 1987. Obstacles and Opportunities in Professional Responses to Child Abuse (workshop). Together We Make a Difference, First Annual Conference sponsored by the California Professional Society on the Abuse of Children, Costa Mesa, CA.

December 10-12, 1987. Conference on Research Priorities for Preventing Child Abuse and Neglect, sponsored by National Committee for Prevention of Child Abuse and Ohio Children's Trust Fund, Columbus, OH.

**1988 Conference Presentations**

January 15, 1988. Child Sexual Abuse and Mental Health: An Update (speaker). Saint Joseph Hospital, Regional Psychiatric Center, Elgin, IL.

April 1, 1988. Victim Sensitive Interviewing in Child Sexual Abuse--Fact or Fiction? (presenter). Partners in Case Work Excellence, 1988 DCFS All Workers Conference presented by The State of Illinois Department of Children and Family Services, Chicago, IL.

April 12-13, 1988. Sexual Abuse of Children: An Intensive Workshop (with Ben Mirtenbaum). Family Therapy Seminars: Treatment of Sexual Abuse co-sponsored by HCA Grant Center Hospital, Miami, FL.

April 30, 1988.  Evaluating Prevention: What Works? (presenter). The National Symposium on Child Victimization.  Sponsored by the Division of Child Protection, Children's Hospital National Medical Center of Washington, DC, Anaheim, CA.

May 23-24, 1988.  Validation of Allegations of Child Sexual Abuse (keynote), Impact of Child Sexual Abuse (workshop).  Child Abuse and Neglect:  Children at Risk, 7th Annual Conference sponsored by University of California-Davis, Sacramento, CA.

June 16-17, 1988.  Researchers and Service Providers--Making Partnerships (panelist) and Latest Findings on Offenders: How They Approach Children (speaker).  Prevention Connection III sponsored by the Child Assault Prevention Training Center of Northern California, Oakland, CA.

**1989 Conference Presentations**

February 24-26, 1989.  Effects of Empirical Findings (presenter), Chicago Society for Adolescent Psychiatry and Illinois Council of Child and Adolescent Psychiatry 23rd Annual Winter Weekend Meeting, Continuity and Change in Development, Fontana, WI.

March 3, 1989.  Prevention: Can It Be Done? (speaker with Anne H. Cohn), 5th National Symposium on Child Sexual Abuse, Huntsville, AL.

March 16-17, 1989.  Prosecution or Therapy: Australia's Chance to Get It Right (plenary) and Therapy for Victims and Their Families (workshop), Contemporary Issues in Child Abuse, Sydney, Australia.

March 19, 1989.  Prevention and Treatment of Child Sexual Abuse, a one day workshop conducted for the Queensland Centre for Prevention of Child Abuse, Brisbane, Queensland, Australia.

March 29, 1989.  Validating Allegations of Child Sexual Abuse: Consensus and Concerns (keynote speaker), Confronting the Question: Are Children Credible in Child Sexual Abuse Allegations?  A Morning Symposium, White Plains, NY.

March 30-31, 1989.  Society's Response to the Sexually Abused Child: A Seminar on Prevention and Intervention for the Helping Professions (two day seminar), Kansas City, MO.

April 6, 1989.  Recent Findings on the Effects of Childhood Sexual Experience on Adult Survivors (speaker); Psychiatry Grand Rounds, University of Massachusetts Medical School, Worchester, MA.

April 6, 1989.  Child Sexual Abuse: Validations of Allegations and Emerging Concepts in the Treatment of Child Victims (guest presenter), Central Massachusetts Area Health Education Center, Worchester, MA.

April 7, 1989.  The Many Dimensions of Child Sexual Abuse and Implications for Treatment (speaker); Child Sexual Abuse: Assessment, Treatment and Research 16th Annual Symposium for Students, Graduates, Faculty and Field Agency Staff, New York, NY.

April 21, 1989.  Validating Allegations of Sexual Abuse: Areas of Consensus and Concern (speaker); 4th Annual Clara Pope Willoughby Memorial Lecture in Child and Family Services, Austin, TX.

May 3-5, 1989.  Sexual Abuse Treatment: Directions and Misdirect ions (plenary), Validating Allegations of Sexual Abuse (workshop), 1989 East-Central US Conference on Family Sexual Abuse presented by Professional Training Institute of Indiana.

May 15-16, 1989.  New Research: Parents' Attitudes Toward Child Abuse Prevention (lecture), An International Conference on Child Abuse: Prevention Connection IV, Oakland, CA.

June 21-23, 1989.  (speaker) On Child Sexual Abuse in the Family, International Congress on Child Sexual Abuse, Groningen, De Oosterpoort, The Netherlands.

June 30, 1989.  Illinois Models for Multidisciplinary Investigation of Sexual Abuse (panelist).  Dealing with Children as Witnesses: A Seminar, Illinois Child Witness Project, Chicago, IL.

August 8, 1989.  New Research on Validating Cases of Child Sexual Assault (speaker). Protecting Our Children: A Special Challenge for Advocates, The 15th Annual North American Victim Assistance Conference, Chicago, IL.

August 11-15, 1989.  Moderators of Long-Term Symptomatology in Women Molested as Children (participant) and Amnesia in Women Molested as Children: Testing Theories of Repression (participant).  American Psychological Association 97th  Annual Convention, New Orleans, LA.

Sept. 14, 1989.  Overview of Victims and Victimization: Methods of Evaluating Reports of Child Abuse (speaker) and Video Taped Interviews: A Critical Review (panelist). Alexandria, VA.

**1990 Conference Presentations**

January 16-18, 1990.  The Backlash: What Can We Do About It?; Validation Issues; and Treatment of Victims.  The Texas Department of Human Services 8th Annual Child Sexual Abuse Conference, Arlington, TX.

January 17-20, 1990.  Responding to the Backlash: The Constructive Use of Controversy. Health Science Response to Child Maltreatment 1990 sponsored by The Center for Child Protection, San Diego, CA.

March 7-9, 1990. Validation Models: A Critical Analysis and Current Research on Preventing Child Sexual Abuse. The 6th National Symposium on Child Sexual Abuse presented by The National Children's Advocacy Center, Huntsville, AL.

March 27, 1990. Medical Complications of Adult Survivors of Sexual Abuse. Victims in crisis. Appleton Medical Center's Second Annual Focus on Gynecology and Fertility, Appleton, WI.

April 18, 1990. Children and Violence (keynote). Harriet Feinman Symposium: Children and Violence sponsored by Montefiore Medical Center's Child Protective Services Program, Bronx, NY.

May 7-8, 1990. Validating Allegations of Sexual Abuse; Sex Offenders: Who Are They?; and Treating the Long-term Effects of Sexual Abuse. 11th Annual Conference of Agencies and Organizations Serving Troubled Youth, Salt Lake City, UT.

May 10-11, 1990. Large Scale Evaluation of Prevention Programs: Understanding Children's Variations in Learning; What Do We Know and How Do We Know It?: Up-to-date Review of Research on the Effectiveness of Prevention Programs; and The Relevance of Children's Individual Successes. Beyond Prevention: The Future of Childhood sponsored by The Child Assault Prevention Training Center of Northern California, Oakland, CA.

May 17, 1990. Validating Sexual Abuse and Treatment of Survivors of Childhood Sexual Abuse. Focus on Sexual Abuse sponsored by Charter Barclay Hospital, Chicago, IL.

June 8-9, 1990. Validation Overview of Treatment: What Do We Know and What Don't We Know? 1990 Alaska Judicial Conference, Anchorage, AK.

July 2, 4, 6, 1990. Dealing with Child Sexual Abuse (seminar) Queensland Centre for Prevention of Child Abuse, Townsville, Cairns, Rockhampton, Queensland, Australia.

July 10, 1990. Children or Adults: Who to Believe? Children and the Law, Continuing Legal Education Department, Queensland Law Society, Brisbane, Queensland, Australia.

July 12-13, 1990. Dealing with Child Sexual Abuse (two day seminar). Queensland Centre for Prevention of Child Abuse, Brisbane, Queensland, Australia.

September 9-10, 1990. Counseling for the Child and Family. 22nd Roundtable Child Sexual Abuse, Washington, DC.

September 11, 1990. Clinical Assessment of Sexual Abuse and Treatment of Sexual Abuse Victims. The 21st Century Family: A Statewide Conference on Runaway and Troubled Youth, Florida Network of Youth & Family Services, Lake Buena Vista, FL.

September 19, 1990.  Victimization and Prevention.  Successful Interventions With Sex Offenders: Learning What Works, Washington State Institute For Public Policy, Seattle, WA.

October 18-19, 1990.  Changing The Future: Direction for the 90s (two day workshop).  Saskatoon Child Abuse Council, Saskatoon, Saskatchewan, Canada.

October 23, 1990.  Child Sexual Abuse: An Agenda for the Year 2001.  Family Sexual Abuse Project, 3rd Annual Conference, The Saint Paul Foundation, St. Paul, MN.

October 29, 1990.  Current Quantitative Measures for Crime- related Post-traumatic Stress Disorder.  6th Annual Meeting of the Society for Traumatic Stress Studies, New Orleans, LA.

October 31, 1990.  The Effects of Sexual Abuse (workshop) and Professional Responsibility:  Meeting the Challenge (keynote).  Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin-Madison and Family Sexual Abuse Treatment, Madison, WI.

November 3, 1990.  How To Use Expert Witnesses (panel presentation).  ABA 5th National Conference on Children and The Law, American Bar Association Center on Children and Law, Arlington, VA.

November 8, 1990.  Are We At Home With Violence?  Humanities Present: Current Ethical Issues in Debate Symposia Series, Portland State University, Portland, OR.

November 9, 1990.  Are We At Home With Violence?  A One Day Symposium for Helping Professionals.  Graduate School of Social Work, Portland, OR.

November 16, 1990.  Child Abuse Research: Are We Learning More But Doing Less?  Social Work '90: NASW's Meeting of the Profession, National Association of Social Workers, Boston, MA.

November 19-20, 1990.  Research on Validation of Abuse Cases and Research for Front Line Workers.  Networking for the Nineties, Tennessee Network for Child Advocacy, Nashville, TN.

## 1991 Conference Presentations

January 10-11, 1991.  Differential Impact of Sexual Abuse on Children. Research Workshop on the Prevention of Psychological Sequelae of Physical and Sexual Abuse in the Family, National Institute of Mental Health, Bethesda, MD.

January 18, 1991.  Clinical Errors in the Evaluation and Treatment of Sexual Abuse.  Clinical Consultation Groups, Harborview Sexual Assault Center and Eastside Sexual Assault Center for Children, Harborview Medical Center, Seattle, WA.

March 1, 1991. Child Sexual Abuse. Grand Rounds Department of Obstetrics and Gynecology, College of Medicine, The University of Tennessee at Memphis, Memphis, TN.

March 20 and 21, 1991. 3rd Annual Conference on Child Sexual Abuse, (two day workshop with Kee MacFarlane and Harry Elias), Tanager Place, Cedar Rapids, IA.

March 22, 1991. Validation of Allegations of Child Sexual Abuse: Current Research; Problems and Issues in Validating Allegations of Abuse; and Abuse-focused Therapy: Critical Issues in Therapy Relationships (with Lucy Berliner and Julie Lipovsky). 7th National Symposium on Child Sexual Abuse, Huntsville, AL.

April 12, 1991. Child Sexual Abuse: Its Effects on Survivors and Treatment (half-day workshop). Violence and Nonviolence: Family and Society, Iowa NASW Annual Symposium, Des Moines, IA.

April 29-30, 1991. Professional Intervention in Child Sexual Abuse (one-day), University of Alabama, Huntsville, AL.

May 29, 1991. Break the Silence! (keynote), Ina Maka Family Program, United Indians of All Tribes Foundation, Daybreak Star Cultural Center, Seattle, WA.

June 6-7, 1991. Preventing Sexual Abuse: Where We Have Been and Where We Should Be Going. National Center on Child Abuse and Neglect, National Child Maltreatment Prevention Symposium, Washington, DC.

June 13, 1991. Child Sexual Abuse: Finding Solutions Together (keynote) and Abusive Family Systems (lecture). First Indiana Conference on The Sexual Abuse of Children, Indianapolis, IN.

July 20, 1991. Dealing with the Backlash: An agenda for the Future (keynote), When Healers Hurt: Errors & Other Painful Experiences (workshop for survivors); and Common Clinical Errors in the Treatment of Adult Survivors (professional workshop). 1991 National Conference, Voices in Action, Inc., Chicago, IL.

August 27, 1991. Dynamics of Victimization and Child Development. Basic Training for Child Abuse Prosecutors, National Center for Prosecution of Child Abuse, Seattle, WA.

September 14, 1991. Abuse-Focused Therapy: Critical Issues in Therapy Relationships (with Lucy Berliner and Julie Lipovsky). Reaffirming Our Roots, 9th National Conference on Child Abuse and Neglect, Denver, CO.

September 20, 1991. Child Abuse Treatment as Prevention (with John Briere), 5th Annual Training Conference, San Diego Community Child Abuse Coordinating Council, San Diego, CA.

September 25, 1991.  Validating Allegations of Sexual Abuse, (keynote).  Governor's Conference for Prevention of Child Abuse and Neglect, Wichita, KS.

October 2, 1991.  The Victim and the Victim's Family.  The Unspoken Plea: A Community Awareness Program on Child Sexual Abuse, Federal Way, WA.

October 8, 1991.  Validating Allegations of Abuse: Research and Practice Issues.  Now What?  Successful Survivors of Child Abuse and Neglect, Spokane, WA.

November 5-6, 1991.  The Validation Process: Improving Practice, not Proving Abuse; and Issues for Ethical Practice.  Midwest Conference on Child Sexual Abuse and Incest, Middleton, WI.

November 8, 1991.  Knowledge and Practice in Child Sexual Abuse: Who Is Running the Train?  The Association for the Treatment of Sexual Abusers 10th Annual Research and Treatment Conference, Forth Worth, TX.

November 23, 1991.  Innovations in Clinical Treatment with Adult Survivors of Childhood Sexual Abuse.  25th Annual Association for Advancement of Behavior Therapy Convention, New York, NY.

**1992 Conference Presentations**

January 24, 1992.  Management of Transference in Therapeutic Relationships.  The San Diego Conference on Responding to Child Maltreatment 1992, San Diego, CA.

January 30, 1992.  Preventing Child Sexual Abuse.  What Do We Know?  The Open Window School Speaker Series, Bellevue, WA.

February 11, 1992.  Child Sexual Assault: Personal, Professional, Political.  Workshop presented by Victorian Association for Family Therapists with the support of Community Services Victoria and in association with Travancore Child and Family Centre, Flemington, Australia.

February 12-13, 1992.  The Effects of Child Sexual Abuse and the Importance of Treatment (keynote) and Validating Allegations of Child Sexual Abuse: A Model for Good Practice.  CSV Protective Services for Children and Young People Conference, University of Melbourne, Parkville, Australia.

February 21, 1992.  Transference/Countertransference: Managing the Self (with Kee MacFarlane).  8th National Symposium on Child Sexual Assault, Huntsville, AL.

March 2-5, 1992.  National Conference on Victimization and Recovery, Victoria, BC, Canada.

March 20, 1992. Countertransference Issues for All Professionals--How Clinical Error Interferes with Helping. CORSA Conference: Stopping Sexual Victimization Putting the Pieces Together, Buffalo, NY.

April 10, 1992. Childhood Sexual Abuse: Personal & Ethical Dimensions. The Summit County Child Abuse Prevention Project Presentation, Akron, OH.

April 22, 1992. Counseling and therapy for Sexual Assault Victims. King County Conference on Sexual Assault, Seattle, WA.

May 14, 1992. Childhood Sexual Abuse: Where Have We Been and Where Are We Going (keynote) and Countertransference in the Treatment of Violence. 1992 Tri-Discipline Conference, Anchorage, AK.

May 19, 1992. Validating Allegations: An End or a Beginning? and Countertransference in Child Abuse Dealing with the Self. The 20th Annual Child Abuse and Neglect Symposium, Keystone, CO.

June 9, 1992. Assessment and Validation of Sexual Abuse Disclosures Specifically for Presentation in the Court Setting. Region II Department of Health and Welfare Family and Children's Services Workshop, Moscow, ID.

July 11, 1992. Countertransference: Traps, Tasks, and Opportunities and When Healers Hurt: Errors and Other Painful Experiences in Therapy (with Nina Corwin). 1992 VOICES Conference, Chicago, IL.

August 18-20, 1992. Discussant at the APA Symposium, San Francisco, August, 1992: New Research on Child Abuse and Neglect: Victims and Perpetrators (with John Briere).

October 14, 1992. Child Abuse Ethics: What Are They? and Countertransference: Dealing with Our Own Issues in This Work. Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin-Madison, Middleton, WI.

October 15, 1992. Countertransference in Working with Sexually Abused Clients. Child Maltreatment: Applied Clinical Interventions--A 1992 Training Institute, Alberta Children's Hospital, Calgary, Alberta, Canada.


**1993 Conference Presentations**


January 26, 1993. Abuse Focused Therapy: Critical Issues. The San Diego Conference on Responding to Child Maltreatment 1993, San Diego, CA.

March 1, 1993.  How Can You Tell If There Has Been Child Abuse? 20th National Conference on Juvenile Justice.  National Council of Juvenile and Family Court Judges, Seattle, WA.

March 4, 1993.  Where Have We Been - Where Are We Going - Responding to Child Maltreatment in 2002.  First Annual Children's Justice Conference, Seattle, WA.

March 29, 1993.  Validating allegations: An End or a Beginning. 9th Annual Training Symposium.  Georgia Council on Child Abuse, Inc., Atlanta, GA.

April 5, 1993.  Validating Allegations of Abuse (keynote). Victims of Violence: Diagnosis and Treatment Issues. University of Iowa Hospitals and Clinics, Iowa City, IA.

April 19-20, 1993.  She Hasn't Told Anyone Yet So She Must Like It and If You Tell, I'll Go to Jail.  Australian  Protective Services Branch, Melbourne, Australia.

April 21, 1993.  Validating Child Sexual Abuse Notifications, Ongoing Work with Children and Families Where Child Sexual Abuse Has Occurred, and Responding to the Needs of the Child in Situations of Sexual Abuse.  Australian Protective Services Branch, Geelong, Australia.

April 23 & 26, 1993.  Nobody Will Believe You If You Tell. Australian Protective Services Branch, Geelong and Wangaratta, Australia.

April 27, 1993.  If You Tell Your Mother It Will Kill Her. Australian Protective Services Branch, Wangaratta, Australia.

May 3, 1993.  Keeping Secrets and I Was Only Teaching Her About Sex.  Australian Protective Services Branch, Wangaratta, Australia.

May 12, 1993.  Ethics, Expertise and Effectiveness in the Courtroom.  King Eastside Division of Children & Family Services Training Session, Bellevue, WA.

June 25-26, 1993.  The Therapy Relationship in Child Abuse Cases (with Kee MacFarlane) and The Use Of Mental Health "Syndromes" In The Prosecution And Defense Of Child Abuse Related Crimes (with Stephen Komie and Patricia Toth). First National Colloquium of the American Professional Society on the Abuse of Children, Chicago, IL.

October 5, 1993.  Current Knowledge and Mental Health Practice in Cases of Child Sexual Abuse and The Therapy Relationship in Child Abuse Cases.  The 5th Mental Health Institute, The Kentucky Department for Mental Health and Mental Retardation Services, Louisville, KY.


**1994 Conference Presentations**

January 14, 1994.  Ethical Considerations in Handling Child Maltreatment Cases.  4th Annual TEAM: Time for Effective Action on Maltreatment of Minors Conference, Bloomington, MN.

February 18, 1994.  The Therapeutic Relationship and the Survivor of Child Sexual Trauma: Critical Issues (with Nina Corwin). Charter Barclay Hospital Symposium to Benefit VOICES, Chicago, IL.

April 20-22, 1994.  Special Cases: Child Abuse Allegations in Custody Disputes.  1994 Superior Court Spring Conference, Olympia, WA.

April 26, 1994.  Child Abuse Ethics: Results of a National Survey (with Sandy Shrager). 2nd Annual Children's Justice Conference: An Advanced Training in Child Sexual Abuse, Bellevue, WA.

May, 4-7, 1994.  Assessing and Treating Psychological Maltreatment (with Marla Brassard and Stuart Hart), The Scientific Basis for Expert Psychological Testimony Regarding Child Sexual Abuse (with John E. B. Myers, Lucy Berliner, and Benjamin E. Saunders), and Ethical Issues in the Professional Response to Child Maltreatment (with Kee MacFarlane). 2nd National Colloquium of the American Professional Society on the Abuse of Children, Cambridge, MA.

June 23, 1994.  Answering the Battered Child Defense.  Washington Association of Prosecuting Attorneys' Summer Training Program, Lake Chelan, WA.

August 5, 1994.  Keynote Speaker:  Challenges in the Past, Challenges in the Future: Personal and Professional Ethics for Child Abuse Prevention Professionals.  The Child Abuse Prevention Council of Ogden: Preserving the Innocence of Children, Ogden, UT.

August 7, 1994.  The State of the Sexual Abuse Survivor Movement. VOICES in Action, Inc.  12th Annual Conference, Surviving Against All Odds: Resiliency in Action, Northbrook, IL.

September 16, 1994.  Ethical Concerns for the Therapist.  WSTLA Legal Education Seminars:  "Legal Issues Facing Mental Health Professionals," Seattle, WA.

November 5, 1994.  Child  Abuse Effects: Methodological and Clinical Issues.  11th International Conference on Dissociative States, Chicago, IL.

## 1995 Conference Presentations

January 18, 1995. Ethical Issues and Current Practice Dilemmas. The National Resource Center on Child Sexual Abuse, Course I of the Advanced Training, Interviewing, Initial Investigation, and Assessment, Huntsville, AL.

January 24 - 25, 1995. Unrecognized Conflicts of Interest in the Therapy of Abused Children: Issues in Countertransference, and The Expert Witness in Court, Part II of II: Direct and Cross Examination of the Mental Health Expert Witness (with Braunstein and Toth). Children's Center for Child Protection, Children's Hospital-San Diego, 1995 San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

May 8, 1995. Clinical and Methodological Issues in Research on the Effects of Childhood Sexual Abuse. European Society for Traumatic Stress Studies, Fourth European Conference on Traumatic Stress, Paris, France.

May 18, 1995. Where Have We Been, Where are We Going? Children's Institute International, A Multi-professional Symposium on Child Protection, "Sharing the American Experience: Implications for Local Practice," Craigavon, Co. Armagh, Ireland.

June 9, 1995. Plenary Session: The Abuse Excuse: Limits of the Child Abuse Defense (with Jacqueline Campbell and John E. B. Myers). American Professional Society on the Abuse of Children Annual Colloquium, Tucson, AZ.

July 13 & 20, 1995. Evaluating Children's Claims: Child Development, Children's Memories and the Uses and Abuses of Expert Testimony (with Lucy Berliner and Gail S. Goodman).State of New York Family Violence Task Force , Judicial Seminars on Child Sexual Abuse, Tarrytown, NY.

September 18-19, 1995. Ethical Issues and Current Practice Dilemmas. Giaretto Institute, International Child Abuse Treatment & Training Programs, Statewide Multidisciplinary Interview Team Conference, San Jose, CA.

September 29-30, 1995. Countertransference in the Treatment of Trauma, and False Memory Syndrome: An Analysis of the Research Evidence. Family Violence & Sexual Assault Institute, 6th National Conference on Abuse, Trauma, and Dissociation, Austin, TX.


**1996 Conference Presentations**


March 29, 1996. Discussion and Debate on Ethical Issues in the Field of Sexual Abuse, National Children's Advocacy Center, Twelfth National Symposium on Child Sexual Abuse, Huntsville, AL.

April 11-12, 1996. Counter-transference: The Impact on Clinicians and Investigators and Repressed Memory: Do's and Don'ts of Interviewing, The Child Sexual Abuse Conference

Committee in Association with the Virginia Chapter of the American Professional Society on the Abuse of Children , The Sixth Annual Advanced Legal and Treatment Issues in Child Sexual Abuse, Virginia Beach, VA.

April 16, 1996. Memory Law and Clinical Practice and Transference and Countertransference in the Treatment of Trauma, Prevent Child Abuse North Carolina, The 17th Annual Statewide Conference on Child Abuse and Neglect, Greensboro, NC.

May 4, 1996. Memory, Pseudo-Memory, Psychotherapy and the Law, Family & Juvenile Law Section, Oregon State Bar, 1996 Spring conference, OR.

May 17, 1996. Memory and Clinical Practice: Misdirect ions in the Current Debate, Seattle Forensic Institute, Sexual Abuse and Its Recollection: Current Implications for Testimony and Therapy, Seattle, WA.

June 26-28, 1996. Confidentiality: What Does it Mean for Attorneys and Clinicians? (with Ann Haralambie); The Basis for Expert Testimony in Child Abuse Litigation: Principles and Practice Guidelines (with Benjamin Saunders, Robert M. Reece, and Ryan Rainey); Treating Adult Survivors: Special Aspects of the Therapeutic Relationship (with Veronica Abney). American Professional Society on the Abuse of Children, 4th National Colloquium, Chicago, IL.

July 26-28,1996. The Law and Psychotherapy: Research Implications of the Memory Debate, University of New Hampshire Family Violence Research Lab, Trauma and Memory: An International Research Conference, Durham, NH.

September 17, 1996. Countertransference in Child Abuse Interventions -- Part I and II, (with Kee MacFarlane). University of Wisconsin-Madison with Family Sexual Abuse Treatment, Inc., 12th Annual Midwest Conference on Child Sexual Abuse and Incest, Middleton, WI.

**1997 Conference Presentations**

January, 1997. Impact of Countertransference on the Therapist in the Treatment of Trauma; and Managing Memory for Abuse: Issues for the Psychotherapist, 1997 San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

April 1, 1997. Current Issues in Child Sexual Abuse Practice (keynote), and Managing Countertransference Reactions in Trauma-Specific Psychotherapy (workshop), 5th Annual Children's Justice Conference, Meydenbauer Convention Center, Bellevue, WA.

April 26, 1997. Creating a False Memory (invited symposium), Western Psychological Association, Red Lion Hotel, Seattle, WA.

July 24-27, 1997.  Managing Memory in Psychotherapy, and Countertransference in the Treatment of Trauma (workshop, with Nina Corwin); Adult Survivors in the Media (workshop). From Fear to Freedom, Voices in Action, San Francisco, CA.

**1998 Conference Presentations**

October 6-9, 1998.  Managing Transference and Countertransference (with Kee MacFarlane); Therapists' Guide to Recovered Memory: Myths, Science, Practice, and Malpractice (with Karen Olio); and Victims in the Media: Implications for Practice, Policy, and Advocacy.  Midwest Conference on Child Sexual Abuse and Incest, Madison, WI.

**1999 Conference Presentations**

January 27, 1999.  Managing vicarious trauma.  The San Diego Conference on Responding to Child Maltreatment, The Center For Child Protection, San Diego, CA.

April 7, 1999, Vicarious trauma and memory management, day long workshop, A Wake Up Call: Mobilizing Community response to Child sexual Abuse, 1999 Sexual Abuse Conference, Fayetteville, Arkansas.

June 25, 1999.  Trauma: legal and clinical issues surrounding the recovery of early childhood abuse.  National Seminar on Mental Illness and the Criminal Law, Washington.D.C.

July 22-24, 1999.  The clinical management of countertransference, vicarious traumatization, and trauma treatment. Summer Seminars by the Sea, Center for Child Protection, , San Diego. CA.

October 8, 1999 The chilling impact of the memory debate (keynote) & The clinical management of vicarious trauma (workshop) at Caring Communities: Creating a Brighter Future for Our Children, Seventh New Jersey Conference on Child Abuse and Neglect, East Brunswick, New Jersey.

October 11-14, 1999.  Accommodations and misaccommodations in the memory wars (keynote) and clinical management of vicarious trauma Part 1 and 2. 15th Annual Midwest Conference on child Sexual Abuse, , Middleton, Wisconsin.

## 2000 Conference Presentations

May 12, 2000.  The clinical management of vicarious trauma, counter transference and trauma treatment (day long workshop), The BC Association of Social Workers Annual Symposium, Vancouver, British Columbia.

July 12-15, 2000. Managing vicarious trauma (with veronica Abney), 8th Annual APSAC Colloquium, Chicago, Illinois.

October 23 – 26, 2000. The Clinical Management of Counter transference, Vicarious Trauma, and Trauma Treatment, Part I and II and Ethical Issues in Child Abuse Practice, 16th Annual Midwest Conference on Child Sexual Abuse and Incest, Middleton, Wisconsin.

## 2001 Conference Presentations

January 22-26, 2001. Vicarious Trauma: Managing the Work and Staying the Course (keynote), Critical thinking in treatment of sexual abuse (chair), Countertransference and vicarious trauma part I and II (workshop), Stress management workshop for law enforcement and law enforcement Supervisors. 15th San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

January 26, 2001. Vicarious trauma, Breakfast with the Child Abuse Experts, Child Abuse Council, San Diego, CA.

## 2001 Conference Presentations

January 22-26, 2001. Vicarious Trauma: Managing the Work and Staying the Course (keynote), Critical thinking in treatment of sexual abuse (chair), Counter transference and vicarious trauma part I and II (workshop), Stress management workshop for law enforcement and law enforcement Supervisors. 15th San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

January 26, 2001. Vicarious trauma, Breakfast with the Child Abuse Experts, Child Abuse Council, San Diego, CA.

December 7, 2001. Counter transference in psychotherapy withy underserved populations. 17th Annual Meeting, The International Society for Traumatic Stress Studies, New Orleans, Louisiana.

## 2002 Conference Presentations

February 2, 2002. Practice and personal life of social workers. Department of Social Work, VA Puget Sound Health Care System, Seattle, WA 98108.

March 6 – 8, 2002. The Clinical management of counter transference, vicarious trauma, and trauma treatment, Part I and II and The clinical uses and management of empathy. 1st Annual Eastern Conference on Child Sexual Abuse Treatment, Arlington, Virginia.

July 20, 2002, Delivering trauma-specific therapy: managing the challenges (with Lucy Berliner) Prevent Child Abuse Georgia's 18th Annual Training Symposium, Atlanta, Georgia.

July 9, 2002. Plenary address, Present state of assessment and treatment in the field (with Lucy Berliner), 14th International Congress on Child Abuse & Neglect (ISPCAN), Denver, Colorado.

October 24, 2002. Overview of Trauma Research – Non-offending Parents. Summit on Children and The Courts, Massachusetts Citizens For Children, Boston, MA.

May 31, 2002. Managing Vicarious Trauma, 12th Annual Colloquium, American Professional Society on the Abuse of Children, New Orleans, LO.

## 2003 Conference Presentations

January 18, 2003. Managing the therapeutic relationship: empathy, counter transference, vicarious trauma, and listening. The Child Abuse Prevention and Counseling Society of Greater Victoria and Mary Manning Center, Victoria, Canada.

August 11 – 14, 2003. Understanding and Preventing Childhood Sexual Experiences (Conference Presentation and Understanding Childhood Sexual Abuse: The American Experience (one day workshop Child Welfare Bureau Ministry of Interior R. O. C. Bureau and Garden of Hope Foundation, University of Taiwan, International Conference Room, Taipei and Kooshung, Taiwan.

## 2004 Conference Presentations

September 22, 2004, Sexual Abuse by Catholic Priests: Effects of Victims and Communities, XV ISPCAN International Congress on Child Abuse and Neglect, Brisbane.

## 2005 Conference Presentations

April 7, 2005, Managing the Therapeutic Relationship, Eastern Child Sexual Abuse Conference, University of Wisconsin, Washington. D.C.

April 20, 2005. Managing Vicarious Trauma: Tips for Professionals in the Child Welfare System. Experts in Child Abuse and Neglect Lecture Series, New Jersey Care Institute, Trenton.

October, 4, 2005. Strengths: Much To Do About Nothing?, Sarett Rosenstein Lecture, School of Social Work, University of Kentucky, Lexington.

October 5, 2005. The State of Research on Violence Against Women: A National Perspective, Building Kentucky's Research Community, Center for Research on Violence Against Women, University of Kentucky, Lexington.

October 19, 2005.  The Therapeutic Relationship: Empathy, Counter Transference, Vicarious Trauma, and Listening I and II, Midwest Conference of Child Sexual Abuse, University of Wisconsin, Madison.

November 8 and 9, 2005.  Ethical and Critical Incident Decision Making in Child Abuse Practice and The Therapeutic Relationship: Empathy, Counter Transference, Vicarious Trauma, and Listening, West Virginia Children's Justice Task Force, Charleston and Morgantown.

November 17, 2005.  Managing Vicarious Trauma, Asian Regional Conference Child Abuse and Neglect, Singapore.

November 21 – 22, 2005, Definitions, Incidence, and Effects of Child Abuse and Victims Services, All China Workshop Child Abuse and Neglect, UNICIF and All China Women's' Federation, Xian.

**2006 and later Conference Presentations**

April 8, 2006. Vicarious Trauma – What it is, how it impacts us and how to manage it, The Irish Forum for Child and Adolescent Psychoanalytic Psychotherapy, Dublin, Ireland.

September 3-6, 2006. Enhancing professional competence: lessons learned from lawsuits and Learning to manage the impact of child abuse work on our personal life. XVI ISPCAN International Congress on Child Abuse and Neglect, York, United Kingdom.

February 16, 2007.  Child sexual abuse: looking back, taking stock, and moving forward.  St. Clare's Unit, Children Hospital, Temple Street and St. Louise's Unit, Our Lady's Children's Hospital, Dublin, Ireland.

March 30, 2007.  Lessons learned and lessons to learn and Managing Vicarious Trauma. Children Exposed to Violence 2007 Annual Conference, Child Abuse Council of Mississippi Valley Child Protection Center & Safe From The Start, Bettendorf, Iowa.

July 17-18, 2007. Lessons Learned and Lessons to Learn: Thirty Years of Child Abuse History, Critical Aspects of Sexual Abuse, and Countertransference.  IX Congreso Latinoamericano, Bogotta, Columbia.

January 24-29, 2010Managing the relationship between the professional and personal life" empathy, counter transference, vicarious trauma, and listening and Understanding and managing ethically difficult child abuse situations, 24 Annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

October 18, 2010.  Looking Back to Look Forward: Forty Years of Research on Childhood Sexual Abuse (Keynote) and Ethical and Critical Decision Making in Child Abuse Practice (3 part workshop), 26th Annual Midwest Conference on Child Sexual Abuse, Madison, Wisconsin.

October, 30, 2012. Difficulties in Developing a Child Abuse Policy: Suggestions for a Solution, Symposium on Child Protection, Depart of Social Work and Social Administration, University of Hong Kong, Hong Kong China

October 31, 2012. Difficulties in Developing a Child Abuse Policy: Suggestions for a Solution, Symposium on Child Protection, Department of Social Work, Renmin University of China, Beijing, China.

January 28, 2013. Child Abuse Ethics: Basic Principles of Reflective Practice and Analyzing Complex Ethical Cases (with David Corwin) 27th Annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

January 29, 2013. Countertransference in Psychotherapy, 27th Annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

March 18, 2013. Looking Back to Look Forward: Forty Years of Practice in Child Sexual Abuse (Keynote), 29th National Symposium on Child Abuse, Huntsville, AL.

April 16, 2013. Forensic Use of Clinical Records: Buyer Beware (Keynote), Advancing Forensic Practice: Promoting Innovation Worldwide (Keynote), National Organization of Forensic Social Work, Annual Conference, Seattle, WA.

May 2, 2014. Looking Back to Look Forward: A History of Childhood Sexual Abuse (keynote), Vicarious Trauma (workshop), 32nd Annual Child Abuse Symposium, Santa Clara County Child Abuse Council. San Jose, CA.

July 14, 2014 Working with Traumatized People (Plenary), Managing he Relationship Between Personal Lives: Vicarious Trauma Basics, (workshop), and Caring for Those Amongst Us With Trauma Histories, (public lecture), High Altitude Family Violence Summer Conference, The Family Violence Institute at Northern Arizona University, Flagstaff, AZ.

**Appendix 1**

**Case List Per Federal Rules**
**Partial list - Testimony**

Jon R. Conte

Marion Jacobi v. Alfred Rechberger, ARC Partners, et. al., In the State of New Hampshire, 95-C-482.

Donald and Pauline Brownlee v. Sunnyside School District, Superior Court of the State of Washington in and for the County of Yakima, No. 92-2-00844-0.

Jeffrey Neff, a minor, by and through Steve Hager, his Guardian, et. al. Plaintiff vs. Bellingham School District No 501 et al, Defendants, No 91-2-00969-1, Whatcom County, (1995-97).

Alice Clemons, Plaintiff vs. Susan Love, PhD, et al, Defendants, No 95-2-01250-9, Kitsap County, (1996-97).

Ronnie Schuster and Danny Schuster, Minors, by and through their Next Friend and Mother, Roberta Schuster, Plaintiffs, v. Thomas B. Buchan and Loretta E. Buchan, Defendants, District Court, County of El Paso, State of Co, 93-CV-222171, Division 10.

Michelle Renee Brown, a minor by and through her guardian, John Challey and Debra Luse v. State of WA, Clark County Wa, 95-2-00675-6

Christina Griffin vs. West Rv., Inc. d/b/a Trammell Crow Residential Services, a Texas Corporation and Anthony Wayne Spencer, Superior court of State of WA and County of King, 96-2-09907-4SEA

Elaina Sealander, Plaintiff, vs. Brooks Bouillon, Jr., Defendant, Superior Court of State of Washington In and for the County of King, 95-2-27891-4.

Sandra Burlingham Estep and James Estep and Sandra Burlingham Estep as GAL of Cara Estep, a minor v. Kent School District and Doug and Cindy Herbig, parents of Heather Herbig, Superior Court of Washington and King County, No. 96-2-14003-1KNT.

Rebecca Elizabeth Champney, by Larry Marvin Champney as next friend - and - Larry Marvin Champney, Plaintiffs vs. Kathleen Coulborn Faller, et. al. separately and individually Boards of Regents of University of Michigan, Defendants. In Circuit Court For the County of Washtenaw, 95-4760-CK.

State of New Hampshire vs. Joel Hungerford

Danna Torrell vs. The Oz Nightclub: Club DVS, Entertainment Unlimited, Inc.  Superior Court of the State of Washington in and For King County, 96-2-19697-5.

Son G. Doe, Daughter G. Doe, Plaintiffs vs. Hugh Castell, M.D. and Sandra Coffey, husband and wife, and the marital community thereof, Defendants, Superior Court of the State of Washington in and For King County, 96-2-33031-ISEA.Melissa Stevens, a minor, by and through Echo Neal her mother, et. al. Plaintiffs, vs. John Stanford, Superintendent , and the Seattle Public Schools, defendants Superior Court of the State of Washington in and for King County, C97-982.

Jane Doe 1, et al., Plaintiffs, vs. Boulder Valley School District, Re-e, et al., Defendants In the United States District Court, District of Colorado, 98-D-626.

Linda Lee Campos, Plaintiff, vs. Good Samaritan Hospital, et al, Defendants, Superior Court of the State of Washington in and for the County of Pierce, 97-2-06446-1.

Bobbie Jean Harrison as guardian of Lindsey DeBartolo, a minor vs.Wee Lambs Day Care Center, et al, Superior Court of the State of Washington In and For County of Spokane, 95-2-02396-1, May 5 and May 14, 1999.

Cindi L. Bodle, a single woman; Kelsi Bodle, Catilyn Bodle by and through their guardian ad litem, Patricia L. Morgan Plaintiffs vs Steve Hawley and Shani Hawley, his wife et al. Superior Court For the State of Washington in and for the County of King, 98-2-07510-4 KNT.

Sabrina Whaley, personally and as guardian for Sergi Whaley-Taub, Plaintiffs, v. State of Washington, Department of Social and Health Services; Bill Mix and Jane Doe Mix, husband and wife and the marital community composed thereof, Defendants, Superior court of Washington for King County, No. 95-2-09938-6-SEA.

Jay Caulfield, a single man, Plaintiff, vs. State of Washington, Department of Social and Health Services; Kitsap County Area Agency on Aging/Senior Information Assistance; and James Robert Sellars, III, a single man; Defendants.  In the Superior court of State of Washington in and for the County of Kitsap, No. 98-2-01915-0.

Christina L. Brown, et al., Plaintiff(s) vs. Martin Shaw Pang, et al., Defendants, Superior Court of Washington, King County, 96-2-32959-2 SEA, 98-2-06412-9 SEA.

Damon Beckman, et. al. v. The State of Washington, Department of Social and Health services, et. al., Superior Court of Pierce County, 98-2-05579-6

David and Judy Ryckman as Guardian for A.B., a minor v. State of Washington et al. Superior Court of State of Washington County of Spokane, Spokane County Cause No. 99-2-02256-9.

Margaret White, personally and as guardian of Pamela E. Manweiler, Plaintiff vs. The Yakima Valley School, DSHS and State of Washington, Defendant.  Superior Court of the State of Washington in and for the county of Yakima, 97-2-03154-0.

Richard L. Gilliam, a single person, Plaintiff vs. State of Washington, DSHS, CPS, Ann Morrow and Jane Doe Morrow, husband and wife and the marital community composed, Defendants. In the Superior Court of the State of Washington in and for the county of King, 86-2-18432-5.

Tyjuana J. Valley, Plaintiff, v. Robert Earl Rollins and the Department of Social and Health Services, Defendants. In Whatcom County Superior Court of Washington, 98-2-01420-9.

Freddie Roberts, Plaintiff, vs. St. Mary Medical Center, a Washington Corporation, and Raymond Bankes, individually, Defendants. In Superior Court of the State of Washington in and for Walla Walla, 97-2-00051-4.

Michael Popham, a minor child, by and through his guardian and parent, Kim Parsons; and Kim Parsons, individually, Plaintiffs vs. State of Washington, Department of Social and Health Services and Catholic Community Services, defendants. In Superior Court of the State of Washington in and for the County of Whatcom, 98-2-01918-9.

William Petry, III and Brandin Petry, as guardian and next of friend of Jane Doe, a minor, Plaintiffs, vs. Aramark Educational Resources, Inc., Defendant. In the Circuit Court for Davidson County, Tennessee at Nashville, Docket No, 99C-2380.

Carly D. Godden, plaintiff, vs. Librado Sanchez, Grace Ministries, a/k/a Columbia Basin Ministries, Defendants. In the Superior Court of the State of Washington in and for the County of Spokane, 99-2-00978-5.

Jeffrey L. Tolman, as Guardian for Joseph Scott Collins, Plaintiff v. State of Washington Department of Social Services, et. al.. In the Superior court of the State of Washington In and For the County of Kitsap, 99-2-02026-1.

Kelly O'Brien, as guardian for Tyler O'Brien, a minor child, and Kelly O'Brien, in his individual capacity, Plaintiffs, v. State of Washington, Defendant. In Superior court of the State of Washington For King County, 99-2-19569-8SEA.

DJL, Plaintiff vs. Theodore I. Marmo, Harold Quigg; Corporation of The Catholic Archbishop of Seattle, Superior Court of Washington for Thurston County, 00-2-00600-1.

John Gertog, as Guardian on behalf of Sarah A. Hendricksen, a minor Plaintiff vs. City of Seattle, King County and Barry Lee Krantz, Defendants. Superior Court of the State of Washington in and For the County of King, 94-2-33347-0-SEA.

Joseph Greene and Laurie Greene, husband and wife and Laurie Greene as Guardian Ad Litem for Lisa Greene, a minor , Plaintiffs, vs. Department of Child and Family Services, Bob Dahlstrom and Margo Coad, Defendants. In the Superior Court of the State of Washington In and For the County of King, 99-52554-OSEA.

Michael J. Berrigan et al, Plaintiffs v. Clover Park School District, Superior Court of Washington State For Pierce County, 00-2-04594-3.

Adrian A. Keith, Plaintiff, vs. Olympia Kiwanis' Boys Ranch et al., United States District Court for The Western District of Washington at Tacoma, CO1-6298FDB.

William Petry, III and Brandin Kaye Petry, as guardian and next of friend of Jane Doe, a minor, Plaintiffs, vs. Aramark Educational Resources.. Defendants, Fifth Circuit Court For Davidson County, Tennessee. No. 99c-2380.

Sally Doe, by her Next Friend, Mother Doe 1; Jane Doe by her Next Friend, Mother Doe 2, And Mary Doe, by her Next Friend, Mother Doe 3, Plaintiffs, vs. Warren Consolidated Schools, et. Al., Defendants, United States District Court, Eastern District of Michigan, Southern Division, Case No. 00-72956.

Cunningham v. Washington, Us District Court/Tacoma, CO 1 5611RJB

Tamara Jordon and Steve Jordan, wife and husband, Plaintiffs, v. State of Washington, Defendant. Superior Court of the State of Washington In and For The County of Chelan, 00-2-00010-8.

Braam et al v. State of Washington, Whatcom No. 98-2-01270-1.

Sonya Riley-Clifton, individually and as guardian of the person and estate of J.C., a minor, Plaintiffs v. William J. Hudak, and State of Washington Department of Corrections, Defendants. Pierce County, 01-2-05996-9.

Marcene Rolle, by and through her legal guardian, Kenneth Curry, Plaintiff, vs. Joan Kimball and John Doe Kimball, et al, Defendants. King County, 01-2-09132-8KNT

Kent and Jennifer Johnson vs. Catholic community Services, Thurston County, 00 2 00326-6.

Fred Brown and Cynthia Brown v. Tim Solomon et al., Superior Court of Washington for the County of Okanogan, 96-2-00450-4

Kristy Lundgren v. Donald Sult v Sonya Sult, Superior Court of Washington for the County of Snohomish, 00-2-05654-9

Susan Franklin, on behalf of her minor daughters et al v. Donald Chris Walker, Superior Court for King County, 02-2-00488-1.

Alana C. Davis v. James A. Beringer, Superior Court of Washington for King County, 02-2-10371-5 KNT

David Martin and Shane Martin v. City of Seattle and Alaska Cargo Transport, County of King, 02-2-00439-3 SEA

Justine Rhodes v. Second Chance, County of King, 01-2 32497-7SEA

Raechel Reynolds, a single person, Plaintiff, vs. Steilacoom Historical School District and David Olson, Defendants. County of Pierce, 01-2-10246-5.

DeVoss v. Moore and big Brothers, Lake County, 00 L 363

Jermaine Jones vs. Andrea Hooks and Valley Cities, King Country, 03 2 20013-1

Michele Paxton, Ernest Paxton, Scarlett Paxton vs. Riverview School District No. 407, King Country, 03-2-26306-1 SEA

Cloud v. Seattle Public Schools, King County, 96-2-01134-7 SEA

Morgan Rockey v. Tahoma School District, 03-2-07889-1 KNT

S.H. v. Corporation of the Catholic Archbishop of Seattle, 03-2-22008-7SEA

Witt v. Ware, C04-5139FDB

Adrienne Karpov, Mia Clithero-Karpov v. Daniel and Center for Global Awakening, King County 03228335-5

DWJ vs Corporation of the Catholic Archbishop of Seattle, King County, 04-2-11164-1

Hoisington and Hoisington v. State of WA, Stevens County, 00-2-00381-0

Dorothy and Eric Beckwith and on behalf of Christina Beckwith v. Wenatchee School District, Chelan County, 04-2-0172-7

Diana Jensen and Gerald Jensen, Craig and Karent Lingard, Kimberli Lingard et al vs. State of WA. Thurston County, 05-2-01388-2

Kenneth Fleming and John Doe vs. Corporation of the Church of Jesus Christ of Lattter-Day Saints, US District Court, Western District of WA, 04-2338 RSM

Knutson vs. Wahluke School District, Eastern District of Washington, CV-05-3099-EFS

Bushman v. Kennaugh, King County, 05-2-19498-7 SEA

CMJ V. Kitsap County and Christine Kleinfelder, Pierce County 05-2-11348-6

Robb S. K. v. Corporation of Catholic Archbishop, King County, 05-2-20616-5 SEA

Doe v. Elwood Public School District, District Court of Nebraska, 7:04CV05011

Bobby Grondin v. State of Washington, DSHS, King County 06-2-18331-2SEA

83491971v.1

SG and SH v. Kiwanis et al, Thurston County, 07-2-00792

Shayla Harris vs. State of WA DSHS, King County, 06-2-27638-2-SEA

Collina Lowe-Colbert vs. James Milton Humphreys and Multicare Health System, Pierce
County, 06-2-1093-7

\*\*\* Cases above this point from a backup file. There may be a break in cases due to a digital file
error.

State of WA v. Dwayne Myatt-Perez, King County 07-1-07689-8 SEA

J.C. Individually v. State of Washington, Pierce County, 08-2-12639

Ken Hanes v. Corporation of Archbishop of Seattle et al., King Country, 08-2-17522-7

AG, DF and JJ v. Corporation of the Catholic Archbishop of Seattle, et al, 08-2-02340 1

A.B. v. Millard Public Schools, US District Court for Nebraska 8:08-cv-426

Morning Star Boys Ranch, Plaintiff Minehart II, Spokane, 09-2-04452-4

Ronald Brown, Trustee for the Bankruptcy of Jason Allen Stucky v. Richard Lee Stucky, King
County, 08-2-14294-9 KNT

TM v. Corporation of the Catholic Archbishop of Seattle, 08-2-03384-8

Ronald Brown (Trustee) v. Richard Lee Stucky, King County, 08-2-14294-KNT

CS and DS v. DSHS, CV-08-56990-RBL

Judee Pennington vs. Uinta County et al, US District Court Wyoming, 09-CV-0234

Jack Doe 1 – Jack Doe 6 vs. Corporation Presiding Bishop of the Church of Latter-Day Saints,
Boy Scouts of America, et al, Circuit Court of Oregon Multonomah County,
0710-11294

OEU, REH, et al v. Tacoma School District et al, Pierce County, 09-2-07058-5
W.M., J.P., B.L vs. Kiwanis, State of WA., Thurston County, 09-2-01797-0

SS vs. Puyallup School District, Pierce County, 09-2-04617-0
Cruz v. State, King County, 09-2-20052-A SEA

Doe (1-6) v. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS, MULTNOMAH COUNTY, 0710-11294

Everett v. Abbey, Thurston County, 99-2-01822-0

Eskridge v. Townsend, Spokane County, 09-2-024945-9

Britt v. Bennett, Pierce County, 10 2 10137 9

JJF and JPF v. Metcalf Building, Ninth Circuit, Orange County Florida, 08-CA-0028717-0

Peterson v. Browning, King County, 08-2-17047-1 SEA

State of CA v. McKee, San Diego County, MH97752

Bollen v. Barrett, Mason County, 99-2-01822-0

S. John Doe v Central Valley School District, Spokane County, 11-2-03245-5

S.O. v. US Province of the Missionary Oblates of Mary Immaculate, King County, 10-2-21727-4 SEA

**Some cases may have been accidently deleted between SO and the following cases.**

Levy, Levy and Levy v. Cheng, King Country, 13-2-03549-9 SEA

State v. DeVault, Maricopa County, CR 2009-030306-001 SE

Jo-Hanna Read, as Guardian vs. State of WA, 12-2-03999-1

R.P. v. Seattle School District, 13-CV-022187

K.S. v Central Valley, L.M v Central Valley, and S.R. v. Central Valley, 11-2-03245-5, 13-2-02724-5, 12-2-02723-7

M.P. v. Corporation of the Catholic Archbishop of Seattle, 13-2-19703-1-SEA

SZ v.Tom Linde, King County, 13-2-20596-3

CB, Chris Bishop and Sara Christensen v Lake Chelan, US District Court Eastern District, 2:14-cv-00082-JLQ

Allen Quynn and Jennifer Quynn v. Bellevue School District King County, 14-2-04360-1 SEA

J.L. v Stephen Abendroth, King County 13-2-19352-3 SEA

T.B. v. Franciscan Health Systems, 14-2-10877-0-KNT

Kenneth L. Davis Sr and Tracy Davis v. State of WA, Thurston, County, 13-2-01482-1

State of AZ v. Jasper , Maricopa County Superior Court, CR 2010-007882-001 DT

K.H., D.H.,K.H., and G.H.. v Olympia School District, Thurston County 14-2-01243-5

Jeffrey Tuttle v. Cheryl V. Miller, King County 14-2-09752-2 SEA

C.L. and S. L. v. State of Washington, Whatcom County, 14-2-02833-1school

Kathleen H. Paukert as Guardian ad Litem for Minor Child A v. Central Valley School District,
          Eastern District of Washington, CV-13-094-LRS.

TP, DW, and CT v. State of WA., Thurston County, 15-2-00031-1

BM, DQ, KR et.al v BSA, DV-11-0782

Hannah Grube v. Highland Park Community Church of God, Natrona County, WY, 101482

D.H., T.H., E.W., R.W.-1, and R.W.-2, v. State of Washington, King County,  16-2-13645-1
SEA

STATE OF WASHINGTON and SOUND MENTAL HEALTH,

                              Defendants.
Fredrick and Annalesa Thomas et. al. v. JC< KM, RM, et al and City of Lakewood, US District
          Court, Western WA, 3:15-05346 BJR and 3:15-CV-05392

HBH v. Black Lake Bible Camp, Thurston County, 14-2-01234-6

BW v. Black Hills Football Club, Thurston County 15-2-01746-0

Rowe v. State of WA, Pierce Country, 18-2-08700-2

HEZEKIAH GREENE, v. DENISE O'O'BERRY and DEPARTMENT OF CORRECTIONS,
STATE OF WASHINGTON, King County, 18-2-25133

KC v. State of WA, King County, 18-2-02440-4 SEA

L.W. et. al. v. Kiwanis International, et. al., Pierce County, 17-2-13994-2

John Doe and Joe Doe v. Brian Wongkmlasai and Willow Creek, Cook County, 2017 L 5341