**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

**EX PARTE MOTION FOR EXPEDITED HEARING ON SEXUAL ABUSE SURVIVOR J.W. DOE'S MOTION TO LIFT STAY**
**[Relates to Docket #380]**

James Doe hereby files this *Ex Parte Motion for Expedited Hearing* (the "Motion for Expedited Hearing") on his *Motion to Lift Stay* [Docket # 380]. In further support of the *Motion for Expedited Hearing*, Doe respectfully states:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 157 and § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested is section 1112(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rules 1017 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9013-1(C) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules").

**REQUEST FOR EXPEDITED RELIEF AND ARGUMENT IN SUPPORT**

4. Doe filed the *Motion to Lift Stay* in order to pursue litigation.

5. This case is one of thirty-five cases filed against the Archdiocese of New Orleans related to pervasive and systemic sexual abuse suffered by minors over decades at the hands of the

1

Archdiocese's employees. On May 1, 2020, the Archdiocese filed for bankruptcy, with the intended consequence of having the slew of state court sexual abuse cases pending against it (a) removed to federal court and (b) stayed under Section 362 of the Bankruptcy Code. Doe is one of the Archdiocese's victims. He moves this Court to lift the Section 362 stay so that he may continue his case against the Archdiocese.

6. Doe requests that the hearing on his *Motion to Lift Stay* be expedited. Doe's case has been stayed for months. Doe's case enjoyed substantial, meaningful progress in state court before the bankruptcy. Allowing the hearing to proceed on an expedited motion furthers the interests of efficient resolution.

7. The Motion to Lift Stay was filed only four days out of time to allow a setting on the September 17, 2020 Omnibus Hearing date.

8. The Debtor will not be prejudiced. Doe requests a deadline of September 14, 2020 for Debtor to file an opposition. Fourteen days is ample time for Debtor to respond to the Motion.

9. No discovery or other external efforts need to be performed by Doe or Debtor before the hearing.

10. Debtor will be prejudiced if the motion is not granted. The next available hearing date is October 20, 2020, more than 50 days away. Doe expects the losing party to appeal an adverse decision. As a result, the final disposition of the motion may persist for some time.

11. Debtor objects to the September 17, 2020 hearing. Debtor has indicated that a hearing date of September 25, 2020 would be acceptable. While Doe does not oppose a September 25th setting, without approval from the Court that this date is available, Doe moves for an expedited setting on September 25, 2020, at 1:30 p.m.

WHEREFORE, Doe respectfully requests that the Court: (i) enter an Order in substantially

the same form as the attached, setting the Motion to Lift Stay for expedited hearing; and (ii) provide such other relief as the Court deems appropriate and just.

Dated: September 1, 2020

Respectfully submitted,

/s Soren Gisleson
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

*Attorneys for J.W. Doe*

## **CERTIFICATE OF SERVICE**

   I hereby caused a true and correct copy of the foregoing *Motion* to be served on September 1, 2020 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on September 1, 2020.

             */s/ Soren Gisleson*
             Soren Gisleson