# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of September, 2020, DRC, acting under my supervision, caused true and accurate copy of the "Debtor's Reply Memorandum On Its Motion For An Order Establishing Deadlines For Filing Proof Of Claims; Approving Proof Of Claim Form; And Approving Form And Manner Of Notice Thereof" (Docket No. 415), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO000048

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 17th day of September, 2020, Brooklyn, New York.

By _Edward a Calderon_
Edward A. Calderon

Sworn before me this
17th day of September, 2020

Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

RCCANO000048

**<u>EXHIBIT 1</u>**

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000051P002-1435S-048<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087<br>MPSWEB@AMERIGROUP.COM | 000105P001-1435S-048<br>ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101<br>JARVISA@GTLAW.COM | 000078P001-1435S-048<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163<br>JWATERS@BFROB.COM | 000079P001-1435S-048<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163<br>DWALLE@BFROB.COM |
| 000066P001-1435S-048<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112<br>ALAN.GOODMAN@BSWLLP.COM | 000071P001-1435S-048<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802<br>DAVID.RUBIN@BUTLERSNOW.COM | 000071P001-1435S-048<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802<br>JIM.AUSTIN@BUTLERSNOW.COM | 000041P002-1435S-048<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>WAGUESPACK@CARVERDARDEN.COM |
| 000041P002-1435S-048<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SCULLIN@CARVERDARDEN.COM | 000041P002-1435S-048<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SEGRIST@CARVERDARDEN.COM | 000097P001-1435S-048<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364<br>DBALDONE@HOTMAIL.COM | 000086P001-1435S-048<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123<br>MIKE.JACOBS@DKIOFFICESOLUTIONS.COM |
| 000062P003-1435S-048<br>ENTERGY<br>SEAN D MOORE  ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113<br>SMOORE6@entergy.com | 000092P001-1435S-048<br>EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001<br>EHOWELL@EPHLAW.COM | 000107P001-1435S-048<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253<br>FELEPEAVY@JUNO.COM | 000076P001-1435S-048<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800<br>GMEUNIER@GAINSBEN.COM |
| 000076P001-1435S-048<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800<br>BWOLF@GAINSBEN.COM | 000044P002-1435S-048<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008<br>ERIC_PEARSON@AJG.COM | 000100P001-1435S-048<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110<br>MURPHYC@GTLAW.COM | 000101P001-1435S-048<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM |
| 000083P001-1435S-048<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119<br>SALES@HAHN-ENTERPRISES.COM | 000043P002-1435S-048<br>HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802<br>DAVID.RUBIN@BUTLERSNOW.COM | 000038P002-1435S-048<br>HELLER DRAPER PATRICK HORN  ET AL.<br>DOUGLAS S DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130<br>DSD@HELLERDRAPER.COM | 000068P003-1435S-048<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>SGISLESON@HHKLAWFIRM.COM |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
### Exhibit Pages

| | | | |
|---|---|---|---|
| 000068P003-1435S-048<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>JCAIN@HHKLAWFIRM.COM | 000108P001-1435S-048<br>HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130<br>HALEXIS@HINSHAWLAW.COM | 000104P001-1435S-048<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>STEPHEN@HUBERTHOMASLAW.COM | 000104P001-1435S-048<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>LOGAN@HUBERTHOMASLAW.COM |
| 000103P001-1435S-048<br>KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445<br>KRODRIGUEZ@KEITHRODRIGUEZ.COM | 000099P001-1435S-048<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112<br>DLANDWEHR@ATT.NET | 000082P001-1435S-048<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422<br>REGINAWEDIG@WEDIGLAW.COM | 000074P002-1435S-048<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>DBOLDISSAR@LOCKELORD.COM |
| 000074P002-1435S-048<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>ASHLEY.LOHR@LOCKELORD.COM | 000075P001-1435S-048<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>RKUEBEL@LOCKELORD.COM | 000075P001-1435S-048<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>YAMILLE.HARRISON@LOCKELORD.COM | 000045P002-1435S-048<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118<br>JENNIFER.SARPALIUS@LCMCHEALTH.ORG |
| 000052P002-1435S-048<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808<br>LUBAACCOUNTING@LUBAWC.COM | 000109P001-1435S-048<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>RBERAN@MCCARTER.COM | 000109P001-1435S-048<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JKELLY@MCCARTER.COM | 000050P002-1435S-048<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901<br>THEDING@MEITLER.COM |
| 000089P001-1435S-048<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005<br>MLANDRY@NEWMANMATHIS.COM | 000093P001-1435S-048<br>NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005<br>RMATHIS@NEWMANMATHIS.COM | 000007P003-1435S-048<br>OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130<br>AMANDA.B.GEORGE@USDOJ.GOV | 000063P001-1435S-048<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130<br>MARY.LANGSTON@USDOJ.GOV |
| 000094P001-1435S-048<br>PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>LCANTOR@PSZJLAW.COM | 000095P001-1435S-048<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>JSTANG@PSZJLAW.COM | 000080P001-1435S-048<br>RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199<br>RICHARD@RARLAW.NET | 000042P001-1435S-048<br>RICHARD C TRAHANT<br>ATTORNEY AT LAW<br>2908 HESSMER AVE<br>METAIRIE LA 70002<br>TRAHANT@TRAHANTLAWOFFICE.COM |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
## Exhibit Pages

000090P001-1435S-048
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115
RASTETTER@BELLSOUTH.NET

000090P001-1435S-048
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115
RASTETTER47@YAHOO.COM

000110P001-1435S-048
RUSSELL POTTHARST
411 W 5TH ST APT 510
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000098P002-1435S-048
SHEARMAN-DENENEA LLC
JOHN H DENENEA JR
4240 CANAL ST.,2ND FL
NEW ORLEANS LA 70119
JDENENEA@MIDCITYLAW.COM

000073P001-1435S-048
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033
ECAHILL@SHERGARNER.COM

000073P001-1435S-048
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033
TMADIGAN@SHERGARNER.COM

000091P001-1435S-048
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
RLUMINAIS@SHERGARNER.COM

000091P001-1435S-048
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
TMADIGAN@SHERGARNER.COM

000091P001-1435S-048
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
AHURT@SHERGARNER.COM

000069P001-1435S-048
SHERMAN-DENENEA, LLC.
JOHN H. DENENEA, JR.
424 CANAL STREET
NEW ORLEANS LA 70119
JDENENEA@MIDCITYLAW.COM

000111P001-1435S-048
TAYLOR WELLONS POLITZ & DUHE APLC
SAMUEL M ROSAMOND III
1515 POYDRAS ST.,STE 1900
NEW ORLEANS LA 70112
SROSAMOND@TWPDLAW.COM

000065P001-1435S-048
THE CALUDA GROUP LLC
WILLIAM G CHERBONNIER, JR.,ESQ
516 VETERANS BLVD., STE 202
METAIRIE LA 70005
WGC@BILLCHERBONNIER.COM

000102P001-1435S-048
TMI TRUST COMPANY
KEVIN M DOBRAVA
1100 ABERNATHY RD.,STE 480
ATLANTA GA 30328
KDOBRAVA@TMICO.COM

000064P001-1435S-048
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-048
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed : **63**

**EXHIBIT 2**

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 1 of 4                                                                                      09/16/2020 02:52:26 PM

| | | | |
|---|---|---|---|
| 000049P002-1435S-048<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000051P002-1435S-048<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | 000105P001-1435S-048<br>ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101 | 000084P001-1435S-048<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 |
| 000055P002-1435S-048<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | 000078P001-1435S-048<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 | 000079P001-1435S-048<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 | 000066P001-1435S-048<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112 |
| 000087P002-1435S-048<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | 000071P001-1435S-048<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 | 000041P002-1435S-048<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102 | 000023P001-1435S-048<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 |
| 000057P002-1435S-048<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | 000097P001-1435S-048<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364 | 000026P001-1435S-048<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 | 000086P001-1435S-048<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 |
| 000062P003-1435S-048<br>ENTERGY<br>SEAN D MOORE  ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 | 000032P001-1435S-048<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000033P001-1435S-048<br>ENVIRONMENTAL PROTECTION AGENCY<br>1201 ELM ST<br>STE 500<br>DALLAS TX 75270 | 000092P001-1435S-048<br>EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001 |
| 000107P001-1435S-048<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253 | 000076P001-1435S-048<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800 | 000044P002-1435S-048<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 | 000100P001-1435S-048<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 |
| 000101P001-1435S-048<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 | 000072P002-1435S-048<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | 000083P001-1435S-048<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | 000028P002-1435S-048<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 |

## The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

000029P002-1435S-048
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P001-1435S-048
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

000039P001-1435S-048
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

000043P002-1435S-048
HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD
SUITE 300
BATON ROUGE LA 70802

000038P002-1435S-048
HELLER DRAPER PATRICK HORN  ET AL.
DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

000108P001-1435S-048
HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS,ESQ
900 CAMP ST.,3RD FLOOR
NEW ORLEANS LA 70130

000104P001-1435S-048
HUBER THOMAS & MARCELLE LLP
STEPHEN M HUBER,LOGAN E SCHONEKAS
1100 POYDRAS ST.,STE 2200
NEW ORLEANS LA 70163

000009P001-1435S-048
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-048
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P001-1435S-048
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
PHILADELPHIA PA 19104-5016

000012P001-1435S-048
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

000022P001-1435S-048
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

000103P001-1435S-048
KEITH A RODRIGUEZ
ATTORNEY AT LAW
P O BOX 3445
LAFAYETTE LA 70502-3445

000027P001-1435S-048
KS STATE BANK
PO BOX 69
MANHATTAN KS 66505-0069

000099P001-1435S-048
LANDWEHR LAW FIRM
DARRYL T LANDWEHR
935 GRAVIER ST.,STE 835
NEW ORLEANS LA 70112

000082P001-1435S-048
LAW OFFICE OF REGINA SCOTTO WEDIG LLC
REGINA S WEDIG
308 S BAY ST.,
P O BOX 185
AMITE LA 70422

000074P002-1435S-048
LOCKE LORD LLP
C DAVIN BOLDISSAR,ESQ
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130-6036

000075P001-1435S-048
LOCKE LORD LLP
OMER F KUEBEL III
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

000045P002-1435S-048
LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

000034P001-1435S-048
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

000081P001-1435S-048
LOUISIANA DEPT OF JUSTICE
RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION/ LANDS & NATURAL RESOURCES
POST OFFICE BOX 94005
BATON ROUGE LA 70804-9005

000002P001-1435S-048
LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

000005P001-1435S-048
LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

000018P001-1435S-048
LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

000024P001-1435S-048
LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

000008P001-1435S-048
LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

000040P001-1435S-048
LOUISIANA PUBLIC FACILITIES AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA 70808

000052P002-1435S-048
LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 3 of 4                                                                09/16/2020 02:52:26 PM

| | | | |
|---|---|---|---|
| 000109P001-1435S-048<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000050P002-1435S-048<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 000047P001-1435S-048<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-048<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000089P001-1435S-048<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | 000093P001-1435S-048<br>NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | 000036P001-1435S-048<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-048<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| 000007P003-1435S-048<br>OFFICE OF THE US TRUSTEE<br>AMANDA B GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130 | 000063P001-1435S-048<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 | 000046P002-1435S-048<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 | 000094P001-1435S-048<br>PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 |
| 000095P001-1435S-048<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | 000096P001-1435S-048<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>150 CALIFORNIA ST.,15TH FL<br>SAN FRANCISCO CA 94111 | 000080P001-1435S-048<br>RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199 | 000090P001-1435S-048<br>ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115 |
| 000110P001-1435S-048<br>RUSSELL POTTHARST<br>411 W 5TH ST APT 510<br>LOS ANGELES CA 90013 | 000073P001-1435S-048<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033 | 000091P001-1435S-048<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046 | 000021P001-1435S-048<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 |
| 000069P001-1435S-048<br>SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119 | 000111P001-1435S-048<br>TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112 | 000025P001-1435S-048<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000065P001-1435S-048<br>THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>516 VETERANS BLVD., STE 202<br>METAIRIE LA 70005 |
| 000102P001-1435S-048<br>TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>1100 ABERNATHY RD.,STE 480<br>ATLANTA GA 30328 | 000013P001-1435S-048<br>US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | 000003P001-1435S-048<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-048<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |

**The Roman Catholic Church of the Archdiocese of New Orleans**

**Exhibit Pages**

Page # : 4 of 4                                                                                          09/16/2020 02:52:26 PM

000035P001-1435S-048
US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

000019P001-1435S-048
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

000020P001-1435S-048
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000006P001-1435S-048
US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

000064P001-1435S-048
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130

000037P001-1435S-048
VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER -CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

000053P002-1435S-048
WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047-2008

000031P002-1435S-048
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802

000085P001-1435S-048
WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070

Records Printed :  **93**