# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS,** | SECTION "A" |
| | CHAPTER 11 |
| **Debtor** | |

### UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT WITH TMI TRUST COMPANY, AS INDENTURE TRUSTEE, PURSUANT TO BANKRUTPCY RULE 9019 AND (II) GRANTING RELATED RELIEF

NOW INTO COURT comes David W. Asbach, Acting United States Trustee for Region 5, by and through undersigned counsel, and hereby files this objection ("Objection") to the Debtor's *Motion for an Order (I) Approving Settlement with TMI Trust Company, as Indenture Trustee, Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief* (the "TMI Settlement"). [P-403]. In support thereof, the U.S. Trustee respectfully states:

### JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334 and 28 U.S.C. § 157. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2. By virtue of the Chapter 11 filing, this case is subject to the supervision and administration of the U.S. Trustee pursuant to 28 U.S.C. § 586. This duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts.[1]

3. Pursuant to 11 U.S.C. § 307, the U.S. Trustee has standing to be heard regarding

---

[1] *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.)*, 33 F.3d 294, 295-96 (3rd Cir. 1994) (noting that the U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *In re Wilson*, 413 B.R. 330, 335 (Bankr. E.D. La. 2009) (finding that "the provisions of § 586(a) are intended to compliment the broader grant of power provided by § 307.").

this matter.

## BACKGROUND

4. On May 1, 2020 (the "Petition Date"), The Roman Catholic Church for the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code. [P-1].

5. Debtor's Chapter 11 case was filed because of "financial and operational difficulties" ranging from "claims and lawsuits alleging sexual abuse by clergy" to "losses of revenue from offerings and collections at Masses which are no longer publicly celebrated due to the COVID-19 pandemic." [*Decl. of Fr. Carr*, P-14, ¶ 9].

6. No Chapter 11 trustee has been appointed in the bankruptcy case, and the Debtor remains in possession and control of its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

7. On the Petition Date, the Debtor filed a *Notice of Designation of a Complex Case*. [P-2]. That same day, the Court entered an *Order Granting Chapter 11 Bankruptcy Case Treatment*, thereby ordering that the Procedures for Complex Chapter 11 Cases in the Eastern District of Louisiana[2] (the "Complex Procedures") apply in the above-captioned case.

8. On May 20, 2020, the U.S. Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a). [P-94]. The U.S. Trustee reconstituted the Committee on June 10, 2020. [P-151].

9. The § 341 meeting of creditors was held and concluded on May 29, 2020.

10. On September 1, 2020, the Debtor filed the TMI Settlement Motion. [P-403]. The TMI Settlement Motion asks the Court to approve, among other things payment by the

---

[2] The Complex Procedures are found in General Order 2019-4, posted on this Court's website at https://www.laeb.uscourts.gov.

Debtor to TMI of:

- The July 1, 2020 Interest Payment on the Bonds;

- Semi-annual interest payments that come due after July 1, 2020;

- Reasonable fees and expenses for:
    1. The Bond Trustee and counsel;
    2. The Prior Trustee and its counsel.

11. In return, the Bond Trustee has agreed:

- The Trustee will not object to a plan proposed in the case that provided for reinstatement of the Bond debt, including principal, reasonable Bond Fees (including counsel fees);

- For a certain period, the Bond Trustee waives any default by the Debtor of:
    i. Failure to deliver annual audited financial statement
    ii. Failure to meet financial covenants set forth.

- If the case is dismissed, the Bond Trustee waives any default of the failure to meet three financial covenants;

- The Bond Trustee waives any requirement the Debtor fund the Debt Service Reserve;

- The Bond Trustee waives any default triggered by the sale of properties if the net sale proceeds to not exceed $20 million in the aggregate;

- The Bond Trustee will not object to sales prior to the plan effective date.

## **ARGUMENT**

12. The Committee of Unsecured Creditors has filed a detailed objection [Dkt. 444] setting forth an analysis of the lack of basis for pre-petition interest, post-petition interest and attorney fees. The U.S. Trustee will not repeat the arguments, but adds additional objections to the TMI Settlement Motion. First, the agreement so early in the case, and prior to the filing of a plan, is premature, and provides for payment of large sums for interest and attorney fees in exchange for only speculative future benefits, binding the estate prior to knowing the full extent

of claims in the case. Second, the settlement provides for payment of attorney fees without a showing of entitlement and without any court oversight.

A. **The payment of the Indenture Trustee interest and attorney fees should wait until the plan confirmation process.**

13. TMI is seeking payment of its unsecured claims. TMI makes no claim to having a secured debt issue. Unsecured claims are generally paid at the conclusion of a case when distribution is made pursuant to a confirmed plan of reorganization.

14. TMI seeks a single payment of $930,207.25, which consists of both pre- and post-petition interest[3] as of July 1, 2020. It also seeks to be paid semi-annual payments of post-petition interest from July 1, 2020 to the conclusion of the case.[4]

15. It is unclear what basis the Debtor and TMI are requesting payment of post-petition interest prior to confirmation, and no basis can be found in the Code. Post-petition interest is generally not paid during the administration of a bankruptcy case. Section 502, which governs the allowance of claims, does not allow "claims ... for unmatured interest." 11 USC §502(b)(2). Post-petition interest is permitted under Section 506(b), for secured claims which are oversecured. 11 USC §506(b). An exception exists to permit post-petition interest on unsecured claims in solvent estates, and under certain plan scenarios. *See Energy Future Holdings Corp,* 540 BR 109 (Bankr. D. Del. 2015). No evidence exists as to solvency at this time, and will remain unknown until claims are determined.

16. It is unclear at this stage, when the bar date order has not yet been entered, and claims not filed, whether a claim for post-petition interest can be made, especially outside of a plan. Where a plan is filed, all claims will be considered, and the right to interest may be

---

[3] 2020 interest is stated to be $1,860,412.50. *See* fn 6, TMI Settlement Motion.
[4] 2021 interest is stated to be $1,829,250.00. *Id.*

appropriate. At this stage, agreement to substantial payments of post-petition interest and payment of administrative fee claims without knowing the full extent of claims in the case is not merited.

**B.    Trustee attorney fees should be similarly deferred, and subject to court approval**

17. The TMI Settlement provides for Debtor to pay attorney fees, including:

- Accrued pre-and post-petition fees of the prior Bond Trustee of $79,095.74;
- Post-petition fees for the current Bond Trustee;
- Monthly post-petition fees and expenses of the Bond Trustee for the duration of the case.

18. Counsel wishes to submit fees and expenses monthly to the Debtor, UCC and UST.[5] No protocol has been developed for the submission, but counsel has expressed that they believe fees are not subject to Court approval.

19. Post-petition fees would include attorney fees of the Bond Trustee related to the bonds, and would include work performed by the Bond Trustee as a member of the UCC.

20. Section 503(b) allows the indenture trustee an administrative claim for "making a substantial contribution in a case" under title 11. 11 USC §503(b)(3)(D), (4), (5).

21. For work performed as an individual member of the UCC, case law provides that allowance of attorney fees of the indenture trustee as an administrative expense "require the same level of documentation and substantiation" as a professional fee request. *Worldwide Direct, Inc.*, 334 B.R. 112, 120 (Bankr. D. Del. 2005).

22. A showing of a substantial contribution involves efforts that result in an "actual and demonstrable benefit to the debtor's estate and the creditors." *Id*. at 121, *quoting In re*

---

[5] Dkt. 403 TMI Settlement Motion, pg. 10, fn. 8.

*Lebron*, 27 F.3rd 937, 944 (3rd Cir. 1994).[6] Approval of administrative expenses under section 503 is heard by the court, upon the submission of the claim and after notice and hearing. 11 U.S.C. §503(a), (b).

23.     The TMI Settlement also provides for attorney fees under Section 9.05 of the Loan Agreement.  These are contract fees which, if allowed, may be a part of TMI's unsecured claim. As stated earlier, unsecured claims are paid upon plan confirmation, and the allowance of post-petition fees on an unsecured claim is subject to the plan confirmation process.  The final fees should be included in an application filed with the Court.

WHEREFORE, the United States Trustee prays that the Court deem this objection good and sufficient.  The United States Trustee prays for all other and proper relief to which he is entitled in the premises.

Dated: September 28, 2020

Respectfully submitted,
DAVID W. ASBACH
Acting United States Trustee, Region 5

By:*/s/ Mary Langston*
MARY LANGSTON (22818),
Asst. U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone: (504) 589-4018
Facsimile: (504) 589-4093

---

[6] For substantial contribution claims, courts consider:

- Whether the services were rendered solely to benefit the client or to benefit all parties in the case;
- Whether the services provided direct, significant and demonstrable benefit to the estate;
- Whether the services were duplicative of services rendered by attorneys for the committee, the committees themselves, or the debtor and its attorneys. *Id*.

These are narrowly construed. *See Granite Partners*, 213 BR. at 445.

## **CERTIFICATE OF SERVICE**

This is to certify that copies of the foregoing Objection were served on September 28, 2020 via CM/ECF NOTICE upon:

Laura F. Ashley on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lashley@joneswalker.com, hstewart@joneswalker.com

Alicia M. Bendana on behalf of Creditor Robert Romero
abendana@lowestein.com

C. Davin Boldissar on behalf of Creditor Committee Official Committee of Unsecured Creditors
dboldissar@lockelord.com, Ashley.Lohr@lockelord.com

C. Davin Boldissar on behalf of Interested Party Locke Lord LLP
dboldissar@lockelord.com, Ashley.Lohr@lockelord.com

Amelia L Bueche on behalf of Creditor L. M.
ahurt@shergarner.com

Elwood F. Cahill, Jr. on behalf of Creditor LCMC Health Entities
ecahill@shergarner.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Creditors
lcantor@pszjlaw.com

William G. Cherbonnier, Jr. on behalf of Interested Party Lauren Theobold
wgc@billcherbonnier.com, laeb.docs@gmail.com;usbcdocs@billcherbonnier.com;caludagroupllc@jubileebk.net

John H. Denenea, Jr. on behalf of Creditor Certain Abuse Victims
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

Eric J Derbes on behalf of Creditor Couhig Partners, LLC
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Ross J. Donnes on behalf of Creditor Talbot, Carmouche & Marcello
rdonnes@tcmlawfirm.net

Douglas S. Draper on behalf of Interested Party Apostolates
dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com;cnobles@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Catholic Foundation
dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com;cnobles@hellerdraper.com

Elizabeth J. Futrell on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
efutrell@joneswalker.com, mmontiville@joneswalker.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Soren Erik Gisleson on behalf of Creditor Certain Abuse Victims
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Ed Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor JW Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Alan H. Goodman on behalf of Interested Party Breazeale, Sachse & Wilson, L.L.P.
alan.goodman@bswllp.com, moorek@bswllp.com

Jan Marie Hayden on behalf of Interested Party Ad Hoc Committee of Survivors
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;ptorres@bakerdonelson.com

Evan Park Howell, III on behalf of Creditor Paul Calamari
ehowell@ephlaw.com

Stephen M Huber on behalf of Creditor L. D.
stephen@huberthomaslaw.com

Annette W Jarvis on behalf of Creditor TMI Trust Company
jarvisa@gtlaw.com

Lillian Jordan
ljordan@donlinrecano.com, rmapa@donlinrecano.com;
nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com

Omer F. Kuebel, III on behalf of Creditor Committee Official Committee of Unsecured Creditors
rkuebel@lockelord.com, kelly.millet@lockelord.com;Yamille.Harrison@lockelord.com

Omer F. Kuebel, III on behalf of Interested Party Locke Lord LLP
rkuebel@lockelord.com, kelly.millet@lockelord.com;Yamille.Harrison@lockelord.com

Heather A. LaSalle on behalf of Creditor Capital One, National Association
halexis@hinshawlaw.com, lgraff@mcglinchey.com

Mark C. Landry on behalf of Creditor First Bank and Trust
mlandry@newmanmathis.com, faith@newmanmathis.com

Darryl T. Landwehr on behalf of Creditor Merle Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Ryan Luminais on behalf of Creditor L. M.
rluminais@shergarner.com

Thomas J. Madigan on behalf of Creditor L. M.
tmadigan@shergarner.com, rtheobold@shergarner.com

Thomas J. Madigan on behalf of Creditor LCMC Health Entities
tmadigan@shergarner.com, rtheobold@shergarner.com

Thomas J. Madigan on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
tmadigan@shergarner.com, rtheobold@shergarner.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis
rmathis@newmanmathis.com

Gerald Edward Meunier on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor B. L.
gmeunier@gainsben.com, dmartin@gainsben.com

Mark Mintz on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, hstewart@joneswalker.com

Colleen A Murphy on behalf of Creditor TMI Trust Company
murphyc@gtlaw.com

Felecia Y Peavy on behalf of Creditor John Does I-V
felepeavy@juno.com

Nancy Peterman on behalf of Creditor TMI Trust Company
petermann@gtlaw.com

Keith A. Rodriguez on behalf of Interested Party E. S.
Krodriguez@keithrodriguez.com

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

David Rubin on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017
David.Rubin@butlersnow.com

David Rubin on behalf of Creditor TMI Trust Company
David.Rubin@butlersnow.com

Logan Elizabeth Schonekas on behalf of Creditor L. D.
logan@huberthomaslaw.com

Glenn K. Schreiber on behalf of Creditor United States of America/Dept.of Justice
glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov

Stephen P. Scullin on behalf of Creditor Hancock Whitney Bank
scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist on behalf of Creditor Hancock Whitney Bank
segrist@carverdarden.com, clary@carverdarden.com

Ryan M. Seidemann on behalf of Interested Party State of Louisiana, Louisiana Cemetery Board
seidemannr@ag.state.la.us

Lucas Hodgkins Self on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lself@joneswalker.com

Roger Stetter on behalf of Creditor Neal Pollet
rastetter47@yahoo.com

Richard Trahant on behalf of Creditor Certain Abuse Victims
trahant@trahantlawoffice.com

R. Patrick Vance on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
pvance@joneswalker.com, nwiebelt@joneswalker.com

David F. Waguespack on behalf of Creditor Hancock Whitney Bank
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

David E. Walle on behalf of Interested Party Catholic Mutual Relief Society
dwalle@bfrob.com

John W. Waters, Jr. on behalf of Interested Party Catholic Mutual Relief Society
jwaters@bfrob.com

Regina S. Wedig on behalf of Interested Party Salesian Society Inc
reginawedig@wediglaw.com, rswedig@hotmail.com

Edward Dirk Wegmann on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Brittany Rose Wolf-Freedman on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor B. L.
bwolf@gainsben.com, sburrell@gainsben.com

and by U.S. Mail, postage prepaid, upon the attached Special Notice List, pursuant to the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [P-22].

By: */s/ Mary Langston*
MARY LANGSTON (22818)

## The Roman Catholic Church of the Archdiocese of New Orleans

| | | |
|---|---|---|
| ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101 |
| ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 |
| BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 | BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112 | BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 |
| BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 | CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102 | CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 |
| CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364 | NAME AND ADDRESS INTENTIONALLY OMITTED |
| DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 | DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 |
| ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | ENVIRONMENTAL PROTECTION AGENCY<br>1201 ELM ST<br>STE 500<br>DALLAS TX 75270 | EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001 |
| FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253 | GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800 | GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 |
| GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 | GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 | GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW CORP)<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 |
| HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 |

HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD
SUITE 300
BATON ROUGE LA 70802

HELLER DRAPER PATRICK HORN ET AL.
DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS,ESQ
900 CAMP ST.,3RD FLOOR
NEW ORLEANS LA 70130

HUBER THOMAS & MARCELLE LLP
STEPHEN M HUBER;LOGAN E SCHONEKAS
1100 POYDRAS ST.,STE 2200
NEW ORLEANS LA 70163

INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
PHILADELPHIA PA 19104-5016

INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

JONES WALKER LLP
MARK A MINTZ
201 ST. CHARLES AVE
51ST FLOOR
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
R. PATRICK VANCE
201 ST. CHARLES AVE, STE 5100
NEW ORLEANS LA 70170- 5100

JONES WALKER LLP
LAURA F. ASHLEY
201 ST. CHARLES AVE., STE 5100
NEW ORLEANS LA 70170

JONES WALKER LLP
ELIZABETH J FUTRELL
201 ST. CHARLES AVE., STE 5100
NEW ORLEANS LA 70170- 5100

JONES WALKER LLP
LUCAS H SELF
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
EDWARD DIRK WEGMANN
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

KEITH A RODRIGUEZ
ATTORNEY AT LAW
P O BOX 3445
LAFAYETTE LA 70502-3445

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

LANDWEHR LAW FIRM
DARRYL T LANDWEHR
935 GRAVIER ST.,STE 835
NEW ORLEANS LA 70112

LAW OFFICE OF REGINA SCOTTO WEDIG LLC
REGINA S WEDIG
308 S BAY ST.,
P O BOX 185
AMITE LA 70422

LOCKE LORD LLP
C DAVIN BOLDISSAR,ESQ
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130-6036

LOCKE LORD LLP
OMER F KUEBEL III
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

LOUISIANA DEPT OF JUSTICE
RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION/ LANDS & NATURAL RESOURCES
POST OFFICE BOX 94005
BATON ROUGE LA 70804-9005

LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

| | | |
|---|---|---|
| LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 |
| MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | NAME AND ADDRESS INTENTIONALLY OMITTED | NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 |
| NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130 | OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 | OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>150 CALIFORNIA ST.,15TH FL<br>SAN FRANCISCO CA 94111 |
| RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199 | ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033 |
| SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046 | SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119 |
| THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>516 VETERANS BLVD., STE 202<br>METAIRIE LA 70005 | THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 |
| TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>1100 ABERNATHY RD.,STE 480<br>ATLANTA GA 30328 | US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 |
| US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 |

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130

VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER -CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047-2008

WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802

WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070