## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |

### ORDER FIXING TIME FOR FILING PROOFS OF CLAIMS; APPROVING PROOF OF CLAIM FORMS; PROVIDING FOR CONFIDENTIALITY PROTOCOLS; AND APPROVING FORM AND MANNER OF NOTICE

Considering the Ex Parte Motion for an Order Establishing Deadlines for Filing Proofs of Claims; Approving Proof of Claim Forms; and Approving Form and Manner of Notice Thereof (the "**Motion**") [Docket No. 200] filed by The Roman Catholic Church of the Archdiocese of New Orleans, Debtor-In-Possession (the "**Debtor**"). It appears that the Motion was brought in compliance with the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and Louisiana Eastern District Local Bankruptcy Rules ("**Local Rules**"); that a preliminary objection, as supplemented (the "**Objection**'), was filed by the Official Committee of Unsecured Creditors appointed in this case (the "**Committee**"); the Court having considered the Motion, the Objection, the representations and arguments of counsel at the hearing on the Motion; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that notice of the Motion is appropriate and no other or further notice is required; that the relief requested in the Motion, as modified and granted herein, is in the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

best interest of the Debtor's estate, its creditors, and other parties-in-interest, and necessary and appropriate for establishing procedures; and that sufficient cause exists. Therefore,

IT IS HEREBY ORDERED that:

1.      The Motion is granted, as modified and set forth in this Order.

## FORMS

2.      The Sexual Abuse Proof of Claim Form, the General Claims Bar Date Notice, the General Creditor Proof of Claim Form, the Permitted Party Confidentiality Agreement, the Sexual Abuse Claims Bar Date Notice, and the Publication Notice, in substantially the forms annexed hereto as Exhibits A, B, C, D, E, and F, respectively, and the Publication Notice Plan and Protocol (the "**Publication Plan**"), set forth on Exhibit G hereto, are approved.

## NOTICE

3.      The form and manner of notices as approved herein fulfill the notice requirements of the Bankruptcy Rules and the Local Rules, and notice of the bar dates in the form and manner as approved herein is fair and reasonable, and will provide sufficient and due notice to all creditors of their rights and obligations in connection with claims they may assert against the Debtor's estate in this chapter 11 case. Accordingly, the Debtor is authorized and directed to serve and/or publish the notices in the manner described herein.

## BAR DATES

4.      The General Claims Bar Date: Except as provided in paragraph 7 of this Order, any entity holding a pre-petition claim against the Debtor **must** submit a proof of claim in accordance with the procedures described herein **so that it is received on or before November 30, 2020, 5:00 p.m. (Central Time)** (the "**General Claims Bar Date**"). The General Claims Bar Date applies to all persons and entities excluding governmental units and Sexual Abuse Claimants, addressed in

paragraph 6, that assert claims, as defined in § 101(5) of the Bankruptcy Code, 11 U.S.C. §101 et seq. (the "**Bankruptcy Code**") against the Debtor (whether secured, unsecured priority, or unsecured non-priority) that arose prior to or on May 1, 2020 (the "**Petition Date**"). The General Claims Bar Date shall be identified in the General Claims Bar Date Notice and the Publication Notice.

5.      The Government Unit Claims Bar Date: Except as provided in paragraph 7 of this Order, any government unit holding a pre-petition claim against the Debtor **<u>must</u>** submit a proof of claim in accordance with the procedures described herein **so that it is received on or before November 30, 2020, 5:00 p.m. (Central Time)** (the "**Government Unit Claims Bar Date**"). The Government Unit Bar Date applies to all persons and entities excluding General Claims and Sexual Abuse Claimants, addressed in paragraph 6, that assert claims, as defined in § 101(5) of the Bankruptcy Code, against the Debtor (whether secured, unsecured priority, or unsecured non-priority) that arose prior to or on the petition date. The Government Unit Claims Bar Date shall be identified in the General Claims Bar Date Notice and the Publication Notice.

6.      Except as provided in paragraph 7 of this Order, any entity holding a prepetition claim arising from Sexual Abuse for which the individual believes the Debtor may be liable, **<u>must</u>** submit a proof of claim in accordance with the procedures described herein **so that it is received on or before March 1, 2021, 5:00 p.m. (Central Time)** (the "**Sexual Abuse Claims Bar Date**"). The Sexual Abuse Claims Bar Date shall be identified in the Sexual Abuse Claims Bar Date Notice and the Publication Notice.  For the purposes of this Order, Sexual Abuse is defined as any of the following acts:

    a.  Touching by the abuser of the person's intimate body parts (genitals, breasts, or buttocks), the touching by the person of the abuser's intimate body parts, showing pictures of the person's body or other persons' bodies, taking pictures of the person's body, showing

pornography, or making images of the person while naked or engaged in any sexual activity, or any sexualized interaction including observing the person in bathing, toileting, or undressing that was made possible by the abuser's position of authority, or by the inducement of the abuser, or;

b.  sexual intercourse, simulated intercourse, masturbation, cunnilingus, fellatio, anal intercourse, or any intrusion, however slight, to the genital or anal openings:

   (i)  Of the person's body by any part of the abuser's body or any object used by the abuser for this purpose; or

   (ii)  Of the person's body by any part of the body of the abuser or by any part of the body of another person, or by any object used by the abuser or another person for this purpose; or

c. Inappropriate physical contact and/or contact that infringes upon another's personal, physical boundaries including but not limited to groping, kissing, extended hugging, and/or any unwelcomed touching; or

d. Grooming or trying to create a special relationship, including but not limited to: talk of a sexual nature, talk of a romantic nature, communications expressing individual love to the person, as opposed to a salutation, providing material resources or experiences which induce the person into a relationship where trust is then violated.


## FILING PROOFS OF CLAIM

7.   The following entities, whose claims otherwise would be subject to the General Claims Bar Date, the Government Claims Bar Date or the Sexual Abuse Claims Bar Date, shall **not** be required to file proofs of claim in this chapter 11 case:

   a.   Any person or entity that has already properly filed a proof of claim against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Court**") or with Donlin, Recano & Company, Inc., the Debtor's claims, noticing and solicitation agent ("**DRC**"). Notwithstanding the foregoing, **Sexual Abuse Claimants that previously filed with the Court a proof of claim on account of a Sexual Abuse Claim using a form <u>other than</u> the Sexual Abuse Proof of Claim Form, including Official Bankruptcy Form No. 410, will subsequently be notified that such claimant must refile his or her claim using the Sexual Abuse Proof of Claim form.  Any such refiled Sexual**

**Abuse Proof of Claim shall relate back for purposes of timeliness to the date that such claimant's original claim was filed,** *provided* **it is refiled no later than 45 days after written notice is given to such claimant to refile his or her claim.**;

b. Any person or entity: (i) whose claim is listed in the Debtor's filed schedules or any amendments thereto; and (ii) whose claim is <u>not</u> described therein as "disputed," "contingent," or "unliquidated;" and (iii) who does not dispute the amount or classification of its claim as set forth in the schedules;

c. Professionals retained by the Debtor or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses subject to the Court's approval pursuant to §§ 330, 331, and 503(b) of the Bankruptcy Code;

d. Any person or entity that asserts an administrative expense claim against the Debtor pursuant to § 503(b) and § 507(a)(2) of the Bankruptcy Code;

e. Any person or entity whose claim against the Debtor has been allowed by an Order of the Court entered on or before the applicable bar date;

f. Any person or entity whose claim has been paid in full.  For the avoidance of doubt, this does not include Sexual Abuse Claimants who were paid pursuant to settlement agreements but believe they have additional claims against the Debtor beyond what was agreed to in the settlement (a "**Settling Abuse Survivor**"); and

g. Any holder of a claim for which a separate deadline is (or has been) fixed by this Court.

8. By virtue of the foregoing, the following entities **must** file or submit a proof of claim on or before the applicable bar date:

a. Any person or entity whose prepetition claim against the Debtor is not listed in the Debtor's schedules or whose prepetition claim is listed in the Schedules but is listed as disputed, contingent or unliquidated, and that desires to participate in this case or share in any distribution in this case;

b. Any person or entity that believes that its prepetition claim is improperly classified in the schedules or is listed in an incorrect

amount and that desires to have its claim allowed in a classification or amount other than that identified in the schedules; and

c. Any Sexual Abuse Claimant who believes that he or she has a claim against the Debtor, including but not limited to, Sexual Abuse Claimants who have previously filed lawsuits against the Debtor, Sexual Abuse Claimants who previously gave notice to the Debtor or a Parish[2] or any Non-Debtor Catholic Service Entity[3] of their Sexual Abuse (including informal notice thereof), and Sexual Abuse Claimants who have never filed a lawsuit, entered into a settlement or reported their sexual abuse to the Debtor or any Parish or Non-Debtor Catholic Service Entity.

9.     Any entity or person that is required to file a proof of claim in this chapter 11 case pursuant to the Bankruptcy Code, the Bankruptcy Rules, or this Order with respect to a particular claim against the Debtor, but that fails to submit its claim by the applicable bar date, may not be treated as a creditor with respect to such claim for the purposes of voting on and distribution under any chapter 11 plan proposed and/or confirmed in this case and may be barred from asserting claims against the Debtor.  Claimants should refer to the Sexual Abuse Bar Date Notice and / or the Publication Notice regarding Sexual Abuse Claims against any Parish, School, or Non-Debtor Catholic Service Entity.

10.     The Debtor shall retain the right to: (i) dispute, or assert offsets or defenses, including but not limited to any declinatory, dilatory, or peremptory exceptions as may be applicable, against any filed claim or any claim listed or reflected in the schedules as to nature, amount, liability, classification, or otherwise; and (ii) subsequently designate any claim as disputed, contingent, or unliquidated.

---

[2] "Parish" shall mean any of the entities listed on Exhibit H annexed which includes Suppressed Parishes.
[3] "Non-Debtor Catholic Service Entity" shall mean any of the entities listed on Exhibit I annexed hereto.

6

## REQUIREMENTS FOR PROOF OF CLAIM FORMS

11.     Each general creditor proof of claim form must: (a) be written in English; (b) be denominated in lawful currency of the United States as of the petition date; (c) have attached copies of any writings upon which the claim is based, including evidence that a security interest has been perfected for any secured claims; and (d) be originally executed and delivered to Donlin, Recano & Company, Inc.

> If sent by mail, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219.

> If sent by hand delivery or overnight delivery service, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, 6201 15th Avenue, Brooklyn, NY 11219.

> To submit a General Creditor Proof of Claim Form electronically, log on to the website portal located at: www.NOLAchurchclaims.com (the "**DRC Claims Portal**") and follow the instructions set forth therein.

Proof of claim forms sent by mail, hand delivery, or overnight courier must be received by the General Claims Bar Date or the Government Unit Claims Bar Date as applicable. (proofs of claim sent by facsimile or e-mail **other than** as set forth in the DRC Claims Portal will **not** be accepted).

12.     In addition to being available in English, the Sexual Abuse Proof of Claim Form will also be available in Spanish and Vietnamese because of the large Hispanic and Vietnamese communities in the geographic territory of the Debtor (the "**Region**"). To obtain a copy of a Sexual Abuse Proof of Claim Form please visit Donlin, Recano & Company Inc.'s website at https://www.donlinrecano.com/Clients/rcano/Static/ProofOfClaim. Each Sexual Abuse Proof of Claim Form filed must: (a) be written in English, Spanish, or Vietnamese, as applicable and (b) be

signed, and delivered, to Donlin, Recano & Company, Inc., on or before the Sexual Abuse Claims

Bar Date.

> If sent by mail, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219.

> If sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, 6201 15th Avenue, Brooklyn, NY 11219.

All Sexual Abuse Proof of Claim Forms sent by mail, hand delivery, or overnight courier must

be received by the Sexual Abuse Claims Bar Date.  In addition to mail or hand delivery, Sexual

Abuse Proof of Claim Forms may be submitted electronically.

> To submit a Sexual Abuse Proof of Claim Form electronically, log on to the website portal located at: https://www.donlinrecano.com/Clients/rcano/FileSexualAbuseClaim (the "**DRC Claims Portal**") and follow the instructions set forth therein.

Sexual Abuse Claims filed electronically through the DRC Claims Portal must be submitted

before the Sexual Abuse Claims Bar Date.  Sexual Abuse Proofs of Claim sent by facsimile or

by e-mail **other than** as set forth in the DRC Claims Portal will **not** be accepted.

13.    To be valid, a proof of claim form must be signed by the Claimant.  Electronic

signatures will be accepted as valid.  If the Claimant is deceased or incapacitated, the form must

be signed by the Claimant's court-appointed representative or attorney for the Claimant's estate.

If the Claimant is a minor, the form must be signed by the Claimant's parent or legal guardian or

attorney.  Any proof of claim form signed by a representative or legal guardian must attach

documentation establishing such person's authority to sign the proof of claim form for the

Claimant.  The Debtor, in consultation with the Committee, may agree to waive any defects or

irregularities as to any Sexual Abuse Proof of Claim.

**CONFIDENTIALITY PROTOCOLS**

14.     Sexual Abuse Proof of Claim Forms shall be submitted pursuant to the following

Confidentiality Protocol:

a       Sexual Abuse Claimants are directed to mail or deliver the original Sexual Abuse Proof of Claim Form to Donlin, Recano & Company, Inc. If sent by mail, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219, or if sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, 6201 15th Avenue, Brooklyn, NY 11219.  Sexual Abuse Proof of Claim Forms may also be submitted electronically on the DRC Claims Portal located at https://www.donlinrecano.com/Clients/rcano/FileSexualAbuseClaim.

b       Sexual Abuse Proof of Claim Forms submitted by Sexual Abuse Claimants will not be available to the general public unless a Sexual Abuse Claimant affirmatively indicates his or her desire that the proof of claim be made public in Part 1 of the Sexual Abuse Proof of Claim Form. The Confidentiality Protocol is for the benefit of the Sexual Abuse Claimants. Accordingly, Sexual Abuse Claimants may elect to make any of the information contained in a Sexual Abuse Proof of Claim Form public, even if they elected to file the Proof of Claim confidentially; provided, however, that notwithstanding that a Sexual Abuse Claimant may disclose information on such claimant's Sexual Abuse Proof of Claim, such disclosure shall not constitute a waiver of confidentiality and no other party may disclose any information from such Sexual Abuse Proof of Claim, except as allowed by Permitted Parties, as defined below.

c       Sexual Abuse Proof of Claim Forms submitted by a Sexual Abuse Claimant shall be held and treated as confidential by the Debtor and Debtor's counsel and upon request to the parties listed below (the "**Permitted Parties**"), subject to each Permitted Party executing and returning to Debtor's counsel a confidentiality agreement in the form of Exhibit D annexed hereto (the "**Confidentiality Agreement**"), and to such other persons as the Court determines.[4]   Executed Confidentiality Agreements shall be provided to counsel to the Debtor and counsel to the Committee. Permitted Parties shall

---

[4] Unless otherwise specified herein, access to the Sexual Abuse Proof of Claim Forms extends only to the natural person who executes the Confidentiality Agreement. A separate Confidentiality Agreement must be signed by each natural person who seeks access to the records on behalf of a Permitted Party.

not disclose the contents of any Sexual Abuse Claim Form unless expressly authorized pursuant to Part 1 of the Sexual Abuse Claim Form, even if the Sexual Abuse Claimant disclosed some or all of the information contained in the form. Counsel to the Debtor and the Committee shall only be required to execute a single Confidentiality Agreement per law firm.

d  The Permitted Parties (the "**Permitted Party List**") includes:

i.  Counsel to the Debtor retained pursuant to an order of the Bankruptcy Court, including partners, counsel, associates, and employees of such counsel;

ii.  The Archbishop of the Archdiocese of New Orleans (the "**Archbishop**") and employees of the Debtor or Parish or Non-Debtor Catholic Service Entity who are necessary to assist the Archbishop in reviewing and analyzing the Sexual Abuse Claims;

iii.  Counsel for the Committee, including partners, counsel, associates, and employees of such counsel. For the avoidance of doubt, counsel for the Committee does not include counsel to members of the Committee;

iv.  Insurance companies or their successors, including any authorized claim administrators of such insurance companies, that issued or allegedly issued policies to the Debtor that may cover the claims described in the Sexual Abuse Proof of Claim Forms, and their reinsurers and attorneys, upon consent of the Debtor and the Committee;

v.  Any unknown claims or future claims representative appointed pursuant to an order of the Court in this case;

vi.  DRC, the claims, noticing, and solicitation agent in this case, and any employees of DRC;

vii.  Any mediator appointed pursuant to an order of this Court to mediate the terms of a settlement or Plan of reorganization in this case;

viii.  Any special arbitrator/claims reviewer appointed to review and resolve the claims of Sexual Abuse Claimants;

10

ix.    Any trustee, or functional equivalent thereof, appointed to administer payments to Sexual Abuse Claimants including pursuant to a plan of reorganization or a proposed plan of reorganization;

x.    Authorized representatives of a department of corrections if the Sexual Abuse Claimant is incarcerated but only to the extent disclosure is mandated under applicable non-bankruptcy law;

xi.    Members of the Committee (after the Sexual Abuse Proof of Claim Form has been redacted to remove the Sexual Abuse Claimant's name, address, and any other information identified in Part 2(A) of the Sexual Abuse Proof of Claim Form and the signature block);

xii.    Any person with the express written consent of the Debtor and the Committee; provided, however, that any such determination shall be made on no less than 10 days' notice to the affected Sexual Abuse Claimants;

xiii.    Such other persons as the Court determines should have the information in order to evaluate Sexual Abuse Claims; provided, however, that any such determination shall be made on no less than 10 days' notice to the affected Sexual Abuse Claimants.

**In addition, Sexual Abuse Claimants are advised that information in Sexual Abuse Proof of Claims may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. Sexual Abuse Claimants will be notified at the time of the disclosure of their Sexual Abuse Proof of Claim.**

## TIMING AND FORM OF NOTICE

15.    Within fourteen (14) days of the entry of this Order, the Debtor shall serve by United States mail, first-class postage prepaid, the General Claims Bar Date Notice upon: (a) the Office of the United States Trustee for the Eastern District of Louisiana; (b) counsel to the Committee; (c) all entities who have filed a notice of appearance in the Debtor's case; (d) all entities listed in Debtor's schedules; (e) all parties to executory contracts and unexpired leases of the Debtor; (f) all entities that have previously filed proofs of claims in the Debtor's case; (g) any

other entities or their counsel, including governmental units, known to the Debtor as entities who may have claims against the estate; and (h) such additional persons and entities as deemed appropriate by the Debtor.

16. The Debtor shall make the following available to the public by posting on the DRC website for the Debtor and by posting on the Debtor's website homepage via a "one click" link under "NOLA Catholic New" and labeled "Claim Deadline Notices and Forms": (i) a notice of the Sexual Abuse Bar Date substantially in the form attached hereto as Exhibit E and incorporated herein by reference (the "**Sexual Abuse Bar Date Notice**," and together with the General Creditor Bar Date Notice, each a "**Bar Date Notice**" and collectively, the "**Bar Date Notices**");[5] (ii) a Sexual Abuse Proof of Claim Form, substantially in the form attached hereto as Exhibit A; (iii) a list of diocesan and religious order priests and clergy in the Archdiocese and Parishes against whom the Debtor or Parishes has vetted reports of Sexual Abuse through the internal processes of the Archdiocese (the "**Listed Clergy")** substantially in the form attached hereto as Exhibit J, and (iv) the Bar Date Order (together with the Sexual Abuse Bar Date Notice and the Sexual Abuse Proof of Claim Form, the "**Sexual Abuse Bar Date Notice Package**," and together with the General Creditor Bar Date Package, the "**Bar Date Packages**").  Exhibit J shall contain the following statement: "Please refer to the Committee website located at www.NOLAchurchCommittee.com for lists prepared by the Committee of additional clergy against whom Sexual Abuse lawsuits have been filed and clergy accused of Sexual Abuse by other religious orders and dioceses".

---

[5] The Parishes and the Non-Debtor Catholic Service Entities are sometimes collectively referred to in the Bar Date Notices as the "Non-Debtor Catholic Entities".

17.     The Debtor shall provide notice of the Sexual Abuse Bar Date by causing the Sexual Abuse Bar Date Notice Package to be served on the individuals identified in paragraph 18(i)-(vii) below (the "**Sexual Abuse Notice Parties**") no later than forty-five (45) days after entry of the Bar Date Order and by causing the Sexual Abuse Bar Date Notice Package, Sexual Abuse Bar Date Notice, or other notice authorized herein, as applicable, to be published as set forth below.

18.     The Sexual Abuse Notice Parties shall include the following:

(i)     All individuals who have filed or ever threatened in writing to file lawsuits against the Archdiocese, Parishes, Non-Debtor Catholic Service Entities, or Orphanages[6] who allege Sexual Abuse.

(ii)    All individuals known to the Archdiocese who contacted the Archdiocese or any Parish, Non-Debtor Catholic Service Entity, or Orphanage to report that they were Sexually Abused, whether or not that individual's claim was considered to be substantiated or unsubstantiated and whether or not the report was written or verbal.

(iii)   All individuals known to the Archdiocese to whom payment or counseling reimbursement has ever been made by or on behalf of the Archdiocese or any Parish, Non-Debtor Catholic Service Entity, or Orphanage as a result of an allegation of Sexual Abuse, as well as all individuals who participated in any mediation or settlement process with the Archdiocese or any Parish, Non-Debtor Catholic Service Entity, or Orphanage but did not enter into a settlement agreement.

_____

[6] Orphanages shall mean Hope Haven, Madonna Manor, and St. Elizabeth's.

Notwithstanding the foregoing, the Archdiocese shall not be required to send a Sexual Abuse Claims Notice Package to any person who is not required to file a Proof of Claim pursuant to Paragraph 7 of this Order.

(iv)     All individuals known to the Archdiocese whose names were given by an alleged abuser ("**Alleged Abuser**"), or by any third party during interviews, or as part of an investigation of Sexual Abuse to the Archdiocese, to any Parish, to any representative of the Archdiocese or Parish or to any Parish or diocesan and religious order priests and clergy in the Archdiocese or Parish.

(v)      All individuals that the Archdiocese or any Parish, or Non-Debtor Catholic Service Entity, or Orphanage has a record of who contacted the Archdiocese about their children or other children being in close contact with an Alleged Abuser or about some problem with the Alleged Abusers and their child or another child.

(vi)     All individuals whom the Debtor has ever provided or referred to for counseling, spiritual direction, or therapy support related to Sexual Abuse.

(vii)    Where any of the Sexual Abuse Notice Parties listed above have an attorney of record, notice shall also be sent to the attorney of record.

19.     To obtain the information requested above, the Debtor will review all records and documents it has within its possession, custody, or control including but not limited to the archives under Canon 490 related to all Listed Clergy and Alleged Abusers and any Sexual Abuse allegations related to such Listed Clergy and Alleged Abusers as well as the records of the

Archdiocesan Review Board.  The Debtor will search for current addresses using Social Security numbers and otherwise use reasonable efforts to find current addresses for each individual identified under paragraph 18 and will promptly serve each such individual with the Sexual Abuse Bar Date Notice Package.  Notices that are returned as non-deliverable will be re-mailed to any address indicated by the United States Postal Service (the "**USPS**") in the case of an expired automatic forwarding order. Notices returned as non-deliverable, but for which a new address is not indicated by the USPS, will be further searched through a third-party vendor to obtain a more current address.  If any such address is found, the notice will be re-mailed to such addresses.  The Debtor will also make a written request (an **"Information Request"**) to each of the Parishes and Non-Debtor Catholic Service Entities requesting that they conduct the same review, by letter signed by Archbishop Aymond, in his capacity as the Debtor's officer/director and, if applicable, in his capacity as an officer of each Parish and Non-Debtor Catholic Service Entity (in the case of any Parish and Non-Debtor Catholic Service Entity in which Archbishop Aymond is an officer or director, such request shall be phrased as an instruction).  The Debtor will file a declaration (the "**Declaration**") attesting to the efforts it made to comply with these procedures (which will include copies of each Information Request sent by the Debtor and a statement setting forth whether or not a response was received from the Parishes and Non-Debtor Catholic Service Entities and what that response was) with the Court and serve it on counsel to the Committee within thirty (30) days of service of the Sexual Abuse Bar Date Packages and shall file additional Declarations and reports monthly thereafter until service on all individuals listed in paragraph 18 has been effectuated.  The Declarations shall be filed under seal and shall be subject to Attorneys-Eyes Only treatment.  At the same time, the Debtor will provide the counsel to the Committee the names and addresses of all Sexual Abuse Notice Parties and all Listed Clergy.  If additional Sexual Abuse claimants or

Listed Clergy are identified to the Debtor after the initial service of the Sexual Abuse Bar Date Packages, the Debtor shall, within ten (10) days of their identification, serve a copy of the Sexual Abuse Bar Date Package on the additional Sexual Abuse claimants. The Debtor will provide counsel to the Committee the names and addresses of all subsequently identified Sexual Abuse Notice Parties and Listed Clergy.

20.     The Sexual Abuse Bar Date Notice will include the name of each Listed Clergy against whom claims of Sexual Abuse have been vetted, identified on Exhibit J hereto, as well as the name of the Parish or School owned and operated by the Archdiocese or Orphanage or other Non-Debtor Catholic Service Entity for which the Listed Abuser worked or served, the Listed Abuser's position within said Parish, School, or Orphanage and the dates of their assignments.  For the purpose of this Order and for notice of the Sexual Abuse Bar Date, Listed Clergy include but are not limited to the individuals listed on Exhibit J as well as any others identified during the course of the due diligence efforts required by paragraphs 18 and 19 above.  It shall also include a picture, at least 3" by 5" in dimension, of each Listed Clergy taken at or close to the time of the Sexual Abuse, to the extent that the Debtor has such a picture.  If a picture from such time period is not available, a photograph from a different time period will suffice. It shall also include the following disclaimer:

> This list is not exhaustive.  There may be additional priests or clergy who may have committed acts of Sexual Abuse but on whom the Archdiocese does not have a report or for whom the allegation of Sexual Abuse was not substantiated through the Archdiocese process or a civil authority.  In addition, the list does not include other potential offenders who are not members of the clergy, such as teachers, nuns, or members of religious orders. The fact that this list may not include the name of the Alleged Abuser who sexually abused you does not mean that you should not file a Sexual Abuse Proof of Claim Form.

16

Please refer to the Committee website located at www.NOLAchurchCommittee.com for lists prepared by the Committee of additional clergy against whom Sexual Abuse lawsuits have been filed and clergy accused of Sexual Abuse by other religious orders and dioceses.

21. For Sexual Abuse claimants who are represented, the Debtor shall serve the Sexual Abuse Bar Date Packages to their attorneys of record. All other Sexual Abuse Claimants shall be served, first class mail, at their last known home address, after the Debtor has used reasonable efforts to locate a current address for each Sexual Abuse claimant. The names and addresses of all parties served (including any updated addresses which were discovered when mail was returned or otherwise) shall be included on the proof of service, and the proof of service should be filed under seal, with a copy provided to counsel to the Committee, pursuant to Attorneys Eyes Only Designation.

22. Beginning no later than ten (10) days after the date of entry of this Order and through and including the Bar Date, the Debtor, all Parishes (which includes 115 Parish entities), Non-Debtor Catholic Service Entity, and Catholic Charities Archdiocese of New Orleans will post a link on their respective websites to the General Claims Bar Date Notice and General Proof of Claim form, and to the Sexual Abuse Claims Bar Date Notice and the Sexual Abuse Proof of Claim form. In addition, sixty (60) days prior to the Bar Date, the Debtor will send a direct email to approximately 49,000 registered Catholic households with a direct link to the General Claims Bar Date Notice and General Proof of Claim form, and to the Sexual Abuse Claims Bar Date Notice and the Sexual Abuse Proof of Claim form.

23. The Debtor shall also provide notice of the Sexual Abuse Claims Bar Date and the General Claims Bar Date by causing a copy of the Publication Notice to be published as detailed in the Publication Notice Plan, attached hereto as Exhibit G.

24.     The Court finds that the form and manner of giving notice of the bar dates as approved herein fulfills the notice requirements of the Bankruptcy Rules and is reasonably calculated under the circumstances to apprise both known and potential unknown creditors of the Debtor of the establishment of the bar dates and the need to file a proof of claim, consistent with the due process rights of all parties under the standards established in *Mullane v. Central Hannover Bank & Trust Co.*, 339 U.S. 306 (1950).  Accordingly, the Debtor is authorized and directed to serve and/or publish notice of the Bar Date deadline in the manner described herein.

25.     Nothing contained in this Order is intended or should be construed as a finding as to the validity of any claim against the Debtor, and all parties retain all rights to dispute any claim on any grounds.  All parties retain the right to dispute, or asset offsets or defenses to, any claim (whether or not reflected on the Schedules or any amendment thereto) as to amount, liability, classification, or otherwise, and to subsequently designate any claim as contingent, unliquidated, or disputed.

26.     The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

27.     This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

New Orleans, Louisiana, October 1, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor[1]. | ) | Chapter 11 |

---

### SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

### IMPORTANT:

### THIS COMPLETED FORM MUST BE RECEIVED NO LATER THAN MARCH 1, 2021 AT 5:00 P.M. (CENTRAL TIME)

### IMPORTANT - DO NOT FILE THIS DOCUMENT WITH THE COURT

This Sexual Abuse Survivor Proof of Claim must be received no later than **5:00 p.m. (Central Time)** on **March 1, 2021**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete all applicable questions to the extent of your knowledge or recollection.

If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

This Sexual Abuse Survivor Proof of Claim must be mailed or submitted to Donlin, Recano & Company, Inc., the Court-approved agent for the Debtor (the "Claims Agent"), as follows:

(i)     If sent by mail, to Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219, or

(ii)    If sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, 6201 15th Avenue, Brooklyn, NY 11219; or

(iii)   If submitted electronically, by using the interface available at: https://www.donlinrecano.com/Clients/rcano/FileSexualAbuseClaim.

Sexual Abuse Survivor Proofs of Claim sent by any other means (such as facsimile transmission or email through a different manner than described in (iii) above **will not** be accepted.

### You May Wish To Consult An Attorney Regarding This Matter.

### Failure To Complete And Return This Form May Result In Your Inability To Vote On A Plan Of Reorganization And Receive A Distribution From The Roman Catholic Church Of The Archdiocese Of New Orleans.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") related to the Sexual Abuse Survivor's sexual abuse.

For this claim to be valid, the Sexual Abuse Survivor must sign this form.  If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.

If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent, legal guardian or attorney.  Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

### Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who have experienced sexual abuse (defined below) on or before May 1, 2020.  This Sexual Abuse Survivor Proof of Claim is the way you can make a claim against the Archdiocese based on sexual abuse.  Any person making a claim based on anything other than sexual abuse should consult the *Notice Of Bar Dates For Filing Of General Proofs Of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

### Who Is a Sexual Abuse Survivor?

The term Sexual Abuse Survivor refers to a person who experienced sexual abuse, as defined below.

### What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** is defined as any of the following acts:

a. Touching by the abuser of the person's intimate body parts (genitals, breasts, or buttocks), the touching by the person of the abuser's intimate body parts, showing pictures of the person's body or other persons' bodies, taking pictures of the person's body, showing pornography, or making images of the person while naked or engaged in any sexual activity, or any sexualized interaction including observing the person in bathing, toileting, or undressing that was made possible by the abuser's position of authority, or by the inducement of the abuser, or;

b. sexual intercourse, simulated intercourse, masturbation, cunnilingus, fellatio, anal intercourse, or any intrusion, however slight, to the genital or anal openings:

   (i)   Of the person's body by any part of the abuser's body or any object used by the abuser for this purpose;

   (ii)  Of the person's body by any part of the body of the abuser or by any part of the body of another person, or by any object used by the abuser or another person for this purpose;

c. Inappropriate physical contact and/or contact that infringes upon another's personal, physical boundaries including but not limited to groping, kissing, extended hugging, and/or any unwelcomed touching;

d. Grooming or trying to create a special relationship, including but not limited to: talk of a sexual nature, talk of a romantic nature, communications expressing individual love to the person, as opposed to a salutation, providing material resources or experiences that induce the person into a relationship where trust is then violated.

If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim form (Official Bankruptcy Form 410)

| **You May Wish to Consult an Attorney Regarding This Matter.** |
|---|

You may also obtain information from the Claims Agent by: (1) calling toll free at 1(877) 476-4389, (2) emailing at rcanoinfo@donlinrecano.com, or (3) visiting the case website at www.NOLAchurchclaims.com (do not contact the Claims Agent for legal advice).

| **What If I Don't File on Time?** |
|---|

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by March 1, 2021 at 5:00 p.m. (Central Time) may result in your inability to vote on a plan of reorganization and/or to receive compensation from this bankruptcy for sexual abuse related to the Archdiocese.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

| **PART 1: CONFIDENTIALITY** |
|---|

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record.  However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtor, the Debtor's counsel, certain insurers of the Archdiocese including authorized claims administrators of such insurers and their reinsurers and counsel, attorneys for the Official Creditors' Committee and members of the Official Creditors' Committee, attorneys at the Office of the United States Trustee for the Eastern District of Louisiana, any unknown claims representative appointed in the bankruptcy case, any special arbitrator, mediator, or claims reviewer appointed to review and resolve Sexual Abuse Survivor Proof of Claims, any trustee, or functional equivalent thereof, appointed to administer payments to holders of Sexual Abuse Survivor Proof of Claims, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

| ☐ **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in this case.  **My claim will be available for review by any and all members of the public**. |
|---|
| Signature: _____ |
| Print Name:_____ |

| **PART 2: IDENTIFYING INFORMATION** |
|---|

**A.   Identity of Sexual Abuse Survivor**

First Name _____ Middle Initial _____ Last Name _____ Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | |
|---|---|---|---|
| City: | | State: | Zip Code: |

| Country (not USA): | | Email Address: | |
|---|---|---|---|
| Telephone (Home): | | Telephone (Cell): | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐     US Mail ☐     Home Voicemail ☐     Cell Voicemail ☐     Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>):  XXX-XX-__ __ __ __

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number
_____

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY):  __ __ / __ __ __ __

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:
_____

Gender of Sexual Abuse Survivor:   Male ☐     Female ☐     Other (specify) _____

**B.     If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | | | |
|---|---|---|---|
| Attorney's Name: | | | |
| Number and Street: | | | |
| City: | | State: | | Zip Code: | |
| Country (not USA): | | Email Address: | |
| Telephone (Work): | | Fax No. | |

## PART 4: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your sexual abuse in state or federal court, you may attach a copy of the complaint.  If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions as best you are able.  **If you do not know or recall an answer, you may indicate that you do not know or recall the answer and move on to the next question.**

A.     Were you sexually abused by more than one person?   Yes ☐     No ☐

B.     Please identify each person who sexually abused you.  If you do not remember the name of the sexual abuser(s), provide as much information about the individual that you recall and their relationship to the Archdiocese.

_____

_____

_____

_____

_____

C.    What was the sexual abuser's position, title, or relationship to you (if you know):

_____

_____

D.    Where were you at the time you were sexually abused?   Please be specific and provide all relevant information that you recall including the City and State, name of the religious Parish, or School, or Orphanage (if applicable) and/or the name of any other locations.

_____

_____

_____

E.    When did the first act of sexual abuse take place?  If you do not remember the calendar date, approximately what season of the year was it (spring, summer, fall, winter), approximately what age were you when it started, and, if applicable, what school grade were you in at the time?

_____

_____

F.    If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser, indicate when the sexual abuse by each of the sexual abusers started and stopped.  You may provide approximate dates if you do not recall the specific dates.

_____

_____

_____

_____

_____

G.    Please describe the sexual abuse in as much detail as you can recall in the lines below.  You may attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

H.   Did you or anyone on your behalf tell anyone involved with the Archdiocese about the sexual abuse?
     Yes ☐   No ☐

I.   Have you ever reported the sexual abuse to law enforcement or investigators?  This includes telling someone
     when you were a minor or when you were an adult.  Yes ☐   No ☐

J.   Are you aware of anyone who knew about the sexual abuse?  Yes ☐   No ☐  If your answer is "Yes", can you
     describe who they were and how they knew about the abuse?

_____

_____

_____

_____

K.   If subsequent wrongful conduct by the Archdiocese or its employees or officials caused you further trauma,
     directly or indirectly, related to the sexual abuse, please describe:

     a.   What happened:

_____

_____

_____

     b.   When it happened:

_____

_____

     c.   The name, title, position or relationship to you of any individual involved in the subsequent wrongful
          conduct (if you know):

_____

_____

_____

| **PART 5: IMPACT OF SEXUAL ABUSE** |
|---|

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.  Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above.  You can check the boxes, fill in the narrative, or both.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**. (Check all that apply.)

☐ Psychological / emotional health (including depression, anxiety, suicidal thoughts, feeling numb, difficulty managing or feeling emotions including anger)

☐ Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain, or physical problems)

☐ Education (not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☐ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☐ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐ Alcohol and/or substance abuse (including other addictive behaviors such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative description of how you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above, please provide it below.  Please provide in as much detail as you can recall in the lines below.  You may use additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

B.   Have you ever sought counseling or other mental health treatment for any reason even if you did not connect that treatment as being related to the sexual abuse that you described above?

Yes ☐        No ☐

If your response to the prior question is "Yes," please state with whom you sought counseling and when.

_____

_____

_____

## PART 6: ADDITIONAL INFORMATION

A.   **Prior Litigation.**

Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf?

Yes ☐ No ☐  (If "Yes," you are required to attach a copy of the complaint.)

B.   **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim?  Yes ☐ No ☐  (If "Yes," you are required to attach a copy of any completed claim form.)

C.   **Settlements**.  Regardless of whether a complaint was ever filed against any party because of the sexual abuse, have you settled any claim relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim?  Yes ☐   No ☐  (If "Yes," please describe, including parties to the settlement. You are required to attach a copy of any settlement agreement.)

_____

_____

_____

D.  **Current Bankruptcy Case**. Are you currently a debtor in a bankruptcy case? Yes ☐    No ☐

If yes, please provide the following information:

Name of Case: _____ Court: _____

Date filed: _____ Case No. _____

Chapter of your bankruptcy case.  Chapter: 7 ☐        Chapter 11 ☐        Chapter 12 ☐        Chapter 13 ☐

Name of Trustee: _____]

## SIGNATURE

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for

the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

---

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

---

**Check the appropriate box:**

☐      I am the Sexual Abuse Survivor.

☐      I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐      Other (describe):
_____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**          _____

**Signature:**     _____

**Print Name:**    _____

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):**

_____

**Address:**       _____

_____

**Contact Phone:**     _____

**Email:**         _____

# Exhibit B

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

---

### NOTICE OF BAR DATES FOR FILING OF GENERAL PROOFS OF CLAIM

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS:**

**PLEASE TAKE NOTICE** that on May 1, 2020, (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans, Debtor and Debtor-in-Possession in the above-captioned case filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United State Bankruptcy Court for the Eastern District of Louisiana (the "Court"). The Debtor, its address, case number, proof of claim forms, and other relevant information related to this Chapter 11 case may be obtained at: www.donlinrecano.com/rccano.

**PLEASE TAKE FURTHER NOTICE** that on September 28, 2020, the Court entered an order (the "Bar Date Order") establishing certain claims bar dates in the Debtor's Chapter 11 case. By the Bar Date Order, the Court established **November 30, 2020, at 5:00 p.m. (prevailing Central Time)**, as the date by which general claims must be filed (the "General Bar Date"). Except as described below, the Bar Date Order requires all Entities, excluding Governmental Units and Sexual Abuse Claimants, that have or may assert any prepetition Claims against the Debtor to mail proofs of claim to the following address: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219, or, if sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, 6201 15th Avenue, Brooklyn, NY 11219, on the applicable bar date set forth herein. Please note that the terms "Entity," "Governmental Unit," and "Claim" are defined below.

**PLEASE TAKE FURTHER NOTICE** that for your convenience, enclosed with this notice (the "General Creditor Bar Date Notice") is a proof of claim form (the "General Creditor

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Proof of Claim Form"). If this notice does not include a proof of claim form, a proof of claim form may be obtained from the Debtor at: www.donlinrecano.com/clients/rcano/static/BDPOC.

## KEY DEFINITIONS

- As used in this Notice, the term "Entity" has the meaning given to it in § 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships, and corporations), estates, trusts, Governmental Units, and the United States Trustee.

- As used in this Notice, the term "Governmental Unit" has the meaning given to it in § 101(27) of the Bankruptcy Code and includes the United States, States, commonwealths, districts, territories, municipalities, foreign states, or departments, agencies, or instrumentalities of the foregoing.

- As used in this Notice, the term "Claim" shall mean, as to or against the Debtor and in accordance with § 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT MUST FILE A PROOF OF CLAIM.**

**I.      WHO MUST FILE A PROOF OF CLAIM AND THE APPLICABLE BAR DATES**

   a.      *The Bar Dates:* The Bar Date Order establishes the following applicable bar dates for filing proofs of claim in this case:

1.   <u>The General Bar Date</u>. Except as set forth below, pursuant to the Bar Date Order, all Entities, excluding Governmental Units and Sexual Abuse Claimants, holding Claims against the Debtor (whether secured, unsecured priority, or unsecured nonpriority) that arose or are deemed to have arisen prior to May 1, 2020, are required to mail or file proofs of claims by the General Bar Date **November 30, 2020, at 5:00 p.m. (prevailing Central Time)**.

   a.      ***Entities that MUST File Proofs of Claims by the General Bar Date:*** Except as set forth in paragraph "2.b." below, the following Entities must file proofs of claim on or before the General Bar Date:

A.   Any person or entity whose pre-petition claim against the Debtor is not listed in the Debtor's Schedules or whose pre-petition claim is listed in the Schedules but is listed as disputed, contingent, or unliquidated and that desires to participate in this case or share in any distribution in this case; and

B.      Any person or entity that believes that its pre-petition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules.

2.      <u>The Government Unit Bar Date</u>. Except as set forth below, pursuant to the Bar Date Order, all Governmental Units holding Claims against the Debtor that arose or are deemed to have arisen prior to May 1, 2020, are required to mail or file proofs of claims by the General Bar Date **November 30, 2020 at 5:00 p.m. (prevailing Central Time)**.

      a.      ***Entities that MUST File Proofs of Claims by the Government Unit Bar Date:*** Except as set forth in paragraph "b." below, the following Entities must file proofs of claim on or before the General Bar Date:

A.      Any person or entity whose pre-petition claim against the Debtor that is not listed in the Debtor's Schedules or whose pre-petition claim is listed in the Schedules but is listed as disputed, contingent, or unliquidated and that desires to participate in this case or share in any distribution in this case; and

B.      Any person or entity that believes that its pre-petition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules.

Claims based on acts or omissions of the Debtor that occurred before May 1, 2020, must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before May 1, 2020.

**PLEASE NOTE THAT INDIVIDUALS ASSERTING CLAIMS ARISING FROM SEXUAL ABUSE FOR WHICH SUCH INDIVIDUALS BELIEVE THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS MAY BE LIABLE ARE INSTRUCTED TO FILE A SEXUAL ABUSE PROOF OF CLAIM FORM, CONSISTENT WITH THE BAR DATE ORDER AND THE SEXUAL ABUSE BAR DATE NOTICE. CLAIMANTS MAY OBTAIN COPIES OF THESE FORMS FROM THE DEBTOR'S CLAIMS, NOTICING AND SOLICITATION AGENT, DONLIN, RECANO & COMPANY, INC. AT THE ADDRESS SET FORTH HEREIN.**

      b.      ***Entities NOT Required to File Proofs of Claim by the General Bar Date or Government Unit Bar Date:*** The Bar Date Order further provides that the following Entities need not file proofs of claim by the General Bar Date:

1.      Any person or entity that has already properly filed a proof of claim against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Eastern District of Louisiana or with Donlin, Recano & Company, Inc., the Debtor's claims, noticing and solicitation agent. Notwithstanding the foregoing, **Sexual Abuse Claimants that previously filed with the Court a proof of claim on account of a Sexual Abuse Claim using a form <u>other than</u> the Sexual Abuse Proof of Claim Form, including Official Bankruptcy Form No. 410, will subsequently be notified that such claimant must**

**refile his or her claim using the Sexual Abuse Proof of Claim form.  Any such refiled Sexual Abuse Proof of Claim shall relate back for purposes of timeliness to the date that such claimant's original claim was filed,** *provided* **it is refiled no later than 45 days after written notice is given to such claimant to refile his or her claim**;

2.     Any person or entity: (a) whose claim is listed in the Schedules or any amendments thereto, <u>and</u> (b) whose claim is <u>not</u> described therein as "disputed," "contingent," or "unliquidated," <u>and</u> (c) who does not dispute the amount or classification of its claim as set forth in the Schedules;

3.     Professionals retained by the Debtor or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses subject to the Court's approval pursuant to §§ 330, 331, and 503(b) of the Bankruptcy Code;

4.     Any person or entity that asserts an administrative expense claim against the Debtor pursuant to §§ 503(b)(1) through (9) and § 507(a)(2) of the Bankruptcy Code;

5.     Any person or entity whose claim against the Debtor has been allowed by an order of the Court entered on or before the applicable Bar Date;

6.     Any person or entity whose claim has been paid in full. For the avoidance of doubt, this does not include Sexual Abuse Claimants who were paid pursuant to settlement agreements but believe they have additional claims against the Debtor beyond what was agreed to in the settlement (a "**Settling Abuse Survivor**");

7.     Any holder of a claim for which a separate deadline is (or has been) fixed by the Court.

**II.     CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM**

**Any Entity that is required to file a proof of claim, but fails to do so by the applicable Bar Date described in this General Bar Date Notice: (i) may NOT be treated as a creditor with respect to such Claim for the purposes of voting on and distribution under any Chapter 11 plan proposed and/or confirmed in this case; and (ii) may be forever barred, estopped, and enjoined from asserting such Claim against the Debtor (or filing a proof of claim with respect thereto), and the Debtor and its property may be forever discharged from any and all indebtedness or liability with respect to such Claim.**

**If it is unclear from the Schedules whether your Claim is disputed, contingent, or unliquidated as to amount or is otherwise properly listed and classified, you must file a proof of claim on or before the applicable Bar Date. Any Entity that relies on the information in the Schedules bears responsibility for determining that its Claim is accurately listed therein.**

<u>**RESERVATION OF RIGHTS**</u>

The Debtor reserves the right to: (i) dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification, or

otherwise; and (ii) subsequently designate any Claim as disputed, contingent, or unliquidated. Nothing contained in this Notice shall preclude the Debtor from objecting to any Claim, whether scheduled or filed, on any grounds.

## **PROCEDURE FOR FILING PROOFS OF CLAIM**

Unless one of the exceptions described in <u>Section 2.b.</u> above applies, you MUST file an original proof of claim by mail, overnight delivery, courier, or hand delivery by the General Bar Date or the Government Unit Bar Date, as applicable, as follows:

**If Proof of Claim is sent by mail, send to:**

> Donlin, Recano & Company, Inc.
> Re: The Roman Catholic Church of the Archdiocese of New Orleans
> P.O. Box 199043
> Blythebourne Station
> Brooklyn, NY 11219

**If Proof of Claim is sent by Hand Delivery or Overnight Courier, send to:**

> Donlin, Recano & Company, Inc.
> Re: The Roman Catholic Church of the Archdiocese of New Orleans
> 6201 15th Avenue
> Brooklyn, NY 11219

**If Proof of Claim is submitted electronically, use the interface available at:**

> _____ and follow the instructions set forth therein.

**Any proof of claim submitted by facsimile or e-mail will not be accepted, other than electronic submission through the portal above, and will not be deemed filed until the proof of claim is submitted by the method described in the foregoing sentence.**

All proof of claim forms must be signed by the creditor or, if the creditor is not an individual, by an authorized agent of the creditor.  The proof of claim form must be written in English and be denominated in United States currency. In addition, all proofs of claim must include all documentation required by Bankruptcy Rules 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim and, for secured Claims, evidence that the alleged security interest has been perfected.

If you wish to receive acknowledgement of receipt of your proof of claim, you must also submit by the General Bar Date or the Government Unit Bar Date, as applicable, and concurrently with submitting your original proof of claim: (i) one additional copy of your original proof of claim; and (ii) a self-addressed, stamped return envelope.

## ADDITIONAL INFORMATION

1.  You may be listed as the holder of a Claim against the Debtor's in the Schedules. If you choose to rely on the Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.  If you hold or assert a Claim that is not listed in the Schedules or if you disagree with the amount or priority of your Claim as listed in the Schedules, or your Claim is listed in the Schedules as either contingent, unliquidated, or disputed, you must file a proof of claim. Copies of the Schedules and the Bar Date Order are available www.donlinrecano.com/rccano.

2.  Questions concerning the contents of this Notice and requests for proofs of claim forms should be directed to Donlin Recano & Company, Inc. via e-mail at rcanoinfo@donlinrecano.com or via phone, toll free at 1 (877) 476-4389, between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday. Please note that Donlin, Recano & Company, Inc. is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated:  September __, 2020

_____
UNITED STATES BANKRUPTCY JUDGE

# Exhibit C

**EXHIBIT C**

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

## GENERAL PROOFS OF CLAIM FORM

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fill in this information to identify the case: | Proof of Claim |
|---|---|
| Debtor name: The Roman Catholic Church of the Archdiocese of New Orleans | |
| United States Bankruptcy Court for the Eastern District of Louisiana | |
| Case number: 20-10846 | |

## Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** Name and address of the creditor. | Name and address of creditor (the person or entity to be paid for this claim): <br><br><br><br><br> Other names the creditor used with the debtor: _____ |
| **2. Has this claim been acquired from someone else?** | ❑ No        ❑ Yes. <br>                          From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | Where should notices to the creditor be sent? <br><br> Name: _____ <br><br> Address: _____ <br><br> City: _____ State: ____ Zip: _____ <br><br> Phone: _____ <br><br> Email: _____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | Where should payments to the creditor be sent? (if different) <br><br> Name: _____ <br><br> Address: _____ <br><br> City: _____ State: ____ Zip: _____ <br><br> Phone: _____ <br><br> Email: _____ |
| **4. Does this claim amend one already filed?** | ❑ No        ❑ Yes. Claim number on court <br>                          claims registry (if known): _____ | Filed on <br> (MM/DD/YYYY): _____ |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ❑ No        ❑ Yes. <br>                          Who made the earlier filing? _____ |

## Part 2:    Give Information About the Claim as of the Date the Case was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ❑ No        ❑ Yes. Last 4 digits of the debtor's <br>                          account or any identification number used: _____ _____ _____ _____ |
| **7. How much is the claim?** | $_____        **Does this amount include interest or other charges?** <br>                                          ❑ No        ❑ Yes. Attach statement itemizing interest, fees, expenses, or <br>                                                              other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. |

| 9. Is all or part of the claim secured? | ☐ No |  |  |
|---|---|---|---|
|  | ☐ Yes. The claim is secured by a lien on property. | **Nature of property:** | ☐ Motor vehicle |
|  |  | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. | ☐ Other (describe): _____ |

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____  **Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured** (the sum of the secured and unsecured amounts should match the amount in line 7): $_____

| **Amount necessary to cure any default as of the date of the petition:** $_____ | **Annual interest rate** (when case was filed): _____% | ☐ Fixed ☐ Variable |
|---|---|---|

| 10. **Is this claim based on a lease?** | ☐ No | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
|---|---|---|

| 11. **Is this claim subject to a right of setoff?** | ☐ No | ☐ Yes. Identify the property: _____ |
|---|---|---|

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (MM/DD/YYYY): _____

Signature: _____

**Print the name of the person who is completing and signing this claim:**

First name: _____  Middle: _____  Last: _____

Title: _____

Company (identify the corporate servicer as the company if the authorized agent is a servicer): _____

Address: _____

City: _____  State: _____  Zip: _____

Phone: _____  Email: _____

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                              12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the reverse page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the claims agent's website (www.donlinrecano.com/rccano) to view the filed form.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM TO:**

**If Proof of Claim is sent by mail, send to:**

Donlin, Recano & Company, Inc.
Re: The Roman Catholic Church of the Archdiocese
 of New Orleans
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**

Donlin, Recano & Company, Inc.
Re: The Roman Catholic Church of the Archdiocese
 of New Orleans
6201 15th Avenue
Brooklyn, NY 11219

**Do not file these instructions with your form.**

# Exhibit D

**EXHIBIT D**

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

This Agreement "**Agreement**") is entered into as of _____.

By _____ (the "**Recipient**"), a Permitted Party pursuant to the Order Fixing Time for Filing Proofs of Claims; Approving Proofs of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice (the "**Order**") [Docket No. _____ ] on September 24, 2020 by the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Court**") in case no. 20-10846, In Re: Roman Catholic Church of the Archdiocese of New Orleans, a Louisiana Corporation (the "**Case**").

**WHEREAS**, the Recipient will be granted access to confidential Abuse Proof of Claim Forms[2] filed in the Case after execution of this Agreement pursuant to and in accordance with the terms of the Order;

**WHEREAS**, Recipient agrees to keep the information provided in any and all Abuse Proof of Claim Form confidential pursuant to and in accordance with the terms of the Order and this Agreement; and

**WHEREAS,** with the exception of the parties identified in paragraph 13(d) of the Order, access to the Abuse Proof of Claim Forms extends only to the natural person who executes this Agreement. A separate confidentially agreement must be signed by each natural person who seeks access to the Abuse Proof of Claim Forms on behalf of a Permitted Party.

**NOW THEREFORE, IT IS AGREED AS FOLLOWS:**

1.   The Recipient agrees to keep the information provided in the Abuse Proof of Claim Forms confidential pursuant to and in accordance with the terms of the Order;

2.   Recipient agrees to not distribute any Abuse Proof of Claim Forms or information provided in the Proof of Claim Forms in violation of the Confidential Protocol in the Order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms used but not defined herein shall have the meaning and definitions ascribed to them in the Order.

3.      Recipient agrees that only the natural person who executes this Agreement, will have access to the Abuse Proof of Claim Forms unless a Permitted Party pursuant to paragraph 13(d) of the Order.

4.      Recipient will only communicate information from the confidential Abuse Proof of Claim Forms with other Permitted Parties who have executed a confidentiality agreement pursuant to the Order.

5.      Recipient consents to the jurisdiction of the Court to adjudicate any violation of this Agreement or the Order.

6.      Recipient shall promptly report any disclosure of information from a confidential Abuse Claim to the Debtor and any appointed Committee, and shall cooperate with efforts to recover the information and/or mitigate the effects of the disclosure.

Dated: This _____, 2020.


Signature:                                          _____

Print Name:                                        _____

Name of Party Represented (if any):                _____

# Exhibit E

## Notice of Deadline for Filing Sexual Abuse Claims in The Roman Catholic Church of the Archdiocese of New Orleans Bankruptcy Case

### *All Sexual Abuse Survivors Need to File Claims by <u>March 1, 2021</u>*

*This is an official notice approved by the Bankruptcy Court.*
*This is not a solicitation from a lawyer.*

Una versión en español de este aviso está disponible en _____
o llamando al 1-_____.

[notice in Vietnamese]

- Please read this notice carefully as it may impact your rights, including the right to compensation, against the Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Archdiocese</u>") and Non-Debtor Catholic Entities.  A list of Non-Debtor Catholic Entities is available at the following website:  [_____] or by calling the toll-free number listed below.

- Regardless of how old you are today, if you have a claim for sexual abuse for which you believe the Archdiocese is or may be responsible, that occurred before May 1, 2020, you must file a claim in this bankruptcy case to preserve your rights.

- You can file a claim using the Sexual Abuse Survivor Proof of Claim Form approved by the court (1) by logging on to the following website: _____or (2) by mailing or delivering a hard copy of your Sexual Abuse Survivor Proof of Claim to the address listed below.

- No plan of reorganization has been filed as of the date of this notice.  However, if a plan to reorganize the Archdiocese is approved, it could release claims you hold against certain third parties, including against churches, parishes, schools, Catholic Charities, and the other Non-Debtor Catholic Entities.

- If you have a claim against any church, parish, school, Catholic Charities, or other Non-Debtor Catholic Entity, you may have a claim against the Archdiocese.

- Your rights and options – **and the deadline to exercise them by** – are explained in more detail in this notice.

# BASIC INFORMATION

| | |
|---|---|
| **1.** | **Why was this notice issued?** |

The Archdiocese filed a chapter 11 bankruptcy case.  The Bankruptcy Court has set a deadline of **March 1, 2021, at 5:00 p.m. (Central Time)** for filing claims against the Archdiocese for sexual abuse.

The Archdiocese case is filed in the U.S. Bankruptcy Court for the Eastern District of Louisiana, and the case is known as *In re The Roman Catholic Church of the Archdiocese of New Orleans,* No. 20-10846 (Bankr. E.D. La.).  The Bankruptcy Court judge overseeing the case is The Honorable Meredith S. Grabill.

The Bankruptcy Court authorized the Archdiocese to send out this notice.  You have the right to file a sexual abuse claim in this bankruptcy case if you were sexually abused by persons associated with the Archdiocese regardless of how old you are today.  This includes sexual abuse in connection with any entity or activity associated with the Archdiocese, including schools, orphanages, parishes, or Catholic Charities.  You are required to file a Sexual Abuse Survivor Proof of Claim on or before **March 1, 2021, at 5:00 p.m. (Central Time)**.

# SEXUAL ABUSE CLAIMS

| | |
|---|---|
| **2.** | **What is considered sexual abuse?** |

You have a Sexual Abuse Claim if you experienced sexual abuse.  **Sexual Abuse** is defined as any of the following acts:

a.  Touching by the abuser of the person's intimate body parts (genitals, breasts, or buttocks), the touching by the person of the abuser's intimate body parts, showing pictures of the person's body or other persons' bodies, taking pictures of the person's body, showing pornography, or making images of the person while naked or engaged in any sexual activity, or any sexualized interaction including observing the person in bathing, toileting, or undressing that was made possible by the abuser's position of authority, or by the inducement of the abuser, or;

b.  sexual intercourse, simulated intercourse, masturbation, cunnilingus, fellatio, anal intercourse, or any intrusion, however slight, to the genital or anal openings:

    (i)  Of the person's body by any part of the abuser's body or any object used by the abuser for this purpose;

    (ii)  Of the person's body by any part of the body of the abuser or by any part of the body of another person, or by any object used by the abuser or another person for this purpose;

c. Inappropriate physical contact and/or contact that infringes upon another's personal, physical boundaries including but not limited to groping, kissing, extended hugging, and/or any unwelcomed touching;

d. Grooming or trying to create a special relationship, including but not limited to: talk of a sexual nature, talk of a romantic nature, communications expressing individual love to the person, as opposed to a salutation, providing material resources or experiences which induce the person into a relationship where trust is then violated.

If you have a claim from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim (Official Bankruptcy Form 410).

| **3.** | **Who should file a Sexual Abuse Survivor Proof of Claim?** |
|---|---|

You should file a Sexual Abuse Survivor Proof of Claim if you have a Sexual Abuse Claim as defined above.  You should file a Sexual Abuse Survivor Proof of Claim regardless of whether you:

- Did or did not report your sexual abuse to the Archdiocese or to anyone else;

- Believe the applicable statute of limitations may have run on your Sexual Abuse Claim;

- Previously filed a lawsuit or asserted claims in connection with the sexual abuse;

- Previously had your Sexual Abuse Claim paid in full by the Archdiocese under a settlement, but you believe you may have additional claims beyond what was agreed to in the settlement agreement;

- Are included in, or represented by, another action with respect to your Sexual Abuse Claim.

You should submit a Sexual Abuse Survivor Proof of Claim regardless of your age now or the length of time that has passed since the abuse took place.

Do not file a Sexual Abuse Survivor Proof of Claim if your claim is based on anything other than sexual abuse as defined above.  If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

| **4.** | **What if I am still not sure if I have a Sexual Abuse Claim?** |
|---|---|

You should consult with an attorney if you have any questions, including whether you should file a Sexual Abuse Survivor Proof of Claim.

| **5.** | **How can I file my Sexual Abuse Survivor Proof of Claim?** |
|---|---|

**A copy of the Sexual Abuse Survivor Proof of Claim Form is enclosed.  You may also obtain a copy of the form by following the instructions below.**

For additional copies of the Sexual Abuse Survivor Proof of Claim Form: (a) photocopy the enclosed Sexual Abuse Survivor Proof of Claim form; (b) contact the Debtor's claims agent Donlin, Recano & Company, Inc. by e-mail at rcanoinfo@donlinrecano.com or phone, toll free at 1 (877) 476-4389, between the hours of 9:00 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, or (c) visit the Debtor's website at: www.donlinrecano.com/rccano.com.

The Sexual Abuse Survivor Proof of Claim must be completed by you and mailed or submitted to Donlin, Recano & Company, Inc., the Court-approved agent for the Debtor (the "Claims Agent"), **by no later than March 1, 2021, at 5:00 p.m. (Central Time)** as follows:

(i)     If sent by mail, to Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219, or

(ii)     If sent by hand delivery or overnight courier, send to: Donlin, Recano & Company, Inc., Re: The Roman Catholic Church of the Archdiocese of New Orleans, 6201 15th Avenue, Brooklyn, NY 11219; or

(iii)     If submitted electronically, by using the interface available at:_____  and following the instructions set forth therein.

Sexual Abuse Survivor Proofs of Claim sent by any other means (such as facsimile transmission or email through a different manner than described in (iii) above) **will not** be accepted.

If you have questions you can contact your attorney or call 1-_____to speak to the Claims Agent.  The Claims Agent can provide information about how to file a claim, but cannot offer any legal advice.

Please note that the Archdiocese's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

| **6.** | **Will my information be kept confidential?** |
|---|---|

Yes, subject to the limitations described below.  The Bankruptcy Court has set up a procedure to protect your privacy.  In order to protect your privacy, <u>please do not file your Sexual Abuse Survivor Proof of Claim with the Bankruptcy Court</u>.  Instead, you must file according to the directions above.

Sexual Abuse Survivor Proofs of Claim will <u>not</u> be available to the public unless you choose to release that information by checking the box in Part 1 of the Sexual Abuse Survivor Proof of Claim.  However, information about your Sexual Abuse Claim will be confidentially provided, pursuant to Bankruptcy Court-approved guidelines, to the following parties:

- The Archdiocese and its attorneys;

- Certain insurers of the Archdiocese including authorized claims administrators of such insurers and their reinsurers and counsel;

- Attorneys for the Official Creditors' Committee and its members;

- Attorneys at the Office of the United States Trustee for the Eastern District of Louisiana;

- Any unknown claims representative appointed in the bankruptcy case;

- The Claims Agent (Donlin Recano & Company, Inc.);

- Any special arbitrator, mediator, or claims reviewer appointed to review and resolve Sexual Abuse Claims;

- Any trustee, or functional equivalent thereof, appointed to administer payments to holders of Sexual Abuse Claims; and

- Such other persons that the Court determines need the information in order to evaluate Sexual Abuse Claims.

Please note that information in your Sexual Abuse Survivor Proof of Claim may be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

## ADDITIONAL INFORMATION

| **7.** | **How do I report my sexual abuse to the authorities?** |
|---|---|

Reporting the sexual abuse protects other persons.  You can learn more about how to report the sexual abuse at _____.

Please know that reporting sexual abuse is different than filing a claim in the Archdiocese's bankruptcy case.

| | |
|---|---|
| **8.** | **What happens if I do not file a Sexual Abuse Survivor Proof of Claim?** |

If you fail to submit a completed Sexual Abuse Survivor Proof of Claim to the Claims Agent on or before **March 1, 2021, at 5:00 p.m. (Central Time)**, you may not be able to:

- vote on the Archdiocese's plan of reorganization; or

- receive any compensation in the Archdiocese's bankruptcy case for your Sexual Abuse Claim.

> **YOU MAY WANT TO CONSULT WITH AN ATTORNEY REGARDING THIS NOTICE AND WHETHER YOU SHOULD FILE A SEXUAL ABUSE SURVIVOR PROOF OF CLAIM.**

# Exhibit F

# Sexual Abuse Claims in The Roman Catholic Church of the Archdiocese of New Orleans Bankruptcy

**Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim so that it is received by 5 p.m. (Central Time) on March 1, 2021.**

The Archdiocese of New Orleans ("Archdiocese" or "Debtor") has filed bankruptcy in order to restructure its nonprofit organization and pay Sexual Abuse Survivors. Please read this notice carefully as it may impact your rights against the Archdiocese and Non-Debtor Catholic Entities and provides information about the case, *In re: The Roman Catholic Church of the Archdiocese of New Orleans* (Bankr. E.D. La.). This notice is a short summary. For more detail, including lists of names of clergy that have been identified in connection with sexual abuse claims, go to www.NOLAchurchclaims.com or call 1-877-476-4389.

### Who Should File a Sexual Abuse Claim?

**Anyone who was sexually abused, on or before May 1, 2020, and believes the Archdiocese may be responsible for the sexual abuse must file a claim.** This includes sexual abuse in connection with any entity or activity associated with the Archdiocese, including schools, orphanages, parishes, or Catholic Charities. Sexual Abuse Claims include, but are not limited to: sexual misconduct, touching, inappropriate contact, or sexual comments about a person or other behaviors that led to abuse, and regardless of whether you thought the behavior was sexual abuse or not.

### When and How Should I File a Sexual Abuse Claim?

You should file a claim using the Sexual Abuse Survivor Proof of Claim so that it is received by **March 1, 2021** at **5:00 p.m. (Central Time). If you do not file a timely Sexual Abuse Claim, you may lose rights against the Archdiocese and against Non-Debtor Catholic Entities, including any right to compensation.** A list of Non-Debtor Catholic Entities is available at the website or by calling the toll-free number listed below. If you have a sexual abuse claim against any entity on that list, you may have a claim against the Archdiocese. Only the Archdiocese is in bankruptcy. If you have a claim against the Non-Debtor Catholic Entities, you must take additional legal action to preserve and pursue your rights.

<u>Your information will be kept private.</u>  You can download and file a claim at the website or call the toll-free number listed below for help on how to file a claim by mail.

### ACT NOW Before Time Runs Out:

    

File a Sexual
Abuse Survivor
Proof of Claim.

Have questions?
Call or visit the website
for more information.

If your claim is approved,
you may receive
compensation
from the bankruptcy.

<u>Your information will be kept private.</u>

**www.NOLAchurchClaims.com      1-877-476-4389**

# Exhibit G

**Exhibit G**

# PUBLICATION NOTICE PROGRAM

The Publication Notice Program consists of the following, at a total cost of $400,000.

| Media | Description |
|---|---|
| *Television* | ❖ Local television networks (ABC and CBS) and religious programming on WHNO TV in the New Orleans media market |
| *Print* | ❖ 27 Local Newspapers in Louisiana<br>❖ 1 newspaper in Texas and 1 in Mississippi |
| *Online* | ❖ Targeted nationally and in Louisiana, Texas, Mississippi, and Georgia<br>❖ Social Media (Facebook/Instagram) – English and Spanish<br>❖ Vietnamese Online<br>❖ Keyword Search Campaign: Google, Bing, and search partners |
| *Earned* | ❖ National Press Release |
| *Community Outreach* | ❖ Catholic Churches in Louisiana, Texas, and Mississippi<br>❖ U.S. Correctional Facility Contacts (wardens, pastors, etc.)<br>❖ Sexual Abuse Groups |

## A.  Television

**Proposed Television Buy: $100,000**

- $85,000 media
- $15,000 production*

*The cost of production assumes no disagreements on the wording of any Television Advertisement. Attorneys' fees expended by the Archdiocese related to the content of the advertisements will increase costs of production and will decrease the budget for media buying.

1.  Notice in the form of 30-second local television spots will be aired throughout the day on local stations within the New Orleans media market.  Television spots will run for four weeks.

2.       Dr. Wheatman will make recommendations on how to effectively utilize the budget for television to reach the greatest number of potential claimants including, without limitation, to appropriately purchase the TRPs[1] and daypart mix for television spots.

3.       Broadcast channels could include all or some of the following, depending upon availability at the time media is purchased:

| PROGRAMMING | CHANNELS | |
|---|---|---|
| Broadcast Network |  |  |
| Religious |  | |

**B.       Print**

1.       The Sexual Abuse Publication Notice will appear in 17 newspapers in Louisiana, one newspaper in Texas and one in Mississippi.  This would include 19 daily editions and 16 Sunday editions:

---

[1]       Target Rating Points represent the sum of the ratings delivered by a media vehicle in a schedule. A rating is the percentage of persons in the target who have been exposed to the media vehicles in the schedule.  One TRP equals 1% of a given target population.

| NEWSPAPER | SPECS | STATE | DAILY CIRCULATION | SUNDAY CIRCULATION |
|---|---|---|---|---|
| *New Orleans Advocate* (includes placement Baton Rouge & Acadiana editions) | 5.5" x 10" | Louisiana | 84,581 | 109,659 |
| *Shreveport Times* | 4.94" x 10.39" | Louisiana | 13,316 | 15,456 |
| *Hammond Daily Star* | 5" x 10.5" | Louisiana | 7,611 | 8,089 |
| *Lafayette Daily Advertiser* | 4.94" x 10" | Louisiana | 7,437 | 9,844 |
| *Monroe News Star* | 4.92" x 10.39" | Louisiana | 6,886 | 7,518 |
| *Alexandria Town Talk* | 4.92" x 10" | Louisiana | 4,837 | 6,099 |
| *Houma Courier* (includes placement in Daily Comet) | TBD | Louisiana | 4,784 | 6,601 |
| *American Press* | 5.81" x 10.75" | Louisiana | 16,363 | 18,156 |
| *Thibodaux Daily Comet* (includes placement in Houma Courier) | TBD | Louisiana | 3,627 | NA |
| *Jennings Daily News* | 6.950" x 10" | Louisiana | 10,372 | 5,072 |
| *Baton Rouge Advocate* (see New Orleans Advocate) | 5.5" x 10" | Louisiana | 97,321 | 104,415 |
| *Daily Iberian* | 5" x 10" | Louisiana | 5,314 | 5,764 |
| *Daily Review* | 6.52" x 10" | Louisiana | 5,151 | NA |
| *Minden Press Herald* | TBD | Louisiana | 5,192 | NA |
| *The Crowley Post Signal* | 6.52" x 10" | Louisiana | 4,500 | 4,500 |
| *Abbeville Meridional* | 6.52" x 10" | Louisiana | 3,847 | 4,092 |
| *Opelousas Daily World* | 9.498" x 10" | Louisiana | 1,598 | 1,875 |
| *Houston Chronicle* | 4.9" x 10.5" | Texas | 146,222 | 227,700 |
| *Clarion Ledger* | 4.94" x 10.39" | Mississippi | 20,780 | 22,721 |

2.      The Sexual Abuse Publication Notice will also appear in 10 community newspapers in the New Orleans media market:

| Newspaper Name | SPECS | Circulation |
|---|---|---|
| *New Orleans Times Picayune – Metairie/Kenner Zones* | 5.5" x 10" | 28,984 |
| *Clarion Herald* | 7.375" x 8.5" | 63,000 |
| *Bayou Catholic* | TBD | 30,995 |
| *Plaquemines Gazette* | 5.5417" x 10" | 2,560 |
| *St. Bernard Voice* | 5.5417" x 10" | 3,200 |
| *L'Observateur* | 6.555" x 10" | 5,000 |
| *St. Charles Herald-Guide* | 4.9" x 8" | 5,100 |
| *Lutcher News Examiner* | 7.25" x 10" | 3,900 |
| *Ponchatoula Times* | 7.292"' x 10"' | 7,000 |
| *Bogalusa Daily News* | 6.55" x 10" | 6,500 |

3.      All newspaper ads will be approximately 4 columns by 10 inches in size. The Notice will appear within the Main News section of each newspaper.

**C.      Online**

1.      The Supplemental Notice Plan includes delivery of 11 million gross impressions[2] across four online networks targeted to Louisiana.  These impressions will be targeted to reach Adults 50+ and Adults 18+ across various websites.

2.      Banner ads will appear on the following online networks[3] over four to six weeks. Each network listed below partners with thousands of websites to distribute online ads across their network.

| Network | Summary |
|---|---|
|  | Online advertising company and comScore Top 20 Ad Network. |
|  | A global digital media platform that connects advertisers and audiences across all media channels. |

---

[2]      Gross impressions are the total number of times a digital ad will be shown.  This figure does not represent the total number of unique viewers of the ad, as some viewers will see the ad more than once.

[3]      Delivery of Internet impressions to specific sites are subject to availability at the time the media is purchased.

| NETWORK | SUMMARY |
|---|---|
|  | Provides banner and/or video ad placement on a variety of websites, blogs, and other niche sites in Google's network. |
|  | A free, global social networking website that helps people communicate with friends, family, and coworkers. |

3.      Banner ads will be delivered across devices (desktop, mobile, and tablet).  English and Spanish ads will be delivered on Facebook.

4.      Online impressions will also be delivered using the following targeting strategies:

a)      <u>Geo-Targeting</u>: Ads targeted to people visiting areas around Catholic churches with a focus on 8 Parishes, Baton Rouge, Houston, and Atlanta.

b)      <u>Behavioral Targeting</u>: Ads targeted to people based on their previous online habits (*i.e.*, if they viewed or searched content related to Archdiocese of New Orleans, bible studies, Catholicism, Catholic church sexual abuse, sexual abuse, or other related items).

c)      <u>Channel/Contextual Targeting</u>: Ads targeted to websites with editorial content that may include Archdiocese of New Orleans or Catholic church content.  Ads will also be targeted to websites that have religious lifestyles content.

d)      <u>Third Party Data</u>: Ads targeted to people based on standard third-party data sources that identify website users as having Catholic beliefs.

5.      Vietnamese language online ads will be targeted to individuals in New Orleans who are browsing websites in Vietnamese.  Ads will also target New Orleans East neighborhoods, areas surrounding churches that offer masses in Vietnamese, and areas where Vietnamese fishers congregate.  Google Display Network will deliver these targeted impressions.

6.      A third-party ad management platform, Integral Ad Science, will be used to audit the digital ad placements.  This type of platform helps reduce the investment wasted on

fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not viewable, etc.) and ensure brand safety through the use of whitelisting.[4]

### D. Social Media to Potential Claimants

1. Ads will be delivered on two social media networks, targeted to Louisiana, Texas, and Mississippi, and some delivered nationally.

| NETWORK | USAGE FOR NEW ORLEANS | DETAILS |
|---|---|---|
|  | Adults 50+: 48.8%<br>Adults 18+: 63.9% | Newsfeed ads targeted to: (1) users who have an interest in the Catholic Church; Catholicism; Catholic School; Catholic and Proud; Catholic Bible; Catholic Church in the United States; Catholic News Agency; Roman Catholic Devotions; Catholic Relief Services; Archdiocese; and (2) the list of affected churches, ministry centers, and schools.  Includes Spanish and Vietnamese language ads. |

2. Sponsoring links to the Debtor's chapter 11 case website shall appear on Google, Bing, and other search partners when searchers enter certain terms (e.g., New Orleans Catholic Church bankruptcy, sexual abuse, and Archdiocese of New Orleans lawsuit). When a user searches online for one of the specified search terms or phrases, an advertisement will appear on the results page that will point users to the chapter 11 case website.

### E. Community Outreach

1. The following groups will be contacted and asked to share information with their members:

---

[4]     Whitelisting places the ad on selected website domains that are vetted for audience delivery and performance.

| GROUP | TYPE OF CONTACT |
|---|---|
| Catholic Churches in Louisiana, Texas, and Mississippi | Email |
| U.S. Correctional Facility Contacts (wardens, pastors, etc.) | Email |
| Sexual Abuse Support Groups | Email |

**F.      Earned Media**

1.      A nationwide press release will be distributed on PR Newswire's US1 news circuit.

**G.      Committee Review of Media**

1.      In advance of placement of the media program, the Debtor shall provide to the Committee sample advertising for review including, without limitation, scripts and storyboards for Television, on-line and other media ads and pre-logs for television placement.   The Debtor will also provide to the Committee tear sheets of all newspaper advertisements that have been placed.

# Exhibit H

# <u>PARISHES</u>

All Saints Roman Catholic Church, New Orleans, Louisiana
Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
Assumption of Mary Roman Catholic Church, Avondale, Louisiana
Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana
Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
Christ the King Roman Catholic Church, Gretna, Louisiana
Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
Divine Mercy Roman Catholic Church, Kenner, Louisiana
Good Shepherd Roman Catholic Church, New Orleans, Louisiana
Holy Family Roman Catholic Church, Franklinton, Louisiana
Holy Family Roman Catholic Church, Luling, Louisiana
Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
Holy Spirit Roman Catholic Church, New Orleans, Louisiana
Immaculate Conception Roman Catholic Church, Marrero, Louisiana
Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
Most Holy Trinity Roman Catholic Church, Covington, Louisiana
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
Our Lady of Prompt Succor Church Roman Catholic Church, Chalmette, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
St. Agnes Roman Catholic Church, Jefferson, Louisiana
St. Agnes le Thi Thanh Roman Catholic Church, Marrero, Louisiana
St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
St. Angela Merici Roman Catholic Church, Metairie, Louisiana
St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana

St. Anselm Roman Catholic Church, Madisonville, Louisiana
St Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
St. Anthony Roman Catholic Church, Gretna, Louisiana
St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
St. Augustine Roman Catholic Church, New Orleans, Louisiana
St. Benedict Roman Catholic Church, Covington, Louisiana
St. Benilde Roman Catholic Church, Metairie, Louisiana
St. Bernard Roman Catholic Church, St. Bernard, Louisiana
St. Bonaventure Roman Catholic Church, Avondale, Louisiana
St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
St. Christopher Roman Catholic Church, Metairie, Louisiana
St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
St. Cletus Roman Catholic Church, Gretna, Louisiana
St. David Roman Catholic Church, New Orleans, Louisiana
St. Dominic's Roman Catholic Church, New Orleans, Louisiana
St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
St. Gabriel Roman Catholic Church, New Orleans, Louisiana
St. Genevieve Roman Catholic Church, Slidell, Louisiana
St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
St. Hubert Roman Catholic Church, Garyville, Louisiana
St. James Major Roman Catholic Church, New Orleans, Louisiana
St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
St. Jerome Roman Catholic Church, Kenner, Louisiana
St. Joachim Roman Catholic Church, Marrero, Louisiana
St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
St. John Bosco Roman Catholic Church, Harvey, Louisiana
St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
St. John the Baptist Roman Catholic Church, Edgard, Louisiana
St. John the Baptist Roman Catholic Church, Folsom, Louisiana
St. John the Baptist Roman Catholic Church, Paradis, Louisiana
St. Joseph Roman Catholic Church, Gretna, Louisiana
St. Joseph Roman Catholic Church, Algiers, Louisiana
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
St. Mark Roman Catholic Church, Ama, Louisiana
St. Martha Roman Catholic Church, Harvey, Louisiana
St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana

St. Mary's Roman Catholic Church, New Orleans, Louisiana
St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
St. Patrick's Roman Catholic Church, New Orleans, Louisiana
St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
St. Peter's Roman Catholic Church, Covington, Louisiana
St. Peter Roman Catholic Church, Reserve, Louisiana
St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
St. Philip Neri Roman Catholic Church, Metairie, Louisiana
St. Pius X Roman Catholic Church, New Orleans, Louisiana
St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, Harahan, Louisiana
St. Rita Roman Catholic Church, New Orleans, Louisiana
St. Rosalie Roman Catholic Church, Harvey, Louisiana
St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana
Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## **CLOSED PARISH CORPORATIONS**

Blessed Sacrament, Inc.
Epiphany, Inc.
Immaculate Heart of Mary, Inc.
Incarnate Word, Inc.
Our Lady of Good Counsel, Inc.
Our Lady of Good Harbor, Inc.
Our Lady of Lourdes, New Orleans, Louisiana, Inc.
St. Frances Xavier Cabrini, Inc.
St. Francis de Salles, Inc.
St. Henry's, Inc.
St. John the Baptist, New Orleans, Louisiana, Inc.
St. Julian Eymard, Inc.
St. Lawrence the Martyr, Inc.
St. Louise de Marillac, Inc.
St. Maurice, Inc.
St. Monica, Inc.
St. Philip the Apostle, Inc.
St. Raymond's, Inc.
St. Rose of Lima, Inc.
St. Theresa of the Child Jesus, Inc.
St. Ann, New Orleans, Louisiana, Inc.
The Congregation of the Annunciation Roman Catholic Church
The Congregation of St. Cecelia Roman Catholic Church
The Congregation of Saints Peter and Paul Roman Catholic Church
Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.

# Exhibit I

**Exhibit I**

## NON-DEBTOR CATHOLIC SERVICE ENTITIES

Annunciation Inn, Inc.
Catholic Charities Archdiocese of New Orleans
Catholic Community Foundation
     Archdiocese of New Orleans
Christopher Homes, Inc.
Christopher Inn
Clarion Herald Publishing Company
Holy Trinity Drive Land Corporation
The Apartments at Mater Dolorosa
Metairie Manor
Metairie, III
Nazareth Manor
Nazareth II
New Orleans Archdiocesan Cemeteries
Notre Dame Health System
Our Lady of Wisdom Facility Corporation
Chateau de Notre Dame Facilities Corporation
Dubourg Home
Project Lazarus
St. Tammany Manor
Rouquette, III
School Food and Nutrition Services
    of New Orleans, Inc.
Second Harvest Food Bank of
    Greater New Orleans and Acadiana
St. Anthony's Gardens
St. Bernard Manor
St. Bernard, II
St. Bernard, III
St. Martin's Manor, Inc.
St. Tammany Catholic Cemetery
The Mental Health Development Association
Villa Additions
Villa St. Maurice, Inc.
Monsignor Wynhoven Apartments, Inc.
Notre Dame Seminary
Padua House
Aspiring Scholars
Catholic Charities Group Homes
Catholic Charities Children's Day Care Centers
St. Michael Special School
St. Therese Catholic Academy
Roman Catholic Center of Jesus the Lord
St. Jude Community Center, Inc.

Korean Catholic Community of New
    Orleans, Inc.
7887 Walmsley, Inc.
Archdiocese of New Orleans Indemnity, Inc.
Pace Greater New Orleans
Philmat, Inc.
The Society for the Propagation of the Faith,
    Archdiocese of New Orleans

# Exhibit J

# **LISTED CLERGY**

The below list is not exhaustive.  There may be additional priests or clergy who may have committed acts of Sexual Abuse but on whom the Archdiocese does not have a report or for whom an allegation of Sexual Abuse was not substantiated through the Archdiocese process or a civil authority.  In addition, the list does not include other potential offenders who are not members of the clergy, such as teachers, nuns, or members of religious orders. The fact that this list may not include the name of the Alleged Abuser who sexually abused you does not mean that you should not file a Sexual Abuse Proof of Claim Form.

Please refer to the Committee website located at www.NOLAchurchCommittee.com for lists prepared by the Committee of additional clergy against whom Sexual Abuse lawsuits have been filed and clergy accused of Sexual Abuse by other religious orders and dioceses.

Below are the names of Archdiocese of New Orleans clergy who are alive and have been accused of sexually abusing a minor, which led to their removal from ministry.  In each case, the cleric remains out of ministry:

INSERT PHOTO

PAUL CALAMARI
Date of Birth: 1944
Ordination: 1980
Estimated Timeframe of Abuse: 1970s
Allegation Received: 2003
Removed from Ministry: 2003
Pastoral Assignments:
Our Lady of Perpetual Help, Belle Chasse [POSITION(S)] [DATES]
Our Lady of the Rosary, New Orleans, in residence [POSITION(S)] [DATES]
St. Stanislaus School, Bay St. Louis, MS
St. Raphael, New Orleans [POSITION(S)] [DATES]
St. Rita, New Orleans, in residence [POSITION(S)] [DATES]
Holy Cross Church, Dover, DE [POSITION(S)] [DATES]
St. Mary of the Assumption, Hockenin, DE [POSITION(S)] [DATES]
St. Peter the Apostle, New Castle, DE [POSITION(S)] [DATES]

INSERT PHOTO

MICHAEL FARINO
Date of Birth: 1942
Ordination: 1969
Estimated Timeframe of Abuse: 1970s;1980s

Allegation Received: 1990
Removed from Ministry: 1990
Pastoral Assignments:
Our Lady of Prompt Succor, Chalmette [POSITION(S)] [DATES]
St. Benilde, Metairie [POSITION(S)] [DATES]
St. Maurice, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

LLOYD GLAPION (DEACON)
Date of Birth: 1924
Ordination: 1976
Estimated Timeframe of Abuse: 1980s
Allegation Received: 2015
Retired from Ministry: 1999
Pastoral Assignments:
St. Augustine Church, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

THOMAS GASPARD GLASGOW
Date of Birth: 1938
Ordination: 1969
Estimated Timeframe of Abuse: late 1970s
Allegation Received: 2007
Removed from Ministry: 2008
Pastoral Assignments:
Mater Dolorosa, New Orleans [POSITION(S)] [DATES]
St. Brigid, New Orleans [POSITION(S)] [DATES]
St. Gabriel, New Orleans [POSITION(S)] [DATES]
St. James Major, New Orleans [POSITION(S)] [DATES]
St. John the Baptist, Edgard [POSITION(S)] [DATES]
St. Philip the Apostle, New Orleans [POSITION(S)] [DATES]
St. Simon Peter, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

LAWRENCE HECKER
Date of Birth: 1931
Ordination: 1958

Estimated Timeframe of Abuse: late 1960s; 1970s
Allegation Received: 1996
Removed from Ministry: 2002
Pastoral Assignments:
Christ the King, Terrytown [POSITION(S)] [DATES]
Holy Family, Luling [POSITION(S)] [DATES]
Holy Rosary, New Orleans [POSITION(S)] [DATES]
Our Lady of Lourdes, New Orleans [POSITION(S)] [DATES]
St. Anthony, Luling [POSITION(S)] [DATES]
St. Bernadette, Houma [POSITION(S)] [DATES]
St. Charles Borromeo, in residence [POSITION(S)] [DATES]
St. Frances Cabrini, New Orleans [POSITION(S)] [DATES]
St. Francis Xavier, Metairie [POSITION(S)] [DATES]
St. Joseph, Gretna [POSITION(S)] [DATES]

INSERT PHOTO

HENRY BRIAN HIGHFILL
Date of Birth: 1942
Ordination: May 11, 1974
Estimated time of Abuse:  1975–1981
Allegation received: 2018
Removed from Ministry: 2018
Pastoral Assignments:
Our Lady of the Rosary, New Orleans [POSITION(S)] [DATES]
St. Ann, Metairie [POSITION(S)] [DATES]
St. Catherine of Siena, Metairie [POSITION(S)] [DATES]
St. Edward the Confessor, Metairie [POSITION(S)] [DATES]
St. Francis de Sales, Houma [POSITION(S)] [DATES]
St. Francis Xavier, Metairie [POSITION(S)] [DATES]
Archdiocese for the Military [POSITION(S)] [DATES]
Diocese of Las Vegas [POSITION(S)] [DATES]

INSERT PHOTO

GERARD HOWELL
Date of Birth: 1939
Ordination: 1964
Estimated Timeframe of Abuse: 1960s; 1970s
Allegation Received: 1978
Removed from Ministry: 1992
Pastoral Assignments:
Holy Trinity, New Orleans [POSITION(S)] [DATES]

3

Mater Dolorosa, New Orleans [POSITION(S)] [DATES]
Our Lady of Prompt Succor, Westwego [POSITION(S)] [DATES]
Prince of Peace, Chalmette [POSITION(S)] [DATES]
St. Gerard, New Orleans [POSITION(S)] [DATES]
St. Henry, New Orleans [POSITION(S)] [DATES]
St. Lawrence the Martyr, Kenner [POSITION(S)] [DATES]
Sts. Peter and Paul, New Orleans [POSITION(S)] [DATES]
St. Pius X, Baton Rouge [POSITION(S)] [DATES]

INSERT PHOTO

PATRICK KEANE
Date of Birth: 1948
Ordination: 1973
Estimated Timeframe of Abuse: 1980s
Allegation Received: 1994
Removed from Ministry: 1995
Pastoral Assignments:
Holy Family, Luling [POSITION(S)] [DATES]
St. Anselm, Madisonville [POSITION(S)] [DATES]
St. Catherine of Siena, Metairie [POSITION(S)] [DATES]
St. Cecilia, New Orleans [POSITION(S)] [DATES]
St. Edward the Confessor, Metairie [POSITION(S)] [DATES]
St. Mary Magdalen, Metairie [POSITION(S)] [DATES]

INSERT PHOTO

JAMES KILGOUR
Date of Birth: 1946
Ordination: 1982
Estimated Timeframe of Abuse: 1980s
Allegation Received: 1987
Removed from Ministry: 1988
Pastoral Assignments:
St. Pius X, New Orleans [POSITION(S)] [DATES]

4

INSERT PHOTO

**JAMES LOCKWOOD (DEACON)**
Date of Birth: 1933
Ordination: 1974
Estimated Timeframe of Abuse: late 1970s
Allegation Received: 1978
Removed from Ministry: 1978
Pastoral Assignments:
Center of Jesus the Lord, New Orleans [POSITION(S)] [DATES]
Our Lady of Prompt Succor, Chalmette [POSITION(S)] [DATES]

INSERT PHOTO

**GERALD PRINZ**
Date of Birth: 1939
Ordination: 1968
Estimated Timeframe of Abuse: 1970s
Incardinated Diocese of Houma-Thibodaux: 1977
Allegation Received: 1995
Resigned from Priesthood: 1990
Pastoral Assignments:
St. Frances de Sales, Houma [POSITION(S)] [DATES]
St. Gregory Barbarigo, Houma [POSITION(S)] [DATES]

INSERT PHOTO

**PATRICK SANDERS**
Date of Birth: 1963
Ordination: 1990
Estimated Timeframe of Abuse: 1990s
Allegation Received: 2004
Removed from Ministry: 2005
Pastoral Assignments:
Our Lady of Perpetual Help, Belle Chasse [POSITION(S)] [DATES]
Resurrection of Our Lord, New Orleans [POSITION(S)] [DATES]
St. Angela Merici, Metairie [POSITION(S)] [DATES]
St. Frances Xavier Cabrini, New Orleans [POSITION(S)] [DATES]
St. Peter, Reserve [POSITION(S)] [DATES]
St. Thomas, Pointe-a-la-Hache [POSITION(S)] [DATES]

INSERT PHOTO

JOHN SAX
Date of Birth: 1948
Ordination: 1973
Estimated Timeframe of Abuse: 1980s
Allegation Received: 2000
Removed from Ministry: 2004
Pastoral Assignments:
Resurrection, New Orleans [POSITION(S)] [DATES]
St. Cecilia Church, New Orleans [POSITION(S)] [DATES]
St. Clement of Rome, Metairie [POSITION(S)] [DATES]
St. Francis of Assisi, New Orleans, in residence [POSITION(S)] [DATES]
St. Gabriel the Archangel, New Orleans [POSITION(S)] [DATES]
St. Jerome Church, Kenner [POSITION(S)] [DATES]
St. John of the Cross, in residence [POSITION(S)] [DATES]
St. Louis Cathedral, New Orleans [POSITION(S)] [DATES]
St. Peter, Reserve [POSITION(S)] [DATES]
St. Raphael, New Orleans [POSITION(S)] [DATES]
St. Rita, New Orleans, in residence [POSITION(S)] [DATES]

Below are the names of Archdiocese of New Orleans clergy who are deceased and who admitted or have been publicly accused of sexually abusing a minor:

INSERT PHOTO

JOHN BASTY
Date of Birth: 1882
Date of Ordination: 1908
Estimated Timeframe of Abuse: 1940s
Allegation Received: 1946
Date of Death: 1956
Pastoral Assignments:
St. Augustine, New Orleans [POSITION(S)] [DATES]
St. Charles Borromeo, Destrehan [POSITION(S)] [DATES]
Sts. Peter and Paul, New Orleans [POSITION(S)] [DATES]
St. Vincent de Paul, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

JAMES BENEDICT
Date of Birth: 1913
Date of Ordination: 1939
Estimated Timeframe of Abuse: Late 1950s
Allegation Received: 2003
Date of Death: 1984
Pastoral Assignments:
Mater Dolorosa Church, New Orleans [POSITION(S)] [DATES]
Our Lady of Lourdes, New Orleans [POSITION(S)] [DATES]
St. Augustine Church, New Orleans [POSITION(S)] [DATES]
St. Henry Church, New Orleans [POSITION(S)] [DATES]
Ursuline Convent and Academy [POSITION(S)] [DATES]

INSERT PHOTO

GEORGE BRIGNAC (DEACON)
Date of Birth: 1935
Ordination: 1976
Estimated Timeframe of Abuse: late 1970s; early 1980s
Allegation Received: 1977
Removed from Ministry: 1988
Date of Death: 2020
Pastoral Assignments:
Cabrini High School, New Orleans [POSITION(S)] [DATES]
Our Lady of the Rosary, New Orleans [POSITION(S)] [DATES]
St. Frances Cabrini School, New Orleans [POSITION(S)] [DATES]
St. Louise de Marillac School, Arabi [POSITION(S)] [DATES]
St. Matthew the Apostle School, River Ridge [POSITION(S)] [DATES]

INSERT PHOTO

PIERRE CELESTIN CAMBIAIRE
Date of Birth: 1871
Ordination: 1898
Estimated Timeframe of Abuse: late 1910s
Allegation Received: 1917
Removed from Ministry: 1917
Date of Death: 1955
Pastoral Assignments:
Sacred Heart of Jesus, Cameron [POSITION(S)] [DATES]
St. George, Baton Rouge [POSITION(S)] [DATES]

St. Joseph, Grosse-Tete [POSITION(S)] [DATES]
St. Leon, Leonville [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

DINO CINEL
Date of Birth: 1941
Ordination: 1966
Estimated Timeframe of Abuse: late 1980s
Allegation Received: 1988
Removed from Ministry: 1988
Date of Death: 2018
Pastoral Assignments:
Professor at Tulane University [POSITION(S)] [DATES]
St. Rita, New Orleans in residence [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

CARL DAVIDSON
Date of Birth: 1940
Ordination: 1964
Estimated Timeframe of Abuse: early 1980s
Allegation Received: 1989
Removed from Ministry: 2002
Date of Death: 2007
Pastoral Assignments:
Annunciation, New Orleans [POSITION(S)] [DATES]
St. James Major, New Orleans [POSITION(S)] [DATES]
St. John Prep, New Orleans [POSITION(S)] [DATES]
St. Raphael the Archangel, New Orleans [POSITION(S)] [DATES]
St. Theresa of the Child Jesus, New Orleans [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

VINCENT FEEHAN
Date of Birth: 1945
Ordination: 1977
Estimated Timeframe of Abuse: late 1970s; early 1980s
Allegation Received: 1987
Voluntary leave of absence: 1987
Date of Death: 2010

Pastoral Assignments:
Our Lady of Perpetual Help, Belle Chasse [POSITION(S)] [DATES]
St. Anselm, Madisonville [POSITION(S)] [DATES]
St. Catherine of Siena, Metairie [POSITION(S)] [DATES]
St. Frances Xavier Cabrini, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

JOHN FRANKLIN
A Priest of the Diocese of Savannah, GA
Serving at the Archdiocese of New Orleans
Date of Birth: 1925
Ordination: 1956
Estimated Timeframe of Abuse: late 1950s
Allegation Received: 1959
Removed from Ministry: 1959
Date of Death: unknown
Pastoral Assignments:
Ascension, Donaldsonville [POSITION(S)] [DATES]
St. Gabriel, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

MICHAEL FRASER
Date of Birth: 1949
Ordination: 1975
Estimated Timeframe of Abuse: 1980s; 1990s
Allegation Received: 1998
Removed from Ministry: 2004
Date of Death: 2019
Pastoral Assignments:
Sts. Peter and Paul, Pearl River [POSITION(S)] [DATES]
St. Raphael the Archangel, New Orleans [POSITION(S)] [DATES]
St. Rita Church, New Orleans [POSITION(S)] [DATES]
The Visitation of Our Lady, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

HOWARD HOTARD
Date of Birth: 1926
Ordination: 1955

Estimated Timeframe of Abuse: early 1980s
Allegation Received: 1995
Removed from Ministry: 2002
Date of Death: 2013
Pastoral Assignments:
Our Lady of Lourdes, Slidell [POSITION(S)] [DATES]
Sacred Heart Church, Lacombe [POSITION(S)] [DATES]
St. Catherine of Siena, Metairie [POSITION(S)] [DATES]
St. Charles Borromeo, Destrehan [POSITION(S)] [DATES]
St. Mary Pamela, Raceland [POSITION(S)] [DATES]
St. Matthias, New Orleans [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

MICHAEL HURLEY
Date of Birth: 1915
Ordination: 1943
Estimated Timeframe of Abuse: 1940s
Allegation Received: 1945
Left Archdiocese: 1955
Date of Death: 2005
Pastoral Assignments:
Immaculate Conception Church, Marrero [POSITION(S)] [DATES]
St. Agnes, Baton Rouge [POSITION(S)] [DATES]
St. Francis de Sales, Houma [POSITION(S)] [DATES]
St. Maurice, New Orleans [POSITION(S)] [DATES]
Sts. Peter and Paul, New Orleans [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

GERARD KINANE
Date of Birth: 1945
Ordination: 1973
Estimated Timeframe of Abuse: 1970s; 1980s
Allegation Received: 1993
Removed from Ministry: 2004
Deceased: 2020
Pastoral Assignments:
Our Lady of the Isle, Grand Isle [POSITION(S)] [DATES]
St. Cecilia, New Orleans, in residence [POSITION(S)] [DATES]
St. Edward the Confessor, Metairie [POSITION(S)] [DATES]
St. Gabriel the Archangel, New Orleans [POSITION(S)] [DATES]
St. Henry, New Orleans [POSITION(S)] [DATES]

St. Hilary, Matthews [POSITION(S)] [DATES]
St. Luke the Evangelist, Slidell, in residence [POSITION(S)] [DATES]
St. Mark, Chalmette [POSITION(S)] [DATES]
St. Mary's Nativity, Raceland [POSITION(S)] [DATES]
Assumption Catholic Church, Jacksonville, FL [POSITION(S)] [DATES]
Mother Seton Catholic Church, Palm Springs, FL [POSITION(S)] [DATES]
St. John Catholic Church, Atlanta Beach, FL [POSITION(S)] [DATES]
St. Bernadette Church, Canadensis, PA [POSITION(S)] [DATES]

INSERT PHOTO

JAMES KIRCHER
A Priest of the Diocese of Jackson, MS
In Residence at the Archdiocese of New Orleans
Date of Birth: 1931
Ordination: 1963
Estimated Timeframe of Abuse: 1970s
Allegation Received: 2010
Removed from Ministry: 1991
Date of Death: 2007
In Residence: 1970s
Pastoral Assignments:
St. Julian Eymard, Algiers [POSITION(S)] [DATES]

INSERT PHOTO

WESLEY MICHAEL LANDRY
Date of Birth: 1923
Ordination: 1948
Estimated Timeframe of Abuse: late 1950s
Allegation Received: 1993
Retired from Ministry: 1993
Date of Death: 2002
Pastoral Assignments:
Christ the King, Gretna [POSITION(S)] [DATES]
Incarnate Word, New Orleans [POSITION(S)] [DATES]
St. Anthony, Gretna [POSITION(S)] [DATES]
St. Cecilia, New Orleans [POSITION(S)] [DATES]
St. Gabriel the Archangel, New Orleans [POSITION(S)] [DATES]
St. Joseph, Thibodaux [POSITION(S)] [DATES]
St. Leo the Great, New Orleans [POSITION(S)] [DATES]
St. Theresa of the Child Jesus, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

**RALPH LAWRENCE**
Date of Birth: 1890
Ordination: 1916
Estimated Timeframe of Abuse: early 1930s
Allegation Received: 1935
Leave of absence: 1935
Date of Death: 1992
Pastoral Assignments:
Mater Dolorosa, New Orleans [POSITION(S)] [DATES]
Our Lady of Good Harbor, Buras [POSITION(S)] [DATES]
Our Lady of Lourdes, Winnfield [POSITION(S)] [DATES]
Sacred Heart Church, Rayville [POSITION(S)] [DATES]
St. Anthony, Baton Rouge [POSITION(S)] [DATES]

INSERT PHOTO

**GORHAM JOSEPH PUTNAM**
Date of Birth: 1929
Ordination: 1955
Estimated Timeframe of Abuse: early 1950s
Allegation Received: 2002
Date of Death: 1993
Pastoral Assignments:
St. Agnes, Jefferson [POSITION(S)] [DATES]
St. Andrew the Apostle, New Orleans [POSITION(S)] [DATES]
St. Francis de Sales, New Orleans [POSITION(S)] [DATES]
St. John the Baptist, Edgard [POSITION(S)] [DATES]
St. Rita Church, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

**BERNARD SCHMALTZ**
Date of Birth: 1947
Ordination: 1973
Estimated Timeframe of Abuse: 1970s
Allegation Received: 1993

Removed from Ministry: 1993
Date of Death: 2010
Pastoral Assignments:
Anunziata, Houma [POSITION(S)] [DATES]
St. Clement of Rome [POSITION(S)] [DATES]
St. Francis Xavier, Metairie [POSITION(S)] [DATES]
St. Gabriel the Archangel, New Orleans [POSITION(S)] [DATES]
St. Rose of Lima, New Orleans, in residence [POSITION(S)] [DATES]

INSERT PHOTO

JOHN SEERY
Date of Birth: 1953
Ordination: 1976
Estimated Timeframe of Abuse: late 1970s
Allegation Received: 1978
Left the USA: 1978
Date of Death: 2011
Pastoral Assignments:
Our Lady of Prompt Succor, Westwego [POSITION(S)] [DATES]

INSERT PHOTO

MALCOLM STRASSEL
Date of Birth: 1908
Ordination: 1934
Estimated Timeframe of Abuse: late 1960s; early 1970s
Allegation Received: 2006
Date of Death: 1987
Pastoral Assignments:
Holy Rosary Church, St. Amant [POSITION(S)] [DATES]
Our Lady of Lourdes, New Orleans [POSITION(S)] [DATES]
Sacred Heart, LaCombe [POSITION(S)] [DATES]
St. Agnes, Baton Rouge [POSITION(S)] [DATES]
St. Charles Borromeo, Destrehan [POSITION(S)] [DATES]
St. Joseph, Gretna [POSITION(S)] [DATES]
St. Mary Pamela, Raceland [POSITION(S)] [DATES]

INSERT PHOTO

JOHN THOMANN

Date of Birth: 1930
Ordination: 1958
Estimated Timeframe of Abuse: 1960s
Allegation Received: 1966
Removed from Ministry: 1967
Date of Death: 1989
Pastoral Assignments:
Our Lady of Lourdes, New Orleans [POSITION(S)] [DATES]
Our Lady of Prompt Succor, Chackbay [POSITION(S)] [DATES]
Resurrection of Our Lord, New Orleans [POSITION(S)] [DATES]
St. Charles Borromeo Church, Destrehan [POSITION(S)] [DATES]
St. Frances Cabrini, New Orleans [POSITION(S)] [DATES]
St. Henry, New Orleans [POSITION(S)] [DATES]
St. Joseph Church, Gretna [POSITION(S)] [DATES]
St. Joseph, Galliano [POSITION(S)] [DATES]
St. Leo the Great, New Orleans [POSITION(S)] [DATES]
St. Rose of Lima Church, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

JOHN WEBER
Date of Birth: 1919
Ordination: 1945
Estimated Timeframe of Abuse: 1940s
Incardinated into Diocese of Baton Rouge: 1961
Allegation Received: 2005
Date of Death: 2000
Pastoral Assignments:
Assumption Parish, Plattenville [POSITION(S)] [DATES]
Holy Trinity, New Orleans [POSITION(S)] [DATES]
St. Ann, Morganza [POSITION(S)] [DATES]
St. Eloi, Theriot [POSITION(S)] [DATES]
St. Rita, New Orleans [POSITION(S)] [DATES]

Below are the names of religious order priests who were serving in the Archdiocese of New Orleans at the time of the allegation and the archdiocese was notified of the allegation. The investigation and final disposition of the allegation was the responsibility of the religious order:

INSERT PHOTO

PAUL AVALLONE, S.D.B.
Date of Birth: 1921
Date of Ordination: 1950

Estimated Timeframe of Abuse: late 1950s, early 1960s
Notification from Religious Order: 2011
Date of Death: 2008
Pastoral Assignments:
Archbishop Shaw High School [POSITION(S)] [DATES]
Hope Haven, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

CLAUDE BOUDREAUX, S.J.
Date of Birth: 1925
Date of Ordination: 1955
Notification from Religious Order: 2005
Date of Death: 2016
Pastoral Assignments :
Jesuit High School, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

PATRICK BRADY, O.P.
Date of Birth: unknown
Ordination: unknown
Estimated Timeframe of Abuse: 1960s; 1970s
Allegation Received: 2002
Date of Death: 1999
Pastoral Assignments:
St. Anthony of Padua, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

CORNELIUS CARR, S.J.
Date of Birth: 1920
Ordination: 1951
Estimated Timeframe of Abuse: late 1970s; early 1980s
Notification via Media Reports: 2018
Pastoral Assignments:
Jesuit High School, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

**STANISLAUS CEGLAR, S.D.B.**
Date of Birth: unknown
Ordination: unknown
Estimated Timeframe of Abuse: 1960s
Allegation Received: 2010
Pastoral Assignments:
Hope Haven, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

**JAMES COLLERY, C.S.Sp**
Date of Birth: 1920
Ordination: 1948
Estimated Timeframe of Abuse: early 1980s
Allegation Received: 1983
Date of Death: 1987
Pastoral Assignments:
St. Ann, Metairie [POSITION(S)] [DATES]

INSERT PHOTO

**PAUL CSIK, S.D.B.**
Date of Birth: 1898
Date of Ordination: unknown
Estimated Timeframe of Abuse: 1960s
Allegation Received: 2010
Date of Death: 1970
Pastoral Assignments:
Hope Haven, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

**LAWRENCE DARK, C.S.C.**
Date of Birth: unknown
Ordination Date: 1952
Estimated Timeframe of Abuse: 1960s-1970s
Notification from Religious Order: 2019

Date of Death: 1984
Pastoral Assignments:
Sacred Heart, New Orleans [POSITION(S)]  [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

JEROME DUCOTE, O.S.B.
Date of Birth: 1929
Ordination: 1954
Estimated Timeframe of Abuse: early 1960s
Allegation Received: 2002
Date of Death: 2006
Pastoral Assignments:
St. Joseph Abbey, St. Benedict [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

ANTHONY ESPOSITO, S.D.B.
Date of Birth: unknown
Ordination: unknown
Estimated Timeframe of Abuse: 1950s; 1960s
Allegation Received: 2006
Pastoral Assignments:
Hope Haven, Marrero [POSITION(S)] [DATES]

```
┌─────────────────────────────┐
│                             │
│        INSERT PHOTO         │
│                             │
└─────────────────────────────┘
```

ERNEST FAGIONE, S.D.B.
Date of Birth: 1917
Ordination: 1947
Estimated Timeframe of Abuse: 1950s; 1960s
Allegation Received: 2006
Date of Death: 2006
Pastoral Assignments:
Archbishop Shaw High School [POSITION(S)] [DATES]
Hope Haven, Marrero [POSITION(S)] [DATES]
St. John Bosco, Harvey [POSITION(S)] [DATES]

INSERT PHOTO

JUSTIN FALER, O.S.B.
Date of Birth: 1919
Ordination: 1945
Estimated Timeframe of Abuse: late 1950s
Allegation Received: 2002
Date of Death: 1979
Pastoral Assignments:
Annunciation, Bogalusa [POSITION(S)] [DATES]
St. Benedict, St. Benedict [POSITION(S)] [DATES]
St. Christopher, Metairie [POSITION(S)] [DATES]
St. Jane de Chantal, Abita Springs [POSITION(S)] [DATES]
St. Joseph Abbey [POSITION(S)] [DATES]

INSERT PHOTO

AUGUST KITA, S.D.B.
Date of Birth: 1931
Ordination: 1960
Estimated Timeframe of Abuse: 1960s; 1970s
Allegation Received: 2006
Date of Death: 2008
Pastoral Assignments:
Hope Haven, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

ANDREW MASTERS, S.V.D.
Date of Birth: unknown
Ordination: unknown
Allegation Received: 1993
Date of Death: Unknown
Pastoral Assignments:
Our Lady of Perpetual Help, Belle Chasse [POSITION(S)] [DATES]
St. Augustine, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

**WILLIAM MILLER, C.Ss.R.**
Date of Birth: 1896
Ordination: 1922
Estimated Timeframe of Abuse: late 1940s
Allegation Received: 1946
Date of Death: 1972
Pastoral Assignments:
St. Alphonsus, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

**JOSEPH PANKOWSKI, S.D.B.**
Date of Birth: 1915
Ordination: unknown
Estimated Timeframe of Abuse: 1940s; 1950s
Allegation Received: 2006
Date of Death: 1981
Pastoral Assignments:
Hope Haven, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

**DONALD PEARCE S.J.**
Date of Birth: 1925
Ordination: 1959
Estimated Timeframe of Abuse: 1960s
Allegation Received: 2003
Notification from Religious Order: 2010
Date of Death: 2016
Pastoral Assignments:
Jesuit High School, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

**ALFRED PIMPLE, O.F.M.**
Date of Birth: 1911
Ordination: 1938

Estimated Timeframe of Abuse: late 1950s
Allegation Received: 1959
Date of Death: 1983
Pastoral Assignments:
St. Mary of the Angels, New Orleans [POSITION(S)] [DATES]
St. Patrick, Port Sulphur [POSITION(S)] [DATES]

INSERT PHOTO

JOSEPH SOKOL, S.D.B.
Date of Birth: 1908
Ordination: 1935
Estimated Timeframe of Abuse: 1940s
Allegation Received: 2010
Date of Death: 1970
Pastoral Assignments:
Hope Haven, Marrero [POSITION(S)] [DATES]

INSERT PHOTO

ROGER TEMME, O.M.I.
Date of Birth: 1947
Ordination: 1976
Estimated Timeframe of Abuse: late 1970s
Allegation Received: 1995
Date of Death: Unknown
Pastoral Assignments:
Ave Maria Retreat House, Lafitte [POSITION(S)] [DATES]
Our Lady of Guadalupe, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

BENJAMIN WREN, S.J.
Date of Birth: 1931
Ordination: 1961
Estimated Timeframe of Abuse: late 1970s; early 1980s
Allegation Received: 2016
Date of Death: 2006
Pastoral Assignments:
Community of John the Evangelist, New Orleans [POSITION(S)] [DATES]
Loyola University, New Orleans [POSITION(S)] [DATES]

20

Below are the names of religious order priests taken out of ministry by the Archbishop of New Orleans in 2002, even though the abuse was not alleged to have occurred in the Archdiocese of New Orleans:

INSERT PHOTO

CHARLES COYLE, S.J.
Date of Birth: 1932
Ordination: 1965
Date of Death: 2015
Pastoral Assignments:
Center for Jesus the Lord, New Orleans [POSITION(S)] [DATES]
Holy Cross High School, New Orleans [POSITION(S)] [DATES]
Jesuit High School, New Orleans [POSITION(S)] [DATES]
St. Andrew the Apostle Church, Algiers [POSITION(S)] [DATES]
St. Cecilia Parish (in residence) [POSITION(S)] [DATES]
St. Louise de Marillac, Arabi [POSITION(S)] [DATES]
St. Raphael, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

BRYAN FONTENOT, O.P.
Date of Birth: 1953
Ordination: 1981
Pastoral Assignments:
Xavier University, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

BERNARD KNOTH, S.J.
Date of Birth: 1949
Ordination: 1977
Pastoral Assignments:
Loyola University [POSITION(S)] [DATES]

INSERT PHOTO

**JOSEPH PELLETTIERI, C.Ss.R.**
Date of Birth: 1939
Ordination: 1965
Date of Death: 2018
Pastoral Assignments:
Ave Maria Retreat House, Crown Point [POSITION(S)] [DATES]

INSERT PHOTO

**C. RICHARD NOWERY, C.S.C.**
Date of Birth: 1938
Ordination: 1968
Date of Death: 2018
Pastoral Assignments:
Sacred Heart of Jesus, New Orleans [POSITION(S)] [DATES]

Below are the names of religious order priests with allegations of abuse that did not occur in the Archdiocese of New Orleans but who had pastoral assignments in the Archdiocese of New Orleans. These names have been published either by the religious order or by another diocese. The investigation and final disposition of the allegation is the responsibility of the religious order:

INSERT PHOTO

**RICHARD J. McCORMICK, SDB**
Date of Birth: unknown
Ordination Date: unknown
Allegations reported to the Archdiocese of New Orleans: 2019
Pastoral Assignments:
St. Rosalie Parish [POSITION(S)] [DATES]

INSERT PHOTO

**ARCHIBALD McDOWELL, CSC**
Date of Birth: unknown
Ordination Date: 1933
Removed from Ministry: 1962

Date of Death: 1994
Allegations reported to the Archdiocese of New Orleans: 2019
Pastoral Assignments:
Sacred Heart, New Orleans [POSITION(S)] [DATES]

INSERT PHOTO

ROBERT POANDL, G.M.H.
Date of Birth: unknown
Ordination Date: 1968
Removed from Ministry: 2009
Allegations reported to the Archdiocese of New Orleans: 2009
Pastoral Assignments:
Glenmary House of Studies [POSITION(S)] [DATES]

INSERT PHOTO

CHRISTOPHER SPRINGER, C.Ss.R.
Date of Birth: 1925
Ordination Date: 1952
Removed from Ministry: 1990
Allegations reported to the Archdiocese of New Orleans: 2019
Pastoral Assignments:
St. Gerard Majella, Baton Rouge [POSITION(S)] [DATES]
Our Lady of the Most Holy Rosary, Houma [POSITION(S)] [DATES]