**EXHIBIT A**

| Ordinary Course Professional | Description of Services | Fess & Expenses Paid May | Fees & Expenses Paid June | Fees & Expenses Paid July | Total Paid May-July | Total Paid To Date |
|---|---|---|---|---|---|---|
| Arthur J. Gallagher & Co. | Consulting Fees | $28,390.00 | - | $56,780.00 | $85,170.00 | $85,170.00 |
| Bourgeois Bennet | - | - | - | - | - | - |
| Capitelli and Wicker | - | - | - | - | - | - |
| Denechaud & Denechaud, LLC | - | - | - | - | - | - |
| The Ehrhardt Group | - | - | - | - | - | - |
| Jones Fussell, LLP | Property Legal Fees & Reimbursible Expenses | - | - | $402.30 | $402.30 | $402.30 |
| Kinney, Ellinhausen, Richard & Deshazo | - | - | - | - | - | - |
| Law Offices of Malvern C Burnett. APLC | Legal Fees – Immigration | $3,000.00 | - | $1,000.00 | $4,000.00 | $4,000.00 |
| The McEnery Company | Consultant Fees (Reorganization) | - | - | $42,650.00 | $42,650.00 | $42,650.00 |
| White Oak Consulting | EEF Grant Expenses & Consultant Fees | - | $28,416.25 | - | $28,416.25 | $28,416.25 |

{N4103646.1}

| | | | | | |
|---|---|---|---|---|---|
| Roedel Parsons Koch Blache Balhoff & McCollister | - | - | - | - | - |
| Gaudry, Ranson, Higgins & Gremillion LLC | - | - | - | - | - |
| Juge, Napolitano, Guibeau, Ruli & Frieman | - | - | - | - | - |
| Berrigan Litchfield, LLC | - | - | - | - | - |

{N4103646.1}