# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON NOVEMBER 19, 2020 AT 1:30 PM (PREVAILING CENTRAL TIME) BEFORE THE HONORABLE MEREDITH S. GRABILL, SECTION A DIAL-IN: 1-888-684-8852; ACCESS CODE: 9318283

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this agenda (the "**Agenda**") of matters scheduled for telephonic hearing on November 19, 2020 at 1:30 p.m. (prevailing central time), pursuant to General Order 2019-4, Part V (the "**Complex Case Procedures**").

**No matters are scheduled for hearing.**

[*Signature Page Follows*]

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4124468.1}

Dated: November 17, 2020

Respectfully submitted,

*/s/ Laura F. Ashley* _____
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**