# EXHIBIT B

## Second Monthly Fee Statement

DOCS_LA:334159.1 05067/002



## PACHULSKI STANG ZIEHL & JONES

### LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700
FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE:** 714/384 4750
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Linda F. Cantor

October 16, 2020

310.772.2358
lcantor@pszjlaw.com

<u>**VIA U.S. MAIL AND EMAIL (where indicated)**</u>

Mark Mintz, Esq.
Jones Walker LLP
201 St. Charles Ave
New Orleans, LA 70170-5100
mmintz@joneswalker.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, L.L.C.,
1100 Poydras Street, Suite 3100
New Orleans, LA 70163-1102
waguespack@carverdarden.com

Amanda George, Esq.
Office of The United States Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
amanda.b.george@usdoj.gov

KS State Bank
1010 Westloop
P.O. Box 69
Manhattan KS 66505-0069
lyeager@ksstate.bank

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock TX 78682

Re: *In re The Roman Catholic Church*
*of the Archdiocese of New Orleans,*
**Case No. 20-10846, Section "A", Chapter 11,**
<u>**USBC for the Eastern District of Louisiana**</u>

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached our fee summary for July 1, 2020 through July 31, 2020 for our representation as co-counsel for the Official Committee of Unsecured Creditors. Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

DOCS_SF:104367.1 05067/002

EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

## MONTHLY FEE AND EXPENSE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD JULY 1, 2020 THROUGH JULY 31, 2020

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2020 through July 31, 2020 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtors in connection with this Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.    A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.    The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.    In addition, under separate cover, the detailed time records under **Exhibit D** are being sent to the Office of the United States Trustee in the LEDES format.

As of the date hereof, PSZJ has received the following payments for fees and expenses incurred from the Debtors' estates post-petition: **None**.

2

EXHIBIT B

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

7.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| July 1, 2020 to July 31, 2020 | |
|---|---|
| Fees (at standard rates): | $ 217,595.00 |
| (Reductions made to reduced rates)[2] | $ 68,095.50 |
| (Further voluntary reductions) | $7,882.00 |
| Fees (After all reductions): | $141,617.50 |
| | |
| Expenses | $      548.61 |
| **Total** | **$ 142,166.11[3]** |

## VOLUNTARY REDUCTIONS

8.     In this Statement Period, the Firm made certain voluntary reductions on the invoice (in addition to reducing the billing rates of all attorneys to no more than $700 per hour noted above resulting in a $68,095.50 reduction). These additional voluntary reductions total $7,882.00 in additional fees written off during the Application Period.

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour. The reduction set forth here accounts for the reduction from the following standard rates: G. Brown ($795); I. Nasatir ($1,025); J. Morris ($1,075); J. Stang ($1,195); J. Fried ($925); and L. Cantor ($1,075).

[3] The Firm also wrote off the time of Cia Mackle of .9 hours in the amount of $630. Although Ms. Mackle's time appears on the Firm's July invoice that was previously finalized, the Firm has deducted said amount, as reflected in this Statement.

3

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; and (v) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 30, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of **$113,294.00** which consists of (a) eighty percent (80%) of PSZJ's total fees of $141,617.50, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of **$548.61.**

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 16, 2020                                        Respectfully submitted,

4

By: /s/ Linda Cantor
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
          lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

5

## EXHIBIT A

EXHIBIT B

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JULY 1 TO JULY 31, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery | 9.20 | $6,440.00 |
| AD | Asset Disposition | 2.20 | $1,540.00 |
| BL | Bankruptcy Litigation | 115.0 | $79,615.00 |
| CA | Case Administration | 4.40 | $2,255.00 |
| CO | Claims Admin/Objections | 31.60 | $22,092.50 |
| FE | Fee/Employment Application | 9.50 | $5,385.00 |
| GC | General Creditors Comm. | 31.70 | $22,190.00 |
| SL | Stay Litigation | 3.00 | $2,100.00 |
| | | **206.60** | $141,617.50 |

DOCS_SF:104365.1 05067/002

EXHIBIT B

## EXHIBIT B

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JULY 1 TO JULY 31, 2020**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 10.70 | $4,547.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 9.60 | $6,720.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.70 | $490.00 |
| JAM | Morris, John A. | Partner | 700.00 | 14.10 | $9,870.00 |
| JIS | Stang, James I. | Partner | 700.00 | 37.80 | $26,460.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 17.40 | $12,180.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 116.30 | $81,410.00 |
| | | | | 206.60 | $141,617.50 |

EXHIBIT B

# EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JULY 1 TO JULY 31, 2020**

| Description | Amount |
|---|---|
| Bloomberg | $20.00 |
| Conference Call | $42.54 |
| Lexis/Nexis – Legal Research | $34.93 |
| PACER | $149.20 |
| Postage | $52.70 |
| Reproduction/Scan Copy | $7.30 |
| Research | $241.94 |
| | **$548.61** |

DOCS_SF:104365.1 05067/002

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

July 31, 2020
Invoice     125980
Client       05067
Matter      00002
**JIS**

JIS

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   07/31/2020**

| | |
|---|---|
| FEES | $142,307.50 |
| EXPENSES | $548.61 |
| **TOTAL CURRENT CHARGES** | **$142,856.11** |
| **BALANCE FORWARD** | **$241,644.42** |
| **TOTAL BALANCE DUE** | **$384,500.53** |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     2
Invoice 125980
July 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 10.70 | $4,547.50 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 0.90 | $630.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 9.60 | $6,720.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.70 | $490.00 |
| JAM | Morris, John A. | Partner | 700.00 | 14.10 | $9,870.00 |
| JIS | Stang, James I. | Partner | 700.00 | 37.80 | $26,460.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 17.40 | $12,180.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 116.30 | $81,410.00 |
| | | | | 207.50 | $142,307.50 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     3

Invoice 125980

July 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 9.20 | $6,440.00 |
| AD | Asset Disposition [B130] | 2.20 | $1,540.00 |
| BL | Bankruptcy Litigation [L430] | 115.90 | $80,305.00 |
| CA | Case Administration [B110] | 4.40 | $2,255.00 |
| CO | Claims Admin/Objections[B310] | 31.60 | $22,092.50 |
| FE | Fee/Employment Application | 9.50 | $5,385.00 |
| GC | General Creditors Comm. [B150] | 31.70 | $22,190.00 |
| SL | Stay Litigation [B140] | 3.00 | $2,100.00 |
| | | 207.50 | $142,307.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:     4
Invoice 125980
July 31, 2020

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Bloomberg | $20.00 |
| Conference Call [E105] | $42.54 |
| Lexis/Nexis- Legal Research [E | $34.93 |
| Pacer - Court Research | $149.20 |
| Postage [E108] | $52.70 |
| Reproduction/ Scan Copy | $7.30 |
| Research [E106] | $241.94 |
| | $548.61 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:     5
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 07/01/2020 | JMF | AA | Analyze issues re pending ordinary course and insider payment motions (.4); review motion to redact SOFA. | 0.40 | 700.00 | $280.00 |
| 07/01/2020 | LFC | AA | Review financial reports and confer with BRG regarding redacted information | 0.30 | 700.00 | $210.00 |
| 07/02/2020 | LFC | AA | Review and respond to inquiries and comments regarding document production requests | 0.40 | 700.00 | $280.00 |
| 07/02/2020 | LFC | AA | Further review and revise document production request | 0.50 | 700.00 | $350.00 |
| 07/02/2020 | LFC | AA | Further revise document production request | 0.20 | 700.00 | $140.00 |
| 07/02/2020 | JIS | AA | Call with Matt Babcock regarding real property analysis for St. Elizabeth and review Google Earth map re same. | 0.30 | 700.00 | $210.00 |
| 07/16/2020 | LFC | AA | Research lien perfection / avoidance issues on contingency fee | 1.10 | 700.00 | $770.00 |
| 07/20/2020 | LFC | AA | Review PPP loan analysis | 0.10 | 700.00 | $70.00 |
| 07/24/2020 | JIS | AA | Call with co-counsel and Survivors Counsel regarding protective order. | 2.00 | 700.00 | $1,400.00 |
| 07/27/2020 | JIS | AA | Review Committee draft of protective order. | 0.20 | 700.00 | $140.00 |
| 07/27/2020 | JIS | AA | Review protective order objection. | 0.30 | 700.00 | $210.00 |
| 07/27/2020 | JIS | AA | Review motion for protective order filed by Debtor. | 0.60 | 700.00 | $420.00 |
| 07/27/2020 | JMF | AA | Preview PPP loan analysis. | 0.30 | 700.00 | $210.00 |
| 07/28/2020 | JIS | AA | Call Linda Cantor regarding protective order response. | 0.40 | 700.00 | $280.00 |
| 07/30/2020 | JMF | AA | Telephone call with J. Stang re protective order and order entered in Maxwell case (.2); research and review order and opinion re same re upcoming hearing (1.6). | 1.80 | 700.00 | $1,260.00 |
| 07/30/2020 | JIS | AA | Call Joshua Fried regarding precedent for disclosure of abuse information. | 0.10 | 700.00 | $70.00 |
| 07/30/2020 | JIS | AA | Call regarding preparation for protective order hearing. | 0.20 | 700.00 | $140.00 |
| | | | | 9.20 | | $6,440.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    6
Invoice 125980
July 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 07/08/2020 | LFC | AD | Research sale issues for opposition to sale motion | 0.70 | 700.00 | $490.00 |
| 07/09/2020 | LFC | AD | Draft opposition to sale motion and research sale issues | 1.50 | 700.00 | $1,050.00 |
| | | | | 2.20 | | $1,540.00 |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 07/01/2020 | LFC | BL | Review BRG comments to Motion to Dismiss and financial data referenced therein | 0.10 | 700.00 | $70.00 |
| 07/01/2020 | LFC | BL | Review and consider comments to document production request | 0.10 | 700.00 | $70.00 |
| 07/01/2020 | LFC | BL | E-mail correspondence with Iain Nasatir and review and revise document production requests | 0.70 | 700.00 | $490.00 |
| 07/01/2020 | LFC | BL | Review revised BRG application .1  RP Review and consider updated motion to dismiss | 0.50 | 700.00 | $350.00 |
| 07/01/2020 | LFC | BL | Work on document request, research definitions of "sexual abuse" | 1.60 | 700.00 | $1,120.00 |
| 07/01/2020 | JMF | BL | Review dismissal motion. | 0.40 | 700.00 | $280.00 |
| 07/02/2020 | JIS | BL | Call with D. Boldissar regarding dismissal motion status. | 0.10 | 700.00 | $70.00 |
| 07/03/2020 | LFC | BL | Outline evidentiary support for contested hearings | 0.50 | 700.00 | $350.00 |
| 07/03/2020 | LFC | BL | Review revised motion to dismiss | 0.60 | 700.00 | $420.00 |
| 07/03/2020 | JMF | BL | Review final dismissal motion. | 0.70 | 700.00 | $490.00 |
| 07/04/2020 | LFC | BL | Review draft motion for remand | 0.30 | 700.00 | $210.00 |
| 07/06/2020 | JIS | BL | Call with Linda Cantor regarding bar date and dismissal discovery. | 0.50 | 700.00 | $350.00 |
| 07/06/2020 | JIS | BL | Call with media regarding background of motion to dismiss. | 0.50 | 700.00 | $350.00 |
| 07/06/2020 | LFC | BL | TC with A Kornfeld regarding litigation matters | 0.50 | 700.00 | $350.00 |
| 07/06/2020 | LFC | BL | Finalize 2004 examination document production request | 0.50 | 700.00 | $350.00 |
| 07/06/2020 | LFC | BL | TC with Davin Boldissar regarding motion to dismiss / committee meeting agenda matters | 0.20 | 700.00 | $140.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     7
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/06/2020 | LFC | BL | TC with JIS regarding motion to dismiss, bar date motion and litigation preparation | 0.60 | 700.00 | $420.00 |
| 07/07/2020 | LFC | BL | Outline financial issues for meeting with BRG and e-mail memo regarding same | 0.40 | 700.00 | $280.00 |
| 07/07/2020 | LFC | BL | Review data and precedent regarding bar date notice matters | 1.50 | 700.00 | $1,050.00 |
| 07/07/2020 | LFC | BL | Review and outline bar date litigation matters | 1.20 | 700.00 | $840.00 |
| 07/08/2020 | LFC | BL | Review pleadings and doc request for contested hearings on motion to set bar date and motion to dismiss | 1.30 | 700.00 | $910.00 |
| 07/08/2020 | LFC | BL | TC with John Morris regarding bar date motion and motion to dismiss litigation | 0.90 | 700.00 | $630.00 |
| 07/08/2020 | LFC | BL | TC with BRG and Davin Boldissar regarding document production requests for motion to dismiss and bar date | 1.70 | 700.00 | $1,190.00 |
| 07/08/2020 | JMF | BL | Review motion for remand. | 0.60 | 700.00 | $420.00 |
| 07/08/2020 | JAM | BL | Review Motion to Dismiss bankruptcy case and related documents (0.5); telephone conference with L. Cantor re: background, discovery (0.9). | 1.40 | 700.00 | $980.00 |
| 07/09/2020 | JIS | BL | Call with Linda Cantor regarding document production related to bar date issues (.2) and review discovery re same (.2). | 0.40 | 700.00 | $280.00 |
| 07/09/2020 | LFC | BL | Prepare outline of document production requests for bar date motion  and review and revise same | 1.30 | 700.00 | $910.00 |
| 07/09/2020 | LFC | BL | Review comments to orders and outstanding matters set for hearing | 0.20 | 700.00 | $140.00 |
| 07/09/2020 | LFC | BL | Review and revise document production requests | 0.60 | 700.00 | $420.00 |
| 07/09/2020 | JMF | BL | Review summaries re status of 7/16 motions and responses. | 0.30 | 700.00 | $210.00 |
| 07/10/2020 | JIS | BL | Review motion to dismiss discovery. | 0.10 | 700.00 | $70.00 |
| 07/10/2020 | LFC | BL | Conference call with Rick Kubel, Rick Trahant and Jim Stang regarding litigation matters | 1.90 | 700.00 | $1,330.00 |
| 07/10/2020 | LFC | BL | Review and revise exhibit to document production request | 0.60 | 700.00 | $420.00 |
| 07/10/2020 | LFC | BL | Review motion to dismiss discovery | 0.40 | 700.00 | $280.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:     8
Invoice 125980
July 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/2020 | LFC | BL | Review draft Agreed Order on Expedited Discovery | 0.30 | 700.00 | $210.00 |
| 07/10/2020 | LFC | BL | Draft document production requests and exhibit for Bar Date Motion | 2.50 | 700.00 | $1,750.00 |
| 07/10/2020 | JAM | BL | Review draft interrogatories, document requests (0.4). | 0.40 | 700.00 | $280.00 |
| 07/11/2020 | LFC | BL | TC with Mark Mintz regarding bar date matters | 0.70 | 700.00 | $490.00 |
| 07/13/2020 | LFC | BL | TC with Paul Shields and Matt Babcock regarding financial review and contested matters | 0.70 | 700.00 | $490.00 |
| 07/13/2020 | LFC | BL | Research notice matters | 1.80 | 700.00 | $1,260.00 |
| 07/13/2020 | JMF | BL | Review opposition to seal motion. | 0.40 | 700.00 | $280.00 |
| 07/13/2020 | LFC | BL | Review motion to strike and JW Doe pleadings  . | 0.60 | 700.00 | $420.00 |
| 07/14/2020 | JIS | BL | Review Debtor's motion to strke, opposition to motion to strike and draft Committee response to same. | 0.90 | 700.00 | $630.00 |
| 07/14/2020 | JIS | BL | Attend hearing regarding property sale, employment of ordinary course professionals. | 0.80 | 700.00 | $560.00 |
| 07/14/2020 | LFC | BL | E-mail memo to John Morris regarding discovery dispute | 0.10 | 700.00 | $70.00 |
| 07/14/2020 | LFC | BL | Follow-up call with Davin Boldissar, Rick Kubel and Jim Stang regarding pending bar date, discovery, litigation matters | 1.00 | 700.00 | $700.00 |
| 07/14/2020 | LFC | BL | Call with BRG and Davin Boldissar re: contested hearings | 1.00 | 700.00 | $700.00 |
| 07/14/2020 | LFC | BL | Review correspondence regarding discovery requests and response from debtor's counsel | 0.20 | 700.00 | $140.00 |
| 07/14/2020 | LFC | BL | TC with D. Boldissar and Mark Mintz regarding discovery matters | 0.50 | 700.00 | $350.00 |
| 07/14/2020 | JMF | BL | Review discovery requests and 341 transcript. | 0.70 | 700.00 | $490.00 |
| 07/14/2020 | LFC | BL | Review and comment on committee statement regarding disclosure of documents in pending state court  litigation | 0.20 | 700.00 | $140.00 |
| 07/15/2020 | JIS | BL | Review of Committee response to motion to strike. | 0.10 | 700.00 | $70.00 |
| 07/15/2020 | JIS | BL | Call with Linda Cantor regarding motion to dismiss, discovery on dismissal and bar date, motion to transfer and motion to remand. | 0.40 | 700.00 | $280.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     9
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/15/2020 | LFC | BL | Confer with John Morris and review revised motion to shorten time | 0.40 | 700.00 | $280.00 |
| 07/15/2020 | LFC | BL | Review motion to shorten time and confer with Davin Boldissar regarding scope of motion re: motion to dismiss case | 0.70 | 700.00 | $490.00 |
| 07/15/2020 | JMF | BL | Review discovery requests and response to Debtor's opposition to produce documents. | 0.50 | 700.00 | $350.00 |
| 07/15/2020 | JAM | BL | Telephone conference with L. Cantor re: discovery, August 20 hearing (0.2). | 0.20 | 700.00 | $140.00 |
| 07/16/2020 | JIS | BL | Call with Survivors counsel regarding 7/16 hearing. | 0.50 | 700.00 | $350.00 |
| 07/16/2020 | JIS | BL | Call with Linda F. Cantor regarding outcome of hearing. | 0.20 | 700.00 | $140.00 |
| 07/16/2020 | JIS | BL | Attend hearing regarding retention of professionals and motion to strike and status conference on dismissal motion. | 1.00 | 700.00 | $700.00 |
| 07/16/2020 | LFC | BL | Review and outline noticing alternatives based on recent personal injury tort cases | 0.90 | 700.00 | $630.00 |
| 07/16/2020 | LFC | BL | TC with Rick Kubel and State Court Counsel regarding bar date litigation | 0.90 | 700.00 | $630.00 |
| 07/16/2020 | LFC | BL | TC with Gillian Brown regarding bar date litigation | 1.00 | 700.00 | $700.00 |
| 07/16/2020 | LFC | BL | Participate on Court omnibus hearings | 1.00 | 700.00 | $700.00 |
| 07/16/2020 | LFC | BL | Follow-up call with Jim Stang | 0.10 | 700.00 | $70.00 |
| 07/16/2020 | LFC | BL | Prepare for (.2) and participate on call with John Morris regarding discovery matters (.7) | 0.90 | 700.00 | $630.00 |
| 07/16/2020 | LFC | BL | Review and provide comments re: motion to expedite discovery | 0.30 | 700.00 | $210.00 |
| 07/16/2020 | JAM | BL | Review draft discovery motion and related documents (0.4); telephone conference with D. Boldissar, L. Cantor re: discovery, motions to dismiss/bar date, motion to expedite discovery, and related matters (0.9). | 1.30 | 700.00 | $910.00 |
| 07/16/2020 | CHM | BL | Review email from J. Stang re document production and reply. | 0.10 | 700.00 | $70.00 |
| 07/17/2020 | LFC | BL | TC  with Davin Boldissar regarding discovery / bar date matters | 0.30 | 700.00 | $210.00 |
| 07/17/2020 | LFC | BL | TC with Rick Kubel, Davin Boldissar, JIS and State | 1.30 | 700.00 | $910.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:    10
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Court Counsel regarding  bar date notice matters / discovery | | | |
| 07/17/2020 | LFC | BL | Research credibly accused / notice issues for bar date motion | 1.20 | 700.00 | $840.00 |
| 07/17/2020 | JMF | BL | Review discovery requests. | 0.40 | 700.00 | $280.00 |
| 07/19/2020 | GNB | BL | Draft notice of deposition of Debtor. | 0.30 | 700.00 | $210.00 |
| 07/19/2020 | CHM | BL | Draft email to J. Quin re produced documents. | 0.10 | 700.00 | $70.00 |
| 07/19/2020 | CHM | BL | Upload and review produced documents and draft email to J. Stang re same. | 0.40 | 700.00 | $280.00 |
| 07/20/2020 | JIS | BL | Review and edit opposition to transfer case. | 0.90 | 700.00 | $630.00 |
| 07/20/2020 | LFC | BL | TC with Jones Walker re: discovery dispute | 0.60 | 700.00 | $420.00 |
| 07/20/2020 | LFC | BL | Prepare for subcommittee meeting regarding bar date | 0.30 | 700.00 | $210.00 |
| 07/20/2020 | LFC | BL | Meeting with subcommittee on bar date matters | 1.30 | 700.00 | $910.00 |
| 07/20/2020 | LFC | BL | TC with Josh Fried regarding pending motions / responses | 0.50 | 700.00 | $350.00 |
| 07/20/2020 | LFC | BL | Review discovery dispute issues | 0.40 | 700.00 | $280.00 |
| 07/20/2020 | LFC | BL | Confer with G Brown regarding discovery / litigation matters | 0.30 | 700.00 | $210.00 |
| 07/20/2020 | LFC | BL | TC with Davin Boldissar and John Morris regarding discovery conference / meet and confer | 0.30 | 700.00 | $210.00 |
| 07/20/2020 | LFC | BL | Review confidentiality orders | 0.40 | 700.00 | $280.00 |
| 07/20/2020 | JMF | BL | Telephone call with L. Cantor re 7/16 hearing recap and going forward issues. | 0.40 | 700.00 | $280.00 |
| 07/20/2020 | JAM | BL | Telephone conference with L. Cantor, D. Boldissar re: discovery issues (0.2); telephone conference with L. Cantor, D. Boldissar, Archdiocese counsel re: meet and confer regarding discovery (0.6). | 0.80 | 700.00 | $560.00 |
| 07/20/2020 | GNB | BL | Research opposition to notice for bar date. | 1.00 | 700.00 | $700.00 |
| 07/20/2020 | GNB | BL | Draft notice of deposition of Debtor relating to bar date motion. | 0.30 | 700.00 | $210.00 |
| 07/20/2020 | CHM | BL | Review email from J. Quin and reply. | 0.10 | 700.00 | $70.00 |
| 07/21/2020 | LFC | BL | TC with Gillian Brown regarding bar date motion litigation matters | 1.00 | 700.00 | $700.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    11
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/21/2020 | LFC | BL | Review protective order / confidentiality agreements and disputed issues | 0.70 | 700.00 | $490.00 |
| 07/21/2020 | LFC | BL | TC with Jim Stang regarding pending litigation disputes / protective order and pending bar date and dismissal motion matters | 0.50 | 700.00 | $350.00 |
| 07/21/2020 | LFC | BL | TC with John Morris and Davin Boldissar regarding discovery disputes and confidentiality issues  . | 0.30 | 700.00 | $210.00 |
| 07/21/2020 | LFC | BL | TC with JIS regarding state court litigation | 0.30 | 700.00 | $210.00 |
| 07/21/2020 | LFC | BL | Review / revise draft document production requests for bar date | 0.50 | 700.00 | $350.00 |
| 07/21/2020 | LFC | BL | TC with Davin Boldissar regarding discovery disputes | 0.30 | 700.00 | $210.00 |
| 07/21/2020 | LFC | BL | Review case law regarding confessional privilege and research privilege matters | 1.10 | 700.00 | $770.00 |
| 07/21/2020 | JAM | BL | Telephone conference with L. Cantor, G. Boldissar re: Protective Order (0.3). | 0.30 | 700.00 | $210.00 |
| 07/21/2020 | GNB | BL | Draft notice of deposition of Debtor relating to bar date motion. | 1.60 | 700.00 | $1,120.00 |
| 07/21/2020 | GNB | BL | Telephone conference with Linda F. Cantor regarding bar date issues. | 1.00 | 700.00 | $700.00 |
| 07/21/2020 | GNB | BL | Research opposition to notice for bar date. | 0.40 | 700.00 | $280.00 |
| 07/21/2020 | CHM | BL | Review email from J. Quin and draft email to J. Stang re same. | 0.20 | 700.00 | $140.00 |
| 07/22/2020 | JIS | BL | Review Catholic Mutual opposition to motion to remand. | 0.50 | 700.00 | $350.00 |
| 07/22/2020 | JIS | BL | Call Beth Dassa regarding precedent of removals in other cases. | 0.20 | 700.00 | $140.00 |
| 07/22/2020 | LFC | BL | TC with Davin Boldissar re: pending contested matters | 0.20 | 700.00 | $140.00 |
| 07/22/2020 | LFC | BL | Review proposed order on protective motion | 0.30 | 700.00 | $210.00 |
| 07/22/2020 | LFC | BL | Review revised confidentiality agreement | 0.40 | 700.00 | $280.00 |
| 07/22/2020 | LFC | BL | Work on discovery documents, protective order and forms of agreements re: pending contested matters | 0.70 | 700.00 | $490.00 |
| 07/22/2020 | LFC | BL | Outline disputed points for discovery litigation | 0.30 | 700.00 | $210.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    12

Invoice 125980

July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/22/2020 | LFC | BL | TC with John Morris regarding bar date litigation | 0.20 | 700.00 | $140.00 |
| 07/22/2020 | JAM | BL | Telephone conference with L. Cantor re: protective order and discovery (0.2). | 0.20 | 700.00 | $140.00 |
| 07/22/2020 | BDD | BL | Call with J. Stang re Diocese matters transferred from State Court to BK court | 0.10 | 425.00 | $42.50 |
| 07/23/2020 | LFC | BL | TC with John Morris and Davin Boldissar regarding discovery meet and confer | 0.30 | 700.00 | $210.00 |
| 07/23/2020 | LFC | BL | Review and revise discovery requests | 0.20 | 700.00 | $140.00 |
| 07/23/2020 | LFC | BL | Court hearing on motion to dismiss including interim calls with Jones Walker, Locke Lord and PSZJ on form of order | 0.30 | 700.00 | $210.00 |
| 07/23/2020 | LFC | BL | Follow-up TC with Davin Boldissar re: discovery dispute | 0.20 | 700.00 | $140.00 |
| 07/23/2020 | LFC | BL | Work on document production / discovery requests and potential motion to compel | 1.60 | 700.00 | $1,120.00 |
| 07/23/2020 | LFC | BL | Conference call with Jones Walker re: motion for protective order and form of order / language revisions | 0.40 | 700.00 | $280.00 |
| 07/23/2020 | LFC | BL | TC with co-counsel on final form of order on discovery | 0.30 | 700.00 | $210.00 |
| 07/23/2020 | JMF | BL | Review Debtor request for protective order | 0.40 | 700.00 | $280.00 |
| 07/23/2020 | JAM | BL | Telephone conference with L. Cantor, D. Boldissar re: discovery/protective order (0.4); telephone conference with L. Cantor, D. Boldissar, Debtor's counsel re: scheduling order and discovery (0.4); review proposed Scheduling Order (0.1); communications with L. Cantor, D. Boldissar re: proposed Scheduling order and related matters (0.2). | 1.10 | 700.00 | $770.00 |
| 07/23/2020 | JIS | BL | Memo regarding remand of personal injury actions and precedent re same. | 0.50 | 700.00 | $350.00 |
| 07/23/2020 | BDD | BL | Review all diocese cases to determine whether cases have been removed from state court to BK Court (2.8); call with/email to J. Stang re same (.10) | 2.90 | 425.00 | $1,232.50 |
| 07/24/2020 | JIS | BL | Call Linda Cantor regarding hearing on expediting discovery. | 0.20 | 700.00 | $140.00 |
| 07/24/2020 | LFC | BL | Review motion for protective order and work on response | 2.50 | 700.00 | $1,750.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    13
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/24/2020 | LFC | BL | Follow-up TC with Davin Boldissar re: bankruptcy litigation matters | 0.20 | 700.00 | $140.00 |
| 07/24/2020 | LFC | BL | TC's with Davin Boldissar regarding litigation matters | 0.50 | 700.00 | $350.00 |
| 07/24/2020 | LFC | BL | Draft memo outlining current position and issues on discovery disputes / motion for protective order | 0.70 | 700.00 | $490.00 |
| 07/24/2020 | LFC | BL | Conference calls regarding expedited discovery matters | 2.00 | 700.00 | $1,400.00 |
| 07/24/2020 | JAM | BL | Review/revise draft Rule 30(b)(6) notice for Bar Date deposition (0.5); e-mails with L. Cantor re: protective order negotiations (0.1). | 0.60 | 700.00 | $420.00 |
| 07/24/2020 | GNB | BL | Email with Linda F. Cantor regarding bar date status; Email with C. Davin Boldissar regarding bar date notice deposition. | 0.10 | 700.00 | $70.00 |
| 07/25/2020 | LFC | BL | Review case law and statutory authority on protective orders | 1.30 | 700.00 | $910.00 |
| 07/25/2020 | GNB | BL | Research case law for opposition to confidentiality agreement. | 0.10 | 700.00 | $70.00 |
| 07/25/2020 | JIS | BL | Review and revise reply motion to remand personal injury action. | 1.30 | 700.00 | $910.00 |
| 07/26/2020 | LFC | BL | TC with Gillian Brown regarding discovery / litigation matters | 1.00 | 700.00 | $700.00 |
| 07/26/2020 | LFC | BL | TC with John Morris regarding discovery issues / protective order | 0.20 | 700.00 | $140.00 |
| 07/26/2020 | LFC | BL | Review and consider Morris revisions to protective order | 0.20 | 700.00 | $140.00 |
| 07/26/2020 | LFC | BL | Review further revised protective order | 0.10 | 700.00 | $70.00 |
| 07/26/2020 | JAM | BL | Review/revise draft Protective Order (2.7); e-mail to J. Stang, L. Cantor re: revised Protective Order (0.1); telephone conference with L. Cantor re: revised Protective Order (0.2); further revisions to the Protective Order (1.1); e-mail to J. Stang, L. Cantor re: revised Protective Order (0.1). | 4.20 | 700.00 | $2,940.00 |
| 07/26/2020 | GNB | BL | Research case law for opposition to confidentiality agreement. | 0.40 | 700.00 | $280.00 |
| 07/26/2020 | GNB | BL | Draft inserts to opposition to Debtor's Expedited Motion for Protective Order. | 0.50 | 700.00 | $350.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    14
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/26/2020 | GNB | BL | Draft evidentiary objections and motions to strike portions of declarations of Leumas and Entwisle filed in support of Debtor's Expedited Motion for Protective Order. | 1.10 | 700.00 | $770.00 |
| 07/27/2020 | LFC | BL | Review revisions to drafts of protective order | 0.30 | 700.00 | $210.00 |
| 07/27/2020 | LFC | BL | Confer with debtor's counsel re: bar date hearing and draft correspondence / request for evidentiary hearing | 0.20 | 700.00 | $140.00 |
| 07/27/2020 | LFC | BL | Review comments and revisions to revised draft objection | 0.30 | 700.00 | $210.00 |
| 07/27/2020 | LFC | BL | Review draft, prepare comments and draft preliminary statement re: objection to motion for protective order | 1.70 | 700.00 | $1,190.00 |
| 07/27/2020 | LFC | BL | Confer with Davin Boldissar regarding objection | 0.20 | 700.00 | $140.00 |
| 07/27/2020 | JAM | BL | E-mails with D. Boldissar, L. Cantor re: protective order (0.4). | 0.40 | 700.00 | $280.00 |
| 07/27/2020 | JIS | BL | Call with Linda Cantor regarding draft protective order and working group re bar date. | 0.50 | 700.00 | $350.00 |
| 07/28/2020 | LFC | BL | Review further revised objection comments | 0.10 | 700.00 | $70.00 |
| 07/28/2020 | LFC | BL | TC with Jim Stang re: pending matters | 0.30 | 700.00 | $210.00 |
| 07/28/2020 | LFC | BL | Review inserts and comments to protective order objection | 0.20 | 700.00 | $140.00 |
| 07/28/2020 | JMF | BL | Review response re protective order and 30(b)(6) deposition notices. | 0.40 | 700.00 | $280.00 |
| 07/28/2020 | JAM | BL | Review/revise Limited Objection to Debtor's motion for protective order (0.8); e-mail to L. Cantor, D. Boldissar, J. Stang re: revisions to Limited Objection to Debtor's motion for protective order (0.1); review/revise Rule 30(b)(6) notice for Motion to Dismiss (0.5). | 1.40 | 700.00 | $980.00 |
| 07/29/2020 | LFC | BL | TC with JIS  re: bar date / motion to dismiss litigation | 1.00 | 700.00 | $700.00 |
| 07/29/2020 | JIS | BL | Call Linda Cantor regarding protective order motion and hearing. | 1.00 | 700.00 | $700.00 |
| 07/29/2020 | LFC | BL | TC with BRG re: pending matters | 0.20 | 700.00 | $140.00 |
| 07/29/2020 | LFC | BL | Further call with debtor's counsel re: discovery dispute | 0.70 | 700.00 | $490.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    15
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/29/2020 | LFC | BL | Further call with debtor's counsel re: discovery dispute | 0.70 | 700.00 | $490.00 |
| 07/29/2020 | LFC | BL | TC with debtor's counsel regarding discovery matter | 0.50 | 700.00 | $350.00 |
| 07/29/2020 | JAM | BL | Telephone conference with L. Cantor, D. Boldissar re: scheduling order (0.5); review revised proposed scheduling order, and communications with L. Cantor, D. Boldissar re: same (0.1). | 0.60 | 700.00 | $420.00 |
| 07/29/2020 | JIS | BL | Attend hearing re remand/transfer motions. | 1.90 | 700.00 | $1,330.00 |
| 07/29/2020 | JIS | BL | Call with certain state court counsel on outcome of remand/transfer hearing. | 1.00 | 700.00 | $700.00 |
| 07/30/2020 | JIS | BL | Attend hearing re protective order (1.3); preparation for hearing (.7). | 2.00 | 700.00 | $1,400.00 |
| 07/30/2020 | JIS | BL | Call with R. Trahant regarding protective order hearing. | 0.40 | 700.00 | $280.00 |
| 07/30/2020 | LFC | BL | Telephonic Hearing on protective order and bar date document production | 1.30 | 700.00 | $910.00 |
| 07/30/2020 | LFC | BL | TC with Davin et Buldissar al re: discovery disputes . | 0.30 | 700.00 | $210.00 |
| 07/30/2020 | LFC | BL | Review numerous iterations of protective order | 0.40 | 700.00 | $280.00 |
| 07/30/2020 | LFC | BL | TC with J. Stang re: discovery matters .1 BL TC with BRG re: committee matters / discovery disputes (.3) | 0.40 | 700.00 | $280.00 |
| 07/30/2020 | JAM | BL | Review revised changes to draft Protective Order (0.2); telephone conference with D. Boldissar re: Debtor's changes to draft Protective Order (0.2); telephone conference with L. Cantor, J. Stang (partial participation), D. Boldissar re: hearing, draft Protective Oder (0.3); review changes to protective order and communications with D. Boldissar, L. Cantor, J. Stang re: same (0.2). | 0.90 | 700.00 | $630.00 |
| 07/31/2020 | LFC | BL | TC with Gillian Brown re: bar date litigation | 0.70 | 700.00 | $490.00 |
| 07/31/2020 | JAM | BL | E-mails with D. Boldissar, L. Cantor re: protective order, scheduling order, witness/exhibit list (0.3). | 0.30 | 700.00 | $210.00 |
| 07/31/2020 | GNB | BL | Telephone conference with L. Cantor re strategy for evidentiary hearing and discovery issues. | 0.70 | 700.00 | $490.00 |
| 07/31/2020 | GNB | BL | E-mail with C. Mackle re Everlaw setup; Consider e-mails from L. Cantor and C. Boldissar re evidentiary hearing. | 0.10 | 700.00 | $70.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

| | | | | 115.90 | | $80,305.00 |
|---|---|---|---|---|---|---|

**Case Administration [B110]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/06/2020 | LFC | CA | Address By-Law issues Review and consider noticing protocols and procedures | 0.80 | 700.00 | $560.00 |
| 07/06/2020 | LFC | CA | Review / comment on critical date memo | 0.10 | 700.00 | $70.00 |
| 07/06/2020 | BDD | CA | Review docket and update critical dates memo re same (.80); emails L. Cantor re further updates (.20); email PSZJ team re same (.10) | 1.10 | 425.00 | $467.50 |
| 07/06/2020 | BDD | CA | Attend to calendaring matters with M. DesJardien | 0.20 | 425.00 | $85.00 |
| 07/07/2020 | LFC | CA | Address redaction of information with financial advisors and debtor's counsel | 0.30 | 700.00 | $210.00 |
| 07/13/2020 | LFC | CA | E-mail memos to SCC  regarding execution of by-laws | 0.20 | 700.00 | $140.00 |
| 07/14/2020 | BDD | CA | Review docket and update critical dates memo re same (.60); email PSZJ team re same (.10); email A. Lohr re 7/16 status conference (.10) | 0.80 | 425.00 | $340.00 |
| 07/14/2020 | BDD | CA | Attend to calendaring matters with M. DesJardien | 0.10 | 425.00 | $42.50 |
| 07/24/2020 | BDD | CA | Review docket and update critical dates memo re same (.60); attend to calendaring matters with M. DesJardien (.10); emails PSZJ team re same (.10) | 0.80 | 425.00 | $340.00 |
| | | | | 4.40 | | $2,255.00 |

**Claims Admin/Objections[B310]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2020 | LFC | CO | Review bar date materials in diocese cases | 1.20 | 700.00 | $840.00 |
| 07/01/2020 | LFC | CO | Review ex parte application to set bar date and related proposed forms | 0.80 | 700.00 | $560.00 |
| 07/02/2020 | JIS | CO | Review preliminary objection to ex parte bar date motion. | 0.50 | 700.00 | $350.00 |
| 07/02/2020 | JIS | CO | Call with media regarding bar date motion. | 0.60 | 700.00 | $420.00 |
| 07/02/2020 | LFC | CO | Further review and revise objection to bar date motion | 0.90 | 700.00 | $630.00 |
| 07/02/2020 | LFC | CO | Review ex parte bar date motion and exhibits | 0.70 | 700.00 | $490.00 |
| 07/02/2020 | LFC | CO | Draft objection to bar date motion | 4.50 | 700.00 | $3,150.00 |
| 07/03/2020 | JMF | CO | Review claims bar date motion and opposition to same. | 0.60 | 700.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    17
Invoice 125980
July 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/06/2020 | JIS | CO | Call with claims noticing consultant for bar date program. | 0.40 | 700.00 | $280.00 |
| 07/06/2020 | LFC | CO | Review and draft emails in response to inquiries regarding bar date issues | 0.30 | 700.00 | $210.00 |
| 07/06/2020 | JMF | CO | Review bar date procedures. | 0.40 | 700.00 | $280.00 |
| 07/07/2020 | BDD | CO | Email M. DesJardien re bar date calendaring matters | 0.10 | 425.00 | $42.50 |
| 07/08/2020 | LFC | CO | Outline issues for bar date litigation | 1.40 | 700.00 | $980.00 |
| 07/08/2020 | LFC | CO | Review e-mails regarding bar date matters | 0.30 | 700.00 | $210.00 |
| 07/08/2020 | JMF | CO | Review sample claims and publication procedures re bar date motion. | 0.80 | 700.00 | $560.00 |
| 07/10/2020 | JIS | CO | Attend call with R. Kuebel and Linda Cantor regarding discovery for bar date and bar date issues. | 1.80 | 700.00 | $1,260.00 |
| 07/10/2020 | LFC | CO | Research regarding religious orders and manner of addressing same in Diocese bankruptcy cases / channeling injunction | 1.50 | 700.00 | $1,050.00 |
| 07/10/2020 | LFC | CO | Research and analysis regarding future claims representative | 1.20 | 700.00 | $840.00 |
| 07/10/2020 | LFC | CO | Research notice issues | 2.40 | 700.00 | $1,680.00 |
| 07/13/2020 | JIS | CO | Review D&P noticing proposal and forward to Committee and counsel. | 0.20 | 700.00 | $140.00 |
| 07/13/2020 | JMF | CO | Review US attorney motion to extend dischargeability period. | 0.20 | 700.00 | $140.00 |
| 07/14/2020 | LFC | CO | Review bar date documents | 0.70 | 700.00 | $490.00 |
| 07/14/2020 | JMF | CO | Review Duff & Phelps report re claims bar date noticing procedures. | 0.40 | 700.00 | $280.00 |
| 07/16/2020 | GNB | CO | E-mail with C. David Boldissar re deposition notice and remote deposition court reporting. | 0.10 | 700.00 | $70.00 |
| 07/16/2020 | GNB | CO | Telephone conference with L. Cantor re bar date motion and related discovery. | 1.00 | 700.00 | $700.00 |
| 07/16/2020 | LFC | CO | Coordinate with Subcommittee regarding first meeting on bar date materials and outline agenda | 0.50 | 700.00 | $350.00 |
| 07/17/2020 | LFC | CO | Review e-mail regarding contingency fee and notice issues | 0.10 | 700.00 | $70.00 |
| 07/20/2020 | JMF | CO | Review Derbes motion to pay secured claim. | 0.30 | 700.00 | $210.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    18
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/22/2020 | JIS | CO | Call with S. Wheatman regarding noticing program. | 0.40 | 700.00 | $280.00 |
| 07/24/2020 | JMF | CO | Review claims bar date proposals re adequate notice issues. | 0.40 | 700.00 | $280.00 |
| 07/26/2020 | LFC | CO | Review arguments and research regarding bar date objection | 1.50 | 700.00 | $1,050.00 |
| 07/26/2020 | LFC | CO | Draft memo to subcommittee on bar date re: claim form | 0.70 | 700.00 | $490.00 |
| 07/27/2020 | JIS | CO | Call with D&P regarding presentation for claims noticing advisor. | 0.30 | 700.00 | $210.00 |
| 07/27/2020 | LFC | CO | Work on bar date notice and claim forms | 0.50 | 700.00 | $350.00 |
| 07/27/2020 | LFC | CO | Review cases re: bar date notice | 0.80 | 700.00 | $560.00 |
| 07/28/2020 | LFC | CO | Research on claim issues / notice | 1.30 | 700.00 | $910.00 |
| 07/31/2020 | JIS | CO | Review/revise memo on claims estimation. | 1.10 | 700.00 | $770.00 |
| 07/31/2020 | LFC | CO | Work on revised forms for subcommittee | 0.70 | 700.00 | $490.00 |
| | | | | **31.60** | | **$22,092.50** |

## Fee/Employment Application

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2020 | BDD | FE | Multiple revisions to BRG retention application and emails L. Cantor, M. Babcock and N. Brown re same | 1.90 | 425.00 | $807.50 |
| 07/01/2020 | BDD | FE | Email M. Babcock re finalized BRG retention application | 0.10 | 425.00 | $42.50 |
| 07/01/2020 | BDD | FE | Further revisions to BRG retention application and email L. Cantor re same | 0.20 | 425.00 | $85.00 |
| 07/02/2020 | LFC | FE | Review final BRG application and e-mail memo regarding same | 0.20 | 700.00 | $140.00 |
| 07/02/2020 | BDD | FE | Email M. Babcock re BRG retention application | 0.10 | 425.00 | $42.50 |
| 07/02/2020 | BDD | FE | Email L. Cantor re BRG finalized retention application | 0.10 | 425.00 | $42.50 |
| 07/06/2020 | BDD | FE | Email L. Cantor re pro hac vice orders | 0.10 | 425.00 | $42.50 |
| 07/09/2020 | JIS | FE | Call with Duff & Phelps regarding claims notification process/pitch. | 0.40 | 700.00 | $280.00 |
| 07/13/2020 | LFC | FE | E-mails regarding compensation of professionals and court procedures | 0.20 | 700.00 | $140.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP                                    Page:    19
Archdiocese of New Orleans OCC                                       Invoice 125980
05067   -00002                                                       July 31, 2020

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/13/2020 | JIS | FE | Review and respond to email regarding possible outcome on motions related to ordinary course professional employment. | 0.10 | 700.00 | $70.00 |
| 07/13/2020 | JMF | FE | Review complex procedures re fee statements and OUST guidelines. | 0.60 | 700.00 | $420.00 |
| 07/14/2020 | JIS | FE | Revise Committee response to the motion to strike and email to Committee re same. | 0.90 | 700.00 | $630.00 |
| 07/20/2020 | BDD | FE | Email J. Fried re monthly fee statement | 0.10 | 425.00 | $42.50 |
| 07/20/2020 | JMF | FE | Review OCP order and procedures re declarations of disinterestness. | 0.20 | 700.00 | $140.00 |
| 07/21/2020 | BDD | FE | Email A. Lohr re interim compensation procedures | 0.10 | 425.00 | $42.50 |
| 07/21/2020 | BDD | FE | Review ED of LA order re interim compensation procedures and prepare PSZJ 1st monthly fee statement re same (1.7); emails L. Cantor and J. Fried re same (.10) | 1.80 | 425.00 | $765.00 |
| 07/24/2020 | BDD | FE | Email L. Cantor re bar date notice procedures | 0.10 | 425.00 | $42.50 |
| 07/27/2020 | JMF | FE | Review and edit PSZJ May and June  statement. | 1.60 | 700.00 | $1,120.00 |
| 07/28/2020 | JIS | FE | Call D. Phelps regarding claims noticing proposal. | 0.10 | 700.00 | $70.00 |
| 07/31/2020 | JMF | FE | Edit May/June statement for PSZJ | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **9.50** |  | **$5,385.00** |

## General Creditors Comm. [B150]

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2020 | IAWN | GC | Exchange emails with Linda F Cantor re document requests and draft same | 0.70 | 700.00 | $490.00 |
| 07/01/2020 | LFC | GC | Follow-up call with Davin Boldissar | 0.20 | 700.00 | $140.00 |
| 07/01/2020 | LFC | GC | TC with UST and Davin Boldissar re: bar date matters | 0.30 | 700.00 | $210.00 |
| 07/03/2020 | LFC | GC | E-mail memos and correspondence re: By-Laws | 0.20 | 700.00 | $140.00 |
| 07/06/2020 | JIS | GC | Call with Ilan Scharf regarding case status. | 0.40 | 700.00 | $280.00 |
| 07/06/2020 | JIS | GC | Committee call regarding dismissal motion, bar date, financial review, remand/removal. | 1.10 | 700.00 | $770.00 |
| 07/06/2020 | LFC | GC | Creditors Committee meeting | 1.10 | 700.00 | $770.00 |
| 07/06/2020 | LFC | GC | Prepare memos regarding bar date matters | 0.40 | 700.00 | $280.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     20

Invoice 125980

July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/06/2020 | LFC | GC | Review motion to seal and provide comments | 0.20 | 700.00 | $140.00 |
| 07/06/2020 | JMF | GC | Committee meeting re pending case issues and matters with J. Stang, L. Cantor, D. Boldissar, R. Kuebel, J. Denenea, R. Trahant, J. Berthelot, A. Andrews, G. Coulon, T. Jackson, J. Adams, P. Moody. | 1.00 | 700.00 | $700.00 |
| 07/07/2020 | JIS | GC | Call with GT counsel for Indenture trustee re case background. | 0.50 | 700.00 | $350.00 |
| 07/07/2020 | JIS | GC | Survivors Counsel call regarding bar date, dismissal, claims information, remand. | 1.40 | 700.00 | $980.00 |
| 07/07/2020 | LFC | GC | Committee state court counsel call | 1.40 | 700.00 | $980.00 |
| 07/07/2020 | LFC | GC | Follow-up call with Davin Boldissar | 0.50 | 700.00 | $350.00 |
| 07/13/2020 | JIS | GC | Committee meeting regarding motion to dismiss, bar date, pending litigation at upcoming hearing. | 1.00 | 700.00 | $700.00 |
| 07/13/2020 | LFC | GC | Prepare for (.3) and participate on Committee call (.7) | 1.00 | 700.00 | $700.00 |
| 07/14/2020 | JIS | GC | Meeting with Survivors counsel regarding dismissal motion, objection to professionals, discovery for bar date and dismissal motion, court agenda. | 1.30 | 700.00 | $910.00 |
| 07/14/2020 | LFC | GC | Committee counsel call | 1.30 | 700.00 | $910.00 |
| 07/17/2020 | LFC | GC | Review pending case pleadings | 0.50 | 700.00 | $350.00 |
| 07/20/2020 | JIS | GC | Committee call re dismissal, remand/removal, report on last court hearings. | 0.80 | 700.00 | $560.00 |
| 07/20/2020 | LFC | GC | Draft 1102 motion for committee information sharing | 0.60 | 700.00 | $420.00 |
| 07/20/2020 | LFC | GC | Review pending pleadings and status | 0.40 | 700.00 | $280.00 |
| 07/20/2020 | LFC | GC | Creditors' Committee meeting / Zoom call | 0.80 | 700.00 | $560.00 |
| 07/20/2020 | JMF | GC | Committee meeting [P. Moody, J. Denenea, R. Trahant, L. Cantor, D. Boldissar, C. Murphy, B. Wolf, J. Adams, J. Stang, G. Coulon]. | 0.80 | 700.00 | $560.00 |
| 07/21/2020 | LFC | GC | State Court committee counsel call | 1.30 | 700.00 | $910.00 |
| 07/21/2020 | JIS | GC | Call with Linda Cantor (2) regarding transfer/remand and discovery related to bar date and dismissal motion/protective order. | 0.70 | 700.00 | $490.00 |
| 07/21/2020 | JMF | GC | Attend State Court Counsel call. | 1.40 | 700.00 | $980.00 |

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    21
Invoice 125980
July 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/22/2020 | LFC | GC | Prepare draft motion regarding transfer of information from committee | 0.60 | 700.00 | $420.00 |
| 07/24/2020 | JIS | GC | Call with James Adams regarding confidentiality order issues. | 0.90 | 700.00 | $630.00 |
| 07/26/2020 | GNB | GC | Telephone conference with Linda F. Cantor regarding sub-Committee meeting tomorrow. | 0.90 | 700.00 | $630.00 |
| 07/27/2020 | LFC | GC | Sub-Committee conference call | 1.00 | 700.00 | $700.00 |
| 07/27/2020 | LFC | GC | Prepare for committee calls | 1.20 | 700.00 | $840.00 |
| 07/27/2020 | LFC | GC | Committee and counsel conference call | 1.00 | 700.00 | $700.00 |
| 07/27/2020 | JIS | GC | Committee call regarding dismissal motion, discovery, employment of professionals, bar date. | 1.00 | 700.00 | $700.00 |
| 07/28/2020 | JIS | GC | Prepare for and attend meeting of state court counsel re dismissal, remand, bar date. | 1.90 | 700.00 | $1,330.00 |
| 07/28/2020 | LFC | GC | Committee counsel call | 1.30 | 700.00 | $910.00 |
| 07/28/2020 | LFC | GC | TC with Paul Shields re: budget | 0.10 | 700.00 | $70.00 |
| 07/31/2020 | LFC | GC | TC with BRG re: committee presentation and materials and pending matters | 0.50 | 700.00 | $350.00 |
| | | | | 31.70 | | $22,190.00 |

### Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/09/2020 | LFC | SL | Research stay relief issues and other state court litigation | 0.70 | 700.00 | $490.00 |
| 07/09/2020 | LFC | SL | E-mails regarding lift stay motion and impact on remand litigation | 0.40 | 700.00 | $280.00 |
| 07/09/2020 | LFC | SL | Review and revise draft opposition to motion for partial relief from stay | 1.50 | 700.00 | $1,050.00 |
| 07/09/2020 | JMF | SL | Review stay relief opposition and emails re issues re same. | 0.40 | 700.00 | $280.00 |
| | | | | 3.00 | | $2,100.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                         $142,307.50

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:     22
Invoice 125980
July 31, 2020

## Expenses

| | | | |
|---|---|---|---|
| 07/01/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.14 |
| 07/06/2020 | PO | 05067.00002 :Postage Charges for 07-06-20 | 52.70 |
| 07/08/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 16.18 |
| 07/08/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 17.27 |
| 07/10/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.08 |
| 07/13/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 5.00 |
| 07/20/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 1.56 |
| 07/23/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 2.31 |
| 07/25/2020 | LN | 05067.00002 Lexis Charges for 07-25-20 | 34.93 |
| 07/27/2020 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 07/30/2020 | BB | 05067.00002 Bloomberg Charges for 08-06-20 | 20.00 |
| 07/31/2020 | PAC | Pacer - Court Research | 149.20 |
| 07/31/2020 | RS | Research [E106] Everlaw, Inc. Inv. 29115 | 241.94 |

**Total Expenses for this Matter**                                    **$548.61**

EXHIBIT B

Pachulski Stang Ziehl & Jones LLP          Page:    23
Archdiocese of New Orleans OCC             Invoice 125980
05067    -00002                            July 31, 2020

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**  **07/31/2020**

| | |
|---|---:|
| **Total Fees** | **$142,307.50** |
| **Total Expenses** | **548.61** |
| **Total Due on Current Invoice** | **$142,856.11** |

**Outstanding Balance from prior invoices as of**    **07/31/2020**          (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125598 | 06/30/2020 | $240,660.00 | $984.42 | $241,644.42 |

**Total Amount Due on Current and Prior Invoices:**          **$384,500.53**

EXHIBIT B