**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: § § § § § § § § | |
| | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR.¹ | |

**ORDER GRANTING EX PARTE MOTION FOR EXPEDITED HEARING ON SALE MOTION**

This matter coming before the Court on the *Ex Parte Motion for Expedited Hearing on Sale Motion* (the "**Motion for Expedited Hearing**") **[ECF Doc. 593]**, it appearing that good cause exists for granting the Motion for Expedited Hearing:

**IT IS ORDERED** that:

1. The Motion for Expedited Hearing is **GRANTED**.

2. There will be a telephonic hearing on **Thursday, December 17, 2020, at 1:30 P.M.** before the Honorable Meredith S. Grabill, United States Bankruptcy Court for the Eastern District of Louisiana to consider the *Debtor's Expedited Motion for Authority to Sell Immovable Property, Free and Clear of All Liens, Interests, and Encumbrances Pursuant to Section 363(b) and 363(f) of the Bankruptcy Code* [ECF Doc. 592]. The Section A dial-in information is 1-888-684-8852; Access Code: 9318283.

**IT IS FURTHER ORDERED** that any written objection/response to the Motion is to be filed not later than 5:00 p.m. on December 15, 2020.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS FURTHER ORDERED** that movant shall immediately serve a copy of this Order, the Motion for Expedited Hearing, and the Expedited Motion for Sale of Property on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect.

New Orleans, Louisiana, December 7, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE