# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of December, 2020, DRC, acting under my supervision, caused true and accurate copies of the following:

   a. *Debtor's Expedited Motion for Authority to Sell Immovable Property, Free and Clear of All Liens, Interests, and Encumbrances Pursuant to Sections 363(b) and 363(f) of the Bankruptcy Code* (Docket No. 592); and

   b. *Ex Parte Motion for Expedited Hearing on Sale Motion* (Docket No. 593),

   to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO000063

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 11th day of December, 2020, Brooklyn, New York.

By _Edward A Calderon_
Edward A. Calderon

Sworn before me this
11th day of December, 2020

_Sung Jae Kim_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

RCCANO000063

# EXHIBIT 1

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
## Exhibit Pages

Page # : 1 of 3                                                                          12/07/2020 08:50:59 PM

---

000051P002-1435S-063
AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087
MPSWEB@AMERIGROUP.COM

000105P001-1435S-063
ANNETTE JARVIS
222 SOUTH MAIN ST.,5TH FLOOR
SALT LAKE CITY UT 84101
JARVISA@GTLAW.COM

000112P001-1435S-063
ARDOIN MCKOWEN & ORY LLC
DAVID W ARDOIN
114 LAURA DRIVE STE D
THIBODAUX LA 70301
DAVID@AMOTRIALLAWYERS.COM

000078P001-1435S-063
BIENVENU FOSTER RYAN & O'BANNON LLC
JOHN W WATERS, JR.
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163
JWATERS@BFROB.COM

000079P001-1435S-063
BIENVENU FOSTER RYAN & O'BANNON LLC
DAVID E WALLE
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163
DWALLE@BFROB.COM

000066P001-1435S-063
BREAZEALE SACHSE & WILSON LLP
ALAN H GOODMAN
909 POYDRAS ST.,STE 1500
NEW ORLEANS LA 70112
ALAN.GOODMAN@BSWLLP.COM

000071P001-1435S-063
BUTLER SNOW LLP
DAVID S RUBIN; JAMES R AUSTIN
445 N BLVD STE 300
BATON ROUGE LA 70802
DAVID.RUBIN@BUTLERSNOW.COM

000071P001-1435S-063
BUTLER SNOW LLP
DAVID S RUBIN; JAMES R AUSTIN
445 N BLVD STE 300
BATON ROUGE LA 70802
JIM.AUSTIN@BUTLERSNOW.COM

000041P002-1435S-063
CARVER DARDEN ET AL.
DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS LA 70163- 1102
WAGUESPACK@CARVERDARDEN.COM

000041P002-1435S-063
CARVER DARDEN ET AL.
DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS LA 70163- 1102
SCULLIN@CARVERDARDEN.COM

000041P002-1435S-063
CARVER DARDEN ET AL.
DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS LA 70163- 1102
SEGRIST@CARVERDARDEN.COM

000097P002-1435S-063
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364
DBALDONE@HOTMAIL.COM

000086P001-1435S-063
DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-063
ENTERGY
SEAN D MOORE  ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113
SMOORE6@entergy.com

000092P001-1435S-063
EVAN PARK HOWELL III
ATTORNEY AT LAW
1 GALLERIA BLVD STE 1900
METAIRIE LA 70001
EHOWELL@EPHLAW.COM

000107P001-1435S-063
FELECIA Y PEAVY, ESQ
P O BOX 3454
HOUSTON TX 77253
FELEPEAVY@JUNO.COM

000076P001-1435S-063
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN
2800 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163-2800
GMEUNIER@GAINSBEN.COM

000076P001-1435S-063
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN
2800 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163-2800
BWOLF@GAINSBEN.COM

000044P002-1435S-063
GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008
ERIC_PEARSON@AJG.COM

000100P001-1435S-063
GREENBERG TRAURIG LLP
COLLEEN A MURPHY
ONE INTERNATIONAL PLACE STE 2000
BOSTON MA 02110
MURPHYC@GTLAW.COM

000101P001-1435S-063
GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE STE 3100
CHICAGO IL 60601
PETERMANN@GTLAW.COM

000083P001-1435S-063
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119
SALES@HAHN-ENTERPRISES.COM

000043P002-1435S-063
HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD
SUITE 300
BATON ROUGE LA 70802
DAVID.RUBIN@BUTLERSNOW.COM

000038P002-1435S-063
HELLER DRAPER PATRICK HORN  ET AL.
DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130
DSD@HELLERDRAPER.COM

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
## Exhibit Pages

Page # : 2 of 3

12/07/2020 08:50:59 PM

---

| | | | |
|---|---|---|---|
| 000068P003-1435S-063<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>SGISLESON@HHKLAWFIRM.COM | 000068P003-1435S-063<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>JCAIN@HHKLAWFIRM.COM | 000108P001-1435S-063<br>HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130<br>HALEXIS@HINSHAWLAW.COM | 000104P001-1435S-063<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>STEPHEN@HUBERTHOMASLAW.COM |
| 000104P001-1435S-063<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>LOGAN@HUBERTHOMASLAW.COM | 000103P001-1435S-063<br>KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445<br>KRODRIGUEZ@KEITHRODRIGUEZ.COM | 000099P001-1435S-063<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112<br>DLANDWEHR@ATT.NET | 000082P001-1435S-063<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422<br>REGINAWEDIG@WEDIGLAW.COM |
| 000074P002-1435S-063<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>DBOLDISSAR@LOCKELORD.COM | 000074P002-1435S-063<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>ASHLEY.LOHR@LOCKELORD.COM | 000075P001-1435S-063<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>RKUEBEL@LOCKELORD.COM | 000075P001-1435S-063<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>YAMILLE.HARRISON@LOCKELORD.COM |
| 000045P002-1435S-063<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118<br>JENNIFER.SARPALIUS@LCMCHEALTH.ORG | 000081P001-1435S-063<br>LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005<br>SEIDEMANNR@AG.STATE.LA.US | 000052P002-1435S-063<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808<br>LUBAACCOUNTING@LUBAWC.COM | 000109P001-1435S-063<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>RBERAN@MCCARTER.COM |
| 000109P001-1435S-063<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JKELLY@MCCARTER.COM | 000050P002-1435S-063<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901<br>THEDING@MEITLER.COM | 000089P001-1435S-063<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005<br>MLANDRY@NEWMANMATHIS.COM | 000093P002-1435S-063<br>NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>3501 NORTH CAUSEWAY BLVD.,STE 300<br>METAIRIE LA 70002<br>RMATHIS@NEWMANMATHIS.COM |
| 000007P003-1435S-063<br>OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130<br>AMANDA.B.GEORGE@USDOJ.GOV | 000063P001-1435S-063<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130<br>MARY.LANGSTON@USDOJ.GOV | 000094P001-1435S-063<br>PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>LCANTOR@PSZJLAW.COM | 000095P001-1435S-063<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>JSTANG@PSZJLAW.COM |

# The Roman Catholic Church of the Archdiocese of New Orleans

## Electronic Mail
## Exhibit Pages

Page # : 3 of 3                                                                                                                          12/07/2020 08:50:59 PM

---

000080P001-1435S-063
RICHARD A ROZANSKI, APLC
RICHARD A ROZANSKI
P O BOX 13199
ALEXANDRIA LA 71315-3199
RICHARD@RARLAW.NET

000042P001-1435S-063
RICHARD C TRAHANT
ATTORNEY AT LAW
2908 HESSMER AVE
METAIRIE LA 70002
TRAHANT@TRAHANTLAWOFFICE.COM

000090P001-1435S-063
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115
RASTETTER@BELLSOUTH.NET

000090P001-1435S-063
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115
RASTETTER47@YAHOO.COM

000110P001-1435S-063
RUSSELL POTTHARST
411 W 5TH ST APT 510
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000098P002-1435S-063
SHEARMAN-DENENEA LLC
JOHN H DENENEA JR
4240 CANAL ST.,2ND FL
NEW ORLEANS LA 70119
JDENENEA@MIDCITYLAW.COM

000073P001-1435S-063
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033
ECAHILL@SHERGARNER.COM

000073P001-1435S-063
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033
TMADIGAN@SHERGARNER.COM

000091P001-1435S-063
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
RLUMINAIS@SHERGARNER.COM

000091P001-1435S-063
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
TMADIGAN@SHERGARNER.COM

000091P001-1435S-063
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
AHURT@SHERGARNER.COM

000069P001-1435S-063
SHERMAN-DENENEA, LLC.
JOHN H. DENENEA, JR.
424 CANAL STREET
NEW ORLEANS LA 70119
JDENENEA@MIDCITYLAW.COM

000111P001-1435S-063
TAYLOR WELLONS POLITZ & DUHE APLC
SAMUEL M ROSAMOND III
1515 POYDRAS ST.,STE 1900
NEW ORLEANS LA 70112
SROSAMOND@TWPDLAW.COM

000065P001-1435S-063
THE CALUDA GROUP LLC
WILLIAM G CHERBONNIER, JR.,ESQ
516 VETERANS BLVD., STE 202
METAIRIE LA 70005
WGC@BILLCHERBONNIER.COM

000102P001-1435S-063
TMI TRUST COMPANY
KEVIN M DOBRAVA
1100 ABERNATHY RD.,STE 480
ATLANTA GA 30328
KDOBRAVA@TMICO.COM

000064P001-1435S-063
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-063
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed :   65

# EXHIBIT 2

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 1 of 4                                                                                                    12/07/2020 08:50:42 PM

| | | | |
|---|---|---|---|
| 000049P002-1435S-063<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000051P002-1435S-063<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | 000105P001-1435S-063<br>ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101 | 000112P001-1435S-063<br>ARDOIN MCKOWEN & ORY LLC<br>DAVID W ARDOIN<br>114 LAURA DRIVE STE D<br>THIBODAUX LA 70301 |
| 000084P001-1435S-063<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | 000055P002-1435S-063<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | 000078P001-1435S-063<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 | 000079P001-1435S-063<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 |
| 000066P001-1435S-063<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112 | 000087P002-1435S-063<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | 000071P001-1435S-063<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 | 000041P002-1435S-063<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102 |
| 000023P001-1435S-063<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | 000057P002-1435S-063<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | 000097P002-1435S-063<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364 | 000026P001-1435S-063<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 |
| 000086P001-1435S-063<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | 000062P003-1435S-063<br>ENTERGY<br>SEAN D MOORE  ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 | 000032P001-1435S-063<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000092P001-1435S-063<br>EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001 |
| 000107P001-1435S-063<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253 | 000076P001-1435S-063<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800 | 000044P002-1435S-063<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 | 000100P001-1435S-063<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 |
| 000101P001-1435S-063<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 | 000072P002-1435S-063<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | 000083P001-1435S-063<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | 000028P002-1435S-063<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 2 of 4                                                                                         12/07/2020 08:50:42 PM

| | | | |
|---|---|---|---|
| 000029P002-1435S-063<br>HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | 000030P001-1435S-063<br>HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 | 000039P001-1435S-063<br>HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 000043P002-1435S-063<br>HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802 |
| 000038P002-1435S-063<br>HELLER DRAPER PATRICK HORN ET AL.<br>DOUGLAS S DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130 | 000108P001-1435S-063<br>HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130 | 000104P001-1435S-063<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163 | 000009P001-1435S-063<br>INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |
| 000010P001-1435S-063<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000011P001-1435S-063<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104-5016 | 000012P001-1435S-063<br>INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220 M/S 31<br>NEW ORLEANS LA 70112 | 000022P001-1435S-063<br>JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 |
| 000103P001-1435S-063<br>KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445 | 000027P001-1435S-063<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000099P001-1435S-063<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112 | 000082P001-1435S-063<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422 |
| 000074P002-1435S-063<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036 | 000075P001-1435S-063<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130 | 000045P002-1435S-063<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118 | 000034P001-1435S-063<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 |
| 000081P001-1435S-063<br>LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005 | 000002P001-1435S-063<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | 000005P001-1435S-063<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-063<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 |
| 000024P001-1435S-063<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | 000008P001-1435S-063<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | 000040P001-1435S-063<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000052P002-1435S-063<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 3 of 4         12/07/2020 08:50:42 PM

| | | | |
|---|---|---|---|
| 000109P001-1435S-063<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000050P002-1435S-063<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 000047P001-1435S-063<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-063<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000089P001-1435S-063<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | 000093P002-1435S-063<br>NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>3501 NORTH CAUSEWAY BLVD.,STE 300<br>METAIRIE LA 70002 | 000036P001-1435S-063<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-063<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| 000007P003-1435S-063<br>OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130 | 000063P001-1435S-063<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 | 000046P002-1435S-063<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 | 000094P001-1435S-063<br>PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 |
| 000095P001-1435S-063<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | 000096P001-1435S-063<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>150 CALIFORNIA ST.,15TH FL<br>SAN FRANCISCO CA 94111 | 000080P001-1435S-063<br>RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199 | 000090P001-1435S-063<br>ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115 |
| 000110P001-1435S-063<br>RUSSELL POTTHARST<br>411 W 5TH ST APT 510<br>LOS ANGELES CA 90013 | 000073P001-1435S-063<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033 | 000091P001-1435S-063<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046 | 000021P001-1435S-063<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 |
| 000069P001-1435S-063<br>SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119 | 000111P001-1435S-063<br>TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112 | 000025P001-1435S-063<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000065P001-1435S-063<br>THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>516 VETERANS BLVD., STE 202<br>METAIRIE LA 70005 |
| 000102P001-1435S-063<br>TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>1100 ABERNATHY RD.,STE 480<br>ATLANTA GA 30328 | 000013P001-1435S-063<br>US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | 000003P001-1435S-063<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-063<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 4 of 4                                                                 12/07/2020 08:50:42 PM

---

000035P001-1435S-063
US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

000019P001-1435S-063
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

000020P001-1435S-063
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000006P001-1435S-063
US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

000064P001-1435S-063
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130

000037P001-1435S-063
VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER -CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

000053P002-1435S-063
WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047-2008

000031P002-1435S-063
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802

000085P001-1435S-063
WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070

Records Printed :   93