**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § § § § | Section "A" |
| | § | Chapter 11 |
| Debtor.[1] | § § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON DECEMBER 17, 2020 AT 1:30 PM (PREVAILING CENTRAL TIME) BEFORE THE HONORABLE MEREDITH S. GRABILL, SECTION A DIAL-IN: 1-888-684-8852; ACCESS CODE: 9318283**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this agenda (the "**Agenda**") of matters scheduled for telephonic hearing on December 17, 2020 at 1:30 p.m. (prevailing central time), pursuant to General Order 2019-4, Part V (the "**Complex Case Procedures**").

**CONTESTED MATTERS**

1. *Motion of the Official Committee of Unsecured Creditors for an Order Concerning Communications with Creditors* **[ECF No. 563]**

    **Movant:** The Official Committee of Unsecured Creditors
    **Nature of Motion:** Generic Motion
    **Response Deadline:** December 10, 2020
    **Status:** This matter is going forward.
    **Responses/Related Filings:**

    - *Debtor's Response to Motion of the Official Committee of Unsecured Creditors for an Order Concerning Communications with Creditors* **[ECF No. 609]**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4141790.1}

2. *First Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 Through September 30, 2020* **[ECF No. 564]**

   **Movant:** Locke Lord LLP
   **Nature of Motion:** Application for Compensation
   **Response Deadline:** December 10, 2020
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

   - *Debtor's Limited Objection to the First Interim Application of Locke Lord LLP, as Co-Counsel to the Official Committee of Unsecured Creditors* **[ECF No. 604]**

   - *United States Trustee's Objection to the First Interim Fee Application of Locke Lord LLP* **[ECF No. 608]**

   - *Objection of TMI Trust Company to First Interim Applications of Locke Lord LLP and Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 Through September 30, 2020* **[ECF No. 614]**

   - *Reply of Locke Lord LLP to the Objection of the United States Trustee to the First Interim Application of Locke Lorde LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 Through September 30, 2020* **[ECF No. 651]**

   - *Omnibus Reply of Locke Lord LLP to (I) Objection of the Debtor and (II) Objection of TMI Trust Company to the First Interim Application of Locke Lorde LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 Through September 30, 2020* **[ECF No. 652]**

3. *First Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from May 1, 2020 Through September 30, 2020* [**ECF No. 568**]

   **Movant:** Jones Walker LLP
   **Nature of Motion:** Application for Compensation
   **Response Deadline:** December 10, 2020
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

- *United States Trustee's Objection to the First Interim Fee Application of Jones Walker LLP* **[ECF No. 610]**

4. *First Interim Fee Application of Carr, Riggs & Ingram, LLC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period May 1, 2020 Through November 19, 2020* **[ECF No. 569]**

   **Movant:** Carr, Riggs & Ingram, LLC
   **Nature of Motion:** Application for Compensation
   **Response Deadline:** December 10, 2020
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

   - *United States Trustee's Objection to the First Interim Fee Application of Carr, Riggs & Ingram, LLC* **[ECF No. 611]**

5. *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from May 22, 2020 Through September 30, 2020* **[ECF No. 571]**

   **Movant:** Pachulski Stang Ziehl & Jones LLP
   **Nature of Motion:** Application for Compensation
   **Response Deadline:** December 10, 2020
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

   - *United States Trustee's Objection to the First Interim Fee Application of Pachulski Stang Ziehl & Jones LLP* **[ECF No. 612]**

   - *Objection of TMI Trust Company to First Interim Applications of Locke Lord LLP and Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 Through September 30, 2020* **[ECF No. 614]**

   - *Response of Pachulski Stang Ziehl & Jones LLP to Objection of the United States Trustee to the Firm's First Interim Fee Application* **[ECF No. 653]**

   - *Omnibus Reply of Pachulski Stang Ziehl & Jones LLP to (I) Objection of the Debtor, and (II) Objection of TMI Trust Company to First Interim Application of Committee Co-Counsel for Allowance of Compensation and Reimbursement of Expenses for the Period May 22, 2020 Through September 30, 2020* **[ECF No. 654]**

{N4141790.1}  3

Dated: December 16, 2020    Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**