**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**ORDER SETTING 2021 OMNIBUS HEARING DATES**

According to this Court's Chapter 11 Complex Case Procedures, all matters in this case (whether initiated by the Debtor or another party in interest) will be heard on the Omnibus Hearing Dates, unless otherwise ordered by the Court.[1] Notices of hearing of matters scheduled for Omnibus Hearing Dates shall comply with the noticing provisions set out in the Chapter 11 Complex Case Procedures located on this Court's Web site. Therefore,

**IT IS ORDERED** that the Omnibus Hearing Dates in 2021 are as follows:[2]

Tuesday, February 23, 2021[3]
Thursday, March 18, 2021
Thursday, April 15, 2021
Thursday, Mary 20, 2021
Thursday, June 17, 2021
Thursday, July 22, 2021[4]
Thursday, August 19, 2021
Thursday, September 16, 2021
Thursday, October 21, 2021
Thursday, November 18, 2021
Thursday, December 16, 2021

---

[1] Note the procedures for expedited review of motions contained in the Court's Chapter 11 Complex Case Procedures.
[2] The Court will set any future Omnibus Hearing Dates by future order.
[3] Note that this date falls on a Tuesday rather than the usual third Thursday of each month.
[4] Note that this date falls on the fourth Thursday of the month.

**IT IS FURTHER ORDERED** that all Omnibus Hearings will begin at 1:30 p.m., unless otherwise ordered by the Court.

New Orleans, Louisiana, January 23, 2021.

                                        MEREDITH S. GRABILL
                                      UNITED STATES BANKRUPTCY JUDGE