**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | Chapter 11 |
| Debtor.[1] | § § | |

**AGREED ORDER RESOLVING**
**MOTION FOR RELIEF FOR WILLFUL VIOLATION OF AUTOMATIC STAY**

CONSIDERING the *Motion for Relief for Willful Violation of Automatic Stay* [ECF No. 740] (the "**Motion**"), filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**") against the attorneys representing claimant A.A. Doe, Desiree Charbonnet, Matthew Chenevert, Bernard L. Charbonnet, Jr., and David M. Fink ("**Plaintiff's Counsel**"), as well as the agreement of the parties to resolve the Motion based on the stipulations set forth herein,

**IT IS HEREBY ORDERED** that an Agreed Order is entered as follows:

1. WHEREAS, on January 27, 2021, Plaintiff's Counsel violated the automatic stay imposed by 11 U.S.C. § 362(a)(1) by filing a lawsuit against the Debtor on behalf of their client, A.A. Doe, during the pendency of the above-captioned chapter 11 case. *See A.A. Doe v. The Roman Catholic Church of the Archdiocese of New Orleans, et al.*, Civil Action No. 21-803, Civil District Court for the Parish of Orleans (the "**A.A. Doe Lawsuit**").

2. WHEREAS, on February 2, 2021, the A.A. Doe Lawsuit was removed to the U.S. District Court for the Eastern District of Louisiana, where it is currently pending as Civil Action No. 21-215.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3.   WHEREAS, also on February 2, 2021, the Debtor filed the Motion, alleging that Plaintiff's Counsel willfully violated the automatic stay and seeking an award of actual damages sustained by the Debtor.

4.   NOW THEREFORE, in full satisfaction of the Motion, the parties agree that Plaintiff's Counsel will voluntarily dismiss the A.A. Doe Lawsuit against all parties affected by the automatic stay without prejudice.

5.   The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

New Orleans, Louisiana, February 21, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE