# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of February, 2021, DRC, at my direction and under my supervision caused a true and accurate copy of the following documents

    a. *Debtor's Opposition to Official Committee of Unsecured Creditors' Motion to Supplement the Claims Bar Date Order* (Docket No. 750); and

    b. *Debtor's Objection to Official Committee of Unsecured Creditors' Motion for Order Directing Debtor to Produce Documents and Electronically Stored Information Pursuant to Federal Rule of Bankruptcy Procedure 2004* (Docket No. 751),

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO00083

to be served via electronic mail upon the parties listed on <u>Exhibit 1</u>; and via First Class U.S. Mail upon the parties listed on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of February, 2021, Brooklyn, New York.

By _____
Roderick Wong

Sworn before me this
18th day of February, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
## Exhibit Pages

Page # : 1 of 3                                                                                          02/16/2021 07:02:57 PM

| | | | |
|---|---|---|---|
| 000051P002-1435S-083<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087<br>MPSWEB@AMERIGROUP.COM | 000105P001-1435S-083<br>ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101<br>JARVISA@GTLAW.COM | 000112P001-1435S-083<br>ARDOIN MCKOWEN & ORY LLC<br>DAVID W ARDOIN<br>114 LAURA DRIVE STE D<br>THIBODAUX LA 70301<br>DAVID@AMOTRIALLAWYERS.COM | 000078P001-1435S-083<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163<br>JWATERS@BFROB.COM |
| 000079P001-1435S-083<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163<br>DWALLE@BFROB.COM | 000066P001-1435S-083<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112<br>ALAN.GOODMAN@BSWLLP.COM | 000071P001-1435S-083<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802<br>DAVID.RUBIN@BUTLERSNOW.COM | 000071P001-1435S-083<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802<br>JIM.AUSTIN@BUTLERSNOW.COM |
| 000041P002-1435S-083<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>WAGUESPACK@CARVERDARDEN.COM | 000041P002-1435S-083<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SCULLIN@CARVERDARDEN.COM | 000041P002-1435S-083<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SEGRIST@CARVERDARDEN.COM | 000097P002-1435S-083<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364<br>DBALDONE@HOTMAIL.COM |
| 000086P001-1435S-083<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123<br>MIKE.JACOBS@DKIOFFICESOLUTIONS.COM | 000062P003-1435S-083<br>ENTERGY<br>SEAN D MOORE  ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113<br>SMOORE6@entergy.com | 000092P001-1435S-083<br>EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001<br>EHOWELL@EPHLAW.COM | 000107P001-1435S-083<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253<br>FELEPEAVY@JUNO.COM |
| 000076P001-1435S-083<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800<br>GMEUNIER@GAINSBEN.COM | 000076P001-1435S-083<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800<br>BWOLF@GAINSBEN.COM | 000044P002-1435S-083<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008<br>ERIC_PEARSON@AJG.COM | 000100P001-1435S-083<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110<br>MURPHYC@GTLAW.COM |
| 000101P001-1435S-083<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM | 000083P001-1435S-083<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119<br>SALES@HAHN-ENTERPRISES.COM | 000043P002-1435S-083<br>HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802<br>DAVID.RUBIN@BUTLERSNOW.COM | 000038P002-1435S-083<br>HELLER DRAPER PATRICK HORN  ET AL.<br>DOUGLAS S DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130<br>DSD@HELLERDRAPER.COM |

The Roman Catholic Church of the Archdiocese of New Orleans
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                                    02/16/2021 07:02:57 PM

| | | | |
|---|---|---|---|
| 000068P003-1435S-083<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>SGISLESON@HHKLAWFIRM.COM | 000068P003-1435S-083<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>JCAIN@HHKLAWFIRM.COM | 000108P001-1435S-083<br>HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130<br>HALEXIS@HINSHAWLAW.COM | 000104P001-1435S-083<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>STEPHEN@HUBERTHOMASLAW.COM |
| 000104P001-1435S-083<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>LOGAN@HUBERTHOMASLAW.COM | 000103P001-1435S-083<br>KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445<br>KRODRIGUEZ@KEITHRODRIGUEZ.COM | 000099P001-1435S-083<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112<br>DLANDWEHR@ATT.NET | 000082P001-1435S-083<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422<br>REGINAWEDIG@WEDIGLAW.COM |
| 000074P002-1435S-083<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>DBOLDISSAR@LOCKELORD.COM | 000074P002-1435S-083<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>ASHLEY.LOHR@LOCKELORD.COM | 000075P001-1435S-083<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>RKUEBEL@LOCKELORD.COM | 000075P001-1435S-083<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>YAMILLE.HARRISON@LOCKELORD.COM |
| 000045P002-1435S-083<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118<br>JENNIFER.SARPALIUS@LCMCHEALTH.ORG | 000081P001-1435S-083<br>LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005<br>SEIDEMANNR@AG.STATE.LA.US | 000052P002-1435S-083<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808<br>LUBAACCOUNTING@LUBAWC.COM | 000114P001-1435S-083<br>LUGENBUHL WHEATON PECK RANKIN & HUBBARD<br>BENJAMIN W KADDEN<br>601 POYDRAS ST.,STE 2775<br>NEW ORLEANS LA 70130<br>BKADDEN@LAWLA.COM |
| 000109P001-1435S-083<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>RBERAN@MCCARTER.COM | 000109P001-1435S-083<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JKELLY@MCCARTER.COM | 000050P002-1435S-083<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901<br>THEDING@MEITLER.COM | 000089P001-1435S-083<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005<br>MLANDRY@NEWMANMATHIS.COM |
| 000093P002-1435S-083<br>NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>3501 NORTH CAUSEWAY BLVD.,STE 300<br>METAIRIE LA 70002<br>RMATHIS@NEWMANMATHIS.COM | 000007P003-1435S-083<br>OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130<br>AMANDA.B.GEORGE@USDOJ.GOV | 000063P001-1435S-083<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130<br>MARY.LANGSTON@USDOJ.GOV | 000094P001-1435S-083<br>PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>LCANTOR@PSZJLAW.COM |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
## Exhibit Pages

Page # : 3 of 3        02/16/2021 07:02:57 PM

| | | | |
|---|---|---|---|
| 000095P001-1435S-083<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>JSTANG@PSZJLAW.COM | 000080P001-1435S-083<br>RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199<br>RICHARD@RARLAW.NET | 000042P001-1435S-083<br>RICHARD C TRAHANT<br>ATTORNEY AT LAW<br>2908 HESSMER AVE<br>METAIRIE LA 70002<br>TRAHANT@TRAHANTLAWOFFICE.COM | 000090P001-1435S-083<br>ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115<br>RASTETTER@BELLSOUTH.NET |
| 000090P001-1435S-083<br>ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115<br>RASTETTER47@YAHOO.COM | 000110P001-1435S-083<br>RUSSELL POTTHARST<br>411 W 5TH ST APT 510<br>LOS ANGELES CA 90013<br>RUSTYCPSR@GMAIL.COM | 000073P001-1435S-083<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033<br>ECAHILL@SHERGARNER.COM | 000073P001-1435S-083<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033<br>TMADIGAN@SHERGARNER.COM |
| 000091P001-1435S-083<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046<br>RLUMINAIS@SHERGARNER.COM | 000091P001-1435S-083<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046<br>TMADIGAN@SHERGARNER.COM | 000069P001-1435S-083<br>SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119<br>JDENENEA@MIDCITYLAW.COM | 000111P001-1435S-083<br>TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112<br>SROSAMOND@TWPDLAW.COM |
| 000065P001-1435S-083<br>THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>516 VETERANS BLVD., STE 202<br>METAIRIE LA 70005<br>WGC@BILLCHERBONNIER.COM | 000102P001-1435S-083<br>TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>1100 ABERNATHY RD.,STE 480<br>ATLANTA GA 30328<br>KDOBRAVA@TMICO.COM | 000064P001-1435S-083<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130<br>JVASQUEZ@VASQUEZLAWOFFICE.COM | 000031P002-1435S-083<br>WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802<br>BETH.ZEIGLER@HANCOCKWHITNEY.COM |

Records Printed : **64**

# EXHIBIT 2

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 1 of 4            02/16/2021 07:02:42 PM

| | | | |
|---|---|---|---|
| 000049P002-1435S-083<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000051P002-1435S-083<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | 000105P001-1435S-083<br>ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101 | 000112P001-1435S-083<br>ARDOIN MCKOWEN & ORY LLC<br>DAVID W ARDOIN<br>114 LAURA DRIVE STE D<br>THIBODAUX LA 70301 |
| 000084P001-1435S-083<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | 000055P002-1435S-083<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | 000078P001-1435S-083<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 | 000079P001-1435S-083<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 |
| 000066P001-1435S-083<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112 | 000087P002-1435S-083<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | 000071P001-1435S-083<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 | 000041P002-1435S-083<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102 |
| 000023P001-1435S-083<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | 000057P002-1435S-083<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | 000097P002-1435S-083<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364 | 000026P001-1435S-083<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 |
| 000086P001-1435S-083<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | 000062P003-1435S-083<br>ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 | 000032P001-1435S-083<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000092P001-1435S-083<br>EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001 |
| 000107P001-1435S-083<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253 | 000076P001-1435S-083<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800 | 000044P002-1435S-083<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 | 000100P001-1435S-083<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 |
| 000101P001-1435S-083<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 | 000072P002-1435S-083<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | 000083P001-1435S-083<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | 000028P002-1435S-083<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 2 of 4                                                                                              02/16/2021 07:02:42 PM

| | | | |
|---|---|---|---|
| 000029P002-1435S-083<br>HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | 000030P001-1435S-083<br>HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 | 000039P001-1435S-083<br>HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 000043P002-1435S-083<br>HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802 |
| 000038P002-1435S-083<br>HELLER DRAPER PATRICK HORN ET AL.<br>DOUGLAS S DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130 | 000108P001-1435S-083<br>HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130 | 000104P001-1435S-083<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163 | 000009P001-1435S-083<br>INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |
| 000010P001-1435S-083<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000011P001-1435S-083<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104-5016 | 000012P001-1435S-083<br>INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220 M/S 31<br>NEW ORLEANS LA 70112 | 000022P001-1435S-083<br>JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 |
| 000103P001-1435S-083<br>KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445 | 000027P001-1435S-083<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000099P001-1435S-083<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112 | 000082P001-1435S-083<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422 |
| 000074P002-1435S-083<br>LOCKE LORD LLP<br>C DAVIN BOLDISSAR,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036 | 000075P001-1435S-083<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130 | 000045P002-1435S-083<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118 | 000034P001-1435S-083<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 |
| 000081P001-1435S-083<br>LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005 | 000002P001-1435S-083<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | 000005P001-1435S-083<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-083<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 |
| 000024P001-1435S-083<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | 000008P001-1435S-083<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | 000040P001-1435S-083<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000052P002-1435S-083<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 3 of 4                                                                                                             02/16/2021 07:02:42 PM

| | | | |
|---|---|---|---|
| 000114P001-1435S-083<br>LUGENBUHL WHEATON PECK RANKIN & HUBBARD<br>BENJAMIN W KADDEN<br>601 POYDRAS ST.,STE 2775<br>NEW ORLEANS LA 70130 | 000109P001-1435S-083<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000050P002-1435S-083<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 000047P001-1435S-083<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000088P001-1435S-083<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000089P001-1435S-083<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>433 METAIRIE RD.,STE 600<br>METAIRIE LA 70005 | 000093P002-1435S-083<br>NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>3501 NORTH CAUSEWAY BLVD.,STE 300<br>METAIRIE LA 70002 | 000036P001-1435S-083<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| 000048P001-1435S-083<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | 000007P003-1435S-083<br>OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130 | 000063P001-1435S-083<br>OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 | 000046P002-1435S-083<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 |
| 000094P001-1435S-083<br>PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | 000095P001-1435S-083<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | 000096P001-1435S-083<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>150 CALIFORNIA ST.,15TH FL<br>SAN FRANCISCO CA 94111 | 000080P001-1435S-083<br>RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199 |
| 000090P001-1435S-083<br>ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115 | 000110P001-1435S-083<br>RUSSELL POTTHARST<br>411 W 5TH ST APT 510<br>LOS ANGELES CA 90013 | 000073P001-1435S-083<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033 | 000091P001-1435S-083<br>SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046 |
| 000021P001-1435S-083<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | 000069P001-1435S-083<br>SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119 | 000111P001-1435S-083<br>TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112 | 000025P001-1435S-083<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 |
| 000065P001-1435S-083<br>THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>516 VETERANS BLVD., STE 202<br>METAIRIE LA 70005 | 000102P001-1435S-083<br>TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>1100 ABERNATHY RD.,STE 480<br>ATLANTA GA 30328 | 000013P001-1435S-083<br>US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | 000003P001-1435S-083<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Exhibit Pages

Page # : 4 of 4                                                                                                                02/16/2021 07:02:42 PM

| | | | |
|---|---|---|---|
| 000004P002-1435S-083<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | 000035P001-1435S-083<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000019P001-1435S-083<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-083<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 |
| 000006P001-1435S-083<br>US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | 000064P001-1435S-083<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130 | 000037P001-1435S-083<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | 000053P003-1435S-083<br>WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>2709 MANLEY AVE<br>METAIRIE LA 70001-5551 |
| 000031P002-1435S-083<br>WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802 | 000085P001-1435S-083<br>WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 | | |

Records Printed :  94