**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

**ORDER APPROVING SECOND INTERIM APPLICATION OF BLANK ROME LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS SPECIAL INSURANCE COUNSEL TO THE DEBTOR, FOR THE PERIOD OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Upon the application [Doc. 796] (the "Application") of Blank Rome LLP ("Blank Rome") for interim approval and allowance of compensation for attorneys' fees in the amount of $21,705.23 and reimbursement of expenses in the amount of $0.00, and for payment of the unpaid balance of allowed fees for legal services rendered during the Second Interim Fee Period; all parties in interest having received adequate notice of the Application; and the Court having reviewed the Application and having found that the professional services provided by Blank Rome during the Second Interim Fee Period (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1. The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2. Blank Rome is allowed interim compensation in the amount of $21,705.23 for services rendered and $0.00 as reimbursement for actual, reasonable, and necessary expenses incurred during the Second Interim Fee Period;

3. The Debtor may pay to Blank Rome the unpaid balance of allowed fees for legal services rendered during the Second Interim Fee Period, promptly upon entry of this Order; and

4. This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, April 14, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE