# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br><br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: February 10, 2021 |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
## OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2020 through October 31, 2020 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.    A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.    The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.    In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.    As of the date hereof, PSZJ has received the following payments for fees and expenses incurred from the Debtors' estates post-petition: $**895,134.59**

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.    The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| October 1, 2020 to October 31, 2020 | |
|---|---|
| Fees (at standard rates): | $ 98,975.00 |
| (Reduction due to reduced rates)[2] | ($ 28,697.50) |
| Fees (After reductions): | $ 70,277.50 |
|  |  |
| Expenses | $      1,830.89 |
| **Total** | **$ 72,108.39** |

## NOTICE AND OBJECTION PROCEDURES

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: G. Brown ($795); J. Fried ($925); K. Brown ($995); I. Nasatir ($1,025); J. Morris ($1,075); L. Cantor ($1,075); and J. Stang ($1,195).

2

9.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130..

10.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**58,052.89** which consists of (a) eighty percent (80%) of PSZJ's total fees of $72,277.50 for the Statement Period in the amount of **$56,222.00**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of **$1,830.89.**

3

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  January 27, 2021                    Respectfully submitted,

                                            *By: /s/ Linda Cantor*
                                            James I. Stang (CA Bar No. 94435)
                                            Linda F. Cantor (CA Bar No.153762)
                                            Pachulski Stang Ziehl & Jones LLP 10100
                                            Santa Monica Blvd., Suite 1300
                                            Los Angeles, CA 90067
                                            Telephone: (310)-277-6910
                                            Facsimile: (310)-201-0760
                                            Email:  jstang@pszjlaw.com
                                                        lcantor@pszjlaw.com

                                            *Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery | 4.00 | $2,800.00 |
| BL | Bankruptcy Litigation | 32.70 | $20,747.50 |
| CA | Case Administration | 7.10 | $3,320.00 |
| CO | Claims Admin/Objections | 27.50 | $18,425.00 |
| FE | Fee/Employment Application | 16.00 | $9,935.00 |
| GC | General Creditors Comm. | 19.30 | $13,510.00 |
| OP | Insurance Coverage | 1.50 | $1,050.00 |
| SL | Stay Litigation | 0.70 | $490.00 |
| | | **108.80** | **$70,277.50** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| BCD | Downing, Ben C. | Other | 395.00 | 0.50 | $197.50 |
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 4.80 | $2,040.00 |
| CHM | Mackle, Cia H. | Counsel | $675.00 | 0.80 | $540.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 13.30 | $9,310.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.50 | $1,050.00 |
| JAM | Morris, John A. | Partner | 700.00 | 3.40 | $2,380.00 |
| JIS | Stang, James I. | Partner | 700.00 | 19.40 | $13,580.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 10.70 | $7,490.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 1.80 | $1,260.00 |
| LAF | Forrester, Leslie A. | Other | 450.00 | 10.30 | $4,635.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 35.70 | $24,990.00 |
| LSC | Canty, La Asia S. | Paralegal | $425.00 | 0.30 | $127.50 |
| NPL | Lockwood, Nancy P.F. | Paralegal | $425.00 | 6.30 | $2,677.50 |
|  |  |  |  | **108.80** | **$70,277.50** |

## **EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Description | Amount |
|---|---|
| Bloomberg | $932.20 |
| Conference Call | $39.61 |
| Lexis/Nexis – Legal Research | $63.38 |
| Pacer – Court Research | $20.10 |
| Postage | $11.10 |
| Reproduction Expense | $35.20 |
| Reproduction/Scan Copy | $84.30 |
| Research | $645.00 |
|  | **$1,830.89** |

**<u>EXHIBIT D</u>**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|            |          |        |
|------------|----------|--------|
|            | October 31, 2020 |  |
| JIS        | Invoice  | 126564 |
|            | Client   | 05067  |
|            | Matter   | 00002  |
|            |          | **JIS** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   10/31/2020

| | |
|---|---|
| FEES | $70,277.50 |
| EXPENSES | $1,830.89 |
| **TOTAL CURRENT CHARGES** | **$72,108.39** |

| | |
|---|---|
| **TOTAL BALANCE DUE** | **$72,108.39** |

  
Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:     2

Invoice 126564

October 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BCD | Downing, Ben C. | Other | 395.00 | 0.50 | $197.50 |
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 4.80 | $2,040.00 |
| CHM | Mackle, Cia H. | Counsel | 675.00 | 0.80 | $540.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 13.30 | $9,310.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.50 | $1,050.00 |
| JAM | Morris, John A. | Partner | 700.00 | 3.40 | $2,380.00 |
| JIS | Stang, James I. | Partner | 700.00 | 19.40 | $13,580.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 10.70 | $7,490.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 1.80 | $1,260.00 |
| LAF | Forrester, Leslie A. | Other | 450.00 | 10.30 | $4,635.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 35.70 | $24,990.00 |
| LSC | Canty, La Asia S. | Paralegal | 425.00 | 0.30 | $127.50 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 425.00 | 6.30 | $2,677.50 |
| | | | | 108.80 | $70,277.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:        3
Invoice 126564
October 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 4.00 | $2,800.00 |
| BL | Bankruptcy Litigation [L430] | 32.70 | $20,747.50 |
| CA | Case Administration [B110] | 7.10 | $3,320.00 |
| CO | Claims Admin/Objections[B310] | 27.50 | $18,425.00 |
| FE | Fee/Employment Application | 16.00 | $9,935.00 |
| GC | General Creditors Comm. [B150] | 19.30 | $13,510.00 |
| IC | Insurance Coverage | 1.50 | $1,050.00 |
| SL | Stay Litigation [B140] | 0.70 | $490.00 |
| | | 108.80 | $70,277.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     4

Invoice 126564

October 31, 2020

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Bloomberg | $932.20 |
| Conference Call [E105] | $39.61 |
| Lexis/Nexis- Legal Research [E | $63.38 |
| Pacer - Court Research | $20.10 |
| Postage [E108] | $11.10 |
| Reproduction Expense [E101] | $35.20 |
| Reproduction/ Scan Copy | $84.30 |
| Research [E106] | $645.00 |
| | $1,830.89 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:      5

Invoice 126564

October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 10/05/2020 | JIS | AA | Call with John Morris regarding discovery related to AD financial condition. | 0.20 | 700.00 | $140.00 |
| 10/08/2020 | JIS | AA | Call Matt Babcock regarding discovery request. | 0.10 | 700.00 | $70.00 |
| 10/09/2020 | KHB | AA | Review draft discovery request. | 0.60 | 700.00 | $420.00 |
| 10/12/2020 | KHB | AA | Review and revise discovery requests. | 0.50 | 700.00 | $350.00 |
| 10/26/2020 | JIS | AA | Attend committee call regarding discovery issues. | 0.70 | 700.00 | $490.00 |
| 10/26/2020 | JIS | AA | Review discovery for Archdiocesan issues. | 0.50 | 700.00 | $350.00 |
| 10/27/2020 | JIS | AA | Call Linda Cantor regarding changes to AD discovery. | 0.20 | 700.00 | $140.00 |
| 10/27/2020 | LFC | AA | Review comments / revisions to document request and revise | 0.30 | 700.00 | $210.00 |
| 10/27/2020 | LFC | AA | Consider additional revisions to document requests and review files and recent disclosures regarding abusers by debtor and religious orders | 0.50 | 700.00 | $350.00 |
| 10/27/2020 | LFC | AA | Review further comments (.2) and confer with J. Stang (.2) regarding document requests | 0.40 | 700.00 | $280.00 |
|  |  |  |  | **4.00** | | **$2,800.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 09/04/2020 | LSC | BL | Research and correspondence regarding Common Interest Agreement. | 0.30 | 425.00 | $127.50 |
| 10/02/2020 | LAF | BL | Research re: Actions vs diocese, priests, etc; prepare spreadsheet. | 2.60 | 450.00 | $1,170.00 |
| 10/02/2020 | JAM | BL | Review pleadings concerning Debtor's Rule 9019 motion with TMI (0.8); telephone conference with J. Stang, G. Brown, Lock Lord, BRG re: discovery (partial participation) (0.8). | 1.60 | 700.00 | $1,120.00 |
| 10/03/2020 | JAM | BL | Review draft "third round" discovery demands (0.3). | 0.30 | 700.00 | $210.00 |
| 10/04/2020 | JAM | BL | Telephone conference with D. Boldissar re: TMI Rule 9019 motion and third round of discovery requests | 0.70 | 700.00 | $490.00 |
| 10/05/2020 | JIS | BL | Follow up call with R. Kuebel re RSA issues (.5); follow up call with Linda Cantor re RSA issues (.2). | 0.70 | 700.00 | $490.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     6

Invoice 126564

October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2020 | LFC | BL | Review settlement documents and opposition | 0.80 | 700.00 | $560.00 |
| 10/05/2020 | LFC | BL | Call with J. Stang regarding 9019 settlement motion with Indenture Trustee | 0.20 | 700.00 | $140.00 |
| 10/05/2020 | LAF | BL | Research re: Diocese lawsuits; prepare spreadsheet. | 0.80 | 450.00 | $360.00 |
| 10/05/2020 | JAM | BL | Telephone conference with J. Stang re: "third round" of discovery, TMI settlement motion (0.2); e-mail to D. Boldissar, J. Stang re: discovery (0.1); review correspondence between D. Boldissar, the Debtor and TMI re: discovery concerning Rule 9019 motion (0.3). | 0.60 | 700.00 | $420.00 |
| 10/06/2020 | CHM | BL | Review email from J. Quin and G. Brown and confer with G. Brown and document vendor re same. | 0.80 | 675.00 | $540.00 |
| 10/06/2020 | JAM | BL | Review proposed Stipulation concerning discovery on TIM Rule 9019 motion (0.1); e-mails with D. Boldissar re: proposed Stipulation concerning discovery on TIM Rule 9019 motion (0.1). | 0.20 | 700.00 | $140.00 |
| 10/07/2020 | JIS | BL | Review proposed settlement letter to Bond Trustee. | 0.10 | 700.00 | $70.00 |
| 10/07/2020 | LAF | BL | Research re: Fr. Wigglesworth. | 1.30 | 450.00 | $585.00 |
| 10/08/2020 | JIS | BL | Call R. Kuebel regarding committee recomposition. | 0.10 | 700.00 | $70.00 |
| 10/08/2020 | JIS | BL | Call with Ken Brown regarding first amendment/RFRA issues related to employment compensation. | 0.50 | 700.00 | $350.00 |
| 10/08/2020 | JIS | BL | Call with Committee chair regarding committee composition. | 0.10 | 700.00 | $70.00 |
| 10/08/2020 | JIS | BL | Call Linda Cantor regarding committee composition. | 0.20 | 700.00 | $140.00 |
| 10/08/2020 | KHB | BL | Confer with J. Stang re basis to object to payments to credibly accused priests. | 0.50 | 700.00 | $350.00 |
| 10/08/2020 | LFC | BL | Conference call with BRG and Locke Lord regarding discovery matters | 1.00 | 700.00 | $700.00 |
| 10/08/2020 | LFC | BL | Review 9019 motion opposition | 0.30 | 700.00 | $210.00 |
| 10/08/2020 | LFC | BL | Confer with J. Stang re Committee members | 0.20 | 700.00 | $140.00 |
| 10/08/2020 | LAF | BL | Research re: Lawsuits v archdiocese, priests, etc; prepare spreadsheet. | 1.00 | 450.00 | $450.00 |
| 10/09/2020 | BCD | BL | Locate and download Official Catholic Directory 2019 re Rule 2004 discovery. | 0.50 | 395.00 | $197.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:      7

Invoice 126564

October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2020 | GNB | BL | Telephone conference with James I. Stang regarding Rule 2004 discovery. | 0.10 | 700.00 | $70.00 |
| 10/12/2020 | JIS | BL | Call with Locke Lord regarding RSA with Indenture trustee. | 0.80 | 700.00 | $560.00 |
| 10/12/2020 | LFC | BL | Conference call with co-counsel regarding 9019 motion ./ settlement offer | 0.70 | 700.00 | $490.00 |
| 10/12/2020 | LFC | BL | Review and revise 2004 document request | 0.30 | 700.00 | $210.00 |
| 10/12/2020 | LAF | BL | Update spreadsheet re Archdiocese lawsuits. | 0.30 | 450.00 | $135.00 |
| 10/13/2020 | LFC | BL | Review reply and related pleadings on TMI Trustee | 0.60 | 700.00 | $420.00 |
| 10/13/2020 | JMF | BL | Review reply re bondholder settlement | 0.20 | 700.00 | $140.00 |
| 10/13/2020 | LAF | BL | Research re: Bartles obituary. | 1.00 | 450.00 | $450.00 |
| 10/15/2020 | LFC | BL | Review and revise draft of discovery requests | 1.50 | 700.00 | $1,050.00 |
| 10/15/2020 | JMF | BL | Telephone call with L. Cantor re case issues and discovery. | 0.30 | 700.00 | $210.00 |
| 10/19/2020 | LFC | BL | Review mark-up of settlement agreement | 0.10 | 700.00 | $70.00 |
| 10/20/2020 | JIS | BL | Review Locke Lord response to email from Bond Trustee regarding RSA. | 0.10 | 700.00 | $70.00 |
| 10/20/2020 | NPL | BL | Review adversary dockets for outstanding dates and deadlines. | 0.30 | 425.00 | $127.50 |
| 10/21/2020 | LFC | BL | Review Debtor reply  to 9019 settlement motion | 0.20 | 700.00 | $140.00 |
| 10/21/2020 | LFC | BL | Confer with J. Stang regarding 9019 settlement motion | 0.40 | 700.00 | $280.00 |
| 10/22/2020 | JIS | BL | Call D. Boldissar regarding open issues on RSA settlement. | 0.10 | 700.00 | $70.00 |
| 10/22/2020 | JIS | BL | Attend hearing re RSA motion. | 0.60 | 700.00 | $420.00 |
| 10/22/2020 | LFC | BL | Review drafts of proposed 9019 settlement agreement, as modified | 0.20 | 700.00 | $140.00 |
| 10/26/2020 | LFC | BL | Co-counsel call regarding abuse claims, discovery, litigation and next steps | 1.50 | 700.00 | $1,050.00 |
| 10/26/2020 | LFC | BL | Review comments and revise 2004 exam document requests | 2.00 | 700.00 | $1,400.00 |
| 10/26/2020 | NPL | BL | Review adversary dockets regarding outstanding dates, filings and deadlines. | 0.20 | 425.00 | $85.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     8
Invoice 126564
October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2020 | JMF | BL | Review motion to appoint additional committee (.3); telephone call with L. Cantor re same and pending case issues (.2). | 0.50 | 700.00 | $350.00 |
| 10/30/2020 | JIS | BL | Review Isgur opinion on post petition interest (.2); review RSA re impairment (.1). | 0.30 | 700.00 | $210.00 |
| 10/30/2020 | JIS | BL | Call with Linda Cantor and LL attorneys regarding response to motion for new committee/recomposition of committee. | 1.50 | 700.00 | $1,050.00 |
| 10/30/2020 | JIS | BL | Call R. Kuebel regarding response to motion for recomposition of committee. | 0.30 | 700.00 | $210.00 |
| 10/30/2020 | JIS | BL | Review fact portion of motion for recomposition of committee. | 0.20 | 700.00 | $140.00 |
| 10/30/2020 | JIS | BL | Call Linda Cantor (.1) and with Ken Brown (.2) regarding opposition to motion for recomposition of committee. | 0.30 | 700.00 | $210.00 |
| 10/30/2020 | LFC | BL | TC with Rick Kubel, Davin Boldissar, Steve Bryant and Jim Stang regarding committee appointment motion and 9019 settlement | 1.50 | 700.00 | $1,050.00 |
| 10/30/2020 | LFC | BL | TC with Jim Stang (.1) and call with J. Stang and Ken Brown regarding TMI committee appointment hearing (.2) | 0.30 | 700.00 | $210.00 |
| 10/30/2020 | LFC | BL | Review 5th Circuit case regarding solvent estate / postpetition interest and settlement issues | 0.20 | 700.00 | $140.00 |
| 10/31/2020 | LFC | BL | Review most recent draft of settlement agreement and analysis of effect of plan alternatives on proposed settlement terms (.5) and review and respond to e-mail memos regarding same (.2) | 0.70 | 700.00 | $490.00 |
| | | | | 32.70 | | $20,747.50 |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2020 | LFC | CA | Review pending matters including entry of orders, numerous e-mails regarding bar date order and new pleadings filed by the Indenture Trustee | 0.50 | 700.00 | $350.00 |
| 10/01/2020 | NPL | CA | Email communications with M. DesJardien and B. Dassa regarding critical date memorandum. | 0.10 | 425.00 | $42.50 |
| 10/08/2020 | BDD | CA | Email N. Lockwood re critical dates memo | 0.10 | 425.00 | $42.50 |
| 10/09/2020 | NPL | CA | Review docket regarding outstanding matters, dates and deadlines. | 0.80 | 425.00 | $340.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2020 | NPL | CA | Review, revise and update critical date memorandum. | 1.20 | 425.00 | $510.00 |
| 10/16/2020 | BDD | CA | Email N. Lockwood re critical dates memo | 0.10 | 425.00 | $42.50 |
| 10/16/2020 | NPL | CA | Review debtor docket for pending matters, dates and deadlines. | 0.70 | 425.00 | $297.50 |
| 10/16/2020 | NPL | CA | Update critical date and deadline memorandum. | 0.40 | 425.00 | $170.00 |
| 10/20/2020 | NPL | CA | Review chapter 11 docket for outstanding motions, dates and deadlines. | 0.40 | 425.00 | $170.00 |
| 10/20/2020 | NPL | CA | Update critical date memorandum. | 0.20 | 425.00 | $85.00 |
| 10/26/2020 | NPL | CA | Review debtor docket regarding outstanding motions, dates and deadlines. | 0.40 | 425.00 | $170.00 |
| 10/26/2020 | NPL | CA | Review, update and revise critical date memorandum. | 0.60 | 425.00 | $255.00 |
| 10/26/2020 | NPL | CA | Draft email to PSZJ team regarding update critical date memorandum. | 0.10 | 425.00 | $42.50 |
| 10/28/2020 | LFC | CA | TC with Josh Fried regarding pending matters, billing updates, litigation | 0.20 | 700.00 | $140.00 |
| 10/29/2020 | LFC | CA | Review 2004 and TVI motions on settlement and Committee representation | 0.40 | 700.00 | $280.00 |
| 10/29/2020 | NPL | CA | Review and update critical date memorandum. | 0.40 | 425.00 | $170.00 |
| 10/29/2020 | NPL | CA | Review debtor docket and review recently filed pleadings for outstanding dates and deadlines. | 0.50 | 425.00 | $212.50 |
| | | | | 7.10 | | $3,320.00 |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2020 | GNB | CO | Review Archbishop Aymond posting re two additional priests removed from ministry, and email James I. Stang and Linda F. Cantor regarding Committee lists of perpetrators. | 0.10 | 700.00 | $70.00 |
| 10/01/2020 | LAF | CO | Research re: Actions v. priests, church, and other personnel and institutions; produce spreadsheet. | 3.30 | 450.00 | $1,485.00 |
| 10/02/2020 | GNB | CO | Email with Leslie Ann Forrester regarding status of research into perpetrators to be listed on Committee website. | 0.10 | 700.00 | $70.00 |
| 10/02/2020 | JMF | CO | Review bar date notices and order. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Invoice 126564

October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2020 | GNB | CO | Research additional perpetrators for Committee's website (.4); Email with Leslie Ann Forrester regarding same (.1); Draft  list of perpetrator assignments in New Orleans for further research/input (.1). | 0.60 | 700.00 | $420.00 |
| 10/06/2020 | GNB | CO | Email with Linda F. Cantor regarding list of perpetrator assignments in New Orleans for further research/input. | 0.10 | 700.00 | $70.00 |
| 10/06/2020 | LFC | CO | Review status of Committee website | 0.10 | 700.00 | $70.00 |
| 10/06/2020 | LFC | CO | Review and respond to questions regarding Bar Date Order Exhibits | 0.20 | 700.00 | $140.00 |
| 10/06/2020 | LFC | CO | Review list of potential clergy for Committee website and draft e-mail memorandum regarding same | 0.20 | 700.00 | $140.00 |
| 10/07/2020 | JIS | CO | Review USCCB and IRS bulletins and email to Linda Cantor regarding import of Official Catholic Directory for committee website. | 0.60 | 700.00 | $420.00 |
| 10/07/2020 | JIS | CO | Review list of accused priests for committee website. | 0.20 | 700.00 | $140.00 |
| 10/07/2020 | JIS | CO | Call Linda Cantor regarding OCD listings. | 0.10 | 700.00 | $70.00 |
| 10/07/2020 | LFC | CO | Review lists of clergy and e-mail memos regarding Archdiocese entities for Bar Date notices (.6) and call with J. Stang re listings (.1) | 0.70 | 700.00 | $490.00 |
| 10/08/2020 | GNB | CO | Review Richard Trahant email regarding perpetrators for Committee website; Email with Linda F. Cantor regarding same. | 0.10 | 700.00 | $70.00 |
| 10/08/2020 | GNB | CO | Finalize research list one of two regarding perpetrators for Committee website. | 0.60 | 700.00 | $420.00 |
| 10/08/2020 | LFC | CO | Draft letter to creditors to refile their claims | 0.40 | 700.00 | $280.00 |
| 10/09/2020 | GNB | CO | Review Leslie Ann Forrester research for list of perpetrators against whom civil cases or criminal charges have been filed. | 0.20 | 700.00 | $140.00 |
| 10/09/2020 | GNB | CO | Telephone conference with James I. Stang and Linda F. Cantor regarding lists of perpetrators for Committee website. | 0.80 | 700.00 | $560.00 |
| 10/09/2020 | JIS | CO | Call with Linda Cantor and Gillian Brown reviewing material for Committee website. | 1.30 | 700.00 | $910.00 |
| 10/09/2020 | LFC | CO | Review Bar Date Order information and proposed | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:   11

Invoice 126564

October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | posting language and e-mails regarding same | | | |
| 10/09/2020 | LFC | CO | Conference call with Gillian Brown and Jim Stang regarding perpetrator list | 1.30 | 700.00 | $910.00 |
| 10/10/2020 | GNB | CO | Update Committee website list of perpetrators against whom civil cases or criminal charges have been filed. | 4.10 | 700.00 | $2,870.00 |
| 10/11/2020 | GNB | CO | Update Committee website list of perpetrators against whom civil cases or criminal charges have been filed. | 0.20 | 700.00 | $140.00 |
| 10/12/2020 | GNB | CO | Revise Committee website list of perpetrators against whom civil cases or criminal charges have been filed (.2); Email James I. Stang regarding same (.05); Email Shannon Wheatman regarding same (.05); Telephone conference with Linda F. Cantor regarding same (.1). | 0.40 | 700.00 | $280.00 |
| 10/12/2020 | LFC | CO | Review Bishopaccountability and other URLs regarding cross references for clergy lists to be published by committee | 0.80 | 700.00 | $560.00 |
| 10/12/2020 | LFC | CO | Further review clergy lists for order (.3) and confer with Gillian Brown re same (.1) | 0.40 | 700.00 | $280.00 |
| 10/13/2020 | GNB | CO | Email with Richard Trahant and Jessica Quin regarding perpetrator on Committee website. | 0.10 | 700.00 | $70.00 |
| 10/13/2020 | GNB | CO | Prepare information for Rust Consulting to upload to Committee website regarding perpetrators (.8); Telephone conference with Jessica Jenkins regarding same (.1). | 0.90 | 700.00 | $630.00 |
| 10/13/2020 | GNB | CO | Review and edit Committee website. | 0.70 | 700.00 | $490.00 |
| 10/13/2020 | LFC | CO | Review ad copy and publication information | 0.40 | 700.00 | $280.00 |
| 10/14/2020 | GNB | CO | Do final proofread of Committee website (.2); Email with Jessica Jenkins regarding same (.2). | 0.40 | 700.00 | $280.00 |
| 10/14/2020 | GNB | CO | Revise draft notices from Donlin Recano as well as tv ad, social media ad, and letters to Catholic households. | 0.60 | 700.00 | $420.00 |
| 10/14/2020 | GNB | CO | Prepare additional materials for Committee website; Email with James I. Stang and Linda F. Cantor regarding same. | 0.10 | 700.00 | $70.00 |
| 10/14/2020 | LFC | CO | Review Ads and Committee website and comments | 0.30 | 700.00 | $210.00 |
| 10/14/2020 | LFC | CO | Work on Bar Date Notices, ads, perpetrator list and | 1.70 | 700.00 | $1,190.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:   12

Invoice 126564

October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | revisions to current forms | | | |
| 10/15/2020 | GNB | CO | Telephone conference with Linda F. Cantor regarding Committee website additions and sexual abuse notices. | 0.30 | 700.00 | $210.00 |
| 10/15/2020 | GNB | CO | Email with state court counsel and Linda F. Cantor regarding Committee website additions. | 0.10 | 700.00 | $70.00 |
| 10/15/2020 | GNB | CO | Review Shannon Wheatman edits to sexual abuse notices. | 0.10 | 700.00 | $70.00 |
| 10/15/2020 | GNB | CO | Review documents regarding potential inclusion of Brother H.E. on Committee list of perpetrators. | 0.30 | 700.00 | $210.00 |
| 10/15/2020 | LFC | CO | Review and comment on forms of bar date order postings, additional notices for publication including numerous further revisions and e-mails with Gillian Brown and Shannon Wheatman | 1.80 | 700.00 | $1,260.00 |
| 10/15/2020 | LFC | CO | TC with Josh Fried re case issues | 0.30 | 700.00 | $210.00 |
| 10/15/2020 | LFC | CO | TC with Gillan Brown re Committee website composition | 0.30 | 700.00 | $210.00 |
| 10/16/2020 | GNB | CO | Coordinate with Omer F. Kuebel III, state court counsel, and Jessica Jenkins for additions and removal of perpetrator names from Committee website. | 0.60 | 700.00 | $420.00 |
| 10/16/2020 | JIS | CO | Research issue regarding brothers status as clergy. | 0.20 | 700.00 | $140.00 |
| 10/16/2020 | JIS | CO | Call Pat Wall regarding issues related to bar date notice. | 0.30 | 700.00 | $210.00 |
| 10/16/2020 | LFC | CO | Review proposed changes to clergy list for plan notice | 0.20 | 700.00 | $140.00 |
| 10/27/2020 | LFC | CO | Review debtor's proposed changes to forms of advertisements and notices of bar date and e-mail memos regarding same | 0.30 | 700.00 | $210.00 |
| | | | | 27.50 | | $18,425.00 |

## Fee/Employment Application

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2020 | JMF | FE | Review OUST comments re fee applications. | 0.20 | 700.00 | $140.00 |
| 10/05/2020 | LFC | FE | Review and revise fee documents and notices | 0.20 | 700.00 | $140.00 |
| 10/05/2020 | JMF | FE | Review fee statement. | 0.40 | 700.00 | $280.00 |
| 10/05/2020 | BDD | FE | Email J. Fried re PSZJ May/June monthly fee | 0.10 | 425.00 | $42.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    13

Invoice 126564

October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | statement | | | |
| 10/06/2020 | JMF | FE | Review complex order re fee application issues. | 0.40 | 700.00 | $280.00 |
| 10/06/2020 | JMF | FE | Review PSZJ fee statement. | 0.40 | 700.00 | $280.00 |
| 10/06/2020 | JMF | FE | Review TMI motion re notice party for fee applications. | 0.20 | 700.00 | $140.00 |
| 10/06/2020 | JMF | FE | Review OUST comments re debtor fee application. | 0.30 | 700.00 | $210.00 |
| 10/06/2020 | BDD | FE | Emails N. Brown re service of PSZJ fee statement (May/June 2020) | 0.10 | 425.00 | $42.50 |
| 10/06/2020 | BDD | FE | Email M. Kulick re service of monthly fee statement | 0.10 | 425.00 | $42.50 |
| 10/06/2020 | BDD | FE | Emails L. Cantor and J. Fried re PSZJ finalized monthly fee statement | 0.10 | 425.00 | $42.50 |
| 10/06/2020 | BDD | FE | Email A. George, UST, re PSZJ monthly fee statement and LEDES billing | 0.10 | 425.00 | $42.50 |
| 10/07/2020 | JMF | FE | Review invoice and draft Kinsella fee statement. | 1.80 | 700.00 | $1,260.00 |
| 10/07/2020 | BDD | FE | Email L. Cantor re PSZJ 2nd monthly fee statement | 0.10 | 425.00 | $42.50 |
| 10/09/2020 | JMF | FE | Review and edit July fee statement. | 1.80 | 700.00 | $1,260.00 |
| 10/12/2020 | JMF | FE | Edit PSZJ July fee statement. | 0.40 | 700.00 | $280.00 |
| 10/13/2020 | JMF | FE | Review LL fees statement. | 0.30 | 700.00 | $210.00 |
| 10/14/2020 | JMF | FE | Finalize PSZJ statement for July. | 0.30 | 700.00 | $210.00 |
| 10/15/2020 | JMF | FE | Finalize Kinsella statement. | 0.40 | 700.00 | $280.00 |
| 10/15/2020 | JMF | FE | Review August PSZJ statement. | 0.40 | 700.00 | $280.00 |
| 10/16/2020 | LFC | FE | Confer with J Conte regarding fees and interim application | 0.20 | 700.00 | $140.00 |
| 10/16/2020 | LFC | FE | Review Kinsella fee app matters | 0.20 | 700.00 | $140.00 |
| 10/16/2020 | LFC | FE | Review UST response to fee app and review invoices | 0.30 | 700.00 | $210.00 |
| 10/23/2020 | LFC | FE | Review professional fee matters / ordinary course professionals / debtor and other advisors | 1.20 | 700.00 | $840.00 |
| 10/24/2020 | JMF | FE | Review fee statements and draft summary re same re UST objections and voluntary reductions. | 0.40 | 700.00 | $280.00 |
| 10/25/2020 | JMF | FE | Review and edit August fee statement. | 1.40 | 700.00 | $980.00 |
| 10/26/2020 | LFC | FE | Review interim fee apps and applicable orders | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:    14
Invoice 126564
October 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2020 | BDD | FE | Emails J. Fried and O. Carpio re billing analysis | 0.30 | 425.00 | $127.50 |
| 10/28/2020 | BDD | FE | Review Jones Walker August/September bill and analyze time relating to Motion to Dismiss and emails J. Fried re same | 3.60 | 425.00 | $1,530.00 |
| 10/29/2020 | BDD | FE | Email J. Fried re internal calls | 0.10 | 425.00 | $42.50 |
| | | | | **16.00** | | **$9,935.00** |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2020 | GNB | GC | Partial attendance on telephone conference with James I. Stang, Linda F. Cantor, John A. Morris (partial attendance), Omer F. Kuebel III, C. Davin Boldissar, Paul N. Shields, and Matthew K. Babcock regarding Rule 2004 discovery and bar date issues. | 1.30 | 700.00 | $910.00 |
| 10/02/2020 | JIS | GC | Call with Locke Lord counsel, Linda Cantor, Matt Babcock regarding discovery for case and RSA motion, bar date issues. | 1.60 | 700.00 | $1,120.00 |
| 10/02/2020 | LFC | GC | Review WIP list and conference call with BRG, PSZJ and LL team regarding discovery and bar date issues | 1.60 | 700.00 | $1,120.00 |
| 10/05/2020 | JIS | GC | Call with Committee regarding relief from stay, RSA motion (1.2). | 1.20 | 700.00 | $840.00 |
| 10/05/2020 | LFC | GC | Committee member call | 1.20 | 700.00 | $840.00 |
| 10/06/2020 | GNB | GC | Email with Jessica Quin regarding documents produced by Debtor (.1); Two telephone conferences and email with Cia H. Mackle regarding same (.1). | 0.20 | 700.00 | $140.00 |
| 10/06/2020 | JIS | GC | Call with counsel regarding stay relief, succession motion, RSA motion. | 0.80 | 700.00 | $560.00 |
| 10/06/2020 | LFC | GC | Committee counsel conference call | 0.80 | 700.00 | $560.00 |
| 10/08/2020 | JIS | GC | Call with R. Trahant re payroll issues, prescription issues, restructuring support agreement. | 0.60 | 700.00 | $420.00 |
| 10/12/2020 | JIS | GC | Attend committee meeting. | 1.30 | 700.00 | $910.00 |
| 10/12/2020 | JMF | GC | Review TSI letter and emails re same. | 0.20 | 700.00 | $140.00 |
| 10/13/2020 | JIS | GC | Attend Committee meeting regarding discovery, RSA motion, pending motions. | 0.60 | 700.00 | $420.00 |
| 10/13/2020 | LFC | GC | Committee member counsel meeting | 0.60 | 700.00 | $420.00 |
| 10/14/2020 | GNB | GC | Email with Jessica Quin regarding documents | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 15

Archdiocese of New Orleans OCC

Invoice 126564

05067    -00002

October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | produced during motion to dismiss; Email Mark Mintz and Allison Kingsmill regarding same. |  |  |  |
| 10/14/2020 | GNB | GC | Email Committee and state court counsel regarding Committee website. | 0.10 | 700.00 | $70.00 |
| 10/19/2020 | JIS | GC | Committee call and follow up with Locke Lord. | 1.40 | 700.00 | $980.00 |
| 10/19/2020 | LFC | GC | Full Committee meeting | 1.10 | 700.00 | $770.00 |
| 10/19/2020 | LFC | GC | Follow-up meeting with professionals | 0.30 | 700.00 | $210.00 |
| 10/20/2020 | JIS | GC | Call with state court counsel regarding Indenture Trustee response to settlement offer, hearing on RSA, relief from stay motions. | 0.70 | 700.00 | $490.00 |
| 10/20/2020 | LFC | GC | Committee counsel call | 1.00 | 700.00 | $700.00 |
| 10/21/2020 | JIS | GC | Call with Linda Cantor regarding case status. | 0.40 | 700.00 | $280.00 |
| 10/26/2020 | LFC | GC | Weekly creditors' Committee call | 1.00 | 700.00 | $700.00 |
| 10/27/2020 | JIS | GC | State Court Counsel call regarding RSA opposition, discovery. | 0.50 | 700.00 | $350.00 |
| 10/27/2020 | LFC | GC | Committee counsel call | 0.50 | 700.00 | $350.00 |
| 10/30/2020 | KHB | GC | Telephone call with J. Stang and Linda Cantor re response to motion to appoint commercial committee. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **19.30** |  | **$13,510.00** |

**Insurance Coverage**

| 10/10/2020 | IAWN | IC | Exchange emails with Linda F Cantor re discovery requests | 0.10 | 700.00 | $70.00 |
|---|---|---|---|---|---|---|
| 10/11/2020 | IAWN | IC | Review coverage chart against insurance motion (1.0) and analyze against document requests (.4) | 1.40 | 700.00 | $980.00 |
|  |  |  |  | **1.50** |  | **$1,050.00** |

**Stay Litigation [B140]**

| 10/13/2020 | LFC | SL | Review relief from stay motion, review non-debtor entities and Parish lists and draft opposition to Motion to relief from stay | 0.70 | 700.00 | $490.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.70** |  | **$490.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                         **$70,277.50**

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 16 | |
| Archdiocese of New Orleans OCC | | Invoice 126564 | |
| 05067   -00002 | | October 31, 2020 | |

___

**Expenses**

| | | | |
|---|---|---|---|
| 10/02/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 8.84 |
| 10/02/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 30.77 |
| 10/02/2020 | RS | Research [E106] St. Tamany Parish court access, LAF | 20.00 |
| 10/02/2020 | RS | Research [E106] New Orleans Parish court access, LAF | 25.00 |
| 10/02/2020 | RS | Research [E106] New Orleans Parish court document escrow deposit, LAF | 25.00 |
| 10/02/2020 | RS | Research [E106] New Orleans Parish court document escrow deposit, LAF | 25.00 |
| 10/06/2020 | PO | 05067.00002 :Postage Charges for 10-06-20 | 9.00 |
| 10/06/2020 | RE | ( 176 @0.20 PER PG) | 35.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/07/2020 | BB | 05067.00002 Bloomberg Charges for 11-03-20 | 932.20 |
| 10/07/2020 | LN | 05067.00002 Lexis Charges for 10-07-20 | 19.57 |
| 10/07/2020 | LN | 05067.00002 Lexis Charges for 10-07-20 | 4.24 |
| 10/08/2020 | RS | Research [E106] New Orleans Parish court access, LAF | 25.00 |
| 10/08/2020 | RS | Research [E106] New Orleans Parish court document escrow deposit, LAF | 25.00 |
| 10/12/2020 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/13/2020 | LN | 05067.00002 Lexis Charges for 10-13-20 | 39.57 |
| 10/15/2020 | PO | Postage [E108] Postage | 0.50 |
| 10/15/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/16/2020 | PO | Postage [E108] Postage | 1.60 |
| 10/16/2020 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 10/23/2020 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 10/23/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/23/2020 | RE2 | SCAN/COPY ( 308 @0.10 PER PG) | 30.80 |
| 10/23/2020 | RE2 | SCAN/COPY ( 200 @0.10 PER PG) | 20.00 |
| 10/23/2020 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/24/2020 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 10/29/2020 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 10/31/2020 | PAC | Pacer - Court Research | 20.10 |
| 10/31/2020 | RS | Research [E106] Everlaw, Inv. 31924 | 500.00 |

**Total Expenses for this Matter** **$1,830.89**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    17

Invoice 126564

October 31, 2020

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    **10/31/2020**

**Total Fees**                                                                      **$70,277.50**

**Total Expenses**                                                                  **1,830.89**

**Total Due on Current Invoice**                                                    **$72,108.39**

**Outstanding Balance from prior invoices as of**    **10/31/2020**        **(May not include recent payments)**

| **A/R Bill Number** | **Invoice Date** | **Fees Billed** | **Expenses Billed** | **Balance Due** |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices:**                                **$72,108.39**