# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: February 10, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2020 through November 30, 2020 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4. A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5. The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6. In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7. As of the date hereof, PSZJ has received the following payments for fees and expenses incurred from the Debtor's estate post-petition: $**895,134.59**

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2020 to November 30, 2020 | |
|---|---|
| Fees (at standard rates): | $ 190,422.00 |
| (Reduction due to reduced rates)[2] | ($ 55,214.50) |
| Fees (After reductions): | $ 135,207.50 |
| | |
| Expenses | $ 1,810.71 |
| **Total** | **$ 137,018.21** |

**NOTICE AND OBJECTION PROCEDURES**

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour. The reduction set forth here accounts for the reduction from the following standard rates: G. Brown ($795); W. Ramseyer ($795); J. Fried ($925); K. Brown ($995); J. Morris ($1,075); L. Cantor ($1,075); and J. Stang ($1,195).

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**109,976.71** which consists of (a) eighty percent (80%) of PSZJ's total fees of $135,207.50 for the Statement Period in the amount of **$108,166.00**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of **$1,810.71.**

3

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  January 27, 2021                          Respectfully submitted,

_By: /s/ Linda Cantor_
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
               lcantor@pszjlaw.com

_Co-Counsel to the Official Committee of Unsecured Creditors_

4

## **EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery | 3.70 | $2,590.00 |
| BL | Bankruptcy Litigation | 96.20 | $67,340.00 |
| CA | Case Administration | 5.10 | $2,965.00 |
| CO | Claims Admin/Objections | 3.20 | $2,240.00 |
| CP | Compensation of Professionals | 62.90 | $38,392.50 |
| CPO | Compensation of Professionals/Others | 10.10 | $5,860.00 |
| GC | General Creditors Comm. | 22.60 | $15,820.00 |
| | | **203.80** | **$135,207.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| GNB | Brown, Gillian N. | Counsel | 700.00 | 2.80 | $1,960.00 |
| JAM | Morris, John A. | Partner | 700.00 | 0.90 | $630.00 |
| JIS | Stang, James I. | Partner | 700.00 | 18.70 | $13,090.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 9.60 | $6,720.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 79.20 | $55,440.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 48.60 | $34,020.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 16.90 | $11,830.00 |
| NPL | Lockwood, Nancy P.F. | Paralegal | $425.00 | 27.10 | $11,517.50 |
| | | | | **203.80** | **$135,207.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Description | Amount |
|---|---|
| Bloomberg | $136.68 |
| Conference Call | $3.13 |
| Federal Express | $23.40 |
| Lexis/Nexis – Legal Research | $173.50 |
| Pacer – Court Research | $29.50 |
| Postage | $2.80 |
| Reproduction Expense | $705.00 |
| Reproduction/Scan Copy | $236.70 |
| Research | $500.00 |
|  | **$1,810.71** |

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |  |
|---|---|---|
|  | November 30, 2020 |  |
| JIS | Invoice | 126902 |
|  | Client | 05067 |
|  | Matter | 00002 |
|  |  | **JIS** |

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2020

| | |
|---|---|
| FEES | $135,207.50 |
| EXPENSES | $1,810.71 |
| **TOTAL CURRENT CHARGES** | **$137,018.21** |
| **BALANCE FORWARD** | **$72,108.39** |
| **TOTAL BALANCE DUE** | **$209,126.60** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      2

Invoice 126902

November 30, 2020

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| GNB | Brown, Gillian N. | Counsel | 700.00 | 2.80 | $1,960.00 |
| JAM | Morris, John A. | Partner | 700.00 | 0.90 | $630.00 |
| JIS | Stang, James I. | Partner | 700.00 | 18.70 | $13,090.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 9.60 | $6,720.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 79.20 | $55,440.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 48.60 | $34,020.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 425.00 | 27.10 | $11,517.50 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 16.90 | $11,830.00 |
| | | | | 203.80 | $135,207.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      3

Invoice 126902

November 30, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 3.70 | $2,590.00 |
| BL | Bankruptcy Litigation [L430] | 96.20 | $67,340.00 |
| CA | Case Administration [B110] | 5.10 | $2,965.00 |
| CO | Claims Admin/Objections[B310] | 3.20 | $2,240.00 |
| CP | Compensation Prof. [B160] | 62.90 | $38,392.50 |
| CPO | Comp. of Prof./Others | 10.10 | $5,860.00 |
| GC | General Creditors Comm. [B150] | 22.60 | $15,820.00 |
| | | 203.80 | $135,207.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     4

Invoice 126902

November 30, 2020

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Bloomberg | $136.68 |
| Conference Call [E105] | $3.13 |
| Federal Express [E108] | $23.40 |
| Lexis/Nexis- Legal Research [E | $173.50 |
| Pacer - Court Research | $29.50 |
| Postage [E108] | $2.80 |
| Reproduction Expense [E101] | $705.00 |
| Reproduction/ Scan Copy | $236.70 |
| Research [E106] | $500.00 |
| | $1,810.71 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:     5

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Asset Analysis/Recovery[B120]

| 11/02/2020 | JIS | AA | Call Linda Cantor re status of Archdiocese discovery demand. | 0.10 | 700.00 | $70.00 |
| 11/02/2020 | LFC | AA | Review and revise discovery requests and draft correspondence regarding same | 0.30 | 700.00 | $210.00 |
| 11/02/2020 | LFC | AA | TC with Davin Boldissar regarding discovery matters | 0.10 | 700.00 | $70.00 |
| 11/02/2020 | LFC | AA | Review and revise discovery requests (.8) and TC with Jim Stang re same (.1) | 0.90 | 700.00 | $630.00 |
| 11/05/2020 | JIS | AA | Call Ken Brown re pending Archdiocese discovery. | 0.10 | 700.00 | $70.00 |
| 11/11/2020 | LFC | AA | Draft correspondence to Mark Mintz regarding discovery | 0.10 | 700.00 | $70.00 |
| 11/16/2020 | JIS | AA | Call Linda Cantor regarding discovery call with Debtor. | 0.10 | 700.00 | $70.00 |
| 11/18/2020 | LFC | AA | TC with Rick Kubel regarding discovery issues | 0.80 | 700.00 | $560.00 |
| 11/20/2020 | LFC | AA | Review and consider pending sale and credit card transaction matters | 0.50 | 700.00 | $350.00 |
| 11/25/2020 | LFC | AA | Conference calls with Rick Kubel regarding valuation and document production issues | 0.30 | 700.00 | $210.00 |
| 11/25/2020 | LFC | AA | TC with Rick Kubel and Mark Mintz regarding real estates valuation matters and pending sale issues | 0.40 | 700.00 | $280.00 |
| | | | | 3.70 | | $2,590.00 |

## Bankruptcy Litigation [L430]

| 11/01/2020 | JIS | BL | Call Ken Brown regarding background for motion to recompose committee. | 0.70 | 700.00 | $490.00 |
| 11/01/2020 | JIS | BL | Email response on meeting to discuss confidentiality of documents; review of letter regarding LL fees. | 0.10 | 700.00 | $70.00 |
| 11/01/2020 | JIS | BL | Call D. Boldissar , SE and Linda Cantor regarding stipulation for RSA and motion to recompose committee. | 0.80 | 700.00 | $560.00 |
| 11/01/2020 | KHB | BL | Review Bond Trustee motion re formation of new Committee and emails from J. Stang and co-counsel re same (1.5); confer with J. Stang re same (.7); review authorities re opposition to motion (1.0); telephone call with Steve Bryant re opposition to motion (.5). | 3.70 | 700.00 | $2,590.00 |
| 11/01/2020 | LFC | BL | TC with JIS regarding Indenture Trustee 9019 settlement terms (adding Davin Boldissar and | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      6

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Steven Bryant for subsequent portion of the call) | | | |
| 11/02/2020 | JIS | BL | Call Ken Brown regarding legal standards for review of committee composition. | 0.20 | 700.00 | $140.00 |
| 11/02/2020 | KHB | BL | Review draft letter re fee issues from D. Bodissar to M. Mintz (.2); review motion for order shortening time re confidential documents withdrawal (.3); review and respond to emails from S. Bryant re conf call with Debtor (.2); review pleadings related to TMI motion (.3); confer with J. Stang re standard of review on UST decisions on Committee (.3). | 1.30 | 700.00 | $910.00 |
| 11/03/2020 | JIS | BL | Call Ken Brown re opposition strategy for committee composition motion. | 0.10 | 700.00 | $70.00 |
| 11/03/2020 | JIS | BL | Call Ken Brown regarding conference with TMI, UST and Debtor regarding motion to recompose committee. | 0.10 | 700.00 | $70.00 |
| 11/03/2020 | KHB | BL | Emails with Linda Cantor re meet and confer call (.1); review Bond Trustee motion for approval of settlement and objections thereto (1.8); Confer with J. Stang re opposition to Bond Trustee Motion to appoint commercial committee (.1); emails with D. Boldissar and S. Bryant re same (.5); conference call with S. Bryant and D. Boldissar re opposition to Bond Trustee motion re Committee (1.0); review and revise Boldissar letter to  M. Mince re fee issues (1.1) confer with Boldissar re same (.1); call with counsel for Debtor's UST and co-counsel re Bond Trustee motion scheduling issues, discovery and stipulation re exhibits (.5); confer with S.Bryant re same (.2); review Bond Trustee emergency motion re exhibits (.7). | 6.10 | 700.00 | $4,270.00 |
| 11/03/2020 | JMF | BL | Review TMI motion re committee appointment. | 0.30 | 700.00 | $210.00 |
| 11/04/2020 | KHB | BL | Emails to/from  J. Stang and Linda Cantor re opposition to Bond Trustee motion (.2); call with co-counsel re strategy for status conference and opposition to Bond Trustee motion (1.8); email from Steve Bryant and R. Kuebel re same (.3). | 2.30 | 700.00 | $1,610.00 |
| 11/05/2020 | JIS | BL | Call Ken Brown regarding hearing on TMI motion and  discovery. | 0.20 | 700.00 | $140.00 |
| 11/05/2020 | JIS | BL | Call Linda Cantor regarding hearing on TMI motion. | 0.20 | 700.00 | $140.00 |
| 11/05/2020 | KHB | BL | Review TMI discovery request to Committee and UST (1.0); attend status conference on TMI motion to appoint new committee (.6); conference call with S. Bryant; D. Boldissar and R. Kubel re litigation strategy and response to TMI motion (1.1); review TMI motion (.8); emails with Debtor's discovery | 5.50 | 700.00 | $3,850.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      7

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference (.7); emails with Debtor's counsel and UST counsel re confidentiality issues (.4); work on stipulation re unsealing exhibits (.5); review emails from S. Bryant and R. Kubel re issues for status conference (.4). | | | |
| 11/05/2020 | KHB | BL | Confer with J. Stang re opposition to TMI motion. | 0.20 | 700.00 | $140.00 |
| 11/05/2020 | KHB | BL | Review pro hac vice app and emails re same. | 0.20 | 700.00 | $140.00 |
| 11/05/2020 | LFC | BL | TC with Davin Boldissar regarding trustee motion and litigation matters | 0.30 | 700.00 | $210.00 |
| 11/05/2020 | LFC | BL | Review discovery and Indenture Trustee litigation matters (.2) and call with Jim Stang re same (.2) | 0.40 | 700.00 | $280.00 |
| 11/06/2020 | KHB | BL | Emails with C. Murphy re meet and confer (.2); review revisions to proposed stipulation on TMI motion exhibits (.2); emails with S. Bryant re same (.2). | 0.60 | 700.00 | $420.00 |
| 11/09/2020 | JIS | BL | Call R. Trahant regarding discovery issues. | 0.60 | 700.00 | $420.00 |
| 11/09/2020 | JIS | BL | Review Court order regarding stay relief and resend memos regarding estimation. | 0.20 | 700.00 | $140.00 |
| 11/09/2020 | KHB | BL | Emails re confidentiality stipulation for TMI motion with M. Mintz (.2); A. George (.1); S. Bryant (.4); C. Murphy (.2); review proposed stipulation and revisions (.2); emails with co-counsel re pro hac application (.4); confer with S. Brandt and D. Boldissar re discovery issues (.2); review TMI discovery request (1.0); confer with S. Brandt and D. Boldissar in preparation for meet and confer with TMI counsel (.7); call with C. Murphy, D. Boldissar and S. Bryant re discovery issues (.5); confer with D. Boldissar and S. Bryant re discovery responses (.2); review authorities re attorney client privilege (.3) | 4.40 | 700.00 | $3,080.00 |
| 11/10/2020 | KHB | BL | Review auth. on privilege (.5); confer with C. Mackle re same (.2). | 0.70 | 700.00 | $490.00 |
| 11/10/2020 | LFC | BL | TC with John Morris regarding discovery matters | 0.30 | 700.00 | $210.00 |
| 11/10/2020 | JAM | BL | Telephone conference with L. Cantor re: discovery/document requests/meet and confer (0.2). | 0.20 | 700.00 | $140.00 |
| 11/11/2020 | KHB | BL | Work on TMI discovery requests (.5); analyze authority re attorney client privilege issues raised by TMI (3.4); call with S. Bryant and D. Boldissar re discovery issues and attorney client privilege (.9) and TMI proposal to birucate (.3); review authorities re adequate representation by Committee (.4); review TMI motion to bifurcate and for order shortening time (.7). | 6.20 | 700.00 | $4,340.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     8

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2020 | KHB | BL | Email from J. Stang re bifurcation issues (.1); emails from D. Boldissar re bifurcations issues (.2). | 0.30 | 700.00 | $210.00 |
| 11/12/2020 | JIS | BL | Call with Ken Brown, D. Boldissar regarding motion to change committee composition. | 0.70 | 700.00 | $490.00 |
| 11/12/2020 | KHB | BL | Emails from J. Elrod and A. George re discovery issues (.3); confer with D. Boldissar and S. Bryant re scheduling conference on TMI motion for new committee and bifurcation issues (.4); emails with D. Boldissar and S. Bryant re same (.2); review briefing on bifurcation and authorities in preparation and to contest TMI's incorrect representation that adequate representation is a purely legal issue (.6); attend scheduling conference (.6); consider necessary discovery upon bifurcation and review TMI motion re same (1.6); review and respond to emails from D. Boldissar re same (.3); call with J. Stang, D. Boldissar and S. Bryant re narrowing discovery and whether to agree to bifurcation and strategy for opposition to TMI motion (.7); review authorities re standard for court to determine adequate representation (2.0). | 6.70 | 700.00 | $4,690.00 |
| 11/12/2020 | JAM | BL | Review draft letter re: Archdiocese compliance with reporting obligations (0.2). | 0.20 | 700.00 | $140.00 |
| 11/13/2020 | JIS | BL | Call Ken Brown re status of the litigation on motion to reconsider committee composition. | 0.60 | 700.00 | $420.00 |
| 11/13/2020 | KHB | BL | Emails with TMI counsel re discovery issues (.2); emails with D. Boldissar and S. Bryant re same (.2); confer with D. Boldissar re same (.1); attend scheduling conference with court (.4); emails with S. Bryant and D. Boldissar re same (.2); email with J. Stang re results of scheduling conference (.2); telephone call with S. Bryant and D. Boldissar re opposition brief and litigation strategy (.3); telephone call with J. Stang re opposition to TMI motion (.6); emails with Linda Cantor re responses to TMI discovery requests (.4); work on opposition to TMI motion and analyze authorities re same (3.8). | 6.40 | 700.00 | $4,480.00 |
| 11/13/2020 | LFC | BL | Review document requests re: TMI litigation and confer with IT | 0.40 | 700.00 | $280.00 |
| 11/13/2020 | LFC | BL | Review e-mail correspondence | 0.50 | 700.00 | $350.00 |
| 11/16/2020 | GNB | BL | (TMI contested matter) Email with Linda F. Cantor and Chuck Curts regarding documents for review. | 0.10 | 700.00 | $70.00 |
| 11/16/2020 | JIS | BL | Review discovery emails re motion for re-composition of committee. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067 - 00002

Page: 9

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/2020 | KHB | BL | Work on opposition to motion to appoint new committee (2.3); emails from D. Boldissar and J. Elrod re discovery issues (.3) Corridor emails from Trustee's counsel and Corridor re funding settlement (.2). | 2.80 | 700.00 | $1,960.00 |
| 11/16/2020 | LFC | BL | Review documents for Indenture Trustee discovery | 0.30 | 700.00 | $210.00 |
| 11/16/2020 | LFC | BL | TC with Dirk Wegman, Mark Mintz and John Morris regarding discovery requests (.4) and follow-up call with John Morris  (.1 ) | 0.50 | 700.00 | $350.00 |
| 11/16/2020 | LFC | BL | Review section 1112 motion | 0.30 | 700.00 | $210.00 |
| 11/16/2020 | JAM | BL | Meet and confer call with L. Cantor, M. Mintz re: UCC document requests (0.4); telephone conference with L. Cantor re: call with Mintz on document requests (0.1). | 0.50 | 700.00 | $350.00 |
| 11/17/2020 | GNB | BL | (TMI contested matter) Multiple telephone conferences with Chuck Curts regarding email review. | 0.30 | 700.00 | $210.00 |
| 11/17/2020 | KHB | BL | Work on opposition to motion to appoint new committee (1.5); confer with Paul Shields and D. Boldissar re evidence in opposition to motion (.2); emails from S. Bryant; J. Elrod and D. Boldissar re deposition scheduling and discovery responses (.3). | 2.00 | 700.00 | $1,400.00 |
| 11/17/2020 | LFC | BL | Review files and e-mails re: abuse lawsuits | 0.30 | 700.00 | $210.00 |
| 11/18/2020 | GNB | BL | (TMI contested matter) Review PSZJ emails potentially responsive to TMI's document requests. | 1.90 | 700.00 | $1,330.00 |
| 11/18/2020 | GNB | BL | (TMI contested matter) Email with Kenneth H. Brown regarding review of PSZJ emails potentially responsive to TMI's document requests; Email C. Davin Boldissar regarding same. | 0.10 | 700.00 | $70.00 |
| 11/18/2020 | KHB | BL | Review discovery responses to TMI (.4); call with Darin Boldisssar (DB) and Steve Bryant (SB) ) re discovery responses and depositions (.7); review email to TMI counsel re deposition scheduling and emails to SB re same (.2); email from Amanda George re scheduling order (.1); emails with Linda Cantor re opposition to TMI motion (.3); emails with Linda Cantor and Gillian Brown re responses to TMI's discovery requests (.2); emails from John Elrod re discovery issues (.2). | 2.10 | 700.00 | $1,470.00 |
| 11/18/2020 | LFC | BL | Review files and emails regarding discovery request (.3) and email memos with Ken Brown and Gillian Brown regarding same (.1) | 0.40 | 700.00 | $280.00 |
| 11/19/2020 | GNB | BL | (TMI contested matter) Finalize PSZJ | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     10

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | non-privileged documents responsive to TMI's document requests. | | | |
| 11/19/2020 | GNB | BL | (TMI contested matter) Email with C. Davin Boldissar and Ashley Lohr regarding reduction of non-privileged documents in PSZJ's possession, custody, and control that are responsive to TMI's document requests. | 0.10 | 700.00 | $70.00 |
| 11/19/2020 | GNB | BL | (TMI contested matter) Email with C. Davin Boldissar regarding TMI's requests for admissions. | 0.10 | 700.00 | $70.00 |
| 11/19/2020 | JIS | BL | Call D. Boldissar and R. Kuebel regarding discovery related to TMI motion. | 0.50 | 700.00 | $350.00 |
| 11/19/2020 | KHB | BL | Emails with Davin Boldissar and S. Bryant re document production (.4); Review scheduling order and emails from UST, TMI and S. Bryant re same and re proposed revisions (.4); emails from J. Elrod and S. Bryant re deposition scheduling (.2); work on opposition brief to TMI motion (.8). | 1.80 | 700.00 | $1,260.00 |
| 11/20/2020 | LFC | BL | Review discovery responses | 0.20 | 700.00 | $140.00 |
| 11/20/2020 | LFC | BL | Review TMI pleadings and correspondence regarding representation matters, and review files regarding same | 0.40 | 700.00 | $280.00 |
| 11/22/2020 | KHB | BL | Emails from Davin Boldissar and S. Bryant re discovery and document production (.2); review correspondence from M. Mintz re fee issues and related emails from D. Boldissar (.3); emails to S. Bryant re opposition to TMI motion (.2); emails with D. Boldissar and S. Bryant re deposition schedule and coverage and strategy (.4). | 1.10 | 700.00 | $770.00 |
| 11/23/2020 | JIS | BL | Call Ken Brown regarding discovery issues related to TMI. | 0.30 | 700.00 | $210.00 |
| 11/23/2020 | JIS | BL | Review TMI discovery responses. | 0.70 | 700.00 | $490.00 |
| 11/23/2020 | KHB | BL | Telephone calls with J. Stang re Committee depositions and deposition prep (.3); emails  with D. Boldissar and S. Bryant re TMI discovery responses and document production (.3); call with D. Boldissar and S. Bryant re deposition scheduling and issues (.5); call with M. Mintz, J. Elrod, D. Boldissar and S. Bryant re depositions scheduling and discovery issues (.6);  emails with D. Boldissar re same (.2). | 1.90 | 700.00 | $1,330.00 |
| 11/24/2020 | KHB | BL | Review emails from/to J. Elrod re discovery issues and deposition scheduling (.6); review emails from/to M. Mintz re discovery and confidentiality issues (.5); review and revise emails from S. Bryant re discovery and confidentiality issues (.5); emails | 4.10 | 700.00 | $2,870.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

Archdiocese of New Orleans OCC

Invoice 126902

05067   - 00002

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with S. Bryant re call with SCC (.2); emails from D. Boldissar re discovery issues (.4); call with SCC re depositions of committee members and TMI motion (1.4); prepare for depositions (.5). | | | |
| 11/29/2020 | KHB | BL | Review TMI Motion for new Committee; Rule 9019 motion and motion to dismiss re deposition prep (3.3); confer with D. Boldissar and S. Bryant re deposition prep and strategy for opposing TMI motion (1.4); emails with DB and SB re depositions of Committee members (.5); emails from M. Mintz and J. Elrod re discovery issues (.3). | 5.50 | 700.00 | $3,850.00 |
| 11/29/2020 | KHB | BL | Pepare for deposition of Kevin Debrovo. | 2.50 | 700.00 | $1,750.00 |
| 11/30/2020 | JIS | BL | Call Ken Brown re deposition issues for TMI deposition. | 0.20 | 700.00 | $140.00 |
| 11/30/2020 | KHB | BL | Emails from S. Bryant and D. Boldissar , J. Elrod  re alterations to deposition schedule (.4); work on email to M. Mintz re privilege issues (.3); emails from committee members re deposition scheduling (.3); prepared for deposition of Kevin Debrovo (6.4). conf. with D. Boldissar re deposition prep (.3); conf. with J. Stang re deposition prep (.2); call with committee members re deposition prep (1.5); telephone call with D. Boldissar re discovery issues (.2); review final letter to M. Mintz re privilege issues (.2); call with individual committee members, D. Boldissar and Rick Kuebel re deposition prep of committee members (1.0). | 10.80 | 700.00 | $7,560.00 |
| 11/30/2020 | LFC | BL | Review e-mails and notes regarding TMI depositions | 0.30 | 700.00 | $210.00 |
| 11/30/2020 | LFC | BL | Review TMI committee member deposition issues | 1.30 | 700.00 | $910.00 |
| | | | | **96.20** | | **$67,340.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2020 | NPL | CA | Review debtor docket regarding pending matters, dates and deadline. | 0.20 | 425.00 | $85.00 |
| 11/06/2020 | NPL | CA | Review Debtor's docket, recently filed notices and motions. | 0.60 | 425.00 | $255.00 |
| 11/06/2020 | NPL | CA | Update critical date memorandum. | 0.50 | 425.00 | $212.50 |
| 11/17/2020 | LFC | CA | TC with Mark Mintz regarding pending case matters including publication program, notices, professional fee claims and cash management issues | 0.30 | 700.00 | $210.00 |
| 11/17/2020 | LFC | CA | Prepare correspondence regarding fee statements and publication program | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 12

Archdiocese of New Orleans OCC

Invoice 126902

05067    - 00002

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2020 | NPL | CA | Review and update critical date memorandum. | 0.40 | 425.00 | $170.00 |
| 11/21/2020 | LFC | CA | Review financial data and E-mail memos regarding outstanding information requests and redactions of monthly financial filings | 0.40 | 700.00 | $280.00 |
| 11/24/2020 | LFC | CA | Draft memo summarizing case proceedings | 1.50 | 700.00 | $1,050.00 |
| 11/25/2020 | LFC | CA | TC's with Davin Boldissar regarding fee applications, monthly fee statements and pending TMI matters  (.1), (.3) | 0.40 | 700.00 | $280.00 |
| 11/25/2020 | NPL | CA | Update critical date memorandum. | 0.50 | 425.00 | $212.50 |
| | | | | 5.10 | | $2,965.00 |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2020 | LFC | CO | Review revised ad print and bar date notices and confer with Shannon Wheatman | 0.30 | 700.00 | $210.00 |
| 11/04/2020 | LFC | CO | Review draft bar date ads and e-mail memos regarding same | 0.20 | 700.00 | $140.00 |
| 11/17/2020 | LFC | CO | Draft e-mail memos regarding bar date publication programs with debtor's counsel and PR firm | 0.40 | 700.00 | $280.00 |
| 11/18/2020 | JIS | CO | Call Linda Cantor regarding discovery issues and claims bar date issues. | 0.40 | 700.00 | $280.00 |
| 11/18/2020 | LFC | CO | Review bar date ad matters and e-mail memos with debtor's counsel and Kinsella media regarding same | 0.40 | 700.00 | $280.00 |
| 11/18/2020 | LFC | CO | TC with Jim Stang re discovery and bar date issues | 0.40 | 700.00 | $280.00 |
| 11/19/2020 | LFC | CO | Review bar date advertising matters | 0.30 | 700.00 | $210.00 |
| 11/30/2020 | LFC | CO | Review and revise notices of bar date and e-mail memos to Dr. Wheatman | 0.80 | 700.00 | $560.00 |
| | | | | 3.20 | | $2,240.00 |

## Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/03/2020 | JMF | CP | Review PSZJ August monthly statement. | 0.50 | 700.00 | $350.00 |
| 11/12/2020 | WLR | CP | Review correspondence from Linda Cantor re first interim fee application (.1); and reply re needed case background documents and information | 0.30 | 700.00 | $210.00 |
| 11/16/2020 | LFC | CP | Review invoices and prepare materials for fee applications | 0.60 | 700.00 | $420.00 |
| 11/16/2020 | JMF | CP | Review PSZJ fee statements and emails to L. Cantor re same. | 0.30 | 700.00 | $210.00 |
| 11/16/2020 | NPL | CP | Email communications with L. Cantor and W. | 0.30 | 425.00 | $127.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:   13

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Ramseyer regarding first interim fee application. | | | |
| 11/16/2020 | NPL | CP | Email communications with L. Cantor regarding professional fee calculations. | 0.20 | 425.00 | $85.00 |
| 11/17/2020 | JMF | CP | Review PSZJ Sept statement and issues re interim fee app hearing (.5); emails with L Cantor re same (.2). | 0.70 | 700.00 | $490.00 |
| 11/18/2020 | JMF | CP | Review and edit PSZJ September statement. | 1.70 | 700.00 | $1,190.00 |
| 11/18/2020 | NPL | CP | Email communications with accounting regarding finalized invoices and payment detail. | 0.20 | 425.00 | $85.00 |
| 11/18/2020 | NPL | CP | Prepare initial draft of PSZJ first interim fee application. | 3.20 | 425.00 | $1,360.00 |
| 11/18/2020 | NPL | CP | Draft email to J. O'Keefe regarding formatting revisions to PSZJ first interim fee application. | 0.20 | 425.00 | $85.00 |
| 11/19/2020 | LFC | CP | Review fee statements and draft e-mail memos regarding fee applications and process | 0.80 | 700.00 | $560.00 |
| 11/19/2020 | LFC | CP | Review updated invoices and application matters | 0.60 | 700.00 | $420.00 |
| 11/19/2020 | LFC | CP | Work on fee application matters | 1.40 | 700.00 | $980.00 |
| 11/19/2020 | LFC | CP | E-mail memos to committee regarding fee application process | 0.40 | 700.00 | $280.00 |
| 11/19/2020 | WLR | CP | Review correspondence from Nancy Lockwood re first interim fee application and monthly statements | 0.10 | 700.00 | $70.00 |
| 11/19/2020 | JMF | CP | Review Sept. and August statements re quarterly application (1.4); emails with L. Cantor re same (.2). | 1.60 | 700.00 | $1,120.00 |
| 11/19/2020 | NPL | CP | Furher updates to PSZJ first interim fee applcation. | 1.10 | 425.00 | $467.50 |
| 11/19/2020 | NPL | CP | Email communications with L. Cantor and B. Michael regarding interim fee applications. | 0.20 | 425.00 | $85.00 |
| 11/20/2020 | LFC | CP | Review invoices and forms of applications | 0.30 | 700.00 | $210.00 |
| 11/20/2020 | NPL | CP | Email communications with accounting regarding finalized billing. | 0.30 | 425.00 | $127.50 |
| 11/20/2020 | NPL | CP | Email communications with W. Ramseyer regarding PSZJ interim fee application. | 0.10 | 425.00 | $42.50 |
| 11/21/2020 | LFC | CP | Review and consider fee statements | 0.50 | 700.00 | $350.00 |
| 11/21/2020 | WLR | CP | Draft first interim fee application | 5.40 | 700.00 | $3,780.00 |
| 11/22/2020 | LFC | CP | Review and comment re: fee application provisions, invoices, summary of tasks, write-offs and coordination of work | 2.60 | 700.00 | $1,820.00 |
| 11/22/2020 | WLR | CP | Draft first interim fee application | 2.80 | 700.00 | $1,960.00 |
| 11/22/2020 | WLR | CP | Review and revise first interim fee application | 4.20 | 700.00 | $2,940.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    14

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2020 | WLR | CP | Correspondence to Nancy Lockwood re first interim fee application | 0.20 | 700.00 | $140.00 |
| 11/22/2020 | WLR | CP | Review correspondence (4x) from Nancy Lockwood and from Linda Cantor (3x) re first interim fee application, narrative, and local rules | 0.20 | 700.00 | $140.00 |
| 11/22/2020 | NPL | CP | Email communications with L. Cantor and W. Ramseyer regarding PSZJ first interim fee application. | 0.30 | 425.00 | $127.50 |
| 11/22/2020 | NPL | CP | Attention to fee calculations for professionals, paralegals and tasks for insertion into PSZJ first interim fee application. | 1.80 | 425.00 | $765.00 |
| 11/22/2020 | NPL | CP | Prepare proposed order for PSZJ first interim fee application. | 0.30 | 425.00 | $127.50 |
| 11/22/2020 | NPL | CP | Review, revise and update PSZJ first interim fee application. | 3.40 | 425.00 | $1,445.00 |
| 11/23/2020 | JIS | CP | Call Linda Cantor regarding fee applications and review by Committee. | 0.10 | 700.00 | $70.00 |
| 11/23/2020 | LFC | CP | Review fees and application for PSZJ | 0.80 | 700.00 | $560.00 |
| 11/23/2020 | LFC | CP | Further work on fee applications | 2.40 | 700.00 | $1,680.00 |
| 11/23/2020 | WLR | CP | Review correspondence from Nancy Lockwood re first interim fee application | 0.20 | 700.00 | $140.00 |
| 11/23/2020 | WLR | CP | Review and revise first interim fee application | 3.50 | 700.00 | $2,450.00 |
| 11/23/2020 | NPL | CP | Email and telephone communications with J. O'Keefe regarding fee and expense Juris report. | 0.30 | 425.00 | $127.50 |
| 11/23/2020 | NPL | CP | Review Juris fee spreadsheet for preparation of first interim fee application. | 0.40 | 425.00 | $170.00 |
| 11/23/2020 | NPL | CP | Email communications with L. Cantor regarding fees and expenses associated with first interim fee application. | 0.30 | 425.00 | $127.50 |
| 11/23/2020 | NPL | CP | Draft email to W. Ramseyer regarding updated interim fee application. | 0.10 | 425.00 | $42.50 |
| 11/24/2020 | LFC | CP | TC with Davin Boldissar regarding fee applications | 0.20 | 700.00 | $140.00 |
| 11/24/2020 | LFC | CP | TC with Paul Shields regarding interim fees | 0.30 | 700.00 | $210.00 |
| 11/24/2020 | LFC | CP | TC with Nancy Lockwood regarding first interim fee application | 0.30 | 700.00 | $210.00 |
| 11/24/2020 | JMF | CP | Draft PSZJ monthly statements for September and August. | 3.20 | 700.00 | $2,240.00 |
| 11/24/2020 | NPL | CP | Review, revise and update PSZJ first interim fee application. | 3.70 | 425.00 | $1,572.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    15

Archdiocese of New Orleans OCC

Invoice 126902

05067   - 00002

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2020 | NPL | CP | Telephone call with accounting regarding confirmation of outstanding fees and expenses. | 0.10 | 425.00 | $42.50 |
| 11/24/2020 | NPL | CP | Email communications with accounting regarding monthly fee statements and invoices. | 0.10 | 425.00 | $42.50 |
| 11/24/2020 | NPL | CP | Draft email to L. Cantor regarding updated numbers for PSZJ first interim fee application. | 0.20 | 425.00 | $85.00 |
| 11/24/2020 | NPL | CP | Email communications with J. O'Keefe regarding monthly fee statements and Juris numbers. | 0.10 | 425.00 | $42.50 |
| 11/24/2020 | NPL | CP | Telephone call with L. Cantor regarding monthly fee statements. | 0.10 | 425.00 | $42.50 |
| 11/24/2020 | NPL | CP | Additional edits to PSZJ first interim fee application. | 0.40 | 425.00 | $170.00 |
| 11/24/2020 | NPL | CP | Fee calculations regarding payments from the Debtor. | 0.20 | 425.00 | $85.00 |
| 11/24/2020 | NPL | CP | Further updates to PSZJ first interim fee application. | 0.70 | 425.00 | $297.50 |
| 11/24/2020 | NPL | CP | Additional email communications with L. Cantor regarding updates to PSZJ first interim fee application. | 0.30 | 425.00 | $127.50 |
| 11/24/2020 | NPL | CP | Prepare exhibits to PSZJ first interim fee application. | 1.40 | 425.00 | $595.00 |
| 11/24/2020 | NPL | CP | Email communications with PSZJ team regarding August and September fee statements. | 0.20 | 425.00 | $85.00 |
| 11/25/2020 | JIS | CP | Call Linda Cantor regarding fee applications (9 minutes) and review insert to fee applications (3 minutes). | 0.20 | 700.00 | $140.00 |
| 11/25/2020 | JIS | CP | Review fee application. | 0.30 | 700.00 | $210.00 |
| 11/25/2020 | LFC | CP | Review invoices and fee statements, exhibits to fee applications to coordinate dollar amounts | 0.60 | 700.00 | $420.00 |
| 11/25/2020 | LFC | CP | Work on revisions to fee applications and finalize exhibits, review summary and narrative and rework draft provisions and TC with Jim Stang re same | 4.80 | 700.00 | $3,360.00 |
| 11/25/2020 | NPL | CP | Review email communications regarding PSZJ interim fee application. | 0.30 | 425.00 | $127.50 |
| 11/30/2020 | LFC | CP | Review court notices and notice of hearing and review additional draft notice | 0.30 | 700.00 | $210.00 |
| | | | | **62.90** | | **$38,392.50** |

## Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/17/2020 | LFC | CPO | Review invoices, correspondence and complex case procedures for first interim fee requests | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    16

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2020 | LFC | CPO | TC with BRG regarding fee application matters | 0.20 | 700.00 | $140.00 |
| 11/19/2020 | NPL | CPO | Prepare draft interim fee application for Kinsella Media. | 1.80 | 425.00 | $765.00 |
| 11/19/2020 | NPL | CPO | Prepare declaration of Shannon Wheatman in support of Kinsella Media's first interim fee application. | 0.60 | 425.00 | $255.00 |
| 11/20/2020 | NPL | CPO | Review and update Kinsella Media first interim fee application. | 1.40 | 425.00 | $595.00 |
| 11/22/2020 | LFC | CPO | Draft, review and revise Kinsella Media fee application | 1.50 | 700.00 | $1,050.00 |
| 11/22/2020 | LFC | CPO | Further revise Kinsella application | 0.80 | 700.00 | $560.00 |
| 11/23/2020 | LFC | CPO | Draft, review and revise Kinsella fee applications | 1.60 | 700.00 | $1,120.00 |
| 11/24/2020 | JMF | CPO | Draft Kinsella monthly statement. | 1.30 | 700.00 | $910.00 |
| 11/24/2020 | NPL | CPO | Update Kinsella Media's first interim fee application and prepare same for filing. | 0.60 | 425.00 | $255.00 |
| | | | | 10.10 | | $5,860.00 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2020 | JIS | GC | Attend ANO meeting re reorganization principles and pending motions. | 1.10 | 700.00 | $770.00 |
| 11/02/2020 | LFC | GC | Committee conference call | 1.10 | 700.00 | $770.00 |
| 11/03/2020 | JIS | GC | Call with state court counsel regarding property valuation, claims review, statute of limitations analysis for mediation demand, committee composition motion. | 1.70 | 700.00 | $1,190.00 |
| 11/03/2020 | LFC | GC | Committee counsel weekly call re pending matters | 1.70 | 700.00 | $1,190.00 |
| 11/09/2020 | JIS | GC | Committee meeting regarding bar date issues, pending issues re committee formation, channeling injunction and plan issues. | 1.00 | 700.00 | $700.00 |
| 11/09/2020 | LFC | GC | Full Committee call re pending matters | 1.00 | 700.00 | $700.00 |
| 11/10/2020 | JIS | GC | Attend state court counsel meeting regarding committee formation meeting, ongoing abuse investigation and case status, statute of limitations. | 1.00 | 700.00 | $700.00 |
| 11/10/2020 | LFC | GC | Committee counsel call | 1.00 | 700.00 | $700.00 |
| 11/16/2020 | JIS | GC | Attend Committee meeting:  motion to reconstitute committee, discovery status. | 1.10 | 700.00 | $770.00 |
| 11/16/2020 | LFC | GC | Committee member conference call | 1.10 | 700.00 | $770.00 |
| 11/17/2020 | JIS | GC | Attend State Court Counsel call regarding discovery, | 1.40 | 700.00 | $980.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    17

Invoice 126902

November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | document production requests, pending litigation. | | | |
| 11/17/2020 | LFC | GC | Committee counsel call | 1.40 | 700.00 | $980.00 |
| 11/23/2020 | JIS | GC | Call with R. Kuebel regarding interim fee payments and sale of real property and listing agreement. | 0.40 | 700.00 | $280.00 |
| 11/23/2020 | JIS | GC | Call committee regarding TMI motion, property sale, claims issues (partial attendance) | 1.20 | 700.00 | $840.00 |
| 11/23/2020 | LFC | GC | Full Committee call | 1.20 | 700.00 | $840.00 |
| 11/24/2020 | JIS | GC | Call with state court counsel regarding TMI motions, discovery for affiliates and debtor. | 1.50 | 700.00 | $1,050.00 |
| 11/24/2020 | LFC | GC | Committee counsel call re pending matters | 1.50 | 700.00 | $1,050.00 |
| 11/30/2020 | JIS | GC | Attend portion of committee meeting regarding TMI discovery and sale of real property. | 0.70 | 700.00 | $490.00 |
| 11/30/2020 | LFC | GC | Committee member and counsel call | 1.50 | 700.00 | $1,050.00 |
| | | | | **22.60** | | **$15,820.00** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

**TOTAL SERVICES FOR THIS MATTER:**                                        **$135,207.50**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    19

Invoice 126902

November 30, 2020

---

## **Expenses**

| | | | |
|---|---|---|---|
| 11/01/2020 | LN | 05067.00002 Lexis Charges for 11-01-20 | 33.58 |
| 11/02/2020 | FE | 05067.00002 FedEx Charges for 11-02-20 | 23.40 |
| 11/02/2020 | LN | 05067.00002 Lexis Charges for 11-02-20 | 9.27 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/02/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/02/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/02/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/02/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/02/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/02/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/02/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/02/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    20
Invoice 126902
November 30, 2020

| 11/02/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/02/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/02/2020 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/02/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2020 | RE2 | SCAN/COPY ( 734 @0.10 PER PG) | 73.40 |
| 11/02/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/02/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/02/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/02/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/02/2020 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 11/02/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/02/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 11/02/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/02/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 11/02/2020 | RE2 | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 11/02/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/03/2020 | LN | 05067.00002 Lexis Charges for 11-03-20 | 8.66 |
| 11/05/2020 | LN | 05067.00002 Lexis Charges for 11-05-20 | 8.66 |
| 11/09/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.08 |
| 11/10/2020 | LN | 05067.00002 Lexis Charges for 11-10-20 | 11.20 |
| 11/10/2020 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/10/2020 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 11/10/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/11/2020 | LN | 05067.00002 Lexis Charges for 11-11-20 | 22.38 |
| 11/16/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.08 |
| 11/16/2020 | LN | 05067.00002 Lexis Charges for 11-16-20 | 44.77 |
| 11/18/2020 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 11/19/2020 | BB | 05067.00002 Bloomberg Charges for 12-03-20 | 136.68 |
| 11/19/2020 | LN | 05067.00002 Lexis Charges for 11-19-20 | 34.98 |
| 11/24/2020 | PO | Postage [E108] Postage, SF Mail Log | 2.80 |
| 11/24/2020 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 11/24/2020 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    22
Invoice 126902
November 30, 2020

| | | | |
|---|---|---|---|
| 11/24/2020 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/24/2020 | RE2 | SCAN/COPY ( 104 @0.10 PER PG) | 10.40 |
| 11/24/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/24/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/24/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/25/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 2.97 |
| 11/25/2020 | RE | ( 2970 @0.20 PER PG) | 594.00 |
| 11/25/2020 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 11/25/2020 | RE | ( 553 @0.20 PER PG) | 110.60 |
| 11/25/2020 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 11/25/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 11/25/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 11/25/2020 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 11/25/2020 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 11/25/2020 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 11/25/2020 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/25/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/25/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    23

Invoice 126902

November 30, 2020

| | | | |
|---|---|---|---|
| 11/25/2020 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/25/2020 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 11/25/2020 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 11/25/2020 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 11/25/2020 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/25/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/25/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/25/2020 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 11/25/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 11/25/2020 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 11/30/2020 | PAC | Pacer - Court Research | 29.50 |
| 11/30/2020 | RS | Research [E106] Everlaw, Inv.32963 | 500.00 |
| **Total Expenses for this Matter** | | | **$1,810.71** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    24
Invoice 126902
November 30, 2020

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **11/30/2020**

| | |
|---|---|
| **Total Fees** | **$135,207.50** |
| **Total Expenses** | **1,810.71** |
| **Total Due on Current Invoice** | **$137,018.21** |

**Outstanding Balance from prior invoices as of**    **11/30/2020**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $72,108.39 |

**Total Amount Due on Current and Prior Invoices:**        **$209,126.60**