# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br><br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: February 10, 2021 |

### MONTHLY FEE AND EXPENSE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2020 through December 31, 2020 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.  A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.  A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.　　A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.　　The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.　　In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.　　As of the date hereof, PSZJ has received the following payments for fees and expenses incurred from the Debtor's estate post-petition: $**895,134.59**

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.　　The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| December 1, 2020 to December 31, 2020 | |
|---|---|
| Fees (at standard rates): | $ 191,978.00 |
| (Reduction due to reduced rates)[2] | ($ 59,873.00) |
| Fees (After reductions): | $ 132,105.00 |
| | |
| Expenses | $ 7,674.83 |
| **Total** | **$ 139,779.83** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour. The reduction set forth here accounts for the reduction from the following standard rates: G. Brown ($795); K. Brown ($995); L. Cantor ($1,075); A. Caine ($1,095); and J. Stang ($1,195).

## NOTICE AND OBJECTION PROCEDURES

9. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**113,358.83** which consists of (a) eighty percent (80%) of PSZJ's total fees of $132,105.00 for the Statement Period in the amount of **$105,684.00**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of **$7,674.83.**

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 27, 2021                              Respectfully submitted,

                                                     *By: /s/ Linda Cantor*
                                                     James I. Stang (CA Bar No. 94435)
                                                     Linda F. Cantor (CA Bar No.153762)
                                                     Pachulski Stang Ziehl & Jones LLP 10100
                                                     Santa Monica Blvd., Suite 1300
                                                     Los Angeles, CA 90067
                                                     Telephone: (310)-277-6910
                                                     Facsimile: (310)-201-0760
                                                     Email:  jstang@pszjlaw.com
                                                              lcantor@pszjlaw.com

                                                     *Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 177.20 | $122,485.00 |
| CA | Case Administration | 9.20 | $4,027.50 |
| FE | Fee/Employment Application | 2.10 | $1,112.50 |
| GC | General Creditors Comm. | 6.40 | $4,480.00 |
| | | **194.90** | **$132,105.00** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 27.20 | $19,040.00 |
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 1.70 | $722.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 5.60 | $3,920.00 |
| JIS | Stang, James I. | Partner | 700.00 | 19.20 | $13,440.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 114.40 | $80,080.00 |
| LAF | Forrester, Leslie A. | Law Library Director | 450.00 | 5.20 | $2,340.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 14.60 | $10,220.00 |
| NPL | Lockwood, Nancy P.F. | Paralegal | 425.00 | 4.70 | $1,997.50 |
| VLD | Downing, Virginia L. | Legal Assistant | 150.00 | 2.30 | $345.00 |
|  |  |  |  | **194.90** | **$132,105.00** |

## **EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Description | Amount |
|---|---|
| Federal Express | $59.17 |
| Lexis/Nexis – Legal Research | $106.50 |
| Outside Services | $500.00 |
| Pacer – Court Research | $58.10 |
| Postage | $74.75 |
| Reproduction Expense | $287.40 |
| Reproduction/Scan Copy | $819.80 |
| Transcript | $5,769.11 |
| | **$7,674.83** |

**<u>EXHIBIT D</u>**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

December 31, 2020
Invoice    126935
Client     05067
Matter    00002
         **JIS**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2020

| | |
|---|---:|
| FEES | $132,105.00 |
| EXPENSES | $7,674.83 |
| **TOTAL CURRENT CHARGES** | **$139,779.83** |
| **BALANCE FORWARD** | **$209,126.60** |
| **TOTAL BALANCE DUE** | **$348,906.43** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    2

Invoice 126935

December 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 27.20 | $19,040.00 |
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 1.70 | $722.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 5.60 | $3,920.00 |
| JIS | Stang, James I. | Partner | 700.00 | 19.20 | $13,440.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 114.40 | $80,080.00 |
| LAF | Forrester, Leslie A. | Other | 450.00 | 5.20 | $2,340.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 14.60 | $10,220.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 425.00 | 4.70 | $1,997.50 |
| VLD | Downing, Virginia L. | Other | 150.00 | 2.30 | $345.00 |
| | | | | 194.90 | $132,105.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    3

Invoice 126935

December 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 177.20 | $122,485.00 |
| CA | Case Administration [B110] | 9.20 | $4,027.50 |
| FE | Fee/Employment Application | 2.10 | $1,112.50 |
| GC | General Creditors Comm. [B150] | 6.40 | $4,480.00 |
|  |  | 194.90 | $132,105.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:     4
Invoice 126935
December 31, 2020

## __Summary of Expenses__

| Description | Amount |
|---|---|
| Federal Express [E108] | $59.17 |
| Lexis/Nexis- Legal Research [E | $106.50 |
| Outside Services | $500.00 |
| Pacer - Court Research | $58.10 |
| Postage [E108] | $74.75 |
| Reproduction Expense [E101] | $287.40 |
| Reproduction/ Scan Copy | $819.80 |
| Transcript [E116] | $5,769.11 |
| | $7,674.83 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      5

Invoice 126935

December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 12/01/2020 | JIS | BL | Call with R. Kuebel and Ken Brown regarding privilege issues relating to deposition. | 0.30 | 700.00 | $210.00 |
| 12/01/2020 | JIS | BL | Review transcript of TMI deposition. | 0.60 | 700.00 | $420.00 |
| 12/01/2020 | KHB | BL | Prepare for deposition of Kevin Debrovo (1.8); take deposition of Kevin Debrovo (1.7); call with R. Kuebel re privilege issues (.2); review authorities re assertion of privilege and emails re same to R. Kuebel (RK) and D. Boldissar (1.3); telephone call with J. Stang and R. Kuebel re privilege issues and new depositions schedule (.3); Confer with R. Kubel, D. Boldissar (DB) and S. Bryant (SB) re alterations to deposition schedule and privilege issues (.5); conf. with J. Elrod re scheduling issues (.3); emails with RK, DB and SB re depostions scheduling, prep and privilege issues (.3), confer with S. Bryant re privilege issues and defending depositions (.3); Emails from SCC re privilege issues (.2); telephone calls with DB re privilege issues (.2); emails from DB and J. Elrod re changes to deposition schedule (.4); emails from J. Adams re depositions (.2). | 7.70 | 700.00 | $5,390.00 |
| 12/01/2020 | LFC | BL | NOLA Review summary of issues raised by TMI | 0.30 | 700.00 | $210.00 |
| 12/02/2020 | JIS | BL | Call with Ken Brown and D. Boldissar regarding TMI deposition and TMI motion strategy. | 0.40 | 700.00 | $280.00 |
| 12/02/2020 | JIS | BL | Call with Ken Brown re status of depositions and hearing with Court re privilege issues. | 0.20 | 700.00 | $140.00 |
| 12/02/2020 | KHB | BL | Telephone call with Rick Kuebel (RK) re depo prep and evidentiary issues; emails to D. Boldissar and RK re same (.2); prepare Jackie Berthelot for deposition (1.0); defend James Adams deposition (3.5); email from J. Berthelot re deposition issues (.1); emails with D. Boldissar courts schedule for emergency hearing (.1); confer with J. Stang and Linda Cantor re status of discovery (.2); review email from S.Bryant we legal research on privilege issues (.2); review and respond to emails from M. Mintz re dates for emergency hearing (.3); emails with J. Denenea re depo prep for his committee member clients (.2);  Conf. with John Elrod and Mark Mintz re adjournment of depositions until emergency hearing (.4); conf. with DB and  RK re basis for adjourning depositions pending emergency hearing on ground rules (.5); confer with DB re | 8.20 | 700.00 | $5,740.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     6

Invoice 126935

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | same (.2); review authorities re assertion of committee privilege (.8); emails from J. Elrod re demand for privileged information (.3); emails with James Adams re deposition issues and prep (.2). | | | |
| 12/02/2020 | LFC | BL | TC with Jim Stang regarding pending litigation matters | 0.20 | 700.00 | $140.00 |
| 12/03/2020 | JIS | BL | Review memos regarding scope of response to the Debtor's motion re privilege. | 0.20 | 700.00 | $140.00 |
| 12/03/2020 | JIS | BL | Call Kuebel (.1) and Ken Brown (.1) re scope of arguments in response to TMI evidentiary motion. | 0.20 | 700.00 | $140.00 |
| 12/03/2020 | KHB | BL | Review debtor's motion to compel discovery and work on opposition (4.0); telephone calls with DB re opposition to motion to compel (.3); review transcript of Adams deposition and review and respond to emails from M. Mintz and court reporter re use of same (1.3); review TMI's supplemental discovery responses (.2); review TMI's motion to compel and for emergency hearing (.6); confer with J. Stang re emergency discovery motions (.1); emails to J. Stang re emergency motions (.2); telephone calls with Rick Kuebel re opposition to emergency discovery motions (.5); work on opposition to TMI motion to compel and review authorities re same (1.8); emails wit DB re notification to parties that deposition will no go forward (.2); emails to parties that depositions will not go forward (.2); emails with J. Stang and DB re oppositions to motions to compel (.2). | 9.60 | 700.00 | $6,720.00 |
| 12/03/2020 | LFC | BL | TC with Jim Stang regarding pending matters including litigation matters with TMI | 0.20 | 700.00 | $140.00 |
| 12/03/2020 | LFC | BL | TC with Rick Kubel regarding motion to sell property and reservation of rights, and discovery matters | 0.50 | 700.00 | $350.00 |
| 12/04/2020 | JIS | BL | Call with LL and Ken Brown regarding upcoming hearing and issues related to allegations in TMI motion. | 0.40 | 700.00 | $280.00 |
| 12/04/2020 | JIS | BL | Call with Linda Cantor and Kenneth Brown regarding TMI motion and court hearing regarding evidentiary issues. | 0.30 | 700.00 | $210.00 |
| 12/04/2020 | JIS | BL | Call R. Trahant regarding TMO motion and issues related to TMI arguments. | 0.40 | 700.00 | $280.00 |
| 12/04/2020 | KHB | BL | Confer with D. Boldissar re opposition to emergency | 10.60 | 700.00 | $7,420.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    7

Invoice 126935

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | motions (.2); work on oppositions to emergency motions (4.7); call with D. Boldissar and Rick Kuebel re preparation for hearing on emergency motions and request to limit depositions (1.3); prepare for hearing and review authorities relied upon by debtor and TMI (1.8); attend hearing on emergency motions of debtor and TMI and request to limit depositions (2.0); confer with J. Stang and Linda Cantor re same (.3); confer with D. Boldissar re results of hearing (.2); emails with Rick Kuebel (RK) re hearing (.1). | | | |
| 12/04/2020 | LFC | BL | TC with Davin Boldissar regarding filing of TMI documents | 0.10 | 700.00 | $70.00 |
| 12/04/2020 | LFC | BL | TC with Jim Stang and partial call with Ken Brown regarding TMI motions to compel hearings | 0.30 | 700.00 | $210.00 |
| 12/05/2020 | KHB | BL | Telephone call with D. Boldissar and R. Kubel strategy for opposition to TMI motion, discovery issues and deposition scheduling (.5); emails with DB re same (.2); emails to S. Bryant re legal research on TMI's breach of duties (.2). | 0.40 | 700.00 | $280.00 |
| 12/06/2020 | KHB | BL | Review and revise emails to parties re privilege log and clarifying misstatements made by Mintz and Elrod at Dec 4 hearing. | 0.40 | 700.00 | $280.00 |
| 12/07/2020 | JIS | BL | Call Linda Cantor regarding outcome of hearing on evidentiary issues related to TMI motion. | 0.20 | 700.00 | $140.00 |
| 12/07/2020 | JIS | BL | Call with Kenneth Brown re status of TMI litigation. | 0.10 | 700.00 | $70.00 |
| 12/07/2020 | KHB | BL | Emails with D. Boldissar re call with TMI and Debtor on outstanding discovery issues (.5); review emails from S. Bryant re authorities in support of opposition brief (.4); Attend continued hearing on TMI motion to compel (.6); review transcripts and pleadings to prepare for same (.4); confer with DB and Rick Kuebel re depo prep and hearing prep and opposition brief (.6); call with Elrod, Mintz, D. Boldissar and RK re outstanding discovery and privilege issues (.5);  review proofs of claim re potential qualified creditors to serve on Committee and email to D. Boldissar re same (.4). | 3.40 | 700.00 | $2,380.00 |
| 12/07/2020 | LFC | BL | TC with Jim Stang regarding committee meeting and court hearing | 0.20 | 700.00 | $140.00 |
| 12/07/2020 | LFC | BL | Attend court hearing on TMI motion to compel and status conference | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     8

Archdiocese of New Orleans OCC

Invoice 126935

05067    -00002

December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2020 | KHB | BL | Prepare Pat Moody for deposition (2.2); prepare James Adams for deposition (1.7). | 3.90 | 700.00 | $2,730.00 |
| 12/09/2020 | JIS | BL | Review TMI opposition brief. | 0.80 | 700.00 | $560.00 |
| 12/09/2020 | KHB | BL | Review correspondence between Mintz and D. Boldissar re privilege issues and email comments re response (.6); emails with Jacki Berthholt re deposition and prep. (.2); telephone call D. Boldissar re call with TMI Counsel on privilege issues (.3); confer with J. Stang re status of depositions (.1); emails with various counsel and court reporter re deposition scheduling (.2); work on opposition to TMI motion (5.3); Defend deposition of James Adams (1.3); confer with D. Boldissar and R. Kubel re privilege issues, hearing prep and opposition brief (.5); emails from SCC re subpoena (.2). | 8.70 | 700.00 | $6,090.00 |
| 12/09/2020 | KHB | BL | Emails from court reporters re deposition and hearing transcripts (.2); review bond trading chart and email to D. Boldissar and R. Kubel re same (.3). | 0.50 | 700.00 | $350.00 |
| 12/09/2020 | LFC | BL | Review draft objection to TMI motion | 0.30 | 700.00 | $210.00 |
| 12/10/2020 | JIS | BL | Review Portland Archdiocese docket regarding committee appointment and treatment of general unsecured creditors. | 0.90 | 700.00 | $630.00 |
| 12/10/2020 | KHB | BL | Review and comment on proposed redactions to TMI discovery responses (.8); confer with D. Boldissar re same and re attorney client privilege issues (.4); email from Debtor's counsel re order on motion to compel and proposed order (.2); emails with D. Boldissar and S. Bryant re same (.2); emails with D. Boldissar re response to Mintz letter on privilege issues (.2); prepare Jackie Berhelot for deposition (.7); defend Jackie Berheolt deposition (2.4); confer with J. Stang re depositions and opposition to TMI motion (.2);  work on opposition to TMI motion (.5). | 5.60 | 700.00 | $3,920.00 |
| 12/11/2020 | JIS | BL | Call K. Brown regarding status of TMI brief and issues. | 0.20 | 700.00 | $140.00 |
| 12/11/2020 | JIS | BL | Call R. Trahant regarding status of TMI litigation and hearing. | 0.50 | 700.00 | $350.00 |
| 12/11/2020 | KHB | BL | Emails with J. Stang re opposition to TMI Motion (.2); confer with Davin Boldissar and Steve Bryant re designation of exhibits for hearing (.4); work on opposition brief to TMI motion (2.8);  confer with Rick Kebel and S. Bryant re opposition brief (.5); | 6.60 | 700.00 | $4,620.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:     9

Invoice 126935

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | review proposed exhibit and witness list (.4); review Exhibit and witness lists of TMI, consider objectionable exhibits and email to D. Boldissar and S. Bryant re same (1.2); confer with D. Boldissar re witness and exhibit lists (.1); emails with Hung re downloading TMI exhibits and creation of binder (.1); review UST opposition to TMI motion (.5); review emails from R. Kubel and Paul Shields re data for opposition brief (.3); review TMI's proposed order re motion to compel (.1). | | | |
| 12/14/2020 | JIS | BL | Call Kenneth Brown re witness strategy issues for TMI evidentiary hearing. | 0.40 | 700.00 | $280.00 |
| 12/14/2020 | JIS | BL | Review Debtor brief and email to Kenneth Brown re reaction to same. | 0.20 | 700.00 | $140.00 |
| 12/14/2020 | JIS | BL | Review Debtor's objection to discovery requests (.5) and call Linda Cantor re same and response to objections. | 0.70 | 700.00 | $490.00 |
| 12/14/2020 | JIS | BL | Research regarding ten year reach back period for fraud under LA law. | 0.30 | 700.00 | $210.00 |
| 12/14/2020 | KHB | BL | Emails with D. Boldissar re call with TMI, Debtor and UST re joint exhibits, witness list, allocation of time (.2); call with D. Boldissar re same (.4); emails with D. Boldissar re objections to TMI exhibits (.3); call with counsel for TMI, Debtor and UST re joint exhibits, witness list, allocation of time (.6); review motion to quash subpoenas and TMI opposition (.7); review Debtor response to TMI motion (.6); review docket re recent pleadings (.2); telephone calls with J. Stang re opposition to TMI motion and Debtor's response (.4); emails from J. Stang re Debtor's response to TMI motion (.1); review draft request for status conference (.1); review court request for motion for status conference (.1); review Committee impeachment exhibits (.3); email from J. Elrod re request for status conference (.1); email from UST re request for status conference (.1); email from S. Bryant re request for status conference (.1);  prepare for hearing and prepare cross examinations for TMI witnesses (2.6); emails from Paul Shields re data for opposition to TMI motion (.2); email from D. Boldissar to court re request for status conference (.1). | 6.50 | 700.00 | $4,550.00 |
| 12/14/2020 | LAF | BL | Legal research re: Objection to the appointment of additional committees. | 0.50 | 450.00 | $225.00 |
| 12/15/2020 | AWC | BL | Read document request to Archdiocese and | 0.90 | 700.00 | $630.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    10

Invoice 126935

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | response. | | | |
| 12/15/2020 | KHB | BL | Preparation for cross examination of Kevin Dobrava, C. Murphy and James Noel and direct exam of James Adams (6.3); review motion for status conference and order (.2); emails with D. Boldissar and R. Kubel re use of deposition transcripts of committee members in lieu of live testimony (.2); emails with D. Boldissar and R. Kubel re preparation for status conference (1); call with D. Boldissar, R. Kubel and S. Bryant in preparation for status conference and hearing on motion to quash (.6); review authorities re motion to quash and prepare to state Committee position at hearing (.4); attend hearing on motion to quash and status conference (1.5); confer with D. Boldissar and R. Kubel re status conference hearing prep and privilege issues (.3); confer with D. Boldissar re privilege issues (.1) review TMI reply brief (.9); confer with R. Kubel re hearing prep and cross exam of Noel (.2); confer with Hung Phan re preparation of exhibit binders for hearing (.2); emails with J. Elrod re use of depositions in lieu of live testimony and limited reservation of objections (.4); emails with R. Kubel and State Court Counsel re same (.2) | 11.80 | 700.00 | $8,260.00 |
| 12/15/2020 | LFC | BL | TC with Rick Kubel regarding pending fee application objections and TMI litigation | 0.50 | 700.00 | $350.00 |
| 12/15/2020 | BDD | BL | Email A. Caine re document requests | 0.10 | 425.00 | $42.50 |
| 12/16/2020 | AWC | BL | Call with L. Cantor regarding discovery issues/background and read case pleadings, prior document productions.   . | 3.90 | 700.00 | $2,730.00 |
| 12/16/2020 | JIS | BL | Call Linda Cantor regarding fee objections and 12.17 hearing. | 0.20 | 700.00 | $140.00 |
| 12/16/2020 | JIS | BL | Call Kenneth Brown regarding issues for TMI hearing (.2); review outlines of direct and CX examination. | 0.70 | 700.00 | $490.00 |
| 12/16/2020 | KHB | BL | Conference call with Davin Boldissar (DB) and Rick Kuebel (RK) re hearing prep and exhibits (1.5); confer with RK re hearing prep and UST motion to quash (.3); review emails from A. George and J. Elrod re UST motion to quash (.2); review court order on motion to quash (.1); review proposed joint exhibit list and email to DB and Steve Bryant re concerns about missing exhibits (.4); prepare for hearing examinations (6.8); prepare opening statement (1.0); review exhibit binders (1.3); confer | 11.80 | 700.00 | $8,260.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    11
Invoice 126935
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with J. Stang re hearing prep (.2). | | | |
| 12/16/2020 | LFC | BL | TC with D. Boldissar regarding TMI hearings and fee application hearings | 0.50 | 700.00 | $350.00 |
| 12/16/2020 | LFC | BL | TC with BRG regarding TMI litigation | 0.20 | 700.00 | $140.00 |
| 12/16/2020 | LFC | BL | TC with Andrew Caine regarding discovery requests, debtor responses and actions going forward | 0.50 | 700.00 | $350.00 |
| 12/16/2020 | BDD | BL | Research pleadings in connection with document requests and email A. Caine re same | 0.50 | 425.00 | $212.50 |
| 12/17/2020 | AWC | BL | Read and analyze Debtors response to document requests and review underlying pleadings and documents. | 3.10 | 700.00 | $2,170.00 |
| 12/17/2020 | JIS | BL | Call with Ken Brown during adjournment regarding case strategy. | 0.20 | 700.00 | $140.00 |
| 12/17/2020 | JIS | BL | Attend hearings regarding TMI and fee hearings. | 4.70 | 700.00 | $3,290.00 |
| 12/17/2020 | KHB | BL | Work on hearing prep  for examinations and opening statement and review exhibits (3.7); attend hearing on TMI motion (8.8); attend omnibus hearing (1.3). | 13.80 | 700.00 | $9,660.00 |
| 12/17/2020 | LFC | BL | Attend hearing on TMI motion to reconstitute the committee | 3.00 | 700.00 | $2,100.00 |
| 12/17/2020 | LFC | BL | Attend continued hearing / bench trial on TMI motion to reconstitute the committee | 3.50 | 700.00 | $2,450.00 |
| 12/18/2020 | KHB | BL | Confer with J. Stang re hearing on TMI motion (.2); email from J. Elrod re deposition videos (.1). | 0.30 | 700.00 | $210.00 |
| 12/18/2020 | LFC | BL | TC with Jim Stang regarding TMI litigation and ongoing discovery matters | 0.60 | 700.00 | $420.00 |
| 12/20/2020 | GNB | BL | Prepare meet and confer analysis chart regarding Archdiocese's responses and objections to Rule 2004 document requests. | 1.10 | 700.00 | $770.00 |
| 12/20/2020 | GNB | BL | Determine whether Archdiocese previously produced any documents responsive to Rule 2004 document requests. | 0.40 | 700.00 | $280.00 |
| 12/21/2020 | AWC | BL | Review documents to prepare for and calls with team and local counsel regarding document request/issues/approach (1.90); Committee call (1.10); review local rules and research regarding 2004 process (.90).   . | 3.90 | 700.00 | $2,730.00 |
| 12/21/2020 | GNB | BL | Telephone conference with Andrew W. Caine regarding Rule 2004 meet and confer. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    12

Archdiocese of New Orleans OCC

Invoice 126935

05067    -00002

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/21/2020 | JIS | BL | Call Andrew Caine re case background relating to discovery request of Debtor. | 0.20 | 700.00 | $140.00 |
| 12/21/2020 | JIS | BL | Call Ken Brown regarding issues related to discovery, TMI motion and case strategy. | 0.50 | 700.00 | $350.00 |
| 12/21/2020 | KHB | BL | Emails with Davin Boldissar, M. Mintz and J. Elrod re proposed alterations to post-hearing briefing because of delay in transcript. | 2.00 | 700.00 | $1,400.00 |
| 12/21/2020 | LFC | BL | Follow-up call with Andy Caine and Davin Boldissar | 0.50 | 700.00 | $350.00 |
| 12/22/2020 | AWC | BL | Call with counsel regarding tasks/issues/strategy (.80); call with BRG regarding document requests/approach (.60); emails with client/team/LL regarding discovery approach/issues (.40); research regarding document request issues (.90). | 2.70 | 700.00 | $1,890.00 |
| 12/22/2020 | KHB | BL | Emails with Davin Boldissar re post hearing brief (.2); emails from DB and J. Stang re classification of claims (.2). | 0.40 | 700.00 | $280.00 |
| 12/23/2020 | KHB | BL | Work on post-hearing brief (1.8); review Debtor's post trial brief (.2). | 2.00 | 700.00 | $1,400.00 |
| 12/25/2020 | JIS | BL | Call Linda Cantor re status of case and strategy. | 0.20 | 700.00 | $140.00 |
| 12/28/2020 | AWC | BL | Weekly Committee call (.90); read depositions and other documents for underlying information regarding diocese records (2.70). | 3.60 | 700.00 | $2,520.00 |
| 12/28/2020 | AWC | BL | Call with James I. Stang regarding document requests/issues/strategy/real property valuations (.90); emails with LL regarding  real property valuations (.30). | 1.20 | 700.00 | $840.00 |
| 12/28/2020 | GNB | BL | Telephone conference with Paul N. Shields and Shelby Chaffos regarding Rule 2004 document requests and review of documents. | 0.20 | 700.00 | $140.00 |
| 12/28/2020 | JIS | BL | Call with Andrew Caine regarding discovery issues preparatory to his meet and confer with Debtor's counsel. | 0.90 | 700.00 | $630.00 |
| 12/29/2020 | AWC | BL | Weekly call with counsel (1.30); emails with BRG and team regarding document issues/review preparation (.60); read IT deposition and other documents for background (1.20); review document response and draft email to Jones Walker regarding documents/inspection (.50). | 3.60 | 700.00 | $2,520.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    13
Invoice 126935
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2020 | GNB | BL | Prepare Everlaw tags for Rule 2004 anticipated document production (.7); Email Paul N. Shields and Shelby Chaffos regarding same; Email with Andrew W. Caine regarding same (.1). | 0.80 | 700.00 | $560.00 |
| 12/29/2020 | GNB | BL | Continue preparation of meet and confer analysis chart regarding Archdiocese's responses and objections to Rule 2004 document requests (2.7); Email Andrew W. Caine and Linda F. Cantor regarding same (.1). | 2.80 | 700.00 | $1,960.00 |
| 12/29/2020 | KHB | BL | Confer with Andy Caine re discovery issues. | 0.20 | 700.00 | $140.00 |
| 12/30/2020 | AWC | BL | Emails with Jones Walker and Locke regarding discovery issues (.50); emails with team and read summary regarding  document issues (.90); review document requests and responses in detail and plan response/meet and confer (1.20). | 2.60 | 700.00 | $1,820.00 |
| 12/30/2020 | GNB | BL | Revise meet and confer analysis chart regarding Archdiocese's responses and objections to Rule 2004 document requests; Email with Andrew W. Caine regarding same; Email with Virginia L. Downing regarding same. | 0.10 | 700.00 | $70.00 |
| 12/30/2020 | VLD | BL | Attend to conversion and preparation of Meet and Confer chart re Archdiocese's responses and objections to Rule 2004 document requests. | 2.30 | 150.00 | $345.00 |
| 12/31/2020 | AWC | BL | Emails with Locke regarding discovery issues (.20); emails with team and BRG regarding document information (.20); research regarding Archdiocese background for document request/asset purposes (1.30). | 1.70 | 700.00 | $1,190.00 |
| | | | | 177.20 | | $122,485.00 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/03/2020 | LAF | CA | Work on creditor website. | 0.30 | 450.00 | $135.00 |
| 12/04/2020 | LAF | CA | Build creditor site. | 1.00 | 450.00 | $450.00 |
| 12/04/2020 | NPL | CA | Revise and update critical date memorandum. | 0.70 | 425.00 | $297.50 |
| 12/07/2020 | LAF | CA | Build creditor website. | 1.30 | 450.00 | $585.00 |
| 12/08/2020 | LAF | CA | Build creditor website. | 0.80 | 450.00 | $360.00 |
| 12/09/2020 | LAF | CA | Build creditor website. | 1.30 | 450.00 | $585.00 |
| 12/10/2020 | NPL | CA | Review debtor docket for dates and deadlines | 0.70 | 425.00 | $297.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    14
Invoice 126935
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | associated with recently filed motions. | | | |
| 12/10/2020 | NPL | CA | Review, revise and update critical date memorandum. | 0.70 | 425.00 | $297.50 |
| 12/10/2020 | NPL | CA | Draft email to PSZJ team regarding updated dates, deadlines and pending motions. | 0.20 | 425.00 | $85.00 |
| 12/11/2020 | NPL | CA | Edits to updated critical date memorandum. | 0.40 | 425.00 | $170.00 |
| 12/11/2020 | NPL | CA | Communications with M. DesJardien regarding updated dates and deadlines. | 0.20 | 425.00 | $85.00 |
| 12/15/2020 | NPL | CA | Email communications with M. DesJardien regarding outstanding dates and deadlines. | 0.20 | 425.00 | $85.00 |
| 12/18/2020 | NPL | CA | Review debtor dockets for recently filed motions and entered orders. | 0.40 | 425.00 | $170.00 |
| 12/18/2020 | NPL | CA | Update critical date memorandum. | 0.60 | 425.00 | $255.00 |
| 12/30/2020 | NPL | CA | Update critical date memorandum. | 0.40 | 425.00 | $170.00 |
| | | | | 9.20 | | $4,027.50 |

**Fee/Employment Application**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2020 | LFC | FE | Attend hearing on professional fee applications | 0.80 | 700.00 | $560.00 |
| 12/18/2020 | BDD | FE | Email L. Cantor re November fee statement for Kinsella Media | 0.10 | 425.00 | $42.50 |
| 12/21/2020 | BDD | FE | Preparation of Kinsella Nov. monthly fee statement and email L. Cantor re same | 1.00 | 425.00 | $425.00 |
| 12/30/2020 | NPL | FE | Review entered order onPSZJ first interim fee application. | 0.10 | 425.00 | $42.50 |
| 12/30/2020 | NPL | FE | Review entered order on Kinsella Media first interim fee application. | 0.10 | 425.00 | $42.50 |
| | | | | 2.10 | | $1,112.50 |

**General Creditors Comm. [B150]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2020 | LFC | GC | Committee members meeting | 1.10 | 700.00 | $770.00 |
| 12/08/2020 | JIS | GC | Call M. Pfau regarding status of case and TMI litigation. | 0.10 | 700.00 | $70.00 |
| 12/14/2020 | JIS | GC | Attend Committee meeting re TMI litigation, discovery requests to Debtor. | 1.10 | 700.00 | $770.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    15
Invoice 126935
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/21/2020 | LFC | GC | Committee member conference call | 1.00 | 700.00 | $700.00 |
| 12/22/2020 | JIS | GC | State court counsel call regarding case strategy. | 0.80 | 700.00 | $560.00 |
| 12/28/2020 | JIS | GC | Committee meeting regarding short term goals, overview of claims, TMI status. | 1.00 | 700.00 | $700.00 |
| 12/29/2020 | JIS | GC | Committee call regarding discovery status, short/long term issues in case, fee issues, TMI motion post hearing briefs. | 1.30 | 700.00 | $910.00 |
| | | | | **6.40** | | **$4,480.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$132,105.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:   16

Invoice 126935

December 31, 2020

---

## **Expenses**

| | | | |
|---|---|---|---:|
| 12/01/2020 | PO | 05067.00002 :Postage Charges for 12-01-20 | 32.50 |
| 12/01/2020 | RE | ( 130 @0.20 PER PG) | 26.00 |
| 12/01/2020 | RE | ( 520 @0.20 PER PG) | 104.00 |
| 12/01/2020 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 12/01/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2020 | TR | Transcript [E116] TSG Reporting, Inv. 183128, JIS | 1,928.00 |
| 12/01/2020 | TR | Transcript [E116] Kim Tindall & Associates, Inv.81730, KHB | 1,171.30 |
| 12/02/2020 | TR | Transcript [E116] Kim Tindall & Assocites, Inv. 81823, KHB | 1,993.49 |
| 12/08/2020 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 12/08/2020 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 12/08/2020 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 12/08/2020 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 12/08/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/08/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/08/2020 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 12/09/2020 | LN | 05067.00002 Lexis Charges for 12-09-20 | 17.16 |
| 12/09/2020 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 12/09/2020 | RE | ( 5 @0.20 PER PG) | 1.00 |
| 12/09/2020 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/09/2020 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 12/09/2020 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 12/09/2020 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 12/09/2020 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 12/09/2020 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 12/09/2020 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 12/09/2020 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 12/09/2020 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/09/2020 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/09/2020 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/10/2020 | TR | Transcript [E116] Kim Tindall & Associates, Inv. 82210, KHB | 676.32 |
| 12/11/2020 | FE | 05067.00002 FedEx Charges for 12-11-20 | 35.95 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

| 12/11/2020 | RE2 | SCAN/COPY ( 91 @0.10 PER PG) | 9.10 |
| 12/11/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/11/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/11/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/11/2020 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 12/14/2020 | FE | 05067.00002 FedEx Charges for 12-14-20 | 23.22 |
| 12/14/2020 | LN | 05067.00002 Lexis Charges for 12-14-20 | 89.34 |
| 12/14/2020 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/14/2020 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 12/14/2020 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 12/14/2020 | RE2 | SCAN/COPY ( 113 @0.10 PER PG) | 11.30 |
| 12/14/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/14/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/14/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/14/2020 | RE2 | SCAN/COPY ( 196 @0.10 PER PG) | 19.60 |
| 12/14/2020 | RE2 | SCAN/COPY ( 157 @0.10 PER PG) | 15.70 |
| 12/14/2020 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/14/2020 | RE2 | SCAN/COPY ( 282 @0.10 PER PG) | 28.20 |
| 12/14/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/14/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/14/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/15/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/15/2020 | RE2 | SCAN/COPY ( 235 @0.10 PER PG) | 23.50 |
| 12/15/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/15/2020 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 12/15/2020 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 145 @0.10 PER PG) | 14.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

| | | | |
|---|---|---|---|
| 12/16/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 114 @0.10 PER PG) | 11.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 114 @0.10 PER PG) | 11.40 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

| | | | |
|---|---|---|---|
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 112 @0.10 PER PG) | 11.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 160 @0.10 PER PG) | 16.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 68 @0.10 PER PG) | 6.80 |
| 12/16/2020 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    20
Archdiocese of New Orleans OCC                                          Invoice 126935
05067    -00002                                                         December 31, 2020

| | | | |
|---|---|---|---|
| 12/16/2020 | RE2 | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 147 @0.10 PER PG) | 14.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 278 @0.10 PER PG) | 27.80 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

| | | | |
|---|---|---|---|
| 12/16/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/16/2020 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 125 @0.10 PER PG) | 12.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 147 @0.10 PER PG) | 14.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/16/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 319 @0.10 PER PG) | 31.90 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    22

Invoice 126935

December 31, 2020

| | | | |
|---|---|---|---:|
| 12/16/2020 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 112 @0.10 PER PG) | 11.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1305 @0.10 PER PG) | 130.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/16/2020 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/16/2020 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 12/16/2020 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2020 | RE2 | SCAN/COPY ( 77 @0.10 PER PG) | 7.70 |
| 12/16/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/23/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/29/2020 | PO | 05067.00002 :Postage Charges for 12-29-20 | 42.25 |
| 12/29/2020 | RE | ( 780 @0.20 PER PG) | 156.00 |
| 12/29/2020 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 12/29/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/29/2020 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 12/30/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/31/2020 | OS | Everlaw, Database for Month of December, Inv. 34011 | 500.00 |
| 12/31/2020 | PAC | Pacer - Court Research | 58.10 |

**Total Expenses for this Matter**                                    **$7,674.83**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    23

Invoice 126935

December 31, 2020

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **12/31/2020**

| | |
|---|---:|
| **Total Fees** | **$132,105.00** |
| **Total Expenses** | **7,674.83** |
| **Total Due on Current Invoice** | **$139,779.83** |

**Outstanding Balance from prior invoices as of**    **12/31/2020**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $72,108.39 |
| 126902 | 11/30/2020 | $135,207.50 | $1,810.71 | $137,018.21 |

**Total Amount Due on Current and Prior Invoices:**        **$348,906.43**