# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: April 8, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2021 through January 31, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, PSZJ has received fees and expenses totaling $1,176,523.02**.**

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2021 to January 31, 2021 | |
|---|---|
| Fees (at standard rates): | $116,035.50 |
| Reduction due to reduced rates[2]: | ($39,423.50) |
| Reduction due to fee write-offs[3]: | ($678.50) |
| Fees (After reductions): | $75,933.50 |
| | |
| Expenses: | $1,398.89 |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($750); G. Brown ($795); J. Fried ($1,050); A. Caine ($1,095); I. Nasatir ($1,145) and J. Stang ($1,195).

[3] The Firm has elected to write off an additional 1.10 hours of time worked, resulting in a reduction of $678.50 in attorneys fees.

| Total | $77,332.39 |
|-------|-----------|

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 8, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**62,145.69** which consists of (a) eighty percent (80%) of PSZJ's total fees of $75,933.50 for the Statement Period in the amount of **$60,746.80**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of **$1,398.89.**

3

12.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  March 25, 2021                                  Respectfully submitted,

_By: /s/ Linda Cantor_
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
             lcantor@pszjlaw.com

_Co-Counsel to the Official Committee of Unsecured_
_Creditors_

4

## EXHIBIT A

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery | 10.20 | $2,975.50 |
| BL | Bankruptcy Litigation | 67.70 | $47,390.00 |
| CA | Case Administration | 2.20 | $1,012.00 |
| CO | Claims Administration/Objections | 3.10 | $1,594.00 |
| CP | Compensation of Professionals | 10.10 | $5,990.00 |
| CPO | Compensation of Professionals/Others | 3.60 | $1,656.00 |
| GC | General Creditors Comm. | 12.10 | $8,470.00 |
| IC | Insurance Coverage | 7.30 | $4,630.00 |
| RPO | Retention of Professionals/Others | 1.90 | $1,330.00 |
| SL | Stay Litigation | 1.30 | $886.00 |
| | | **119.50** | **$75,933.50** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 700.00 | 7.80 | $5,460.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 50.10 | $35,070.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 2.40 | $1,680.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 5.60 | $3,920.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 26.30 | $18,410.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 2.30 | $1,610.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 9.70 | $4,462.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 460.00 | 2.00 | $920.00 |
| NPL | Lockwood, Nancy P. | Paralegal | 460.00 | 3.10 | $1,426.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 395.00 | 2.30 | $908.50 |
| BCD | Downing, Ben C. | Paralegal | 395.00 | 3.60 | $1,422.00 |
| VLD | Downing, Virginia L. | Legal Assistant | 150.00 | 4.30 | $645.00 |
| | | | | **119.50** | **$75,933.50** |

**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Description | Amount |
| --- | --- |
| Attorney Service | $112.00 |
| Bloomberg | $660.00 |
| Conference Call | $41.69 |
| Filing Fee | $41.00 |
| Outside Services | $500.00 |
| Pacer-Court Research | $26.30 |
| Postage | $4.20 |
| Reproduction/Scan Copy | $13.70 |
| | **$1,398.89** |

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

January 31, 2021
Invoice    127406
Client     05067
Matter     00002
**JIS**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2021

| | |
|---|---:|
| FEES | $75,933.50 |
| EXPENSES | $1,398.89 |
| **TOTAL CURRENT CHARGES** | **$77,332.39** |
| **BALANCE FORWARD** | **$144,453.39** |
| **A/R Adjustments** | **-$76,935.39** |
| **TOTAL BALANCE DUE** | **$144,850.39** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      2

Invoice 127406

January 31, 2021

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 50.10 | $35,070.00 |
| BCD | Downing, Ben C. | Other | 395.00 | 3.60 | $1,422.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 9.70 | $4,462.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 2.30 | $1,610.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 395.00 | 2.30 | $908.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 26.30 | $18,410.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 2.40 | $1,680.00 |
| JIS | Stang, James I. | Partner | 700.00 | 7.80 | $5,460.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 5.60 | $3,920.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 3.10 | $1,426.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 460.00 | 2.00 | $920.00 |
| VLD | Downing, Virginia L. | Other | 150.00 | 4.30 | $645.00 |
| | | | | 119.50 | $75,933.50 |

Pachulski Stang Ziehl & Jones LLP

Page:      3

Archdiocese of New Orleans OCC

Invoice 127406

05067    -00002

January 31, 2021

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 10.20 | $2,975.50 |
| BL | Bankruptcy Litigation [L430] | 67.70 | $47,390.00 |
| CA | Case Administration [B110] | 2.20 | $1,012.00 |
| CO | Claims Admin/Objections[B310] | 3.10 | $1,594.00 |
| CP | Compensation Prof. [B160] | 10.10 | $5,990.00 |
| CPO | Comp. of Prof./Others | 3.60 | $1,656.00 |
| GC | General Creditors Comm. [B150] | 12.10 | $8,470.00 |
| IC | Insurance Coverage | 7.30 | $4,630.00 |
| RPO | Ret. of Prof./Other | 1.90 | $1,330.00 |
| SL | Stay Litigation [B140] | 1.30 | $886.00 |
| | | 119.50 | $75,933.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     4

Invoice 127406

January 31, 2021

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Attorney Service [E107] | $112.00 |
| Bloomberg | $660.00 |
| Conference Call [E105] | $41.69 |
| Filing Fee [E112] | $41.00 |
| Outside Services | $500.00 |
| Pacer - Court Research | $26.30 |
| Postage [E108] | $4.20 |
| Reproduction/ Scan Copy | $13.70 |
| | $1,398.89 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     5

Invoice 127406

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| 01/20/2021 | BCD | AA | Review and verify legal descriptions of extensive list of properties owned by Archdiocese of New Orleans | 3.60 | 395.00 | $1,422.00 |
|---|---|---|---|---|---|---|
| 01/20/2021 | VLD | AA | Review legal descriptions of properties owned by Archdiocese of New Orleans, compare and confirm conformity with master list. | 4.30 | 150.00 | $645.00 |
| 01/20/2021 | DHH | AA | Conversion of Archdiocese of New Orleans' list of real property to Excel. | 2.30 | 395.00 | $908.50 |
| | | | | 10.20 | | $2,975.50 |

**Bankruptcy Litigation [L430]**

| 01/04/2021 | AWC | BL | Call with Locke regarding discovery issues/strategy (.70); emails with counsel regarding document issues/meet and confer (.30); emails with team regarding document issues/positions/research (.30); read underlying information for document disputes (.90). | 2.20 | 700.00 | $1,540.00 |
|---|---|---|---|---|---|---|
| 01/05/2021 | AWC | BL | Call with BRG regarding document requests/prior documents/preparation (.40); emails with Locke and counsel regarding  various discovery issues (.30). | 0.70 | 700.00 | $490.00 |
| 01/05/2021 | GNB | BL | Telephone conference with Paul N. Shields and Shelby Chaffos regarding Rule 2004 document issues. | 0.60 | 700.00 | $420.00 |
| 01/05/2021 | GNB | BL | Revise meet and confer analysis relating to Rule 2004 requests for production directed to Archdiocese. | 1.30 | 700.00 | $910.00 |
| 01/06/2021 | AWC | BL | Call with Locke regarding discovery and related issues (.50); call with counsel regarding discovery issues (.50); emails and calls with BRG and Gillian N. Brown regarding prior document production/new requests (.70);  review requests, responses and underlying information to prepare for meet and confer with Debtors (2.80). | 4.50 | 700.00 | $3,150.00 |
| 01/06/2021 | GNB | BL | Email Andrew W. Caine regarding Protective Order Exhibit 1; Email Sarita Bhattacharya at BRG regarding same. | 0.10 | 700.00 | $70.00 |
| 01/06/2021 | GNB | BL | Email with Paul N. Shields and Matthew K. Babcock regarding Rule 2004 issues for tomorrow's Rule 2004 meet and confer with Mark Mintz (.1); Telephone conference with Paul N. Shields | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:     6
Invoice 127406
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same (.1). | | | |
| 01/07/2021 | AWC | BL | Calls with Locke, BRG and team and review documents to prepare for and call with Debtors counsel regarding document requests (3.10); calls and emails with team regarding discovery issues/next steps (.80). | 3.90 | 700.00 | $2,730.00 |
| 01/07/2021 | CHM | BL | Correspond with G. Brown re Everlaw database. | 0.30 | 700.00 | $210.00 |
| 01/07/2021 | GNB | BL | Telephone conference with Andrew W. Caine regarding strategy for this morning's Rule 2004 meet and confer call with Mark Mintz (.2); Telephone conference with Andrew W. Caine following meet and confer call with Jones Walker lawyers (.1). | 0.30 | 700.00 | $210.00 |
| 01/07/2021 | GNB | BL | Telephone conference with Paul N. Shields regarding this morning's Rule 2004 meet and confer call with Mark Mintz. | 0.10 | 700.00 | $70.00 |
| 01/07/2021 | GNB | BL | Telephone conference with Andrew W. Caine, Mark Mintz, Edward Wegmann, and Allison Kingsmill regarding Rule 2004 meet and confer. | 0.70 | 700.00 | $490.00 |
| 01/07/2021 | GNB | BL | Email Mark Mintz and Allison Kingsmill with protective order exhibit 1 for Andrew W. Caine and Sarita Bhattacharya; Email Cia H. Mackle regarding Everlaw access for Andrew W. Caine and Sarita Bhattacharya, and regarding preparation for incoming rolling document productions and Everlaw tagging protocols for same. | 0.10 | 700.00 | $70.00 |
| 01/07/2021 | JIS | BL | Call Andrew Caine regarding results of meet and confer with Debtor's counsel regarding discovery/document production request. | 0.40 | 700.00 | $280.00 |
| 01/08/2021 | GNB | BL | Email with Cia H. Mackle regarding structure for Everlaw review of today's Archdiocese document production. | 0.10 | 700.00 | $70.00 |
| 01/08/2021 | GNB | BL | Review email and attachment from Allison Kingsmill in connection with Archdiocese's document production. | 0.10 | 700.00 | $70.00 |
| 01/11/2021 | AWC | BL | Emails and calls with Locke, BRG and team re documents/review/tasks (1.60); emails with team and Locke regarding and review sample real estate appraisals/approach (.40); review protective order/requirements for discovery purposes (.30). | 2.30 | 700.00 | $1,610.00 |
| 01/11/2021 | CHM | BL | Correspond with G. Brown re document database and update same. | 0.60 | 700.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2021 | CHM | BL | Email G. Brown re document production. | 0.10 | 700.00 | $70.00 |
| 01/11/2021 | GNB | BL | Email with C. Davin Boldissar regarding Archdiocese production of documents on January 8, 2021. | 0.10 | 700.00 | $70.00 |
| 01/11/2021 | GNB | BL | Email with Cia H. Mackle regarding revisions to Everlaw platform for new document productions. | 0.10 | 700.00 | $70.00 |
| 01/12/2021 | AWC | BL | Calls and emails with team and Locke regarding document production/strategy/2004 and review production (1.40); research regarding insurance coverage issues (.80); review emails/notes and draft email to Jones Walker re document requests/responses (.80). | 3.00 | 700.00 | $2,100.00 |
| 01/12/2021 | GNB | BL | Email with Andrew W. Caine regarding Archdiocese's document production and Rule 2004 motion; Review Andrew W. Caine email to Mark Mintz regarding same; Review Andrew W. Caine email to James I. Stang, Omer F. Kuebel III, and C. Davin Boldissar regarding same. | 0.10 | 700.00 | $70.00 |
| 01/12/2021 | GNB | BL | Review documents Archdiocese produced on January 8, 2021. | 0.50 | 700.00 | $350.00 |
| 01/12/2021 | GNB | BL | Email with Patricia J. Jeffries regarding indexing and tagging of documents produced by Blank Rome. | 0.10 | 700.00 | $70.00 |
| 01/12/2021 | JIS | BL | Review emails regarding document production between Debtor and Andrew Caine. | 0.10 | 700.00 | $70.00 |
| 01/13/2021 | AWC | BL | Review document requests/responses, and emails with BRG/team/Locke and Jones Walker and call with Gillian N. Brown  regarding documents/outstanding requests/approach. | 1.40 | 700.00 | $980.00 |
| 01/13/2021 | CHM | BL | Correspond with G. Brown re document production. | 0.20 | 700.00 | $140.00 |
| 01/13/2021 | GNB | BL | Telephone conference with Andrew W. Caine regarding Rule 2004 motion (.25); Email Andrew W. Caine regarding same (.05). | 0.30 | 700.00 | $210.00 |
| 01/13/2021 | GNB | BL | Review emails from Andrew W. Caine and Paul  N. Shields regarding BRG call with Kathleen Zuniga concerning Rule 2004 request no. 49. | 0.10 | 700.00 | $70.00 |
| 01/13/2021 | GNB | BL | Email with Cia H. Mackle regarding co-counsel Everlaw access; Email Omer F. Kuebel III, C. Davin Boldissar, and Ashley Mohr regarding same; Email Mark Mintz and Allison Kingsmill regarding Patricia J. Jeffries' exhibit 1 to protective order. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    8

Invoice 127406

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/2021 | AWC | BL | Emails with Jones Walker regarding database information/revised protective order, and emails with Locke and team thereon. | 0.70 | 700.00 | $490.00 |
| 01/14/2021 | GNB | BL | Draft Rule 2004 motion for production of documents to Archdiocese. | 2.70 | 700.00 | $1,890.00 |
| 01/14/2021 | GNB | BL | Review Mark Mintz' proposed amended protective order, email Andrew W. Caine regarding same, and review emails from James I. Stang and C. Davin Boldissar regarding same. | 0.10 | 700.00 | $70.00 |
| 01/15/2021 | AWC | BL | Emails with Jones Walker, Locke and team regarding document requests/issues, including protective order revisions (.80); review document request/proposed modifications and emails/calls with Locke and team thereon and regarding 2004 motion (1.90); emails with Jones Walker regarding new produced documents, review recap of productions, skim new production and emails with team thereon (1.10). | 3.80 | 700.00 | $2,660.00 |
| 01/15/2021 | GNB | BL | Draft Rule 2004 motion for production of documents to Archdiocese (4.1); Draft Exhibit 1 thereto (1.1); Draft declaration of Andrew W. Caine in support of Rule 2004 motion for production of documents (.5). | 5.70 | 700.00 | $3,990.00 |
| 01/15/2021 | GNB | BL | Email Andrew W. Caine regarding revised Rule 2004 document requests. | 0.20 | 700.00 | $140.00 |
| 01/15/2021 | GNB | BL | Telephone conference with Andrew W. Caine regarding Rule 2004 document request revisions and Rule 2004 motion. | 0.20 | 700.00 | $140.00 |
| 01/15/2021 | GNB | BL | Review email from Allison Kingsmill regarding production of documents. | 0.10 | 700.00 | $70.00 |
| 01/16/2021 | AWC | BL | Review and revise 2004 motion and document request, and emails with team thereon. | 1.20 | 700.00 | $840.00 |
| 01/16/2021 | CHM | BL | Correspond with G. Brown re document review. | 0.40 | 700.00 | $280.00 |
| 01/16/2021 | GNB | BL | Respond to James I. Stang and Andrew W. Caine emails regarding Rule 2004 document request revisions. | 0.10 | 700.00 | $70.00 |
| 01/16/2021 | GNB | BL | Email with Cia H. Mackle regarding upload of documents Jones Walker produced yesterday; Update chart of documents produced by Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/16/2021 | GNB | BL | Revise Exhibit 1 to Rule 2004 motion for production | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:      9
Invoice 127406
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | of documents. | | | |
| 01/16/2021 | GNB | BL | Review emails from James I. Stang and Linda F. Cantor regarding proposed revisions to Rule 2004 requests. | 0.10 | 700.00 | $70.00 |
| 01/16/2021 | GNB | BL | Consider email from Andrew W. Caine regarding edits to Rule 2004 motion directed to Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/16/2021 | GNB | BL | Draft email from Andrew W. Caine to Berkeley Research Group, LLC regarding Rule 2004 requests directed to Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/17/2021 | AWC | BL | Review and revise 2004 motion and document request, and emails with BRG and team thereon. | 2.70 | 700.00 | $1,890.00 |
| 01/17/2021 | CHM | BL | Correspond with G. Brown re document production. | 0.10 | 700.00 | $70.00 |
| 01/17/2021 | GNB | BL | Draft proposed order to Rule 2004 motion directed to Archdiocese; Email C. Davin Boldissar regarding same. | 0.10 | 700.00 | $70.00 |
| 01/17/2021 | GNB | BL | Revise Rule 2004 motion directed to Archdiocese. | 1.60 | 700.00 | $1,120.00 |
| 01/17/2021 | GNB | BL | Review Andrew W. Caine's edits to Rule 2004 motion directed to Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/17/2021 | GNB | BL | Draft declaration of Matthew K. Babcock in support of Rule 2004 motion directed to Archdiocese (.35); Email Matthew K. Babcock regarding same (.05). | 0.40 | 700.00 | $280.00 |
| 01/18/2021 | AWC | BL | Emails with Jones Walker regarding revised protective order and review edits (.30); emails with Locke and team regarding 2004 motion (.40); review and revise motion and declarations and emails with BRG, Locke and team thereon (2.40); weekly Committee call (.70). | 3.80 | 700.00 | $2,660.00 |
| 01/18/2021 | GNB | BL | Review emails between Andrew W. Caine and C. Davin Boldissar regarding setting hearing on Rule 2004 motion for production of documents from Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/18/2021 | GNB | BL | Telephone conference with Matthew K. Babcock regarding edits to his declaration in support of Rule 2004 motion directed to Archdiocese and regarding copy of electronic native systems from Archdiocese. | 0.20 | 700.00 | $140.00 |
| 01/18/2021 | GNB | BL | Revise Rule 2004 motion directed at Archdiocese along with conforming edits to motion from declarations in support thereof. | 3.60 | 700.00 | $2,520.00 |
| 01/18/2021 | GNB | BL | Draft declaration for myself in support of Rule 2004 | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    10

Invoice 127406

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | motion directed at Archdiocese. | | | |
| 01/18/2021 | GNB | BL | Telephone conference with Matthew K. Babcock regarding edits to his declaration in support of Rule 2004 motion. | 0.30 | 700.00 | $210.00 |
| 01/18/2021 | GNB | BL | Incorporate James I. Stang edits into Rule 2004 motion directed to Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/18/2021 | GNB | BL | Prepare email to C. Davin Boldissar regarding Rule 2004 motion open issues, filing, and service. | 0.10 | 700.00 | $70.00 |
| 01/18/2021 | JIS | BL | Review pleadings related to the Rule 2004 exam of the Archdiocese. | 0.30 | 700.00 | $210.00 |
| 01/19/2021 | AWC | BL | Emails with Locke regarding 2004 motion and other discovery issues (.70); emails with Jones Walker regarding various documents and revised protective order (.60). | 1.30 | 700.00 | $910.00 |
| 01/19/2021 | CHM | BL | Correspond with G. Brown re document review and tagging system. | 0.40 | 700.00 | $280.00 |
| 01/19/2021 | GNB | BL | Email with C. Davin Boldissar regarding Rule 2004 motion open issues; Email with Patricia J. Jeffries regarding instructions for coding and indexing insurance policies. | 0.10 | 700.00 | $70.00 |
| 01/19/2021 | GNB | BL | Email with Cia H. Mackle regarding Everlaw database issues. | 0.10 | 700.00 | $70.00 |
| 01/19/2021 | GNB | BL | Review Protective Order and email Jeffrey Good and Allison Kingsmill regarding removal of confidentiality designation. | 0.10 | 700.00 | $70.00 |
| 01/19/2021 | GNB | BL | Email with James I. Stang, Andrew W. Caine, and C. Davin Boldissar regarding real property issues. | 0.10 | 700.00 | $70.00 |
| 01/20/2021 | AWC | BL | Call and emails with Locke, team and client regarding 2004 motion and requests and review revised requests (2.10); draft and revise email to Jones Walker regarding 2004 motion/revised requests (.40); emails with Locke and team regarding various assets issues/approach (.60). | 3.10 | 700.00 | $2,170.00 |
| 01/20/2021 | CHM | BL | Email Everlaw re document replacement. | 0.10 | 700.00 | $70.00 |
| 01/20/2021 | GNB | BL | Revise and edit Exhibit 1 to Rule 2004 motion directed to Archdiocese. | 0.40 | 700.00 | $280.00 |
| 01/20/2021 | GNB | BL | Email with Andrew W. Caine and C. Davin Boldissar regarding timing of filing Rule 2004 motion directed to Archdiocese (.1); Telephone | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with Andrew W. Caine regarding same and review James I. Stang email regarding same (.1). | | | |
| 01/20/2021 | GNB | BL | Email Ray Strong regarding consultant for Financial Edge. | 0.10 | 700.00 | $70.00 |
| 01/20/2021 | GNB | BL | Email with Gini L. Downing regarding real property spreadsheet; Email PSZJ and LockeLord lawyers regarding same. | 0.10 | 700.00 | $70.00 |
| 01/21/2021 | AWC | BL | Calls and emails with Locke, team and BRG regarding discovery issues/2004 motion/hearing (1.60); review revised 2004 motion (.30); review ANO property report and emails thereon (.40). | 2.30 | 700.00 | $1,610.00 |
| 01/21/2021 | GNB | BL | Email with PSZJ and LockeLord lawyers regarding Archdiocese's in-progress list of real property ownership. | 0.20 | 700.00 | $140.00 |
| 01/21/2021 | GNB | BL | Review near-final version of Rule 2004 motion directed to Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/21/2021 | GNB | BL | Email with C. Davin Boldissar regarding declarations in support of Rule 2004 motion directed to Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/21/2021 | GNB | BL | Email with Patricia J. Jeffries regarding coding and indexing of documents in Everlaw. | 0.10 | 700.00 | $70.00 |
| 01/22/2021 | AWC | BL | Calls and emails with Locke and team regarding 2004 motion/approach (.80); emails with Jones Walker regarding  discovery/2004 motion/hearing (.30); review/revise motion for expedited hearing and 2004 motion package (.80). | 1.90 | 700.00 | $1,330.00 |
| 01/25/2021 | AWC | BL | Emails with Locke regarding discovery issues (.30); read and analyze Debtor opposition to expedited hearing on 2004 motion (.60); emails with team regarding 2004 motion opposition/research (.40). | 1.30 | 700.00 | $910.00 |
| 01/25/2021 | GNB | BL | Read Archdiocese's objection to motion to expedite Rule 2004 motion. | 0.10 | 700.00 | $70.00 |
| 01/25/2021 | GNB | BL | Prepare response to Archdiocese's contention regarding 38,000 pages of document production. | 0.40 | 700.00 | $280.00 |
| 01/26/2021 | AWC | BL | Emails with Jones Walker regarding discovery (.40); emails with team regarding various discovery issues/approach (.40). | 0.80 | 700.00 | $560.00 |
| 01/29/2021 | GNB | BL | Email Cia H. Mackle regarding additions to Everlaw tagging. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    12

Invoice 127406

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/30/2021 | CHM | BL | Update Everlaw database. | 0.10 | 700.00 | $70.00 |
| | | | | 67.70 | | $47,390.00 |

### Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2021 | NPL | CA | Attention to dates and deadlines associated with recently filed pleadings and docket entries. | 0.30 | 460.00 | $138.00 |
| 01/11/2021 | NPL | CA | Update critical date memorandum. | 0.20 | 460.00 | $92.00 |
| 01/12/2021 | NPL | CA | Attention to dates and deadlines regarding critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 01/19/2021 | NPL | CA | Review debtor docket entries. | 0.20 | 460.00 | $92.00 |
| 01/20/2021 | NPL | CA | Review debtor docket for pleadings, dates and deadlines. | 0.30 | 460.00 | $138.00 |
| 01/27/2021 | NPL | CA | Review debtor docket regarding outstanding dates and deadlines. | 0.60 | 460.00 | $276.00 |
| 01/27/2021 | NPL | CA | Update critical date memorandum. | 0.50 | 460.00 | $230.00 |
| | | | | 2.20 | | $1,012.00 |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | GNB | CO | Review information concerning additional perpetrators named as credibly accused by Vincentians (.6); Email Jessica Jenkins at Rust Consulting regarding revisions to nolachurchcommittee.com in accordance with same (.1). | 0.70 | 700.00 | $490.00 |
| 01/11/2021 | BDD | CO | Review Rockville Motion/Exhibits re bar date motion and analyze cited sex abuse cases vs. master sexual abuse bar date chart and emails J. Stang, L. Cantor and N. Lockwood re same | 1.10 | 460.00 | $506.00 |
| 01/11/2021 | NPL | CO | Email communications with B. Dassa regarding updated claims bar spreadsheet. | 0.10 | 460.00 | $46.00 |
| 01/11/2021 | NPL | CO | Update claims bar spreadsheet for the Archdiocese of New Orleans. | 0.60 | 460.00 | $276.00 |
| 01/12/2021 | BDD | CO | Further analysis of bar date comparisons and email J. Stang re same | 0.50 | 460.00 | $230.00 |
| 01/28/2021 | NPL | CO | Review and reply to email from G. Brown regarding updated bar date spreadsheet. | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

| | | | | | 3.10 | | $1,594.00 |
|---|---|---|---|---|---|---|---|

### Compensation Prof. [B160]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | JMF | CP | Review PSZJ October fee statement. | | 0.30 | 700.00 | $210.00 |
| 01/20/2021 | JMF | CP | Review and edit November Bill. | | 0.80 | 700.00 | $560.00 |
| 01/20/2021 | BDD | CP | Emails L. Cantor and J. Fried re PSZJ Oct and Nov monthly fee statements | | 0.10 | 460.00 | $46.00 |
| 01/20/2021 | BDD | CP | Prepare PSZJ Oct. monthly fee application and email L. Cantor re same | | 1.10 | 460.00 | $506.00 |
| 01/21/2021 | JMF | CP | Review and finalize October bill. | | 0.40 | 700.00 | $280.00 |
| 01/21/2021 | BDD | CP | Email J. Fried re PSZJ November monthly fee statement | | 0.10 | 460.00 | $46.00 |
| 01/21/2021 | BDD | CP | Revisions to PSZJ October monthly fee statement and emails L. Cantor and R. Rothman re same | | 0.30 | 460.00 | $138.00 |
| 01/21/2021 | BDD | CP | Email L. Cantor re PSZJ monthly fee statements going forward | | 0.10 | 460.00 | $46.00 |
| 01/22/2021 | JMF | CP | Review and edit December PSZJ billing statement. | | 1.10 | 700.00 | $770.00 |
| 01/24/2021 | JMF | CP | Review and edit December PSZJ Statement. | | 1.60 | 700.00 | $1,120.00 |
| 01/25/2021 | JMF | CP | Review December and November PSZJ bills. | | 1.40 | 700.00 | $980.00 |
| 01/25/2021 | BDD | CP | Review PSZJ November invoice and email L. Cantor and J. Fried re same | | 0.20 | 460.00 | $92.00 |
| 01/25/2021 | BDD | CP | Email accounting re PSZJ Nov monthly fee statement | | 0.10 | 460.00 | $46.00 |
| 01/25/2021 | BDD | CP | Email J. Fried re PSZJ October monthly fee statement | | 0.10 | 460.00 | $46.00 |
| 01/26/2021 | BDD | CP | Preparation of November and December monthly fee applications and emails L. Cantor and J. Fried re same | | 1.40 | 460.00 | $644.00 |
| 01/26/2021 | BDD | CP | Email L. Cantor re Dec. invoice and fee statement | | 0.10 | 460.00 | $46.00 |
| 01/26/2021 | BDD | CP | Email L. Cantor re transmission of PSZJ LEDES invoices to US Trustee | | 0.10 | 460.00 | $46.00 |
| 01/26/2021 | BDD | CP | Email C. Curts re PSZJ November and December monthly fee statements | | 0.10 | 460.00 | $46.00 |
| 01/27/2021 | BDD | CP | Revisions to PSZJ Oct., Nov & Dec monthly fee statements and emails N. Brown re same | | 0.40 | 460.00 | $184.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/27/2021 | BDD | CP | Email notice parties re PSZJ Oct-Dec monthly fee statements | 0.10 | 460.00 | $46.00 |
| 01/27/2021 | BDD | CP | Email A. George re LEDES files for PSZJ (Oct - Dec 2020) | 0.10 | 460.00 | $46.00 |
| 01/27/2021 | BDD | CP | Email L. Ashley re PSZJ LEDES files | 0.10 | 460.00 | $46.00 |
| | | | | 10.10 | | $5,990.00 |

**Comp. of Prof./Others**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2021 | BDD | CPO | Email L. Cantor re Kinsella notice re December fee statement | 0.10 | 460.00 | $46.00 |
| 01/11/2021 | BDD | CPO | Emails L. Cantor re Kinsella monthly fee applications (Nov/Dec) | 0.10 | 460.00 | $46.00 |
| 01/12/2021 | BDD | CPO | Revisions to Kinsella Nov. monthly fee statement and email L. Cantor re same | 0.20 | 460.00 | $92.00 |
| 01/12/2021 | BDD | CPO | Prepare Kinsella December monthly fee statement and email L. Cantor re same | 0.60 | 460.00 | $276.00 |
| 01/15/2021 | BDD | CPO | Revisions to Kineslla monthly fee statements and email L. Cantor re same | 0.30 | 460.00 | $138.00 |
| 01/18/2021 | BDD | CPO | Email L. Cantor re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |
| 01/19/2021 | BDD | CPO | Prepare template monthly fee statement for BRG and email P. Shields re same | 0.50 | 460.00 | $230.00 |
| 01/21/2021 | BDD | CPO | Prepare letter to notice parties re Kinsella November and December 2020 monthly fee statements and emails L. Cantor, N. Brown and notice parties re same | 0.40 | 460.00 | $184.00 |
| 01/21/2021 | BDD | CPO | Email A. George re Kinsella November and December fee statements | 0.10 | 460.00 | $46.00 |
| 01/22/2021 | BDD | CPO | Email to/call with P.Shields re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |
| 01/25/2021 | BDD | CPO | Email L. Ashley re Kinsella monthly fee statements | 0.10 | 460.00 | $46.00 |
| 01/25/2021 | BDD | CPO | Email C. Curts re LEDES formatting of BRG invoices | 0.10 | 460.00 | $46.00 |
| 01/26/2021 | BDD | CPO | Review BRG invoices (June - Oct 2020) and confer with P. Shields assistant re same (.60); emails P. Shields and M. Babcock re same (.10) | 0.70 | 460.00 | $322.00 |
| 01/26/2021 | BDD | CPO | Email M. Babcock re entirety of fees/expenses (June | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | - Oct 2020) | | | |
| 01/26/2021 | BDD | CPO | Email A. Lohr re BRG monthly fee statement | 0.10 | 460.00 | $46.00 |
| | | | | **3.60** | | **$1,656.00** |

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | AWC | GC | Weekly Committee call | 1.10 | 700.00 | $770.00 |
| 01/04/2021 | JIS | GC | Review agenda for committee meeting and attached scheduling. | 0.10 | 700.00 | $70.00 |
| 01/04/2021 | JIS | GC | Attend committee meeting regarding filed claims, property valuation, mediation candidates. | 1.10 | 700.00 | $770.00 |
| 01/05/2021 | JIS | GC | Call with State Court Counsel regarding TMI remaining matters, Committee website and short/long term case issues. | 1.40 | 700.00 | $980.00 |
| 01/11/2021 | AWC | GC | Review notes to prepare for and weekly Committee call | 1.30 | 700.00 | $910.00 |
| 01/11/2021 | JIS | GC | Attend committee meeting regarding discovery, asset valuation, stay relief motion. | 1.30 | 700.00 | $910.00 |
| 01/12/2021 | AWC | GC | Weekly counsel call | 1.10 | 700.00 | $770.00 |
| 01/18/2021 | JIS | GC | Attend committee meeting. | 0.80 | 700.00 | $560.00 |
| 01/19/2021 | AWC | GC | Weekly counsel call | 1.20 | 700.00 | $840.00 |
| 01/25/2021 | AWC | GC | Weekly Committee call | 0.80 | 700.00 | $560.00 |
| 01/25/2021 | JIS | GC | Prepare for Committee meeting including review of agenda and Debtor's response to the motion for expedited hearing. | 0.20 | 700.00 | $140.00 |
| 01/25/2021 | JIS | GC | Attend committee call re discovery, pending motions, stay relief hearing. | 0.80 | 700.00 | $560.00 |
| 01/26/2021 | AWC | GC | Weekly counsel call | 0.90 | 700.00 | $630.00 |
| | | | | **12.10** | | **$8,470.00** |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2021 | IAWN | IC | Review insurance coverage chart from Andrew W Caine | 0.50 | 700.00 | $350.00 |
| 01/08/2021 | AWC | IC | Review insurance policy production and first production on request (2.40); emails with BRG and team regarding document issues/approach (.40). | 2.80 | 700.00 | $1,960.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    16

Archdiocese of New Orleans OCC

Invoice 127406

05067    -00002

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2021 | JIS | IC | Review emails regarding insurance productions. | 0.10 | 700.00 | $70.00 |
| 01/20/2021 | IAWN | IC | Review James I Stang email trail re insurance, .1; review coverage chart, .5, exchange emails with Andrew W Caine re insurance involvement, .1, download policies, .3 | 1.00 | 700.00 | $700.00 |
| 01/21/2021 | PJJ | IC | Insurance document review. | 2.00 | 460.00 | $920.00 |
| 01/25/2021 | IAWN | IC | Exchange emails and telephone call with Boldassar re insurance | 0.30 | 700.00 | $210.00 |
| 01/25/2021 | IAWN | IC | Review coverage chart in. preparation for call with Boldasser | 0.40 | 700.00 | $280.00 |
| 01/29/2021 | IAWN | IC | Telephone conference with Boldissar re expect or intended defense,.1; telephone conference with Boldissar re policies, .1 | 0.20 | 700.00 | $140.00 |
| | | | | 7.30 | | $4,630.00 |

## Ret. of Prof./Other

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/18/2021 | GNB | RPO | Telephone conference with Matthew K. Babcock regarding consultant to assist with retrieval of electronically stored financial information from Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/18/2021 | GNB | RPO | Email Ray Strong at BRG regarding retention of consultant to assist with retrieval of electronically stored financial information from Archdiocese. | 0.10 | 700.00 | $70.00 |
| 01/21/2021 | GNB | RPO | Email with D. Ray Strong regarding potential retention of Zobrio as consultants to BRG. | 0.20 | 700.00 | $140.00 |
| 01/21/2021 | GNB | RPO | Email PSZJ and LockeLord lawyers regarding retention of consultants to BRG; Email with James I. Stang regarding same; Email with Andrew W. Caine regarding same. | 0.10 | 700.00 | $70.00 |
| 01/22/2021 | GNB | RPO | Telephone conference with D. Ray Strong, John Varadian, and Matthew Matthew Kreutzer regarding potential retention of Zobrio as computer consultants to BRG (.4); Preparation for same (.1). | 0.50 | 700.00 | $350.00 |
| 01/22/2021 | GNB | RPO | Email with Linda F. Cantor and Joshua M. Fried regarding fee application information for Zobrio. | 0.10 | 700.00 | $70.00 |
| 01/22/2021 | GNB | RPO | Telephone conference with D. Ray Strong after conversation with Zobrio. | 0.10 | 700.00 | $70.00 |
| 01/22/2021 | GNB | RPO | Email John Varadian and Matthew Kruetzer at | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:   17

Invoice 127406

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Zobrio with follow-up from phone call. | | | |
| 01/25/2021 | GNB | RPO | Review D. Ray Strong email regarding Zobrio contract. | 0.10 | 700.00 | $70.00 |
| 01/28/2021 | GNB | RPO | Email Ilan D. Scharf and Matthew K. Babcock regarding retention of Zobrio as computer consultants to BRG (.1); Email Andrew W. Caine regarding same (.05); Email D. Ray Strong regarding Zobrio (.05). | 0.20 | 700.00 | $140.00 |
| 01/29/2021 | GNB | RPO | Email with Matthew Kruetzer at Zobrio regarding retention; Review email from John Varadian at Zobrio regarding same. | 0.10 | 700.00 | $70.00 |
| 01/31/2021 | GNB | RPO | Email James I. Stang, Linda F. Cantor, Andrew W. Caine, and C. Davin Boldissar regarding Zobrio (.15); Email with James I. Stang regarding same (.05). | 0.20 | 700.00 | $140.00 |
| | | | | **1.90** | | **$1,330.00** |

**Stay Litigation [B140]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2021 | JIS | SL | Call with R. Trahant regarding status conference with North and impact of same on motion regarding stay violation. | 0.50 | 700.00 | $350.00 |
| 01/07/2021 | JIS | SL | Review transcript of status conference before North regarding stay violation motion and unsealing motion. | 0.20 | 700.00 | $140.00 |
| 01/11/2021 | JIS | SL | Review motion re stay violation. | 0.50 | 700.00 | $350.00 |
| 01/11/2021 | NPL | SL | Review motion for relief from stay filed by the Debtors. | 0.10 | 460.00 | $46.00 |
| | | | | **1.30** | | **$886.00** |

**TOTAL SERVICES FOR THIS MATTER:**            **$75,933.50**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:    18

Invoice 127406

January 31, 2021

---

### Expenses

| | | | |
|---|---|---|---:|
| 01/16/2020 | FF | Filing Fee [E112] CA State Bar, AWC | 1.00 |
| 12/02/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 3.08 |
| 12/10/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 2.92 |
| 12/11/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 0.29 |
| 12/11/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 2.55 |
| 12/16/2020 | AS | Attorney Service [E107] Specialized Legal Services, Inv. P184059, KHB | 112.00 |
| 12/16/2020 | CC | Conference Call [E105] AT&T Conference Call, KHB | 29.07 |
| 12/21/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 3.78 |
| 01/06/2021 | BB | 05067.00002 Bloomberg Charges for 01-06-21 | 660.00 |
| 01/15/2021 | PO | Postage Charges | 4.20 |
| 01/16/2021 | FF | Filing Fee [E112] CA State Bar, AWC | 40.00 |
| 01/21/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/21/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/21/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/21/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/27/2021 | RE2 | SCAN/COPY ( 98 @0.10 PER PG) | 9.80 |
| 01/31/2021 | OS | Everlaw, Inv. 35066, Database for month of January | 500.00 |
| 01/31/2021 | PAC | Pacer - Court Research | 26.30 |

**Total Expenses for this Matter**                    **$1,398.89**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:     19
Invoice 127406
January 31, 2021

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    **01/31/2021**

| | |
|---|---|
| **Total Fees** | **$75,933.50** |
| **Total Expenses** | **1,398.89** |
| **Total Due on Current Invoice** | **$77,332.39** |

**Outstanding Balance from prior invoices as of**    **01/31/2021**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $14,055.50 |
| 126902 | 11/30/2020 | $135,207.50 | $1,810.71 | $27,041.50 |
| 126935 | 12/31/2020 | $132,105.00 | $7,674.83 | $26,421.00 |

**Total Amount Due on Current and Prior Invoices:**          **$144,850.39**