# EXHIBIT E

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

February 28, 2021
Invoice 127418
Client 05067
Matter 00002
**JIS**

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2021**

| | |
|---|---:|
| FEES | $63,969.50 |
| EXPENSES | $639.70 |
| **TOTAL CURRENT CHARGES** | **$64,609.20** |
| **BALANCE FORWARD** | **$144,850.39** |
| **TOTAL BALANCE DUE** | **$209,459.59** |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:     2  
Invoice 127418  
February 28, 2021

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 700.00 | 39.20 | $27,440.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 1.50 | $690.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 395.00 | 4.50 | $1,777.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 8.90 | $6,230.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 7.50 | $5,250.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 0.20 | $140.00 |
| JIS | Stang, James I. | Partner | 700.00 | 15.80 | $11,060.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 2.40 | $1,680.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 0.50 | $350.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 11.40 | $5,244.00 |
| SLL | Lee, Sophia L. | Other | 395.00 | 10.40 | $4,108.00 |
| | | | | 102.30 | $63,969.50 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
Archdiocese of New Orleans OCC  Invoice 127418
05067   - 00002  February 28, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.00 | $700.00 |
| BL | Bankruptcy Litigation [L430] | 41.80 | $27,172.00 |
| CA | Case Administration [B110] | 2.70 | $1,242.00 |
| CO | Claims Admin/Objections[B310] | 16.30 | $6,865.50 |
| FE | Fee/Employment Application | 1.80 | $900.00 |
| GC | General Creditors Comm. [B150] | 20.60 | $14,420.00 |
| IC | Insurance Coverage | 15.90 | $11,130.00 |
| PD | Plan & Disclosure Stmt. [B320] | 2.20 | $1,540.00 |
|   |   | 102.30 | $63,969.50 |

Pachulski Stang Ziehl & Jones LLP                       Page: 4
Archdiocese of New Orleans OCC                       Invoice 127418
05067    - 00002                                                              February 28, 2021

## Summary of Expenses

| Description | Amount |
|---|---:|
| Outside Services | $500.00 |
| Pacer - Court Research | $139.70 |
| | $639.70 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:    5  
Invoice 127418  
February 28, 2021

|  |  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | | |
| 02/17/2021 | JIS | AA | Review and provide comments on reply to Rule 2004 opposition. | | 0.40 | 700.00 | $280.00 |
| 02/19/2021 | AWC | AA | Emails with Locke regarding real property, valuation. | | 0.30 | 700.00 | $210.00 |
| 02/19/2021 | JIS | AA | Email to co-counsel regarding valuation of real property. | | 0.10 | 700.00 | $70.00 |
| 02/19/2021 | JIS | AA | Review Rule 2004 exam draft relating to Captive Insurance Co. | | 0.20 | 700.00 | $140.00 |
| | | | | | **1.00** | | **$700.00** |
| **Bankruptcy Litigation [L430]** | | | | | | | |
| 02/01/2021 | AWC | BL | Emails with team regarding IT preparation for databases (.30);  call and emails with Locke and team regarding real estate appraiser/employment (.30). | | 0.60 | 700.00 | $420.00 |
| 02/01/2021 | AWC | BL | Call with J. Stang regarding status of discovery | | 0.10 | 700.00 | $70.00 |
| 02/01/2021 | AWC | BL | Call J. Stang regarding update on status of discovery. | | 0.10 | 700.00 | $70.00 |
| 02/01/2021 | JIS | BL | Call Andy Caine regarding status of discovery. | | 0.10 | 700.00 | $70.00 |
| 02/02/2021 | AWC | BL | Emails with Locke and team regarding various discovery/claim issues (.80); | | 0.80 | 700.00 | $560.00 |
| 02/04/2021 | AWC | BL | Emails with client regarding asset issues (.20); emails with Jones Walker and call with Locke regarding discovery (.40). | | 0.60 | 700.00 | $420.00 |
| 02/05/2021 | AWC | BL | Read new filings, including Annual Report and emails with Locke thereon. | | 1.10 | 700.00 | $770.00 |
| 02/05/2021 | GNB | BL | Email with Andrew W. Caine and with C. Davin Boldissar regarding non-bates labelled documents for Everlaw database. | | 0.10 | 700.00 | $70.00 |
| 02/08/2021 | AWC | BL | Emails with Locke and team regarding discovery and case issues (.60); | | 0.60 | 700.00 | $420.00 |
| 02/09/2021 | AWC | BL | Read updated insurance summary (.30). | | 0.30 | 700.00 | $210.00 |
| 02/11/2021 | AWC | BL | Emails with Locke regarding various case issues. | | 0.40 | 700.00 | $280.00 |
| 02/12/2021 | AWC | BL | Emails with Locke and client and calls with James I. Stang regarding various case issues/strategy (.60); skim Jones Walker document chart and emails with team thereon (.40). | | 1.00 | 700.00 | $700.00 |
| 02/12/2021 | GNB | BL | Review Allison Kingsmill letter from this evening | | 0.10 | 700.00 | $70.00 |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page: 6 | |
| Archdiocese of New Orleans OCC | | | | Invoice 127418 | |
| 05067 - 00002 | | | | February 28, 2021 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding status of Rule 2004 document production and briefly review chart attached thereto; Email James I. Stang, Linda F. Cantor, and Andrew W. Caine regarding same; Email with Andrew W. Caine regarding same. | | | |
| 02/12/2021 | JIS | BL | Call Andrew Caine regarding update on status of discovery. | 0.10 | 700.00 | $70.00 |
| 02/15/2021 | AWC | BL | Read ANO letter and chart of document production issues/status and emails with counsel regarding hearing. | 1.60 | 700.00 | $1,120.00 |
| 02/16/2021 | AWC | BL | Emails with BRG regarding discovery information/issues (.40); read Debtors opposition to 2004 motion/exhibits, review 2004 motion and related correspondence, and emails with Locke/team thereon and regarding response/hearing (1.40). | 1.80 | 700.00 | $1,260.00 |
| 02/16/2021 | NPL | BL | Email communications with G. Brown and A. Caine regarding mediation research. | 0.20 | 460.00 | $92.00 |
| 02/16/2021 | NPL | BL | Review bankruptcy dockets, plans and disclosure statement for mediation research. | 1.10 | 460.00 | $506.00 |
| 02/16/2021 | NPL | BL | Prepare mediation research spreadsheet. | 1.40 | 460.00 | $644.00 |
| 02/16/2021 | NPL | BL | Draft email to B. Brown and A. Caine regarding mediation research. | 0.20 | 460.00 | $92.00 |
| 02/17/2021 | AWC | BL | Calls and emails with Locke regarding cases issues/2004 (.60); review underlying material/drafts for 2004 reply and emails with team and BRG thereon and regarding discovery (1.40); review 2004 opposition and map/draft and revise reply (1.60); call with Mintz regarding 2004, order and review order (.30). | 3.90 | 700.00 | $2,730.00 |
| 02/17/2021 | GNB | BL | Telephone conference with Nancy Lockwood regarding insert for reply in support of Rule 2004 motion directed to Archdiocese (.1); Prepare for same (.1). | 0.20 | 700.00 | $140.00 |
| 02/17/2021 | NPL | BL | Email communications with R. Mori regarding pdf files. | 0.20 | 460.00 | $92.00 |
| 02/17/2021 | NPL | BL | Review and reply to email from A. Caine regarding mediation research. | 0.10 | 460.00 | $46.00 |
| 02/17/2021 | NPL | BL | Review debtor dockets, plans and disclosure statements for mediation references. | 2.70 | 460.00 | $1,242.00 |
| 02/17/2021 | NPL | BL | Review, revise and update mediation research spreadsheet. | 2.60 | 460.00 | $1,196.00 |
| 02/17/2021 | NPL | BL | Draft email to A. Caine and G. Brown regarding mediation research status and updated spreadsheet. | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP  Page:     7
Archdiocese of New Orleans OCC  Invoice 127418
05067    - 00002  February 28, 2021

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 02/18/2021 | AWC | BL | Calls and emails with Locke and team and draft/revise reply to 2004 motion opposition (3.20); emails with team regarding insurance and non-debtor info/documents, 2004 motions (.70); review JW edits to 2004 order, revise order and emails with Locke an team thereon (.90). | | 4.80 | 700.00 | $3,360.00 |
| 02/18/2021 | AWC | BL | Review and revise order regarding abuse claim access and calls and emails with team and Locke thereon. | | 0.80 | 700.00 | $560.00 |
| 02/18/2021 | GNB | BL | Review Andrew W. Caine draft reply in support of Rule 2004 motion directed to Archdiocese and comment to Andrew W. Caine regarding same. | | 0.10 | 700.00 | $70.00 |
| 02/18/2021 | GNB | BL | Email with Nancy Lockwood regarding research for insert for reply in support of Rule 2004 motion directed to Archdiocese. | | 0.10 | 700.00 | $70.00 |
| 02/18/2021 | GNB | BL | Briefly review Archdiocese's arguments in opposition to Rule 2004 motion directed to Archdiocese. | | 0.10 | 700.00 | $70.00 |
| 02/18/2021 | GNB | BL | Email with Andrew W. Caine and with Paul N. Shields regarding edits to reply in support of Rule 2004 motion directed to Archdiocese. | | 0.10 | 700.00 | $70.00 |
| 02/18/2021 | NPL | BL | Email communications with G. Brown and A. Caine regarding mediation research. | | 0.10 | 460.00 | $46.00 |
| 02/19/2021 | AWC | BL | Emails with Jones Walker and Locke regarding 2004 reply and order and further information (.90); read and revise 2004 reply (.30). | | 1.20 | 700.00 | $840.00 |
| 02/19/2021 | AWC | BL | Review final revised order on abuse claim access and read emails with counsel thereon (.40); | | 0.40 | 700.00 | $280.00 |
| 02/22/2021 | AWC | BL | Review/revise 2004 motion to insurance companies and emails with team thereon and re ANO response (.90); review documents to prepare for counsel meeting (.40). | | 1.30 | 700.00 | $910.00 |
| 02/23/2021 | AWC | BL | Emails with Locke regarding various matters (.30); attend hearing regarding various matters (.60). | | 0.90 | 700.00 | $630.00 |
| 02/23/2021 | AWC | BL | Calls and emails with Locke regarding discovery issues (.40); email to JW regarding discovery and real property issues and review documents therefor (.30); read Camden motion to compel and emails with team thereon (.60); review and revise 2004 motion/declarations to Captive and emails with team thereon and regarding strategy/other insurance discovery (1.20). | | 2.50 | 700.00 | $1,750.00 |
| 02/23/2021 | GNB | BL | Email John Varadian and Matthew Kruetzer, with cc | | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:    8  
Invoice 127418  
February 28, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | to D. Ray Strong and Matthew R. Babcock, regarding update of potential computer consultancy work for Financial Edge and other computer programs. | | | |
| 02/24/2021 | AWC | BL | Review revised 2004 motion to Captive and calls/emails with team and Locke thereon (.60); emails with JW regarding discovery issues (.30). | 0.90 | 700.00 | $630.00 |
| 02/24/2021 | GNB | BL | Revise Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. (0.1); Email with C. Davin Boldissar regarding same (0.1). | 0.20 | 700.00 | $140.00 |
| 02/24/2021 | GNB | BL | Revise Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. (0.2); Finalize declarations of Andrew W. Caine and Gillian N. Brown in support thereof (.2). | 0.40 | 700.00 | $280.00 |
| 02/25/2021 | AWC | BL | Review/revise revised captive 2004 motion and emails with Locke and team thereon. | 0.90 | 700.00 | $630.00 |
| 02/25/2021 | JIS | BL | Call with L. Lord attorneys regarding mediator issues. | 1.50 | 700.00 | $1,050.00 |
| 02/26/2021 | AWC | BL | Call with JW regarding discovery and asset issues (.80); call with James I. Stang regarding issues/strategy (.60); emails with Locke regarding non-debtor discovery/strategy (.30); emails with JW regarding additional produced documents and skim documents (.90). | 2.60 | 700.00 | $1,820.00 |
| 02/26/2021 | JIS | BL | Call with Andrew Caine and Debtor counsel regarding discovery issues (partial). | 0.60 | 700.00 | $420.00 |
| 02/28/2021 | GNB | BL | Email with Andrew W. Caine regarding deadline for Archdiocese's written objections and responses to Rule 2004 document requests and privilege log. | 0.10 | 700.00 | $70.00 |
| | | | | 41.80 | | $27,172.00 |

## Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2021 | NPL | CA | Review Debtor docket regarding recently filed motions, orders and applications. | 0.40 | 460.00 | $184.00 |
| 02/04/2021 | NPL | CA | Update critical date and deadline memorandum. | 0.60 | 460.00 | $276.00 |
| 02/04/2021 | NPL | CA | Email communications with B. Anavim regarding edits to critical date and deadline memorandum. | 0.20 | 460.00 | $92.00 |
| 02/08/2021 | NPL | CA | Email communications with E. Gray regarding amended schedules and statement of financial affairs for diocese cases. | 0.60 | 460.00 | $276.00 |
| 02/19/2021 | NPL | CA | Review debtor docket regarding recently filed pleadings, dates and deadlines. | 0.30 | 460.00 | $138.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 9
Archdiocese of New Orleans OCC  Invoice 127418
05067   - 00002  February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/19/2021 | NPL | CA | Review, revise and update critical dates and deadline memorandum. | 0.20 | 460.00 | $92.00 |
| 02/26/2021 | NPL | CA | Update critical dates and deadlines memorandum. | 0.40 | 460.00 | $184.00 |
|  |  |  |  | 2.70 |  | $1,242.00 |

### Claims Admin/Objections[B310]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/22/2021 | JIS | CO | Call L. Cantor regarding filed proofs of claim and claims review. | 0.50 | 700.00 | $350.00 |
| 02/22/2021 | JIS | CO | Call Ilan Scharf regarding claims review issues. | 0.20 | 700.00 | $140.00 |
| 02/22/2021 | LFC | CO | Call J. Stang regarding filed proofs of claim and claims review. | 0.50 | 700.00 | $350.00 |
| 02/22/2021 | IDS | CO | Call J. Stang regarding claims review issues. | 0.20 | 700.00 | $140.00 |
| 02/23/2021 | DHH | CO | Redact abuse survivor claims. | 1.40 | 395.00 | $553.00 |
| 02/23/2021 | SLL | CO | Redact sexual abuse claims. | 2.00 | 395.00 | $790.00 |
| 02/23/2021 | SLL | CO | Redact claims. | 2.20 | 395.00 | $869.00 |
| 02/24/2021 | DHH | CO | Redact abuse survivor claims. | 2.10 | 395.00 | $829.50 |
| 02/24/2021 | SLL | CO | Redact confidential sexual abuse proofs of claim. | 4.50 | 395.00 | $1,777.50 |
| 02/25/2021 | SLL | CO | Redact confidential sexual abuse claims. | 1.70 | 395.00 | $671.50 |
| 02/26/2021 | DHH | CO | Research regarding duplicate claims. | 1.00 | 395.00 | $395.00 |
|  |  |  |  | 16.30 |  | $6,865.50 |

### Fee/Employment Application

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/02/2021 | BDD | FE | Prepare BRG fee statement (June - Oct 2020) and emails P. Shields re same | 0.80 | 460.00 | $368.00 |
| 02/02/2021 | BDD | FE | Email N. DeLeon re BRG monthly fee statement | 0.10 | 460.00 | $46.00 |
| 02/03/2021 | BDD | FE | Revisions to BRG fee statement and email P. Shields re same | 0.20 | 460.00 | $92.00 |
| 02/04/2021 | GNB | FE | Draft employment application for Zobrio (.15); Email Joshua M. Fried and Beth D. Dassa regarding conflict check list; Email John Varadian and Matthew Kreutzer regarding status of computer consultancy project(.05). | 0.20 | 700.00 | $140.00 |
| 02/04/2021 | BDD | FE | Email G. Brown re conflicts check | 0.10 | 460.00 | $46.00 |
| 02/05/2021 | BDD | FE | Review BRG conflicts check and email G. Brown re same | 0.10 | 460.00 | $46.00 |
| 02/10/2021 | BDD | FE | Email L. Cantor and J. Fried re PSZJ fee statement | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:    10  
Invoice 127418  
February 28, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2021 | BDD | FE | Email D. Boldissar re PSZJ fee statement | 0.10 | 460.00 | $46.00 |
| 02/22/2021 | JIS | FE | Call to D. Boldissar and D. Welsh regarding mediation interviews. | 0.10 | 700.00 | $70.00 |
| | | | | 1.80 | | $900.00 |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2021 | AWC | GC | Weekly Committee call (1.0); | 1.00 | 700.00 | $700.00 |
| 02/01/2021 | JIS | GC | Attend Committee meeting. | 1.00 | 700.00 | $700.00 |
| 02/02/2021 | AWC | GC | Weekly call with counsel (1.10). | 1.10 | 700.00 | $770.00 |
| 02/02/2021 | JIS | GC | Attend committee meeting. | 1.10 | 700.00 | $770.00 |
| 02/08/2021 | AWC | GC | Weekly committee call (.90). | 0.90 | 700.00 | $630.00 |
| 02/08/2021 | JIS | GC | Review Court's order re committee formation (.3); call D. Boldissar re same (.1). | 0.40 | 700.00 | $280.00 |
| 02/09/2021 | AWC | GC | Weekly meeting of counsel (1.60); | 1.60 | 700.00 | $1,120.00 |
| 02/09/2021 | JIS | GC | Call with state court counsel regarding bar date/access to claims; stay issues, plan timing, mediator candidates, order re commercial committee. | 1.60 | 700.00 | $1,120.00 |
| 02/09/2021 | KHB | GC | Review opinion on TMI motion for additional committee (.8); emails with J. Stang and L.Cantor re same (.2); email D. Boldisar re same (.1). | 1.10 | 700.00 | $770.00 |
| 02/10/2021 | JIS | GC | Call Ken Brown regarding TMI motion and next steps. | 0.20 | 700.00 | $140.00 |
| 02/10/2021 | KHB | GC | Confer with J. Stang re Order on TMI motion for new committee and next steps. | 0.20 | 700.00 | $140.00 |
| 02/15/2021 | JIS | GC | Call with Committee regarding TMI order and opinion, and mediator interviews. | 1.80 | 700.00 | $1,260.00 |
| 02/15/2021 | KHB | GC | Confer with D. Baldisar, R. Kubel and J. Stang re order appointing new committee and next steps (.9); confer with J. Stang re same (.2). | 1.10 | 700.00 | $770.00 |
| 02/16/2021 | AWC | GC | Weekly call with Committee, counsel regarding various issues/discovery (1.70); | 1.70 | 700.00 | $1,190.00 |
| 02/16/2021 | JIS | GC | Attend committee call. | 1.70 | 700.00 | $1,190.00 |
| 02/22/2021 | AWC | GC | Weekly call with Committee (partial) (.80) | 0.80 | 700.00 | $560.00 |
| 02/22/2021 | JIS | GC | Attend committee meeting for mediator interviews, and update on other case issues. | 1.10 | 700.00 | $770.00 |
| 02/23/2021 | AWC | GC | Weekly call with counsel | 0.80 | 700.00 | $560.00 |
| 02/23/2021 | JIS | GC | Call state court counsel regarding upcoming agenda | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:   11  
Invoice 127418  
February 28, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | for hearing and mediation candidates. | | | |
| 02/25/2021 | JIS | GC | Call P. Vance regarding case status. | 0.60 | 700.00 | $420.00 |
| | | | | 20.60 | | $14,420.00 |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2021 | IAWN | IC | Exchange emails with Andrew W Caine re application discovery | 0.10 | 700.00 | $70.00 |
| 02/02/2021 | IAWN | IC | Review Brown and Andrew W Caine emails re discovery | 0.10 | 700.00 | $70.00 |
| 02/04/2021 | IAWN | IC | Review James I Stang email re Thuma ruliings | 0.10 | 700.00 | $70.00 |
| 02/06/2021 | IAWN | IC | Review Boldissar email re BSA pleading and respond to Andrew W Caine re same | 0.10 | 700.00 | $70.00 |
| 02/08/2021 | IAWN | IC | Exchange telephone calls and emails with Boldissar re insurance and TCC meeting | 0.20 | 700.00 | $140.00 |
| 02/08/2021 | IAWN | IC | Exchange emails and telephone call with Boldissar re committee telephone call | 0.10 | 700.00 | $70.00 |
| 02/08/2021 | IAWN | IC | Exchange emails with Murray re coverage chart and slotting chart | 0.10 | 700.00 | $70.00 |
| 02/12/2021 | IAWN | IC | Research defense under La. Law | 1.80 | 700.00 | $1,260.00 |
| 02/13/2021 | IAWN | IC | Continued defense research under La law | 0.80 | 700.00 | $560.00 |
| 02/14/2021 | IAWN | IC | Continued LA research re occurrence | 1.60 | 700.00 | $1,120.00 |
| 02/17/2021 | IAWN | IC | Exchange texts with James I Stang re NOLA insurance, .1; draft and send email to Boldissar re insurance, .1 | 0.20 | 700.00 | $140.00 |
| 02/18/2021 | GNB | IC | Draft Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. (1.2); Research corporate documents relating to same (.1); Review declaration of Jeffrey Entwisle in connection of same (.1). | 1.40 | 700.00 | $980.00 |
| 02/18/2021 | GNB | IC | Email with James I. Stang, Andrew W. Caine, and Iain A.W. Nasatir regarding Rule 2004 motions directed to insurers. | 0.10 | 700.00 | $70.00 |
| 02/18/2021 | IAWN | IC | Review and analyze NOLA response to insurance discovery, .2, respond re same to Andrew W Caine, .1, review Interstate case, .2, exchange emails with Boldissar re insurance, .1 | 0.60 | 700.00 | $420.00 |
| 02/19/2021 | GNB | IC | Prepare exhibits to declaration of Gillian N. Brown in support of Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. | 0.10 | 700.00 | $70.00 |
| 02/19/2021 | GNB | IC | Continue drafting Rule 2004 motion directed to | 2.00 | 700.00 | $1,400.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 12
Archdiocese of New Orleans OCC  Invoice 127418
05067   - 00002  February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Archdiocese of New Orleans Indemnity, Inc. |  |  |  |
| 02/19/2021 | GNB | IC | Draft declaration of Andrew W. Caine in support of Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. | 0.30 | 700.00 | $210.00 |
| 02/19/2021 | GNB | IC | Draft proposed order granting Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. | 0.10 | 700.00 | $70.00 |
| 02/19/2021 | GNB | IC | Draft declaration of Gillian N. Brown in support of Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. | 0.10 | 700.00 | $70.00 |
| 02/20/2021 | GNB | IC | Email C. Davin Boldissar and Ashley Mohr regarding scheduling hearings on Rule 2004 motions directed to insurance companies. | 0.10 | 700.00 | $70.00 |
| 02/21/2021 | GNB | IC | Email with Iain A. W. Nasatir regarding draft Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. | 0.10 | 700.00 | $70.00 |
| 02/21/2021 | IAWN | IC | Review 2004 motion and declarations, .8, email to G. Brown, Andrew W Caine, and James I Stang re same.1 | 0.90 | 700.00 | $630.00 |
| 02/22/2021 | GNB | IC | Revise and edit Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc., and email Iain A.W. Nasatir regarding same (.1); Review Andrew W. Caine edits to Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc. (.1). | 0.20 | 700.00 | $140.00 |
| 02/22/2021 | IAWN | IC | Review Andrew W Caine edits to 2004, .2, exchange emails with Gillian N Brown re captive ID., .1, review emails between James i Stang, Andrew W Caine and Gillian N Brown re finalizing 2004, .1 | 0.40 | 700.00 | $280.00 |
| 02/22/2021 | JIS | IC | Attend in camera hearing regarding insurance coverage. | 1.50 | 700.00 | $1,050.00 |
| 02/23/2021 | GNB | IC | Finalize Rule 2004 motion directed to Archdiocese of New Orleans Indemnity, Inc., and associated papers (1.8); Research additional facts for same (.4); Email Omer F. Kuebel III, C. Davin Boldissar, and Ashley Mohr regarding filing and service of same (.1); Email with Linda F. Cantor regarding same (.1). | 2.40 | 700.00 | $1,680.00 |
| 02/23/2021 | IAWN | IC | Exchange emails with Brown re 2004 on insurance information | 0.10 | 700.00 | $70.00 |
| 02/24/2021 | IAWN | IC | Review emails between James I Stang, Linda F Cantor, Brown, Boldissar re 2004 filing | 0.20 | 700.00 | $140.00 |
| 02/25/2021 | IAWN | IC | Review emalils from Boldissar, Brown, Andrew W | 0.10 | 700.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:    13  
Invoice 127418  
February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Caine, re filing of 2004 | | | |
| | | | | **15.90** | | **$11,130.00** |

**Plan & Disclosure Stmt. [B320]**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/16/2021 | JIS | PD | Telephone call possible consultant regarding child protection measures for inclusion in plan. | 0.20 | 700.00 | $140.00 |
| 02/19/2021 | AWC | PD | read motion to extend exclusivity and emails with counsel thereon (.80). | 0.80 | 700.00 | $560.00 |
| 02/22/2021 | AWC | PD | Review exclusivity extension motion and emails with Locke and team thereon. | 0.60 | 700.00 | $420.00 |
| 02/22/2021 | GNB | PD | Email with James I. Stang, Linda F. Cantor, and to Andrew W. Caine regarding confidentiality of sex abuse claims (.1); Email with Diane Hinojosa regarding maintenance of confidentiality of sex abuse claims (.1). | 0.20 | 700.00 | $140.00 |
| 02/25/2021 | AWC | PD | Emails with Locke and client regarding exclusivity extension motion/strategy. | 0.40 | 700.00 | $280.00 |
| | | | | **2.20** | | **$1,540.00** |

**TOTAL SERVICES FOR THIS MATTER:** $63,969.50

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:   14  
Invoice 127418  
February 28, 2021

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/28/2021 | OS | Everlaw, Inv. 36264, AD New Orleans database for month of February | 500.00 |
| 02/28/2021 | PAC | Pacer - Court Research | 139.70 |

**Total Expenses for this Matter** **$639.70**

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:     15  
Invoice 127418  
February 28, 2021

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    02/28/2021

| | |
|---|---:|
| **Total Fees** | $63,969.50 |
| **Total Expenses** | 639.70 |
| **Total Due on Current Invoice** | $64,609.20 |

**Outstanding Balance from prior invoices as of    02/28/2021    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $14,055.50 |
| 126902 | 11/30/2020 | $135,207.50 | $1,810.71 | $27,041.50 |
| 126935 | 12/31/2020 | $132,105.00 | $7,674.83 | $26,421.00 |
| 127406 | 01/31/2021 | $75,933.50 | $1,398.89 | $77,332.39 |

**Total Amount Due on Current and Prior Invoices:**             **$209,459.59**