# EXHIBIT F

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

|  |  |
|---|---|
| | March 31, 2021 |
| Invoice | 127511 |
| Client | 05067 |
| Matter | 00002 |
| | **JIS** |

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2021**

| | |
|---|---|
| FEES | $165,462.50 |
| EXPENSES | $1,097.23 |
| **TOTAL CURRENT CHARGES** | **$166,559.73** |
| **BALANCE FORWARD** | **$209,459.59** |
| **TOTAL BALANCE DUE** | **$376,019.32** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     2

Invoice 127511

March 31, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 58.30 | $40,810.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 13.60 | $6,256.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 395.00 | 5.50 | $2,172.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 42.10 | $29,470.00 |
| JIS | Stang, James I. | Partner | 700.00 | 30.40 | $21,280.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 5.40 | $3,780.00 |
| JWL | Lucas, John W. | Partner | 700.00 | 1.40 | $980.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 0.20 | $140.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 33.50 | $23,450.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 1.80 | $828.00 |
| SLL | Lee, Sophia L. | Other | 395.00 | 70.80 | $27,966.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 11.90 | $8,330.00 |
| | | | | 274.90 | $165,462.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:      3

Invoice 127511

March 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.90 | $1,330.00 |
| BL | Bankruptcy Litigation [L430] | 94.70 | $66,290.00 |
| CA | Case Administration [B110] | 4.50 | $2,718.00 |
| CO | Claims Admin/Objections[B310] | 109.00 | $53,028.50 |
| FE | Fee/Employment Application | 32.30 | $19,346.00 |
| GC | General Creditors Comm. [B150] | 27.20 | $19,040.00 |
| H | Hearings | 1.30 | $910.00 |
| ME | Mediation | 2.00 | $1,400.00 |
| PD | Plan & Disclosure Stmt. [B320] | 2.00 | $1,400.00 |
| | | 274.90 | $165,462.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     4

Invoice 127511

March 31, 2021

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Federal Express [E108] | $23.86 |
| Lexis/Nexis- Legal Research [E | $90.92 |
| Pacer - Court Research | $3.70 |
| Reproduction/ Scan Copy | $15.50 |
| Research [E106] | $506.00 |
| Transcript [E116] | $457.25 |
| | $1,097.23 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    5

Invoice 127511

March 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 03/03/2021 | JIS | AA | Review emails for update on status of property review. | 0.10 | 700.00 | $70.00 |
| 03/11/2021 | JIS | AA | Call Iain Nasatir regarding status of review of insurance policies. | 0.10 | 700.00 | $70.00 |
| 03/11/2021 | JIS | AA | Call Iain Nasatir re insurance coverage issues. | 0.20 | 700.00 | $140.00 |
| 03/15/2021 | JIS | AA | Call with Andrew Caine regarding appraisals. | 0.20 | 700.00 | $140.00 |
| 03/15/2021 | JIS | AA | Call Iain Nasatir regarding insurance insolvency in PA for Debtor's carrier. | 0.40 | 700.00 | $280.00 |
| 03/24/2021 | JIS | AA | Review insurance coverage chart. | 0.10 | 700.00 | $70.00 |
| 03/25/2021 | AWC | AA | Call and emails with Locke and team regarding real property valuations, approach. | 0.40 | 700.00 | $280.00 |
| 03/26/2021 | AWC | AA | Emails with Locke regarding real property valuation, approach, employment. | 0.40 | 700.00 | $280.00 |
| | | | | **1.90** | | **$1,330.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 02/02/2021 | GNB | BL | Email with Andrew W. Caine regarding Rule 2004 requests relating to insurance. | 0.10 | 700.00 | $70.00 |
| 03/01/2021 | AWC | BL | Emails with JW and team regarding 2004 production (.40); emails regarding and weekly Committee call (1.40). | 1.80 | 700.00 | $1,260.00 |
| 03/02/2021 | AWC | BL | Emails with team and JW regarding produced documents/review (.80); weekly counsel call (1.40); read JW email with revised property list and call with JW regarding real estate and discovery issues (.90); read BRG summary regarding financial databases and emails with BRG thereon (.50); calls and emails with team and Locke regarding real estate approach, appraiser employment (.70). | 4.30 | 700.00 | $3,010.00 |
| 03/02/2021 | GNB | BL | Analyze documents Archdiocese produced on February 28, 2021. | 1.10 | 700.00 | $770.00 |
| 03/02/2021 | GNB | BL | Email Andrew W. Caine regarding preliminary analysis of documents Archdiocese produced on February 28, 2021. | 0.20 | 700.00 | $140.00 |
| 03/02/2021 | GNB | BL | Email Allison Kingsmill regarding documents Archdiocese produced on February 28, 2021; Briefly review email from D. Ray Strong regarding Archdiocese's financial system. | 0.10 | 700.00 | $70.00 |
| 03/03/2021 | AWC | BL | Emails with Locke and team regarding real property | 0.60 | 700.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:     6

Invoice 127511

March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | disclosures/next steps (.40); emails with Locke and team regarding  access to claims (.20). |  |  |  |
| 03/04/2021 | AWC | BL | Review real property disclosure and emails thereon (.40); review Captive 2004 motion and emails thereon (.30); review emails regarding document review, production, response (.40). | 1.10 | 700.00 | $770.00 |
| 03/05/2021 | AWC | BL | Emails with Locke regarding real estate issues (.20); emails with team regarding document production (.40). | 0.40 | 700.00 | $280.00 |
| 03/08/2021 | AWC | BL | Review documents/correspondence and draft email to JW regarding missing information (.60); read new case decision and news article relating to underlying information for case (.60). | 1.20 | 700.00 | $840.00 |
| 03/08/2021 | JIS | BL | Review 5th Circuit opinion regarding sealing record. | 0.30 | 700.00 | $210.00 |
| 03/09/2021 | AWC | BL | Read Locke annotated real estate list and emails with Locke thereon (.50); emails with team regarding review of produced documents (.40); read documents re personal property/valuations and emails with counsel and team thereon and regarding further information (.40). | 1.30 | 700.00 | $910.00 |
| 03/09/2021 | GNB | BL | Analyze documents produced by Archdiocese in response to Committee's Rule 2004 document requests directed to Archdiocese. | 2.50 | 700.00 | $1,750.00 |
| 03/09/2021 | GNB | BL | Prepare email response to Andrew W. Caine's question regarding to Committee's Rule 2004 document requests directed to Archdiocese (.2); Email with C. Davin Boldissar regarding same (.1). | 0.30 | 700.00 | $210.00 |
| 03/09/2021 | GNB | BL | Analyze documents produced by Archdiocese in response to Committee's Rule 2004 document requests directed to Archdiocese. | 1.60 | 700.00 | $1,120.00 |
| 03/10/2021 | AWC | BL | Emails with Locke, Blank Rome and team regarding Captive 2004 order and review agreed order (.60); review insurance chart and emails with team thereon (.60); emails with team regarding motion to compel for ANO 2004, produced documents (.40). | 1.60 | 700.00 | $1,120.00 |
| 03/11/2021 | AWC | BL | Review Captive proposed edits to 2004 order and emails with counsel thereon. | 0.80 | 700.00 | $560.00 |
| 03/12/2021 | AWC | BL | Emails with JW regarding documents/2004 response, skim response and emails with Locke and team thereon (.70); emails with Committee regarding insurance issues (.40). | 1.10 | 700.00 | $770.00 |
| 03/12/2021 | GNB | BL | Analyze documents produced by Archdiocese in response to Committee's Rule 2004 document requests directed to Archdiocese. | 1.30 | 700.00 | $910.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      7

Invoice 127511

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2021 | GNB | BL | Email with Allison Kingsmill regarding documents produced by Archdiocese; Review Dirk Wegmann email and attachment regarding additional documents produced today. | 0.10 | 700.00 | $70.00 |
| 03/12/2021 | LFC | BL | Review Debtor's responses to discovery requests | 0.50 | 700.00 | $350.00 |
| 03/13/2021 | GNB | BL | Analyze documents produced by Archdiocese in response to Committee's Rule 2004 document requests directed to Archdiocese. | 1.80 | 700.00 | $1,260.00 |
| 03/15/2021 | AWC | BL | Emails with team regarding document production (.40); read ANO formal document response and emails with JW, Locke and team thereon (1.10); read documents regarding Belvedere insurance insolvency (.50); emails and calls with Locke and JIS re preparation for court conference (.30). | 2.30 | 700.00 | $1,610.00 |
| 03/15/2021 | GNB | BL | Analyze documents produced by Archdiocese in response to Committee's Rule 2004 document requests directed to Archdiocese. | 4.50 | 700.00 | $3,150.00 |
| 03/15/2021 | GNB | BL | Email with Iain A.W. Nasatir regarding insurance-related discovery. | 0.10 | 700.00 | $70.00 |
| 03/15/2021 | JIS | BL | Review report regarding analysis of document production. | 0.20 | 700.00 | $140.00 |
| 03/16/2021 | AWC | BL | Review ANO document response and emails, underlying documents and prepare for and draft meet and confer communications to JW (2.20); research regarding ANO objections/applicable law (1.10); emails and calls with team regarding production, issues, motion to compel (.90). | 4.20 | 700.00 | $2,940.00 |
| 03/16/2021 | GNB | BL | Email with Allison Kingsmill regarding questions about documents in Archdiocese's Rule 2004 production; Email Cia H. Mackle regarding questions concerning documents Archdiocese produced in response to Rule 2004 motion. | 0.10 | 700.00 | $70.00 |
| 03/16/2021 | GNB | BL | Email with Peter Giep (PSZJ IT Dept.) regarding unreadable files from Archdiocese's document production. | 0.10 | 700.00 | $70.00 |
| 03/16/2021 | GNB | BL | Review Archdiocese's objections and responses dated March 12, 2021 in response to Rule 2004 motion. | 1.00 | 700.00 | $700.00 |
| 03/16/2021 | GNB | BL | Research law on motion to compel Archdiocese's production of documents (Rule 2004). | 1.20 | 700.00 | $840.00 |
| 03/16/2021 | GNB | BL | Draft motion to compel Archdiocese's production of documents (Rule 2004). | 1.30 | 700.00 | $910.00 |
| 03/16/2021 | GNB | BL | Draft email to Paul N. Shields, Matthew K. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:      8

Invoice 127511

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Babcock, and Shelby Chaffos regarding documents produced by Archdiocese in response to Rule 2004 document requests. | | | |
| 03/17/2021 | AWC | BL | Read deposition transcripts and other documents to prepare for meet and confer/motion to compel and revise email to JW regarding meet and confer (3.20); research regarding case legal issues (1.10);  emails with team regarding document production issues, motion to compel (.60). | 4.90 | 700.00 | $3,430.00 |
| 03/17/2021 | GNB | BL | Email with Andrew W. Caine regarding motion to compel Archdiocese's production of documents (Rule 2004); Review email from Cia H. Mackle regarding defects in Archdiocese's most recent Rule 2004 production. | 0.10 | 700.00 | $70.00 |
| 03/17/2021 | GNB | BL | Email with Iain A.W. Nasatir regarding insurance-related document requests in Rule 2004 requests directed to Archdiocese (.1); Research information relating to same (.2); Email Iain A. W. Nasatir regarding same (.1). | 0.40 | 700.00 | $280.00 |
| 03/17/2021 | GNB | BL | Draft suggested language for Andrew W. Caine in response to Archdiocese's requests for clarification concerning certain Rule 2004 document requests. | 1.00 | 700.00 | $700.00 |
| 03/17/2021 | GNB | BL | Draft motion to compel Archdiocese's production of documents (Rule 2004). | 0.20 | 700.00 | $140.00 |
| 03/18/2021 | AWC | BL | Attend telephonic court hearing (.30); calls and emails with team regarding document production issues/meet and confer/motion to compel (1.20); emails with JW regarding meet  and confer on 2004 requests (.60). | 2.10 | 700.00 | $1,470.00 |
| 03/18/2021 | GNB | BL | Draft motion to compel Archdiocese's production of documents (Rule 2004). | 0.30 | 700.00 | $210.00 |
| 03/18/2021 | GNB | BL | Telephonic meet and confer with Allison Kingsmill regarding Rule 2004 document requests directed to the Archdiocese. | 0.50 | 700.00 | $350.00 |
| 03/18/2021 | GNB | BL | Prepare for meet and confer with Allison Kingsmill regarding Rule 2004 document requests directed to the Archdiocese; Email Andrew W. Caine regarding same. | 0.10 | 700.00 | $70.00 |
| 03/19/2021 | AWC | BL | Call with Locke regarding 2004 requests/meet and confer (.20); prepare for and meet/confer call with JW regarding 2004 requests (1.10); calls and emails with team regarding 2004 requests/negotiation/motion to compel (.80); draft email to JW regarding 2004/meet and confer (.30). | 2.40 | 700.00 | $1,680.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      9

Archdiocese of New Orleans OCC

Invoice 127511

05067   - 00002

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/19/2021 | GNB | BL | Telephonic meet and confer with Andrew W. Caine, Edward Wegmann, Mark Mintz, Jeff Tillery, and Allison Kingsmill regarding motion to compel Archdiocese's production of documents (Rule 2004) | 0.60 | 700.00 | $420.00 |
| 03/19/2021 | GNB | BL | Prepare for telephonic meet and confer. | 0.10 | 700.00 | $70.00 |
| 03/19/2021 | GNB | BL | Draft motion to compel Archdiocese's production of documents (Rule 2004). | 1.90 | 700.00 | $1,330.00 |
| 03/20/2021 | GNB | BL | Draft motion to compel Archdiocese's production of documents (Rule 2004). | 5.90 | 700.00 | $4,130.00 |
| 03/20/2021 | GNB | BL | Research law and facts for motion to compel Archdiocese's production of documents (Rule 2004). | 1.50 | 700.00 | $1,050.00 |
| 03/20/2021 | GNB | BL | Draft declaration of Gillian N. Brown in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.20 | 700.00 | $140.00 |
| 03/20/2021 | GNB | BL | Draft declaration of Andrew W. Caine in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/21/2021 | GNB | BL | Draft motion to compel Archdiocese's production of documents (Rule 2004). | 2.30 | 700.00 | $1,610.00 |
| 03/21/2021 | LFC | BL | Review and revise drafts of motion to modify mediation | 3.40 | 700.00 | $2,380.00 |
| 03/22/2021 | AWC | BL | Emails with team and counsel regarding motion to compel/meet and confer/strategy (.80); review documents and draft/revise motion to compel (2.60); draft email to JW regarding production proposal as to certain document categories (.50). | 3.90 | 700.00 | $2,730.00 |
| 03/22/2021 | GNB | BL | Draft emails to James I. Stang and Andrew W. Caine regarding potential partial resolution of certain aspects of motion to compel Archdiocese's production of documents (Rule 2004). | 0.20 | 700.00 | $140.00 |
| 03/23/2021 | AWC | BL | Emails with JW regarding document responses/potential resolution (.40); emails with team regarding motion to compel/issues, review documents and review/revise motion (3.90). | 4.30 | 700.00 | $3,010.00 |
| 03/23/2021 | GNB | BL | Revise motion to compel Archdiocese's production of documents (Rule 2004). | 3.10 | 700.00 | $2,170.00 |
| 03/23/2021 | GNB | BL | Draft declarations in support of motion to compel Archdiocese's production of documents (Rule 2004). | 2.50 | 700.00 | $1,750.00 |
| 03/23/2021 | GNB | BL | Revise declarations in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.30 | 700.00 | $210.00 |
| 03/23/2021 | GNB | BL | Draft proposed order granting motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    10

Invoice 127511

March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2021 | GNB | BL | Email C. Davin Boldissar and Ashley Mohr regarding motion to compel papers for filing on Thursday. | 0.10 | 700.00 | $70.00 |
| 03/23/2021 | GNB | BL | Telephone conference with D. Ray Strong and Matthew K. Babcock regarding their declarations in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.20 | 700.00 | $140.00 |
| 03/23/2021 | GNB | BL | Consider C. Davin Boldissar email regarding motion to compel Archdiocese's production of documents (Rule 2004); Email Andrew W. Caine regarding same. | 0.10 | 700.00 | $70.00 |
| 03/23/2021 | GNB | BL | Review James I. Stang's edits to motion to compel Archdiocese's production of documents (Rule 2004) (.1); Email Andrew W. Caine regarding same (.1). | 0.20 | 700.00 | $140.00 |
| 03/23/2021 | GNB | BL | Integrate James I. Stang's edits to motion to compel Archdiocese's production of documents (Rule 2004). | 0.50 | 700.00 | $350.00 |
| 03/23/2021 | JIS | BL | Call Iain Nasatir regarding discovery issue relating to insurance. | 0.10 | 700.00 | $70.00 |
| 03/23/2021 | JIS | BL | Review motion to compel. | 0.70 | 700.00 | $490.00 |
| 03/24/2021 | AWC | BL | Emails with team, Locke and BRG regarding motion to compel, revise motion and related declarations. | 1.90 | 700.00 | $1,330.00 |
| 03/24/2021 | GNB | BL | Email James I. Stang and Andrew W. Caine regarding revisions to motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | GNB | BL | Email with Soren E. Giselson regarding motion to compel Archdiocese's production of documents (Rule 2004); Email with James I. Stang regarding declarations from BRG in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | GNB | BL | Telephone conference with James I. Stang regarding declarations in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | GNB | BL | Email with Paul N. Shields regarding confirmation of factual assertion in motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | GNB | BL | Revise and edit declaration of D. Ray Strong in support of motion to compel Archdiocese's production of documents (Rule 2004) | 0.20 | 700.00 | $140.00 |
| 03/24/2021 | GNB | BL | Review and edit declaration of Matthew K. Babcock in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11
Invoice 127511

Archdiocese of New Orleans OCC

05067    - 00002

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | GNB | BL | Telephone conference with Matthew K. Babcock regarding his declaration in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | GNB | BL | Review email from Edward Wegmann regarding meet and confer agenda from March 17; Email James I. Stang, Linda F. Cantor, and Andrew W. Caine regarding same; Email Andrew W. Caine with final versions of all papers in support of motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | JIS | BL | Call Gillian Brown regarding comments on motion to compel and declarations. | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | JIS | BL | Review motion to compel and accompanying declarations. | 0.20 | 700.00 | $140.00 |
| 03/24/2021 | JIS | BL | Call Andrew Caine regarding motion to compel and settlement values. | 0.10 | 700.00 | $70.00 |
| 03/25/2021 | AWC | BL | Emails with JW regarding various document issues (.40); calls and emails with Locke and team regarding and review/revise motion to compel and related declarations (1.90); emails with Locke and client regarding non-debtor discovery (.30). | 2.60 | 700.00 | $1,820.00 |
| 03/25/2021 | GNB | BL | Email James I. Stang and Andrew W. Caine regarding arguments in motion to compel Archdiocese's production of documents (Rule 2004). | 0.10 | 700.00 | $70.00 |
| 03/25/2021 | LFC | BL | Review revised motion to compel. | 0.30 | 700.00 | $210.00 |
| 03/25/2021 | JMF | BL | Review motion to compel and stay violation motion. | 0.50 | 700.00 | $350.00 |
| 03/26/2021 | AWC | BL | Emails with team regarding produced documents/electronic review (.50); emails with JW regarding produced documents (.20). | 0.70 | 700.00 | $490.00 |
| 03/29/2021 | AWC | BL | Call and emails with Locke, client and team regarding claims access, insurance records (.70); emails with JW regarding insurance records and review protective order thereon (.40). | 1.10 | 700.00 | $770.00 |
| 03/29/2021 | GNB | BL | Investigate confidentiality designations; Email with Andrew W. Caine regarding same. | 0.10 | 700.00 | $70.00 |
| 03/30/2021 | AWC | BL | Emails with team regarding produced documents, analysis, tasks (.60); read ANO status report in JW Doe case (.10); read produced documents regarding ANO personal property and emails with Locke thereon (.40). | 1.10 | 700.00 | $770.00 |
| 03/30/2021 | GNB | BL | Review documents produced by Archdiocese per Andrew W. Caine inquiry (.5); Email Andrew W. | 0.60 | 700.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 12

Archdiocese of New Orleans OCC

Invoice 127511

05067   - 00002

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Caine regarding same (.1). | | | |
| 03/31/2021 | AWC | BL | Read NY ruling on discovery confidentiality (.60); emails with client regarding potential assets (.20). | 0.80 | 700.00 | $560.00 |
| | | | | **94.70** | | **$66,290.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2021 | JIS | CA | Call with media regarding bar date. | 0.40 | 700.00 | $280.00 |
| 03/03/2021 | JIS | CA | Call J. Anderson regarding case status. | 0.20 | 700.00 | $140.00 |
| 03/09/2021 | AWC | CA | Read notice of Committee appointment and emails with Locke thereon (.20); emails with court regarding conference of counsel (.20). | 0.40 | 700.00 | $280.00 |
| 03/09/2021 | JIS | CA | Call Peavy regarding case status. | 0.70 | 700.00 | $490.00 |
| 03/10/2021 | JIS | CA | Call with media regarding case background. | 1.00 | 700.00 | $700.00 |
| 03/11/2021 | NPL | CA | Review debtor docket regarding pending dates, deadlines, and motions. | 0.30 | 460.00 | $138.00 |
| 03/11/2021 | NPL | CA | Update critical date memorandum. | 0.40 | 460.00 | $184.00 |
| 03/19/2021 | NPL | CA | Update critical dates and deadlines memorandum. | 0.40 | 460.00 | $184.00 |
| 03/26/2021 | NPL | CA | Update critical dates and deadline memorandum. | 0.70 | 460.00 | $322.00 |
| | | | | **4.50** | | **$2,718.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/03/2021 | LFC | CO | Telephone conference with J Stang re deadline for abuse claims | 0.50 | 700.00 | $350.00 |
| 03/03/2021 | JIS | CO | Review bar date order re release of information regarding claims. | 0.30 | 700.00 | $210.00 |
| 03/03/2021 | JIS | CO | Call Linda Cantor regarding status of claims and review issues. | 0.50 | 700.00 | $350.00 |
| 03/04/2021 | KHB | CO | Confer with J. Stang re deadline for objections to abuse claims. | 0.20 | 700.00 | $140.00 |
| 03/04/2021 | LFC | CO | Confer with claims agent and download / review updated claims files | 0.50 | 700.00 | $350.00 |
| 03/04/2021 | SLL | CO | Redact sexual abuse claims. | 2.50 | 395.00 | $987.50 |
| 03/05/2021 | DHH | CO | Redaction of claims. | 2.10 | 395.00 | $829.50 |
| 03/05/2021 | SLL | CO | Redact confidential abuse claims. | 4.30 | 395.00 | $1,698.50 |
| 03/08/2021 | DHH | CO | Research regarding duplicate claimants from other diocese matters. | 1.30 | 395.00 | $513.50 |
| 03/08/2021 | SLL | CO | Redact confidential sexual abuse claims. | 4.20 | 395.00 | $1,659.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    13

Invoice 127511

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/09/2021 | DHH | CO | Redaction of claims. | 2.10 | 395.00 | $829.50 |
| 03/09/2021 | SLL | CO | Redact confidential sexual abuse claims. | 5.30 | 395.00 | $2,093.50 |
| 03/10/2021 | SLL | CO | Redact confidential sexual abuse claims. | 6.10 | 395.00 | $2,409.50 |
| 03/11/2021 | JIS | CO | Call Linda Cantor re claims review. | 0.50 | 700.00 | $350.00 |
| 03/11/2021 | SLL | CO | Redact confidential sexual abuse claims. | 2.70 | 395.00 | $1,066.50 |
| 03/12/2021 | LFC | CO | Telephone conference with J. Lucas re claims | 0.40 | 700.00 | $280.00 |
| 03/12/2021 | SLL | CO | Redact confidential claims. | 4.00 | 395.00 | $1,580.00 |
| 03/12/2021 | JWL | CO | Call with L. Cantor regarding building claims schedule for review (.4); review filed claims (.4)and propose changes to claims schedule (.6); | 1.40 | 700.00 | $980.00 |
| 03/15/2021 | JIS | CO | Call Linda Cantor re claims review. | 0.30 | 700.00 | $210.00 |
| 03/15/2021 | LFC | CO | Review numerous claims and analysis of issues for template and potential defenses (3.40); Telephone conference with J Stang re claims and claim schedule (0.40). | 3.80 | 700.00 | $2,660.00 |
| 03/15/2021 | LFC | CO | Further review claims | 0.10 | 700.00 | $70.00 |
| 03/15/2021 | LFC | CO | Review supplemental bar date declaration and review bar date order | 0.40 | 700.00 | $280.00 |
| 03/16/2021 | LFC | CO | Research claim issues and draft e-mail memo on substantial revisions to claim | 1.60 | 700.00 | $1,120.00 |
| 03/16/2021 | LFC | CO | Review revised template | 0.30 | 700.00 | $210.00 |
| 03/17/2021 | JIS | CO | Review motion to dismiss opposition regarding possible SOL issues. | 0.20 | 700.00 | $140.00 |
| 03/17/2021 | JIS | CO | Call R. Kuebel regarding upcoming hearing on claims issues. | 0.40 | 700.00 | $280.00 |
| 03/17/2021 | LFC | CO | Research statutory and case law and analysis regarding prescription and defenses | 4.60 | 700.00 | $3,220.00 |
| 03/17/2021 | LFC | CO | Draft outline of prescription issues | 1.40 | 700.00 | $980.00 |
| 03/18/2021 | JIS | CO | Call D. Boldissar regarding hearing on access to claims. | 0.20 | 700.00 | $140.00 |
| 03/18/2021 | JIS | CO | Call Linda Cantor regarding chambers conference and status of claims review. | 0.60 | 700.00 | $420.00 |
| 03/18/2021 | JIS | CO | Call D. Bolldissar regarding SOL issues (.2) and review appellate pleading re same (.2). | 0.40 | 700.00 | $280.00 |
| 03/18/2021 | JIS | CO | Review proposed claim order regarding access. | 0.10 | 700.00 | $70.00 |
| 03/18/2021 | LFC | CO | Review articles and legal analysis and revise memo summarizing prescription  issues | 1.60 | 700.00 | $1,120.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    14
Invoice 127511
March 31, 2021

|            |     |    |                                                                                          | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------|-------|--------|------------|
| 03/18/2021 | LFC | CO | Review and research limitations period issues under state law                            | 1.50  | 700.00 | $1,050.00  |
| 03/18/2021 | LFC | CO | TC with Davin Boldissar regarding claims and defenses under Louisiana law                 | 1.20  | 700.00 | $840.00    |
| 03/19/2021 | JIS | CO | Research regarding SOL issues, including 'knew or should have known" standard and trigger analysis. | 0.80  | 700.00 | $560.00    |
| 03/19/2021 | LFC | CO | Review and research limitations period issues under state law                            | 1.50  | 700.00 | $1,050.00  |
| 03/19/2021 | LFC | CO | TC with Jim Stang regarding claims issues                                                 | 0.60  | 700.00 | $420.00    |
| 03/19/2021 | LFC | CO | TC with Davin Boldissar regarding claims and defenses under Louisiana law                 | 1.20  | 700.00 | $840.00    |
| 03/19/2021 | LFC | CO | Draft email memo regarding further revisions to claim review template                     | 0.30  | 700.00 | $210.00    |
| 03/19/2021 | LFC | CO | Review revised template                                                                   | 0.20  | 700.00 | $140.00    |
| 03/19/2021 | LFC | CO | Review additional cases on renunciation of limitations periods  / acknowledgment of claims | 1.40  | 700.00 | $980.00    |
| 03/19/2021 | LFC | CO | Draft email memo regarding further revisions to claim review template                     | 0.30  | 700.00 | $210.00    |
| 03/19/2021 | LFC | CO | Review revised template                                                                   | 0.20  | 700.00 | $140.00    |
| 03/19/2021 | LFC | CO | Review additional cases on renunciation of limitations periods  / acknowledgment of claims | 1.40  | 700.00 | $980.00    |
| 03/22/2021 | SLL | CO | Charting confidential claims.                                                             | 3.80  | 395.00 | $1,501.00  |
| 03/23/2021 | JIS | CO | Call Linda Cantor regarding prescription issues.                                          | 0.20  | 700.00 | $140.00    |
| 03/23/2021 | LFC | CO | Call with Davin Boldissar regarding claims and defenses under LA law                      | 0.70  | 700.00 | $490.00    |
| 03/23/2021 | LFC | CO | Review case law regarding claim defenses                                                  | 0.60  | 700.00 | $420.00    |
| 03/23/2021 | SLL | CO | Charting confidential claims.                                                             | 2.30  | 395.00 | $908.50    |
| 03/23/2021 | SLL | CO | Chart confidential sexual abuse claims.                                                   | 4.90  | 395.00 | $1,935.50  |
| 03/24/2021 | SLL | CO | Chart confidential claims.                                                                | 5.20  | 395.00 | $2,054.00  |
| 03/25/2021 | SLL | CO | Chart confidential claims.                                                                | 5.90  | 395.00 | $2,330.50  |
| 03/26/2021 | SLL | CO | Chart confidential claims.                                                                | 6.20  | 395.00 | $2,449.00  |
| 03/29/2021 | JIS | CO | Review/revise consent order re claims.                                                    | 0.30  | 700.00 | $210.00    |
| 03/29/2021 | SLL | CO | Chart sexual abuse claims.                                                                | 3.40  | 395.00 | $1,343.00  |
| 03/30/2021 | SLL | CO | Chart sexual abuse claims.                                                                | 4.20  | 395.00 | $1,659.00  |
| 03/31/2021 | SLL | CO | Chart confidential abuse claims.                                                          | 5.80  | 395.00 | $2,291.00  |
|            |     |    |                                                                                          | **109.00** |    | **$53,028.50** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    15
Invoice 127511
March 31, 2021

## Fee/Employment Application

| Date | Initials | | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 03/05/2021 | JMF | FE | Review/edit January fee statement. | 1.70 | 700.00 | $1,190.00 |
| 03/05/2021 | BDD | FE | Emails P. Shields and L. Cantor re BRG fee statement | 0.20 | 460.00 | $92.00 |
| 03/05/2021 | BDD | FE | Review Kinsella monthly fee applications and payment status and emails L. Cantor re same | 0.30 | 460.00 | $138.00 |
| 03/08/2021 | LFC | FE | Review Kinsella invoices, fee application and payments made and determine cause of discrepancy between amounts owed and paid | 0.60 | 700.00 | $420.00 |
| 03/08/2021 | LFC | FE | Draft email correspondence to debtor's counsel regarding payment of Kinsella invoices | 0.30 | 700.00 | $210.00 |
| 03/08/2021 | LFC | FE | Follow-up and further e-mail memo regarding the Kinsella payments | 0.40 | 700.00 | $280.00 |
| 03/08/2021 | JMF | FE | Review PSZJ January fee statement. | 0.70 | 700.00 | $490.00 |
| 03/08/2021 | BDD | FE | Call with P. Shields re BRG fee statement | 0.10 | 460.00 | $46.00 |
| 03/09/2021 | JMF | FE | Review revised PSZJ January invoice. | 0.30 | 700.00 | $210.00 |
| 03/09/2021 | BDD | FE | Email P. Shields re BRG monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/10/2021 | BDD | FE | Call with P. Shields re BRG first consolidated monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/10/2021 | BDD | FE | Further review/revisions to BRG June - Oct 2020 fee statements and emails L. Cantor and P. Shields re same | 0.50 | 460.00 | $230.00 |
| 03/11/2021 | BDD | FE | Email L. Cantor re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/11/2021 | BDD | FE | Prepare Kinsella monthly fee statement and emails L. Cantor re same | 0.50 | 460.00 | $230.00 |
| 03/12/2021 | BDD | FE | Email L. Cantor re BRG Jun - Oct 2020 consolidated fee statement | 0.10 | 460.00 | $46.00 |
| 03/17/2021 | BDD | FE | Email L. Cantor re status of BRG fee statement | 0.10 | 460.00 | $46.00 |
| 03/18/2021 | BDD | FE | Email J. Fried re PSZJ Jan. 2021 monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/19/2021 | JMF | FE | Review PSZJ invoice and emails re same. | 0.30 | 700.00 | $210.00 |
| 03/19/2021 | BDD | FE | Email L. Gardizabal and R. Rothman re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/19/2021 | BDD | FE | Emails L. Cantor, J. Fried and O. Carpio re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/19/2021 | BDD | FE | Email N. Brown re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/19/2021 | BDD | FE | Email C. Curts re LEDES invoice for January | 0.10 | 460.00 | $46.00 |
| 03/19/2021 | BDD | FE | Preparation of PSZJ Jan. monthly fee statement and | 0.70 | 460.00 | $322.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067 - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | emails L. Cantor and J. Fried re same | | | |
| 03/22/2021 | BDD | FE | Email L. Cantor re BRG consolidated monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/23/2021 | JMF | FE | Edit PSZJ March statement. | 0.40 | 700.00 | $280.00 |
| 03/23/2021 | JMF | FE | Review general order re BRG fee application (.2) and emails to/from P. Shields re same (.1). | 0.30 | 700.00 | $210.00 |
| 03/23/2021 | BDD | FE | Email L. Cantor re BRG consolidated monthly fee statement (June - Oct. 2020) | 0.10 | 460.00 | $46.00 |
| 03/24/2021 | JIS | FE | Call possible financial advisor re case background. | 0.60 | 700.00 | $420.00 |
| 03/25/2021 | LFC | FE | Review fee statements | 0.20 | 700.00 | $140.00 |
| 03/25/2021 | JMF | FE | Review January PSZJ statement (.6); emails re voluntary reductions to same (.1). | 0.70 | 700.00 | $490.00 |
| 03/25/2021 | BDD | FE | Call with P. Shields and email re same re Oct-Nov monthly fee statement and LEDES formatting | 0.30 | 460.00 | $138.00 |
| 03/25/2021 | BDD | FE | Email C. Curts re BRG consolidated monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/25/2021 | BDD | FE | Correspondence to appropriate parties re PSZJ Jan monthly fee statement and emails L. Cantor and parties re same | 0.50 | 460.00 | $230.00 |
| 03/25/2021 | BDD | FE | Email N. Brown re Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/25/2021 | BDD | FE | Further revisions to PSZJ Jan. monthly fee statement (.20); emails J. Fried and O. Carpio re same (.10) | 0.30 | 460.00 | $138.00 |
| 03/25/2021 | BDD | FE | Email A. George at UST's office re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 03/26/2021 | WLR | FE | Draft 2nd interim fee application | 1.40 | 700.00 | $980.00 |
| 03/26/2021 | BDD | FE | Email B. Ramseyer re PSZJ final fee application | 0.10 | 460.00 | $46.00 |
| 03/27/2021 | WLR | FE | Draft 2nd interim fee application | 2.50 | 700.00 | $1,750.00 |
| 03/29/2021 | WLR | FE | Correspondence to Beth Dassa re 2nd interim fee application | 0.20 | 700.00 | $140.00 |
| 03/29/2021 | WLR | FE | Review correspondence from Beth Dassa and Linda Cantor re timing of fee application | 0.10 | 700.00 | $70.00 |
| 03/29/2021 | WLR | FE | Draft Second interim fee application | 1.80 | 700.00 | $1,260.00 |
| 03/29/2021 | BDD | FE | Email B. Ramseyer re PSZJ interim fee application | 0.10 | 460.00 | $46.00 |
| 03/30/2021 | BDD | FE | Emails B. Ramseyer re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 03/30/2021 | BDD | FE | Emails L. Gardizabal and R. Rothman re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 03/30/2021 | BDD | FE | Analyze Oct 2020 - Feb 2021 invoices and begin | 1.50 | 460.00 | $690.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    17

Invoice 127511

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | working on PSZJ 2nd interim fee application | | | |
| 03/30/2021 | BDD | FE | Review prior entered fee order | 0.10 | 460.00 | $46.00 |
| 03/31/2021 | WLR | FE | Draft 2nd interim fee application | 1.40 | 700.00 | $980.00 |
| 03/31/2021 | WLR | FE | Draft 2nd interim fee application | 1.00 | 700.00 | $700.00 |
| 03/31/2021 | WLR | FE | Review and revise 2nd interim fee application | 3.50 | 700.00 | $2,450.00 |
| 03/31/2021 | JMF | FE | Review PSZJ monthly February statement. | 0.30 | 700.00 | $210.00 |
| 03/31/2021 | BDD | FE | Emails R. Rothman, L. Gardizabal and V. Arias re PSZJ 2nd interim fee application | 0.20 | 460.00 | $92.00 |
| 03/31/2021 | BDD | FE | Review docket re fee application filing deadline and emails L. Cantor re same. | 0.20 | 460.00 | $92.00 |
| 03/31/2021 | BDD | FE | Work on preparation of PSZJ 2nd interim fee application and email B. Ramseyer re same | 6.30 | 460.00 | $2,898.00 |
| | | | | 32.30 | | $19,346.00 |

## General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2021 | JIS | GC | Committee call regarding case status, mediation, claims. | 1.40 | 700.00 | $980.00 |
| 03/02/2021 | JIS | GC | Meeting with State Court Counsel re case issues. | 1.30 | 700.00 | $910.00 |
| 03/03/2021 | JIS | GC | Case strategy call with R. Kuebel regarding claims, insurance, upcoming hearings, mediation. | 1.00 | 700.00 | $700.00 |
| 03/04/2021 | JIS | GC | Call with Frank Lamothe and M. Pfau regarding case status. | 1.00 | 700.00 | $700.00 |
| 03/08/2021 | AWC | GC | Weekly committee call. | 1.00 | 700.00 | $700.00 |
| 03/08/2021 | JIS | GC | Committee call. | 1.00 | 700.00 | $700.00 |
| 03/09/2021 | AWC | GC | Weekly counsel call. | 2.00 | 700.00 | $1,400.00 |
| 03/09/2021 | JIS | GC | State Court counsel meeting. | 2.00 | 700.00 | $1,400.00 |
| 03/15/2021 | AWC | GC | Weekly committee call. | 1.30 | 700.00 | $910.00 |
| 03/15/2021 | GNB | GC | Draft email to Andrew W. Caine regarding information to provide to Committee regarding Rule 2004 directed to Archdiocese. | 0.30 | 700.00 | $210.00 |
| 03/15/2021 | JIS | GC | Committee call. | 1.30 | 700.00 | $910.00 |
| 03/15/2021 | JIS | GC | Call with R. Kebel regarding appraisals and mediation hearing. | 0.60 | 700.00 | $420.00 |
| 03/16/2021 | AWC | GC | Weekly counsel call. | 1.70 | 700.00 | $1,190.00 |
| 03/16/2021 | JIS | GC | Call with Debtor's counsel regarding upcoming chambers conference re mediation. | 1.00 | 700.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    18
Invoice 127511
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/16/2021 | JIS | GC | State Court Counsel call regarding mediation, discovery. | 1.70 | 700.00 | $1,190.00 |
| 03/19/2021 | JIS | GC | Update call with Andrews andThornton regarding case. | 0.20 | 700.00 | $140.00 |
| 03/22/2021 | AWC | GC | Weekly committee call. | 1.00 | 700.00 | $700.00 |
| 03/22/2021 | JIS | GC | Committee meeting. | 1.00 | 700.00 | $700.00 |
| 03/23/2021 | AWC | GC | Weekly counsel call. | 1.50 | 700.00 | $1,050.00 |
| 03/23/2021 | JIS | GC | Call with State Court Counsel re case issues, including claims review, pending motions. | 1.70 | 700.00 | $1,190.00 |
| 03/23/2021 | LFC | GC | Teleconference call with Committee counsel regarding Claims and defenses under LA law | 1.50 | 700.00 | $1,050.00 |
| 03/30/2021 | AWC | GC | Weekly counsel call. | 1.00 | 700.00 | $700.00 |
| 03/30/2021 | JIS | GC | Attend committee call. | 0.70 | 700.00 | $490.00 |
| | | | | **27.20** | | **$19,040.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/17/2021 | JIS | H | Chambers Conference. | 1.20 | 700.00 | $840.00 |
| 03/18/2021 | JIS | H | Attend hearing regarding claims access. | 0.10 | 700.00 | $70.00 |
| | | | | **1.30** | | **$910.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/08/2021 | JIS | ME | Review LL outline for mediation discussion with Debtor. | 0.10 | 700.00 | $70.00 |
| 03/08/2021 | JIS | ME | Call with Debtor regarding mediation issues. | 1.60 | 700.00 | $1,120.00 |
| 03/09/2021 | JIS | ME | Call Court regarding email on mediation hearing and follow up email to co-counsel. | 0.20 | 700.00 | $140.00 |
| 03/15/2021 | JIS | ME | Call Andrew Caine re status of discovery for hearing re mediation. | 0.10 | 700.00 | $70.00 |
| | | | | **2.00** | | **$1,400.00** |

**Plan & Disclosure Stmt. [B320]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/10/2021 | AWC | PD | Read draft response to motion to extend exclusivity and emails with Locke thereon. | 0.50 | 700.00 | $350.00 |
| 03/11/2021 | AWC | PD | Review/revise response to exclusivity motion and emails with Locke thereon. | 0.60 | 700.00 | $420.00 |
| 03/11/2021 | JIS | PD | Review and comment on response to exclusivity motion. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    19

Invoice 127511

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | JIS | PD | Review pleading regarding vote on chapter 11 plan and emails to Debtor's counsel re same. | 0.50 | 700.00 | $350.00 |
| 03/29/2021 | JMF | PD | Review edits re PSZJ February bill. | 0.20 | 700.00 | $140.00 |
| | | | | **2.00** | | **$1,400.00** |

**TOTAL SERVICES FOR THIS MATTER:**                              **$165,462.50**

Pachulski Stang Ziehl & Jones LLP

Page: 20

Archdiocese of New Orleans OCC

Invoice 127511

05067   - 00002

March 31, 2021

### **Expenses**

| 03/05/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
|---|---|---|---|
| 03/09/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 03/10/2021 | TR | Transcript [E116] Kim Tindall & Associates, Inv. 81865, KHB | 457.25 |
| 03/17/2021 | FE | 05067.00002 FedEx Charges for 03-17-21 | 23.86 |
| 03/17/2021 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 03/18/2021 | LN | 05067.00002 Lexis Charges for 03-18-21 | 90.92 |
| 03/23/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/23/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/25/2021 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 03/25/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/25/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/31/2021 | PAC | Pacer - Court Research | 3.70 |
| 03/31/2021 | RS | Research [E106] Everlaw, Inc. Inv. 38561 | 506.00 |

**Total Expenses for this Matter** **$1,097.23**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    21
Invoice 127511
March 31, 2021

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **03/31/2021**

| | |
|---|---:|
| **Total Fees** | **$165,462.50** |
| **Total Expenses** | **1,097.23** |
| **Total Due on Current Invoice** | **$166,559.73** |

**Outstanding Balance from prior invoices as of**    **03/31/2021**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $14,055.50 |
| 126902 | 11/30/2020 | $135,207.50 | $1,810.71 | $27,041.50 |
| 126935 | 12/31/2020 | $132,105.00 | $7,674.83 | $26,421.00 |
| 127406 | 01/31/2021 | $75,933.50 | $1,398.89 | $77,332.39 |
| 127418 | 02/28/2021 | $63,969.50 | $639.70 | $64,609.20 |

**Total Amount Due on Current and Prior Invoices:**        **$376,019.32**