# EXHIBIT G

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
## OCTOBER 1, 2020 THROUGH MARCH 31, 2021

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNER-SHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| James I. Stang | Founding Partner | Member of CA Bar since 1980 | 1983 | $700.00 | 111.30 | $77,910.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $700.00 | 174.80 | $122,360.00 |
| Linda F. Cantor | Partner | Member of CA Bar since 1991; Member of IL Bar since 1988 | 1994 | $700.00 | 132.90 | $93,030.00 |
| Iain A. W. Nasatir | Partner | Member of NY Bar since 1983; Member of CA Bar since 1990 | 1999 | $700.00 | 11.40 | $7,980.00 |
| John A. Morris | Partner | Member of NY Bar since 1991 | 2008 | $700.00 | 4.30 | $3,010.00 |
| Joshua M. Fried | Partner | Member of CA Bar since 1995; Member of NY Bar since 1999 | 2006 | $700.00 | 31.30 | $21,910.00 |
| Kenneth H. Brown | Partner | Member of CA Bar since 1981 | 2001 | $700.00 | 198.00 | $138,600.00 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNER-SHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Ilan D. Scharf | Partner | Member of NY Bar since 2002 | 2010 | $700.00 | 0.20 | $140.00 |
| William L. Ramseyer | Of Counsel | Member of CA Bar since 1980 | N/A | $700.00 | 28.80 | $20,160.00 |
| John W. Lucas | Partner | Member of CA Bar since 2010 | 2014 | $700.00 | 1.40 | $980.00 |
| Gillian N. Brown | Of Counsel | Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | N/A | $700.00 | 99.00 | $69,300.00 |
| Cia H. Mackle | Of Counsel | Member of FL Bar since 2006 | N/A | $700.00 | 2.30 | $1,610.00 |
| Cia H. Mackle | Of Counsel | Member of FL Bar since 2006 | N/A | $675.00 | 0.80 | $540.00 |
| Leslie A. Forrester | Law Library Director | N/A | N/A | $450.00 | 15.50 | $6,975.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $460.00 | 24.80 | $11,408.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $425.00 | 6.50 | $2,762.50 |
| Patricia J. Jeffries | Paralegal | N/A | N/A | $460.00 | 2.00 | $920.00 |
| La Asia S. Canty | Paralegal | N/A | N/A | $425.00 | 0.30 | $127.50 |
| Nancy P.F. Lockwood | Paralegal | N/A | N/A | $460.00 | 16.30 | $7,498.00 |
| Nancy P.F. Lockwood | Paralegal | N/A | N/A | $425.00 | 38.10 | $16,192.50 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNER-SHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Ben C. Downing | Paralegal | N/A | N/A | $395.00 | 4.10 | $1,619.50 |
| Diane H. Hinojosa | Legal Assistant | N/A | N/A | $395.00 | 12.30 | $4,858.50 |
| Sophia L. Lee | Legal Assistant | N/A | N/A | $395.00 | 81.20 | $32,074.00 |
| Virginia L. Downing | Legal Assistant | N/A | N/A | $150.00 | 6.60 | $990.00 |
| Total | | | | | 1,004.20 | $642,955.50[9] |

---

[9] PSZJ's fees originally totaled $945,280.00 After reductions of standard rates in the amount of $296,359.50 due to an attorney rate cap of $700/per hour, and additional write-offs totaling $5,965.00, the total amount of fees requested during the Application Period is $642,955.50.