# **EXHIBIT B**

## **Second Monthly Fee Statement**

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: June 8, 2021 |

### MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2020 through November 30, 2020 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3.      The detailed time record of BRG for the Statement Period are attached hereto as

**Exhibit B**.

4.      In addition, under separate cover, the detailed time record under Exhibit B will be

sent to the Office of the United States Trustee in the LEDES format.

As of the date hereof, BRG has received the following payments for fees and expenses

incurred from the Debtors' estates post-petition: **None**.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

5.      The total amounts sought for fees for professional services rendered and

reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2020 to November 30, 2020 | |
|---|---|
| Fees (at standard rates) | $7,612.00 |
| (Voluntary Reduction) | ($1,322.50) |
| Fees (After reduction) | $6,289.50 |
| | |
| Expenses | $75.00 |
| **Total** | **$6,364.50** |

## NOTICE AND OBJECTION PROCEDURES

6.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

7.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 8, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay BRG on an interim basis the total amount of **$5,106.60** which consists of eighty percent (80%) of BRG's total fees of **$6,289.50, or $5,031.60**, and one hundred percent (100%) of BRG's total expenses of **$75.00** for the Statement Period.

9.    To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

3

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  May 25, 2021                       Respectfully submitted,

                                        By:/s/ *Paul N. Shields*
                                          Matthew K. Babcock
                                          Paul N. Shields
                                          Berkeley Research Group, LLC
                                        201 South Main Street, Suite 450
                                        Salt Lake City, Utah 84111
                                        Telephone: (801) 364-6233
                                        Email:  mbabcock@thinkbrg.com
                                                     pshields@thinkbrg.com

                                        *Financial Advisors to the Official Committee of Unsecured Creditors*

4

## **EXHIBIT A**

(Timekeeper Summary)

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Name | Title | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Paul Shields | Managing Director | $590 | 9.90 | $5,841.00 |
| Matthew Babcock | Associate Director | $515 | 0.7 | $360.50 |
| Shelby Chaffos | Associate | $220 | 0.4 | $88.00 |
| | | | **11.00** | **$6,289.50** |

**<u>EXHIBIT B</u>**

(November Invoice)



**To:** The Roman Catholic Church for the Archdiocese of New Orleans       **Page** 2 of 6
**c/o:** Official Committee of Unsecured Creditors       **Invoice #** 113802
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for       **Client-Matter:** 20532-033612
the Archdiocese of New Orleans

Services Rendered From November 1, 2020 Through November 30, 2020

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
|   Paul Shields | 590.00 | 9.90 | 5,841.00 |
| | | | |
| **Associate Director** | | | |
|   Matthew Babcock | 515.00 | 0.70 | 360.50 |
| | | | |
| **Associate** | | | |
|   Shelby Chaffos | 220.00 | 0.40 | 88.00 |
| **Total Professional Services** | | **11.00** | **6,289.50** |

**EXPENSES**

| | | |
|---|---|---|
| Publications | | 75.00 |
| **Total Expenses** | | **75.00** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for
the Archdiocese of New Orleans

**Page** 3 of 6
**Invoice #** 113802
**Client-Matter:** 20532-033612

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 200.20 | Document / Data Analysis (Financial / Accounting) | 0.30 | 177.00 |
| 200.90 | Document / Data Analysis (Production Requests) | 2.00 | 1,180.00 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.80 | 1,504.00 |
| 600.00 | Claims / Liability Analysis (General) | 0.70 | 360.50 |
| 1060.00 | Fee Application Preparation & Hearing | 5.20 | 3,068.00 |
| **Total Professional Services** | | **11.00** | **6,289.50** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Invoice #** 113802
**Client-Matter:** 20532-033612

Services Rendered From November 1, 2020 Through November 30, 2020

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 200.20 - Document / Data Analysis (Financial / Accounting)** | | | | | |
| 11/18/20 | Paul Shields | Evaluated summary of debt information and status of requests for information. | 0.30 | 590.00 | 177.00 |
| | | **Total for Task Code 200.20** | **0.30** | | **177.00** |
| **Task Code: 200.90 - Document / Data Analysis (Production Requests)** | | | | | |
| 11/17/20 | Paul Shields | Spoke with UCC Council (KB, DB) regarding requests for documents and information from both the Archdiocese of New Orleans as well as non-debtor affiliates. | 0.50 | 590.00 | 295.00 |
| 11/19/20 | Paul Shields | Prepared follow up requests about obtaining bankruptcy schedule detail in Excel format and interim reports without redactions. | 0.20 | 590.00 | 118.00 |
| 11/21/20 | Paul Shields | Evaluated issues for consideration, and additional requests to make from the Archdiocese, in response to the Debtor's request for an increase in the credit limit on one of the Archdiocese credit cards. | 1.20 | 590.00 | 708.00 |
| 11/30/20 | Paul Shields | Communicated regarding requests for detail of amended bankruptcy schedules in Excel format and period reports without redactions. | 0.10 | 590.00 | 59.00 |
| | | **Total for Task Code 200.90** | **2.00** | | **1,180.00** |
| **Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | | |
| 11/03/20 | Shelby Chaffos | Examined Periodic Interim Reports for the Two-Week Period Ending July 31, 2020. | 0.40 | 220.00 | 88.00 |
| 11/03/20 | Paul Shields | Instructed staff regarding work to perform in connection with downloading and organizing monthly operating reports. | 0.30 | 590.00 | 177.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Page 5 of 6
**Invoice #** 113802
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/04/20 | Paul Shields | Analysis of monthly operating reports (1.6) and communicated to UCC Counsel follow up issues for further consideration (0.5). | 2.10 | 590.00 | 1,239.00 |
| | | **Total for Task Code 220.00** | **2.80** | | **1,504.00** |
| **Task Code: 600.00 - Claims / Liability Analysis (General)** | | | | | |
| 11/30/20 | Matthew Babcock | Examined filed claims, including review of available documentation on Donlin Recano website. | 0.70 | 515.00 | 360.50 |
| | | **Total for Task Code 600.00** | **0.70** | | **360.50** |
| **Task Code: 1060.00 - Fee Application Preparation & Hearing** | | | | | |
| 11/19/20 | Paul Shields | Spoke with UCC Counsel (LC) regarding instructions relating to fee statement and fee application preparation. | 0.30 | 590.00 | 177.00 |
| 11/24/20 | Paul Shields | Evaluated August 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 1.30 | 590.00 | 767.00 |
| 11/24/20 | Paul Shields | Evaluated July 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 1.60 | 590.00 | 944.00 |
| 11/24/20 | Paul Shields | Evaluated June 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 0.60 | 590.00 | 354.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 6 of 6
**Invoice #** 113802
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/25/20 | Paul Shields | Evaluated August 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 1.30 | 590.00 | 767.00 |
| 11/30/20 | Paul Shields | Communicated regarding updates to Archdiocese of New Orleans task codes. | 0.10 | 590.00 | 59.00 |
| | | **Total for Task Code 1060.00** | **5.20** | | **3,068.00** |
| | | **Professional Services** | **11.00** | | **6,289.50** |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| **Publications** | | |
| 11/05/20 | Shields, Paul - Payment of Expenses Publications on 2020-08-04. Line Number 40. Publication: Louisiana Economic Outlook to LSU Foundation. . Expense Rept# 0100-4212-4638 | 75.00 |
| | **Total For Publications** | **75.00** |
| | **Expenses** | **75.00** |