# **EXHIBIT C**

## **Third Monthly Fee Statement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: June 8, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2020 through December 31, 2020 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

3. The detailed time record of BRG for the Statement Period are attached hereto as **Exhibit B**.

4. In addition, under separate cover, the detailed time record under Exhibit B will be sent to the Office of the United States Trustee in the LEDES format.

As of the date hereof, BRG has received the following payments for fees and expenses incurred from the Debtors' estates post-petition: **None**.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

5. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| **December 1, 2020 to December 31, 2020** | |
|---|---|
| Fees (at standard rates) | $12,061.50 |
| (Voluntary Reduction) | ($1,633.50) |
| Fees (After reduction) | $10,428.00 |
| | |
| Expenses | $0.00 |
| **Total** | **$10,428.00** |

**NOTICE AND OBJECTION PROCEDURES**

6. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 8, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay BRG on an interim basis the total amount of **$8,342.40** which consists of eighty percent (80%) of BRG's total fees of **$10,428.00, or $8,342.40**, and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Statement Period.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

4

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 25, 2021

Respectfully submitted,

By: /s/ *Paul N. Shields*
Matthew K. Babcock
Paul N. Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: mbabcock@thinkbrg.com
pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

## **EXHIBIT A**

(Timekeeper Summary)

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Name | Title | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Ozgur Kan | Managing Director | $600 | 3.90 | $2,340.00 |
| Paul Shields | Managing Director | $590 | 7.50 | $4,425.00 |
| Matthew Babcock | Associate Director | $515 | 5.70 | $2,935.50 |
| Shelby Chaffos | Associate | $220 | 0.30 | $66.00 |
| Victoria Calder | Case Assistant | $105 | 6.30 | $661.50 |
| | | | **23.70** | **$10,428.00** |

## **EXHIBIT B**

(November Invoice)



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 2 of 7
**Invoice #** 113804
**Client-Matter:** 20532-033612

Services Rendered From December 1, 2020 Through December 31, 2020

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Managing Director** | | | |
|   Ozgur Kan | 600.00 | 3.90 | 2,340.00 |
|   Paul Shields | 590.00 | 7.50 | 4,425.00 |
| **Associate Director** | | | |
|   Matthew Babcock | 515.00 | 5.70 | 2,935.50 |
| **Associate** | | | |
|   Shelby Chaffos | 220.00 | 0.30 | 66.00 |
| **Case Assistant** | | | |
|   Victoria Calder | 105.00 | 6.30 | 661.50 |
| **Total Professional Services** | | **23.70** | **10,428.00** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 3 of 7
**Invoice #** 113804
**Client-Matter:** 20532-033612

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 200.90 | Document / Data Analysis (Production Requests) | 1.80 | 906.00 |
| 600.00 | Claims / Liability Analysis (General) | 12.00 | 3,642.00 |
| 620.00 | Claims / Liability Analysis (Commercial Debt) | 9.90 | 5,880.00 |
| **Total Professional Services** | | **23.70** | **10,428.00** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 4 of 7
**Invoice #** 113804
**Client-Matter:** 20532-033612

Services Rendered From December 1, 2020 Through December 31, 2020

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 200.90 - Document / Data Analysis (Production Requests)** | | | | | |
| 12/22/20 | Matthew Babcock | Spoke with UCC Counsel regarding document requests. | 0.60 | 515.00 | 309.00 |
| 12/22/20 | Paul Shields | Spoke with UCC Counsel (AC) and BRG (MB) regarding limited production of records to date and next steps in obtaining records from the Debtor. | 0.60 | 590.00 | 354.00 |
| 12/28/20 | Shelby Chaffos | Spoke with BRG (PS) and UCC Counsel (GB) to discuss New Orleans document production. | 0.30 | 220.00 | 66.00 |
| 12/28/20 | Paul Shields | Spoke with BRG (SC) and UCC Counsel (GB) to discuss and coordinate method of identifying documents produced by the Debtor and documents not yet produced. | 0.30 | 590.00 | 177.00 |
| | | **Total for Task Code 200.90** | **1.80** | | **906.00** |
| **Task Code: 600.00 - Claims / Liability Analysis (General)** | | | | | |
| 12/01/20 | Matthew Babcock | Analyzed filed and scheduled claims, including comparison of said claims. | 0.80 | 515.00 | 412.00 |
| 12/01/20 | Paul Shields | Evaluated issues for consideration in developing schedule of unsecured, non-priority claims. | 0.30 | 590.00 | 177.00 |
| 12/02/20 | Matthew Babcock | Coordinated analysis of filed claims. | 0.30 | 515.00 | 154.50 |
| 12/02/20 | Victoria Calder | Analyzed filed claims (Claim #1 - #80), including preparation of data for further review / comparison. | 1.60 | 105.00 | 168.00 |
| 12/03/20 | Victoria Calder | Analyzed filed claims (Claim #81 - #199), including preparation of data for further review / comparison. | 1.40 | 105.00 | 147.00 |
| 12/07/20 | Matthew Babcock | Examined additional filed claims (#200 - #421), including coordination of additional analysis. | 0.80 | 515.00 | 412.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 5 of 7  
**Invoice #** 113804  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/20 | Matthew Babcock | Examined filed claims identified on Donlin Recano (425 claims), including comparison to claims identified on Pacer claims register (59 claims). | 1.90 | 515.00 | 978.50 |
| 12/08/20 | Matthew Babcock | Spoke with BRG (PS) in regard to analysis of filed claims. | 0.30 | 515.00 | 154.50 |
| 12/08/20 | Matthew Babcock | Spoke with UCC Counsel in regard to claims analysis. | 0.20 | 515.00 | 103.00 |
| 12/08/20 | Victoria Calder | Analyzed filed claims (Claim #366 - #421), including preparation of data for further review / comparison. | 1.10 | 105.00 | 115.50 |
| 12/08/20 | Victoria Calder | Analyzed filed claims (Claim #200 - #365), including preparation of data for further review / comparison. | 2.20 | 105.00 | 231.00 |
| 12/08/20 | Paul Shields | Spoke with BRG (MB) regarding analysis of filed claims. | 0.30 | 590.00 | 177.00 |
| 12/09/20 | Matthew Babcock | Updated analysis of filed claims identified on Donlin Recano (425 claims). | 0.80 | 515.00 | 412.00 |
| | | **Total for Task Code 600.00** | **12.00** | | **3,642.00** |

**Task Code: 620.00 - Claims / Liability Analysis (Commercial Debt)**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/20 | Ozgur Kan | Performed research about trading / market activity of bonds. | 0.50 | 600.00 | 300.00 |
| 12/08/20 | Ozgur Kan | Spoke with BRG (PS) regarding market activity of bonds. | 0.20 | 600.00 | 120.00 |
| 12/08/20 | Paul Shields | Spoke with UUC Counsel (DB) regarding information to gather relating to bond trading, as well as scheduled and filed claims. | 0.20 | 590.00 | 118.00 |
| 12/08/20 | Paul Shields | Spoke with BRG (OK) regarding work to perform in connection with bond trading activity. | 0.20 | 590.00 | 118.00 |
| 12/09/20 | Ozgur Kan | Spoke with BRG (PS) regarding research / findings obtained about the market activity of bonds. | 0.40 | 600.00 | 240.00 |
| 12/09/20 | Paul Shields | Reviewed bond trading activity on Archdiocese of New Orleans bonds. | 0.20 | 590.00 | 118.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 6 of 7  
**Invoice #** 113804  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/20 | Paul Shields | Spoke with BRG (OK) regarding findings relating to bond trading activity on Archdiocese of New Orleans bonds. | 0.40 | 590.00 | 236.00 |
| 12/09/20 | Paul Shields | Remitted detail of bond trading activity to counsel, including a description of information contained therein. | 0.20 | 590.00 | 118.00 |
| 12/12/20 | Paul Shields | Prepared email communications regarding Archdiocese of New Orleans bond trading activity. | 0.20 | 590.00 | 118.00 |
| 12/14/20 | Ozgur Kan | Performed research about the ownership of series of bonds over the past year on Bloomberg. | 1.00 | 600.00 | 600.00 |
| 12/14/20 | Ozgur Kan | Spoke with BRG (PS) regarding further research into the market activity of bonds, including conference call with UCC Counsel (RK, DB) regarding same. | 0.40 | 600.00 | 240.00 |
| 12/14/20 | Ozgur Kan | Spoke with BRG (PS) to summarize the market ownership of bonds. | 0.50 | 600.00 | 300.00 |
| 12/14/20 | Ozgur Kan | Spoke with UCC Counsel (RK, DB) about the outcome of the ownership of bonds from industry sources, such as Bloomberg. | 0.90 | 600.00 | 540.00 |
| 12/14/20 | Paul Shields | Conducted further review of trading activity of Archdiocese of New Orleans bonds, including consideration of means of responding to UCC Counsel's request regarding same. | 1.50 | 590.00 | 885.00 |
| 12/14/20 | Paul Shields | Spoke with UCC Counsel (RK, DB) regarding additional issues for consideration in connection with trading activity of Archdiocese of New Orleans bonds. | 0.90 | 590.00 | 531.00 |
| 12/14/20 | Paul Shields | Spoke with BRG (OK) regarding trading activity of Archdiocese of New Orleans bonds. | 0.50 | 590.00 | 295.00 |
| 12/14/20 | Paul Shields | Spoke with BRG (OK) regarding preliminary analysis on bond trading activity, including conference call with UCC Counsel (RK, DB) regarding same. | 0.40 | 590.00 | 236.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 7 of 7
**Invoice #** 113804
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/20 | Paul Shields | Spoke with UCC Counsel (RK) regarding further consideration of issues relating to trading activity of Archdiocese of New Orleans bonds. | 0.50 | 590.00 | 295.00 |
| 12/16/20 | Paul Shields | Spoke with UCC Counsel (LC) regarding analysis of trading activity of Archdiocese of New Orleans bonds. | 0.20 | 590.00 | 118.00 |
| 12/18/20 | Paul Shields | Reviewed next steps in evaluating Archdiocese of New Orleans bond trading activity. | 0.60 | 590.00 | 354.00 |
| | | **Total for Task Code 620.00** | **9.90** | | **5,880.00** |
| **Professional Services** | | | **23.70** | | **10,428.00** |