## EXHIBIT D

## Fourth Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: June 8, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2021 through January 31, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

3. The detailed time record of BRG for the Statement Period are attached hereto as **Exhibit B**.

4. In addition, under separate cover, the detailed time record under Exhibit B will be sent to the Office of the United States Trustee in the LEDES format.

As of the date hereof, BRG has received the following payments for fees and expenses incurred from the Debtors' estates post-petition: **None**.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

5. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2021 to January 31, 2021 | |
|---|---|
| Fees (at standard rates) | $24,961.50 |
| (Voluntary Reduction) | ($3,561.50) |
| Fees (After reduction) | $21,400.00 |
| | |
| Expenses | $7.00 |
| **Total** | **$21,407.00** |

**NOTICE AND OBJECTION PROCEDURES**

6. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay BRG on an interim basis the total amount of **$17,127.00** which consists of eighty percent (80%) of BRG's total fees of **$21,400.00, or $17,120.00**, and one hundred percent (100%) of BRG's total expenses of **$7.00** for the Statement Period.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 25, 2021

Respectfully submitted,

By: /s/ *Paul N. Shields*
    Matthew K. Babcock
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email: mbabcock@thinkbrg.com
           pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

## **EXHIBIT A**

(Timekeeper Summary)

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Name | Title | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Paul Shields | Managing Director | $620 | 14.80 | $9,176.00 |
| Ray Strong | Managing Director | $590 | 2.00 | $1,180.00 |
| Matthew Babcock | Associate Director | $540 | 5.50 | $2,970.00 |
| Jeffrey Shaw | Senior Managing Consultant | $475 | 8.60 | $4,085.00 |
| Sarita Bhattacharya | Consultant | $325 | 1.50 | $487.50 |
| Shelby Chaffos | Associate | $235 | 14.90 | $3,501.50 |
| | | | **47.30** | **$21,400.00** |

## **EXHIBIT B**

(January Invoice)



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Page 2 of 10
**Invoice #** 113806
**Client-Matter:** 20532-033612

Services Rendered From January 1, 2021 Through January 31, 2021

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Managing Director** | | | |
| Paul Shields | 620.00 | 14.80 | 9,176.00 |
| Ray Strong | 590.00 | 2.00 | 1,180.00 |
| **Associate Director** | | | |
| Matthew Babcock | 540.00 | 5.50 | 2,970.00 |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 475.00 | 8.60 | 4,085.00 |
| **Consultant** | | | |
| Sarita Bhattacharya | 325.00 | 1.50 | 487.50 |
| **Associate** | | | |
| Shelby Chaffos | 235.00 | 14.90 | 3,501.50 |
| **Total Professional Services** | | **47.30** | **21,400.00** |

**EXPENSES**

| | |
|---|---:|
| Data Research | 7.00 |
| **Total Expenses** | **7.00** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 3 of 10  
**Invoice #** 113806  
**Client-Matter:** 20532-033612

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 200.20 | Document / Data Analysis (Financial / Accounting) | 4.10 | 1,637.50 |
| 200.30 | Document / Data Analysis (Financial / Accounting) - Accounting System | 2.30 | 1,342.00 |
| 200.90 | Document / Data Analysis (Production Requests) | 25.00 | 9,985.50 |
| 600.00 | Claims / Liability Analysis (General) | 10.80 | 5,273.00 |
| 1060.00 | Fee Application Preparation & Hearing | 5.10 | 3,162.00 |
| **Total Professional Services** | | **47.30** | **21,400.00** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 4 of 10
**Invoice #** 113806
**Client-Matter:** 20532-033612

Services Rendered From January 1, 2021 Through January 31, 2021

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 200.20 - Document / Data Analysis (Financial / Accounting)** | | | | | |
| 01/11/21 | Shelby Chaffos | Evaluated document production contained in Everlaw. | 0.60 | 235.00 | 141.00 |
| 01/13/21 | Sarita Bhattacharya | Teams meeting with BRG (PS, SC) in order to review new batch of documents produced. | 0.60 | 325.00 | 195.00 |
| 01/13/21 | Sarita Bhattacharya | Organized PPP loan documents and Form 990s. | 0.90 | 325.00 | 292.50 |
| 01/13/21 | Shelby Chaffos | Spoke with BRG (PS, SB) to evaluate organization of new document production. | 0.60 | 235.00 | 141.00 |
| 01/13/21 | Paul Shields | Responded to communications from UCC Counsel (AC) and Debtor's Financial Advisor (KZ) regarding production of documents. | 0.60 | 620.00 | 372.00 |
| 01/13/21 | Paul Shields | Participated on call with BRG (SC, SB) about uploading new document production, including organization of said documents on network. | 0.60 | 620.00 | 372.00 |
| 01/15/21 | Paul Shields | Communicated regarding potential timing for production of additional records. | 0.20 | 620.00 | 124.00 |
| | | **Total for Task Code 200.20** | **4.10** | | **1,637.50** |
| **Task Code: 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System** | | | | | |
| 01/08/21 | Ray Strong | Contacted Zobrio to discuss finalizing potential engagement for financial edge consulting. | 0.20 | 590.00 | 118.00 |
| 01/20/21 | Ray Strong | Followed up with accounting system providers for possible engagement to assist with Financial Edge consulting requirements. | 0.20 | 590.00 | 118.00 |
| 01/21/21 | Matthew Babcock | Spoke with Financial Edge consultant. | 0.30 | 540.00 | 162.00 |
| 01/21/21 | Ray Strong | Provided summary of Zobrio call to UCC Counsel for employment application preparation. | 0.20 | 590.00 | 118.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 5 of 10
**Invoice #** 113806
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/21/21 | Ray Strong | Discussed engagement questions and issues with Zobrio contact to move potential engagement forward. | 0.40 | 590.00 | 236.00 |
| 01/22/21 | Ray Strong | Attended call with Zobrio team and UCC counsel (GB) to address engagements questions. | 0.50 | 590.00 | 295.00 |
| 01/22/21 | Ray Strong | Discussed potential engagement of Zobrio as consultants for Debtor's Financial Edge System with UCC counsel (GB). | 0.10 | 590.00 | 59.00 |
| 01/25/21 | Ray Strong | Analyzed Zobrio engagement letters for accounting system consulting and provided comments to counsel. | 0.40 | 590.00 | 236.00 |
| | | **Total for Task Code 200.30** | **2.30** | | **1,342.00** |
| **Task Code: 200.90 - Document / Data Analysis (Production Requests)** | | | | | |
| 01/02/21 | Paul Shields | Responded to communications regarding production of records. | 0.30 | 620.00 | 186.00 |
| 01/04/21 | Matthew Babcock | Spoke with BRG (PS, SC) in regard to document productions. | 0.40 | 540.00 | 216.00 |
| 01/04/21 | Shelby Chaffos | Spoke with BRG (PS, MB) to discuss rule 2004 document production. | 0.40 | 235.00 | 94.00 |
| 01/04/21 | Paul Shields | Spoke with BRG (MB, SC) regarding request for information. | 0.40 | 620.00 | 248.00 |
| 01/05/21 | Shelby Chaffos | Reviewed document production tag structure in comparison to BRG document request list. | 1.80 | 235.00 | 423.00 |
| 01/05/21 | Shelby Chaffos | Spoke with BRG (PS) and UCC Counsel (AC) to discuss document request 49 - 63. | 0.20 | 235.00 | 47.00 |
| 01/05/21 | Shelby Chaffos | Spoke with BRG (PS) and UCC Counsel (GB) to discuss rule 2004 document production. | 0.70 | 235.00 | 164.50 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 6 of 10  
**Invoice #** 113806  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/21 | Shelby Chaffos | Compared documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request, as well as requested documents that remain outstanding (1.4), including discussions with BRG (PS) (0.3 and 0.7). | 2.40 | 235.00 | 564.00 |
| 01/05/21 | Paul Shields | Spoke with UCC Counsel (GB) and BRG (SC) regarding document production to date. | 0.70 | 620.00 | 434.00 |
| 01/05/21 | Paul Shields | Spoke with BRG (SC) to outline issues for consideration in identifying documents produced to date as compared to documents requested. | 0.30 | 620.00 | 186.00 |
| 01/05/21 | Paul Shields | Spoke with BRG (SC) regarding review of records produced by the Debtor as compared to documents requested. | 0.70 | 620.00 | 434.00 |
| 01/05/21 | Paul Shields | Conducted further review of Debtor responses to document request. | 0.30 | 620.00 | 186.00 |
| 01/05/21 | Paul Shields | Spoke with UCC Counsel (AC) and BRG (SC) regarding review of records produced by the Debtor as compared to documents requested. | 0.20 | 620.00 | 124.00 |
| 01/06/21 | Matthew Babcock | Spoke with BRG (PS, SC) in regard to document review / production issues. | 0.50 | 540.00 | 270.00 |
| 01/06/21 | Matthew Babcock | Spoke with UCC Counsel (DB) in regard to claims analysis and discovery requests. | 0.60 | 540.00 | 324.00 |
| 01/06/21 | Matthew Babcock | Reviewed document discovery issues, including responses to UCC Counsel. | 0.40 | 540.00 | 216.00 |
| 01/06/21 | Shelby Chaffos | Compared documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request, as well as requested documents that remain outstanding. (Bates/Control # ANO (20-10846)_00001016 - 00003857). | 1.90 | 235.00 | 446.50 |
| 01/06/21 | Shelby Chaffos | Spoke with BRG (PS) to evaluate documents produced as compared to documents provided. | 1.10 | 235.00 | 258.50 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 7 of 10  
**Invoice #** 113806  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/21 | Shelby Chaffos | Compared documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request, as well as requested documents that remain outstanding. (Bates/Control # ANO (20-10846)_00000202 - 00001015). | 0.70 | 235.00 | 164.50 |
| 01/06/21 | Shelby Chaffos | Compared documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request, as well as requested documents that remain outstanding. (Bates/Control # ANO (20-10846)_00003858 - 00006581). | 1.40 | 235.00 | 329.00 |
| 01/06/21 | Shelby Chaffos | Compared documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request, as well as requested documents that remain outstanding. (Bates/Control # ANO (20-10846)_00006609 - 00008933). | 2.60 | 235.00 | 611.00 |
| 01/06/21 | Shelby Chaffos | Spoke with BRG (PS, MB) to discuss Debtor's response and objections. | 0.50 | 235.00 | 117.50 |
| 01/06/21 | Paul Shields | Evaluated communications relating to outstanding document production. | 0.20 | 620.00 | 124.00 |
| 01/06/21 | Paul Shields | Spoke with BRG (SC) regarding comparison of documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request and those that remain outstanding. | 1.10 | 620.00 | 682.00 |
| 01/06/21 | Paul Shields | Compared documents provided by the Debtor to BRG's documents request list in order to identify documents responsive to request, as well as requested documents that remain outstanding. | 0.70 | 620.00 | 434.00 |
| 01/06/21 | Paul Shields | Prepared email to UCC Counsel (DB) regarding adjustment to request for financial information from non-debtor affiliates. | 0.20 | 620.00 | 124.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 8 of 10  
**Invoice #** 113806  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/21 | Paul Shields | Spoke with BRG (MB, SC) regarding clarifications to initial document request and Debtor responses to said request. | 0.50 | 620.00 | 310.00 |
| 01/06/21 | Paul Shields | Prepared email to UCC Counsel (AC) detailing categories of documents produced and the responsiveness of those documents to the document requests submitted. | 0.90 | 620.00 | 558.00 |
| 01/07/21 | Paul Shields | Conducted additional review of Debtor's response to document request, including calls with UCC Counsel (AC, GB). | 0.60 | 620.00 | 372.00 |
| 01/13/21 | Paul Shields | Participated on call with Debtor's Financial Advisor (KZ) regarding document requests. | 0.30 | 620.00 | 186.00 |
| 01/13/21 | Paul Shields | Prepared communication to UCC Counsel (AC) regarding discussion with Debtor's Financial Advisor and specifics regarding documents requested in native format. | 0.70 | 620.00 | 434.00 |
| 01/18/21 | Matthew Babcock | Revised declaration in support of discovery requests. | 0.50 | 540.00 | 270.00 |
| 01/18/21 | Matthew Babcock | Spoke with UCC Counsel (GB) in regard to declaration. | 0.60 | 540.00 | 324.00 |
| 01/18/21 | Paul Shields | Responded to communications relating to pending requests for information. | 0.20 | 620.00 | 124.00 |
| | | **Total for Task Code 200.90** | **25.00** | | **9,985.50** |
| **Task Code: 600.00 - Claims / Liability Analysis (General)** | | | | | |
| 01/15/21 | Matthew Babcock | Spoke with Donlin Recano in regard to claims data. | 0.30 | 540.00 | 162.00 |
| 01/26/21 | Matthew Babcock | Spoke with BRG (JS) in regard to claims analysis. | 0.40 | 540.00 | 216.00 |
| 01/26/21 | Matthew Babcock | Analyzed filed and scheduled claims data. | 1.50 | 540.00 | 810.00 |
| 01/26/21 | Jeffrey Shaw | Spoke with BRG (MB) regarding claims analysis. | 0.40 | 475.00 | 190.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 9 of 10  
**Invoice #** 113806  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/27/21 | Jeffrey Shaw | Analyzed initial claims data received from Donlin Recano in order to identify duplicate claims. | 1.90 | 475.00 | 902.50 |
| 01/27/21 | Jeffrey Shaw | Evaluated claimant information contained in initial claims data provided by Donlin Recano. | 1.10 | 475.00 | 522.50 |
| 01/27/21 | Jeffrey Shaw | Analyzed initial claims data received from Donlin Recano in order to identify and standardize law firm information. | 2.50 | 475.00 | 1,187.50 |
| 01/27/21 | Jeffrey Shaw | Prepared summary schedules of initial claims data received from Donlin Recano. | 1.20 | 475.00 | 570.00 |
| 01/28/21 | Jeffrey Shaw | Continued preparation of summary claims schedules. | 1.50 | 475.00 | 712.50 |
| | | **Total for Task Code 600.00** | **10.80** | | **5,273.00** |

**Task Code: 1060.00 - Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/21 | Paul Shields | Responded to communications relating to fee statement preparation. | 0.10 | 620.00 | 62.00 |
| 01/21/21 | Paul Shields | Evaluated October 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 0.50 | 620.00 | 310.00 |
| 01/21/21 | Paul Shields | Evaluated August 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 2.20 | 620.00 | 1,364.00 |
| 01/21/21 | Paul Shields | Evaluated September 2020 time descriptions and task codes in order to ensure proper time descriptions and categorization of time entries, including making any necessary adjustments to task codes or time descriptions. | 0.40 | 620.00 | 248.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans  
**c/o:** Official Committee of Unsecured Creditors  
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 10 of 10  
**Invoice #** 113806  
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/21 | Paul Shields | Communicated regarding follow up on BRG fee statement. | 0.10 | 620.00 | 62.00 |
| 01/25/21 | Paul Shields | Made further edits to time entries for the months of June 2020 to October 2020. | 1.80 | 620.00 | 1,116.00 |
| | | **Total for Task Code 1060.00** | **5.10** | | **3,162.00** |
| **Professional Services** | | | **47.30** | | **21,400.00** |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|---|---|---|
| **Data Research** | | |
| 01/31/21 | Pacer - Court (pacer.gov) | 7.00 |
| | **Total For Data Research** | **7.00** |
| **Expenses** | | **7.00** |