# **EXHIBIT E**

## **Fifth Monthly Fee Statement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: June 8, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2021 through February 28, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3.     The detailed time record of BRG for the Statement Period are attached hereto as **Exhibit B**.

4.     In addition, under separate cover, the detailed time record under Exhibit B will be sent to the Office of the United States Trustee in the LEDES format.

As of the date hereof, BRG has received the following payments for fees and expenses incurred from the Debtors' estates post-petition: **None**.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

5.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| February 1, 2021 through February 28, 2021 | |
|---|---|
| Fees (at standard rates) | $9,401.00 |
| Voluntary reduction | ($1,122.50) |
| Fees (after reduction) | $8,278.50 |
| | |
| Expenses | $0.00 |
| **Total** | **$8,278.50** |

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 8, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay BRG on an interim basis the total amount of **$6,622.80** which consists of eighty percent (80%) of BRG's total fees of **$8,278.50, or $6,622.80**, and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  May 25, 2021                                    Respectfully submitted,

                                                        By:/s/ *Paul N. Shields*
                                                             Matthew K. Babcock
                                                             Paul N. Shields
                                                             Berkeley Research Group, LLC
                                                             201 South Main Street, Suite 450
                                                             Salt Lake City, Utah 84111
                                                             Telephone: (801) 364-6233
                                                             Email:  mbabcock@thinkbrg.com
                                                                     pshields@thinkbrg.com

                                                        *Financial Advisors to the Official Committee of*
                                                        *Unsecured Creditors*

## EXHIBIT A

(Timekeeper Summary)

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| <u>Name</u> | <u>Title</u> | <u>Hourly Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| Paul Shields | Managing Director | $620 | 2.70 | $1,674.00 |
| Ray Strong | Managing Director | $590 | 1.9 | $1,121.00 |
| Matthew Babcock | Associate Director | $540 | 0.20 | $108.00 |
| Jeffrey Shaw | Senior Managing Consultant | $475 | 10.40 | $4,940.00 |
| Sarita Bhattacharya | Consultant | $325 | 0.70 | $227.50 |
| Christina Tergevorkian | Senior Associate | $285 | 0.40 | $114.00 |
| Shelby Chaffos | Associate | $235 | 0.40 | $94.00 |
| | | | **16.70** | **$8,278.50** |

**<u>EXHIBIT B</u>**

(February Invoice)



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Services Rendered From February 1, 2021 Through February 28, 2021

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Paul Shields | 620.00 | 2.70 | 1,674.00 |
| Ray Strong | 590.00 | 1.90 | 1,121.00 |
| **Associate Director** | | | |
| Matthew Babcock | 540.00 | 0.20 | 108.00 |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 475.00 | 10.40 | 4,940.00 |
| **Consultant** | | | |
| Sarita Bhattacharya | 325.00 | 0.70 | 227.50 |
| **Senior Associate** | | | |
| Christina Tergevorkian | 285.00 | 0.40 | 114.00 |
| **Associate** | | | |
| Shelby Chaffos | 235.00 | 0.40 | 94.00 |
| **Total Professional Services** | | 16.70 | 8,278.50 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for
the Archdiocese of New Orleans

**Page** 3 of 6
**Invoice #** 113807
**Client-Matter:** 20532-033612

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 200.20 | Document / Data Analysis (Financial / Accounting) | 0.60 | 372.00 |
| 200.30 | Document / Data Analysis (Financial / Accounting) - Accounting System | 2.00 | 1,183.00 |
| 200.90 | Document / Data Analysis (Production Requests) | 1.90 | 890.00 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.40 | 661.50 |
| 600.00 | Claims / Liability Analysis (General) | 10.80 | 5,172.00 |
| **Total Professional Services** | | **16.70** | **8,278.50** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for
the Archdiocese of New Orleans

Services Rendered From February 1, 2021 Through February 28, 2021

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 200.20  -  Document / Data Analysis (Financial / Accounting)** | | | | | |
| 02/05/21 | Paul Shields | Conducted a preliminary review of the annual financial information statement for the year ended June 30, 2020 which was filed on December 12, 2020. | 0.20 | 620.00 | 124.00 |
| 02/05/21 | Paul Shields | Organized records relating to the Archdiocese of New Orleans bonds. | 0.40 | 620.00 | 248.00 |
| | | **Total for Task Code 200.20** | **0.60** | | **372.00** |
| **Task Code: 200.30  -  Document / Data Analysis (Financial / Accounting) - Accounting System** | | | | | |
| 02/17/21 | Paul Shields | Reviewed communications regarding request for backup of accounting system and basis for such request. | 0.10 | 620.00 | 62.00 |
| 02/17/21 | Ray Strong | Analyzed Debtor's accounting system structure and issues, including providing technical information to counsel for papers to compel production of accounting system data. | 1.60 | 590.00 | 944.00 |
| 02/17/21 | Ray Strong | Prepared correspondence to UCC Counsel regarding inquiries regarding Debtor's accounting system to assist in production of system data. | 0.30 | 590.00 | 177.00 |
| | | **Total for Task Code 200.30** | **2.00** | | **1,183.00** |
| **Task Code: 200.90  -  Document / Data Analysis (Production Requests)** | | | | | |
| 02/01/21 | Paul Shields | Communicated regarding subpoena relating to document request. | 0.10 | 620.00 | 62.00 |
| 02/15/21 | Paul Shields | Reviewed response to document request production, including evaluation of adequacy of proposed production. | 0.30 | 620.00 | 186.00 |
| 02/16/21 | Paul Shields | Reviewed email communications regarding request for production of accounting system. | 0.10 | 620.00 | 62.00 |
| 02/18/21 | Shelby Chaffos | Spoke with BRG (PS, CT) to discuss document production. | 0.40 | 235.00 | 94.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Page 5 of 6
**Invoice #** 113807
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/18/21 | Paul Shields | Provided suggested update to pleading in connection with 2004 requests. | 0.20 | 620.00 | 124.00 |
| 02/18/21 | Paul Shields | Spoke with BRG (CT, SC) regarding documentation contained in Debtor production relating to the motion to dismiss. | 0.40 | 620.00 | 248.00 |
| 02/18/21 | Christina Tergevorkian | Spoke with BRG (PS and SC) to discuss document productions. | 0.40 | 285.00 | 114.00 |
| | | **Total for Task Code 200.90** | **1.90** | | **890.00** |

**Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/25/21 | Sarita Bhattacharya | Met with BRG (PS) in order to develop evaluation of monthly operating reports. | 0.70 | 325.00 | 227.50 |
| 02/25/21 | Paul Shields | Instructed BRG (SB) regarding development of evaluation of data set forth in monthly operating reports. | 0.70 | 620.00 | 434.00 |
| | | **Total for Task Code 220.00** | **1.40** | | **661.50** |

**Task Code: 600.00 - Claims / Liability Analysis (General)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/02/21 | Jeffrey Shaw | Responded to emails regarding claims analysis. | 0.30 | 475.00 | 142.50 |
| 02/03/21 | Jeffrey Shaw | Communicated with claims agent regarding claim issues. | 0.20 | 475.00 | 95.00 |
| 02/04/21 | Matthew Babcock | Evaluated issues regarding claims analysis. | 0.20 | 540.00 | 108.00 |
| 02/04/21 | Jeffrey Shaw | Analyzed updated claims information from Donlin Recano. | 2.40 | 475.00 | 1,140.00 |
| 02/05/21 | Jeffrey Shaw | Analyzed updated claims information, including revisions to claims schedules for claims filed through Feb 4. | 2.50 | 475.00 | 1,187.50 |
| 02/16/21 | Jeffrey Shaw | Communicated with BRG (PS, MB) regarding claims analysis. | 0.10 | 475.00 | 47.50 |
| 02/16/21 | Jeffrey Shaw | Prepared follow up communication with claims agent regarding filed claims. | 0.10 | 475.00 | 47.50 |
| 02/16/21 | Paul Shields | Prepared follow up communications with TCC counsel (DB) and BRG (MB, JS) regarding survivor claims analysis. | 0.20 | 620.00 | 124.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Page 6 of 6
Invoice # 113807
Client-Matter: 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/18/21 | Jeffrey Shaw | Analyzed updated claims information through Feb 17, including revisions to claims schedules. | 2.30 | 475.00 | 1,092.50 |
| 02/18/21 | Jeffrey Shaw | Prepared email to Donlin Recano regarding claims issues. | 0.50 | 475.00 | 237.50 |
| 02/18/21 | Jeffrey Shaw | Reviewed updated claims received from Donlin Recano. | 0.70 | 475.00 | 332.50 |
| 02/20/21 | Jeffrey Shaw | Updated claims schedules. | 1.30 | 475.00 | 617.50 |
| | | **Total for Task Code 600.00** | **10.80** | | **5,172.00** |
| **Professional Services** | | | **16.70** | | **8,278.50** |