# EXHIBIT F

## Sixth Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: June 8, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2021 through March 31, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.     The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3.     The detailed time record of BRG for the Statement Period are attached hereto as **Exhibit B**.

4.     In addition, under separate cover, the detailed time record under Exhibit B will be sent to the Office of the United States Trustee in the LEDES format.

As of the date hereof, BRG has received the following payments for fees and expenses incurred from the Debtors' estates post-petition: **None**.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

5.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| March 1, 2021 to March 31, 2021 | |
|---|---|
| Fees (at standard rates) | $33,913.00 |
| Voluntary reduction | ($4,413.50) |
| Fees (after reduction) | $29,499.50 |
| | |
| Expenses | $0.00 |
| **Total** | **$29,499.50** |

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 8, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay BRG on an interim basis the total amount of **$23,599.60** which consists of eighty percent (80%) of BRG's total fees of **$29,499.50 or $23,599.60**, and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

3

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  May 25, 2021                                   Respectfully submitted,

                                                       By:/s/ *Paul N. Shields*
                                                           Matthew K. Babcock
                                                           Paul N. Shields
                                                           Berkeley Research Group, LLC
                                                           201 South Main Street, Suite 450
                                                           Salt Lake City, Utah 84111
                                                           Telephone: (801) 364-6233
                                                           Email:  mbabcock@thinkbrg.com
                                                                   pshields@thinkbrg.com

                                                       *Financial Advisors to the Official Committee of*
                                                       *Unsecured Creditors*

# **EXHIBIT A**

(Timekeeper Summary)

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Name | Title | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| David Judd | Managing Director | $660 | 0.20 | $132.00 |
| Paul Shields | Managing Director | $620 | 9.80 | $6,076.00 |
| Ray Strong | Managing Director | $590 | 2.00 | $1,180.00 |
| Matthew Babcock | Associate Director | $540 | 2.20 | $1,188.00 |
| Jeffrey Shaw | Senior Managing Consultant | $475 | 5.70 | $2,707.50 |
| Sarita Bhattacharya | Consultant | $325 | 25.10 | $8,157.50 |
| Shelby Chaffos | Associate | $235 | 31.10 | $7,308.50 |
| Victoria Calder | Case Assistant | $110 | 25.00 | $2,750.00 |
| | | | **101.10** | **$29,499.50** |

## **EXHIBIT B**

(March Invoice)



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Invoice #** 113809
**Client-Matter:** 20532-033612

Services Rendered From March 1, 2021 Through March 31, 2021

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| David Judd | 660.00 | 0.20 | 132.00 |
| Paul Shields | 620.00 | 9.80 | 6,076.00 |
| Ray Strong | 590.00 | 2.00 | 1,180.00 |
| | | | |
| **Associate Director** | | | |
| Matthew Babcock | 540.00 | 2.20 | 1,188.00 |
| | | | |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 475.00 | 5.70 | 2,707.50 |
| | | | |
| **Consultant** | | | |
| Sarita Bhattacharya | 325.00 | 25.10 | 8,157.50 |
| | | | |
| **Associate** | | | |
| Shelby Chaffos | 235.00 | 31.10 | 7,308.50 |
| | | | |
| **Case Assistant** | | | |
| Victoria Calder | 110.00 | 25.00 | 2,750.00 |
| | | | |
| **Total Professional Services** | | **101.10** | **29,499.50** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for
the Archdiocese of New Orleans

**Page** 3 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 200.20 | Document / Data Analysis (Financial / Accounting) | 71.60 | 15,877.50 |
| 200.30 | Document / Data Analysis (Financial / Accounting) - Accounting System | 0.90 | 501.00 |
| 200.90 | Document / Data Analysis (Production Requests) | 2.90 | 1,641.00 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 11.10 | 3,918.50 |
| 300.00 | Asset Analysis (General - Debtors) | 3.00 | 1,167.00 |
| 600.00 | Claims / Liability Analysis (General) | 5.50 | 2,612.50 |
| 1060.00 | Fee Application Preparation & Hearing | 6.10 | 3,782.00 |
| **Total Professional Services** | | **101.10** | **29,499.50** |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 4 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

Services Rendered From March 1, 2021 Through March 31, 2021

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 200.20 - Document / Data Analysis (Financial / Accounting)** | | | | | |
| 03/17/21 | Sarita Bhattacharya | Reviewed new production on Everlaw, including documents tagged for BRG review by counsel. | 2.80 | 325.00 | 910.00 |
| 03/17/21 | Sarita Bhattacharya | Video meeting with BRG (PS, SC) to discuss new production on Everlaw. | 0.70 | 325.00 | 227.50 |
| 03/17/21 | Shelby Chaffos | Video meeting with BRG (SB) to discuss new document production organization structure. | 0.70 | 235.00 | 164.50 |
| 03/17/21 | Shelby Chaffos | Spoke with BRG (PS, SB) to discuss new document production on Everlaw. | 1.20 | 235.00 | 282.00 |
| 03/17/21 | Paul Shields | Participated on video call with BRG (SC, SB) regarding organization of Archdiocese of New Orleans document production, including review of select records. | 0.70 | 620.00 | 434.00 |
| 03/17/21 | Paul Shields | Evaluated records in the context the organization of the records assess that records had been properly organized and indexed. | 0.50 | 620.00 | 310.00 |
| 03/18/21 | Sarita Bhattacharya | Video meeting with BRG (PS, SC) to review documents flagged by counsel in new production on Everlaw. | 0.30 | 325.00 | 97.50 |
| 03/18/21 | Shelby Chaffos | Video meeting with BRG (PS, SB) regarding document production and manner of organization of said records. | 0.30 | 235.00 | 70.50 |
| 03/18/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00038661-00046741), including organization of said documents. | 2.70 | 235.00 | 634.50 |
| 03/18/21 | Shelby Chaffos | Reviewed document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00046747-00047178), including organization of said documents. | 2.30 | 235.00 | 540.50 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 5 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/18/21 | Paul Shields | Participated in status call with BRG (SC, SB) regarding the process of organizing the records produced by the Debtor in its most recent document productions. | 0.30 | 620.00 | 186.00 |
| 03/19/21 | Sarita Bhattacharya | Evaluated 2019-2020 promissory notes between ANO and parishes, including organization of said documents. | 2.60 | 325.00 | 845.00 |
| 03/19/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00047703-00048400), including organization of said documents. | 2.10 | 235.00 | 493.50 |
| 03/19/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00048467-00050670), including organization of said documents. | 2.20 | 235.00 | 517.00 |
| 03/19/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00047184-00047701), including organization of said documents. | 2.00 | 235.00 | 470.00 |
| 03/19/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00050772-00054660), including organization of said documents. | 1.50 | 235.00 | 352.50 |
| 03/22/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00054660-00059039), including organization of said documents. | 2.70 | 235.00 | 634.50 |
| 03/23/21 | Victoria Calder | Evaluated document production for bates number 72552-72564, including organization of said documents. | 0.20 | 110.00 | 22.00 |
| 03/23/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00059039-00060062), including organization of said documents. | 2.70 | 235.00 | 634.50 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Page 6 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/24/21 | Sarita Bhattacharya | Evaluated 2019-2020 alonges to promissory notes issued by ANO, including organization of said documents. | 2.90 | 325.00 | 942.50 |
| 03/24/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00060282-00062491), including organization of said documents. | 1.50 | 235.00 | 352.50 |
| 03/25/21 | Sarita Bhattacharya | Met with BRG (PS, SC) to review documents flagged by counsel for BRG review on Everlaw. | 0.60 | 325.00 | 195.00 |
| 03/25/21 | Sarita Bhattacharya | Created index to facilitate the evaluation of 2019-2020 promissory notes executed by ANO. | 2.80 | 325.00 | 910.00 |
| 03/25/21 | Victoria Calder | Evaluated document production for bates number 72565-72596, including organization of said documents. | 2.40 | 110.00 | 264.00 |
| 03/25/21 | Victoria Calder | Participated in meeting with BRG (PS, SC, SB) to determine progress and next steps in document production. | 0.60 | 110.00 | 66.00 |
| 03/25/21 | Shelby Chaffos | Spoke with BRG (PS, VC, SB) to discuss document production structure. | 0.60 | 235.00 | 141.00 |
| 03/25/21 | Paul Shields | Conducted video meeting with BRG (SC, SB, VC) regarding status of document production analysis and to provide direction regarding organization of records. | 0.60 | 620.00 | 372.00 |
| 03/26/21 | Sarita Bhattacharya | Updated index re: 2019-2020 promissory notes and alonges issued by ANO. | 2.50 | 325.00 | 812.50 |
| 03/26/21 | Victoria Calder | Evaluated ANO bank account statements from August 2017 through April 2020 (Account #3664), including organization of said documents. | 0.60 | 110.00 | 66.00 |
| 03/26/21 | Victoria Calder | Evaluated ANO bank account statements from July 2017 through April 2020 (Account #5245), including organization of said documents. | 0.40 | 110.00 | 44.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

Page 7 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/26/21 | Victoria Calder | Evaluated ANO bank account statements from September 2017 through April 2020 (Account #2402), including organization of said documents. | 1.00 | 110.00 | 110.00 |
| 03/26/21 | Victoria Calder | Evaluated ANO bank account statements from November 2019 through April 2020 (Account #2718), including organization of said documents. | 0.20 | 110.00 | 22.00 |
| 03/26/21 | Victoria Calder | Evaluated ANO bank account statements from July 2017 through April 2020 (Account #3049), including organization of said documents. | 0.40 | 110.00 | 44.00 |
| 03/26/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00069509-00072599), including organization of said documents. | 3.00 | 235.00 | 705.00 |
| 03/26/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00065765-00069488), including organization of said documents. | 2.10 | 235.00 | 493.50 |
| 03/26/21 | Shelby Chaffos | Evaluated document production from 03/02/2021 (Bates Numbers: ANO (20-108426_00062491-00063986), including organization of said documents. | 1.70 | 235.00 | 399.50 |
| 03/29/21 | Victoria Calder | Evaluated ANO bank account statements from July 2017 through April 2020 (Account # 9625), including organization of said documents. | 0.20 | 110.00 | 22.00 |
| 03/29/21 | Victoria Calder | Evaluated ANO bank account statements from July 2017 through April 2020 (Account # 9680), including organization of said documents. | 0.30 | 110.00 | 33.00 |
| 03/29/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from July 2017 through April 2020 (Account #0184), including organization of said documents. | 0.30 | 110.00 | 33.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/29/21 | Victoria Calder | Evaluated ANO bank account statements from September 2017 through September 2019 (Account # 7836), including organization of said documents. | 0.30 | 110.00 | 33.00 |
| 03/29/21 | Victoria Calder | Evaluated ANO bank account statements from July 2017 through April 2020 (Account # 9614), including organization of said documents. | 0.50 | 110.00 | 55.00 |
| 03/29/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from July 2017 through December 2020 (Account #2809), including organization of said documents. | 1.00 | 110.00 | 110.00 |
| 03/29/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from July 2017 through April 2020 (Account #3293), including organization of said documents. | 0.80 | 110.00 | 88.00 |
| 03/29/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from July 2017 through April 2020 (Account #4967), including organization of said documents. | 1.60 | 110.00 | 176.00 |
| 03/29/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from July 2017 through April 2020 (Account #1514), including organization of said documents. | 1.10 | 110.00 | 121.00 |
| 03/29/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from July 2017 through April 2020 (Account #1745), including organization of said documents. | 1.20 | 110.00 | 132.00 |
| 03/30/21 | Victoria Calder | Evaluated Hannan Accounts bank account statements from August 2017 through May 2020 (Account #8861), including organization of said documents. | 1.40 | 110.00 | 154.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 9 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/30/21 | Victoria Calder | Evaluated Hannan Accounts bank account statements from April 2020 (Account #5700), including organization of said documents. | 0.10 | 110.00 | 11.00 |
| 03/30/21 | Victoria Calder | Evaluated Hannan Accounts bank account statements from July 2017 through April 2020 (Account #8501), including organization of said documents. | 0.80 | 110.00 | 88.00 |
| 03/30/21 | Victoria Calder | Evaluated Hannan Accounts bank account statements from July 2017 through April 2020 (Account #8545), including organization of said documents. | 1.80 | 110.00 | 198.00 |
| 03/30/21 | Victoria Calder | Evaluated Hannan Accounts bank account statements from July 2017 through April 2020 (Account #0079), including organization of said documents. | 0.90 | 110.00 | 99.00 |
| 03/30/21 | Victoria Calder | Evaluated Chapelle High Accounts bank account statements from April 2020 (Account #5667), including organization of said documents. | 0.10 | 110.00 | 11.00 |
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through June 2019 (Account #2009), including organization of said documents. | 0.50 | 110.00 | 55.00 |
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through June 2019 (Account #3715), including organization of said documents. | 0.40 | 110.00 | 44.00 |
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through January 2019 (Account #7577), including organization of said documents. | 0.20 | 110.00 | 22.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for
the Archdiocese of New Orleans

**Page** 10 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through June 2019 (Account #9441), including organization of said documents. | 0.30 | 110.00 | 33.00 |
| 03/31/21 | Victoria Calder | Evaluated Our Lady of Guadalupe bank account statements from July 2018 through April 2020 (Account #4318), including organization of said documents. | 1.10 | 110.00 | 121.00 |
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through June 2019 (Account #4836), including organization of said documents. | 0.40 | 110.00 | 44.00 |
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through June 2019 (Account #6705), including organization of said documents. | 0.40 | 110.00 | 44.00 |
| 03/31/21 | Victoria Calder | Evaluated Holy Rosary School bank account statements from July 2018 through June 2019 (Account #6716), including organization of said documents. | 0.20 | 110.00 | 22.00 |
| 03/31/21 | Victoria Calder | Evaluated Pope John Paul II bank account statements from July 2017 through April 2020 (Account #0271), including organization of said documents. | 0.70 | 110.00 | 77.00 |
| 03/31/21 | Victoria Calder | Evaluated Pope John Paul II bank account statements from July 2017 through June 2018 (Account #8055), including organization of said documents. | 0.40 | 110.00 | 44.00 |
| 03/31/21 | Victoria Calder | Evaluated Pope John Paul II bank account statements from September 2017 through June 2020 (Account #3199), including organization of said documents. | 0.60 | 110.00 | 66.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for
the Archdiocese of New Orleans

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/31/21 | Victoria Calder | Evaluated Pope John Paul II bank account statements from July 2017 through April 2020 (Account #4242), including organization of said documents. | 0.90 | 110.00 | 99.00 |
| 03/31/21 | Victoria Calder | Evaluated Pope John Paul II bank account statements from July 2017 through November 2019 (Account #7297), including organization of said documents. | 0.70 | 110.00 | 77.00 |
| | | **Total for Task Code 200.20** | **71.60** | | **15,877.50** |

**Task Code: 200.30  -  Document / Data Analysis (Financial / Accounting) - Accounting System**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/02/21 | Ray Strong | Provided further analysis of accounting system to counsel for document production issues. | 0.30 | 590.00 | 177.00 |
| 03/24/21 | Matthew Babcock | Spoke with Zobrio consultants in regard to accounting system data. | 0.60 | 540.00 | 324.00 |
| | | **Total for Task Code 200.30** | **0.90** | | **501.00** |

**Task Code: 200.90  -  Document / Data Analysis (Production Requests)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/23/21 | Matthew Babcock | Prepared accounting system declaration. | 0.60 | 540.00 | 324.00 |
| 03/23/21 | Matthew Babcock | Spoke with UCC Counsel (GB) and BRG (RS) in regard to accounting system declaration. | 0.30 | 540.00 | 162.00 |
| 03/23/21 | Ray Strong | Discussed draft motion to compel production of accounting system with counsel (GB) and BRG team (MB). | 0.30 | 590.00 | 177.00 |
| 03/24/21 | Matthew Babcock | Spoke with BRG (RS) in regard to motion to compel production of accounting system data. | 0.20 | 540.00 | 108.00 |
| 03/24/21 | Matthew Babcock | Finalized declaration in support of motion to obtain complete accounting system data. | 0.30 | 540.00 | 162.00 |
| 03/24/21 | Ray Strong | Discussed declarations regarding Motion to Compel Production of Accounting System with BRG team (MB). | 0.20 | 590.00 | 118.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 12 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/24/21 | Ray Strong | Attended call with proposed Financial Edge consultants to discuss system and production issues. | 0.60 | 590.00 | 354.00 |
| 03/24/21 | Ray Strong | Prepared declaration regarding Motion to Compel Production of Accounting System. | 0.40 | 590.00 | 236.00 |
| | | **Total for Task Code 200.90** | **2.90** | | **1,641.00** |

**Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/01/21 | Sarita Bhattacharya | Developed monthly comparative analyses of financial information set forth in monthly operating reports. | 2.10 | 325.00 | 682.50 |
| 03/03/21 | Sarita Bhattacharya | Developed evaluation of AP aging information set forth in monthly operating reports. | 2.40 | 325.00 | 780.00 |
| 03/09/21 | Paul Shields | Outlined further issues for consideration in connection with evaluating data from monthly operating reports. | 0.20 | 620.00 | 124.00 |
| 03/10/21 | Sarita Bhattacharya | Developed evaluation of AR aging information set forth in monthly operating reports. | 2.80 | 325.00 | 910.00 |
| 03/10/21 | Sarita Bhattacharya | Developed evaluation of cash reconciliation summary set forth in monthly operating reports. | 2.60 | 325.00 | 845.00 |
| 03/11/21 | Matthew Babcock | Spoke with BRG (DJ, RS, PS, JS) in regard to analysis of MORs / periodic reports. | 0.20 | 540.00 | 108.00 |
| 03/11/21 | David Judd | Participated in Zoom call with Matt Babcock, Ray Strong, Paul Shields and Jeff Shaw regarding evaluation of data from monthly operating reports. | 0.20 | 660.00 | 132.00 |
| 03/11/21 | Jeffrey Shaw | Attended call with BRG (RS, MB, PS, DJ) regarding case status and evaluation of data from monthly operating reports. | 0.20 | 475.00 | 95.00 |
| 03/11/21 | Paul Shields | Participated on call with BRG (DJ, RS, MB, JS) regarding case status and issues, including evaluation of data from monthly operating reports. | 0.20 | 620.00 | 124.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page 13 of 15**
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/11/21 | Ray Strong | Discussed MOR/periodic reports for ongoing evaluation and monitoring with BRG team (MB, DJ, PS, JS). | 0.20 | 590.00 | 118.00 |
| | | **Total for Task Code 220.00** | **11.10** | | **3,918.50** |

**Task Code: 300.00  -  Asset Analysis (General - Debtors)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/24/21 | Shelby Chaffos | Spoke with BRG (PS) to discuss the deposit and loan fund. | 0.50 | 235.00 | 117.50 |
| 03/24/21 | Shelby Chaffos | Researched fund balances in the deposit and loan fund program. | 1.30 | 235.00 | 305.50 |
| 03/24/21 | Paul Shields | Spoke with BRG (SC) regarding analysis of balances set forth by the Debtor in connection with the Deposit and Loan Fund. | 0.50 | 620.00 | 310.00 |
| 03/24/21 | Paul Shields | Evaluated the Archdiocese Deposit and Loan Fund, including preparation of communication to counsel regarding same. | 0.70 | 620.00 | 434.00 |
| | | **Total for Task Code 300.00** | **3.00** | | **1,167.00** |

**Task Code: 600.00  -  Claims / Liability Analysis (General)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/02/21 | Jeffrey Shaw | Reviewed updated claims data from Donlin Recano. | 0.30 | 475.00 | 142.50 |
| 03/05/21 | Jeffrey Shaw | Analyzed updated claims information through Mar 2, including revisions to claims schedules. | 2.50 | 475.00 | 1,187.50 |
| 03/08/21 | Jeffrey Shaw | Reviewed updated claims information received from Donlin Recano. | 0.80 | 475.00 | 380.00 |
| 03/16/21 | Jeffrey Shaw | Analyzed updated claims information through Mar 8, including revisions to claims schedules. | 1.90 | 475.00 | 902.50 |
| | | **Total for Task Code 600.00** | **5.50** | | **2,612.50** |

**Task Code: 1060.00  -  Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/08/21 | Paul Shields | Further preparation of Fee Statement for the period June 2020 to October 2020, including finalizing inclusion of expenses. | 1.50 | 620.00 | 930.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 14 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/09/21 | Paul Shields | Evaluated time entries in connection with preparation of fee statement for the period June 2020 through October 2020. | 0.30 | 620.00 | 186.00 |
| 03/10/21 | Paul Shields | Made further updates to fee statement for the period June 2020 through October 2020, including submission for final review and approval. | 2.30 | 620.00 | 1,426.00 |
| 03/23/21 | Paul Shields | Made final adjustments to fee statement for the period June 2020 through October 2020, including remittal of fee statement to UCC Counsel. | 0.40 | 620.00 | 248.00 |
| 03/25/21 | Paul Shields | Researched information regarding the ability to generate LEDES files in response to request from the US Trustee's Office relating to BRG's June 2020 to October 2020 fee statement. | 0.40 | 620.00 | 248.00 |
| 03/25/21 | Paul Shields | Researched information regarding the ability to generate LEDES files in response to request from the US Trustee's Office relating to BRG's June 2020 to October 2020 fee statement. | 0.40 | 620.00 | 248.00 |
| 03/25/21 | Paul Shields | Accessed Excel files that obtain detailed time entry information in an effort to research the ability to generate LEDES files in response to a request from the US Trustee's Office regarding BRG's June 2020 to October 2020 fee statement. | 0.30 | 620.00 | 186.00 |
| 03/26/21 | Paul Shields | Communicated with billing coordinator regarding generation of LEDES files in response to a request from the US Trustee's Office regarding BRG's June 2020 to October 2020 fee statement. | 0.20 | 620.00 | 124.00 |



**To:** The Roman Catholic Church for the Archdiocese of New Orleans
**c/o:** Official Committee of Unsecured Creditors
**RE:** The Official Committee of Unsecured Creditors for The Roman Catholic Church for the Archdiocese of New Orleans

**Page** 15 of 15
**Invoice #** 113809
**Client-Matter:** 20532-033612

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/27/21 | Paul Shields | Communicated with billing coordinator regarding generation of LEDES files in response to a request from the US Trustee's Office regarding BRG's June 2020 to October 2020 fee statement. | 0.10 | 620.00 | 62.00 |
| 03/29/21 | Paul Shields | Prepared LEDES files for UCC Counsel. | 0.20 | 620.00 | 124.00 |
| | | **Total for Task Code 1060.00** | **6.10** | | **3,782.00** |
| | | | | | |
| **Professional Services** | | | **101.10** | | **29,499.50** |