**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors, filed the *First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Of Berkeley Research Group, LLC As Financial Advisor For The Official Committee Of Unsecured Creditors For The Period From June 17, 2020 Through March 31, 2021* [Docket #891] (the "Application") on May 27, 2021.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **June 17, 2021** at **1:30 P.M.** The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

Dated: May 27, 2021

Respectfully submitted,
*/s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
Linda F. Cantor (CA Bar No.153762) – *admitted pro hac vice*
Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
         lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

2

DOCS_LA:338129.1 05067/002

## CERTIFICATE OF SERVICE

  I hereby caused a true and correct copy of the foregoing *Notice* to be served on May 27, 2021 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on May 27, 2021.

                */s/ Nancy H. Brown*
                Nancy H. Brown