# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) |
| THE ARCHDIOCESE OF NEW ORLEANS | ) Section "A" |
| | ) |
| Debtor. | ) Chapter 11 |

## NOTICE OF DEBTOR'S NON-COMPLIANCE WITH FEE ORDER

On May 20, 2021, this Court signed and entered the *Order Approving Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Of Pachulski Stang Ziehl & Jones LLP As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period From October 1, 2020 Through March 31, 2021* [Docket No. 876] (the "Fee Order").[1] The Fee Order approved fees in the amount of $642,955.50 for services rendered and $14,452.25 in expenses (the "Award"), and directs the Debtor to pay Pachulski Stang Ziehl & Jones LLP (the "Firm") the balance of the Award within ten (10) calendar days after entry of the Fee Order. Over seven weeks have passed since entry of the Fee Order and the Firm has not received full payment of the balance of the Award.[2]

**NOTICE IS HEREBY GIVEN** to the Court that the Debtor is in non-compliance with the Fee Order.

Dated: July 14, 2021

Respectfully submitted,

/s/Linda F. Cantor
Linda F. Cantor
James I. Stang (CA Bar No. 94435)
*(Pro Hac Vice Submitted)*
Linda F. Cantor (CA Bar No.153762)
*(Pro Hac Vice Submitted)*

---

[1] A copy of the fee order is appended hereto as Exhibit "A".
[2] See supporting declaration of Linda Cantor appended hereto.

DOCS_LA:338816.1 05067/002

Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing *Notice of Debtors' Non-Compliance With Fee Order* to be served on July 14, 2021 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on July 14, 2021.

/s/Linda F. Cantor
Linda F. Cantor

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## ORDER APPROVING SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH MARCH 31, 2021

CAME ON for consideration the *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2020 through March 31, 2021* [Docket No. 842] (the "Application") filed by Pachulski Stang Ziehl & Jones (the "Firm") for the period from October 1, 2020 through March 31, 2021(the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$657,407.75** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$642,955.50** in fees for services rendered and **$14,452.25** in expenses incurred by the Firm during the Application Period.

2. The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

3. The Movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, May 20, 2021.

*[signature]*

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE