**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § | |
| | § | **Section "A"** |
| | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT AGREEMENT WITH SHELL OIL COMPANY, PURSUANT TO BANKRUPTCY RULE 9019, AND (II) GRANTING RELATED RELIEF**

CONSIDERING the *Debtor's Expedited Motion for Entry of an Order (I) Approving Settlement Agreement with Shell Oil Company, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* (the "Motion") [ECF Doc. 952],[2] filed by the above-captioned debtor and debtor-in-possession (the "Debtor" or "Archdiocese"); the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); the Court finding that entry of this Order is fair and equitable and in the best interests of the estate and its creditors under Bankruptcy Rule 9019; and it appearing to the Court that proper and adequate notice of the Motion has been given and that no other or further notice is necessary,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as provided for in this Order.

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The Debtor is authorized but not directed to take all other steps necessary to implement the compromise set forth in the Settlement Agreement, including the authorization to execute any other documents as may be necessary to give the compromise and settlement full force and effect.

3. Any distribution received under the Settlement Agreement shall be held by the Debtor, pending further order of the Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**IT IS FURTHER ORDERED** that the movant shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this 30th day of July, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE