<u>**EXHIBIT F**</u>

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** <br><br> **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** <br><br> Debtor. [1] | Case No. 20-10846 <br><br> Section "A" <br><br> Chapter 11 |

<u>**SEVENTH STATEMENT OF CARR, RIGGS & INGRAM FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD APRIL 21, 2021 THROUGH JUNE 30, 2021**</u>

| **Name of Applicant:** | Carr, Riggs & Ingram |
|---|---|
| Authorized to Provide Services to: | The Debtor |
| Date of Retention: | May 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | April 21, 2021 through June 30, 2021 |
| Amount of Compensation Requested: | $28,735.00 |
| Net of 20% Holdback: | $22,988.00 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation | $22,988.00 |

This is a: X monthly ___ interim ___ final application.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court Eastern District of Louisiana, the *Order Approving Employment of Carr, Riggs & Ingram as Attorneys for the Debtor, nunc pro tunc* to May 1, 2020 [Doc. No. 171] (the "Retention Order"), and the Chapter 11 Complex Case Order, *section XIII, which establishes Procedures for Interim Compensation and Reimbursement,* Carr, Riggs & Ingram ("CRI") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered as Financial Advisor to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for the period from April 21, 2021 through June 30, 2021 (the "Fee Period"). By this Fee Statement, CRI seeks payment in the amount of $22,988.00, which comprises eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period. There were not any expenses incurred during this period. The compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. CRI is acting as Financial Advisor to the Debtor in the above-captioned chapter 11 case. As such, attached as **Exhibit A** is a summary which includes a breakdown by matter of the following:

    a. summary of CRI professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at CRI's current billing rates, and (d) amount of fees earned by each CRI professional;

      b. a summary of the services rendered and compensation sought on an hourly basis, by project category and attorney or paralegal, for the Fee Period; and

      c. a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

2.    Finally, attached hereto as **Exhibit B** are the itemized time records of CRI professionals for the Fee Period and summary materials related thereto. Exhibits B also includes a summary of the services rendered and compensation sought, by project category and attorney or paralegal, for the Fee Period for all matters handled by CRI on behalf of the Debtor.

## NOTICE

3.    Pursuant to the Complex Case Order, notice of this Fee Statement has been served upon: (a) counsel for creditors who claim to hold security interests or liens, including Hancock Whitney Bank, KS State Bank, and Dell Financial Services LP; (b) the creditors appointed to serve on the Tort Committee and the Official Committee of Unsecured Commercial Creditors, together with any counsel for the Tort Committee and the Official Committee of Unsecured Commercial Creditors; and (c) the Office of the United States Trustee for the Eastern District of Louisiana (the "Professional Notice Parties").

4.    Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand or overnight delivery upon counsel to the Debtor, to Jones Walker LLP, 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana, 70170, Attn. Laura Ashley, or at lashley@joneswalker.com, no later than fourteen (14) days from the date hereof (the "Objection Deadline"). Such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

5. To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of fees or expenses to which the objection is directed and promptly pay the remainder of the fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New Orleans, Louisiana
June 30, 2021

Respectfully submitted,

/s/ Laura F. Ashley
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

# EXHIBIT A

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Kathleen Zuniga | Partner | $200.00 | 132.80 | $26,560.00 |
| Katie Eller | Manager | $150.00 | 10.50 | $1,575.00 |
| Ryan Indest | Manager | $150.00 | 4.0 | $600.00 |
| **TOTAL** | | | **147.30** | **$28,735.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Fees |
|---|---|---|
| Creditor Committee Discovery Requests and Communications | 34.2 | $6,840.00 |
| Monthly Operating Reports, Periodic Interim Reports, New MOR Reporting | 50.0 | $9,375.00 |
| Reorganization Consulting | 35.4 | $7,080.00 |
| Other Consultation Matters - Archdiocese | 23.6 | $4,620.00 |
| Administration - Fee Application Preparation | 4.1 | $820.00 |
| **TOTAL** | **147.30** | **$28,735.00** |

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| | $0.00 |

EXHIBIT B



**111 Veterans Boulevard Suite 350**
**Metairie, LA 70005**
**504-837-9116**
**Federal ID 72-1396621**

Archdiocese of New Orleans
7887 Walmsey Avenue
New Orleans, LA 70125

Invoice No.   17171255
Date          06/30/2021
Client No.    85-30498

---

Professional services rendered from April 21, 2021 through June 30, 2021 in connection with the reorganization of the Archdiocese of New Orleans.

                                    Current Amount Due      $   22,988.00

Total Fees Requested in this Fee Application #6:
Total fees                                      $28,735.00
Less 20% Holdback                               (5,747.00)
Subtotal                                        $22,988.00
Out of Pocket Costs                                   0.00
Total Fees Requested in this Application       $22,988.00

---

**Payment details**
ACH Instructions:
ABA/Routing Number: 061100606
Account Number: 2524317
Account Name: Carr, Riggs & Ingram, LLC

Wire Instructions:
ABA/Routing Number: 061100606
Receiving Bank: Synovus Bank - Columbus, GA
Beneficiary Account Number: 2524317
Beneficiary Name: Carr, Riggs & Ingram, LLC

APPENDIX TO INVOICE # 17171255

Time detail by CRI professional during the Statement Period are:

| Date | Professional | Task | Description | Hours |
|---|---|---|---|---|
| 4/21/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | MOR preparation/coordination. | 1.8 |
| 4/21/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Consultation with Todd Gennardo on certain ANO Funds held by CCF. | 2.2 |
| 4/21/2021 | Katie Eller | Monthly Operating Reports and Periodic Interim Reports | Final review of March MOR. | 3 |
| 4/22/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Review correspondence with Denechaud regarding ANO funds and conference call with Todd Gennardo. | 2.1 |
| 4/23/2021 | Katie Eller | Monthly Operating Reports and Periodic Interim Reports | MOR Edits/final PDF. | 2 |
| 4/23/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | MOR preparation/review. | 6.5 |
| 4/26/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Preparation of items for discovery. | 8.5 |
| 4/27/2021 | Kathleen Zuniga | Reorganization Consulting | Meeting with Angela Wilcox, Colette Theriot, Lee Eagan regarding High School Consolidation. | 2.5 |
| 4/29/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Conference call with Dunden (non commerical creditor committee), Lisa Futrell JW | 0.8 |
| 5/3/2021 | Kathleen Zuniga | Reorganization Consulting | Review of draft payroll processes for High School Consolidation. | 1.1 |
| 5/4/2021 | Katie Eller | Other Consultation Matters - Archdiocese | St. Michaels Special School meeting with Board members, Fr. Carr and Susie Zeringue regarding restricted vs. unrestricted funds. | 2 |
| 5/4/2021 | Kathleen Zuniga | Reorganization Consulting | Meeting with Angela Wilcox to discuss financials/consolidation and reorganization matters. | 2.5 |
| 5/5/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | Periodic Interim reports | 1.5 |
| 5/7/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Respond to Susie Zeringue email regarding questions from St.Michael's Special School as it relates to net asset restrictions and preparation of supporting schedule. | 0.8 |
| 5/7/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Prep for call with Lisa Futrell and conference call with Lisa Futrell to discuss financial statements of debtor entity, portfolio A and portfolio B in preparation for mediation documents to be drafted. | 1.8 |
| 5/11/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Meeting with Lloyd Tate, Bill Finegan and Lee Eagan - ANO matters and Meeting with Angela Wilcox to discuss MOR questions and JW requests. | 4.5 |
| 5/12/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Preparation of financial information for mediation/channeling injunction for JW. | 3.5 |
| 5/17/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Preparation of financial information for Jones Walker related to Portfolio A, Portfolio B and Deposit and Loan Fund. | 9.5 |
| 5/18/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Conference call with Susie Zeringue to discuss St. Michael's Special School endowments and related matters. Preparation for meeting. | 2.5 |
| 5/19/2021 | Katie Eller | Monthly Operating Reports and Periodic Interim Reports | April MOR review | 3 |
| 5/19/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | MOR report preparation | 3.7 |
| 5/20/2021 | Katie Eller | Monthly Operating Reports and Periodic Interim Reports | MOR report preparation | 0.5 |
| 5/20/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | MOR report preparation | 2.2 |
| 5/20/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | Periodic Interim report review and submission to BRG and Dundon | 2.8 |
| 5/21/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Review of ANO donor agreement restrictions. | 3.2 |
| 5/25/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | MOR Training webinar | 1.1 |
| 5/25/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Research and respond to JW questions received from Creditor Committtee counsel regarding Bankruptcy Schedules | 1.2 |
| 5/28/2021 | Kathleen Zuniga | Reorganization Consulting | Consulting with Lee Eagan, Angela Wilcox regarding ANO reorganization planning. | 6.3 |
| 6/2/2021 | Kathleen Zuniga | Reorganization Consulting | High School Consolidation update meeting with ANO management. | 2.2 |
| 6/3/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | Periodic Interim reports | 1.4 |
| 6/4/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Conference call with BRG to respond to questions. | 0.5 |
| 6/4/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | Periodic Interim reports | 1.5 |
| 6/7/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Conference call with Dundon. Gathering of information requests and submission to Dundon | 2.4 |
| 6/16/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Discussion with Colette Theriot re: Commercial Creditor Requests and assistance with preparation of requests. | 2.4 |
| 6/17/2021 | Kathleen Zuniga | Reorganization Consulting | Fr Patrick, Lee Eagan, Colette Theriot meeting regarding new staffing model for High School Reorganization and timing of plan. | 1.8 |
| 6/22/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Preparation for and participation on Fitch rating agency call. | 2.1 |
| 6/22/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | Preparation of requests for new MOR template and review of instructions | 3.5 |
| 6/22/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Accumulation and preparation of requests from Dundon | 2.5 |
| 6/23/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | Review of MOR | 4 |
| 6/23/2021 | Kathleen Zuniga | Other Consultation Matters - Archdiocese | Preparation for and meeting with Lee Eagan and Mark Mintz, Jones Walker to discuss reorganization matters. | 4.2 |
| 6/23/2021 | Ryan Indest | Monthly Operating Reports and Periodic Interim Reports | MOR preparation | 4 |
| 6/24/2021 | Kathleen Zuniga | Monthly Operating Reports and Periodic Interim Reports | MOR preparation | 7.5 |
| 6/25/2021 | Kathleen Zuniga | Reorganization Consulting | Reorganization consulting | 8.1 |
| 6/28/2021 | Kathleen Zuniga | Creditor Committee Discovery Requests and Communications | Conference call with Dundon and BRG regarding DLS system and follow up for requested information. | 1.1 |
| 6/28/2021 | Kathleen Zuniga | Reorganization Consulting | Analysis of cost reductions from petition date and proposed future cost savings projections. | 7.4 |
| 6/29/2021 | Kathleen Zuniga | Reorganization Consulting | Analysis of cost reductions from petition date and proposed future cost savings projections. | 3.5 |
| 6/30/2021 | Kathleen Zuniga | Administration - Fee Application Preparation | Preparation of Fee App # 7. | 4.1 |
| | | | | 147.3 |