**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | SECTION "A" |
| ORLEANS, § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

**SIXTH UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

**NOW INTO COURT**, comes Robert Romero ("Romero"), a plaintiff/relator in a *qui tam* action against the debtor brought on behalf of the United States of America, and a creditor and party in interest in the above-styled proceeding, and pursuant to Bankruptcy Rule 4007(c), respectfully moves this Honorable Court for an additional one hundred and twenty (120) day extension of time through January 21, 2022, within which Romero may file a complaint for determination of the dischargeability of a debt. In support of this motion, the undersigned states as follows:

1. On July 22, 2020, Romero filed his Unopposed Motion to Extend Deadline for Filing Complaint to Determine Dischargeability of Debt (Doc. 272).

2. On July 23, 2020, this Court entered the Order Extending Deadline for Filing Complaint to Determine Dischargeability of Debt (Doc. 274), extending the deadline through September 28, 2020.

3. On September 16, 2020, Romero filed his Unopposed Second Motion to Extend Deadline for Complaint to Determine Dischargeability (Doc. 422), extending the deadline through November 27, 2020.

4. On September 17, 2020, this Court entered the Order Extending Deadline for Filing Complaint to Determine Dischargeability of Debt (Doc. 424), extending the deadline through November 27, 2020.

5. On November 18, 2020, Romero filed his Unopposed Third Motion to Extend Deadline for Complaint to Determine Dischargeability (Doc. 556), extending the deadline through January 26, 2021.

6. On November 23, 2020, this Court entered the Order Extending Deadline for Filing Complaint to Determine Dischargeability of Debt (Doc. 558), extending the deadline through January 26, 2021.

7. On January 21, 2021, Romero filed his Unopposed Fourth Motion to Extend Deadline for Complaint to Determine Dischargeability (Doc. 720), extending the deadline through May 26, 2021.

8. On January 22, 2021, this Court entered the Order Extending Deadline for Filing Complaint to Determine Dischargeability of Debt (Doc. 725), extending the deadline through May 26, 2021.

9. On May 10, 2021, Romero filed his Unopposed Fifth Motion to Extend Deadline for Complaint to Determine Dischargeability (Doc. 861), extending the deadline through May 26, 2021.

10. On May 11, 2021, this Court entered the Order Extending Deadline for Filing Complaint to Determine Dischargeability of Debt (Doc. 862), extending the deadline through September 23, 2021.

11. Although Romero believes the filing of a non-dischargeability complaint is unnecessary, out of an abundance of caution, Romero seeks entry of an order, substantially in

the form attached hereto as Exhibit A (the "Order"), extending the deadline for Romero to file a complaint to determine the dischargeability of a debt for a period of one hundred and twenty (120) days, from September 23, 2021, through and including January 21, 2022, without prejudice to further extensions.

12. Nothing in this Motion or the proposed Order is intended to constitute a determination or admission that sections 523 or 1141(d)(6) of the Bankruptcy Code or Rule 4007 of the Federal Rules of Bankruptcy Procedure apply to any debt arising from the Civil Action, or that Romero is required to file a complaint to determine the non-dischargeability of a debt under 11 U.S.C. § 1141(d)(6).

13. Romero contacted Debtor's counsel about the relief sought herein and was advised that the Debtor does not oppose an additional extension of the deadline for Romero.

**WHEREFORE**, Romero requests an extension of time, through January 21, 2022, in which he may file a complaint to determine the dischargeability of a debt.

Respectfully submitted:

/s/ Alicia M. Bendana
ALICIA M. BENDANA (#21472)
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 310-9135
Facsimile: (504) 310-9195
Email: abendana@lawla.com

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2021, a copy of the **Sixth Unopposed Motion to Extend Deadline for Filing Complaint to Determine Dischargeability of Debt** was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Alicia M. Bendana
ALICIA M. BENDANA