**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: § § | |
| § | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | SECTION "A" |
| ORLEANS, § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

**ORDER EXTENDING DEADLINE FOR FILING<br>COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Considering the Sixth Unopposed Motion to Extend Deadline for Filing Complaint to Determine Dischargeability of Debt, filed by Robert Romero [ECF Doc. ___]:

**IT IS ORDERED** that, to the extent necessary, the deadline for Robert Romero to file a complaint to determine the dischargeability of debt in the Debtor's bankruptcy case shall be extended until January 21, 2022, pursuant to Fed. R. Bankr. P. 4007(c).

**IT IS FURTHER ORDERED** that nothing herein shall be construed as extending the deadline to file a complaint to determine the dischargeability of debt for any parties other than Robert Romero.

**IT IS FURTHER ORDERED** that nothing herein shall be construed to limit Robert Romero and the Debtor's ability to enter into further agreements with respect to the deadline to file a complaint to determine the dischargeability of debt, nor to limit Robert Romero from asserting that such deadline does not apply.

**IT IS FURTHER ORDERED** that notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.