# EXHIBIT A

**Monthly Fee Statement**
**April 2021**

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: July 6, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
APRIL 1, 2021 THROUGH APRIL 30, 2021**

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2021 through April 30, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.       A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.       A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.       A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.       The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.       In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.       As of the date hereof, PSZJ has received fees and expenses totaling $1,176,523.02.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.       The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| April 1, 2021 to April 30, 2021 | |
| --- | --- |
| Fees (at standard rates): | $199,946.00 |
| Reduction due to reduced rates[2]: | ($56,395.50) |
| Reduction due to fee write-offs: | ($3,412.50) |
| Fees (After reductions): | $140,138.00 |
| | |
| Expenses: | $3,627.28 |
| **Total** | **$143,765.28** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($750); G. Brown ($795); W. Ramseyer ($850); J. Fried ($1,050); A. Caine ($1,095); I. Nasatir ($1,145) J. Stang ($1,195), and L. Cantor ($1,245).

DOCS_LA:338388.1 05067/002

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 6, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**115,737.68** which consists of (a) eighty percent (80%) of PSZJ's total fees of **$140,138.00** for the Statement Period in the amount of **$112,110.40**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of **$3,627.28**.

12.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

3

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  June 21, 2021                                    Respectfully submitted,

                                                         *By: /s/ Linda Cantor*
                                                         James I. Stang (CA Bar No. 94435)
                                                         Linda F. Cantor (CA Bar No.153762)
                                                         Pachulski Stang Ziehl & Jones LLP 10100
                                                         Santa Monica Blvd., Suite 1300
                                                         Los Angeles, CA 90067
                                                         Telephone: (310)-277-6910
                                                         Facsimile: (310)-201-0760
                                                         Email:   jstang@pszjlaw.com
                                                                  lcantor@pszjlaw.com

                                                         *Co-Counsel to the Official Committee of Unsecured*
                                                         *Creditors*

DOCS_LA:338388.1 05067/002

**<u>EXHIBIT A</u>**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Task Code | Description | Hours | Amount |
|:---:|:---:|:---:|:---:|
| AA | Asset Analysis/Recovery | 13.80 | $9,660.00 |
| BL | Bankruptcy Litigation | 75.10 | $50,314.00 |
| CA | Case Administration | 2.80 | $1,504.00 |
| CO | Claims Administration/Objections | 94.90 | $38,187.00 |
| FE | Fee/Employment Application | 43.70 | $26,798.00 |
| GC | General Creditors Comm. | 12.90 | $9,030.00 |
| ME | Mediation | 0.80 | $560.00 |
| RPO | Retention of Professionals/Others | 6.70 | $4,085.00 |
| | | **250.70** | **$140,138.00** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 700.00 | 11.10 | $7,770.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 57.40 | $40,180.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 9.10 | $6,370.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 11.30 | $7,910.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 12.70 | $8,890.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 16.30 | $11,410.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 5.60 | $3,920.00 |
| WLR | William L. Ramseyer | Counsel | 700.00 | 5.30 | $3,710.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 15.70 | $7,222.00 |
| NPL | Lockwood, Nancy P. | Paralegal | 460.00 | 11.40 | $5,244.00 |
| MAM | Matteo, Mike A. | Paralegal | 425.00 | 2.20 | $935.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 395.00 | 61.80 | $24,411.00 |
| SLL | Lee, Sophia L. | Legal Assistant | 395.00 | 30.80 | $12,166.00 |
|  |  |  |  | **250.70** | **$140,138.00** |

## **EXHIBIT C**

DOCS_LA:338388.1 05067/002

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Description | Amount |
|---|---|
| Conference Call | $10.94 |
| Lexis/Nexis – Legal Research | $43.44 |
| Outside Services | $100.00 |
| Pacer-Court Research | $42.30 |
| Reproduction Expense | $2,592.00 |
| Reproduction/Scan Copy | $156.60 |
| Research | $682.00 |
| | **$3,627.28** |

**<u>EXHIBIT D</u>**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |  |
|---|---|---|
| | April 30, 2021 | |
| JIS | Invoice | 127865 |
| | Client | 05067 |
| | Matter | 00002 |
| | **JIS** | |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2021

| | |
|---|---|
| FEES | $140,138.00 |
| EXPENSES | $3,627.28 |
| **TOTAL CURRENT CHARGES** | **$143,765.28** |
| **BALANCE FORWARD** | **$376,019.32** |
| **TOTAL BALANCE DUE** | **$519,784.60** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    2

Invoice 127865

April 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 57.40 | $40,180.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 15.70 | $7,222.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 5.60 | $3,920.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 395.00 | 61.80 | $24,411.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 16.30 | $11,410.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 11.30 | $7,910.00 |
| JIS | Stang, James I. | Partner | 700.00 | 11.10 | $7,770.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 12.70 | $8,890.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 9.10 | $6,370.00 |
| MAM | Matteo, Mike A. | Paralegal | 425.00 | 2.20 | $935.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 11.40 | $5,244.00 |
| SLL | Lee, Sophia L. | Other | 395.00 | 30.80 | $12,166.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 5.30 | $3,710.00 |
| | | | | 250.70 | $140,138.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:     3
Invoice 127865
April 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 13.80 | $9,660.00 |
| BL | Bankruptcy Litigation [L430] | 75.10 | $50,314.00 |
| CA | Case Administration [B110] | 2.80 | $1,504.00 |
| CO | Claims Admin/Objections[B310] | 94.90 | $38,187.00 |
| FE | Fee/Employment Application | 43.70 | $26,798.00 |
| GC | General Creditors Comm. [B150] | 12.90 | $9,030.00 |
| ME | Mediation | 0.80 | $560.00 |
| RPO | Ret. of Prof./Other | 6.70 | $4,085.00 |
| | | 250.70 | $140,138.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Conference Call [E105] | $10.94 |
| Lexis/Nexis- Legal Research [E | $43.44 |
| Outside Services | $100.00 |
| Pacer - Court Research | $42.30 |
| Reproduction Expense [E101] | $2,592.00 |
| Reproduction/ Scan Copy | $156.60 |
| Research [E106] | $682.00 |
| | $3,627.28 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     5

Invoice 127865

April 30, 2021

---

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 03/05/2021 | IAWN | AA | Exchange emails with Murray re ANOI | 0.10 | 700.00 | $70.00 |
| 03/10/2021 | IAWN | AA | Exchange emails with Andrew W Caine re captive, .1, review emails between Murray and Andrew W Caine re captive, .1, draft and send summary of Murray tc re captive to James I Stang, Andrew W Caine, .1, exchange emails with James I Stang with coverage chart, .1, review emails between Brown and Andrew W Caine re absence of captive documents, .1, exchange emails with James I Stang re best rating of Bedivere, .1, review emails between Murray and Andrew W Caine re timing of 2004 response, .1 | 0.70 | 700.00 | $490.00 |
| 03/12/2021 | IAWN | AA | Exchange emails with John Lucas re tc with Boldissar, .1 | 0.10 | 700.00 | $70.00 |
| 03/12/2021 | IAWN | AA | Exchange emails with Penn. Insurance lawyer re One Beacon filings, .1, review seizure order, .8, compare One Beacon restructuring order to Century restructuring order, 1.8, review financial report by department, 1.7 | 4.40 | 700.00 | $3,080.00 |
| 03/15/2021 | IAWN | AA | Review One Beacon restructuring order against Century order, 1.4 | 1.40 | 700.00 | $980.00 |
| 03/17/2021 | IAWN | AA | Review file and status re discovery, .4, review ANOI rfp and answers, 1.2, tc Boldissar re Bedivere, .2; exchange emails with Brown, Linda F Cantor, James I Stang and Andrew W Caine re review of pocs, .1 | 1.90 | 700.00 | $1,330.00 |
| 03/24/2021 | IAWN | AA | Review and analyze updated coverage chart | 0.30 | 700.00 | $210.00 |
| 04/02/2021 | AWC | AA | Read ANO preliminary real property valuations and emails with JW thereon (.60); review new document production and privilege log and emails with team thereon (1.10); review summary of prior produced real estate appraisals, and call and emails with Locke regarding real property approach (.60). | 2.30 | 700.00 | $1,610.00 |
| 04/02/2021 | GNB | AA | Email with Andrew W. Caine and Paul N. Shields regarding Debtor real property issues. | 0.10 | 700.00 | $70.00 |
| 04/07/2021 | JIS | AA | Prepare email regarding inventory obligations under Canon law. | 0.70 | 700.00 | $490.00 |
| 04/07/2021 | JIS | AA | Skim review of real property list. | 0.10 | 700.00 | $70.00 |
| 04/14/2021 | GNB | AA | Email Andrew W. Caine regarding Archdiocese personal property issue. | 0.10 | 700.00 | $70.00 |
| 04/19/2021 | IAWN | AA | Telephone conference with Murray re captive | 0.20 | 700.00 | $140.00 |
| 04/19/2021 | IAWN | AA | Exchange emails and telephone conference with | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Invoice 127865

05067    - 00002

April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Baldissar re insurance defenses |  |  |  |
| 04/26/2021 | JIS | AA | Call I. Nasatir regarding claims chart and claims slotting. | 0.20 | 700.00 | $140.00 |
| 04/27/2021 | IAWN | AA | Telephone conference w/ Murray, Stang, Boldissar re informational needs for insurance analysis | 0.70 | 700.00 | $490.00 |
| 04/27/2021 | IAWN | AA | Email Murray re  informational needs for insurance analysis | 0.10 | 700.00 | $70.00 |
| 04/30/2021 | IAWN | AA | Exchange emails with Boldissar re Nola | 0.10 | 700.00 | $70.00 |
|  |  |  |  | 13.80 |  | $9,660.00 |

## Bankruptcy Litigation [L430]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/27/2021 | AWC | BL | Calls with Locke and team and emails with client regarding 2004 motion/hearing/strategy (.60); review emails and revised requests (.60). | 1.20 | 700.00 | $840.00 |
| 01/29/2021 | AWC | BL | Call with Jones Walker and calls and emails with team and client regarding discovery/strategy. | 0.80 | 700.00 | $560.00 |
| 03/02/2021 | CHM | BL | Review ANO upload and email A. Caine re same. | 0.30 | 700.00 | $210.00 |
| 03/02/2021 | CHM | BL | Review documents and email G. Brown and document vendor re same. | 0.50 | 700.00 | $350.00 |
| 03/16/2021 | CHM | BL | Review produced documents and upload additional documents for review. | 0.40 | 700.00 | $280.00 |
| 03/16/2021 | CHM | BL | Review email from G. Brown re document production and reply. | 0.10 | 700.00 | $70.00 |
| 03/17/2021 | CHM | BL | Review documents on Everlaw; email G. Brown re documents with production issues. | 0.80 | 700.00 | $560.00 |
| 03/17/2021 | CHM | BL | Review emails from S. Chaffos and G. Brown; review documents and reply. | 0.20 | 700.00 | $140.00 |
| 03/17/2021 | CHM | BL | Review email from S. Chaffos and reply. | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | CHM | BL | Email Everlaw re addition of document to review platform. | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | CHM | BL | Review email from Everlaw support and reply. | 0.10 | 700.00 | $70.00 |
| 04/01/2021 | AWC | BL | Emails with Locke and team regarding claims numbers, claims access issues. | 0.30 | 700.00 | $210.00 |
| 04/01/2021 | CHM | BL | Review uploaded documents and email G. Brown re same. | 0.40 | 700.00 | $280.00 |
| 04/05/2021 | AWC | BL | Emails with Locke and team regarding discovery issues (.60);  research regarding discovery in sex abuse cases/objections (1.30); read updated real property chart and call with Locke thereon (.40). | 2.30 | 700.00 | $1,610.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      7

Invoice 127865

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2021 | CHM | BL | Review email from J. Stang and reply. | 0.10 | 700.00 | $70.00 |
| 04/05/2021 | CHM | BL | Email committee members re document review training. | 0.10 | 700.00 | $70.00 |
| 04/05/2021 | CHM | BL | Email G. Brown re Committee review of documents. | 0.10 | 700.00 | $70.00 |
| 04/06/2021 | AWC | BL | Emails with Locke and client regarding real property information, issues (.40); emails with team regarding document review, issues (.80); read email to apostolates for documents and emails thereon (.30); emails with JW and Commercial committee regarding assets, call (.20); review Captive subpoena and emails with counsel thereon (.30); review preliminary claims analysis (.60). | 2.60 | 700.00 | $1,820.00 |
| 04/06/2021 | GNB | BL | Email James I. Stang, Andrew W. Caine, and Cia H. Mackle regarding document production from Debtor. | 0.10 | 700.00 | $70.00 |
| 04/06/2021 | GNB | BL | Review documents produced by Debtor on March 31, 2021 (.2); Email Andrew W. Caine regarding same (.1). | 0.30 | 700.00 | $210.00 |
| 04/07/2021 | AWC | BL | Research regarding estimation/issues/discovery (.90); emails with Locke and calls with Locke and JW regarding real property, discovery issues (.90); emails with team regarding discovery review (.40). | 2.20 | 700.00 | $1,540.00 |
| 04/07/2021 | GNB | BL | Review documents produced by Debtor on March 31, 2021 (.4); Email Andrew W. Caine, Paul N. Shields, Matthew K. Babcock, and Shelby Chaffos regarding same (.1). | 0.50 | 700.00 | $350.00 |
| 04/08/2021 | AWC | BL | Emails with team regarding produced documents, hearing prep (.40); read ANO objection to motion to compel and review underlying documents (.90). | 1.30 | 700.00 | $910.00 |
| 04/08/2021 | JIS | BL | Review response to motion to compel. | 0.40 | 700.00 | $280.00 |
| 04/08/2021 | JIS | BL | Call D. Boldissar regarding stay relief response. | 0.20 | 700.00 | $140.00 |
| 04/09/2021 | AWC | BL | Research regarding prescription issues/discovery (.90); analyze objection to motion to compel and review underlying documents (1.80); calls and emails with Locke and client regarding motion to compel, reply and hearing prep (1.40). | 4.10 | 700.00 | $2,870.00 |
| 04/09/2021 | GNB | BL | Telephone conference with Paul N. Shields regarding BRG analysis of documents produced by Archdiocese. | 0.10 | 700.00 | $70.00 |
| 04/12/2021 | AWC | BL | Review pleadings and underlying documents/correspondence and draft reply to motion to compel (3.10); emails Locke, client and team regarding reply (.50); call with BRG regarding | 4.20 | 700.00 | $2,940.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    8

Invoice 127865

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | documents, motion to compel (.60). | | | |
| 04/12/2021 | GNB | BL | Telephone conference with Andrew W. Caine, C. Davin Boldissar, Paul N. Shields, and Matthew K. Babcock regarding hearing on motion to compel Rule 2004 documents (directed to Archdiocese). | 0.70 | 700.00 | $490.00 |
| 04/13/2021 | AWC | BL | Review and revise reply to motion to compel and emails/calls with Locke and team thereon (1.90); call with BRG to prepare for motion to compel hearing and review potential testimony notes (2.20). | 4.10 | 700.00 | $2,870.00 |
| 04/13/2021 | GNB | BL | Telephone conference with Paul N. Shields, Matthew K. Babcock, and Andrew W. Caine (partial attendance) regarding hearing on motion to compel Rule 2004 documents (directed to Archdiocese). | 1.80 | 700.00 | $1,260.00 |
| 04/13/2021 | GNB | BL | Email Andrew W. Caine, Paul N. Shields, and Matthew K. Babcock regarding motion to compel Rule 2004 documents (directed to Archdiocese). | 0.10 | 700.00 | $70.00 |
| 04/13/2021 | GNB | BL | Prepare data points for Andrew W. Caine in preparation for hearing on motion to compel Rule 2004 documents (directed to Archdiocese). | 0.20 | 700.00 | $140.00 |
| 04/13/2021 | JIS | BL | Review motion to compel reply. | 0.10 | 700.00 | $70.00 |
| 04/13/2021 | JMF | BL | Review opposition and reply re motion to compel production of documents. | 0.50 | 700.00 | $350.00 |
| 04/14/2021 | AWC | BL | Calls with JW, Locke, team and client regarding 2004 motion to compel/resolution (2.40); emails with client regarding issues on motion to compel/proposed resolutions (.80); review documents and files regarding potential resolution/prepare for hearing on motion to compel (2.80); draft term sheet of agreement regarding motion to compel and emails with JW, Locke, team and BRG thereon (1.20). | 7.20 | 700.00 | $5,040.00 |
| 04/14/2021 | CHM | BL | Review email from G. Brown re committee review and reply. | 0.10 | 700.00 | $70.00 |
| 04/14/2021 | CHM | BL | Create project re redacted proofs of claim, review same, and email committee members re same. | 2.10 | 700.00 | $1,470.00 |
| 04/14/2021 | GNB | BL | Prepare data points for Andrew W. Caine in preparation for hearing on motion to compel Rule 2004 documents (directed to Archdiocese). | 3.60 | 700.00 | $2,520.00 |
| 04/14/2021 | GNB | BL | Email Andrew W. Caine regarding data points in preparation for hearing on motion to compel Rule 2004 documents (directed to Archdiocese). | 0.10 | 700.00 | $70.00 |
| 04/14/2021 | GNB | BL | Telephonic meet and confer with Andrew W. Caine, C. Davin Boldissar, Edward Wegmann, Mark Mintz, | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      9

Archdiocese of New Orleans OCC

Invoice 127865

05067    - 00002

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Jeffrey Tillery, and Alison Kingsmill relating to motion to compel Rule 2004 documents (directed to Archdiocese). | | | |
| 04/14/2021 | GNB | BL | Email Andrew W. Caine, Paul N. Shields, and Matthew K. Babcock regarding resolution of Rule 2004 issues. | 0.10 | 700.00 | $70.00 |
| 04/15/2021 | AWC | BL | Emails with JW regarding agreement on motion to compel, revise agreement, and emails with Locke, team and client thereon (1.20); review documents to prepare for and hearing on motion to compel (1.40); emails with team regarding claims information and revise chart to share with JW (.30); emails with Zobrio and team regarding IT needs/employ for database assistance (.40). | 3.30 | 700.00 | $2,310.00 |
| 04/15/2021 | GNB | BL | Review settlement of Rule 2004 motion to compel. | 0.10 | 700.00 | $70.00 |
| 04/15/2021 | GNB | BL | Email with Andrew W. Caine, Paul N. Shields, and Matthew K. Babcock regarding settlement of Rule 2004 motion to compel. | 0.10 | 700.00 | $70.00 |
| 04/15/2021 | GNB | BL | Attend telephonic hearing on motion to compel Rule 2004 documents (directed to Archdiocese). | 0.40 | 700.00 | $280.00 |
| 04/16/2021 | AWC | BL | Call with Locke and emails with JW regarding discovery issues (.70); emails with team and BRG regarding discovery matters (.40); review updated claims chart (.30). | 1.40 | 700.00 | $980.00 |
| 04/16/2021 | GNB | BL | Email with Andrew W. Caine regarding follow up issues for Archdiocese on document production responsive to Committee's Rule 2004 document requests. | 0.10 | 700.00 | $70.00 |
| 04/19/2021 | AWC | BL | Call and emails with JW and IT people regarding database reproduction (.40); emails with JW regarding discovery issues (.30); research regarding insurance proceeds (.60). | 1.30 | 700.00 | $910.00 |
| 04/19/2021 | GNB | BL | Draft email to Allison Kingsmill regarding open issues for Archdiocese's document production relating to Committee's Rule 2004 motion. | 0.10 | 700.00 | $70.00 |
| 04/20/2021 | AWC | BL | Emails with counsel regarding discovery issues/approach (.40); emails with JW and BRG regarding financial database production (.30); emails with JW and Locke regarding documents, revised confidentiality (.40). | 1.10 | 700.00 | $770.00 |
| 04/21/2021 | AWC | BL | Emails and call with Locke and client regarding JW proposed additional confidentiality language (.60); emails with Blank Rome regarding Captive documents (.20); emails with JW regarding personal | 1.10 | 700.00 | $770.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

Archdiocese of New Orleans OCC

Invoice 127865

05067    - 00002

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | property documents (.30). | | | |
| 04/22/2021 | AWC | BL | Emails with client regarding additional confidentiality protections proposal (.30); emails with BRG regarding accounting system data and review related emails (.30). | 0.60 | 700.00 | $420.00 |
| 04/23/2021 | AWC | BL | Call with JW regarding discovery/confidentiality issues and emails with Locke thereon(.40); emails with JW regarding status of productions/bates lists (.40). | 0.80 | 700.00 | $560.00 |
| 04/23/2021 | GNB | BL | Email with Allison Kingsmill regarding Archdiocese's document production relating to Committee's Rule 2004 motion. | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | AWC | BL | Calls and emails with Gillian N. Brown regarding additional production, perpetrator overlap analysis (.70); calls and emails with Locke regarding production, additional confidentiality protections (.30); emails with Gillian N. Brown and BRG regarding Zobrio retention/issues (.40). | 1.40 | 700.00 | $980.00 |
| 04/26/2021 | GNB | BL | Telephone conference with Andrew W. Caine regarding confidentiality provisions relating to perpetrator personnel files and regarding preparation for May 4 Rule 2004 hearing. | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | GNB | BL | Email Nancy P. Lockwood regarding perpetrator personnel file cross-check. | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | GNB | BL | Email with Andrew W. Caine and D. Ray Strong regarding Zobrio work. | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | NPL | BL | Email communications with G. Brown and A. Caine regarding supplemental list research. | 0.30 | 460.00 | $138.00 |
| 04/26/2021 | NPL | BL | Prepare supplemental list of accused perpetrators. | 3.20 | 460.00 | $1,472.00 |
| 04/26/2021 | NPL | BL | Begin preparation of list of civil and criminal perpetrators. | 0.40 | 460.00 | $184.00 |
| 04/26/2021 | NPL | BL | Email communications with M. DesJardien regarding civil and criminal cases. | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | AWC | BL | Emails with JW regarding document production/status (.30); emails with JW regarding additional confidentiality language and revise proposed language (.90); call and emails with team regarding production/review(.70); review and revise updated perpetrator list (.60); emails with BRG regarding financial data review (.20). | 2.70 | 700.00 | $1,890.00 |
| 04/27/2021 | GNB | BL | Review perpetrator personnel file cross-check and edit same (.2); Email with Nancy P. Lockwood regarding same (.2); Revise same (.4); Telephone | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    11

Invoice 127865

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with Nancy P. Lockwood regarding same (.4 ). | | | |
| 04/27/2021 | GNB | BL | Telephone conference and email with Andrew W. Caine regarding confidentiality provisions relating to perpetrator personnel files; Email Allison Kingsmill regarding status of Archdiocese's document production. | 0.10 | 700.00 | $70.00 |
| 04/27/2021 | GNB | BL | Email Nancy P. Lockwood regarding perpetrator personnel file cross-check. | 0.10 | 700.00 | $70.00 |
| 04/27/2021 | GNB | BL | Email Andrew W. Caine and Cia H. Mackle regarding Archdiocese's document production from April 23, 2021; Review emails from Everlaw regarding problems with same. | 0.10 | 700.00 | $70.00 |
| 04/27/2021 | NPL | BL | Email communications with L. Forrester regarding access to parish civil courts. | 0.30 | 460.00 | $138.00 |
| 04/27/2021 | NPL | BL | Email communications with M. DesJardien regarding criminal and civil case status regarding additional party research. | 0.20 | 460.00 | $92.00 |
| 04/27/2021 | NPL | BL | Email communications with A. Caine regarding additional parties list. | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | NPL | BL | Additional party research on court civil and criminal dockets. | 2.60 | 460.00 | $1,196.00 |
| 04/27/2021 | NPL | BL | Edits to additional party spreadsheet. | 1.20 | 460.00 | $552.00 |
| 04/27/2021 | NPL | BL | Telephone call with G. Brown regarding additional edits to additions party list. | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | NPL | BL | Email communications with B. Grown regarding additional party spreadsheet. | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | NPL | BL | Telephone call with G. Brown regarding updates and edits to additional party list. | 0.40 | 460.00 | $184.00 |
| 04/27/2021 | NPL | BL | Additional edits to additional party list. | 0.40 | 460.00 | $184.00 |
| 04/28/2021 | AWC | BL | Emails with Locke regarding various discovery/real estate issues (.30); emails with JW regarding additional confidentiality provisions and clergy file production status (.60); emails with team and Locke regarding Zobrio retention, other production issues (.40). | 1.30 | 700.00 | $910.00 |
| 04/28/2021 | GNB | BL | Telephone conference with Nancy P. Lockwood regarding perpetrator personnel file cross-check [in different time zone from Nancy P. Lockwood therefore billed time on different day from her]. | 0.10 | 700.00 | $70.00 |
| 04/28/2021 | GNB | BL | Finalize perpetrator personnel file cross-check (.1); Email Andrew W. Caine and Nancy P. Lockwood | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     12

Archdiocese of New Orleans OCC

Invoice 127865

05067    - 00002

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same (.1). | | | |
| 04/29/2021 | AWC | BL | Emails with Locke and team regarding Zobrio retention (.60); read ANO update chart of produced documents (.40); emails with Blank Rome regarding Captive documents (.20); emails with JW regarding document production issues (.40). | 1.60 | 700.00 | $1,120.00 |
| 04/29/2021 | GNB | BL | Email with Cia H. Mackle and Katherine Koch (Everlaw) regarding difficulties uploading to Everlaw documents produced by Archdiocese on April 23, 2021. | 0.10 | 700.00 | $70.00 |
| 04/30/2021 | AWC | BL | Call with Locke and emails with Locke and JW regarding motion to compel/hearing (.50); emails with Locke regarding  produced real estate documents (.30); emails with counsel and team regarding Captive produced documents and review documents (.60). | 1.40 | 700.00 | $980.00 |
| | | | | 75.10 | | $50,314.00 |

### Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2021 | NPL | CA | Review, revise and update critical dates and deadlines memorandum. | 0.60 | 460.00 | $276.00 |
| 04/08/2021 | JIS | CA | Call Linda Cantor re case status. | 0.40 | 700.00 | $280.00 |
| 04/09/2021 | NPL | CA | Update critical dates and deadlines memorandum. | 0.20 | 460.00 | $92.00 |
| 04/23/2021 | NPL | CA | Update critical date and deadline memorandum. | 0.40 | 460.00 | $184.00 |
| 04/27/2021 | JIS | CA | Call with Debtor regarding case status. | 0.50 | 700.00 | $350.00 |
| 04/28/2021 | NPL | CA | Review Debtor docket for recently filed pleadings. | 0.20 | 460.00 | $92.00 |
| 04/29/2021 | NPL | CA | Update critical date memorandum. | 0.50 | 460.00 | $230.00 |
| | | | | 2.80 | | $1,504.00 |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/11/2021 | IAWN | CO | Review file for prep for call with Boldissar, .1; tc Boldissar re claims review and insurance issues, .6, draft and send Boldissar and James I stang and Andrew W Caine email summarizing call with Boldissar and claim review issues, .1, review Locke Lord memo re insurance law in abuse cases in Louisiana, .2 | 1.00 | 700.00 | $700.00 |
| 03/11/2021 | DHH | CO | Redact claims. | 3.10 | 395.00 | $1,224.50 |
| 03/12/2021 | DHH | CO | Redact claims. | 3.50 | 395.00 | $1,382.50 |
| 03/16/2021 | DHH | CO | Preparation of claims summary chart. | 3.50 | 395.00 | $1,382.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    13
Invoice 127865
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | DHH | CO | Preparation of claims summary chart. | 4.10 | 395.00 | $1,619.50 |
| 03/19/2021 | DHH | CO | Preparation of claims summary chart. | 5.30 | 395.00 | $2,093.50 |
| 03/22/2021 | DHH | CO | Preparation of claims summary chart. | 6.20 | 395.00 | $2,449.00 |
| 03/23/2021 | DHH | CO | Preparation of claims summary chart. | 1.80 | 395.00 | $711.00 |
| 03/24/2021 | DHH | CO | Preparation of claims summary chart. | 4.00 | 395.00 | $1,580.00 |
| 03/25/2021 | DHH | CO | Preparation of claims summary chart. | 5.80 | 395.00 | $2,291.00 |
| 03/26/2021 | DHH | CO | Preparation of claims summary chart. | 3.40 | 395.00 | $1,343.00 |
| 03/29/2021 | DHH | CO | Preparation of claims summary chart. | 3.60 | 395.00 | $1,422.00 |
| 03/30/2021 | DHH | CO | Preparation of claims summary chart. | 4.50 | 395.00 | $1,777.50 |
| 03/31/2021 | DHH | CO | Preparation of claims summary chart. | 6.50 | 395.00 | $2,567.50 |
| 04/01/2021 | JIS | CO | Review draft response regarding creditor claim letters. | 0.20 | 700.00 | $140.00 |
| 04/01/2021 | JIS | CO | Call D. Boldissar regarding chambers conference on claims review. | 0.10 | 700.00 | $70.00 |
| 04/01/2021 | DHH | CO | Preparation of claims summary chart. | 1.20 | 395.00 | $474.00 |
| 04/01/2021 | SLL | CO | Chart confidential claims. | 5.20 | 395.00 | $2,054.00 |
| 04/05/2021 | SLL | CO | Chart sexual abuse claims. | 4.20 | 395.00 | $1,659.00 |
| 04/06/2021 | DHH | CO | Review claims for duplicate claims filed in other matters. | 0.80 | 395.00 | $316.00 |
| 04/06/2021 | SLL | CO | Chart sexual abuse claims. | 6.10 | 395.00 | $2,409.50 |
| 04/07/2021 | DHH | CO | Review claims for duplicate claims filed in other matters. | 0.50 | 395.00 | $197.50 |
| 04/07/2021 | SLL | CO | Charte sexual abuse claims. | 5.70 | 395.00 | $2,251.50 |
| 04/08/2021 | DHH | CO | Review claims for duplicate claims filed in other matters. | 1.20 | 395.00 | $474.00 |
| 04/08/2021 | SLL | CO | Chart sexual abuse claims. | 4.10 | 395.00 | $1,619.50 |
| 04/09/2021 | SLL | CO | Finalize confidential claimant chart. | 4.50 | 395.00 | $1,777.50 |
| 04/12/2021 | SLL | CO | Modify confidential chart for Andy Caine. | 1.00 | 395.00 | $395.00 |
| 04/13/2021 | DHH | CO | Review/edit/finalize abuse claims summary chart. | 2.80 | 395.00 | $1,106.00 |
| 04/14/2021 | JIS | CO | Review claim spreadsheet and forward to committee. | 0.30 | 700.00 | $210.00 |
| 04/15/2021 | CHM | CO | Review email from P. Moody re document access and reply. | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | JIS | CO | Call D. Boldiissar regarding claims chart. | 0.60 | 700.00 | $420.00 |
| | | | | **94.90** | | **$38,187.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    14

Archdiocese of New Orleans OCC

Invoice 127865

05067    - 00002

April 30, 2021

---

## Fee/Employment Application

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/02/2021 | JMF | FE | Review fee app draft application. | 0.80 | 700.00 | $560.00 |
| 04/05/2021 | BDD | FE | Email B. Ramseyer re PSZJ 2nd quarterly fee application | 0.10 | 460.00 | $46.00 |
| 04/05/2021 | NPL | FE | Review email chain between B. Dassa and W. Ramseyer regarding PSZJ interim fee application. | 0.10 | 460.00 | $46.00 |
| 04/11/2021 | JMF | FE | Review issues re 2nd fee application and internal emails re same (.4). | 0.40 | 700.00 | $280.00 |
| 04/12/2021 | JMF | FE | Review and edit March PSZJ bill. | 1.10 | 700.00 | $770.00 |
| 04/15/2021 | JMF | FE | Review March PSZJ statement. | 0.40 | 700.00 | $280.00 |
| 04/16/2021 | GNB | FE | Revise and edit PSZJ's second quarterly fee application. | 0.40 | 700.00 | $280.00 |
| 04/17/2021 | WLR | FE | Review correspondence from James Stang and Gillian Brown re Zobrio and fee application issues (.1) and reply re same (.2) | 0.30 | 700.00 | $210.00 |
| 04/19/2021 | GNB | FE | Telephone conference with Joshua M. Fried regarding PSZJ's second interim fee application. | 0.20 | 700.00 | $140.00 |
| 04/19/2021 | GNB | FE | Email William Ramseyer and Beth D. Dassa regarding interim fee application for BRG. | 0.10 | 700.00 | $70.00 |
| 04/19/2021 | JMF | FE | Telephone call with G. Brown re fee application. | 0.20 | 700.00 | $140.00 |
| 04/19/2021 | JMF | FE | Internal emails re BRG fee application and Zobrio retention. | 0.20 | 700.00 | $140.00 |
| 04/19/2021 | BDD | FE | Email B. Ramseyer re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/19/2021 | BDD | FE | Email G. Brown re BRG fee application | 0.10 | 460.00 | $46.00 |
| 04/23/2021 | BDD | FE | Email P. Shields re BRG interim fee application | 0.10 | 460.00 | $46.00 |
| 04/23/2021 | BDD | FE | Email G. Brown re BRG interim fee application | 0.10 | 460.00 | $46.00 |
| 04/24/2021 | WLR | FE | Review correspondence from Joshua Fried (2x) re 2nd quarterly fee application | 0.20 | 700.00 | $140.00 |
| 04/24/2021 | JMF | FE | Review emails re status and preparation of BRG and PSZJ interim fee applications. | 0.30 | 700.00 | $210.00 |
| 04/25/2021 | GNB | FE | Email with Joshua M. Fried regarding second interim fee applications for PSZJ and for BRG. | 0.10 | 700.00 | $70.00 |
| 04/25/2021 | BDD | FE | Email G. Brown re BRG March time to be included with interim fee application | 0.10 | 460.00 | $46.00 |
| 04/26/2021 | WLR | FE | Review correspondence from Beth Dassa re BRG | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | BDD | FE | Email P. Shields re BRG 1st quarterly fee application | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 15

Archdiocese of New Orleans OCC

Invoice 127865

05067    - 00002

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | BDD | FE | Email J. Fried and G. Brown re BRG 1st quarterly fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | LFC | FE | Review draft fee application and exhibits | 1.80 | 700.00 | $1,260.00 |
| 04/27/2021 | WLR | FE | Correspondence to and from Beth Dassa re 2nd interim fee application | 0.20 | 700.00 | $140.00 |
| 04/27/2021 | WLR | FE | Review and revise 2nd quarterly fee application | 3.80 | 700.00 | $2,660.00 |
| 04/27/2021 | JMF | FE | Review fee application narrative and issues re 2nd quarterly application. | 1.30 | 700.00 | $910.00 |
| 04/27/2021 | BDD | FE | Call with P. Shields re BRG fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | BDD | FE | Email J. Fried re BRG interim fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | BDD | FE | Email J. Fried re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | BDD | FE | Email B. Ramseyer re edits to PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | BDD | FE | Email L. Gardizabal and R. Rothman re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | BDD | FE | Email J. Fried and G. Brown re updates to PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/27/2021 | BDD | FE | Work on fee exhibits to include March fees/expenses | 1.60 | 460.00 | $736.00 |
| 04/27/2021 | BDD | FE | Further revisions to PSZJ 2nd interim fee application | 0.50 | 460.00 | $230.00 |
| 04/28/2021 | GNB | FE | Email Joshua M. Fried, William Ramseyer, and Beth D. Dassa regarding PSZJ's second interim fee application. | 0.10 | 700.00 | $70.00 |
| 04/28/2021 | LFC | FE | Work on second interim fee application including review various drafts of applications and exhibits, e-mails and conference calls with Josh Fried and Beth Dassa | 2.50 | 700.00 | $1,750.00 |
| 04/28/2021 | WLR | FE | Review and revise 2nd quarterly fee application | 0.70 | 700.00 | $490.00 |
| 04/28/2021 | JMF | FE | Review draft of PSZJ fee application (1.1); emails with B. Dassa re same (.2). | 1.30 | 700.00 | $910.00 |
| 04/28/2021 | BDD | FE | Emails O. Carpio and R. Rothman re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/28/2021 | BDD | FE | Email L. Cantor re PSZJ 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 04/28/2021 | BDD | FE | Assemble exhibits to PSZJ fee application and emails J. Fried, R. Mori and O. Carpio re same | 0.20 | 460.00 | $92.00 |
| 04/28/2021 | BDD | FE | Continue working on PSZJ 2nd interim fee application to revise all amounts/hours, etc. to reflect March fees/expenses and emails J. Fried and O. Carpio re same | 6.10 | 460.00 | $2,806.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    16

Invoice 127865

April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/29/2021 | AWC | FE | Review and revise portions of PSZJ fee application regarding tasks performed. | 0.40 | 700.00 | $280.00 |
| 04/29/2021 | LFC | FE | Work on second interim fee application including reviewing narrative and revised fee application, provide comments and review further changes, numerous e-mail memos and calls regarding same | 4.80 | 700.00 | $3,360.00 |
| 04/29/2021 | JMF | FE | Draft and finalize fee application and exhibits (5.3); telephone calls with L. Cantor (.3) and B. Dassa (.3) re exhibits. | 5.90 | 700.00 | $4,130.00 |
| 04/29/2021 | JMF | FE | Review Locke Lorde application and emails from D. Boldissar re same. | 0.30 | 700.00 | $210.00 |
| 04/29/2021 | BDD | FE | Preparation of Notice of Hearing of PSZJ's 2nd interim fee application and emails L. Cantor, J. Fried, and N. DeLeon re same | 0.50 | 460.00 | $230.00 |
| 04/29/2021 | BDD | FE | Email A. Lohr re service of fee application | 0.10 | 460.00 | $46.00 |
| 04/29/2021 | BDD | FE | Multiple revisions to PSZJ 2nd interim fee application and conferences with/emails to PSZJ team re same (L. Cantor, A. Caine, J. Fried, G. Brown, N. DeLeon, and J. Washington) | 5.10 | 460.00 | $2,346.00 |
|  |  |  |  | 43.70 |  | $26,798.00 |

## General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/05/2021 | AWC | GC | Bi-weekly Committee call. | 0.80 | 700.00 | $560.00 |
| 04/05/2021 | JIS | GC | Attend committee call:  claims status, discovery, appraisals, pending motions. | 0.80 | 700.00 | $560.00 |
| 04/06/2021 | AWC | GC | Weekly counsel call. | 1.40 | 700.00 | $980.00 |
| 04/06/2021 | JIS | GC | Attend State Court Counsel meeting regarding discovery, claims review. | 1.40 | 700.00 | $980.00 |
| 04/13/2021 | AWC | GC | Weekly counsel call. | 1.20 | 700.00 | $840.00 |
| 04/13/2021 | JIS | GC | Call with state court counsel re discovery motion, real estate valuations. | 1.20 | 700.00 | $840.00 |
| 04/14/2021 | JIS | GC | Call M. Dundon regarding retention of FA by commercial committee. | 0.10 | 700.00 | $70.00 |
| 04/19/2021 | AWC | GC | Bi-weekly Committee call. | 1.00 | 700.00 | $700.00 |
| 04/19/2021 | JIS | GC | Call committee re discovery, asset valuation, claims review. | 1.00 | 700.00 | $700.00 |
| 04/20/2021 | AWC | GC | Weekly counsel call. | 0.80 | 700.00 | $560.00 |
| 04/20/2021 | JIS | GC | Call with State Court Counsel regarding property valuation, mediation and case status. | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    17

Invoice 127865

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | AWC | GC | Weekly counsel call. | 1.20 | 700.00 | $840.00 |
| 04/27/2021 | JIS | GC | Attend meeting with state court counsel regarding discovery, mediation, claims analysis. | 1.20 | 700.00 | $840.00 |
| | | | | **12.90** | | **$9,030.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/12/2021 | JIS | ME | Call R. Kuebel regarding selection of mediator. | 0.30 | 700.00 | $210.00 |
| 04/12/2021 | JIS | ME | Call D. Murchison regarding possible mediation role. | 0.30 | 700.00 | $210.00 |
| 04/14/2021 | JIS | ME | Call re mediation canddiate. | 0.20 | 700.00 | $140.00 |
| | | | | **0.80** | | **$560.00** |

**Ret. of Prof./Other**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/15/2021 | GNB | RPO | Provide materials to Michael A. Matteo with instructions for drafting Zobrio employment application. | 0.30 | 700.00 | $210.00 |
| 04/15/2021 | GNB | RPO | Revise conflict check list for Zobrio. | 0.30 | 700.00 | $210.00 |
| 04/15/2021 | GNB | RPO | Email with Matthew Kreutzer at Zobrio regarding conflict check and employment application. | 0.10 | 700.00 | $70.00 |
| 04/15/2021 | GNB | RPO | Email with James I. Stang, Andrew W. Caine, C. Davin Boldissar, and Ashley Mohr regarding hearing on Zobrio employment application and timing issues. | 0.10 | 700.00 | $70.00 |
| 04/16/2021 | GNB | RPO | Email Joshua M. Fried, William Ramseyer, and Beth D. Dassa regarding process for preparing fee statements and fee application for Zobrio, Inc. | 0.10 | 700.00 | $70.00 |
| 04/16/2021 | MAM | RPO | Draft application to employ Zobrio, Inc. as consultant for Gillian N. Brown. | 2.20 | 425.00 | $935.00 |
| 04/17/2021 | GNB | RPO | Revise and edit Michael A. Matteo draft employment application for Zobrio, Inc., declarations in support thereof, and draft order granting same. | 1.00 | 700.00 | $700.00 |
| 04/19/2021 | GNB | RPO | Continue to revise and edit Michael A. Matteo draft employment application for Zobrio, Inc., declarations in support thereof, and draft order granting same. | 0.50 | 700.00 | $350.00 |
| 04/19/2021 | GNB | RPO | Email John Varadian, Matthew Kreutzer, Andrew W. Caine, and D. Ray Strong regarding Zobrio employment application. | 0.10 | 700.00 | $70.00 |
| 04/25/2021 | GNB | RPO | Email John Varadian and Matthew Kreutzer | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    18

Archdiocese of New Orleans OCC

Invoice 127865

05067   - 00002

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding fee application for Zobrio; Email James I. Stang and Andrew W. Caine regarding same. | | | |
| 04/26/2021 | GNB | RPO | Email Committee Chairperson regarding employment application relating to Zobrio, Inc. | 0.10 | 700.00 | $70.00 |
| 04/26/2021 | GNB | RPO | Telephone conference with D. Ray Strong, John Varadian, and Matthew Kreutzer regarding employment application relating to Zobrio, Inc. | 0.50 | 700.00 | $350.00 |
| 04/26/2021 | GNB | RPO | Revise and edit Zobrio, Inc.'s employment application and associated documents pursuant to Matthew Kreutzer edits (.6); Email Andrew W. Caine and C. Davin Boldissar regarding same (.1). | 0.70 | 700.00 | $490.00 |
| 04/27/2021 | GNB | RPO | Email with C. Davin Boldissar and  Matthew K. Babcock regarding Zobrio employment application; Email Andrew W. Caine regarding same. | 0.10 | 700.00 | $70.00 |
| 04/28/2021 | GNB | RPO | Email C. Davin Boldissar and Andrew W. Caine regarding Zobrio employment application; Email Matthew Kreutzer regarding same. | 0.10 | 700.00 | $70.00 |
| 04/29/2021 | GNB | RPO | Email with C. Davin Boldissar regarding retention of Zobrio, Inc., as computer consultants. | 0.10 | 700.00 | $70.00 |
| 04/29/2021 | GNB | RPO | Email John Varadian and Matthew Kreutzer regarding retention of Zobrio, Inc., as computer consultants; Additional email with John Varadian regarding same. | 0.10 | 700.00 | $70.00 |
| 04/29/2021 | GNB | RPO | Email C. Davin Boldissar, D. Ray Strong, Paul  N. Shields, and Matthew K. Babcock regarding Mark Mintz inquiry to Zobrio, Inc. retention; Edit proposed response to Mark Mintz regarding same. | 0.20 | 700.00 | $140.00 |
| | | | | 6.70 | | $4,085.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                   **$140,138.00**

Pachulski Stang Ziehl & Jones LLP                                    Page:    19
Archdiocese of New Orleans OCC                                      Invoice 127865
05067    - 00002                                                   April 30, 2021

---

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/12/2021 | CC | Conference Call [E105] AT&T Conference Call, JWL | 1.77 |
| 03/19/2021 | CC | Conference Call [E105] AT&T Conference Call, AWC | 9.17 |
| 04/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 04/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/02/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/02/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/02/2021 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 04/02/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 04/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

| | | | |
|---|---|---|---|
| 04/02/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/02/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/02/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 04/02/2021 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 04/02/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 04/02/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 04/12/2021 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 04/12/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/12/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP

Page:    21

Archdiocese of New Orleans OCC

Invoice 127865

05067   - 00002

April 30, 2021

| 04/13/2021 | RE2 | SCAN/COPY ( 136 @0.10 PER PG) | 13.60 |
|---|---|---|---|
| 04/13/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 04/13/2021 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | 15.00 |
| 04/15/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/17/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/27/2021 | LN | 05067.00002 Lexis Charges for 04-27-21 | 43.44 |
| 04/27/2021 | OS | Escrow deposit with New Orleans Parish District Court, LAF | 100.00 |
| 04/29/2021 | RE | ( 213 @0.20 PER PG) | 42.60 |
| 04/29/2021 | RE | ( 6390 @0.20 PER PG) | 1,278.00 |
| 04/29/2021 | RE | ( 180 @0.20 PER PG) | 36.00 |
| 04/29/2021 | RE | ( 6177 @0.20 PER PG) | 1,235.40 |
| 04/29/2021 | RE2 | SCAN/COPY ( 212 @0.10 PER PG) | 21.20 |
| 04/29/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/29/2021 | RE2 | SCAN/COPY ( 212 @0.10 PER PG) | 21.20 |
| 04/29/2021 | RE2 | SCAN/COPY ( 213 @0.10 PER PG) | 21.30 |
| 04/30/2021 | PAC | Pacer - Court Research | 42.30 |

Pachulski Stang Ziehl & Jones LLP

<div style="float:right">

Page:      22

</div>

Archdiocese of New Orleans OCC

<div style="float:right">

Invoice 127865

</div>

05067    - 00002

<div style="float:right">

April 30, 2021

</div>

| | | | |
|---|---|---|---|
| 04/30/2021 | RS | Research [E106] Everlaw, Inc. Inv. 39709 | 682.00 |
| **Total Expenses for this Matter** | | | **$3,627.28** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    23

Invoice 127865

April 30, 2021

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **04/30/2021**

| | |
|---|---:|
| **Total Fees** | **$140,138.00** |
| **Total Expenses** | **3,627.28** |
| **Total Due on Current Invoice** | **$143,765.28** |

**Outstanding Balance from prior invoices as of**    **04/30/2021**    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $14,055.50 |
| 126902 | 11/30/2020 | $135,207.50 | $1,810.71 | $27,041.50 |
| 126935 | 12/31/2020 | $132,105.00 | $7,674.83 | $26,421.00 |
| 127406 | 01/31/2021 | $75,933.50 | $1,398.89 | $77,332.39 |
| 127418 | 02/28/2021 | $63,969.50 | $639.70 | $64,609.20 |
| 127511 | 03/31/2021 | $165,462.50 | $1,097.23 | $166,559.73 |

**Total Amount Due on Current and Prior Invoices:**    **$519,784.60**