# EXHIBIT B

**Monthly Fee Statement**
**May 2021**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: August 16, 2021 |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
## MAY 1, 2021 THROUGH MAY 31, 2021

1.　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2021 through May 31, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.　A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.　A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]　The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.     A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, PSZJ has received fees and expenses totaling $1,552,542.34.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| May 1, 2021 to May 31, 2021 | |
| --- | --- |
| Fees (at standard rates): | $79,741.00 |
| Reduction due to reduced rates[2]: | ($31,235.00) |
| Reduction due to fee write-offs: | ($420.00) |
| Fees (After reductions): | $48,086.00 |
| | |
| Expenses: | $3,272.08 |
| **Total** | **$51,358.08** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour. The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($750); G. Brown ($795); J. Lucas ($995); J. Fried ($1,050); A. Caine ($1,095); I. Nasatir ($1,145); and J. Stang ($1,195).

2

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 16, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**41,740.88** which consists of (a) eighty percent (80%) of PSZJ's total fees of $**48,086.00** for the Statement Period in the amount of $**38,468.80**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $**3,272.08**.

12.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  August 2, 2021                                     Respectfully submitted,

                                                          *By: /s/ Linda Cantor*
                                                          James I. Stang (CA Bar No. 94435)
                                                          Linda F. Cantor (CA Bar No.153762)
                                                          Pachulski Stang Ziehl & Jones LLP 10100
                                                          Santa Monica Blvd., Suite 1300
                                                          Los Angeles, CA 90067
                                                          Telephone: (310)-277-6910
                                                          Facsimile: (310)-201-0760
                                                          Email:   jstang@pszjlaw.com
                                                                      lcantor@pszjlaw.com

                                                          *Co-Counsel to the Official Committee of Unsecured*
                                                          *Creditors*

DOCS_LA:338835.1 05067/002

## **EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery | 8.70 | $6,090.00 |
| BL | Bankruptcy Litigation | 28.30 | $19,690.00 |
| CA | Case Administration | 1.90 | $874.00 |
| CO | Claims Administration/Objections | 3.30 | $2,310.00 |
| FE | Fee/Employment Application | 10.30 | $5,962.00 |
| GC | General Creditors Comm. | 17.70 | $12,390.00 |
| ME | Mediation | 1.10 | $770.00 |
| | | **71.30** | **$48,086.00** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
MAY 1, 2021 THROUGH MAY 31, 2021**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JIS | Stang, James I. | Partner | 700.00 | 11.40 | $7,980.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 34.20 | $23,940.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 7.80 | $5,460.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 3.30 | $2,310.00 |
| JWL | Lucas, John W. | Partner | 700.00 | 0.60 | $420.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 1.20 | $840.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 5.20 | $3,640.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 5.20 | $2,392.00 |
| NPL | Lockwood, Nancy P. | Paralegal | 460.00 | 2.40 | $1,104.00 |
| | | | | **71.30** | **$48,086.00** |

# **EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Description | Amount |
|---|---|
| Conference Call | $0.08 |
| Outside Services | $704.00 |
| Pacer-Court Research | $0.80 |
| Postage | $546.00 |
| Reproduction Expense | $1,992.00 |
| Reproduction/Scan Copy | $29.20 |
| | **$3,272.08** |

**<u>EXHIBIT D</u>**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

|  |  |
|---|---|
| May 31, 2021 | |
| Invoice | 127986 |
| Client | 05067 |
| Matter | 00002 |
| | **JIS** |

RE: Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2021

| | |
|---|---|
| FEES | $48,086.00 |
| EXPENSES | $3,272.08 |
| **TOTAL CURRENT CHARGES** | **$51,358.08** |
| **BALANCE FORWARD** | **$519,784.60** |
| **LAST PAYMENT** | **$62,145.69** |
| **TOTAL BALANCE DUE** | **$508,996.99** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    2

Invoice 127986

May 31, 2021

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 34.20 | $23,940.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 5.20 | $2,392.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 5.20 | $3,640.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 1.20 | $840.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 7.80 | $5,460.00 |
| JIS | Stang, James I. | Partner | 700.00 | 11.40 | $7,980.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 3.30 | $2,310.00 |
| JWL | Lucas, John W. | Partner | 700.00 | 0.60 | $420.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 2.40 | $1,104.00 |
| | | | | 71.30 | $48,086.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:      3
Invoice 127986
May 31, 2021

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 8.70 | $6,090.00 |
| BL | Bankruptcy Litigation [L430] | 28.30 | $19,690.00 |
| CA | Case Administration [B110] | 1.90 | $874.00 |
| CO | Claims Admin/Objections[B310] | 3.30 | $2,310.00 |
| FE | Fee/Employment Application | 10.30 | $5,962.00 |
| GC | General Creditors Comm. [B150] | 17.70 | $12,390.00 |
| ME | Mediation | 1.10 | $770.00 |
| | | 71.30 | $48,086.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 4

Archdiocese of New Orleans OCC

Invoice 127986

05067    -00002

May 31, 2021

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Conference Call [E105] | $0.08 |
| Outside Services | $704.00 |
| Pacer - Court Research | $0.80 |
| Postage [E108] | $546.00 |
| Reproduction Expense [E101] | $1,992.00 |
| Reproduction/ Scan Copy | $29.20 |
| | $3,272.08 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     5

Invoice 127986

May 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 05/03/2021 | IAWN | AA | Review Bedivere status report | 0.20 | 700.00 | $140.00 |
| 05/06/2021 | IAWN | AA | Exchange telephone call and email with Murray re captive information (.1); review emails from Boldissar and Andrew W Caine re same (.1) | 0.20 | 700.00 | $140.00 |
| 05/11/2021 | IAWN | AA | Review Bedivere docket (.1); review guaranty association summary of coverage for PA insolvencies (.3); review LIGA web site re same (.1); telephone conference w/ Boldissar re Bedivere share | 0.50 | 700.00 | $350.00 |
| 05/12/2021 | IAWN | AA | Telephone conference with Boldissar re coverage defenses (.3) | 5.40 | 700.00 | $3,780.00 |
| 05/13/2021 | JIS | AA | Call Catholic Mutual regarding property insurance and work files. | 0.30 | 700.00 | $210.00 |
| 05/17/2021 | IAWN | AA | Review Bedivere docket | 0.10 | 700.00 | $70.00 |
| 05/18/2021 | IAWN | AA | Telephone w/ Carter, Boldissar and Vance re slotting chart | 0.10 | 700.00 | $70.00 |
| 05/18/2021 | IAWN | AA | Exchange emails with Murray re slotting chart | 0.10 | 700.00 | $70.00 |
| 05/19/2021 | IAWN | AA | Exchange emails and telephone call with Boldissar re insurance coverage issues | 0.30 | 700.00 | $210.00 |
| 05/21/2021 | IAWN | AA | Telephone conference with Boldissar re insurance defenses | 0.30 | 700.00 | $210.00 |
| 05/24/2021 | IAWN | AA | Review Bedivere docket | 0.10 | 700.00 | $70.00 |
| 05/24/2021 | JIS | AA | Call with a state court attorney re claims disclosure forms. | 0.20 | 700.00 | $140.00 |
| 05/25/2021 | JIS | AA | Email to Cygal regarding property insurance. | 0.10 | 700.00 | $70.00 |
| 05/27/2021 | AWC | AA | Emails with Locke regarding real estate valuation approach (.20); review Catholic Mutual real estate spreadsheet (.30). | 0.50 | 700.00 | $350.00 |
| 05/27/2021 | AWC | AA | Read motion to sell real property and emails with Locke thereon. | 0.30 | 700.00 | $210.00 |
| | | | | **8.70** | | **$6,090.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 04/26/2021 | CHM | BL | Upload files to Everlaw and review of same. | 0.60 | 700.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    6

Archdiocese of New Orleans OCC

Invoice 127986

05067    -00002

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | CHM | BL | Emails with Everlaw re upload status. | 0.30 | 700.00 | $210.00 |
| 04/28/2021 | CHM | BL | Review documents outside of Everlaw review platform and catalog contents for A. Caine and G. Brown review. | 4.30 | 700.00 | $3,010.00 |
| 05/03/2021 | AWC | BL | Emails with JW regarding document production status, protective order (.30); emails with BRG and team regarding document review status (.20); emails with Locke regarding hearing/motion to compel (.20). | 0.70 | 700.00 | $490.00 |
| 05/04/2021 | AWC | BL | Emails with JW regarding production of documents (.20); emails with Locke and team regarding Zobrio retention, BRG review (.20). | 0.40 | 700.00 | $280.00 |
| 05/04/2021 | NPL | BL | Brief review of adversary complaint filed by Asare-Dankwah for outstanding dates and deadlines. | 0.20 | 460.00 | $92.00 |
| 05/05/2021 | AWC | BL | Emails with Locke and Zobrio regarding retention (.20); emails with client regarding documents/data analysis (.20). | 0.40 | 700.00 | $280.00 |
| 05/06/2021 | AWC | BL | Emails with client and Locke regarding Zobrio and Dundon retention applications (.20); emails with Blank Rome regarding  additional Captive documents and review documents (.90); emails with BRG regarding financial database copies/needs (.30); read and revise JW proposed amended protective order and emails thereon (.40). | 1.80 | 700.00 | $1,260.00 |
| 05/07/2021 | AWC | BL | Emails with Locke regarding document access issues (.20);emails with BRG and JW regarding additional financial database requests (.60). | 0.80 | 700.00 | $560.00 |
| 05/07/2021 | NPL | BL | Review adversary dockets regarding outstanding dates and deadlines. | 0.30 | 460.00 | $138.00 |
| 05/10/2021 | AWC | BL | Read and revise draft order on motion to compel and emails with Locke thereon. | 0.20 | 700.00 | $140.00 |
| 05/11/2021 | AWC | BL | Emails with JW and team regarding document production status, amendment to protective order (.70); emails with Catholic Mutual counsel regarding documents (.20). | 0.90 | 700.00 | $630.00 |
| 05/11/2021 | GNB | BL | Email James I. Stang, Linda F. Cantor, and Andrew W. Caine regarding religious order issues. | 0.10 | 700.00 | $70.00 |
| 05/12/2021 | AWC | BL | Read new documents produced by Debtor and emails with BRG thereon (.40); call with BRG regarding documents (.20); emails with JW | 2.10 | 700.00 | $1,470.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:   7

Invoice 127986

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding document production, issues, timing(.70); call with Locke regarding discovery, motion to compel, order (.20); call with James I. Stang and emails with client re discovery issues (.60). | | | |
| 05/13/2021 | AWC | BL | Emails with JW regarding discovery, documents (.20); emails with JW and Court regarding amendment to protective order, hearing (.20); emails with client regarding Catholic Mutual documents (.20); emails with team and BRG regarding produced documents (.20). | 0.80 | 700.00 | $560.00 |
| 05/14/2021 | AWC | BL | Read revised amendment to P.O. and motion therefor and emails with JW and court thereon (.40); emails with James I. Stang and client regarding Catholic Mutual documents (.30); emails with JW, James I. Stang and Locke regarding turf field, documents (.40). | 1.10 | 700.00 | $770.00 |
| 05/17/2021 | AWC | BL | Call and emails with JW regarding discovery and production status/hearing on motion to compel (.60); emails with BRG regarding documents, databases (.20); emails with Locke regarding order on motion to compel (.20);  review revised claims analysis (.20). | 1.20 | 700.00 | $840.00 |
| 05/18/2021 | AWC | BL | Emails with Locke regarding discovery issues, hearing/order on motion to compel. | 0.40 | 700.00 | $280.00 |
| 05/19/2021 | AWC | BL | Call with Locke regarding discovery issues/approach (.60); emails with JW, Locke and team regarding discovery issues, and review provided spreadsheet of accused (.90); call and emails with client and claimants regarding claim disclosure (.40). | 1.90 | 700.00 | $1,330.00 |
| 05/20/2021 | AWC | BL | Calls with Locke to prepare for hearing and after tasks (.40); emails with client regarding discovery and hearing issues (.30); review documents to prepare for and hearing on motion to compel (.90); call with James I. Stang regarding hearing and discovery/mediation issues (.20). | 1.40 | 700.00 | $980.00 |
| 05/20/2021 | JIS | BL | Attend 5/20 hearing (Partial). | 0.10 | 700.00 | $70.00 |
| 05/21/2021 | AWC | BL | Emails with JW and Locke regarding discovery issues/production/additional information (.50); emails with client and Locke regarding claim information (.30); read newly produced documents and information, and emails with JW and client thereon (.90). | 1.70 | 700.00 | $1,190.00 |
| 05/24/2021 | AWC | BL | Emails with team and client regarding produced | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | documents (.20); review documents and send email to JW regarding  discovery issues (.40); emails with BRG regarding documents/redactions (.20). | | | |
| 05/25/2021 | AWC | BL | Emails with client and Locke regarding document production issues (.20); emails with JW regarding document issues (.20); emails with team regarding document review (.20). | 0.60 | 700.00 | $420.00 |
| 05/26/2021 | AWC | BL | Read additional documents produced by Debtors (1.10); emails with client regarding produced documents, additional documents (.30). | 1.40 | 700.00 | $980.00 |
| 05/27/2021 | AWC | BL | Review produced documents and emails with client thereon and regarding issues (1.20); review files to prepare for JW call regarding discovery (.40). | 1.60 | 700.00 | $1,120.00 |
| 05/28/2021 | AWC | BL | Call and emails with client regarding various document issues (.50); call and emails with JW regarding discovery issues (.80); review produced documents (.90). | 2.20 | 700.00 | $1,540.00 |
| | | | | **28.30** | | **$19,690.00** |

### Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2021 | NPL | CA | Review debtor docket regarding recently filed pleadings. | 0.40 | 460.00 | $184.00 |
| 05/07/2021 | NPL | CA | Review debtor docket regarding recently filed pleadings. | 0.40 | 460.00 | $184.00 |
| 05/07/2021 | NPL | CA | Update critical date memorandum. | 0.50 | 460.00 | $230.00 |
| 05/14/2021 | NPL | CA | Update critical date and deadline memorandum. | 0.60 | 460.00 | $276.00 |
| | | | | **1.90** | | **$874.00** |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/12/2021 | GNB | CO | Review claims chart; Send same to John W. Lucas. | 0.10 | 700.00 | $70.00 |
| 05/12/2021 | JIS | CO | Review chart regarding prepeittion claim analysis for trade claims. | 0.30 | 700.00 | $210.00 |
| 05/12/2021 | JIS | CO | Call with RKuebel regarding prepetition trade claims. | 0.40 | 700.00 | $280.00 |
| 05/12/2021 | JIS | CO | Call A. Caine regarding Debtor's response to request for detail regarding priests. | 0.20 | 700.00 | $140.00 |
| 05/12/2021 | JIS | CO | Call M. Babcock regarding the trade claim chart and reconciliation with schedules and proofs of claim. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/13/2021 | GNB | CO | Telephone conference with John W. Lucas regarding claims data and analyses. | 0.30 | 700.00 | $210.00 |
| 05/13/2021 | JWL | CO | Review claims matrix (.3); call with G. Brown regarding review of claim matrix (.3); | 0.60 | 700.00 | $420.00 |
| 05/24/2021 | JIS | CO | Call from Jerry M. re settlement of unsecured claim. | 0.20 | 700.00 | $140.00 |
| 05/26/2021 | JIS | CO | Call from Court regarding claims consents. | 0.80 | 700.00 | $560.00 |
| | | | | 3.30 | | $2,310.00 |

## Fee/Employment Application

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2021 | JMF | FE | Review complex fee guidelines and issues re BRG application. | 0.40 | 700.00 | $280.00 |
| 05/03/2021 | BDD | FE | Email R. Rothman re PSZJ payments | 0.10 | 460.00 | $46.00 |
| 05/03/2021 | BDD | FE | Email G. Brown and J. Fried re timeline of PSZJ payments to date | 0.10 | 460.00 | $46.00 |
| 05/03/2021 | BDD | FE | Call with/email to P. Shields re BRG quarterly fee application | 0.20 | 460.00 | $92.00 |
| 05/04/2021 | GNB | FE | Email with C. Davin Boldissar regarding employment application for Zobrio, Inc. | 0.10 | 700.00 | $70.00 |
| 05/04/2021 | BDD | FE | Email notice parties PSZJ Jan. 2021 invoice in LEDES format | 0.10 | 460.00 | $46.00 |
| 05/04/2021 | BDD | FE | Email D. Boldissar re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 05/05/2021 | JMF | FE | Review issues re BRG fee applications and monthly fee statements. | 0.30 | 700.00 | $210.00 |
| 05/05/2021 | BDD | FE | Email P. Shields re BRG fee application | 0.10 | 460.00 | $46.00 |
| 05/06/2021 | GNB | FE | Review redline of Zobrio employment application papers; Telephone conference with C. Davin Boldissar regarding same. | 0.10 | 700.00 | $70.00 |
| 05/06/2021 | GNB | FE | Email with Matthew Kreutzer regarding Zobrio invoicing. | 0.10 | 700.00 | $70.00 |
| 05/06/2021 | JMF | FE | Review BRG application issues re fee statements and application. | 0.40 | 700.00 | $280.00 |
| 05/07/2021 | JMF | FE | Review PSZJ application (.4); internal emails re LEDES data (.3); telephone call with Paul Shields re BRG Fee statements preparation and submissions (.3). | 1.00 | 700.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:   10

Invoice 127986

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2021 | BDD | FE | Email J. Fried re BRG's monthly fee statements | 0.10 | 460.00 | $46.00 |
| 05/07/2021 | BDD | FE | Email J. Fried re PSZJ Jan-March fee statements (LEDES format) | 0.10 | 460.00 | $46.00 |
| 05/07/2021 | BDD | FE | Email C. Curts re PSZJ fee application and LEDES invoice formatting | 0.10 | 460.00 | $46.00 |
| 05/10/2021 | BDD | FE | Email C. Curts re PSZJ LEDES files (Feb & March 2021) | 0.10 | 460.00 | $46.00 |
| 05/12/2021 | BDD | FE | Email J. Fried re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |
| 05/17/2021 | JMF | FE | Review BRG statements (.6); emails re issues re 5/20 hearing and orders (.2). | 0.80 | 700.00 | $560.00 |
| 05/17/2021 | BDD | FE | Email J. Fried re PSZJ final fee application | 0.10 | 460.00 | $46.00 |
| 05/17/2021 | BDD | FE | Revisions to PSZJ final fee order and email D. Boldissar re same | 0.20 | 460.00 | $92.00 |
| 05/19/2021 | JMF | FE | Review memo and internal emails re 5/20 hearing issues. | 0.20 | 700.00 | $140.00 |
| 05/19/2021 | BDD | FE | Email P. Shields re BRG's 1st quarterly fee application | 0.10 | 460.00 | $46.00 |
| 05/19/2021 | BDD | FE | Email J. Fried re approval of PSZJ 2nd quarterly fee application | 0.10 | 460.00 | $46.00 |
| 05/20/2021 | JMF | FE | Review docket and internal emails re 5/20 hearing issues and entry of orders. | 0.20 | 700.00 | $140.00 |
| 05/21/2021 | BDD | FE | Email D. Boldissar re PSZJ fee order | 0.10 | 460.00 | $46.00 |
| 05/24/2021 | BDD | FE | Email P. Shields re BRG 1st quarterly fee application | 0.10 | 460.00 | $46.00 |
| 05/26/2021 | BDD | FE | Emails to/call with P. Shields re BRG 1st quarterly fee application | 0.20 | 460.00 | $92.00 |
| 05/26/2021 | BDD | FE | Emails A. Caine, J. Fried, and G. Brown re BRG first quarterly fee application | 0.20 | 460.00 | $92.00 |
| 05/26/2021 | BDD | FE | Email A. Lohr re BRG 1st quarterly fee application | 0.10 | 460.00 | $46.00 |
| 05/27/2021 | AWC | FE | Review and revise BRG fee application and emails thereon. | 1.40 | 700.00 | $980.00 |
| 05/27/2021 | GNB | FE | Email with Andrew W. Caine and with Beth D. Dassa regarding finalization and filing of Berkeley Research Group, LLC's fee application. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    11
Invoice 127986
May 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/27/2021 | BDD | FE | Multiple emails A. Caine re BRG 1st quarterly fee application | 0.30 | 460.00 | $138.00 |
| 05/27/2021 | BDD | FE | Emails G. Brown re BRG 1st quarterly fee application | 0.10 | 460.00 | $46.00 |
| 05/27/2021 | BDD | FE | Confer with L. Cantor re PSZJ payment on 2nd quarterly fee application | 0.10 | 460.00 | $46.00 |
| 05/27/2021 | BDD | FE | Prepare Notice of BRG's 1st quarterly fee application (.40); emails A. Caine re same (.10) | 0.50 | 460.00 | $230.00 |
| 05/27/2021 | BDD | FE | Assist with BRG 1st interim fee application and multiple emails/calls with P. Shields and emails A. Caine and N. Brown re same | 1.80 | 460.00 | $828.00 |
|  |  |  |  | 10.30 |  | $5,962.00 |

### General Creditors Comm. [B150]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 05/03/2021 | AWC | GC | Bi-weekly committee call. | 1.10 | 700.00 | $770.00 |
| 05/03/2021 | JIS | GC | Attend Committee meeting re discovery, claims analysis, insurance, financial reporting. | 1.10 | 700.00 | $770.00 |
| 05/03/2021 | JIS | GC | Email response to M. Dundon re financial advisor meeting. | 0.10 | 700.00 | $70.00 |
| 05/04/2021 | AWC | GC | Weekly counsel call. | 1.30 | 700.00 | $910.00 |
| 05/11/2021 | AWC | GC | Weekly counsel call. | 1.50 | 700.00 | $1,050.00 |
| 05/11/2021 | JIS | GC | Attend state court counsel call (partial):  discovery, financial advisory issues, mediation, professional fees. | 1.40 | 700.00 | $980.00 |
| 05/13/2021 | JIS | GC | Call D. Boldissar regarding mediator selection and SOL issues. | 0.40 | 700.00 | $280.00 |
| 05/17/2021 | AWC | GC | Bi-weekly committee call. | 2.10 | 700.00 | $1,470.00 |
| 05/17/2021 | JIS | GC | Attend committee call regarding Judge Zive interview and discussion re SOL (partial attendance). | 1.40 | 700.00 | $980.00 |
| 05/18/2021 | AWC | GC | Weekly counsel call. | 1.40 | 700.00 | $980.00 |
| 05/18/2021 | JIS | GC | Call D. Boldissar regarding Zive interview. | 0.20 | 700.00 | $140.00 |
| 05/18/2021 | JIS | GC | State Court Counsel call regarding status of discovery, access to claims, and mediator selection. | 1.40 | 700.00 | $980.00 |
| 05/24/2021 | AWC | GC | Bi-weekly call with Committee. | 1.10 | 700.00 | $770.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    12

Invoice 127986

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/24/2021 | GNB | GC | Telephone conference with claimant S.K. regarding status of case. | 0.20 | 700.00 | $140.00 |
| 05/24/2021 | JIS | GC | Call M. Babcock regarding overview of issues resulting from accounting system. and claims for FEMA and US Attorneys Office. | 0.60 | 700.00 | $420.00 |
| 05/24/2021 | JIS | GC | Call with Committee with BRG financial report, discovery, mediator. | 1.10 | 700.00 | $770.00 |
| 05/25/2021 | AWC | GC | Weekly counsel call. | 1.10 | 700.00 | $770.00 |
| 05/25/2021 | JIS | GC | Call with I. Nasatir regarding update to call with Debtor. | 0.10 | 700.00 | $70.00 |
| 05/27/2021 | GNB | GC | Email Andrew W. Caine regarding perpetrator files produced by Archdiocese. | 0.10 | 700.00 | $70.00 |
| | | | | 17.70 | | **$12,390.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/13/2021 | JIS | ME | Call Judge Zive regarding service as mediator. | 0.60 | 700.00 | $420.00 |
| 05/25/2021 | IAWN | ME | Telephone conference w/debtor counsel, Carter, Boldissar re mediation | 0.50 | 700.00 | $350.00 |
| | | | | 1.10 | | **$770.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$48,086.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    13

Invoice 127986

May 31, 2021

---

### **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/14/2021 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.08 |
| 05/27/2021 | PO | Postage | 546.00 |
| 05/27/2021 | RE2 | SCAN/COPY ( 163 @0.10 PER PG) | 16.30 |
| 05/27/2021 | RE2 | SCAN/COPY ( 129 @0.10 PER PG) | 12.90 |
| 05/28/2021 | RE | ( 180 @0.20 PER PG) | 36.00 |
| 05/28/2021 | RE | ( 9780 @0.20 PER PG) | 1,956.00 |
| 05/31/2021 | OS | Everlaw, Inv. 40893, Archdiocese of New Orleans database for the month of May | 704.00 |
| 05/31/2021 | PAC | Pacer - Court Research | 0.80 |

**Total Expenses for this Matter**      **$3,272.08**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    14
Invoice 127986
May 31, 2021

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:     05/31/2021**

**Total Fees**                                                          **$48,086.00**

**Total Expenses**                                                    **3,272.08**

**Total Due on Current Invoice**                                **$51,358.08**

**Outstanding Balance from prior invoices as of     05/31/2021          (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126564 | 10/31/2020 | $70,277.50 | $1,830.89 | $14,055.50 |
| 126902 | 11/30/2020 | $135,207.50 | $1,810.71 | $27,041.50 |
| 126935 | 12/31/2020 | $132,105.00 | $7,674.83 | $26,421.00 |
| 127406 | 01/31/2021 | $75,933.50 | $1,398.89 | $15,186.70 |
| 127418 | 02/28/2021 | $63,969.50 | $639.70 | $64,609.20 |
| 127511 | 03/31/2021 | $165,462.50 | $1,097.23 | $166,559.73 |
| 127865 | 04/30/2021 | $140,138.00 | $3,627.28 | $143,765.28 |

**Total Amount Due on Current and Prior Invoices:**                    **$508,996.99**