# EXHIBIT C

**Monthly Fee Statement**
**June 2021**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: August 31, 2021 |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2021 through June 30, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.        A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.        The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.        In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.        As of the date hereof, PSZJ has received fees and expenses totaling $1,668,280.02.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.        The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| June 1, 2021 to June 30, 2021 | |
|---|---|
| Fees (at standard rates): | $90,627.00 |
| Reduction due to reduced rates[2]: | ($35,137.00) |
| Reduction due to fee write-offs: | ($2,380.00) |
| Fees (After reductions): | $53,110.00 |
| | |
| Expenses: | $7.70 |
| **Total** | **$53,117.70** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour. The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($750); G. Brown ($850); J. Fried ($1,050); I. Nasatir ($1,145); A. Caine ($1,245); L. Cantor ($1,245); and J. Stang ($1,345).

2

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 31, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $**42,495.70** which consists of (a) eighty percent (80%) of PSZJ's total fees of $**53,110.00** for the Statement Period in the amount of $**42,488.00**, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $**7.70**.

12.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

3

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: August 17, 2021                                  Respectfully submitted,

                                                        By: /s/ Linda Cantor
                                                        James I. Stang (CA Bar No. 94435)
                                                        Linda F. Cantor (CA Bar No.153762)
                                                        Pachulski Stang Ziehl & Jones LLP 10100
                                                        Santa Monica Blvd., Suite 1300
                                                        Los Angeles, CA 90067
                                                        Telephone: (310)-277-6910
                                                        Facsimile: (310)-201-0760
                                                        Email:  jstang@pszjlaw.com
                                                                lcantor@pszjlaw.com

                                                        *Co-Counsel to the Official Committee of Unsecured
                                                        Creditors*

4

# **EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Task Code | Description | Hours | Amount |
|:---:|:---:|:---:|:---:|
| AA | Asset Analysis/Recovery | 2.40 | $1,680.00 |
| BL | Bankruptcy Litigation | 34.30 | $24,010.00 |
| CA | Case Administration | 3.90 | $1,914.00 |
| CO | Claims Administration/Objections | 2.90 | $2,030.00 |
| FE | Fee/Employment Application | 10.80 | $6,816.00 |
| GC | General Creditors Comm. | 12.00 | $8,400.00 |
| IC | Insurance Coverage | 9.10 | $6,370.00 |
| ME | Mediation | 2.70 | $1,890.00 |
| | | **78.10** | **$53,110.00** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
JUNE 1, 2021 THROUGH JUNE 30, 2021**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 700.00 | 8.20 | $5,740.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 36.80 | $25,760.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 12.30 | $8,610.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 5.30 | $3,710.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 3.80 | $2,660.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 1.90 | $1,330.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 3.10 | $1,426.00 |
| NPL | Lockwood, Nancy P. | Paralegal | 460.00 | 3.40 | $1,564.00 |
| | | | | **78.10** | **$53,110.00** |

# **EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Description | Amount |
|---|---|
| Reproduction/Scan Copy | $7.70 |
| | **$7.70** |

**<u>EXHIBIT D</u>**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

|  | June 30, 2021 |
|---|---|
| Invoice | 128205 |
| Client | 05067 |
| Matter | 00002 |
|  | **JIS** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2021

| | |
|---|---|
| FEES | $53,110.00 |
| EXPENSES | $7.70 |
| **TOTAL CURRENT CHARGES** | **$53,117.70** |
| **BALANCE FORWARD** | **$508,996.99** |
| **LAST PAYMENT** | **$429,611.31** |
| **TOTAL BALANCE DUE** | **$132,503.38** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    2
Invoice 128205
June 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 36.80 | $25,760.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 3.10 | $1,426.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 1.90 | $1,330.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 3.80 | $2,660.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 12.30 | $8,610.00 |
| JIS | Stang, James I. | Partner | 700.00 | 8.20 | $5,740.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 5.30 | $3,710.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 3.30 | $2,310.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 3.40 | $1,564.00 |
| | | | | 78.10 | $53,110.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:      3
Invoice 128205
June 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 2.40 | $1,680.00 |
| BL | Bankruptcy Litigation [L430] | 34.30 | $24,010.00 |
| CA | Case Administration [B110] | 3.90 | $1,914.00 |
| CO | Claims Admin/Objections[B310] | 2.90 | $2,030.00 |
| FE | Fee/Employment Application | 10.80 | $6,816.00 |
| GC | General Creditors Comm. [B150] | 12.00 | $8,400.00 |
| IC | Insurance Coverage | 9.10 | $6,370.00 |
| ME | Mediation | 2.70 | $1,890.00 |
|  |  | 78.10 | $53,110.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:      4
Invoice 128205
June 30, 2021

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Reproduction/ Scan Copy | $7.70 |
| | $7.70 |

Pachulski Stang Ziehl & Jones LLP

Page:   5

Archdiocese of New Orleans OCC

Invoice 128205

05067   -00002

June 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** |  |  |  |  |  |  |
| 06/11/2021 | JIS | AA | Review bidding procedures. | 0.90 | 700.00 | $630.00 |
| 06/14/2021 | JIS | AA | Review chart outlining status of discovery requests. | 0.10 | 700.00 | $70.00 |
| 06/25/2021 | JIS | AA | Call R. Kuebel regarding assessment of Diocese and Affiliate due duligence on assegts and liabilities, next steps. | 0.80 | 700.00 | $560.00 |
| 06/28/2021 | JIS | AA | Committee professionals call re status of asset discovery. | 0.60 | 700.00 | $420.00 |
|  |  |  |  | 2.40 |  | **$1,680.00** |
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 05/05/2021 | CHM | BL | Upload and review ADNO documents. | 0.80 | 700.00 | $560.00 |
| 05/06/2021 | CHM | BL | Emails with G. Brown and J. Carter re documents to add to Everlaw. | 0.20 | 700.00 | $140.00 |
| 05/06/2021 | CHM | BL | Review uploaded documents and email A. Caine and G. Brown re same. | 0.20 | 700.00 | $140.00 |
| 05/13/2021 | CHM | BL | Review Everlaw database and email A. Lohr re same. | 0.20 | 700.00 | $140.00 |
| 05/13/2021 | CHM | BL | Upload and review documents and email A. Caine re same. | 0.30 | 700.00 | $210.00 |
| 05/24/2021 | CHM | BL | Email G. Brown re document status. | 0.10 | 700.00 | $70.00 |
| 05/24/2021 | CHM | BL | Review email from A. Caine re access of Committee members and reply. | 0.10 | 700.00 | $70.00 |
| 06/01/2021 | AWC | BL | Emails with client regarding document issues and read underlying documents (.60); read produced documents for various issues (1.90); emails with team regarding document issues (.30). | 2.80 | 700.00 | $1,960.00 |
| 06/01/2021 | GNB | BL | Review documents produced by Archdiocese with regard to issue concerning perpetrators. | 0.30 | 700.00 | $210.00 |
| 06/01/2021 | GNB | BL | Prepare email to James I. Stang and Andrew W. Cain regarding documents produced by Archdiocese with regard to issue concerning perpetrators. | 0.40 | 700.00 | $280.00 |
| 06/02/2021 | AWC | BL | Emails with team and client regarding discovery issues (.30); emails with JW and client regarding additional production and review new documents (.90). | 1.20 | 700.00 | $840.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:      6
Invoice 128205
June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2021 | AWC | BL | Emails with Locke and client regarding various discovery issues (.80); review produced documents and emails with JW regarding questions (.90). | 1.70 | 700.00 | $1,190.00 |
| 06/04/2021 | AWC | BL | Emails with BRG regarding detail issues (.30); emails with JW regarding discovery matters, unaddressed requests (.40); read insurance claims chart and emails with team thereon (.60). | 1.30 | 700.00 | $910.00 |
| 06/07/2021 | AWC | BL | Emails with client regarding legislation (.20); review correspondence regarding discovery and draft follow-up email (.90). | 1.10 | 700.00 | $770.00 |
| 06/08/2021 | AWC | BL | Emails with client regarding discovery issues (.50); draft further email to JW regarding redactions/privilege log (.60); emails with team regarding insurance issues (.20) | 1.50 | 700.00 | $1,050.00 |
| 06/09/2021 | AWC | BL | Call and emails with Locke regarding discovery issues (.60); review documents, prepare memo on motion to compel and emails with team and BRG thereon (.90). | 1.50 | 700.00 | $1,050.00 |
| 06/10/2021 | GNB | BL | Review and code documents produced by Archdiocese (.3); Prepare edits to report on motion to compel documents and email with Andrew W. Caine regarding same (.1). | 0.40 | 700.00 | $280.00 |
| 06/11/2021 | AWC | BL | Emails with Locke and client regarding mediation motion/strategy and review motion (.40); call with Locke and James I. Stang regarding claims bar date (.20); emails re legislation/impact (.30); emails with BRG, Locke and team regarding motion to compel (.30). | 1.20 | 700.00 | $840.00 |
| 06/14/2021 | GNB | BL | Review and code documents produced by Archdiocese (1.1); Prepare edits to report on motion to compel documents and email Andrew W. Caine regarding same (.2). | 1.30 | 700.00 | $910.00 |
| 06/14/2021 | AWC | BL | Review BRG report regarding document status/calls and emails with BRG thereon (.80); emails with client and team and call with Locke regarding document production status, report (.80); revise motion to compel report for Court (.90). | 2.50 | 700.00 | $1,750.00 |
| 06/15/2021 | AWC | BL | Review chart of motion to compel status and emails with Locke thereon (.40); emails with JW regarding documents (.20). | 0.60 | 700.00 | $420.00 |
| 06/16/2021 | AWC | BL | Emails with client and JW regarding document questions (.70); call with Locke regarding | 1.10 | 700.00 | $770.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:      7
Invoice 128205
June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | hearing/strategy and revise filing (.40). | | | |
| 06/17/2021 | AWC | BL | Read underlying documents/correspondence for and emails with JW regarding discovery issues, documents (.90); emails and call with BRG regarding  discovery issues/documents (.30); prep for hearing on motion to compel (.50); hearing on motion to compel (1.30); emails with client regarding legal issues/approach and read underlying brief (.40). | 3.40 | 700.00 | $2,380.00 |
| 06/18/2021 | AWC | BL | Emails with client regarding legal issues/discovery. | 0.30 | 700.00 | $210.00 |
| 06/21/2021 | AWC | BL | Emails with team regarding insurance documents and review documents (.60); emails with JW regarding additional production, revised settlement list (.30). | 0.90 | 700.00 | $630.00 |
| 06/21/2021 | AWC | BL | Read Debtor motion to extend exclusivity. | 0.40 | 700.00 | $280.00 |
| 06/22/2021 | AWC | BL | Read Catholic Mutual spreadsheet and emails with team regarding documents (.40); emails with JW regarding document production, issues (.30); emails with team regarding document review/redactions (.20). | 0.90 | 700.00 | $630.00 |
| 06/22/2021 | GNB | BL | Email with James I. Stang, Andrew W. Caine, and Iain A.W. Nasatir regarding confidentiality protocol. | 0.10 | 700.00 | $70.00 |
| 06/23/2021 | AWC | BL | Emails with team and Debtor counsel regarding insurance and other documents (.40); emails with client regarding document questions (.30). | 0.70 | 700.00 | $490.00 |
| 06/23/2021 | IAWN | BL | Review emails between Caine and Mackle re bates stamps | 0.10 | 700.00 | $70.00 |
| 06/23/2021 | IAWN | BL | Email to Murray re discovery issues | 0.20 | 700.00 | $140.00 |
| 06/23/2021 | IAWN | BL | Pull examples of redacted documents and send to Murray | 0.80 | 700.00 | $560.00 |
| 06/24/2021 | AWC | BL | Emails with client and team regarding discovery issues (.40); emails with JW regarding discovery questions (.30). | 0.70 | 700.00 | $490.00 |
| 06/25/2021 | AWC | BL | Emails with JW regarding discovery, produced documents (.30); emails with BRG regarding D&L data, call (.30); review new documents produced by Debtor (.50). | 1.10 | 700.00 | $770.00 |
| 06/28/2021 | AWC | BL | Call with JW and FAs regarding D&L data (.40); call with Locke, BRG and team regarding discovery/case issues (.60); emails with JW | 1.20 | 700.00 | $840.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Archdiocese of New Orleans OCC

Invoice 128205

05067    -00002

June 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | regarding discovery (.20). |  |  |  |
| 06/28/2021 | JIS | BL | Court call regarding confidentiality of claims. | 0.70 | 700.00 | $490.00 |
| 06/29/2021 | AWC | BL | Emails with JW regarding document production/new documents (.60); emails with BRG regarding discovery issues (.20); emails with Locke and team regarding insurance issues/discovery (.40). | 1.20 | 700.00 | $840.00 |
| 06/29/2021 | GNB | BL | Email with Paul N. Shields regarding D&L documents in Everlaw; Email with D. Ray Strong and Cia H. Mackle regarding same and regarding D. Ray Strong access to Everlaw. | 0.10 | 700.00 | $70.00 |
| 06/29/2021 | GNB | BL | Analyze documents produced by Archdiocese and saved into Everlaw. | 0.30 | 700.00 | $210.00 |
| 06/30/2021 | AWC | BL | Emails with Locke, BRG, team and client regarding various issues. | 0.40 | 700.00 | $280.00 |
|  |  |  |  | **34.30** |  | **$24,010.00** |

## Case Administration [B110]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/08/2021 | NPL | CA | Review Debtor docket for recently filed pleadings and entered orders. | 1.20 | 460.00 | $552.00 |
| 06/08/2021 | NPL | CA | Review and update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 06/18/2021 | NPL | CA | Review debtor docket for recently filed pleadings. | 0.70 | 460.00 | $322.00 |
| 06/18/2021 | NPL | CA | Update critical date memorandum. | 0.50 | 460.00 | $230.00 |
| 06/22/2021 | NPL | CA | Review and reply to email from B. Dassa regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 06/22/2021 | NPL | CA | Update critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 06/29/2021 | JIS | CA | Call with Debtor's professionals re case status. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **3.90** |  | **$1,914.00** |

## Claims Admin/Objections[B310]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/2021 | JIS | CO | Review emails regarding claims evaluation from Debtor. | 0.30 | 700.00 | $210.00 |
| 06/10/2021 | LFC | CO | Review legislative developments and consider impact on case, plan and bar date matters | 0.40 | 700.00 | $280.00 |
| 06/11/2021 | JIS | CO | Call A. Caine and D. Boldissar regarding impact of SOL change. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     9

Archdiocese of New Orleans OCC

Invoice 128205

05067   -00002

June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/18/2021 | LFC | CO | Confer with Gillian Brown regarding pending contested matters and plan/claim matters | 0.60 | 700.00 | $420.00 |
| 06/21/2021 | JIS | CO | Review issues related to bar date and prescription legislation. | 0.60 | 700.00 | $420.00 |
| 06/21/2021 | JIS | CO | Call Trahant regarding claims bar date. | 0.10 | 700.00 | $70.00 |
| 06/23/2021 | GNB | CO | Research claim information for state court counsel. | 0.20 | 700.00 | $140.00 |
| 06/24/2021 | GNB | CO | Research letter from claimants' family member regarding abuse. | 0.10 | 700.00 | $70.00 |
| 06/29/2021 | GNB | CO | Email with Andrew W. Caine regarding claimant issues in preparation for call with abuse claimant #143520193 (.1); Telephone conference with abuse claimant #143520193 regarding status of case (.1); Email C. Davin Boldissar regarding same, email Sophia Lee regarding same (for abuse claimant address change), and email Allison Kingsmill regarding Donlin Recano contact for abuse claimant address change (.1). | 0.30 | 700.00 | $210.00 |
| 06/30/2021 | GNB | CO | Email Jennifer Goode and Calvin Dickson at Donlin Recano with updated contact information for abuse claimant #143520193. | 0.10 | 700.00 | $70.00 |
| | | | | 2.90 | | $2,030.00 |

## Fee/Employment Application

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2021 | LFC | FE | Review invoices | 0.20 | 700.00 | $140.00 |
| 06/01/2021 | JMF | FE | Review and edit April Monthly statement. | 1.80 | 700.00 | $1,260.00 |
| 06/02/2021 | LFC | FE | Review Kinsella fee statements and fee applications and outstanding amounts to be paid | 0.50 | 700.00 | $350.00 |
| 06/07/2021 | LFC | FE | Review revised April invoice | 0.20 | 700.00 | $140.00 |
| 06/07/2021 | JMF | FE | Review April bill and edits to same re voluntary reductions. | 0.80 | 700.00 | $560.00 |
| 06/08/2021 | LFC | FE | Review fee reconciliations | 0.20 | 700.00 | $140.00 |
| 06/08/2021 | LFC | FE | Review history and current status of professional fee payments and Debtor's operating reports | 0.80 | 700.00 | $560.00 |
| 06/08/2021 | BDD | FE | Email L. Cantor and J. Fried re PSZJ April monthly fee statement | 0.10 | 460.00 | $46.00 |
| 06/08/2021 | BDD | FE | Email R. Rothman re PSZJ April monthly fee | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    10
Invoice 128205
June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | statement | | | |
| 06/09/2021 | BDD | FE | Email J. Fried re PSZJ April monthly fee statement | 0.10 | 460.00 | $46.00 |
| 06/09/2021 | JMF | FE | Review PSZJ statement. | 0.50 | 700.00 | $350.00 |
| 06/10/2021 | LFC | FE | Review fee statement and emails concerning same | 0.20 | 700.00 | $140.00 |
| 06/10/2021 | BDD | FE | Review April invoice and prepare PSZJ monthly fee application and emails J. Lucas and L. Cantor re same (1.50); multiple emails R. Rothman re write-offs (.30) | 1.40 | 460.00 | $644.00 |
| 06/10/2021 | BDD | FE | Email V. Arias re PSZJ April monthly fee application and payments made to date | 0.10 | 460.00 | $46.00 |
| 06/10/2021 | BDD | FE | Email J. Fried and L. Cantor re email for Committee chair (re PSZJ April monthly fee application) | 0.10 | 460.00 | $46.00 |
| 06/11/2021 | BDD | FE | Email J. Fried re April monthly fee application | 0.10 | 460.00 | $46.00 |
| 06/11/2021 | JMF | FE | Review PSZJ April monthly statement | 0.70 | 700.00 | $490.00 |
| 06/15/2021 | BDD | FE | Email L. Cantor re Order on BRG fee application | 0.10 | 460.00 | $46.00 |
| 06/16/2021 | LFC | FE | Review April fee statement and e-mail correspondence to Committee chair regarding same | 0.20 | 700.00 | $140.00 |
| 06/17/2021 | BDD | FE | Email L. Cantor re PSZJ April monthly fee statement | 0.10 | 460.00 | $46.00 |
| 06/17/2021 | BDD | FE | Email C. Curts re LEDES file for April invoice | 0.10 | 460.00 | $46.00 |
| 06/18/2021 | BDD | FE | Email notice parties re PSZJ April monthly fee statement | 0.10 | 460.00 | $46.00 |
| 06/21/2021 | GNB | FE | Email Paul N. Shields and Matthew K. Babcock regarding Archdiocese's cash situation and payment of professionals' fees; Email with Paul N. Shields regarding same; Email with Linda F. Cantor regarding same. | 0.10 | 700.00 | $70.00 |
| 06/21/2021 | BDD | FE | Review/revise PSZJ April monthly fee statement (.20); call with L. Cantor re same (.10); email notice parties re same (.10); emails N. Brown re same (.10) | 0.50 | 460.00 | $230.00 |
| 06/22/2021 | BDD | FE | Attend to calendaring matters with B. Anavim and N. Lockwood | 0.10 | 460.00 | $46.00 |
| 06/24/2021 | JMF | FE | Review and edit PSZJ May statement. | 1.20 | 700.00 | $840.00 |
| 06/30/2021 | BDD | FE | Email J. Fried and L. Cantor re payment of BRG fees/expenses | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 11

Archdiocese of New Orleans OCC

Invoice 128205

05067   -00002

June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/30/2021 | JMF | FE | Review internal emails re Debtor payments of Committee professionals' fee applications. | 0.30 | 700.00 | $210.00 |
| | | | | **10.80** | | **$6,816.00** |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2021 | AWC | GC | Weekly counsel call. | 1.00 | 700.00 | $700.00 |
| 06/07/2021 | AWC | GC | Biweekly call with Committee. | 1.30 | 700.00 | $910.00 |
| 06/08/2021 | AWC | GC | Weekly counsel call. | 0.70 | 700.00 | $490.00 |
| 06/14/2021 | AWC | GC | Committee call. | 0.90 | 700.00 | $630.00 |
| 06/14/2021 | JIS | GC | Attend committee meeting regarding discovery, SOL, claims, commercial committee. | 0.90 | 700.00 | $630.00 |
| 06/15/2021 | AWC | GC | Weekly counsel call. | 1.20 | 700.00 | $840.00 |
| 06/15/2021 | JIS | GC | Call with Debtor's counsel re status. | 0.50 | 700.00 | $350.00 |
| 06/22/2021 | AWC | GC | Weekly counsel call. | 1.50 | 700.00 | $1,050.00 |
| 06/28/2021 | AWC | GC | Committee call. | 1.50 | 700.00 | $1,050.00 |
| 06/28/2021 | JIS | GC | Committee call re bar date, discovery, mediation. | 1.50 | 700.00 | $1,050.00 |
| 06/29/2021 | AWC | GC | Weekly counsel call. | 1.00 | 700.00 | $700.00 |
| | | | | **12.00** | | **$8,400.00** |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2021 | IAWN | IC | Telephone conference w/ debtors TCC etc.re insurance (Murray) | 0.50 | 700.00 | $350.00 |
| 06/04/2021 | IAWN | IC | Review claims matrix from Murray | 0.80 | 700.00 | $560.00 |
| 06/04/2021 | IAWN | IC | Exchange emails with Caine, Stang and Brown re claims matrix | 0.10 | 700.00 | $70.00 |
| 06/04/2021 | IAWN | IC | Exchange emails with Caine re claims included | 0.10 | 700.00 | $70.00 |
| 06/04/2021 | IAWN | IC | Exchange emails with Stang re matrix values | 0.10 | 700.00 | $70.00 |
| 06/04/2021 | IAWN | IC | Email Murray with request for slotting chart and matrix confirmation | 0.10 | 700.00 | $70.00 |
| 06/06/2021 | IAWN | IC | Review Murray email and slotting chart | 0.40 | 700.00 | $280.00 |
| 06/18/2021 | IAWN | IC | Exchange emails with Sophia Lee re claims matrix | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   -00002

Page:    12  
Invoice 128205  
June 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/18/2021 | IAWN | IC | Review file re coverage correspondence and email Brown and Caine re same | 0.10 | 700.00 | $70.00 |
| 06/18/2021 | IAWN | IC | Review Caine discovery correspondence with debtor | 0.70 | 700.00 | $490.00 |
| 06/18/2021 | IAWN | IC | Exchange emails with Brown and Mackle re Everlaw access | 0.20 | 700.00 | $140.00 |
| 06/18/2021 | GNB | IC | Email with Iain A.W. Nasatir regarding insurance-related documents. | 0.10 | 700.00 | $70.00 |
| 06/22/2021 | IAWN | IC | Review coverage letters produced by debtor | 2.70 | 700.00 | $1,890.00 |
| 06/22/2021 | IAWN | IC | Draft and send email to James I Stang and Andy Caine re discovery issues | 0.10 | 700.00 | $70.00 |
| 06/22/2021 | IAWN | IC | Review Andy Caine, Brown and James I Stang emails re same | 0.10 | 700.00 | $70.00 |
| 06/28/2021 | IAWN | IC | Review Murray response re discovery issues | 0.10 | 700.00 | $70.00 |
| 06/29/2021 | IAWN | IC | Telephone conference w/ debtors counsel and TCC counsel re mediation and insurance | 0.40 | 700.00 | $280.00 |
| 06/29/2021 | IAWN | IC | Telephone conference with TCC re mediation, insurance | 0.20 | 700.00 | $140.00 |
| 06/29/2021 | IAWN | IC | Review and analyze Bedivere liquidator motion to cut through ASIC policies | 1.00 | 700.00 | $700.00 |
| 06/29/2021 | IAWN | IC | Review petition and financials attached re same | 0.80 | 700.00 | $560.00 |
| 06/29/2021 | IAWN | IC | Draft email to Stang, Boldissar re cut through for Bedivere | 0.10 | 700.00 | $70.00 |
| 06/29/2021 | IAWN | IC | Exchange emails and telephone call w/ Boldissar re same | 0.10 | 700.00 | $70.00 |
| 06/30/2021 | IAWN | IC | Telephone conference with Boldissar re Bedivere | 0.10 | 700.00 | $70.00 |
| 06/30/2021 | IAWN | IC | Exchange emails with Boldissar re Bedivere | 0.10 | 700.00 | $70.00 |
|  |  |  |  | **9.10** |  | **$6,370.00** |

**Mediation**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 06/08/2021 | IAWN | ME | Telephone conference w/ debtors and TCC re mediation | 0.20 | 700.00 | $140.00 |
| 06/08/2021 | IAWN | ME | Telephone conference with Boldissar re mediation | 0.10 | 700.00 | $70.00 |
| 06/08/2021 | IAWN | ME | Telephone conference with Murray re matrix values | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    13
Invoice 128205
June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/08/2021 | IAWN | ME | Exchange emails with Stang and Caine re matrix values | 0.10 | 700.00 | $70.00 |
| 06/08/2021 | IAWN | ME | Review mediation motion | 0.80 | 700.00 | $560.00 |
| 06/08/2021 | IAWN | ME | Email Mark Mintz re mediation motion | 0.10 | 700.00 | $70.00 |
| 06/15/2021 | IAWN | ME | Attend call with debtor's counsel and TCC's counsel re mediation | 0.50 | 700.00 | $350.00 |
| 06/18/2021 | IAWN | ME | Telephone conference with James I Stang re prep for mediation materials | 0.30 | 700.00 | $210.00 |
| 06/23/2021 | JIS | ME | Call G. Zive regarding status of case and mediation. | 0.50 | 700.00 | $350.00 |
| | | | | **2.70** | | **$1,890.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$53,110.00**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:    14
Invoice 128205
June 30, 2021

---

**<u>Expenses</u>**

| | | | |
|---|---|---|---|
| 06/01/2021 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 06/11/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/11/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |

**Total Expenses for this Matter**      **$7.70**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:    15

Invoice 128205

June 30, 2021

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **06/30/2021**

**Total Fees**                                                    **$53,110.00**

**Total Expenses**                                                **7.70**

**Total Due on Current Invoice**                                  **$53,117.70**

**Outstanding Balance from prior invoices as of**    **06/30/2021**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 127865 | 04/30/2021 | $140,138.00 | $3,627.28 | $28,027.60 |
| 127986 | 05/31/2021 | $48,086.00 | $3,272.08 | $51,358.08 |

**Total Amount Due on Current and Prior Invoices:**                **$132,503.38**