# EXHIBIT D

**Monthly Fee Statement**
**July 2021**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

July 31, 2021
Invoice 128342
Client 05067
Matter 00002
**JIS**

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2021**

| | |
|---|---:|
| FEES | $67,598.00 |
| EXPENSES | $2,934.70 |
| **TOTAL CURRENT CHARGES** | **$70,532.70** |
| **BALANCE FORWARD** | **$132,503.38** |
| **TOTAL BALANCE DUE** | **$203,036.08** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Archdiocese of New Orleans OCC  Invoice 128342
05067 - 00002  July 31, 2021

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 700.00 | 43.50 | $30,450.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 3.30 | $1,518.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 4.10 | $2,870.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.40 | $280.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 12.70 | $8,890.00 |
| JIS | Stang, James I. | Partner | 700.00 | 15.60 | $10,920.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 2.30 | $1,610.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 11.20 | $7,840.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 7.00 | $3,220.00 |
|  |  |  |  | 100.10 | $67,598.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:   3  
Invoice 128342  
July 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis/Recovery[B120] | 1.80 | $1,116.00 |
| BL | Bankruptcy Litigation [L430] | 37.60 | $26,224.00 |
| CA | Case Administration [B110] | 6.50 | $3,158.00 |
| CO | Claims Admin/Objections[B310] | 4.10 | $2,870.00 |
| DO | Document Production | 4.10 | $2,870.00 |
| FE | Fee/Employment Application | 15.20 | $9,848.00 |
| GC | General Creditors Comm. [B150] | 15.80 | $11,012.00 |
| IC | Insurance Coverage | 12.10 | $8,470.00 |
| ME | Mediation | 2.90 | $2,030.00 |
|  |  | 100.10 | $67,598.00 |

Pachulski Stang Ziehl & Jones LLP  Page:    4
Archdiocese of New Orleans OCC  Invoice 128342
05067    - 00002  July 31, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research [E | $22.50 |
| Outside Services | $2,018.00 |
| Postage [E108] | $121.70 |
| Reproduction Expense [E101] | $770.00 |
| Reproduction/ Scan Copy | $2.50 |
| | $2,934.70 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:    5  
Invoice 128342  
July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 07/01/2021 | NPL | AA | Review and entered sale order for dates and deadines. | 0.60 | 460.00 | $276.00 |
| 07/07/2021 | AWC | AA | Emails with client and Locke regarding real property issues (.20); read Locke discovery letter to affiliates (.40). | 0.40 | 700.00 | $280.00 |
| 07/09/2021 | JIS | AA | Call D. Boldissar regarding fees, sale of real property. | 0.30 | 700.00 | $210.00 |
| 07/27/2021 | JIS | AA | Call M. Babcock regarding status of investigation regarding Funds A and B. | 0.30 | 700.00 | $210.00 |
| 07/27/2021 | JIS | AA | Review motion to recuse Magistrate North with focus on real estate transfer recitals. | 0.20 | 700.00 | $140.00 |
| | | | | **1.80** | | **$1,116.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 07/01/2021 | AWC | BL | Review correspondence to prepare for discovery update call with JW (.40); emails with team and BRG regarding produced data (.30); read NY decision re abuse discovery (.40). | 1.10 | 700.00 | $770.00 |
| 07/01/2021 | GNB | BL | Review email from Cia H. Mackle regarding most recent upload of documents to Everlaw; Email D. Ray Strong, Paul N. Shields, and Matthew K. Babcock regarding same. | 0.10 | 700.00 | $70.00 |
| 07/02/2021 | AWC | BL | Call and emails with JW and Locke regarding outstanding discovery issues (1.10); read newly produced documents and emails with client thereon (1.20). | 2.30 | 700.00 | $1,610.00 |
| 07/05/2021 | AWC | BL | Emails with client and team re produced documents and read additional produced documents. | 1.30 | 700.00 | $910.00 |
| 07/06/2021 | AWC | BL | Emails with JW regarding real estate issues (.20); emails with client regarding document issues (.20). | 0.40 | 700.00 | $280.00 |
| 07/09/2021 | AWC | BL | Emails with client and JW regarding document production issues (.40); emails with Locke regarding affiliate discovery (.20). | 0.60 | 700.00 | $420.00 |
| 07/12/2021 | AWC | BL | Emails with client regarding particular documents/issues and review documents (.90); emails with JW regarding new production and review attachments/documents (2.40); emails with client and BRG regarding recent document | 3.60 | 700.00 | $2,520.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:    6  
Invoice 128342  
July 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| | | | production (.30). | | | |
| 07/13/2021 | AWC | BL | Read proposed amended protective order and emails with JW thereon (.50); emails with client regarding discovery issues, particular documents and review documents (.80); calls with James I. Stang and Locke regarding discovery approach/issues (.30); emails with JW regarding document productions, issues (.50). | 2.10 | 700.00 | $1,470.00 |
| 07/14/2021 | AWC | BL | Emails with Locke regarding amended protective order motion (.20); emails with Locke regarding claimant issues/approach (.40). | 0.60 | 700.00 | $420.00 |
| 07/15/2021 | AWC | BL | Emails with client regarding discovery issues(.30); emails and call with Locke regarding discovery issues/approach (.90); emails with team regarding discovery issues/hearing prep (.20); emails with JW re document issues (.20); review document production chart for update (.30). | 1.80 | 700.00 | $1,260.00 |
| 07/16/2021 | AWC | BL | Review documents and correspondence and prepare updated production chart (.80); read debtor and affiliate responses to bar date motion (1.10); prepare notes for hearing on motion to compel (.30); emails with JW regarding additional documents (.20). | 2.40 | 700.00 | $1,680.00 |
| 07/19/2021 | AWC | BL | Emails with client regarding status of various matters and discovery (.60); research regarding prescription/challenge to new statute (.40); emails with JW regarding discovery issues/new production and review new documents (1.10); prepare updated production status chart (.40). | 2.50 | 700.00 | $1,750.00 |
| 07/19/2021 | GNB | BL | Review emails between Andrew W. Caine and Allison Kingsmill regarding document productions and perpetrator files. | 0.10 | 700.00 | $70.00 |
| 07/20/2021 | AWC | BL | Emails with client regarding discovery issues (.30); emails with BRG regarding discovery (.30). | 0.60 | 700.00 | $420.00 |
| 07/21/2021 | AWC | BL | Call and emails with Locke regarding discovery issues/hearing on motion to compel (.30); emails with client regarding discovery issues (.30); emails with JW regarding additional production and review new documents (.90); update production status chart (.20). | 1.80 | 700.00 | $1,260.00 |
| 07/21/2021 | GNB | BL | Review email from Richard Trahant, review document referenced therein, and email same to Andrew W. Caine; Review emails from Allison Kingsmill regarding document production and | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:      7  
Invoice 128342  
July 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| | | | productions to come. | | | |
| 07/22/2021 | AWC | BL | Prepare for and call with JW regarding discovery, chart for hearing (.70); review/revise updated production chart and emails with JW thereon (.40); prepare for and hearing on motion to compel (2.30); call with BRG regarding discovery issues (.40); call with BRG and Dundon regarding discovery (.80); emails with client regarding various discovery matters (.60); emails with JW re various discovery matters, including search terms (.90); review new produced documents (.60). | 6.30 | 700.00 | $4,410.00 |
| 07/23/2021 | AWC | BL | Emails with JW regarding additional production and review documents (.60); emails with client regarding discovery and read new filing (.70). | 1.30 | 700.00 | $910.00 |
| 07/26/2021 | AWC | BL | Emails with client regarding discovery (.70); emails with JW regarding discovery issues (.20). | 0.90 | 700.00 | $630.00 |
| 07/26/2021 | NPL | BL | Review deadlines associated with motion to compel discovery. | 0.20 | 460.00 | $92.00 |
| 07/26/2021 | NPL | BL | Email communications with B. Anavim regarding deadlines associated with the Committee's motion to compel. | 0.20 | 460.00 | $92.00 |
| 07/27/2021 | AWC | BL | Call with JW regarding email/text search terms (.40); emails with team regarding produced documents (.40). | 0.80 | 700.00 | $560.00 |
| 07/28/2021 | AWC | BL | Emails with Locke, BRG and team regarding discovery issues/approach. | 0.40 | 700.00 | $280.00 |
| 07/29/2021 | AWC | BL | Emails with BRG regarding missing information/documents (.50); call with BRG regarding discovery status, approach (1.40); review produced documents to prepare emails to JW regarding missing information (2.30); emails with JW regarding missing information/documents (.60); call and emails with Locke regarding discovery issues (.40). | 5.20 | 700.00 | $3,640.00 |
| 07/30/2021 | AWC | BL | Emails with Locke and client regarding claim analysis (.20); emails with Locke and BRG regarding recusal motion information (.20); emails with team regarding Canon law/asset disposition and discovery (.30); emails with JW regarding discovery, status (.20). | 0.90 | 700.00 | $630.00 |
| | | | | **37.60** | | **$26,224.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 8 |
| Archdiocese of New Orleans OCC | | | | | Invoice | 128342 |
| 05067    - 00002 | | | | | July 31, 2021 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 07/01/2021 | NPL | CA | Update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 07/02/2021 | LFC | CA | Review critical date memo and docket | 0.30 | 700.00 | $210.00 |
| 07/02/2021 | NPL | CA | Email NOLA team regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 07/07/2021 | NPL | CA | Initial updates to weekly critical date memorandum. | 0.30 | 460.00 | $138.00 |
| 07/08/2021 | NPL | CA | Update critical date memorandum. | 0.30 | 460.00 | $138.00 |
| 07/08/2021 | NPL | CA | Draft email to PSZJ team regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 07/16/2021 | NPL | CA | Update critical date memorandum. | 0.60 | 460.00 | $276.00 |
| 07/19/2021 | LFC | CA | Review pending matters | 0.40 | 700.00 | $280.00 |
| 07/20/2021 | NPL | CA | Review recently filed pleadings for dates and deadlines. | 0.30 | 460.00 | $138.00 |
| 07/20/2021 | NPL | CA | Review order granting Debtor's third exclusivity motion. | 0.10 | 460.00 | $46.00 |
| 07/22/2021 | NPL | CA | Update critical date memorandum. | 0.70 | 460.00 | $322.00 |
| 07/22/2021 | NPL | CA | Review recently filed pleadings on bankruptcy docket. | 0.30 | 460.00 | $138.00 |
| 07/22/2021 | NPL | CA | Review order granting motion to extend exclusivity deadlines. | 0.20 | 460.00 | $92.00 |
| 07/23/2021 | NPL | CA | Draft email to J. Stang, L. Cantor and I. Scharf regarding critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 07/26/2021 | NPL | CA | Review hearing memo regarding hearings held on 7/22. | 0.10 | 460.00 | $46.00 |
| 07/27/2021 | NPL | CA | Review debtor docket regarding status of hearings held on 7/23/2021. | 0.20 | 460.00 | $92.00 |
| 07/28/2021 | NPL | CA | Prepare updated critical date memorandum. | 0.70 | 460.00 | $322.00 |
| 07/28/2021 | NPL | CA | Email communications with B. Anavim regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 07/28/2021 | NPL | CA | Telephone call with B. Anavim regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 07/30/2021 | NPL | CA | Further updates to critical date memorandum. | 0.60 | 460.00 | $276.00 |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page: 9 | |
| Archdiocese of New Orleans OCC | | | | Invoice 128342 | |
| 05067 -00002 | | | | July 31, 2021 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/2021 | NPL | CA | Draft email to J. Stang and L. Cantor regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| | | | | **6.50** | | **$3,158.00** |

**Claims Admin/Objections[B310]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2021 | AWC | CO | Read draft of new bar date motion and emails with Locke thereon. | 0.50 | 700.00 | $350.00 |
| 07/01/2021 | JIS | CO | Review motion for extension of bar date. | 0.30 | 700.00 | $210.00 |
| 07/02/2021 | LFC | CO | Review motion to reopen bar date | 0.40 | 700.00 | $280.00 |
| 07/06/2021 | AWC | CO | Emails with client, James I. Stang and Locke regarding claims/bar date issues/approach. | 0.40 | 700.00 | $280.00 |
| 07/06/2021 | JIS | CO | Call with R. Stetter regarding bar date extension. | 0.70 | 700.00 | $490.00 |
| 07/07/2021 | JIS | CO | Call M. Pfau regarding extension of bar date motion. | 0.10 | 700.00 | $70.00 |
| 07/14/2021 | GNB | CO | Email with Linda F. Cantor and C. Davin Boldissar regarding motion to extend bar date and potential expert witness involvement. | 0.10 | 700.00 | $70.00 |
| 07/15/2021 | JIS | CO | Reviewed affiliate objection to extension of bar date order. | 0.20 | 700.00 | $140.00 |
| 07/15/2021 | LFC | CO | Confer with Donlin / Omni regarding committee web site and review pleadings | 0.30 | 700.00 | $210.00 |
| 07/19/2021 | JIS | CO | Review research regarding reply to motion to reopen bar date. | 0.20 | 700.00 | $140.00 |
| 07/19/2021 | LFC | CO | Review authorities and memo regarding postpetition change in state law claim allowance | 0.30 | 700.00 | $210.00 |
| 07/22/2021 | JIS | CO | Call D. Boldissar regarding hearing on extension of bar date motion. | 0.10 | 700.00 | $70.00 |
| 07/22/2021 | JIS | CO | (Partial) attend hearing regarding bar date motion. | 0.50 | 700.00 | $350.00 |
| | | | | **4.10** | | **$2,870.00** |

**Document Production**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/27/2021 | CHM | DO | Upload and review produced documents. | 0.60 | 700.00 | $420.00 |
| 05/28/2021 | CHM | DO | Review personnel files and notate priest names re same. | 0.80 | 700.00 | $560.00 |
| 06/02/2021 | CHM | DO | Review email from B. Wolf re document review and | 0.10 | 700.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 10 |
| Archdiocese of New Orleans OCC | | | | | Invoice | 128342 |
| 05067    - 00002 | | | | | July 31, 2021 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| | | | reply. | | | |
| 06/03/2021 | CHM | DO | Review document database and train B. Wolf re document review. | 0.50 | 700.00 | $350.00 |
| 06/03/2021 | CHM | DO | Review uploaded documents and email A. Caine and G. Brown re same. | 0.30 | 700.00 | $210.00 |
| 06/19/2021 | CHM | DO | Review email from I. Nasatir and reply. | 0.10 | 700.00 | $70.00 |
| 06/21/2021 | CHM | DO | Review produced documents and email I. Nasatir re same. | 0.80 | 700.00 | $560.00 |
| 06/23/2021 | CHM | DO | Review produced documents and email A. Kingsmill re same. | 0.40 | 700.00 | $280.00 |
| 06/23/2021 | CHM | DO | Email I. Nasatir re produced documents. | 0.10 | 700.00 | $70.00 |
| 06/28/2021 | CHM | DO | Review and upload produced documents. | 0.30 | 700.00 | $210.00 |
| 06/29/2021 | CHM | DO | Review email from G. Brown and reply. | 0.10 | 700.00 | $70.00 |
| | | | | **4.10** | | **$2,870.00** |

### Fee/Employment Application

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/07/2021 | LFC | FE | Review May prebill edits and deductions | 0.20 | 700.00 | $140.00 |
| 07/07/2021 | LFC | FE | Review bills and statements and draft correspondence to counsel regarding compensation of professionals | 0.20 | 700.00 | $140.00 |
| 07/07/2021 | LFC | FE | Review and respond to emails regarding professional compensation with co-counsel | 0.20 | 700.00 | $140.00 |
| 07/07/2021 | JMF | FE | Review and finalize May PSZJ invoice. | 0.80 | 700.00 | $560.00 |
| 07/07/2021 | BDD | FE | Email J. Fried re PSZJ May monthly fee statement | 0.10 | 460.00 | $46.00 |
| 07/08/2021 | LFC | FE | Research noncompliance with court order / consequences and relief to be requested | 0.90 | 700.00 | $630.00 |
| 07/08/2021 | LFC | FE | E-mail memos with co-counsel and JIS regarding debtor's non-compliance with fee order | 0.30 | 700.00 | $210.00 |
| 07/08/2021 | BDD | FE | Prepare PSZJ May monthly fee statement and email J. Fried re same | 0.80 | 460.00 | $368.00 |
| 07/09/2021 | LFC | FE | Draft, review comments and revise notice of noncompliance with fee order and declaration in support thereof | 1.20 | 700.00 | $840.00 |
| 07/09/2021 | LFC | FE | Review files and correspondence regarding documents in support of declaration of | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:    11  
Invoice 128342  
July 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | noncompliance | | | |
| 07/09/2021 | LFC | FE | Review court docket regarding professional fee orders | 0.30 | 700.00 | $210.00 |
| 07/09/2021 | LFC | FE | Prepare, review and revise correspondence regarding payment of fees and notice of noncompliance | 0.30 | 700.00 | $210.00 |
| 07/09/2021 | LFC | FE | Review monthly invoices | 0.30 | 700.00 | $210.00 |
| 07/09/2021 | JMF | FE | Review and edit May PSZJ statement and emails re payment of 2nd interim fee application. | 0.80 | 700.00 | $560.00 |
| 07/09/2021 | BDD | FE | Emails L. Cantor and J. Fried re orders on PSZJ 1st & 2nd interim quarterly fee applications | 0.10 | 460.00 | $46.00 |
| 07/09/2021 | BDD | FE | Revisions to PSZJ May monthly fee statement and email J. Fried re same | 0.20 | 460.00 | $92.00 |
| 07/12/2021 | JIS | FE | Call with L. Cantor regarding fee payment. | 0.10 | 700.00 | $70.00 |
| 07/12/2021 | LFC | FE | Review May statement, reductions and write-offs | 0.10 | 700.00 | $70.00 |
| 07/12/2021 | LFC | FE | Review February Kinsella fee statement and outstanding amounts owed | 0.30 | 700.00 | $210.00 |
| 07/12/2021 | LFC | FE | Draft and respond to correspondence regarding same | 0.30 | 700.00 | $210.00 |
| 07/12/2021 | LFC | FE | Call with J. Stang re fee payment | 0.10 | 700.00 | $70.00 |
| 07/12/2021 | BDD | FE | Revisions to Kinsella Feb. monthly fee statement and emails L. Cantor, N. Brown and notice parties re same | 0.30 | 460.00 | $138.00 |
| 07/12/2021 | BDD | FE | Email N. Brown re service to Dell re Kinsella Feb. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 07/13/2021 | LFC | FE | Review fee orders and fee statements and confer with accounting regarding exact amounts paid, timing of payment and outstanding amounts | 0.40 | 700.00 | $280.00 |
| 07/13/2021 | LFC | FE | Draft correspondence to debtor's counsel regarding outstanding fees and expenses, reconciling amounts paid with fee statements and reciting outstanding fee order amounts due | 0.50 | 700.00 | $350.00 |
| 07/13/2021 | LFC | FE | Review and revise correspondence to counsel regarding fees | 0.20 | 700.00 | $140.00 |
| 07/13/2021 | LFC | FE | Call with B. Dassa re 2nd PSZJ interim fee app. | 0.50 | 700.00 | $350.00 |
| 07/13/2021 | BDD | FE | Call with L. Cantor re PSZJ 2nd interim fee application | 0.50 | 460.00 | $230.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:   12  
Invoice 128342  
July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/13/2021 | BDD | FE | Analyze/address issues re delinquency of PSZJ payment on 2nd quarterly fee application | 0.80 | 460.00 | $368.00 |
| 07/14/2021 | LFC | FE | Review debtor's professionals' fee statements | 0.30 | 700.00 | $210.00 |
| 07/14/2021 | LFC | FE | Finalize pleadings for filing noncompliance notice | 0.30 | 700.00 | $210.00 |
| 07/14/2021 | BDD | FE | Email L. Cantor re payment on PSZJ's 2nd quarterly fee application | 0.10 | 460.00 | $46.00 |
| 07/23/2021 | JMF | FE | Review June PSZJ fee statement. | 0.70 | 700.00 | $490.00 |
| 07/26/2021 | LFC | FE | Call with B. Dassa re June 2021 fee statement. | 0.10 | 700.00 | $70.00 |
| 07/26/2021 | BDD | FE | Call with L. Cantor re PSZJ June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 07/26/2021 | BDD | FE | Emails L. Cantor and J. Fried re June monthly fee statement | 0.20 | 460.00 | $92.00 |
| 07/29/2021 | LFC | FE | Confer with accounting and draft correspondence to debtor's counsel re: April fee statement | 0.30 | 700.00 | $210.00 |
| 07/29/2021 | LFC | FE | Draft correspondence on behalf of Kinsella Media regarding payment of fees per fee statement | 0.20 | 700.00 | $140.00 |
| 07/29/2021 | LFC | FE | Review and draft outline of final Kinsella Media fee applications | 1.60 | 700.00 | $1,120.00 |
|  |  |  |  | 15.20 |  | $9,848.00 |

### General Creditors Comm. [B150]

| 07/01/2021 | JIS | GC | Call with state court counsel re case status. | 0.50 | 700.00 | $350.00 |
|---|---|---|---|---|---|---|
| 07/06/2021 | AWC | GC | Weekly counsel call. | 1.40 | 700.00 | $980.00 |
| 07/06/2021 | JIS | GC | Attend state court counsel call regarding discovery and claims bar date. | 1.00 | 700.00 | $700.00 |
| 07/12/2021 | AWC | GC | Committee call. | 1.10 | 700.00 | $770.00 |
| 07/12/2021 | JIS | GC | Call with Committee regarding mediation, discovery, hearings. | 1.10 | 700.00 | $770.00 |
| 07/13/2021 | AWC | GC | Weekly counsel call. | 1.40 | 700.00 | $980.00 |
| 07/13/2021 | JIS | GC | Status call with Debtor's counsel and Locke Lord. | 0.30 | 700.00 | $210.00 |
| 07/13/2021 | JIS | GC | State court counsel call regarding document review, insurance analysis, committee meeting agenda. | 1.50 | 700.00 | $1,050.00 |
| 07/20/2021 | JIS | GC | Attend update call with Debtor's counsel (partial). | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page: 13  
Invoice 128342  
July 31, 2021

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/20/2021 | JIS | GC | Call with State Court Counsel regarding bar date motion, future claims representative, settlement motion. | 1.10 | 700.00 | $770.00 |
| 07/22/2021 | JIS | GC | Call with Trade Committee re discovery issues/roles. | 1.50 | 700.00 | $1,050.00 |
| 07/26/2021 | AWC | GC | Committee call. | 1.20 | 700.00 | $840.00 |
| 07/26/2021 | JIS | GC | Committee call regarding last hearing, claims review, issues with other Committee. | 1.20 | 700.00 | $840.00 |
| 07/26/2021 | NPL | GC | Review memo to record regarding continued hearing on TMI's motion to appoint a separate committee. | 0.10 | 460.00 | $46.00 |
| 07/26/2021 | NPL | GC | Email communications with B. Anavim regarding continued hearing on TMI's motion to appoint separate committee. | 0.10 | 460.00 | $46.00 |
| 07/27/2021 | JIS | GC | Attend SCC meeting regarding discovery, parish discovery, plan structure. | 1.00 | 700.00 | $700.00 |
| 07/27/2021 | JIS | GC | Call with state court counsel regarding financial due diligence and plan issues. | 0.90 | 700.00 | $630.00 |
| 07/27/2021 | JIS | GC | (Partial) call with Debtor's counsel regarding case status. | 0.20 | 700.00 | $140.00 |
| | | | | 15.80 | | $11,012.00 |

**Insurance Coverage**

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/02/2021 | IAWN | IC | Review financials attached to Bedivere petition | 2.40 | 700.00 | $1,680.00 |
| 07/02/2021 | IAWN | IC | Exchange emails with Murray re cut-through issue | 0.20 | 700.00 | $140.00 |
| 07/02/2021 | IAWN | IC | Exchange emails with bank re commutations | 0.10 | 700.00 | $70.00 |
| 07/05/2021 | IAWN | IC | Exchange emails with Murray re cut-through issue | 0.20 | 700.00 | $140.00 |
| 07/05/2021 | IAWN | IC | Telephone conference with Murray and Carter and Boldissar re cut-through | 0.20 | 700.00 | $140.00 |
| 07/05/2021 | IAWN | IC | Telephone conference with Boldissar re cut-through | 0.30 | 700.00 | $210.00 |
| 07/05/2021 | JIS | IC | Call J. Murray and I. Nasatir regarding insurance cut through for Belvedere. | 0.20 | 700.00 | $140.00 |
| 07/09/2021 | IAWN | IC | Exchange emails with Boldissar and Murray re deadline | 0.10 | 700.00 | $70.00 |
| 07/13/2021 | IAWN | IC | Telephone conference w/ debtor and SCC re status | 0.40 | 700.00 | $280.00 |
| 07/13/2021 | IAWN | IC | Analyze commutation with case law and financials | 3.60 | 700.00 | $2,520.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 14 | |
| Archdiocese of New Orleans OCC | | | | | Invoice 128342 | |
| 05067 -00002 | | | | | July 31, 2021 | |
| | | | in Bedivere | | | |
| 07/13/2021 | IAWN | IC | Review and forward status report of liquidator to Murray | 0.20 | 700.00 | $140.00 |
| 07/13/2021 | IAWN | IC | Review materials from Locke Lord | 0.20 | 700.00 | $140.00 |
| 07/15/2021 | IAWN | IC | Review draft objection to cut-through | 0.50 | 700.00 | $350.00 |
| 07/15/2021 | IAWN | IC | Analyze and draft email with suggestions re same | 0.80 | 700.00 | $560.00 |
| 07/15/2021 | JIS | IC | Review objection to Bedevere motion re reinsurance. | 0.20 | 700.00 | $140.00 |
| 07/23/2021 | IAWN | IC | Telephone conference w/ Murray and Carter re Bedivere objection | 0.20 | 700.00 | $140.00 |
| 07/23/2021 | IAWN | IC | Review email from Murray re AEIC | 0.10 | 700.00 | $70.00 |
| 07/23/2021 | IAWN | IC | Forward Murray email to Boldissar and Stang with comment | 0.10 | 700.00 | $70.00 |
| 07/26/2021 | IAWN | IC | Review petition, commutation application re Sparta, emails with Murray re same | 1.60 | 700.00 | $1,120.00 |
| 07/26/2021 | IAWN | IC | Exchange emails with Murray re same | 0.10 | 700.00 | $70.00 |
| 07/26/2021 | IAWN | IC | Exchange emails with Lock Lord re same | 0.10 | 700.00 | $70.00 |
| 07/26/2021 | IAWN | IC | Exchange emails with Stang re email to Murray | 0.10 | 700.00 | $70.00 |
| 07/26/2021 | IAWN | IC | Email to Mintz with comments on motion | 0.10 | 700.00 | $70.00 |
| 07/29/2021 | IAWN | IC | Review Stang email re Zive appointment and response by TCC counsel | 0.10 | 700.00 | $70.00 |
| | | | | 12.10 | | $8,470.00 |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/13/2021 | JIS | ME | Call with R. Kuebel regarding next steps for mediation. | 0.40 | 700.00 | $280.00 |
| 07/26/2021 | AWC | ME | Read revised motion to appoint mediator. | 0.20 | 700.00 | $140.00 |
| 07/26/2021 | IAWN | ME | Review motion to appoint Zive and order | 0.20 | 700.00 | $140.00 |
| 07/27/2021 | IAWN | ME | Telephone call with debtor and TCC re mediation | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | IAWN | ME | Exchange emails with Mackle and Caine re redacted documents produced | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | IAWN | ME | Exchange emails with Quinn and Le Chevalier and Schulman re Hartford no discovery information | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 15
Archdiocese of New Orleans OCC  Invoice 128342
05067   - 00002  July 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/27/2021 | IAWN | ME | Reviewed revised order/ red line | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | IAWN | ME | Prep for call with debtor and TCC re mediation | 0.10 | 700.00 | $70.00 |
| 07/28/2021 | IAWN | ME | Revised order re Zive and forward to Mintz | 0.10 | 700.00 | $70.00 |
| 07/29/2021 | IAWN | ME | Review Boldissar and Mintz emails re order re Zive | 0.10 | 700.00 | $70.00 |
| 07/29/2021 | IAWN | ME | Review emails from Mintz and TCC counsel re finalized order for Zive | 0.10 | 700.00 | $70.00 |
| 07/29/2021 | JIS | ME | (Partial) Attend call with BRG regarding open discovery issues in preparation for mediation. | 1.30 | 700.00 | $910.00 |
| | | | | 2.90 | | $2,030.00 |

**TOTAL SERVICES FOR THIS MATTER:** $67,598.00

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 16 | |
| Archdiocese of New Orleans OCC | | Invoice 128342 | |
| 05067  - 00002 | | July 31, 2021 | |

### **Expenses**

| | | | |
|---|---|---|---|
| 06/30/2021 | OS | Everlaw, Inv. 42043, Local Councils database for month of June | 704.00 |
| 06/30/2021 | OS | Everlaw, Inv. 42042, Local Councils database for month of February | 500.00 |
| 07/05/2021 | LN | 05067.00002 Lexis Charges for 07-05-21 | 22.50 |
| 07/14/2021 | RE | ( 2420 @0.20 PER PG) | 484.00 |
| 07/14/2021 | RE | ( 1430 @0.20 PER PG) | 286.00 |
| 07/14/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/31/2021 | OS | Everlaw, Inv. 43209, Archdiocese of New Orleans database for the month of July | 814.00 |
| 07/31/2021 | PO | LA Postage to end of July | 121.70 |

**Total Expenses for this Matter**     **$2,934.70**

Pachulski Stang Ziehl & Jones LLP  Page: 17
Archdiocese of New Orleans OCC  Invoice 128342
05067  - 00002  July 31, 2021

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:** 07/31/2021

| | |
|---|---:|
| **Total Fees** | $67,598.00 |
| **Total Expenses** | 2,934.70 |
| **Total Due on Current Invoice** | $70,532.70 |

Outstanding Balance from prior invoices as of   07/31/2021   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 127865 | 04/30/2021 | $140,138.00 | $3,627.28 | $28,027.60 |
| 127986 | 05/31/2021 | $48,086.00 | $3,272.08 | $51,358.08 |
| 128205 | 06/30/2021 | $53,110.00 | $7.70 | $53,117.70 |

**Total Amount Due on Current and Prior Invoices:** $203,036.08