# EXHIBIT E

**Monthly Fee Statement
August 2021**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

August 31, 2021
Invoice    128529
Client     05067
Matter    00002
**JIS**

RE: Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2021**

| | |
|---|---:|
| FEES | $73,739.00 |
| EXPENSES | $3,214.86 |
| **TOTAL CURRENT CHARGES** | **$76,953.86** |
| **BALANCE FORWARD** | **$203,036.08** |
| **TOTAL BALANCE DUE** | **$279,989.94** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Archdiocese of New Orleans OCC  Invoice 128529
05067    - 00002  August 31, 2021

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 700.00 | 47.10 | $32,970.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 12.20 | $5,612.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 9.30 | $6,510.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 19.10 | $13,370.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 2.20 | $1,540.00 |
| JIS | Stang, James I. | Partner | 700.00 | 12.40 | $8,680.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 1.60 | $1,120.00 |
| LAF | Forrester, Leslie A. | Other | 450.00 | 2.50 | $1,125.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 0.60 | $420.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 5.20 | $2,392.00 |
| | | | | 112.20 | $73,739.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:   3  
Invoice 128529  
August 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 3.90 | $2,730.00 |
| BL | Bankruptcy Litigation [L430] | 71.90 | $50,258.00 |
| CA | Case Administration [B110] | 7.70 | $3,517.00 |
| CO | Claims Admin/Objections[B310] | 1.60 | $1,120.00 |
| FE | Fee/Employment Application | 13.60 | $6,664.00 |
| GC | General Creditors Comm. [B150] | 11.00 | $7,700.00 |
| IC | Insurance Coverage | 2.50 | $1,750.00 |
|   |   | 112.20 | $73,739.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 4
Archdiocese of New Orleans OCC  Invoice 128529
05067    - 00002  August 31, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Bloomberg | $60.70 |
| Conference Call [E105] | $4.56 |
| Pacer - Court Research | $1.60 |
| Reproduction Expense [E101] | $2,131.20 |
| Reproduction/ Scan Copy | $26.80 |
| Research [E106] | $990.00 |
| | $3,214.86 |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 5 |
| Archdiocese of New Orleans OCC | | Invoice 128529 |
| 05067  - 00002 | | August 31, 2021 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 08/09/2021 | JIS | AA | Review BRG slides regarding review of financials and funds. | 0.40 | 700.00 | $280.00 |
| 08/10/2021 | JIS | AA | Call with BRG to review slide presentation to Committee for work done to date (Partial). | 1.10 | 700.00 | $770.00 |
| 08/13/2021 | AWC | AA | Emails with Locke regarding insurance issues. | 0.20 | 700.00 | $140.00 |
| 08/16/2021 | JIS | AA | Call with BRG, L. Lord and committee chair reviewing BRG financial presentation for Committee call. | 1.00 | 700.00 | $700.00 |
| 08/23/2021 | JIS | AA | Call with A. Caine and L. Lorde re outstanding discovery issues including recent personnel file production and personal property list. | 1.20 | 700.00 | $840.00 |
| | | | | **3.90** | | **$2,730.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 07/01/2021 | CHM | BL | Upload documents to Everlaw and review same; email A. Caine and G. Brown. | 0.80 | 700.00 | $560.00 |
| 07/05/2021 | CHM | BL | Upload and review documents and email A. Caine re same. | 0.70 | 700.00 | $490.00 |
| 07/05/2021 | CHM | BL | Correspond with Everlaw re upload issues. | 0.40 | 700.00 | $280.00 |
| 07/06/2021 | CHM | BL | Review emails from J. Quin and reply. | 0.20 | 700.00 | $140.00 |
| 07/06/2021 | CHM | BL | Add documents to Committee project. | 0.20 | 700.00 | $140.00 |
| 07/06/2021 | CHM | BL | Review email from J. Quin re consents and reply. | 0.10 | 700.00 | $70.00 |
| 07/13/2021 | CHM | BL | Review and upload documents and email A. Kingsmill re bates stamping issue. | 0.50 | 700.00 | $350.00 |
| 07/13/2021 | CHM | BL | Email Everlaw re upload files. | 0.10 | 700.00 | $70.00 |
| 07/13/2021 | CHM | BL | Update Everlaw re bates stamp issue. | 0.10 | 700.00 | $70.00 |
| 07/13/2021 | CHM | BL | Update documents on Everlaw and email A. Caine and G. Brown re same. | 0.50 | 700.00 | $350.00 |
| 07/14/2021 | CHM | BL | Review email from G. Brown re unreadable files; review files and reply. | 0.30 | 700.00 | $210.00 |
| 07/14/2021 | CHM | BL | Email G. Brown re documents for Committee member review. | 0.10 | 700.00 | $70.00 |
| 07/14/2021 | CHM | BL | Email A. Caine re Committee review of documents. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:     6  
Invoice 128529  
August 31, 2021

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/14/2021 | CHM | BL | Review email from G. Brown, review uploaded documents and add to committee review site; reply to G. Brown re same. | 0.40 | 700.00 | $280.00 |
| 07/24/2021 | CHM | BL | Upload and review produced documents. | 1.30 | 700.00 | $910.00 |
| 07/26/2021 | CHM | BL | Review email from Committee member re review of documents and reply. | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | CHM | BL | Review email from A. Caine and email insurance documents to I. Nasatir. | 0.30 | 700.00 | $210.00 |
| 08/02/2021 | AWC | BL | Emails with client and Locke regarding claims analysis issues/process (.40); emails with client regarding discovery/documents (.20). | 0.60 | 700.00 | $420.00 |
| 08/02/2021 | GNB | BL | Review C. Davin Boldissar email regarding mediation and Rule 2004 issues; Email with Andrew W. Caine regarding same. | 0.10 | 700.00 | $70.00 |
| 08/03/2021 | AWC | BL | Emails with client and team regarding discovery issues/approach/mediation preparation (.90); emails with JW regarding discovery matters (.40); review documents and correspondence regarding abuse reporting, missing documents (.60); emails with BRG and team regarding produced documents/issues (.30). | 2.20 | 700.00 | $1,540.00 |
| 08/03/2021 | CHM | BL | Review email from S. Chafos and reply. | 0.20 | 700.00 | $140.00 |
| 08/03/2021 | GNB | BL | Analyze documents produced by Archdiocese for litigation and mediation preparation. | 0.80 | 700.00 | $560.00 |
| 08/03/2021 | GNB | BL | Email with Shelby Chaffos regarding accounting records not traceable by K. Zuniga numbering protocol. | 0.20 | 700.00 | $140.00 |
| 08/04/2021 | AWC | BL | Emails with JW regarding new production and various document production issues (.40); emails with team regarding various document production issues (.60); emails with BRG regarding new production, additional documents and new information (.40); review newly produced documents and review prior productions (.80); emails with client regarding various discovery issues (.90). . | 3.10 | 700.00 | $2,170.00 |
| 08/04/2021 | CHM | BL | Coordinate updated document replacement. | 0.20 | 700.00 | $140.00 |
| 08/04/2021 | GNB | BL | Email Mark Mintz and Allison Kingsmill regarding potential Archdiocese production of work product and regarding accounting records not traceable by K. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  Page:     7
Archdiocese of New Orleans OCC  Invoice 128529
05067    - 00002  August 31, 2021

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  |  |  | Zuniga numbering protocol. |  |  |  |  |
| 08/04/2021 | GNB | BL | Email Allison Kingsmill regarding update to Archdiocese list of documents produced. | | 0.10 | 700.00 | $70.00 |
| 08/04/2021 | JMF | BL | Review memorandum decision denying motion to dismiss. | | 0.50 | 700.00 | $350.00 |
| 08/05/2021 | CHM | BL | Review email from J. Quin re documents and reply. | | 0.10 | 700.00 | $70.00 |
| 08/05/2021 | CHM | BL | Review Everlaw database and email J. Quin re same. | | 0.40 | 700.00 | $280.00 |
| 08/05/2021 | CHM | BL | Review email from S. Chaffos, review document and email G. Brown re same. | | 0.20 | 700.00 | $140.00 |
| 08/05/2021 | GNB | BL | Review emails from Shelby Chaffos and from Cia H. Mackle regarding blank documents produced by Archdiocese; Email Allison Kingsmill regarding same. | | 0.10 | 700.00 | $70.00 |
| 08/05/2021 | GNB | BL | Analyze documents produced by Archdiocese for litigation and mediation preparation. | | 0.50 | 700.00 | $350.00 |
| 08/05/2021 | GNB | BL | Update production tracking chart. | | 0.40 | 700.00 | $280.00 |
| 08/06/2021 | AWC | BL | Emails with Locke, JW, BRG and team regarding various document/discovery issues (.50); read newly produced documents (.60). | | 1.10 | 700.00 | $770.00 |
| 08/07/2021 | GNB | BL | Analyze documents produced by Archdiocese for litigation and mediation preparation. | | 4.80 | 700.00 | $3,360.00 |
| 08/07/2021 | GNB | BL | Update analysis for Committee relating to documents produced by Archdiocese in response to Rule 2004 requests. | | 0.20 | 700.00 | $140.00 |
| 08/08/2021 | GNB | BL | Update analysis for Committee relating to documents produced by Archdiocese in response to Rule 2004 requests. | | 4.50 | 700.00 | $3,150.00 |
| 08/09/2021 | AWC | BL | Emails with Locke regarding various issues (.30); emails with team regarding document production review/status/tracking (.30); emails with BRG regarding document review/presentation to committee and review draft presentation (.60). | | 1.20 | 700.00 | $840.00 |
| 08/09/2021 | AWC | BL | Read opinion on motion to dismiss. | | 0.50 | 700.00 | $350.00 |
| 08/09/2021 | GNB | BL | Update analysis for Committee relating to documents produced by Archdiocese in response to Rule 2004 requests (1.6); Email Andrew W. Caine regarding same (.3). | | 1.90 | 700.00 | $1,330.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Archdiocese of New Orleans OCC  Invoice 128529
05067    - 00002  August 31, 2021

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 08/10/2021 | AWC | BL | | Review BRG presentation regarding document review and memo regarding missing documents, and call with BRG and James I. Stang thereon (1.80); emails with client regarding discovery issues (.30); emails with JW regarding email search (.30). | 2.40 | 700.00 | $1,680.00 |
| 08/11/2021 | AWC | BL | | Emails with client regarding discovery matters (.40); read correspondence and exhibits regarding Apostolates financial information/production (.40); emails with JW regarding additional document production and review new documents (.80). | 1.60 | 700.00 | $1,120.00 |
| 08/12/2021 | AWC | BL | | Emails with team regarding document production review/status/tracking and read memos thereon (.70); emails with BRG and client regarding investigation (.40); emails with JW regarding discovery/documents/production (.30); review memos and draft email to JW regarding missing financial information (.70); emails with client regarding various discovery issues (.50). | 2.60 | 700.00 | $1,820.00 |
| 08/12/2021 | AWC | BL | | Review motion to amend findings on motion to dismiss and emails with Locke thereon. | 0.20 | 700.00 | $140.00 |
| 08/13/2021 | AWC | BL | | Review analysis of productions to date and call with team thereon (.60); call and emails with JW regarding discovery issues/timing (.90); review personal property documents and email with client thereon (.60). | 2.10 | 700.00 | $1,470.00 |
| 08/13/2021 | GNB | BL | | Telephone conference with Andrew W. Caine regarding analysis for Committee relating to documents produced by Archdiocese in response to Rule 2004 requests. | 0.10 | 700.00 | $70.00 |
| 08/13/2021 | GNB | BL | | Review emails from Allison Kingsmill regarding new document production; Briefly review documents. | 0.10 | 700.00 | $70.00 |
| 08/16/2021 | AWC | BL | | Emails with Locke and team regarding insurance issues (.30); emails with JW regarding discovery issues (.30); emails with client regarding discovery issues (.50); emails with Locke regarding discovery/hearing (.20). | 1.30 | 700.00 | $910.00 |
| 08/16/2021 | CHM | BL | | Review email from committee member re Everlaw training and reply. | 0.10 | 700.00 | $70.00 |
| 08/16/2021 | CHM | BL | | Upload and review produced documents. | 0.70 | 700.00 | $490.00 |
| 08/16/2021 | GNB | BL | | Analyze documents produced by Archdiocese for litigation and mediation preparation. | 0.30 | 700.00 | $210.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 9 |
| Archdiocese of New Orleans OCC | | | | | Invoice 128529 | |
| 05067    - 00002 | | | | | August 31, 2021 | |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/17/2021 | AWC | BL | Emails with client and BRG regarding discovery issues. | 0.80 | 700.00 | $560.00 |
| 08/17/2021 | CHM | BL | Multiple emails with committee member re Everlaw training. | 0.30 | 700.00 | $210.00 |
| 08/17/2021 | CHM | BL | Email E. Johnson re Everlaw training. | 0.10 | 700.00 | $70.00 |
| 08/17/2021 | JIS | BL | Review Hartford objection to mediation motion. | 0.20 | 700.00 | $140.00 |
| 08/18/2021 | AWC | BL | Emails with client regarding discovery issues (.40); call and emails with BRG regarding discovery items/issues (.30); emails with JW regarding discovery issues (.50); call with Locke regarding discovery, motion to compel hearing, strategy (.30); read new production (.90); review emails and documents to prepare for hearing on motion to compel (.50). | 2.90 | 700.00 | $2,030.00 |
| 08/18/2021 | GNB | BL | Email Allison Kingsmill regarding documents with Ms. Zuniga's reference numbers; Email Allison Kingsmill regarding BP settlement agreement. | 0.10 | 700.00 | $70.00 |
| 08/18/2021 | GNB | BL | Update document production chart and cross-reference with documents in Everlaw. | 0.20 | 700.00 | $140.00 |
| 08/19/2021 | AWC | BL | Prepare for and hearing on motion to compel, etc. (2.40); emails with client regarding discovery issues (.60); read Debtor's updated production status chart and revise for Court (.80); emails with JW regarding discovery issues (.40). | 4.20 | 700.00 | $2,940.00 |
| 08/19/2021 | CHM | BL | Meet with Committee member for Everlaw training. | 0.40 | 700.00 | $280.00 |
| 08/19/2021 | CHM | BL | Emails with E. Johnson re Everlaw training. | 0.30 | 700.00 | $210.00 |
| 08/20/2021 | AWC | BL | Emails with client regarding discovery issues (.40); emails with JW and Draper regarding discovery issues (.80); read recent state court prescription brief (.60); review privilege log and underlying documents (.60). . | 2.40 | 700.00 | $1,680.00 |
| 08/20/2021 | NPL | BL | Review notice of appeals filed in District Court, Eastern Louisiana. | 0.30 | 460.00 | $138.00 |
| 08/23/2021 | AWC | BL | Read BRG assessment regarding available personal property information and emails with BRG and client thereon (.70); call with Locke and James I. Stang regarding various issues (1.20); emails with team regarding discovery tasks (.40). | 2.30 | 700.00 | $1,610.00 |
| 08/23/2021 | GNB | BL | Review Archdiocese's privilege log dated August | 0.30 | 700.00 | $210.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | 18, 2021. | | | |
| 08/24/2021 | AWC | BL | Emails with BRG regarding affiliate production (.40); emails with team and client regarding privileged documents (.40). | 0.80 | 700.00 | $560.00 |
| 08/24/2021 | JIS | BL | Call with R. Kuebel regarding discovery production disputes and claims analysis for mediation. | 0.60 | 700.00 | $420.00 |
| 08/25/2021 | AWC | BL | Emails with JW and Draper regarding discovery (.40); read BRG analysis of affiliate property (.40); call with BRG and Locke regarding financial discovery (1.30). | 2.10 | 700.00 | $1,470.00 |
| 08/26/2021 | AWC | BL | Call with Locke re issues/strategy for status conference (.90); review documents to prepare for status conference (.70); read Draper letter/docs regarding CCF financial information and call with BRG thereon (.80); call with Draper and JW regarding discovery issues (.50); emails with JW regarding discovery/email search (.40). | 3.30 | 700.00 | $2,310.00 |
| 08/26/2021 | GNB | BL | Draft Rule 2004 motion directed to Catholic Mutual. | 1.60 | 700.00 | $1,120.00 |
| 08/26/2021 | GNB | BL | Email with Andrew W. Cain regarding Rule 2004 motion directed to Catholic Mutual; Email C. Davin Boldissar regarding same. | 0.10 | 700.00 | $70.00 |
| 08/26/2021 | GNB | BL | Email with James I. Stang regarding factual background and declaration exhibits for Rule 2004 motion directed to Catholic Mutual. | 0.20 | 700.00 | $140.00 |
| 08/27/2021 | AWC | BL | Emails with BRG and Locke regarding financial/bank discovery (.60); emails with JW and Draper regarding discovery issues (.50). | 1.10 | 700.00 | $770.00 |
| 08/27/2021 | GNB | BL | Draft Rule 2004 motion directed to Catholic Mutual. | 0.40 | 700.00 | $280.00 |
| 08/28/2021 | GNB | BL | Revise Rule 2004 motion directed to Catholic Mutual. | 0.30 | 700.00 | $210.00 |
| 08/28/2021 | GNB | BL | Email James I. Stang and Andrew W. Caine regarding draft Rule 2004 motion directed to Catholic Mutual. | 0.10 | 700.00 | $70.00 |
| 08/29/2021 | GNB | BL | Review local rules and email with Andrew W. Caine regarding Rule 2004 motion directed to Catholic Mutual. | 0.10 | 700.00 | $70.00 |
| 08/30/2021 | AWC | BL | Emails with BRG regarding discovery issues (.30); review and revise Catholic Mutual 2004 motion and emails with team thereon (.60); call with Locke regarding proceedings (.20); emails with JW and | 1.30 | 700.00 | $910.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    -00002

Page:    10  
Invoice 128529  
August 31, 2021

Pachulski Stang Ziehl & Jones LLP  Page: 11
Archdiocese of New Orleans OCC  Invoice 128529
05067   - 00002  August 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | other counsel regarding status, upcoming hearings/matters (.20). |  |  |  |
| 08/30/2021 | GNB | BL | Review Andrew W. Caine edits to Rule 2004 motion directed to Catholic Mutual; Email with C. Davin Boldissar regarding timing for hearing on Rule 2004 motion directed to Catholic Mutual. | 0.10 | 700.00 | $70.00 |
| 08/30/2021 | GNB | BL | Revise Rule 2004 motion directed to Catholic Mutual. | 0.10 | 700.00 | $70.00 |
| 08/31/2021 | AWC | BL | Emails with Locke and client regarding various issues (.40); issues with JW and other counsel regarding upcoming matters (.30); emails with JW regarding discovery (.30); call with BRG and Locke regarding bank account discovery (.90). | 1.90 | 700.00 | $1,330.00 |
| 08/31/2021 | GNB | BL | Research templates for document requests directed to third-party banks in past diocese bankruptcy case for C. Davin Boldissar. | 0.30 | 700.00 | $210.00 |
| 08/31/2021 | GNB | BL | Review documents Archdiocese produced in August 2021. | 0.90 | 700.00 | $630.00 |
|  |  |  |  | 71.90 |  | $50,258.00 |

**Case Administration [B110]**

| 08/02/2021 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | 0.10 | 460.00 | $46.00 |
|---|---|---|---|---|---|---|
| 08/03/2021 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | 0.10 | 460.00 | $46.00 |
| 08/04/2021 | LAF | CA | Update creditor website. | 1.50 | 450.00 | $675.00 |
| 08/05/2021 | LAF | CA | Update creditor site. | 1.00 | 450.00 | $450.00 |
| 08/05/2021 | NPL | CA | Update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 08/06/2021 | NPL | CA | Edits to updated critical date memorandum. | 0.30 | 460.00 | $138.00 |
| 08/06/2021 | NPL | CA | Draft email to PSZJ Archdiocese team regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 08/13/2021 | NPL | CA | Update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 08/17/2021 | BDD | CA | Attend to calendaring matters | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | NPL | CA | Update critical date memorandum. | 0.30 | 460.00 | $138.00 |
| 08/20/2021 | NPL | CA | Update critical date and deadline memorandum. | 1.00 | 460.00 | $460.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067   - 00002

Page:    12  
Invoice 128529  
August 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/20/2021 | NPL | CA | Draft email to PSZJ team regarding updated critical date memorandum. | 0.10 | 460.00 | $46.00 |
| 08/24/2021 | NPL | CA | Update weekly critical date memorandum. | 0.20 | 460.00 | $92.00 |
| 08/26/2021 | NPL | CA | Update critical date memorandum. | 0.40 | 460.00 | $184.00 |
| 08/27/2021 | NPL | CA | Update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 08/31/2021 | BDD | CA | Attend to misc. calendaring matters | 0.10 | 460.00 | $46.00 |
|  |  |  |  | **7.70** |  | **$3,517.00** |

**Claims Admin/Objections[B310]**

| 08/09/2021 | JIS | CO | Review draft motion re settlement of Qui Tam action. | 0.30 | 700.00 | $210.00 |
|---|---|---|---|---|---|---|
| 08/09/2021 | JIS | CO | Reply to email from D. Boldissar regarding unknown claims representative. | 0.30 | 700.00 | $210.00 |
| 08/10/2021 | JIS | CO | Call I. Scharf regarding Qui Tam settlement and payment terms. | 0.20 | 700.00 | $140.00 |
| 08/25/2021 | JIS | CO | Review opposition to Jesuit High motion on constitutionality of window legislation. | 0.80 | 700.00 | $560.00 |
|  |  |  |  | **1.60** |  | **$1,120.00** |

**Fee/Employment Application**

| 07/13/2021 | LFC | FE | Call with Beth Dassa re PSZJ 2nd interim fee application | 0.50 | 700.00 | $350.00 |
|---|---|---|---|---|---|---|
| 07/26/2021 | LFC | FE | Call with Beth Dassa re PSZJ June monthly fee statement | 0.10 | 700.00 | $70.00 |
| 08/02/2021 | BDD | FE | Revisions to May monthly fee statement and emails L. Cantor re same (.20); prepare cover letter to Debtor's counsel (.20); email service of PSZJ May monthly fee statement (.10); emails N. Brown re same (.10) | 0.60 | 460.00 | $276.00 |
| 08/02/2021 | BDD | FE | Email V. Arias re PSZJ May monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/03/2021 | BDD | FE | Begin working on Kinsella final fee application | 0.70 | 460.00 | $322.00 |
| 08/04/2021 | BDD | FE | Email L. Cantor re June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/04/2021 | BDD | FE | Email A. Lohr re final fee application for non-lawyer professional | 0.10 | 460.00 | $46.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 13 |
| Archdiocese of New Orleans OCC | | | | | Invoice 128529 | |
| 05067 -00002 | | | | | August 31, 2021 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/04/2021 | BDD | FE | Continue working on Kinsella final fee application | 2.10 | 460.00 | $966.00 |
| 08/05/2021 | BDD | FE | Email A. Lohr re final fee applications in the ED of Louisiana | 0.10 | 460.00 | $46.00 |
| 08/05/2021 | BDD | FE | Continue working on Kinsella final fee application and exhibits; email L. Cantor re same | 1.90 | 460.00 | $874.00 |
| 08/09/2021 | BDD | FE | Prepare PSZJ June monthly fee statement and email L. Cantor re same | 0.60 | 460.00 | $276.00 |
| 08/09/2021 | BDD | FE | Email V. Arias re PSZJ June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/10/2021 | BDD | FE | Revisions to PSZJ June monthly fee statement and email L. Cantor re same | 0.20 | 460.00 | $92.00 |
| 08/10/2021 | BDD | FE | Work on revisions to Kinsella final fee application and email L. Cantor re same | 0.20 | 460.00 | $92.00 |
| 08/10/2021 | BDD | FE | Email N. Brown re Kinsella final fee application | 0.10 | 460.00 | $46.00 |
| 08/16/2021 | BDD | FE | Email L. Cantor and C. Curts re June monthly fee statement | 0.20 | 460.00 | $92.00 |
| 08/17/2021 | BDD | FE | Email J. Fried re PSZJ quarterly fee application | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | FE | Email N. Brown re June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | FE | Email L. Cantor re finalized June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | FE | Email notice parties re PSZJ June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | FE | Prepare correspondence re June monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | FE | Email L. Cantor re Kinsella final fee application | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | FE | Revisions to Kinsella final fee application based on additional information provided by S. Wheatman (1.3); email L. Cantor re same (.10) | 1.70 | 460.00 | $782.00 |
| 08/17/2021 | BDD | FE | Email L. Yeager re PSZJ fee statements | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | NPL | FE | Attention to dates and deadlines associated with PSZJ August monthly fee statement. | 0.10 | 460.00 | $46.00 |
| 08/18/2021 | BDD | FE | Further revisions to Kinsella final fee application and emails L. Cantor and N. Brown re same | 0.40 | 460.00 | $184.00 |
| 08/18/2021 | BDD | FE | Email N. Brown re exhibits to Kinsella final fee application | 0.10 | 460.00 | $46.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 14 |
| Archdiocese of New Orleans OCC | | | | | Invoice 128529 | |
| 05067   -00002 | | | | | August 31, 2021 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/18/2021 | BDD | FE | Prepare Notice of Hearing re Kinsella final fee application and email L. Cantor re same | 0.30 | 460.00 | $138.00 |
| 08/19/2021 | JMF | FE | Draft PSZJ statement. | 0.70 | 700.00 | $490.00 |
| 08/23/2021 | JMF | FE | Review PSZJ June fee statement. | 0.40 | 700.00 | $280.00 |
| 08/23/2021 | BDD | FE | Email J. Fried re July monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/23/2021 | BDD | FE | Email L. Cantor re Kinsella final fee application | 0.10 | 460.00 | $46.00 |
| 08/29/2021 | BDD | FE | Email J. Fried re July monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/30/2021 | BDD | FE | Preparation of July monthly fee statement and emails L. Cantor and R. Rothman re same | 0.80 | 460.00 | $368.00 |
| 08/30/2021 | BDD | FE | Email V. Arias re July monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/30/2021 | BDD | FE | Email C. Curts re LEDES file for July monthly fee statement | 0.10 | 460.00 | $46.00 |
| 08/30/2021 | BDD | FE | Email L. Cantor re PSZJ 3rd interim fee application | 0.10 | 460.00 | $46.00 |
| 08/31/2021 | BDD | FE | Email C. Curts re PSZJ 3rd interim fee application | 0.10 | 460.00 | $46.00 |
| | | | | **13.60** | | **$6,664.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/03/2021 | AWC | GC | Weekly counsel call. | 2.00 | 700.00 | $1,400.00 |
| 08/03/2021 | GNB | GC | Email with Linda F. Cantor regarding nolacommittee.com website. | 0.10 | 700.00 | $70.00 |
| 08/03/2021 | JIS | GC | (Partial) Attend status call with Debtor. | 0.40 | 700.00 | $280.00 |
| 08/09/2021 | AWC | GC | Committee meeting. | 1.50 | 700.00 | $1,050.00 |
| 08/10/2021 | JIS | GC | (Partial) attendance on conference call with state court counsel regarding mediation, property ownership, motion to dismiss. | 1.60 | 700.00 | $1,120.00 |
| 08/10/2021 | JIS | GC | Attend status call with Debtor's counsel. | 1.00 | 700.00 | $700.00 |
| 08/16/2021 | AWC | GC | Committee meeting. | 1.40 | 700.00 | $980.00 |
| 08/16/2021 | JIS | GC | Committee meeting. | 1.40 | 700.00 | $980.00 |
| 08/17/2021 | JIS | GC | State Court Counsel call regarding discovery, settlement with USA, mediation, appeal of dismissal order. | 1.00 | 700.00 | $700.00 |
| 08/24/2021 | JIS | GC | Status call with Debtor regarding US settlement, | 0.60 | 700.00 | $420.00 |

| | | | | | Page: 15 |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Invoice 128529 |
| Archdiocese of New Orleans OCC | | | | | August 31, 2021 |
| 05067 -00002 | | | | | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claims analysis, mediation. | | | |
| | | | | 11.00 | | $7,700.00 |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/2021 | IAWN | IC | Telephone conference w/ Stang re insurance | 0.30 | 700.00 | $210.00 |
| 08/06/2021 | JIS | IC | Call I. Nasatir regarding insurance coverage issues. | 0.30 | 700.00 | $210.00 |
| 08/10/2021 | IAWN | IC | Telephone conference w/ debtor's counsel (Mintz, Carter etc.) and TCC (Stang, Boldissar) re insurance and mediation | 1.00 | 700.00 | $700.00 |
| 08/14/2021 | IAWN | IC | Review Boldissar draft email to debtor re Bedivere and comment re same | 0.10 | 700.00 | $70.00 |
| 08/17/2021 | IAWN | IC | Exchange emails with Boldissar re insurers' objection | 0.10 | 700.00 | $70.00 |
| 08/17/2021 | IAWN | IC | Review insurers objection | 0.20 | 700.00 | $140.00 |
| 08/17/2021 | IAWN | IC | Exchange emails with Boldissar re Liga and mediation order | 0.10 | 700.00 | $70.00 |
| 08/18/2021 | IAWN | IC | Review emails between Murray, Boldissar and Mintz re Great American | 0.10 | 700.00 | $70.00 |
| 08/18/2021 | IAWN | IC | Review Murray email re PIC | 0.10 | 700.00 | $70.00 |
| 08/18/2021 | IAWN | IC | Office conference with Weinberg re objection | 0.10 | 700.00 | $70.00 |
| 08/31/2021 | IAWN | IC | Review emails between Boldissar and Mintz re telephone call | 0.10 | 700.00 | $70.00 |
| | | | | 2.50 | | $1,750.00 |

**TOTAL SERVICES FOR THIS MATTER:** $73,739.00

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 16 | |
| Archdiocese of New Orleans OCC | | Invoice 128529 | |
| 05067   - 00002 | | August 31, 2021 | |

**Expenses**

| | | | |
|---|---|---|---|
| 07/02/2021 | CC | Conference Call [E105] AT&T Conference Call, AWC | 4.56 |
| 08/03/2021 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 08/04/2021 | BB | 05067.00002 Bloomberg Charges through 08-04-21 | 60.70 |
| 08/17/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/17/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 08/23/2021 | RE | ( 1221 @0.20 PER PG) | 244.20 |
| 08/23/2021 | RE | ( 5185 @0.20 PER PG) | 1,037.00 |
| 08/23/2021 | RE | ( 4250 @0.20 PER PG) | 850.00 |
| 08/23/2021 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 08/23/2021 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 08/23/2021 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 08/23/2021 | RE2 | SCAN/COPY ( 77 @0.10 PER PG) | 7.70 |
| 08/31/2021 | PAC | Pacer - Court Research | 1.60 |
| 08/31/2021 | RS | Research [E106] Everlaw Inc. Inv. 44528 | 990.00 |
| **Total Expenses for this Matter** | | | **$3,214.86** |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
05067    - 00002

Page:     17  
Invoice 128529  
August 31, 2021

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:    08/31/2021**

| | |
|---|---:|
| **Total Fees** | **$73,739.00** |
| **Total Expenses** | 3,214.86 |
| **Total Due on Current Invoice** | **$76,953.86** |

**Outstanding Balance from prior invoices as of    08/31/2021    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 127865 | 04/30/2021 | $140,138.00 | $3,627.28 | $28,027.60 |
| 127986 | 05/31/2021 | $48,086.00 | $3,272.08 | $51,358.08 |
| 128205 | 06/30/2021 | $53,110.00 | $7.70 | $53,117.70 |
| 128342 | 07/31/2021 | $67,598.00 | $2,934.70 | $70,532.70 |

**Total Amount Due on Current and Prior Invoices:**        **$279,989.94**

# EXHIBIT F