# EXHIBIT F

# EXHIBIT F

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
## APRIL 1, 2020 THROUGH AUGUST 31, 2021

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| James I. Stang | Founding Partner | Member of CA Bar since 1980 | 1983 | $700.00 | 58.70 | $41,090.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $700.00 | 219.00 | $153,300.00 |
| Linda F. Cantor | Partner | Member of CA Bar since 1991; Member of IL Bar since 1988 | 1994 | $700.00 | 24.20 | $16,940.00 |
| Iain A. W. Nasatir | Partner | Member of NY Bar since 1983; Member of CA Bar since 1990 | 1999 | $700.00 | 46.30 | $32,410.00 |
| Joshua M. Fried | Partner | Member of CA Bar since 1995; Member of NY Bar since 1999 | 2006 | $700.00 | 25.20 | $17,640.00 |
| William L. Ramseyer | Of Counsel | Member of CA Bar since 1980 | N/A | $700.00 | 5.30 | $3,710.00 |
| John W. Lucas | Partner | Member of CA Bar since 2010 | 2014 | $700.00 | 0.60 | $420.00 |
| Gillian N. Brown | Of Counsel | Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | N/A | $700.00 | 40.80 | $28,560.00 |
| Cia H. Mackle | Of Counsel | Member of FL Bar since 2006 | N/A | $700.00 | 26.10 | $18,270.00 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Beth D. Dassa | Paralegal | N/A | N/A | $460.00 | 39.50 | $18,170.00 |
| Nancy P.F. Lockwood | Paralegal | N/A | N/A | $460.00 | 29.40 | $13,524.00 |
| Leslie A. Forrester | Law Library Director | N/A | N/A | $450.00 | 2.50 | $1,125.00 |
| Mike A. Matteo | Paralegal | N/A | N/A | $425.00 | 2.20 | $935.00 |
| Diane H. Hinojosa | Legal Assistant | N/A | N/A | $395.00 | 61.80 | $24,411.00 |
| Sophia L. Lee | Legal Assistant | N/A | N/A | $395.00 | 30.80 | $12,166.00 |
| **Total** | | | | | 612.40 | **$382,671.00** |