# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[8] | § | |
| | § | |

## ORDER APPROVING THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH AUGUST 31, 2021

CAME ON for consideration the *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through August 31, 2021* [**Docket No. ___**] (the "Application") filed by Pachulski Stang Ziehl & Jones (the "Firm") for the period from April 1, 2021 through August 31, 2021(the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the

---

[8] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:339666.3 05067/002

Case 20-10846 Doc 1064-7 Filed 09/30/21 Entered 09/30/21 13:23:26  Proposed Order and Certificate Page 2 of 3

Case 20-10846 Doc 1064-7 Filed 09/30/21 Entered 09/30/21 13:23:26  Proposed Order and Certificate Page 2 of 3

interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.	The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$395,727.62** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$382,671.00** in fees for services rendered and **$13,056.62** in expenses incurred by the Firm during the Application Period.

2.	The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on September 30, 2021 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on September 30, 2021.

*/s/ Nancy H. Brown*
Nancy H. Brown