UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § § | |
| | § | Chapter 11 |
| Debtor.[1] | § § | |

**ORDER APPROVING EXPEDITED THIRD INTERIM APPLICATION OF CARR, RIGGS & INGRAM, LLC, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FEBRUARY 26, 2021 THROUGH JUNE 30, 2021**

Upon the application, (the "Application"), [ECF Doc. 1043], filed by Carr, Riggs & Ingram, LLC, ("CRI") for interim approval and allowance of compensation for attorneys' fees in the amount of $55,760.00 and reimbursement of expenses in the amount of $0.00, and for payment of the unpaid balance of allowed fees for legal services rendered during the Third Interim Fee Period; all parties in interest having received adequate notice of the Application; and the Court having reviewed the Application and having found that the professional services provided by CRI during the Third Interim Fee Period (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1. The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

2. CRI is allowed interim compensation in the amount of $55,760.00 for services

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

rendered and $0.00 as reimbursement for actual, reasonable, and necessary expenses incurred during the Third Interim Fee Period;

3. The Debtor shall pay to CRI the remaining unpaid balance of allowed fees for legal services rendered and expenses incurred during the Third interim Fee Period, promptly upon entry of this Order; and

4. This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this 18th day of October, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE