# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § | CHAPTER 11 |
| | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION "A" |

## ORDER SETTING 2022 OMNIBUS HEARING DATES

Pursuant to this Court's Chapter 11 Complex Case Procedures, all matters filed in this case (whether initiated by the Debtor or another party in interest) will be heard on designated Omnibus Hearing Dates, unless otherwise ordered by the Court.[1] Notices of hearing of matters scheduled for Omnibus Hearing Dates shall comply with the noticing provisions set out in the Chapter 11 Complex Case Procedures located on this Court's Web site (https://www.laeb.uscourts.gov/). Accordingly,

**IT IS ORDERED** that the Omnibus Hearing Dates for 2022 are as follows:

Thursday, January 20, 2022
Thursday, February 17, 2022
Thursday, March 17, 2022
Thursday, April 21, 2022
Thursday, May 19, 2022
Thursday, June 16, 2022
Thursday, July 21, 2022
Thursday, August 18, 2022
Thursday, September 15, 2022
**Monday**, October 17, 2022[2]
Thursday, November 17, 2022
Thursday, December 15, 2022

---

[1] Procedures to obtain expedited review of motions may be found in this Court's Chapter 11 Complex Case Procedures.

[2] Note the change from the usual third Thursday of each month.

**IT IS FURTHER ORDERED** that Omnibus Hearings will begin at 1:30 p.m. unless otherwise ordered by the Court. Parties are directed to review this Court's General Order 2021-2 found on the Court's Web site for information regarding conduct of hearings.

New Orleans, Louisiana, this 21st day of October 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE