# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | § § § § | CHAPTER 11 SECTION A |
| DEBTOR.[1] | § § | |

## ORDER APPROVING THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH AUGUST 31, 2021

Before the Court is the *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through August 31, 2021* [ECF Doc. 1064](the "Application") filed by Pachulski Stang Ziehl & Jones (the "Firm") for the period from April 1, 2021 through August 31, 2021(the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and the Limited Objection filed by the Roman Catholic Church of the Archdiocese of New Orleans [ECF Doc. 1106] having been satisfied and addressed as set forth at the record of the hearing on October 21, 2021. The Court, having examined the Application, including the voluntary reductions contained therein, having determined on an

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, and finding just cause exists for entry of the following order,

**IT IS ORDERERD** that the Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$395,727.62** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$382,671.00** in fees for services rendered and **$13,056.62** in expenses incurred by the Firm during the Application Period.

**IT IS FURTHER ORDERED** that the Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, October 26, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE