# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 SECTION A |
| DEBTOR. | § § | |

### ORDER ON JOINT MOTION TO SUPPLEMENT CLAIMS BAR DATE ORDER
**[Relates to Docket # 1152]**

Upon consideration of the *Joint Motion to Supplement Claims Bar Date Order* (the "Motion"), [ECF Doc. 1152], filed jointly by the Official Committee of Unsecured Creditors (the "Original Committee"), and the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"), relating to the Court's previous October 1, 2020 *Order Fixing Time for Filing Proofs of Claims; Approving Proof of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice* (the "Bar Date Order"),[1] [ECF Doc. 461], and the *Order Granting Joint Motion to Appoint Mediator* (the "Mediation Order"), [ECF Doc. 1058]; with the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, and the Court being advised that the parties have agreed to the form of this Order,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bar Date Order. The term "Mediation Parties" shall have the meaning as set forth in the Mediation Order.

**IT IS ORDERED** that the Motion is **GRANTED** with the provisions set forth herein;

**IT IS FURTHER ORDERED** that the Bar Date Order is hereby supplemented and amended as follows:  Notwithstanding the provisions of Paragraph 14 of the Bar Date Order, Permitted Parties and Mediation Parties (subject to the requirement to execute a Confidentiality Agreement as set forth below) shall receive and are allowed to review and utilize for purposes of mediation a summary spreadsheet (the "Summary") concerning Sexual Abuse Proof of Claim Forms in a form agreed to between the Original Committee, the Commercial Committee, and the Archdiocese and which shall not include personal identifying information as to any specific claimant.  The Summary shall be generated by the Original Committee, with data subject to confirmation by Permitted Parties.  The Summary may contain a section including a description of the abuse, including a section including the exact text copied from Sexual Abuse Proof of Claim Forms concerning the abuse (redacting any personal identifying information).  The Summary shall not include the Committee's work product and categorization of abuse.

**IT IS FURTHER ORDERED** that, as a condition to receiving the Summary, Mediation Parties must execute a Confidentiality Agreement pursuant to Paragraph 14(c) of the Bar Date Order.  The Summary is confidential and subject to the confidentiality protocols under Paragraph 14 of the Bar Date Order, and is to be treated the same as Sexual Abuse Proof of Claim Forms under Paragraph 14 of the Bar Date Order (as supplemented and amended herein).  The Summary is confidential under Paragraph 6 of the Mediation Order.

**IT IS FURTHER ORDERED** that, for avoidance of doubt, for purposes of this Order, "Mediation Parties" shall include counsel to any such parties.

**IT IS FURTHER ORDERED** that any party or its counsel who is identified in a proof of claim may receive the portions of the Summary containing the claims identifying such party

subject to and after such party has executed a Confidentiality Agreement. ANO shall identify in writing to counsel for the Original Committee and counsel to the Commercial Committee any party or counsel receiving the excerpted portions of the Summary under this provision of this Order.

**IT IS FURTHER ORDERED** that movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 17, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE