**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | **Section "A"** |
| **ORLEANS,** § | |
| § | **Chapter 11** |
| § | |
| Debtor.[1] § | |
| § | |

**DEBTOR'S THIRD STATUS REPORT ON THE MOTION TO COMPEL DEBTOR'S (1) PRODUCTION OF DOCUMENTS, AND (2) PRIVILEGE LOG, TO THE EXTENT NECESSARY, RELATED TO RULE 2004 ORDER**
[Relates to ECF No. 804]

**PLEASE TAKE NOTICE** that The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), intends to use the attached Exhibit "A" as a status report at the hearing and status conference on November 18, 2021 at 1:30 p.m. Exhibit A describes the status of the Debtor's responses to the Rule 2004 document requests identified by the Official Committee of Unsecured Creditors (the "**Tort Committee**") in its June 16, 2021 status report [ECF No. 909-1]. Further, the Debtor has emphasized in bold the Rule 2004 document requests that the Court and the parties specifically addressed during the June 17, 2021 and July 22, 2021 hearings, including Request No. 31 (personal property valuations); Request No. 32 (restricted assets); Request No. 71 (abuse documents/emails); Request No. 78 (personnel files).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{N4478852.2}

Dated: November 17, 2021     Respectfully submitted,

*/s/ Allison B. Kingsmill*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: akingsmill@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF NEW ORLEANS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served (a) on November 17, 2021 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures [ECF No. 22], to be sent by Donlin, Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is completed.

      */s/ Allison B. Kingsmill*
      Allison B. Kingsmill