# EXHIBIT A

| FINANCIAL RELATED REQUESTS | | |
|---|---|---|
| **REQUEST** | **PRODUCTION STATUS** | **BATES NUMBER** |
| Request #49 – *Copy, in native electronic format, of electronic accounting system(s) in electronic data native format(s) (g files for Financial Edge, QuickBooks, Deposit & Loan System maintained in Microsoft Access database, etc.), including all data sets, for the Archdiocese and D&L Program.* | The Debtor has produced complete copies of its 3 accounting systems: Financial Edge, QuickBooks, and the Deposit & Loan System.<br><br>On August 12, 2021, the Tort Committee requested additional information not previously requested regarding the accounting system maintained by Catholic Community Foundation. The Debtor agrees to work with the Tort Committee and financial advisors to determine whether such information is available to the Debtor.<br><br>Debtor's 11/17/21 Update: The requested accounting system belongs to Catholic Community Foundation ("CCF"). The CCF has produced documents with redactions in response to the Tort Committee's requests. | N/A |
| Request # 20 – *All minutes, or the equivalent, of meetings of any Councils for the ten (10) years prior to the Petition Date.* | The Debtor has produced copies of meeting minutes for the Finance Council, Administrative Council, Council of Deans, Presbyteral Council, Ministerial Council, Investment Subcommittee, Coronavirus Response Committee, Audit Subcommittee, for the last 10 years prior to the Petition Date. The Debtor has searched all possible locations and does not have copies of any other minutes for these Councils during this timeframe. | ANO (20-10846)_00069138 – 00069593; ANO (20-10846)_00118528 – 00119064 |

| | | |
|---|---|---|
| Request # 60 –<br><br>*All account statements for each and every checking, money market, investment, or any other type of account of the Archdiocese and the D&L Program for the five (5) years prior to the Petition Date.* | The Debtor has produced account statements for bank accounts for the Debtor's administrative offices, schools, and parishes, dated within the last 3 years prior to the Petition Date. For the remaining 2 years, the Debtor notified the Tort Committee that it does not possess the requested account statements and will consent to subpoenas to financial institutions to obtain the account statements.<br><br>Debtor's 11/17/21 Update: The Tort Committee has subpoenaed the account statements directly from the financial institutions. | ANO (20-10846)_00046335 – 00050392 (administrative offices)<br><br>ANO (20-10846)_00050670 – 00069137 (parishes and schools) |
| Request # 31 –<br><br>**All appraisals, valuations, studies, or evaluations of the market value of personal property that has been owned by the Archdiocese or by the D&L Program as of the Petition Date, (ii) transferred to or from the Archdiocese or Archbishop Aymond during the ten (10) years prior to the Petition Date, and/or (iii) the subject of any property insurance policy paid for by the Archdiocese or for which the Archdiocese is a named insured.[1]** | The Debtor has produced certain storage inventories and insurance policies listing personal property and its location. The Debtor also prepared spreadsheets listing furniture, fixtures, and equipment, and spreadsheets listing fine art and other valuables. The Debtor is continuing its efforts to locate and/or produce other personal property inventories, listings, or other responsive personal property information.<br><br>Debtor's 11/17/21 Update: The Debtor does not have additional documents to produce. | ANO (20-10846)_00071013 – 00071052; ANO (20-10846)_00130070 – 00130088. |
| Request # 32 – | The Debtor has produced charts listing the restricted assets identified by the Debtor to date and those that have been included in the past audited financial | ANO (20-10846)_00076130 – 00076133 (administrative offices); |

---

[1] The Debtor has emphasized in bold the Rule 2004 document requests that the Court and the parties specifically addressed during the June 17, 2021 and July 22, 2021 hearings, including Request No. 31 (personal property valuations); Request No. 32 (restricted assets); Request No. 71 (abuse documents/emails); Request No. 78 (personnel files).

| | | |
|---|---|---|
| *Documents sufficient to identify unrestricted (including designated), temporarily restricted, and permanently restricted assets owned or controlled by the Archdiocese at all times during the ten (10) years prior to the Petition Date.* | statements for the Debtor's administrative offices, schools, and parishes, as well as agreements and other documents regarding these restricted assets. For some assets, the Debtor does not have copies of the original agreements. In lieu of missing agreements, the Debtor provided a summary as to the restriction and/or purpose of the funds.<br><br>Debtor's 11/17/21 Update: The Debtor does not have additional documents to produce. | ANO (20-10846)_00076144 – 00076251 00069849; 00069933 – 00069944; 00070004 – 00070048; 00070071 – 00070079; 00076143 (parishes);<br><br>ANO (20-10846)_ 00076138 – 00076142; 00076252 – 00076259 (schools) |

| ABUSE RELATED REQUESTS | | |
|---|---|---|
| **REQUEST** | **PRODUCTION STATUS** | **BATES NUMBER** |
| Request No. 9 –<br><br>*All information sufficient to show all pending claims against the Insurance Policies as of the date the Archdiocese produces documents responsive to this Request.* | As discussed with the Tort Committee, the Debtor does not maintain a list of all pending abuse claims against the Insurance Policies. The Committee believes that this request includes correspondence and other documents between the Debtor and its carriers regarding claims made, which have not been produced.<br><br>Debtor's 11/17/21 Update: The Debtor does not have additional documents to produce. | |
| Request No. 10 –<br><br>*All Documents Concerning a denial of coverage claimed under the Insurance Policies, and all Documents Concerning a reservation of rights with* | The Debtor's insurance counsel has produced certain redacted reservation of rights letters and denial letters. (reservation of rights letters and denial letters). The Debtor will remove the redactions to these documents and produce clean copies. The Debtor has searched all | ANO-INS0004538 – 0004772 |

| | | |
|---|---|---|
| *respect to coverage under the Insurance Policies for the four (4) years prior to the Petition Date.* | possible locations and does not have additional responsive documents. | |
| Request No. 69 – *All confidential Documents, including the strictly confidential Documents, maintained by the Bishop pursuant to Crimen Sollicitationis (Crime of Solicitation) (1962) (Instruction of the Supreme Sacred Congregation of the Holy Office) Concerning priests and Religious against whom Abuse Claims were made, regardless of whether such allegations were deemed credible accusations or were substantiated by the Archdiocese or anyone acting on its behalf, or by any agent, officer, or congregation of the Roman Catholic Church.* | The Debtor does not maintain confidential documents in a specific file or location. Confidential documents are maintained in each clergy's individual personnel file under a restricted access designation. To the extent the accused is identifiable from the information provided in the proof of claim, the Debtor has located those personnel files and other hard-copy files. In some instances, however, the Debtor does not maintain the personnel file, for example, for clergy belonging to other dioceses. For those individuals, the Debtor has searched for any hard-copy files. *See* response to Request No. 78 for details regarding production of personnel files and other hard-copy files.<br><br>Debtor's 11/17/21 Update: The Debtor searched for all personnel files, including restricted access files, for each accused in a SA Proof of Claim. The Debtor also searched other files (Victim Assistant Coordinator files, legal files, and Archbishop's files) related to each accused. Those files have been reviewed, and the Debtor completed its production of those files on October 20, 2021. On 11/17/21, the Debtor gave the Tort Committee a spreadsheet of each accused, as identified in the SA Proofs of Claim, and stated for each accused whether documents were produced and/or whether the Debtor does not maintain files for the accused. The Debtor does not have any additional files to produce. | *See* response to Request No. 78. |

|  | The Tort Committee indicated that it believes certain documents produced in state court have not been produced in the bankruptcy. To alleviate these concerns and in the spirit of cooperation, the Debtor agreed to produce to the Tort Committee all documents that were previously produced by the Archdiocese in response to requests for production in the state court cases. Those documents were produced on 11/17/21. |  |
|---|---|---|
| Request No. 71 – <br><br> ***Documents sufficient to show the first date upon which the Archdiocese was notified about allegations against the alleged perpetrator named in each Abuse Claim.*** | Written reports of abuse are typically maintained in the respective person's personnel file. *See* response to Request No. 78 for details regarding production of personnel files and other hard-copy files. The Committee believes that documents relating to abuse must exist outside of personnel files, including discussions that do not reference any particular accused perpetrator. <br><br> The Debtor has not limited its search for responsive documents to personnel files but has actively included in its search documents which may not be included in personnel files. For example, the Debtor has produced settlement agreements, correspondence and reports to law enforcement, and victim files. The Debtor is continuing its review of responsive documents and is producing such information on a rolling basis. <br><br> The Debtor objected to the Tort Committee's request to search email servers, email system, networks, and any cell phones/computers/tablets of the Archdiocese's personnel on the grounds that such a request was unreasonably burdensome, cost prohibitive, time-consuming, and disproportional to | *See* response to Request No. 78. |

any relevant information. Specifically, the vast majority of abuse claims occurred decades ago prior to the implementation and/or widespread use of email; therefore, the Debtor does not believe that there is likely any significant relevant information in the email or other electronically stored data currently maintained by the Debtor or its personnel.

At the hearing on July 22, 2021, wherein the parties reported to the Court the status of the Debtor's production and response to the Tort Committee's document requests, the Court stated that the Debtor would be required to review its email system for responsive documents, using search terms to be negotiated between the Tort Committee and the Debtor.

On July 22, 2021, the Tort Committee provided the Debtor the following list of search terms and requested that the Debtor apply these search terms to the Archdiocese's email system:

> Abuse, sex* abuse, pedophil*, perpetrator, IRB, internal review board, crime, criminal, criminal authorities, grooming, accused, credibly accused, masturbation, sodomy, felatio, and any one of these terms combined with the names of every alleged abuser identified in a proof of claim (for which [Debtor's counsel] previously identified 199 persons)

| | | |
|---|---|---|
| | The Debtor immediately began the process of searching the Archdiocese's email servers and email systems for the requested terms.<br><br>The Debtor understands that it has emails dating from March 10, 2015 to present. However, emails for the period March 10, 2015 to April 15, 2018, are maintained separately and have to be indexed before any search terms can be applied to those emails. There are approximately 9 TB of emails to index for the period 2015-2018 and the process of indexing takes a significant amount of time measured in weeks. The process of indexing these emails so that they may be searched electronically will be completed shortly.<br><br>The Debtor's emails from April 15, 2018 to May 2, 2020 (the date of the filing of the bankruptcy) did not need to be indexed and were immediately available to be searched. This initial search included email accounts used by the Archdiocese Administrative Offices and schools and parishes owned by the Archdiocese. For our initial search, the Debtor applied the Tort Committee's requested search terms, excluding the accused's names as connectors, in order to determine whether the search terms alone would return reasonable numbers.<br><br>Due to the Debtor's archiving system's searching capability, the number of "hits" on search terms represents the number of emails but does not include the number of attachments to emails. These terms returned over 270,000 emails, excluding attachments. The Debtor estimated this count could likely double | |

|  | when including attachments, resulting in closer to ~500,000 emails. Based on the email count alone, the Debtor was advised that the data would take approximately 3 weeks just to export from the Debtor's email storage system, following which the data would have to be reviewed prior to production. Accordingly, the Debtor determined that this approach was not feasible and not reasonable.<br><br>After consulting with the Debtor's practice support specialists, to make the export process more efficient and to narrow the volume of documents, the Debtor (1) removed the term "abuse" as a stand-alone search term, and (2) added connectors to terms that returned the highest results. The revised search included the following terms:<br><br>• sex* abuse<br>• pedophil*<br>• perpetrator<br>• IRB<br>• internal review board<br>• crime AND sex*<br>• criminal AND sex*<br>• criminal authorities<br>• grooming AND (sex* OR abuse)<br>• accused AND sex*<br>• credibly accused<br>• masturbation<br>• sodomy<br>• fellatio |  |
|---|---|---|

| | | |
|---|---|---|
| | After applying these changes, the search terms returned ~77,400 total documents including families.<br><br>On August 13, 2021, the Debtor conferred with the Tort Committee regarding the status of its email collection. Due to the volume of documents returned using the Tort Committee's search terms, even after adding connectors, the Debtor suggested limiting the scope by specific mailboxes. The Debtor identified a list of 21 Archdiocese personnel likely to contain relevant emails. After searching these mailboxes, the search terms and connectors returned ~21,000 hits, including families, for the period April 15, 2018 to May 2, 2020.<br><br>After running these searches, the Debtor believes these revisions to the Tort Committee's search terms and limiting the number of mailboxes is necessary. Counsel for the Debtor is now reviewing the collected emails, which includes ~21,000 emails, and anticipates being able to begin its rolling production of responsive emails next week. The Debtor is continuing its review of personnel files and other documents and will continue to produce those documents on a rolling basis.<br><br>Debtor's 11/17/21 Update: During the hearing on September 17, 2021, the Tort Committee requested for the first time post-petition emails. Prior to this hearing, the Debtor repeatedly told the Tort Committee it was reviewing and searching emails with a cut-off date of May 2, 2020 (the day after the bankruptcy filing). On October 20, 2020, the Debtor completed its production | |

|  | of all pre-petition emails on MailArchiva, the Debtor's email program.<br><br>Following the October 21, 2021 hearing, in the spirit of cooperation, the Debtor agreed to review and produce responsive post-petition emails from May 2, 2020 until September 17, 2021 (the hearing when the Committee first requested post-petition emails). The Debtor ran the search terms, limited to the email boxes of the agreed custodian list, across these post-petition emails and produced all responsive emails on November 17, 2021.<br><br>In addition to MailArchiva, Content Manager is a separate software system that is used for a document data base and contains some emails that may not be in the MailArchiva system, so the Debtor ran the search terms, limited to the email addresses of our custodian list, across all emails stored on Content Manager with no date parameters. Content Manager maintains emails dating earlier than those emails stored on MailArchiva, which only has emails starting in March 2015. The Debtor produced those emails on November 17, 2021.<br><br>Content Manager also stores certain electronic documents that are not emails which may be responsive to the Tort Committee's discovery requests. The Debtor ran the search terms across these documents, with no data parameter, and produced all responsive documents on November 17, 2021. |  |

| | | |
|---|---|---|
| | The Debtor will produce responsive text messages of the cell phones of custodians shortly. | |
| Request No. 78 – *All personnel Documents Concerning priests, deacons or Religious against whom Abuse Claims were made, regardless of whether such allegations were deemed credible accusations or were substantiated by the Archdiocese or anyone acting on its behalf, including, without limitation, personnel records, minutes, notes, correspondence, letters, emails, reports, complaints, disciplinary records, laicization Documents, assignment history and files of the any Archdiocese clergy personnel board or priest personnel board.* | To the extent the accused is identifiable from the information provided in the proof of claim, the Debtor has located those personnel files and other hard-copy files. In some instances, the Debtor does not maintain the personnel file, for example, for clergy belonging to other dioceses. For those individuals, the Debtor has searched for any hard-copy files.<br><br>Over the last couple of months, the Debtor has made several productions of personnel files. The Debtor has produced the personnel files and/or other hard-copy files relating to 122 clergy, religious, and/or lay persons. The Debtor has also produced a chart of each file that has been produced for each clergy and the corresponding bates numbers.<br><br>The Debtor will continue to produce personnel files and other hard-copy files on an on-going basis.<br><br>The Debtor provided a privilege log for the first 2 of the 5 productions of personnel/hard-copy files. Since these files are in paper format and there is no metadata and due to the volume of the productions (~18,000 documents), preparing the privilege log was time-consuming.<br><br>The Debtor will produce its current privilege log for privileged and redacted documents not later than August 27, 2021. | ANO (20-10846)_00096492 – 00115424; ANO (20-10846)_00116345 – 00118527; ANO (20-10846)_00130089 – 00133963 |

| | | |
|---|---|---|
| | Debtor's 11/17/21 Update: The Debtor searched for all personnel files, including restricted access files, for each accused in a SA Proof of Claim. The Debtor also searched other paper files (Victim Assistant Coordinator files, legal files, and Archbishop's files) related to each accused. Those files have been reviewed and production was complete on October 20, 2021. On 11/17/21, the Debtor gave the Tort Committee a spreadsheet of each accused as identified in the SA Proofs of Claim and stated for each accused whether documents were produced and/or whether the Debtor does not maintain files for the accused. The Debtor does not have any additional files to produce. | |
| Request No. 85 – *Documents sufficient to show all amounts paid by the Archdiocese and any Related Entity for therapy for survivors of Abuse Claims in the ten (10) years prior to the Petition Date.* | The Debtor also produced a list of the amounts and dates of therapy payments made in the last 5 years prior to the Petition Date. Information regarding payments for the other 5 years is located in the Debtor's Financial Edge program, a complete copy of which has been produced to the Tort Committee. The referenced list was produced on July 21 and the Committee has not had time to verify the above statement.<br><br>Debtor's 11/17/21 Update: The Debtor does not have additional documents to produce. | ANO (20-10846)_00112950 – 00116344 (settlement agreements)<br><br>ANO (20-10846)_00119065 (therapy payments) |
| Request No. 87 – *All Communications between the Archdiocese and any state or federal governmental agency, authority or entity, including without limitation the District Attorneys of parishes within which the Archdiocese* | The Debtor has produced its files pertaining to written reports to criminal authorities. However, verbal reports to the authorities by the Debtor may not be reflected in any documents.<br><br>Copies of written reports may also be found in the | ANO (20-10846)_00119066 – 00119194 (written reports to law enforcement)<br><br>ANO (20-10846)_00119194 – 00099690 (Wattingny) |

| | | |
|---|---|---|
| *operates, police departments within which the Archdiocese operates, Louisiana State Attorney General and/or the United States Department of Justice, regarding Abuse Claims Concerning the following persons: Father Patrick Wattingny, Deacon Wheeler, Brother Harold Thomas Ehlinger, Br. Robert J. Gandara FSC, and Br. Richard J. Lagenstein FSC.* | clergy's personnel file. The Debtor has produced personnel files and/or hard copy files for Patrick Wattingny, Br. Richard J. Lagenstein, and Br. Robert J. Gandara FSC. The Debtor will produce any personnel or other files regarding Brother Harold Thomas Ehlinger and Deacon Wheeler.<br><br>Many of the personnel file documents are redacted. The Debtor provided a privilege log for the 2 of the 5 production of personnel/hard-copy files. Since these files are in paper format and there is no metadata and due to the volume of the productions (~18,000 documents), preparing the privilege log was time-consuming. | ANO (20-10846)_00115416 – 00115419 (Langenstein) |
| Request No. 94 –<br><br>*Documents sufficient to identify all Abuse Claims that have been settled by the Archdiocese during the ten (10) years prior to the Petition Date.* | As discussed with the Tort Committee, many of the settlement agreements contain confidentiality provisions protecting the claimant's identity and the facts and nature of the claims. The Debtor produced a chart listing the date and amount of the settlement agreements and the claimant's identity (unless the claimant's identity is protected from disclosure pursuant to a confidentiality provision). In addition, the Debtor produced (1) clean copies of the settlement agreements that do not protect the claimant's identity; and (2) redacted copies of the settlement agreements that prohibit the disclosure of the claimant's identity, redacting the name of the claimant. | ANO (20-10846)_00112950 – 00116344 (settlement agreements) |
| Request No. 95 – | *See* Request No. 94 for details regarding documents produced regarding settlement amounts. | *See* Request No. 94 for details regarding documents |

| | | |
|---|---|---|
| *Documents sufficient to identify all amounts paid by the Archdiocese and any Related Entity for the settlement of Abuse Claims during the ten (10) years prior to the Petition Date.* | | produced regarding settlement amounts. |

{N4478857.1}

14