# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Dec. 7, 2021 |

**SEVENTH MONTHLY FEE AND EXPENSE STATEMENT OF**
**BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Seventh Monthly Fee and Expense Statement (the "Statement") for the period from April 1, 2021 through April 30, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| April 1, 2021 to April 30, 2021 | |
|---|---|
| Fees (at standard rates) | $56,742.00 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Voluntary reduction | ($7,686.00) |
|---|---|
| Fees (after reduction) | $49,056.00 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$49,056.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

**SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020- 3/31//2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| **Totals** | | **$252,386.00** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$0.00** |

**NO PRIOR REQUEST**

5.　　　With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.　　　In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North

Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.       Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.       To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $39,244.80 (80% of $49,056.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $39,244.80 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  November 23, 2021                              Respectfully submitted,

By:/s/ *Paul N. Shields*
     Paul N. Shields
     Berkeley Research Group, LLC
     201 South Main Street, Suite 450
     Salt Lake City, Utah 84111
     Telephone: (801) 364-6233
     Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 4/1/2021 through 4/30/2021

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $620.00 | 20.4 | $12,648.00 |
| R. Strong | Managing Director | $590.00 | 4.7 | $2,773.00 |
| M. Babcock | Associate Director | $540.00 | 15.0 | $8,100.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 19.3 | $9,167.50 |
| S. Bhattacharya | Consultant | $325.00 | 16.1 | $5,232.50 |
| C. Tergevorkian | Senior Associate | $285.00 | 0.1 | $28.50 |
| S. Chaffos | Associate | $235.00 | 45.7 | $10,739.50 |
| A. Hulme | Case Assistant | $225.00 | 0.8 | $180.00 |
| V. Calder | Case Assistant | $110.00 | 1.7 | $187.00 |
| **Total** | | | **123.8** | **$49,056.00** |
| **Blended Rate** | | | | **$396.25** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 4/1/2021 through 4/30/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.10 Document / Data Analysis (Data Room) | 3.3 | $2,046.00 |
| 200.20 Document / Data Analysis (Financial / Accounting) | 43.6 | $11,960.50 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 13.6 | $7,223.00 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 6.4 | $2,024.00 |
| 200.90 Document / Data Analysis (Production Requests) | 28.6 | $11,378.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 0.3 | $118.00 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 0.1 | $47.50 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 1.6 | $992.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 0.2 | $124.00 |
| 600.00 Claims / Liability Analysis (General) | 20.3 | $9,738.00 |
| 1010.00 Employment Application | 0.5 | $295.00 |
| 1020.00 Meeting Preparation & Attendance | 1.8 | $972.00 |
| 1040.00 Hearing / Trial Preparation & Attendance | 1.5 | $898.00 |
| 1060.00 Fee Application Preparation & Hearing | 2.0 | $1,240.00 |
| **Total** | **123.8** | **$49,056.00** |
| **Blended Rate** | | **$396.25** |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 4/1/2021 through 4/30/2021

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.10 Document / Data Analysis (Data Room)** | | | |
| 4/2/2021 | P. Shields | 0.5 | Met with BRG (SC, SB) regarding status of reviewing and organizing records produced by the Debtor since March 2, 2021. |
| 4/12/2021 | P. Shields | 0.6 | Met with BRG (SC, SB, VC) regarding status of review of March 2, 2021 production from Debtor. |
| 4/12/2021 | P. Shields | 0.1 | Evaluated work to perform in connection with reviewing and indexing Debtor production dated March 17, 2021. |
| 4/13/2021 | P. Shields | 2.1 | Evaluated documents produced by the Debtor as compared to the documents requested by the UCC in connection with the motion to compel. |
| **Task Code Total Hours** | | **3.3** | |
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 4/1/2021 | V. Calder | 0.5 | Reviewed Pope John Paul II bank account statements from July 2017 through June 2018 (Account #8055). |
| 4/5/2021 | V. Calder | 1.0 | Reviewed Pope John Paul II bank account statements from July 2018 through April 2020 (Account #8055). |
| 4/7/2021 | S. Bhattacharya | 0.8 | Met with BRG (SC) to review key financial statement documents for various ANO entities. |
| 4/12/2021 | M. Babcock | 2.6 | Analyzed flow of funds, including examination of limited accounting system data provided to date by the Debtor. |
| 4/12/2021 | M. Babcock | 1.3 | Examined accounting data extracts provided by Debtor, including identifying issues/missing data. |
| 4/12/2021 | S. Chaffos | 0.7 | Met with BRG (PS, SB) to review financial statements for ANO |
| 4/12/2021 | S. Bhattacharya | 0.7 | Met with BRG (PS, SC) to review financial statements for ANO entities. |
| 4/14/2021 | P. Shields | 0.6 | Verified dates for listing of minutes produced for each of the Debtor's Councils, Committees, and Subcommittees. |
| 4/21/2021 | S. Chaffos | 2.1 | Reviewed St. Scholastica Academy bank account statements from July 2017 through April 2020 (Accounts: 0067, 1616, and 2054). |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 4/22/2021 | S. Chaffos | 2.9 | Reviewed St. Scholastica Academy bank account statements from July 2017 through April 2020 (Accounts: 4776, 6217, 8457). |
| 4/22/2021 | S. Chaffos | 2.8 | Reviewed St. Scholastica Academy bank account statements from July 2017 through April 2020 (Accounts: 3065, 3106, 4366). |
| 4/22/2021 | S. Chaffos | 1.2 | Reviewed St. Louis Cathedral bank account statements from July 2017 through April 2020 (Accounts: 9250). |
| 4/23/2021 | S. Chaffos | 2.9 | Reviewed St. Michael's Special School bank account statements from July 2017 through April 2020 (Accounts: 1481, 1509). |
| 4/23/2021 | S. Chaffos | 2.8 | Reviewed St. Louis Cathedral bank account statements from July 2017 through April 2020 (Accounts: 3736, 3744). |
| 4/23/2021 | S. Chaffos | 1.8 | Reviewed St. Louis Cathedral bank account statements from July 2017 through April 2020 (Accounts: 3604, 3728). |
| 4/28/2021 | S. Chaffos | 2.2 | Reviewed cash disbursement and receipts QuickBooks reports for entity Academy of Our Lady for January 2020 through December 2020. |
| 4/28/2021 | P. Shields | 0.9 | Evaluated data from the QuickBooks with BRG (SC), provided by the Archdiocese for the nine schools and two churches within the Archdiocese to assess the completeness of said data. |
| 4/28/2021 | S. Chaffos | 0.5 | Reviewed credit card transaction and deposit detail QuickBooks Reports for entity Academy of Our Lady for January 2020 through December 2020. |
| 4/29/2021 | S. Chaffos | 2.9 | Reviewed St. Michael's Special School bank account statements from July 2017 through April 2020 (Accounts: 3404, 3693, 9129). |
| 4/29/2021 | S. Chaffos | 1.9 | Reviewed St. Charles Catholic School bank account statements from July 2017 through April 2020 (Accounts: 0502, 1377). |
| 4/29/2021 | S. Chaffos | 0.8 | Reviewed St. Charles Catholic School bank account statements from January 2018 through April 2020 (Accounts: 0437). |
| 4/29/2021 | S. Chaffos | 0.8 | Reviewed St. Michael's Special School bank account statements from July 2017 through April 2020 (Accounts: 9602). |
| 4/29/2021 | S. Chaffos | 0.8 | Reviewed St. Michael's Special School bank account statements from July 2017 through June 2019 (Accounts: 1605). |
| 4/29/2021 | S. Chaffos | 0.5 | Reviewed St. Charles Catholic School bank account statements from July 2017 through June 2018 (Accounts: 0513). |
| 4/30/2021 | S. Chaffos | 2.9 | Reviewed Archbishop Shaw High School bank account statements from July 2017 through April 2020 (Accounts: 0007, 2429, 2440). |
| 4/30/2021 | S. Chaffos | 1.4 | Reviewed St. Charles Catholic School bank account statements from July 2017 through April 2020 (Accounts: 7036). |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 4/30/2021 | S. Chaffos | 1.3 | Reviewed Archbishop Shaw High School bank account statements from July 2017 through April 2020 (Accounts: 9162). |
| 4/30/2021 | S. Chaffos | 1.1 | Reviewed St. Charles Catholic School bank account statements from July 2017 through April 2019 (Accounts: 6786). |
| 4/30/2021 | S. Chaffos | 0.7 | Reviewed Archbishop Shaw High School bank account statements from March 2018 through April 2020 (Accounts: 3085). |
| 4/30/2021 | S. Chaffos | 0.2 | Reviewed St. Charles Catholic School bank account statements from April 2020 (Accounts: 5678). |
| **Task Code Total Hours** | | **43.6** | |
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 4/5/2021 | P. Shields | 0.4 | Responded to UCC Counsel request regarding the generation of Apostolates financial statements from QuickBooks. |
| 4/12/2021 | M. Babcock | 2.4 | Spoke with BRG (PS, RS) in regard to accounting system. |
| 4/12/2021 | R. Strong | 1.0 | Analyzed accounting system issues relating to motion to compel production of Debtor accounting system. |
| 4/12/2021 | R. Strong | 0.8 | Attended call with BRG team (MB, PS) to discuss accounting system issues relating to motion to compel production of Debtor's accounting system. |
| 4/13/2021 | M. Babcock | 2.4 | Analyzed accounting system extracts for Debtor and schools/ affiliates, including the identification of issues and concerns with limited data produced. |
| 4/14/2021 | M. Babcock | 0.8 | Spoke with UCC Counsel (DB) and BRG (PS) in regard to accounting system/document production issues. |
| 4/14/2021 | M. Babcock | 0.5 | Continued analysis of accounting system extracts for Debtor and schools/affiliates, to identify issues and concerns with limited data produced. |
| 4/14/2021 | R. Strong | 0.5 | Discussed accounting system issues relating to motion to compel production of Debtor's accounting system with BRG team (MB). |
| 4/14/2021 | M. Babcock | 0.5 | Spoke with BRG (RS) in regard to accounting system/document production issues. |
| 4/15/2021 | R. Strong | 0.2 | Analyzed accounting system issues relating to motion to compel production of Debtor's accounting system and addressed Counsel's related inquiries. |
| 4/19/2021 | R. Strong | 0.6 | Analyzed transfer of financial data from Debtor's accounting systems. |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 4/20/2021 | R. Strong | 0.7 | Analyzed financial data restored from Financial Edge accounting system. |
| 4/23/2021 | P. Shields | 0.2 | Met with BRG (SC) regarding production of QuickBooks files of units within the Archdiocese. |
| 4/23/2021 | S. Chaffos | 0.2 | Spoke with BRG (PS) relating production of QuickBooks files of ANO schools and parishes. |
| 4/26/2021 | R. Strong | 0.2 | Researched QuickBooks access issues for Parish and school financial data. |
| 4/26/2021 | P. Shields | 0.1 | Met with BRG (SC) regarding procedure for accessing QuickBooks data of Apostolates. |
| 4/26/2021 | S. Chaffos | 0.1 | Spoke with BRG (PS) to discuss ANO school and Parishes QuickBooks files. |
| 4/27/2021 | P. Shields | 0.3 | Met with BRG (SC) regarding complications with accessing the Archdiocese production of QuickBooks files for the Archdiocese nine schools and two churches. |
| 4/27/2021 | R. Strong | 0.2 | Discussed accounting system production issues with PSZY (JS) and BRG team (MB). |
| 4/28/2021 | S. Chaffos | 0.9 | Spoke with BRG (PS) to discuss ANO disbursement and receipts QuickBooks reports. |
| 4/28/2021 | P. Shields | 0.2 | Met with the Debtor's Financial Advisor (KZ) and BRG (SC) regarding the level of details contained within the QuickBooks data provided by the Archdiocese for the nine schools and two churches within the Archdiocese. |
| 4/28/2021 | S. Chaffos | 0.2 | Spoke with BRG (PS) and CRI (KZ) to discuss ANO QuickBooks data. |
| 4/29/2021 | M. Babcock | 0.2 | Responded to inquiries from UCC Counsel in regard to accounting system. |
| ***Task Code Total Hours*** | | **13.6** | |
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 4/7/2021 | P. Shields | 0.2 | Communicated with BRG regarding means of accessing audit reports and 990s for Apostolates. |
| 4/9/2021 | S. Chaffos | 2.8 | Reviewed Form 990's in GuideStar for the Debtor affiliates. |
| 4/9/2021 | S. Chaffos | 1.6 | Reviewed Form 990's in GuideStar for the Debtor affiliates including update Debtor affiliates index. |
| 4/9/2021 | S. Chaffos | 0.3 | Held call with BRG (PS) to discuss Debtor affiliates audits and Form 990s in GuideStar. |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 4/9/2021 | P. Shields | 0.3 | Met with BRG (SC) regarding list of Apostolates and other affiliated entities, and means of accessing audit reports and form 990s of said entities. |
| 4/9/2021 | P. Shields | 0.2 | Identified list of Apostolates and other affiliated entities for purposes of accessing audit reports and form 990s of said entities. |
| 4/20/2021 | P. Shields | 0.2 | Met with BRG (CT, SC) regarding production of affiliates in other Diocese matters. |
| 4/20/2021 | P. Shields | 0.2 | Responded to UCC Counsel inquiry regarding the need for financial information from non-Debtor affiliates. |
| 4/20/2021 | S. Chaffos | 0.2 | Spoke with BRG (PS, CT) on the consideration of documents by Debtor's affiliates in comparison to other dioceses matters. |
| 4/20/2021 | C. Tergevorkian | 0.1 | Met with BRG (SC and PS) to discuss consideration of documents by Debtor affiliates in comparison to other dioceses matter. |
| 4/22/2021 | M. Babcock | 0.3 | Spoke with UCC Counsel (DB) and BRG (PS) in regard to Apostolates discovery requests. |
| ***Task Code Total Hours*** | | ***6.4*** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 4/2/2021 | S. Bhattacharya | 2.5 | Created index to facilitate the review of native Excel documents from new production on document management system. |
| 4/2/2021 | S. Chaffos | 0.5 | Held call with BRG (PS, SB) to review ANO document production organization status. |
| 4/7/2021 | S. Bhattacharya | 2.9 | Updated index re: native Excel documents from production on Everlaw. |
| 4/7/2021 | S. Chaffos | 0.8 | Held call with BRG (SB) to review ANO document production excel index. |
| 4/7/2021 | P. Shields | 0.4 | Reviewed emails and attached documents regarding the nature of records contained in the Debtor's 4/1/21 production. |
| 4/9/2021 | S. Bhattacharya | 2.8 | Created index to facilitate the review of documents from document production. |
| 4/12/2021 | S. Bhattacharya | 2.8 | Updated index to facilitate the review of documents from Everlaw production. |
| 4/12/2021 | P. Shields | 2.4 | Participated in meeting with BRG (MB, RS) re: data produced from the Debtor's accounting system to consider the deficiencies of said production. |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 4/12/2021 | P. Shields | 1.0 | Met with BRG (MB, RS) to evaluate recent production provided by the Debtor, including the degree to which production is responsive to requests. |
| 4/12/2021 | M. Babcock | 1.0 | Spoke with BRG (PS, RS) in regard to document production issues on accounting and financial documents and data . |
| 4/12/2021 | V. Calder | 0.2 | Participated in call regarding document production and account statements for Archdiocese of New Orleans entities. |
| 4/13/2021 | S. Chaffos | 2.0 | Evaluated Debtor's document production in comparison to documents requested. |
| 4/13/2021 | P. Shields | 1.8 | Met with BRG (MB) and UCC Counsel (AC, GB) regarding deficiencies in Debtor's document production and examples of such deficiencies. |
| 4/13/2021 | P. Shields | 0.7 | Evaluated critical areas for further production and follow-up in preparation for call with UCC Counsel regarding Motion to Compel. |
| 4/14/2021 | P. Shields | 0.9 | Held call with UCC Counsel (DB) and BRG (MB) regarding the primary deficiencies in the Debtor's document production. |
| 4/15/2021 | A. Hulme | 0.8 | Updated listing of documents produced. |
| 4/15/2021 | P. Shields | 0.5 | Communicated with UCC Counsel regarding agreements re: documents to be provided and means to obtain records going forward. |
| 4/15/2021 | P. Shields | 0.3 | Reviewed instructions about identifying bates ranges for documents produced since the February 12, 2021 letter from the Debtor to AC. |
| 4/27/2021 | S. Bhattacharya | 2.1 | Created index to facilitate the review of documents from Everlaw production dated 4/2/21. |
| 4/27/2021 | S. Bhattacharya | 0.9 | Continued creating index to facilitate the review of documents from Everlaw production dated 4/2/21. |
| 4/27/2021 | S. Bhattacharya | 0.5 | Met with BRG (SC) to discuss the review of document production dated 4/2/21. |
| 4/27/2021 | S. Chaffos | 0.5 | Spoke with BRG (SB) to discuss ANO document production batches from 03/17/2021 and 04/01/2021. |
| 4/27/2021 | S. Chaffos | 0.3 | Spoke with BRG (PS) on the review and organization of ANO document production batches from 03/17/2021 and 04/01/2021. |
| **Task Code Total Hours** | | **28.6** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 4/2/2021 | S. Chaffos | 0.1 | Held call with BRG (PS, SB, JS) to evaluate the status of the monthly operating reports and periodic reporting. |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 4/2/2021 | P. Shields | 0.1 | Met with BRG (JS, SC, SB) regarding status of evaluating MORs and periodic reports, including work to perform going forward. |
| 4/2/2021 | S. Bhattacharya | 0.1 | Met with BRG (PS, JS, SC) to discuss review of monthly operating reports. |
| *Task Code Total Hours* | | *0.3* | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 4/2/2021 | J. Shaw | 0.1 | Participated in call with BRG (PS, SC, SB) to discuss monthly monitoring of Debtor cash activity. |
| *Task Code Total Hours* | | *0.1* | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 4/6/2021 | P. Shields | 1.1 | Communicated findings from the Semi-Annual and Annual Financial Information Statements filed by the Debtor to Counsel. |
| 4/6/2021 | P. Shields | 0.5 | Evaluated a section within the Semi-Annual and Annual Financial Information Statements filed by the Debtor. |
| *Task Code Total Hours* | | *1.6* | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 4/2/2021 | P. Shields | 0.2 | Communicated with TCC Counsel regarding real estate appraisals, including forwarding a listing of appraisals provided by the Debtor in the context of the Motion to Dismiss. |
| *Task Code Total Hours* | | *0.2* | |
| **600.00 Claims / Liability Analysis (General)** | | | |
| 4/20/2021 | J. Shaw | 1.5 | Analyzed claims data pursuant to UCC Counsel (DB) inquiry regarding non-abuse claims. |
| 4/20/2021 | J. Shaw | 0.2 | Updated claims data. |
| 4/21/2021 | J. Shaw | 0.5 | Analyzed claims data to determine classification on non-abuse claims. |
| 4/21/2021 | J. Shaw | 0.3 | Met with BRG (MB) regarding claims analysis. |
| 4/21/2021 | M. Babcock | 0.3 | Spoke with BRG (JS) in regard to scheduled and filed claims. |
| 4/22/2021 | P. Shields | 0.3 | Met with UCC Counsel (DB) and BRG (MB) regarding information relating to claims of the Archdiocese and pending related document requests from the Apostolates. |
| 4/26/2021 | J. Shaw | 2.3 | Analyzed updated claims data provided by Donlin Recano (CD). |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **600.00 Claims / Liability Analysis (General)** | | | |
| 4/27/2021 | J. Shaw | 2.9 | Analyzed claims data to determine classification of non-abuse claims. |
| 4/27/2021 | J. Shaw | 2.7 | Examined proof of claim support in connection with claims analysis. |
| 4/27/2021 | J. Shaw | 2.5 | Updated non-abuse claims analysis. |
| 4/27/2021 | M. Babcock | 0.2 | Spoke with UCC Counsel (JS) and BRG (RS) in regard to claims analysis. |
| 4/28/2021 | J. Shaw | 2.7 | Analyzed claims data to determine classification of non-abuse claims. |
| 4/29/2021 | J. Shaw | 0.9 | Revised non-abuse claims analysis. |
| 4/29/2021 | J. Shaw | 0.3 | Met with BRG (MB) regarding claims analysis. |
| 4/29/2021 | M. Babcock | 0.3 | Spoke with BRG (JS) in regard to claims analysis. |
| 4/30/2021 | J. Shaw | 2.1 | Analyzed claims data to determine classification of non-abuse claims. |
| 4/30/2021 | J. Shaw | 0.3 | Reviewed claim information and data. |
| *Task Code Total Hours* | | *20.3* | |
| **1010.00 Employment Application** | | | |
| 4/26/2021 | R. Strong | 0.5 | Attended call with Zobrio and PSZJ (GB) to address employment application and engagement issues for Financial Edge consulting. |
| *Task Code Total Hours* | | *0.5* | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 4/13/2021 | M. Babcock | 1.8 | Spoke with UCC Counsel (GB, AC) and BRG (PS) in regard to motion to produce documents and accounting system (including identification of issues and concerns with current limited accounting system data provided by Debtor). |
| *Task Code Total Hours* | | *1.8* | |
| **1040.00 Hearing / Trial Preparation & Attendance** | | | |
| 4/12/2021 | P. Shields | 0.7 | Met with BRG (MB) and UCC Counsel (AC, GB, DB) regarding motion to compel. |
| 4/15/2021 | M. Babcock | 0.4 | Attended hearing regarding motion to compel. |
| 4/15/2021 | P. Shields | 0.4 | Participated in telephonic Court hearing regarding motion to compel. |
| *Task Code Total Hours* | | *1.5* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 4/29/2021 | P. Shields | 1.1 | Made updates to November 2020 fee statement detail. |
| 4/29/2021 | P. Shields | 0.6 | Made updates to December 2020 fee statement detail. |
| 4/30/2021 | P. Shields | 0.3 | Made updates to January 2021 Fee Statement detail. |
| *Task Code Total Hours* | | *2.0* | |
| **Total Hours** | | **123.8** | |

Berkeley Research Group, LLC

Invoice for the 4/1/2021 - 4/30/2021 Period