# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: <br><br> **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, <br> Debtor.[1] | Case No. 20-10846 <br><br> Section "A" <br><br> **Chapter 11** <br><br> Objection Deadline: Dec. 7, 2021 |

### EIGHTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Eighth Monthly Fee and Expense Statement (the "Statement") for the period from May 1, 2021 through May 31, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2. The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| May 1, 2021 to May 31, 2021 | |
|---|---|
| Fees (at standard rates) | $60,517.50 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

|  |  |
|---|---|
| Voluntary reduction | ($8,208.50) |
| Fees (after reduction) | $52,309.00 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$52,309.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

**SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| *Statement/ Application* | | *Requested* | | *CNO/Order* | *Paid to Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020- 3/31//2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | *$0.00* |
| 10/28/2021 Dkt No. N/A | 4/1/2021- 4/30//2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| **Totals** | | **$301,442.00** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$49,056.00** |

**NO PRIOR REQUEST**

5. With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6. In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170- 5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF,

23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $41,847.20 (80% of $52,309.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $41,847.20 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated: November 23, 2021

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email: pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 5/1/2021 through 5/31/2021

| Professional | Title | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| P. Shields | Managing Director | $620.00 | 28.6 | $17,732.00 |
| R. Strong | Managing Director | $590.00 | 2.3 | $1,357.00 |
| M. Babcock | Associate Director | $540.00 | 11.3 | $6,102.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 17.3 | $8,217.50 |
| S. Bhattacharya | Consultant | $325.00 | 17.7 | $5,752.50 |
| S. Chaffos | Associate | $235.00 | 54.3 | $12,760.50 |
| H. Henritzy | Case Assistant | $155.00 | 2.5 | $387.50 |
| **Total** | | | **134.0** | **$52,309.00** |
| **Blended Rate** | | | | **$390.37** |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 5/1/2021 through 5/31/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.10 Document / Data Analysis (Data Room) | 0.2 | $124.00 |
| 200.20 Document / Data Analysis (Financial / Accounting) | 38.8 | $10,183.00 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 12.4 | $3,414.00 |
| 200.90 Document / Data Analysis (Production Requests) | 3.4 | $1,161.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 20.7 | $6,242.50 |
| 300.00 Asset Analysis (General - Debtors) | 3.8 | $2,052.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 1.4 | $481.50 |
| 330.00 Asset Analysis (Real Property - Debtors) | 0.2 | $124.00 |
| 600.00 Claims / Liability Analysis (General) | 20.4 | $9,989.00 |
| 1020.00 Meeting Preparation & Attendance | 6.2 | $3,680.00 |
| 1060.00 Fee Application Preparation & Hearing | 26.5 | $14,857.50 |
| **Total** | **134.0** | **$52,309.00** |
| **Blended Rate** | | **$390.37** |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 5/1/2021 through 5/31/2021

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.10 Document / Data Analysis (Data Room)** | | | |
| 5/28/2021 | P. Shields | 0.2 | Coordinated the evaluation of financial documents produced. |
| **Task Code Total Hours** | | **0.2** | |
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 5/3/2021 | S. Chaffos | 2.9 | Reviewed Archdiocese of New Orleans bank statements in comparison with the reconciliation reports (Accounts #0766, 2118, 2402, 5245, 9614, 9680). |
| 5/3/2021 | S. Chaffos | 1.8 | Reviewed Archbishop Rummel High School bank account statements from July 2017 through April 2020 (Accounts: 0431 and 2186). |
| 5/4/2021 | S. Chaffos | 1.9 | Reviewed Archbishop Rummel High School bank account statements from July 2017 through April 2020 (Accounts: 2755 and 2777). |
| 5/4/2021 | S. Chaffos | 1.7 | Reviewed Archbishop Chapelle High School bank statements in comparison with the reconciliation reports (Accounts #1514, 1745, 2809, 3293, 4967, and 5667). |
| 5/4/2021 | S. Chaffos | 1.6 | Reviewed Archbishop Hannan High School bank statements in comparison with the reconciliation reports (Accounts #0079, 8501, 8545, and 8861). |
| 5/4/2021 | S. Chaffos | 1.6 | Reviewed Archbishop Rummel High School bank account statements from July 2017 through April 2020 (Accounts: 2799). |
| 5/5/2021 | S. Chaffos | 1.3 | Reviewed Pope John Paul II High School bank statements in comparison with the reconciliation reports (Accounts # 0271, 3199, 4242, 7297, and 8055). |
| 5/5/2021 | S. Chaffos | 1.1 | Reviewed Holy Rosary Academy bank statements in comparison with the reconciliation reports (Accounts # 2009, 3715, 4836, 6705, 7577, and 9941). |
| 5/5/2021 | S. Chaffos | 0.3 | Reviewed Our Lady of Guadalupe bank statements in comparison with the reconciliation reports (Accounts # 4318). |
| 5/6/2021 | M. Babcock | 0.2 | Spoke with BRG (RS, PS) in regard to analysis of accounting data. |
| 5/7/2021 | R. Strong | 0.4 | Analyzed Archdiocese deposit and loan data produced in online deposit and loan database. |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 5/7/2021 | R. Strong | 0.4 | Communicated with Counsel regarding deposit and loan data produced. |
| 5/7/2021 | R. Strong | 0.1 | Attended call with BRG team (PS) regarding Archdiocese deposit and loan data. |
| 5/11/2021 | P. Shields | 0.7 | Met with Sarita regarding analysis of, and trends in, Archdiocese of New Orleans accounts receivables and accounts payable (both pre- and post-petition). |
| 5/17/2021 | S. Bhattacharya | 2.7 | Created schedules re: 7/1/17-4/30/20 deposit and loan details. |
| 5/17/2021 | S. Chaffos | 2.4 | Reviewed Archbishop Rummel High School bank account statements from July 2017 through April 2020 (Accounts: 2843, 2854 and 2865). |
| 5/17/2021 | S. Chaffos | 1.7 | Reviewed Archbishop Rummel High School bank account statements from July 2017 through April 2020 (Accounts: 2821 and 2832). |
| 5/17/2021 | S. Chaffos | 1.4 | Analyzed Archdiocese of New Orleans bank account 2118 for April 2020 including the review of transactions from Trust Hancock Bank. |
| 5/17/2021 | P. Shields | 0.2 | Met with BRG (SB) regarding the Debtor's production relating to the deposit and loan fund. |
| 5/18/2021 | S. Chaffos | 1.8 | Reviewed Archbishop Rummel High School bank account statements from July 2017 through April 2020 (Accounts: 2876 and 2887). |
| 5/18/2021 | S. Chaffos | 1.2 | Reviewed Archbishop Rummel High School bank account statements from June 2017 through October 2017 (Accounts: 3461, 3483, 6153, and 7600). |
| 5/18/2021 | S. Chaffos | 0.9 | Reviewed Archbishop Rummel High School bank account statements from June 2017 through June 2019 (Accounts: 3472 and 6844). |
| 5/18/2021 | S. Chaffos | 0.6 | Reviewed Archbishop Rummel High School bank account statements from June 2017 through November 2018 (Account: 7937). |
| 5/18/2021 | S. Chaffos | 0.4 | Reviewed Archbishop Rummel High School bank account statements from June 2017 through July 2019 (Accounts: 7589). |
| 5/19/2021 | S. Chaffos | 2.9 | Reviewed Academy Of Our Lady bank account statements from July 2017 through April 2020 (Accounts: 0011, 1492, and 6054). |
| 5/19/2021 | S. Chaffos | 1.1 | Reviewed Academy Of Our Lady bank account statements from July 2017 through April 2020 (Account: 7654). |
| 5/19/2021 | S. Chaffos | 1.1 | Reviewed Academy Of Our Lady bank account statements from November 2011 through April 2020 (Account: 6344). |
| 5/19/2021 | S. Chaffos | 0.7 | Reviewed Academy Of Our Lady bank account statements from August 2018 through April 2020 (Account: 6073). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 5/19/2021 | S. Chaffos | 0.6 | Reviewed Archbishop Rummel High School bank account statements from June 2017 through October 2018 (Account: 7948). |
| 5/19/2021 | S. Chaffos | 0.4 | Reviewed Academy Of Our Lady bank account statements from July 2017 through April 2018 (Account: 8490). |
| 5/20/2021 | S. Chaffos | 2.3 | Updated Archdiocese of New Orleans and entities bank account analysis index. |
| 5/21/2021 | S. Bhattacharya | 0.2 | Met with BRG (PS) to review schedules re: 7/1/17-4/30/20 deposit and loan details. |
| 5/21/2021 | P. Shields | 0.2 | Met with BRG (SB) regarding deposit and loan fund data details. |
| **Task Code Total Hours** | | **38.8** | |
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 5/4/2021 | P. Shields | 0.6 | Met with BRG (RS, SC) regarding evaluation of available data for asset analysis in connection with QuickBooks data for Archdiocese units and the deposit and loan fund. |
| 5/4/2021 | S. Chaffos | 0.6 | Spoke with BRG (PS, RS) to discuss QuickBooks reports. |
| 5/5/2021 | S. Chaffos | 1.8 | Extracted Academy of Our Lady General Ledgers from QuickBooks for January 2011 - April 2021. |
| 5/5/2021 | S. Chaffos | 0.5 | Extracted Academy of Our Lady Balance Sheets from QuickBooks for January 2011 - April 2021. |
| 5/6/2021 | R. Strong | 0.2 | Attended call with BRG team (MB, PS) to address accounting system data issues. |
| 5/20/2021 | S. Chaffos | 0.4 | Spoke with BRG (MB, RS) and Zobrio (CH, MK) to discuss Financial Edge data extraction. |
| 5/20/2021 | R. Strong | 0.3 | Attended call with Zobrio (CH, MK) and BRG team (MB, PS, SC) regarding Financial Edge accounting system work flow and analysis. |
| 5/20/2021 | M. Babcock | 0.3 | Met with Zobrio (CH, MK) and BRG (RS, SC) in order to coordinate analysis of accounting system data. |
| 5/25/2021 | S. Chaffos | 1.1 | Extracted Archbishop Chapelle High School General Ledgers from QuickBooks for 2012 - 2020. |
| 5/25/2021 | S. Chaffos | 0.9 | Extracted Archbishop Chapelle High School Income Statements from QuickBooks for 2012 - 2020. |
| 5/25/2021 | S. Chaffos | 0.8 | Extracted Archbishop Chapelle High School Balance Sheets from QuickBooks for 2012 - 2020. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 5/26/2021 | S. Chaffos | 1.6 | Extracted Archbishop Hannan High School Balance Sheets from QuickBooks for 2006 - 2020. |
| 5/26/2021 | S. Chaffos | 1.5 | Extracted Archbishop Hannan High School Income Statements from QuickBooks for 2006 - 2020. |
| 5/27/2021 | S. Chaffos | 1.8 | Extracted Archbishop Hannan High School General Ledgers from QuickBooks for 2006 - 2020. |
| **Task Code Total Hours** | | **12.4** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 5/6/2021 | P. Shields | 0.2 | Met with BRG (RS, MB) regarding request for records relating to the Archdiocese units and the deposit and loan fund. |
| 5/17/2021 | R. Strong | 0.5 | Attended call with BRG team (PS, MB) regarding document and financial system data productions. |
| 5/17/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS, RS, MB) to discuss document production in preparation for Committee call. |
| 5/17/2021 | S. Bhattacharya | 0.2 | Met with BRG (PS) to discuss new production re: 7/1/17-4/30/20 deposit and loan details. |
| 5/28/2021 | S. Bhattacharya | 1.0 | Met with BRG (PS, SC) to discuss the evaluation of new document productions. |
| 5/28/2021 | S. Chaffos | 1.0 | Spoke with BRG (PS, SB) regarding recent document production and manner of organization of said records. |
| **Task Code Total Hours** | | **3.4** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 5/5/2021 | S. Bhattacharya | 2.8 | Created schedule re: March 2021 Post-Petition Liabilities. |
| 5/5/2021 | S. Bhattacharya | 2.1 | Created schedule re: March 2021 Pre-Petition Liabilities. |
| 5/5/2021 | S. Bhattacharya | 0.4 | Met with BRG (PS) to discuss 2021 ANO monthly operating reports. |
| 5/5/2021 | P. Shields | 0.3 | Met with BRG (SB) regarding to review analysis of financial data set forth in monthly operating report. |
| 5/5/2021 | P. Shields | 0.1 | Met with BRG (SB) regarding to provide additional instruction regarding analysis of financial data set forth in monthly operating |
| 5/6/2021 | S. Bhattacharya | 2.9 | Created schedule re: ANO March 2021 AR Aging Report. |
| 5/7/2021 | S. Bhattacharya | 1.6 | Updated schedule re: ANO March 2021 AR Aging Report. |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 5/11/2021 | S. Bhattacharya | 0.7 | Met with BRG (PS) to review schedules re: March 2021 monthly operating reports. |
| 5/12/2021 | S. Bhattacharya | 2.8 | Updated schedule re: March 2021 AR Aging Report. |
| 5/12/2021 | S. Bhattacharya | 0.3 | Met with BRG (PS) to review March 2021 AR Aging Report. |
| 5/27/2021 | S. Chaffos | 0.9 | Analyzed May 2020 MOR cash summary ending balances. |
| 5/28/2021 | S. Chaffos | 2.3 | Analyzed August - September 2020 MOR cash summary ending balances including update the comparison schedule. |
| 5/28/2021 | S. Chaffos | 1.8 | Analyzed June - July 2020 MOR cash summary ending balances. |
| 5/28/2021 | S. Chaffos | 1.7 | Analyzed October - November 2020 MOR cash summary ending balances. |
| **Task Code Total Hours** | | **20.7** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 5/24/2021 | M. Babcock | 1.3 | Attended UCC meeting with UCC counsel, SCC (State Court Counsel), and UCC members to provide status report on asset analyses. |
| 5/24/2021 | M. Babcock | 0.4 | Spoke with BRG (RS, PS) in regard to asset analyses/investigations. |
| 5/24/2021 | M. Babcock | 0.3 | Held additional call with UCC Counsel (JS) in regard to asset analyses and investigations. |
| 5/25/2021 | M. Babcock | 1.8 | Analyzed bank/investment accounts maintained by Archdiocese and related entities, including comparison of accounts included in MOR and productions. |
| **Task Code Total Hours** | | **3.8** | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 5/3/2021 | S. Chaffos | 0.9 | Reviewed Archdiocese of New Orleans bank statements in comparison with the reconciliation reports (Account #3664). |
| 5/22/2021 | M. Babcock | 0.5 | Analyzed flow of funds between Portfolio B and Diocese Operating Account. |
| **Task Code Total Hours** | | **1.4** | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 5/28/2021 | P. Shields | 0.2 | Reviewed schedule of in-force value of Archdiocese and Apostolates real estate. |
| **Task Code Total Hours** | | **0.2** | |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **600.00 Claims / Liability Analysis (General)** | | | |
| 5/6/2021 | J. Shaw | 0.4 | Updated claims summary schedule. |
| 5/7/2021 | J. Shaw | 0.3 | Reviewed claims summary schedule for scheduled and filed claims. |
| 5/11/2021 | J. Shaw | 2.1 | Analyzed scheduled and filed trade claims. |
| 5/11/2021 | J. Shaw | 1.8 | Prepared schedule summarizing scheduled and filed claims. |
| 5/11/2021 | M. Babcock | 0.6 | Met with BRG (JS) in regard to claims analysis, including comparison of scheduled and filed. |
| 5/11/2021 | J. Shaw | 0.6 | Met with BRG (MB) regarding claims analysis. |
| 5/11/2021 | M. Babcock | 0.6 | Revised claims analysis (including comparison of scheduled and filed claims). |
| 5/12/2021 | J. Shaw | 2.6 | Prepared trade claims schedule. |
| 5/12/2021 | M. Babcock | 0.8 | Updated claims analysis (including comparison of scheduled and filed). |
| 5/12/2021 | J. Shaw | 0.7 | Met with BRG (MB) regarding trade claims analysis. |
| 5/12/2021 | M. Babcock | 0.6 | Spoke with BRG (JS) in regard to claims analysis (including comparison of scheduled and filed). |
| 5/13/2021 | J. Shaw | 2.8 | Updated trade claims analysis. |
| 5/13/2021 | J. Shaw | 1.9 | Prepared trade claims schedule. |
| 5/13/2021 | J. Shaw | 0.9 | Met with BRG (MB) regarding trade claims analysis. |
| 5/13/2021 | M. Babcock | 0.8 | Met with BRG (JS) in order to update claims analysis (including comparison of scheduled and filed). |
| 5/13/2021 | J. Shaw | 0.5 | Met with Donlin Recano (CD) regarding claims analysis. |
| 5/14/2021 | J. Shaw | 0.7 | Finalized trade claim schedules. |
| 5/14/2021 | J. Shaw | 0.5 | Updated trade claims schedules. |
| 5/15/2021 | M. Babcock | 1.2 | Revised claims analysis (scheduled and filed). |
| **Task Code Total Hours** | | **20.4** | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 5/5/2021 | P. Shields | 0.1 | Prepared list of document analysis issues to address in call with BRG. |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1020.00 Meeting Preparation & Attendance** | | | |
| 5/6/2021 | P. Shields | 0.2 | Communicated with BRG and UCC Counsel regarding BRG involvement in upcoming Committee call. |
| 5/12/2021 | P. Shields | 0.6 | Participated in call with Unsecured Commercial Creditors' Committee Financial Advisors (PP, PH) to respond to questions and outline issues. |
| 5/12/2021 | M. Babcock | 0.6 | Spoke with CCC FA (PP, PH) in regard to case issues. |
| 5/12/2021 | M. Babcock | 0.4 | Spoke with BRG (PS) in regard to call with CCC FA and related case issues. |
| 5/12/2021 | P. Shields | 0.2 | Met with BRG (MB) regarding follow-up items in connection with requests from the Financial Advisors of the Unsecured Commercial Creditors' Committee. |
| 5/12/2021 | P. Shields | 0.2 | Met with BRG (MB) to prepare for call with the Financial Advisors of the Unsecured Commercial Creditors' Committee. |
| 5/21/2021 | P. Shields | 0.9 | Met with UCC Counsel (DB) and BRG (MB) regarding preparations for upcoming Committee call. |
| 5/21/2021 | M. Babcock | 0.9 | Spoke with UCC Counsel (DB) and BRG (PS) in regard to upcoming UCC meeting presentation. |
| 5/24/2021 | R. Strong | 0.4 | Attended call with BRG team (MB, PS) in preparation for Committee call. |
| 5/24/2021 | P. Shields | 0.4 | Met with BRG (MB) regarding Committee status call. |
| 5/25/2021 | P. Shields | 1.3 | Participated in UCC status call with Committee Members, State Court Counsel and UCC Counsel. |
| **Task Code Total Hours** | | **6.2** | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 5/4/2021 | P. Shields | 0.2 | Continued to make updates to January 2021 Fee Statement detail. |
| 5/6/2021 | J. Shaw | 1.0 | Reviewed time entries for January - March 2021. |
| 5/6/2021 | P. Shields | 0.5 | Continued to make updates to January 2021 Fee Statement detail. |
| 5/6/2021 | P. Shields | 0.3 | Met with BRG (JS) regarding updates to time descriptions. |
| 5/7/2021 | P. Shields | 0.2 | Met with BRG (MB) regarding issues and timing relating to preparation and submission of November 2020 to March 2021 fee statements and June 2020 to March 2021 fee application. |
| 5/7/2021 | P. Shields | 0.2 | Met with UCC Counsel (JF) regarding issues and timing relating to preparation and submission of November 2020 to March 2021 fee statements and June 2020 to March 2021 fee application. |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 5/10/2021 | P. Shields | 1.2 | Updated February 2021 Fee Statement detail. |
| 5/11/2021 | P. Shields | 0.4 | Continued to make updates to February 2021 Fee Statement detail. |
| 5/11/2021 | P. Shields | 0.4 | Continued updating February 2021 Fee Statement detail. |
| 5/11/2021 | P. Shields | 0.3 | Continued to make updates to January 2021 Fee Statement detail. |
| 5/12/2021 | P. Shields | 0.3 | Updated November 2020 to March 2021 time entries. |
| 5/13/2021 | P. Shields | 0.3 | Met with BRG (HH) to provide instructions regarding the preparation of Archdiocese of New Orleans Fee Statements for the periods Nov 2020 to March 2021. |
| 5/13/2021 | H. Henritzy | 0.3 | Participated in a call with BRG (PS) regarding upcoming fee statements. |
| 5/14/2021 | H. Henritzy | 1.1 | Prepared November and December fee statements. |
| 5/14/2021 | P. Shields | 0.5 | Made further updates to December 2020 Fee Statement. |
| 5/14/2021 | P. Shields | 0.4 | Made further updates to November 2020 Fee Statement. |
| 5/17/2021 | P. Shields | 1.1 | Continued editing of BRG November 2020 and December 2020 Fee Statements. |
| 5/17/2021 | H. Henritzy | 1.1 | Prepared fee statements for January, February, and March. |
| 5/24/2021 | P. Shields | 0.4 | Updated November 2020 to March 2021 Fee Statements. |
| 5/25/2021 | P. Shields | 0.4 | Corresponded regarding fee statements and fee application. |
| 5/25/2021 | P. Shields | 0.1 | Prepared email communication to UCC Counsel (DB) regarding fee statements. |
| 5/26/2021 | P. Shields | 2.3 | Reconciled hours and fee amounts by task in June 2020 to March 2021 Fee Statements to cumulative detail in June 2020 to March 2021 Fee Application. |
| 5/26/2021 | P. Shields | 1.1 | Prepared fee application narrative for the various sections of the fee application. |
| 5/26/2021 | P. Shields | 1.0 | Researched issues re: the filing of fee statements and fee applications, inclusion of LEDES files, timing of submissions and objection periods, and the signing of fee statements and fee applications. |
| 5/27/2021 | P. Shields | 2.8 | Prepared description of services for category of services with task codes from 211.03 to 1000.00. |
| 5/27/2021 | P. Shields | 2.5 | Prepared description of services for category of services with task codes from 100.00 to 210.00. |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 5/27/2021 | P. Shields | 2.1 | Reviewed Fee Application covering the period June 2020 to March 2021. |
| 5/27/2021 | P. Shields | 1.9 | Prepared description of services for category of services with task codes from 1000.00 to 1060.00. |
| 5/27/2021 | P. Shields | 1.1 | Adapted fee application narrative to incorporate additional necessary sections. |
| 5/27/2021 | J. Shaw | 0.5 | Prepared narrative to be included in First Interim Fee Application. |
| 5/27/2021 | S. Chaffos | 0.5 | Updated June 2020 - March 2021 fee application detail. |
| **Task Code Total Hours** | | **26.5** | |
| **Total Hours** | | **134.0** | |

Berkeley Research Group, LLC

Invoice for the 5/1/2021 - 5/31/2021 Period