# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: Dec. 7, 2021 |

## NINTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Ninth Monthly Fee and Expense Statement (the "Statement") for the period from June 1, 2021 through June 30, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2. The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| June 1, 2021 to June 30, 2021 | |
|---|---|
| Fees (at standard rates) | $42,902.50 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2

| | |
|---|---|
| Voluntary reduction | ($5,716.00) |
| Fees (after reduction) | $37,186.50 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$37,186.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

**SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020- 3/31//2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 10/28/2021 Dkt No. N/A | 4/1/2021- 4/30//2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| 10/28/2021 Dkt No. N/A | 5/1/2021- 5/31//2021 | $52,309.00 | $0.00 | N/A | $0.00 | $0.00 | $52,309.00 |
| **Totals** | | **$353,751.00** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$101,365.00** |

**NO PRIOR REQUEST**

5. With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6. In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010

Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $29,749.20 (80% of $37,186.50) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $29,749.20 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated: November 23, 2021          Respectfully submitted,

By: /s/ *Paul N. Shields*
Paul N. Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 6/1/2021 through 6/30/2021

| Professional | Title | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| P. Shields | Managing Director | $620.00 | 14.3 | $8,866.00 |
| R. Strong | Managing Director | $590.00 | 1.5 | $885.00 |
| M. Babcock | Associate Director | $540.00 | 6.7 | $3,618.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 1.6 | $760.00 |
| S. Bhattacharya | Consultant | $325.00 | 27.2 | $8,840.00 |
| S. Chaffos | Associate | $235.00 | 60.5 | $14,217.50 |
| **Total** | | | **111.8** | **$37,186.50** |
| **Blended Rate** | | | | **$332.62** |

Berkeley Research Group, LLC
Invoice for the 6/1/2021 - 6/30/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 6/1/2021 through 6/30/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.10 Document / Data Analysis (Data Room) | 3.0 | $820.50 |
| 200.20 Document / Data Analysis (Financial / Accounting) | 12.3 | $4,101.00 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 4.5 | $2,430.00 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 1.0 | $620.00 |
| 200.90 Document / Data Analysis (Production Requests) | 28.8 | $10,399.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 11.9 | $4,335.50 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 20.6 | $4,841.00 |
| 300.00 Asset Analysis (General - Debtors) | 3.0 | $1,740.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 10.5 | $2,467.50 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 0.5 | $117.50 |
| 321.00 Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets) | 2.7 | $634.50 |
| 330.00 Asset Analysis (Real Property - Debtors) | 6.7 | $2,132.50 |
| 340.00 Asset Analysis (Personal Property - Debtors) | 4.2 | $1,365.00 |
| 1020.00 Meeting Preparation & Attendance | 1.0 | $580.00 |
| 1030.00 Mediation Preparation & Attendance | 0.1 | $59.00 |
| 1060.00 Fee Application Preparation & Hearing | 1.0 | $543.00 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **111.8** | **$37,186.50** |
| **Blended Rate** | | **$332.62** |

Berkeley Research Group, LLC

Invoice for the 6/1/2021 - 6/30/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 6/1/2021 through 6/30/2021

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.10 Document / Data Analysis (Data Room)** | | | |
| 6/2/2021 | S. Chaffos | 0.7 | Updated ANO index of minutes produced by Debtor. |
| 6/11/2021 | S. Chaffos | 2.0 | Prepared an inventory of restricted asset support documents produced by the Debtor. |
| 6/14/2021 | P. Shields | 0.3 | Prepared schedule of items not yet produced by the Archdiocese for use by UCC Counsel in upcoming hearing regarding motion to compel. |
| **Task Code Total Hours** | | **3.0** | |
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 6/3/2021 | S. Chaffos | 1.1 | Updated bank account analysis index, including comparison of bank account status (active/closed) after petition date. |
| 6/8/2021 | R. Strong | 1.1 | Analyzed Deposit and Loan database and data provided by Debtor for asset analysis. |
| 6/13/2021 | S. Chaffos | 0.9 | Updated bank account analysis index. |
| 6/16/2021 | S. Bhattacharya | 0.8 | Summarized key details re: 7/1/17-4/30/20 loan and deposit files. |
| 6/16/2021 | P. Shields | 0.1 | Met with BRG (SB) regarding deposit and loan fund data. |
| 6/17/2021 | P. Shields | 0.3 | Prepared response to UCC Counsel (AC) regarding deposit and loan fund. |
| 6/25/2021 | S. Bhattacharya | 2.3 | Created summary of Parish financial data based on annual reports as of 6/30/20. |
| 6/25/2021 | S. Chaffos | 0.9 | Reviewed annual parish financial reports (Parish No. 117 - 145, 167 - 202) |
| 6/25/2021 | S. Bhattacharya | 0.7 | Continued creating summary of Parish financial data based on annual reports as of 6/30/20. |
| 6/28/2021 | S. Bhattacharya | 2.9 | Updated summary of Parish financial data based on annual reports as of 6/30/20. |
| 6/28/2021 | S. Bhattacharya | 0.7 | Met with BRG (PS, MB, SC) to discuss summary of Parish annual reports. |

Berkeley Research Group, LLC
Invoice for the 6/1/2021 - 6/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 6/29/2021 | S. Chaffos | 0.5 | Reviewed CHI properties audit reports. (Catholic Charities - Catholic Cemeteries Trust) |
| **Task Code Total Hours** | | **12.3** | |
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 6/7/2021 | M. Babcock | 0.5 | Analyzed Financial Edge accounting system data, including bank account receipt and disbursement transactions. |
| 6/8/2021 | M. Babcock | 0.3 | Examined Financial Edge accounting system data. |
| 6/18/2021 | M. Babcock | 1.3 | Analyzed Financial Edge accounting data. |
| 6/28/2021 | M. Babcock | 1.5 | Analyzed assets including cash, investments and real estate as detailed in available documents, data, and Financial Edge accounting system. |
| 6/29/2021 | M. Babcock | 0.2 | Analyzed issues related to Financial Edge accounting data. |
| 6/30/2021 | M. Babcock | 0.7 | Analyzed annual financial statements (balance sheets and income statements) produced from Financial Edge accounting data. |
| **Task Code Total Hours** | | **4.5** | |
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 6/30/2021 | P. Shields | 1.0 | Participated in partial call with BRG (MB, SC, SB) regarding status of evaluation of information provided to date relating to Apostolates. |
| **Task Code Total Hours** | | **1.0** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 6/1/2021 | S. Chaffos | 0.6 | Spoke with BRG (PS, SB) regarding recent document production uploaded on document management system. |
| 6/1/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS, SC) to discuss the evaluation of new document productions. |
| 6/1/2021 | P. Shields | 0.5 | Met with BRG (SC, SB) regarding production by Apostolates. |
| 6/2/2021 | S. Chaffos | 2.1 | Reviewed document production from 04/27/2021 (Bates Numbers: ANO (20-108426_00084421-00085174). |
| 6/2/2021 | S. Bhattacharya | 2.0 | Evaluated document productions from May 2021. |
| 6/2/2021 | S. Bhattacharya | 0.5 | Met with BRG (SC) to evaluate document productions. |
| 6/2/2021 | S. Chaffos | 0.5 | Spoke with BRG (SB) on document production batches on document management system. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 6/3/2021 | S. Chaffos | 2.8 | Reviewed document production from 03/17/2021 (Bates Numbers: ANO (20-108426_00076130-00077640). |
| 6/3/2021 | S. Chaffos | 1.7 | Reviewed document production from 01/11/2021 (Bates Numbers: ANO (20-108426_00035376-00037698). |
| 6/3/2021 | S. Chaffos | 0.6 | Reviewed document production from 05/06/2021 (Bates Numbers: ANO-INS0004619-ANO-INS0004761). |
| 6/7/2021 | P. Shields | 0.5 | Participated in a portion of a call with BRG (SC, SB) regarding organization and indexing of records production. |
| 6/11/2021 | S. Bhattacharya | 1.8 | Analyzed documents responsive to financial-related production requests. |
| 6/11/2021 | S. Bhattacharya | 1.2 | Continued analyzing documents responsive to financial-related production requests. |
| 6/11/2021 | P. Shields | 0.2 | Met with BRG (SC) regarding production made by the Apostolates. |
| 6/12/2021 | P. Shields | 1.7 | Met with BRG (SC, SB) regarding evaluation and organization of production made by the Apostolates. |
| 6/12/2021 | S. Chaffos | 1.7 | Spoke with BRG (PS, SB) regarding evaluation of affiliates financial document production. |
| 6/13/2021 | S. Chaffos | 1.1 | Spoke with BRG (PS, SB) to review schedules for document request response. |
| 6/14/2021 | S. Bhattacharya | 2.9 | Updated document production index for Council meeting minutes. |
| 6/14/2021 | P. Shields | 1.2 | Met with UCC Counsel (AC) and BRG (SC) for a portion of the call to evaluate status of production made by Archdiocese. |
| 6/14/2021 | P. Shields | 1.1 | Continued discussions with BRG (SC, SB) regarding evaluation and organization of production and asset index made by the Apostolates. |
| 6/14/2021 | S. Chaffos | 0.5 | Held call with BRG (PS) to review bank account index and restricted asset index. |
| 6/18/2021 | P. Shields | 0.4 | Spoke with UCC Counsel (DB) regarding production made by Apostolates. |
| 6/23/2021 | P. Shields | 0.2 | Reviewed most recent financial document production from Apostolates. |
| 6/25/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS, SC) to review recent Apostolates financial document production. |
| 6/25/2021 | P. Shields | 0.5 | Met with BRG (SC, SB) regarding evaluation of financial documents provided relating to the Apostolates. |

Berkeley Research Group, LLC

Invoice for the 6/1/2021 - 6/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 6/25/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS, SB) to discuss recent Apostolates financial document production. |
| 6/28/2021 | R. Strong | 0.3 | Attended call with Debtor, Debtor Counsel, Debtor Financial Advisors, and BRG to address production of deposit and loan database. |
| 6/28/2021 | M. Babcock | 0.2 | Met with Debtor FA, Debtor Counsel, UCC Counsel and BRG (PS, RS) in order to discuss DLP data production. |
| 6/28/2021 | P. Shields | 0.2 | Met with Debtor's Counsel and Financial Advisors, and UCC's Counsel regarding the production of the deposit and loan fund database. |
| 6/28/2021 | P. Shields | 0.2 | Prepared for call with Debtor's Counsel and Financial Advisors, and UCC Counsel re: production of the deposit and loan fund database. |
| 6/28/2021 | P. Shields | 0.1 | Reviewed index of records produced relating to the Apostolates. |
| **Task Code Total Hours** | | **28.8** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 6/1/2021 | S. Chaffos | 1.6 | Analyzed January 2021 MOR cash summary ending balances. |
| 6/1/2021 | S. Chaffos | 1.5 | Analyzed December 2020 MOR cash summary ending balances. |
| 6/1/2021 | P. Shields | 1.1 | Met with BRG (JS) regarding evaluation of MORs and periodic reporting. |
| 6/1/2021 | J. Shaw | 1.1 | Met with BRG (PS) regarding comparative financial analysis and other metrics for Monthly Operating Reports. |
| 6/1/2021 | J. Shaw | 0.5 | Prepared summary of comparative schedules and metrics for monthly MOR analysis. |
| 6/2/2021 | S. Chaffos | 1.6 | Analyzed February 2021 MOR cash summary ending balances. |
| 6/2/2021 | S. Chaffos | 1.4 | Analyzed April 2021 MOR cash summary ending balances. |
| 6/2/2021 | S. Chaffos | 1.2 | Analyzed March 2021 MOR cash summary ending balances. |
| 6/4/2021 | P. Shields | 1.9 | Uploaded periodic reports in preparation for evaluated receipts and disbursements detail. |
| **Task Code Total Hours** | | **11.9** | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 6/4/2021 | S. Chaffos | 2.9 | Analyzed cash receipts and disbursement for week for 01/31/2021. |
| 6/4/2021 | S. Chaffos | 1.8 | Analyzed cash receipts and disbursement for week for 02/15/2021. |

Berkeley Research Group, LLC

Invoice for the 6/1/2021 - 6/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 6/4/2021 | S. Chaffos | 1.7 | Analyzed cash receipts and disbursement for week for 02/28/2021. |
| 6/7/2021 | S. Chaffos | 2.3 | Analyzed cash receipts and disbursement for week for 04/15/2021. |
| 6/7/2021 | S. Chaffos | 2.0 | Analyzed cash receipts and disbursement for week for 03/31/2021. |
| 6/7/2021 | S. Chaffos | 1.8 | Analyzed cash receipts and disbursement for week for 03/15/2021. |
| 6/7/2021 | S. Chaffos | 1.7 | Analyzed cash receipts and disbursement for week for 04/30/2021. |
| 6/8/2021 | S. Chaffos | 2.4 | Analyzed cash receipts and disbursement for week for 05/31/2021. |
| 6/8/2021 | S. Chaffos | 1.8 | Analyzed cash receipts and disbursement for week for 05/15/2021. |
| 6/23/2021 | S. Chaffos | 2.2 | Analyzed cash receipts and disbursement for week for 06/15/2021. |
| **Task Code Total Hours** | | **20.6** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 6/28/2021 | P. Shields | 0.8 | Followed up with BRG (MB) regarding asset identification and supporting documentation. |
| 6/28/2021 | M. Babcock | 0.8 | Spoke with BRG (PS) in follow up call regarding to asset analysis. |
| 6/28/2021 | P. Shields | 0.7 | Met with BRG (MB, SC, SB) regarding asset identification and supporting documentation. |
| 6/28/2021 | M. Babcock | 0.7 | Spoke with BRG (PS, SC, SB) in regard to asset analysis. |
| **Task Code Total Hours** | | **3.0** | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 6/25/2021 | S. Chaffos | 2.4 | Analyzed annual parish financial reports. (Parish Number: 101 - 145). |
| 6/28/2021 | S. Chaffos | 2.8 | Analyzed annual parish financial reports. (Parish Number: 202 - 240). |
| 6/28/2021 | S. Chaffos | 1.8 | Analyzed annual parish financial reports. (Parish Number: 150 - 201). |
| 6/28/2021 | S. Chaffos | 0.7 | Spoke with BRG (PS, MB, SB) to discuss the Apostolate analysis and real estate property list. |
| 6/29/2021 | S. Chaffos | 1.6 | Analyzed CHI properties FYE 06/30/2020 audit reports. (Château de Notre Dame - Christopher Homes Inc). |
| 6/30/2021 | S. Chaffos | 1.2 | Spoke with BRG (PS, SB) to discuss the elementary school affiliates financial statements. |
| **Task Code Total Hours** | | **10.5** | |

Berkeley Research Group, LLC

Invoice for the 6/1/2021 - 6/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 6/11/2021 | S. Chaffos | 0.5 | Updated bank account analysis index, including comparison of bank account from bankruptcy schedule A/B. |
| **Task Code Total Hours** | | **0.5** | |
| **321.00 Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets)** | | | |
| 6/13/2021 | S. Chaffos | 2.7 | Analyzed ANO and entity's net assets with donor restrictions breakdown balance as of June 2020 including matching supporting documents to donor restricted fund. |
| **Task Code Total Hours** | | **2.7** | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 6/3/2021 | S. Bhattacharya | 2.9 | Created index of 2021 real estate appraisals. |
| 6/7/2021 | S. Bhattacharya | 2.8 | Updated index re: 2021 real estate appraisals. |
| 6/7/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS, SC) to review index of 2021 real estate appraisals. |
| 6/8/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS, SB) to discuss real estate appraisal index. |
| **Task Code Total Hours** | | **6.7** | |
| **340.00 Asset Analysis (Personal Property - Debtors)** | | | |
| 6/29/2021 | S. Bhattacharya | 2.6 | Created index re: coverage limits of collectibles. |
| 6/29/2021 | S. Bhattacharya | 0.4 | Met with BRG (PS) to discuss documents re: collectibles. |
| 6/30/2021 | S. Bhattacharya | 1.2 | Met with BRG (PS, SC) to discuss index re: coverage limits of collectibles. |
| **Task Code Total Hours** | | **4.2** | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 6/28/2021 | M. Babcock | 0.5 | Met with UCC Counsel (JS, AC, RR, DB) and BRG (PS), in partial call, in order to discuss case issues and status. |
| 6/28/2021 | P. Shields | 0.5 | Participated in status call with UCC Counsel (JS, AC, RK, DB) and BRG (MB). |
| **Task Code Total Hours** | | **1.0** | |
| **1030.00 Mediation Preparation & Attendance** | | | |
| 6/23/2021 | R. Strong | 0.1 | Discussed mediation brief facts and issues with BRG (MB) pursuant to ongoing analysis. |
| **Task Code Total Hours** | | **0.1** | |

Berkeley Research Group, LLC

Invoice for the 6/1/2021 - 6/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 6/15/2021 | P. Shields | 0.4 | Retrieved and provided the order for BRG's 1st Interim Fee Application to UCC Counsel (DB). |
| 6/18/2021 | P. Shields | 0.4 | Met with BRG (SC) regarding information relating to professional fee payments made by the Debtor in recent months, including accumulating and remitting said information to UCC Counsel. |
| 6/18/2021 | S. Chaffos | 0.2 | Spoke with BRG (PS) to review professional fee payments from January 2021 - May 15, 2021. |
| **Task Code Total Hours** | | **1.0** | |
| **Total Hours** | | **111.8** | |

Berkeley Research Group, LLC

Invoice for the 6/1/2021 - 6/30/2021 Period