# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>Debtor.¹ | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: Dec. 7, 2021 |

**TENTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
JULY 1, 2021 THROUGH JULY 31, 2021**

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Tenth Monthly Fee and Expense Statement (the "Statement") for the period from July 1, 2021 through July 31, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2. The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| **July 1, 2021 to July 31, 2021** | |
|---|---|
| Fees (at standard rates) | $59,331.50 |

---

¹ The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | ($8,850.50) |
| Fees (after reduction) | $50,481.00 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$50,481.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

5. As noted in the *Application for Entry of An Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* (the "Retention Application"), "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business." As of July 1, 2021, the hourly rates for certain staff increased. The new rates can be found in **Exhibit A: Fees by Professional**. However, BRG is still subject to the discount on its

hourly rates as agreed to with the Committee, and thus the rate changes have had minimal effect on the fees charged.

**SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31//2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 10/28/2021 Dkt No. N/A | 4/1/2021- 4/30//2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| 10/28/2021 Dkt No. N/A | 5/1/2021- 5/31//2021 | $52,309.00 | $0.00 | N/A | $0.00 | $0.00 | $52,309.00 |
| 10/28/2021 Dkt No. N/A | 6/1/2021- 6/30//2021 | $37,186.50 | $0.00 | N/A | $0.00 | $0.00 | $37,186.50 |
| **Totals** | | **$390,937.50** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$138,551.50** |

**NO PRIOR REQUEST**

6. With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

7. In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-

3

5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $40,384.80 (80% of $50,481.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $40,384.80 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated: November 23, 2021

Respectfully submitted,

By: /s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email: pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 7/1/2021 through 7/31/2021

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $620.00 | 18.0 | $11,160.00 |
| R. Strong | Managing Director | $590.00 | 8.4 | $4,956.00 |
| M. Babcock | Director | $540.00 | 34.4 | $18,576.00 |
| K. Schliep | Senior Managing Consultant | $435.00 | 3.9 | $1,696.50 |
| C. Tergevorkian | Consultant | $325.00 | 6.2 | $2,015.00 |
| S. Bhattacharya | Consultant | $325.00 | 10.0 | $3,250.00 |
| S. Chaffos | Senior Associate | $275.00 | 32.1 | $8,827.50 |
| **Total** | | | **113.0** | **$50,481.00** |
| **Blended Rate** | | | | **$446.73** |

Berkeley Research Group, LLC
Invoice for the 7/1/2021 - 7/31/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 7/1/2021 through 7/31/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 16.6 | $5,658.00 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 8.0 | $4,610.00 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 5.4 | $2,037.00 |
| 200.90 Document / Data Analysis (Production Requests) | 19.3 | $8,066.50 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 1.7 | $467.50 |
| 300.00 Asset Analysis (General - Debtors) | 14.5 | $7,741.50 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 3.4 | $1,374.50 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 9.4 | $5,101.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 20.3 | $7,522.50 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 3.9 | $1,696.50 |
| 1020.00 Meeting Preparation & Attendance | 9.6 | $5,648.00 |
| 1060.00 Fee Application Preparation & Hearing | 0.9 | $558.00 |
| **Total** | **113.0** | **$50,481.00** |
| **Blended Rate** | | **$446.73** |

Berkeley Research Group, LLC
Invoice for the 7/1/2021 - 7/31/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**BRG**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 7/1/2021 through 7/31/2021

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 7/1/2021 | R. Strong | 1.2 | Analyzed database structure and transactions of Diocese deposit and loan database for Diocese asset analysis. |
| 7/19/2021 | S. Bhattacharya | 1.8 | Updated list of ANO entities to reflect Counsel's edits. |
| 7/19/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS, SC) to discuss Counsel's updates to list of ANO entities. |
| 7/19/2021 | C. Tergevorkian | 0.2 | Participated in meeting with BRG (SC, MB, DRS) to discuss ScanWriter and bank statement analysis. |
| 7/19/2021 | S. Chaffos | 0.2 | Spoke with BRG (MB, RS, CT) to discuss ScanWriter process for operating account analysis. |
| 7/20/2021 | C. Tergevorkian | 1.0 | Reviewed ScanWriter export of Archdiocese of New Orleans checking bank statement in preparation for analysis. |
| 7/22/2021 | S. Bhattacharya | 2.4 | Updated listing of ANO entities with financial statement details for ANO schools. |
| 7/22/2021 | C. Tergevorkian | 2.3 | Analyzed ScanWriter export of Archdiocese of New Orleans checking bank statement from periods September 2017 to November 2017 in preparation for analysis. |
| 7/22/2021 | C. Tergevorkian | 1.8 | Analyzed ScanWriter export of Archdiocese of New Orleans checking bank statement from periods July 2017 to August 2017 in preparation for analysis. |
| 7/22/2021 | S. Bhattacharya | 0.8 | Met with BRG (PS, SC) to review financial statements for ANO school entities. |
| 7/22/2021 | S. Bhattacharya | 0.6 | Continued updating listing of ANO entities with financial statement details for ANO schools. |
| 7/23/2021 | S. Bhattacharya | 2.9 | Updated listing of financial statement details re: ANO entities. |
| 7/28/2021 | S. Chaffos | 0.9 | Prepared ANO and entities cash and investment schedule using data from the 2019 audit report. |
| **Task Code Total Hours** | | **16.6** | |
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |

Berkeley Research Group, LLC
Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 7/1/2021 | M. Babcock | 0.5 | Analyzed Financial Edge bank and investment account transactions and records. |
| 7/1/2021 | M. Babcock | 0.5 | Analyzed Financial Edge fixed asset transactions and records. |
| 7/22/2021 | R. Strong | 1.5 | Attended call with BRG team (MB) to analyze Financial Edge data tables including general ledger transactions for deposit and loan analysis. |
| 7/26/2021 | M. Babcock | 1.2 | Analyzed Portfolio A activity recorded in Financial Edge accounting system. |
| 7/26/2021 | R. Strong | 0.7 | Attended call with Zobrio and BRG team (MB) to discuss Financial Edge data extractions. |
| 7/27/2021 | R. Strong | 2.5 | Analyzed general ledger transaction data from Financial Edge system for cash receipts and disbursement analysis. |
| 7/30/2021 | R. Strong | 1.1 | Analyzed general ledger transaction data from Financial Edge system for cash receipts and disbursement analysis. |
| **Task Code Total Hours** | | **8.0** | |
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 7/2/2021 | S. Chaffos | 1.6 | Created a schedule of Apostolates for which no financial statements have been provided. |
| 7/6/2021 | P. Shields | 0.9 | Met with BRG (SC) regarding evaluation of financial statements and other information provided on Apostolates. |
| 7/6/2021 | S. Chaffos | 0.9 | Spoke with BRG (PS) to discuss the updates on the Apostolate list that provided no financial statements. |
| 7/6/2021 | P. Shields | 0.2 | Prepared communication to UCC Counsel (DB) regarding list of Apostolates for which no financial statements have been provided. |
| 7/19/2021 | P. Shields | 0.5 | Met with BRG (SC, SB) regarding the evaluation and organization of Affiliate financial records. |
| 7/19/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS, SB) on updated affiliates financial statement list. |
| 7/22/2021 | S. Chaffos | 0.8 | Spoke with BRG (PS, SB) to discuss affiliates financial statement analysis schedule. |
| **Task Code Total Hours** | | **5.4** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 7/1/2021 | P. Shields | 0.2 | Communicated regarding issues relating to obtaining access to deposit and loan fund database. |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 7/2/2021 | S. Bhattacharya | 0.8 | Updated listing of ANO entities to reflect outstanding production requests. |
| 7/2/2021 | P. Shields | 0.5 | Participated in call with BRG (SC) regarding evaluation of records produced by Parishes and other affiliates. |
| 7/2/2021 | P. Shields | 0.5 | Participated in call with BRG (SC, SB) regarding evaluation and organization of ANO affiliates production. |
| 7/2/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS) regarding review of document produced by Parishes and other affiliates. |
| 7/2/2021 | S. Bhattacharya | 0.2 | Met with BRG (PS, SC) to discuss outstanding production requests. |
| 7/2/2021 | P. Shields | 0.2 | Participated in additional call with BRG (SC, SB) regarding evaluation of records produced by Parishes and other affiliates. |
| 7/2/2021 | S. Chaffos | 0.2 | Spoke on additional call with BRG (PS, SB) to discuss the affiliates outstanding production requests. |
| 7/7/2021 | P. Shields | 0.3 | Met with UCC Counsel (DB) regarding production issues relating to ANO affiliates. |
| 7/9/2021 | P. Shields | 0.2 | Provided requested information, relating to document production issues, to UCC Counsel. |
| 7/22/2021 | S. Chaffos | 1.8 | Reviewed Debtor's response to Discovery Request 20, 31, 32, 60 in comparison to BRG analyses. |
| 7/22/2021 | P. Shields | 1.0 | Met with BRG (SC) regarding evaluation of outstanding document requests. |
| 7/22/2021 | S. Chaffos | 1.0 | Spoke with BRG (PS) on status of production and follow-up request. |
| 7/22/2021 | P. Shields | 0.2 | Evaluated emails that set forth requests for banking and investment statements. |
| 7/22/2021 | P. Shields | 0.1 | Reviewed status of updated list of outstanding documents to be submitted to UCC Counsel. |
| 7/23/2021 | S. Chaffos | 1.6 | Reviewed schedules for property related to document request response. |
| 7/23/2021 | P. Shields | 1.5 | Met with BRG (MB, SC) to evaluate the Debtor's production of documents to date. |
| 7/23/2021 | S. Chaffos | 1.5 | Spoke with BRG (PS, MB) to discuss discovery requests. |
| 7/23/2021 | M. Babcock | 1.5 | Spoke with BRG (PS, SC) in regard to discovery requests. |
| 7/23/2021 | P. Shields | 1.4 | Participated in additional call with BRG (SC) to evaluate the Debtor's production of documents to date. |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 7/23/2021 | S. Chaffos | 1.4 | Spoke on additional call with BRG (PS) to discuss Debtor's production of documents to date. |
| 7/27/2021 | P. Shields | 0.6 | Met with BRG (SC) to evaluate the Debtor's production of documents to date. |
| 7/27/2021 | S. Chaffos | 0.6 | Spoke with BRG (PS) discuss property document request narrative. |
| 7/29/2021 | S. Chaffos | 1.5 | Participated in a call with BRG (PS, MB) and PSZJ (AC, JS) to discuss ANO discovery request response. |
| **Task Code Total Hours** | | **19.3** | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 7/12/2021 | S. Chaffos | 1.7 | Analyzed cash receipts and disbursement for week for 06/30/2021. |
| **Task Code Total Hours** | | **1.7** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 7/8/2021 | R. Strong | 0.6 | Attended status call with BRG team (PS, MB) to evaluate current assignments for asset analyses. |
| 7/8/2021 | M. Babcock | 0.6 | Met with BRG (PS, RS) in order to coordinate ongoing asset analyses and investigations. |
| 7/8/2021 | P. Shields | 0.6 | Met with BRG (RS, MB) regarding status of asset analyses. |
| 7/22/2021 | M. Babcock | 1.5 | Met with BRG (RS) in order to analyze receipt and disbursement transactions and Financial Edge data. |
| 7/22/2021 | M. Babcock | 0.1 | Spoke with BRG (PS, RS) in order to coordinate ongoing analyses and investigations. |
| 7/23/2021 | M. Babcock | 1.9 | Analyzed historical deposit activity related to Debtor's DLF. |
| 7/23/2021 | M. Babcock | 1.2 | Analyzed historical loan activity related to Debtor's DLF. |
| 7/26/2021 | M. Babcock | 1.9 | Revised analysis of bank/investment account transactions, including examination of supporting documentation/data. |
| 7/26/2021 | M. Babcock | 0.7 | Met with Zobrio in order to coordinate additional analysis of bank/investment account receipt and disbursement activity. |
| 7/28/2021 | P. Shields | 0.9 | Met with BRG (MB, SC) regarding evaluation of banking and investment accounts and real estate holdings. |
| 7/28/2021 | M. Babcock | 0.9 | Met with BRG (PS, CS) in order to update asset analysis (including cash, investments and real estate). |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 7/28/2021 | S. Chaffos | 0.9 | Spoke with BRG (PS, MB) on ANO assets. |
| 7/29/2021 | M. Babcock | 2.7 | Analyzed activity detailed in motion to recuse involving Province Community Housing, et al. |
| **Task Code Total Hours** | | **14.5** | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 7/6/2021 | S. Chaffos | 2.1 | Analyzed CHI properties FYE 06/30/2020 audit reports. (Catholic Community Foundation - Archdiocese of New Orleans Indemnity, Inc.) |
| 7/22/2021 | P. Shields | 0.8 | Met with BRG (SC, SB) regarding preparation of Parish and affiliate asset schedule. |
| 7/23/2021 | R. Strong | 0.3 | Attended call with BRG team (MB) to analyze Archdiocese deposit and loan access table containing deposit and loan historical transactions for Diocese asset investigation. |
| 7/29/2021 | P. Shields | 0.2 | Spoke with BRG (SC) regarding further work to perform relating to affiliate asset analysis. |
| **Task Code Total Hours** | | **3.4** | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 7/18/2021 | M. Babcock | 1.3 | Examined bank account transactions involving HW checking and Portfolio B activity (including underlying accounting data and supporting statements, agreements). |
| 7/19/2021 | R. Strong | 0.2 | Attended call with BRG team (MB, CT, SG) to discuss detailed analysis of bank account activity for asset analysis. |
| 7/19/2021 | M. Babcock | 0.2 | Spoke with BRG (RS, CT, SC) in regard to bank account analysis. |
| 7/22/2021 | M. Babcock | 2.8 | Analyzed receipt and disbursement transactions/ flow of funds (including Checking and Portfolio B). |
| 7/22/2021 | M. Babcock | 1.2 | Continued analysis of receipt and disbursement transactions/ flow of funds (including Checking and Portfolio B). |
| 7/26/2021 | R. Strong | 0.3 | Discussed cash receipts and disbursement analysis assignments with BRG team (MB). |
| 7/26/2021 | M. Babcock | 0.3 | Spoke with BRG (RS) in regard to ongoing cash analysis. |
| 7/27/2021 | M. Babcock | 0.5 | Updated analysis of flow of funds involving Checking/Operating and Portfolio B. |
| 7/28/2021 | M. Babcock | 2.6 | Analyzed Portfolio A transactions, including flow of funds. |
| **Task Code Total Hours** | | **9.4** | |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 7/1/2021 | S. Chaffos | 2.8 | Created real estate comparison schedule. |
| 7/1/2021 | S. Chaffos | 2.2 | Created list of affiliates with unique identifiers in preparation for real estate comparison schedule. |
| 7/2/2021 | S. Chaffos | 2.4 | Updated real estate comparison schedule to identify real estate value differences. |
| 7/8/2021 | M. Babcock | 0.3 | Examined real estate analysis including underlying data sources. |
| 7/18/2021 | M. Babcock | 0.3 | Analyzed real estate data including comparison between insurance schedules and other sources. |
| 7/19/2021 | P. Shields | 0.5 | Met with BRG (MB, SC) regarding potential evaluation relating to Archdiocese and affiliate real estate. |
| 7/19/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS, MB) on ANO real estate. |
| 7/19/2021 | M. Babcock | 0.5 | Spoke with BRG (PS, SC) in regard to ongoing real estate analysis. |
| 7/20/2021 | M. Babcock | 2.4 | Updated real estate analysis, including examination of supporting documentation provided by Debtor. |
| 7/20/2021 | M. Babcock | 2.1 | Continued update of real estate analysis including examination of supporting documentation provided by Debtor. |
| 7/22/2021 | M. Babcock | 0.5 | Updated real estate analysis. |
| 7/22/2021 | S. Chaffos | 0.4 | Spoke with BRG (MB) to review real estate analysis. |
| 7/22/2021 | M. Babcock | 0.4 | Spoke with BRG (SC) in regard to real estate analysis. |
| 7/23/2021 | S. Chaffos | 2.6 | Reviewed real estate appraisals in comparison to insurance values including update real estate analysis. |
| 7/26/2021 | S. Chaffos | 1.5 | Continued to review real estate appraisals in comparison to insurance values. |
| 7/26/2021 | C. Tergevorkian | 0.9 | Reviewed the extracted results of Real Estate holdings identified by Debtor. |
| **Task Code Total Hours** | | **20.3** | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 7/21/2021 | K. Schliep | 2.9 | Analyzed the Roman Catholic Church of The Archdiocese of New Orleans owned real estate holdings identified by Debtor. |
| 7/21/2021 | K. Schliep | 1.0 | Analyzed preliminary investigation and correspondence regarding real estate holdings of The Roman Catholic Church of The Archdiocese of New Orleans identified by Debtor. |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| *Task Code Total Hours* | | *3.9* | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 7/20/2021 | P. Shields | 0.2 | Coordinated conference call with UCC, Counsel, UCC Financial Advisors, UCC Counsel, and BRG. |
| 7/22/2021 | P. Shields | 2.5 | Met with UCC Counsel (JS, AC) and BRG (MB) in preparation for call with UCCC Counsel and UCCC Financial Advisors. |
| 7/22/2021 | M. Babcock | 0.9 | Met with CCC Counsel, CCC FA, UCC Counsel (JS, AC) and BRG (PS) in regard to case issues and requests from Commercial Committee. |
| 7/22/2021 | P. Shields | 0.9 | Met with UCC Counsel (JS, AC) and BRG (MB), UCCC Counsel (DS, WR) and UCCC Financial Advisors (PP, PH) regarding UCCC request for information and related issues. |
| 7/22/2021 | M. Babcock | 0.5 | Spoke with UCC Counsel (JS, AC) and BRG (PS) in regard to case issues/ requests from Commercial Committee. |
| 7/22/2021 | P. Shields | 0.3 | Met with UCC Counsel (JS, AC) and BRG (MB) regarding follow-up items regarding call with UCCC Counsel and UCCC Financial Advisors. |
| 7/22/2021 | M. Babcock | 0.3 | Spoke with UCC Counsel (JS, AC) and BRG (PS) in follow-up to issues raised during call with Commercial Committee. |
| 7/22/2021 | P. Shields | 0.1 | Spoke with (RS, MB) regarding staffing issues. |
| 7/28/2021 | M. Babcock | 0.7 | Spoke with UCC Counsel (DB) and BRG (PS) in regard to case issues and analyses. |
| 7/29/2021 | P. Shields | 1.5 | Participated in call with UCC Counsel (JS, AC) and BRG (MB, SC) regarding asset analysis and document production. |
| 7/29/2021 | M. Babcock | 1.4 | Spoke with UCC Counsel (JS, AC) and BRG (PS, SC) in regard to ongoing analyses and investigations. |
| 7/29/2021 | P. Shields | 0.3 | Prepared for call with UCC Counsel and BRG. |
| *Task Code Total Hours* | | *9.6* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 7/8/2021 | P. Shields | 0.6 | Outlined unpaid fees from BRG's 1st Fee Application to UCC Counsel (DB). |
| 7/14/2021 | P. Shields | 0.3 | Communicated regarding follow-up of November 2020 to March 2021 Fee Statements and June 2020 to March 2021 Fee Application. |
| *Task Code Total Hours* | | *0.9* | |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **Total Hours** | | **113.0** | |

Berkeley Research Group, LLC

Invoice for the 7/1/2021 - 7/31/2021 Period