# EXHIBIT E

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Dec. 7, 2021 |

**ELEVENTH MONTHLY FEE AND EXPENSE STATEMENT OF**
**BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Eleventh Monthly Fee and Expense Statement (the "Statement") for the period from August 1, 2021 through August 31, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| August 1, 2021 to August 31, 2021 | |
|---|---|
| Fees (at standard rates) | $182,502.50 |
| Voluntary reduction | ($26,167.00) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $156,335.50 |
|---|---|
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$156,335.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31//2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 10/28/2021 Dkt No. N/A | 4/1/2021- 4/30//2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| 10/28/2021 Dkt No. N/A | 5/1/2021- 5/31//2021 | $52,309.00 | $0.00 | N/A | $0.00 | $0.00 | $52,309.00 |
| 10/28/2021 Dkt No. N/A | 6/1/2021- 6/30//2021 | $37,186.50 | $0.00 | N/A | $0.00 | $0.00 | $37,186.50 |
| 10/28/2021 Dkt No. N/A | 7/1/2021- 7/31//2021 | $50,481.00 | $0.00 | N/A | $0.00 | $0.00 | $50,481.00 |
| **Totals** | | **$441,418.50** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$189,032.50** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170- 5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F.

Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $125,068.40 (80% of $156,335.50) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $125,068.40 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  November 23, 2021

Respectfully submitted,

By:/s/ *Paul N. Shields*
Paul N. Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 8/1/2021 through 8/31/2021

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 36.0 | $23,760.00 |
| P. Shields | Managing Director | $620.00 | 30.9 | $19,158.00 |
| R. Strong | Managing Director | $590.00 | 31.3 | $18,467.00 |
| M. Babcock | Director | $540.00 | 77.2 | $41,688.00 |
| C. Tergevorkian | Consultant | $325.00 | 36.3 | $11,797.50 |
| S. Bhattacharya | Consultant | $325.00 | 41.1 | $13,357.50 |
| A. Arena | Senior Associate | $350.00 | 11.9 | $4,165.00 |
| S. Chaffos | Senior Associate | $275.00 | 86.3 | $23,732.50 |
| S. Smith | Associate | $210.00 | 1.0 | $210.00 |
| **Total** | | | **352.0** | **$156,335.50** |
| **Blended Rate** | | | | **$444.13** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 8/1/2021 through 8/31/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.10 Document / Data Analysis (Data Room) | 0.4 | $216.00 |
| 200.20 Document / Data Analysis (Financial / Accounting) | 141.4 | $50,923.00 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 33.9 | $19,871.00 |
| 200.40 Document / Data Analysis (Corporate) | 11.0 | $7,260.00 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 11.3 | $4,275.00 |
| 200.90 Document / Data Analysis (Production Requests) | 36.9 | $17,141.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 3.1 | $887.50 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 6.7 | $1,842.50 |
| 300.00 Asset Analysis (General - Debtors) | 7.0 | $3,785.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 14.3 | $6,235.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 52.3 | $27,425.00 |
| 312.00 Asset Analysis (Cash / Bank Accounts - Related Non-Debtors) | 1.1 | $726.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 0.5 | $310.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 3.5 | $1,137.50 |
| 340.00 Asset Analysis (Personal Property - Debtors) | 7.1 | $3,316.00 |
| 900.00 Report / Presentation Preparation | 10.2 | $5,240.00 |
| 1020.00 Meeting Preparation & Attendance | 11.3 | $5,745.00 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **352.0** | **$156,335.50** |
| **Blended Rate** | | **$444.13** |

Berkeley Research Group, LLC

Invoice for the 8/1/2021 - 8/31/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

# BRG

## Berkeley Research Group, LLC

**Exhibit C: Time Detail**

For the Period 8/1/2021 through 8/31/2021

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.10 Document / Data Analysis (Data Room)** | | | |
| 8/15/2021 | M. Babcock | 0.4 | Examined recently produced documents regarding personal property, artwork, collectibles and similar assets. |
| *Task Code Total Hours* | | *0.4* | |
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 8/2/2021 | S. Chaffos | 1.8 | Processed HW bank account 2118 statements for December 2017 - April 2020 in preparation for analysis using ScanWriter. |
| 8/2/2021 | S. Chaffos | 0.8 | Reconciled data extraction from HW bank account 2118 for the month of January 2018 to individual transactions on the bank statement in preparation for analysis. |
| 8/2/2021 | S. Chaffos | 0.6 | Reconciled data extraction from HW bank account 2118 for the month of December 2017 to individual transactions on the bank statement in preparation for analysis. |
| 8/2/2021 | S. Chaffos | 0.6 | Reconciled data extraction from HW bank account 2118 for the month of February 2018 to individual transactions on the bank statement in preparation for analysis. |
| 8/2/2021 | C. Tergevorkian | 0.3 | Reviewed ScanWriter export of Archdiocese of New Orleans checking bank statement in preparation for analysis. |
| 8/3/2021 | S. Chaffos | 2.3 | Reviewed the 168 documents from Everlaw that contains the key words "Portfolio A", including organization of said documents. |
| 8/3/2021 | M. Babcock | 1.9 | Spoke with Debtor FA (KZ) and BRG (PS, SC) in regard to outstanding discovery requests. |
| 8/3/2021 | S. Chaffos | 1.1 | Processed HW bank account 3049 statements for July 2017 - April 2020 in preparation for analysis using ScanWriter. |
| 8/3/2021 | M. Babcock | 0.9 | Examined Portfolio A receipt and disbursement activity (2017 - 2020). |
| 8/3/2021 | S. Chaffos | 0.8 | Reconciled data extraction from HW bank account 3049 for the month of September 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/3/2021 | S. Chaffos | 0.7 | Participated in partial call with BRG (PS, MB) and CRI (KZ) to discuss the internal restricted asset document references. |

Berkeley Research Group, LLC

Invoice for the 8/1/2021 - 8/31/2021 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 8/3/2021 | S. Chaffos | 0.4 | Spoke with BRG (PS, SB) for a ANO status update. |
| 8/3/2021 | M. Babcock | 0.2 | Examined Portfolio B receipt and disbursement activity (2017 - 2020). |
| 8/4/2021 | M. Babcock | 2.1 | Analyzed Financial Edge accounting data, including bank/investment account receipt and disbursement transactions. |
| 8/4/2021 | S. Chaffos | 2.1 | Reviewed the 149 documents from Everlaw that contains the key words "Portfolio B", including organization of said documents. |
| 8/4/2021 | S. Chaffos | 1.8 | Continued to evaluate the 168 documents from Everlaw that contain the key words "Portfolio A" for the purpose of identifying potential assets of the Debtor. |
| 8/4/2021 | S. Chaffos | 0.9 | Spoke with BRG (MB) on Portfolio A and Portfolio B documents. |
| 8/5/2021 | A. Arena | 2.9 | Reconciled data extraction from HW bank account 2118 for the month of March 2018 to May 2018 to individual transactions on the bank statement in preparation for analysis. |
| 8/5/2021 | C. Tergevorkian | 2.3 | Reconciled data extraction from HW bank account 2118 for the month of March 2018 to May 2018 to individual transactions on the bank statement in preparation for analysis. |
| 8/5/2021 | S. Chaffos | 2.1 | Reconciled data extraction from HW bank account 3049 for the month of April 2020 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/5/2021 | C. Tergevorkian | 2.0 | Reconciled data extraction from HW bank account 2118 for the month of January 2020 to April 2020 to individual transactions on the bank statement in preparation for analysis. |
| 8/5/2021 | S. Chaffos | 1.8 | Updated the restricted asset analysis to include the cross-reference documents names identify on file ANO (20-10846) 00070185. |
| 8/5/2021 | S. Chaffos | 1.7 | Reconciled data extraction from HW bank account 3049 for the month of March 2020 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/5/2021 | C. Tergevorkian | 1.5 | Reconciled data extraction from HW bank account 2118 for the months September 2019 to December 2019 to individual transactions on the bank statement in preparation for analysis. |
| 8/5/2021 | M. Babcock | 1.4 | Met with BRG (RS) in order to analyze receipt and disbursement transactions recorded in Financial Edge accounting data. |
| 8/5/2021 | A. Arena | 1.2 | Continued reconciling data extraction from HW bank account 2118 for the month of March 2018 to May 2018 to individual transactions on the bank statement in preparation for analysis. |
| 8/5/2021 | S. Chaffos | 0.7 | Extracted Portfolio B statement by Portfolio Detail and Transaction Detail in preparation for ScanWriter data extraction. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 8/5/2021 | S. Chaffos | 0.7 | Spoke with CRI (KZ) to discuss the referenced documents on file ANO (20-10846) 00070185. |
| 8/5/2021 | S. Chaffos | 0.6 | Processed Portfolio Detail section from HW bank account 3049 statements for December 2017 - April 2020 in preparation for analysis using ScanWriter. |
| 8/5/2021 | S. Chaffos | 0.2 | Spoke with BRG (MB) to discuss the Restricted Assets Summary prepared by the Debtor. |
| 8/6/2021 | S. Bhattacharya | 2.5 | Updated entity categories on ANO entities financial analysis. |
| 8/6/2021 | S. Chaffos | 1.2 | Reviewed restricted assets summary provided by Debtor in comparison to update restricted assets analysis. |
| 8/9/2021 | S. Bhattacharya | 1.9 | Updated ANO entities financial analysis with 6/30/2019 F/S details for high school entities. |
| 8/9/2021 | S. Chaffos | 1.8 | Reconciled data extraction from HW bank account 3049 for the month of February 2020 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/9/2021 | S. Chaffos | 1.7 | Reconciled data extraction from HW bank account 3049 for the month of January 2020 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/9/2021 | S. Bhattacharya | 1.1 | Continued updating ANO entities financial analysis with 6/30/2019 F/S details for high school entities. |
| 8/10/2021 | S. Chaffos | 2.6 | Reconciled data extraction from HW bank account 3049 for the month of December 2019 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/12/2021 | S. Bhattacharya | 2.9 | Reconciled data extraction from HW bank account 3049 for the months of July 2018 - June 2019 to individual transactions on bank statements in preparation for further analysis. |
| 8/12/2021 | S. Chaffos | 2.7 | Reconciled data extraction from HW bank account 3049 for the fiscal year of July 2017 through June 2018 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/12/2021 | S. Chaffos | 1.1 | Reconciled data extraction from HW bank account 3049 for the month of July 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/12/2021 | S. Chaffos | 0.9 | Reconciled data extraction from HW bank account 3049 for the month of August 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 8/12/2021 | S. Chaffos | 0.9 | Reconciled data extraction from HW bank account 3049 for the month of October 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/12/2021 | S. Chaffos | 0.8 | Reconciled data extraction from HW bank account 3049 for the month of September 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/13/2021 | S. Chaffos | 2.8 | Reconciled data extraction from HW bank account 3049 for the months of January 2020 through April 2020 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/13/2021 | S. Chaffos | 0.8 | Reconciled data extraction from HW bank account 3049 for the month of December 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/13/2021 | S. Chaffos | 0.7 | Reconciled data extraction from HW bank account 3049 for the month of November 2019 to individual transactions from the Transaction Detail section on the bank statement in preparation for analysis. |
| 8/17/2021 | S. Bhattacharya | 2.7 | Reconciled data extraction from HW bank account 3049 for July 2019 to individual portfolio transactions on bank statements to prepare for further analysis. |
| 8/17/2021 | S. Chaffos | 2.7 | Reconciled data extraction from HW bank account 3049 for the month of November 2019 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/17/2021 | D. Judd | 1.9 | Analyzed the statements and general ledger account detail for Portfolio A and the general operating account. |
| 8/17/2021 | D. Judd | 1.7 | Analyzed the statements and general ledger account detail for Portfolio B and the general operating account. |
| 8/17/2021 | S. Chaffos | 1.1 | Reconciled data extraction from HW bank account 3049 for the months of July 2017 to June 2018 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/17/2021 | S. Chaffos | 0.9 | Reconciled data extraction from HW bank account 3049 for the months of July 2018 to June 2019 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/17/2021 | S. Chaffos | 0.7 | Processed Portfolio Detail section from HW bank account 3049 statements for December 2017 - April 2020 in preparation for analysis using a new template from ScanWriter. |
| 8/18/2021 | S. Bhattacharya | 2.8 | Reconciled data extraction from HW bank account 3049 for August 2019 to individual portfolio transactions on bank statements to prepare for further analysis. |

Berkeley Research Group, LLC

Invoice for the 8/1/2021 - 8/31/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 8/18/2021 | S. Chaffos | 2.8 | Reconciled data extraction from HW bank account 3049 for the month of October 2019 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/18/2021 | S. Chaffos | 2.6 | Reconciled data extraction from HW bank account 3049 for the month of September 2019 to individual transactions from the Portfolio Detail section on the bank statement in preparation for analysis. |
| 8/18/2021 | D. Judd | 1.8 | Analyzed the statements and general ledger account detail for Portfolio A and the general opiating account. |
| 8/18/2021 | D. Judd | 0.5 | Analyzed the statements and general ledger account detail for Portfolio B and the general opiating account. |
| 8/20/2021 | S. Bhattacharya | 2.8 | Reviewed financial statements re: closed Parishes/affiliates included in new production. |
| 8/25/2021 | C. Tergevorkian | 1.7 | Used ScanWriter to request a new template for HW statements in preparation to analyze Portfolio A activity. |
| 8/26/2021 | A. Arena | 2.9 | Reviewed Portfolio A July 2017 - June 2018 statement in preparation to process through ScanWriter. |
| 8/26/2021 | C. Tergevorkian | 2.5 | Reviewed Portfolio A July 2018 - June 2019 statement in preparation to process through ScanWriter. |
| 8/26/2021 | C. Tergevorkian | 2.5 | Reviewed Portfolio A July 2019 - June 2020 statement in preparation to process through ScanWriter. |
| 8/26/2021 | M. Babcock | 2.0 | Met with BRG (DJ, RS) in order to evaluate available electronic data in accounting systems regarding receipt and disbursement (specifically payee/ payor data). |
| 8/26/2021 | A. Arena | 1.0 | Continued review of Portfolio A July 2017 - June 2018 statement in preparation to process through ScanWriter. |
| 8/26/2021 | C. Tergevorkian | 1.0 | Processed Portfolio A statement for period July 2019 - June 2020 in preparation for analysis. |
| 8/26/2021 | C. Tergevorkian | 1.0 | Processed ScanWriter to test out template to process Portfolio A statement for period July 2019 - June 2020 in preparation for analysis. |
| 8/26/2021 | C. Tergevorkian | 1.0 | Reviewed extracted ScanWriter results for Portfolio A July 2019 - June 2020 statement. |
| 8/26/2021 | D. Judd | 0.7 | Analyzed the 6/30/20 Audited Financial Statements for Archdiocese of New Orleans Indemnity, Inc. |
| 8/27/2021 | C. Tergevorkian | 1.0 | Processed new ScanWriter template for Portfolio A statement for period July 2019 - June 2020 in preparation for analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 8/27/2021 | A. Arena | 1.0 | Reviewed the ScanWriter version of Portfolio A statements and categorized the transactions. |
| 8/27/2021 | C. Tergevorkian | 0.7 | Reviewed the ScanWriter extracted results for Portfolio A's statement for period July 2019 - June 2020 in preparation for analysis. |
| 8/27/2021 | D. Judd | 0.5 | Analyzed the 6/30/20 Audited Financial Statements for Christopher Homes, Inc. |
| 8/30/2021 | C. Tergevorkian | 2.9 | Reviewed combined ScanWriter extract of Portfolio A 2019 through 2020 including categorizing the transactions in preparation to tie out amounts. |
| 8/30/2021 | S. Chaffos | 2.7 | Updated the restricted asset analysis index with the referenced documents on file ANO (20-10846) 00070185. |
| 8/30/2021 | C. Tergevorkian | 1.8 | Confirmed accuracy of disbursement amounts in the ScanWriter extract of Portfolio A 2019 through 2020 with the statement. |
| 8/30/2021 | D. Judd | 1.5 | Analyzed the 6/30/20 Audited Financial Statements for Catholic Charities Archdiocese of New Orleans and Subsidiaries. |
| 8/30/2021 | C. Tergevorkian | 1.5 | Combined ScanWriter extracts of Portfolio A 2019 through 2020 in preparation to tie out amounts. |
| 8/30/2021 | D. Judd | 1.3 | Analyzed the 6/30/20 Audited Financial Statements for New Orleans Archdiocesan Cemeteries. |
| 8/30/2021 | D. Judd | 1.3 | Analyzed the 6/30/20 Audited Financial Statements for Notre Dame Health System. |
| 8/30/2021 | C. Tergevorkian | 1.3 | Confirmed accuracy of receipt amounts in the ScanWriter extract of Portfolio A 2019 through 2020 with the statement. |
| 8/30/2021 | D. Judd | 1.2 | Analyzed the 6/30/20 Audited Financial Statements for New Orleans Archdiocesan Cemeteries Trust. |
| 8/30/2021 | D. Judd | 1.1 | Analyzed the 6/30/20 Audited Financial Statements for Second Harvest Food bank of Greater New Orleans and Acadiana. |
| 8/30/2021 | D. Judd | 1.0 | Analyzed the 6/30/20 Audited Financial Statements for St. Anthony Gardens. |
| 8/30/2021 | D. Judd | 0.4 | Analyzed the 6/30/20 Audited Financial Statements for PACE Greater new Orleans. |
| 8/31/2021 | C. Tergevorkian | 2.3 | Combined ScanWriter extracts of Portfolio A 2017 through 2019 in preparation to tie out amounts. |
| 8/31/2021 | C. Tergevorkian | 2.2 | Reviewed combined ScanWriter extract of Portfolio A 2018 through 2019 including categorizing the transactions in preparation to tie out amounts. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 200.20 Document / Data Analysis (Financial / Accounting)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/31/2021 | S. Chaffos | 1.7 | Confirmed accuracy of cash receipts amounts for category dividends from the ScanWriter extraction of Portfolio A for months July 2019 through June 2020 on the investment statement. |
| 8/31/2021 | S. Chaffos | 1.3 | Confirmed accuracy of cash receipts amounts for category interest from the ScanWriter extraction of Portfolio A for months July 2019 through June 2020 on the investment statement. |
| 8/31/2021 | C. Tergevorkian | 1.0 | Confirmed accuracy of disbursement amounts in the ScanWriter extract of Portfolio A 2018 through 2019 with the statement. |
| 8/31/2021 | C. Tergevorkian | 1.0 | Confirmed accuracy of dividend amounts in the ScanWriter extract of Portfolio A 2018 through 2019 with the statement. |
| 8/31/2021 | D. Judd | 0.9 | Analyzed the 6/30/20 Audited Financial Statements for Notre Dame Seminary. |
| 8/31/2021 | S. Chaffos | 0.9 | Confirmed accuracy of cash receipts amounts for category other income from the ScanWriter extraction of Portfolio A for months July 2019 through June 2020 on the investment statement. |
| 8/31/2021 | D. Judd | 0.8 | Analyzed the 6/30/20 Audited Financial Statements for Chateau de Notre Dame Facilities Corporation. |
| 8/31/2021 | C. Tergevorkian | 0.8 | Confirmed accuracy of receipt amounts in the ScanWriter extract of Portfolio A 2019 through 2020 with the statement. |
| 8/31/2021 | D. Judd | 0.7 | Analyzed the 12/31/19 Audited Financial Statements for The Society for the Propagation of the Faith, Archdiocese of New Orleans. |
| 8/31/2021 | S. Chaffos | 0.5 | Confirmed accuracy of cash receipts amounts for category other cash receipts from the ScanWriter extraction of Portfolio A for months July 2019 through June 2020 on the investment statement. |
| **Task Code Total Hours** | | **141.4** | |

### 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/3/2021 | R. Strong | 2.6 | Attended call with BRG team (MB) regarding development of cash receipts and disbursement database from Financial Edge accounting system data tables for asset analysis. |
| 8/3/2021 | M. Babcock | 2.6 | Met with BRG (RS) in order to analyze Financial Edge receipt and disbursement transaction data. |
| 8/3/2021 | R. Strong | 2.1 | Analyzed general ledger data from Financial Edge accounting system for asset analysis. |
| 8/3/2021 | R. Strong | 1.8 | Analyzed receivable data from Financial Edge accounting system for asset analysis. |
| 8/3/2021 | R. Strong | 1.6 | Analyzed accounts payable data from Financial Edge accounting system for asset analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 8/4/2021 | R. Strong | 2.7 | Analyzed general ledger data from Financial Edge accounting system for asset analysis. |
| 8/5/2021 | R. Strong | 2.3 | Analyzed operating bank account data from Financial Edge accounting system for asset analysis. |
| 8/5/2021 | R. Strong | 1.5 | Attended call with BRG team (MB) regarding analysis of Operating bank account data from Financial Edge accounting system for asset analysis. |
| 8/6/2021 | R. Strong | 2.6 | Analyzed general ledger data from Financial Edge accounting system for asset analysis. |
| 8/6/2021 | R. Strong | 2.0 | Combined data from general ledger table, payment table, receivable table and other system tables from Financial Edge accounting system for asset analysis. |
| 8/6/2021 | R. Strong | 1.8 | Analyzed payment table from Financial Edge accounting system for asset analysis. |
| 8/6/2021 | R. Strong | 1.7 | Analyzed receivable table from Financial Edge accounting system for asset analysis. |
| 8/11/2021 | R. Strong | 2.9 | Analyzed general ledger data from Financial Edge accounting system for asset analysis. |
| 8/12/2021 | R. Strong | 2.4 | Analyzed operating bank account data from Financial Edge accounting system for asset analysis. |
| 8/17/2021 | R. Strong | 1.9 | Analyzed operating bank account data from Financial Edge accounting system for asset analysis. |
| 8/26/2021 | R. Strong | 1.4 | Attended call with BRG team (MB, DJ) regarding general ledger transaction analysis for Portfolio B from Financial Edge accounting system for asset analysis. |
| **Task Code Total Hours** | | **33.9** | |
| **200.40 Document / Data Analysis (Corporate)** | | | |
| 8/19/2021 | D. Judd | 1.9 | Analyzed the Finance Committee Board minutes for 2018. |
| 8/19/2021 | D. Judd | 1.7 | Analyzed the Finance Committee Board minutes for 2017. |
| 8/19/2021 | D. Judd | 1.1 | Analyzed the Finance Committee Board minutes for 2019. |
| 8/20/2021 | D. Judd | 1.5 | Analyzed the Finance Committee Board minutes for 2011. |
| 8/20/2021 | D. Judd | 1.4 | Analyzed the Finance Committee Board minutes for 2010. |
| 8/20/2021 | D. Judd | 0.9 | Analyzed the Coronavirus task force meeting minutes for 2020. |

Berkeley Research Group, LLC

Invoice for the 8/1/2021 - 8/31/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.40 Document / Data Analysis (Corporate)** | | | |
| 8/26/2021 | D. Judd | 1.4 | Participated in call with BRG (MB, PS) regarding information available in the Finance Committee Minutes and financial audits. |
| 8/26/2021 | D. Judd | 1.1 | Analyzed the Finance Committee Board minutes for 2015. |
| *Task Code Total Hours* | | *11.0* | |
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 8/3/2021 | P. Shields | 1.9 | Spoke with Debtor's Financial Advisor (KZ) and BRG (MB, SC) regarding production of Archdiocese of New Orleans and affiliates financial information. |
| 8/3/2021 | P. Shields | 0.4 | Spoke with BRG (SC, SB) regarding the evaluation of Archdiocese of New Orleans affiliates financial information. |
| 8/9/2021 | S. Chaffos | 1.0 | Spoke with BRG (PS, SB) to discuss updates on the affiliate financial analysis. |
| 8/11/2021 | S. Chaffos | 0.2 | Researched Form 990's in GuideStar for Catholic Community Foundation. |
| 8/19/2021 | S. Bhattacharya | 2.2 | Reviewed annual reports dated 6/30/2020 for parishes/ affiliates included in new production. |
| 8/19/2021 | S. Chaffos | 0.9 | Spoke with BRG (SB) to review the document production relating to affiliates. |
| 8/19/2021 | S. Bhattacharya | 0.8 | Continued reviewing annual reports dated 6/30/2020 for parishes/ affiliates included in new production. |
| 8/19/2021 | S. Chaffos | 0.6 | Spoke with BRG (PS, SB) to discuss new affiliate document production. |
| 8/21/2021 | P. Shields | 0.1 | Spoke with BRG (SB) regarding status of document production from affiliates. |
| 8/23/2021 | S. Bhattacharya | 1.7 | Created listing of F/S and accounting data produced re: ANO Parishes/affiliates. |
| 8/23/2021 | S. Bhattacharya | 1.4 | Created listing of F/S and accounting data produced re: ANO Parishes/affiliates. |
| 8/24/2021 | P. Shields | 0.1 | Spoke with BRG (SB) regarding evaluation of affiliate documents produced. |
| *Task Code Total Hours* | | *11.3* | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 8/3/2021 | P. Shields | 0.5 | Spoke with BRG (MB, SC) regarding follow-up production requests. |
| 8/3/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS, MB) to discuss follow-up production requests. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 8/3/2021 | M. Babcock | 0.5 | Spoke with BRG (PS, SC) in regard to outstanding discovery requests. |
| 8/4/2021 | M. Babcock | 1.9 | Prepared supplemental document request. |
| 8/4/2021 | P. Shields | 1.5 | Evaluated follow-up BRG production requests. |
| 8/4/2021 | M. Babcock | 0.9 | Met with BRG (SC) in order to analyze Portfolio A and Portfolio B document productions. |
| 8/4/2021 | P. Shields | 0.5 | Spoke with BRG (SC) regarding follow-up BRG production requests. |
| 8/4/2021 | M. Babcock | 0.3 | Met with BRG (PS, SC) in order to update supplemental document request. |
| 8/4/2021 | P. Shields | 0.3 | Spoke with BRG (MB, SC) regarding follow-up BRG production requests. |
| 8/4/2021 | S. Chaffos | 0.3 | Spoke with BRG (PS, MB) to discuss document request response. |
| 8/5/2021 | P. Shields | 2.8 | Prepared supplemental production request. |
| 8/5/2021 | P. Shields | 1.8 | Updated supplemental production request. |
| 8/5/2021 | S. Chaffos | 0.6 | Spoke with BRG (PS) to discuss document production requests. |
| 8/5/2021 | M. Babcock | 0.5 | Revised supplemental document request. |
| 8/6/2021 | S. Chaffos | 2.8 | Reviewed document production from 08/04/2021, (Bates Numbers: ANO (20-108426)_00119195-00129982). |
| 8/6/2021 | S. Chaffos | 1.4 | Continued to review document production from 08/04/2021, (Bates Numbers: ANO (20-108426)_00119195-00129982). |
| 8/6/2021 | P. Shields | 0.6 | Prepared supplemental document production. |
| 8/9/2021 | S. Chaffos | 0.7 | Updated bank account analysis index to include new bank statement from 08/04/2021 document production. |
| 8/13/2021 | S. Chaffos | 0.8 | Reviewed document production from 08/06/2021, (Bates Numbers: ANO (20-108426)_00130070-00130088). |
| 8/13/2021 | S. Chaffos | 0.2 | Reviewed document production from 08/06/2021, (Bates Numbers: ANO (20-108426)_00130018-00130044), including update bank account analysis index. |
| 8/17/2021 | M. Babcock | 0.5 | Prepared updated document request. |
| 8/17/2021 | P. Shields | 0.2 | Outlined follow-up items in connection with outstanding affiliates production. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | **200.90 Document / Data Analysis (Production Requests)** |
| 8/19/2021 | S. Bhattacharya | 0.9 | Met with BRG (SC) to discuss new production re: Parishes/affiliates. |
| 8/19/2021 | S. Bhattacharya | 0.6 | Met with BRG (PS, SC) to discuss outstanding production requests re: Parishes/affiliates. |
| 8/19/2021 | P. Shields | 0.6 | Spoke with BRG (SC, SB) regarding updates to Archdiocese documents request. |
| 8/23/2021 | S. Bhattacharya | 2.8 | Updated real property valuation data produced to listing of F/S and accounting data produced re: ANO Parishes/affiliates. |
| 8/23/2021 | S. Bhattacharya | 0.8 | Met with BRG (PS) to discuss outstanding production requests re: F/S and accounting data for ANO Parishes/affiliates. |
| 8/23/2021 | S. Bhattacharya | 0.7 | Met with BRG (PS, MB) to discuss the data extraction of multiple Portfolio A statements. |
| 8/26/2021 | M. Babcock | 0.3 | Spoke with UCC Counsel (AC) in regard to affiliate document/data production requests. |
| 8/26/2021 | P. Shields | 0.2 | Spoke with UCC Counsel (DB) regarding response to affiliate Counsel on matters relating to document production. |
| 8/27/2021 | S. Bhattacharya | 2.9 | Compared listing of bank statement requests from Counsel to BRG's master listing of bank accounts for completeness. |
| 8/27/2021 | M. Babcock | 0.6 | Examined document requests to be sent to bank/investment institutions. |
| 8/30/2021 | M. Babcock | 1.9 | Revised bank account document request. |
| 8/30/2021 | D. Judd | 0.6 | Participated in call with BRG (MB, PS) regarding requests for banking records. |
| 8/30/2021 | P. Shields | 0.6 | Spoke with BRG (DJ, MB) regarding potential adjustments to requests for bank and investment account information. |
| 8/30/2021 | M. Babcock | 0.6 | Spoke with BRG (DJ, PS) in regard to revised bank account document request. |
| 8/31/2021 | D. Judd | 0.9 | Participated in call with BRG (MB, PS), UCC Counsel (AC, DB) regarding document production requests. |
| 8/31/2021 | P. Shields | 0.9 | Spoke with UCC Counsel (AC, DB) and BRG (DJ, MB) regarding requests for bank and investment account information. |
| 8/31/2021 | M. Babcock | 0.9 | Spoke with UCC Counsel (DB, AC) and BRG (PS, DJ) in regard to bank account document requests/subpoenas. |
| | ***Task Code Total Hours*** | ***36.9*** | |
| | | | **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/5/2021 | C. Tergevorkian | 0.4 | Analyzed May 2021 MOR cash summary ending balances including update the comparison schedule. |
| 8/5/2021 | C. Tergevorkian | 0.3 | Analyzed May and June 2021 MOR cash summary ending balances including updating the comparison schedule. |
| 8/6/2021 | S. Chaffos | 0.9 | Prepared a comparative balance sheet schedule for April 2020 - June 2021 from the Monthly Operating Report. |
| 8/30/2021 | S. Chaffos | 0.8 | Analyzed July 2021 MOR cash summary ending balances. |
| 8/30/2021 | S. Chaffos | 0.4 | Updated MOR balance sheet comparative schedule for July 2021. |
| 8/30/2021 | S. Chaffos | 0.3 | Updated MOR income statement comparative schedule for July 2021. |
| *Task Code Total Hours* | | *3.1* | |

### 221.00 Debtors Operations / Monitoring (Cash Management Reports)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/10/2021 | S. Chaffos | 2.3 | Analyzed cash receipts and disbursement for 07/01/2021 - 07/15/2021. |
| 8/16/2021 | S. Chaffos | 2.1 | Analyzed cash receipts and disbursement for 07/16/2021 - 07/31/2021. |
| 8/21/2021 | S. Chaffos | 2.3 | Analyzed cash receipts and disbursement for 08/01/2021 - 08/15/2021. |
| *Task Code Total Hours* | | *6.7* | |

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/5/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS) to review ANO entities financial analysis. |
| 8/5/2021 | M. Babcock | 0.3 | Spoke with BRG (SC) in regard to Portfolio A/restricted assets. |
| 8/6/2021 | M. Babcock | 1.7 | Spoke with BRG (PS, SC) in regard to ongoing asset analyses and related presentation to UCC/SCC. |
| 8/9/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS) to review updates to the ANO entities financial analysis. |
| 8/9/2021 | P. Shields | 0.5 | Spoke with BRG (SB) regarding analysis of Archdiocese assets in connection with upcoming presentation to Committee. |
| 8/9/2021 | P. Shields | 0.4 | Spoke with BRG (MB) regarding slide summarizing assets for inclusion in presentation at next Committee meeting. |
| 8/12/2021 | P. Shields | 1.4 | Updated the asset and liability summary schedule for inclusion in the Committee presentation. |
| 8/16/2021 | M. Babcock | 1.1 | Spoke with UCC Counsel (JS, RK, DB), UCC member (JA) and BRG (PS, DJ) in regard to ongoing asset analyses/investigations and related presentation to UCC and SCC. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 8/30/2021 | D. Judd | 0.3 | Participated in call with BRG (MB, PS) regarding analysis of Archdiocese asset. |
| 8/30/2021 | M. Babcock | 0.3 | Spoke with BRG (DJ, PS) in regard to asset analyses/investigations. |
| *Task Code Total Hours* | | *7.0* | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 8/7/2021 | P. Shields | 0.5 | Spoke with BRG (SB) regarding evaluation of affiliate assets. |
| 8/9/2021 | P. Shields | 1.2 | Spoke with BRG (MB, SC, SB) regarding further updates to Archdiocese affiliates analysis of assets. |
| 8/9/2021 | P. Shields | 1.0 | Spoke with BRG (SC, SB) regarding analysis of Archdiocese affiliates assets in connection with upcoming presentation to Committee. |
| 8/9/2021 | P. Shields | 0.6 | Outlined analysis of Archdiocese and affiliates assets. |
| 8/11/2021 | S. Chaffos | 2.9 | Updated the affiliates financial analysis including a breakdown of assets in detail. |
| 8/11/2021 | S. Chaffos | 2.4 | Updated the affiliates financial analysis including a breakdown of liabilities in detail. |
| 8/11/2021 | S. Chaffos | 1.5 | Updated the assets and liabilities summary of ANO and affiliates in preparation for UCC status presentation. |
| 8/11/2021 | S. Chaffos | 0.2 | Spoke with BRG (PS) to discuss updates to affiliates financial analysis. |
| 8/11/2021 | P. Shields | 0.2 | Spoke with BRG (SC) regarding additional updates to Archdiocese affiliates analysis of assets. |
| 8/25/2021 | M. Babcock | 1.3 | Spoke with UCC Counsel (AC, RK, DB) and BRG (PS) in regard to analysis of affiliate assets, transfers, etc. |
| 8/26/2021 | M. Babcock | 1.4 | Spoke with BRG (DJ, PS) in order to analyze affiliate financial data/documents (including audited financial statements). |
| 8/26/2021 | P. Shields | 0.8 | Participated in partial call with BRG (DJ, MB) regarding analysis of affiliates and Affiliate financial information. |
| 8/30/2021 | P. Shields | 0.3 | Spoke with BRG (DJ, MB) regarding analysis of affiliate company assets. |
| *Task Code Total Hours* | | *14.3* | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 8/2/2021 | M. Babcock | 1.9 | Analyzed Portfolio A receipt and disbursement activity (2017 - 2020). |

Berkeley Research Group, LLC

Invoice for the 8/1/2021 - 8/31/2021 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 8/2/2021 | M. Babcock | 1.2 | Analyzed Portfolio B receipt and disbursement activity (2017 - 2020). |
| 8/2/2021 | S. Chaffos | 0.5 | Spoke with BRG (MB) to discuss audit workpaper documents in regard to Portfolio A. |
| 8/2/2021 | M. Babcock | 0.5 | Spoke with BRG (SC) in regard to Portfolio A statements available in audit workpaper documentation. |
| 8/3/2021 | M. Babcock | 0.4 | Evaluated issues related to Portfolios A and B in advance of call with Debtor FA. |
| 8/4/2021 | M. Babcock | 1.1 | Analyzed Portfolio A receipt and disbursement activity, including review of related documentation. |
| 8/5/2021 | M. Babcock | 2.9 | Analyzed receipt and disbursement transactions recorded in Financial Edge accounting data, including identification of process to capture key data fields. |
| 8/5/2021 | M. Babcock | 2.7 | Analyzed Portfolio A documentation (including summaries, minutes, statements, etc.). |
| 8/6/2021 | M. Babcock | 2.5 | Analyzed Portfolio A transactions (including examination of related supporting documentation). |
| 8/6/2021 | M. Babcock | 1.6 | Analyzed Portfolio B transactions (including examination of related supporting documentation). |
| 8/7/2021 | M. Babcock | 1.5 | Revised Portfolio A flow of funds analysis. |
| 8/7/2021 | M. Babcock | 0.8 | Updated Portfolio B flow of funds analysis. |
| 8/9/2021 | M. Babcock | 2.7 | Analyzed receipt and disbursement activity for operating account including coding and identification of payees/payors. |
| 8/9/2021 | M. Babcock | 2.5 | Revised analysis of receipt and disbursement activity for operating account including coding and identification of payees/payors. |
| 8/9/2021 | M. Babcock | 1.6 | Updated analysis of receipt and disbursement activity for operating account including coding and identification of payees/payors. |
| 8/9/2021 | M. Babcock | 1.2 | Met with BRG (DJ) in order to evaluate tracing and flow of funds issues. |
| 8/9/2021 | D. Judd | 1.2 | Participated in call with BRG (MB) regarding cash tracing presentation for the Creditors Committee and Counsel. |
| 8/10/2021 | M. Babcock | 2.9 | Revised analysis of receipt and disbursement activity for operating account including coding and identification of payees/payors. |
| 8/10/2021 | M. Babcock | 2.8 | Analyzed receipt and disbursement activity for operating account including coding and identification of payees/payors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**310.00 Asset Analysis (Cash / Bank Accounts - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/10/2021 | M. Babcock | 2.4 | Updated analysis of receipt and disbursement activity for operating account including coding and identification of payees/payors. |
| 8/16/2021 | D. Judd | 0.2 | Participated in call with BRG (MB) regarding cash tracing and necessary documents. |
| 8/16/2021 | M. Babcock | 0.2 | Spoke with BRG (DJ) in regard to analysis of Portfolio A. |
| 8/23/2021 | M. Babcock | 0.7 | Spoke with BRG (PS, SB) in regard to coordinate additional analysis of Portfolio A receipt and disbursement activity. |
| 8/24/2021 | M. Babcock | 1.0 | Met with BRG (CT) in order to analyze Portfolio A receipt and disbursement transactions. |
| 8/24/2021 | C. Tergevorkian | 1.0 | Spoke with BRG (MB) to discuss Portfolio A transaction detail analysis. |
| 8/25/2021 | A. Arena | 2.9 | Reviewed the audit schedules against the portfolio A schedules to confirm accuracy of the amounts. |
| 8/25/2021 | C. Tergevorkian | 2.3 | Reviewed Portfolio A audit work papers for period July 2018 through June 2019 and compared it to the Portfolio A statements for accuracy. |
| 8/25/2021 | M. Babcock | 0.2 | Spoke with BRG (DJ) in regard to Portfolio A analysis. |
| 8/26/2021 | D. Judd | 2.0 | Participated in call with BRG (MB, RS) regarding cash receipt and disbursement analysis. |
| 8/26/2021 | M. Babcock | 1.4 | Met with BRG (DJ) in order to evaluate cash receipt and disbursement activity involving Debtor's Operating, Portfolio A and Portfolio B accounts. |
| 8/26/2021 | D. Judd | 1.4 | Participated in call with BRG (MB) regarding cash receipt and disbursement analysis. |
| 8/26/2021 | M. Babcock | 1.3 | Analyzed Portfolio A activity, including historical flow of funds. |
| 8/27/2021 | M. Babcock | 2.8 | Updated analysis of operating account receipt and disbursement activity including identification of payee/payor details. |

**Task Code Total Hours** **52.3**

**312.00 Asset Analysis (Cash / Bank Accounts - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/16/2021 | D. Judd | 1.1 | Participated in call with BRG (MB, PS), and UCC Counsel (JS, DB and RK) and UCC Committee Member (JA) regard cash tracing and the Catholic Community Foundation. |

**Task Code Total Hours** **1.1**

**330.00 Asset Analysis (Real Property - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 8/5/2021 | P. Shields | 0.5 | Spoke with BRG (SB) regarding evaluation of Archdiocese of New Orleans real estate based on documentation produced to date. |
| *Task Code Total Hours* | | *0.5* | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 8/4/2021 | S. Bhattacharya | 2.0 | Updated affiliates' listing with real estate values. |
| 8/4/2021 | S. Bhattacharya | 1.0 | Continued updating affiliates' listing with real estate values. |
| 8/4/2021 | S. Bhattacharya | 0.5 | Met with BRG (SC) to update affiliates' listing with real estate values. |
| *Task Code Total Hours* | | *3.5* | |
| **340.00 Asset Analysis (Personal Property - Debtors)** | | | |
| 8/18/2021 | M. Babcock | 0.3 | Analyzed issues/documentation related to personal property asset analysis. |
| 8/20/2021 | S. Bhattacharya | 2.9 | Updated ANO collectibles index with details from new production dated 8/6/21. |
| 8/20/2021 | S. Bhattacharya | 0.7 | Met with BRG (PS) to review documents with details re: ANO collectibles. |
| 8/20/2021 | P. Shields | 0.7 | Spoke with BRG (SB) regarding updates to personal property analysis. |
| 8/21/2021 | P. Shields | 1.3 | Spoke with BRG (SB) regarding further updates to personal property analysis. |
| 8/21/2021 | P. Shields | 1.0 | Updated BRG index of religious artifacts and collectibles. |
| 8/21/2021 | P. Shields | 0.2 | Remitted BRG index of religious artifacts and collectibles to Counsel along with source documentation. |
| *Task Code Total Hours* | | *7.1* | |
| **900.00 Report / Presentation Preparation** | | | |
| 8/6/2021 | M. Babcock | 1.2 | Prepared UCC presentation regarding asset analyses/ investigations. |
| 8/7/2021 | P. Shields | 0.3 | Communicated with UCC Counsel and BRG regarding updates to PowerPoint slide presentation to be used in presentation to Committee Members, UCC Counsel, and State Court Counsel regarding status. |
| 8/9/2021 | P. Shields | 1.6 | Prepared summary slide re: assets for inclusion in presentation to be presented at next Committee meeting. |
| 8/9/2021 | M. Babcock | 1.2 | Met with BRG (PS, SC, SB) in order to revise UCC presentation regarding asset analysis / investigation for next Committee meeting. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **900.00 Report / Presentation Preparation** | | | |
| 8/9/2021 | M. Babcock | 0.7 | Updated UCC presentation regarding ongoing asset analyses/ investigations for next UCC meeting. |
| 8/9/2021 | S. Chaffos | 0.4 | Participated in partial call with BRG (PS, MB, SB) to review asset analysis for next Committee meeting. |
| 8/10/2021 | M. Babcock | 1.1 | Revised UCC presentation re: asset analyses/ investigations. |
| 8/10/2021 | M. Babcock | 0.1 | Spoke with BRG (PS) in regard to UCC presentation re: asset analysis/investigation. |
| 8/12/2021 | M. Babcock | 1.2 | Revised UCC presentation regarding ongoing asset analyses/investigations. |
| 8/12/2021 | P. Shields | 0.1 | Spoke with BRG (MB) regarding updates to presentation to Committee regarding status of analysis and findings to date. |
| 8/12/2021 | M. Babcock | 0.1 | Spoke with BRG (PS) in regard to UCC presentation re: asset analysis/investigation. |
| 8/16/2021 | M. Babcock | 1.1 | Reviewed UCC presentation regarding asset analyses/ investigations in order to prepare for UCC/SCC status meeting. |
| 8/16/2021 | P. Shields | 0.1 | Evaluated areas to address in upcoming Committee presentation. |
| 8/23/2021 | S. Smith | 1.0 | Accumulated industry research. |
| ***Task Code Total Hours*** | | ***10.2*** | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 8/3/2021 | S. Bhattacharya | 0.5 | Met with BRG (PS, SC) to discuss updates to ANO entities financial analysis. |
| 8/6/2021 | P. Shields | 2.2 | Spoke with BRG (MB, SC) regarding preparation for the upcoming Committee call. |
| 8/6/2021 | S. Chaffos | 1.7 | Spoke with BRG (MB, PS) to discuss asset analyses related to the UCC PowerPoint. |
| 8/9/2021 | S. Bhattacharya | 1.0 | Met with BRG (PS, SC) to discuss ANO high school F/S details. |
| 8/9/2021 | P. Shields | 0.2 | Communicated with BRG and UCC Counsel regarding BRG involvement in upcoming Committee call. |
| 8/10/2021 | M. Babcock | 1.5 | Spoke with UCC Counsel (JS, AC, RK, DB) and BRG (PS) in order to discuss ongoing cases analyses/investigations and UCC presentation. |
| 8/16/2021 | M. Babcock | 1.4 | Attended UCC/SCC meeting, including presentation regarding asset analysis investigation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1020.00 Meeting Preparation & Attendance** | | | |
| 8/16/2021 | P. Shields | 1.4 | Participated in UCC status call with UCC Members, UCC Counsel, and State Court Counsel to review BRG analysis and findings to date, discovery and mediation issues, and other case matters. |
| 8/16/2021 | P. Shields | 1.1 | Spoke with Committee Chair (JA), UCC Counsel (JS, AC, RK, DB), and BRG (MB) regarding issues to address in upcoming presentation to UCC Committee Members, UCC Counsel and State Court Counsel relating to status of BRG analysis and findings to date. |
| 8/16/2021 | P. Shields | 0.3 | Reviewed presentation materials in preparation for status call/presentation to UCC Member, UCC Counsel and State Court Counsel. |
| *Task Code Total Hours* | | *11.3* | |
| **Total Hours** | | **352.0** | |