# EXHIBIT F

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>       Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: Dec. 7, 2021 |

**TWELFTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

  1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twelfth Monthly Fee and Expense Statement (the "Statement") for the period from September 1, 2021 through September 30, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

  2. The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| **September 1, 2021 to September 30, 2021** | |
|---|---|
| Fees (at standard rates) | $26,216.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | ($2,851.50) |
| Fees (after reduction) | $23,364.50 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$23,364.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3. The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/Application Date Filed/ Docket No. | Period Covered | Requested Total Fees | Expenses | CNO/Order Date Filed/ Docket No. | Paid to Date Fees | Expenses | Total Unpaid Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/24/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| 11/24/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $0.00 | $0.00 | $52,309.00 |
| 11/24/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $0.00 | $0.00 | $37,186.50 |
| 11/24/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $0.00 | $0.00 | $50,481.00 |
| 11/24/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $0.00 | $0.00 | $156,335.50 |
| **Totals** | | **$597,754.00** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$345,368.00** |

### NO PRIOR REQUEST

5. With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

### NOTICE AND OBJECTION PROCEDURES

6. In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-

3

5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $18,691.60 (80% of $23,364.50) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $18,691.60 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  November 23, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:/s/ *Paul N. Shields*
　　　　　　　　　　　　　　　　　　　　　　　　Paul N. Shields
　　　　　　　　　　　　　　　　　　　　　　　　Berkeley Research Group, LLC
　　　　　　　　　　　　　　　　　　　　　　　　201 South Main Street, Suite 450
　　　　　　　　　　　　　　　　　　　　　　　　Salt Lake City, Utah 84111
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (801) 364-6233
　　　　　　　　　　　　　　　　　　　　　　　　Email:  pshields@thinkbrg.com

　　　　　　　　　　　　　　　　　　　　　　*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 9/1/2021 through 9/30/2021

| Professional | Title | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| D. Judd | Managing Director | $660.00 | 3.0 | $1,980.00 |
| P. Shields | Managing Director | $620.00 | 0.8 | $496.00 |
| R. Strong | Managing Director | $590.00 | 0.2 | $118.00 |
| M. Babcock | Director | $540.00 | 11.2 | $6,048.00 |
| C. Tergevorkian | Consultant | $325.00 | 16.8 | $5,460.00 |
| S. Chaffos | Senior Associate | $275.00 | 24.1 | $6,627.50 |
| V. Triana | Case Assistant | $155.00 | 17.0 | $2,635.00 |
| **Total** | | | **73.1** | **$23,364.50** |
| **Blended Rate** | | | | **$319.62** |

Berkeley Research Group, LLC
Invoice for the 9/1/2021 - 9/30/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 9/1/2021 through 9/30/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 7.3 | $3,347.00 |
| 200.90 Document / Data Analysis (Production Requests) | 10.5 | $3,510.50 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 38.1 | $13,748.00 |
| 350.00 Asset Analysis (Insurance - Debtors) | 0.2 | $124.00 |
| 1060.00 Fee Application Preparation & Hearing | 17.0 | $2,635.00 |
| **Total** | **73.1** | **$23,364.50** |
| **Blended Rate** | | **$319.62** |

Berkeley Research Group, LLC

Invoice for the 9/1/2021 - 9/30/2021 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 9/1/2021 through 9/30/2021

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 9/1/2021 | D. Judd | 1.2 | Analyzed the June 30, 2020 Audited Financial Statements for the Catholic Community Foundation. |
| 9/1/2021 | D. Judd | 1.1 | Analyzed the June 30, 2020 Audited Financial Statements for School Food and Nutrition. |
| 9/1/2021 | D. Judd | 0.7 | Analyzed the June 30, 2020 Audited Financial Statements for Project Lazarus. |
| 9/2/2021 | C. Tergevorkian | 1.0 | Combined the cleaned ScanWriter extracts for Portfolio A for three periods (2018, 2019, and 2020). |
| 9/22/2021 | C. Tergevorkian | 2.0 | Verified bank account missing months in preparation for bank |
| 9/23/2021 | P. Shields | 0.1 | Communicated via email with BRG and UCC Counsel to confirm that the listing of bank and investment accounts provided relate solely to the Archdiocese and units of the Archdiocese. |
| 9/30/2021 | S. Chaffos | 1.2 | Combined the Operating, Portfolio A, and Portfolio B general ledger data files into one dataset in preparation for analysis. |
| **Task Code Total Hours** | | **7.3** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 9/1/2021 | M. Babcock | 0.2 | Updated bank document request for UCC Counsel. |
| 9/17/2021 | M. Babcock | 0.2 | Spoke with UCC Counsel (DB, BK) in regard to bank document production requests. |
| 9/20/2021 | S. Chaffos | 1.6 | Prepared a schedule for Hancock Whitney Bank account statements that have already been produced and to be produced. |
| 9/20/2021 | M. Babcock | 0.5 | Examined bank account documents produced/to be produced. |
| 9/20/2021 | M. Babcock | 0.3 | Evaluated bank account document requests. |
| 9/21/2021 | S. Chaffos | 2.1 | Prepared schedule for First Bank and Trust Bank account statements that have already been produced and to be produced. |

Berkeley Research Group, LLC

Invoice for the 9/1/2021 - 9/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 9/21/2021 | S. Chaffos | 1.1 | Updated schedule for Hancock Whitney Bank account statements that have already been produced and to be produced. |
| 9/21/2021 | S. Chaffos | 0.7 | Prepared schedule for Liberty Bank, Gulf Coast Bank and Trust Company, Regions Bank, Home Bank, and Raymond James account statements that have already been produced and to be produced. |
| 9/21/2021 | S. Chaffos | 0.6 | Prepared schedule for BMO Harris Bank, Capital One Bank, Chase, Citizens Bank and Trust Co. bank account statements that have already been produced and to be produced. |
| 9/21/2021 | S. Chaffos | 0.5 | Prepared schedule for Fifth District Saving Bank, First National Bank, and First America Bank account statements that have already been produced and to be produced. |
| 9/21/2021 | P. Shields | 0.2 | Reviewed request for banking records at request of UCC Counsel. |
| 9/25/2021 | P. Shields | 0.2 | Outlined issues for consideration in connection with request for banking and investment account information. |
| 9/27/2021 | S. Chaffos | 1.7 | Finalized Hancock Whitney Bank/investment account schedule for the supplement document for the bank subpoena. |
| 9/27/2021 | M. Babcock | 0.5 | Revised bank account schedule for inclusion in Hancock Whitney subpoena. |
| 9/27/2021 | P. Shields | 0.1 | Continued consideration of issues in connection with request for banking and investment account information. |
| **Task Code Total Hours** | | **10.5** | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 9/1/2021 | C. Tergevorkian | 2.2 | Reviewed combined ScanWriter extract of Portfolio A 2017 through 2018 including categorizing the transactions in preparation to compare amounts. |
| 9/1/2021 | S. Chaffos | 2.1 | Developed comparison of cash receipts amounts for category Proceeds from The Disposition of Assets with the ScanWriter extraction of Portfolio A for months July 2019 through June 2020 on the investment statement. |
| 9/1/2021 | C. Tergevorkian | 2.0 | Confirmed accuracy of interest amounts in the ScanWriter extract of Portfolio A 2018 through 2019 with the statement. |
| 9/1/2021 | C. Tergevorkian | 2.0 | Reviewed combined ScanWriter extract of Portfolio A 2017 through 2018 to find missing scanned pages in preparation to compare amounts. |
| 9/1/2021 | S. Chaffos | 1.7 | Developed comparison of cash disbursements amounts for category Cost of Acquisition of Assets with the ScanWriter extraction of Portfolio A for months July 2019 through June 2020 on the investment statement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 9/1/2021 | C. Tergevorkian | 1.2 | Confirmed accuracy of disbursement amounts in the ScanWriter extract of Portfolio A 2017 through 2018 with the statement. |
| 9/1/2021 | C. Tergevorkian | 1.0 | Reviewed purchases and sale amounts to confirm accuracy of the ScanWriter extract of Portfolio A 2018 through 2019 with the statement. |
| 9/2/2021 | C. Tergevorkian | 1.5 | Confirmed accuracy of dividend amounts in the ScanWriter extract of Portfolio A 2017 through 2018 with the statement. |
| 9/2/2021 | C. Tergevorkian | 1.0 | Confirmed accuracy of interest amounts in the ScanWriter extract of Portfolio A 2017 through 2018 with the statement. |
| 9/7/2021 | M. Babcock | 0.5 | Examined historical receipt and disbursement activity for Portfolio A. |
| 9/8/2021 | M. Babcock | 1.5 | Analyzed historical receipt and disbursement activity (Portfolio A), including categorization of transactions. |
| 9/9/2021 | M. Babcock | 2.2 | Updated analysis of Portfolio A receipt and disbursement transactions (FY 2018 - 2020). |
| 9/9/2021 | M. Babcock | 0.8 | Held call with BRG (SC) in order to analyze Portfolio A receipt and disbursement transactions for FY 2018 - 2020. |
| 9/9/2021 | S. Chaffos | 0.8 | Spoke with BRG (MB) to review Portfolio A analysis. |
| 9/15/2021 | C. Tergevorkian | 0.9 | Participated meeting with BRG (MB, SC) to update the ScanWriter extracted results for Portfolio A's statements. |
| 9/15/2021 | S. Chaffos | 0.9 | Spoke with BRG (MB, CT) to review Portfolio A analysis. |
| 9/15/2021 | M. Babcock | 0.9 | Worked with BRG (CT, SC) in order to update analysis of Portfolio A receipt and disbursement activity. |
| 9/15/2021 | M. Babcock | 0.3 | Revised analysis of Portfolio A receipt and disbursement activity. |
| 9/16/2021 | C. Tergevorkian | 0.7 | Reviewed Portfolio A audit work papers relating to fee activity. |
| 9/27/2021 | M. Babcock | 0.3 | Examined redacted Portfolio A Unitization Report provided by Parish Counsel. |
| 9/28/2021 | S. Chaffos | 2.4 | Analyzed cash receipts and disbursement for 08/16/2021 - 09/15/2021. |
| 9/28/2021 | S. Chaffos | 1.9 | Prepared First Bank and Trust Bank account schedule for the supplement document for the bank subpoena. |
| 9/28/2021 | M. Babcock | 0.9 | Analyzed historical transactions occurring in Operating Account including comparison of accounting system data and bank account statement data. |
| 9/29/2021 | M. Babcock | 0.6 | Updated analysis of receipt and disbursement activity (Operating Account, Portfolio A and Portfolio B). |

Berkeley Research Group, LLC

Invoice for the 9/1/2021 - 9/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 9/29/2021 | C. Tergevorkian | 0.5 | Participated in meeting with BRG (MB, SC) to discuss bank statement and general ledger activity for the Operating Account, Portfolio A, and Portfolio B. |
| 9/29/2021 | M. Babcock | 0.5 | Spoke with BRG (CT, SC) in order to coordinate ongoing receipt and disbursement analysis (Operating Account, Portfolio A and Portfolio B). |
| 9/29/2021 | S. Chaffos | 0.5 | Spoke with BRG (MB, CT) to discuss general ledger data for Operating, Portfolio A, and Portfolio B. |
| 9/29/2021 | R. Strong | 0.2 | Discussed ongoing cash database analysis issues with BRG (MB) for asset analysis. |
| 9/29/2021 | M. Babcock | 0.2 | Spoke with BRG (RS) in order to discuss issues related to ongoing cash asset analyses. |
| 9/30/2021 | S. Chaffos | 2.4 | Reconciled Operating bank account statement data extraction to the Operating general ledger data for January 2019. |
| 9/30/2021 | S. Chaffos | 1.9 | Analyzed the combined general ledger data for Operating Account, Portfolio A and Portfolio B for years 2010 - 2021. |
| 9/30/2021 | C. Tergevorkian | 0.8 | Assisted with analysis of the Operating Account bank statements and general ledger activity. |
| 9/30/2021 | M. Babcock | 0.5 | Revised analysis of receipt and disbursement transactions (Operating Account, Portfolio A and Portfolio B). |
| 9/30/2021 | M. Babcock | 0.3 | Prepared response to UCC Counsel in regard to Portfolio A assets. |
| **Task Code Total Hours** | | **38.1** | |
| **350.00 Asset Analysis (Insurance - Debtors)** | | | |
| 9/3/2021 | P. Shields | 0.2 | Evaluated captive insurance issues in connection with Archdiocese of New Orleans bankruptcy. |
| **Task Code Total Hours** | | **0.2** | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 9/3/2021 | V. Triana | 1.3 | Prepared April-July Fee Interim Application. |
| 9/7/2021 | V. Triana | 2.9 | Prepared April-July Fee Interim Application. |
| 9/7/2021 | V. Triana | 1.3 | Continued preparing April-July Fee Interim Application. |
| 9/8/2021 | V. Triana | 2.9 | Prepared April-July Interim Fee Application. |
| 9/8/2021 | V. Triana | 1.3 | Continued editing April-July Interim Fee application. |

Berkeley Research Group, LLC

Invoice for the 9/1/2021 - 9/30/2021 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 9/9/2021 | V. Triana | 1.4 | Prepared April-July Interim Fee Application. |
| 9/9/2021 | V. Triana | 0.9 | Continued editing April-July Interim Fee Application. |
| 9/10/2021 | V. Triana | 1.9 | Edited April-July Interim Fee Application. |
| 9/13/2021 | V. Triana | 2.0 | Prepared April-July Interim Fee Application. |
| 9/14/2021 | V. Triana | 1.1 | Prepared August fee statement. |
| **Task Code Total Hours** | | **17.0** | |
| **Total Hours** | | **73.1** | |

Berkeley Research Group, LLC
Invoice for the 9/1/2021 - 9/30/2021 Period