# EXHIBIT G

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Dec. 7, 2021 |

**THIRTEENTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Thirteenth Monthly Fee and Expense Statement (the "Statement") for the period from October 1, 2021 through October 31, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| October 1, 2021 to October 31, 2021 | |
|---|---|
| Fees (at standard rates) | $27,455.50 |
| Voluntary reduction | ($2,671.50) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Fees (after reduction) | $24,784.00 |
| Expenses | <u>$12.93</u> |
| **Total Fees and Expenses Sought** | **$24,796.93** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.        The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

4.        BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **<u>Exhibit D</u>** is a summary of the expenses incurred by BRG during the Fee Period that sets forth the total amount of reimbursement sought with respect to each type of expense for which BRG is seeking reimbursement. **<u>Exhibit E</u>** is an itemized schedule of the actual, reasonable, and necessary expenses within each category, including description, BRG incurred during the Fee Period and the amounts for which reimbursement is requested organized by expense type.

*[Remainder of the page left intentionally blank]*

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/24/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| 11/24/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $0.00 | $0.00 | $52,309.00 |
| 11/24/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $0.00 | $0.00 | $37,186.50 |
| 11/24/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $0.00 | $0.00 | $50,481.00 |
| 11/24/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $0.00 | $0.00 | $156,335.50 |
| 11/24/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $0.00 | $0.00 | $23,364.50 |
| **Totals** | | **$621,118.50** | **$3,889.52** | | **$252,386.00** | **$3,889.52** | **$368,732.50** |

## NO PRIOR REQUEST

5.    With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.    In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the

Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $19,827.20 (80% of $24,784.00) and expenses in the amount of $12.93 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $19,840.13 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  November 23, 2021

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 10/1/2021 through 10/31/2021

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $620.00 | 10.1 | $6,262.00 |
| R. Strong | Managing Director | $590.00 | 0.1 | $59.00 |
| M. Babcock | Director | $540.00 | 6.8 | $3,672.00 |
| C. Tergevorkian | Consultant | $325.00 | 1.0 | $325.00 |
| S. Chaffos | Senior Associate | $275.00 | 21.4 | $5,885.00 |
| M. Haverkamp | Case Manager | $275.00 | 7.7 | $2,117.50 |
| H. Henritzy | Case Assistant | $155.00 | 4.0 | $620.00 |
| V. Triana | Case Assistant | $155.00 | 37.7 | $5,843.50 |
| **Total** | | | **88.8** | **$24,784.00** |
| **Blended Rate** | | | | **$279.10** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 10/1/2021 through 10/31/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 9.2 | $4,636.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 0.7 | $192.50 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 9.9 | $3,378.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 12.1 | $3,642.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 4.7 | $2,618.00 |
| 1060.00 Fee Application Preparation & Hearing | 52.2 | $10,317.00 |
| **Total** | **88.8** | **$24,784.00** |
| **Blended Rate** | | **$279.10** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit C: Time Detail**

For the Period 10/1/2021 through 10/31/2021

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 10/1/2021 | P. Shields | 0.5 | Responded to UCC Counsel and BRG emails relating to document production matters. |
| 10/8/2021 | S. Chaffos | 0.5 | Reviewed bank addresses in preparation for bank subpoenas. |
| 10/12/2021 | S. Chaffos | 0.8 | Updated the affiliates analysis summary regarding the affiliate's third document production. |
| 10/12/2021 | P. Shields | 0.5 | Researched process by which BRG previously obtained access to QuickBooks files for the eleven Archdiocesan units. |
| 10/12/2021 | S. Chaffos | 0.5 | Spoke with BRG (MB) and Locke Lord (BK, DB) to discuss document request. |
| 10/12/2021 | M. Babcock | 0.5 | Spoke with UCC Counsel (RK, DB, BK) and BRG (SC) in regard to outstanding affiliate document requests. |
| 10/12/2021 | R. Strong | 0.1 | Discussed QuickBooks document productions with BRG (PS). |
| 10/12/2021 | P. Shields | 0.1 | Spoke with BRG (RS) regarding access to Archdiocese of New Orleans QuickBooks data from document production. |
| 10/19/2021 | M. Babcock | 0.8 | Met with Affiliate Counsel (DD), UCC Counsel (RK, DB, BK) and BRG (PS) in order to discuss outstanding Affiliate document requests. |
| 10/19/2021 | P. Shields | 0.8 | Participated in call with UCC Counsel (AC, RK, DB, BK), ANO Affiliate Counsel (DD), and BRG (MB, SC) regarding ANO Affiliate documents not yet produced and production going forward. |
| 10/19/2021 | S. Chaffos | 0.8 | Spoke with BRG (MB, PS), Locke Lord (BK, RK,DB), PZSJ (AC), and Affiliate Counsel (DD) to discuss affiliates discovery request. |
| 10/19/2021 | P. Shields | 0.7 | Evaluated index of ANO Affiliate documents not yet produced as compared to ANO Affiliate Counsel's response containing additional information regarding status of production. |
| 10/19/2021 | M. Babcock | 0.4 | Met with UCC Counsel (RK, DB, BK) and BRG (PS) in order to discuss outstanding Affiliate document requests. |
| 10/19/2021 | P. Shields | 0.4 | Spoke with UCC Counsel (RK, DB, BK) and BRG (MB) regarding issues to be addressed in connection with meet and confer regarding production of ANO Affiliate records. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 200.90 Document / Data Analysis (Production Requests)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/19/2021 | P. Shields | 0.2 | Continued evaluation of index of ANO Affiliate documents not yet produced as compared to ANO Affiliate Counsel's response containing additional information regarding status of production. |
| 10/19/2021 | M. Babcock | 0.2 | Met with BRG (PS) in order to discuss ongoing document production issues. |
| 10/19/2021 | P. Shields | 0.2 | Spoke with BRG (MB) regarding issues to be addressed in connection with production of ANO Affiliate records. |
| 10/20/2021 | P. Shields | 0.1 | Reviewed the structure and fields contained in the ANO Affiliates schedule. |
| 10/20/2021 | P. Shields | 0.1 | Spoke with BRG (SC) regarding information set forth in ANO Affiliates schedule. |
| 10/21/2021 | P. Shields | 0.4 | Prepared emails to UCC Counsel and BRG explaining the inadequacy of information being provided to enable BRG to access QuickBooks Online for ANO Affiliates. |
| 10/21/2021 | P. Shields | 0.3 | Researched method whereby BRG was provided access to QuickBooks online for Archdiocesan units. |
| 10/21/2021 | P. Shields | 0.1 | Emailed Archdiocese Affiliate Counsel explaining why password provided was inadequate to obtain access to QuickBooks Online for Affiliates of Archdiocese. |
| 10/22/2021 | M. Babcock | 0.2 | Evaluated pending discovery requests. |
| **Task Code Total Hours** | | **9.2** | |

### 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/6/2021 | S. Chaffos | 0.4 | Updated MOR income statement comparative schedule for August 2021. |
| 10/6/2021 | S. Chaffos | 0.3 | Updated MOR balance sheet comparative schedule for August 2021. |
| **Task Code Total Hours** | | **0.7** | |

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/4/2021 | S. Chaffos | 2.3 | Analyzed Christopher Homes Entities 2020 audit reports. (Chris Inn - Rouqette III). |
| 10/8/2021 | S. Chaffos | 2.2 | Analyzed Christopher Homes Entities 2020 audit reports. (St. Bernard Manor - Wynhoven I). |
| 10/8/2021 | S. Chaffos | 0.4 | Analyzed Clarion Herald Entity 2020 audit report. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 10/19/2021 | S. Chaffos | 0.3 | Updated analysis wherein BRG has tracked records provided by Affiliates to reflect most recent Affiliates financial information provided, and associated explanations. |
| 10/20/2021 | S. Chaffos | 1.1 | Updated affiliates analysis schedule to determine outstanding affiliates with no financial information provided. |
| 10/20/2021 | S. Chaffos | 0.1 | Spoke with BRG (PS) relating to updates on the affiliates analysis schedule. |
| 10/22/2021 | S. Chaffos | 1.6 | Continued research of ANO Affiliates financial information produced to date in order to update list of pending financial documents request. |
| 10/22/2021 | P. Shields | 0.9 | Researched gaps in ANO Affiliates financial statements provided by Affiliate Counsel. |
| 10/23/2021 | P. Shields | 0.6 | Researched gaps in Archdiocese Affiliates financial statements provided by Affiliate Counsel. |
| 10/23/2021 | P. Shields | 0.4 | Prepared email communication to UCC Counsel regarding gaps in ANO Affiliates financial statements provided by Affiliate Counsel. |
| **Task Code Total Hours** | | **9.9** | |

### 310.00 Asset Analysis (Cash / Bank Accounts - Debtors)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 10/1/2021 | S. Chaffos | 2.8 | Reconciled outgoing wires from operating bank account statement data extraction to the operating general ledger data for January 2019. |
| 10/1/2021 | S. Chaffos | 2.4 | Reconciled deposits from operating bank account statement data extraction to the operating general ledger data for January 2019. |
| 10/1/2021 | S. Chaffos | 1.1 | Reconciled checks from operating bank account statement data extraction to the operating general ledger data for January 2019. |
| 10/1/2021 | C. Tergevorkian | 1.0 | Assisted with analysis on the Operating Account bank statements and general ledger activity relating to clear dates. |
| 10/5/2021 | S. Chaffos | 1.9 | Updated the reconciliation of the operating bank account statement data extraction to the operating general ledger data for January 2019. |
| 10/6/2021 | M. Babcock | 1.0 | Analyzed Operating Account receipt and disbursement activity including reconciliation between bank account statement and FE general ledger data (January 2019). |
| 10/8/2021 | S. Chaffos | 1.9 | Analyzed cash receipts and disbursement for 09/16/2021 - 09/30/2021. |
| **Task Code Total Hours** | | **12.1** | |

### 320.00 Asset Analysis (Investments / Funds - Debtors)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 10/19/2021 | M. Babcock | 2.7 | Analyzed Portfolio A investment and accounting balances/ activity. |

Berkeley Research Group, LLC

Invoice for the 10/1/2021 - 10/31/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**320.00 Asset Analysis (Investments / Funds - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/19/2021 | M. Babcock | 1.0 | Met with BRG (PS) in order to analyze Portfolio A investments balances/ activity. |
| 10/19/2021 | P. Shields | 1.0 | Spoke with BRG (MB) regarding accounting and investment balances contained in Portfolio A. |
| *Task Code Total Hours* | | *4.7* | |

**1060.00 Fee Application Preparation & Hearing**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/1/2021 | P. Shields | 0.1 | Responded to BRG emails regarding issues relating to preparation of fee application. |
| 10/6/2021 | M. Haverkamp | 0.4 | Met with Counsel (JF) re: fee application timing and requirements. |
| 10/14/2021 | V. Triana | 2.9 | Prepared April - August Interim Fee Application. |
| 10/14/2021 | V. Triana | 1.0 | Continued preparing April - August Interim Fee Application. |
| 10/15/2021 | V. Triana | 1.6 | Prepared April - August Interim Fee Application. |
| 10/20/2021 | H. Henritzy | 2.9 | Reviewed April - August Fee Application. |
| 10/20/2021 | M. Haverkamp | 2.3 | Edited Interim Fee Application for April-August. |
| 10/20/2021 | H. Henritzy | 1.1 | Continued to review April - August Fee Application. |
| 10/21/2021 | V. Triana | 2.2 | Edited Second Interim Fee Application. |
| 10/22/2021 | V. Triana | 2.9 | Prepared Second Interim Fee Application. |
| 10/22/2021 | V. Triana | 2.0 | Continued preparing Second Interim Fee Application. |
| 10/23/2021 | P. Shields | 2.0 | Updated April - August Fee Statement. |
| 10/25/2021 | V. Triana | 2.9 | Prepared Second Interim Fee Application. |
| 10/25/2021 | V. Triana | 2.7 | Continued preparing Second Interim Fee Application. |
| 10/25/2021 | V. Triana | 0.9 | Prepared Second Interim Fee Application. |
| 10/26/2021 | V. Triana | 2.0 | Continued preparing Second Interim Fee Application. |
| 10/26/2021 | V. Triana | 1.7 | Prepared Second Fee Application. |
| 10/27/2021 | V. Triana | 2.9 | Continued preparing Second Interim Fee Application. |
| 10/27/2021 | V. Triana | 2.9 | Prepared Second Interim Fee Application. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 10/27/2021 | M. Haverkamp | 2.2 | Edited April- August fee statements. |
| 10/28/2021 | M. Haverkamp | 2.8 | Edited May-August fee statements. |
| 10/28/2021 | V. Triana | 2.7 | Edited April - August monthly fee statements. |
| 10/28/2021 | V. Triana | 1.8 | Prepared Second Interim Fee Application. |
| 10/28/2021 | V. Triana | 1.2 | Edited July monthly fee statement. |
| 10/28/2021 | V. Triana | 1.1 | Continued editing August monthly fee statement. |
| 10/28/2021 | V. Triana | 0.9 | Edited August monthly fee statement. |
| 10/28/2021 | V. Triana | 0.6 | Edited June monthly fee statement. |
| 10/28/2021 | V. Triana | 0.4 | Edited April monthly fee statement. |
| 10/28/2021 | V. Triana | 0.4 | Edited May monthly fee statement. |
| 10/29/2021 | P. Shields | 0.7 | Reviewed Fee Statements for the months April 2021 to August 2021. |
| *Task Code Total Hours* | | *52.2* | |
| **Total Hours** | | **88.8** | |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 10/1/2021 through 10/31/2021

| Expense Category | Amount |
|---|---:|
| 03. Travel - Taxi | $12.93 |
| **Total Expenses for the Period 10/1/2021 through 10/31/2021** | **$12.93** |

# In re: The Roman Catholic Church of the

# Archdiocese of New Orleans

## Berkeley Research Group, LLC

## Exhibit E: Expense Detail

For the Period 10/1/2021 through 10/31/2021

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **03. Travel - Taxi** | | | |
| 10/27/2021 | M. Haverkamp | $12.93 | Taxi from office to home after after working late on client case. |
| *Expense Category Total* | | *$12.93* | |
| **Total Expenses** | | **$12.93** | |