# EXHIBIT H

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[6] | § | |
| | § | |

**ORDER APPROVING SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH OCTOBER 31, 2021**

CAME ON for consideration the *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2021 through October 31, 2021* [**Docket No.** ___] (the "Application") filed by Berkeley Research Group, LLC (the "Firm") for the period from April 1, 2021 through October 31, 2021 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[6] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$393,529.43** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$393,516.50** in fees for services rendered and **$12.93** in expenses incurred by the Firm during the Application Period.

2. The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of December, 2021

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**