# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 SECTION A |
| DEBTOR[1] | § § | |

# ORDER

The Court held a hearing on January 27, 2022, at 2:30 p.m., to consider the *Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* (the "UCC Motion to Compel"), [ECF Doc. 804], and the responses filed thereto.

Appearances:

Mark Mintz, Dirk Wegmann, and Allison Kingsmill, Counsel for Debtor
Amanda George, Counsel for the United States Trustee
Omer Kuebel, Brad Knapp, and Andrew Caine, Counsel for Tort Committee
William Robbins, Counsel for the Unsecured Creditors Committee
David Walle, Counsel for Catholic Mutual Relief Society

For the reasons stated on the record,

**IT IS ORDERED** that hearing on the UCC Motion to Compel is **CONTINUED** to **Friday, February 18, 2022, at 10:00 a.m.** in person at the U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana or by telephonic

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

conference before the undersigned. The Section A dial-in information is 888-684-8852; Access Code 9318283.

**IT IS FURTHER ORDERED** that all parties and counsel are instructed to review the General Orders issued by this Court and by the United States District Court for the Eastern District of Louisiana for instructions on conduct of hearings, as well as the admittance to the federal building located at 500 Poydras Street, New Orleans, Louisiana. Those orders are available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that counsel for the Tort Committee and Debtor will meet and confer on or before **Friday, February 11, 2022,** regarding the Tort Committee's objections to documents withheld from production by the Debtor on the basis of attorney-client privilege or attorney work product. On or before **Monday, February 14, 2022**, the parties must submit to the Court via Christopher_Lamb@laeb.uscourts.gov the privilege log identifying those documents upon which the Debtor maintains its claim of privilege and the Tort Committee objects. The Court will review the privilege log *in camera* and will make further requests to see particular documents *in camera* if required.

**IT IS FURTHER ORDERED** that simultaneous briefing shall be submitted by counsel on (i) the definition of "Abuse Claim" and why it is or is not limited to Proofs of Claim and (ii) whether the Debtor is obligated to recover and search deleted text messages and produce deleted texts responsive to any of the Tort Committee's document requests by **Friday, February 11, 2022 at 5:00 p.m.** Briefing should include the original and amended document requests with date of request, and proof of any compromises or agreements made between the Tort Committee and the Debtor regarding discovery.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, February 4, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE