## Kingsmill, Allison

| | |
|---|---|
| **From:** | Kingsmill, Allison |
| **Sent:** | Tuesday, December 14, 2021 6:01 PM |
| **To:** | 'Andrew Caine'; Wegmann, Dirk |
| **Cc:** | Mintz, Mark; Knapp, Bradley C. (bknapp@lockelord.com); Rick Kuebel; James Stang; Gillian N. Brown |
| **Subject:** | RE: In re Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846 |

Andy,

In response to your email below, we respond as follows:

1. Thank you for confirming that the Tort Committee agrees that direct communications between Jones Walker and a representative of the debtor, with no third persons involved, then they may be lumped. We understand that by third persons you are not referring to co-counsel for the Archdiocese that may be with other law firms.

2. With respect to your questions regarding the privilege log, we ask that you identify specific examples of the types of entries that you believe require clarification. There are several possible reasons why certain emails such as those that you appear to be referring to may be privileged. Some emails may be work product, and others may be subject to a co-defense privilege. However, without knowing specifically what types of emails you are referring to, we cannot respond further.

3. With respect to Wendy Vitter and Carmelita Centanni, these individuals are no longer employed by the Archdiocese and their employment terminated years ago. The Archdiocese verified that it does not have access to whatever cell phone that may have been used by these custodians and has no back up of their cell phone data. We did not contact Ms. Centanni who has not been employed by the Archdiocese since 2016. Judge Vitter was contacted and we understand that she does not know if she has the old phone that she used when she was working with the Archdiocese.

Thanks,
Allison

**Allison B. Kingsmill** | Associate
Jones Walker LLP
D: 504.582.8252
akingsmill@joneswalker.com

---

**From:** Andrew Caine <acaine@pszjlaw.com>
**Sent:** Monday, December 13, 2021 10:26 AM
**To:** Kingsmill, Allison <akingsmill@joneswalker.com>; Wegmann, Dirk <dwegmann@joneswalker.com>
**Cc:** Mintz, Mark <mmintz@joneswalker.com>; Knapp, Bradley C. (bknapp@lockelord.com) <bknapp@lockelord.com>; Rick Kuebel <rkuebel@lockelord.com>; James Stang <jstang@pszjlaw.com>; Gillian N. Brown <gbrown@pszjlaw.com>
**Subject:** [EXTERNAL] FW: In re Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846

Allison –

First, the sample entries are fine. If the communications are direct between Jones Walker and a representative of the debtor, with no third persons involved, then they may be lumped.

1

EXHIBIT 9

Second, as to the privilege log, several entries appear to be inappropriately included, while others require clarification. For example, several appear to include a representative of Catholic Mutual, which the Debtor has steadfastly claimed to be a third party entity (as to which the Debtor declined to produce documents). There are also a number of email exchanges where no lawyer is identified, only representatives of the Debtor. There are many involving individuals with email addresses not associated with law firms. There are others that include representatives of an affiliate, such as school representatives. There is even a communication that includes a Fox 8 reporter. There are emails between the victim assistance coordinator and victims.

Third, as to the cell phone discovery, please let us know what efforts were made (if any) to obtain messages of important former ANO representatives, including Wendy Vitter and Carmelina Cintanni.

I look forward to hearing from you.

Thanks.

Andy


**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Kingsmill, Allison [mailto:akingsmill@joneswalker.com]
**Sent:** Friday, December 03, 2021 5:00 PM
**To:** Andrew Caine; Davin Boldissar; Rick Kuebel; Gillian N. Brown; bknapp@lockelord.com
**Cc:** Wegmann, Dirk; Mintz, Mark; McCaffrey, Caroline
**Subject:** RE: In re Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846

Andy,

1. Regarding the issue of Jones Walker emails, you requested that we provide you sample entries of Jones Walker communications with the Archdiocese which we maintain are entirely privileged. Attached is a sample of the thousands of emails exchanged during the course of our representation. We see no reason that each of these emails should be individually logged.

2. Also attached is the ESI privilege log, which reflects emails that were were withheld as privileged. This log does not include Jones Walker communications as explained above. We will provide an updated privilege log for personnel files next week.

3. Below is a sharefile link to documents we are producing today subject to the Court's Protective Order. This production includes all pre-petition text messages that hit on a search term and are responsive to the

Committee's documents requests. *See* ANO ESI (20-10846)_00036597 - ANO ESI (20-10846)_00036622. The production also includes documents relating to the IRB which were separately maintained from the personnel files. *See* ANO (20-10846)_00149321 - ANO (20-10846)_00149634. Many of these documents may already be included in the personnel files. However, because this was a separately maintained file, we are producing it.

https://joneswalker.sharefile.com/f/fof946cb-78f5-4f7d-ace6-744080f632d0

4. The attached chart outlines the status of cell phone collection and production of text messages of the custodians whose phones we agreed to search. The chart explains what has been produced and what we were unable to produce and the limited amount of text messages we are still reviewing.

5. Additional miscellaneous files may become available, and if responsive, we will produce them. With this exception, this completes our production of documents responsive to the Tort Committee's Rule 2004 document requests.

Thanks,
Allison

**Allison B. Kingsmill** | Associate
Jones Walker LLP
D: 504.582.8252
akingsmill@joneswalker.com

---

**From:** Andrew Caine <acaine@pszjlaw.com>
**Sent:** Monday, November 29, 2021 5:39 PM
**To:** Wegmann, Dirk <dwegmann@joneswalker.com>; Kingsmill, Allison <akingsmill@joneswalker.com>
**Cc:** Mintz, Mark <mmintz@joneswalker.com>; Davin Boldissar <dboldissar@lockelord.com>; Rick Kuebel <rkuebel@lockelord.com>; Gillian N. Brown <gbrown@pszjlaw.com>; Knapp, Bradley C. (bknapp@lockelord.com) <bknapp@lockelord.com>
**Subject:** [EXTERNAL] RE: In re Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846

Hi Dirk –

Will you provide a handful of sample entries so that we may assess your request?

What is the status of production of the texts?

Thanks.

andy

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Wegmann, Dirk [mailto:dwegmann@joneswalker.com]
**Sent:** Monday, November 29, 2021 1:44 PM
**To:** Kingsmill, Allison; Andrew Caine
**Cc:** Mintz, Mark; Davin Boldissar; Rick Kuebel; Gillian N. Brown
**Subject:** RE: In re Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846

Andy, we are working on finalizing the privilege log for ESI, which includes emails and text messages. Since there were several lawsuits pending prior to the bankruptcy and the bankruptcy proceeding which were and are being handled by Jones Walker as counsel for the Archdiocese, there are a very large number of emails between Jones Walker and the Archdiocese in the documents we reviewed which are privileged. In order to cut down the time and cost of individually logging these per se privileged emails, we propose to categorize all correspondence between a Jones Walker attorney and an Archdiocese employee as one entry on the privilege log. Please let us know if the Committee is amenable or object to this. Thanks, Dirk


**Edward Dirk Wegmann** | Partner
Jones Walker LLP
D: 504.582.8226
dwegmann@joneswalker.com

---

**From:** Kingsmill, Allison <akingsmill@joneswalker.com>
**Sent:** Wednesday, November 17, 2021 5:22 PM
**To:** Andrew Caine <acaine@pszjlaw.com>
**Cc:** Mintz, Mark <mmintz@joneswalker.com>; Davin Boldissar <dboldissar@lockelord.com>; Rick Kuebel <rkuebel@lockelord.com>; Gillian N. Brown <gbrown@pszjlaw.com>; Wegmann, Dirk <dwegmann@joneswalker.com>
**Subject:** In re Roman Catholic Church for the Archdiocese of New Orleans, Case No. 20-10846

Andy,

As you know we are continuing to review and produce documents and ESI responsive to the Tort Committee's discovery requests and our responses are almost complete. There is only a limited amount of documents and ESI that remains to be reviewed and produced. Here is a sharefile link to the documents and ESI that we are producing today: https://joneswalker.sharefile.com/f/fof946cb-78f5-4f7d-ace6-744080f632d0.

The following summarizes what we are producing today, what we have previously produced, and the limited amount of additional documents and ESI that remains to be produced:

1.  **State Court Document Productions -** In response to your requests for access to the Archdiocese's prior state court document productions, which are each subject to protective orders in the 3 individual cases where productions were made, in the referenced sharefile, we are producing to you today all documents that were produced by the Archdiocese in response to requests for production in the state court cases. The productions made here are produced subject to the Bankruptcy Court's Protective

Order. We maintained the documents as they were produced with the state court bates numbers. We added the bankruptcy court bates numbers and confidentiality stamp to document that the productions have been produced in the bankruptcy subject to the Protective Order. Also included is the state court privilege log which explains those documents not produced or redacted.

The state court productions include the following:

(1) Document productions in J.W. Doe (State Court Case No. 19-3947)
- PROD40a - ANO (20-10846)_00139631 - ANO (20-10846)_00140436
- PROD40b - ANO (20-10846)_00140437 - ANO (20-10846)_00144438

(2) Document productions in A.A. Doe (State Court Case No. 19-6200)
- PROD40c - ANO (20-10846)_00144439 - ANO (20-10846)_00145502

(3) Document productions in John Doe (State Court Case No. 18-10864)
- PROD40d - ANO (20-10846)_00145503 - ANO (20-10846)_00148101

2. **Additional MailArchiva Emails -** We previously produced emails from the MailArchiva email system up to the date of the filing of the Bankruptcy Petition. Pursuant to the Tort Committee's request that we produce emails for the post-petition period, we agreed to produce such emails and we ran the search terms, limited to the email addresses of our custodian list, across emails from May 2, 2021 to September 17, 2021 (the date of the hearing when the Committee first requested post-petition emails). We are producing all responsive emails today. *See* ANO ESI (20-10846)_00030018 - ANO ESI (20-10846)_00035710. This concludes our pre-petition and post-petition email review on MailArchiva.

3. **Content Manager Emails -** Content Manager is a separate software system that is used for a document data base and contains some emails that may not be in the MailArchiva system, so we ran the search terms, limited to the email addresses of our custodian list, across all emails stored on Content Manager with no date parameters. Content Manager maintains emails dating earlier than those emails stored on MailArchiva, which only has emails starting in March 2015. We are producing those responsive emails today. ANO ESI (20-10846)_00035711 – ANO ESI (20-10846)_00036482. This concludes our review and production of emails on Content Manager.

4. **Content Manager Other ESI -** In addition to emails, Content Manager stores certain electronic documents which may be responsive to the Tort Committee's discovery requests. We ran the search terms across all documents stored on Content Manager with no date parameter. We are producing those responsive documents today. ANO ESI (20-10846)_00036483 - ANO ESI (20-10846)_00036596. This concludes our review and production of documents on Content Manager.

5. **Personnel Files -** We previously produced all personnel files and other paper files (i.e. Victim Assistant Coordinator files, legal files, Archbishop's files) regarding all of those individuals who have been accused in a SA Proof of Claim to the extent they exist. This concludes our review and production of personnel files and any other files maintained for the accused. Attached is the clergy spreadsheet we previously circulated in May listing each accused as identified in the SA Proofs of Claim. Please note that in response to your request as to why there were no files produced for some of the accused, we added information for each accused regarding whether files have been produced and, if not, why. The chart also incorporates all of the corresponding bates numbers of the personnel file productions.

6. **Other Paper Files -** We are reviewing a small amount of additional paper files that may be responsive to the Tort Committee's requests, but which are not a part of the personnel files. We will produce those next week. Once produced, this will complete our review and production of paper files.

7. **Text Messages -** We will produce responsive text messages of the cell phones of custodians shortly.

**Allison B. Kingsmill**
Associate
D: 504.582.8252
akingsmill@joneswalker.com





Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
**joneswalker.com**