## 12/3/21 ANO Cell Phone Discovery (Updated on 12/14/21)
*Confidential*

| | Name | Position | Text Message Status |
|---|---|---|---|
| 1 | Gregory Aymond | Archbishop | We have produced responsive text messages for the period prior to the filing of the bankruptcy, May 1, 2020. We are currently reviewing text messages from May 2, 2020 to September 17, 2021.<br><br>12/14/21 Update: On 12/14/21, we produced additional text messages for the period following the filing of the bankruptcy on May 1, 2020 through 9/17/21. This completes our review and production of text messages for this custodian. |
| 2 | Susie Zeringue | In-house counsel | There are no responsive text messages for the period prior to the filing of the bankruptcy, May 1, 2020. We are currently reviewing text messages from May 2, 2020 to September 17, 2021.<br><br>12/14/21 Update: We have reviewed text messages for the period prior to the filing of the bankruptcy on May 1, 2020 through September 17, 2021. There are no responsive text messages. This completes our review of text messages for this custodian. |
| 3 | Wendy Vitter | *Former* in-house counsel | Wendy Vitter no longer works for the Archdiocese. The Archdiocese does not have a copy of the cell phone she used while employed. |
| 4 | Kimberly Johnson | Archivist | Her position as Archivist did not begin until January 2021. We are currently reviewing text messages through September 17, 2021.<br><br>12/14/21 Update: We have reviewed text messages from January 2021, when Ms. Johnson began her position as Archivist, through September 17, 2021. There are no responsive text messages. This completes our review of text messages for this custodian. |
| 5 | Emile "Lee" Leumas | *Former* Archivist | Lee Leumas no longer works for the Archdiocese. The Archdiocese does not have a copy of the cell phone she used while employed. |
| 6 | Patrick Carr | Vicar General of Finance | There are no responsive text messages for the period prior to the filing of the bankruptcy, May 1, 2020. We are currently reviewing text messages from May 2, 2020 to September 17, 2021. |

**EXHIBIT 10**

## 12/3/21 ANO Cell Phone Discovery (Updated on 12/14/21)
### *Confidential*

|  |  |  |  |
|---|---|---|---|
|  |  |  | 12/14/21 Update: On 12/14/21, we produced additional text messages for the period following the filing of the bankruptcy on May 1, 2020 through 9/17/21. This completes our review and production of text messages for this custodian. |
| 7 | Carmelita Centanni | Former Victim's Assistant Coordinator | Carmelita Centanni no longer works for the Archdiocese. The Archdiocese does not have a copy of the cell phone she used while employed. |
| 8 | Stephen Synan | Victim's Assistant Coordinator | No responsive text messages pre-petition through September 17, 2021. |
| 9 | Sister Mary Ellen Wheelahan | Safe Environment Director | No responsive text messages pre-petition through September 17, 2021. |
| 10 | Sarah McDonald | Communications Director | We have produced responsive text messages for the period prior to the filing of the bankruptcy, May 1, 2020. We are currently reviewing text messages from May 2, 2020 to September 17, 2021.<br><br>12/14/21 Update: On 12/14/21, we produced additional text messages for the period following the filing of the bankruptcy on May 1, 2020 through 9/17/21. This completes our review and production of text messages for this custodian. |
| 11 | Michele Kot | Archbishop Aymond's assistant | The Archdiocese does not control or have access over the cell phone that may have been used by this custodian. Therefore, we were not able to image the text messages for review. |
| 12 | Patrick Williams | Vicar General and Executive Director of Clergy | There are no responsive text messages pre-petition through September 17, 2021. |
| 13 | Charles Benoit | Chair of Council of Deans | The Archdiocese does not control or have access over the cell phone that may have been used by this custodian. Therefore, we were not able to image the text messages for review. |

## 12/3/21 ANO Cell Phone Discovery (Updated on 12/14/21)
### *Confidential*

| | | | |
|---|---|---|---|
| 14 | Justin Gibson | *Former* Information Technology Manager | Justin Gibson no longer works for the Archdiocese. The Archdiocese does not have a copy of the cell phone he used while employed. |
| 15 | Colm Cahill | Director of Vocations | There are no responsive text messages pre-petition through September 17, 2021. |
| 16 | Raenell Houston | Superintendent of Catholic Schools | There are no responsive text messages for the period prior to the filing of the bankruptcy, May 1, 2020. We are currently reviewing text messages from May 2, 2020 to September 17, 2021.<br><br>12/14/21 Update: We have reviewed text messages for the period prior to the filing of the bankruptcy on May 1, 2020 through September 17, 2021. There are no responsive text messages. This completes our review of text messages for this custodian. |
| 17 | Alison Guerra | Administrative Assistant for Department of Clergy | The Archdiocese does not control or have access over the cell phone that may have been used by this custodian. Therefore, we were not able to image the text messages for review. |
| 18 | Peter Akpoghiran | Head of Tribunal and Chancellor | We were not able to obtain access to his cell phone until this week. We are currently reviewing these text messages, and any responsive text messages will be produced as soon as possible.<br><br>12/14/21 Update: We have reviewed text messages for the period prior to the filing of the bankruptcy on May 1, 2020 through September 17, 2021. There are no responsive text messages. This completes our review of text messages for this custodian. |
| 19 | Jeffrey Entwisle | CFO | There are no responsive text messages pre-petition through September 17, 2021. |