# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

## STATEMENT PURSUANT TO RULE 2019 OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned counsel, as counsel to the parties designated herein in the above-styled bankruptcy case (the "Bankruptcy Case") of the above-captioned Debtor (the "Debtor"), submits the following Statement (the "Rule 2019 Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").[1]

1. Set forth below is a general preliminary statement of the parties represented by the undersigned counsel in these cases, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties. This Rule 2019 Statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and/or remedies. This Rule Statement may be amended, supplemented or otherwise modified as necessary.

2. The undersigned counsel has been retained to represent the creditors listed below:

---

[1] This Rule 2019 Statement is filed in an abundance of caution. The undersigned counsel submits that this information was previously filed under Docket #37 on May 4, 2020 in the above-captioned case.

| Creditor Represented[2] | Address of Creditor[3] | Economic Interest of Creditor |
|---|---|---|
| James Doe | c/o<br>RICHARD C. TRAHANT<br>Attorney at Law<br>2908 Hessmer Avenue<br>Metairie, Louisiana 70002<br>Telephone: 504-780-9891<br>Fax: 504-780-9891<br>trahant@trahantlawoffice.com | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-01371 in Civil District Court, Parish of Orleans, State of Louisiana. |
| CJ Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2018-12393 in Civil District Court, Parish of Orleans, State of Louisiana. |
| JW Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-03947 in Civil District Court, Parish of Orleans, State of Louisiana. |
| AA Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-06200 in Civil District Court, Parish of Orleans, State of Louisiana. |
| BB Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-10149 in Civil District Court, Parish of Orleans, State of Louisiana. |

---

[2] Except where indicated, the creditors, as victims of sexual assault, are identified as set forth in the underlying litigation, pursuant to La. R.S. 46:1844(w) and other law.

[3] To protect the privacy and confidentiality of the creditors and pursuant to La. R.S. 46:1844(w) and other law, the undersigned counsel submits that the name and address of counsel are sufficient for purposes of Rule 2019. The Debtor received actual notice of the real names of each plaintiff in state court, and the Debtor filed the written notice under seal in each of the cases with removal. The Debtor received actual notice of the real names of each plaintiff in state court, and the Debtor filed the written notice under seal in each of the cases with removal.

| Creditor Represented[2] | Address of Creditor[3] | Economic Interest of Creditor |
|---|---|---|
| Linda Lee Stonebreaker | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-08551 in Civil District Court, Parish of Orleans, State of Louisiana. |
| John Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2018-10864 in Civil District Court, Parish of Orleans, State of Louisiana. |
| Tom Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-08552 in Civil District Court, Parish of Orleans, State of Louisiana. |
| FF Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-11587 in Civil District Court, Parish of Orleans, State of Louisiana. |
| Lon Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-11575 in Civil District Court, Parish of Orleans, State of Louisiana. |
| CC Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2020-02983 in Civil District Court, Parish of Orleans, State of Louisiana. |
| John Roe I | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2018-11369 in Civil District Court, Parish of Orleans, State of Louisiana. |

| Creditor Represented[2] | Address of Creditor[3] | Economic Interest of Creditor |
|---|---|---|
| John Roe II | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-11169 in Civil District Court, Parish of Orleans, State of Louisiana. |
| John Roe III | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-11171 in Civil District Court, Parish of Orleans, State of Louisiana. |
| John Roe IV | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-11173 in Civil District Court, Parish of Orleans, State of Louisiana. |
| Bob Roe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-12224 in Civil District Court, Parish of Orleans, State of Louisiana. |
| Raymond Roe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-12233 in Civil District Court, Parish of Orleans, State of Louisiana. |
| Ed Roe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-12226 in Civil District Court, Parish of Orleans, State of Louisiana. |
| West Roe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-12228 in Civil District Court, Parish of Orleans, State of Louisiana. |

| Creditor Represented[2] | Address of Creditor[3] | Economic Interest of Creditor |
|---|---|---|
| Jeff Roe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2019-12237 in Civil District Court, Parish of Orleans, State of Louisiana. |
| Brad Roe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2020-3463 in Civil District Court, Parish of Orleans, State of Louisiana. |

3. In addition to the above claimants, undersigned represents 61 additional claimants who have filed Sexual Abuse Survivor Claims into this bankruptcy.

4. The foregoing have retained the undersigned counsel as their legal counsel with respect to matters arising in the Bankruptcy Case and for purposes of asserting claims and protecting other rights against the Debtor.

I, Richard C. Trahant, by executing this statement below, based upon the information provided to me after inquiry, believe that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Respectfully submitted:

  /s Richard C. Trahant
**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

**AND**

**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Office: 504-581-4892
Fax: 504-561-6024
Email: SGISLESON@hhklawfirm.com
Email: JCAIN@hhklawfirm.com

AND

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN~DENENEA, L.L.C.**
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 25th day of February, 2022.

S/Richard C. Trahant