**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | CHAPTER 11 |
| THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | SECTION A |
| | § | |
| DEBTOR.[1] | | |

**JOINT STIPULATION AND AGREED ORDER**
**CONCERNING R.H.'S MOTION FOR LEAVE TO**
**FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

This matter came to be considered on *R.H.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim* (the "Motion for Leave"), [ECF Doc. 1323], and the *Joint Stipulation and Agreed Order Concerning R.H.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* (the "Joint Stipulation"), [ECF Doc. 1338], filed by The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "Debtor" or "Archdiocese") and R.H. (together, the "Parties"). Having reviewed the Motion for Leave and the Joint Stipulation and finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) entry of the Joint Stipulation is in the best interests of the Debtor, its estate, and creditors; and after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines that the Joint Stipulation should be **GRANTED**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

A.  On May 1, 2020, the Archdiocese filed a voluntary petition for relief under the Bankruptcy Code, commencing the above-captioned chapter 11 case (this "Chapter 11 Case").

B.  Under the *Order Fixing Time for Filing Proofs of Claims; Approving Proof of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice*, [ECF Doc. 461], the Court set March 1, 2021, at 5:00 p.m. as the deadline for filing proofs of claim predicated on allegations of sexual abuse.

C.  On February 22, 2022, R.H. filed his Motion for Leave, wherein he requests that this Court grant him "leave to file his Sexual Abuse Survivor Proof of Claim with Donlin Recano & Company, Inc. beyond the March 1, 2021 deadline to file claims." [ECF Doc. 1323].

D.  The Parties have agreed to consensually resolve the Motion for Leave pursuant to certain stipulated terms.

**IT IS HEREBY ORDERED** that:

1.  R.H. may file a Sexual Abuse Survivor Proof of Claim, but the Archdiocese and all parties in interest maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed.

2.  R.H. reserves his right to argue any defense to any objection, including, but not limited to, that the claim is allowable due to the concept of excusable neglect.

3.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Joint Stipulation.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 7, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE