**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor**.[1] | § | |
| | § | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of March, 2022, DRC, acting under my supervision, caused true and accurate copies of the *Joint Stipulation and Agreed Order Concerning R.H.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* (Docket No. 1340), to be served upon the parties who will not receive notice through the Court's CM/ECF System via electronic mail upon the parties as set forth on Exhibit 1; and via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 7th day of March, 2022, Brooklyn, New York.

By _____
Roderick Wong

Sworn before me this
7th day of March, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Page # : 1 of 1                                                                                          03/07/2022 03:04:37 PM

000051P002-1435S-179
AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087
MPSWEB@AMERIGROUP.COM

000119P001-1435S-179
BROWN RICE MARKETING LLC
MARK W BROWN
476 MATAIRIE ROAD STE 202
METAIRIE LA 70005
MARK@BROWNRICEMARKETING.COM

000117P001-1435S-179
CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123
NEUVILLE@CDHNO.COM

000097P002-1435S-179
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364
DBALDONE@HOTMAIL.COM

000086P001-1435S-179
DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-179
ENTERGY
SEAN D MOORE  ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113
SMOORE6@entergy.com

001116P001-1435S-179
FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433
JNOEL@FBTONLINE.COM

000044P002-1435S-179
GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008
ERIC_PEARSON@AJG.COM

000083P001-1435S-179
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119
SALES@HAHN-ENTERPRISES.COM

000124P002-1435S-179
JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440
JUDGE@HOGANMEDIATION.NET

000045P002-1435S-179
LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118
JENNIFER.SARPALIUS@LCMCHEALTH.ORG

000052P002-1435S-179
LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808
LUBAACCOUNTING@LUBAWC.COM

000109P001-1435S-179
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
RBERAN@MCCARTER.COM

000109P001-1435S-179
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
JKELLY@MCCARTER.COM

000050P002-1435S-179
MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT NJ 07901
THEDING@MEITLER.COM

000120P001-1435S-179
METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124
HGORMAN@METROSTUDIO.NET

000095P001-1435S-179
PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067
JSTANG@PSZJLAW.COM

000110P001-1435S-179
RUSSELL POTTHARST
411 W 5TH ST APT 510
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000102P001-1435S-179
TMI TRUST COMPANY
KEVIN M DOBRAVA
1100 ABERNATHY RD.,STE 480
ATLANTA GA 30328
KDOBRAVA@TMICO.COM

000064P001-1435S-179
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-179
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed :  21

**EXHIBIT 2**

The Roman Catholic Church of the Archdiocese of New Orleans
Exhibit Pages

---

000049P002-1435S-179
ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

000084P001-1435S-179
ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

000055P002-1435S-179
BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

000087P002-1435S-179
BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

000023P001-1435S-179
CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

000057P002-1435S-179
CORASS ELECTRICAL SVC
EDWARD CORASS III
1411 27TH ST
KENNER LA 70062

000026P001-1435S-179
DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

000032P001-1435S-179
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

000072P002-1435S-179
GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

000028P002-1435S-179
HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

000029P002-1435S-179
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P001-1435S-179
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

000039P001-1435S-179
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

000009P001-1435S-179
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-179
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P001-1435S-179
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
PHILADELPHIA PA 19104-5016

000012P001-1435S-179
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

000022P001-1435S-179
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

000027P001-1435S-179
KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

000034P001-1435S-179
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

000002P001-1435S-179
LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

000005P001-1435S-179
LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

000018P001-1435S-179
LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

000024P001-1435S-179
LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

000008P001-1435S-179
LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

000040P001-1435S-179
LOUISIANA PUBLIC FACILITIES AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA 70808

000047P001-1435S-179
NAME AND ADDRESS INTENTIONALLY OMITTED

000088P001-1435S-179
NAME AND ADDRESS INTENTIONALLY OMITTED

The Roman Catholic Church of the Archdiocese of New Orleans
Exhibit Pages

Page # : 2 of 2                                                                                           03/07/2022 03:11:56 PM

| | | | |
|---|---|---|---|
| 000036P001-1435S-179<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-179<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | 000046P002-1435S-179<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 | 000096P001-1435S-179<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>150 CALIFORNIA ST.,15TH FL<br>SAN FRANCISCO CA 94111 |
| 000021P001-1435S-179<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | 000025P001-1435S-179<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000013P001-1435S-179<br>US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | 000003P001-1435S-179<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 |
| 000004P002-1435S-179<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | 000035P001-1435S-179<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000019P001-1435S-179<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-179<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 |
| 000006P001-1435S-179<br>US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | 000037P001-1435S-179<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | 000053P003-1435S-179<br>WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>2709 MANLEY AVE<br>METAIRIE LA 70001-5551 | 000085P001-1435S-179<br>WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 |

Records Printed :   **44**