# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.¹** | § | |
| | § | |

**SUMMARY COVER SHEET TO FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | Pachulski Stang Ziehl & Jones LLP | |
| **Applicant's Professional Role in Case** | Co-Counsel to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective May 22, 2020  pursuant to Order dated July 17, 2020 [Docket No. 257] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application (the "Application Period"):** | 11/01/2021 | 02/28/2022 |
| **Time period(s) covered by prior Applications:** | 05/22/2020 10/01/2020 04/01/2021 09/01/2021 | 09/30/2020 03/31/2021 08/31/2021 10/31/2021 |
| **Total amounts awarded in all prior Applications:** | | $1,994,898.00 (fees)  $41,871.95 (expenses)  Total Awarded: $2,036,769.95 |

¹ The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:342926.2 05067/002

| | |
|---|---|
| **Total professional fees requested in this Application:** | $252,922.00[2] |
| **Total professional hours covered by this Application:** | 371.50 |
| **Reimbursable expenses sought in this Application:** | $14,187.54 |

PSZJ professionals who rendered services for the Official Committee of Unsecured Creditors

(the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-

possession (the "Debtor") during this Application Period are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
### NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| James I. Stang | Founding Partner | Member of CA Bar since 1980 | 1983 | $700.00 | 63.50 | $44,450.00 |
| Kenneth H. Brown | Partner | Member of CA Bar since 1981 | 2001 | $700.00 | 7.60 | $5,320.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $700.00 | 192.30 | $134,610.00 |
| Linda F. Cantor | Partner | Member of CA Bar since 1991; Member of IL Bar since 1988 | 1994 | $700.00 | 13.30 | $9,310.00 |
| Iain A. W. Nasatir | Partner | Member of NY Bar since 1983; Member of CA Bar since 1990 | 1999 | $700.00 | 10.20 | $7,140.00 |
| Joshua M. Fried | Partner | Member of CA Bar since 1995; Member of NY Bar since 1999 | 2006 | $700.00 | 8.40 | $5,880.00 |

---

[2] The Firm's reduction in its standard rates resulted in a $197,680.00 reduction in its fees.  Further, the Firm took additional voluntary reductions that totaled $5,600.00, for a total of $203,280.00 in voluntary reductions taken by the Firm.

DOCS_LA:342926.2 05067/002

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Ilan D. Scharf | Partner | Member of New York Bar since 2002 | 2010 | $700.00 | 16.20 | $11,340.00 |
| Victoria A. Newmark | Of Counsel | Member of California Bar since 1996 | N/A | $700.00 | 16.80 | $11,760.00 |
| Gillian N. Brown | Of Counsel | Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | N/A | $700.00 | 8.60 | $6,020.00 |
| Cia H. Mackle | Of Counsel | Member of FL Bar since 2006 | N/A | $700.00 | 4.90 | $3,430.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $460.00 | 23.70 | $10,902.00 |
| Nancy P.F. Lockwood | Paralegal | N/A | N/A | $460.00 | 6.00 | $2,760.00 |
| **Total** | | | | | **371.50** | **$252,922.00** |

DOCS_LA:342926.2 05067/002

## COMPENSATION BY CATEGORY
## NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| AA | Asset Analysis | 67.50 | $47,250.00 |
| BL | Bankruptcy Litigation | 180.40 | $125,320.00 |
| CA | Case Administration | 11.90 | $6,170.00 |
| CO | Claims Administration/Objection | 2.20 | $1,540.00 |
| GC | General Creditors Comm. | 60.90 | $42,630.00 |
| IC | Insurance Coverage | 0.40 | $280.00 |
| PD | Plan & Disclosure Statement | 6.00 | $4,200.00 |
| FE | Fee Application | 36.20 | $21,332.00 |
| ME | Mediation | 6.00 | $4,200.00 |
|  | **TOTAL** | **371.50** | **$252,922.00** |

DOCS_LA:342926.2 05067/002

The total amount of expenses by expense type for PSZJ during the Application Period is listed below.

## EXPENSES BY CATEGORY
## NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

| Expense Category | Amount |
|---|---|
| Outside Services | $4,103.00 |
| Federal Express | $21.77 |
| Conference Call | $44.75 |
| Pacer – Court Research | $39.80 |
| Postage | $1,681.10 |
| Reproduction Expense | $5,357.40 |
| Reproduction/Scan Copy | 100.90 |
| Research – Lexis Nexis | $66.82 |
| Research | $2,772.00 |
| **TOTAL** | **$14,187.54** |

DOCS_LA:342926.2 05067/002

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |

**FIFTH INTERIM APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS**
**CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 14, 2022, AT 1:30 P.M. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), co-counsel for the Official

Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the

Archdiocese of New Orleans (the "Debtor"), hereby submits its *Fifth Interim Application for*

*Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl*

*& Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period From*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

6

*November 1, 2021 Through February 28, 2022* (the "<u>Application</u>").  In support of the Application,

PSZJ respectfully represents as follows:

## I.     <u>INTRODUCTION</u>

In this Application, the Firm seeks interim allowance and payment, to the extent unpaid, of the

amounts set forth below for work performed from November 1, 2021 through February 28, 2022 (the

"<u>Application Period</u>").

| | | REQUESTED | | FEES (AFTER ALL REDUCTIONS) | 80% FEES; 100% EXPENSES | |
|---|---|---|---|---|---|---|
| **Period Covered** | **Fees (at Standard Rates)** | **(Reductions from Standard Rates)** | **(Further Voluntary Reductions)** | **Fees** | **80% Fees** | **100% Expenses** |
| 11/1/2021 – 11/30/2021 | $62,040.50 | $24,184.50 | $1,050.00 | $36,806.00 | $29,444.80 | $8,569.58 |
| 12/1/2021 – 12/31/2021 | $59,951.50 | $24,479.50 | $1,400.00 | $34,072.00 | $27,257.60 | $1,831.92 |
| 1/1/2022 – 1/31/2022 | $138,774.00 | $65,002.00 | $1,260.00 | $73,772.00 | $59,017.60 | $1,984.25 |
| 2/1/2022 – 2/28/2022 *(deadline to object has not yet passed)* | $194,176.00 | $84,014.00 | $1,890.00 | $108,272.00 | $86,617.60 | $1,801.79 |
| **TOTAL** | **$454,942.00** | **$197,680.00** | **$5,600.00** | **$252,922.00** | **$202,337.60** | **$14,187.54** |
| **AMOUNT PAID PURSUANT TO MONTHLY FEE STATEMENTS:** **$67,103.90** **AMOUNT UNPAID AND OWING: $200,005.64** | | | | | | |

DOCS_LA:342926.2 05067/002

## II.       JURISDICTION AND VENUE

1.       The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.       Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Bankruptcy Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases*, and the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines").

## III.       BACKGROUND

**A.       Introduction**

4.       On May 1, 2020, the Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under the Bankruptcy Code.

5.       The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101, *et. seq.*

6.       On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was

8

reconstituted on June 10, 2020 [Docket No. No. 151], and again on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].[2]

7.       On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected PSZJ and Locke Lord LLP to serve as its co-counsel.

**B.       Employment of the PSZJ**

8.       On June 22, 2020, the Committee filed an application to employ the Firm as co-counsel to the Committee [Docket No. 181] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in this chapter 11 case (the "Bankruptcy Case").

9.       On July 17, 2020, this Court entered an order authorizing the employment of the Firm as co-counsel to the Committee [Docket No. 257] (the "Retention Order").

### IV.       WORK PERFORMED AND RESULTS OBTAINED EXTRAORDINARY CIRCUMSTANCES

10.       The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case.  The Firm has attached to this Application (1) a copy of the Firm's November invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on November 1, 2021 through November 30, 2021; (2) a copy of the Firm's December invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on December 1, 2021 through December 31, 2021; (3) a copy of the Firm's January monthly invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on January 1, 2022 through January 31, 2022; and (4) a copy of the Firm's February

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

monthly invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on February 1, 2022 through February 28, 2022.  The Committee and its counsel have undertaken strenuous efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the most favorable resolution to unsecured creditors possible.  The actions undertaken during the Application Period include the following:

**a.     Action to Move Forward Resolution of Claims, 2004 Motion and Document Requests, and Plan Negotiations**

11.     The Committee recognizes that the most likely outcome and resolution of claims in this case will come through a plan of reorganization.  To that end, the Committee has worked to move this process forward, including a comprehensive investigation and analysis of the Debtor's assets, financial circumstances and structure, information regarding underlying claims filed against the Debtor, the Debtor's child protection policies and practices, and the reachable assets of the Debtor's affiliates that may seek a consensual release, all of which are necessary to inform negotiations and mediation concerning potential resolution of claims.

12.     The Committee, together with its counsel, has undertaken significant work in this regard, including without limitation during the Application Period:

- Investigation, including through analysis of information and documents provided and to be provided by the Debtor.  During the Application Period, the Committee continued to pursue its motion to compel production of the documents pursuant to Bankruptcy Rule 2004 (the "<u>Rule 2004 Motion</u>"), including efforts to negotiate with and press the Debtor for documents, and hearings on the motion to compel.  The Committee also continued to pursue documents from and negotiate with counsel regarding its information requests to the more than 180 affiliates of the Debtor.  The Committee also continued its discussions with the Debtor regarding the valuation of the Debtor's extensive property holdings and the retention of experts to conduct the valuations.

- Analysis and review of non-abuse and abuse claims.

10

- Analysis of the Debtor's assets, including real and personal property and affirmative claims and tolling issues related thereto

- Analysis of potential claims against the Debtor relating to pension obligations

- Analysis and review of documents relating to the Debtor's child protection policies and practices

- Work with the Debtor to finalize agreement regarding the mediation process and a motion for approval thereof.

- Review and investigation of potential plan structuring and terms including financial and non-monetary terms

**V.      NATURE AND EXTENT OF LEGAL SERVICES PROVIDED**

13.     On December 20, 2021, PSZJ submitted its November fee statement (the "November Monthly Fee Statement") covering the period November 1, 2021 through November 30, 2021.  PSZJ incurred fees at its standard rates of $62,040.50.  After the reduction due to reduced rates of $24,184.50 and additional fee write-offs of $1,050.00, PSZJ's total fees for the November Monthly Fee Statement are in the amount of $36,806.00.  Thus, in its November Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $36,806.00 and further requested payment of 80% of such reduced fees in the amount of $29,444.80 and 100% of expenses in the amount of $8,569.58 for a total amount of $38,014.38.  Attached hereto as **Exhibit A** is a true and correct copy of the November Monthly Fee Statement.

14.     On January 28, 2022, PSZJ submitted its December fee statement (the "December Monthly Fee Statement") covering the period December 1, 2021 through December 31, 2021.  PSZJ incurred fees at its standard rates of $59,951.50.  After the reduction due to reduced rates of $24,479.50 and additional fee write-offs of $1,400.00, PSZJ's total fees for the December Monthly Fee Statement are in the amount of $34,072.00.  Thus, in its December Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $34,072.00 and further requested payment of 80% of such reduced fees in the amount of $27,257.60 and 100% of expenses

11

in the amount of $1,831.92 for a total amount of $29,089.52.  Attached hereto as **Exhibit B** is a true and correct copy of the December Monthly Fee Statement.

15.     On February 28, 2022, PSZJ submitted its January fee statement (the "January Monthly Fee Statement") covering the period January 1, 2022 through January 31, 2022.  PSZJ incurred fees at its standard rates of $138,774.00.  After the reduction due to reduced rates of $65,002.00 and additional fee write-offs of $1,260.00, PSZJ's total fees for the January Monthly Fee Statement are in the amount of $73,772.00.  Thus, in its January Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $73,772.00 and further requested payment of 80% of such reduced fees in the amount of $59,017.60 and 100% of expenses in the amount of $1,984.25 for a total amount of $61,001.85.  Attached hereto as **Exhibit C** is a true and correct copy of the January Monthly Fee Statement.

16.     On March 18, 2022, PSZJ submitted its February fee statement (the "February Monthly Fee Statement") covering the period February 1, 2022 through February 28, 2022.  PSZJ incurred fees at its standard rates of $194,176.00.  After the reduction due to reduced rates of $84,014.00 and additional fee write-offs of $1,890.00, PSZJ's total fees for the February Monthly Fee Statement are in the amount of $108,272.00.  Thus, in its February Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $108,272.00 and further requested payment of 80% of such reduced fees in the amount of $86,617.60 and 100% of expenses in the amount of $1,801.79 for a total amount of $88,419.39.  Attached hereto as **Exhibit D** is a true and correct copy of the February Monthly Fee Statement.

17.     PSZJ seeks interim allowance of fees for professional services rendered during the Application Period in the amount of $252,922.00 and reimbursement of actual and necessary expenses incurred during the Application Period in the amount of $14,187.54 for a total allowance of

$267,109.54, and requests payment of such fees and costs to the extent unpaid.  During the

Application Period, PSZJ's attorneys and paraprofessionals expended a total of 371.50 hours for

which compensation is requested.

18.     The fees charged by PSZJ in these cases are billed in accordance with its billing rates

and procedures set forth in the Retention Application.

19.     The standard hourly rates for the PSZJ attorneys working on this matter range from

$995 to $1,525 per hour for partners, and $875 to $1,125 per hour for of counsel.  The standard

hourly rate for paraprofessionals working on this matter is $495 per hour.  Such fees are reasonable

based on the customary compensation charged by comparably skilled practitioners in comparable

non-bankruptcy cases in a competitive national legal market.  However, as noted above, the Firm

agreed to a maximum hourly rate of $700 per attorney in this case.

20.     Pursuant to the UST Guidelines, attached hereto as **Exhibit E** is a summary setting

forth all professionals and paraprofessionals employed by PSZJ who have performed services in this

Chapter 11 Case during the Application Period, the capacities in which each such individual is

employed by PSZJ, the hourly billing rate charged by PSZJ for services performed by such

individual, and the aggregate number of hours expended and fees billed.

## V.      SUMMARY OF LEGAL SERVICES RENDERED BY CATEGORY

21.     The services rendered by PSZJ during the Application Period can be grouped into the

categories set forth below.  PSZJ attempted to place the services provided in the category that best

relates to such services.  However, because certain services may relate to one or more categories,

services pertaining to one category may in fact be included in another category.  These services

performed, by categories, are generally described below; with a more detailed identification of the

actual services provided set forth on the attached Invoices, which identify the attorneys and

DOCS_LA:342926.2 05067/002

13

paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A.      **Asset Analysis**

22.      Time billed to this category includes, among other things: (1) attending to discovery issues regarding Debtor affiliates; (2) reviewing sale procedures motion; (3) addressing real estate issues; (4) conferring with Rock Creek and BRG regarding pension issues; (5) working on insurance slotting issues; (6) conferring with Committee regarding mediation; (7) addressing litigation issues to recover estate assets; (8) preparing a benefit termination motion and addressing issues regarding termination of benefits; (9) reviewing documents compiled by BRG for Rock Creek's analysis; (10) addressing pooled investment account issues; (11) addressing priest pension plan issues; (12) reviewing claims analysis; (13) addressing issues concerning a motion to compel; and (14) researching and addressing plan issues.

23.      The Firm expended 67.50 hours of professional time on services in this category.  The Firm's professional fees in this category total $47,250.00.

B.      **Bankruptcy Litigation**

24.      Time billed to this category related to work regarding motions, adversary proceedings and other litigation matters in the Bankruptcy Court.  During the Application Period, the Firm, among other things: (1) continued to pursue its motion to compel production of the documents in the Rule 2004 Motion, including efforts to negotiate with and obtain documents from the Debtor, and hearings on the motion to compel; (2) pursued and negotiated with counsel regarding its document and information requests to more than 180 of the Debtor's affiliates; (3) addressed issues relating th the Debtor's extensive property holdings and analysis; (4) researched and drafted pleadings and potential actions regarding the Debtor's child protection practices; and (5) participated in discussions

14

with the Debtor and other parties regarding, and the drafting of discovery and other pleadings in connection with the Debtor's sealed motion as to protective orders and related hearings.

25.     The Firm expended 180.40 hours of professional time on services in this category. The Firm's professional fees in this category total $125,320.00.

**C.     Case Administration**

26.     This category includes work related to administering the cases in an efficient manner. During the Application Period, the Firm, among other things:  (1) updated critical dates and deadline memorandum; (2) conferred with co-counsel regarding creditor claims; (3) conferred with Committee regarding mediation; (4) reviewed and responded to emails regarding revisions to Donlin website to feature Committee list of accused clergy and draft alternate language; and (5) attended to calendaring matters.

27.     The Firm expended 11.90 hours of professional time on services in this category.  The Firm's professional fees in this category total $6,170.00.

**D.     Claims Administration/Objection**

28.     Time spent in this category during the Application Period was minimal and included (1) reviewing pleadings regarding mediation appointment and pending matters and follow-up with creditor regarding the same; (2) conferring with Debtor's counsel and Committee co-counsel regarding claims summary motion; (3) conferring with BRG regarding pension plan documents; and (4) addressing issues regarding claims access.

29.     The Firm expended 2.20 hours of professional time on services in this category.  The Firm's professional fees in this category total $1,540.00.

E.      **Fee/Employment Application**

30.      This category includes work related to professional fee applications issues.  During the Application Period, the Firm, among other things:  (1) prepared the Firm's October, November, December, and January fee statements; (2) reviewed BRG's monthly fee statements and conferred with BRG regarding the same; (3) prepared PSZJ's fourth quarterly fee application and related pleadings; (4) prepared notices regarding the Firm's fourth and BRG's second quarterly fee applications; (5) reviewed and resolved objections to Committee professionals' fee applications; and (6) reviewed fee orders.

31.      The Firm expended 36.20 hours of professional time on services in this category.  The Firm's professional fees in this category total $21,332.00.

F.      **General Creditors Committee**

32.      This category includes work related to general Committee issues.  During the Application Period, the Firm, among other things:  (1) attended Committee call regarding appeal of dismissal order, mediation, late filed claims, and discovery; (2) conferred with state court counsel and attended meetings regarding mediation, abuse prevention, sealed hearing issues, discovery, and other litigation issues; (3) prepared meeting agendas and attended Committee meetings regarding the same; (4) conferred with Debtor's counsel and other parties regarding case issues; (5) attended weekly counsel calls; (6) conferred with Committee regarding motion to compel and discovery and litigation matters; (7) reviewed a parish services agreement; and (8) addressed issues concerning avoidance actions and estate property litigation.

33.      The Firm expended 60.90 hours of professional time on services in this category.  The Firm's professional fees in this category total $42,630.00.

16

G.     **Insurance Coverage**

34.     This category includes work related to insurance issues.  Time spent in this category during the Application Period was minimal regarding certain insurance coverage issues.

35.     The Firm expended 0.40 hours of professional time on services in this category.  The Firm's professional fees in this category total $280.00.

H.     **Plan and Disclosure Statement**

36.     This category includes work relating primarily to third-party plan release issues under applicable law.  During the Application Period, the Firm:  (1) reviewed the Child USA survey/analysis; (2) conferred regarding insurance chart and mediation issues; (3) reviewed summary of Fifth Circuit authority on non-consensual third party releases and conferred regarding the same; (4) conferred regarding D&O insurance and third party releases; and (5) analyzed BRG's issues relating to pooled investment portfolios.

37.     The Firm expended 6.00 hours of professional time on services in this category. The Firm's professional fees in this category total $4,200.00.

I.     **Mediation**

38.     This category includes work related to mediation issues.  During the Application Period, the Firm: (1) conferred with Committee co-counsel regarding plan confirmation issues and mediation strategy, and reviewed emails regarding the same; and (2) conferred with mediator and Committee co-counsel regarding initial mediator meeting.

39.     The Firm expended 6.00 hours of professional time on services in this category. The Firm's professional fees in this category total $4,200.00.

## VI.     ACTUAL AND NECESSARY EXPENSES INCURRED BY PSZJ

40.     As summarized below, PSZJ has incurred a total of $14,187.54 in expenses on behalf of the Committee during the Application Period.  PSZJ customarily charges $0.10 per page for

photocopying expenses. PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis.

41.     PSZJ charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZJ does not charge the Committee for the receipt of faxes in this case.

42.     With respect to providers of on-line legal research services (*e.g.*, LEXIS and Westlaw), PSZJ charges the standard usage rates these providers charge for computerized legal research. PSZJ bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client.

43.     PSZJ believes that the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

44.     The Firm's specific expenses are outlined below:

| Expense Category | Amount |
| --- | --- |
| Outside Services | $4,103.00 |
| Federal Express | $21.77 |
| Conference Call | $44.75 |
| Pacer – Court Research | $39.80 |

DOCS_LA:342926.2 05067/002

| Postage | $1,681.10 |
|---|---|
| Reproduction Expense | $5,357.40 |
| Reproduction/Scan Copy | 100.90 |
| Research – Lexis Nexis | $66.82 |
| Research | $2,772.00 |
| **TOTAL** | **$14,187.54** |

45.     The Firm requests that the Court grant it reimbursement for $14,187.54 in

reimbursable expenses it incurred on the Committee's behalf during the Application Period.

## VII.     <u>VOLUNTARY REDUCTIONS</u>

46.     For purposes of this Application, the Firm made certain voluntary reductions from the

award sought as explained above.  The Firm's reduction in its standard rates resulted in a

$197,680.00 reduction in its fees.  Further, the Firm took additional voluntary reductions that totaled

$5,600.00, for a total of $203,280.00 in voluntary reductions taken by the Firm.  The Firm believes

that these reductions are appropriate and reasonable.

## VIII.     **STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

47.     As more fully described in the Retention Application, the Committee agreed to retain

the Firm as their counsel and to compensate the Firm on an hourly basis in accordance with the

Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm

incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and

reimbursement for expenses incurred, are subject to this Court's approval in accordance with the

Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy

Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm

for any services rendered, or reimburse it for expenses incurred, in connection with this case except

as this Court may approve.

48.     No agreement or understanding exists between the Firm and any other entity for the

sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in,

or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may

receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that

the Firm will share any compensation or reimbursement it receives in connection with this

Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally

disclosed in the Retention Application).

### IX.     THE REQUESTED COMPENSATION SHOULD BE ALLOWED

49.     Section 330 provides that a court may award a professional employed under 11 U.S.C

§ 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for

actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1).  Section 330 also sets forth the

criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court
> should consider the nature, the extent, and the value of such services, taking into
> account all relevant factors, including—
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at
> the time at which the service was rendered toward the completion of, a case
> under this title;
>
> (D)     whether the services were performed within a reasonable amount of time
> commensurate with the complexity, importance, and nature of the problem,
> issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or
> otherwise has demonstrated skill and experience in the bankruptcy field; and

20

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

50.     Here, PSZJ respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, believed to be necessary for, beneficial to, and in the best interests of, the Committee.  The services rendered by PSZJ were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.

51.     PSZJ has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, PSZJ respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

52.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)  After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

21

(B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

53.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

54.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[3]  Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

**The Time and Labor Required**

55.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 371.50 hours during the Application Period for a total fee of $252,922.00.[4]  Taking into account the Firms' voluntary reductions, the blended hourly rate is therefore $635.76/hour.  The names of the professionals who worked on this case during the Application Period appear in the Invoices and on the cover sheet attached to this Application.  The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

56.     This Bankruptcy Case presents many novel and difficult questions.  Addressing these questions have necessitated considerable legal expertise.  In light of these considerations and the Firm's expertise in these matters, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

**The Skill Required to Perform the Services**

57.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues.  The Firm has considerable experience in complex bankruptcy matters.  Further, the Firm has represented numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its

---

[4] This takes into account the Firm's voluntary reductions.

DOCS_LA:342926.2 05067/002

sub-entities, and of the nature of its assets.  The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate attorney or staff person for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

**Preclusion of Other Employment Due to Acceptance of the Case**

58.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case.

**The Customary Fee**

59.     The Firm computed the amount of compensation it seeks in this Application according to the rates the Firm previously disclosed in the Retention Application.  The Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation.  The rates charged for the Firm's legal services in this case are comparable to other similar-situated firms. These rates also reflect substantial voluntary reductions of $203,280.00, which are a product of the voluntary reductions discussed above.  Thus, the blended hourly rate on this matter of $635.76 /hour is reasonable and reflects market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity.  Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

60.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly

rates (as capped pursuant to the Retention Order) and subject in all respects to this Court's approval.

The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

61.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case.

Matters often arose throughout the Application Period that required the Firm's immediate attention.

Again, the exigent nature of these matters demanded that the Firm's professionals respond on very

short notice to complicated and developing events as they unfolded.  This imposed serious time

demands on the Firm's personnel and required them to devote considerable legal resources to these

matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee

award requested.

**The Amount Involved and the Results Obtained**

62.     The Invoices summarize the individual tasks that Firm personnel performed during

the Application Period as well as the amounts charged for those tasks performed on behalf of the

Committee.  The total fees the Firm seeks to approve in this Application are $252,922.00.  This

figure is commensurate with the Firm's achievements.  This *Johnson* Factor supports the fee award

requested.

**The Experience, Reputation, and Ability of the Attorneys**

63.     The Firm's attorneys have significant experience in bankruptcy and other areas of the

law, possess a high level of expertise, and have an excellent reputation in the business and legal

communities.  In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases

throughout the United States and have provided services to secured creditors, unsecured creditors,

creditors' committees, and debtors-in-possession. The quality of the Firm's services is consistently high. In addition, the Firm's attorneys also speak and write on various legal topics throughout the country. As mentioned, the Firm has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of the Firm's attorneys working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

64.     From the Firm's perspective, serving as counsel to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any law firm deciding to represent the Committee could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

65.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began. However, members of the Firm have worked in similar matters, including coordinating issues with State Court counsel, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

66.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

26

67.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

68.     It is possible that some professional time expended or expenses incurred by PSZJ are not reflected in this Application.  PSZJ reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.     NO PRIOR REQUEST

69.     No prior application for the relief requested herein has been made to this or any other court.

## XII.     CONCLUSION

WHEREFORE, PSZJ respectfully requests that this Court enter an order (i) awarding PSZJ

an interim allowance of fees for the Application Period in the amount of $252,922.00; (ii) awarding

PSZJ reimbursement for actual and necessary expenses incurred in the amount of $14,187.54;

(iii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously

submitted; and (iv) granting such other or additional relief as is just and proper.

Dated:  March 24, 2022                                  Respectfully submitted,

                                                        By: /s/ Linda F. Cantor
                                                        James I. Stang (CA Bar No. 94435)
                                                        Linda F. Cantor (CA Bar No. 153762)
                                                        Pachulski Stang Ziehl & Jones LLP
                                                        10100 Santa Monica Blvd., Suite 1300
                                                        Los Angeles, CA  90067
                                                        Telephone:  (310) 277-6910
                                                        Facsimile:  (310) 201-0760
                                                        Email: jstang@pszjlaw.com
                                                               lcantor@pszjlaw.com

                                                        Co-Counsel to the Official Committee of Unsecured
                                                        Creditors

# EXHIBIT A

**Monthly Fee Statement**
**November 2021**

DOCS_LA:342926.2 05067/002

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: January 3, 2022 |

## MONTHLY FEE AND EXPENSE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2021 through November 30, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, PSZJ has received fees and expenses totaling $1,948,269.96.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2021 to November 30, 2021 | |
|---|---|
| Fees (at standard rates): | $62,040.50 |
| Reduction due to reduced rates[2]: | ($24,184.50) |
| Reduction due to fee write-offs: | ($1,050.00) |
| Fees (After reductions): | $36,806.00 |
| Expenses: | $8,569.58 |
| **Total** | **$45,375.58** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($750); G. Brown ($850); J. Fried ($1,050); I. Nasatir ($1,145); A. Caine ($1,245); L. Cantor ($1,245); and J. Stang ($1,345).

2

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

10.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 3, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $38,014.38, which consists of (a) eighty percent (80%) of PSZJ's total fees of $36,806.00 for the Statement Period in the amount of $29,444.80, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $8,569.58.

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

3

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  December 20, 2021                     Respectfully submitted,

                                              *By: /s/ Linda Cantor*_____
                                              James I. Stang (CA Bar No. 94435)
                                              Linda F. Cantor (CA Bar No.153762)
                                              Pachulski Stang Ziehl & Jones LLP 10100
                                              Santa Monica Blvd., Suite 1300
                                              Los Angeles, CA 90067
                                              Telephone: (310)-277-6910
                                              Facsimile: (310)-201-0760
                                              Email:  jstang@pszjlaw.com
                                                      lcantor@pszjlaw.com

                                              *Co-Counsel to the Official Committee of Unsecured*
                                              *Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis | 1.40 | $980.00 |
| BL | Bankruptcy Litigation | 19.00 | $13,300.00 |
| CA | Case Administration | 4.10 | $2,222.00 |
| CO | Claims Administration/Objections | 2.20 | $1,540.00 |
| FE | Fee/Employment Application | 15.80 | $8,684.00 |
| GC | General Creditors Comm. | 13.20 | $9,240.00 |
| IC | Insurance Coverage | 0.40 | $280.00 |
| ME | Mediation | 0.80 | $560.00 |
| | | **56.90** | **$36,806.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 700.00 | 12.40 | $8,680.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 22.90 | $16,030.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 4.40 | $3,080.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.40 | $280.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 3.00 | $2,100.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.20 | $140.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 1.00 | $700.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 9.90 | $4,554.00 |
| NPL | Lockwood, Nancy P. | Paralegal | 460.00 | 2.70 | $1,242.00 |
|  |  |  |  | **56.90** | **$36,806.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Description | Amount |
|---|---|
| Outside Services | $1,617.00 |
| Pacer-Court Research | $13.60 |
| Postage | $1,620.68 |
| Reproduction Expense | $5,266.20 |
| Reproduction/Scan Copy | $52.10 |
| | **$8,569.58** |

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

November 30, 2021
Invoice   129035
Client     05067
Matter     00002
**JIS**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2021

| | |
|---|---|
| FEES | $36,806.00 |
| EXPENSES | $8,569.58 |
| **TOTAL CURRENT CHARGES** | **$45,375.58** |
| **BALANCE FORWARD** | **$88,499.99** |
| **TOTAL BALANCE DUE** | **$133,875.57** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     2
Invoice 129035
November 30, 2021

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 22.90 | $16,030.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 9.90 | $4,554.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 1.00 | $700.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.20 | $140.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.40 | $280.00 |
| JIS | Stang, James I. | Partner | 700.00 | 12.40 | $8,680.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 3.00 | $2,100.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 4.40 | $3,080.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 2.70 | $1,242.00 |
| | | | | 56.90 | $36,806.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:     3
Invoice 129035
November 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.40 | $980.00 |
| BL | Bankruptcy Litigation [L430] | 19.00 | $13,300.00 |
| CA | Case Administration [B110] | 4.10 | $2,222.00 |
| CO | Claims Admin/Objections[B310] | 2.20 | $1,540.00 |
| FE | Fee/Employment Application | 15.80 | $8,684.00 |
| GC | General Creditors Comm. [B150] | 13.20 | $9,240.00 |
| IC | Insurance Coverage | 0.40 | $280.00 |
| ME | Mediation | 0.80 | $560.00 |
| | | 56.90 | $36,806.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    4
Invoice 129035
November 30, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Outside Services | $1,617.00 |
| Pacer - Court Research | $13.60 |
| Postage [E108] | $1,620.68 |
| Reproduction Expense [E101] | $5,266.20 |
| Reproduction/ Scan Copy | $52.10 |
| | $8,569.58 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     5

Invoice 129035

November 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 11/04/2021 | JIS | AA | Attend discovery call with BRG re affiliates. | 1.20 | 700.00 | $840.00 |
| 11/22/2021 | JIS | AA | Call A. Caine regarding status of discovery against AD and affiliates. | 0.20 | 700.00 | $140.00 |
| | | | | **1.40** | | **$980.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/02/2021 | CHM | BL | Upload documents to Everlaw and review same. | 0.30 | 700.00 | $210.00 |
| 10/07/2021 | CHM | BL | Review email from J. Quin and reply. | 0.10 | 700.00 | $70.00 |
| 10/21/2021 | CHM | BL | Review email from A. Caine and reply; review documents for addition to Everlaw. | 0.30 | 700.00 | $210.00 |
| 10/29/2021 | CHM | BL | Review documents and inquire re missing link. | 0.30 | 700.00 | $210.00 |
| 11/01/2021 | AWC | BL | Emails with Locke regarding Catholic Mutual 2004 motion/hearing and review proposed order (.40); emails with Catholic Mutual counsel thereon (.10); emails with JW regarding discovery issues (.20); review revised submission regarding post-petition discovery and emails with Locke thereon (.50); emails with client regarding discovery (.20). | 1.40 | 700.00 | $980.00 |
| 11/02/2021 | AWC | BL | Emails with Locke and Catholic Mutual counsel regarding order on 2004 motion (.20); skim transcript of discovery hearing (.40); emails with Locke regarding submission re post-petition discovery (.20). | 0.80 | 700.00 | $560.00 |
| 11/03/2021 | AWC | BL | Review correspondence and production spreadsheets to prepare for and draft email to JW re issues (.60); emails with client regarding discovery issues and read underlying documents (.60). | 1.20 | 700.00 | $840.00 |
| 11/04/2021 | AWC | BL | Call with Locke, team and BRG regarding affiliate discovery/strategy (1.10); emails with client regarding discovery issues/missing documents (.60). | 1.50 | 700.00 | $1,050.00 |
| 11/05/2021 | AWC | BL | Emails with JW regarding discovery issues/timing of production (.30); emails with client regarding discovery issues (.20). | 0.50 | 700.00 | $350.00 |
| 11/05/2021 | JIS | BL | Call with J. Adams re motion to dismiss appeal. | 0.50 | 700.00 | $350.00 |
| 11/08/2021 | AWC | BL | Review email correspondence with JW regarding discovery matters/issues. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:       6
Invoice 129035
November 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2021 | AWC | BL | Emails with client and Locke regarding resources/discovery/strategy. | 0.40 | 700.00 | $280.00 |
| 11/10/2021 | AWC | BL | Emails with client regarding discovery, case issues and read related court rulings (.70); emails with JW and review prior emails regarding discovery issues (.20). | 0.90 | 700.00 | $630.00 |
| 11/11/2021 | AWC | BL | Emails with Locke and BRG regarding unfunded obligations/financials (.40); emails with JW regarding unfunded obligations/document requests (.30); emails with client and JW regarding state court documents (.40). | 1.10 | 700.00 | $770.00 |
| 11/13/2021 | GNB | BL | Segregate documents in Everlaw and email Paul N. Shields regarding same. | 0.10 | 700.00 | $70.00 |
| 11/15/2021 | AWC | BL | Emails with Locke regarding discovery/hearing, review correspondence and prepare updated production chart (.90); read newly produced documents and emails with BRG thereon (.40). | 1.30 | 700.00 | $910.00 |
| 11/16/2021 | AWC | BL | Emails with Locke regarding updated production chart/strategy (.30); emails with client regarding documents/public information and read underlying information (.40). | 0.70 | 700.00 | $490.00 |
| 11/17/2021 | AWC | BL | Review and revise pleading for production update and emails with Locke thereon (.40); read entered order on claims motion (.10); emails with JW regarding hearing (.10); read debtor's production status report (.20); emails with JW regarding additional production/status and skim production (.90); emails with client regarding production status (.20); review materials to prepare for hearing on motion to compel (.50). | 2.40 | 700.00 | $1,680.00 |
| 11/18/2021 | AWC | BL | Review charts to prepare for and further status conference on motion to compel (.50); read documents recently produced by debtor (1.10). | 1.60 | 700.00 | $1,120.00 |
| 11/19/2021 | AWC | BL | Review produced documents. | 1.90 | 700.00 | $1,330.00 |
| 11/22/2021 | AWC | BL | Call with James I. Stang and emails with Locke regarding discovery issues/strategy (.2); review correspondence regarding discovery and JW production summaries (.5). | 0.70 | 700.00 | $490.00 |
| 11/29/2021 | AWC | BL | Emails with JW regarding discovery issues. | 0.20 | 700.00 | $140.00 |
| 11/30/2021 | AWC | BL | Emails with client and Locke regarding discovery/case issues. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:   7
Invoice 129035
November 30, 2021

| | | | | 19.00 | | $13,300.00 |
|---|---|---|---|---|---|---|

## Case Administration [B110]

| 11/01/2021 | LFC | CA | Review pending matters in response to creditors' inquiries | 0.50 | 700.00 | $350.00 |
|---|---|---|---|---|---|---|
| 11/05/2021 | NPL | CA | Update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 11/08/2021 | LFC | CA | Review Archdiocese revised list of "Listed Clergy" and emails to debtor's counsel  and to Rust Omni, website host, regarding same. | 0.40 | 700.00 | $280.00 |
| 11/10/2021 | NPL | CA | Update critical date memorandum. | 0.50 | 460.00 | $230.00 |
| 11/18/2021 | NPL | CA | Email communications with B. Anavim regarding outstanding dates and deadlines. | 0.20 | 460.00 | $92.00 |
| 11/19/2021 | NPL | CA | Update critical date memorandum. | 0.60 | 460.00 | $276.00 |
| 11/23/2021 | NPL | CA | Update critical date memorandum. | 0.60 | 460.00 | $276.00 |
| 11/30/2021 | AWC | CA | Emails with client and counsel regarding mediation (.30); call with claimant counsel regarding case issues (.20). | 0.50 | 700.00 | $350.00 |
| | | | | 4.10 | | $2,222.00 |

## Claims Admin/Objections[B310]

| 11/02/2021 | LFC | CO | Review pleadings regarding mediation appointment and pending matters (.4) and telephone call (.3) and follow-up with creditor regarding same (.2) | 0.90 | 700.00 | $630.00 |
|---|---|---|---|---|---|---|
| 11/12/2021 | AWC | CO | Emails with Locke, JW and client regarding claims summary motion/issues (.40); emails with BRG and team regarding pension plan documents (.20). | 0.60 | 700.00 | $420.00 |
| 11/12/2021 | JIS | CO | Call with Brad Knapp regarding claims access. | 0.70 | 700.00 | $490.00 |
| | | | | 2.20 | | $1,540.00 |

## Fee/Employment Application

| 11/01/2021 | LFC | FE | Review fee orders and payments made and draft letters outlining outstanding fees and expenses and requesting payment thereof | 0.70 | 700.00 | $490.00 |
|---|---|---|---|---|---|---|
| 11/04/2021 | BDD | FE | Email J. Fried re BRG monthly fee statements/quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/06/2021 | BDD | FE | Email V. Arias re PSZJ fee app payment | 0.10 | 460.00 | $46.00 |
| 11/08/2021 | LFC | FE | Review court pleadings and letter requests and email | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      8

Archdiocese of New Orleans OCC

Invoice 129035

05067    -00002

November 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | correspondence with Shannon Wheatman re Kinsella fee order |  |  |  |
| 11/10/2021 | LFC | FE | Review BRG invoices and prior application | 0.30 | 700.00 | $210.00 |
| 11/10/2021 | LFC | FE | Confer with Josh Friedman and Beth Dassa regarding professional compensation matters | 0.20 | 700.00 | $140.00 |
| 11/10/2021 | BDD | FE | Email L. Cantor re BRG April-August 2021 fee statements | 0.10 | 460.00 | $46.00 |
| 11/10/2021 | BDD | FE | Email M. Haverkamp re April - Aug 2021 fee statements | 0.10 | 460.00 | $46.00 |
| 11/15/2021 | BDD | FE | Email J. Fried re PSZJ Oct. fee statement | 0.10 | 460.00 | $46.00 |
| 11/16/2021 | BDD | FE | Prepare Oct. monthly fee application and email L. Cantor and J. Fried re same | 0.70 | 460.00 | $322.00 |
| 11/17/2021 | JMF | FE | Review October fee statement. | 0.50 | 700.00 | $350.00 |
| 11/17/2021 | BDD | FE | Email J. Fried re PSZJ payments to date | 0.10 | 460.00 | $46.00 |
| 11/18/2021 | BDD | FE | Email L. Cantor re PSZJ Oct. fee statement | 0.10 | 460.00 | $46.00 |
| 11/22/2021 | AWC | FE | Review and revise portion of fee application regarding discovery/investigation. | 0.30 | 700.00 | $210.00 |
| 11/22/2021 | LFC | FE | Telephone conference with Steven Bryant regarding fee process | 0.10 | 700.00 | $70.00 |
| 11/22/2021 | LFC | FE | Review BRG fee statements and invoices and email correspondence regarding submission to interested parties and court | 0.30 | 700.00 | $210.00 |
| 11/22/2021 | JMF | FE | Review BRG applications (.3); multiple emails with M. Haverkamp re interim fee application (.2). | 0.50 | 700.00 | $350.00 |
| 11/22/2021 | JMF | FE | Review September PSZJ statement. | 0.20 | 700.00 | $140.00 |
| 11/22/2021 | BDD | FE | Prepare PSZJ 4th quarterly fee application and emails L. Cantor and J. Fried re same | 4.90 | 460.00 | $2,254.00 |
| 11/22/2021 | BDD | FE | Emails A. Caine re PSZJ 4th quartelry fee application | 0.10 | 460.00 | $46.00 |
| 11/22/2021 | BDD | FE | Revisions to PSZJ Sept. monthly fee statement and emails notice parties and N. Brown re same | 0.30 | 460.00 | $138.00 |
| 11/22/2021 | BDD | FE | Email R. Rothman re PSZJ 4th quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/22/2021 | BDD | FE | Email J. Fried re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     9

Archdiocese of New Orleans OCC

Invoice 129035

05067   -00002

November 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2021 | BDD | FE | Email M. Haverkamp re quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | LFC | FE | Review and  respond to BRG correspondence regarding fee statements | 0.20 | 700.00 | $140.00 |
| 11/23/2021 | LFC | FE | Review and comment on 4th interim fee application | 0.30 | 700.00 | $210.00 |
| 11/23/2021 | LFC | FE | Review additional comments on fee application and review docket and invoices, email correspondence regarding same | 0.30 | 700.00 | $210.00 |
| 11/23/2021 | JMF | FE | Review and edit 4th interim fee application (1.6); internal emails re finalization re same (.2). | 1.80 | 700.00 | $1,260.00 |
| 11/23/2021 | BDD | FE | Emails A. Caine, L. Cantor and J. Fried re PSZJ 4th quarterly fee application and further revisions re same | 0.60 | 460.00 | $276.00 |
| 11/23/2021 | BDD | FE | Email L. Cantor and J. Fried re A. Caine updates to PSZJ 4th quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Email A. Caine re L. Cantor and J. Fried additional revisions to PSZJ 4th quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Work on exhibits to PSZJ 4th quarterly fee application and email N. Brown re same | 0.20 | 460.00 | $92.00 |
| 11/23/2021 | BDD | FE | Email L. Cantor and J. Fried re PSZJ finalized fee application | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Email L. Cantor and J. Fried re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Email P. Shields re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Email J. Fried re BRG quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Email M. Haverkamp re BRG monthly fee statements | 0.10 | 460.00 | $46.00 |
| 11/23/2021 | BDD | FE | Email service of BRG monthly fee statements (April - Oct. 2021) | 0.10 | 460.00 | $46.00 |
| 11/24/2021 | BDD | FE | Email N. Brown re PSZJ 4th quarterly fee application/notice | 0.10 | 460.00 | $46.00 |
| 11/24/2021 | BDD | FE | Email N. Brown re PSZJ fee hearing notice | 0.10 | 460.00 | $46.00 |
| 11/24/2021 | BDD | FE | Email J. Fried re PSZJ filed 4th quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/24/2021 | BDD | FE | Revisions to PSZJ October fee application (.10); emails L. Cantor and service parties re same (.10) | 0.20 | 460.00 | $92.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    10

Invoice 129035

November 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2021 | BDD | FE | Prepare Notice of Hearing re BRG quarterly fee application and email J. Fried re same | 0.20 | 460.00 | $92.00 |
| 11/24/2021 | BDD | FE | Emails M. Haverkamp re BRG's quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/24/2021 | BDD | FE | Email N. Brown re BRG quarterly fee application | 0.10 | 460.00 | $46.00 |
| 11/24/2021 | BDD | FE | Review BRG quarterly fee application and emails L. Cantor and N. Brown re same | 0.20 | 460.00 | $92.00 |
| 11/24/2021 | BDD | FE | Email C. Curts re LEDES file (BRG) | 0.10 | 460.00 | $46.00 |
| 11/29/2021 | BDD | FE | Email notice parties re PSZJ Ledes formatted invoice (Oct. 2021) | 0.10 | 460.00 | $46.00 |
| | | | | **15.80** | | **$8,684.00** |

## General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2021 | JIS | GC | State court counsel call re motion to dismiss, discovery, mediation. | 1.40 | 700.00 | $980.00 |
| 11/05/2021 | JIS | GC | Email report to survivor counsel re status of court hearing. | 0.20 | 700.00 | $140.00 |
| 11/08/2021 | AWC | GC | Review emails to prepare for and committee meeting. | 1.20 | 700.00 | $840.00 |
| 11/08/2021 | JIS | GC | Attend committee call regarding appeal of dismissal order, mediation, late filed claims, discovery. | 1.30 | 700.00 | $910.00 |
| 11/09/2021 | JIS | GC | State court counsel call regarding case status. | 1.10 | 700.00 | $770.00 |
| 11/09/2021 | JIS | GC | Call R. Kuebel regarding case status, including asset and claim due diligence for AD and affiliates. | 0.40 | 700.00 | $280.00 |
| 11/16/2021 | JIS | GC | Conference call with Debtor and LL regarding case status. | 0.30 | 700.00 | $210.00 |
| 11/22/2021 | AWC | GC | Committee call. | 1.00 | 700.00 | $700.00 |
| 11/23/2021 | AWC | GC | Counsel meeting regarding case issues/strategy/mediation preparation. | 1.50 | 700.00 | $1,050.00 |
| 11/23/2021 | JIS | GC | Conference call with state court counsel regarding agenda for in-person meeting, SOL. | 1.50 | 700.00 | $1,050.00 |
| 11/23/2021 | JIS | GC | Call to Matt Babcock re preparation of meeting materials. | 0.20 | 700.00 | $140.00 |
| 11/28/2021 | JIS | GC | Prepare outline of December 21 meeting agenda. | 1.50 | 700.00 | $1,050.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    -00002

Page:     11
Invoice 129035
November 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2021 | AWC | GC | Read proposed committee meetings agenda and emails with Locke and James I. Stang thereon. | 0.40 | 700.00 | $280.00 |
| 11/30/2021 | JIS | GC | Call with state court counsel regarding mediation, discovery, SOL. | 1.20 | 700.00 | $840.00 |
|  |  |  |  | **13.20** |  | **$9,240.00** |

### Insurance Coverage

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2021 | IAWN | IC | Review Murray email re pic | 0.10 | 700.00 | $70.00 |
| 11/30/2021 | IAWN | IC | Exchange emails with Stang re coverage chart | 0.10 | 700.00 | $70.00 |
| 11/30/2021 | IAWN | IC | Review Stang 11/20 email and attachments | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **0.40** |  | **$280.00** |

### Mediation

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/2021 | JIS | ME | Call regarding R. Kuebel regarding plan confirmation issues/mediation. | 0.70 | 700.00 | $490.00 |
| 11/30/2021 | GNB | ME | Review emails from James I. Stang and from Omer F. Kuebel III regarding mediation. | 0.10 | 700.00 | $70.00 |
|  |  |  |  | **0.80** |  | **$560.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$36,806.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:    12

Invoice 129035

November 30, 2021

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 10/18/2021 | OS | Rust Consulting, Inv. 2021-1420, LFC | 275.00 |
| 11/22/2021 | PO | Postage | 1.96 |
| 11/22/2021 | PO | Postage | 10.07 |
| 11/22/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/22/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/23/2021 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 11/23/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/23/2021 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/23/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/23/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 11/23/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 11/23/2021 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 11/24/2021 | PO | Postage | 1,608.65 |
| 11/24/2021 | RE | ( 345 @0.20 PER PG) | 69.00 |
| 11/24/2021 | RE | ( 345 @0.20 PER PG) | 69.00 |
| 11/24/2021 | RE | ( 3450 @0.20 PER PG) | 690.00 |
| 11/24/2021 | RE | ( 4485 @0.20 PER PG) | 897.00 |
| 11/24/2021 | RE | ( 8080 @0.20 PER PG) | 1,616.00 |
| 11/24/2021 | RE | ( 9626 @0.20 PER PG) | 1,925.20 |
| 11/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/24/2021 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 11/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2021 | RE2 | SCAN/COPY ( 158 @0.10 PER PG) | 15.80 |
| 11/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/30/2021 | OS | Everlaw, Inv. 48678, Archdiocese of New Orleans database for the month of November | 1,342.00 |
| 11/30/2021 | PAC | Pacer - Court Research | 13.60 |

**Total Expenses for this Matter**                                    **$8,569.58**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:    13
Invoice 129035
November 30, 2021

---

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    **11/30/2021**

| | |
|---|---|
| **Total Fees** | **$36,806.00** |
| **Total Expenses** | **8,569.58** |
| **Total Due on Current Invoice** | **$45,375.58** |

**Outstanding Balance from prior invoices as of**    **11/30/2021**         **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 128736 | 09/30/2021 | $41,490.00 | $5,946.90 | $47,436.90 |
| 128875 | 10/31/2021 | $39,506.00 | $1,557.09 | $41,063.09 |

**Total Amount Due on Current and Prior Invoices:**                **$133,875.57**

## **EXHIBIT B**

**Monthly Fee Statement**
**December 2021**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | **Chapter 11** |
| | Objection Deadline:  February 11, 2022 |

**MONTHLY FEE AND EXPENSE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2021 through December 31, 2021 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, PSZJ has received fees and expenses totaling $2,036,769.95.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| December 1, 2021 to December 31, 2021 | |
| --- | --- |
| Fees (at standard rates): | $59,951.50 |
| Reduction due to reduced rates[2]: | ($24,479.50) |
| Reduction due to fee write-offs: | ($1,400.00) |
| Fees (After reductions): | $34,072.00 |
| Expenses: | $1,831.92 |
| **Total** | **$35,903.92** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($750); G. Brown ($850); J. Fried ($1,050); I. Nasatir ($1,145); A. Caine ($1,245); L. Cantor ($1,245); and J. Stang ($1,345).

2

DOCS_LA:341756.1 05067/002

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

10.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 11, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $29,089.52, which consists of (a) eighty percent (80%) of PSZJ's total fees of $34,072.00 for the Statement Period in the amount of $27,257.60, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $1,831.92.

3

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 28, 2022                              Respectfully submitted,

                                                      By: /s/ Linda F. Cantor
                                                      James I. Stang (CA Bar No. 94435)
                                                      Linda F. Cantor (CA Bar No.153762)
                                                      Pachulski Stang Ziehl & Jones LLP 10100
                                                      Santa Monica Blvd., Suite 1300
                                                      Los Angeles, CA 90067
                                                      Telephone: (310)-277-6910
                                                      Facsimile: (310)-201-0760
                                                      Email:  jstang@pszjlaw.com
                                                              lcantor@pszjlaw.com

                                                      *Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Task Code | Description | Hours | Amount |
|:---:|:---:|:---:|:---:|
| AA | Asset Analysis | 3.10 | $2,170.00 |
| BL | Bankruptcy Litigation | 23.90 | $16,730.00 |
| CA | Case Administration | 3.40 | $1,564.00 |
| FE | Fee/Employment Application | 7.60 | $4,648.00 |
| GC | General Creditors Comm. | 7.60 | $5,320.00 |
| ME | Mediation | 5.20 | $3,640.00 |
| | | **50.80** | **$34,072.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 700.00 | 10.30 | $7,210.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 28.50 | $19,950.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 2.60 | $1,820.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.70 | $490.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 1.40 | $980.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.30 | $210.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 0.80 | $560.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 2.90 | $1,334.00 |
| NPL | Lockwood, Nancy P. | Paralegal | 460.00 | 3.30 | $1,518.00 |
|  |  |  |  | **50.80** | **$34,072.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Description | Amount |
|---|---|
| Outside Services | $1,661.00 |
| Pacer-Court Research | $18.50 |
| Postage | $60.42 |
| Reproduction Expense | $91.20 |
| Reproduction/Scan Copy | $0.80 |
| | **$1,831.92** |

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |  |
|---|---|---|
| | December 31, 2021 | |
| JIS | Invoice | 129173 |
| | Client | 05067 |
| | Matter | 00002 |
| | **JIS** | |

RE:  Committee Representation

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2021

|  |  |
|---|---|
| FEES | $34,072.00 |
| EXPENSES | $1,831.92 |
| **TOTAL CURRENT CHARGES** | **$35,903.92** |
| **BALANCE FORWARD** | **$133,875.57** |
| **LAST PAYMENT** | **$88,499.99** |
| **TOTAL BALANCE DUE** | **$81,279.50** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      2

Invoice 129173

December 31, 2021

---

### **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 28.50 | $19,950.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 2.90 | $1,334.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 0.80 | $560.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.30 | $210.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.70 | $490.00 |
| JIS | Stang, James I. | Partner | 700.00 | 10.30 | $7,210.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 1.40 | $980.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 2.60 | $1,820.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 3.30 | $1,518.00 |
| | | | | 50.80 | $34,072.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      3

Invoice 129173

December 31, 2021

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 3.10 | $2,170.00 |
| BL | Bankruptcy Litigation [L430] | 23.90 | $16,730.00 |
| CA | Case Administration [B110] | 3.40 | $1,564.00 |
| FE | Fee/Employment Application | 7.60 | $4,648.00 |
| GC | General Creditors Comm. [B150] | 7.60 | $5,320.00 |
| ME | Mediation | 5.20 | $3,640.00 |
| | | 50.80 | $34,072.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:     4
Invoice 129173
December 31, 2021

---

## Summary of Expenses

| Description | Amount |
|---|---|
| Outside Services | $1,661.00 |
| Pacer - Court Research | $18.50 |
| Postage [E108] | $60.42 |
| Reproduction Expense [E101] | $91.20 |
| Reproduction/ Scan Copy | $0.80 |
| | $1,831.92 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    5

Invoice 129173

December 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 12/07/2021 | JIS | AA | Conference call (Partial) with Locke Lord and BRG regarding affiliate discovery and Accounts A and B. | 0.90 | 700.00 | $630.00 |
| 12/07/2021 | JIS | AA | Call K. Brown regarding Wilmington Diocese litigation relating to tracing. | 0.30 | 700.00 | $210.00 |
| 12/14/2021 | JIS | AA | Call R. Kuebel regarding affiliate discovery. | 0.40 | 700.00 | $280.00 |
| 12/15/2021 | JIS | AA | Conference call regarding affiliate discovery. | 1.10 | 700.00 | $770.00 |
| 12/30/2021 | JIS | AA | Review document demand on Apostolates and send comments re same. | 0.20 | 700.00 | $140.00 |
| 12/30/2021 | JIS | AA | Preliminary review of sale procedures motion. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **3.10** |  | **$2,170.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/18/2021 | CHM | BL | Upload and review produced documents. | 0.30 | 700.00 | $210.00 |
| 12/01/2021 | AWC | BL | Emails with Locke regarding affiliate discovery (.20);; read memos regarding legal issues (1.10). | 1.30 | 700.00 | $910.00 |
| 12/02/2021 | AWC | BL | Emails with Locke and BRG regarding discovery issues/approach (.20); review newly produced documents and compare to prior productions  (2.70). | 2.90 | 700.00 | $2,030.00 |
| 12/06/2021 | AWC | BL | Emails with client regarding discovery status/issues (.40); read ANO logs and newly produced documents (2.20); draft email to JW regarding log issues (.60). | 3.20 | 700.00 | $2,240.00 |
| 12/07/2021 | AWC | BL | Emails with Locke regarding discovery issues (.30); call with BRG and Locke regarding affiliate discovery (1.30); emails with BRG regarding information for discovery (.30); emails with JW regarding additional production and review production (.40); review research regarding potential plan issues (.30). | 2.60 | 700.00 | $1,820.00 |
| 12/08/2021 | AWC | BL | Emails with Locke and BRG regarding recent production/issues (.30); review correspondence for outstanding items (.30). | 0.60 | 700.00 | $420.00 |
| 12/09/2021 | AWC | BL | Emails with client regarding produced documents. | 0.30 | 700.00 | $210.00 |
| 12/09/2021 | GNB | BL | Research factual issue for Andrew W. Caine relating to mediation preparation. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:      6

Invoice 129173

December 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/10/2021 | AWC | BL | Emails with client, Locke and team regarding discovery. | 0.30 | 700.00 | $210.00 |
| 12/10/2021 | GNB | BL | Provide Everlaw access to Victoria Ingle and Kellee Calder. | 0.10 | 700.00 | $70.00 |
| 12/13/2021 | AWC | BL | Emails with JW regarding discovery issues/privilege log (.40); emails with Locke and JW regarding discovery issues/hearing (.20). | 0.60 | 700.00 | $420.00 |
| 12/14/2021 | AWC | BL | Emails with Locke regarding case issues/meetings (.20); review correspondence and productions regarding issues for hearing on motion to compel (.70); emails with JW regarding additional production and review documents, new log (.90); emails with JW regarding privilege log issues and review log for detailed response (.80). | 2.60 | 700.00 | $1,820.00 |
| 12/15/2021 | AWC | BL | Emails with court, Locke and JW regarding hearing/continuance (.20); call with BRG and Locke regarding discovery (.60); emails with client regarding discovery issues (.20); review documents regarding affiliate issues/discovery (.60). | 1.60 | 700.00 | $1,120.00 |
| 12/15/2021 | CHM | BL | Upload and review documents. | 0.50 | 700.00 | $350.00 |
| 12/15/2021 | GNB | BL | Research factual issue for mediation. | 0.10 | 700.00 | $70.00 |
| 12/16/2021 | AWC | BL | Emails with client regarding discovery/production issues. | 0.60 | 700.00 | $420.00 |
| 12/17/2021 | AWC | BL | emails with client and draft email to JW regarding discovery issues (.50);  emails with BRG regarding affiliate discovery and read underlying documents (.40). | 0.90 | 700.00 | $630.00 |
| 12/20/2021 | AWC | BL | Emails with BRG regarding discovery requests (.20); emails with JW regarding discovery issues (.40); review discovery/issues to prepare for committee meeting (.60). | 1.20 | 700.00 | $840.00 |
| 12/21/2021 | AWC | BL | Call and emails with BRG regarding ANO discovery, and review revised request list (.60); emails with Locke regarding affiliate discovery/2004 (.30). | 0.90 | 700.00 | $630.00 |
| 12/22/2021 | AWC | BL | Call with Locke regarding affiliate and other discovery issues/strategy (1.00); read additional produced documents regarding abuse issues/emails with counsel thereon (.30). | 1.30 | 700.00 | $910.00 |
| 12/28/2021 | AWC | BL | Review file to prepare for initial call with mediator. | 0.50 | 700.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:      7

Invoice 129173

December 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/30/2021 | AWC | BL | Review proposed discovery letter to affiliates and emails with Locke and James I. Stang thereon (.80); emails with client  regarding various documents/issues and review identified documents (.60). | 1.40 | 700.00 | $980.00 |
| | | | | **23.90** | | **$16,730.00** |

### Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2021 | NPL | CA | Update critical date memorandum. | 0.60 | 460.00 | $276.00 |
| 12/10/2021 | NPL | CA | Update critical date memorandum. | 0.80 | 460.00 | $368.00 |
| 12/17/2021 | NPL | CA | `Update critical date memorandum. | 0.70 | 460.00 | $322.00 |
| 12/20/2021 | BDD | CA | Attend to calendaring matters | 0.10 | 460.00 | $46.00 |
| 12/23/2021 | NPL | CA | Update critical date memorandum. | 0.50 | 460.00 | $230.00 |
| 12/29/2021 | NPL | CA | Update critical date memorandum. | 0.70 | 460.00 | $322.00 |
| | | | | **3.40** | | **$1,564.00** |

### Fee/Employment Application

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2021 | LFC | FE | Review debtor response to committee professionals' fee applications and email memos with professionals regarding response | 0.40 | 700.00 | $280.00 |
| 12/06/2021 | JMF | FE | Review letter objection to committee fees and objection to PSZJ/LL time (.4); internal emails re same (.2) | 0.60 | 700.00 | $420.00 |
| 12/06/2021 | BDD | FE | Email J. Fried re Debtor's response to PSZJ's 4th quarterly fee application | 0.10 | 460.00 | $46.00 |
| 12/07/2021 | LFC | FE | Review and consider professionals fee applications in connection with Jones Walker questions and issues raised on pending fee applications | 1.80 | 700.00 | $1,260.00 |
| 12/08/2021 | LFC | FE | Review correspondence regarding interim fee applications | 0.40 | 700.00 | $280.00 |
| 12/08/2021 | JMF | FE | Review summaries re BRG and PSZJ/LL fees re Debtor demand. | 0.40 | 700.00 | $280.00 |
| 12/14/2021 | BDD | FE | Email L. Cantor and J. Fried re interim fee orders | 0.10 | 460.00 | $46.00 |
| 12/14/2021 | BDD | FE | Email accounting re Nov. fees/expenses | 0.10 | 460.00 | $46.00 |
| 12/14/2021 | BDD | FE | Email J. Fried re PSZJ Nov. monthly fee statement | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:    8
Invoice 129173
December 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2021 | JIS | FE | Review/revise Rock Creek employment application, including reference to schedules/sofa and Debtor's public disclosures. | 0.80 | 700.00 | $560.00 |
| 12/16/2021 | BDD | FE | Email V. Arias re payments to date | 0.10 | 460.00 | $46.00 |
| 12/16/2021 | BDD | FE | Prepare PSZJ Nov monthly fee statement and email L. Cantor re same | 0.40 | 460.00 | $184.00 |
| 12/16/2021 | BDD | FE | Email C. Curts re LEDES file for Nov. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 12/16/2021 | BDD | FE | Draft letters to M. Mintz re payment of PSZJ & BRG's fees/expenses per last interim fee application, and emails L. Cantor, M. Haverkamp and P. Shields re same | 0.80 | 460.00 | $368.00 |
| 12/17/2021 | BDD | FE | Email C. Curts re LEDES file (PSZJ Nov. fee statement) | 0.10 | 460.00 | $46.00 |
| 12/20/2021 | BDD | FE | Email M. Haverkamp and P. Shields re BRG 2nd interim fee application | 0.10 | 460.00 | $46.00 |
| 12/20/2021 | BDD | FE | Revisions to letters to M. Mintz re PSZJ & BRG interim fee applications and emails L. Cantor re same | 0.40 | 460.00 | $184.00 |
| 12/20/2021 | BDD | FE | Serve out PSZJ Nov. 2021 monthly fee statement to notice parties | 0.10 | 460.00 | $46.00 |
| 12/20/2021 | BDD | FE | Email N. Brown re PSZJ Nov. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 12/21/2021 | JMF | FE | Review November PSZJ statement and emails re BRG statement. | 0.40 | 700.00 | $280.00 |
| 12/21/2021 | BDD | FE | Emails L. Cantor re BRG Nov. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 12/29/2021 | BDD | FE | Email L. Cantor re BRG November fee statement | 0.10 | 460.00 | $46.00 |
| | | | | **7.60** | | **$4,648.00** |

## General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/2021 | AWC | GC | Emails with client regarding meeting agenda. | 0.30 | 700.00 | $210.00 |
| 12/06/2021 | AWC | GC | Committee meeting. | 0.90 | 700.00 | $630.00 |
| 12/06/2021 | JIS | GC | Call with Lock Lorde co-counsel regarding mediation, claims valuation. | 1.00 | 700.00 | $700.00 |
| 12/06/2021 | JIS | GC | Call with committee regarding case status. | 0.90 | 700.00 | $630.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     9

Archdiocese of New Orleans OCC

Invoice 129173

05067    -00002

December 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2021 | JIS | GC | State court counsel call re case status. | 0.90 | 700.00 | $630.00 |
| 12/20/2021 | AWC | GC | Committee meeting. | 1.20 | 700.00 | $840.00 |
| 12/20/2021 | JIS | GC | Committee meeting regarding mediation, discovery, plan issues. | 1.20 | 700.00 | $840.00 |
| 12/21/2021 | JIS | GC | Call with Committee regarding case issues:  TMI motion, discovery, case strategy. | 1.20 | 700.00 | $840.00 |
|  |  |  |  | 7.60 |  | $5,320.00 |

**Mediation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2021 | AWC | ME | Call with Locke and James I. Stang regarding issues/mediation/strategy (.90); review latest claims spreadsheet (.40). | 1.30 | 700.00 | $910.00 |
| 12/14/2021 | IAWN | ME | Telephone conference w/ TCC p/o re mediation | 0.70 | 700.00 | $490.00 |
| 12/20/2021 | AWC | ME | Call with Locke and James I. Stang regarding mediation strategy/issues. | 0.40 | 700.00 | $280.00 |
| 12/20/2021 | JIS | ME | Call from mediator re initial meeting. | 0.10 | 700.00 | $70.00 |
| 12/29/2021 | AWC | ME | Initial call with mediator regarding mediation issues/process (1.40); call with committee counsel regarding mediation call (.20). | 1.60 | 700.00 | $1,120.00 |
| 12/29/2021 | JIS | ME | Call R. Kuebel regarding issues to be discussed with mediator. | 1.10 | 700.00 | $770.00 |
|  |  |  |  | 5.20 |  | $3,640.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                          $34,072.00

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    10

Invoice 129173

December 31, 2021

---

**Expenses**

| | | | |
|---|---|---|---:|
| 12/09/2021 | OS | Rust Consulting, Inv. 2021-1715, LFC | 275.00 |
| 12/14/2021 | PO | Postage | 60.42 |
| 12/14/2021 | RE | ( 456 @0.20 PER PG) | 91.20 |
| 12/14/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/14/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/14/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/14/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/14/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/14/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/31/2021 | OS | Everlaw, Inv. 50222, Archdiocese of New Orleans database for the month of December | 1,386.00 |
| 12/31/2021 | PAC | Pacer - Court Research | 18.50 |
| **Total Expenses for this Matter** | | | **$1,831.92** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    11

Invoice 129173

December 31, 2021

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **12/31/2021**

| | |
|---|---:|
| **Total Fees** | **$34,072.00** |
| **Total Expenses** | **1,831.92** |
| **Total Due on Current Invoice** | **$35,903.92** |

**Outstanding Balance from prior invoices as of**    **12/31/2021**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 129035 | 11/30/2021 | $36,806.00 | $8,569.58 | $45,375.58 |

**Total Amount Due on Current and Prior Invoices:**                    **$81,279.50**

## **EXHIBIT C**

**Monthly Fee Statement**
**January 2022**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: March 14, 2022 |

## MONTHLY FEE AND EXPENSE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2022 through January 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as

**Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which

reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as

**Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are

being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, PSZJ has received fees and expenses totaling $2,103,873.85.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and

reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2022 to January 31, 2022 | |
|---|---|
| Fees (at standard rates): | $138,774.00 |
| Reduction due to reduced rates[2]: | ($65,002.00) |
| Reduction due to fee write-offs: | ($1,260.00) |
| Fees (After reductions): | $73,772.00 |
| Expenses: | $1,984.25 |
| **Total** | **$75,756.25** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: G. Brown ($850); J. Fried ($1,050); A. Caine ($1,245); L. Cantor ($1,245); and J. Stang ($1,345).

2

## NOTICE AND OBJECTION PROCEDURES

9.       In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

10.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $61,001.85, which consists of (a) eighty percent (80%) of PSZJ's total fees of $73,772.00 for the Statement Period in the amount of $59,017.60, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $1,984.25.

3

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  February 28, 2022                      Respectfully submitted,

                                               By: */s/ Linda F. Cantor*
                                               James I. Stang (CA Bar No. 94435)
                                               Linda F. Cantor (CA Bar No.153762)
                                               Pachulski Stang Ziehl & Jones LLP 10100
                                               Santa Monica Blvd., Suite 1300
                                               Los Angeles, CA 90067
                                               Telephone: (310)-277-6910
                                               Facsimile: (310)-201-0760
                                               Email:  jstang@pszjlaw.com
                                                       lcantor@pszjlaw.com

                                               *Co-Counsel to the Official Committee of Unsecured Creditors*

DOCS_SF:107015.1 05067/002

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Task Code | Description | Hours | Amount |
|:---:|:---:|:---:|:---:|
| AA | Asset Analysis | 2.40 | $1,680.00 |
| BL | Bankruptcy Litigation | 68.70 | $47,130.00 |
| CA | Case Administration | 3.30 | $1,878.00 |
| FE | Fee/Employment Application | 9.10 | $5,794.00 |
| GC | General Creditors Comm. | 24.70 | $17,290.00 |
| | | **108.20** | **$73,772.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 700.00 | 22.30 | $15,610.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 68.80 | $48,160.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 6.30 | $4,410.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 1.90 | $1,330.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.70 | $490.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 8.20 | $3,772.00 |
|  |  |  |  | **108.20** | **$73,772.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Description | Amount |
|---|---|
| Conference Call | $44.75 |
| Outside Services | $550.00 |
| Pacer-Court Research | $0.20 |
| Reproduction/Scan Copy | $3.30 |
| Research | $1,386.00 |
| | **$1,984.25** |

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

January 31, 2022
Invoice      129577
Client      05067
Matter      00002
**JIS**

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   01/31/2022**

| | |
|---|---|
| FEES | $73,772.00 |
| EXPENSES | $1,984.25 |
| **TOTAL CURRENT CHARGES** | **$75,756.25** |
| **BALANCE FORWARD** | **$43,265.12** |
| **LAST PAYMENT** | **$29,089.52** |
| **TOTAL BALANCE DUE** | **$89,931.85** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     2
Invoice 129577
January 31, 2022

### **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 68.80 | $48,160.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 8.20 | $3,772.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.70 | $490.00 |
| JIS | Stang, James I. | Partner | 700.00 | 22.30 | $15,610.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 1.90 | $1,330.00 |
| LFC | Cantor, Linda F. | Partner | 700.00 | 6.30 | $4,410.00 |
|  |  |  |  | 108.20 | $73,772.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     3
Invoice 129577
January 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 2.40 | $1,680.00 |
| BL | Bankruptcy Litigation [L430] | 68.70 | $47,130.00 |
| CA | Case Administration [B110] | 3.30 | $1,878.00 |
| FE | Fee/Employment Application | 9.10 | $5,794.00 |
| GC | General Creditors Comm. [B150] | 24.70 | $17,290.00 |
| | | 108.20 | $73,772.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     4

Invoice 129577

January 31, 2022

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Conference Call [E105] | $44.75 |
| Outside Services | $550.00 |
| Pacer - Court Research | $0.20 |
| Reproduction/ Scan Copy | $3.30 |
| Research [E106] | $1,386.00 |
| | $1,984.25 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     5

Invoice 129577

January 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 01/07/2022 | JIS | AA | Review and comments on sale procedures. | 1.20 | 700.00 | $840.00 |
| 01/18/2022 | JIS | AA | Call with BRG and Locke Lord regarding affiliate discovery. | 0.70 | 700.00 | $490.00 |
| 01/28/2022 | AWC | AA | Emails with Locke regarding real estate procedures, values, strategy, and review appraisal. | 0.50 | 700.00 | $350.00 |
| | | | | 2.40 | | $1,680.00 |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 01/03/2022 | AWC | BL | Emails with JW regarding discovery issues (.30); emails with client regarding discovery issues/strategy and read underlying documents (.60). | 0.90 | 700.00 | $630.00 |
| 01/04/2022 | AWC | BL | Read draft letter/revisions regarding Hart issue and emails with Locke and client thereon (.60); emails with client regarding discovery/documents and read documents (.50). | 1.10 | 700.00 | $770.00 |
| 01/05/2022 | AWC | BL | Emails with Locke and client regarding Hart issues and read underlying emails. | 0.80 | 700.00 | $560.00 |
| 01/06/2022 | AWC | BL | Review and revise motion to remove confidentiality designation and emails with Locke thereon (.50); emails with client regarding discovery issues (.60); call with James I. Stang and Locke regarding Hart issues (.40); emails with JW regarding Hart issues (.20); emails with Locke, James I. Stang and client regarding Hart issue/approach (.60); emails with Locke regarding affiliate discovery issues (.20). | 2.50 | 700.00 | $1,750.00 |
| 01/07/2022 | AWC | BL | Emails and calls with Locke regarding Hart matter (1.10); meeting with client and counsel regarding Hart matter (1.60); emails with client and Locke regarding Hart matter and read underlying documents (.90); emails and call with JW regarding Hart matter (.60). | 4.20 | 700.00 | $2,940.00 |
| 01/07/2022 | JIS | BL | Call with A. Caine and L. Lord regarding motion relating to priest file. | 0.70 | 700.00 | $490.00 |
| 01/07/2022 | JIS | BL | Call with Committee chair, state court counsel and LL regarding discovery and priest file issues. | 1.60 | 700.00 | $1,120.00 |
| 01/10/2022 | AWC | BL | Emails with client regarding various produced documents/discovery/issues and read underlying documents (.90); emails with Locke regarding | 1.10 | 700.00 | $770.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   -00002

Page:     6
Invoice 129577
January 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | various discovery issues (.20). | | | |
| 01/10/2022 | GNB | BL | Email with Andrew W. Caine regarding clergy abusers. | 0.10 | 700.00 | $70.00 |
| 01/11/2022 | AWC | BL | Emails with counsel and Locke regarding Hart matter, motion to compel and related issues (.80); review and revise motion to release Hart document and related relief (.90); read underlying documents regarding motion (1.10). | 2.80 | 700.00 | $1,960.00 |
| 01/12/2022 | AWC | BL | Emails with client regarding Hart motion, discovery, documents (.90); review revised versions of Hart motion (.50); calls and emails with Locke regarding Hart motion/discovery (1.40); call with JW regarding Hart motion/discovery (.30). | 3.10 | 700.00 | $2,170.00 |
| 01/12/2022 | JIS | BL | Call R. Kuebel regarding Fr. Hart discovery. | 0.40 | 700.00 | $280.00 |
| 01/13/2022 | AWC | BL | Emails with Locke and client regarding discovery issues and read underlying documents (.90); emails with JW regarding Hart matte and read new documents (.60); call with JW, Locke and Br. Martin counsel regarding Hart matter (.30); emails and calls with Locke regarding Hart matter (.80); emails with JW regarding and review Hart produced documents (.90); emails with client regarding Hart produced documents (.10). | 3.60 | 700.00 | $2,520.00 |
| 01/13/2022 | GNB | BL | Email Cia H. Mackle regarding production of Fr. Hart documents. | 0.10 | 700.00 | $70.00 |
| 01/14/2022 | AWC | BL | Emails and call with Locke and James I. Stang regarding issues/hearing/strategy (.80); emails with client regarding discovery issues/motion to compel hearing (.40); review prior emails to prepare for motion to compel hearing, internal discussion (.90). | 2.10 | 700.00 | $1,470.00 |
| 01/15/2022 | AWC | BL | Emails with client and Locke regarding discovery issues and review underlying documents. | 0.70 | 700.00 | $490.00 |
| 01/17/2022 | AWC | BL | Emails with client regarding discovery, hearing and read underlying documents (1.10); emails with BRG regarding affiliate discovery/issues/approach (.30). | 1.40 | 700.00 | $980.00 |
| 01/18/2022 | AWC | BL | Call with Locke regarding motion to compel/brief/hearing (.30); call with Locke and BRG regarding affiliate approach/strategy (.90); emails with JW and calls with Locke and client regarding hearing (.80); emails with client regarding discovery/motion to compel and read underlying documents (1.40). | 3.40 | 700.00 | $2,380.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

|  |  |  |  | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|---|
| 01/19/2022 | AWC | BL | Emails with JW and Locke regarding motion to continue hearing on motion to compel and hearing date. | 0.70 | 700.00 | $490.00 |
| 01/19/2022 | AWC | BL | Read ANO motion regarding protective order and underlying documents and call/emails with Locke thereon/regarding  strategy. | 1.80 | 700.00 | $1,260.00 |
| 01/19/2022 | JIS | BL | Review issues regarding ex parte motion related to confidential information disclosure. | 1.10 | 700.00 | $770.00 |
| 01/20/2022 | AWC | BL | Emails with JW and Locke regarding hearing on motion to compel, etc. (.20); Omnibus hearing (.20); emails with James I. Stang and Locke regarding issues/strategy (.30); review materials and draft pleading for hearing on motion to compel and prepare exhibits (3.40). | 4.10 | 700.00 | $2,870.00 |
| 01/21/2022 | AWC | BL | Calls with James I. Stang and Locke regarding Debtor motion to compel regarding protective order (2.10);  review and revise revised update brief on motion to compel discovery (.80); emails with JW regarding discovery (.40); revise exhibit to update brief regarding privilege log (.60); emails with team regarding discovery issues (.30). | 4.20 | 700.00 | $2,940.00 |
| 01/21/2022 | JIS | BL | Call with A. Kornfeld (2x) regarding confidential documents. | 0.60 | 700.00 | $420.00 |
| 01/24/2022 | AWC | BL | Emails with client regarding discovery issues, motion to compel brief (.40); call with Locke and James I. Stang regarding protective order motion (.90); call and emails with Locke regarding hearings/strategy (.40); review and revise update on brief on motion to compel (.60). | 2.30 | 700.00 | $1,610.00 |
| 01/24/2022 | GNB | BL | Email Andrew W. Caine and Cia H. Mackle regarding Debtor document production (.1); Email PSZJ's IT department regarding same (.1). | 0.20 | 700.00 | $140.00 |
| 01/24/2022 | JIS | BL | Call with Locke Lord re contempt motion. | 1.00 | 700.00 | $700.00 |
| 01/24/2022 | JIS | BL | Review motion regarding retention of broker. | 0.20 | 700.00 | $140.00 |
| 01/25/2022 | AWC | BL | Emails with client and Locke regarding brief on motion to compel (.80); review and revise update brief on motion to compel and review exhibits (2.90); emails with JW regarding discovery issues (.60); read newly produced documents and updated ESI privilege log (1.10). | 5.40 | 700.00 | $3,780.00 |
| 01/25/2022 | GNB | BL | Email with Andrew W. Caine and Cia H. Mackle | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   -00002

Page:     8

Invoice 129577

January 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding document review, and email Beth D. Dassa regarding same (.1); Telephone conferences with Beth D. Dassa regarding document review, and email with Cia H. Mackle and Beth D. Dassa regarding document review (.1); Review email from Jessica Quin and from Andrew W. Caine regarding same (.1). | | | |
| 01/25/2022 | BDD | BL | Telephone conferences with G. Brown regarding document review (.20); emails A. Caine, G. Brown and C. Mackle re document review (.20); perform document review (3.6) | 4.00 | 460.00 | $1,840.00 |
| 01/26/2022 | AWC | BL | Review and edit revised brief on motion to compel and emails with Locke thereon (.90); emails with client regarding  discovery issues and review underlying documents (.70). | 1.60 | 700.00 | $1,120.00 |
| 01/27/2022 | AWC | BL | Read talking points for hearing and  call with Locke thereon (.90); emails with client re discovery/legal issues (.30); review brief, prior correspondence and documents to prepare for hearing on motion to compel (1.80); hearing on motion to compel (1.10); call with Locke and client regarding chambers conference on sealed motion/strategy (.80). | 4.90 | 700.00 | $3,430.00 |
| 01/27/2022 | JIS | BL | Attend meeting with Locke Lord and A. Caine regarding hearing on motion to compel and sealed hearing. | 0.70 | 700.00 | $490.00 |
| 01/27/2022 | JIS | BL | Attend hearing re motion to compel (telephonic attendance). | 1.00 | 700.00 | $700.00 |
| 01/28/2022 | AWC | BL | Review notes and prepare memo from hearing on motion to compel and email with Locke/team thereon (.40); call with James I. Stang regarding 1/27 hearings, strategy (.20). | 0.60 | 700.00 | $420.00 |
| 01/31/2022 | AWC | BL | Calls and emails with Locke and James I. Stang regarding motion to compel/protective order motion/issues/strategy (.80); review underlying documents thereon (1.10); review and revise response on protective order questions (.80); emails with JW regarding discovery issues (.40). | 3.10 | 700.00 | $2,170.00 |
| 01/31/2022 | JIS | BL | Review proposed response to Debtor's questions on Fr. Hart. | 0.20 | 700.00 | $140.00 |
| 01/31/2022 | JIS | BL | Call A. Caine re discovery status. | 0.10 | 700.00 | $70.00 |
| | | | | **68.70** | | **$47,130.00** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     9

Invoice 129577

January 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Case Administration [B110]

| 10/07/2021 | LFC | CA | Review status of pending matters and draft response to creditor inquiry | 0.30 | 700.00 | $210.00 |
| 10/22/2021 | LFC | CA | Review and comment on critical dates memo | 0.20 | 700.00 | $140.00 |
| 10/25/2021 | LFC | CA | Review Donlin Recano website and draft correspondence to Donlin regarding revisions to website for Committee data | 0.40 | 700.00 | $280.00 |
| 10/26/2021 | LFC | CA | Review and respond to emails regarding revisions to Donlin website to feature Committee list of accused clergy and draft alternate language | 0.50 | 700.00 | $350.00 |
| 10/26/2021 | LFC | CA | Review revised fee orders for committee co-counsel and e-mails to Mark Mintz and Davin Boldissar regarding same | 0.10 | 700.00 | $70.00 |
| 01/19/2022 | BDD | CA | Attend to calendaring matters with B. Anavim and M. Kulick | 0.10 | 460.00 | $46.00 |
| 01/20/2022 | BDD | CA | Review docket, update critical dates memo re same, emails PSZJ team re same, and attend to calendaring matters | 1.70 | 460.00 | $782.00 |
| | | | | **3.30** | | **$1,878.00** |

## Fee/Employment Application

| 10/06/2021 | LFC | FE | Review status of filed fee applications and monthly fee statements for Committee professionals | 0.30 | 700.00 | $210.00 |
| 10/14/2021 | LFC | FE | Review objection to 3rd interim fee application of committee professionals and several e-mails with Josh Fried, JIS, Gillian Brown and Nancy Lockwood regarding same | 0.80 | 700.00 | $560.00 |
| 10/15/2021 | LFC | FE | Review legal and factual issues raised in fee objection | 0.50 | 700.00 | $350.00 |
| 10/18/2021 | LFC | FE | Review time records and emails regarding hearings on interim fee applications | 0.40 | 700.00 | $280.00 |
| 10/18/2021 | LFC | FE | Review final Kinsella fee order | 0.10 | 700.00 | $70.00 |
| 10/20/2021 | LFC | FE | Review draft pleadings and confer with Beth Dassa and Gillian Brown regarding fee application hearings | 0.30 | 700.00 | $210.00 |
| 10/21/2021 | LFC | FE | Confer with Jim Stang regarding fee hearings and pending issues (.2) and review pleadings and bills | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    10

Invoice 129577

January 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | (.2) |  |  |  |
| 10/21/2021 | LFC | FE | Review and finalize order on PSZJ  fee application | 0.10 | 700.00 | $70.00 |
| 10/22/2021 | LFC | FE | Review and revise fee order for PSZJ 3rd interim application | 0.20 | 700.00 | $140.00 |
| 10/25/2021 | LFC | FE | Review Kinsella fee application and accounting and prepare payment request letter to debtor's counsel | 0.60 | 700.00 | $420.00 |
| 10/25/2021 | LFC | FE | Review fee orders and e-mails regarding same | 0.10 | 700.00 | $70.00 |
| 10/25/2021 | LFC | FE | Review revised fee schedule proposal for estate professionals and e-mail correspondence with Josh Fried and Beth Dassa regarding same | 0.30 | 700.00 | $210.00 |
| 10/26/2021 | LFC | FE | Review forms of filed orders and confer with Janice Washington regarding service | 0.20 | 700.00 | $140.00 |
| 10/27/2021 | LFC | FE | Review fee statement and invoice for September and email to committee for consideration | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | LFC | FE | Review, revise and finalize fee payment request and applicable pleadings for correspondence to debtor's counsel | 0.30 | 700.00 | $210.00 |
| 01/11/2022 | JMF | FE | Review and edit PSZJ December prebill. | 0.90 | 700.00 | $630.00 |
| 01/14/2022 | JMF | FE | Review edits and markdowns re pszj December bill. | 0.30 | 700.00 | $210.00 |
| 01/14/2022 | BDD | FE | Email J. Fried re December monthly fee statement | 0.10 | 460.00 | $46.00 |
| 01/19/2022 | BDD | FE | Prepare December monthly fee statement and email L. Cantor and J. Fried re same (.70); email J. Fried re next round of quarterly fee applications (.10) | 0.80 | 460.00 | $368.00 |
| 01/19/2022 | BDD | FE | Email V. Arias re PSZJ December fee statement | 0.10 | 460.00 | $46.00 |
| 01/19/2022 | BDD | FE | Review PSZJ prior monthly fee statements and emails N. Brown re same | 0.20 | 460.00 | $92.00 |
| 01/20/2022 | JMF | FE | Review PSZJ statement re December fees. | 0.70 | 700.00 | $490.00 |
| 01/20/2022 | BDD | FE | Email M. Haverkamp and P. Shields re BRG December fee statement | 0.10 | 460.00 | $46.00 |
| 01/20/2022 | BDD | FE | Email J. Fried re PSZJ Dec. fee statement | 0.10 | 460.00 | $46.00 |
| 01/21/2022 | BDD | FE | Email M. Haverkamp re BRG Dec. 2021 fee statement | 0.10 | 460.00 | $46.00 |
| 01/28/2022 | BDD | FE | Emails M. Haverkamp, L. Cantor & J. Fried December fee statement | 0.20 | 460.00 | $92.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:    11

Invoice 129577

January 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/2022 | BDD | FE | Revisions to PSZJ Dec monthly fee statement and emails L. Cantor and J. Fried re same (.20); email notice parties re BRG & PSZJ Dec monthly fee statement (.10) | 0.30 | 460.00 | $138.00 |
| 01/28/2022 | BDD | FE | Email C. Curts re Dec 2021 LEDES file | 0.10 | 460.00 | $46.00 |
| 01/28/2022 | BDD | FE | Email J. Fried re service of PSZJ Dec 2021 fee statement | 0.10 | 460.00 | $46.00 |
| 01/31/2022 | BDD | FE | Email notice parties re PSZJ Dec 2021 LEDES file | 0.10 | 460.00 | $46.00 |
| 01/31/2022 | BDD | FE | Email G. Downing re service of PSZJ Dec fee statement on Dell Financial Svc | 0.10 | 460.00 | $46.00 |
| | | | | 9.10 | | $5,794.00 |

## General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2022 | AWC | GC | Committee meeting. | 1.00 | 700.00 | $700.00 |
| 01/03/2022 | JIS | GC | Attend committee call. | 1.00 | 700.00 | $700.00 |
| 01/04/2022 | AWC | GC | Weekly counsel meeting. | 1.60 | 700.00 | $1,120.00 |
| 01/06/2022 | JIS | GC | Call R. Kuebel regarding Hart issues and Debtor response. | 0.10 | 700.00 | $70.00 |
| 01/06/2022 | JIS | GC | Call Locke Lord and AWC regarding priest file. | 0.40 | 700.00 | $280.00 |
| 01/10/2022 | AWC | GC | Committee call. | 1.60 | 700.00 | $1,120.00 |
| 01/10/2022 | JIS | GC | Committee call. | 1.20 | 700.00 | $840.00 |
| 01/11/2022 | AWC | GC | Weekly counsel cal. | 1.00 | 700.00 | $700.00 |
| 01/11/2022 | JIS | GC | Call with state court counsel re status of case. | 1.10 | 700.00 | $770.00 |
| 01/14/2022 | JIS | GC | Locke Lord and PSZJ call re case issues and discovery disputes. | 0.60 | 700.00 | $420.00 |
| 01/18/2022 | AWC | GC | Weekly counsel call. | 1.00 | 700.00 | $700.00 |
| 01/18/2022 | JIS | GC | State court counsel call regarding case status. | 1.30 | 700.00 | $910.00 |
| 01/21/2022 | JIS | GC | Call A. Caine regarding confidentiality of personnel files. | 0.50 | 700.00 | $350.00 |
| 01/24/2022 | AWC | GC | Committee call. | 1.50 | 700.00 | $1,050.00 |
| 01/24/2022 | JIS | GC | Attend Committee meeting. | 1.50 | 700.00 | $1,050.00 |
| 01/25/2022 | AWC | GC | Call with counsel regarding discovery issues, motion | 2.40 | 700.00 | $1,680.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    -00002

Page:     12

Invoice 129577

January 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | to compel, protective order, pleadings/strategy. | | | |
| 01/25/2022 | JIS | GC | Attend state court counsel meeting. | 0.40 | 700.00 | $280.00 |
| 01/28/2022 | JIS | GC | Call A. Caine re case status. | 0.30 | 700.00 | $210.00 |
| 01/29/2022 | JIS | GC | Call A. Caine re case status. | 0.20 | 700.00 | $140.00 |
| 01/29/2022 | JIS | GC | Call with state court counsel  regarding case status. | 1.20 | 700.00 | $840.00 |
| 01/31/2022 | AWC | GC | Committee meeting. | 1.80 | 700.00 | $1,260.00 |
| 01/31/2022 | JIS | GC | Committee call regarding motion to compel, closed hearing, pending matters, discovery regarding disclosure of files. | 1.80 | 700.00 | $1,260.00 |
| 01/31/2022 | JIS | GC | Call R. Kuebel regarding MTC, sealed hearing and open issues on case. | 1.20 | 700.00 | $840.00 |
| | | | | 24.70 | | $17,290.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                       **$73,772.00**

Pachulski Stang Ziehl & Jones LLP

Page:    13

Archdiocese of New Orleans OCC

Invoice 129577

05067    -00002

January 31, 2022

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 11/12/2021 | OS | Rust Consulting, Inv. 2021-1559, LFC | 275.00 |
| 12/29/2021 | CC | Conference Call [E105] AT&T Conference Call, JIS | 44.75 |
| 01/11/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/19/2022 | OS | Rust Consulting, Inv. 2021-1960, LFC | 275.00 |
| 01/23/2022 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/31/2022 | PAC | Pacer - Court Research | 0.20 |
| 01/31/2022 | RS | Research [E106] Everlaw, Inc. Inv. 51756 | 1,386.00 |
| | | **Total Expenses for this Matter** | **$1,984.25** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    14

Invoice 129577

January 31, 2022

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    **01/31/2022**

| | |
|---|---|
| **Total Fees** | **$73,772.00** |
| **Total Expenses** | **1,984.25** |
| **Total Due on Current Invoice** | **$75,756.25** |

**Outstanding Balance from prior invoices as of**    **01/31/2022**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 129035 | 11/30/2021 | $36,806.00 | $8,569.58 | $7,361.20 |
| 129173 | 12/31/2021 | $34,072.00 | $1,831.92 | $6,814.40 |

**Total Amount Due on Current and Prior Invoices:**        **$89,931.85**

## **EXHIBIT D**

**Monthly Fee Statement**
**February 2022**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:  April 1, 2022 |

### MONTHLY FEE AND EXPENSE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Dnebtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2022 through February 28, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, PSZJ has received fees and expenses totaling $2,103,873.85.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| February 1, 2022 to February 28, 2022 | |
| --- | --- |
| Fees (at standard rates): | $194,176.00 |
| Reduction due to reduced rates[2]: | ($84,014.00) |
| Reduction due to fee write-offs: | ($1,890.00) |
| Fees (After reductions): | $108,272.00 |
| Expenses: | $1,801.79 |
| **Total** | **$110,073.79** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $700 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: C. Mackle ($875); G. Brown ($925); I. Scharf ($995); V. Newmark ($1,125); J. Fried ($1,145); A. Caine ($1,295); I. Nasatir ($1,295); K. Brown ($1,395) and J. Stang ($1,525).

## NOTICE AND OBJECTION PROCEDURES

9.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

10.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 1, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

11.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $88,419.39, which consists of (a) eighty percent (80%) of PSZJ's total fees of $108,272.00 for the Statement Period in the amount of $86,617.60, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $1,801.79.

DOCS_LA:342848.1 05067/002

12.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  March 18, 2022

Respectfully submitted,

By: */s/ Linda F. Cantor*                                    
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
              lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis | 60.60 | $42,420.00 |
| BL | Bankruptcy Litigation | 68.80 | $48,160.00 |
| CA | Case Administration | 1.10 | $506.00 |
| FE | Fee/Employment Application | 3.70 | $2,206.00 |
| GC | General Creditors Comm. | 15.40 | $10,780.00 |
| PD | Plan & Disclosure Statement | 6.00 | $4,200.00 |
| | | **155.60** | **$108,272.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JIS | Stang, James I. | Partner | 700.00 | 18.50 | $12,950.00 |
| AWC | Caine, Andrew W. | Partner | 700.00 | 72.10 | $50,470.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 700.00 | 9.10 | $6,370.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 16.20 | $11,340.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 2.10 | $1,470.00 |
| KHB | Kenneth H. Brown | Partner | 700.00 | 7.60 | $5,320.00 |
| VAN | Newmark, Victoria A. | Counsel | 700.00 | 16.80 | $11,760.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 7.40 | $5,180.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 3.10 | $2,170.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 2.70 | $1,242.00 |
| | | | | **155.60** | **$108,272.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Description | Amount |
|---|---|
| Everlaw/Lexis Nexis (Legal Research) | $66.82 |
| Federal Express | $21.77 |
| Outside Services | $275.00 |
| Pacer-Court Research | $7.50 |
| Reproduction/Scan Copy | $44.70 |
| Research | $1,386.00 |
| | **$1,801.79** |

**EXHIBIT D**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | February 28, 2022 |
| JIS | Invoice    129705 |
| | Client    05067 |
| | Matter    00002 |
| | **JIS** |

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   02/28/2022**

| | |
|---|---|
| FEES | $108,272.00 |
| EXPENSES | $1,801.79 |
| **TOTAL CURRENT CHARGES** | **$110,073.79** |
| **BALANCE FORWARD** | **$89,931.85** |
| **TOTAL BALANCE DUE** | **$200,005.64** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:     2
Invoice 129705
February 28, 2022

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 700.00 | 72.10 | $50,470.00 |
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 2.70 | $1,242.00 |
| CHM | Mackle, Cia H. | Counsel | 700.00 | 3.10 | $2,170.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 7.40 | $5,180.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 9.10 | $6,370.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 16.20 | $11,340.00 |
| JIS | Stang, James I. | Partner | 700.00 | 18.50 | $12,950.00 |
| JMF | Fried, Joshua M. | Partner | 700.00 | 2.10 | $1,470.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 7.60 | $5,320.00 |
| VAN | Newmark, Victoria A. | Counsel | 700.00 | 16.80 | $11,760.00 |
| | | | | 155.60 | $108,272.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      3

Invoice 129705

February 28, 2022

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 60.60 | $42,420.00 |
| BL | Bankruptcy Litigation [L430] | 68.80 | $48,160.00 |
| CA | Case Administration [B110] | 1.10 | $506.00 |
| FE | Fee/Employment Application | 3.70 | $2,206.00 |
| GC | General Creditors Comm. [B150] | 15.40 | $10,780.00 |
| PD | Plan & Disclosure Stmt. [B320] | 6.00 | $4,200.00 |
| | | 155.60 | $108,272.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:     4

Invoice 129705

February 28, 2022

---

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Federal Express [E108] | $21.77 |
| Lexis/Nexis- Legal Research [E | $66.82 |
| Outside Services | $275.00 |
| Pacer - Court Research | $7.50 |
| Reproduction/ Scan Copy | $44.70 |
| Research [E106] | $1,386.00 |
| | $1,801.79 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     5

Invoice 129705

February 28, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 02/01/2022 | AWC | AA | Emails with Rock Creek, client and BRG regarding PBGC claim review/documents/retention. | 0.30 | 700.00 | $210.00 |
| 02/01/2022 | GNB | AA | Email with Andrew W. Caine and with Paul N. Shields regarding pension issues. | 0.10 | 700.00 | $70.00 |
| 02/02/2022 | AWC | AA | Call with Rock Creek and BRG regarding pension assessment and emails with BRG thereon. | 0.60 | 700.00 | $420.00 |
| 02/02/2022 | GNB | AA | Telephone conference with Andrew W. Caine, Paul N. Shields, Shelby Chaffos, John Spencer, and Chris Peince regarding Priest Pension Plan. | 0.30 | 700.00 | $210.00 |
| 02/02/2022 | GNB | AA | Analyze documents regarding Priest Plan. | 0.20 | 700.00 | $140.00 |
| 02/02/2022 | GNB | AA | Email with Paul N. Shields regarding same Priest Plan issues. | 0.10 | 700.00 | $70.00 |
| 02/07/2022 | IDS | AA | Continue work on insurance slotting. | 2.20 | 700.00 | $1,540.00 |
| 02/07/2022 | IDS | AA | Continue work on insurance slotting. | 1.20 | 700.00 | $840.00 |
| 02/08/2022 | IDS | AA | Continue work on insurance slotting. | 2.30 | 700.00 | $1,610.00 |
| 02/09/2022 | IDS | AA | Work on insurance slotting. | 2.80 | 700.00 | $1,960.00 |
| 02/10/2022 | IDS | AA | Work on insurance slotting. | 2.10 | 700.00 | $1,470.00 |
| 02/11/2022 | IDS | AA | Work on insurance slotting. | 2.80 | 700.00 | $1,960.00 |
| 02/15/2022 | IAWN | AA | Telephone conference w/ debtor and committee re status | 0.30 | 700.00 | $210.00 |
| 02/15/2022 | IAWN | AA | Telephone conferencew/ TCC re mediation, p/o | 1.00 | 700.00 | $700.00 |
| 02/15/2022 | IAWN | AA | Review Everlaw and coverage chart and analyze same | 2.20 | 700.00 | $1,540.00 |
| 02/15/2022 | IAWN | AA | Exchange emils with Janice G Washington re VFR set up | 0.10 | 700.00 | $70.00 |
| 02/15/2022 | IAWN | AA | Review VFR index | 0.20 | 700.00 | $140.00 |
| 02/15/2022 | IAWN | AA | Review slotting chart | 0.10 | 700.00 | $70.00 |
| 02/15/2022 | KHB | AA | Confer with J. Stang re litigation to recover assets of estate (.1); emails with A. Cain re same (.2); Locate Wilmington pleadings in Pooled Investment Account litigation and review same (.5); confer with J. Stang re same (.1). | 0.90 | 700.00 | $630.00 |
| 02/15/2022 | VAN | AA | Analysis regarding benefits termination motion. | 1.30 | 700.00 | $910.00 |
| 02/16/2022 | GNB | AA | Review documents BRG compiled for Rock Creek's analysis. | 0.40 | 700.00 | $280.00 |
| 02/16/2022 | KHB | AA | Email to A. Caine re Pooled Investment Account | 1.60 | 700.00 | $1,120.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      6

Invoice 129705

February 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | issues (1.2); confer with A. Caine re same (.4). | | | |
| 02/16/2022 | VAN | AA | Analysis regarding benefits termination motion; draft same. | 2.00 | 700.00 | $1,400.00 |
| 02/17/2022 | GNB | AA | Email with Allison Kingsmill regarding Priests' Pension Plan. | 0.10 | 700.00 | $70.00 |
| 02/17/2022 | IAWN | AA | review Janice G Washington charting re policy evidence | 0.20 | 700.00 | $140.00 |
| 02/17/2022 | IAWN | AA | Exchange emails re policy charting | 0.10 | 700.00 | $70.00 |
| 02/17/2022 | IDS | AA | Continue insurance slotting. | 2.80 | 700.00 | $1,960.00 |
| 02/17/2022 | VAN | AA | Draft benefits termination motion. | 2.20 | 700.00 | $1,540.00 |
| 02/18/2022 | GNB | AA | Review insurance-related documents produced by Archdiocese per Iain A.W. Nasatir. | 0.40 | 700.00 | $280.00 |
| 02/18/2022 | IAWN | AA | Exchange emails with Brown (.1);  Cia Mackle re d & o policies (.1) | 0.20 | 700.00 | $140.00 |
| 02/20/2022 | VAN | AA | Research and analysis regarding benefits termination motion; draft same and motion in JW Doe action to release deposition transcript of alleged perpetrator. | 5.10 | 700.00 | $3,570.00 |
| 02/21/2022 | AWC | AA | Emails with client regarding discovery issues and read underlying documents (.90); emails with client and Locke regarding motion to terminate benefits, exhibits (.60); review correspondence and documents to prepare for and draft emails to JW regarding discovery (.80); emails with Locke and James I. Stang regarding various case issues/strategy (.40); call with Gillian N. Brown regarding document review (.20). | 2.90 | 700.00 | $2,030.00 |
| 02/22/2022 | GNB | AA | Telephone conference with James I. Stang regarding status of case, discovery issues, and pension-related issues. | 0.40 | 700.00 | $280.00 |
| 02/22/2022 | IAWN | AA | Exchange emails with Andrew W Caine re agenda | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | IAWN | AA | Exchange email with Knapp re Zoom invitations | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | IAWN | AA | Attend Debtor and Committee call re status | 0.20 | 700.00 | $140.00 |
| 02/22/2022 | IAWN | AA | Attend TCC call re status | 1.00 | 700.00 | $700.00 |
| 02/22/2022 | IAWN | AA | Review Everlaw re directors & officers policies | 1.00 | 700.00 | $700.00 |
| 02/22/2022 | IAWN | AA | Email Carter re current policy/renewal/tail | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | IAWN | AA | Exchange emails with Carter re d & o policies | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | GNB | AA | Review documents relating to priests' pension plan (.7); Email with Shelby Chaffos regarding same (.1); Email Andrew W. Caine and Victoria A. Newmark regarding same (.1). | 0.90 | 700.00 | $630.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     7

Invoice 129705

February 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/23/2022 | GNB | AA | Email with PSZJ, LockeLord, BRG, and Rock Creek regarding priest pension/benefit issues. | 0.30 | 700.00 | $210.00 |
| 02/23/2022 | IAWN | AA | Review claim analysis | 1.00 | 700.00 | $700.00 |
| 02/23/2022 | IAWN | AA | Exchange emails and telephone calls with Janice G Washington re reformatting analysis | 0.20 | 700.00 | $140.00 |
| 02/23/2022 | IAWN | AA | Review reformatted version of analysis | 0.20 | 700.00 | $140.00 |
| 02/23/2022 | KHB | AA | Confer with J. Stang and A. Caine re Kane potential litigation and discovery concerning portfolios A and B (.5); emails with A. Caine and M. Babcock re same (.2). | 0.70 | 700.00 | $490.00 |
| 02/23/2022 | VAN | AA | Analysis regarding retirement plan issues. | 0.30 | 700.00 | $210.00 |
| 02/24/2022 | GNB | AA | Review information relating to Priests' Pension Plan (.2); Email with PSZJ, LockeLord, BRG, and Rock Creek regarding same (.4). | 0.60 | 700.00 | $420.00 |
| 02/24/2022 | IAWN | AA | Telephone conference with Stang re d & o | 0.10 | 700.00 | $70.00 |
| 02/24/2022 | IAWN | AA | Review Brown, Caine, Stang emails re memorandum to Committee re releases | 0.10 | 700.00 | $70.00 |
| 02/24/2022 | JIS | AA | Call with K. Brown, A. Caine and BRG regarding fund litigation. | 0.60 | 700.00 | $420.00 |
| 02/25/2022 | AWC | AA | Call with client regarding potential actions (.90); emails with Locke regarding order on motion to compel (.20); call with Locke regarding case and discovery issues/strategy (.30); research regarding potential plan issues (1.20); emails and calls with team regarding potential actions/plan issues (.60); review materials and draft memo regarding search terms (.90). | 4.10 | 700.00 | $2,870.00 |
| 02/25/2022 | IAWN | AA | Exchange emails with Brown and Caine re release issues | 0.10 | 700.00 | $70.00 |
| 02/25/2022 | IAWN | AA | Review Brown's analysis re release issues | 0.40 | 700.00 | $280.00 |
| 02/25/2022 | KHB | AA | Work on memo to CC  re potential litigation to recovery estate assets in A& B portfolios (.8); confer with J. Stang re same (.1); emails with J. Stang and A. Caine re same (.2). | 1.10 | 700.00 | $770.00 |
| 02/28/2022 | GNB | AA | Telephone conference with James I. Stang, Steven Bryant, John Spencer III, and Christopher Peirce regarding pension and medical. | 0.80 | 700.00 | $560.00 |
| 02/28/2022 | JIS | AA | Call with RockCreek regarding pension and employee benefit analysis. | 0.90 | 700.00 | $630.00 |
| 02/28/2022 | JIS | AA | Review pension motion. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:      8

Invoice 129705

February 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2022 | VAN | AA | Draft benefits termination motion. | 2.50 | 700.00 | $1,750.00 |
| 02/09/2022 | VAN | AA | Phone conference with Andrew W. Caine regarding motions to draft. | 0.40 | 700.00 | $280.00 |
| 02/22/2022 | VAN | AA | Draft benefits termination motion and motion in JW Doe action to release deposition transcript of alleged perpetrator. | 3.00 | 700.00 | $2,100.00 |
| | | | | 60.60 | | $42,420.00 |

## Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/2022 | CHM | BL | Upload documents and brief review of same. | 0.40 | 700.00 | $280.00 |
| 01/19/2022 | CHM | BL | Review document review database usage history and draft email to A. Caine and J. Stang re review of leaked document. | 0.70 | 700.00 | $490.00 |
| 01/24/2022 | CHM | BL | Review documents for confidential tagging, email A. Caine and Everlaw re confidential tags. | 0.60 | 700.00 | $420.00 |
| 01/31/2022 | CHM | BL | Email A. Caine and G. Brown re Everlaw database. | 0.20 | 700.00 | $140.00 |
| 01/31/2022 | CHM | BL | Review and respond to 5 emails from A. Caine and G. Brown re document review platform. | 0.30 | 700.00 | $210.00 |
| 02/01/2022 | AWC | BL | Emails with client/counsel regarding discovery issues (.60); review documents and correspondence to prepare briefing on motion to compel (1.10); emails with Locke regarding motion to compel, strategy (.40); call with JW regarding protective order issues/discovery (1.00); emails with JW regarding discovery/motion to compel issues (.30). | 3.40 | 700.00 | $2,380.00 |
| 02/01/2022 | JIS | BL | Call with Debtor regarding discovery regarding personnel file. | 1.00 | 700.00 | $700.00 |
| 02/02/2022 | AWC | BL | Research regarding and draft supplemental brief on motion to compel (1.10); emails with Locke regarding discovery issues (.30); emails with counsel and JW regarding protective order discovery (.20). | 1.60 | 700.00 | $1,120.00 |
| 02/02/2022 | CHM | BL | Review email from J. Stang re document review and reply. | 0.10 | 700.00 | $70.00 |
| 02/03/2022 | AWC | BL | Emails with counsel and JW regarding protective order discovery (.30); emails with client regarding discovery issues (.40); review documents and draft letter regarding Doe matter/discovery (.90). | 1.60 | 700.00 | $1,120.00 |
| 02/04/2022 | AWC | BL | Emails with JW regarding discovery issues (.60); emails with client regarding discovery issues (.30); review materials and draft supplement brief on motion to compel (.90). | 1.80 | 700.00 | $1,260.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     9

Invoice 129705

February 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2022 | AWC | BL | Review materials, draft and revise supplemental brief on motion to compel (3.20); emails with team and Jones Walker regarding hearing on protective order motion (.30); review stipulation and proposed discovery on protective order motion (.30); call and emails with Locke and client regarding discovery, motions (1.10). | 4.90 | 700.00 | $3,430.00 |
| 02/07/2022 | JIS | BL | Call with SCC regarding motion re contempt and document production. | 0.90 | 700.00 | $630.00 |
| 02/07/2022 | JIS | BL | Revise letter regarding Father X deposition. | 0.70 | 700.00 | $490.00 |
| 02/08/2022 | AWC | BL | Emails with Locke and client regarding discovery issues/strategy (.40); research regarding sealed proceedings (.90); call and emails with team regarding new motions (.40); prepare for and further meet and confer call with JW regarding motion to compel (1.40); read affiliate response regarding discovery requests and emails with Locke/BRG regarding next steps (.50). | 3.60 | 700.00 | $2,520.00 |
| 02/08/2022 | GNB | BL | Work on motion to exclude Archbishop Aymond from payments along with credibly accused perpetrators. | 0.50 | 700.00 | $350.00 |
| 02/09/2022 | AWC | BL | Emails with Locke and client regarding discovery issues/motion to compel (.40); read produced documents underlying motion to compel issues (.90); emails with JW and Locke regarding discovery, protective order issues (.40); review and revise supplemental brief on motion to compel (.90); emails with all parties re hearing on protective order motion, read court order and review protective orders (.50);  read debtor's updated ESI privilege log and emails with JW thereon (.70). | 3.80 | 700.00 | $2,660.00 |
| 02/10/2022 | AWC | BL | Call with JW and Brother Martin (.30); review additional documents to prepare for and draft/revise supplemental brief on motion to compel (5.90); emails with client and Locke regarding discovery issues/motion to compel (.60). | 6.80 | 700.00 | $4,760.00 |
| 02/11/2022 | AWC | BL | Review supplemental brief on motion to compel and exhibits for finalization/filing (.50); call with Locke and counsel regarding discovery issues (.90); call with Locke regarding chambers status conference/strategy (.60); emails with client regarding discovery issues and read underlying documents (.50); read and analyze ANO supplemental brief, seal motion and exhibits (1.10). | 3.60 | 700.00 | $2,520.00 |
| 02/14/2022 | AWC | BL | Emails with client regarding discovery issues (.30); read JW email regarding non-monetary issues and | 1.60 | 700.00 | $1,120.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:    10

Invoice 129705

February 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | underlying provided policy documents (.90); emails regarding and read prospective youth protection provisions (.40). | | | |
| 02/15/2022 | AWC | BL | Review and analyze updated privilege log (.90); emails with BRG and Rock Creek regarding investigation (.20); call with Locke and James I. Stang regarding case issues/tasks/mediation prep (.50); emails with JW regarding discovery/production issues (.50). | 2.10 | 700.00 | $1,470.00 |
| 02/15/2022 | CHM | BL | Review insurance documents and email I. Nasatir re same. | 0.50 | 700.00 | $350.00 |
| 02/16/2022 | AWC | BL | Call with KHB regarding discovery issues/strategy (.40); emails with team and BRG regarding Rock Creek analysis/documents (.30); emails with JW and Locke regarding amended protective order, Brother Martin discovery (.30); emails with Locke regarding protective order, discovery (.30). | 1.30 | 700.00 | $910.00 |
| 02/16/2022 | CHM | BL | Emails with G. Brown and I. Nasatir re document review. | 0.30 | 700.00 | $210.00 |
| 02/16/2022 | GNB | BL | Review Amended Protective Order. | 0.20 | 700.00 | $140.00 |
| 02/16/2022 | GNB | BL | Email John Spencer III and Chris Peirce at Rock Creek regarding Amended Protective Order; Email with Heidi Lipton regarding same; Email Mark Mintz and Allison Kingsmill regarding same. | 0.10 | 700.00 | $70.00 |
| 02/16/2022 | GNB | BL | Review documents from Shelby Chaffos for Rock Creek Advisors' work flow; Email with Paul N. Shields regarding same. | 0.10 | 700.00 | $70.00 |
| 02/17/2022 | AWC | BL | Review pleadings and materials to prepare for hearing on motion to compel (1.40); emails with Rock Creek and BRG regarding pension documents (.30); call with Locke regarding ANO proposed amended protective order (.90); review Debtor proposed protective order and discovery to Brother Martin (.60); emails with JW regarding proposed protective order amendment, discovery (.50); read transcript of sealed hearing (.40); emails with client regarding discovery issues (.30); review updated privilege log and emails with JW thereon (.90). | 4.90 | 700.00 | $3,430.00 |
| 02/17/2022 | JIS | BL | Call with Locke Lord and A. Caine regarding motion to compel and related discovery issues. | 1.10 | 700.00 | $770.00 |
| 02/17/2022 | JIS | BL | Call R. Kuebel regarding MTC. | 0.10 | 700.00 | $70.00 |
| 02/18/2022 | AWC | BL | Prepare for and hearing motion to compel (2.20); emails with client regarding discovery issues (.30). | 2.50 | 700.00 | $1,750.00 |
| 02/18/2022 | JIS | BL | Attend hearing regarding motion to compel. | 1.00 | 700.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    11
Invoice 129705
February 28, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/21/2022 | GNB | BL | Telephone conference with Andrew W. Caine regarding Friday's hearing and discovery issues. | 0.20 | 700.00 | $140.00 |
| 02/22/2022 | AWC | BL | Review proposed Brother Martin discovery and emails thereon (.40); emails with JW regarding discovery issues (.30); emails with client regarding discovery issues and read underlying documents (1.30); emails with BRG regarding  information for potential actions (.30); review correspondence to prepare for and call with JW regarding ESI discovery (.70); calls with James I. Stang and Locke regarding case issues/strategy (.30); read first day transcript for particular items (.40); read state court counsel motion to participate in protective order motion discovery (.40); read underlying documents regarding potential actions re Debtors' assets and emails with team thereon (1.20). | 5.30 | 700.00 | $3,710.00 |
| 02/22/2022 | GNB | BL | Review emails from Allison Kingsmill regarding discovery. | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | GNB | BL | Telephone conference with Andrew W. Caine, Bradley C. Knapp, Dirk Wegmann, and Aliison Kingsmill regarding text searches. | 0.40 | 700.00 | $280.00 |
| 02/22/2022 | GNB | BL | Email with internal team regarding discovery. | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | JIS | BL | Call with A. Caine regarding discovery issues. | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | KHB | BL | Emails with J. Stang and A. Caine re PIA complaint. | 0.20 | 700.00 | $140.00 |
| 02/23/2022 | AWC | BL | Call with JW regarding protective order discovery issues (.90);read underlying documents regarding potential actions (.80); call with team regarding potential actions(.40); emails with Locke and James I. Stang regarding committee matters/strategy (.30); review notes and revise draft order on motion to compel (.30); emails with Locke and JW regarding and further revise order on motion to compel (.40); emails with JW regarding discovery issues (.40); emails with BRG and Rock Creek regarding pension documents (.30). | 3.80 | 700.00 | $2,660.00 |
| 02/24/2022 | AWC | BL | Emails with client regarding discovery issues and read underlying documents (.40); emails with Rock Creek and BRG regarding pension issues/documents and read priest "pension plan" (.60); call with team and BRG regarding potential actions (.60); emails with team regarding potential actions/issues (.70); emails with JW regarding discovery issues (.30); read transcript of Feb. 18 hearing and emails with Locke regarding order (.50); emails with JW regarding order on motion to compel and read revised order, further revise (.50). | 3.60 | 700.00 | $2,520.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067  - 00002

Page:    12

Invoice 129705

February 28, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2022 | AWC | BL | Emails with client and team regarding case issues/strategy (.30); emails with client and Locke.re discovery (.60); review materials and draft email to JW regarding new ESI search terms (.40); call with BRG regarding payment data (.20); emails with team regarding pension issues (.20). | 1.70 | 700.00 | $1,190.00 |
| 02/28/2022 | GNB | BL | Revise ex parte motion for release of Hecker deposition transcript. | 1.00 | 700.00 | $700.00 |
| | | | | 68.80 | | $48,160.00 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/08/2022 | BDD | CA | Update critical dates memo and emails PSZJ team re same (.80); attend to calendaring matters (.10). | 0.90 | 460.00 | $414.00 |
| 02/08/2022 | BDD | CA | Email G. Brown re updated critical dates memo | 0.10 | 460.00 | $46.00 |
| 02/28/2022 | BDD | CA | Attend to calendaring matters with M. Kulick and B. Anavim | 0.10 | 460.00 | $46.00 |
| | | | | 1.10 | | $506.00 |

## Fee/Employment Application

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/15/2022 | JMF | FE | Review edits re PSZJ January statement. | 0.30 | 700.00 | $210.00 |
| 02/16/2022 | JMF | FE | Draft January PSZJ statement and cover letter. | 1.40 | 700.00 | $980.00 |
| 02/17/2022 | BDD | FE | Email J. Fried re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 02/22/2022 | BDD | FE | Review/revise Jan. monthly fee statement and emails L. Cantor and J. Fried re same | 0.30 | 460.00 | $138.00 |
| 02/22/2022 | BDD | FE | Email R. Rothman re PSZJ Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 02/23/2022 | BDD | FE | Email J. Fried re PSZJ Jan  fee statement | 0.10 | 460.00 | $46.00 |
| 02/23/2022 | BDD | FE | Email M. Haverkamp re BRG Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 02/23/2022 | BDD | FE | Emails L. Cantor and J. Fried re BRG Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |
| 02/24/2022 | BDD | FE | Call with L. Cantor re PSZJ 5th quarterly fee application | 0.10 | 460.00 | $46.00 |
| 02/24/2022 | BDD | FE | Review complex case order re quarterly fee applications and email L. Cantor re same | 0.20 | 460.00 | $92.00 |
| 02/24/2022 | BDD | FE | Email L. Cantor re Jones Walker quarterly fee application | 0.10 | 460.00 | $46.00 |
| 02/24/2022 | BDD | FE | Email M. Haverkamp re BRG Jan. monthly fee statement | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP                                                    Page:     13
Archdiocese of New Orleans OCC                                                       Invoice 129705
05067    - 00002                                                                     February 28, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/25/2022 | JMF | FE | Review BRG fee statement. | 0.40 | 700.00 | $280.00 |
| 02/28/2022 | BDD | FE | Email C. Curts re PSZJ LEDES file (Jan. invoice) | 0.10 | 460.00 | $46.00 |
| 02/28/2022 | BDD | FE | Email L. Cantor and J. Fried re PSZJ & BRG Jan. fee statements | 0.10 | 460.00 | $46.00 |
| 02/28/2022 | BDD | FE | Email notice parties re PSZJ & BRG Jan. 2022 monthly fee statements | 0.10 | 460.00 | $46.00 |
|  |  |  |  | **3.70** |  | **$2,206.00** |

### General Creditors Comm. [B150]

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2022 | AWC | GC | Weekly counsel meeting. | 0.80 | 700.00 | $560.00 |
| 02/01/2022 | JIS | GC | Attend state court counsel meeting regarding abuse prevention, and MTC/sealed hearing issues. | 1.60 | 700.00 | $1,120.00 |
| 02/02/2022 | JIS | GC | Attend call regarding open issues for committee as part of mediation preparation. | 1.50 | 700.00 | $1,050.00 |
| 02/08/2022 | AWC | GC | Weekly counsel meeting. | 1.50 | 700.00 | $1,050.00 |
| 02/08/2022 | JIS | GC | Call with state court counsel regarding real property related motions, Debtor's FA motion, motion re contempt, motion to compel. | 1.50 | 700.00 | $1,050.00 |
| 02/08/2022 | JIS | GC | Call from R. Kuebel re agenda for state court counsel call. | 0.40 | 700.00 | $280.00 |
| 02/14/2022 | AWC | GC | Committee call. | 1.50 | 700.00 | $1,050.00 |
| 02/14/2022 | JIS | GC | Committee meeting. | 1.50 | 700.00 | $1,050.00 |
| 02/15/2022 | AWC | GC | Weekly counsel call. | 1.50 | 700.00 | $1,050.00 |
| 02/15/2022 | JIS | GC | State court counsel call regarding motion to compel, mediation due diligence, discovery high school personnel issue. | 1.50 | 700.00 | $1,050.00 |
| 02/15/2022 | JIS | GC | Call with Locke Lord regarding avoidance actions and property of estate litigation. | 0.50 | 700.00 | $350.00 |
| 02/22/2022 | AWC | GC | Weekly counsel call. | 1.00 | 700.00 | $700.00 |
| 02/24/2022 | GNB | GC | Review emails between Committee chair and Bradley C. Knapp regarding case strategy. | 0.10 | 700.00 | $70.00 |
| 02/25/2022 | JIS | GC | Call A. Caine regarding third party releases and conference call regarding discovery. | 0.20 | 700.00 | $140.00 |
| 02/28/2022 | JIS | GC | Review parish services agreement. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **15.40** |  | **$10,780.00** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     14

Invoice 129705

February 28, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 02/15/2022 | JIS | PD | Review Child USA survey/analysis. | 1.50 | 700.00 | $1,050.00 |
| 02/22/2022 | JIS | PD | Call B. Knapp regarding insurance chart and mediation issues. | 0.80 | 700.00 | $560.00 |
| 02/24/2022 | JIS | PD | Review summary of Fifth Circuit authority on non-consensual releases. | 0.50 | 700.00 | $350.00 |
| 02/24/2022 | JIS | PD | Call I. Nasatir regarding DO insurance and 3d party releases. | 0.10 | 700.00 | $70.00 |
| 02/24/2022 | KHB | PD | Analyze BRG slide on A&B pooled investment portfolios (1.0); confer with J. Stang, A. Caine and M. Babcock (.6); analyze authorities re non-consensual third party releases and emails with A. Caine and J. Stang re same (1.4); emails from B.Kupp re same (.1). | 3.10 | 700.00 | $2,170.00 |
| | | | | **6.00** | | **$4,200.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                    **$108,272.00**

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067   - 00002

Page:    15
Invoice 129705
February 28, 2022

_____

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 02/09/2022 | OS | Rust Consulting, Inv. 2022-027, LFC | 275.00 |
| 02/11/2022 | FE | 05067.00002 FedEx Charges for 02-11-22 | 21.77 |
| 02/11/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/11/2022 | RE2 | SCAN/COPY ( 215 @0.10 PER PG) | 21.50 |
| 02/11/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/11/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/11/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/11/2022 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 02/11/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/11/2022 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 02/11/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/11/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/11/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/11/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/17/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/17/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/17/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067    - 00002

Page:    16

Invoice 129705

February 28, 2022

---

| 02/17/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/22/2022 | LN | 05067.00002 Lexis Charges for 02-22-22 | 24.89 |
| 02/23/2022 | LN | 05067.00002 Lexis Charges for 02-23-22 | 24.89 |
| 02/24/2022 | LN | 05067.00002 Lexis Charges for 02-24-22 | 8.74 |
| 02/24/2022 | LN | 05067.00002 Lexis Charges for 02-24-22 | 8.30 |
| 02/28/2022 | PAC | Pacer - Court Research | 7.50 |
| 02/28/2022 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 02/28/2022 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 02/28/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/28/2022 | RS | Research [E106] Everlaw, Inc. Inv. 53188 | 1,386.00 |
| **Total Expenses for this Matter** | | | **$1,801.79** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:     17

Invoice 129705

February 28, 2022

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **02/28/2022**

| | |
|---|---|
| **Total Fees** | **$108,272.00** |
| **Total Expenses** | **1,801.79** |
| **Total Due on Current Invoice** | **$110,073.79** |

**Outstanding Balance from prior invoices as of**      **02/28/2022**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 129035 | 11/30/2021 | $36,806.00 | $8,569.58 | $7,361.20 |
| 129173 | 12/31/2021 | $34,072.00 | $1,831.92 | $6,814.40 |
| 129577 | 01/31/2022 | $73,772.00 | $1,984.25 | $75,756.25 |

**Total Amount Due on Current and Prior Invoices:**                                    **$200,005.64**

# EXHIBIT E

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022**

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| James I. Stang | Founding Partner | Member of CA Bar since 1980 | 1983 | $700.00 | 63.50 | $44,450.00 |
| Kenneth H. Brown | Partner | Member of CA Bar since 1981 | 2001 | $700.00 | 7.60 | $5,320.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $700.00 | 192.30 | $134,610.00 |
| Linda F. Cantor | Partner | Member of CA Bar since 1991; Member of IL Bar since 1988 | 1994 | $700.00 | 13.30 | $9,310.00 |
| Iain A. W. Nasatir | Partner | Member of NY Bar since 1983; Member of CA Bar since 1990 | 1999 | $700.00 | 10.20 | $7,140.00 |
| Joshua M. Fried | Partner | Member of CA Bar since 1995; Member of NY Bar since 1999 | 2006 | $700.00 | 8.40 | $5,880.00 |
| Ilan D. Scharf | Partner | Member of New York since 2002 | 2010 | $700.00 | 16.20 | $11,340.00 |
| Victoria A. Newmark | Of Counsel | Member of California Bar since 1996 | N/A | $700.00 | 16.80 | $11,760.00 |
| Gillian N. Brown | Of Counsel | Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | N/A | $700.00 | 8.60 | $6,020.00 |
| Cia H. Mackle | Of Counsel | Member of FL Bar since 2006 | N/A | $700.00 | 4.90 | $3,430.00 |

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Beth D. Dassa | Paralegal | N/A | N/A | $460.00 | 23.70 | $10,902.00 |
| Nancy P.F. Lockwood | Paralegal | N/A | N/A | $460.00 | 6.00 | $2,760.00 |
| **Total** | | | | | **371.50** | **$252,922.00** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

CAME ON for consideration the *Fifth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022* [**Docket No.** ___] (the "Application") filed by Pachulski Stang Ziehl & Jones (the "Firm") for the period from November 1, 2021 through February 28, 2021(the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$267,109.54** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$252,922.00** in fees for services rendered and **$14,187.54** in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
**MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on March 24, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 24, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown