# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

---

### SUMMARY COVER SHEET TO THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC | |
| **Applicant's Professional Role in Case** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020 pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/1/2021 | 2/28/2022 |
| **Time period(s) covered by prior Applications:** | 6/17/2020 | 10/31/2021 |
| **Total amounts awarded in all prior Applications:** | | $649,804.95 |
| **Total fees requested in this Application:** | | $152,754.50 |
| **Total hours covered by this Application:** | | 453.1 |
| **Average hourly rate:** | | $337.13 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

**Schedule of Previous Fee Statements and Applications Noticed and Filed**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020-3/31/2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| 11/24/2021 Dkt No. 1186 | 4/1/2021-10/31/2021 | $393,516.50 | $12.93 | 12/14/2021 Dkt. No. 1199 | $393,516.50 | $12.93 | $0.00 |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $11,384.00 | $0.00 | $2,846.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $22,222.40 | $0.00 | $5,555.60 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $0.00 | $0.00 | $47,294.50 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $0.00 | $0.00 | $63,452.00 |
| **Totals** | | **$798,657.00** | **$3,902.45** | | **$679,508.90** | **$3,902.45** | **$119,148.10** |

2

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

**Berkeley Research Group, LLC**

**Attachment A: Fees By Professional**

For the Period 11/1/2021 through 2/28/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $635.00 | 15.2 | $9,652.00 |
| P. Shields | Managing Director | $620.00 | 17.4 | $10,788.00 |
| R. Strong | Managing Director | $610.00 | 3.4 | $2,074.00 |
| R. Strong | Managing Director | $590.00 | 0.7 | $413.00 |
| M. Babcock | Director | $560.00 | 43.1 | $24,136.00 |
| M. Babcock | Director | $540.00 | 11.2 | $6,048.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 68.8 | $32,680.00 |
| A. Strong | Consultant | $350.00 | 39.3 | $13,755.00 |
| C. Tergevorkian | Consultant | $325.00 | 4.6 | $1,495.00 |
| S. Chaffos | Senior Associate | $275.00 | 101.7 | $27,967.50 |
| M. Haverkamp | Case Manager | $300.00 | 6.3 | $1,890.00 |
| M. Haverkamp | Case Manager | $275.00 | 19.6 | $5,390.00 |
| H. Henritzy | Case Assistant | $195.00 | 6.8 | $1,326.00 |
| H. Henritzy | Case Assistant | $155.00 | 2.6 | $403.00 |
| K. Calder | Case Assistant | $140.00 | 28.2 | $3,948.00 |
| K. Hendry | Case Assistant | $195.00 | 5.1 | $994.50 |
| K. Hendry | Case Assistant | $185.00 | 5.7 | $1,054.50 |
| V. Ingle | Case Assistant | $110.00 | 58.6 | $6,446.00 |
| V. Triana | Case Assistant | $155.00 | 14.8 | $2,294.00 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| **Total** | | | **453.1** | **$152,754.50** |
| **Blended Rate** | | | | **$337.13** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## BRG

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 11/1/2021 through 2/28/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 81.1 | $12,137.00 |
| 200.90 Document / Data Analysis (Production Requests) | 25.4 | $11,265.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 32.9 | $8,129.50 |
| 300.00 Asset Analysis (General - Debtors) | 21.7 | $8,657.00 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 4.1 | $1,669.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 39.2 | $13,228.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 47.9 | $21,502.50 |
| 330.00 Asset Analysis (Real Property - Debtors) | 5.4 | $1,809.00 |
| 410.00 Litigation Analysis (Avoidance Actions) | 64.3 | $29,165.50 |
| 600.00 Claims / Liability Analysis (General) | 42.5 | $17,350.00 |
| 630.00 Claims / Liability Analysis (Pension) | 3.0 | $1,315.50 |
| 1020.00 Meeting Preparation & Attendance | 11.3 | $5,569.50 |
| 1030.00 Mediation Preparation & Attendance | 7.5 | $3,945.00 |
| 1060.00 Fee Application Preparation & Hearing | 66.8 | $17,011.50 |
| **Total** | **453.1** | **$152,754.50** |
| **Blended Rate** | | **$337.13** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[2] | § | |
| | § | |

---

### THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 14, 2022, AT 1:30 P.M. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, as*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2021 Through February 28, 2022* (the "Application") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period November 1, 2021 through and including February 28, 2022, (the "Fee Period"); and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## BACKGROUND

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code (the "Case"). The Debtor remains in possession of its property and is managing

4

its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

6.      On June 17, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP (and together with PSZJ, "Counsel") to serve as co-counsel.

7.      On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25, 2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 362].

## **EXTRAORDINARY CIRCUMSTANCES**

8.      The Committee with the support of BRG and Counsel have undertaken strenuous efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the most favorable resolution to unsecured creditors possible.

9.      The Committee recognizes that unless this case is dismissed, the most likely outcome and resolution of claims will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including, with BRG's support, a comprehensive investigation and analysis of the Debtor's financial circumstances and structure and information underlying claims filed against the Debtor, all of which is necessary to inform negotiations and mediation concerning potential resolution of claims. Extensive efforts have been

5

required to compel production of the documents necessary to the investigation and review the same for comprehensivity and responsiveness.

10.     Nevertheless, the Committee, Counsel and BRG will continue to work in good faith to attempt to move this matter forward, and as necessary, will bring matters to the Court. The Committee and its advisors are dedicated to resolving matters in the manner most beneficial to unsecured creditors as a whole.

## **PROFESSIONAL FEES AND DISBURSEMENTS**

11.     By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks allowance of fees in the amount of $152,754.50 for professional services rendered for and on behalf of the Committee during the Fee Period, and $0.00 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of such services, for a total award of $152,754.50[3].

12.     BRG expended an aggregate of 453.1 hours at a blended hourly rate of $337.13.

13.     Attached as **Attachment A** above is the summary schedule of professionals who rendered services to the Committee during the Fee Period, including titles, billing rates, and the blended hourly rate. Attached as **Attachment B** above is the summary schedule of hours and fees

---

[3] The total fees requested herein incorporate the voluntary reduction as agreed upon with the Committee in the amount of $23,439.00 for the Fee Period.

expended during the Fee Period by BRG's professionals with respect to each task code (subject matter categories that BRG established consistent with the U.S. Trustee Guidelines).

14.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

15.     BRG has, on December 28, 2021, January 28, 2022, February 28, 2022, and March 23, 2022 respectively, submitted monthly fee statements for each month in the Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 80% of the fees and 100% of the expenses incurred (the "<u>Monthly Fee Statements</u>"). The Monthly Fee Statements for November 1, 2021 through February 28, 2022 are attached hereto as **<u>Exhibits A-D</u>** respectively and incorporated herein by reference.

### <u>SUMMARY OF SERVICES RENDERED</u>

16.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

17.     BRG has provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case as requested and as necessary in furtherance of the interests

7

of the unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

18.    BRG submits that the fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

19.    As noted in the Retention Application, "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business." As of January 1, 2022, the hourly rates for certain staff increased. The new rates can be found in **Attachment A: Fees by Professional**. However, BRG is still subject to the discount on its hourly rates as agreed to with the Committee, and thus the rate changes have had minimal effect on the fees charged.

20.    The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

21.    BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

22.    BRG's hourly rates for professionals of comparable experience, are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

8

23.     No agreement or understanding exists between BRG and any other person for sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

24.     The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### 200.20 – Document / Data Analysis (Financial / Accounting)

25.     Thousands of pages of banking and investment account records, as well as other financial records, were produced by the Debtor and/or financial institutions during the Fee Period. BRG was required to expend significant time and effort examining and compiling these documents so that transaction data and information contained therein could be extracted, analyzed, and investigated in the most efficient manner. While the data extraction and analysis has been automated as much as possible for efficiency, BRG was also required to compare and verify the data to ensure accuracy. The result of these efforts is the further development of a cash receipts and disbursements database, which is an essential element of BRG's ongoing analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

9

26.     The records reviewed, organized, and indexed also included, but were not limited to, QuickBooks accounting data and comparative financial statements of related entities. Additional time was spent communicating with case professionals regarding the same. BRG's analysis of the aforementioned data has and will continue to assist in its identification and analysis of assets and potential assets (both historical and current) of the Debtors. Furthermore, BRG's analysis of financial statements and other financial information will assist in its evaluation of historical and current financial trends and business relationships existing between the Debtor and the Apostolates.

27.     BRG expended 81.1 hours on this category for fees in the amount of $12,137.00.

### 200.90 – Document / Data Analysis (Production Requests)

28.     BRG engaged in significant and continued efforts with UCC Counsel to request and evaluate document productions and records, including providing explanations of the need for the requested documents and highlighting issues related to the production thereof. Specifically, BRG spent substantial time preparing and updating formal document requests, monitoring documents provided, updating listings of Debtor and non-debtor entities to determine outstanding production requests, developing and reviewing indices of records produced, and evaluating document requests and subpoenas for updated information on several matters such as bank and investment account information, financial statements, property documents, and documents pertaining to particular entities including parishes, schools, and other affiliates. Additional time was spent preparing for and participating in meetings with case professionals and UCC Counsel to address issues with and coordinate production of data from various sources, including the affiliates, Portfolios A and B, and other bank and investment accounts. The requested documents are necessary to perform analyses and investigations in a number of critical areas, such as assets

10

(including alleged restrictions), claims, operations, organizational structure, and relationships and dealings between the Debtor and non-debtor affiliates.

29.      BRG expended 25.4 hours on this category for fees in the amount of $11,265.50.

### 220.00 – Debtor Operations / Monitoring

### (Monthly Operating Reports / Periodic Reporting)

30.      BRG analyzed monthly operating reports and transaction activity from periodic interim reports for the period from August 2021 through December 2021. Such information includes cash receipts and disbursements detail, AR and AP aging, statements of financial condition and statements of activities. Such analysis is necessary to monitor the transaction activities of the Debtor.

31.      BRG expended 32.9 hours on this category for fees in the amount of $8,129.50.

### 300.00 – Asset Analysis (General – Debtors)

32.      BRG analyzed accounts maintained by the Debtor and non-debtor affiliates and coordinated tasks for the purpose of asset analysis and asset identification. Specific tasks included coordinating ongoing analyses and investigations, reconciling key indicators per Moody's credit opinion to audited financial statements for the period 2015 – 2019, and updating the art and religious artifacts index. BRG also attended meetings and corresponded with UCC Counsel and other case professionals.

33.      BRG expended 21.7 hours on this category for fees in the amount of $8,657.00.

11

### 301.00 – Asset Analysis (General – Debtors Restricted / Identified Assets)

34.     BRG evaluated alleged restricted asset documents and updated the alleged restricted asset analysis, including time spent meeting internally to discuss alleged restricted asset documents.

35.     BRG expended 4.1 hours on this category for fees in the amount of $1,669.00.

### 302.00 – Asset Analysis (General – Related Non-Debtors)

36.     BRG analyzed the related non-Debtor entities' financial statements and updated the affiliates financial analysis accordingly. Additional time was spent communicating with BRG personnel on pending affiliate document requests and the analysis of affiliate assets. BRG's ongoing examination of non-debtor affiliate assets will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

37.     BRG expended 39.2 hours on this category for fees in the amount of $13,228.00.

### 310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)

38.     During the Fee Period, BRG spent considerable time analyzing bank account data and wire transfer details, standardizing payee information, and updating the analysis of the Debtor's cash receipts and disbursements activity. Further work performed by BRG included reviewing issues related to Portfolios A and B and checking accounts. Additional time was spent communicating internally in regard to the cash receipts and disbursements database, issues that have arisen, next steps and additional analysis required. BRG's ongoing examination of cash and investments will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

39.     BRG expended 47.9 hours on this category for fees in the amount of $21,502.50.

### 330.00 – Asset Analysis (Real Property - Debtors)

40.     BRG analyzed 2022 appraisal reports and created an appraisal schedule for 2022. Time was also spent creating a comparison schedule of real estate appraisals for 2015, 2021, and 2022.

41.     BRG expended 5.4 hours on this category for fees in the amount of $1,809.00.

### 410.00 – Litigation Analysis (Avoidance Actions)

42.     BRG analyzed cash disbursement details, including significant time spent reviewing available wire and ACH detail to identify payee names, over a ten-year period of time relating to avoidance action analysis. Further time was spent meeting with BRG personnel to discuss potential avoidance actions.

43.     BRG expended 64.3 hours on this category for fees in the amount of $29,165.50.

### 600.00 – Claims / Liability Analysis (General)

44.     During the Fee Period, BRG analyzed sexual abuse claims data, including non-debtor affiliates in connection with the abuse claim. BRG categorized each claim and updated summary schedules of claims based on the categorization each claim. Additionally, BRG participated in internal meetings and meetings with UCC Counsel related to various aspects of the sexual abuse claims analysis.

45.     BRG expended 42.5 hours on this category for fees in the amount of $17,350.00.

### 630.00 – Claims / Liability Analysis (Pension)

46.     BRG spent time evaluating production related to the Priest Pension Plan and Retiree Medical Benefits and creating a schedule of documents for Counsel's review. Further time was spent meeting with Counsel and Rock Creek Advisors thereon.

47.     BRG expended 3.0 hours on this category for fees in the amount of $1,315.50.

### 1020.00 – Meeting Preparation & Attendance

48.     During the Fee Period, BRG participated in various meetings and conference calls with UCC Counsel and/or other BRG personnel regarding pension analysis, claims, real estate, ability to pay and substantial contribution assessment, avoidance actions, and other case issues.

49.     BRG expended 11.3 hours on this category for fees in the amount of $5,569.50.

### 1030.00 – Mediation Preparation & Attendance

50.     During the Fee Period, BRG participated in calls with the Mediator, UCC Counsel, and SCC counsel to evaluate mediation issues in preparation for mediation.

51.     BRG expended 7.5 hours on this category for fees in the amount of $3,945.00.

### 1060.00 – Fee Application Preparation & Hearing

52.     During the Third Interim Fee Application Period, BRG prepared, reviewed, and updated its Twelfth through Sixteenth Fee Statements, which covered the period from September 1, 2021 to December 31, 2021 (including the development and preparation of fee application narratives and related exhibits). Additional time was spent preparing and editing the Second Interim Fee Application. Of note, prior to filing any fee statement or application in this matter, BRG provides its fees and expenses to the UCC for review and comment and only files a fee application after it receives UCC approval of its fees and expenses.

53.     BRG expended 66.8 hours on this category for fees in the amount of $17,011.50.

### ACTUAL AND NECESSARY EXPENSES

54.     BRG did not incur any out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above.

14

55.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

56.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG endeavors to minimize these expenses to the fullest extent possible.

57.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

58.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including

15

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

59.     BRG has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

60.     Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer

16

privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

61. This Application substantiates the total amount BRG seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

62. The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the

17

client; and (12) awards in similar cases.[4]  Based upon the services described in this Application, BRG respectfully represents that it has fully satisfied the standards prescribed by the Johnson Factors.

## THE TIME AND LABOR REQUIRED

63.     Firm professionals and case assistants, in the performance of financial advisory services, expended 453.1 hours during the Fee Period for a total fee of $152,754.50.[5] Taking into account BRG's voluntary reductions, the blended hourly rate is $337.13/hour. The names of the professionals who worked on this case during the Fee Period appear in the Monthly Fee Statements and in **Attachment A: Fees By Professional** included in the Application Summary above.  BRG submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports BRG's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

64.     This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding BRG the fees and expenses it has requested.

---

[4] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[5] This takes into account the Firm's voluntary reductions.

18

## THE SKILL REQUIRED TO PERFORM THE SERVICES

65.     Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. BRG strove to limit the number of professionals who worked on this case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

66.     BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $337.13/hour is reasonable and reflects market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses

19

reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to BRG.

## WHETHER THE FEE IS FIXED OR CONTINGENT

67.     BRG's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in this Bankruptcy Case.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

68.     BRG has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Fee Period that required BRG's immediate attention. Again, the exigent nature of these matters demanded that BRG's professionals respond on very short notice to complicated and developing events as they unfolded. This imposed serious time demands on BRG's personnel and required them to devote considerable resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

69.     The Monthly Fee Statements summarize the individual tasks that BRG personnel performed during the Fee Period as well as the amounts charged for those tasks. The total fees BRG seeks to approve in this Application are $152,754.50. This figure is commensurate with the Firm's achievements. This Johnson Factor strongly supports the fee award requested.

## THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

70.     BRG's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, BRG's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors,

20

creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation, accounting, and investigative topics throughout the country.  As mentioned, BRG has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

### THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

71.      From the Firm's perspective, serving as financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting BRG the award it has requested.

### THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

72.      BRG has no prior professional relationship with the Committee, which was only formed after this case began. However, employees of BRG have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting BRG its fee award in this case.

### AWARDS IN SIMILAR CASES

73.      The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth

Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

74.     In conclusion, the *Johnson* Factors favor granting BRG the fee and expense award it seeks.

## RESERVATION OF RIGHTS

75.     It is possible that some professional time expended or expenses incurred by BRG are not reflected in this Application.  BRG reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## NO PRIOR REQUEST

76.     With respect to these amounts, as of the date of the Application, BRG has received interim payments of 80% of fees and 100% of expenses, based on monthly fee statements filed, in accordance with the Interim Compensation Order as described in the Schedule of Previous Fee Statements and Applications Noticed and Filed contained in the Application Summary. No payments and no previous application for the relief sought herein has been made to this or any other Court.


*[Remainder of the page left intentionally blank]*

## **CONCLUSION**

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit E**, (a) awarding BRG interim allowance of (i) fees in the amount of $152,754.50 for reasonable, actual and necessary services rendered on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; and (c) granting such other or additional relief as is just and proper.

Dated: March 24, 2022

Respectfully submitted,

By: /s/ Paul N. Shields
Matthew Babcock
Paul Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: mbabcock@thinkbrg.com
        pshields@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

23

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:  Jan 11, 2022 |

### FOURTEENTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Fourteenth Monthly Fee and Expense Statement (the "Statement") for the period from November 1, 2021 through November 30, 2021 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| November 1, 2021 to November 30, 2021 | |
|---|---|
| Fees (at standard rates) | $15,435.00 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | ($1,205.00) |
| Fees (after reduction) | $14,230.00 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$14,230.00** |

3.      Although BRG's professional fees sought for this Fee Period include a higher number of fee application preparation hours than might normally be expected, the fee application preparation hours during this Fee Period accounted for all of the preparation and review time for two separate monthly applications as well as significant time editing and updating the Second Interim Fee Application to incorporate additional months pursuant to the Court's updated direction regarding the timing and period for the monthly and interim fee applications. In addition, the total fees requested for retention and fee application preparation over the course of this Case cumulatively total approximately $50,000 and account for only seven percent of all BRG's professional fees. These cumulative amounts are consistent with what is typical and considered appropriate in other cases of this size.

## **SERVICES RENDERED AND EXPENSES INCURRED**

4.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

5.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020- 3/31/2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $0.00 | $0.00 | $49,056.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $0.00 | $0.00 | $52,309.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $0.00 | $0.00 | $37,186.50 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $0.00 | $0.00 | $50,481.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $0.00 | $0.00 | $156,335.50 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $0.00 | $0.00 | $23,364.50 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $0.00 | $0.00 | $24,796.93 |
| 11/24/2021 Dkt No. 1186 | 4/1/2021- 10/31/2021 | $393,516.50 | $12.93 | 12/14/2021 Dkt. No. 1199 | $0.00 | $0.00 | $393,529.43 |
| **Totals** | | **$645,902.50** | **$3,902.45** | | **$252,386.00** | **$3,889.52** | **$393,529.43** |

3

## NO PRIOR REQUEST

6.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 11, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $11,384.00 (80% of $14,230.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $11,384.00 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  December 28, 2021

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 11/1/2021 through 11/30/2021

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $620.00 | 6.7 | $4,154.00 |
| R. Strong | Managing Director | $590.00 | 0.7 | $413.00 |
| M. Babcock | Director | $540.00 | 1.1 | $594.00 |
| C. Tergevorkian | Consultant | $325.00 | 0.5 | $162.50 |
| S. Chaffos | Senior Associate | $275.00 | 3.2 | $880.00 |
| M. Haverkamp | Case Manager | $275.00 | 18.1 | $4,977.50 |
| H. Henritzy | Case Assistant | $155.00 | 2.6 | $403.00 |
| V. Ingle | Case Assistant | $110.00 | 3.2 | $352.00 |
| V. Triana | Case Assistant | $155.00 | 14.8 | $2,294.00 |
| **Total** | | | **50.9** | **$14,230.00** |
| **Blended Rate** | | | | **$279.57** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 11/1/2021 through 11/30/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 5.4 | $1,534.50 |
| 300.00 Asset Analysis (General - Debtors) | 1.1 | $594.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 3.2 | $905.00 |
| 630.00 Claims / Liability Analysis (Pension) | 0.9 | $558.00 |
| 1060.00 Fee Application Preparation & Hearing | 40.3 | $10,638.50 |
| **Total** | **50.9** | **$14,230.00** |
| **Blended Rate** | | **$279.57** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 11/1/2021 through 11/30/2021

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 11/8/2021 | R. Strong | 0.3 | Attended call with BRG team (PS) regarding production of QuickBooks files from Debtor. |
| 11/8/2021 | P. Shields | 0.3 | Met with BRG (RS) regarding set up of access to QuickBooks Online for Archdiocesan Units in the context of our efforts to obtain access to QuickBooks online for Parishes and other Affiliates. |
| 11/8/2021 | P. Shields | 0.2 | Prepared email communications regarding access to QuickBooks Online for Parishes and other Affiliates. |
| 11/9/2021 | V. Ingle | 2.4 | Compiled spreadsheet to verify documents and activity in Quickbooks for various entities. |
| 11/9/2021 | V. Ingle | 0.6 | Continued to compile spreadsheet to verify documents and activity in Quickbooks for various entities. |
| 11/9/2021 | S. Chaffos | 0.5 | Met with BRG (PS, VI [partial]) to discuss Quickbooks access to Affiliates financial statements. |
| 11/9/2021 | P. Shields | 0.5 | Met with BRG (SC, VI [partial]) regarding QuickBooks access and to provide instructions regarding the verification for which Parishes and Affiliates QuickBooks online has been provided. |
| 11/9/2021 | V. Ingle | 0.2 | Participated in a portion of call with PS and SC in regards to Parish information in Quickbooks. |
| 11/9/2021 | P. Shields | 0.1 | Reviewed email from Intuit regarding QuickBooks online account. |
| 11/23/2021 | P. Shields | 0.2 | Researched time frames for which MORs and periodic reports have been redacted. |
| 11/23/2021 | P. Shields | 0.1 | Reviewed emails between UCC Counsel and BRG regarding pending bank account subpoenas. |
| *Task Code Total Hours* | | *5.4* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 11/4/2021 | M. Babcock | 1.1 | Met with UCC Counsel (JS, AC, RK, BK) in order to discuss Affiliate asset analysis. |
| *Task Code Total Hours* | | *1.1* | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 310.00 Asset Analysis (Cash / Bank Accounts - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/19/2021 | S. Chaffos | 2.7 | Prepared bank account schedules for supplement document for bank subpoena (BMO, Capital One, Chase, Citizens Bank & Trust Co, Fifth District Savings Bank, First American, First National, Gulf Coast Bank, Home Bank, Liberty Bank, Raymond James, Regions). |
| 11/24/2021 | C. Tergevorkian | 0.5 | Reviewed bank extraction analysis for the 2118, 3228, and 3049 accounts. |
| *Task Code Total Hours* | | **3.2** | |

### 630.00 Claims / Liability Analysis (Pension)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/11/2021 | P. Shields | 0.6 | Evaluated production relating to Priest Pension Plan and Retiree Medical Benefits. |
| 11/11/2021 | P. Shields | 0.3 | Evaluated production relating to Priest Pension Plan and Retiree Medical Benefits. |
| *Task Code Total Hours* | | *0.9* | |

### 1060.00 Fee Application Preparation & Hearing

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/8/2021 | V. Triana | 1.5 | Prepared September fee statement. |
| 11/9/2021 | V. Triana | 2.9 | Prepared September fee statement. |
| 11/10/2021 | V. Triana | 2.9 | Continued preparing October fee statement. |
| 11/10/2021 | V. Triana | 2.9 | Prepared October fee statement. |
| 11/10/2021 | M. Haverkamp | 0.3 | Prepared second interim fee application. |
| 11/10/2021 | M. Haverkamp | 0.2 | Prepared October fee statement. |
| 11/11/2021 | V. Triana | 1.4 | Prepared October fee statement. |
| 11/15/2021 | M. Haverkamp | 0.5 | Edited September fee statement. |
| 11/16/2021 | M. Haverkamp | 2.2 | Edited second interim fee application. |
| 11/18/2021 | M. Haverkamp | 1.3 | Edited second interim application. |
| 11/18/2021 | M. Haverkamp | 1.1 | Edited October fee statement. |
| 11/18/2021 | M. Haverkamp | 1.1 | Edited September fee statement. |
| 11/19/2021 | P. Shields | 0.5 | Updated October 2021 fee statement. |
| 11/19/2021 | P. Shields | 0.4 | Updated September 2021 fee statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 11/22/2021 | M. Haverkamp | 2.6 | Edited second interim fee application. |
| 11/22/2021 | V. Triana | 1.8 | Edited October fee statement. |
| 11/22/2021 | V. Triana | 1.4 | Edited September fee statement. |
| 11/22/2021 | M. Haverkamp | 0.7 | Edited October fee statement. |
| 11/22/2021 | M. Haverkamp | 0.7 | Edited September fee statement. |
| 11/22/2021 | P. Shields | 0.2 | Reviewed October 2021 fee statements prior to submission. |
| 11/22/2021 | P. Shields | 0.2 | Reviewed September 2021 fee statements prior to submission. |
| 11/23/2021 | M. Haverkamp | 2.7 | Edited second interim fee application. |
| 11/23/2021 | H. Henritzy | 2.6 | Prepared LEDES files for April - October. |
| 11/23/2021 | M. Haverkamp | 2.6 | Prepared LEDES files for April - October. |
| 11/24/2021 | P. Shields | 2.2 | Updated narrative for first half of 2nd interim fee application for the period April 1, 2021 to October 31, 2021. |
| 11/24/2021 | M. Haverkamp | 2.1 | Edited second interim fee application. |
| 11/24/2021 | P. Shields | 0.9 | Updated narrative for remaining portion of 2nd interim fee application for the period April 1, 2021 to October 31, 2021. |
| 11/24/2021 | R. Strong | 0.4 | Drafted fee application narrative in preparation of fee application filing. |
| *Task Code Total Hours* | | *40.3* | |
| **Total Hours** | | **50.9** | |

Berkeley Research Group, LLC

Invoice for the 11/1/2021 - 11/30/2021 Period

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Jan 11, 2022 |

**FIFTEENTH MONTHLY FEE AND EXPENSE STATEMENT OF**
**BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD**
<u>**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**</u>

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Berkeley Research Group, LLC ("<u>BRG</u>"), as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>") hereby submits its Fifteenth Monthly Fee and Expense Statement (the "<u>Statement</u>") for the period from December 1, 2021 through December 31, 2021 (the "<u>Fee Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

<u>**RELIEF REQUESTED**</u>

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| December 1, 2021 to December 31, 2021 | |
|---|---|
| Fees (at standard rates) | $31,483.50 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | <u>($3,705.50)</u> |
| Fees (after reduction) | $27,778.00 |
| Expenses | <u>$0.00</u> |
| **Total Fees and Expenses Sought** | **$27,778.00** |

## **SERVICES RENDERED AND EXPENSES INCURRED**

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No 891 | 6/17/2020- 3/31/2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| 11/24/2021 Dkt No. 1186 | 4/1/2021- 10/31/2021 | $393,516.50 | $12.93 | 12/14/2021 Dkt. No. 1199 | $393,516.50 | $12.93 | $0.00 |
| 11/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | | $0.00 | $14,230.00 |
| **Totals** | | **$660,132.50** | **$3,902.45** | | **$645,902.50** | **$3,902.45** | **$14,230.00** |

*[Remainder of the page left intentionally blank]*

3

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 11, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $22,222.40 (80% of $27,778.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $22,222.40 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  January 28, 2021

Respectfully submitted,

By:/s/ *Paul N. Shields*
　　Paul N. Shields
　　Berkeley Research Group, LLC
　　201 South Main Street, Suite 450
　　Salt Lake City, Utah 84111
　　Telephone: (801) 364-6233
　　Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

6

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## BRG

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 12/1/2021 through 12/31/2021

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $620.00 | 10.7 | $6,634.00 |
| M. Babcock | Director | $540.00 | 10.1 | $5,454.00 |
| C. Tergevorkian | Consultant | $325.00 | 2.8 | $910.00 |
| S. Chaffos | Senior Associate | $275.00 | 34.4 | $9,460.00 |
| M. Haverkamp | Case Manager | $275.00 | 1.5 | $412.50 |
| K. Calder | Case Assistant | $140.00 | 11.1 | $1,554.00 |
| K. Hendry | Case Assistant | $185.00 | 5.7 | $1,054.50 |
| V. Ingle | Case Assistant | $110.00 | 20.9 | $2,299.00 |
| **Total** | | | **97.2** | **$27,778.00** |
| **Blended Rate** | | | | **$285.78** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**BRG**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 12/1/2021 through 12/31/2021

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 40.7 | $6,487.00 |
| 200.90 Document / Data Analysis (Production Requests) | 14.2 | $7,053.00 |
| 300.00 Asset Analysis (General - Debtors) | 4.8 | $2,420.50 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 22.5 | $6,492.50 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 2.8 | $910.00 |
| 1020.00 Meeting Preparation & Attendance | 1.8 | $1,084.00 |
| 1030.00 Mediation Preparation & Attendance | 3.0 | $1,740.00 |
| 1060.00 Fee Application Preparation & Hearing | 7.4 | $1,591.00 |
| **Total** | **97.2** | **$27,778.00** |
| **Blended Rate** | | **$285.78** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 12/1/2021 through 12/31/2021

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 12/9/2021 | S. Chaffos | 0.7 | Reviewed pension and benefit documents in Everlaw. |
| 12/10/2021 | K. Calder | 2.6 | Reviewed ANO bank document production from 12/8/21 (Bates Numbers: ANO (20-108426_00035376-00037698). |
| 12/10/2021 | V. Ingle | 1.6 | Reviewed bank document production from 12/10/21 (Bates Numbers: (20-10846_149635-150014). |
| 12/10/2021 | K. Calder | 1.3 | Continued to review ANO bank document production from 12/8/21 (Bates Numbers: ANO (20-108426_00035376-00037698). |
| 12/10/2021 | S. Chaffos | 1.3 | Identified affiliates with no financial statement production. |
| 12/10/2021 | K. Calder | 1.0 | Reviewed ANO bank document production from 12/8/21 (Bates Numbers: ANO (20-108426_00035376-00037698). |
| 12/10/2021 | V. Ingle | 0.4 | Participated in call with BRG (PS, SC, KC) regarding bank document analysis. |
| 12/10/2021 | K. Calder | 0.4 | Participated in call with PS (partial), SC, VI on ANO bank document production. |
| 12/10/2021 | S. Chaffos | 0.4 | Spoke with BRG (PS [partial] VI, KC) re: bank records production evaluation. |
| 12/10/2021 | P. Shields | 0.2 | Participated in a portion of call with BRG (VI, SC, KC) regarding evaluation of banking records and other financial documents. |
| 12/13/2021 | V. Ingle | 2.5 | Reviewed bank document production from 12/10/21 (Bates Numbers: (20-10846_150094-154194). |
| 12/13/2021 | V. Ingle | 1.4 | Reviewed bank document production from 12/10/21 (Bates Numbers: (20-10846_154277-156133). |
| 12/13/2021 | K. Calder | 0.3 | Reviewed ANO bank document production from 12/8/21 (Bates Numbers: ANO (20-108426_00035376-00037698). |
| 12/14/2021 | V. Ingle | 1.4 | Reviewed ANO bank document production from 12/10/21 (Bates Numbers: (20-10846_148401-149305). |
| 12/14/2021 | S. Chaffos | 0.3 | Reviewed document related pension and benefit plan. |

Berkeley Research Group, LLC

Invoice for the 12/1/2021 - 12/31/2021 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

**200.20 Document / Data Analysis (Financial / Accounting)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 12/15/2021 | V. Ingle | 0.5 | Participated in call with BRG (PS, SC) regarding ANO QuickBooks. |
| 12/15/2021 | S. Chaffos | 0.5 | Spoke with BRG (VI, PS) on analysis of Parish and affiliate financial information. |
| 12/15/2021 | P. Shields | 0.2 | Participated in a partial call with  BRG (SC, VI) to outline affiliate documentation to be accumulated in preparation for updated analysis of affiliate financial information. |
| 12/16/2021 | K. Calder | 2.9 | Generated customized comparative financial statements (2016 – 2021) for affiliate St. Peter Church Reserve - Visitation of Our Lady School. |
| 12/16/2021 | V. Ingle | 2.9 | Generated customized comparative financial statements (2016 – 2021) for affiliates All Saints Church - Holy Rosary Academy. |
| 12/16/2021 | S. Chaffos | 2.5 | Generated customized comparative financial statements (2016 – 2021) for affiliate St. Alphonsus - St. Ann Roman Catholic Church. |
| 12/16/2021 | V. Ingle | 2.3 | Generated customized comparative financial statements (2016 – 2021) for affiliate Holy Spirit Catholic Church - Our Lady of Guadalupe. |
| 12/16/2021 | S. Chaffos | 2.0 | Generated customized comparative financial statements (2016 – 2021) for affiliate St. Anthony of Padua, Luling - St. Christopher Parish. |
| 12/16/2021 | V. Ingle | 1.2 | Generated customized comparative financial statements (2016 – 2021) for affiliate Church of Our Lady of Lourdes - Our Lady of Perpetual Help School - Kenner. |
| 12/16/2021 | V. Ingle | 0.3 | Participated in call with BRG (SC, KC) in regards to Parish QuickBooks statements. |
| 12/16/2021 | P. Shields | 0.3 | Spoke with BRG (SC, VI, KC) to outline Parish financial information to be downloaded from QuickBooks Online. |
| 12/16/2021 | K. Calder | 0.3 | Spoke with BRG (SC, VI, PS) on the Parish QuickBooks Financial Data. |
| 12/16/2021 | S. Chaffos | 0.3 | Spoke with BRG (VI, KC, PS) on Parish QuickBooks Financial Documents. |
| 12/17/2021 | V. Ingle | 2.7 | Generated customized comparative financial statements (2016 – 2021) for affiliate St. Christopher the Martyr School - St. John The Baptist, New Orleans. |
| 12/17/2021 | V. Ingle | 2.6 | Generated customized comparative financial statements (2016 – 2021) for affiliate Our Lady of Prompt Succor Church, Chalmette - St. Margaret Mary School. |
| 12/17/2021 | K. Calder | 2.3 | Generated customized comparative financial statements (2016 – 2021) for affiliate Peter Church, Covington - St. Katharine Drexel Parish. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

**200.20 Document / Data Analysis (Financial / Accounting)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 12/17/2021 | V. Ingle | 1.1 | Generated customized comparative financial statements (2016 – 2021) for affiliate St. John the Baptist Roman Catholic Church, Edgard - St. Jude Community Center. |

*Task Code Total Hours* — *40.7*

**200.90 Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 12/7/2021 | M. Babcock | 1.3 | Met with UCC Counsel (AC, JS, RK, BK) and BRG (PS, SC) to discuss analysis of Apostolate assets. |
| 12/7/2021 | P. Shields | 1.3 | Participated in call with UCC Counsel (RK, BK, AC, JS) and BRG (MB, SC) regarding gaps in Archdiocese and ANO affiliate production. |
| 12/7/2021 | S. Chaffos | 1.3 | Spoke with BRG (PS, MB), Locke Lord (RK, BK), and PSZJ (JS, AC) to discuss status update for ANO affiliates. |
| 12/7/2021 | M. Babcock | 0.6 | Met with BRG (PS, SC) to discuss analysis of Apostolate assets. |
| 12/7/2021 | P. Shields | 0.6 | Spoke with BRG (MB, SC) in preparation for call with UCC Counsel regarding status of Parish and other affiliate production of records. |
| 12/7/2021 | S. Chaffos | 0.6 | Spoke with BRG (PS, MB) to identify document gaps for affiliates. |
| 12/7/2021 | P. Shields | 0.4 | Drafted outline of issues for consideration in preparation for call with UCC Counsel regarding status of Parish and other affiliate production of records. |
| 12/8/2021 | P. Shields | 0.1 | Reviewed issues for consideration in connection with the Archdiocese production of banking records for high schools and parishes. |
| 12/9/2021 | S. Chaffos | 0.9 | Spoke with BRG (PS) on affiliates outstanding document list. |
| 12/9/2021 | P. Shields | 0.9 | Spoke with BRG (SC) regarding development of a consolidated list of documents produced and those outstanding. |
| 12/9/2021 | P. Shields | 0.2 | Drafted outline of follow-up items to address in connection with production of records relating to the Parishes and other affiliates. |
| 12/13/2021 | S. Chaffos | 0.5 | Updated outstanding affiliates list. |
| 12/14/2021 | P. Shields | 0.5 | Met with BRG (SC) to review status of consolidated list of documents produced and those outstanding. |
| 12/14/2021 | S. Chaffos | 0.5 | Spoke with BRG (PS) on affiliates outstanding financial statement list. |
| 12/16/2021 | M. Babcock | 2.1 | Prepared revised document/information request for Portfolio A and Portfolio B. |
| 12/17/2021 | M. Babcock | 0.5 | Revised document/information request for Portfolio A and Portfolio B. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 200.90 Document / Data Analysis (Production Requests)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/17/2021 | M. Babcock | 0.2 | Met with BRG (PS) to discuss document/information requests. |
| 12/17/2021 | P. Shields | 0.2 | Spoke with BRG (MB) regarding details of follow-up document request from affiliates. |
| 12/17/2021 | P. Shields | 0.1 | Prepared email to UCC Counsel regarding status of affiliate analysis and preparation of follow-up requests. |
| 12/20/2021 | M. Babcock | 0.3 | Updated revised document/information request for Portfolio A and Portfolio B. |
| 12/21/2021 | M. Babcock | 0.5 | Met with UCC Counsel (AC) and BRG (PS) to discuss document/information requests. |
| 12/21/2021 | P. Shields | 0.3 | Participated in partial call with UCC Counsel (AC) and BRG (MB) regarding additional request for documentation and information from affiliates. |
| 12/28/2021 | P. Shields | 0.3 | Updated ANO affiliate document request. |
| **Task Code Total Hours** | | **14.2** | |

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/6/2021 | M. Babcock | 0.7 | Reviewed status of asset analyses, including status report to be provided during upcoming Committee meetings. |
| 12/15/2021 | M. Babcock | 1.1 | Met with UCC Counsel (JS, AC, RK, BK) and BRG (PS, SC) to discuss case issues/asset analyses. |
| 12/15/2021 | S. Chaffos | 1.1 | Spoke with BRG (PS, MB), Locke Lord (RK, BK), and PSZJ (AC, JS) to follow-up on ANO affiliates production and analysis. |
| 12/15/2021 | P. Shields | 1.1 | Spoke with UCC Counsel (JS, AC, RK, BK) and BRG (MB, SC) to identify pending affiliate and Diocese document requests and evaluate the analysis of Parish and other affiliate financial and other information. |
| 12/16/2021 | M. Babcock | 0.4 | Met with BRG (PS) to discuss asset analysis. |
| 12/16/2021 | P. Shields | 0.4 | Spoke with BRG (MB) regarding asset analysis. |
| **Task Code Total Hours** | | **4.8** | |

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/15/2021 | P. Shields | 0.5 | Met with BRG (MB) regarding pending affiliate and Diocese document requests and analysis of Parish and other affiliate financial and other information. |
| 12/15/2021 | M. Babcock | 0.5 | Met with BRG (PS) regarding analysis of Parish and other affiliate financial and other information. |

Berkeley Research Group, LLC

Invoice for the 12/1/2021 - 12/31/2021 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 12/16/2021 | S. Chaffos | 1.7 | Analyzed financial statements (December 2020 - November 2021) for affiliates Blessed Sacrament, St. Joan of Arc - Holy Name of Jesus School. |
| 12/16/2021 | S. Chaffos | 1.4 | Analyzed financial statements (December 2020 - November 2021) for affiliates All Saints Church - Ascensions of Lord School. |
| 12/21/2021 | S. Chaffos | 2.8 | Analyzed financial statements (December 2020 - November 2021) for affiliates St. Ann Roman Catholic Church - Our Lady Of Prompt Succor Church. |
| 12/21/2021 | S. Chaffos | 2.7 | Analyzed financial statements (December 2020 - November 2021) for affiliates Holy Name of Mary Church - Our Lady of Guadalupe. |
| 12/21/2021 | S. Chaffos | 2.3 | Analyzed financial statements (December 2020 - November 2021) for affiliates 242_St. Rosalie School - St. Pius X Catholic School. |
| 12/22/2021 | S. Chaffos | 2.8 | Analyzed financial statements (December 2020 - November 2021) for affiliates St. Peter School, Reserve - St. Cletus Church. |
| 12/22/2021 | S. Chaffos | 2.4 | Analyzed financial statements (December 2020 - November 2021) for affiliates St. John The Baptist, Edgard - St. Martha Church. |
| 12/22/2021 | S. Chaffos | 2.3 | Analyzed financial statements (December 2020 - November 2021) for affiliates St. Dominic School - St. John The Baptist Church. |
| 12/23/2021 | S. Chaffos | 2.2 | Analyzed financial statements (December 2020 - November 2021) for affiliates St. Mary of The Angels - St. Katharine Drexel Parish. |
| 12/23/2021 | S. Chaffos | 0.9 | Analyzed financial statements (December 2020 - November 2021) for affiliates St. Rita School - St. Thomas Braithwaite. |
| **Task Code Total Hours** | | **22.5** | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 12/7/2021 | C. Tergevorkian | 2.8 | Assisted with fee application objection response regarding the transactions in the Checking, Portfolio A, and Portfolio B bank statements. |
| **Task Code Total Hours** | | **2.8** | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 12/1/2021 | P. Shields | 1.3 | Spoke with UCC Counsel (JS, AC, RK, DB) and BRG (MB) on 8/10/21 regarding updates to Committee presentation. |
| 12/9/2021 | M. Babcock | 0.4 | Met with Rock Creek (JS, CP) to discuss pension analysis. |
| 12/16/2021 | P. Shields | 0.1 | Prepared email communication to UCC Counsel regarding BRG's portion of the presentation in the upcoming in-person UCC meeting. |
| **Task Code Total Hours** | | **1.8** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 12/29/2021 | M. Babcock | 1.5 | Met with Mediator (GZ), TCC Counsel (multiple individuals), SCC Counsel (multiple individuals) and BRG (PS) to discuss mediation issues. |
| 12/29/2021 | P. Shields | 1.5 | Participated in call with Mediator (GZ), UCC Counsel, SCC Counsel, and BRG regarding mediation and issues to be addressed in mediation. |
| *Task Code Total Hours* | | *3.0* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 12/14/2021 | K. Hendry | 2.2 | Prepared November fee statement. |
| 12/15/2021 | K. Hendry | 0.8 | Prepared November fee statement. |
| 12/16/2021 | K. Hendry | 0.6 | Prepared November fee statement. |
| 12/16/2021 | M. Haverkamp | 0.3 | Reviewed updated November fee statement. |
| 12/16/2021 | P. Shields | 0.2 | Edited November 2021 Fee Statement. |
| 12/20/2021 | M. Haverkamp | 0.8 | Edited November fee statement. |
| 12/20/2021 | K. Hendry | 0.6 | Prepared November fee statement. |
| 12/23/2021 | K. Hendry | 0.7 | Prepared November fee statement. |
| 12/28/2021 | K. Hendry | 0.8 | Updated November fee statement. |
| 12/28/2021 | M. Haverkamp | 0.4 | Edited November fee statement. |
| *Task Code Total Hours* | | *7.4* | |
| **Total Hours** | | **97.2** | |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:  Mar. 14, 2022 |

### SIXTEENTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Sixteenth Monthly Fee and Expense Statement (the "Statement") for the period from January 1, 2022 through January 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.       The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| January 1, 2022 to January 31, 2022 | |
|---|---|
| Fees (at standard rates) | $54,682.50 |
| Voluntary reduction | ($7,388.00) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $47,294.50 |
|---|---|
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$47,294.50** |

3.       As noted in the *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* [Docket No. 205] (the "Application"), "These discounted hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised dates become effective." As of January 1, 2022, the hourly rates for certain staff increased. The new rates can be found in Exhibit A: Fees by Professional.

## SERVICES RENDERED AND EXPENSES INCURRED

4.       The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

5.       BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

2

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No 891 | 6/17/2020- 3/31/2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| 11/24/2021 Dkt No. 1186 | 4/1/2021- 10/31/2021 | $393,516.50 | $12.93 | 12/14/2021 Dkt. No. 1199 | $393,516.50 | $12.93 | $0.00 |
| 11/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $11,384.00 | $0.00 | $2,846.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $22,222.40 | $0.00 | $5,555.60 |
| **Totals** | | **$687,910.50** | **$3,902.45** | | **$679,508.90** | **$3,902.45** | **$8,401.60** |

*[Remainder of the page left intentionally blank]*

## NO PRIOR REQUEST

6.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $37,835.60 (80% of 47,294.50) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $37,835.60 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  February 28, 2022                             Respectfully submitted,

By:/s/ *Paul N. Shields*
        Paul N. Shields
        Berkeley Research Group, LLC
        201 South Main Street, Suite 450
        Salt Lake City, Utah 84111
        Telephone: (801) 364-6233
        Email:  pshields@thinkbrg.com

        *Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 1/1/2022 through 1/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $635.00 | 6.5 | $4,127.50 |
| R. Strong | Managing Director | $610.00 | 0.5 | $305.00 |
| M. Babcock | Director | $560.00 | 5.6 | $3,136.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 33.9 | $16,102.50 |
| A. Strong | Consultant | $350.00 | 21.9 | $7,665.00 |
| C. Tergevorkian | Consultant | $325.00 | 1.3 | $422.50 |
| S. Chaffos | Senior Associate | $275.00 | 31.0 | $8,525.00 |
| M. Haverkamp | Case Manager | $300.00 | 4.1 | $1,230.00 |
| H. Henritzy | Case Assistant | $195.00 | 6.8 | $1,326.00 |
| K. Calder | Case Assistant | $140.00 | 5.5 | $770.00 |
| V. Ingle | Case Assistant | $110.00 | 33.5 | $3,685.00 |
| **Total** | | | **150.6** | **$47,294.50** |
| **Blended Rate** | | | | **$314.04** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 1/1/2022 through 1/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 39.4 | $5,540.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 8.7 | $1,650.00 |
| 300.00 Asset Analysis (General - Debtors) | 11.0 | $3,850.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 6.3 | $2,612.50 |
| 410.00 Litigation Analysis (Avoidance Actions) | 22.2 | $9,187.00 |
| 600.00 Claims / Liability Analysis (General) | 42.5 | $17,350.00 |
| 1020.00 Meeting Preparation & Attendance | 9.5 | $4,485.50 |
| 1060.00 Fee Application Preparation & Hearing | 11.0 | $2,619.50 |
| **Total** | **150.6** | **$47,294.50** |
| **Blended Rate** | | **$314.04** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 1/1/2022 through 1/31/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 1/4/2022 | V. Ingle | 1.3 | Reviewed Hancock Whitney subpoena bank documents from May 2015 through July 2019 (Account: 7589). |
| 1/4/2022 | V. Ingle | 0.2 | Held call with SC regarding bank statements. |
| 1/4/2022 | S. Chaffos | 0.2 | Spoke with BRG (VI) regarding bank subpoena documents. |
| 1/5/2022 | V. Ingle | 0.9 | Reviewed Hancock Whitney subpoena bank documents from January 2014 through December 2014 and January 2017 through September 2021 (Account: 2118). |
| 1/5/2022 | V. Ingle | 0.6 | Reviewed Hancock Whitney subpoena bank documents from July 2018 through September 2021 (Account: 0766). |
| 1/5/2022 | V. Ingle | 0.6 | Reviewed Hancock Whitney subpoena bank documents from May 2015 through May 2017 (Account: 3461). |
| 1/5/2022 | V. Ingle | 0.6 | Reviewed Hancock Whitney subpoena bank documents from September 2014 through August 2021 (Account: 1509). |
| 1/5/2022 | V. Ingle | 0.5 | Reviewed Hancock Whitney subpoena bank documents from May 2015 through May 2017 (Account: 2186). |
| 1/5/2022 | V. Ingle | 0.5 | Reviewed Hancock Whitney subpoena bank documents from May 2015 through May 2017 (Account: 3472). |
| 1/5/2022 | V. Ingle | 0.5 | Reviewed Hancock Whitney subpoena bank documents from September 2014 through August 2021 (Account: 4318). |
| 1/5/2022 | V. Ingle | 0.4 | Reviewed Hancock Whitney subpoena bank documents from February 2016 through October 2017 (Account: 6153). |
| 1/5/2022 | V. Ingle | 0.4 | Reviewed Hancock Whitney subpoena bank documents from May 2015 through May 2017 (Account: 3483). |
| 1/5/2022 | V. Ingle | 0.4 | Reviewed Hancock Whitney subpoena bank documents from May 2015 through October 2017 (Account: 7600). |
| 1/5/2022 | V. Ingle | 0.4 | Reviewed Hancock Whitney subpoena bank documents from October 2016 through July 2019 (Account: 6844). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.20 Document / Data Analysis (Financial / Accounting)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/5/2022 | V. Ingle | 0.3 | Reviewed Hancock Whitney subpoena bank documents from July 2020 through August 2021 (Account: 4085). |
| 1/5/2022 | V. Ingle | 0.3 | Reviewed Hancock Whitney subpoena bank documents from June 2020 through August 2021 (Account: 2718, 4257, 4265). |
| 1/5/2022 | V. Ingle | 0.2 | Reviewed Hancock Whitney subpoena bank documents from July 2020 through August 2021 (Account: 4069). |
| 1/6/2022 | V. Ingle | 1.2 | Reviewed Hancock Whitney subpoena bank documents from January 2015 through December 2016 (Account: 2118). |
| 1/6/2022 | V. Ingle | 1.1 | Reviewed First Bank Trust subpoena bank documents from April 2014 through June 2017 and May 2020 through August 2021 (Account: 9129). |
| 1/6/2022 | V. Ingle | 1.1 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and June 2020 through August 2021 (Account: 9602). |
| 1/6/2022 | V. Ingle | 0.7 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 (Account: 9680). |
| 1/6/2022 | V. Ingle | 0.4 | Reviewed Hancock Whitney subpoena Statement of Account from April 2017 through August 2021 (Account: 0970). |
| 1/6/2022 | V. Ingle | 0.2 | Reviewed Hancock Whitney subpoena bank documents from August 2020 through August 2021 (Account: 2118). |
| 1/6/2022 | V. Ingle | 0.2 | Reviewed Hancock Whitney subpoena bank documents from July 2020 through August 2021 (Account: 5683). |
| 1/6/2022 | V. Ingle | 0.2 | Reviewed Hancock Whitney subpoena Statement of Account from April 2017 through August 2021 (Account: 0989). |
| 1/6/2022 | V. Ingle | 0.2 | Reviewed Hancock Whitney subpoena Statement of Account from January 2014 through December 2017 and January 2020 through August 2021 (Account: 3049). |
| 1/6/2022 | V. Ingle | 0.2 | Reviewed Hancock Whitney subpoena Statement of Account from July 2014 through June 2017 and July 2020 through August 2021 (Account: 3228). |
| 1/7/2022 | V. Ingle | 0.9 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and June 2020 through August 2021 (Account: 0184). |
| 1/7/2022 | V. Ingle | 0.9 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 8545). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 1/7/2022 | V. Ingle | 0.7 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 3693). |
| 1/7/2022 | V. Ingle | 0.7 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 8457). |
| 1/7/2022 | V. Ingle | 0.6 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and June 2020 through August 2021 (Account: 0067). |
| 1/7/2022 | V. Ingle | 0.6 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 0079). |
| 1/7/2022 | V. Ingle | 0.5 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 (Account: 8490). |
| 1/10/2022 | V. Ingle | 0.9 | Reviewed First Bank Trust subpoena bank documents from October 2014 through June 2017 and May 2020 through August 2021 (Account: 4242). |
| 1/10/2022 | V. Ingle | 0.9 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 1514). |
| 1/10/2022 | V. Ingle | 0.8 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 0271). |
| 1/10/2022 | V. Ingle | 0.7 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 4967). |
| 1/10/2022 | V. Ingle | 0.7 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through July 2021 (Account: 2809). |
| 1/10/2022 | V. Ingle | 0.6 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 1745). |
| 1/10/2022 | V. Ingle | 0.3 | Reviewed First Bank Trust subpoena bank documents from May 2017 through June 2017 and May 2020 through October 2021 (Account: 0431). |
| 1/10/2022 | V. Ingle | 0.2 | Reviewed First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through July 2021 (Account: 2809). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.20 Document / Data Analysis (Financial / Accounting)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/19/2022 | S. Chaffos | 2.7 | Reviewed First American Bank subpoena bank documents from August 2018 through July 2019 (Accounts: 6786, 0502, 0513, 1377, 3014, 5651). |
| 1/20/2022 | C. Tergevorkian | 1.3 | Reviewed New Orleans subpoena bank documents in preparation for follow up requests. |
| 1/20/2022 | S. Chaffos | 1.2 | Reviewed Gulf Coast Bank & Trust Company subpoena bank documents from August 2018 through July 2019. (Account(s): 6054, 7654, 3404). |
| 1/20/2022 | R. Strong | 0.5 | Analyzed code/scripts to evaluate bank statements received. |
| 1/21/2022 | V. Ingle | 0.8 | Reviewed various First Bank Trust subpoena bank documents from September 2014 through August 2021 (Account: 3293). |
| 1/21/2022 | V. Ingle | 0.7 | Reviewed various First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 9614). |
| 1/24/2022 | V. Ingle | 1.0 | Reviewed various First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through August 2021 (Account: 1481). |
| 1/24/2022 | V. Ingle | 0.7 | Reviewed various First Bank Trust subpoena bank documents from September 2014 through June 2017 and May 2020 through May 2021 (Account: 9625). |
| 1/24/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2854). |
| 1/25/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from May 2017 through June 2017 and May 2020 through August 2021 (Account: 2755). |
| 1/25/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from May 2017 through June 2017 and May 2020 through August 2021 (Account: 2777). |
| 1/25/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2799). |
| 1/25/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2821). |
| 1/25/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2832). |
| 1/25/2022 | V. Ingle | 0.2 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2854). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 1/26/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2865). |
| 1/26/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from May 2020 through August 2021 (Account: 2876). |
| 1/27/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents from September 2020 through August 2021 (Account: 2887). |
| 1/28/2022 | V. Ingle | 0.6 | Reviewed various First Bank Trust subpoena bank documents from May 2015 through June 2017 and July 2019 through April 2020 (Account: 1605). |
| 1/28/2022 | V. Ingle | 0.6 | Reviewed various First Bank Trust subpoena bank documents from September 2014 through August 2021 (Account: 3199) |
| 1/28/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents (Accounts: 0437, 3063). |
| 1/28/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from April 2015 through June 2017 (Account: 0011). |
| 1/28/2022 | V. Ingle | 0.4 | Reviewed various First Bank Trust subpoena bank documents from March 2017 through June 2017 (Account: 4836). |
| 1/28/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents (Accounts: 6705, 5700). |
| 1/28/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents from August 2017 through June 2018 (Account: 9441). |
| 1/28/2022 | V. Ingle | 0.3 | Reviewed various First Bank Trust subpoena bank documents from March 2017 through June 2017 (Account: 2009). |
| ***Task Code Total Hours*** | | ***39.4*** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 1/27/2022 | K. Calder | 2.6 | Analyzed cash receipts and disbursements transactions from the periodic interim reports for 10/1/2021 - 10/15/2021. |
| 1/27/2022 | S. Chaffos | 1.2 | Updated MOR balance sheet comparative schedule for September 2021 - December 2021. |
| 1/27/2022 | S. Chaffos | 1.1 | Updated the MOR cash summary ending balance comparison schedule for August 2021 - December 2021. |
| 1/27/2022 | S. Chaffos | 0.9 | Updated MOR income statement comparative schedule for August 2021 - December. |
| 1/30/2022 | K. Calder | 2.9 | Analyzed cash receipts and disbursements transactions from the periodic interim reports for 10/16/2021 - 10/31/2021. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

| | | | |
|------|-------------|-------|-------------|
| *Task Code Total Hours* | | *8.7* | |

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/7/2022 | A. Strong | 2.0 | Reconciled key indicators per Moody's credit opinion to information reported in audited financial statements for 2019. |
| 1/7/2022 | A. Strong | 1.6 | Reconciled key indicators per Moody's credit opinion to information reported in audited financial statements for 2018. |
| 1/7/2022 | A. Strong | 1.5 | Reconciled key indicators per Moody's credit opinion to information reported in audited financial statements for 2017. |
| 1/7/2022 | A. Strong | 1.0 | Reconciled key indicators per Moody's credit opinion to information reported in audited financial statements for 2016. |
| 1/7/2022 | A. Strong | 0.9 | Reconciled key indicators per Moody's credit opinion to information reported in audited financial statements for 2015. |
| 1/10/2022 | A. Strong | 2.6 | Applied Moody's credit rating methodology to calculate credit estimate for ANO years 2019-2017. |
| 1/10/2022 | A. Strong | 0.8 | Evaluated inputs for ANO credit estimate. |
| 1/10/2022 | A. Strong | 0.6 | Applied Moody's credit rating methodology to calculate credit estimate for ANO 2016. |
| *Task Code Total Hours* | | *11.0* | |

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/4/2022 | S. Chaffos | 0.2 | Confirmed Stella Roman Foundation is not included on affiliate schedule. |
| 1/15/2022 | P. Shields | 0.4 | Evaluated issues for consideration in assessing a substantial contribution by non-Debtor affiliates. |
| 1/21/2022 | S. Chaffos | 1.8 | Analyzed affiliates not on affiliate list to identify status of entities that have either closed, merged, and etc. |
| 1/21/2022 | S. Chaffos | 1.1 | Met with BRG (PS, JS) in regards to the listing of ANO non-Debtor affiliates. |
| 1/21/2022 | P. Shields | 1.1 | Spoke with BRG (JS, SC) regarding research relating to identification of additional affiliates. |
| 1/21/2022 | J. Shaw | 1.1 | Spoke with BRG (PS, SC) regarding ANO affiliates analysis. |
| 1/24/2022 | J. Shaw | 0.6 | Evaluated ANO affiliates analysis. |
| *Task Code Total Hours* | | *6.3* | |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 1/19/2022 | J. Shaw | 1.0 | Analyzed transaction detail for preference analysis. |
| 1/19/2022 | M. Babcock | 0.7 | Met with BRG (JS) in order to evaluate potential avoidance actions. |
| 1/19/2022 | J. Shaw | 0.7 | Spoke with BRG (MB) regarding preference analysis. |
| 1/19/2022 | S. Chaffos | 0.5 | Met with BRG (JS, AS) in regards to the preference analysis. |
| 1/19/2022 | A. Strong | 0.5 | Met with BRG (JS, SC) re: preference analysis. |
| 1/19/2022 | J. Shaw | 0.5 | Met with BRG (SC, AS) regarding preference analysis. |
| 1/20/2022 | A. Strong | 2.6 | Reviewed available wire details to identify payee name - transactions indicated as (Unidentified - ACH/Transfer/Wire" for ANO preference analysis. |
| 1/20/2022 | A. Strong | 1.4 | Reviewed available wire details to identify payee name - transactions indicated as "Payroll" for ANO preference analysis. |
| 1/20/2022 | J. Shaw | 0.2 | Met with BRG (SC) regarding preference analysis. |
| 1/20/2022 | S. Chaffos | 0.2 | Spoke with BRG (JS) to discuss preference analysis. |
| 1/21/2022 | A. Strong | 2.9 | Reviewed available wire details to identify payee name - transactions indicated as "Insurance" for ANO preference analysis. |
| 1/21/2022 | A. Strong | 0.3 | Reviewed available wire details to identify payee name - transactions indicated as "Payroll" for ANO preference analysis. |
| 1/24/2022 | A. Strong | 2.0 | Reviewed available wire details to identify payee name - transactions indicated "LA Catholic Conference," "Unidentified - Split," "First B&T," "EIF Loan," "Priest Stipend," "Adjustment/Correction," "Pension," "Insurance - Health" for ANO preference analys |
| 1/24/2022 | J. Shaw | 0.8 | Analyzed cash disbursement detail for preference analysis. |
| 1/24/2022 | A. Strong | 0.8 | Reviewed available wire details to identify payee name - transactions indicated as "Insurance - Captive" and "SAG Loan" for ANO preference analysis. |
| 1/24/2022 | A. Strong | 0.4 | Met with BRG (JS) re: preference analysis. |
| 1/24/2022 | J. Shaw | 0.4 | Spoke with BRG (AS) regarding preference analysis. |
| 1/25/2022 | J. Shaw | 2.0 | Analyzed cash disbursement detail for preference analysis. |
| 1/31/2022 | J. Shaw | 2.3 | Analyzed disbursement transaction detail in connection with preference analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 1/31/2022 | M. Babcock | 1.0 | Met with BRG (JS) in order to analyze avoidance action analysis. |
| 1/31/2022 | J. Shaw | 1.0 | Spoke with BRG (MB) regarding preference analysis. |
| ***Task Code Total Hours*** | | **22.2** | |
| **600.00 Claims / Liability Analysis (General)** | | | |
| 1/4/2022 | J. Shaw | 0.5 | Reviewed claims data. |
| 1/4/2022 | J. Shaw | 0.2 | Prepared email to claims agent regarding claims status/information. |
| 1/12/2022 | J. Shaw | 2.0 | Analyzed sexual abuse claims data. |
| 1/12/2022 | J. Shaw | 1.5 | Analyzed updated claims database. |
| 1/13/2022 | J. Shaw | 2.9 | Analyzed ANO affiliate data in connection with sexual abuse claims analysis. |
| 1/13/2022 | J. Shaw | 1.8 | Continued to analyze ANO affiliate data in connection with sexual abuse claims analysis. |
| 1/13/2022 | J. Shaw | 1.1 | Analyzed sexual abuse claims data. |
| 1/13/2022 | J. Shaw | 0.9 | Prepared potential affiliate schedule based on sexual abuse claims data. |
| 1/13/2022 | S. Chaffos | 0.6 | Spoke with BRG (JS) regarding abuse claim schedule provided by claims administrator. |
| 1/13/2022 | J. Shaw | 0.6 | Spoke with BRG (SC) regarding sexual abuse claims analysis. |
| 1/14/2022 | J. Shaw | 1.6 | Updated sexual abuse claims analysis. |
| 1/14/2022 | J. Shaw | 1.0 | Met with BRG (PS, SC) regarding sexual abuse claims analysis. |
| 1/14/2022 | S. Chaffos | 1.0 | Spoke with BRG (JS, PS [partial]) regarding affiliates listed in the claims analysis. |
| 1/14/2022 | P. Shields | 1.0 | Spoke with BRG (JS, SC) regarding claims review and segregation of claims by Non-Debtor Affiliates. |
| 1/18/2022 | S. Chaffos | 2.4 | Compared the claims administrator abuse claim schedule to Counsel abuse claim schedule. |
| 1/18/2022 | S. Chaffos | 1.6 | Reviewed NOLA claims schedule dated 01/10/2022 provided by claim administrator. |
| 1/18/2022 | M. Babcock | 0.9 | Met with BRG (PS, JS, SC) in order to discuss ability to pay analysis (including evaluation of claims exposure). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **600.00 Claims / Liability Analysis (General)** | | | |
| 1/18/2022 | J. Shaw | 0.9 | Met with BRG (PS, MB, SC) regarding ANO affiliate analysis in connection with sexual abuse claims. |
| 1/18/2022 | S. Chaffos | 0.9 | Spoke with BRG (JS, MB, PS) regarding abuse claim analysis. |
| 1/18/2022 | P. Shields | 0.9 | Spoke with BRG (MB, JS, SC) regarding claims evaluation and further research to be performed in categorizing claims by Non-Debtor Affiliate. |
| 1/18/2022 | S. Chaffos | 0.3 | Met with BRG (JS) to discuss abuse claims analysis. |
| 1/18/2022 | J. Shaw | 0.3 | Spoke with BRG (SC) regarding sexual abuse claims analysis. |
| 1/19/2022 | S. Chaffos | 2.1 | Analyzed the claims administrator claims schedule in comparison to Counsel claims schedule to identify entity differences. |
| 1/19/2022 | S. Chaffos | 1.6 | Analyzed the claims administrator claims schedule in comparison to Counsel claims schedule to identify duplicate and amended claims. |
| 1/19/2022 | J. Shaw | 0.9 | Met with BRG (PS, SC) regarding sexual abuse claims analysis. |
| 1/19/2022 | S. Chaffos | 0.9 | Spoke with BRG (JS, PS) to discuss the follow up on the abuse claim analysis. |
| 1/19/2022 | P. Shields | 0.9 | Spoke with BRG (JS, SC) regarding further adjustments and clarifications to claims evaluation. |
| 1/19/2022 | J. Shaw | 0.5 | Analyzed sexual abuse claims analysis. |
| 1/20/2022 | S. Chaffos | 1.6 | Reviewed affiliates listed on claims analysis that are not included on the affiliate list. |
| 1/20/2022 | J. Shaw | 0.4 | Met with BRG (SC) regarding sexual abuse claims analysis. |
| 1/20/2022 | S. Chaffos | 0.4 | Spoke with (JS) on comparison abuse claim analysis. |
| 1/20/2022 | J. Shaw | 0.2 | Reviewed ANO sexual abuse claims data. |
| 1/21/2022 | J. Shaw | 1.5 | Met with BRG (SC (partial)), and Locke Lord (BK) regarding sexual abuse claims analysis. |
| 1/21/2022 | S. Chaffos | 1.1 | Participated in partial call with BRG (JS) and LL (BK) in regards to claims analysis. |
| 1/21/2022 | J. Shaw | 0.8 | Reviewed sexual abuse claims information in preparation for call with Counsel. |
| 1/21/2022 | J. Shaw | 0.5 | Evaluated ANO sexual abuse claims data. |
| 1/21/2022 | M. Babcock | 0.4 | Met with BRG (JS, SC, PS) re: the claims analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **600.00 Claims / Liability Analysis (General)** | | | |
| 1/21/2022 | J. Shaw | 0.4 | Met with BRG (MB, SC) and UCC Counsel (IS) regarding claims analysis. |
| 1/21/2022 | S. Chaffos | 0.4 | Met with BRG (PS, JS, MB) and PSZJ (IS) to discuss the claims analysis. |
| 1/21/2022 | P. Shields | 0.4 | Spoke with UCC Counsel (IS) and BRG (MB, JS, SC) regarding evaluation and categorization of claims. |
| 1/24/2022 | S. Chaffos | 2.4 | Updated the abuse claims analysis in preparation for Counsel review. |
| 1/31/2022 | J. Shaw | 0.2 | Followed up with Locke Lord (BK) regarding status of sexual abuse claims analysis. |
| *Task Code Total Hours* | | *42.5* | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 1/15/2022 | P. Shields | 0.1 | Prepared email to UCC Counsel regarding claims, real estate, and assessment of substantial contribution by non-Debtor affiliates. |
| 1/18/2022 | M. Babcock | 1.4 | Met with UCC Counsel (RK, BK, SB, JS [partial call]) and BRG (PS, JS, SC) in order to discuss ability to pay analysis (including evaluation of claims exposure). |
| 1/18/2022 | J. Shaw | 1.4 | Participated in call with BRG (PS, MB, SC), Locke Lord (BK, SB, RK), and Pachulski (JS, AC) regarding claims and substantial contribution analysis. |
| 1/18/2022 | S. Chaffos | 1.4 | Spoke with BRG (MB, PS, JS) , Locke Lord (BK, RK, SB), and PSZJ (AC, JS) in regards outstanding items in Archdiocese and ANO affiliate production. |
| 1/18/2022 | P. Shields | 1.4 | Spoke with UCC Counsel (JS, AC [partial], RK, BK, SB) and BRG (MB, JS, SC) regarding assessment of substantial contribution and evaluation of potential avoidance actions. |
| 1/18/2022 | S. Chaffos | 1.2 | Met with BRG (JS, MB, PS (partial)) to discuss claims and preference analysis. |
| 1/18/2022 | J. Shaw | 1.2 | Met with BRG (PS (partial), MB, SC) regarding claims and preference analysis. |
| 1/18/2022 | M. Babcock | 1.2 | Met with BRG (PS [partial call], JS, SC) in order to analyze claims and avoidance actions. |
| 1/18/2022 | P. Shields | 0.2 | Participated in follow up call with BRG (MB, JS, SC) regarding claims evaluation and further research to be performed in categorizing claims by Non-Debtor Affiliate. |
| *Task Code Total Hours* | | *9.5* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |

Berkeley Research Group, LLC

Invoice for the 1/1/2022 - 1/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 1/20/2022 | H. Henritzy | 1.2 | Prepared December monthly fee statement. |
| 1/21/2022 | H. Henritzy | 1.4 | Prepared December monthly fee statement. |
| 1/21/2022 | M. Haverkamp | 0.2 | Prepared December fee statement. |
| 1/24/2022 | M. Haverkamp | 0.9 | Edited December fee application. |
| 1/24/2022 | H. Henritzy | 0.6 | Prepared December fee statement. |
| 1/25/2022 | M. Haverkamp | 0.7 | Edited December fee statement. |
| 1/25/2022 | H. Henritzy | 0.4 | Prepared December monthly fee statement. |
| 1/26/2022 | M. Haverkamp | 0.6 | Edited December fee statement. |
| 1/27/2022 | H. Henritzy | 1.6 | Prepared December monthly fee statement. |
| 1/27/2022 | M. Haverkamp | 0.8 | Edited December fee statement. |
| 1/28/2022 | H. Henritzy | 1.6 | Updated December monthly fee statement. |
| 1/28/2022 | M. Haverkamp | 0.6 | Edited December fee statement. |
| 1/28/2022 | M. Haverkamp | 0.3 | Prepared December LEDES file. |
| 1/28/2022 | P. Shields | 0.1 | Reviewed December 2021 Fee Statement prior to submission to Counsel. |
| *Task Code Total Hours* | | *11.0* | |
| **Total Hours** | | **150.6** | |

# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Apr. 6, 2022 |

**SEVENTEENTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

1.    In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Seventeenth Monthly Fee and Expense Statement (the "Statement") for the period from February 1, 2022 through February 28, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.    The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| February 1, 2022 to February 28, 2022 | |
|---|---|
| Fees (at standard rates) | $74,592.50 |
| Voluntary reduction | ($11,140.50) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Fees (after reduction) | $63,452.00 |
| Expenses | <u>$0.00</u> |
| **Total Fees and Expenses Sought** | **$63,452.00** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021-10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 11/28/2021 Dkt No. N/A | 11/1/2021 -11/30/2021 | $14,230.00 | $0.00 | N/A | $11,384.00 | $0.00 | $2,846.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 -12/31/2021 | $27,778.00 | $0.00 | N/A | $22,222.40 | $0.00 | $5,555.60 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 -1/31/2022 | $47,294.50 | $0.00 | N/A | $0.00 | $0.00 | $47,294.50 |
| **Totals** | | **$735,205.00** | **$3,902.45** | | **$679,508.90** | **$3,902.45** | **$55,696.10** |

*[Remainder of the page left intentionally blank]*

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 6, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $50,761.60 (80% of 63,452.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $50,761.60 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  March 23, 2022

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 2/1/2022 through 2/28/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $635.00 | 8.7 | $5,524.50 |
| R. Strong | Managing Director | $610.00 | 2.9 | $1,769.00 |
| M. Babcock | Director | $560.00 | 37.5 | $21,000.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 34.9 | $16,577.50 |
| A. Strong | Consultant | $350.00 | 17.4 | $6,090.00 |
| S. Chaffos | Senior Associate | $275.00 | 33.1 | $9,102.50 |
| M. Haverkamp | Case Manager | $300.00 | 2.2 | $660.00 |
| K. Calder | Case Assistant | $140.00 | 11.6 | $1,624.00 |
| K. Hendry | Case Assistant | $195.00 | 5.1 | $994.50 |
| V. Ingle | Case Assistant | $110.00 | 1.0 | $110.00 |
| **Total** | | | **154.4** | **$63,452.00** |
| **Blended Rate** | | | | **$410.96** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

# Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 2/1/2022 through 2/28/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 1.0 | $110.00 |
| 200.90 Document / Data Analysis (Production Requests) | 5.8 | $2,678.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 24.2 | $6,479.50 |
| 300.00 Asset Analysis (General - Debtors) | 4.8 | $1,792.50 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 4.1 | $1,669.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 10.4 | $4,123.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 41.9 | $19,687.50 |
| 330.00 Asset Analysis (Real Property - Debtors) | 5.4 | $1,809.00 |
| 410.00 Litigation Analysis (Avoidance Actions) | 42.1 | $19,978.50 |
| 630.00 Claims / Liability Analysis (Pension) | 2.1 | $757.50 |
| 1030.00 Mediation Preparation & Attendance | 4.5 | $2,205.00 |
| 1060.00 Fee Application Preparation & Hearing | 8.1 | $2,162.50 |
| **Total** | **154.4** | **$63,452.00** |
| **Blended Rate** | | **$410.96** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Exhibit C: Time Detail**

For the Period 2/1/2022 through 2/28/2022

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 2/3/2022 | V. Ingle | 0.8 | Reviewed various First National Bank subpoena bank documents from September 2014 through June 2017 and May 2020 (Account: 7036). |
| 2/3/2022 | V. Ingle | 0.2 | Reviewed various First National Bank subpoena bank documents from December 2018 through January 2019 (Account: 8597). |
| *Task Code Total Hours* | | *1.0* | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 2/23/2022 | P. Shields | 1.0 | Met with BRG (MB [partial], SC) to identify additional non-Debtor affiliates for which no financial information has been provided. |
| 2/23/2022 | S. Chaffos | 1.0 | Met with BRG (PS, MB [partial]) relating to affiliates list with no financial production. |
| 2/23/2022 | S. Chaffos | 0.9 | Met with BRG (PS, MB) and Locke Lord (BK, RK) to discuss most recent affiliate document production. |
| 2/23/2022 | P. Shields | 0.9 | Met with UCC Counsel (RK, BK) and BRG (MB, SC) to review status and outline follow up requests for non-Debtor affiliate financial information. |
| 2/23/2022 | M. Babcock | 0.9 | Met with UCC Counsel (RK, BK) and BRG (PS, SC) in order to discuss outstanding document requests. |
| 2/23/2022 | S. Chaffos | 0.6 | Evaluated MORs periodic interim reports for January 2021 - December 2021 to identify gaps in productions. |
| 2/23/2022 | M. Babcock | 0.5 | Met with BRG (PS, SC) in order to discuss outstanding document requests [partial call]. |
| *Task Code Total Hours* | | *5.8* | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 2/1/2022 | K. Calder | 2.7 | Analyzed cash receipts and disbursements for 11/01/2021 - 11/15/2021. |
| 2/1/2022 | K. Calder | 2.1 | Analyzed cash receipts and disbursements for 12/01/2021 - 12/15/2021. |
| 2/1/2022 | K. Calder | 1.7 | Analyzed cash receipts and disbursements for 11/16/2021 - 11.30/2021. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 2/2/2022 | K. Calder | 1.4 | Analyzed cash receipts and disbursements for 12/01/2021 - 12/15/2021. |
| 2/10/2022 | S. Chaffos | 0.6 | Met with BRG (JS, PS) regarding the updates to comparative analysis from the MORs. |
| 2/10/2022 | P. Shields | 0.6 | Met with BRG (JS, SC) regarding analysis of financial trends update. |
| 2/10/2022 | J. Shaw | 0.6 | Met with BRG (PS, SC) regarding updates to analysis of financial trends from financial information set forth in MORs. |
| 2/23/2022 | S. Chaffos | 2.1 | Prepared schedule of 2018 credibly accused list of priests in preparation for post-petition payment analysis. |
| 2/23/2022 | S. Chaffos | 0.8 | Reviewed priest pension plan document - Bates Number: ANO (20-10846)_00140116. |
| 2/23/2022 | M. Babcock | 0.7 | Investigated post-petition disbursements to credibly accused priests. |
| 2/25/2022 | K. Calder | 2.9 | Analyzed cash receipts and disbursements for 12/15/2021 - 12/30/2021. |
| 2/25/2022 | K. Calder | 0.8 | Continued analyzing cash receipts and disbursements for 12/15/2021 - 12/30/2021. |
| 2/25/2022 | S. Chaffos | 0.7 | Reviewed consolidated MOR periodic interim report analysis for time period January 16, 2021 - December 31, 2021. |
| 2/28/2022 | S. Chaffos | 2.3 | Investigated post-petition pension payments to credibly accused priests. |
| 2/28/2022 | M. Babcock | 1.8 | Updated analysis of post-petition disbursements to credibly accused priests. |
| 2/28/2022 | S. Chaffos | 1.2 | Met with BRG (MB) to discuss post-petition payment to credibly accused priests. |
| 2/28/2022 | M. Babcock | 1.2 | Met with BRG (SC) in order to discuss issues related to post-petition disbursements to credibly accused priests. |
| **Task Code Total Hours** | | **24.2** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 2/2/2022 | S. Chaffos | 2.9 | Updated the art and religious artifacts index for Counsel. |
| 2/2/2022 | S. Chaffos | 0.4 | Met with BRG (PS) regarding art and religious artifacts index. |
| 2/2/2022 | P. Shields | 0.4 | Met with BRG (SC) regarding schedule and supporting documents for art and religious artifacts. |
| 2/2/2022 | P. Shields | 0.2 | Reviewed schedule and supporting documentation for art and religious artifacts. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 2/22/2022 | M. Babcock | 0.3 | Evaluated status of outstanding case matters, including examination of case correspondence. |
| 2/24/2022 | M. Babcock | 0.6 | Met with UCC Counsel (JS, KB, AC) in order to discuss asset analyses. |
| *Task Code Total Hours* | | *4.8* | |

### 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 2/16/2022 | M. Babcock | 0.5 | Updated restricted asset analysis. |
| 2/16/2022 | S. Chaffos | 0.4 | Met with BRG (MB) to discuss alleged restricted asset documents. |
| 2/16/2022 | M. Babcock | 0.4 | Met with BRG (SC) in order to analyze restrictions asserted on assets. |
| 2/17/2022 | M. Babcock | 1.0 | Revised restricted asset analysis. |
| 2/17/2022 | S. Chaffos | 0.2 | Reviewed restricted asset document ANO_(20-10846)_00070185. |
| 2/18/2022 | S. Chaffos | 1.6 | Evaluated restricted asset documents - Bates Numbers: ANO (20-10846)_00070085 - 00069842. |
| *Task Code Total Hours* | | *4.1* | |

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 2/3/2022 | S. Chaffos | 2.3 | Evaluated Exhibit A (Docket 40) schedule with affiliates analysis to determine outstanding financial requests. |
| 2/14/2022 | P. Shields | 0.9 | Met with BRG (MB, JS, SC) in order to discuss analysis of affiliate assets. |
| 2/14/2022 | M. Babcock | 0.9 | Met with BRG (PS, JS, SC) in order to analyze affiliate assets. |
| 2/14/2022 | S. Chaffos | 0.9 | Met with BRG (PS, MB, JS) to discuss affiliates asset analysis. |
| 2/14/2022 | J. Shaw | 0.9 | Met with BRG (PS, MB, SC) regarding affiliate asset analysis. |
| 2/18/2022 | S. Chaffos | 0.4 | Met with BRG (PS) on affiliates document production. |
| 2/18/2022 | P. Shields | 0.4 | Met with BRG (SC) about the status of evaluating the most recent non-Debtor affiliate production. |
| 2/22/2022 | S. Chaffos | 2.1 | Updated affiliate list with no financial statement production. |
| 2/23/2022 | P. Shields | 0.5 | Met with BRG (MB, SC) regarding accumulation of non-Debtor affiliate financial information. |
| 2/23/2022 | S. Chaffos | 0.5 | Met with BRG (PS, MB) to discuss the most recent affiliate production. |

Berkeley Research Group, LLC

Invoice for the 2/1/2022 - 2/28/2022 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/23/2022 | M. Babcock | 0.5 | Met with BRG (PS, SC) in order to discuss ongoing asset analyses. |
| 2/23/2022 | P. Shields | 0.1 | Reviewed non-Debtor affiliate financial information. |
| **Task Code Total Hours** | | **10.4** | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 2/2/2022 | M. Babcock | 1.1 | Revised cash receipt and disbursement analysis. |
| 2/2/2022 | R. Strong | 0.6 | Discussed Financial Edge data extractions with BRG (MB) for cash analysis. |
| 2/2/2022 | M. Babcock | 0.6 | Met with BRG (RS) in order to discuss cash receipt and disbursement analysis. |
| 2/3/2022 | M. Babcock | 0.9 | Analyzed recently produced bank account documentation in conjunction with receipt and disbursement analysis. |
| 2/3/2022 | S. Chaffos | 0.7 | Met with BRG (MB) to discuss bank account analysis. |
| 2/3/2022 | M. Babcock | 0.7 | Met with BRG (SC) to discuss ongoing receipt and disbursement analyses. |
| 2/4/2022 | M. Babcock | 0.5 | Updated receipt and disbursement analysis. |
| 2/7/2022 | A. Strong | 2.1 | Reviewed ANO disbursement analysis for payee name consistency: A through IXL Learning. |
| 2/7/2022 | A. Strong | 1.1 | Reviewed ANO disbursement analysis for payee name consistency: J&J Exterminating through PrimePay LLC. |
| 2/7/2022 | A. Strong | 0.9 | Reviewed Retirement and Our Lady of Guadalupe wire activity for transactions applicable to ANO disbursement analysis. |
| 2/7/2022 | M. Babcock | 0.5 | Analyzed historical receipt and disbursement activity (Operating / Checking account). |
| 2/8/2022 | M. Babcock | 2.9 | Examined historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/9/2022 | A. Strong | 2.4 | Reviewed ANO disbursement analysis for payee name consistency: Primrose of Shadow Creek through Summit Litho Inc. |
| 2/9/2022 | A. Strong | 1.6 | Reviewed ANO disbursement analysis for payee name consistency: Sun Life Financial through Zynex Medical. |
| 2/9/2022 | R. Strong | 1.3 | Analyzed accounting system data for cash analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 2/9/2022 | M. Babcock | 1.2 | Analyzed historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/9/2022 | R. Strong | 1.0 | Discussed accounting system data for cash analysis with BRG team (JS [partial], MB). |
| 2/9/2022 | M. Babcock | 1.0 | Met with BRG (RS, JS [partial call]) in order to examine historical receipt and disbursement activity (including identification of sources to determine unidentified payee / payor information). |
| 2/9/2022 | J. Shaw | 0.8 | Met with BRG (MB, RS) regarding historical receipt and disbursement activity analysis [partial call]. |
| 2/10/2022 | M. Babcock | 2.7 | Analyzed historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/10/2022 | M. Babcock | 1.4 | Continued analysis of historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/11/2022 | M. Babcock | 2.4 | Revised analysis of historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/11/2022 | M. Babcock | 2.3 | Updated analysis of historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/14/2022 | M. Babcock | 0.8 | Updated analysis of historical receipt and disbursement activity, including identification of sources to determine unidentified payee / payor information (Operating / Checking account). |
| 2/15/2022 | A. Strong | 0.7 | Met with BRG (JS) re: ANO disbursement analysis. |
| 2/16/2022 | A. Strong | 1.2 | Standardized payee names for ANO disbursement analysis. |
| 2/17/2022 | A. Strong | 2.8 | Standardized payee information for previously unidentified ACH/Wire transactions dated 1/1-12/31/2020. |
| 2/17/2022 | A. Strong | 1.0 | Standardized payee information for previously unidentified ACH/wire transactions dated 1/1-4/1/2021. |
| 2/21/2022 | A. Strong | 2.2 | Standardized payee information for previously unidentified ACH/wire transactions dated 1/1/17-12/31/19. |
| 2/21/2022 | A. Strong | 1.4 | Standardized payee information for previously unidentified ACH/wire transactions dated 9/1/10-12/31/16. |
| 2/23/2022 | M. Babcock | 0.3 | Analyzed issues related to Portfolio A and Portfolio B. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 2/24/2022 | M. Babcock | 0.8 | Analyzed issues related to Portfolio A , including historical activity. |
| *Task Code Total Hours* | | *41.9* | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 2/1/2022 | S. Chaffos | 1.7 | Analyzed 2022 appraisal reports including creating appraisal schedule. |
| 2/1/2022 | S. Chaffos | 0.9 | Met with BRG (PS) on new production of Debtor's 2022 appraisal reports. |
| 2/1/2022 | P. Shields | 0.9 | Met with BRG (SC) regarding evaluation of real estate appraisals and fixed asset accounting data. |
| 2/7/2022 | S. Chaffos | 1.9 | Analyzed real estate appraisals by creating comparison schedule of the 2015, 2021, and 2022 appraisal reports. |
| *Task Code Total Hours* | | *5.4* | |
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 2/1/2022 | S. Chaffos | 2.3 | Investigated unknown and recurring ACH transactions for preference analysis from December 2017 - April 2021. |
| 2/1/2022 | J. Shaw | 2.3 | Updated preference analysis. |
| 2/1/2022 | S. Chaffos | 0.6 | Held call with BRG (JS) to review the preference analysis. |
| 2/1/2022 | J. Shaw | 0.6 | Met with BRG (SC) regarding preference analysis. |
| 2/2/2022 | J. Shaw | 1.9 | Updated preference analysis. |
| 2/2/2022 | J. Shaw | 0.2 | Reviewed status of preference analysis. |
| 2/3/2022 | M. Babcock | 1.6 | Met with BRG (JS) to discuss avoidance action analyses. |
| 2/3/2022 | J. Shaw | 1.6 | Met with BRG (MB) regarding preference analysis. |
| 2/7/2022 | J. Shaw | 0.8 | Evaluated preference analysis. |
| 2/8/2022 | J. Shaw | 0.2 | Coordinated discussion regarding preference analysis. |
| 2/9/2022 | J. Shaw | 1.5 | Evaluated preference analysis. |
| 2/9/2022 | M. Babcock | 0.6 | Met with BRG (JS) in order to update avoidance action analysis. |
| 2/9/2022 | J. Shaw | 0.6 | Met with BRG (MB) regarding preference analysis. |
| 2/10/2022 | J. Shaw | 0.8 | Evaluated unidentified ACH transactions in connection with preference analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**410.00 Litigation Analysis (Avoidance Actions)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/14/2022 | M. Babcock | 1.7 | Met with BRG (JS) in order to analyze avoidance actions. |
| 2/14/2022 | J. Shaw | 1.7 | Met with BRG (MB) regarding preference analysis. |
| 2/14/2022 | M. Babcock | 1.4 | Revised avoidance action analysis. |
| 2/14/2022 | J. Shaw | 0.8 | Evaluated transaction data in connection with preference analysis. |
| 2/15/2022 | J. Shaw | 0.7 | Met with BRG (AS) regarding preference analysis. |
| 2/17/2022 | J. Shaw | 0.2 | Corresponded with staff regarding status of preference analysis. |
| 2/21/2022 | J. Shaw | 0.1 | Corresponded with BRG staff regarding status of preference analysis. |
| 2/22/2022 | J. Shaw | 2.9 | Analyzed 2019 bank transaction detail for preference analysis. |
| 2/22/2022 | J. Shaw | 2.9 | Analyzed 2020 bank transaction detail for preference analysis. |
| 2/22/2022 | J. Shaw | 1.5 | Analyzed 2021 bank transaction detail for preference analysis. |
| 2/23/2022 | J. Shaw | 1.8 | Analyzed 2019 transaction detail in connection with preference analysis. |
| 2/24/2022 | J. Shaw | 2.9 | Analyzed 2015-2018 receipt and disbursement detail in connection with preference analysis. |
| 2/24/2022 | J. Shaw | 0.5 | Analyzed 2014 receipt and disbursement detail in connection with preference analysis. |
| 2/25/2022 | J. Shaw | 2.9 | Analyzed 2011-2014 receipt and disbursement detail in connection with preference analysis. |
| 2/25/2022 | J. Shaw | 1.4 | Updated 2011-2018 receipt and disbursement detail in connection with preference analysis. |
| 2/28/2022 | M. Babcock | 1.3 | Met with BRG (JS) in order to revise avoidance action analysis. |
| 2/28/2022 | J. Shaw | 1.3 | Met with BRG (MB) regarding receipts and disbursements detail in connection with preference analysis. |
| 2/28/2022 | J. Shaw | 0.5 | Updated receipt and disbursement detail in connection with preference analysis. |

| *Task Code Total Hours* | | *42.1* | |

**630.00 Claims / Liability Analysis (Pension)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/2/2022 | S. Chaffos | 0.4 | Creaed schedule of priest pension documents in preparation for Counsel review. |
| 2/2/2022 | S. Chaffos | 0.4 | Evaluated priest pension documents. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 630.00 Claims / Liability Analysis (Pension)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/2/2022 | S. Chaffos | 0.4 | Held call with BRG (PS), Rock Creek (CP, JS), and PSZJ (AC, GB) to discuss ANO pension document production. |
| 2/2/2022 | P. Shields | 0.4 | Met with UCC Counsel (AC, GB), Rock Creek Advisors (JS, CP) and BRG (SC) regarding pension plan documentation. |
| 2/15/2022 | P. Shields | 0.1 | Followed up with BRG regarding accumulation of pension related documents. |
| 2/17/2022 | S. Chaffos | 0.4 | Updated pension document index for Rock Creek review. |
| **Task Code Total Hours** | | **2.1** | |

### 1030.00 Mediation Preparation & Attendance

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/2/2022 | S. Chaffos | 1.5 | Held call with BRG (PS, MB), Locke Lord (BK [partial], SB), and PSZJ (JS) relating to the discussion of meditation preparation and analyses. |
| 2/2/2022 | M. Babcock | 1.5 | Met with UCC Counsel (JS), Locke Lord (BK, SB) and BRG (PS, SC) in order to discuss upcoming reports to UCC in preparation for mediation. |
| 2/2/2022 | P. Shields | 1.5 | Met with UCC Counsel (JS, BK [partial], SB) and BRG (MB, SC) regarding analysis and potential presentations in preparation for mediation. |
| **Task Code Total Hours** | | **4.5** | |

### 1060.00 Fee Application Preparation & Hearing

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/15/2022 | K. Hendry | 1.3 | Prepared January fee statement. |
| 2/23/2022 | K. Hendry | 1.6 | Prepared January fee statement. |
| 2/23/2022 | M. Haverkamp | 1.4 | Edited January fee statement. |
| 2/24/2022 | K. Hendry | 1.9 | Prepared January fee statement. |
| 2/24/2022 | M. Haverkamp | 0.6 | Edited January fee statement. |
| 2/25/2022 | P. Shields | 0.6 | Made updates to January 2022 Fee Statement. |
| 2/25/2022 | K. Hendry | 0.3 | Prepared January fee statement. |
| 2/25/2022 | P. Shields | 0.2 | Reviewed January 2022 Fee Statement prior to submission to Counsel. |
| 2/25/2022 | M. Haverkamp | 0.2 | Reviewed updated January fee statement. |
| **Task Code Total Hours** | | **8.1** | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **Total Hours** | | **154.4** | |

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[6] | § | |
| | § | |

---

**ORDER APPROVING THIRD INTERIM APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022**

CAME ON for consideration the *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2021 through February 28, 2022* [**Docket No.___**] (the "Application") filed by Berkeley Research Group, LLC (the "Firm") for the period from November 1, 2021 through February 28, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[6] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$152,754.50** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$152,754.50** in fees for services rendered and **$0.00** in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of April, 2022

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on March 24, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 24, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown