**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>                  Debtor. [28] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

**ORDER COMPELLING THE DEBTOR TO TERMINATE**
**PENSION BENEFITS FOR CREDIBLY ACCUSED PERSONS**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for an Order Compelling the Debtor to Terminate Pension Benefits for Credibly Accused Persons* (the "Motion")[29] filed by the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

        **IT IS HEREBY ORDERED THAT:**

        1.        The relief requested in the Motion is granted.

        2.        Notwithstanding anything to the contrary set forth in the Court's prior

---

[28] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

12

112285834v.1

Orders, the Debtor is not authorized to make payment to any Credibly Accused Person in respect of any prepetition Employee Obligation, except that the Debtor is instructed to continue provision of "retiree benefits" as that term is defined in 11 U.S.C. § 1114(a).

3. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

Dated: _____, 2022

THE HONORABLE MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

[29] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

112285834v.1