## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| *Debtor* [1] | CHAPTER 11 |

---

## EXPEDITED JOINT MOTION TO APPROVE TOLLING AGREEMENT

---

> **EXPEDITED RELIEF HAS BEEN REQUESTED. IF EXPEDITED CONSIDERATION IS GRANTED, A HEARING WILL BE CONDUCTED ON THIS MATTER ON THURSDAY, MARCH 31, 2022, AT 3:00 P.M. (OR AT ANOTHER TIME ORDERED BY THE COURT). PURSUANT TO GENERAL ORDER 2021-2, PARTIES IN INTEREST AND THEIR COUNSEL MAY ATTEND THE HEARING EITHER IN PERSON, IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-888-684-8852; ACCESS CODE: 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU MUST FILE A WRITTEN RESPONSE ON OR BEFORE WEDNESDAY, MARCH 30, 2022, AT 5:00 P.M. (PROVIDED THAT THE HEARING IS SCHEDULED FOR MARCH 31, 2022, AT 3:00 P.M.). OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**NOW INTO COURT**, through undersigned counsel, come The Roman Catholic Church of the Archdiocese of New Orleans (the "*Archdiocese*" or "*Debtor*"); the Official Committee of

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Unsecured Commercial Creditors (the "***Commercial Committee***"); the Official Committee of Unsecured Creditors (the "***Committee***");[2] and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities included on **Exhibit A** attached hereto (collectively, the "***Related Parties***", and together with the Debtor, the Commercial Committee, and the Committee, the "***Parties***"),[3] who respectfully move the Court for entry of an order substantially in the form attached hereto as **Exhibit B** (the "***Proposed Order***") approving the Tolling Agreement attached hereto as **Exhibit C** (the "***Tolling Agreement***") and tolling the Deadlines, as such term is defined herein, through and including May 1, 2023.  In support thereof, the Parties respectfully represent as follows:

## Background

1.  On May 1, 2020, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"), commencing the above-captioned chapter 11 case.

2.  The Committee was appointed by the Office of the United States Trustee (the "***UST***") on May 20, 2020[4] and reconstituted on June 10, 2020[5] and October 8, 2020.[6]

---

[2] Together, the Commercial Committee and the Committee are referred to herein as the "***Committees***" and, individually, as a "***Committee***".

[3] On behalf of such Related Parties, their predecessors, successors, direct and indirect parent companies, direct and indirect subsidiary companies, companies under common control with the foregoing, affiliates and assigns, and their past, present, and future agents, representatives, and successors in interest, and all persons acting by, through, under, or in concert with them.  Notwithstanding the use of the term "Related Parties," all Parties reserve the right to allege that any "Related Party" is not "related" to the Archdiocese.

[4] Notice of Appointment of Unsecured Creditors' Committee [ECF No. 94].

[5] Notice of Appointment of Reconstituted Unsecured Creditors' Committee [ECF No. 151].

[6] Notice of Appointment of Reconstituted Unsecured Creditors' Committee [ECF No. 478].

3.      On March 5, 2021, the UST filed that certain *Notice of Appointment of Unsecured Commercial Creditor's Committee,*[7] appointing the Commercial Committee pursuant to section 1102 of the Bankruptcy Code.

4.      The Committees believe that the Debtor's estate (the "***Estate***") may have claims against the Related Parties, including, without limitation, any "claim" as such term is defined in section 105(5) of the Bankruptcy Code, claims under, *inter alia*, Rule 7001 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), section 105 of the Bankruptcy Code, Chapter 5 of the Bankruptcy Code, and/or claims under State, Federal and common law, including, but not limited to, those under single business enterprise, alter ego/piercing the corporate veil, substantive consolidation, and/or directors and officers liability theories (collectively, the "***Estate Claims***").

5.      The Debtor's time to commence certain of the Estate Claims is set to expire under applicable law, including, without limitation, sections 546(a)(1)(A) and 108(a)(2) of the Bankruptcy Code, on May 1, 2022.

6.      The Committees intend to seek standing to pursue the Estate Claims against the Related Parties in the event the Debtor refuses to do so.

## The Tolling Agreement

7.      The Debtor and the Committees continue efforts to resolve certain issues between them via mediation before the Honorable Gregg W. Zive.  In an effort to focus resources on such mediation and defer the pursuit of the Estate Claims until such time as it is appropriate to do so, the Parties have agreed to enter into a tolling agreement to ensure that Estate Claims are preserved for the benefit of the Estate and to provide the Committees with time to seek derivative standing,

---

[7] Notice of Appointment of Unsecured Commercial Creditors' Committee [ECF No. 772].

if appropriate.  To that end, the Parties have agreed to extend the time for the commencement of

Estate Claims through and including May 1, 2023 (the "***Tolling Period***").

8.      Key terms of the Tolling Agreement are summarized as follows:

    a.   The Debtor will not file any of the Estate Claims during the Tolling Period except upon forty-five days' prior written notice to the Committees, through their counsel of record.

    b.   Neither the Committee nor the Commercial Committee may seek derivative standing to commence any of the Estate Claims during the Tolling Period except upon forty-five days' prior written notice to the Debtor and to the other Committee, through their counsel of record.

    c.   Subject to the forty-five-day notice period above, any Estate Claims filed prior to the expiration of the Tolling Period shall be deemed timely filed.

    d.   All statutes of limitation, statutes of repose, and prescriptive and peremptive periods that had not otherwise already run as of the date of the Tolling Agreement, including but not limited to those set forth in section 546 of the Bankruptcy Code, applicable to any of the Estate Claims (the "***Deadlines***") are further extended through and including the Tolling Period.

    e.   The Related Parties acknowledge and agree that they are estopped from arguing that the Tolling Agreement is ineffective to extend the time within which the Estate Claims may be brought.  Further, the Debtor and all Related Parties are prohibited from joining, cooperating with, or otherwise facilitating or assisting in a claim or defense made by any person or entity that is not a Party to the Tolling Agreement, asserting that the Estate Claims are not subject to the Tolling Agreement and the extensions of time for commencement set forth therein.

    f.   The signatories to the Tolling Agreement represent and warrant that they have the authority to bind the Parties on whose behalf they are signing.  Without limiting the foregoing, counsel of record for the Apostolates, as that term is defined in the Second Amended Notice of Appearance filed on March 18, 2022 [ECF No. 1361], has authority to:  (a) execute the Tolling Agreement on behalf of each Related Party that is an Apostolate, and (b) execute any subsequent extensions thereto on behalf of such Apostolates.

    g.   The Tolling Agreement is without prejudice to the rights of the Debtor, the Commercial Committee and/or the Committee to seek further extensions of time upon a consensual stipulation of the Parties.

h.   The Tolling Agreement shall be further extended for such time periods as may be set forth in a consensual written agreement executed by counsel to the Parties without further action of any of the Parties.

## Jurisdiction and Venue

9.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Basis for Relief Requested

10.      Section 105(a) of the Bankruptcy Code authorizes this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."[8]  This section grants bankruptcy courts broad authority and discretion to enforce the provisions of the Bankruptcy Code.

11.      Section 363(c)(1) of the Bankruptcy Code provides, in relevant part, that the Debtor "may enter into transactions, including the sale or lease of property of the estate, in the ordinary course of business, without notice or a hearing."[9]  Even if entry into the Tolling Agreement is outside the ordinary course of business, the Debtor satisfies the applicable standard for entry into such agreement.

12.      Section 363(b) of the Bankruptcy Code provides that the Debtor, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."[10]  A court may authorize the use, sale or lease of a debtor's property outside of the ordinary course of business under section 363(b)(1) of the Bankruptcy Code where a sound business

---

[8] 11 U.S.C. § 105(a).

[9] 11 U.S.C. § 363(c)(1).

[10] 11 U.S.C. § 363(b).

purpose exists for doing so. *See, e.g.*, *Institutional Creditors of Cont'l Air Lines, Inc. v. Cont'l Air Lines, Inc. (In re Cont'l Air Lines, Inc.)*, 780 F.2d 1223, 1226 (5th Cir. 1986).

13.     "Once the Debtor articulates a valid business justification, '[t]he business judgment rule is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action was in the best interests of the company.'" *In re Kabuto Ariz. Props., LLC,* No. 09-11282, 2009 Bankr. LEXIS 4961, *66 (Bankr. D. Ariz. Dec. 9, 2009) (quoting *In re S.N.A. Nut Co.,* 186 B.R. 98 (Bankr. N.D. Ill. 1995) (citations omitted)); *see also In re Johns-Manville Corp.*, 60 B.R. 612, 615-16 (Bankr. S.D.N.Y. 1986) ("[A] presumption of reasonableness attaches to a debtor's management decisions.").

14.     The Parties submit that the Debtor's decision to enter into the Tolling Agreement has a strong business justification and is the product of the Parties' sound business judgment. Indeed, the Tolling Agreement inures to the benefit of all parties in interest because it permits the Debtor and the Committees to proceed with mediation on issues which may resolve the need for commencing the Estate Claims altogether.

15.     For these reasons, the Parties submit that entry into the Tolling Agreement is supported by a valid business justification and should be authorized pursuant to sections 105(a) and 363 of the Bankruptcy Code.

## Notice

16.     Notice of this Motion is being provided to the parties identified in this Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures [ECF No. 22]. In light of the nature of the relief requested herein, the Parties submit that no other or further notice is necessary.

17.     Out of an abundance of caution, notice of this Motion is also being served upon each of the Related Parties via their registered agent for service of process through U.S. mail, first class, postage prepaid.

**WHEREFORE**, for the reasons outlined herein, the Parties respectfully request:  (A) entry of an order in substantially similar form as the Proposed Order approving the Tolling Agreement, and (B) such other and further relief as the Court deems just and proper under the circumstances.

**Signatures on following page**

Dated: March 25, 2022          Respectfully submitted,

                               **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:      */s/ Brooke W. Altazan*
         Paul D. Stewart, Jr. (LA. Bar # 24661)
         dstewart@stewartrobbins.com
         William S. Robbins (LA. Bar # 24627)
         wrobbins@stewartrobbins.com
         Brandon A. Brown (La. Bar #25592)
         bbrown@stewartrobbins.com
         Brooke W. Altazan (La. Bar #32796)
         baltazan@stewartrobbins.com
         301 Main St., Suite 1640
         Baton Rouge, LA 70801-0016
         Telephone: (225) 231-9998
         Facsimile: (225) 709-9467

         **COUNSEL TO THE OFFICIAL COMMITTEE OF
         UNSECURED COMMERCIAL CREDITORS OF THE
         ROMAN CATHOLIC CHURCH OF THE
         ARCHDIOCESE OF NEW ORLEANS**

         *-AND-*

         */s/ Mark A. Mintz*
         R. PATRICK VANCE (#13008)
         ELIZABETH J. FUTRELL (#05863)
         MARK A. MINTZ (#31878)
         LAURA F. ASHLEY (#32820)
         Jones Walker LLP
         201 St. Charles Avenue, 51st Floor
         New Orleans, LA  70170
         Telephone: (504) 582-8000
         Facsimile:  (504) 589-8260
         Email:  pvance@joneswalker.com
         Email:  efutrell@joneswalker.com
         Email:  mmintz@joneswalker.com
         Email:  lashley@joneswalker.com

         **ATTORNEYS FOR THE ROMAN CATHOLIC
         CHURCH OF THE ARCHDIOCESE OF NEW
         ORLEANS**

         *-AND-*

By: */s/ W. Steven Bryant* _____

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
      rkuebel@lockelord.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. No.110345)
Pachulski Stang Ziehl & Jones LLP
10100  Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
      acaine@pszjlaw.com

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

*-AND-*

*/s/  Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER, & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com

lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

**ATTORNEYS FOR THE RELATED PARTIES**

# EXHIBIT A
# RELATED PARTIES

{N4545721.2}

| | |
|---|---|
| 7887 Walmsley, Inc. | All Saints Roman Catholic Church, New Orleans, Louisiana |
| Annunciation Inn, Inc. | Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana |
| Archdiocesan Spirituality Center | |
| Archdiocese of New Orleans Indemnity, Inc. | Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana |
| Aspiring Scholars | Assumption of Mary Roman Catholic Church, Avondale, Louisiana |
| Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana | Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana f/k/a St. Vincent de Paul Roman Catholic Church |
| Blessed Sacrament, Inc. | Blessed Sacrament - St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana |
| Blessed Trinity Roman Catholic Church, New Orleans, Louisiana | Catholic Charities Archdiocese of New Orleans |
| Catholic Charities Children's Day Care Centers | Catholic Charities Group Homes |
| Catholic Community Foundation Archdiocese of New Orleans | Chateau de Notre Dame Facilities Corporation |
| Christ the King Roman Catholic Church, Gretna, Louisiana | Christopher Homes, Inc. |
| Christopher Inn | Clarion Herald Publishing Company |
| Corpus Christi - Epiphany Roman Catholic Church, New Orleans, Louisiana | Divine Mercy Roman Catholic Church, Kenner, Louisiana |
| Dubourg Home | Epiphany, Inc. |
| Good Shepherd Roman Catholic Church, New Orleans, Louisiana | Holy Family Roman Catholic Church, Franklinton, Louisiana |
| Holy Family Roman Catholic Church, Luling, Louisiana | Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana |
| Holy Spirit Roman Catholic Church, New Orleans, Louisiana | Holy Trinity Drive Land Corporation |
| Iberia Investment Fund II, LLC | |
| Immaculate Conception Roman Catholic Church, Marrero, Louisiana | Immaculate Conception Roman Catholic Church, New Orleans, Louisiana |
| Immaculate Heart of Mary, Inc. | Incarnate Word, Inc. |
| Korean Catholic Community of New Orleans, Inc. d/b/a Hanmaum Korean Catholic Church | Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana |
| Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana | Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| Metairie III | Metairie Manor |
| Monsignor Wynhoven Apartments, Inc. | Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana |
| Most Holy Trinity Roman Catholic Church, Covington, Louisiana | Nazareth II |
| Nazareth Inn II | Nazareth Manor |
| New Orleans Archdiocesan Cemeteries | Notre Dame Health System (f/k/a Chateau de Notre Dame d/b/a Notre Dame Hospice, Our Lady of Wisdom Health Care Center, Notre Dame Home Care, Notre Dame Home Health, and Wynhoven Health Care Center) |
| Notre Dame Seminary | Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana |
| Our Lady of Good Counsel, Inc. | Our Lady of Good Harbor, Inc. |
| Our Lady of Grace Roman Catholic Church, Reserve, Louisiana | Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of Lourdes, New Orleans, Louisiana, Inc. | Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana |
| Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana | Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana |
| Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana | Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana |
| Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana | Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana |
| Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana | Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana |
| Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana | Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc. | Our Lady of Wisdom Facility Corporation |
| Our Lady Star of The Sea Roman Catholic Church, New Orleans, Louisiana | Pace Greater New Orleans |
| Padua House | Philmat, Inc. |
| Project Lazarus | Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana |
| Roman Catholic Center of Jesus the Lord | Rouquette III |
| Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana | Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana |
| School Food and Nutrition Services of New Orleans, Inc. | Second Harvest Food Bank of Greater New Orleans and Acadiana |
| St. Ann, New Orleans, Louisiana, Inc. | St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana |

| | |
|---|---|
| St. Agnes Roman Catholic Church, Jefferson, Louisiana | St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana |
| St. Angela Merici Roman Catholic Church, Metairie, Louisiana | St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana |
| St. Anselm Roman Catholic Church, Madisonville, Louisiana | St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana |
| St. Anthony of Padua Roman Catholic Church, Luling, Louisiana | St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana |
| St. Anthony Roman Catholic Church, Gretna, Louisiana | St. Anthony's Gardens |
| St. Augustine Roman Catholic Church, New Orleans, Louisiana | St. Benedict Roman Catholic Church, Covington, Louisiana |
| St. Benilde Roman Catholic Church, Metairie, Louisiana | St. Bernard II |
| St. Bernard III | St. Bernard Manor |
| St. Bernard Roman Catholic Church St. Bernard, Louisiana | St. Bonaventure Roman Catholic Church, Avondale, Louisiana |
| St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana | St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana |
| St. Christopher Roman Catholic Church, Metairie, Louisiana | St. Clement of Rome Roman Catholic Church, Metairie, Louisiana |
| St. Cletus Roman Catholic Church, Gretna, Louisiana | St. David Roman Catholic Church, New Orleans, Louisiana |
| St. Dominic's Roman Catholic Church, New Orleans, Louisiana | St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana |
| St. Frances Xavier Cabrini, Inc. | St. Francis de Salles, Inc. |
| St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana | St. Francis Xavier Roman Catholic Church, Metairie, Louisiana |
| St. Gabriel Roman Catholic Church, New Orleans, Louisiana | St. Genevieve Roman Catholic Church, Slidell, Louisiana |
| St. Gertrude Roman Catholic Church, Des Allemands, Louisiana | St. Henry's Inc. |
| St. Hubert Roman Catholic Church, Garyville, Louisiana | St. James Major Roman Catholic Church, New Orleans, Louisiana |
| St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana | St. Jerome Roman Catholic Church, Kenner, Louisiana |
| St. Joachim Roman Catholic Church, Marrero, Louisiana | St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana |
| St. John Bosco Roman Catholic Church, Harvey, Louisiana | St. John of the Cross Roman Catholic Church, Lacombe, Louisiana |
| St. John the Baptist, New Orleans, Louisiana, Inc. | St. John The Baptist Roman Catholic Church, Edgard, Louisiana |
| St. John the Baptist Roman Catholic Church, Folsom, Louisiana | St. John The Baptist Roman Catholic Church, Paradis, Louisiana |

| | |
|---|---|
| St. Joseph Roman Catholic Church, Algiers, Louisiana | St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana |
| St. Joseph's Roman Catholic Church, Gretna, Louisiana | St. Jude Community Center, Inc. |
| St. Julian Eymard, Inc. | St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana |
| St. Lawrence the Martyr, Inc. | St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana |
| St. Louise de Marillac, Inc. | St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana |
| St. Margaret Mary Roman Catholic Church, Slidell, Louisiana | St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana |
| St. Mark Roman Catholic Church, Ama, Louisiana | St. Martha Roman Catholic Church, Harvey, Louisiana |
| St. Martin's Manor, Inc. | St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana |
| St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana | St. Mary's Roman Catholic Church, New Orleans, Louisiana |
| St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana | St. Maurice, Inc. |
| St. Michael Special School | St. Monica, Inc. |
| St. Patrick's Roman Catholic Church, New Orleans, Louisiana | St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana |
| St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana | St. Peter Claver Roman Catholic Church, New Orleans, Louisiana |
| St. Peter Roman Catholic Church, Reserve, Louisiana | St. Peter's Roman Catholic Church, Covington , Louisiana |
| St. Philip Neri Roman Catholic Church, Metairie, Louisiana | St. Philip the Apostle, Inc. |
| St. Pius X Roman Catholic Church, New Orleans, Louisiana | St. Raymond and St. Leo The Great Roman Catholic Church, New Orleans, Louisiana |
| St. Raymond's, Inc. | St. Rita Roman Catholic Church, Harahan, Louisiana |
| St. Rita Roman Catholic Church, New Orleans, Louisiana | St. Rosalie Roman Catholic Church, Harvey, Louisiana |
| St. Rose of Lima, Inc. | St. Tammany Catholic Cemetery |
| St. Tammany Manor | St. Therese Catholic Academy |
| St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana | St. Theresa of the Child Jesus, Inc. |
| St. Thomas Roman Catholic Church, Pointe a la Hache, Louisiana | Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana |
| The Apartments at Mater Dolorosa | The Congregation of the Annunciation Roman Catholic Church |

| | |
|---|---|
| The Congregation of Saints Peter and Paul Roman Catholic Church | The Congregation of St. Cecelia Roman Catholic Church |
| The Congregation of St. Rita Roman Catholic Church of Harahan | The Congregation of the Holy Trinity Roman Catholic Church |
| The Mental Health Association Development Corporation | The Society for the Propagation of the Faith, Archdiocese of New Orleans |
| The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana | Transfiguration of The Lord Roman Catholic Church, New Orleans, Louisiana |
| Villa Additions d/b/a St. Teresa's Villa | Villa St. Maurice, Inc. |

# EXHIBIT B
# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor*[1] | **CHAPTER 11** |

---

### ORDER APPROVING TOLLING AGREEMENT

---

      **CONSIDERING** the *Expedited Joint Motion to Approve Tolling Agreement* [ECF No. ___] (the "***Motion***")[2] filed by the Roman Catholic Church of the Archdiocese of New Orleans (the "***Archdiocese***" or "***Debtor***"); the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***"); the Official Committee of Unsecured Creditors (the "***Committee***"); and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities included on **Exhibit A** attached hereto (collectively, the "***Related Parties***", and together with the Debtor, the Commercial Committee, and the Committee, the "***Parties***");[3]

      **THE COURT HEREBY FINDS AND CONCLUDES** that:

      A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] On behalf of such Related Parties, their predecessors, successors, direct and indirect parent companies, direct and indirect subsidiary companies, companies under common control with the foregoing, affiliates and assigns, and their past, present, and future agents, representatives, and successors in interest, and all persons acting by, through, under, or in concert with them.  Notwithstanding the use of the term "Related Parties," all Parties reserve the right to allege that any "Related Party" is not "related" to the Archdiocese.

{N4545721.2}

B.      Proper and adequate notice of the Motion has been given, and no other or further notice is necessary.

C.      Entry into the tolling agreement in substantially the form attached to this Order as **Exhibit B** (the "***Tolling Agreement***") will preserve the Estate Claims (as that term is defined in the Tolling Agreement) because, among other things, section 546(a) of the Bankruptcy Code sets forth a statute of limitations and not a statute of repose, and therefore, is not jurisdictional in nature.

D.      Entry into the Tolling Agreement is in the best interests of the Debtor, its Estate, and creditors.

E.      A Second Amended Notice of Appearance [ECF No. 1361] (the "***Amended NOA***") has been filed on behalf of the Apostolates (as defined in the Amended NOA), which entities are both referred to as "Related Parties" in the Tolling Agreement and constitute the Related Parties as defined above.  Based on the Amended NOA, counsel of record for the Related Parties has authority to: (a) execute the Tolling Agreement on behalf of each of the Related Parties, and (b) execute any subsequent extensions thereto on behalf of such Related Parties.

F.      The terms of the Tolling Agreement, including the contractual obligations set forth therein, are binding and effective under applicable law upon the Parties that execute and sign the Tolling Agreement.

     **THEREFORE, IT IS HEREBY ORDERED** that:

1.      The Motion is **GRANTED** as provided for in this Order.

2.      The Parties are hereby authorized to enter into the Tolling Agreement in the form attached to this Order as **Exhibit B**, pursuant to sections 105(a) and 363 of the Bankruptcy Code.

3.      The Parties are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

4.      Any and all unexpired, as of the date of the Tolling Agreement, deadlines by which the Debtor, the Estate, and/or, upon the Court's granting derivative standing, the Committees must commence the Estate Claims are hereby extended through and including May 1, 2023 as set forth in the Tolling Agreement.

5.      The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

New Orleans, Louisiana, April ___, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT C
# TOLLING AGREEMENT

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor* [1] | **CHAPTER 11** |

**TOLLING AGREEMENT**

**THIS TOLLING AGREEMENT** ("*Tolling Agreement*") is entered into by and between The Roman Catholic Church of the Archdiocese of New Orleans (the "*Archdiocese*" or "*Debtor*")[2]; the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "*Commercial Committee*"); the Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "*Committee*"); and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities included on **Exhibit A** attached hereto (collectively, the "*Related Parties*"), on behalf of such Related Parties, their predecessors, successors, direct and indirect parent companies, direct and indirect subsidiary companies, companies under common control with the foregoing, affiliates and assigns, and their past, present, and future agents, representatives, and successors in interest, and all persons acting by, through, under, or in concert with them (collectively, the Debtor, the Commercial Committee, the Committee, and the Related Parties are referred to herein as the "*Parties*").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.
[2] The Debtor's bankruptcy estate is referred to herein as the "*Estate*".

Page 1 of 5

## RECITALS:

**WHEREAS,** on May 1, 2020, the Debtor filed a voluntary petition under Chapter 11 of Title 11, United States Code (the "***Bankruptcy Code***") in the Bankruptcy Court for the Eastern District of Louisiana (the "***Court***");

**WHEREAS,** the Commercial Committee and the Committee believe that the Estate may have claims against the Related Parties, including without limitation any "claim" as such term is defined in Section 105(5) of the Bankruptcy Code, claims under, *inter alia*, Rule 7001 of the Federal Rules of Bankruptcy Procedure, Bankruptcy Code §§105, Chapter 5 of the Bankruptcy Code, and/or claims under State, Federal and common law, including, but not limited to, those under single business enterprise, alter ego/piercing the corporate veil, substantive consolidation, and/or directors and officers liability theories (collectively, the "***Estate Claims***");

**WHEREAS,** the Related Parties may, at the appropriate time, assert defenses disputing that the Estate has any valid Estate Claims against them;

**WHEREAS,** the Commercial Committee and Committee intend to seek standing to pursue the Estate Claims against the Related Parties in the event the Debtor refuses to do so;

**WHEREAS,** the Debtor's time to commence certain of the Estate's Claims is set to expire under applicable law, including without limitation §§ 546(a)(1)(A) and 108(a)(2) on May 1, 2022;

**WHEREAS,** the Debtor, the Commercial Committee and the Committee continue efforts to resolve certain issues between them via mediation before the Honorable Gregg W. Zive; and

**WHEREAS,** in an effort to focus resources on said mediation, the Parties agree to extend the time for the Estate and/or, upon the Court granting derivative standing, the Commercial Committee and/or the Committee, to commence the Estate Claims as set forth below.

110129162v.2

**IT IS NOW, THEREFORE, STIPULATED AND AGREED** by and between the Parties as follows:

1.      The time to commence the Estate's Claims under applicable law, including without limitation §§ 546(a)(1)(A) and 108(a)(2), shall be tolled through and including **May 1, 2023** for the Debtor, and as applicable, the Commercial Committee and the Committee (the "***Tolling Period***").

2.      The Debtor shall not commence filing any of the Estate Claims during the Tolling Period except upon forty-five days' prior written notice to the Commercial Committee and the Committee, through their counsel of record.

3.      Neither the Commercial Committee nor the Committee may seek derivative standing to commence any of the Estate Claims during the Tolling Period except upon forty-five days' prior written notice to the Debtor and the other committee, through their counsel of record.

4.      Subject to the forty-five day notice period above, any Estate Claims filed prior to the expiration of the Tolling Period shall be deemed to be timely filed.

5.      The Debtor and Related Parties agree that all statutes of limitation, statutes of repose, and prescriptive and peremptive periods that had not otherwise already run as of the date of this Agreement, including but not limited to those set forth in Section 546 of the Bankruptcy Code, applicable to any of the Estate Claims are hereby further extended through and including the Tolling Period.

6.      Other than as set forth herein, the Related Parties reserve all defenses and other rights that the Related Parties may have with respect to the Estate Claims, and this Tolling Agreement shall not be asserted or construed to be a waiver of any of their rights or defenses as against the Debtor, the Commercial Committee and/or the Committee and/or the Estate.

110129162v.2

7.      The Related Parties acknowledge and agree that they will be estopped hereby from arguing that this Agreement is ineffective to extend the time within which the Estate Claims may be brought.  Further, neither the Debtor nor any of the Related Parties shall join, cooperate with, or otherwise facilitate or assist in a claim or defense made by any person or entity that is not a Party, asserting that the Estate Claims are not subject to this Agreement and the extensions of time for commencement set forth herein.

8.      This Tolling Agreement is not, and shall not be asserted or construed to be, an admission or indication by any of the Parties that they have any actual or potential liability to any other person (whether or not a party to this Tolling Agreement).

9.      This Tolling Agreement may be executed in counterparts, and by facsimile and/or electronic mail (e-mail) transmission, each of which shall be deemed an original.

10.     This Tolling Agreement constitutes the entire agreement among the Parties hereto concerning the subject matter herein.  It cannot be changed, modified or otherwise altered orally, except by a written instrument executed and delivered by the Parties hereto.

11.     The signatories to this Tolling Agreement represent and warrant that they have the authority to bind the Parties on whose behalf they are signing.  Without limiting the foregoing, counsel of record for the Related Parties has the express authority of each of the Related Parties to enter and execute this Tolling Agreement on behalf of the Related Parties, and each of them, and to enter and execute any subsequent extensions thereto.

12.     This Tolling Agreement is without prejudice to the rights of the Debtor, the Commercial Committee and/or the Committee to seek further extensions of time upon a consensual stipulation of the Parties.

Page **4** of 5

13.     This Tolling Agreement shall be further extended for such time periods as may be set forth in a consensual written agreement executed by counsel to the Parties without further action of any of the Parties.

14.     The Court shall have jurisdiction over the terms and conditions of this Tolling Agreement.

**IN WITNESS WHEREOF**, the Parties have caused this Tolling Agreement to be duly executed and delivered.

**FOR AND ON BEHALF OF EACH OF THE <u>RELATED PARTIES</u> THAT ARE LISTED ON THE ATTACHED <u>EXHIBIT A</u>**

By: _____
        Douglas S. Draper

By: _____
        Print: _____
        The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
        Print: _____
        The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
        Print: _____
        The Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

110129162v.2

13.     This Tolling Agreement shall be further extended for such time periods as may be set forth in a consensual written agreement executed by counsel to the Parties without further action of any of the Parties.

14.     The Court shall have jurisdiction over the terms and conditions of this Tolling Agreement.

**IN WITNESS WHEREOF**, the Parties have caused this Tolling Agreement to be duly executed and delivered.

**FOR AND ON BEHALF OF EACH OF THE <u>RELATED PARTIES</u> THAT ARE LISTED ON THE ATTACHED <u>EXHIBIT A</u>**

By: _____
        Douglas S. Draper

By: _____
Print: _____
The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
Print: _____
The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
Print: _____
The Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

110129162v.2

13.    This Tolling Agreement shall be further extended for such time periods as may be set forth in a consensual written agreement executed by counsel to the Parties without further action of any of the Parties.

14.    The Court shall have jurisdiction over the terms and conditions of this Tolling Agreement.

**IN WITNESS WHEREOF**, the Parties have caused this Tolling Agreement to be duly executed and delivered.

**FOR AND ON BEHALF OF EACH OF THE <u>RELATED PARTIES</u> THAT ARE LISTED ON THE ATTACHED <u>EXHIBIT A</u>**

By: _____
        Douglas S. Draper

By: _____
        Print: _____
        The Roman Catholic Church of the Archdiocese of New Orleans

By: _____       James R. Noel
        Print: _____       Vice President
        The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
        Print: _____
        The Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

110129162v.2

13.     This Tolling Agreement shall be further extended for such time periods as may be set forth in a consensual written agreement executed by counsel to the Parties without further action of any of the Parties.

14.     The Court shall have jurisdiction over the terms and conditions of this Tolling Agreement.

**IN WITNESS WHEREOF**, the Parties have caused this Tolling Agreement to be duly executed and delivered.

**FOR AND ON BEHALF OF EACH OF THE <u>RELATED PARTIES</u> THAT ARE LISTED ON THE ATTACHED <u>EXHIBIT A</u>**

By: _____
        Douglas S. Draper

By: _____
        Print: _____
        The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
        Print: _____
        The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

By: _____*JM Adams*_____
        Print: ___James M. Adams_____
        The Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans

Page **5** of **5**

110129162v.2

# EXHIBIT A
# RELATED PARTIES

| | |
|---|---|
| 7887 Walmsley, Inc. | All Saints Roman Catholic Church, New Orleans, Louisiana |
| Annunciation Inn, Inc. | Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana |
| Archdiocesan Spirituality Center | |
| Archdiocese of New Orleans Indemnity, Inc. | Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana |
| Aspiring Scholars | Assumption of Mary Roman Catholic Church, Avondale, Louisiana |
| Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana | Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana f/k/a St. Vincent de Paul Roman Catholic Church |
| Blessed Sacrament, Inc. | Blessed Sacrament - St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana |
| Blessed Trinity Roman Catholic Church, New Orleans, Louisiana | Catholic Charities Archdiocese of New Orleans |
| Catholic Charities Children's Day Care Centers | Catholic Charities Group Homes |
| Catholic Community Foundation Archdiocese of New Orleans | Chateau de Notre Dame Facilities Corporation |
| Christ the King Roman Catholic Church, Gretna, Louisiana | Christopher Homes, Inc. |
| Christopher Inn | Clarion Herald Publishing Company |
| Corpus Christi - Epiphany Roman Catholic Church, New Orleans, Louisiana | Divine Mercy Roman Catholic Church, Kenner, Louisiana |
| Dubourg Home | Epiphany, Inc. |
| Good Shepherd Roman Catholic Church, New Orleans, Louisiana | Holy Family Roman Catholic Church, Franklinton, Louisiana |
| Holy Family Roman Catholic Church, Luling, Louisiana | Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana |
| Holy Spirit Roman Catholic Church, New Orleans, Louisiana | Holy Trinity Drive Land Corporation |
| Iberia Investment Fund II, LLC | |
| Immaculate Conception Roman Catholic Church, Marrero, Louisiana | Immaculate Conception Roman Catholic Church, New Orleans, Louisiana |
| Immaculate Heart of Mary, Inc. | Incarnate Word, Inc. |
| Korean Catholic Community of New Orleans, Inc. d/b/a Hanmaum Korean Catholic Church | Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana |
| Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana | Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| Metairie III | Metairie Manor |
| Monsignor Wynhoven Apartments, Inc. | Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana |
| Most Holy Trinity Roman Catholic Church, Covington, Louisiana | Nazareth II |
| Nazareth Inn II | Nazareth Manor |
| New Orleans Archdiocesan Cemeteries | Notre Dame Health System (f/k/a Chateau de Notre Dame d/b/a Notre Dame Hospice, Our Lady of Wisdom Health Care Center, Notre Dame Home Care, Notre Dame Home Health, and Wynhoven Health Care Center) |
| Notre Dame Seminary | Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana |
| Our Lady of Good Counsel, Inc. | Our Lady of Good Harbor, Inc. |
| Our Lady of Grace Roman Catholic Church, Reserve, Louisiana | Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of Lourdes, New Orleans, Louisiana, Inc. | Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana |
| Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana | Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana |
| Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana | Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana |
| Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana | Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana |
| Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana | Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana |
| Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana | Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc. | Our Lady of Wisdom Facility Corporation |
| Our Lady Star of The Sea Roman Catholic Church, New Orleans, Louisiana | Pace Greater New Orleans |
| Padua House | Philmat, Inc. |
| Project Lazarus | Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana |
| Roman Catholic Center of Jesus the Lord | Rouquette III |
| Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana | Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana |
| School Food and Nutrition Services of New Orleans, Inc. | Second Harvest Food Bank of Greater New Orleans and Acadiana |
| St. Ann, New Orleans, Louisiana, Inc. | St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana |

| | |
|---|---|
| St. Agnes Roman Catholic Church, Jefferson, Louisiana | St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana |
| St. Angela Merici Roman Catholic Church, Metairie, Louisiana | St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana |
| St. Anselm Roman Catholic Church, Madisonville, Louisiana | St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana |
| St. Anthony of Padua Roman Catholic Church, Luling, Louisiana | St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana |
| St. Anthony Roman Catholic Church, Gretna, Louisiana | St. Anthony's Gardens |
| St. Augustine Roman Catholic Church, New Orleans, Louisiana | St. Benedict Roman Catholic Church, Covington, Louisiana |
| St. Benilde Roman Catholic Church, Metairie, Louisiana | St. Bernard II |
| St. Bernard III | St. Bernard Manor |
| St. Bernard Roman Catholic Church St. Bernard, Louisiana | St. Bonaventure Roman Catholic Church, Avondale, Louisiana |
| St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana | St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana |
| St. Christopher Roman Catholic Church, Metairie, Louisiana | St. Clement of Rome Roman Catholic Church, Metairie, Louisiana |
| St. Cletus Roman Catholic Church, Gretna, Louisiana | St. David Roman Catholic Church, New Orleans, Louisiana |
| St. Dominic's Roman Catholic Church, New Orleans, Louisiana | St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana |
| St. Frances Xavier Cabrini, Inc. | St. Francis de Salles, Inc. |
| St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana | St. Francis Xavier Roman Catholic Church, Metairie, Louisiana |
| St. Gabriel Roman Catholic Church, New Orleans, Louisiana | St. Genevieve Roman Catholic Church, Slidell, Louisiana |
| St. Gertrude Roman Catholic Church, Des Allemands, Louisiana | St. Henry's Inc. |
| St. Hubert Roman Catholic Church, Garyville, Louisiana | St. James Major Roman Catholic Church, New Orleans, Louisiana |
| St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana | St. Jerome Roman Catholic Church, Kenner, Louisiana |
| St. Joachim Roman Catholic Church, Marrero, Louisiana | St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana |
| St. John Bosco Roman Catholic Church, Harvey, Louisiana | St. John of the Cross Roman Catholic Church, Lacombe, Louisiana |
| St. John the Baptist, New Orleans, Louisiana, Inc. | St. John The Baptist Roman Catholic Church, Edgard, Louisiana |
| St. John the Baptist Roman Catholic Church, Folsom, Louisiana | St. John The Baptist Roman Catholic Church, Paradis, Louisiana |

| | |
|---|---|
| St. Joseph Roman Catholic Church, Algiers, Louisiana | St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana |
| St. Joseph's Roman Catholic Church, Gretna, Louisiana | St. Jude Community Center, Inc. |
| St. Julian Eymard, Inc. | St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana |
| St. Lawrence the Martyr, Inc. | St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana |
| St. Louise de Marillac, Inc. | St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana |
| St. Margaret Mary Roman Catholic Church, Slidell, Louisiana | St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana |
| St. Mark Roman Catholic Church, Ama, Louisiana | St. Martha Roman Catholic Church, Harvey, Louisiana |
| St. Martin's Manor, Inc. | St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana |
| St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana | St. Mary's Roman Catholic Church, New Orleans, Louisiana |
| St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana | St. Maurice, Inc. |
| St. Michael Special School | St. Monica, Inc. |
| St. Patrick's Roman Catholic Church, New Orleans, Louisiana | St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana |
| St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana | St. Peter Claver Roman Catholic Church, New Orleans, Louisiana |
| St. Peter Roman Catholic Church, Reserve, Louisiana | St. Peter's Roman Catholic Church, Covington , Louisiana |
| St. Philip Neri Roman Catholic Church, Metairie, Louisiana | St. Philip the Apostle, Inc. |
| St. Pius X Roman Catholic Church, New Orleans, Louisiana | St. Raymond and St. Leo The Great Roman Catholic Church, New Orleans, Louisiana |
| St. Raymond's, Inc. | St. Rita Roman Catholic Church, Harahan, Louisiana |
| St. Rita Roman Catholic Church, New Orleans, Louisiana | St. Rosalie Roman Catholic Church, Harvey, Louisiana |
| St. Rose of Lima, Inc. | St. Tammany Catholic Cemetery |
| St. Tammany Manor | St. Therese Catholic Academy |
| St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana | St. Theresa of the Child Jesus, Inc. |
| St. Thomas Roman Catholic Church, Pointe a la Hache, Louisiana | Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana |
| The Apartments at Mater Dolorosa | The Congregation of the Annunciation Roman Catholic Church |

| | |
|---|---|
| The Congregation of Saints Peter and Paul Roman Catholic Church | The Congregation of St. Cecelia Roman Catholic Church |
| The Congregation of St. Rita Roman Catholic Church of Harahan | The Congregation of the Holy Trinity Roman Catholic Church |
| The Mental Health Association Development Corporation | The Society for the Propagation of the Faith, Archdiocese of New Orleans |
| The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana | Transfiguration of The Lord Roman Catholic Church, New Orleans, Louisiana |
| Villa Additions d/b/a St. Teresa's Villa | Villa St. Maurice, Inc. |