**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH** § **OF THE ARCHDIOCESE OF NEW** § **ORLEANS,** § § Debtor.[1] § § | **Case No. 20-10846** Section "A" Chapter 11 |

**ORDER GRANTING *EX PARTE* MOTION FOR EXPEDITED HEARING**
**ON EXPEDITED JOINT MOTION TO APPROVE TOLLING AGREEMENT**

Before the Court is the Ex Parte *Motion for Expedited Hearing on Expedited Joint Motion To Approve Tolling Agreement* (the "Motion for Expedited Hearing"), [ECF Doc. 1391]. Finding good cause to grant the relief requested therein,

**IT IS ORDERED** that:

1. The Motion for Expedited Hearing is **GRANTED**.

2. The Court will hold a hearing will be held at the United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom B-709, New Orleans, Louisiana 70130, on **Thursday, March 31, 2022, at 3:00 p.m. CST** to consider the *Expedited Joint Motion To Approve Tolling Agreement* (the "Tolling Agreement Motion"), [ECF Doc. 1390].

3. Pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing either IN PERSON or BY TELEPHONE (Dial-in: 1-888-684-8852; Access Code 9318283).

4. Any responses to the Tolling Agreement Motion must be filed and properly served on the movants on or before **Wednesday, March 30, 2022, at 5:00 p.m. CST**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

5. Counsel for the Debtor is required to serve this Order immediately by first-class U.S. Mail on all parties who will not receive notice via this Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules and Complex Case Procedures, and any applicable Order regarding notice, and file a certificate of service into the record.

New Orleans, Louisiana, this 25th day of March, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE