**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:**<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>**Debtor.** | **CASE NO. 20-10846**<br><br>**CHAPTER 11** |

**UNITED STATES TRUSTEE'S OBJECTION TO THE**
**FIRST INTERIM FEE APPLICATION OF ROCK CREEK ADVISORS, LLC**

**NOW INTO COURT,** comes David W. Asbach, Acting United States Trustee for Region 5, by and through undersigned counsel, who objects to the "First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period of February 1, 2022 – February 28, 2022" [Doc. 1378] (the, "First Fee Application"). The First Fee Application seeks approval of $29,775.00 in fees and $0.00 in expenses. For the reasons set forth below, the United States Trustee objects to the allowance of the full amount of fees, as nearly half of the time entries detail duplicable services by the two timekeepers.

**STANDING AND JURISDICTION**

1. The U.S. Trustee is an official of the United States Department of Justice appointed by the Attorney General to supervise the administration of bankruptcy cases in this district. 28 U.S.C. § 581(a)(6).

2. Congress has expressly authorized United States Trustees to review, comment upon, and object to fee applications filed by bankruptcy professionals where appropriate. 28 U.S.C. § 586(a)(3)(A); 11 U.S.C. § 307 and § 330(a)(2).

3. The Bankruptcy Court also has a duty to examine the First Fee Application to

"allow only reasonable compensation for actual, necessary services." *In re Kitchen Lady, Inc.*, 144 B.R. 544, 546 (Bankr. M.D. Fla. 1992). *See also In re Ridgeway*, No. 16-10643, 2018 WL 1116531 at *3 fn. 5 (Bankr. E.D. La. Feb. 27, 2018) ("[T]he court has an independent duty to review fee applications.")

4. Applying this guidance, the U.S. Trustee submits the following comments and objections to the First Fee Application.

**BACKGROUND**

5. The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 1, 2020 (the "Petition Date"). [Doc. 1].

6. On May 20, 2020, the U.S. Trustee appointed an official committee of unsecured creditors (the "Official Committee") pursuant to 11 U.S.C. § 1102(a). [Doc. 94]. The U.S. Trustee reconstituted the Official Committee on June 10, 2020 [Doc. 151] and on October 8, 2020 [Doc. 478].

7. The Official Committee filed an application to employ Rock Creek Advisors, LLC (hereinafter, "Rock Creek") as its pension financial advisor. [Doc. 1221]. The Official Committee sought to employ Rock Creek to provide the following services, among others: (a) assisting the Official Committee with all issues concerning the Debtor's pension and other post-employment benefit plans; (b) attending meetings relating to the same; (c) advising the Official Committee in connection with pension and other post-employment benefit plans in connection with mediation; and (d) performing pension/benefit-related analysis in connection to any Chapter 11 plan and plan confirmation. *Id.*, ¶ 7.

8. The Court granted the application to employ Rock Creek by "Order Authorizing

the Retention and Employment of Rock Creek Advisers, LLC, as Pension Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of December 20, 2021" on January 19, 2022. [Doc. 1249].

9. On March 24, 2022, Rock Creek filed its First Fee Application seeking compensation and reimbursement. [Doc. 1378]. Rock Creek seeks approval of $29,775.00 in fees for one month of services performed in February 2022. *Id.*

10. The U.S. Trustee objects to the fees because the hours spent on certain tasks appear duplicative, and the benefit to the estate has not been demonstrated.

## LAW AND ARGUMENT

### A. Legal Standard

i. Statutory Framework

11. Bankruptcy Code section 330(a)(1) provides that:

> After notice to the parties in interest and the Untied States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, […] an examiner, […] or a professional person employed under section 327 or 11103 –
>
> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, […] professional person, or attorney, and by any paraprofessional personal employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1)(A) and (B).

12. Section 330(a) also gives the bankruptcy court the authority, upon motion or sua sponte, to "award compensation that is less than the amount of compensation that is requested." *Id*. at § 330(a)(2); *In re Babcock & Wilcox Co.*, No. 06-9964, 2007 WL 854304, at * (Bankr. E.D. La. March 15, 2007). Section 330(a)(3) provides an illustrative (but not exclusive) list of factors in determining reasonable compensation, including:

> (A) the time spent on such services;
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* at § 330(a)(3).

13. Further, bankruptcy courts "shall not allow compensation for unnecessary duplication of services […] or […] services that were not […] reasonably likely to benefit the debtor's estate […] or [… ]necessary to the administration of the estate[.]" 11 U.S.C. § 330(a)(4).

14. Overall, the court has wide discretion in awarding fees. In *In re U.S. Golf Corp.*, 639 F.2d 1197 (5th Cir. 1981), the court explained:

> We have long recognized the importance of the bankruptcy judge's closeness to issues raised in an application for attorneys fees; the bankruptcy judge has not only presided over the evidentiary hearing, but has also had the opportunity to observe the performance of the attorney throughout his employment before the bankruptcy court.

*Id*. at 1201.

15. The applicant bears the burden of proof for its claim of compensation. *Id.* at 1207 (5th Cir. 1981). The burden must not be taken lightly, "since every dollar received by the applicant results in one dollar less for creditors, justification for compensation is a necessity." *In re*

*Evangeline Refining Co.*, 890 F.2d 1312, 1326 (5th Cir. 1989) (citing *In re Hotel Assoc.*, 15 B.R. 487, 488 (Bankr. E.D. Pa. 1981).

ii. Lodestar

16. In the Fifth Circuit, the determination of a reasonable attorney's fee award involves a two-step process. *See Rutherford v. Harris County*, 197 F.3d 173, 192 (5th Cir. 1999). The Court must first determine the "lodestar" by multiplying the reasonable number of hours expended and the reasonable hourly rate for each participating attorney. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). This "lodestar" method serves as the initial estimate of a reasonable attorney's fee. *Blum v. Stenson*, 465 U.S. 886, 888 (1984).

17. The second step involves the application of twelve factors the Fifth Circuit applies in determining what amount is warranted. *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974). These factors are: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount of money involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.

18. Once the lodestar is computed by multiplying the reasonable number of hours by a reasonable hourly rate, the Court may adjust the lodestar upward or downward depending on its analysis of the twelve factors espoused in *Johnson*. *Dodge v Hunt Petroleum Corp.*, 174 F.Supp.2d 505, 508 (N.D. Tex. 2001).

19. Considering the *Johnson* factors, the Court may reduce the award resulting from

the lodestar calculation if the documentation of hours worked is inadequate or if the calculation includes hours that were not "reasonably expended." *See Hensley*, 461 U.S. at 433-34. However, to the extent that any *Johnson* factors are subsumed in the lodestar, they should not be reconsidered when determining whether an adjustment to the lodestar is required. *Migis v. Pearle Vision, Inc.*, 135 F.3d 1041, 1047 (5th Cir. 1998).

iii. Other Considerations

20. A fee applicant should exercise 'billing judgment' and "make a good-faith effort to exclude from a fee request [the] hours that are excessive, redundant, or otherwise unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983).

21. The Court is charged with an independent review of the reasonableness of an applicant's billing practices. *See In re Tak Commc'ns, Inc.*, 154 B.R. 514, 516 (Bankr. W.D. Wis. 1993) (*citing In re Bonneville Pacific Corp.*, 147 Bankr. 803, 805 (Bankr D. Utah 1992) ('The ultimate determination that all requirements of the statute have been met rests with the Court").

**B. Statistical Analysis of the Fee Application**

22. Rock Creek invoiced 39.5 hours for the 13 workdays included in the First Fee Application, for a total cost of professional fees in the amount of $29,775.00. This amount averages to approximately $2,290 per day worked.

23. The First Fee Application includes two timekeepers:

| | **Rate** | **Total Hours** | **Total Comp** |
|---|---|---|---|
| John L. Spencer<br>Managing Director | $900/hr | 23.0 | $20,700.00 |
| Chris Peirce<br>Director | $500/hr | 16.5 | $9,075.00 |
| | | | |
| **TOTAL:** | | **39.5** | **$29,775.00** |

24. Rock Creek's average rate for its First Fee Application is $750.00 per hour.

**C. Objection to the First Fee Application**

i. Duplicative Time Entries

25. Of the forty-four (44) time entries submitted for reimbursement, twenty (20) of the entries evidence Mr. Spencer and Mr. Peirce performing the same task. Specifically:

| Date | Task | Notes | Hours | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/2/22 | Meetings - with Counsel | Call with Paul Shields and Shelby Chaffos of BRG, Gillian Brown and Andrew Caine of PSZJ, and John Spencer of Rock Creek regarding pension data request list and files received | 0.4 | Peirce | 550.00 | 220.00 |
| 2/2/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J) P. Shields and M. Babcock (of BRG) and C. Peirce (of Rock Creek) re: initial document request and situation overview | 0.4 | Spencer | 900.00 | 360.00 |
| | | | | | | |
| 2/2/22 | Document Review | Review docket for relevant documents related to bankruptcy and pension related issues | 3.4 | Peirce | 550.00 | 1,870.00 |
| 2/2/22 | Document Review | Review docket for relevant documents related to bankruptcy and pension related issues | 2.3 | Spencer | 900.00 | 2,070.00 |
| | | | | | | |
| 2/18/22 | Internal Communications | Call with John Spencer (of Rock Creek) re: initial analysis of documents from BRG and PSZJ | 0.9 | Peirce | 550.00 | 495.00 |
| 2/18/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: initial analysis of documents | 0.9 | Spencer | 900.00 | 810.00 |
| | | | | | | |
| 2/21/22 | Internal Communications | Call with John Spencer (of Rock Creek) regarding Willis Tower Watson retention expansion | 0.6 | Peirce | 550.00 | 330.00 |
| 2/21/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: WTW work | 0.6 | Spencer | 900.00 | 540.00 |
| | | | | | | |
| 2/22/22 | Internal Communications | Call with John Spencer to discuss case status and initial document analysis | 0.7 | Peirce | 550.00 | 385.00 |
| 2/22/22 | Internal Communications | Call with C. Peirce (of Rock Creek) to discuss case status and initial document analysis | 0.7 | Spencer | 900.00 | 630.00 |
| | | | | | | |
| 2/23/22 | Document Review | Review emails regarding Committee's potential motion relating to pension | 0.2 | Peirce | 550.00 | 110.00 |
| 2/23/22 | Document Review | Review pleadings relating to Committee's potential motion involving pension issues | 0.6 | Spencer | 900.00 | 540.00 |
| | | | | | | |
| 2/23/22 | Document Review | Review Transcript re: Committee potential motion relating to pension | 1.5 | Peirce | 550.00 | 825.00 |
| 2/23/22 | Document Review | Review transcript of hearing relating to pension issues | 2.1 | Spencer | 900.00 | 1,890.00 |
| | | | | | | |
| 2/24/22 | Document Review | Review Archdiocesan documents relating to pension finances | 1.2 | Spencer | 900.00 | 1,080.00 |
| 2/27/22 | Document Review | Review Archdiocesan documents relating to pension obligations | 1.0 | Peirce | 550.00 | 550.00 |

| Date | Task | Notes | Hours | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/28/22 | Internal Communications | Call with John Spencer (of Rock Creek) re: ERISA, IRC and state law issues around retiree medical | 0.6 | Peirce | 550.00 | 330.00 |
| 2/28/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: ERISA, IRC and state law issues around retiree medical | 0.6 | Spencer | 900.00 | 540.00 |
| | | | | | | |
| 2/28/22 | Meetings - with Counsel | Call with John Spencer (of Rock Creek), Jim Stang and Gillian Brown (of PSZJ) and Steven Bryant (of Locke Lord) regarding status of case, identification of pertinent Pension related issues, and information needed as well as debrief call with John Spencer | 1.0 | Peirce | 550.00 | 550.00 |
| 2/28/22 | Meetings - with Counsel | Call with J. Stang and G. Brown (of PSZ&J), S. Bryant (of LL) and Chris Peirce (of Rock Creek) re: Committee's potential motion regarding pension issues and retiree medical (and phone debrief with C. Peirce) | 1.0 | Spencer | 900.00 | 900.00 |

26. Professionals, new to a case, need time to familiarize themselves with the matter. Here, however, Rock Creek essentially charged a $1,450 hour rate for each of the above-listed tasks, which constituted nearly half of the billed time entries.

27. The U.S. Trustee puts Rock Creek to its burden of proof to demonstrate that the above listed hours of professional services were necessary, compensable, beneficial, and not duplicative services.

**WHEREFORE**, the above premises considered, the United States Trustee requests that this objection be deemed good and sufficient, that the fee application be reduced or deferred commensurate with this objection, and for all other and further relief that is appropriate.

Respectfully submitted,

DAVID W. ASBACH.
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: _/s/ Amanda B. George_
AMANDA B. GEORGE (31642)
Trial Attorney
400 Poydras Street, Suite 2110
New Orleans, LA 70130

Telephone: (504) 589-4018
Direct: (504) 589-4092
Facsimile: (504) 589-4096
Amanda.B.George@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that copies of the foregoing Objection were served on April 7, 2022 via CM/ECF NOTICE on the following:

Christine W. Adams on behalf of Defendant Catholic Charities Archdiocese of New Orleans
cadams@kinneylaw.com

A. Brooke Watford Altazan on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

A. Brooke Watford Altazan on behalf of Noticing Agent Lillian Jordan
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

David Winston Ardoin on behalf of Creditor John Doe
david@amotriallawyers.com, renee@amotriallawyers.com

Laura F. Ashley on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com

John Baay, II on behalf of Interested Party International Insurance Company
jbaay@glllaw.com

John Baay, II on behalf of Interested Party United States Fire Insurance Company
jbaay@glllaw.com

Jerry A. Beatmann on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
jay.beatmann@dentons.com,
dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com

Jerry A. Beatmann on behalf of Other Prof. United States Fidelity & Guaranty Company
jay.beatmann@dentons.com,
dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com

Alicia M. Bendana on behalf of Creditor Robert Romero
abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com

Richard A. Bordelon on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
rbordelon@denechaudlaw.com

Richard A. Bordelon on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans

rbordelon@denechaudlaw.com

Richard A. Bordelon on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
rbordelon@denechaudlaw.com

Derek T Braslow on behalf of Creditor John Doe - Claim No. 20394
derek@thebraslowfirm.com

Brandon A. Brown on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
bbrown@stewartrobbins.com,
bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Joseph M. Bruno, Sr on behalf of Creditor JW Doe
jbruno@brunobrunolaw.com, Don@brunobrunolaw.com

Joseph M. Bruno, Sr on behalf of Interested Party Angela Dolce
jbruno@brunobrunolaw.com, Don@brunobrunolaw.com

Steven Bryant on behalf of Creditor Committee Official Committee of Unsecured Creditors
steven.bryant@lockelord.com

Steven Bryant on behalf of Interested Party Locke Lord LLP
steven.bryant@lockelord.com

Steven Bryant on behalf of Other Prof. Stegall, Benton, Melancon & Associates, LLC
steven.bryant@lockelord.com

Steven Bryant on behalf of Other Prof. Zobrio, Inc.
steven.bryant@lockelord.com

Amelia L Bueche on behalf of Creditor L. M.
amelia.hurt@kellyhart.com

Elwood F. Cahill, Jr. on behalf of Creditor LCMC Health Entities
ecahill@shergarner.com

Andrew William Caine on behalf of Creditor Committee Official Committee of Unsecured Creditors
acaine@pszjlaw.com

Deborah J Campbell on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
deborah.campbell@dentons.com

Deborah J Campbell on behalf of Other Prof. United States Fidelity & Guaranty Company
deborah.campbell@dentons.com

Jamie Dodds Cangelosi on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
jcangelosi@stewartrobbins.com,
jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Linda F Cantor on behalf of Consultant Kinsella Media, LLC

lcantor@pszjlaw.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
lcantor@pszjlaw.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Creditors
lcantor@pszjlaw.com

Linda F Cantor on behalf of Financial Advisor Berkeley Research Group, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Financial Advisor Rock Creek Advisors, LLC
lcantor@pszjlaw.com

Desiree M. Charbonnet on behalf of Defendant A.A. Doe
dcharbonnet@desireelaw.com

William G. Cherbonnier, Jr. on behalf of Interested Party Lauren Theobold
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Everett J. Cygal on behalf of Interested Party Catholic Mutual Relief Society
ecygal@schiffhardin.com

John H. Denenea, Jr. on behalf of Creditor Certain Abuse Victims
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Creditor Ed Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff A. A. Doe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff CC Doe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff Chuck Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff John Roe, III
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff West Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff Zach Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

Eric J Derbes on behalf of Creditor Couhig Partners, LLC
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Ross J. Donnes on behalf of Creditor Talbot, Carmouche & Marcello
rdonnes@tcmlawfirm.net

Douglas S. Draper on behalf of Creditor Wynhoven Health Care Center
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Apostolates
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Catholic Foundation
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Saint Joseph Abbey
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Seminary College
ddraper@hellerdraper.com, vgamble@hellerdraper.com

John Douglas Elrod on behalf of Creditor TMI Trust Company
elrodj@gtlaw.com

Joseph Mark Fisher on behalf of Interested Party Catholic Mutual Relief Society
mfisher@schiffhardin.com

Elizabeth J. Futrell on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Jeremy Gettes on behalf of Interested Party Angela Freeman
jgettes@gertlerfirm.com

William P. Gibbens on behalf of Defendant Harold Thomas Ehlinger
billy@semmlaw.com, terri@semmlaw.com

Soren Erik Gisleson on behalf of Creditor Certain Abuse Victims
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Committee Official Committee of Unsecured Creditors
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Ed Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor JW Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor James Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff A. A. Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff CC Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff Chuck Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff John Roe, III
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff West Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff Zach Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Brodie Glenn on behalf of Defendant Catholic Charities Archdiocese of New Orleans
bglenn@bradleyfirm.com

Brodie Glenn on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
bglenn@bradleyfirm.com

Alan H. Goodman on behalf of Interested Party Breazeale, Sachse & Wilson, L.L.P.
alan.goodman@bswllp.com, moorek@bswllp.com

Ashley J. Heilprin on behalf of Interested Party John Asare-Dankwah
ashley.heilprin@phelps.com

Ashley J. Heilprin on behalf of Plaintiff John Asare-Dankwah
ashley.heilprin@phelps.com

Evan Park Howell, III on behalf of Creditor Paul Calamari
ehowell@ephlaw.com, cathyt3@cox.net

Stephen Michael Huber on behalf of Creditor L. D.
stephen@huberthomaslaw.com

Sara Hunkler on behalf of Interested Party First State Insurance Company
shunkler@ruggerilaw.com

Sara Hunkler on behalf of Interested Party Twin City Insurance Company
shunkler@ruggerilaw.com

Wayne J. Jablonowski on behalf of Creditor Crescent Door & Hardware, Inc.

wjjlaw@bellsouth.net

Annette W Jarvis on behalf of Creditor TMI Trust Company
jarvisa@gtlaw.com

Lillian Jordan
ljordan@donlinrecano.com,
rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com

Benjamin Kadden on behalf of Financial Advisor Carr, Riggs & Ingram, LLC
bkadden@lawla.com, mnguyen@lawla.com

Allison Kingsmill on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
akingsmill@joneswalker.com

Allison Kingsmill on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
akingsmill@joneswalker.com

Allison Kingsmill on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
akingsmill@joneswalker.com

Bradley C. Knapp on behalf of Creditor Committee Official Committee of Unsecured Creditors
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Bradley C. Knapp on behalf of Interested Party Locke Lord LLP
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Bradley C. Knapp on behalf of Other Prof. Zobrio, Inc.
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Dylan K. Knoll on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
dknoll@denechaudlaw.com

Dylan K. Knoll on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
dknoll@denechaudlaw.com

Dylan K. Knoll on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
dknoll@denechaudlaw.com

Omer F. Kuebel, III on behalf of Creditor Committee Official Committee of Unsecured Creditors
rkuebel@lockelord.com, Yamille.Harrison@lockelord.com

Omer F. Kuebel, III on behalf of Interested Party Locke Lord LLP
rkuebel@lockelord.com, Yamille.Harrison@lockelord.com

Heather A. LaSalle on behalf of Creditor Capital One, National Association
halexis@hinshawlaw.com, lgraff@mcglinchey.com

Frank E. Lamothe, III on behalf of Creditor John Doe
felamothe@lamothefirm.com

Frank E. Lamothe, III on behalf of Plaintiff John Doe
felamothe@lamothefirm.com

Julien Guy Lamothe on behalf of Plaintiff John Doe
jlamothe@lamothefirm.com

Mark C. Landry on behalf of Creditor First Bank and Trust
mlandry@newmanmathis.com

Darryl T. Landwehr on behalf of Creditor Merle Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Joseph J Lowenthal, Jr on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
jlowenthal@joneswalker.com

Ryan Luminais on behalf of Creditor L. M.
rluminais@shergarner.com

Thomas J. Madigan on behalf of Creditor L. M.
tmadigan@shergarner.com

Thomas J. Madigan on behalf of Creditor LCMC Health Entities
tmadigan@shergarner.com

Thomas J. Madigan on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
tmadigan@shergarner.com

Wayne A. Maiorana, Jr. on behalf of Creditor Gulf Coast Bank and Trust Company
tmaiorana@newmanmathis.com

Wilson Lewis Maloz, III on behalf of Interested Party First State Insurance Company
wmaloz@lpwsl.com

Wilson Lewis Maloz, III on behalf of Interested Party Twin City Insurance Company
wmaloz@lpwsl.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis
rmathis@newmanmathis.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o Robert A. Mathis
rmathis@newmanmathis.com

Donald Andrew Mau, I on behalf of Interested Party Fr. JB

dmau@meliaslaw.com

Patrick Maxcy on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
patrick.maxcy@dentons.com

Patrick Maxcy on behalf of Other Prof. United States Fidelity & Guaranty Company
patrick.maxcy@dentons.com

Gerald Edward Meunier on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor B. L.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor E. C.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor R. M.
gmeunier@gainsben.com, dmartin@gainsben.com

Allen C. Miller on behalf of Interested Party John Asare-Dankwah
allen.miller@phelps.com

Allen C. Miller on behalf of Plaintiff John Asare-Dankwah
allen.miller@phelps.com

Mark Mintz on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

M. Keith Moskowitz on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
keith.moskowitz@dentons.com

M. Keith Moskowitz on behalf of Other Prof. United States Fidelity & Guaranty Company
keith.moskowitz@dentons.com

Colleen A Murphy on behalf of Creditor TMI Trust Company
murphyc@gtlaw.com

Samantha Oppenheim on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com

Dwight C Paulsen, III on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
tpaulsen@bradleyfirm.com

Dwight C Paulsen, III on behalf of Defendant Catholic Charities Archdiocese of New Orleans
tpaulsen@bradleyfirm.com

Dwight C Paulsen, III on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
tpaulsen@bradleyfirm.com

Felecia Y Peavy on behalf of Creditor John Does I-V
felepeavy@juno.com

Nancy Peterman on behalf of Creditor TMI Trust Company
petermann@gtlaw.com

William S. Robbins on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Craig Robinson on behalf of Interested Party E. J.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party R. H.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party S. T.
craig@rlolegal.com

Nicholas Rockforte on behalf of Creditor K. C.
nicholas@onmyside.com

Keith A. Rodriguez on behalf of Interested Party E. S.
Krodriguez@keithrodriguez.com

Samuel M. Rosamond, III on behalf of Interested Party Employers Liability Assurance Corporation
srosamond@twpdlaw.com, jgreen@twpdlaw.com

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

David Rubin on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017
David.Rubin@butlersnow.com

David Rubin on behalf of Creditor TMI Trust Company
David.Rubin@butlersnow.com

Logan Elizabeth Schonekas on behalf of Creditor L. D.
logan@huberthomaslaw.com

Glenn K. Schreiber on behalf of Creditor United States of America/Dept.of Justice
glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov

Kristi Schubert on behalf of Plaintiff John Doe
kschubert@lamothefirm.com

Stephen P. Scullin on behalf of Creditor Hancock Whitney Bank
scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist on behalf of Creditor Hancock Whitney Bank
segrist@carverdarden.com, clary@carverdarden.com

Ryan M. Seidemann on behalf of Interested Party State of Louisiana, Louisiana Cemetery Board
seidemannr@ag.louisiana.gov

Patrick M. Shelby on behalf of Interested Party John Asare-Dankwah
rick.shelby@phelps.com, trisha.crombie@phelps.com

Patrick M. Shelby on behalf of Plaintiff John Asare-Dankwah
rick.shelby@phelps.com, trisha.crombie@phelps.com

Nicholas Smeltz on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
nsmeltz@stewartrobbins.com,
nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

David M Spector, I on behalf of Interested Party Catholic Mutual Relief Society
dspector@schiffhardin.com

Roger Stetter on behalf of Creditor Neal Pollet
rastetter47@yahoo.com

Paul Douglas Stewart, Jr. on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Jefferson R. Tillery on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
jtillery@joneswalker.com

Jefferson R. Tillery on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
jtillery@joneswalker.com

Jefferson R. Tillery on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
jtillery@joneswalker.com

Richard Trahant on behalf of Creditor Certain Abuse Victims
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Committee Official Committee of Unsecured Creditors
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Ed Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor James Doe

trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff A. A. Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff CC Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff Chuck Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff John Roe, III
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff West Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff Zach Roe
trahant@trahantlawoffice.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com

Richard P Voorhies, III on behalf of Creditor Mary Gilardi Deemer
Richard@voorhieslaw.com, tosha@voorhieslaw.com

Richard P Voorhies, III on behalf of Creditor Warren Joseph Deemer
Richard@voorhieslaw.com, tosha@voorhieslaw.com

David F. Waguespack on behalf of Creditor Hancock Whitney Bank
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

David E. Walle on behalf of Defendant Catholic Mutual Relief Society
dwalle@bfrob.com, aadams@bfrob.com

David E. Walle on behalf of Interested Party Catholic Mutual Relief Society
dwalle@bfrob.com, aadams@bfrob.com

John W. Waters, Jr. on behalf of Defendant Catholic Mutual Relief Society
jwaters@bfrob.com, aadams@bfrob.com

John W. Waters, Jr. on behalf of Interested Party Catholic Mutual Relief Society
jwaters@bfrob.com, aadams@bfrob.com

Regina S. Wedig on behalf of Interested Party Salesian Society Inc
reginawedig@wediglaw.com, rswedig@hotmail.com

Edward Dirk Wegmann on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Edward Dirk Wegmann on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Edward Dirk Wegmann on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
dwegmann@joneswalker.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Joshua D Weinberg on behalf of Interested Party Twin City Insurance Company
jweinberg@ruggerilaw.com

Brittany Rose Wolf-Freedman on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor B. L.
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor Committee Official Committee of Unsecured Creditors
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor E. C.
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor Ed Roe
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor R. M.
bwolf@gainsben.com, sburrell@gainsben.com

Wayne George Zeringue, Jr on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
wzeringue@joneswalker.com

Wayne George Zeringue, Jr on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
wzeringue@joneswalker.com

Wayne George Zeringue, Jr on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
wzeringue@joneswalker.com

Michael S. Zerlin on behalf of Defendant Henry Brian Highfill
mzerlin@netscape.net

By: */s/ Amanda B. George*
AMANDA B. GEORGE (31642)
Trial Attorney