# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 14, 2022 AT 1:30 P.M. CENTRAL TIME

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for hearing on April 14, 2022, at 1:30 p.m. Central Time, pursuant to Part V of General Order 2019-4.

In accordance with General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

## CONTESTED MATTERS

1. *Debtor's Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to "Opt in" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief* **[ECF No. 1368]**

   | | |
   |---|---|
   | **Movant:** | Debtor |
   | **Nature of Motion:** | Motion for Authority |
   | **Response Deadline:** | <u>Original deadline</u>: March 28, 2022, at 9:30 a.m. |
   | | <u>New deadline</u>: April 11, 2022, at 5:00 p.m. |
   | **Status:** | The matter is going forward. |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Responses/Related Filings:**

- *Limited Objection of the Official Committee of Unsecured Creditors to Debtor's Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to "Opt in" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief* **[ECF No. 1397]**

- *Order Continuing Hearing on Debtor's Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to "Opt in" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief* **[ECF No. 1398]**

- Certain Abuse Victims' *Objection to Debtors Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to "Opt in" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief* **[ECF No. 1423]**

- Certain Abuse Victims' *Motion to Redact* **[ECF No. 1431]**

2. *Fifth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022* **[ECF No. 1375]**

| | |
|---|---|
| **Movant:** | Locke Lord LLP |
| **Nature of Motion:** | Interim Application for Compensation |
| **Response Deadline:** | <u>Standard deadline</u>: April 7, 2022 |
| | <u>Deadline for the Debtor</u>: April 11, 2022, at 5:00 p.m. |
| **Status:** | This matter is not going forward. It has been continued to the omnibus hearing on May 19, 2022. |

**Responses/Related Filings:**

- Ex Parte *Joint Motion to Continue Hearing on Fifth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022* **[ECF No. 1430]**

- *Order Continuing Hearing on Fifth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance*

   *of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022* **[ECF No. 1433]**

3. *First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period from February 1, 2022 - February 28, 2022* **[ECF No. 1378]**

   | | |
   |---|---|
   | **Movant:** | Rock Creek Advisors, LLC |
   | **Nature of Motion:** | Interim Application for Compensation |
   | **Response Deadline:** | April 7, 2022 |
   | **Status:** | The matter is going forward. |
   | **Responses:** | |

   - *United States Trustee's Objection to the First Interim Fee Application of Rock Creek Advisors, LLC* **[ECF No. 1416]**

   - *Response of Rock Creek Advisors, LLC to Objection of the United States Trustee to the Firm's First Interim Fee Application* **[ECF No. 1424]**

4. *Debtor's Application for Entry of an Order Authorizing the Retention of BRT Energy Advisors, LLC as Energy Consultant to the Debtor and Debtor-in-Possession* **[ECF No. 1380]**

   | | |
   |---|---|
   | **Movant:** | Debtor |
   | **Nature of Motion:** | Application to Employ |
   | **Response Deadline:** | <u>Standard deadline</u>: April 7, 2022 |
   | | <u>Deadline for the Official Committee of Unsecured Creditors</u>: April 11, 2022, at 5:00 p.m. |
   | **Status:** | The matter is going forward. |
   | **Responses:** | |

   - *United States Trustee's Limited Objection to Application for Entry of an Order Authorizing the Retention of BRT Energy Advisors, LLC as Energy Consultant to the Debtor and Debtor-in-Possession* **[ECF No. 1415]**

5. *Official Committee of Unsecured Creditors' Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates Pursuant to Federal Rule of Bankruptcy Procedure 2004* **[ECF No. 1381]**

   | | |
   |---|---|
   | **Movant:** | The Official Committee of Unsecured Creditors (the "**Tort Committee**") |
   | **Nature of Motion:** | Rule 2004 Motion |
   | **Response Deadline:** | April 8, 2022 |
   | **Status:** | The matter is going forward. |
   | **Responses:** | |

- The Apostolates' *Response to Official Committee of Unsecured Creditors' Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates Pursuant to Federal Rule of Bankruptcy Procedure 2004* **[ECF No. 1418]**

### STATUS CONFERENCES

6. *Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery* **[ECF No. 1320] *SEALED***

   | | |
   |---|---|
   | **Movants:** | Members of the Tort Committee and their State Court Counsel |
   | **Nature of Motion:** | Motion to Participate in Discovery |
   | **Response Deadline:** | <u>Original deadline</u>: March 10, 2022 |
   | | <u>Supplemental briefing deadline</u>: April 13, 2022 at close of business |
   | **Status:** | The hearing on this matter has been converted into a status conference. |

   **Responses/Related Filings:**

   - *Debtor's Objection to Motion to Participate in Discovery* **[ECF No. 1349] *SEALED***

   - Order to Continue Hearing on Motion to Participate in Discovery **[ECF No. 1359]**

   - Ex Parte *Joint Motion to Convert Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery into Status Conference* **[ECF No. 1427]**

   - *Order Converting Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery into Status Conference* **[ECF No. 1429]**

7. *Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 804]**

   | | |
   |---|---|
   | **Movant:** | The Tort Committee |
   | **Nature of Motion:** | Motion to Compel |
   | **Response Deadline:** | April 8, 2021 |
   | **Status:** | The parties will provide an updated report on the status of the Debtor's production. |

   **Responses/Related Filings:**

- *Debtor's Objection to Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 814]**

- *Reply of the Official Committee of Unsecured Creditors to Debtor's Opposition to the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 821]**

- Order to Continue Hearing **[ECF No. 845]**

- Memo to Record of hearing held 5/20/2021 **[ECF No. 879]**

- *Status Report of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 909]**

- Memo to Record of hearing held 6/17/2021 **[ECF No. 924]**

- *Debtor's Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 962]**

- Memo to Record of hearing held 7/22/2021 **[ECF No. 966]**

- *Debtor's Second Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1016]**

- *Status Report (as of August 19, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1018]**

- Memo to Record of hearing held 8/19/2021 **[ECF No. 1020]**

- Order Scheduling Virtual Hearing to Discuss E-Discovery Matters **[ECF No. 1026]**

- Order Continuing Virtual Hearing to Discuss E-Discovery Matter **[ECF No. 1047]**

- Order to Continue Hearing on Motions Scheduled for September 14, 2021 **[ECF No. 1051]**

- Order Scheduling Virtual Hearing to Discuss E-Discovery Matter **[ECF No. 1054]**

- Memo to Record of Status Conference held 9/17/2021 **[ECF No. 1060]**

- Memo to Record of hearing held 10/21/2021 **[ECF No. 1131]**

- *Status Report (as of November 17, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1165]**

- *Amended Status Report (as of November 17, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1166]**

- *Debtor's Third Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1171]**

- Memo to Record of hearing held 11/18/2021 **[ECF No. 1172]**

- Order Granting Motion to Continue Hearing on Motion to Compel **[ECF No. 1203]**

- *Order Continuing Hearing on UCC Motion to Compel Scheduled on January 20, 2022 and Setting Status Conference on Debtor's Sealed Motion to Compel* **[ECF No. 1257]**

- *Official Committee of Unsecured Creditors' Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel* **[ECF No. 1271]**

- Order Continuing Hearing on Motion to Compel **[ECF No. 1289]**

- *Official Committee of Unsecured Creditors' Supplemental Brief Regarding Debtor's Rule 2004 Production Subject to Motion to Compel* **[ECF No. 1299]**

- *Debtor's Memorandum Regarding Rule 2004 Discovery Issues* **[ECF No. 1300]**

- Memo to Record of hearing held 2/18/2022 **[ECF No. 1317]**

- *Order on the Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1336]**

- Order Continuing Status Conference Scheduled on March 17, 2022 **[ECF No. 1352]**

Dated: April 13, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**