UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>SECTION A |
| DEBTOR. | § | |

**ORDER**

Considering the *United States Trustee's Ex Parte Motion for Order Limiting Notice Required for FRBP 2004 Examinations Conducted Pursuant to Court's April 25, 2022 Order* (the "Motion to Limit Notice"), [ECF Doc. 1486], the case record, and applicable law:

**IT IS ORDERED** that the Motion to Limit Notice is **GRANTED**.

**IT IS FURTHER ORDERED** that service of Motions and Orders for Examination and Production of Documents pursuant to Fed. R. Bankr. P. 2004 issued by the United States Trustee in connection with this Court's Order entered on April 25, 2022, [ECF Doc. 1468], shall be limited to:

a. the examinee and their counsel;

b. the above-captioned Debtor and its counsel; and

c. the Official Committee of Unsecured Creditors and its counsel.

**IT IS FURTHER ORDERED** that movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 29, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE