**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>SECTION A |
| DEBTOR. | § | |

**ORDER**[1]

# FILED UNDER SEAL

---

[1] This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.