UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | Section "A" |
| ORLEANS, § | |
| § | Chapter 11 |
| Debtor.[1] § | |
| § | |

**JOINT STATUS REPORT ON THE COMMITTEE'S MOTION TO COMPEL
DEBTOR'S (1) PRODUCTION OF DOCUMENTS, AND (2) PRIVILEGE LOG,
TO THE EXTENT NECESSARY, RELATED TO RULE 2004 ORDER**
[Relates to ECF No. 804]

The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), and the Official Committee of Unsecured Creditors (the "**Committee**") submits this status report in advance of the hearing and status conference on May 19, 2022. This status report describes the status of the Debtor's responses to the Rule 2004 document requests, specifically the requests the Debtor was ordered to respond to in the Court's March 2, 2022 Order [ECF no. 1336], and other discovery issues.

As of March 14, 2022, the Debtor stated that it has completed production of all documents constituting or relating to Internal Review Board discussions of allegations of abuse.

As of April 12, 2022, the Debtor stated that it has completed production of all personnel files for the thirty-seven clergy from the 2018 Report Regarding Clergy Abuse, as amended, who have been identified by the Committee, but who were not named in proofs of claim (the list of these individuals is attached as Exhibit A to the Committee's Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel [Docket #1271]).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

On March 11, 2022, the Debtor produced personnel files for the six clergy members identified by the Committee in its sealed Supplemental Brief [Docket # 1299] who are not listed on the 2018 Report Regarding Clergy Abuse, as amended.

On May 16, 2022, the Debtor produced personnel files for several of the Debtor personnel accused of sexual abuse on or after January 1, 2012, but who were not included on the 2018 Report Regarding Clergy Abuse, as amended. The Debtor expects to complete production of the remainder of these files within two weeks.

On March 2, 2022, the Committee suggested search terms to be applied by the Debtor to electronically stored information. The Committee and Debtor thereafter engaged in several communications to discuss and refine the search terms and, as of April 22, reached an agreement on the search terms to apply to text messages. The Debtor has not yet produced any text messages that have resulted from the search, but expects to begin a rolling production within a week. The Committee and Debtor are in the process of discussing and refining the search terms to apply to emails.

Dated: May 18, 2022

Respectfully submitted,

/s/ Allison B. Kingsmill
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: akingsmill@joneswalker.com

ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF NEW ORLEANS

Dated: May 18, 2022

*/s/ Bradley Knapp*
Omer F. Kuebel, III (La #21682)
Bradley Knapp (La. #35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com

James I. Stang (CA Bar #94435)
Andrew W. Caine (CA Bar #110345)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: acaine@pszjlaw.com

**Co-Counsel to the Official Committee of Unsecured Creditors**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served (a) on May 18, 2022 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures [ECF No. 22], to be sent by Donlin, Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is completed.

*/s/ Allison B. Kingsmill*
Allison B. Kingsmill