**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | SECTION "A" |
| | CHAPTER 11 |
| Debtor. | |

**NOTICE OF APPOINTMENT OF RECONSTITUTED**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

    NOW INTO COURT comes David W. Asbach, Acting United States Trustee for Region 5, by and through the undersigned attorney, and pursuant to the Court's Order entered on June 7, 2022 at Doc. No. 1574, hereby gives notice that the following creditors of the Roman Catholic Church of the Archdiocese of New Orleans are among those holding unsecured claims and are willing to be appointed and serve as a committee of unsecured creditors (the "Official Committee of Unsecured Creditors") with the powers enumerated in 11 U.S.C. § 1103:

| 1. Patricia Moody | 2. George Coulon |
|---|---|
| C/O Brittany R. Wolf-Freedman<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>bwolf@gainsben.com | C/O Damon J. Baldone, Esq.<br>Damon J. Baldone & Associates<br>162 New Orleans Blvd.<br>Houma, LA 70364<br>Phone: 985-868-3427<br>Fax: 985-872-2319<br>dbaldone@hotmail.com |

Dated: June 7, 2022

by: *s/Amanda Burnette George*
AMANDA BURNETTE GEORGE (31642)
Trial Attorney, Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Facsimile no. (504) 589-4096
Amanda.B.George@usdoj.gov

# **CERTIFICATE OF SERVICE**

This is to certify that true and correct copies of the foregoing Notice of Appointment of Reconstituted Unsecured Creditors' Committee were served on June 7, 2022, by email transmission and U.S. Mail, postage prepaid, upon:

| | |
|---|---|
| 1. Patricia Moody<br><br>C/O Brittany R. Wolf-Freedman<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>bwolf@gainsben.com | 2. George Coulon<br><br>C/O Damon J. Baldone, Esq.<br>Damon J. Baldone & Associates<br>162 New Orleans Blvd.<br>Houma, LA 70364<br>Phone: 985-868-3427<br>Fax: 985-872-2319<br>dbaldone@hotmail.com |

and on June 7, 2022, via electronic notification through CM/ECF upon:

Christine W. Adams on behalf of Defendant Catholic Charities Archdiocese of New Orleans
cadams@kinneylaw.com

A. Brooke Watford Altazan on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

A. Brooke Watford Altazan on behalf of Noticing Agent Lillian Jordan
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

David Winston Ardoin on behalf of Creditor John Doe
david@amotriallawyers.com, renee@amotriallawyers.com

Laura F. Ashley on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com

John Baay, II on behalf of Interested Party International Insurance Company
jbaay@glllaw.com

John Baay, II on behalf of Interested Party United States Fire Insurance Company
jbaay@glllaw.com

Jerry A. Beatmann on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
jay.beatmann@dentons.com,
dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com

Jerry A. Beatmann on behalf of Other Prof. United States Fidelity & Guaranty Company
jay.beatmann@dentons.com,
dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com

Alicia M. Bendana on behalf of Creditor Robert Romero
abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com

Richard A. Bordelon on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
rbordelon@denechaudlaw.com

Richard A. Bordelon on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
rbordelon@denechaudlaw.com

Richard A. Bordelon on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
rbordelon@denechaudlaw.com

Derek T Braslow on behalf of Creditor John Doe - Claim No. 20394
derek@thebraslowfirm.com

Brandon A. Brown on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
bbrown@stewartrobbins.com,
bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Joseph M. Bruno, Sr on behalf of Creditor JW Doe
jbruno@brunobrunolaw.com, Don@brunobrunolaw.com

Joseph M. Bruno, Sr on behalf of Interested Party Angela Dolce
jbruno@brunobrunolaw.com, Don@brunobrunolaw.com

Steven Bryant on behalf of Creditor Committee Official Committee of Unsecured Creditors
steven.bryant@lockelord.com

Steven Bryant on behalf of Interested Party Locke Lord LLP
steven.bryant@lockelord.com

Steven Bryant on behalf of Other Prof. Stegall, Benton, Melancon & Associates, LLC
steven.bryant@lockelord.com

Steven Bryant on behalf of Other Prof. Zobrio, Inc.
steven.bryant@lockelord.com

Amelia L Bueche on behalf of Creditor L. M.
amelia.hurt@kellyhart.com

Elwood F. Cahill, Jr. on behalf of Creditor LCMC Health Entities
ecahill@shergarner.com

Andrew William Caine on behalf of Creditor Committee Official Committee of Unsecured Creditors
acaine@pszjlaw.com

Deborah J Campbell on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
deborah.campbell@dentons.com

Deborah J Campbell on behalf of Other Prof. United States Fidelity & Guaranty Company
deborah.campbell@dentons.com

Jamie Dodds Cangelosi on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
jcangelosi@stewartrobbins.com,

jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Linda F Cantor on behalf of Consultant Kinsella Media, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
lcantor@pszjlaw.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Creditors
lcantor@pszjlaw.com

Linda F Cantor on behalf of Financial Advisor Berkeley Research Group, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Financial Advisor Rock Creek Advisors, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Other Prof. Rock Creek Advisors, LLC
lcantor@pszjlaw.com

Desiree M. Charbonnet on behalf of Defendant A.A. Doe
dcharbonnet@desireelaw.com

William G. Cherbonnier, Jr. on behalf of Interested Party Lauren Theobold
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Everett J. Cygal on behalf of Interested Party Catholic Mutual Relief Society
ecygal@schiffhardin.com

John H. Denenea, Jr. on behalf of Creditor Certain Abuse Victims
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Creditor Ed Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff A. A. Doe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff CC Doe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff Chuck Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff John Roe, III
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff West Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

John H. Denenea, Jr. on behalf of Plaintiff Zach Roe
jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

Eric J Derbes on behalf of Creditor Couhig Partners, LLC
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Ross J. Donnes on behalf of Creditor Talbot, Carmouche & Marcello
rdonnes@tcmlawfirm.net

Douglas S. Draper on behalf of Creditor Wynhoven Health Care Center
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Catholic Charities Archdiocese of New Orleans
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Catholic Community Foundation Archdiocese of New Orleans
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Christopher Homes, Inc.
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Divine Mercy Roman Catholic Church, Kenner, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Immaculate Conception Roman Catholic Church, Marrero, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Most Holy Name of Jesus Roman Catholic, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant New Orleans Archdiocesan Cemeteries
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Notre Dame Health System (f/k/a Chateau de Notre Dame)
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Notre Dame Seminary
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana

ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Philmat Inc.
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant School Food and Nutrition Services of New Orleans, Inc.
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Second Harvest Food Bank of Greater New Orleans and Acadiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Cletus Roman Catholic Church, Gretna, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Peters Roman Catholic Church Covington, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant The Society for the Propagation of the Faith, Archdiocese of New Orleans
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Apostolates
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Catholic Foundation
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Saint Joseph Abbey
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Seminary College
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party St. Anselm Roman Catholic Church, Madisonville, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

John Douglas Elrod on behalf of Creditor TMI Trust Company

<2>

elrodj@gtlaw.com

Joseph Mark Fisher on behalf of Interested Party Catholic Mutual Relief Society
mfisher@schiffhardin.com

Elizabeth J. Futrell on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Jeremy Gettes on behalf of Interested Party Angela Freeman
jgettes@gertlerfirm.com

William P. Gibbens on behalf of Defendant Harold Thomas Ehlinger
billy@semmlaw.com, terri@semmlaw.com

Soren Erik Gisleson on behalf of Creditor Certain Abuse Victims
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Committee Official Committee of Unsecured Creditors
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Ed Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor JW Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor James Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff A. A. Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff CC Doe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff Chuck Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff John Roe, III
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff West Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff Zach Roe
sgisleson@hhkc.com, jchauvin@hhkc.com

Brodie Glenn on behalf of Defendant Catholic Charities Archdiocese of New Orleans
bglenn@bradleyfirm.com

Brodie Glenn on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
bglenn@bradleyfirm.com

Alan H. Goodman on behalf of Interested Party Breazeale, Sachse & Wilson, L.L.P.
alan.goodman@bswllp.com, moorek@bswllp.com

Ashley J. Heilprin on behalf of Interested Party John Asare-Dankwah
ashley.heilprin@phelps.com

Ashley J. Heilprin on behalf of Plaintiff John Asare-Dankwah
ashley.heilprin@phelps.com

Evan Park Howell, III on behalf of Creditor Paul Calamari
ehowell@ephlaw.com, cathyt3@cox.net

Stephen Michael Huber on behalf of Creditor L. D.
stephen@huberthomaslaw.com

Sara Hunkler on behalf of Interested Party First State Insurance Company
shunkler@ruggerilaw.com

Sara Hunkler on behalf of Interested Party Twin City Insurance Company
shunkler@ruggerilaw.com

Wayne J. Jablonowski on behalf of Creditor Crescent Door & Hardware, Inc.
wjjlaw@bellsouth.net

Annette W Jarvis on behalf of Creditor TMI Trust Company
jarvisa@gtlaw.com

Lillian Jordan
ljordan@donlinrecano.com,
rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com

Benjamin Kadden on behalf of Financial Advisor Carr, Riggs & Ingram, LLC
bkadden@lawla.com, mnguyen@lawla.com

Allison Kingsmill on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
akingsmill@joneswalker.com

Allison Kingsmill on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
akingsmill@joneswalker.com

Allison Kingsmill on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
akingsmill@joneswalker.com

Bradley C. Knapp on behalf of Creditor Committee Official Committee of Unsecured Creditors
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Bradley C. Knapp on behalf of Interested Party Locke Lord LLP
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Bradley C. Knapp on behalf of Other Prof. Zobrio, Inc.
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Bradley C. Knapp on behalf of Plaintiff Official Committee of Unsecured Creditors
bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com

Dylan K. Knoll on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
dknoll@denechaudlaw.com

Dylan K. Knoll on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
dknoll@denechaudlaw.com

Dylan K. Knoll on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
dknoll@denechaudlaw.com

Omer F. Kuebel, III on behalf of Creditor Committee Official Committee of Unsecured Creditors
rkuebel@lockelord.com, Yamille.Harrison@lockelord.com

Omer F. Kuebel, III on behalf of Interested Party Locke Lord LLP
rkuebel@lockelord.com, Yamille.Harrison@lockelord.com

Heather A. LaSalle on behalf of Creditor Capital One, National Association
halexis@hinshawlaw.com, lgraff@mcglinchey.com

Frank E. Lamothe, III on behalf of Creditor Certain Abuse Victims
felamothe@lamothefirm.com

Frank E. Lamothe, III on behalf of Creditor John Doe
felamothe@lamothefirm.com

Frank E. Lamothe, III on behalf of Plaintiff John Doe
felamothe@lamothefirm.com

Julien Guy Lamothe on behalf of Plaintiff John Doe
jlamothe@lamothefirm.com

Mark C. Landry on behalf of Creditor First Bank and Trust
mlandry@newmanmathis.com

Darryl T. Landwehr on behalf of Creditor Jan Noullet Morganti
dtlandwehr@att.net, dtlandwehr@gmail.com

Darryl T. Landwehr on behalf of Creditor Kim Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Darryl T. Landwehr on behalf of Creditor Merle Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Darryl T. Landwehr on behalf of Creditor Randy Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Joseph J Lowenthal, Jr on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
jlowenthal@joneswalker.com

Ryan Luminais on behalf of Creditor L. M.
rluminais@shergarner.com

Thomas J. Madigan on behalf of Creditor L. M.
tmadigan@shergarner.com

Thomas J. Madigan on behalf of Creditor LCMC Health Entities
tmadigan@shergarner.com

Thomas J. Madigan on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
tmadigan@shergarner.com

Wayne A. Maiorana, Jr. on behalf of Creditor Gulf Coast Bank and Trust Company
tmaiorana@newmanmathis.com

Wilson Lewis Maloz, III on behalf of Interested Party First State Insurance Company
wmaloz@lpwsl.com

Wilson Lewis Maloz, III on behalf of Interested Party Twin City Insurance Company
wmaloz@lpwsl.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis
rmathis@newmanmathis.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o Robert A. Mathis
rmathis@newmanmathis.com

Donald Andrew Mau, I on behalf of Interested Party Fr. JB
dmau@meliaslaw.com

Patrick Maxcy on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
patrick.maxcy@dentons.com

Patrick Maxcy on behalf of Other Prof. United States Fidelity & Guaranty Company
patrick.maxcy@dentons.com

Gerald Edward Meunier on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor B. L.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor E. C.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor R. M.
gmeunier@gainsben.com, dmartin@gainsben.com

Allen C. Miller on behalf of Interested Party John Asare-Dankwah
allen.miller@phelps.com

Allen C. Miller on behalf of Plaintiff John Asare-Dankwah

allen.miller@phelps.com

Mark Mintz on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Mark Mintz on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

M. Keith Moskowitz on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
keith.moskowitz@dentons.com

M. Keith Moskowitz on behalf of Other Prof. United States Fidelity & Guaranty Company
keith.moskowitz@dentons.com

Colleen A Murphy on behalf of Creditor TMI Trust Company
murphyc@gtlaw.com

Samantha Oppenheim on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com

Dwight C Paulsen, III on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
tpaulsen@bradleyfirm.com

Dwight C Paulsen, III on behalf of Defendant Catholic Charities Archdiocese of New Orleans
tpaulsen@bradleyfirm.com

Dwight C Paulsen, III on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
tpaulsen@bradleyfirm.com

Felecia Y Peavy on behalf of Creditor John Does I-V
felepeavy@juno.com

Nancy Peterman on behalf of Creditor TMI Trust Company
petermann@gtlaw.com

William S. Robbins on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Craig Robinson on behalf of Interested Party E. J.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party R. H.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party S. T.
craig@rlolegal.com

Nicholas Rockforte on behalf of Creditor K. C.
nicholas@onmyside.com

Keith A. Rodriguez on behalf of Interested Party E. S.
Krodriguez@keithrodriguez.com

Samuel M. Rosamond, III on behalf of Interested Party Employers Liability Assurance Corporation

srosamond@twpdlaw.com, jgreen@twpdlaw.com

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

David Rubin on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017
David.Rubin@butlersnow.com

David Rubin on behalf of Creditor TMI Trust Company
David.Rubin@butlersnow.com

Logan Elizabeth Schonekas on behalf of Creditor L. D.
logan@huberthomaslaw.com

Glenn K. Schreiber on behalf of Creditor United States of America/Dept.of Justice
glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov

Kristi Schubert on behalf of Plaintiff John Doe
kschubert@lamothefirm.com

Stephen P. Scullin on behalf of Creditor Hancock Whitney Bank
scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist on behalf of Creditor Hancock Whitney Bank
segrist@carverdarden.com, clary@carverdarden.com

Ryan M. Seidemann on behalf of Interested Party State of Louisiana, Louisiana Cemetery Board
seidemannr@ag.louisiana.gov

Patrick M. Shelby on behalf of Interested Party John Asare-Dankwah
rick.shelby@phelps.com, trisha.crombie@phelps.com

Patrick M. Shelby on behalf of Plaintiff John Asare-Dankwah
rick.shelby@phelps.com, trisha.crombie@phelps.com

Nicholas Smeltz on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
nsmeltz@stewartrobbins.com,
nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

David M Spector, I on behalf of Interested Party Catholic Mutual Relief Society
dspector@schiffhardin.com

Roger Stetter on behalf of Creditor Neal Pollet
rastetter47@yahoo.com

Paul Douglas Stewart, Jr. on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Jefferson R. Tillery on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
jtillery@joneswalker.com

Jefferson R. Tillery on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
jtillery@joneswalker.com

Jefferson R. Tillery on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
jtillery@joneswalker.com

Richard Trahant on behalf of Creditor Certain Abuse Victims
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Committee Official Committee of Unsecured Creditors
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Ed Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor James Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff A. A. Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff CC Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff Chuck Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff John Roe, III
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff West Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff Zach Roe
trahant@trahantlawoffice.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com

Richard P Voorhies, III on behalf of Creditor Mary Gilardi Deemer
Richard@voorhieslaw.com, tosha@voorhieslaw.com

Richard P Voorhies, III on behalf of Creditor Warren Joseph Deemer
Richard@voorhieslaw.com, tosha@voorhieslaw.com

David F. Waguespack on behalf of Creditor Hancock Whitney Bank

waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

David E. Walle on behalf of Defendant Catholic Mutual Relief Society
dwalle@bfrob.com, aadams@bfrob.com

David E. Walle on behalf of Interested Party Catholic Mutual Relief Society
dwalle@bfrob.com, aadams@bfrob.com

John W. Waters, Jr. on behalf of Defendant Catholic Mutual Relief Society
jwaters@bfrob.com, aadams@bfrob.com

John W. Waters, Jr. on behalf of Interested Party Catholic Mutual Relief Society
jwaters@bfrob.com, aadams@bfrob.com

Regina S. Wedig on behalf of Interested Party Salesian Society Inc
reginawedig@wediglaw.com, rswedig@hotmail.com

Edward Dirk Wegmann on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Edward Dirk Wegmann on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Edward Dirk Wegmann on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
dwegmann@joneswalker.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Joshua D Weinberg on behalf of Interested Party Twin City Insurance Company
jweinberg@ruggerilaw.com

Brittany Rose Wolf-Freedman on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor B. L.
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor Committee Official Committee of Unsecured Creditors
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor E. C.
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor Ed Roe
bwolf@gainsben.com, sburrell@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor R. M.
bwolf@gainsben.com, sburrell@gainsben.com

Wayne George Zeringue, Jr on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
wzeringue@joneswalker.com

Wayne George Zeringue, Jr on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
wzeringue@joneswalker.com

Wayne George Zeringue, Jr on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
wzeringue@joneswalker.com

Michael S. Zerlin on behalf of Defendant Henry Brian Highfill
mzerlin@netscape.net

                    by: *s/Amanda Burnette George*
                    AMANDA BURNETTE GEORGE (31642)
                    Trial Attorney, Office of the U.S. Trustee