# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>SECTION A |
| DEBTOR. | § | |

# ORDER

**IT IS ORDERED** *sua sponte* that a status conference will be held on **Monday, June 13, 2022, at 9:30 a.m.**, to discuss the temporary limitations that were imposed by the Court on the Protective Order governing discovery. Interested parties may participate in the hearing **either in person** at 500 Poydras Street, Courtroom B-709, New Orleans, LA 70130 or **via teleconference, dial-in number 888-684-8852, Access Code: 9318283**.

New Orleans, Louisiana, June 9, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE