# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) |
| THE ARCHDIOCESE OF NEW | ) Section "A" |
| ORLEANS | ) |
| | ) Chapter 11 |
| Debtor. | |

## NOTICE OF EMERGENCY APPEAL ON BEHALF OF ABUSE CLAIMANTS AND EX-COMMITTEE MEMBERS OF THE UNSECURED CREDITOR'S COMMITTEE

### [Relates to Rec. Docs. 1574 & 1575]

NOW COME abuse claimants and ex-committee members of the Unsecured Creditors Committee and state court sexual abuse plaintiffs James Adams, Jackie Berthelot, Eric Johnson, and Theodore Jackson ("Abuse Claimants") (EDLA Nos. 20-1353, 20-1318, 20-1356, 20-1340, respectively) filed against the above-captioned debtor and debtor in possession the Roman Catholic Church of the Archdiocese of New Orleans, the United States Trustee, and unsecured creditors in the bankruptcy, and who file this *Notice of Emergency Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8001 & 8002*.

1. Abuse Claimants hereby appeal the Bankruptcy Court's June 7, 2022 *Order* [Rec. Doc. 1574] and the U.S. Trustee's *Notice of Appointment of Reconstituted Official Committee of Unsecured Creditors* [Rec. Doc. 1575].

2. The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1

| | |
|---|---|
| The Official Committee of Unsecured Creditors<br><br>Omer F. Kuebel, III<br>Bradley Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5111<br>Facsimile: (504) 558-5200<br>rkuebel@lockelord.com<br>bknapp@lockelord.com<br>James I. Stang<br>Linda F. Cantor<br>Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd., Suite 1300 Los Angeles, CA 90067<br>Telephone: (310)-277-6910<br>Facsimile: (310)-201-0760<br>jstang@pszjlaw.com<br>lcantor@pszjlaw.com | The Roman Catholic Church of the Archdiocese of New Orleans<br><br>R. Patrick Vance<br>Elizabeth J. Futrell<br>Mark A. Mintz<br>Laura F. Ashley<br>Jones Walker LLP<br>201 St. Charles Avenue, 51st Floor New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 589-8260<br>pvance@joneswalker.com<br>efutrell@joneswalker.com<br>mmintz@joneswalker.com<br>lashley@joneswalker.com |
| The Apostolates<br><br>Douglas S. Draper<br>Leslie A. Collins<br>Michael E. Landis<br>Heller, Draper & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103<br>Telephone: 504.299.3300<br>Fax: 504.299.3399<br>ddraper@hellerdraper.com<br>lcollins@hellerdraper.com<br>mlandis@hellerdraper.com | Hancock Whitney Bank<br><br>David F. Waguespack<br>Stephen P. Scullin<br>Peter J. Segrist<br>Carver Darden Koretzky Tessier Finn Blossman & Areaux, L.L.C.<br>1100 Poydras Street, Suite 3100<br>New Orleans, Louisiana 70163-1102<br>Telephone: (504) 585-3800<br>Facsimile: (504) 585-3801<br>waguespack@carverdarden.com<br>scullin@carverdarden.com<br>segrist@carverdarden.com |

| | |
|---|---|
| Appellants<br><br>Soren E. Gisleson<br>Joseph E. "Jed" Cain<br>Herman, Herman & Katz, L.L.C.<br>820 O'Keefe Avenue<br>Office: 504-581-4892<br>Fax: 504-561-6024<br>SGISLESON@hhklawfirm.com<br>JCAIN@hhklawfirm.com<br><br>John H. Denenea, Jr.<br>Shearman~Denenea, L.L.C.<br>4240 Canal Street<br>New Orleans, LA 70119<br>Telephone: (504) 304-4582<br>FAX: (504) 304-4587<br>jdenenea@midcitylaw.com | Richard C. Trahant Attorney at Law<br>2908 Hessmer Avenue<br>Metairie, LA 70002<br>Telephone: (504) 780-9891<br>FAX: (504) 780-9891<br>trahant@trahantlawoffice.com<br><br>Office of the U.S. Trustee<br>AMANDA BURNETTE GEORGE (31642)<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130<br>Telephone no. (504) 589-4018<br>Fax no. (504) 589-4096<br>Amanda.B.George@usdoj.gov |

3. Abuse Claimants elect to have the appeal heard by the United States District Court in which their individual cases are pending.

WHEREFORE Abuse Claimants respectfully request that the appeal and its record be designated and transmitted to their respective cases pending before the District Court.

Dated: June 10, 2022.

*S/Soren E. Gisleson*
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

-AND-

>RICHARD C. TRAHANT (# 22653)
>ATTORNEY AT LAW
>2908 Hessmer Avenue
>Metairie, LA 70002
>Telephone: (504) 780-9891
>FAX: (504) 780-9891
>Email: trahant@trahantlawoffice.com
>
>-AND-
>
>JOHN H. DENENEA, JR. (#18861)
>SHEARMAN~DENENEA, L.L.C.
>4240 Canal Street
>New Orleans, LA 70119
>Telephone: (504) 304-4582
>FAX: (504) 304-4587
>jdenenea@midcitylaw.com
>
>*Attorneys for James Adams, Jackie Berthelot,
>Theodore Jackson, and Eric Johnson*

## **CERTIFICATE OF SERVICE**

I hereby caused a copy of the foregoing *Notice of Appeal* to be served on June 10, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on June 10, 2022.

>*Soren E. Gisleson*