## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC** | ) | |
| **CHURCH OF THE** | ) | **Section "A"** |
| **ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Chapter 11** |
| Debtor. | ) | |

_____

### NOTICE OF EMERGENCY APPEAL ON BEHALF OF RICHARD TRAHANT

### [Relates to Rec. Doc. 1574]

NOW COMES Richard C. Trahant who files this *Notice of Emergency Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8001 & 8002.*

1.  Trahant hereby appeals the Bankruptcy Court's June 7, 2022, *Order* [Rec. Doc. 1574].

2.  The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| *The Official Committee of Unsecured Creditors* | |
|---|---|
| *The Official Committee of Unsecured Creditors*<br>Omer F. Kuebel, III<br>Brad Knapp<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5111<br>Facsimile: (504) 558-5200<br>bknapp@lockelord.com<br>rkuebel@lockelord.com | James I. Stang<br>Linda F. Cantor<br>Pachulski Stang Ziehl & Jones LLP 10100<br>Santa Monica Blvd., Suite 1300 Los<br>Angeles, CA 90067<br>Telephone: (310)-277-6910<br>Facsimile: (310)-201-0760<br>jstang@pszjlaw.com<br>lcantor@pszjlaw.com |

| | |
|---|---|
| *The Roman Catholic Church of the Archdiocese of New Orleans*<br><br>R. Patrick Vance<br>Elizabeth J. Futrell<br>Mark A. Mintz<br>Laura F. Ashley<br>Jones Walker LLP<br>201 St. Charles Avenue, 51st Floor<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 589-8260<br>pvance@joneswalker.com<br>efutrell@joneswalker.com<br>mmintz@joneswalker.com<br>lashley@joneswalker.com | *The Apostolates*<br><br>Douglas S. Draper<br>Leslie A. Collins<br>Michael E. Landis<br>Heller, Draper & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103<br>Telephone: 504.299.3300<br>Fax: 504.299.3399<br>ddraper@hellerdraper.com<br>lcollins@hellerdraper.com<br>mlandis@hellerdraper.com |
| *Office of the U.S. Trustee*<br><br>AMANDA BURNETTE GEORGE<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130<br>Telephone no. (504) 589-4018<br>Fax no. (504) 589-4096<br>Amanda.B.George@usdoj.gov | *Hancock Whitney Bank*<br><br>David F. Waguespack<br>Stephen P. Scullin<br>Peter J. Segrist<br>Carver Darden Koretzky Tessier Finn<br>Blossman & Areaux, L.L.C.<br>1100 Poydras Street, Suite 3100<br>New Orleans, Louisiana 70163-1102<br>Telephone: (504) 585-3800<br>Facsimile: (504) 585-3801<br>waguespack@carverdarden.com<br>scullin@carverdarden.com<br>segrist@carverdarden.com |
| *Attorney for abuse claimants*<br><br>Soren E. Gisleson<br>Joseph E. "Jed" Cain<br>Herman, Herman & Katz, L.L.C.<br>820 O'Keefe Avenue<br>Office: 504-581-4892<br>Fax: 504-561-6024<br>SGISLESON@hhklawfirm.com<br>JCAIN@hhklawfirm.com | *Attorney for abuse claimants*<br><br>John H. Denenea, Jr.<br>Shearman~Denenea, L.L.C.<br>4240 Canal Street<br>New Orleans, LA 70119<br>Telephone: (504) 304-4582<br>FAX: (504) 304-4587<br>jdenenea@midcitylaw.com |

3.      Trahant elects to have the appeal heard by the United States District Court.

WHEREFORE Trahant respectfully requests that the appeal and its record be designated and transmitted before the District Court.

Dated: June 10, 2022.

*Richard C. Trahant*
RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-And-

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Notice of Appeal* to be served on June 10, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on June 10, 2022.

S/*Richard C. Trahant*