UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>    Debtor.[1] | § § § § § § § § § § |  Case No. 20-10846-MSG<br><br>Section "A"<br><br>Chapter 11 |

### SECOND AMENDED VERIFIED STATEMENT OF THE APOSTOLATES UNDER BANKRUPTCY RULE 2019

A group of church parishes, schools, nursing homes, senior living facilities, and other community, service agencies and facilities (collectively, the "Apostolates") and Saint Joseph Abbey and Seminary College have engaged Heller, Draper, & Horn, LLC ("Heller Draper") to represent them in connection with The Roman Catholic Church of the Archdiocese of New Orleans' ("Debtor" or "Archdiocese") bankruptcy.

Pursuant to Bankruptcy Rule 2019, the Apostolates hereby state as follows:

1.    This Second Amended Verified Statement modifies the Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019 filed on March 18, 2022 [Dkt. No. 1362] to clarify the disclosable economic interest that each member of the Apostolates and St. Joseph Abbey and Seminary College have in the Debtor.

2.    As of the date hereof, the Apostolates consist of 187 church parishes, schools, nursing homes, senior living facilities, and other community, service agencies and facilities,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{00377820-2}      1

listed on the attached *Exhibit "A"*. Any further changes in the membership of the Apostolates will be shown in further amended filings.

3. Heller Draper has also been retained to represent Saint Joseph Abbey and Seminary College.

4. The Apostolates are incorporated legal entities that possess their own employees, articles of incorporation, EIN numbers, and bank accounts separate from the Archdiocese. Directly or indirectly the Archdiocese or the Archbishop is the sole shareholder, member or partner of each Apostolate.

5. Saint Joseph Abbey and Seminary College is an incorporated legal entity with its own employees, articles of incorporation, EIN number and bank accounts.

6. The Apostolates were joined together to address the concerns of the Apostolates and advance the positions of the Apostolates as a group, and as necessary, to defend the legal interests of the Apostolates in this Chapter 11 Case. The Apostolates agreed that it is in the best interest of the Apostolates to retain Heller Draper as counsel to save costs and resources and further their interests. The Apostolates and St. Joseph Abbey and Seminary College further agreed to empower Heller Draper to act on behalf of all Apostolates and St. Joseph Abbey Seminary College in the Debtor's bankruptcy case.

VERIFIED this 10th day of June 2022.

Respectfully submitted,

/s/ Douglas S. Draper
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
**Heller, Draper, & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300

Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com
Counsel for the Apostolates and
Saint Joseph Abbey and Seminary College

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, counsel for the Apostolates, do hereby certify that I caused the above and foregoing to be served on June 10th, 2022, via the Court's ECF Notification System as follows:

- **Christine W. Adams**    cadams@kinneylaw.com
- **A. Brooke Watford Altazan**    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com
- **David Winston Ardoin**    david@amotriallawyers.com, renee@amotriallawyers.com
- **Laura F. Ashley**    lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com
- **John Baay**    jbaay@glllaw.com
- **Jerry A. Beatmann**    jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com;malka.zeefe@dentons.com;lori.odum@dentons.com
- **Alicia M. Bendana**    abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
- **Richard A. Bordelon**    rbordelon@denechaudlaw.com
- **Derek T Braslow**    derek@thebraslowfirm.com
- **Brandon A. Brown**    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com
- **Joseph M. Bruno**    jbruno@brunobrunolaw.com, Don@brunobrunolaw.com
- **Steven Bryant**    steven.bryant@lockelord.com
- **Amelia L Bueche**    amelia.hurt@kellyhart.com
- **Elwood F. Cahill**    ecahill@shergarner.com
- **Andrew William Caine**    acaine@pszjlaw.com
- **Deborah J Campbell**    deborah.campbell@dentons.com
- **Jamie Dodds Cangelosi**    jcangelosi@stewartrobbins.com, jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com
- **Linda F Cantor**    lcantor@pszjlaw.com
- **Desiree M. Charbonnet**    dcharbonnet@desireelaw.com
- **William G. Cherbonnier**    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- **Everett J. Cygal**    ecygal@schiffhardin.com
- **John H. Denenea**    jdenenea@midcitylaw.com, wdominguez@midcitylaw.com

- **Eric J Derbes** ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com
- **Ross J. Donnes** rdonnes@tcmlawfirm.net
- **Douglas S. Draper** ddraper@hellerdraper.com, vgamble@hellerdraper.com
- **John Douglas Elrod** elrodj@gtlaw.com
- **Joseph Mark Fisher** mfisher@schiffhardin.com
- **Elizabeth J. Futrell** efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com
- **Amanda Burnette George** Amanda.B.George@usdoj.gov
- **Jeremy Gettes** jgettes@gertlerfirm.com
- **William P. Gibbens** billy@semmlaw.com, terri@semmlaw.com
- **Soren Erik Gisleson** sgisleson@hhkc.com, jchauvin@hhkc.com
- **Brodie Glenn** bglenn@bradleyfirm.com
- **Alan H. Goodman** alan.goodman@bswllp.com, moorek@bswllp.com
- **Ashley J. Heilprin** ashley.heilprin@phelps.com
- **Evan Park Howell** ehowell@ephlaw.com, cathyt3@cox.net
- **Stephen Michael Huber** stephen@huberthomaslaw.com
- **Sara Hunkler** shunkler@ruggerilaw.com
- **Wayne J. Jablonowski** wjjlaw@bellsouth.net
- **Annette W Jarvis** jarvisa@gtlaw.com
- **Lillian Jordan** ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com
- **Benjamin Kadden** bkadden@lawla.com, mnguyen@lawla.com
- **Allison Kingsmill** akingsmill@joneswalker.com
- **Bradley C. Knapp** bknapp@lockelord.com, AutoDocket@LockeLord.com;Ashley.Lohr@lockelord.com
- **Dylan K. Knoll** dknoll@denechaudlaw.com
- **Omer F. Kuebel** rkuebel@lockelord.com, Yamille.Harrison@lockelord.com
- **Heather A. LaSalle** halexis@hinshawlaw.com, lgraff@mcglinchey.com
- **Frank E. Lamothe** felamothe@lamothefirm.com
- **Julien Guy Lamothe** jlamothe@lamothefirm.com
- **Mark C. Landry** mlandry@newmanmathis.com
- **Darryl T. Landwehr** dtlandwehr@att.net, dtlandwehr@gmail.com
- **Mary S. Langston** Mary.Langston@usdoj.gov
- **Joseph J Lowenthal** jlowenthal@joneswalker.com
- **Ryan Luminais** rluminais@shergarner.com
- **Thomas J. Madigan** tmadigan@shergarner.com
- **Wayne A. Maiorana** tmaiorana@newmanmathis.com
- **Wilson Lewis Maloz** wmaloz@lpwsl.com
- **Robert A. Mathis** rmathis@newmanmathis.com
- **Donald Andrew Mau** dmau@meliaslaw.com
- **Patrick Maxcy** patrick.maxcy@dentons.com
- **Gerald Edward Meunier** gmeunier@gainsben.com, dmartin@gainsben.com
- **Allen C. Miller** allen.miller@phelps.com
- **Mark Mintz** mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

- **M. Keith Moskowitz**   keith.moskowitz@dentons.com
- **Colleen A Murphy**   murphyc@gtlaw.com
- **Samantha Oppenheim**   soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- **Dwight C Paulsen**   tpaulsen@bradleyfirm.com
- **Felecia Y Peavy**   felepeavy@juno.com
- **Nancy Peterman**   petermann@gtlaw.com
- **William S. Robbins**   wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com; gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com
- **Craig Robinson**   craig@rlolegal.com
- **Nicholas Rockforte**   nicholas@onmyside.com
- **Keith A. Rodriguez**   Krodriguez@keithrodriguez.com
- **Samuel M. Rosamond**   srosamond@twpdlaw.com, jgreen@twpdlaw.com
- **Richard A Rozanski**   richard@rarlaw.net
- **David Rubin**   David.Rubin@butlersnow.com
- **Logan Elizabeth Schonekas**   logan@huberthomaslaw.com
- **Glenn K. Schreiber**   glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- **Kristi Schubert**   kschubert@lamothefirm.com
- **Stephen P. Scullin**   scullin@carverdarden.com, baradell@carverdarden.com
- **Peter James Segrist**   segrist@carverdarden.com, clary@carverdarden.com
- **Ryan M. Seidemann**   seidemannr@ag.louisiana.gov
- **Patrick M. Shelby**   rick.shelby@phelps.com, trisha.crombie@phelps.com
- **Nicholas Smeltz**   nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com
- **David M Spector**   dspector@schiffhardin.com
- **Roger Stetter**   rastetter47@yahoo.com
- **Paul Douglas Stewart**   dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com
- **Jefferson R. Tillery**   jtillery@joneswalker.com
- **Richard Trahant**   trahant@trahantlawoffice.com
- **Office of the U.S. Trustee**   USTPRegion05.NR.ECF@usdoj.gov
- **R. Patrick Vance**   pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- **Richard P Voorhies**   Richard@voorhieslaw.com, tosha@voorhieslaw.com
- **David F. Waguespack**   waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- **David E. Walle**   dwalle@bfrob.com, aadams@bfrob.com
- **John W. Waters**   jwaters@bfrob.com, aadams@bfrob.com
- **Regina S. Wedig**   reginawedig@wediglaw.com, rswedig@hotmail.com
- **Edward Dirk Wegmann**   dwegmann@joneswalker.com
- **Joshua D Weinberg**   jweinberg@ruggerilaw.com
- **Brittany Rose Wolf-Freedman**   bwolf@gainsben.com, sburrell@gainsben.com

- **Wayne George Zeringue**   wzeringue@joneswalker.com
- **Michael S. Zerlin**   mzerlin@netscape.net

New Orleans, Louisiana, this 10th day of June 2022.

/s/ *Douglas S. Draper*
Douglas S. Draper

# EXHIBIT A

As of the date hereof June 10th, 2022, the Apostolates consist of 187 church parishes, schools, nursing homes, senior living facilities, and other community, service agencies and facilities as listed herein.

1. All Saints Roman Catholic Church, New Orleans, Louisiana
2. Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3. Annunciation Inn, Inc.
4. Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
5. Assumption of Mary Roman Catholic Church, Avondale, Louisiana
6. Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7. Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8. Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9. Catholic Charities Archdiocese of New Orleans
10. Catholic Community Foundation Archdiocese of New Orleans
11. Roman Catholic Center of Jesus the Lord
12. Christ the King Roman Catholic Church, Gretna, Louisiana
13. Christopher Homes, Inc.
14. Christopher Inn
15. Clarion Herald Publishing Company
16. Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
17. Divine Mercy Roman Catholic Church, Kenner, Louisiana
18. Good Shepherd Roman Catholic Church, New Orleans, Louisiana
19. Korean Catholic Community of New Orleans, Inc.
20. Holy Family Roman Catholic Church, Franklinton, Louisiana
21. Holy Family Roman Catholic Church, Luling, Louisiana
22. Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
23. Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
24. Holy Spirit Roman Catholic Church, New Orleans, Louisiana
25. Immaculate Conception Roman Catholic Church, Marrero, Louisiana
26. Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
27. Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
28. Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
29. The Apartments at Mater Dolorosa
30. Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
31. Metairie Manor
32. Metairie III
33. Most Holy Trinity Roman Catholic Church, Covington, Louisiana
34. Nazareth II
35. New Orleans Archdiocesan Cemeteries
36. Notre Dame Health System (f/k/a Chateau de Notre Dame)
37. Notre Dame Seminary
38. Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
39. Our Lady of Grace Roman Catholic Church, Reserve, Louisiana

40. Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
41. Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
42. Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
43. Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
44. Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
45. Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
46. Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
47. Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
48. Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
49. Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
50. Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
51. Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
52. Dubourg Home
53. Project Lazarus
54. Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
55. Rouquette III
56. Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
57. Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
58. School Food and Nutrition Services of New Orleans, Inc.
59. Second Harvest Food Bank of Greater New Orleans and Acadiana
60. St. Agnes Roman Catholic Church, Jefferson, Louisiana
61. St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana
62. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
63. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
64. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
65. St. Anselm Roman Catholic Church, Madisonville, Louisiana
66. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
67. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
68. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
69. St. Anthony's Gardens
70. St. Augustine Roman Catholic Church, New Orleans, Louisiana
71. St. Bernard Manor
72. St. Benedict Roman Catholic Church, Covington, Louisiana
73. St. Benilde Roman Catholic Church, Metairie, Louisiana
74. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
75. St. Bonaventure Roman Catholic Church, Avondale, Louisiana
76. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
77. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
78. St. Christopher Roman Catholic Church, Metairie, Louisiana
79. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
80. St. Cletus Roman Catholic Church, Gretna, Louisiana
81. St. David Roman Catholic Church, New Orleans, Louisiana
82. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
83. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
84. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
85. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana

86. St. Gabriel Roman Catholic Church, New Orleans, Louisiana
87. St. Genevieve Roman Catholic Church, Slidell, Louisiana
88. St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
89. St. Hubert Roman Catholic Church, Garyville, Louisiana
90. St. James Major Roman Catholic Church, New Orleans, Louisiana
91. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
92. St. Jerome Roman Catholic Church, Kenner, Louisiana
93. St. Joachim Roman Catholic Church, Marrero, Louisiana
94. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
95. St. John Bosco Roman Catholic Church, Harvey, Louisiana
96. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
97. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
98. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
99. St. John the Baptist, New Orleans, Louisiana, Inc.
100. St. John the Baptist Roman Catholic Church, Paradis, Louisiana
101. St. Joseph Roman Catholic Church, Algiers, Louisiana
102. St. Joseph's Roman Catholic Church, Gretna, Louisiana
103. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
104. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
105. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
106. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
107. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
108. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
109. St. Mark Roman Catholic Church, Ama, Louisiana
110. St. Martha Roman Catholic Church, Harvey, Louisiana
111. St. Martin's Manor, Inc.
112. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
113. St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
114. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
115. St. Patrick's Roman Catholic Church, New Orleans, Louisiana
116. St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
117. St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
118. St. Peter's Roman Catholic Church, Covington, Louisiana
119. St. Peter Roman Catholic Church, Reserve, Louisiana
120. St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
121. St. Philip Neri Roman Catholic Church, Metairie, Louisiana
122. St. Pius X Roman Catholic Church, New Orleans, Louisiana
123. St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
124. St. Rita Roman Catholic Church, Harahan, Louisiana
125. St. Rita Roman Catholic Church, New Orleans, Louisiana
126. St. Rosalie Roman Catholic Church, Harvey, Louisiana
127. St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
128. St. Thérèse Catholic Academy
129. St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana
130. Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana

131. Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
132. Villa St. Maurice, Inc.
133. The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana
134. Monsignor Wynhoven Apartments, Inc.
135. Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana
136. St. Anthony Roman Catholic Church, Gretna, Louisiana
137. St. Mary's Roman Catholic Church, New Orleans, Louisiana
138. Blessed Sacrament, Inc.
139. Epiphany, Inc.
140. Immaculate Heart of Mary, Inc.
141. Incarnate Word, Inc.
142. Our Lady of Good Counsel, Inc.
143. Our Lady of Good Harbor, Inc.
144. Our Lady of Lourdes, New Orleans, Louisiana, Inc.
145. St. Frances Xavier Cabrini, Inc.
146. St. Francis de Salles, Inc.
147. St. Henry's, Inc.
148. St. Julian Eymard, Inc.
149. St. Lawrence the Martyr, Inc.
150. St. Louise de Marillac, Inc.
151. St. Maurice, Inc.
152. St. Monica, Inc.
153. St. Philip the Apostle, Inc.
154. St. Raymond's, Inc.
155. St. Rose of Lima, Inc.
156. St. Theresa of the Child Jesus, Inc.
157. St. Ann, New Orleans, Louisiana, Inc.
158. The Congregation of the Annunciation Roman Catholic Church
159. The Congregation of St. Cecelia Roman Catholic Church
160. The Congregation of Saints Peter and Paul Roman Catholic Church
161. Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
162. Holy Trinity Drive Land Corporation
163. Nazareth Manor
164. Our Lady of Wisdom Facility Corporation
165. Chateau de Notre Dame Facilities Corporation
166. St. Tammany Manor
167. St. Bernard II
168. St. Bernard III
169. St. Tammany Catholic Cemetery
170. The Mental Health Association Development Corporation
171. Villa Additions
172. Padua House
173. Aspiring Scholars
174. Catholic Charities Group Homes
175. Catholic Charities Children's Day Care Centers

176. St. Michael Special School
177. St. Jude Community Center, Inc.
178. 7887 Walmsley, Inc.
179. Archdiocese of New Orleans Indemnity, Inc.
180. Pace Greater New Orleans
181. Philmat, Inc.
182. The Society for the Propagation of the Faith, Archdiocese of New Orleans
183. Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
184. Archdiocesan Spirituality Center
185. The Congregation of the Holy Trinity Roman Catholic Church
186. The Congregation of St. Rita Roman Catholic Church of Harahan
187. Iberia Investment Fund II, LLC