UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 16, 2022 AT 1:30 P.M. CENTRAL TIME

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for hearing on June 16, 2022, at 1:30 p.m. Central Time, pursuant to Part V of General Order 2019-4.

In accordance with General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

## CONTESTED MATTERS

1. *Debtor's Expedited Motion for Authority to Lease Property Pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code* **[ECF No. 1584]**

   | | |
   |---|---|
   | **Movant:** | Debtor |
   | **Nature of Motion:** | Motion for Authority to Lease Property |
   | **Response Deadline:** | June 15, 2022, at 5:00 p.m. |
   | **Status:** | The response deadline has not yet expired. This matter is going forward. |
   | **Responses/Related Filings:** | |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

- *Order Granting* Ex Parte *Motion for Expedited Hearing on Debtor's <u>Expedited</u> Motion for Authority to Lease Property Pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code* **[ECF No. 1587]**

## STATUS CONFERENCE

2. *Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 804]**

| | |
|---|---|
| **Movant:** | The Committee |
| **Nature of Motion:** | Motion to Compel |
| **Response Deadline:** | April 8, 2021 |
| **Status:** | The parties will provide an updated report on the status of the Debtor's production. |

**Responses/Related Filings:**

- *Debtor's Objection to Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 814]**

- *Reply of the Official Committee of Unsecured Creditors to Debtor's Opposition to the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 821]**

- Order to Continue Hearing **[ECF No. 845]**

- Memo to Record of hearing held 5/20/2021 **[ECF No. 879]**

- *Status Report of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 909]**

- Memo to Record of hearing held 6/17/2021 **[ECF No. 924]**

- *Debtor's Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 962]**

- Memo to Record of hearing held 7/22/2021 **[ECF No. 966]**

- *Debtor's Second Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1016]**

- *Status Report (as of August 19, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1018]**

- Memo to Record of hearing held 8/19/2021 **[ECF No. 1020]**

- Order Scheduling Virtual Hearing to Discuss E-Discovery Matters **[ECF No. 1026]**

- Order Continuing Virtual Hearing to Discuss E-Discovery Matter **[ECF No. 1047]**

- Order to Continue Hearing on Motions Scheduled for September 14, 2021 **[ECF No. 1051]**

- Order Scheduling Virtual Hearing to Discuss E-Discovery Matter **[ECF No. 1054]**

- Memo to Record of Status Conference held 9/17/2021 **[ECF No. 1060]**

- Memo to Record of hearing held 10/21/2021 **[ECF No. 1131]**

- *Status Report (as of November 17, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1165]**

- *Amended Status Report (as of November 17, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1166]**

- *Debtor's Third Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1171]**

- Memo to Record of hearing held 11/18/2021 **[ECF No. 1172]**

- Order Granting Motion to Continue Hearing on Motion to Compel **[ECF No. 1203]**

- *Order Continuing Hearing on UCC Motion to Compel Scheduled on January 20, 2022 and Setting Status Conference on Debtor's Sealed Motion to Compel* **[ECF No. 1257]**

- *Official Committee of Unsecured Creditors' Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel* **[ECF No. 1271]**

- Order Continuing Hearing on Motion to Compel **[ECF No. 1289]**

- *Official Committee of Unsecured Creditors' Supplemental Brief Regarding Debtor's Rule 2004 Production Subject to Motion to Compel* **[ECF No. 1299]**

- *Debtor's Memorandum Regarding Rule 2004 Discovery Issues* **[ECF No. 1300]**

- Memo to Record of hearing held 2/18/2022 **[ECF No. 1317]**

- *Order on the Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1336]**

- Order Continuing Status Conference Scheduled on March 17, 2022 **[ECF No. 1352]**

- Memo to Record of hearing held 4/14/2022 at 1:30 p.m. **[ECF No. 1460]**

- *Joint Status Report on the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1548]**

- Memo to Record of hearing held 5/19/2022 at 1:30 p.m. **[ECF No. 1557]**

*[Signature Page Follows]*

Dated: June 15, 2022               Respectfully submitted,

                                   */s/ Mark A. Mintz*
                                   R. PATRICK VANCE (#13008)
                                   ELIZABETH J. FUTRELL (#05863)
                                   MARK A. MINTZ (#31878)
                                   LAURA F. ASHLEY (#32820)
                                   Jones Walker LLP
                                   201 St. Charles Avenue, 51st Floor
                                   New Orleans, LA   70170
                                   Telephone: (504) 582-8000
                                   Facsimile:  (504) 589-8260
                                   Email:  pvance@joneswalker.com
                                   Email:  efutrell@joneswalker.com
                                   Email:  mmintz@joneswalker.com
                                   Email:  lashley@joneswalker.com

                                   **ATTORNEYS FOR**
                                   **THE ROMAN CATHOLIC CHURCH OF**
                                   **THE ARCHDIOCESE OF NEW ORLEANS**