UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS ) | |
| ) | Chapter 11 |
| Debtor. | |

RECORD DESIGNATIONS AND STATEMENT OF ISSUES

[Relates EDLA No. 22-01738]

NOW COME abuse claimants and ex-committee members of the Unsecured Creditors Committee and state court sexual abuse plaintiffs James Adams, Jackie Berthelot, Eric Johnson, and Theodore Jackson ("Abuse Claimants") (EDLA Nos. 20-1353, 20-1318, 20-1356, 20-1340, respectively) who file these instant record designations in relation to *Adams, et al v. The Roman Catholic Church for the Archdiocese of New Orleans,* No. 22-01738 (EDLA) (Guidry, J.) pursuant to Fed. R. Bkrptcy. 8009.

The issues in the aforementioned appeal include, but are not limited to, the following: (1) all issues raised by the Bankruptcy Court's June 7, 2022 Order [Rec. Doc. 1574] which forms the basis of this appeal; (2) all issues raised by the U.S. Trustee's Notice of Appointment of Reconstituted Official Unsecured Creditor's Committee [Rec. Doc. 1575]; (3) all issues related to the removal of Appellants from the Unsecured Creditor's Committee; (4) all issues related to the U.S. Trustee investigation, Report, and related materials; (5) all issues related to the sealed filings in the Bankruptcy Court; and (6) all issues related to the sanctions imposed by the Bankruptcy Court.

1

Movers also formally designate the following documents to be made part of the aforementioned appeal:

| Entry #: | Date: | Description: |
|---|---|---|
| 1591 | 06/13/2022 | Certificate of Service of Order for the Second In Camera Hearing Transcript to Remain Under Seal. (RE: related document(s) 1576 Order) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 06/13/2022) |
| 1590 | 06/13/2022 | Certificate of Service (RE: related document(s) 1584 Motion for Authority filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1585 Motion to Expedite Hearing filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 06/13/2022) |
| 1589 | 06/13/2022 | Order to Appear and Show Cause against Richard Trahant for violation of Protective Order. Signed on June 13, 2022 Show Cause hearing to be held on 7/25/2022 at 10:00 AM at 500 Poydras Street, Suite B-709 SECTION A. (Nunnery, J.) (Entered: 06/13/2022) |
| 1588 | 06/13/2022 | Memo to Record of Status Conference held 6/13/2022 at 9:30 a.m. (RE: (related document(s) 1578 Order Scheduling Status Conference). APPEARANCES: Mark Mintz, Dirk Wegmann, and Samantha Oppenheim, Counsel for the Debtor; Amanda George, Counsel for the United States Trustee; James Stang, Bradley Knapp, Andrew Caine, and Omer F. Kuebel III, Counsel for the Unsecured Creditor Committee; Doug Stewart, Counsel for the Official Committee of Commercial Creditors; David Waguespack, Counsel for Hancock Whitney; John Elrod, Counsel for TMI Trust Company as Indenture Trustee for Louisiana Public Facilities Authority Revenue Refunding Bonds; Douglas Draper, Counsel for the Apostolates; Joseph Mark Fisher, Counsel for Catholic Mutual Relief Society; Brittany R. Wolf-Freedman, Counsel for Patricia Moody. The parties discussed notice and service issues. (Arnold, Ellen) (Entered: 06/13/2022) |
| 1587 | 06/12/2022 | Order Granting Motion to Expedite Hearing IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 1584 Motion for Authority filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1585 Motion to Expedite Hearing filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed |

| | | |
|---|---|---|
| | | on 6/10/2022. Hearing scheduled for 6/16/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Arnold, Ellen) (Entered: 06/12/2022) |
| 1586 | 06/11/2022 | BNC Certificate of Mailing - PDF Document(RE: (related document(s) 1578 Order Scheduling Status Conference) Notice Date 06/11/2022. (Admin.) (Entered: 06/11/2022) |
| 1582 | 06/10/2022 | Emergency Notice of Appeal to District Court Relates to Rec. Doc. 1574. Fee Amount $298. Filed by Paul M Sterbcow (RE: (related document(s) 1574 Order, 1580 Notice of Appeal filed by Creditor Abuse Claimants and Ex-Committee members of the Unsecured Creditors Committee) Appellant Designation due by 06/24/2022. (Trahant, Richard) (Entered: 06/10/2022) |
| 1580 | 06/10/2022 | Emergency Notice of Appeal to District Court Relates to Rec. Docs. 1574 & 1575. Fee Amount $298. Filed by Abuse Claimants and Ex-Committee members of the Unsecured Creditors Committee (RE: (related document(s) 1574 Order) Appellant Designation due by 06/24/2022. (Gisleson, Soren) (Entered: 06/10/2022) |
| 1576 | 06/08/2022 | Order for the Second In Camera Hearing Transcript to remain under seal for an additional ninety days. IT IS FURTHER ORDERED that Debtor's counsel shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on June 8, 2022 (RE: related document(s) 1414 Order Continuing Status Conference, 1468 Order) (Nunnery, J.) (Entered: 06/08/2022) |
| 1575 | 06/07/2022 | Notice of Appointment of Reconstituted Creditor's Committee Filed by Office of the U.S. Trustee (U.S. Trustee, Office of the) (Entered: 06/07/2022) |
| 1574 | 06/07/2022 | Order in response to UST Report IT IS FURTHER ORDERED that Counsel for Debtor shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on June 7, 2022 (RE: related document(s) 1572 UST Report filed by U.S. Trustee Office of the U.S. Trustee) (Nunnery, J.) (Entered: 06/07/2022) |
| 1572 | 06/03/2022 | Sealed Document - Acting United States Trustee's Statement of Position Concerning Violations of the Protective Order Filed by Office of the U.S. Trustee (RE: (related document(s) 1468 Order) (George, Amanda) **Received by the Court and stored in Sealed cabinet on 06/03/2022** Modified on 6/3/2022 (Rouchon, H). (Entered: 06/03/2022) |
| 1566 | 05/23/2022 | Notice of Filing of Official Transcript. Notice is given that an official transcript of the hearing held on May 19, 2022 has been |

| | | |
|---|---|---|
| | | filed. Pursuant to Judicial Conference policy, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. Contact the clerk's office to request a copy. Attorneys who purchase transcripts will automatically be given PACER access by the clerk's office to the electronic transcript. Notice of Intent to Request Redaction Deadline Due By 5/31/2022. Redaction Request Due By 6/13/2022. Redacted Transcript Submission Due By 6/23/2022. Transcript access will be restricted through 8/22/2022. (Nunnery, J.) (Entered: 05/23/2022) |
| 1565 | 05/23/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1547 Order, 1560 Order, 1564 Order) (George, Amanda) (Entered: 05/23/2022) |
| 1564 | 05/23/2022 | Sealed Order on Motion for 2004 Examination Signed on May 23, 2022 (RE: related document(s) 1558 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/23/2022) |
| 1560 | 05/20/2022 | Sealed Order on Motion for 2004 Examination Signed on May 20, 2022 (RE: related document(s) 1556 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/20/2022) |
| 1558 | 05/20/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/20/2022** Modified on 5/20/2022 (Rouchon, H). (Entered: 05/20/2022) |
| 1556 | 05/20/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/20/2022** Modified on 5/20/2022 (Rouchon, H). (Entered: 05/20/2022) |
| 1547 | 05/17/2022 | Sealed Order on Motion for 2004 Examination Signed on May 17, 2022 (RE: related document(s) 1546 Generic Motion filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/17/2022) |
| 1546 | 05/17/2022 | Sealed Motion for 2004 Examination Filed by Mary S. Langston of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (Langston, Mary) **Received by the Court and stored |

|  |  |  |
|---|---|---|
|  |  | in Sealed cabinet on 05/17/2022** Modified on 5/17/2022 (Rouchon, H). (Entered: 05/17/2022) |
| 1536 | 05/11/2022 | Order for the First In Camera Hearing Transcript to remain under seal for an additional ninety days. IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on May 11, 2022 (RE: related document(s) 1308 Order Continuing Status Conference, 1468 Order) (Nunnery, J.) (Entered: 05/11/2022) |
| 1535 | 05/11/2022 | Order Granting Motion To Seal Document / Exhibit 1 to Supplemental Certificate of Service. IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 1529 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) Signed on May 11, 2022. (Nunnery, J.) (Entered: 05/11/2022) |
| 1533 | 05/09/2022 | Notice of Filing of Official Transcript. Notice is given that an official transcript of the hearing held on April 25, 2022 has been filed. Pursuant to Judicial Conference policy, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. Contact the clerk's office to request a copy. Attorneys who purchase transcripts will automatically be given PACER access by the clerk's office to the electronic transcript. Notice of Intent to Request Redaction Deadline Due By 5/16/2022. Redaction Request Due By 5/31/2022. Redacted Transcript Submission Due By 6/9/2022. Transcript access will be restricted through 8/8/2022. (Nunnery, J.) (Entered: 05/09/2022) |
| 1529 | 05/09/2022 | Ex Parte Motion to Seal Document / Exhibit 1 to Supplemental Certificate of Service Filed by Bradley C. Knapp of Locke Lord LLP on behalf of Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Knapp, Bradley) (Entered: 05/09/2022) |
| 1528 | 05/08/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1498 Order, 1506 Order, 1507 Order, 1508 Order, 1509 Order, 1510 Order, 1511 Order, 1519 Order, 1520 Order, 1521 Order, 1522 Order, 1523 Order, 1524 Order, 1525 Order) (George, Amanda) (Entered: 05/08/2022) |
| 1525 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1518 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a |

| | | |
|---|---|---|
| | | copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1524 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1517 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1523 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1516 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1522 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1515 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1521 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1514 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1520 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1513 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1519 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1512 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1518 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1517 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the |

|  |  | U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
|---|---|---|
| 1516 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1515 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1514 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1513 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1512 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1511 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1505 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1510 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1504 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1509 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1503 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a |

| | | |
|---|---|---|
| | | copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1508 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1502 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1507 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1501 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1506 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1500 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1505 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1504 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1503 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1502 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1501 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 1500 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1498 | 05/03/2022 | Sealed Order on Sealed Motion for 2004 Examination Signed on May 3, 2022 (RE: related document(s) 1492 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) *This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.* (Rouchon, H) (Entered: 05/03/2022) |
| 1497 | 05/03/2022 | Order Authorizing U.S. Trustee to File Under Seal Motion for Examination - Granting Supplemental Motion (RE: related document(s) 1493 Motion to Seal Document filed by U.S. Trustee Office of the U.S. Trustee) Signed on May 3, 2022. (Rouchon, H) (Entered: 05/03/2022) |
| 1493 | 05/03/2022 | Supplemental Motion to Seal Document with Certificate of Service and Proposed Order Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) (Entered: 05/03/2022) |
| 1492 | 05/03/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) (Entered: 05/03/2022) |
| 1491 | 05/02/2022 | Order Authorizing U.S. Trustee To File Under Seal Motion for Examination (RE: related document(s) 1490 Motion to Seal Document filed by U.S. Trustee Office of the U.S. Trustee) Signed on May 2, 2022. (Rouchon, H) (Entered: 05/02/2022) |
| 1490 | 05/02/2022 | Ex Parte Motion to Seal Document with Certificate of Service and Proposed Order Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/02/2022** Modified on 5/2/2022 (Rouchon, H). (Entered: 05/02/2022) |
| 1489 | 05/01/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1488 Order on Motion To Limit Notice) (George, Amanda) (Entered: 05/01/2022) |
| 1488 | 04/29/2022 | Order Granting United States Trustees Ex Parte Motion for Order Limiting Notice Required for FRBP 2004 Examinations Conducted Pursuant to Courts April 25, 2022 Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 1486 Motion to Limit Notice filed by U.S. Trustee |

| | | |
|---|---|---|
| | | Office of the U.S. Trustee) Signed on April 29, 2022. (Rouchon, H) (Entered: 04/29/2022) |
| 1487 | 04/29/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1486 Motion to Limit Notice filed by U.S. Trustee Office of the U.S. Trustee) (George, Amanda) (Entered: 04/29/2022) |
| 1486 | 04/29/2022 | Motion to Limit Notice with Proposed Order (RE: related document(s) 1468 Order) Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) (Entered: 04/29/2022) |
| 1473 | 04/26/2022 | Withdrawal of Motion Filed by The Roman Catholic Church for the Archdiocese of New Orleans (RE: (related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) (Mintz, Mark) (Entered: 04/26/2022) |
| 1468 | 04/25/2022 | Order Regarding UST Investigation IT IS FURTHER ORDERED that the debtor shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on April 25, 2022 (RE: related document(s) 305 Order, 729 Amended Order, 885 Amended Order, 1120 Order on Motion to Amend, 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) (Rouchon, H) (Entered: 04/25/2022) |
| 1461 | 4/18/2022 | Order Granting Motion To File Documents Under Seal/ Exhibits to Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion (RE: related document(s)1437 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) Signed on April 18, 2022. (Nunnery, J.) (Entered: 04/18/2022) |
| 1460 | 04/18/2022 | Memo to Record of hearing held 4/14/2022 at 1:30 p.m. (RE: (related document(s) 804 Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order Filed by Official Committee of Unsecured Creditors, 1368 Debtor's Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to "Opt in" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief Filed by The Roman Catholic Church for the Archdiocese of New Orleans, 1381 Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates Pursuant to Federal Rule of Bankruptcy Procedure 2004 Filed |

| | | |
|---|---|---|
| | | by Official Committee of Unsecured Creditors, 1397 Objection with Certificate of Service Debtors Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to Opt In to Treatment as a Participating Chartered Organization under the Boy Scouts Of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief Filed by Official Committee of Unsecured Creditors; 1418 Response filed by Interested Party Apostolates, 1423 Objection filed by Creditor Certain Abuse Victims, 1429 Order Converting Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery Into Status Conference, 1436 Notice of Agenda, 1442 Amended Notice of Agenda). APPEARANCES: Mark Mintz, Dirk Wegmann, Samantha Oppenheim, and Allison Kingsmill, Counsel for the Debtor; Omer F. Kuebel, Bradly Knapp, Andrew Caine, Soren Erik Gisleson, Brittany Rose Wolf-Freedman, Richard Trahant, John H. Denenea, Counsel for the Official Committee of Unsecured Creditors, Patricia Moody and Jack Bergalot, Committee Members; Amanda George, Counsel for the United States Trustee; William Shandler Robbins, Counsel for the Unsecured Commercial Creditors Committee; Douglas Draper, Counsel for the Apostolates; David Waguespack, Counsel for Hancock Whitney Bank; David Walle, Counsel for Catholic Mutual Relief Society. For reasons stated on the record, the Court APPROVED: Debtors Motion to "Opt In" to Boy Scout Settlement; Rock Creek and BRG Fee Apps; and UCCs Rule 2004 Motion with limitations agreed upon by the parties. The Motion to Compel Debtor's Production of Documents and Privilege Log is CONTINUED to 5/19/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Arnold, Ellen) (Entered: 04/18/2022) |
| 1442 | 04/13/2022 | Notice of Agenda in re Chapter 11 Complex Case Notice of Amended Agenda The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 4/14/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 04/13/2022) |
| 1438 | 04/13/2022 | Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion Filed by Official Committee of Unsecured Creditors (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans). (Attachments: # 1 Exhibits A - M - Filed Under Seal) (Knapp, Bradley) **Received by the Court and stored in Sealed cabinet on |

| | | |
|---|---|---|
| | | 04/13/2022** Modified on 4/13/2022 (Rouchon, H). (Entered: 04/13/2022) |
| 1437 | 04/13/2022 | Ex Parte Motion to Seal Document / Exhibits to Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion Filed by Bradley C. Knapp of Locke Lord LLP on behalf of Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Knapp, Bradley) (Entered: 04/13/2022) |
| 1436 | 04/13/2022 | Notice of Agenda in re Chapter 11 Complex Case The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 4/14/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 04/13/2022)Em |
| 1434 | 04/12/2022 | Certificate of Service of the Ex Parte Joint Motion to Convert Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsels Motion to Participate in Discovery Into Status Conference (Docket No. 1427) (RE: related document(s) 1427 Generic Motion filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 04/12/2022) |
| 1429 | 04/12/2022 | Order Converting Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery Into Status Conference. Signed on April 12, 2022 (RE: related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe, 1349 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1427 Generic Motion filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held on 4/14/2022 at 01:30 PM at SECTION A TeleConference Line: 1-888-684-8852 Access Code 9318283. (Rouchon, H) (Entered: 04/12/2022) |
| 1427 | 04/11/2022 | Joint Motion to Convert Hearing on the Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery into Status Conference (RE: related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe, 1349 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1359 Order to Continue Hearing on Motion) Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Mintz, Mark) (Entered: 04/11/2022) |

| | | |
|---|---|---|
| 1426 | 04/11/2022 | Certificate of Service for Response Of Rock Creek Advisors, LLC To Objection Of The United States Trustee To The Firms First Interim Fee Application [Docket No. 1424] Filed by Rock Creek Advisors, LLC (RE: (related document(s) 1424 Response filed by Other Prof. Rock Creek Advisors, LLC) (Cantor, Linda) (Entered: 04/11/2022) |
| 1425 | 04/11/2022 | First Amended Notice of Hearing by 500 Poydras Street, Suite B-709 SECTION A or by TeleConference Line: 1-888-684-8852 Access Code 9318283 Filed by Official Committee of Unsecured Creditors (RE: related document(s) 1375 Application for Compensation filed by Interested Party Locke Lord LLP). Hearing scheduled for 5/19/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Knapp, Bradley) (Entered: 04/11/2022) |
| 1424 | 04/11/2022 | Response with Certificate of Service Response Of Rock Creek Advisors, LLC To Objection Of The United States Trustee To The Firms First Interim Fee Application Filed by Rock Creek Advisors, LLC (RE: (related document(s) 1416 Objection filed by U.S. Trustee Office of the U.S. Trustee) (Cantor, Linda). Related document(s) 1378 Application for Compensation First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for the Period February 1-28, 2022 f filed by Financial Advisor Rock Creek Advisors, LLC. Modified to add link on 4/12/2022 (Rouchon, H). (Entered: 04/11/2022) |
| 1414 | 04/07/2022 | Order Continuing In Camera Status Conference. Signed on April 7, 2022 (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held on 4/14/2022 at 09:30 AM at Hale Boggs Federal Building, Room B-741A, 500 Poydras Street. (Rouchon, H) **On 4/12/2022 the court received the transcript of the in camera status conference held 3/11/2022 and has stored it in the sealed cabinet** Modified on 4/12/2022 (Rouchon, H). **On 4/18/2022 the court received the transcript of the in camera status conference held 4/14/2022 and has stored it in the sealed cabinet** Modified on 4/19/2022 (Rouchon, H). (Entered: 04/07/2022) |
| 1359 | 03/17/2022 | Order to Continue Hearing on Motion to Participate in Discovery Signed on March 17, 2022 (RE: related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe, 1349 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Hearing scheduled for 4/14/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Nunnery, J.) (Entered: 03/17/2022) |

| | | |
|---|---|---|
| 1356 | 03/16/2022 | Notice of Agenda in re Chapter 11 Complex Case The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 3/17/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 03/16/2022)Em |
| 1349 | 03/11/2022 | Sealed Objection with Certificate of Service Filed by The Roman Catholic Church for the Archdiocese of New Orleans (RE: (related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe) Hearing scheduled for 3/17/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark)*Objection received by the Court and stored in Sealed cabinet on 03/10/2022** Modified on 3/15/2022 (Nunnery, J.). (Entered: 03/11/2022) |
| 1348 | 03/11/2022 | Order Granting Amended Motion of the Individual Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel To File Under Seal the Motion of the Committee Members of the Unsecured Creditors Committee and Their State Court Counsels Motion To Participate in Discovery (RE: related document(s) 1318 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) Signed on March 11, 2022. (Rouchon, H) (Entered: 03/11/2022) |
| 1347 | 03/11/2022 | Order Authorizing the Debtor to File Under Seal Objection to Motion To Participate in Discovery (RE: related document(s) 1345 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on March 11, 2022. (Rouchon, H) (Entered: 03/11/2022) |
| 1345 | 03/10/2022 | Ex Parte Motion to Seal Document Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Mintz, Mark) (Entered: 03/10/2022) |
| 1336 | 03/02/2022 | Order on the Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on March 2, 2022 (RE: related document(s)804 Motion to Compel filed by Creditor Committee Official Committee of Unsecured Creditors, 814 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 821 Reply filed by Creditor Committee Official Committee of Unsecured Creditors) Hearing scheduled for 3/17/2022 at 01:30 |

| | | |
|---|---|---|
| | | PM by 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) (Entered: 03/02/2022) |
| 1320 | 02/22/2022 | Motion to Participate in Discovery Filed by Ed Roe, Survivor-Plaintiffs in CDC Case No. 19-11521 (Attachments: # 1 Notice of Hearing) (Wolf-Freedman, Brittany) **Motion received by the Court and stored in Sealed cabinet on 02/22/2022 & Exhibit received by the Court and stored in Sealed cabinet on 02/23/2022** (Entered: 02/22/2022) |
| 1319 | 02/21/2022 | Amended Motion with Certificate of Service CC Doe, BB Doe, Jeff Roe Filed by Ed Roe, Survivor-Plaintiffs in CDC Case No. 19-11521 (RE: (related document(s) 1318 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) (Attachments: # 1 Proposed Order) (Wolf-Freedman, Brittany) (Entered: 02/21/2022) |
| 1318 | 02/21/2022 | Motion to Seal Document Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Wolf-Freedman, Brittany) (Entered: 02/21/2022) |
| 1309 | 02/14/2022 | Certificate of Service (RE: related document(s) 1300 Brief Memorandum filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1301 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1302 Consent Order, 1303 Consent Order, 1304 Order on Application to Employ, 1306 Order on Motion to Seal Document) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 02/14/2022) |
| 1308 | 02/14/2022 | Order Continuing Status Conference In Camera. Signed on February 14, 2022 (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held on 3/11/2022 at 10:00 AM at Hale Boggs Federal Building, Room B-741A, 500 Poydras Street. (Rouchon, H) **On 4/12/2022 the court received the transcript of the in camera status conference held 2/11/2022 and has stored in in the sealed cabinet** Modified on 4/12/2022 (Rouchon, H). (Entered: 02/14/2022) |
| 1306 | 02/11/2022 | Order Authorizing the Debtor to File Under Seal Certain Exhibits Filed in Support of the Debtor's Memorandum Regarding Rule 2004 Discovery Issues (RE: related document(s) 1301 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on February 11, 2022. (Rouchon, H) (Entered: 02/11/2022) |
| 1301 | 02/11/2022 | Motion to Seal Document Ex Parte Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Exhibits Filed in Support of the Debtor's Memorandum Regarding Rule 2004 Discovery Issues Filed by Allison Kingsmill of Jones |

| | | |
|---|---|---|
| | | Walker LLP on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Kingsmill, Allison) (Entered: 02/11/2022) |
| 1300 | 02/11/2022 | Brief Memorandum Debtor's Memorandum Regarding Rule 2004 Discovery Issues Filed by The Roman Catholic Church for the Archdiocese of New Orleans (RE: (related document(s) 1289 Order to Continue Hearing on Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 - Filed Under Seal # 4 Exhibit 4 - Filed Under Seal # 5 Exhibit 5 # 6 Exhibit 6 - Filed Under Seal # 7 Exhibit 7 - Filed Under Seal # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 - Filed Under Seal) (Kingsmill, Allison) **Received by the Court and stored in Sealed cabinet on 02/11/2022** (Rouchon, H). (Entered: 02/11/2022) |
| 1296 | 2/9/2022 | Order Regarding in camera Status Conference to be held February 11, 2022 IT IS FURTHER ORDERED that Debtor shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on February 9, 2022 (RE: related document(s)1290 Order Continuing Status Conference, 1294 Stipulation filed by Creditor Committee Official Committee of Unsecured Creditors, 1295 Order Continuing Status Conference) (Rouchon, H) Modified on 2/10/2022 to correct the date the Status Conference will held. (Arnold, Ellen). (Entered: 02/09/2022) |
| 1295 | 2/5/2022 | Stipulated Order Regarding the Debtor's Motion for Entry of an Order: (A)Compelling Tort Committee and /or it's Counel to Answer Identified Questions, And (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order. Signed on February 8, 2022 (RE: related document(s)1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1294 Stipulation) Status Conference to be held on 2/11/2022 at 10:00 AM at 500 Poydras Street, in SECTION A. (Nunnery, J.). (Entered: 02/09/2022) |
| 1290 | 02/04/2022 | Order Continuing Status Conference In Camera. Signed on February 4, 2022 (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1258 Status Conference) Status Conference to be held on 2/11/2022 at 10:00 AM at 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) Additional attachment(s) added on 2/4/2022 (Rouchon, H). (Entered: 02/04/2022) |
| 1258 | 01/20/2022 | Status Conference Scheduled Per Doc 1257.(RE: (related document(s) 1256 SEALED Motion to Compel filed by Debtor |

| | | |
|---|---|---|
| | | The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held in camera on 1/27/2022 at 02:30 PM at 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) (Entered: 01/20/2022) |
| 1257 | 01/20/2022 | Order Continuing Hearing on UCC Motion to Compel Scheduled on January 20, 2022 and Setting Status Conference on Debtor's Sealed Motion to Compel (RE: related document(s) 804 Motion to Compel filed by Creditor Committee Official Committee of Unsecured Creditors, 814 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 821 Reply filed by Creditor Committee Official Committee of Unsecured Creditors, 909 Document filed by Creditor Committee Official Committee of Unsecured Creditors, 962 Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1255 Order on Motion to Seal Document, 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on January 20, 2022. Hearing scheduled for 1/27/2022 at 02:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) (Entered: 01/20/2022) |
| 1256 | 01/20/2022 | Sealed Motion to Compel Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Mintz, Mark) **Received by the Court and stored in Sealed cabinet on 01/19/2022** Modified on 1/21/2022 (Rouchon, H). (Entered: 01/20/2022) |
| 1255 | 01/19/2022 | Order Granting Motion To File Under Seal Motion to Compel (RE: related document(s) 1246 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on January 19, 2022. (Rouchon, H) (Entered: 01/19/2022) |
| 1247 | 01/19/2022 | Notice of Agenda in re Chapter 11 Complex Case The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 1/20/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 01/19/2022) |
| 1246 | 01/19/2022 | Ex Parte Motion to Seal Document Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Mintz, Mark) (Entered: 01/19/2022) |
| 1120 | 10/15/2021 | Second Supplemental and Amended Protective Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 305 Protective Order, 729 Amended Protective Order, 885 Supplemental and Amended Protective Order, 1084 |

| | | |
|---|---|---|
| | | Motion to Amend filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on October 18, 2021. (Rouchon, H) (Entered: 10/18/2021) |
| 1084 | 09/30/2021 | Motion to Amend Joint Motion of the Debtor and the Official Committee of Unsecured Commercial Creditors for Entry of Second Supplemental and Amended Protective Order (RE: related document(s)729 Amended Order, 885 Amended Order) Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Exhibit A - Second Supplemental and Amended Protective Order) (Mintz, Mark) (Entered: 09/30/2021)Email |
| 885 | 5/24//2021 | Supplemental and Amended Protective Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on May 24, 2021 (RE: related document(s)729 Amended Order, 864 Joint Motion to Amend and Supplement Protective Order filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) (Rouchon, H) (Entered: 05/24/2021) |
| 864 | 5/14/2021 | Joint Motion to Amend Expedited Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of Agreed Supplemental and Amended Protective Order (RE: related document(s)729 Amended Order) Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Exhibit A - Supplemental and Amended Protective Order) (Mintz, Mark) (Entered: 05/14/2021) |
| 745 | 02/08/2021 | Memorandum Opinion and Order. Signed on February 8, 2021 (RE: related document(s)521 Generic Motion filed by Creditor TMI Trust Company, 533 Notice filed by Creditor First Bank and Trust, 537 Stipulation filed by Creditor Committee Official Committee of Unsecured Creditors, 546 Generic Motion filed by Creditor TMI Trust Company, 574 Order to Set Hearing, 625 Response filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 626 Opposition filed by Creditor Committee Official Committee of Unsecured Creditors, 629 Objection filed by U.S. Trustee Office of the U.S. Trustee, 644 Reply filed by Creditor TMI Trust Company, 678 Brief filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 686 Brief filed by U.S. Trustee Office of the U.S. Trustee, 687 Brief filed by Creditor Committee Official Committee of Unsecured Creditors, 688 Brief Memorandum filed by Creditor TMI Trust Company, 705 Brief Memorandum |

| | | |
|---|---|---|
| | | filed by Creditor TMI Trust Company) (Rouchon, H) (Entered: 02/08/2021) |
| 729 | 1/25/2021 | Amended Protective Order Signed on January 25, 2021 (RE: related document(s)305 Protective Order) (Rouchon, H) (Entered: 01/25/2021) |
| 478 | 10/8/2020 | Notice of Appointment of Reconstituted Creditor's Committee Filed by Office of the U.S. Trustee (U.S. Trustee, Office of the) (Entered: 10/08/2020) |
| 305 | 8/3/2020 | Protective Order Signed on August 3, 2020 (RE: related document(s)280 Motion for Protective Order filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 294 Objection filed by Creditor Committee Official Committee of Unsecured Creditors) (Rouchon, H) (Entered: 08/03/2020) |
| 94 | 5/20/2020 | Notice of Appointment of Unsecured Creditor's Committee Filed by Office of the U.S. Trustee (U.S. Trustee, Office of the) (Entered: 05/20/2020) |
| 1314 | 01/20/2022 | Transcript |
| 1364 | 03/17/2022 | Transcript |
| 1421 | 03/28/2022 | Transcript |
| 1422 | 3/31/2022 | Transcript |
| 1472 | 4/14/2022 | Transcript |
| 1533 | 4/25/2022 | Transcript |
| 1566 | 5/19/2022 | Transcript |

WHEREFORE Abuse Claimants respectfully request that these designations be filed into the record and transmitted to their respective cases pending before the District Court.

Dated: June 17, 2022.

*S/Soren E. Gisleson*
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

-AND-

        RICHARD C. TRAHANT (# 22653)
        ATTORNEY AT LAW
        2908 Hessmer Avenue
        Metairie, LA 70002
        Telephone: (504) 780-9891
        FAX: (504) 780-9891
        Email: trahant@trahantlawoffice.com

        -AND-

        JOHN H. DENENEA, JR. (#18861)
        SHEARMAN~DENENEA, L.L.C.
        4240 Canal Street
        New Orleans, LA 70119
        Telephone: (504) 304-4582
        FAX: (504) 304-4587
        jdenenea@midcitylaw.com

        *Attorneys for James Adams, Jackie Berthelot,*
        *Theodore Jackson, and Eric Johnson*

## **CERTIFICATE OF SERVICE**

I hereby caused a copy of the foregoing *Record Designations* to be served on June 17, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on June 20, 2022.

                        *Soren E. Gisleson*