**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

**SUBMISSION OF TIME ENTRIES OF PACHULSKI STANG ZIEHL & JONES LLP PURSUANT TO ORDER TO SHOW CAUSE [ECF DOC. 1589]**

In accordance with the Order to Show Cause issued by the Court on June 13, 2022 [ECF Doc. No. 1589], Pachulski Stang Ziehl & Jones LLP, co-counsel to The Official Committee of Unsecured Creditors in this Chapter 11 case, hereby submits as **Exhibit "A"** attached hereto, time entries for the period January 1, 2022 through May 31, 2022 (the "**PSZJ Invoice**")[2], identifying attorney and paralegal time spent on services related to the *Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order* [ECF Doc. 1256].

Dated: June 23, 2022

Respectfully submitted,

By: */s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
　　　　lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] There is no privileged information contained in the PSZJ Invoice, and therefore, the PSZJ Invoice has not been redacted for privilege.

DOCS_LA:344060.1 05067/002

## **CERTIFICATE OF SERVICE**

       I hereby caused a true and correct copy of the foregoing Submission to be served on June 23, 2022 upon all parties requiring service under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via the Court's Electronic Case Filing system.

                                                    */s/ Nancy H. Brown*
                                                    Nancy H. Brown

DOCS_LA:344060.1 05067/002

# EXHIBIT A

**Pachulski Stang Ziehl & Jones LLP's Time Entries Related to Alleged Protective Order Issues (1/1/22 - 5/31/22)**

| Invoice No. | Amount |
| --- | --- |
| Invoice No. 129577, dated January 31, 2022 (January 2022 Time Entries) | $11,900.00 |
| Invoice No. 129705, dated February 28, 2022 (February 2022 Time Entries) | $5,880.00 |
| Invoice No. 129869, dated March 31, 2022 (March 2022 Time Entries) | $4,200.00 |
| Invoice No. 130129, dated April 30, 2022 (April 2022 Time Entries) | $5,810.00 |
| Invoice No. 130228, dated May 31, 2022 (May 2022 Time Entries) | $29,211.00 |
| **GRAND TOTAL (1/1/22 - 5/31/22)** | **$57,001.00** |

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

June 15, 2022
Invoice     A-1
Client       05067
Matter      00002
JIS

RE: **Archdiocese of New Orleans**
     **Committee Representation**

**Protective Order Motion/UST Investigation**

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JIS | Stang, James I. | Partner | $700.00 | 3.80 | $ 2,660.00 |
| AWC | Caine, Andrew W. | Partner | $700.00 | 74.40 | $ 52,080.00 |
| GNB | Brown, Gillian N. | Counsel | $700.00 | 0.90 | $ 630.00 |
| CHM | Mackle, Cia H. | Counsel | $700.00 | 1.40 | $ 980.00 |
| BDD | Dassa, Beth D. | Paralegal | $460.00 | 1.20 | $ 552.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | $495.00 | 0.20 | $ 99.00 |
| | | | | **81.90** | **$ 57,001.00** |

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

June 15, 2022
Invoice     A-1
Client      05067
Matter      00002
            JIS

RE: **Archdiocese of New Orleans**
    **Committee Representation**

**Protective Order Motion/UST Investigation**

| Date | Atty | Desc. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/4/2022 | AWC | Read draft letter/revisions regarding Hart issue and emails with Locke and client thereon | 0.60 | $700.00 | $420.00 |
| 1/5/2022 | AWC | Emails with Locke and client regarding Hart issues and read underlying emails. | 0.70 | $700.00 | $490.00 |
| 1/6/2022 | JIS | Call R. Kuebel regarding Hart issues and Debtor response. | 0.10 | $700.00 | $70.00 |
| 1/6/2022 | AWC | Call with James I. Stang and Locke regarding Hart issues (.40); emails with JW regarding Hart issues (.20); emails with Locke, James I. Stang and client regarding Hart issue/approach (.60) | 1.20 | $700.00 | $840.00 |
| 1/7/2022 | AWC | Emails and calls with Locke regarding Hart matter (1.10); meeting with client and counsel regarding Hart matter (1.60); emails with client and Locke regarding Hart matter and read underlying documents (.90); emails and call with JW regarding Hart matter (.60) | 4.20 | $700.00 | $2,940.00 |
| 1/11/2022 | AWC | Emails with counsel and Locke regarding Hart matter, motion to compel and related issues (.80); review and revise motion to release Hart document and related relief (.90); read underlying documents regarding motion (1.10) | 2.80 | $700.00 | $1,960.00 |
| 1/12/2022 | AWC | Emails with client regarding Hart motion, discovery, documents (.90); review revised versions of Hart motion (.50); calls and emails with Locke regarding Hart motion/discovery (1.40); call with JW regarding Hart motion/discovery (.30) | 3.10 | $700.00 | $2,170.00 |
| 1/13/2022 | AWC | Emails with Locke and client regarding discovery issues and read underlying documents (.90); emails with JW regarding Hart matte and read new documents (.60); call with JW, Locke and Br. Martin counsel regarding Hart matter (.30); emails and calls with Locke regarding Hart matter (.80); emails with JW regarding and review Hart produced documents (.90); emails with client regarding Hart produced documents (.10) | 3.60 | $700.00 | $2,520.00 |
| 1/19/2022 | CHM | Review document review database usage history and draft email to A. Caine and J. Stang re review of leaked document. | 0.70 | $700.00 | $490.00 |
| 2/1/2022 | AWC | Call with JW regarding protective order issues/discovery | 1.00 | $700.00 | $700.00 |
| 2/1/2022 | JIS | Call with Debtor regarding discovery regarding personnel file. | 1.00 | $700.00 | $700.00 |

DOCS_LA:344051.1 05067/002

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

June 15, 2022
Invoice    A-1
Client     05067
Matter     00002
           JIS

RE:  **Archdiocese of New Orleans**
     **Committee Representation**

**Protective Order Motion/UST Investigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2022 | AWC | Emails with counsel and JW regarding protective order discovery | 0.20 | $700.00 | $140.00 |
| 2/2/2022 | CHM | Review email from J. Stang re document review and reply. | 0.10 | $700.00 | $70.00 |
| 2/3/2022 | AWC | Emails with counsel and JW regarding protective order discovery | 0.30 | $700.00 | $210.00 |
| 2/7/2022 | AWC | Emails with team and Jones Walker regarding hearing on protective order motion (.30); review stipulation and proposed discovery on protective order motion (.30) | 0.60 | $700.00 | $420.00 |
| 2/7/2022 | JIS | Call with SCC regarding motion re contempt and document production. | 0.90 | $700.00 | $630.00 |
| 2/9/2022 | AWC | Emails with JW and Locke regarding discovery, protective order issues (.40); emails with all parties re hearing on protective order motion, read court order and review protective orders (.50) | 0.90 | $700.00 | $630.00 |
| 2/10/2022 | AWC | Call with JW and Brother Martin | 0.30 | $700.00 | $210.00 |
| 2/16/2022 | AWC | Emails with JW and Locke regarding amended protective order, Brother Martin discovery (.30); emails with Locke regarding protective order, discovery (.30) | 0.60 | $700.00 | $420.00 |
| 2/17/2022 | AWC | Call with Locke regarding ANO proposed amended protective order (.90); review Debtor proposed protective order and discovery to Brother Martin (.60) | 1.50 | $700.00 | $1,050.00 |
| 2/22/2022 | AWC | Review proposed Brother Martin discovery and emails thereon (.40); read state court counsel motion to participate in protective order motion discovery (.40) | 0.80 | $700.00 | $560.00 |
| 2/25/2022 | AWC | Read court order on U. S. Trustee investigation and emails with client thereon | 0.20 | $700.00 | $140.00 |
| 3/4/2022 | AWC | Emails with JW and Locke regarding protective order discovery (.30); emails with client regarding protective order discovery (.50) | 0.80 | $700.00 | $560.00 |
| 3/7/2022 | AWC | Emails with client and Locke regarding protective order discovery (.30); review revised protective order discovery requests (.30) | 0.60 | $700.00 | $420.00 |
| 3/8/2022 | AWC | Read JW proposed revisions to protective order discovery and emails with Locke thereon (.40) | 0.40 | $700.00 | $280.00 |
| 3/9/2022 | AWC | Emails with JW and Brother Martin counsel regarding discovery and read revised discovery requests | 0.50 | $700.00 | $350.00 |
| 3/10/2022 | AWC | Read debtor opposition to discovery participation motion | 0.30 | $700.00 | $210.00 |
| 3/11/2022 | AWC | Calls with Locke regarding protective order conference, discovery | 0.30 | $700.00 | $210.00 |

DOCS_LA:344051.1 05067/002

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

June 15, 2022
Invoice   A-1
Client    05067
Matter   00002
              JIS

RE: **Archdiocese of New Orleans**
      **Committee Representation**

**Protective Order Motion/UST Investigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/15/2022 | AWC | Emails with Locke regarding protective order motion, strategy | 0.20 | $700.00 | $140.00 |
| 3/16/2022 | AWC | Call and emails with James I. Stang regarding declaration, revisions | 0.30 | $700.00 | $210.00 |
| 3/16/2022 | JIS | Call with A. Caine regarding declarations re Fr. Hart. | 0.10 | $700.00 | $70.00 |
| 3/16/2022 | JIS | Review and revise declaration regarding Fr. Hart documents. | 0.40 | $700.00 | $280.00 |
| 3/17/2022 | AWC | Review and revise declaration regarding protective order and emails with Locke and James I. Stang thereon | 0.70 | $700.00 | $490.00 |
| 3/18/2022 | AWC | Emails with client and Locke regarding declaration for protective order motion | 0.40 | $700.00 | $280.00 |
| 3/21/2022 | AWC | Emails with client and Locke regarding protective order issues/revised declaration | 0.50 | $700.00 | $350.00 |
| 3/29/2022 | AWC | Emails with Brother Martin counsel and JW regarding discovery | 0.20 | $700.00 | $140.00 |
| 3/31/2022 | AWC | Read protective order declarations | 0.30 | $700.00 | $210.00 |
| 4/5/2022 | AWC | Review declarations for protective order motion | 0.20 | $700.00 | $140.00 |
| 4/6/2022 | AWC | Review Brother Martin discovery responses and documents (.60); emails with Locke, client, JW and court regarding Brother Martin discovery responses, further status conference (.40); call with client regarding declarations and read additional declarations (.50) | 1.50 | $700.00 | $1,050.00 |
| 4/7/2022 | AWC | Emails and call with JW regarding protective order motion | 0.30 | $700.00 | $210.00 |
| 4/11/2022 | AWC | Emails with client regarding and read declarations (.60); emails with client and Locke regarding protective order motion/issues (.30) | 0.90 | $700.00 | $630.00 |
| 4/12/2022 | AWC | Emails with client and Locke regarding declarations/filing | 0.50 | $700.00 | $350.00 |
| 4/14/2022 | AWC | Call with Locke regarding chambers hearing (.20); emails with Locke and client regarding declarations (.30) | 0.50 | $700.00 | $350.00 |
| 4/21/2022 | AWC | Emails with client and Locke regarding declarations | 0.20 | $700.00 | $140.00 |
| 4/22/2022 | AWC | Call with court, U. S. Trustee and Debtor regarding protective order OSC (.40); call with Locke regarding OSC and case strategy (.90) | 1.30 | $700.00 | $910.00 |
| 4/26/2022 | AWC | Emails with U. S. Trustee and counsel regarding discovery | 0.20 | $700.00 | $140.00 |
| 4/29/2022 | AWC | Read U. S. Trustee email regarding investigation (.30); emails with PSZJ and BRG regarding declarations and revisions (.90); draft and revise declaration templates (.90). | 2.10 | $700.00 | $1,470.00 |

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

|  |  |
|---|---|
| June 15, 2022 | |
| Invoice | A-1 |
| Client | 05067 |
| Matter | 00002 |
|  | JIS |

RE: **Archdiocese of New Orleans**
    **Committee Representation**

**Protective Order Motion/UST Investigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/29/2022 | CHM | Review declaration and edit same; email to A. Caine. | 0.60 | $700.00 | $420.00 |
| 5/2/2022 | AWC | Read U. S. Trustee motion and order to limit notice (.20); emails and calls with client and PSZJ/BRG regarding U. S. Trustee declarations (.80); read U. S. Trustee order on motion to seal and various 2004 motions, and emails with U. S. Trustee thereon (.90); emails with Locke regarding U. S. Trustee 2004s (.30); review Everlaw data for response to U. S. Trustee 2004 and emails with team and Locke thereon (.70) | 2.90 | $700.00 | $2,030.00 |
| 5/2/2022 | GNB | Email with Matthew K. Babcock regarding Everlaw usage; Email with Cia H. Mackle regarding same (.1); Review and comment on Paul N. Shields' declaration relating to UST investigation of leaked information (.1); Draft my declaration regarding UST investigation into leaked information (.3) | 0.50 | $700.00 | $350.00 |
| 5/3/2022 | AWC | Emails with U. S. Trustee regarding investigation (.30); emails with PSZJ and BRG regarding declarations (.80); call with Locke and U. S. Trustee regarding investigation (.80); review and revise declarations (.90); review/revise response to U. S. Trustee 2004 to UCC (.50) | 3.20 | $700.00 | $2,240.00 |
| 5/3/2022 | GNB | Review protective order and email Andrew W. Caine regarding same as it pertains to UST investigation. | 0.30 | $700.00 | $210.00 |
| 5/3/2022 | JIS | Call with Locke Lord regarding issues related to US Trustee inquiry and discovery responses. | 0.60 | $700.00 | $420.00 |
| 5/3/2022 | BDD | Work on Dec for UST re access to certain information in Everlaw and email A. Caine re same | 0.20 | $460.00 | $92.00 |
| 5/4/2022 | AWC | Read additional U. S. Trustee 2004 motions and orders (.50); emails with U. S. Trustee regarding investigation (.20); finalize PSZJ and BRG declarations and emails with U. S. Trustee thereon (.80); call with Locke and counsel regarding investigation/issues (1.30); calls and emails with Locke regarding responses to U. S. Trustee investigation (.90); review/revise responses to U. S. Trustee 2004 motions (.50); document review for U. S. Trustee investigation (.70); emails with client regarding investigation (.30); review Hart file for investigation (.90) | 6.10 | $700.00 | $4,270.00 |
| 5/4/2022 | GNB | Email with Andrew W. Caine regarding UST investigation concerning document leak | 0.10 | $700.00 | $70.00 |

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

|  |  |
|---|---|
| June 15, 2022 | |
| Invoice | A-1 |
| Client | 05067 |
| Matter | 00002 |
|  | JIS |

RE: **Archdiocese of New Orleans**
     **Committee Representation**

**Protective Order Motion/UST Investigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/5/2022 | AWC | Emails with Locke regarding responses to U. S. Trustee discovery, document searches/results, review strategy (1.20); review and revise responses to U. S. Trustee discovery (.60); read additional U. S. Trustee 2004 motions (.30); emails with U. S. Trustee regarding investigation (.20) | 2.30 | $700.00 | $1,610.00 |
| 5/6/2022 | AWC | Call with Locke and client regarding interview depositions, response to investigation (.80); emails with Locke regarding document search (.30); emails with U. S. Trustee regarding investigation, questions, documents (.30); read orders on 2004 examinations (.20) | 1.60 | $700.00 | $1,120.00 |
| 5/6/2022 | JIS | Call with Locke Lord and state court counsel re conversations with UST on case background. | 0.70 | $700.00 | $490.00 |
| 5/9/2022 | AWC | Review revised responses to U. S. Trustee 2004 motions and emails with Locke thereon (.30); emails with client regarding U. S. Trustee depositions (.20). | 0.50 | $700.00 | $350.00 |
| 5/10/2022 | AWC | Call with U. S. Trustee regarding documents (.80); search emails/documents for additional information for U. S. Trustee (.60); emails and calls with Locke and client regarding response to U. S. Trustee discovery (.40) | 1.80 | $700.00 | $1,260.00 |
| 5/11/2022 | AWC | Review revised draft response to U.S. Trustee 2004 motions (.20); emails with Locke and team regarding document production issues (.40) | 0.60 | $700.00 | $420.00 |
| 5/12/2022 | AWC | Call with client to prepare for U.S. Trustee interview/deposition (.90); calls and emails with Locke regarding U.S. Trustee response issues, document production (.40); review proposed document production (.60); read Johnson and Jackson responses to U.S. Trustee discovery (.20) | 2.10 | $700.00 | $1,470.00 |
| 5/13/2022 | AWC | Emails with U.S. Trustee, Locke and team regarding discovery responses, additional information (.50); emails with client regarding U.S. Trustee depositions (.20); review draft privilege log for U.S. Trustee responses and emails with Locke thereon (.40) | 1.10 | $700.00 | $770.00 |
| 5/16/2022 | AWC | U.S. Trustee deposition of UCC representative (1.30); emails with Locke and team regarding additional documents for production (.30) | 1.60 | $700.00 | $1,120.00 |
| 5/16/2022 | BDD | Email G. Brown re protective order order violations | 0.10 | $460.00 | $46.00 |
| 5/17/2022 | AWC | Review documents to prepare for and U.S. Trustee interview/deposition of Kuebel. | 2.90 | $700.00 | $2,030.00 |

**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**

JIS

June 15, 2022
Invoice    A-1
Client     05067
Matter    00002
          JIS

RE: **Archdiocese of New Orleans**
       **Committee Representation**

**Protective Order Motion/UST Investigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/18/2022 | AWC | U.S. Trustee interview/deposition of Trahant. | 6.50 | $700.00 | $4,550.00 |
| 5/19/2022 | AWC | Emails with U.S. Trustee and team regarding investigation, additional research. | 0.40 | $700.00 | $280.00 |
| 5/20/2022 | AWC | Emails with Everlaw, team and U.S. Trustee regarding access information (.70); discussion with U.S. Trustee regarding 2004 exams/discovery (.30); read additional 2004 motions and emails with U.S. Trustee thereon (.30); call with Knapp regarding 2004 exams (.40); Jackson and Johnson interviews/depositions (.90) | 2.60 | $700.00 | $1,820.00 |
| 5/25/2022 | AWC | Review and revise privilege log for U.S. Trustee discovery and email with Locke thereon (.40); emails with U.S. Trustee, Locke and Everlaw regarding investigation issues/depositions; (.30) | 0.70 | $700.00 | $490.00 |
| 5/25/2022 | BDD | Call with/emails to L. Cantor and G. Brown and emails A. Caine re Brother Martin/Hart docs and begin reviewing invoices re same | 0.60 | $460.00 | $276.00 |
| 5/25/2022 | BDD | Email N. Brown re PSZJ Jan-April 2022 fees | 0.10 | $460.00 | $46.00 |
| 5/26/2022 | AWC | Emails with U.S. Trustee and Trahant regarding investigation issues. | 0.30 | $700.00 | $210.00 |
| 5/26/2022 | BDD | Email A. Caine re Jan - April fees | 0.10 | $460.00 | $46.00 |
| 5/27/2022 | AWC | Emails with Everlaw regarding additional information (.20); emails with U.S. Trustee regarding additional investigation information (.20) | 0.40 | $700.00 | $280.00 |
| 5/27/2022 | BDD | Email A. Caine re invoices (Jan - Feb 2022) | 0.10 | $460.00 | $46.00 |
| 5/30/2022 | AWC | Emails with U.S. Trustee and Everlaw regarding investigation questions. | 0.30 | $700.00 | $210.00 |
| 5/31/2022 | AWC | Emails with Everlaw, U.S. Trustee and team regarding investigation items/additional information | 0.70 | $700.00 | $490.00 |
| 5/31/2022 | PJJ | Document review | 0.20 | $495.00 | $99.00 |
| | | | **81.90** | | **$57,001.00** |

DOCS_LA:344051.1 05067/002