## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## SUMMARY COVER SHEET TO SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2022 | 06/30/2022 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | | N/A |
| **Total fees requested in this Application:** | | $33,155.00 |
| **Total hours covered by this Application:** | | 48.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

| | |
|---|---|
| **Average hourly rate:** | 700.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2022 through June 30, 2022 (the "Application Period") are listed below.

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
MARCH 1, 2022 THROUGH JUNE 30, 2022**

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 19.3 | $17,370.00 |
| Chris Peirce | Director | $550 | 28.7 | $15,785.00 |
| **Total** | | | **48.0** | **$33,155.00** |

**COMPENSATION BY CATEGORY**
**MARCH 1, 2022 THROUGH JUNE 30, 2022**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 5.0 | $4,500.00 |
| Document Review | 10.9 | $6,205.00 |
| Fee Application | 9.8 | $5,670.00 |
| Internal Communications | 12.5 | $8,765.00 |
| Meetings – Other | 2.5 | $2,110.00 |
| Meetings – with Counsel | 6.2 | $4,915.00 |
| Regulatory Analysis | 1.1 | $990.00 |
| **TOTAL** | **48.0** | **$33,155.00** |

DOCS_LA:344539.3 05067/002

The total amount of expenses by expense type for Rock Creek during the Application

Period is listed below.

### EXPENSES BY CATEGORY
### MARCH 1, 2022 THROUGH JUNE 30, 2022

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[2] | § | |
| | § | |

**SECOND INTERIM APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISOR**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022**

---

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 18, 2022, AT 1:30 P.M. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Second Interim*

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:344539.3 05067/002

*Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From March 1, 2022 Through June 30, 2022*  (the "Application").  In support of the Application, Rock Creek respectfully represents as follows:

## I.      INTRODUCTION

For the Application Period, the Firm seeks interim allowance and payment of fees in the amount of $33,155.00.  To date, Rock Creek has not been paid any fees sought for the Application Period.

## II.      JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.      BACKGROUND

### A.      Introduction

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code.

DOCS_LA:344539.3 05067/002

5.      The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

7.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.      Employment of the Firm**

8.      On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

**IV.      WORK PERFORMED AND RESULTS OBTAINED /
EXTRAORDINARY CIRCUMSTANCES**

10.      The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case.  Attached hereto as **Exhibits A** through **D** are copies of the

7

Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from March 1, 2022 through June 30, 2022.

## V.    SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

11.    The services rendered by Rock Creek during the Second Interim Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### A.    Business Analysis

12.    Time spent includes review of the Archdiocese financial statements as well as a review of information already provided by the debtor in the virtual data room in order to compile an additional document request related to pension specific financial analysis.

Fees: $4,500.00;            Hours: 5.0

### B.    Document Review

13.    Time spent includes reviewing information relevant to the pension and financial matters, including but not limited to Actuarial Valuation Reports, Audit Reports, and Meeting Minutes.  Additionally, time was spent reviewing documents produced in order to develop an additional information request list.

Fees: $6,205.00;            Hours: 10.9

C.    **Fee Application**

14.    Time spent includes downloading and organizing time entries and preparing First Interim Fee Application as well as preparing monthly invoices.

    Fees: $5,670.00;           Hours: 9.8

D.    **Internal Communications**

15.    Time billed under this category includes engagement scoping, resource planning, and engagement execution strategy, as well as discussion of various regulatory, financial, and deliverable-specific matters.  Includes time debriefing on the outcome of meetings with Counsel and parties under "Meetings – with Counsel", and determining appropriate follow-up requirements.  Additionally, time was spent discussing additional information needed from debtor.

    Fees: $8,765.00;           Hours: 12.5

E.    **Meetings - Other**

16.    Time billed under this category includes discussions with Berkeley Research Group regarding the Willis Towers Watson error correction analysis and preparation for update the call with the Official Committee of Unsecured Creditors.  Additional time was spent attending hearings and the mediation session with advisors of the debtor and Official Committee of Unsecured Creditors.

    Fees: $2,110.00;           Hours: 2.5

### E.   **Meetings – with Counsel**

17.    Time spent includes updating Pachulski, Stang, Ziehl, and Jones LLP, counsel to the Committee, with regard to status of work performed, communicating findings relevant to the Archdiocese Retirement Plan and Policies, receiving feedback and direction on deliverables and additional areas requiring research, as well as coordination with other professionals retained by the Committee.  This included discussions on additional information needed from debtor and preparation for update call with the Official Committee of Unsecured Creditors.

Fees: $4,915.00;             Hours: 6.2

### F.   **Regulatory Analysis**

18.    Time spent includes researching Department of Labor and Employment Benefits Security Administration records regarding Priest, Lay, and medical plans.

Fees: $990.00;             Hours: 1.1

### VI.   **ACTUAL AND NECESSARY EXPENSES INCURRED BY ROCK CREEK**

19.    Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

### VII.   **STATEMENT OF COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

20.    As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and

10

necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All

compensation for services rendered, and reimbursement for expenses incurred, are subject to

this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and

331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local

Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and

other procedures that this Court may fix.  No entity has promised to compensate the Firm for

any services rendered, or reimburse it for expenses incurred, in connection with this case except

as this Court may approve.

21.     No agreement or understanding exists between the Firm and any other entity for

the sharing of any compensation or reimbursement (i) that the Firm may receive for services

rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has

already received or may receive for services that entity rendered in, or in connection with this

Bankruptcy Case, except that the Firm will share any compensation or reimbursement it

receives in connection with this Bankruptcy Case with its members and other Firm employees

(as originally disclosed in the Retention Application).

### VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

22.     Section 330 provides that a court may award a professional employed under 11

U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses."  *See* 11 U.S.C. Section 330(a)(1).  Section 330

also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be
> awarded . . . , the court should consider the nature, the extent, and the value of
> such services, taking into account all relevant factors, including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3

23.     Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

24.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case.  Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)      reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)      reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

25.      This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

26.      The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship

13

with the client; and (12) awards in similar cases.[3]  Based upon the services described in this

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed

by the *Johnson* Factors.

## The Time and Labor Required

27.     Firm professionals and case assistants, in the performance of financial advisory

services, expended 48.0 hours during the Application Period, for a total fee of $33,155.00.  The

names of the professionals who worked on this case during the Application Period appear in the

Invoices and on the cover sheet attached to this Application.  The Firm submits that the time

and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable

and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time

multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this

Circuit under the "lodestar" doctrine.

## The Novelty and Difficulty of the Questions Presented

28.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it

has requested.

## The Skill Required to Perform the Services

29.     Representing the Committee in this Bankruptcy Case required considerable skill

and expertise in bankruptcy issues.  The Firm has considerable experience in complex

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

bankruptcy matters.  Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

**The Customary Fee**

30.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $700.00/hour is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

31.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

32.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  Again, the exigent nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.  This imposed serious time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

33.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $33,155.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

34.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the

DOCS_LA:344539.3 05067/002

Firm's services is consistently high.  In addition, the Firm's professional also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

### The "Undesirability" of the Bankruptcy Case

35.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

### The Nature and Length of the Professional Relationship with the Client

36.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

### Awards in Similar Cases

37.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

38.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.      RESERVATION OF RIGHTS

39.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.      NO PRIOR REQUEST

40.     No prior application for the relief requested herein has been made to this or any other court.

## XII.      CONCLUSION

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $33,155.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 26, 2022                             Respectfully submitted,

                                                  *By: /s/ John L. Spencer III*
                                                  John L. Spencer III
                                                  Rock Creek Advisors, LLC
                                                  1738 Belmar Blvd
                                                  Belmar, NJ 07719
                                                  Email:  jspencer@rockcreekadvisor.com

                                                  *Pension Financial Advisor to the Official*
                                                  *Committee of Unsecured Creditors*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  May 13, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF
ROCK CREEK ADVISORS, LLC
AS PENSION FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD MARCH 1, 2022 – MARCH 31, 2022</u>**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from March 1, 2022 through March 31, 2022 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

<u>**RELIEF REQUESTED**</u>

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:343508.1 05067/002

Statement Period are as follows:

| March 1, 2022 to March 31, 2022 | |
|---|---|
| Fees | $13,040.00 |
| Expenses | $0.00 |
| **Total** | **$13,040.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF PRIOR FEES SOUGHT

5.      On March 4, 2022, Rock Creek filed its *First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor For The Official Committee of Unsecured Creditors for the Period February 1, 2022 – February 28, 2022* ("First Quarterly Fee Application") [Docket No. 1378], seeking payment of fees in the amount of $29,775.00.  By agreed order entered on April 14, 2022 [Docket No. 1446], the Court

2

awarded Rock Creek interim fees in the sum of $28,235.00.  To date, Rock Creek has not been paid any sums on account of its First Quarterly Fee Application.

## NO PRIOR REQUEST

6.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

3

9.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $10,432.00, which consists of eighty percent (80%) of Rock Creek's total fees of $13,040.00 for the Statement Period.

10.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 29, 2022                                Respectfully submitted,

                                                      *By: /s/ John L. Spencer III*
                                                      John L. Spencer III
                                                      Rock Creek Advisors, LLC
                                                      1738 Belmar Blvd
                                                      Belmar, NJ 07719
                                                      Email: jspencer@rockcreekadvisor.com

                                                      *Pension Financial Advisor to the Official*
                                                      *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang                                                          April 28, 2022
Pachulski Stang Ziehl & Jones                                         Invoice #: 1586
10100 Santa Monica Blvd.                                          Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from March 1, 2022 Through March 31, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $   13,040.00 | USD |
| **CURRENT CHARGES** | **$   13,040.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:              TD Bank N.A.
ABA #:                     026013673
Account Name:        ROCK CREEK ADVISORS, LLC
Account #:               4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                              **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 9.8 | 5,390.00 |
| John Spencer | 900.00 | 8.5 | 7,650.00 |
| Total Professional Services | | 18.3 | 13,040.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Business Analysis | 2.6 | 2,340.00 |
| Document Review | 0.6 | 330.00 |
| Internal Communications | 6.6 | 4,750.00 |
| Meetings - with Counsel | 1.6 | 1,160.00 |
| Regulatory Analysis | 1.1 | 990.00 |
| Fee Application | 5.8 | 3,470.00 |
| | 18.3 | 13,040.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|
| 3/1/22 | Document Review | Review Parish Service Agreement | 0.5 | Peirce | 550.00 | 275.00 |
| 3/1/22 | Internal Communications | Call with John Spencer (of Rock Creek) re: additional diligence and requests to PSZ&J and BRG | 0.5 | Peirce | 550.00 | 275.00 |
| 3/1/22 | Document Review | Email to S. Chaffos (of PSZJ) regarding Lay Pension Plan | 0.1 | Peirce | 550.00 | 55.00 |
| 3/1/22 | Internal Communications | Review draft of J. Spencer (of Rock Creek) email summarizing call with PSZJ and identifying next steps for call with BRG | 0.2 | Peirce | 550.00 | 110.00 |
| 3/1/22 | Business Analysis | Develop follow-up information request and WIP list per 2.28.22 call w/PSZ&J and LL | 1.3 | Spencer | 900.00 | 1,170.00 |
| 3/1/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: additional diligence and requests to PSZ&J and BRG | 0.5 | Spencer | 900.00 | 450.00 |
| 3/4/22 | Internal Communications | Call with J. Spencer (of Rock Creek) prep for PSZ&J/BRG call and discuss WIP list | 0.9 | Peirce | 550.00 | 495.00 |
| 3/4/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J), M. Babcock (of BRG) and J. Spencer (of Rock Creek) re: pension and benefits issues | 0.8 | Peirce | 550.00 | 440.00 |
| 3/4/22 | Internal Communications | Call with C. Peirce (of Rock Creek) prep for PSZ&J/BRG call and discuss WIP list | 0.9 | Spencer | 900.00 | 810.00 |
| 3/4/22 | Regulatory Analysis | Search for DOL/EBSA records re: Priests, Lay and medical plans | 1.1 | Spencer | 900.00 | 990.00 |
| 3/4/22 | Business Analysis | Review Parish Service Agreements | 1.3 | Spencer | 900.00 | 1,170.00 |
| 3/4/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J), M. Babcock (of BRG) and C. Peirce (of Rock Creek) re: pension and benefits issues | 0.8 | Spencer | 900.00 | 720.00 |
| 3/7/22 | Internal Communications | Call with J. Spencer (of Rock Creek) re: follow up to 3.4.22 call and discuss WIP | 0.9 | Peirce | 550.00 | 495.00 |
| 3/7/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: follow up to 3.4.22 call and discuss WIP | 0.9 | Spencer | 900.00 | 810.00 |
| 3/14/22 | Fee Application | Download, review, and organize time entries for February fee application | 1.0 | Peirce | 550.00 | 550.00 |
| 3/15/22 | Internal Communications | Call with J. Spencer (of Rock Creek) re: status update and fee app issues | 0.5 | Peirce | 550.00 | 275.00 |
| 3/15/22 | Fee Application | Call with B. Dassa (of PSZJ) regarding fee application format and timing | 0.2 | Peirce | 550.00 | 110.00 |
| 3/15/22 | Fee Application | First Interim Fee Application for Period (12/20/21 - 2/28/22) | 3.0 | Peirce | 550.00 | 1,650.00 |
| 3/15/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: status update and fee app issues | 0.5 | Spencer | 900.00 | 450.00 |



| 3/16/22 | Fee Application | First Interim Fee Application for Period (12/20/21 - 2/28/22) | 0.8 | Peirce | 550.00 | 440.00 |
|---------|-----------------|-------------------------------------------------------------|-----|--------|--------|--------|
| 3/17/22 | Internal Communications | Call with J. Spencer (of Rock Creek) re: fee application and WIP coordination | 0.4 | Peirce | 550.00 | 220.00 |
| 3/17/22 | Fee Application | Review first interim fee application | 0.8 | Spencer | 900.00 | 720.00 |
| 3/17/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: fee application and WIP coordination | 0.4 | Spencer | 900.00 | 360.00 |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: June 10, 2022 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD APRIL 1, 2022 – APRIL 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2022 through April 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:343819.2 05067/002

Statement Period are as follows:

| April 1, 2022 to April 30, 2022 | |
|---|---|
| Fees | $1,615.00 |
| Expenses | $0.00 |
| **Total** | **$1,615.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.     The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.     Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF PRIOR FEES SOUGHT

5.     On March 4, 2022, Rock Creek filed its *First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor For The Official Committee of Unsecured Creditors for the Period February 1, 2022 – February 28, 2022* ("First Quarterly Fee Application") [Docket No. 1378], seeking payment of fees in the amount of $29,775.00.  By agreed order entered on April 14, 2022 [Docket No. 1446], the Court

2

awarded Rock Creek interim fees in the sum of $28,235.00.  To date, Rock Creek has not been

paid any sums on account of its First Quarterly Fee Application.

**NO PRIOR REQUEST**

6.      With respect to the amounts requested herein, as of the date of this Statement, Rock

Creek has received no payments and no previous application for the relief sought herein has been

made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

7.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before June 10, 2022 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

9.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,292.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,615.00 for the Statement Period.

10.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  May 27, 2022                                Respectfully submitted,

                                                    *By: /s/ John L. Spencer III*
                                                    John L. Spencer III
                                                    Rock Creek Advisors, LLC
                                                    1738 Belmar Blvd
                                                    Belmar, NJ 07719
                                                    Email:  jspencer@rockcreekadvisor.com

                                                    *Pension Financial Advisor to the Official*
                                                    *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

May 25, 2022
Invoice #: 1607
Tax ID # 82-3649705

---

Services Rendered from April 1, 2022 Through April 30, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 1,615.00 | USD |
| **CURRENT CHARGES** | **$** | **1,615.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                                                   **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.3 | 715.00 |
| John Spencer | 900.00 | 1.0 | 90.00 |
| Total Professional Services | | 2.3 | 1,615.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Internal Communications | 1.6 | 1,160.00 |
| Fee Application | 0.5 | 275.00 |
| Meetings - Other | 0.2 | 180.00 |
| | 2.3 | 1,615.00 |

**Detail of Professional Services:**



| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 4/14/2022 | Meetings - Other | Attend hearing telephonically | 0.2 | Spencer | 900.00 | 180.00 |
| 4/27/2022 | Internal Communications | Call with J. Spencer (of Rock Creek Advisors) re: outline and potential approaches to pension issue resolution | 0.8 | Peirce | 550.00 | 440.00 |
| 4/27/2022 | Internal Communications | Call with Chris Peirce (of Rock Creek Advisors) re: outline and potential approaches to pension issue resolution | 0.8 | Spencer | 900.00 | 720.00 |
| 4/28/2022 | Fee Application | Prepare invoice for March services and provide to Pachulski for Fee Application preparation | 0.5 | Peirce | 550.00 | 275.00 |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  July 13, 2022 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MAY 1, 2022 – MAY 31, 2022

1.    In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2022 through May 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.    The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:344191.2 05067/002

Statement Period are as follows:

| May 1, 2022 to May 31, 2022 | |
|---|---|
| Fees | $3,985.00 |
| Expenses | $0.00 |
| **Total** | **$3,985.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.       The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.       Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 2/1/2022 - 2/28/22 | $28,235.00 | $0.00 | $28,235.00 | $0.00 | $0.00 | $0.00 |
| 3/1/2022-3/31/2022 | $13,040.00 | $0.00 | $0.00 | $0.00 | $13,040.00 | $0.00 |
| 4/1/2022-4/30/2022 | $1,615.00 | $0.00 | $0.00 | $0.00 | $1,615.00 | $0.00 |
| **Totals** | **$42,890.00** | **$0.00** | **$28,235.00** | **$0.00** | **$14,655.00** | **$0.00** |

2

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

basis the total amount of $3,188.00, which consists of eighty percent (80%) of Rock Creek's total fees of $3,985.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

 Dated:  June 29, 2022                                   Respectfully submitted,

                                                          *By: /s/ John L. Spencer III*
                                                          John L. Spencer III
                                                          Rock Creek Advisors, LLC
                                                          1738 Belmar Blvd
                                                          Belmar, NJ 07719
                                                          Email: jspencer@rockcreekadvisor.com

                                                          *Pension Financial Advisor to the Official
                                                          Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

June 23, 2022
Invoice #: 1639
Tax ID # 82-3649705

_____

Services Rendered from May 1, 2022 Through May 31, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $   3,985.00 | USD |
| **CURRENT CHARGES** | **$   3,985.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:    ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                           **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 4.3 | 2.365.00 |
| John Spencer | 900.00 | 1.8 | 1,620.00 |
| Total Professional Services | | 6.1 | 3,985.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Administrative Duties | 0.5 | 275.00 |
| Document Review | 1.0 | 550.00 |
| Fee Application | 1.5 | 825.00 |
| Internal Communications | 0.7 | 385.00 |
| Meetings - with Counsel | 2.4 | 1,950.00 |
| | 6.1 | 3,985.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 5/10/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J) and J. Spencer (of Rock Creek) regarding status of pension analysis and preparation for 5/11/22 call with BRG and PSZ&J professionals on pension related issues | 0.6 | Peirce | 550.00 | 330.00 |
| 5/10/22 | Meetings - with Counsel | Call with Gil Brown (of PSZ&J) and C. Peirce (of Rock Creek) regarding status of pension analysis and preparation for 5/11/22 call with BRG and PSZ&J professionals on pension related issues | 0.6 | Spencer | 900.00 | 540.00 |
| 5/11/22 | Document Review | Review Kiteworks data room for status of document requests and to review AVR's in preparation for call with PSZ&J and BRG | 1.0 | Peirce | 550.00 | 550.00 |
| 5/11/22 | Internal Communications | Call with J. Spencer (of Rock Creek) regarding requested documents and items to discuss with PSZ&J and BRG on 3:00 call | 0.7 | Peirce | 550.00 | 385.00 |
| 5/11/22 | Meetings - with Counsel | Call with Gil Brown, A. Caine (of PSZ&J) M. Babcock, P. Shields, D. Judd, S. Chafos (of BRG) and C. Peirce (of Rock Creek) re: pension related issues | 1.2 | Spencer | 900.00 | 1,080.00 |
| 5/20/22 | Fee Application | Review and download April fee detail and update fee application and related supporting schedule | 1.5 | Peirce | 550.00 | 825.00 |
| 5/25/22 | Administrative Duties | Prepare invoice for April services and provide to Pachulski for Fee Application preparation | 0.5 | Peirce | 550.00 | 275.00 |

# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  August 9, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JUNE 1, 2022 – JUNE 30, 2022**

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2022 through June 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.       The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Statement Period are as follows:

| June 1, 2022 to June 30, 2022 | |
|---|---|
| Fees | $14,515.00 |
| Expenses | $0.00 |
| **Total** | **$14,515.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.       The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.       Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 3/1/2022 - 3/31/2022 | $13,040.00 | $0.00 | $0.00 | $0.00 | $13,040.00 | $0.00 |
| 4/1/2022 - 4/30/2022 | $1,615.00 | $0.00 | $0.00 | $0.00 | $1,615.00 | $0.00 |
| 5/1/2022 - 5/31/2022 | $3,985.00 | $0.00 | $0.00 | $0.00 | $3,985.00 | $0.00 |
| | $18,640.00 | $0.00 | $0.00 | $0.00 | $18,640.00 | $0.00 |

2

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 9, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

3

basis the total amount of $11,612.00, which consists of eighty percent (80%) of Rock Creek's total fees of $14,515.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  July 26, 2022                                Respectfully submitted,

                                                      *By: /s/ John L. Spencer III*
                                                      John L. Spencer III
                                                      Rock Creek Advisors, LLC
                                                      1738 Belmar Blvd
                                                      Belmar, NJ 07719
                                                      Email: jspencer@rockcreekadvisor.com

                                                      *Pension Financial Advisor to the Official*
                                                      *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang                                                                              July 20, 2022
Pachulski Stang Ziehl & Jones                                                 Invoice #: 1641
10100 Santa Monica Blvd.                                              Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from June 1, 2022 Through June 30, 2022

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 14,515.00 | USD |
| **CURRENT CHARGES** | **$ 14,515.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:         TD Bank N.A.
ABA #:                026013673
Account Name:    ROCK CREEK ADVISORS, LLC
Account #:           4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                          **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 13.3 | 7,315.00 |
| John Spencer | 900.00 | 8.0 | 7,200.00 |
| Total Professional Services | | 21.3 | 14,515.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Business Analysis | 2.4 | 2,160.00 |
| Document Review | 9.3 | 5,325.00 |
| Fee Application | 1.5 | 825.00 |
| Internal Communications | 3.6 | 2,470.00 |
| Meetings – Other | 2.3 | 1,930.00 |
| Meetings - with Counsel | 2.2 | 1,805.00 |
| | 21.3 | 14,515.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|------------|-----------|---------------|-----------------|
| 6/1/22 | Internal Communications | Call with J. Spencer (of Rock Creek) regarding request for pension liability update from Committee | 0.6 | Chris | Peirce | 550.00 | 330.00 |
| 6/3/22 | Meetings - Other | Call with J. Spencer and S. Spencer (of Rock Creek), P. Shields, M. Babcock, and D. Judd (of BRG) regarding WTW error correction analysis and preparation for meeting with Creditor Committee | 0.4 | Chris | Peirce | 550.00 | 220.00 |
| 6/3/22 | Document Review | Review Actuarial Valuation Report for the Determination of the FYE 2022 Correction of Error Recognition | 2.0 | Chris | Peirce | 550.00 | 1,100.00 |
| 6/3/22 | Document Review | Review BRG Status Update for 6/6/22 Unsecured Creditors' Committee Meeting | 0.5 | Chris | Peirce | 550.00 | 275.00 |
| 6/3/22 | Meetings - Other | Call with M. Babcock, D. Judd, P. Shields (of BRG), C. Peirce, S. Spencer (of Rock Creek) re: WTW error correction analysis and prep for UCC meeting | 0.4 | John | Spencer | 900.00 | 360.00 |
| 6/3/22 | Document Review | Review BRG's "Unsecured Creditors' Committee STATUS MEETING JUNE 6, 2022" presentation | 0.6 | John | Spencer | 900.00 | 540.00 |
| 6/3/22 | Business Analysis | Draft memo to UCC re: update on pension and retiree medial liabilities for 6.6.22 meeting | 1.1 | John | Spencer | 900.00 | 990.00 |
| 6/6/22 | Meetings - with Counsel | Attend UCC meeting (UCC, PSZ&J, Locke Lord, BRG) via Zoom (3:00 - 4:12 pm ET) | 1.2 | John | Spencer | 900.00 | 1,080.00 |
| 6/7/22 | Meetings - Other | Attend ANO mediation afternoon session (debtor, debtor advisors, UCC, UCC advisors) (2:30 - 4 pm ET) | 1.5 | John | Spencer | 900.00 | 1,350.00 |
| 6/8/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) regarding status of case and need for updated information request list from debtors | 0.5 | Chris | Peirce | 550.00 | 275.00 |
| 6/8/22 | Internal Communications | Call with C. Peirce, S. Spencer (of Rock Creek) re: updated information request | 0.5 | John | Spencer | 900.00 | 450.00 |
| 6/9/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) regarding review of updated information request list | 0.4 | Chris | Peirce | 550.00 | 220.00 |
| 6/9/22 | Internal Communications | Call with C. Peirce, S. Spencer (of Rock Creek) re: review prior diligence requests | 0.4 | John | Spencer | 900.00 | 360.00 |
| 6/10/22 | Meetings - with Counsel | Call with J. Spencer (of Rock Creek) and A. Caine (of PSZ&J) regarding status of case and updated information request list | 0.5 | Chris | Peirce | 550.00 | 275.00 |



| 6/10/22 | Meetings - with Counsel | Call with A. Caine (of PSZ&J) and C. Peirce (of Rock Creek) re: update and areas of focus for debtor doument production | 0.5 | John | Spencer | 900.00 | 450.00 |
|---------|-------------------------|----------------------------------------------------------------------------------------------------------------------------|-----|------|---------|--------|--------|
| 6/12/22 | Document Review | Continued review of emails and data room for updated information request list | 1.0 | Chris | Peirce | 550.00 | 550.00 |
| 6/13/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) regarding status of document request list | 0.5 | Chris | Peirce | 550.00 | 275.00 |
| 6/13/22 | Document Review | Review documents produced and emails to finalize updated Document Request List | 2.5 | Chris | Peirce | 550.00 | 1,375.00 |
| 6/13/22 | Internal Communications | Call with C. Peirce, S. Spencer (of Rock Creek) re: areas of focus for debtor document production per A. Caine direction | 0.5 | John | Spencer | 900.00 | 450.00 |
| 6/14/22 | Document Review | Review updated information request list with additions/revisions from J. Spencer | 0.2 | Chris | Peirce | 550.00 | 110.00 |
| 6/14/22 | Business Analysis | Assemble additional/follow-up request for debtor document production re: pension and retiree medical | 1.3 | John | Spencer | 900.00 | 1,170.00 |
| 6/23/22 | Fee Application | Prepare May invoice, supporting detail in LEDES format, and updated fee application | 1.5 | Chris | Peirce | 550.00 | 825.00 |
| 6/27/22 | Document Review | Review Council of Dean and Presbyteral Council Meeting minutes for pension review applicability | 2.5 | Chris | Peirce | 550.00 | 1,375.00 |
| 6/28/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) to discuss meeting minutes review and additional information needed from debtor | 0.2 | Chris | Peirce | 550.00 | 110.00 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[4] | § | |
| | § | |

---

### ORDER APPROVING SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

CAME ON for consideration the *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through June 30, 2022* [**Docket No.___** (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from March 1, 2022 through June 30, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the

---

[4] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$33,155.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2022.

_____

**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on July 26, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 26, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

19