**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor. | ) | Chapter 11 |

---

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Rock Creek Advisors, LLC filed the *Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Of Rock Creek Advisors, LLC As Pension Financial Advisors For The Official Committee Of Unsecured Creditors For The Period From March 1, 2022 Through June 30, 2022* [Docket No. 1677] (the "Application") on July 26, 2022.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **August 18, 2022** at **1:30 P.M.**  The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

You must serve a copy of your response on the person who sent you this notice. Otherwise,

the Court may treat the Application as unopposed and grant the relief requested.

Dated:  July 26, 2022                                  Respectfully submitted,


                                                       */s/ Linda F. Cantor*
                                                       James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
                                                       Linda F. Cantor (CA Bar No.153762) – *admitted pro hac vice*
                                                       Pachulski Stang Ziehl & Jones LLP
                                                       10100 Santa Monica Blvd., Suite 1300
                                                       Los Angeles, CA 90067
                                                       Telephone: (310)-277-6910
                                                       Facsimile: (310)-201-0760
                                                       Email:  jstang@pszjlaw.com
                                                             lcantor@pszjlaw.com

                                                       *Co-Counsel to the Official Committee of Unsecured Creditors*

DOCS_LA:344540.1 05067/002

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing *Notice* to be served on July __, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on July 26, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown