**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor. | ) | Chapter 11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that The Claro Group, LLC filed the *First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Of The Claro Group, LLC As Expert Consultant on Sexual Abuse and Expert Witness to The Official Committee Of Unsecured Creditors For The Period From June 1, 2022 Through June 30, 2022* [Docket No. 1679] (the "Application") on July 26, 2022.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **August 18, 2022** at **1:30 P.M.** The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

DOCS_LA:344542.1 05067/002

You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

Dated:  July 26, 2022                          Respectfully submitted,

                                               */s/ Linda F. Cantor*
                                               James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
                                               Linda F. Cantor (CA Bar No.153762) – *admitted pro hac vice*
                                               Pachulski Stang Ziehl & Jones LLP 10100
                                               Santa Monica Blvd., Suite 1300
                                               Los Angeles, CA 90067
                                               Telephone: (310)-277-6910
                                               Facsimile: (310)-201-0760
                                               Email:  jstang@pszjlaw.com
                                                        lcantor@pszjlaw.com

                                               *Co-Counsel to the Official Committee of Unsecured Creditors*

DOCS_LA:344542.1 05067/002

## **CERTIFICATE OF SERVICE**

I hereby caused a true and correct copy of the foregoing *Notice* to be served on July 26, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on July 26, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

DOCS_LA:344542.1 05067/002