## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

---

### SUMMARY COVER SHEET TO FOURTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC | |
| **Applicant's Professional Role in Case** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020 pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| **Time period covered by this Application:** | 3/1/2022 | 6/30/2022 |
| **Time period(s) covered by prior Applications:** | 6/17/2020 | 2/28/2022 |
| **Total amounts awarded in all prior Applications:** | | $802,559.45 |
| **Total fees requested in this Application:** | | $352,917.00 |
| **Total hours covered by this Application:** | | 802.1 |
| **Average hourly rate:** | | $439.99 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Schedule of Previous Fee Statements and Applications Noticed and Filed**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021- 10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $0.00 | $0.00 | $115,531.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $0.00 | $0.00 | $43,931.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $0.00 | $0.00 | $109,327.00 |
| 7/26/2022 Dkt No. N/A | 6/1/2022- 6/30/2022 | $84,128.00 | $0.00 | N/A | $0.00 | $0.00 | $84,128.00 |
| **Totals** | | **$1,151,574.00** | **$3,902.45** | | **$798,657.00** | **$3,902.45** | **$352,917.00** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Attachment A: Fees By Professional**

For the Period 3/1/2022 through 6/30/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 24.0 | $15,840.00 |
| J. Hull | Managing Director | $810.00 | 7.2 | $5,832.00 |
| O. Kan | Managing Director | $600.00 | 5.8 | $3,480.00 |
| P. Shields | Managing Director | $635.00 | 82.5 | $52,387.50 |
| R. Strong | Managing Director | $610.00 | 15.8 | $9,638.00 |
| M. Babcock | Director | $560.00 | 207.5 | $116,200.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 130.5 | $61,987.50 |
| C. Draney | Managing Consultant | $425.00 | 9.6 | $4,080.00 |
| K. Johns | Managing Consultant | $440.00 | 0.4 | $176.00 |
| A. Strong | Consultant | $350.00 | 17.1 | $5,985.00 |
| C. Tergevorkian | Consultant | $325.00 | 0.3 | $97.50 |
| S. Chaffos | Senior Associate | $275.00 | 229.8 | $63,195.00 |
| M. Haverkamp | Case Manager | $300.00 | 14.4 | $4,320.00 |
| H. Henritzy | Case Assistant | $195.00 | 15.9 | $3,100.50 |
| K. Calder | Case Assistant | $140.00 | 26.0 | $3,640.00 |
| K. Hendry | Case Assistant | $195.00 | 15.0 | $2,925.00 |
| V. Ingle | Case Assistant | $110.00 | 0.3 | $33.00 |
| **Total** | | | **802.1** | **$352,917.00** |
| **Blended Rate** | | | | **$439.99** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 3/1/2022 through 6/30/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 3.2 | $1,535.50 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 83.7 | $37,916.00 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 5.0 | $1,375.00 |
| 200.90 Document / Data Analysis (Production Requests) | 40.5 | $18,690.50 |
| 211.06 Bankruptcy Proceedings (Protective Order Violations) | 5.7 | $3,149.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 37.1 | $7,078.00 |
| 300.00 Asset Analysis (General - Debtors) | 110.6 | $57,031.00 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 19.8 | $10,917.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 99.7 | $44,195.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 30.7 | $14,611.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 20.0 | $10,668.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 6.6 | $2,512.50 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 67.2 | $21,841.00 |
| 350.00 Asset Analysis (Insurance - Debtors) | 7.1 | $5,451.00 |
| 410.00 Litigation Analysis (Avoidance Actions) | 124.8 | $55,828.50 |
| 430.00 Litigation Analysis (Preparation Of Pleadings / Exhibits) | 13.3 | $7,407.50 |
| 610.00 Claims / Liability Analysis (Survivor Claims) | 17.0 | $5,283.00 |

| Task Code | Hours | Fees |
|---|---|---|
| 630.00 Claims / Liability Analysis (Pension) | 11.9 | $6,075.50 |
| 900.00 Report / Presentation Preparation | 17.8 | $10,517.50 |
| 1020.00 Meeting Preparation & Attendance | 8.9 | $4,711.00 |
| 1030.00 Mediation Preparation & Attendance | 16.3 | $9,790.50 |
| 1040.00 Hearing / Trial Preparation & Attendance | 1.2 | $672.00 |
| 1060.00 Fee Application Preparation & Hearing | 54.0 | $15,660.00 |
| **Total** | **802.1** | **$352,917.00** |
| **Blended Rate** | | **$439.99** |

Berkeley Research Group, LLC

Invoice for the 3/1/2022 - 6/30/2022 Period

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[2]** | § | |
| | § | |

### FOURTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 18, 2022, AT 1:30 P.M. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, as*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Financial Advisor for the Official Committee of Unsecured Creditors for the Period from March 1, 2022 Through June 30, 2022* (the "Application") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period March 1, 2022 through and including June 30, 2022, (the "Fee Period"); and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## BACKGROUND

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code (the "Case"). The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case.

5

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S.
Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code
[Docket No. 94].

6.      On June 17, 2020, the Committee selected BRG to serve as its financial advisor.
The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP
("Locke Lord" and together "Counsel") to serve as co-counsel.

7.      On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research
Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25,
2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley
Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors*
[Docket No. 362] (the "Retention Order").

8.      On March 5, 2021, the U.S. Trustee, pursuant to the Court's *Order Directing United
States Trustee to Appoint Additional Committee of Commercial Unsecured Creditors*, appointed
the Unsecured Commercial Creditors' Committee (the "Commercial Committee").

## EXTRAORDINARY CIRCUMSTANCES

9.      The Committee with the support of BRG and Counsel have undertaken strenuous
efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the
most favorable resolution to unsecured creditors possible.

10.     The Committee recognizes that unless this case is dismissed, the most likely
outcome and resolution of claims will come through a plan of reorganization. To that end, the
Committee has worked to move this process forward, including, with BRG's support, a
comprehensive investigation and analysis of the Debtor's financial circumstances and structure
and information underlying claims filed against the Debtor, all of which is necessary to inform

negotiations and mediation concerning potential resolution of claims. Extensive efforts have been required to compel production of the documents necessary to the investigation and review the same for comprehensivity and responsiveness.

11.     Nevertheless, the Committee, Counsel and BRG will continue to work in good faith to attempt to move this matter forward, and as necessary, will bring matters to the Court. The Committee and its advisors are dedicated to resolving matters in the manner most beneficial to unsecured creditors as a whole.

## **PROFESSIONAL FEES AND DISBURSEMENTS**

12.     By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks allowance of fees in the amount of $352,917.00 for professional services rendered for and on behalf of the Committee during the Fee Period, and $0.00 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of such services, for a total award of $352,917.00.[3]

13.     BRG expended an aggregate of 802.1 hours at a blended hourly rate of $439.99.

14.     Attached as **Attachment A** above is the summary schedule of professionals who rendered services to the Committee during the Fee Period, including titles, billing rates, and the blended hourly rate. Attached as **Attachment B** above is the summary schedule of hours and fees

---

[3] The total fees requested herein incorporate the voluntary reduction as agreed upon with the Committee in the amount of $65,340.00 for the Fee Period.

expended during the Fee Period by BRG's professionals with respect to each task code (subject matter categories that BRG established consistent with the U.S. Trustee Guidelines).

15.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time, BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

16.     BRG has, on April 28, 2022, May 27, 2022, June 29, 2022, and July 26, 2022 respectively, submitted monthly fee statements for each month in the Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 80% of the fees and 100% of the expenses incurred (the "<u>Monthly Fee Statements</u>"). The Monthly Fee Statements for March 1, 2022 through June 30, 2022 are attached hereto as **Exhibits A-D** respectively and incorporated herein by reference.

<u>**SUMMARY OF SERVICES RENDERED**</u>

17.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

18.     BRG has provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case as requested and as necessary in furtherance of the interests

of unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

19.     BRG submits that the fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

20.     The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

21.     BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

22.     BRG's hourly rates for professionals of comparable experience, are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

23.     No agreement or understanding exists between BRG and any other person for sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

24.     The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

## 200.20 – Document / Data Analysis (Financial / Accounting)

25.     During the Fee Period, BRG examined ANO audits which included associated notes, supplemental schedules, and reports. Additional time was spent evaluating documents related to the trial balance for 2017 through 2019.

26.     BRG's analysis of the aforementioned data has and will continue to assist in its identification and analysis of assets and potential assets (both historical and current) of the Debtors. Furthermore, BRG's analysis of financial statements and other financial information will assist in its evaluation of historical and current financial trends and business relationships existing between the Debtor and the Apostolates.

27.     BRG expended 3.2 hours on this category for fees in the amount of $1,535.50.

## 200.30 – Document / Data Analysis (Financial / Accounting) - Accounting System

28.     BRG analyzed significant volumes of data from the Debtor's Financial Edge accounting system for the purpose of obtaining comparative monthly income statements and balance sheets. BRG assessed the completeness and accuracy of data by comparing trial balances generated from the Financial Edge accounting data produced by the Debtor to trial balances produced by the Debtor and audit trial balances contained in auditor work papers that tie to the Debtor's audited financial statements. BRG worked with the Debtor's Financial Advisor and

10

external consultants in developing and executing data extractions from the Debtor's accounting systems for further analysis. Specific areas of focus for BRG's efforts during the Fee Period included, but were not limited to, accounting system issues relating to accounting system extracts for the Administrative Offices and units of the Debtor, and Non-Debtor Affiliate financial information. Obtaining the Debtor's accounting data and having historical monthly comparative financial statements is vital to BRG's ongoing analysis and has allowed BRG to efficiently analyze the Debtor's historic and current operations and financial activity and assets available to the Debtor's creditors. Additional time was spent communicating and participating in meetings with case professionals and Debtor's financial advisors thereon.

29.     BRG expended 83.7 hours on this category for fees in the amount of $37,916.00.

## 200.50 – Document / Data Analysis (Related Non-Debtors)

30.     During the Fee Period, BRG analyzed financial information and other documents produced related to non-Debtor affiliates. Evaluating financial and other information relating to the non-debtor affiliates is important in the context of assessing, among other things, what might constitute a substantial contribution, and assessing the relationship, dealings and transaction activity between the Debtor and non-debtor affiliates.

31.     BRG expended 5.0 hours on this category for fees in the amount of $1,375.00.

## 200.90 – Document / Data Analysis (Production Requests)

32.     BRG engaged in significant and continued efforts with UCC Counsel to request and evaluate document productions and records. Specifically, BRG spent substantial time preparing and updating formal document requests, monitoring documents provided, developing and reviewing indices of records produced, and evaluating document requests and subpoenas for updated information on several matters such as Rule 2004 motion, bank and investment account

11

information, financial statements, property documents, and documents pertaining to particular entities including parishes, schools, and other affiliates. Additional time was spent preparing for and participating in meetings with case professionals and UCC Counsel to address issues with and coordinate production of data from various sources, including the affiliates, Portfolio A and other bank and investment accounts. The requested documents are necessary to perform analyses and investigations in a number of critical areas, such as assets (including alleged restrictions), claims, operations, organizational structure, and relationships and dealings between the Debtor and non-debtor affiliates.

33.     BRG expended 40.5 hours on this category for fees in the amount of $18,690.50.

### 211.06 – Bankruptcy Proceedings (Protective Order Violations)

34.     BRG evaluated issues associated with the U.S. Trustee's investigation and coordinated the preparation of declarations for BRG employees related to the investigation.

35.     BRG expended 5.7 hours on this category for fees in the amount of $3,149.50.

### 220.00 – Debtor Operations / Monitoring
### (Monthly Operating Reports / Periodic Reporting)

36.     BRG analyzed transaction activity from periodic interim reports for the period from November 2021 through May 2022 and monthly operating reports from May 2020 to May 2022. Such information includes cash receipts and disbursements detail, statements of financial condition and statements of activities. Comparative financial information generated from financial data and schedules contained in the periodic reports and monthly operating reports was updated and reviewed. Such analysis is necessary to monitor the transaction activities of the Debtor.

37.     BRG expended 37.1 hours on this category for fees in the amount of $7,078.00.

## 300.00 – Asset Analysis (General – Debtors)

38.     BRG analyzed accounts maintained by the Debtor and non-debtor affiliates and coordinated tasks for the purpose of asset analysis and asset identification. Specific tasks included BRG's continuing analysis regarding allegedly restricted assets, coordinating ongoing analyses and investigations for ANO, ANO units and affiliates, which included a comparative financial analysis for ANO and key ANO Units and Affiliates. BRG prepared a presentation for the Committee to provide an update regarding the status of BRG's investigation, and the analysis of ANO, ANO Unit and ANO Affiliates assets, as well as analyzed annual and semi-annual financial information statements and updated financial analyses in the context of developing a credit estimate. In addition, BRG evaluated information relating to the FIMS accounting system, the Catholic Community Foundation ("CCF"), documentation produced by the Debtor relating to Portfolio A, and met with UCC Counsel in preparation for presentation to be made by the Debtor regarding FIMS and FIMS accounting data. BRG also attended other meetings and corresponded with UCC Counsel and other case professionals.

39.     BRG periodically meets with and provides updates to the Committee members and Committee professionals regarding its ongoing assets analyses. During the Fee Application Period and as requested by Counsel, BRG prepared an asset presentation summarizing its analysis to date in order to provide updates to the Committee and coordinate future analyses to be performed. BRG's on-going examination of assets and related documentation has and will continue to benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

40.     BRG expended 110.6 hours on this category for fees in the amount of $57,031.00.

13

### 301.00 – Asset Analysis (General – Debtors Restricted / Identified Assets)

41.     BRG analyzed assets identified by the Debtor as being restricted or otherwise unavailable to creditors. As part of this analysis, BRG examined documents and records produced by the Debtor, including wills, declarations, agreements and related correspondence. BRG worked closely with Counsel in order to coordinate the investigation of alleged restricted assets from both legal and accounting perspectives. BRG's ongoing examination of restricted assets identified by the Debtor will benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

42.     BRG expended 19.8 hours on this category for fees in the amount of $10,917.00.

### 302.00 – Asset Analysis (General – Related Non-Debtors)

43.     BRG analyzed the related non-Debtor entities' financial statements and updated the affiliate financial analysis accordingly. BRG also analyzed various sources including the ANO Quinquennial Reports and the ANO website to verify affiliates, confirm legal entity names, and identify suppressed, merged, open, and closed Parishes and units within Parishes. Additional time was spent communicating with BRG personnel on pending affiliate document requests and the analysis of affiliate assets. BRG's ongoing examination of non-debtor affiliate assets will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

44.     BRG expended 99.7 hours on this category for fees in the amount of $44,195.00.

### 310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)

45.     During the Fee Period, BRG spent time analyzing bank account data and wire transfer details, verifying and standardizing payee and category information, and updating the analysis of the Debtor's cash receipts and disbursements activity accordingly. Additional time was

spent communicating internally in regard to the cash receipts and disbursements database, issues that have arisen, next steps and additional analysis required. BRG's ongoing examination of cash and investments will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

46.     BRG expended 30.7 hours on this category for fees in the amount of $14,611.50.

### 320.00 – Asset Analysis (Investments / Funds – Debtors)

47.     BRG spent time during the Fee Period analyzing the Debtor's Portfolio A and Portfolio B investment balances and accounting activity (including information reported in the Debtor's bankruptcy filings). BRG also researched and conducted a review of ANO's continuing disclosure prepetition bond filings from EMMA. Further time was spent meeting with UCC Counsel to discuss the asset analysis and items related to the Debtor's investment accounts. BRG's ongoing examination of cash and investments will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

48.     BRG expended 20.0 hours on this category for fees in the amount of $10,668.00.

### 330.00 – Asset Analysis (Real Property - Debtors)

49.     BRG analyzed property data from various sources for inclusion in the master real estate asset comparison schedule. Time was also spent discussing the real estate analysis and related issues with UCC Counsel.

50.     BRG expended 6.6 hours on this category for fees in the amount of $2,512.50.

### 332.00 – Asset Analysis (Real Property – Related Non-Debtors)

51.     BRG analyzed the Non-Debtor Affiliates' real estate property data, including documents and files produced by the Non-Debtor Affiliates, evaluated Non-Debtor Affiliate real

15

estate holdings, and updated BRG's analysis of Non-Debtor Affiliate real estate. BRG's ongoing examination of Non-Debtor Affiliate real property will benefit its analysis and investigation, including assessing what might constitute a substantial contribution by Non-Debtor Affiliates, and its identification and analysis of potential assets available to the Debtor's creditors.

52.     BRG expended 67.2 hours on this category for fees in the amount of $21,841.00.

## 350.00 – Asset Analysis (Insurance – Debtors)

53.     BRG evaluated ANO's captive insurance and self-insurance programs. Further time was spent preparing initial findings regarding assets retained within or passing through the self-insurance component of administrative offices and the ANO captive. BRG's ongoing examination of captive insurance issues will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

54.     BRG expended 7.1 hours on this category for fees in the amount of $5,451.00.

## 410.00 – Litigation Analysis (Avoidance Actions)

55.     During the Fee Period, BRG spent time updating cash receipts and disbursement information, including reviewing wire transfer advices and other banking transaction documents to identify payee details. The bank and investment account transaction activity information was used to analyze and categorize avoidance action transactions for analyses spanning 90 days, one year, and four years.  Time was also spent meeting with Locke Lorde to evaluate and further discuss the avoidance action analyses.

56.     BRG expended 124.8 hours on this category for fees in the amount of $55,828.50.

## 430.00 – Litigation Analysis (Preparation of Pleadings / Exhibits)

57.    BRG reviewed and provided suggested edits to the Declaratory Relief Complaint. In that context, BRG accumulated and evaluated supporting documentation and met with UCC Counsel to discuss edits, amendments, and other related issues.

58.    BRG expended 13.3 hours on this category for fees in the amount of $7,407.50.

## 610.00 – Claims / Liability Analysis (Survivor Claims)

59.    During the Fee Period, BRG analyzed sexual abuse claims data, including non-debtor affiliates in connection with the abuse claim. BRG categorized each claim by category of abuse and Parish / Non-Debtor Affiliate, and updated summary schedules of claims based on the categorization each claim. Additionally, BRG participated in internal meetings related to various aspects of the sexual abuse claims analysis.

60.    BRG expended 17.0 hours on this category for fees in the amount of $5,283.00.

## 630.00 – Claims / Liability Analysis (Pension)

61.    BRG spent time evaluating production related to the Priest Pension Plan and Retiree Medical Benefits and creating an associated schedule of documents for Counsel's review. Further time was spent investigating post-petition payments to credibly accused priests. BRG also met with UCC Counsel and Rock Creek Advisors regarding related document requests and analysis.

62.    BRG expended 11.9 hours on this category for fees in the amount of $6,075.50.

## 900.00 – Report / Presentation Preparation

63.    BRG spent time preparing, reviewing, and revising presentation materials on matters including, but not limited to, asset analyses / investigations, industry research, and case

17

status findings for presentation to the Committee, as well as communicating with UCC Counsel thereon.

64.    BRG expended 17.8 hours on this category for fees in the amount of $10,517.50.

### 1020.00 – Meeting Preparation & Attendance

65.    During the Fee Period, BRG participated in various meetings and conference calls with UCC Counsel and/or other BRG personnel regarding pension analysis, claims, real estate, ability to pay and substantial contribution assessment, avoidance actions, and other case issues.

66.    BRG expended 8.9 hours on this category for fees in the amount of $4,711.00.

### 1030.00 – Mediation Preparation & Attendance

67.    BRG prepared for and attended a mediation session, wherein BRG provided status updates to the Committee, as well as taking part in a mediation presentation from the Debtor regarding sustainability.

68.    BRG expended 16.3 hours on this category for fees in the amount of $9,790.50.

### 1040.00 – Hearing / Trial Preparation & Attendance

69.    BRG prepared a declaration and exhibit regarding payments to credibly accused priests.

70.    BRG expended 1.2 hours on this category for fees in the amount of $672.00.

### 1060.00 – Fee Application Preparation & Hearing

71.    During the Fourth Interim Fee Application Period, BRG prepared, reviewed, and updated its Seventeenth through Twentieth Fee Statements, which covered the period from February 1, 2022 to May 31, 2022 (including the development and preparation of fee application narratives and related exhibits). Further time was spent preparing and editing the Third Interim

18

Fee Application. BRG also met with UCC Counsel to address issues raised by Debtors' Counsel related to BRG's January and March fee statements as noted in the May 12, 2022 letter from Mark Mintz.  Of note, prior to filing any fee statement or application in this matter, BRG provides its fees and expenses to the UCC for review and comment and only files a fee application after it receives UCC approval of its fees and expenses.

72.     BRG expended 54.0 hours on this category for fees in the amount of $15,660.00.

**ACTUAL AND NECESSARY EXPENSES**

73.     BRG did not incur any out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above.

74.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

75.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG endeavors to minimize these expenses to the fullest extent possible.

76.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably

purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

## **THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

77.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

78.     BRG has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG

respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

79.     Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)   reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

80.     This Application substantiates the total amount BRG seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

21

81.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[4]  Based upon the services described in this Application, BRG respectfully represents that it has fully satisfied the standards prescribed by the Johnson Factors.

## THE TIME AND LABOR REQUIRED

82.     Firm professionals and case assistants, in the performance of financial advisory services, expended 802.1 hours during the Fee Period for a total fee of $352,917.00.[5] Taking into account BRG's voluntary reductions, the blended hourly rate is $439.99/hour. The names of the professionals who worked on this case during the Fee Period appear in the Monthly Fee Statements and in **Attachment A: Fees By Professional** included in the Application Summary above.  BRG submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports BRG's requested award. Further,

---

[4] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[5] This takes into account the Firm's voluntary reductions.

the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

83.     This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding BRG the fees and expenses it has requested.

## THE SKILL REQUIRED TO PERFORM THE SERVICES

84.     Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. BRG strove to limit the number of professionals who worked on this case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

85.     BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $439.99/hour is reasonable and reflects market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to BRG.

## WHETHER THE FEE IS FIXED OR CONTINGENT

86.     BRG's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in this Bankruptcy Case.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

87.     BRG has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Fee Period that required BRG's immediate attention. Again, the exigent nature of these matters demanded that BRG's professionals respond on very short notice to complicated and developing events as they unfolded. This imposed serious time demands on BRG's personnel and required them to devote considerable resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

88.    The Monthly Fee Statements summarize the individual tasks that BRG personnel performed during the Fee Period as well as the amounts charged for those tasks. The total fees BRG seeks to approve in this Application are $352,917.00. This figure is commensurate with the Firm's achievements. This Johnson Factor strongly supports the fee award requested.

## THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

89.    BRG's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, BRG's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation, accounting, and investigative topics throughout the country.  As mentioned, BRG has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

## THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

90.    From the Firm's perspective, serving as financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting BRG the award it has requested.

## THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

91.     BRG has no prior professional relationship with the Committee, which was only formed after this case began. However, employees of BRG have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting BRG its fee award in this case.

## AWARDS IN SIMILAR CASES

92.     The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

93.     In conclusion, the *Johnson* Factors favor granting BRG the fee and expense award it seeks.

## RESERVATION OF RIGHTS

94.     It is possible that some professional time expended or expenses incurred by BRG are not reflected in this Application.  BRG reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## NO PRIOR REQUEST

95.     With respect to these amounts, as of the date of the Application, BRG has received interim payments of 80% of fees and 100% of expenses, based on monthly fee statements filed, in accordance with the Interim Compensation Order as described in the Schedule of Previous Fee Statements and Applications Noticed and Filed contained in the Application Summary. No

payments and no previous application for the relief sought herein has been made to this or any other Court.

## <u>CONCLUSION</u>

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **<u>Exhibit E</u>**, (a) awarding BRG interim allowance of (i) fees in the amount of $352,917.00 for reasonable, actual and necessary services rendered on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; and (c) granting such other or additional relief as is just and proper.

Dated:  July 28, 2022

Respectfully submitted,

*By: /s/ Paul N. Shields*
Matthew Babcock
Paul Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone:  (801) 364-6233
Email:  mbabcock@thinkbrg.com
pshields@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:  May 12, 2022 |

### EIGHTEENTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD MARCH 1, 2022 THROUGH MARCH 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Eighteenth Monthly Fee and Expense Statement (the "Statement") for the period from March 1, 2022 through March 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| March 1, 2022 to March 31, 2022 | |
|---|---|
| Fees (at standard rates) | $135,611.50 |
| Voluntary reduction | ($20,080.50) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $115,531.00 |
|---|---|
| Expenses | <u>$0.00</u> |
| **Total Fees and Expenses Sought** | **$115,531.00** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.       The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

4.       BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

*[Remainder of the page left intentionally blank]*

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020- 3/31/2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| 11/24/2021 Dkt No. 1186 | 4/1/2021- 10/31/2021 | $393,516.50 | $12.93 | 12/14/2021 Dkt. No. 1199 | $393,516.50 | $12.93 | $0.00 |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| 3/24/2022 Dkt No. 1385 | 11/1/2021 - 2/28/2022 | $152,754.50 | $0.00 | 4/19/2022 Dkt No. 1466 | $152,754.50 | $0.00 | $0.00 |
| **Totals** | | **$798,657.00** | **$3,902.45** | | **$798,657.00** | **$3,902.45** | **$0.00** |

3

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 12, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $92,424.80 (80% of $115,531.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $92,424.80 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  April 28, 2022

Respectfully submitted,

By:/s/ *Paul N. Shields*
 Paul N. Shields
 Berkeley Research Group, LLC
 201 South Main Street, Suite 450
 Salt Lake City, Utah 84111
 Telephone: (801) 364-6233
 Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 3/1/2022 through 3/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| J. Hull | Managing Director | $810.00 | 5.8 | $4,698.00 |
| O. Kan | Managing Director | $600.00 | 0.4 | $240.00 |
| P. Shields | Managing Director | $635.00 | 18.0 | $11,430.00 |
| R. Strong | Managing Director | $610.00 | 3.0 | $1,830.00 |
| M. Babcock | Director | $560.00 | 73.0 | $40,880.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 56.9 | $27,027.50 |
| A. Strong | Consultant | $350.00 | 17.1 | $5,985.00 |
| S. Chaffos | Senior Associate | $275.00 | 67.7 | $18,617.50 |
| M. Haverkamp | Case Manager | $300.00 | 6.3 | $1,890.00 |
| H. Henritzy | Case Assistant | $195.00 | 5.2 | $1,014.00 |
| K. Calder | Case Assistant | $140.00 | 3.4 | $476.00 |
| K. Hendry | Case Assistant | $195.00 | 7.4 | $1,443.00 |
| **Total** | | | **264.2** | **$115,531.00** |
| **Blended Rate** | | | | **$437.29** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 3/1/2022 through 3/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.20 Document / Data Analysis (Financial / Accounting) | 3.2 | $1,535.50 |
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 2.8 | $1,431.50 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 5.0 | $1,375.00 |
| 200.90 Document / Data Analysis (Production Requests) | 15.4 | $5,783.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.1 | $943.50 |
| 300.00 Asset Analysis (General - Debtors) | 4.3 | $2,250.50 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 18.5 | $6,173.50 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 19.9 | $9,405.00 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 14.9 | $7,609.00 |
| 350.00 Asset Analysis (Insurance - Debtors) | 7.1 | $5,451.00 |
| 410.00 Litigation Analysis (Avoidance Actions) | 124.8 | $55,828.50 |
| 430.00 Litigation Analysis (Preparation Of Pleadings / Exhibits) | 8.7 | $4,932.00 |
| 630.00 Claims / Liability Analysis (Pension) | 3.5 | $1,760.50 |
| 1020.00 Meeting Preparation & Attendance | 8.2 | $4,319.00 |
| 1040.00 Hearing / Trial Preparation & Attendance | 1.2 | $672.00 |
| 1060.00 Fee Application Preparation & Hearing | 21.6 | $6,061.50 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **264.2** | **$115,531.00** |
| **Blended Rate** | | **$437.29** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit C: Time Detail**

For the Period 3/1/2022 through 3/31/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.20 Document / Data Analysis (Financial / Accounting)** | | | |
| 3/3/2022 | M. Babcock | 2.3 | Examined ANO audits including associated notes and supplemental schedules and reports. |
| 3/30/2022 | S. Chaffos | 0.9 | Evaluated documents related to trial balance, working trial balance for FYE 2017 - 2019 within searches in Everlaw. |
| *Task Code Total Hours* | | **3.2** | |
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 3/1/2022 | R. Strong | 0.7 | Analyzed Financial Edge accounting system data produced by Debtor regarding payroll/HR related information. |
| 3/29/2022 | R. Strong | 0.2 | Analyzed Financial Edge data issues for Zobrio call regarding monthly financial statement availability. |
| 3/31/2022 | J. Shaw | 0.4 | Reviewed information provided by Zobrio in connection with Financial Edge accounting system. |
| 3/31/2022 | S. Chaffos | 0.3 | Met with BRG (JS, PS) and Zobrio (CH, JV, MK) to trial balance reports produced from Financial Edge. |
| 3/31/2022 | J. Shaw | 0.3 | Met with BRG (PS, SC) and Zobrio (CH, JV, MK) regarding Financial Edge accounting data. |
| 3/31/2022 | P. Shields | 0.3 | Spoke with Zobrio (CH, JV , MK) and BRG (JS, SC) to provide instructions regarding generation of accounting reports for purpose of verifying accounting data. |
| 3/31/2022 | J. Shaw | 0.2 | Met with BRG (PS, SC) regarding financial accounting data. |
| 3/31/2022 | S. Chaffos | 0.2 | Spoke with BRG (JS, PS) to discuss trial balance report and working trial balance report. |
| 3/31/2022 | P. Shields | 0.2 | Spoke with BRG (JS, SC) regarding comparisons to perform for trial balances, working trial balances and audit reports. |
| *Task Code Total Hours* | | **2.8** | |
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 3/3/2022 | S. Chaffos | 2.1 | Evaluated recent affiliate documents (Bates Number: 'Feb 2022 - 000576-707' and 'Feb 2022 - 002739-002792'). |
| 3/8/2022 | S. Chaffos | 2.9 | Analyzed affiliates client list from Docket 1342 in comparison to affiliate list from Docket 40. |
| ***Task Code Total Hours*** | | ***5.0*** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 3/3/2022 | S. Chaffos | 1.1 | Investigated document productions regarding policies on investments and deposit and loan funds. |
| 3/4/2022 | S. Chaffos | 2.4 | Investigated document production on affiliates with "Inc" to identify status as suppressed, merged, or closed Parishes (Blessed Sacrament, Inc - St. Philip the Apostle, Inc). |
| 3/18/2022 | S. Chaffos | 2.8 | Evaluated various affiliate lists (Docket 40, 1342, and 1362) to update the outstanding request on affiliates financial production. |
| 3/21/2022 | S. Chaffos | 1.2 | Evaluated document requests for non-debtor affiliate Rule 2004 Motion. |
| 3/22/2022 | P. Shields | 1.8 | Researched financial information still pending for non-debtor affiliates in the context of filing a Rule 2004 Motion. |
| 3/22/2022 | S. Chaffos | 1.8 | Updated document requests for non-debtor affiliate Rule 2004 Motion. |
| 3/22/2022 | P. Shields | 0.2 | Reviewed Rule 2004 Motion. |
| 3/23/2022 | P. Shields | 2.0 | Updated Rule 2004 Motion. |
| 3/23/2022 | S. Chaffos | 1.6 | Spoke with Locke Lord (RK) and BRG (PS) to discuss non-debtor affiliate Rule 2004 Motion. |
| 3/23/2022 | P. Shields | 0.3 | Spoke with Locke Lord (BK) and BRG (SC) regarding clarification on edits to Rule 2004 Motion. |
| 3/23/2022 | S. Chaffos | 0.2 | Spoke with BRG (PS) and Locke Lord (BK) to discuss non-debtor affiliate Rule 2004 Motion. |
| ***Task Code Total Hours*** | | ***15.4*** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 3/3/2022 | S. Chaffos | 0.4 | Evaluated production of periodic interim reports for 11/30/21 through 02/15/22. |
| 3/30/2022 | S. Chaffos | 0.8 | Updated MOR balance sheet comparative schedule for January 2022 - February 2022. |
| 3/30/2022 | S. Chaffos | 0.5 | Updated MOR income statement comparative schedule for January 2022 - February 2022. |

Berkeley Research Group, LLC

Invoice for the 3/1/2022 - 3/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/31/2022 | K. Calder | 2.9 | Analyzed cash receipts and disbursement for 01/01/2022 - 01/15/2022. |
| 3/31/2022 | K. Calder | 0.5 | Continued to analyze cash receipts and disbursement for 01/01/2022 - 01/15/2022. |
| *Task Code Total Hours* | | *5.1* | |

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/2/2022 | P. Shields | 1.1 | Outlined issues set forth in Annual and Semi-Annual Financial Information Statements for consideration by UCC Counsel. |
| 3/3/2022 | M. Babcock | 0.1 | Evaluated issues related to ongoing asset analyses. |
| 3/4/2022 | P. Shields | 0.1 | Spoke with BRG (OK) about obtaining additional Annual and Semi-Annual Financial Information Statements. |
| 3/7/2022 | M. Babcock | 0.5 | Participated in call with TCC Counsel (BW, EM), and BRG (PS) re: restricted asset analysis. |
| 3/7/2022 | P. Shields | 0.5 | Spoke with TCC Counsel (BW, EM) and BRG (MB) regarding analysis of restricted assets. |
| 3/8/2022 | M. Babcock | 1.0 | Met with PSZJ (JS, KB, AC), Locke Lord (RK, BK) and BRG (SC) to discuss ongoing asset analyses. |
| 3/8/2022 | S. Chaffos | 1.0 | Spoke with BRG (MB), Locke Lord (RK, BK), and PSZJ (KB, JS, AC) to discuss on going asset analyses. |
| *Task Code Total Hours* | | *4.3* | |

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/2/2022 | S. Chaffos | 2.6 | Analyzed Parish financial reports for FYE 06/30/2021, including update affiliate financial statement analysis (Sacred Heart of Jesus - St. Katharine Drexel). |
| 3/2/2022 | S. Chaffos | 1.9 | Analyzed Parish financial reports for FYE 06/30/2021, including update affiliate financial statement analysis (All Saints Roman Catholic Church - Resurrection of Our Lord). |
| 3/2/2022 | S. Chaffos | 1.7 | Analyzed Parish financial reports for FYE 06/30/2021, including update affiliate financial statement analysis (St. Louis Cathedral - Transfiguration of The Lord). |
| 3/4/2022 | S. Chaffos | 0.5 | Spoke with BRG (PS) to discuss the analysis of non-debtor affiliates including suppressed Parishes. |
| 3/4/2022 | P. Shields | 0.5 | Spoke with BRG (SC) regarding analysis of non-debtor affiliates including confirmation of suppressed Parishes. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 3/8/2022 | S. Chaffos | 1.4 | Updated affiliate financial statement analysis to include additional affiliated list on Docket 1342. |
| 3/18/2022 | S. Chaffos | 0.6 | Met with BRG (PS) to regarding the various adjustments to various affiliate lists (Dockets 40, 1342, and 1362). |
| 3/18/2022 | P. Shields | 0.6 | Spoke with BRG (SC) regarding evaluation of adjustments to various listings of Apostolates as filed by Heller Draper. |
| 3/18/2022 | S. Chaffos | 0.4 | Met with BRG (MB, PS) to review verification of non-debtor affiliates and consideration of units/operations within non-debtor affiliate legal entities (e.g., Parishes, Churches, and Schools). |
| 3/18/2022 | M. Babcock | 0.4 | Met with BRG (PS, SC) re: verification of non-debtor affiliates and consideration of units/operations within non-debtor affiliate legal entities (e.g., Parishes, Churches, and Schools). |
| 3/18/2022 | P. Shields | 0.4 | Spoke with BRG (MB, SC) regarding verification of non-debtor affiliates and consideration of units/operations within non-debtor affiliate legal entities (e.g., Parishes, Churches, and Schools). |
| 3/23/2022 | P. Shields | 1.2 | Participated in partial call with Locke Lord (RK) and BRG (SC) regarding investigation of non-debtor affiliate assets. |
| 3/24/2022 | S. Chaffos | 2.9 | Analyzed ANO Quinquennial Reports to identify suppressed, merged, and closed Parishes. |
| 3/24/2022 | S. Chaffos | 1.3 | Analyzed ANO website to identify suppressed, merged, open and closed Parishes. |
| 3/25/2022 | S. Chaffos | 2.1 | Evaluated suppressed Parishes from Quinquennial Report analysis in comparison to ANO website analysis. |
| ***Task Code Total Hours*** | | ***18.5*** | |
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 3/4/2022 | S. Chaffos | 0.6 | Evaluated ACH detailed transactions report provided by the Debtor's financial advisor for time period April 2018 - March 2020. |
| 3/12/2022 | M. Babcock | 1.8 | Prepared reports summarizing 4-year payments (Third Party, ANO/Affiliates and Unidentified). |
| 3/12/2022 | M. Babcock | 1.7 | Prepared reports summarizing 90 day payments (Third Party, ANO/Affiliates and Unidentified). |
| 3/17/2022 | J. Shaw | 2.0 | Analyzed cash disbursement detail for Third Parties (ranked 1 to 13 in total disbursements) during the 4-year period to determine uses per Counsel request. |
| 3/17/2022 | J. Shaw | 1.9 | Analyzed cash disbursement detail for Third Parties (ranked 14 to 26 in total disbursements) during the 4-year period to determine uses per Counsel request. |

Berkeley Research Group, LLC

Invoice for the 3/1/2022 - 3/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **310.00 Asset Analysis (Cash / Bank Accounts - Debtors)** | | | |
| 3/17/2022 | J. Shaw | 0.8 | Analyzed cash disbursements to individuals during the 4-year period to determine uses per Counsel request. |
| 3/18/2022 | J. Shaw | 2.0 | Analyzed cash disbursements detail to individuals during the 4-year period to determine uses per Counsel request. |
| 3/18/2022 | J. Shaw | 0.8 | Analyzed 4-year cash disbursements for additional Third Parties and individuals requested by Counsel. |
| 3/24/2022 | A. Strong | 1.4 | Reviewed wire transfer details for standardization of payee name, where applicable. |
| 3/24/2022 | J. Shaw | 0.8 | Evaluated ANO operating account cash receipts and disbursements transaction detail. |
| 3/25/2022 | J. Shaw | 0.1 | Reviewed ANO operating account cash receipts and disbursement analysis. |
| 3/28/2022 | J. Shaw | 1.9 | Analyzed ANO operating account cash receipt and disbursements. |
| 3/28/2022 | A. Strong | 0.8 | Analyzed ANO operating account cash receipts and disbursements. |
| 3/28/2022 | O. Kan | 0.3 | Performed research re: recent financial statement disclosures and obtained financial statements disclosures. |
| 3/28/2022 | O. Kan | 0.1 | Participated in call with BGR (PS) re: recent financial statement disclosures. |
| 3/30/2022 | J. Shaw | 2.9 | Analyzed operating account cash receipts and disbursements transaction detail to verify payee and category designations. |
| ***Task Code Total Hours*** | | ***19.9*** | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 3/2/2022 | M. Babcock | 0.7 | Revised Portfolio A and Portfolio B analysis including examination of available documents. |
| 3/3/2022 | M. Babcock | 1.7 | Analyzed Portfolio B activity including information reported in Debtor's bankruptcy filings. |
| 3/3/2022 | S. Chaffos | 1.5 | Investigated document productions regarding Portfolio A and Portfolio B. |
| 3/3/2022 | M. Babcock | 1.0 | Analyzed Portfolio A activity including information reported in Debtor's bankruptcy filings. |
| 3/4/2022 | M. Babcock | 0.9 | Met with UCC Counsel (JS, KB) to discuss asset analyses (including Portfolios A and B). |
| 3/4/2022 | S. Chaffos | 0.9 | Spoke with BRG (MB) and PSZJ (KB, JS) to discuss Debtor's investment accounts. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 3/4/2022 | M. Babcock | 0.5 | Evaluated issues related to analysis of Portfolios A and B. |
| 3/16/2022 | M. Babcock | 1.5 | Analyzed Portfolio B participants (Debtor and non-debtor affiliates) as of the Petition Date (including total alleged holdings). |
| 3/16/2022 | M. Babcock | 1.5 | Met with BRG (PS) to discuss issues related to Portfolios A and B (DLF). |
| 3/16/2022 | P. Shields | 1.5 | Spoke with BRG (MB) to evaluate Portfolio A and Portfolio B/DLF structure and assets in the context the ANO Declaratory Relief Complaint. |
| 3/16/2022 | S. Chaffos | 0.6 | Investigated participant statements relating to Portfolio A on Everlaw. |
| 3/17/2022 | M. Babcock | 1.8 | Analyzed Portfolio A participants (Debtor and non-debtor affiliates) as of the Petition Date (including total alleged holdings). |
| 3/17/2022 | M. Babcock | 0.7 | Analyzed Portfolio A participants (Debtor and non-debtor affiliates) as of the Petition Date (including total alleged holdings). |
| 3/28/2022 | P. Shields | 0.1 | Researched means of obtaining additional Annual and Semi-Annual Financial Information Statements. |
| *Task Code Total Hours* | | *14.9* | |
| **350.00 Asset Analysis (Insurance - Debtors)** | | | |
| 3/8/2022 | R. Strong | 0.5 | Discussed asset analysis of captive insurance company with BRG (JH). |
| 3/8/2022 | M. Babcock | 0.5 | Met with BRG (JH, RS) to discuss captive insurance company asset analysis. |
| 3/8/2022 | J. Hull | 0.5 | Participated in call with BRG (RS) re: ANO's captive insurance and self-insurance in preparation for program review. |
| 3/8/2022 | J. Hull | 0.5 | Reviewed financial statements related to ANO's self-insurance program. |
| 3/10/2022 | J. Hull | 2.0 | Continued evaluation of ANO self-insurance program and use of related party captive. |
| 3/11/2022 | J. Hull | 2.8 | Prepared initial findings about assets retained within or passing through the self-insurance component of administrative offices and the ANO captive. |
| 3/12/2022 | M. Babcock | 0.3 | Evaluated issues related to captive insurance/self-insurance programs. |
| *Task Code Total Hours* | | *7.1* | |
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 3/4/2022 | M. Babcock | 2.7 | Categorized avoidance action analysis transactions (tolling agreement parties). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 3/4/2022 | M. Babcock | 2.2 | Updated 90-day avoidance action analysis. |
| 3/4/2022 | S. Chaffos | 1.3 | Spoke with BRG (MB) and Locke Lord (RK, SB, BK) to discuss avoidance action analysis. |
| 3/4/2022 | M. Babcock | 1.2 | Met with Locke Lord (RK, BK, SB) and BRG (SC) to evaluate avoidance action analyses. |
| 3/7/2022 | M. Babcock | 2.5 | Revised 4-year avoidance action analysis. |
| 3/7/2022 | M. Babcock | 2.2 | Revised categorization of avoidance action analysis transactions (tolling agreement parties). |
| 3/7/2022 | M. Babcock | 2.2 | Updated 1-year avoidance action analysis. |
| 3/8/2022 | S. Chaffos | 1.6 | Met with BRG (MB) to discuss the avoidance action analysis. |
| 3/8/2022 | M. Babcock | 1.6 | Met with BRG (SC) to discuss avoidance action analysis. |
| 3/8/2022 | M. Babcock | 1.4 | Updated 1-year avoidance action analysis. |
| 3/8/2022 | M. Babcock | 1.3 | Updated 4-year avoidance action analysis. |
| 3/8/2022 | M. Babcock | 1.2 | Updated 90-day avoidance action analysis. |
| 3/9/2022 | S. Chaffos | 2.9 | Analyzed payments to credits on SOFA to determine other bank accounts that are included on the 90-day analysis. |
| 3/9/2022 | M. Babcock | 2.7 | Revised categorization of avoidance action analysis transactions (tolling agreement parties). |
| 3/9/2022 | M. Babcock | 2.2 | Updated 90-day, 1-year, and 4-year avoidance action analyses. |
| 3/9/2022 | S. Chaffos | 1.8 | Met with BRG (JS, MB) to discuss the avoidance action and SOFA analysis. |
| 3/9/2022 | M. Babcock | 1.8 | Met with BRG (JS, SC) to discuss avoidance action analysis. |
| 3/9/2022 | J. Shaw | 1.8 | Met with BRG (MB, SC) to update avoidance action analysis. |
| 3/9/2022 | J. Shaw | 1.2 | Analyzed bank receipt and disbursement activity for ANO units in connection with avoidance action analysis. |
| 3/9/2022 | S. Chaffos | 0.9 | Spoke with BRG (JS) to discuss QuickBooks online for Archdiocesan units in connection with avoidance action analysis. |
| 3/9/2022 | J. Shaw | 0.9 | Spoke with BRG (SC) regarding ANO Unit QuickBooks accounts and data in connection with avoidance action analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 3/10/2022 | J. Shaw | 2.9 | Updated cash receipt and disbursement activity for ANO Units (CC Heritage Center, Archbishop Shaw, Archbishop Rummel) in connection with avoidance action analysis. |
| 3/10/2022 | J. Shaw | 2.9 | Updated cash receipt and disbursement activity for ANO Units (Pope John Paul II HS, Archbishop Hannan, St. Louis Cathedral) in connection with avoidance action analysis. |
| 3/10/2022 | J. Shaw | 2.9 | Updated cash receipt and disbursement activity for ANO Units (St. Scholastica Academy, St. Michael Special School, St. Charles Catholic HS) in connection with avoidance action analysis. |
| 3/10/2022 | S. Chaffos | 2.8 | Analyzed payments over $100,000 made to creditors on avoidance action analysis. |
| 3/10/2022 | S. Chaffos | 2.7 | Continued to analysis payments over $100,000 made to creditors on avoidance action analysis. |
| 3/10/2022 | M. Babcock | 2.1 | Revised 90-day, 1-year, and 4-year avoidance action analyses. |
| 3/10/2022 | J. Shaw | 1.4 | Updated cash receipt and disbursement activity for ANO Units (Our Lady of Guadalupe, Archbishop Chapelle, Academy of Our Lady) in connection with avoidance action analysis. |
| 3/11/2022 | J. Shaw | 2.7 | Reviewed QuickBooks cash transaction data and balances for ANO units in connection with avoidance action analysis. |
| 3/11/2022 | J. Shaw | 2.0 | Prepared cash receipt and disbursement analysis for ANO units in connection with avoidance action analysis. |
| 3/11/2022 | S. Chaffos | 1.4 | Evaluated Commercial Committee list of parities in avoidance actions in comparison to BRG affiliates list. |
| 3/11/2022 | M. Babcock | 1.4 | Revised categorization of avoidance action analysis. |
| 3/11/2022 | M. Babcock | 1.2 | Updated categorization of avoidance action analysis transactions (tolling agreement parties). |
| 3/11/2022 | R. Strong | 1.1 | Discussed Financial Edge general ledger data regarding avoidance action analysis. |
| 3/11/2022 | S. Chaffos | 1.0 | Met with BRG (MB, JS) and Locke Lord (BK, SB) to discuss the avoidance action analysis. |
| 3/11/2022 | J. Shaw | 1.0 | Met with BRG (MB, SC) and Lock Lorde (BK, SB) regarding avoidance action analysis. |
| 3/11/2022 | M. Babcock | 1.0 | Met with Locke Lord (BK, SB) and BRG (JS, SC) to discus avoidance action analysis. |
| 3/11/2022 | M. Babcock | 0.8 | Met with BRG (JS, SC) to discuss avoidance action analysis. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 3/11/2022 | J. Shaw | 0.8 | Met with BRG (MB, SC) regarding avoidance action analysis. |
| 3/11/2022 | S. Chaffos | 0.8 | Spoke with BRG (JS, MB) relating to updates on avoidance action analysis. |
| 3/11/2022 | R. Strong | 0.5 | Discussed Financial Edge general ledger data with BRG (MB) relating to avoidance action analysis. |
| 3/11/2022 | S. Chaffos | 0.5 | Met with BRG (MB) relating to payments over $100,000 on avoidance action analysis. |
| 3/11/2022 | M. Babcock | 0.5 | Met with BRG (RS) to analyze Financial Edge data in conjunction with avoidance action analysis. |
| 3/11/2022 | M. Babcock | 0.5 | Met with BRG (SC) to discuss avoidance action analysis. |
| 3/14/2022 | J. Shaw | 1.7 | Reviewed avoidance action schedules to verify completeness and accuracy. |
| 3/14/2022 | J. Shaw | 0.8 | Reconciled QB cash receipt and disbursement transactions for ANO units in connection with avoidance action analysis. |
| 3/14/2022 | M. Babcock | 0.5 | Updated reports summarizing potential avoidance actions (Third Party, ANO/Affiliates, and Unidentified). |
| 3/14/2022 | M. Babcock | 0.2 | Met with BRG (JS, SC) to review ongoing avoidance action analysis. |
| 3/14/2022 | J. Shaw | 0.2 | Met with BRG (MB, SC) regarding avoidance action analysis. |
| 3/14/2022 | S. Chaffos | 0.2 | Spoke with BRG (JS, MB) to discuss avoidance action analysis. |
| 3/15/2022 | J. Shaw | 0.6 | Evaluated ANO cash receipts and disbursements in connection with avoidance action analysis. |
| 3/15/2022 | A. Strong | 0.5 | Met with BRG (JS) to review wire details in connection with ANO preference analysis. |
| 3/15/2022 | J. Shaw | 0.5 | Spoke with BRG (AS) regarding tasks to be completed in connection with avoidance action analysis. |
| 3/15/2022 | J. Shaw | 0.2 | Reviewed status of avoidance action analysis. |
| 3/16/2022 | A. Strong | 2.7 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis. |
| 3/18/2022 | M. Babcock | 1.5 | Met with BRG (JS, SC) to update avoidance action analysis. |
| 3/18/2022 | J. Shaw | 1.5 | Met with BRG (MB, SC) to update avoidance action analysis. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 3/18/2022 | S. Chaffos | 1.5 | Spoke with BRG (JS, MB) regarding the updates made to avoidance action analysis. |
| 3/18/2022 | J. Shaw | 0.6 | Met with BRG (PS, MB, SC) and Lock Lorde (BK) regarding avoidance action analysis. |
| 3/18/2022 | M. Babcock | 0.6 | Met with Locke Lord (BK) and BRG (PS, JS, SC) to update avoidance action analysis. |
| 3/18/2022 | S. Chaffos | 0.6 | Spoke with BRG (JS, MB, PS) and Locke Lord (BK) to discuss avoidance action analysis. |
| 3/18/2022 | P. Shields | 0.5 | Participated in partial call with Locke Lord (BK) and BRG (MB, JS, SC) regarding preference analysis. |
| 3/21/2022 | J. Shaw | 1.9 | Updated cash receipts and disbursements for ANO units (Pope John Paul II, Our Lady of Guadalupe, Catholic Cultural Heritage, Academy of Our Lady) in connection with avoidance action analysis. |
| 3/21/2022 | J. Shaw | 1.8 | Updated cash receipts and disbursements for ANO units (Archbishop St. Scholastica, St. Michael, St. Louis Cathedral, St. Charles) in connection with avoidance action analysis. |
| 3/21/2022 | A. Strong | 1.2 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as "Unidentified" disbursements dated 6/1 - partial 7/31/18. |
| 3/22/2022 | J. Shaw | 1.9 | Updated cash receipts and disbursements for ANO units (Archbishop Shaw, Archbishop Rummel, Academy of Our Lady) in connection with avoidance action analysis. |
| 3/22/2022 | S. Chaffos | 1.8 | Evaluated Commercial Committee updated list of parities in avoidance actions in comparison to BRG affiliates list. |
| 3/22/2022 | A. Strong | 1.8 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as "Unidentified" disbursements dated 7/31 - 11/30/18. |
| 3/22/2022 | A. Strong | 1.7 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as "Unidentified" disbursements dated 12/1/18 - 2/12/19. |
| 3/22/2022 | A. Strong | 1.0 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as "Unidentified" disbursements dated 2/13 - 5/7/19. |
| 3/22/2022 | A. Strong | 0.9 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as "Unidentified" disbursements dated 5/8 - 7/31/19. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**410.00 Litigation Analysis (Avoidance Actions)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/23/2022 | A. Strong | 2.7 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as 'Unidentified' disbursements dated 8/1 - 12/31/19. |
| 3/24/2022 | A. Strong | 2.4 | Reviewed additional wire transfer details received for payee details in connection with ANO preference analysis - transactions categorized as 'Unidentified' disbursements dated 1/1 - 3/31/20. |
| 3/24/2022 | J. Shaw | 1.2 | Updated cash receipts and disbursements for ANO units (Archbishop Hannan, Archbishop Chapelle) in connection with avoidance action analysis. |
| 3/25/2022 | J. Shaw | 1.8 | Reviewed ANO operating account cash receipts and disbursement detail in connection with avoidance action analysis. |
| 3/28/2022 | J. Shaw | 1.8 | Prepared cash disbursement analysis for requested Third Parties in connection with avoidance actions. |
| 3/28/2022 | M. Babcock | 1.1 | Examined Operating Account and DLF transaction data in conjunction with avoidance action analysis. |
| 3/28/2022 | M. Babcock | 0.9 | Met with BRG (JS, SC) to update avoidance action analysis. |
| 3/28/2022 | S. Chaffos | 0.9 | Met with BRG (MB, JS) to discuss the avoidance action analysis to answer commercial committee. |
| 3/28/2022 | J. Shaw | 0.9 | Met with BRG (MB, SC) regarding avoidance action analysis. |
| 3/28/2022 | M. Babcock | 0.4 | Met with Locke Lord (SB) and BRG (SC) to discuss avoidance action analysis. |
| 3/28/2022 | S. Chaffos | 0.4 | Spoke with BRG (MB) and Locke Lord (SB) to address questions on the avoidance action analysis. |
| 3/28/2022 | J. Shaw | 0.2 | Evaluated avoidance action issues. |
| 3/28/2022 | M. Babcock | 0.2 | Met with BRG (SC) to discuss avoidance action analysis. |
| 3/28/2022 | S. Chaffos | 0.2 | Spoke with BRG (MB) to address commercial committee questions relating to the avoidance action analysis. |
| 3/29/2022 | J. Shaw | 2.1 | Prepared updated 4-year disbursement schedules in connection with avoidance action analysis. |
| 3/29/2022 | S. Chaffos | 1.1 | Evaluated third party transactions identified by Commercial Committee (Beverly Construction - Nazareth Inn). |
| 3/29/2022 | J. Shaw | 1.0 | Updated comparative (CC versus UCC) Third Party 4-year disbursement analysis in connection with avoidance actions. |
| 3/29/2022 | S. Chaffos | 0.9 | Met with BRG (JS, MB) to discuss avoidance action analysis. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **410.00 Litigation Analysis (Avoidance Actions)** | | | |
| 3/29/2022 | M. Babcock | 0.9 | Met with BRG (JS, SC) to update avoidance action analysis. |
| 3/29/2022 | J. Shaw | 0.9 | Met with BRG (MB, SC) regarding avoidance action analysis. |
| 3/29/2022 | S. Chaffos | 0.7 | Met with BRG (JS) to discuss third-party parties on the avoidance action analysis. |
| 3/29/2022 | J. Shaw | 0.7 | Spoke with BRG (SC) regarding status and issues related to avoidance action analysis. |
| *Task Code Total Hours* | | *124.8* | |
| **430.00 Litigation Analysis (Preparation Of Pleadings / Exhibits)** | | | |
| 3/12/2022 | M. Babcock | 2.9 | Revised Portfolios A and B Complaint. |
| 3/15/2022 | M. Babcock | 0.6 | Evaluated issues related to Portfolios A and B Complaint. |
| 3/16/2022 | M. Babcock | 2.5 | Updated Portfolios A and B Complaint. |
| 3/16/2022 | M. Babcock | 0.8 | Met with UCC Counsel (KB) and BRG (PS) to discuss Portfolios A and B Complaint. |
| 3/16/2022 | P. Shields | 0.8 | Spoke with UCC Counsel (KB) and BRG (MB) to evaluate Portfolio A and B structure and assets in the context the ANO Declaratory Relief Complaint. |
| 3/18/2022 | M. Babcock | 1.1 | Revised Portfolios A and B Complaint. |
| *Task Code Total Hours* | | *8.7* | |
| **630.00 Claims / Liability Analysis (Pension)** | | | |
| 3/1/2022 | M. Babcock | 2.1 | Continued analysis of post-petition disbursements to credibly accused Priests. |
| 3/1/2022 | S. Chaffos | 0.7 | Investigated post-petition pension payments to credibly accused priest. |
| 3/4/2022 | M. Babcock | 0.7 | Met with UCC Counsel (GB) and Rock Creek (JS, CP) to discuss pension issues. |
| *Task Code Total Hours* | | *3.5* | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 3/1/2022 | M. Babcock | 0.8 | Met with BRG (PS) to discuss ongoing asset analyses and post-petition disbursements to Priests. |
| 3/1/2022 | P. Shields | 0.8 | Spoke with BRG (MB) regarding analysis of the Portfolio A and Portfolio B assets and analysis of disbursements to Priests. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1020.00 Meeting Preparation & Attendance** | | | |
| 3/3/2022 | S. Chaffos | 1.4 | Met with BRG (PS, MB) to evaluate document productions and Portfolios A and B. |
| 3/3/2022 | M. Babcock | 1.4 | Met with BRG (PS, SC) to evaluate Apostolate document productions and Portfolios A and B. |
| 3/3/2022 | P. Shields | 1.4 | Spoke with BRG (MB, SC) regarding analysis of Portfolios A and B, and non-debtor affiliate financial information. |
| 3/3/2022 | S. Chaffos | 0.4 | Met with BRG (PS, MB) and Locke Lord (BK) re: status update on affiliates and avoidance actions. |
| 3/3/2022 | M. Babcock | 0.4 | Met with Locke Lord (BK) and BRG (PS, SC) to discuss Apostolate document productions and avoidance action analysis. |
| 3/3/2022 | P. Shields | 0.4 | Spoke with Locke Lord (BK) and BRG (MB, SC) regarding non-debtor affiliate financial information and avoidance actions. |
| 3/11/2022 | M. Babcock | 0.6 | Met with BRG (PS) to review Portfolios A and B complaint and avoidance action analysis. |
| 3/11/2022 | P. Shields | 0.6 | Spoke with BRG (MB) regarding analysis of Portfolios A and B assets and potential avoidance actions. |
| *Task Code Total Hours* | | *8.2* | |
| **1040.00 Hearing / Trial Preparation & Attendance** | | | |
| 3/18/2022 | M. Babcock | 1.2 | Prepared declaration and exhibit regarding payments to credibly accused Priests. |
| *Task Code Total Hours* | | *1.2* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 3/14/2022 | M. Haverkamp | 0.3 | Reviewed Debtor Counsel letter on concerns regarding January fee statement. |
| 3/15/2022 | K. Hendry | 2.2 | Prepared February fee detail. |
| 3/16/2022 | K. Hendry | 0.4 | Prepared February fee detail. |
| 3/18/2022 | M. Haverkamp | 1.3 | Edited February fee statement. |
| 3/18/2022 | K. Hendry | 1.3 | Prepared February fee detail. |
| 3/21/2022 | P. Shields | 0.7 | Met with BRG (MH) regarding February 2022 Fee Statement. |
| 3/21/2022 | M. Haverkamp | 0.7 | Met with BRG (PS) to review February fee statement. |
| 3/22/2022 | K. Hendry | 1.7 | Prepared February fee statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 3/22/2022 | K. Hendry | 1.1 | Prepared third interim fee application. |
| 3/22/2022 | M. Haverkamp | 0.9 | Edited February fee statement. |
| 3/22/2022 | P. Shields | 0.1 | Reviewed February 2022 Fee Statement prior to submission. |
| 3/23/2022 | H. Henritzy | 2.4 | Prepared Nov - Feb Interim fee application. |
| 3/23/2022 | M. Haverkamp | 1.3 | Edited November - February Third Interim Fee Application. |
| 3/23/2022 | K. Hendry | 0.7 | Prepared February fee statement. |
| 3/23/2022 | M. Haverkamp | 0.3 | Edited February fee statement. |
| 3/24/2022 | H. Henritzy | 2.4 | Prepared Nov - Feb Interim fee application. |
| 3/24/2022 | P. Shields | 1.9 | Prepared task code narrative for third Interim Fee Application. |
| 3/24/2022 | M. Haverkamp | 1.5 | Edited November - February Third Interim Fee Application. |
| 3/24/2022 | H. Henritzy | 0.4 | Reviewed Nov - Feb Interim Fee Application. |
| *Task Code Total Hours* | | *21.6* | |
| **Total Hours** | | **264.2** | |

# EXHIBIT B

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: June 10, 2022 |

### NINETEENTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Nineteenth Monthly Fee and Expense Statement (the "Statement") for the period from April 1, 2022 through April 30, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| April 1, 2022 to April 30, 2022 | |
|---|---|
| Fees (at standard rates) | $52,333.00 |
| Voluntary reduction | (($8,402.00)) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $43,931.00 |
|---|---|
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$43,931.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |

2

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021- 10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $0.00 | $0.00 | $115,531.00 |
| **Totals** | | **$914,188.00** | **$3,902.45** | | **$798,657.00** | **$3,902.45** | **$115,531.00** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.　　In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.　　Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 10, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.　　To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

4

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $35,144.80 (80% of $43,931.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $35,144.80 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  May 27, 2022                                    Respectfully submitted,

                                                        By:/s/ *Paul N. Shields*
                                                            Paul N. Shields
                                                            Berkeley Research Group, LLC
                                                            201 South Main Street, Suite 450
                                                            Salt Lake City, Utah 84111
                                                            Telephone: (801) 364-6233
                                                            Email:  pshields@thinkbrg.com

                                                        *Financial Advisors to the Official Committee of
                                                        Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 4/1/2022 through 4/30/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 2.3 | $1,518.00 |
| O. Kan | Managing Director | $600.00 | 0.2 | $120.00 |
| P. Shields | Managing Director | $635.00 | 13.1 | $8,318.50 |
| M. Babcock | Director | $560.00 | 18.9 | $10,584.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 19.4 | $9,215.00 |
| S. Chaffos | Senior Associate | $275.00 | 38.4 | $10,560.00 |
| M. Haverkamp | Case Manager | $300.00 | 2.2 | $660.00 |
| H. Henritzy | Case Assistant | $195.00 | 6.9 | $1,345.50 |
| K. Calder | Case Assistant | $140.00 | 11.5 | $1,610.00 |
| **Total** | | | **112.9** | **$43,931.00** |
| **Blended Rate** | | | | **$389.11** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 4/1/2022 through 4/30/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 15.4 | $5,323.00 |
| 200.90 Document / Data Analysis (Production Requests) | 5.3 | $2,376.00 |
| 211.06 Bankruptcy Proceedings (Protective Order Violations) | 0.6 | $381.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 11.5 | $1,610.00 |
| 300.00 Asset Analysis (General - Debtors) | 0.9 | $504.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 23.4 | $12,394.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 10.8 | $5,206.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 5.1 | $3,059.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 25.3 | $8,077.50 |
| 430.00 Litigation Analysis (Preparation Of Pleadings / Exhibits) | 4.6 | $2,475.50 |
| 1020.00 Meeting Preparation & Attendance | 0.7 | $392.00 |
| 1060.00 Fee Application Preparation & Hearing | 9.3 | $2,132.50 |
| **Total** | **112.9** | **$43,931.00** |
| **Blended Rate** | | **$389.11** |

**In re: The Roman Catholic Church of the**

## Berkeley Research Group, LLC

**Exhibit C: Time Detail**

For the Period 4/1/2022 through 4/30/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1020.00 Meeting Preparation & Attendance** | | | |
| 4/15/2022 | M. Babcock | 0.7 | Met with UCC Counsel (JS, KB, AC, RK, BK) in order to discuss case issues (including adversary complaint). |
| *Task Code Total Hours* | | *0.7* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 4/14/2022 | M. Haverkamp | 0.1 | Reviewed Draft Order on Third Interim Fee Application. |
| 4/15/2022 | H. Henritzy | 1.6 | Prepared March monthly fee statement. |
| 4/19/2022 | H. Henritzy | 1.3 | Prepared March monthly fee statement. |
| 4/20/2022 | M. Haverkamp | 0.2 | Edited March fee statement. |
| 4/21/2022 | M. Haverkamp | 1.1 | Edited March fee statement. |
| 4/22/2022 | H. Henritzy | 2.1 | Prepared March monthly fee statement. |
| 4/22/2022 | M. Haverkamp | 0.4 | Edited March fee statement. |
| 4/25/2022 | H. Henritzy | 0.6 | Prepared March monthly fee statement. |
| 4/25/2022 | M. Haverkamp | 0.2 | Reviewed March fee statement. |
| 4/26/2022 | H. Henritzy | 1.3 | Prepared LEDES file for March fee statement. |
| 4/26/2022 | P. Shields | 0.2 | Reviewed March 2022 Fee Statement prior to submitting. |
| 4/27/2022 | M. Haverkamp | 0.2 | Reviewed updated March fee statement. |
| *Task Code Total Hours* | | *9.3* | |
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 4/22/2022 | S. Chaffos | 1.0 | Met with BRG (JS, PS [partial]) regarding comparative financial information provided by Zobrio. |
| 4/22/2022 | J. Shaw | 1.0 | Met with BRG (PS [partial], SC) to evaluate ANO comparative financial data. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 4/22/2022 | P. Shields | 0.8 | Met with BRG (partial) (JS, SC) regarding analysis submitted by Zobrio. |
| 4/25/2022 | S. Chaffos | 1.6 | Analyzed the trial balance accounts in comparison to audited trial balance amounts for years 2017 - 2019. |
| 4/25/2022 | S. Chaffos | 1.0 | Held call with BRG (JS) to discuss the deference amounts from the trial balance to audited trial balance for years 2017 - 2019. |
| 4/25/2022 | J. Shaw | 1.0 | Met with BRG (SC) regarding comparative financial statement/trial balance data. |
| 4/26/2022 | S. Chaffos | 2.1 | Analyzed the audited trial balance accounts in comparison to audited income statements for years 2017 - 2019. |
| 4/26/2022 | S. Chaffos | 1.8 | Summarized the different amounts from the trial balance reports to audited trial balance reports in comparison to the audited financial statements for years 2017 - 2019. |
| 4/26/2022 | S. Chaffos | 1.5 | Analyzed the audited trial balance accounts in comparison to audited balance sheet for years 2017 - 2019. |
| 4/26/2022 | S. Chaffos | 0.9 | Met with BRG (JS) and Zobrio (CH, CH) regarding the differences from the trial balance reports to audited financial statements for years 2017 - 2019. |
| 4/26/2022 | J. Shaw | 0.9 | Met with BRG (SC) and Zobrio (CH, CH) to evaluate ANO financial accounting data. |
| 4/26/2022 | S. Chaffos | 0.7 | Met with BRG (JS) to discuss the differences from the audited trial balance accounts in comparison to audited financial statements for years 2017 - 2019. |
| 4/26/2022 | J. Shaw | 0.7 | Met with BRG (SC) regarding comparative financial data. |
| 4/26/2022 | J. Shaw | 0.4 | Reviewed schedules and financial information to be provided to Zobrio for analysis. |
| **Task Code Total Hours** | | **15.4** | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 4/12/2022 | M. Babcock | 0.5 | Evaluated outstanding issues related to Rule 2004. |
| 4/13/2022 | J. Shaw | 1.1 | Attended call with BRG (MB, SC), Locke Lord (BK, RK), Pachulski (AC), Affiliate Counsel (DD) and Debtor Counsel (MM) to discuss 2004 request. |
| 4/13/2022 | S. Chaffos | 1.1 | Met with BRG (MB, JS), Locke Lord (BK, RK), Pachulski (AC), Affiliates Counsel (DD), Debtor Counsel (MM) to discuss the 2004 motion document requests. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.90 Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/13/2022 | M. Babcock | 1.1 | Met with Debtor Counsel (MM), Apostolate Counsel (DD), UCC Counsel (AC, RK, BK) and BRG (JS, SC) in order to discuss Apostalate Rule 2004. |
| 4/13/2022 | J. Shaw | 0.5 | Attended call with BRG (MB, SC), Locke Lord (BK, RK), and Pachulski (AC) regarding 2004 request. |
| 4/13/2022 | S. Chaffos | 0.5 | Met with BRG (MB, JS), Locke Lord (BK, RK), and Pachulski (AC) regarding the 2004 motion document requests. |
| 4/13/2022 | M. Babcock | 0.5 | Met with UCC Counsel (AC, RK, BK) and BRG (JS, SC) in order to discuss Apostolate Rule 2004. |
| **Task Code Total Hours** | | **5.3** | |

**211.06 Bankruptcy Proceedings (Protective Order Violations)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/29/2022 | P. Shields | 0.3 | Coordinated the dissemination and gathering of BRG declarations. |
| 4/29/2022 | P. Shields | 0.3 | Reviewed issues associated with the UST investigation and BRG declarations. |
| **Task Code Total Hours** | | **0.6** | |

**220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/1/2022 | K. Calder | 2.9 | Analyzed cash receipts and disbursements for 01/16/2022 - 01/31/2022. |
| 4/1/2022 | K. Calder | 2.7 | Analyzed cash receipts and disbursements for 02/01/2022 - 02/15/2022. |
| 4/1/2022 | K. Calder | 2.1 | Analyzed cash receipts and disbursement for 03/01/2022 - 3/15/2022 |
| 4/2/2022 | K. Calder | 1.4 | Analyzed cash receipts and disbursements for 02/28/2022 - 03/15/2022. |
| 4/4/2022 | K. Calder | 2.4 | Analyzed cash receipts and disbursements for 02/28/2022 - 03/15/2022. |
| **Task Code Total Hours** | | **11.5** | |

**300.00 Asset Analysis (General - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/27/2022 | M. Babcock | 0.9 | Analyzed financial statements (ANO and ANO Units). |
| **Task Code Total Hours** | | **0.9** | |

**302.00 Asset Analysis (General - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/20/2022 | J. Shaw | 0.9 | Analyzed parish asset data in connection with ANO affiliate analysis. |
| 4/20/2022 | P. Shields | 0.3 | Reviewed emails and schedule from Counsel outlining issues impacting the Committee's continued identification of ANO Affiliates. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 4/21/2022 | S. Chaffos | 0.7 | Met with BRG (JS [partial], PS) to discuss legal entity name regarding to affiliate asset analysis. |
| 4/21/2022 | P. Shields | 0.7 | Met with BRG (JS [partial], SC) to evaluate means of capturing and summarizing financial information and claims data for legal entities. |
| 4/21/2022 | S. Chaffos | 0.5 | Met with BRG (JS, PS) and Locke Lord (BK, AL) to verify non-debtor affiliate information. |
| 4/21/2022 | J. Shaw | 0.5 | Met with BRG (partial)(PS, SC) to evaluate non-debtor affiliate analysis. |
| 4/21/2022 | J. Shaw | 0.5 | Met with BRG (PS, SC) and Locke Lord (BK, AL) to verify non-debtor affiliates. |
| 4/21/2022 | P. Shields | 0.5 | Met with UCC (BK, AL) and BRG (JS, SC) regarding analysis verifying ANO Affiliates, which includes assessment of suppressed /merged parishes and units within parishes (i.e., grammar schools) for which separate financial reporting is provided. |
| 4/22/2022 | S. Chaffos | 0.7 | Met with BRG (MB, PS) regarding affiliate legal entity name list. |
| 4/22/2022 | P. Shields | 0.7 | Met with BRG (MB, SC) regarding verification of Non-Debtor Affiliates. |
| 4/22/2022 | M. Babcock | 0.7 | Met with BRG (PS, SC) in order to update analysis of Affiliate / Apostolate assets. |
| 4/25/2022 | M. Babcock | 1.2 | Updated Affiliate asset analysis and complaint pursuant to revised defendant list received from Affiliate Counsel. |
| 4/25/2022 | S. Chaffos | 1.0 | Held call with BRG (PS, MB) to discuss non-debtor affiliate asset analysis. |
| 4/25/2022 | P. Shields | 1.0 | Met with BRG (MB, SC) regarding modeling and method for verifying Non-Debtor Affiliates. |
| 4/25/2022 | M. Babcock | 1.0 | Met with BRG (PS, SC) in order to discuss ongoing Affiliate asset analyses. |
| 4/26/2022 | M. Babcock | 0.7 | Met with BRG (PS, DJ) in order to discuss / coordinate ongoing Affiliate asset analyses. |
| 4/26/2022 | P. Shields | 0.7 | Participated in call with MB and DJ regarding mediation preparation workplan. |
| 4/26/2022 | D. Judd | 0.7 | Participated in zoom call with MB and PS regarding work to be performed in preparation for mediation. |
| 4/26/2022 | M. Babcock | 0.4 | Examined audits / financial statements produced to date for ANO and Affiliates. |

Berkeley Research Group, LLC

Invoice for the 4/1/2022 - 4/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**302.00 Asset Analysis (General - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/27/2022 | S. Chaffos | 1.2 | Met with BRG (MB) to analysis financial statements for debtor and non-debtor affiliates. |
| 4/27/2022 | M. Babcock | 1.2 | Met with BRG (SC) in order to analyze financial statements (ANO, ANO Units, Parishes, and Affiliates). |
| 4/27/2022 | M. Babcock | 0.7 | Analyzed financial statements (Affiliates). |
| 4/27/2022 | M. Babcock | 0.4 | Analyzed financial statements (Parishes). |
| 4/28/2022 | P. Shields | 1.3 | Met with BRG (DJ, MB) to outline additional analysis of Non-Debtor Affiliate financial information. |
| 4/28/2022 | M. Babcock | 1.3 | Met with BRG (PS, DJ) in order coordinate ongoing Apostolate / Affiliate asset analyses. |
| 4/28/2022 | D. Judd | 1.3 | Participated in zoom call with MB and PS regarding work to be performed in preparation for mediation. |
| 4/28/2022 | M. Babcock | 0.9 | Updated analysis of financial statements (Affiliates). |
| 4/28/2022 | D. Judd | 0.3 | Reviewed memo report from J. Hull regarding the Captive Insurance company and activity. |
| 4/29/2022 | M. Babcock | 1.4 | Analyzed most recent available financial statements for ANO, ANO Units and Affiliates. |

**Task Code Total Hours** — **23.4**

**310.00 Asset Analysis (Cash / Bank Accounts - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/1/2022 | J. Shaw | 2.5 | Updated ANO operating account cash receipt and disbursement analysis. |
| 4/1/2022 | M. Babcock | 0.9 | Met with BRG (JS) in order to update receipt and disbursement analysis (Operating Account). |
| 4/1/2022 | J. Shaw | 0.9 | Met with BRG (MB) regarding cash receipt and disbursement analysis for ANO operating account. |
| 4/1/2022 | J. Shaw | 0.5 | Reconciled ANO operating account cash receipt and disbursement transactions data. |
| 4/18/2022 | J. Shaw | 2.8 | Updated cash receipt and disbursement analysis for ANO operating account. |
| 4/18/2022 | J. Shaw | 2.7 | Reconciled cash receipt and disbursement analysis for ANO operating account. |
| 4/19/2022 | J. Shaw | 0.5 | Continued to reconcile cash receipt and disbursement analysis for ANO operating account. |

| Date | Professional | Hours | Description |
|---|---|---|---|

**310.00 Asset Analysis (Cash / Bank Accounts - Debtors)**

| | | | |
|---|---|---|---|
| *Task Code Total Hours* | | *10.8* | |

**320.00 Asset Analysis (Investments / Funds - Debtors)**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 4/12/2022 | M. Babcock | 0.9 | Revised Portfolio A analysis. |
| 4/13/2022 | M. Babcock | 0.8 | Updated analysis of Portfolio A (including examination of available documentation). |
| 4/15/2022 | M. Babcock | 0.6 | Evaluated outstanding issues related to Portfolio A analysis, including documents and data to be produced by the Debtor / Related Non-Debtors. |
| 4/26/2022 | P. Shields | 1.5 | Conducted preliminary review of ANO continuing disclosure pre-petition bond filings dating back to June 2017. |
| 4/26/2022 | P. Shields | 0.7 | Researched ANO continuing disclosure bond filings from EMMA. |
| 4/26/2022 | P. Shields | 0.2 | Conducted preliminary review of ANO continuing disclosure pre-petition bond filings dating back to June 2017. |
| 4/26/2022 | O. Kan | 0.2 | Held call with PS re: recent financial statement disclosures of ANO. |
| 4/26/2022 | P. Shields | 0.2 | Met with BRG (OK) regarding continuing disclosure bond filings from EMMA. |
| *Task Code Total Hours* | | *5.1* | |

**332.00 Asset Analysis (Real Property - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 4/19/2022 | S. Chaffos | 1.5 | Met with BRG (JS, PS) to discuss non-debtor affiliate real estate asset file. |
| 4/19/2022 | P. Shields | 1.5 | Met with BRG (JS, SC) to evaluate real estate holdings of parishes, including suppressed parishes, and other Non-Debtor Affiliates. |
| 4/19/2022 | J. Shaw | 1.5 | Met with BRG (PS, SC) to evaluate parish real estate asset data. |
| 4/20/2022 | S. Chaffos | 1.2 | Evaluated property file "Apostolate Property 041322.xlsx" provided by affiliate counsel. |
| 4/20/2022 | P. Shields | 0.5 | Met with BRG (JS, SC) regarding updates to analysis verifying ANO Affiliates real estate. |
| 4/20/2022 | S. Chaffos | 0.5 | Met with BRG (PS, JS) regarding real estate analysis for affiliates. |
| 4/20/2022 | J. Shaw | 0.5 | Met with BRG (PS, SC) to evaluate non-debtor affiliates real estate asset analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 4/21/2022 | S. Chaffos | 2.9 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including update affiliate real estate asset analysis. (Parishes: All Saints Roman Catholic Church - Corpus Christi-Epiphany) |
| 4/28/2022 | S. Chaffos | 2.9 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including update affiliate real estate asset analysis. (Parishes: Our Lady of Divine Providence - Sacred Heart of Jesus) |
| 4/28/2022 | S. Chaffos | 2.5 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including updated affiliate real estate asset analysis. (Parishes: Divine Mercy - Most Holy Trinity) |
| 4/29/2022 | S. Chaffos | 2.8 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including update affiliate real estate asset analysis. (Parishes: St. Cletus - St. John the Baptist) |
| 4/29/2022 | S. Chaffos | 2.7 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including update affiliate real estate asset analysis. (Parishes: St. Agnes Le Thi Thanh - St. Clement of Rome) |
| 4/29/2022 | S. Chaffos | 2.6 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including update affiliate real estate asset analysis. (Parishes: St. Joseph - St. Philip Neri) |
| 4/29/2022 | S. Chaffos | 1.7 | Analyzed property file "Apostolate Property 041322.xlsx" provided by affiliate counsel including update affiliate real estate asset analysis. (Parishes: St. Pius X - Sts. Peter and Paul) |
| ***Task Code Total Hours*** | | **25.3** | |
| **430.00 Litigation Analysis (Preparation Of Pleadings / Exhibits)** | | | |
| 4/13/2022 | M. Babcock | 0.7 | Reviewed Declaratory Relief Complaint, including examination of supporting documentation. |
| 4/19/2022 | M. Babcock | 0.6 | Evaluated issues related to Portfolio A and B litigation. |
| 4/22/2022 | P. Shields | 0.4 | Outlined issues for consideration regarding potential updates to Declaratory Relief Complaint. |
| 4/25/2022 | S. Chaffos | 0.8 | Held call with BRG (PS, MB), Locke Lord (BK, RK), and PSZJ (KB) to discuss the amended Declaratory Relief Complaint and evaluation of Non-Debtor Affiliates. |
| 4/25/2022 | M. Babcock | 0.8 | Met with UCC Counsel (KB, BK, RK [partial call]) and BRG (PS, SC) in order to discuss Declaratory Relief Complaint and the evaluation of Non-Debtor Affiliates. |
| 4/25/2022 | P. Shields | 0.8 | Met with UCC Counsel (KB, RK, BK) and BRG (MB, SC) regarding the Declaratory Relief Complaint and evaluation of Non-Debtor Affiliates. |

Berkeley Research Group, LLC

Invoice for the 4/1/2022 - 4/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **430.00 Litigation Analysis (Preparation Of Pleadings / Exhibits)** | | | |
| 4/26/2022 | P. Shields | 0.5 | Prepared proposed updates to Declaratory Relief Complaint. |
| *Task Code Total Hours* | | *4.6* | |
| **Total Hours** | | **112.9** | |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:   July 13, 2022 |

## TWENTIETH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD MAY 1, 2022 THROUGH MAY 31, 2022

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twentieth Monthly Fee and Expense Statement (the "Statement") for the period from May 1, 2022 through May 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.       The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| May 1, 2022 to May 31, 2022 | |
|---|---|
| Fees (at standard rates) | $129,688.50 |
| Voluntary reduction | ($20,361.50) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $109,327.00 |
|---|---|
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$109,327.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      The total time expended during the Fee Period related to Protective Order Violations is approximately 5.1 hours and the corresponding fees requested are approximately $2,768.50.  The total fees case to date related to Protective Order Violations is $3,149.50.

5.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| 5/27/2021 Dkt No. 891 | 6/17/2020- 3/31/2021 | $252,386.00 | $3,889.52 | 6/21/2021 Dkt No. 916 | $252,386.00 | $3,889.52 | $0.00 |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| 11/24/2021 Dkt No. 1186 | 4/1/2021- 10/31/2021 | $393,516.50 | $12.93 | 12/14/2021 Dkt. No. 1199 | $393,516.50 | $12.93 | $0.00 |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| 3/24/2022 Dkt No. 1385 | 11/1/2021 - 2/28/2022 | $152,754.50 | $0.00 | 4/19/2022 Dkt No. 1466 | $152,754.50 | $0.00 | $0.00 |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $0.00 | $0.00 | $115,531.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $0.00 | $0.00 | $43,931.00 |
| **Totals** | | **$958,119.00** | **$3,902.45** | | **$798,657.00** | **$3,902.45** | **$159,462.00** |

3

## NO PRIOR REQUEST

6.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $87,461.60 (80% of $109,327.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $87,461.60 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  June 29, 2022                                   Respectfully submitted,

                                                        By:/s/ *Paul N. Shields*
                                                            Paul N. Shields
                                                            Berkeley Research Group, LLC
                                                            201 South Main Street, Suite 450
                                                            Salt Lake City, Utah 84111
                                                            Telephone: (801) 364-6233
                                                            Email:  pshields@thinkbrg.com

                                                        *Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 5/1/2022 through 5/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 9.1 | $6,006.00 |
| J. Hull | Managing Director | $810.00 | 1.4 | $1,134.00 |
| O. Kan | Managing Director | $600.00 | 2.0 | $1,200.00 |
| P. Shields | Managing Director | $635.00 | 28.3 | $17,970.50 |
| R. Strong | Managing Director | $610.00 | 4.9 | $2,989.00 |
| M. Babcock | Director | $560.00 | 56.0 | $31,360.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 31.6 | $15,010.00 |
| C. Draney | Managing Consultant | $425.00 | 9.6 | $4,080.00 |
| K. Johns | Managing Consultant | $440.00 | 0.4 | $176.00 |
| C. Tergevorkian | Consultant | $325.00 | 0.3 | $97.50 |
| S. Chaffos | Senior Associate | $275.00 | 98.4 | $27,060.00 |
| M. Haverkamp | Case Manager | $300.00 | 3.6 | $1,080.00 |
| K. Hendry | Case Assistant | $195.00 | 5.8 | $1,131.00 |
| V. Ingle | Case Assistant | $110.00 | 0.3 | $33.00 |
| **Total** | | | **251.7** | **$109,327.00** |
| **Blended Rate** | | | | **$434.35** |

Berkeley Research Group, LLC

Invoice for the 5/1/2022 - 5/31/2022 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 5/1/2022 through 5/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 41.3 | $19,734.50 |
| 211.06 Bankruptcy Proceedings (Protective Order Violations) | 5.1 | $2,768.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.8 | $1,980.50 |
| 300.00 Asset Analysis (General - Debtors) | 53.2 | $25,448.50 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 16.3 | $9,128.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 45.6 | $21,360.50 |
| 330.00 Asset Analysis (Real Property - Debtors) | 6.0 | $2,154.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 41.9 | $13,763.50 |
| 610.00 Claims / Liability Analysis (Survivor Claims) | 17.0 | $5,283.00 |
| 630.00 Claims / Liability Analysis (Pension) | 7.2 | $3,676.00 |
| 1060.00 Fee Application Preparation & Hearing | 12.3 | $4,030.00 |
| **Total** | **251.7** | **$109,327.00** |
| **Blended Rate** | | **$434.35** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 5/1/2022 through 5/31/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 5/4/2022 | R. Strong | 1.5 | Analyzed Financial Edge accounting system data produced by Debtor for asset analysis. |
| 5/6/2022 | S. Chaffos | 1.3 | Analyzed most recent available affiliate financial statements. |
| 5/9/2022 | M. Babcock | 0.1 | Met with BRG (PS, JS, SC) to analyze accounting data. |
| 5/9/2022 | J. Shaw | 0.1 | Met with BRG (PS, MB, SC) regarding ANO FE accounting data. |
| 5/9/2022 | P. Shields | 0.1 | Spoke with BRG (MB, JS, SC) regarding status of accounting data research being performed by Zobrio. |
| 5/9/2022 | S. Chaffos | 0.1 | Spoke with BRG (PS, MB, JS) to discuss the status of the accounting reports from Zobrio. |
| 5/10/2022 | J. Shaw | 2.4 | Analyzed FE trial balance data provided by Zobrio. |
| 5/10/2022 | J. Shaw | 2.1 | Analyzed FE transaction data and support provided by Zobrio. |
| 5/11/2022 | J. Shaw | 0.5 | Met with BRG (PS, SC) regarding ANO FE accounting data. |
| 5/11/2022 | S. Chaffos | 0.5 | Spoke with BRG (JS, PS) to discuss production from Zobrio. |
| 5/11/2022 | P. Shields | 0.5 | Spoke with BRG (JS, SC) regarding accounting data research performed by Zobrio. |
| 5/11/2022 | J. Shaw | 0.3 | Followed-up with Zobrio regarding additional analysis of ANO FE transaction data. |
| 5/13/2022 | J. Shaw | 0.6 | Met with Zobrio (CH, CH) regarding FE accounting data. |
| 5/13/2022 | J. Shaw | 0.5 | Examined FE accounting system data in preparation for call with Zobrio. |
| 5/16/2022 | R. Strong | 1.3 | Analyzed Financial Edge accounting system data produced by Debtor for asset analysis. |
| 5/17/2022 | J. Shaw | 1.2 | Analyzed FE financial reports provided by Zobrio. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 5/18/2022 | R. Strong | 1.2 | Analyzed Financial Edge accounting system data produced by Debtor for asset analysis. |
| 5/18/2022 | J. Shaw | 0.2 | Analyzed FE financial data and reports. |
| 5/19/2022 | J. Shaw | 0.2 | Coordinated meeting with Zobrio regarding FE accounting data and reports. |
| 5/20/2022 | J. Shaw | 0.5 | Analyzed FE financial data and reports in preparation for call with Zobrio. |
| 5/20/2022 | J. Shaw | 0.5 | Met with Zobrio (CH, CH) regarding FE financial data and reports. |
| 5/20/2022 | J. Shaw | 0.3 | Analyzed FE financial data and reports. |
| 5/23/2022 | J. Shaw | 1.3 | Met with BRG (PS, SC) regarding comparative financial data. |
| 5/23/2022 | P. Shields | 1.3 | Spoke with BRG (JS, SC) to evaluate accounting data and document productions to develop layout of comparative financial information to be used in financial analysis. |
| 5/23/2022 | S. Chaffos | 1.3 | Spoke with BRG (PS, JS) to analyze financial statement reports from accounting system. |
| 5/23/2022 | J. Shaw | 0.5 | Evaluated FE financial reports (including request of additional data from Zobrio). |
| 5/26/2022 | J. Shaw | 2.9 | Analyzed FE financial report data provided by Zobrio. |
| 5/26/2022 | J. Shaw | 2.2 | Reconciled FE financial reports provided by Zobrio. |
| 5/27/2022 | J. Shaw | 2.3 | Analyzed FE comparative balance sheets for FY 2017 - 2020. |
| 5/27/2022 | J. Shaw | 2.2 | Analyzed FE comparative income statements for FY 2017 - 2020. |
| 5/27/2022 | J. Shaw | 1.7 | Updated analysis of FE financial reports provided by Zobrio. |
| 5/27/2022 | S. Chaffos | 0.9 | Analyzed comparative financial for years 2017 - 2020 extracted by Zobrio. |
| 5/27/2022 | J. Shaw | 0.7 | Analyzed ANO comparative financial data. |
| 5/27/2022 | J. Shaw | 0.4 | Met with BRG (PS, SC [partial]) to evaluate FE comparative financial data. |
| 5/27/2022 | P. Shields | 0.4 | Spoke with BRG (JS, SC [partial]) regarding financial statements generated by Zobrio from accounting data extract. |
| 5/27/2022 | S. Chaffos | 0.1 | Participated in partial call with BRG (PS, JS) regarding analysis of recent financial statement reports from Zobrio. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.30 Document / Data Analysis (Financial / Accounting) - Accounting System**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 5/31/2022 | J. Shaw | 2.0 | Analyzed FE comparative balance sheets for FY 2017 - 2018. |
| 5/31/2022 | J. Shaw | 1.9 | Analyzed FE comparative balance sheets for FY 2019 - 2020. |
| 5/31/2022 | J. Shaw | 1.4 | Analyzed ANO accounting transaction data. |
| 5/31/2022 | J. Shaw | 1.1 | Analyzed ANO FE accounting data files. |
| 5/31/2022 | J. Shaw | 0.4 | Prepared email to Zobrio regarding comparative financial reports. |
| 5/31/2022 | R. Strong | 0.3 | Discussed Financial Edge accounting system data issues with BRG team (JS) for asset analysis. |

*Task Code Total Hours*      *41.3*

**211.06 Bankruptcy Proceedings (Protective Order Violations)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 5/2/2022 | M. Babcock | 1.8 | Evaluated issues related to UST investigation/declaration process, including coordination of preparation of declarations for all involved employees. |
| 5/2/2022 | M. Babcock | 0.4 | Prepared declaration related to UST investigation. |
| 5/2/2022 | P. Shields | 0.3 | Examined Everlaw login information in connection with UST investigation. |
| 5/2/2022 | P. Shields | 0.2 | Continued efforts relating to the dissemination and gathering of BRG declarations. |
| 5/2/2022 | P. Shields | 0.2 | Examined outstanding issues relating to the BRG declarations. |
| 5/2/2022 | P. Shields | 0.2 | Updated declaration relating to UST investigation. |
| 5/2/2022 | P. Shields | 0.1 | Researched information relating to Sherry Anthon and Alisa Hulme's termination date for inclusion in declaration. |
| 5/3/2022 | M. Babcock | 0.5 | Continued evaluation of issues related to UST investigation/declaration process. |
| 5/3/2022 | J. Shaw | 0.5 | Finalized declaration. |
| 5/3/2022 | V. Ingle | 0.3 | Prepared declaration for U.S. Trustee. |
| 5/3/2022 | P. Shields | 0.2 | Continued to update declaration relating to UST investigation prior to submitting to Counsel. |
| 5/4/2022 | M. Babcock | 0.4 | Coordinated finalization of declarations for BRG employees related to UST investigation. |

*Task Code Total Hours*      *5.1*

Berkeley Research Group, LLC

Invoice for the 5/1/2022 - 5/31/2022 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

### 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 5/12/2022 | M. Babcock | 1.3 | Analyzed MORs (May 2020 - March 2022) in order to evaluate asset trends (including cash and investment balances/changes). |
| 5/26/2022 | S. Chaffos | 2.5 | Analyzed consolidated (Administrative Office and Archdiocesan units) monthly operating reports from periods April 2020 to April 2022. |
| 5/26/2022 | S. Chaffos | 1.0 | Updated MOR balance sheet comparative schedule for months March 2022 - April 2022. |
| 5/26/2022 | S. Chaffos | 0.7 | Updated MOR income statement comparative schedule for months March 2022 - April 2022. |
| 5/26/2022 | C. Tergevorkian | 0.3 | Analyzed Administrative Office monthly operating reports. |
| *Task Code Total Hours* | | *5.8* | |

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 5/2/2022 | M. Babcock | 1.6 | Updated financial statement analysis for ANO, ANO units and affiliates. |
| 5/2/2022 | M. Babcock | 1.0 | Met with BRG (DJ, CD) to coordinate financial statement analyses for ANO, ANO units and affiliates. |
| 5/2/2022 | C. Draney | 1.0 | Met with BRG to discuss financial statement analysis (MB, DJ). |
| 5/2/2022 | D. Judd | 1.0 | Participated in call with BRG (MB, CD) regarding financial statement analysis. |
| 5/3/2022 | R. Strong | 0.2 | Examined financial statements produced by Debtor for ongoing asset analysis. |
| 5/3/2022 | R. Strong | 0.1 | Evaluated outstanding items regarding ongoing asset analysis. |
| 5/5/2022 | M. Babcock | 1.0 | Revised financial statement analysis for ANO and ANO units. |
| 5/5/2022 | S. Chaffos | 0.7 | Met with BRG (MB) to discuss financial statement comparison analysis. |
| 5/5/2022 | M. Babcock | 0.7 | Met with BRG (SC) to update financial statement analysis. |
| 5/6/2022 | S. Chaffos | 2.3 | Analyzed Debtor and archdiocesan units most recent financial statements. |
| 5/9/2022 | M. Babcock | 0.6 | Revised financial statement analysis (ANO and ANO Units). |
| 5/10/2022 | M. Babcock | 0.5 | Met with BRG (PS) to coordinate ongoing asset analyses. |
| 5/10/2022 | P. Shields | 0.5 | Spoke with BRG (MB) to evaluate key financial issues / asset analyses. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 5/12/2022 | M. Babcock | 0.8 | Evaluated issues related to Portfolio A analysis, including outstanding document/data/information requests and Draper response regarding FIMS data. |
| 5/16/2022 | M. Babcock | 1.1 | Met with UCC Counsel (JS) and BRG (PS [partial call]) in order to evaluate asset analyses. |
| 5/16/2022 | P. Shields | 0.9 | Participated in partial meeting with UCC (JS) and BRG (MB) regarding further development of asset analysis [partial call]. |
| 5/16/2022 | M. Babcock | 0.4 | Met with BRG (PS) to coordinate asset analyses. |
| 5/16/2022 | P. Shields | 0.4 | Spoke with BRG (MB) regarding further development of asset analysis. |
| 5/17/2022 | M. Babcock | 0.9 | Met with UCC Counsel (AC, KB, BK) and BRG (PS, SC) to evaluate ongoing asset analyses. |
| 5/17/2022 | S. Chaffos | 0.9 | Spoke with BRG (MB, PS) and UCC Counsel (AC, KB, BK) regarding on-going asset analysis. |
| 5/17/2022 | P. Shields | 0.9 | Spoke with UCC Counsel (KB, AC, BK) and BRG (MB, SC) to further evaluate asset analysis. |
| 5/18/2022 | S. Chaffos | 2.0 | Analyzed Debtor and units cash and PP&E in detail on financial statement comparison analysis. |
| 5/20/2022 | M. Babcock | 0.8 | Updated financial statement/asset analysis for ANO, ANO units and ANO affiliates/agencies. |
| 5/20/2022 | D. Judd | 0.3 | Analyzed financial statements for ANO and affiliates. |
| 5/25/2022 | M. Babcock | 2.6 | Prepared presentation of ongoing asset analyses for Committee. |
| 5/25/2022 | R. Strong | 0.1 | Discussed ability to pay evaluation with BRG team (PS, MB) for asset analysis. |
| 5/25/2022 | M. Babcock | 0.1 | Met with BRG (RS, PS) to discuss ability to pay analysis. |
| 5/25/2022 | P. Shields | 0.1 | Spoke with BRG (RS, MB) to coordinate timing and issues associated with ability to pay analysis. |
| 5/26/2022 | M. Babcock | 2.7 | Updated presentation of ongoing asset analyses for Committee. |
| 5/26/2022 | D. Judd | 2.6 | Analyzed financial statements for Archdiocese of New Orleans including affiliates for preparation of financial presentation. |
| 5/26/2022 | S. Chaffos | 2.2 | Analyzed administrative office balance sheet statements from audit reports FY June 2007 - June 2019. |
| 5/26/2022 | P. Shields | 1.7 | Developed structure of presentation materials for upcoming Committee meeting. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 5/26/2022 | P. Shields | 0.6 | Analyzed historical financial trends for the administrative offices and units. |
| 5/26/2022 | S. Chaffos | 0.5 | Spoke with BRG (PS) to discuss on the comparative financial statement analysis. |
| 5/26/2022 | P. Shields | 0.5 | Spoke with BRG (SC) regarding structure of comparative financial information for financial analysis purposes. |
| 5/26/2022 | P. Shields | 0.4 | Proposed adjustments to agenda for upcoming Committee presentation. |
| 5/26/2022 | R. Strong | 0.2 | Analyzed Debtor assets in preparation for Committee presentation. |
| 5/26/2022 | S. Chaffos | 0.2 | Updated comparative financial statement analysis for Committee presentation. |
| 5/27/2022 | S. Chaffos | 2.2 | Analyzed administrative office income statements from audit reports FY June 2007 - June 2019. |
| 5/27/2022 | M. Babcock | 2.1 | Met with UCC Counsel (JS, AC [partial call], BK, AK [partial call]) in order to discuss ongoing asset analyses and related upcoming Committee presentation / mediation. |
| 5/27/2022 | S. Chaffos | 2.0 | Updated schedule with data from pre-petition and post-petition comparative financial statements. |
| 5/27/2022 | O. Kan | 1.4 | Participated in call with BRG (PS) regarding the Credit Analysis preparation with availability of financial statements. |
| 5/27/2022 | P. Shields | 1.4 | Spoke with BRG (OK) to evaluate work to perform in connection with development of a credit estimate. |
| 5/27/2022 | M. Babcock | 1.0 | Updated ongoing asset analyses for Committee presentation. |
| 5/27/2022 | O. Kan | 0.6 | Examined case documents/financial statements for the appropriateness and availability to be used in credit analysis. |
| 5/27/2022 | P. Shields | 0.5 | Evaluated analyses and corresponding slides to be presented at upcoming Committee meeting. |
| 5/31/2022 | S. Chaffos | 2.4 | Analyzed Debtor asset comparable schedule in preparation for Committee presentation. |
| 5/31/2022 | S. Chaffos | 2.0 | Analyzed Debtor cash and investment asset comparable schedule in preparation for Committee presentation. |
| 5/31/2022 | M. Babcock | 1.3 | Revised preliminary asset presentation for Committee. |
| 5/31/2022 | S. Chaffos | 1.2 | Analyzed Debtor liability comparable schedule in preparation for Committee presentation. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| *Task Code Total Hours* | | *53.2* | |
| **301.00 Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | |
| 5/16/2022 | M. Babcock | 2.2 | Analyzed alleged restricted assets, including examination of documentation in support of asserted restrictions. |
| 5/17/2022 | M. Babcock | 0.7 | Continued analysis of alleged restricted assets, including examination of documentation in support of asserted restrictions. |
| 5/18/2022 | M. Babcock | 2.4 | Continued update of analysis of alleged restricted assets (funds titled to Debtor [Ulfers - SMSS]). |
| 5/18/2022 | M. Babcock | 2.1 | Updated analysis of alleged restricted assets (funds titled to Debtor [Burse - Priest Pension]). |
| 5/18/2022 | M. Babcock | 2.0 | Continued update of analysis of alleged restricted assets (funds titled to Debtor [School Endowment - ACHS Endowment]). |
| 5/19/2022 | M. Babcock | 1.6 | Analyzed alleged restricted assets (funds alleged to be held for others). |
| 5/19/2022 | M. Babcock | 0.7 | Continued update of analysis of alleged restricted assets (funds titled to Debtor [Villere - Lauer]). |
| 5/20/2022 | M. Babcock | 1.3 | Continued analysis of alleged restricted assets (funds alleged to be held for others). |
| 5/26/2022 | M. Babcock | 1.4 | Updated restricted asset analysis. |
| 5/27/2022 | M. Babcock | 1.9 | Revised restricted asset analysis. |
| *Task Code Total Hours* | | *16.3* | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 5/5/2022 | M. Babcock | 1.2 | Revised financial statement analysis for ANO affiliates/apostolates. |
| 5/6/2022 | C. Draney | 2.9 | Analyzed the balance sheets of ANO affiliates including Archdiocese of New Orleans Indemnity, Catholic Charities, PACE Greater New Orleans, Catholic Cemeteries, Catholic Cemeteries Trust, Catholic Community Foundation, and Clarion Herald. |
| 5/9/2022 | C. Draney | 2.9 | Analyzed balance sheets for Christopher Homes, Christopher Inn, Mater Dolorosa, Metairie Manor, Metairie III, Dubourg Home, St Tammany Manor, Rouquette III, St Bernard Manor, St Bernard II & III, Villa Additions, Villa St Maurice, Wynhoven Apartments. |
| 5/9/2022 | M. Babcock | 1.3 | Analyzed discrepancies between data sources provided by Apostolates regarding legal representation, assets, etc. |
| 5/9/2022 | P. Shields | 0.7 | Updated non-debtor affiliate analysis. |

Berkeley Research Group, LLC

Invoice for the 5/1/2022 - 5/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 5/9/2022 | M. Babcock | 0.3 | Revised financial statement analysis (Affiliates). |
| 5/10/2022 | C. Draney | 2.8 | Analyzed BS for Notre Dame Health System, Chateau De Notre Dame Facilities Corp, Notre Dame Seminary, Project Lazarus, Propagation of the Faith, St Anthony's Gardens, School Food & Nutrition Svcs, 2nd Harvest Food Bank, St Therese Academy, St Tammany Cem. |
| 5/16/2022 | M. Babcock | 1.1 | Revised affiliate asset analysis (including affiliates, agencies, parishes, schools). |
| 5/16/2022 | P. Shields | 0.2 | Analyzed gaps and inconsistencies in information provided by non-debtor affiliates. |
| 5/16/2022 | P. Shields | 0.2 | Prepared email to UCC Counsel to outline concerns with information provided by non-debtor affiliates. |
| 5/17/2022 | M. Babcock | 2.8 | Met with BRG (PS [partial call], SC) to discuss affiliate asset and claims analyses. |
| 5/17/2022 | S. Chaffos | 2.8 | Spoke with BRG (MB, PS [partial call]) on the further evaluation of affiliate asset analysis. |
| 5/17/2022 | P. Shields | 1.9 | Participated in call with BRG (MB, SC) in preparation for call with UCC Counsel to further evaluate non-debtor affiliate asset analysis and claims [partial call]. |
| 5/17/2022 | S. Chaffos | 0.9 | Created 'Parent Entity ID' in asset analysis for relationship of suppressed parishes/closed schools/grammar schools. |
| 5/17/2022 | S. Chaffos | 0.6 | Analyzed the affiliate comparison balance sheet analysis. |
| 5/18/2022 | S. Chaffos | 2.4 | Analyzed affiliate cash and PP&E in detail on financial statement comparison analysis. |
| 5/18/2022 | S. Chaffos | 1.6 | Continued to analyze affiliate cash and PP&E in detail on financial statement comparison analysis. |
| 5/18/2022 | P. Shields | 0.9 | Researched apparent inconsistencies in information provided by Mr. Draper in connection with non-debtor affiliates. |
| 5/18/2022 | P. Shields | 0.6 | Prepared proposed updates to letter to Mr. Draper regarding records production relating to FIMS and non-debtor affiliate documents. |
| 5/19/2022 | S. Chaffos | 2.8 | Created 'Parent Entity ID' in asset analysis for suppressed parishes/closed schools/grammar schools. |
| 5/19/2022 | S. Chaffos | 1.3 | Updated the affiliate comparison balance sheet analysis. |
| 5/20/2022 | M. Babcock | 0.3 | Evaluated issues related to captive insurance assets. |
| 5/23/2022 | M. Babcock | 1.1 | Analyzed Catholic Charities financial statements (2016 - 2021). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 5/23/2022 | D. Judd | 1.1 | Analyzed financial statements for the Cemetery operations and Trust. |
| 5/23/2022 | D. Judd | 0.9 | Analyzed financial statements for the Catholic Charities and affiliates. |
| 5/23/2022 | M. Babcock | 0.3 | Analyzed Second Harvest Food Bank financial statements (2020 - 2021). |
| 5/23/2022 | M. Babcock | 0.2 | Analyzed Catholic Cemeteries financial statements (2020). |
| 5/23/2022 | M. Babcock | 0.2 | Analyzed Catholic Cemeteries Trust financial statements (2020). |
| 5/23/2022 | M. Babcock | 0.2 | Analyzed Notre Dame Health System financial statements (2021). |
| 5/23/2022 | M. Babcock | 0.1 | Analyzed Château De Notre Dame FC financial statements (2021). |
| 5/23/2022 | M. Babcock | 0.1 | Analyzed Ozanam Inn financial statements (2021). |
| 5/23/2022 | M. Babcock | 0.1 | Analyzed St. Anthony's Gardens financial statements (2020). |
| 5/25/2022 | M. Babcock | 1.8 | Met with BRG (DJ) to discuss issues related to affiliate asset analyses. |
| 5/25/2022 | D. Judd | 1.8 | Met with BRG (MB) in order to analyze financial statements for affiliates. |
| 5/25/2022 | M. Babcock | 0.7 | Met with BRG (DJ, JH) to discuss issues related to ANOI/captive insurance assets. |
| 5/25/2022 | D. Judd | 0.7 | Met with BRG (MB, JH) regarding financial statements for the Archdiocese of New Orleans Indemnity. |
| 5/25/2022 | J. Hull | 0.7 | Participated on call with BRG (MB, DJ) regarding document requests, preliminary findings about ANO's self insurance. |
| 5/25/2022 | K. Johns | 0.4 | Investigated filings for Archdiocese of New Orleans Indemnity, Inc. and Catholic Umbrella Pool in Capital IQ. |
| 5/26/2022 | J. Hull | 0.7 | Evaluated Board of Director requirements for Vermont captive insurers to respond to inquires from BRG (MB). |
| 5/31/2022 | S. Chaffos | 2.0 | Analyzed selected affiliates balance sheet statement comparable schedule in preparation for Committee presentation. |
| *Task Code Total Hours* | | *45.6* | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 5/27/2022 | S. Chaffos | 2.9 | Analyzed various sources of property data, including inclusion in master real estate asset comparison schedule. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

**330.00 Asset Analysis (Real Property - Debtors)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 5/27/2022 | S. Chaffos | 1.0 | Examined master real estate analysis capturing comparison of various sources of property data. |
| 5/27/2022 | S. Chaffos | 0.7 | Continued to analyze various sources of property data, including inclusion in master real estate asset comparison schedule. |
| 5/31/2022 | P. Shields | 0.8 | Examined real estate / real property information set forth in Debtor's bankruptcy schedules. |
| 5/31/2022 | P. Shields | 0.6 | Evaluated real estate information in sources provided by Debtor for the purpose of identifying potential additional information to supplement existing real estate analysis. |

*Task Code Total Hours* **6.0**

**332.00 Asset Analysis (Real Property - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 5/2/2022 | S. Chaffos | 2.8 | Updated Notre Dame Health System - St. Anthony's Gardens affiliate real estate asset analysis with date from property file 'Apostolate Property 041322.xlsx' provided by affiliate counsel. |
| 5/2/2022 | S. Chaffos | 2.2 | Updated suppressed parishes in the affiliate real estate asset analysis with data from property file 'Apostolate Property 041322.xlsx' provided by affiliate counsel. |
| 5/2/2022 | S. Chaffos | 2.0 | Updated Christopher Homes in affiliate real estate asset analysis with data from property file 'Apostolate Property 041322.xlsx' provided by affiliate counsel. |
| 5/3/2022 | S. Chaffos | 2.6 | Updated affiliates not listed on Docket 1362 in affiliate real estate asset analysis with data from property file 'Apostolate Property 041322.xlsx' provided by affiliate counsel. |
| 5/3/2022 | S. Chaffos | 1.8 | Evaluated Ida property file provided by Debtor Counsel to identify other possible affiliates not identified on docket 1362. |
| 5/3/2022 | S. Chaffos | 1.4 | Analyzed Ida property file provided by Debtor Counsel in comparison to Apostolate property file provided by affiliate counsel. |
| 5/3/2022 | S. Chaffos | 1.2 | Continued to update affiliates not listed on Docket 1362 in affiliate real estate asset analysis with data from property file 'Apostolate Property 041322.xlsx' provided by affiliate counsel. |
| 5/4/2022 | S. Chaffos | 2.7 | Updated affiliate real estate file for status on damage properties with data from Ida property file. |
| 5/4/2022 | S. Chaffos | 2.0 | Continued to update affiliate real estate file for status on damage properties with data from Ida property file. |
| 5/4/2022 | S. Chaffos | 1.6 | Spoke with BRG (PS) regarding updates to the affiliate real estate analysis. |

Berkeley Research Group, LLC

Invoice for the 5/1/2022 - 5/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 5/4/2022 | P. Shields | 1.6 | Spoke with BRG (SC) to resolve conflicting information regarding non-debtor affiliate legal entities and associated assets (including real |
| 5/4/2022 | S. Chaffos | 1.0 | Analyzed the affiliate real estate analysis in comparison to the different sources of property information. |
| 5/5/2022 | S. Chaffos | 2.5 | Continued to analyze the affiliate real estate analysis in comparison to the different sources of property information. |
| 5/5/2022 | S. Chaffos | 2.0 | Conducted further analysis of the affiliate real estate analysis in comparison to the different sources of property information. |
| 5/5/2022 | P. Shields | 1.0 | Met with BRG (SC) in order to evaluate various sources of real estate data and values for purposes of assessing real estate of non-debtor affiliates. |
| 5/5/2022 | S. Chaffos | 1.0 | Spoke with BRG (PS) to discuss affiliates real estate analysis various sources. |
| 5/9/2022 | S. Chaffos | 1.8 | Met with BRG (MB, PS [partial call]) to discuss non-debtor affiliate real estate analysis. |
| 5/9/2022 | M. Babcock | 1.8 | Met with BRG (PS [partial call], SC) to analyze discrepancies between data sources provided by Apostolates regarding legal representation, real estate assets, etc. |
| 5/9/2022 | P. Shields | 1.5 | Participated in partial call with BRG (MB, SC) to further evaluate real estate of non-debtor affiliates [partial call]. |
| 5/18/2022 | S. Chaffos | 0.9 | Analyzed scenarios relating to affiliate real estate ownership. |
| 5/19/2022 | S. Chaffos | 2.6 | Updated suppressed parish/closed schools on real estate analysis to include parent entity ID. |
| 5/20/2022 | S. Chaffos | 1.7 | Continued to updated suppressed parishes/closed schools on real estate analysis to include parent entity ID. |
| 5/20/2022 | S. Chaffos | 1.0 | Updated mission affiliates on real estate analysis to include parent entity ID. |
| 5/27/2022 | P. Shields | 0.7 | Updated schedule detailing non-debtor affiliate real estate analysis to date. |
| 5/31/2022 | S. Chaffos | 0.5 | Researched selected parcel numbers from amended docket 198. |
| *Task Code Total Hours* | | *41.9* | |
| **610.00 Claims / Liability Analysis (Survivor Claims)** | | | |
| 5/23/2022 | S. Chaffos | 2.7 | Analyzed ANO affiliate updated list in connection with sexual abuse claims analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **610.00 Claims / Liability Analysis (Survivor Claims)** | | | |
| 5/23/2022 | S. Chaffos | 2.0 | Continued to analyze ANO affiliate updated list in connection with sexual abuse claims analysis. |
| 5/23/2022 | S. Chaffos | 0.7 | Met with BRG (PS, JS) to discuss entities on the claims analysis. |
| 5/23/2022 | J. Shaw | 0.7 | Met with BRG (PS, SC) regarding claims issues. |
| 5/23/2022 | P. Shields | 0.7 | Spoke with BRG (JS, SC) to evaluate information to capture and provide to UCC Counsel in the context of claims by civil entity. |
| 5/24/2022 | S. Chaffos | 2.5 | Analyzed suppressed parish/closed schools/grammar schools entities on the abuse claim analysis. |
| 5/25/2022 | S. Chaffos | 2.7 | Evaluated entities listed on claims analysis that are not included on the affiliate list. |
| 5/25/2022 | S. Chaffos | 2.6 | Analyzed entities listed on abuse claims analysis that could be potential affiliates. |
| 5/25/2022 | S. Chaffos | 1.8 | Continued to analyze suppressed parish/closed schools/grammar schools entities on the abuse claim analysis. |
| 5/25/2022 | P. Shields | 0.4 | Analyzed issues regarding entity research in the context of claims analysis. |
| 5/27/2022 | P. Shields | 0.2 | Updated schedule detailing claims analysis to date. |
| ***Task Code Total Hours*** | | ***17.0*** | |
| **630.00 Claims / Liability Analysis (Pension)** | | | |
| 5/10/2022 | M. Babcock | 0.8 | Met with BRG (DJ [partial call], PS) to analyze pension plan issues. |
| 5/10/2022 | P. Shields | 0.8 | Spoke with BRG (DJ [partial call], MB) regarding consideration of pension obligation related issues in preparation for upcoming call. |
| 5/10/2022 | D. Judd | 0.7 | Participated in partial call with BRG (MB, PS) regarding the pension and retirement plans [partial call]. |
| 5/11/2022 | S. Chaffos | 1.2 | Met with BRG (PS, MB [partial call]), RockCreek (JS), and PSZJ (GB, JS) to discuss outstanding pension items. |
| 5/11/2022 | P. Shields | 1.2 | Spoke with UCC Counsel (JS, GB), Rock Creek (JS), and BRG (MB [partial call], SC) regarding analysis to date and additional analysis to perform in connection with pension issues. |
| 5/11/2022 | M. Babcock | 1.0 | Met with UCC Counsel (JS, GB), Rock Creek (JS) and BRG (PS, SC) in order to discuss issues related to pension plan assets / liabilities [Partial Call]. |
| 5/11/2022 | S. Chaffos | 0.3 | Met with BRG (PS, MB) to discuss pension documentation. |

Berkeley Research Group, LLC

Invoice for the 5/1/2022 - 5/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **630.00 Claims / Liability Analysis (Pension)** | | | |
| 5/11/2022 | M. Babcock | 0.3 | Met with BRG (PS, SC) to examine pension documents / data. |
| 5/11/2022 | P. Shields | 0.3 | Spoke with BRG (MB, SC) in preparation for call with Rock Creek and UCC Counsel regarding pension issues. |
| 5/18/2022 | S. Chaffos | 0.6 | Investigated post-petition pension payments to credibly accused priest from updated list. |
| *Task Code Total Hours* | | *7.2* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 5/19/2022 | M. Babcock | 0.3 | Met with UCC Counsel (GB) and BRG (PS) to discuss fee issues. |
| 5/19/2022 | P. Shields | 0.3 | Spoke with UCC Counsel (GB) and BRG (MB) to address issues set forth in May 12, 2022 letter from Mark Mintz. |
| 5/20/2022 | K. Hendry | 1.2 | Prepared April fee statement. |
| 5/20/2022 | M. Haverkamp | 0.6 | Edited April fee statement. |
| 5/23/2022 | K. Hendry | 2.7 | Prepared April fee statement. |
| 5/23/2022 | M. Haverkamp | 0.7 | Edited April fee statement. |
| 5/23/2022 | P. Shields | 0.7 | Updated April 2022 Fee Statement. |
| 5/23/2022 | M. Haverkamp | 0.6 | Edited April fee statement for additional team comments. |
| 5/23/2022 | M. Haverkamp | 0.4 | Assessed impact on April fee statement of issues raised by Debtors relating to BRG March fee statement. |
| 5/23/2022 | P. Shields | 0.4 | Continued to evaluate how to respond to issues set forth in May 12, 2022 letter from Mark Mintz. |
| 5/24/2022 | M. Haverkamp | 0.5 | Reviewed updated April fee statement. |
| 5/24/2022 | P. Shields | 0.3 | Revised April 2022 Fee Statement prior to submitting to Counsel. |
| 5/25/2022 | K. Hendry | 1.9 | Prepared April fee statement. |
| 5/25/2022 | M. Haverkamp | 0.8 | Participated in call with PS regarding edits to April fee statement. |
| 5/25/2022 | P. Shields | 0.8 | Spoke with BRG (MH) to evaluate further updates to the April 2022 Fee Statement. |
| 5/25/2022 | P. Shields | 0.1 | Revised April 2022 Fee Statement prior to submitting to Counsel. |
| *Task Code Total Hours* | | *12.3* | |

Berkeley Research Group, LLC

Invoice for the 5/1/2022 - 5/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **Total Hours** | | **251.7** | |

# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Aug. 9, 2022 |

### TWENTY-FIRST MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JUNE 1, 2022 THROUGH JUNE 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-First Monthly Fee and Expense Statement (the "Statement") for the period from June 1, 2022 through June 30, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| June 1, 2022 to June 30, 2022 | |
|---|---|
| Fees (at standard rates) | $100,624.00 |
| Voluntary reduction | ($16,496.00) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $84,128.00 |
|---|---|
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$84,128.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| *Statement/ Application* | | *Requested* | | *CNO/Order* | *Paid to Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021- 10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $0.00 | $0.00 | $115,531.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $0.00 | $0.00 | $43,931.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $0.00 | $0.00 | $109,327.00 |
| **Totals** | | **$1,067,446.00** | **$3,902.45** | | **$798,657.00** | **$3,902.45** | **$268,789.00** |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 9, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

4

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $67,302.40 (80% of $84,128.00) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $67,302.40 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  July 26, 2022

Respectfully submitted,

By:/s/ *Paul N. Shields*
        Paul N. Shields
        Berkeley Research Group, LLC
        201 South Main Street, Suite 450
        Salt Lake City, Utah 84111
        Telephone: (801) 364-6233
        Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

5

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 6/1/2022 through 6/30/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 12.6 | $8,316.00 |
| O. Kan | Managing Director | $600.00 | 3.2 | $1,920.00 |
| P. Shields | Managing Director | $635.00 | 23.1 | $14,668.50 |
| R. Strong | Managing Director | $610.00 | 7.9 | $4,819.00 |
| M. Babcock | Director | $560.00 | 59.6 | $33,376.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 22.6 | $10,735.00 |
| S. Chaffos | Senior Associate | $275.00 | 25.3 | $6,957.50 |
| M. Haverkamp | Case Manager | $300.00 | 2.3 | $690.00 |
| H. Henritzy | Case Assistant | $195.00 | 3.8 | $741.00 |
| K. Calder | Case Assistant | $140.00 | 11.1 | $1,554.00 |
| K. Hendry | Case Assistant | $195.00 | 1.8 | $351.00 |
| **Total** | | | **173.3** | **$84,128.00** |
| **Blended Rate** | | | | **$485.45** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 6/1/2022 through 6/30/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 24.2 | $11,427.00 |
| 200.90 Document / Data Analysis (Production Requests) | 19.8 | $10,531.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 14.7 | $2,544.00 |
| 300.00 Asset Analysis (General - Debtors) | 52.2 | $28,828.00 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 3.5 | $1,789.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 12.2 | $4,267.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 0.6 | $358.50 |
| 630.00 Claims / Liability Analysis (Pension) | 1.2 | $639.00 |
| 900.00 Report / Presentation Preparation | 17.8 | $10,517.50 |
| 1030.00 Mediation Preparation & Attendance | 16.3 | $9,790.50 |
| 1060.00 Fee Application Preparation & Hearing | 10.8 | $3,436.00 |
| **Total** | **173.3** | **$84,128.00** |
| **Blended Rate** | | **$485.45** |

Berkeley Research Group, LLC

Invoice for the 6/1/2022 - 6/30/2022 Period

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 6/1/2022 through 6/30/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 6/3/2022 | J. Shaw | 2.3 | Analyzed updated Financial Edge balance sheet reports for Jun 2016 - Apr 2021. |
| 6/3/2022 | J. Shaw | 2.1 | Analyzed updated Financial Edge income statement reports for Jun 2016 - Apr 2021. |
| 6/3/2022 | J. Shaw | 1.3 | Analyzed updated Financial Edge cash flow statement reports for Jun 2016 - Apr 2021. |
| 6/3/2022 | J. Shaw | 1.1 | Analyzed updated Financial Edge financial reports prepared by Zobrio. |
| 6/6/2022 | J. Shaw | 2.2 | Compared Financial Edge balance sheets to trial balance to verify accuracy. |
| 6/6/2022 | J. Shaw | 1.8 | Compared Financial Edge income statements to trial balance to verify accuracy. |
| 6/8/2022 | J. Shaw | 2.1 | Updated Financial Edge financial statements. |
| 6/8/2022 | J. Shaw | 0.8 | Met with Zobrio (CH, CH) to discuss Financial Edge financial statements and data. |
| 6/8/2022 | J. Shaw | 0.8 | Reviewed Financial Edge financial data in preparation for call with Zobrio. |
| 6/9/2022 | J. Shaw | 2.9 | Reconciled Financial Edge financial statements to updated Trial Balance reports. |
| 6/9/2022 | J. Shaw | 2.6 | Continued to reconcile Financial Edge financial statements to updated Trial Balance reports. |
| 6/9/2022 | J. Shaw | 0.9 | Analyzed Financial Edge Trial Balance reports provided by Zobrio. |
| 6/9/2022 | J. Shaw | 0.8 | Evaluated Financial Edge accounting reports and data. |
| 6/9/2022 | P. Shields | 0.7 | Evaluated accounting reports generated by Zobrio. |
| 6/10/2022 | J. Shaw | 0.9 | Reconciled Financial Edge financial statements to updated Trial Balance reports. |
| 6/15/2022 | S. Chaffos | 0.9 | Evaluated Financial Edge accounting system documents in Everlaw. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.30 Document / Data Analysis (Financial / Accounting) - Accounting System**

| | | | |
|------|-------------|-------|-------------|
| *Task Code Total Hours* | | **24.2** | |

**200.90 Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/9/2022 | P. Shields | 0.7 | Updated non-debtor affiliate document request list. |
| 6/13/2022 | S. Chaffos | 1.6 | Met with BRG (PS, MB) to discuss document request. |
| 6/13/2022 | M. Babcock | 1.6 | Met with BRG (PS, SC) in order to discuss document/information requests related to assets. |
| 6/13/2022 | P. Shields | 1.6 | Spoke with BRG (MB, SC) to further evaluate non-debtor affiliate document and information request. |
| 6/13/2022 | M. Babcock | 0.2 | Met with BRG (PS) in order to discuss document/information requests related to assets. |
| 6/13/2022 | P. Shields | 0.2 | Reviewed issues to address in connection with non-debtor affiliate document request with BRG (M. Babcock). |
| 6/14/2022 | P. Shields | 0.6 | Evaluated document request submitted by Rock Creek to identify responsive documents for which BRG is aware. |
| 6/14/2022 | P. Shields | 0.4 | Prepared email to UCC Counsel regarding guidance relating to updated document request in the context of mediation. |
| 6/21/2022 | M. Babcock | 1.1 | Met with PSZJ (AC, KB), Locke Lord (RK, BK), and BRG (PS, DJ) in order to discuss Portfolio A and related document/data requests. |
| 6/21/2022 | D. Judd | 1.1 | Participated in call with BRG (MB, PS) and Counsel to the Creditors Committee (KB, AC, RK, BK) regarding document requests. |
| 6/21/2022 | P. Shields | 1.1 | Spoke with PSZJ (KB, AC), Locke Lord (RK, BK), and BRG (DJ, MB) to further evaluate information from non-debtor affiliates and ANO that is necessary for mediation. |
| 6/21/2022 | M. Babcock | 0.6 | Updated document/data requests related to Portfolio A. |
| 6/22/2022 | M. Babcock | 1.3 | Revised document/data requests related to Portfolio A. |
| 6/27/2022 | P. Shields | 0.2 | Reviewed additional issues for consideration regarding non-debtor affiliate document request. |
| 6/27/2022 | D. Judd | 0.1 | Participated in call with BRG (MB) regarding document requests. |
| 6/30/2022 | P. Shields | 2.9 | Updated ANO Affiliate document request for purposes of mediation. |
| 6/30/2022 | S. Chaffos | 2.8 | Updated document request for mediation. |
| 6/30/2022 | M. Babcock | 1.7 | Revised supplemental document request in preparation for mediation. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| *Task Code Total Hours* | | *19.8* | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 6/2/2022 | K. Calder | 1.9 | Analyzed cash receipts and disbursement for 3/16/22 - 3/31/22. |
| 6/2/2022 | K. Calder | 1.1 | Analyzed cash receipts and disbursement for 3/16/22 - 3/31/22. |
| 6/3/2022 | K. Calder | 2.5 | Analyzed cash receipts and disbursement for 4/16/22 - 4/30/22. |
| 6/3/2022 | K. Calder | 2.0 | Analyzed cash receipts and disbursement for 4/1/22 - 4/15/22. |
| 6/14/2022 | S. Chaffos | 1.9 | Updated the MOR cash summary ending balance comparison schedule for January 2022 - April 2022. |
| 6/14/2022 | K. Calder | 1.6 | Analyzed cash receipts and disbursement for 3/1/22 - 3/15/22. |
| 6/16/2022 | K. Calder | 2.0 | Analyzed cash receipts and disbursement for 3/16/22 - 3/31/22. |
| 6/27/2022 | S. Chaffos | 0.7 | Updated the MOR cash summary ending balance comparison schedule for month May 2022. |
| 6/27/2022 | S. Chaffos | 0.6 | Updated MOR balance sheet comparative schedule for month May 2022. |
| 6/27/2022 | S. Chaffos | 0.4 | Updated MOR income statement comparative schedule for month May 2022. |
| *Task Code Total Hours* | | *14.7* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 6/1/2022 | M. Babcock | 2.7 | Revised Archdiocese asset analysis for inclusion in updated Committee presentation. |
| 6/1/2022 | O. Kan | 0.5 | Participated in call with BRG (PS) regarding the credit analysis preparation. |
| 6/1/2022 | O. Kan | 0.5 | Researched case and industry information for updates and comparables to be used in credit analysis. |
| 6/1/2022 | P. Shields | 0.5 | Spoke with BRG (OK) to further evaluate work to perform in connection with development of a credit estimate. |
| 6/2/2022 | O. Kan | 0.8 | Researched case and industry information for updates and comparables of Catholic institutions to be used in credit analysis. |
| 6/2/2022 | O. Kan | 0.7 | Participated in call with BRG (PS) regarding the credit analysis preparation and comparable institutions. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 6/2/2022 | P. Shields | 0.7 | Spoke with BRG (OK) to evaluate rating actions for other religious organizations for benchmarking purposes. |
| 6/2/2022 | M. Babcock | 0.4 | Updated Archdiocese asset analysis for inclusion in updated Committee presentation. |
| 6/2/2022 | P. Shields | 0.3 | Identified files relating to non-debtor affiliate loans receivables and reserves, in connection with the analysis for the credit estimate. |
| 6/3/2022 | S. Chaffos | 2.8 | Analyzed Debtor cash and investment for credit assessment using Moody's rating methodology. |
| 6/3/2022 | S. Chaffos | 1.6 | Analyzed Debtor credit assessment using Moody's rating methodology. |
| 6/3/2022 | M. Babcock | 1.4 | Revised Archdiocese asset analysis for inclusion in updated Committee presentation. |
| 6/3/2022 | P. Shields | 1.3 | Evaluated credit estimate for the purpose of identifying additional adjustments. |
| 6/3/2022 | S. Chaffos | 1.1 | Analyzed Debtor depreciation and interest expenses for credit assessment using Moody's rating methodology. |
| 6/3/2022 | O. Kan | 0.6 | Participated in follow-up call with BRG (PS) regarding the credit analysis and ANO Bonds. |
| 6/3/2022 | P. Shields | 0.6 | Spoke with BRG (OK) to evaluate issues to address in the context of developing a credit estimate. |
| 6/3/2022 | O. Kan | 0.1 | Participated in call with BRG (PS) regarding the ANO Bonds. |
| 6/3/2022 | P. Shields | 0.1 | Spoke with BRG (OK) in regards to ANO Bonds. |
| 6/7/2022 | M. Babcock | 1.3 | Analyzed issues related to Portfolio A. |
| 6/7/2022 | D. Judd | 0.7 | Analyzed financial statements for the Archdiocese to determine breakdown of revenues and expenses. |
| 6/7/2022 | R. Strong | 0.3 | Analyzed financial edge data for asset analysis pursuant to BRG requests. |
| 6/8/2022 | R. Strong | 1.3 | Analyzed financial edge general ledger data table regarding cash and investment activity for asset analysis. |
| 6/9/2022 | M. Babcock | 1.0 | Met with UCC Counsel (JS, AC, KB, BK) and BRG (PS) in order to discuss asset analysis and related document requests. |
| 6/9/2022 | P. Shields | 1.0 | Spoke with UCC Counsel (JS, KB, AC) and BRG (MB) in preparation for call with counsel for non-debtor affiliates, to consider additional documents to be requested and to evaluate strategic issues. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 6/9/2022 | P. Shields | 0.3 | Reviewed financial information statements for information regarding capital expenditures. |
| 6/10/2022 | P. Shields | 0.5 | Spoke with PSZJ (RK) regarding investigation regarding Parish assessments and reimbursements. |
| 6/14/2022 | R. Strong | 2.1 | Analyzed financial edge general ledger data table regarding cash and investment activity for asset analysis. |
| 6/15/2022 | M. Babcock | 2.3 | Analyzed Financial Edge data and available supporting documentation (including unitization reports, investment portfolio reports, etc.) related to Portfolio A activity/accounting. |
| 6/15/2022 | R. Strong | 2.1 | Analyzed publicly available information regarding FIMS system used by Debtor to understand system requirements and table structures in preparation for call with Debtor. |
| 6/15/2022 | M. Babcock | 0.8 | Analyzed issues related to Portfolio A (including upcoming FIMS walk-through and documents/data to be requested). |
| 6/15/2022 | R. Strong | 0.7 | Attended call with BRG team (MB, PS) regarding Debtor's FIMS system. |
| 6/15/2022 | M. Babcock | 0.7 | Met with BRG (DJ, RS) in order to evaluate issues related to Portfolio A (including upcoming FIMS walk-through and documents/data to be requested). |
| 6/15/2022 | D. Judd | 0.7 | Participated in call with BRG (MB, RS) regarding questions for the Administrative Office and the FIMS presentation. |
| 6/16/2022 | M. Babcock | 1.1 | Continued analysis of issues related to Portfolio A (including upcoming FIMS walk-through, outstanding questions and documents/data to be requested). |
| 6/17/2022 | M. Babcock | 2.9 | Analyzed CCF Impact Reports (2011 - 2021) detailing individual donors/sub-funds (including comparison with Portfolio A data and reports). |
| 6/17/2022 | M. Babcock | 2.7 | Analyzed available documentation in advance of Portfolio A FIMS walk-through presentation (including preparation of related questions to be addressed). |
| 6/17/2022 | M. Babcock | 0.9 | Examined receipt and disbursement transactions identified in Portfolio A account statements (including activity related to individual sub-funds). |
| 6/20/2022 | M. Babcock | 2.7 | Met with UCC Counsel (JS, KB, AC, BK) in order to discuss upcoming FIMS walk-through. |
| 6/20/2022 | M. Babcock | 0.9 | Met with BRG (DJ) in order to discuss Portfolio A/FIMS walk-through. |

Berkeley Research Group, LLC

Invoice for the 6/1/2022 - 6/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 6/20/2022 | D. Judd | 0.9 | Participated in call with BRG (MB) regarding Portfolio A and the FIMS system. |
| 6/20/2022 | M. Babcock | 0.8 | Met with UCC Counsel, BRG (DJ), ANO representatives and advisors re: FIMS accounting systems used by CCF. |
| 6/20/2022 | D. Judd | 0.7 | Participated in call with BRG (MB), Counsel to the Creditors' Committee, and ANO representatives and advisors regarding the FIMS accounting systems used by CCF. |
| 6/20/2022 | M. Babcock | 0.4 | Met with UCC Counsel (JS, KB, AC, BK) in order to discuss upcoming FIMS walk-through. |
| 6/22/2022 | M. Babcock | 1.6 | Analyzed historical receipt and disbursement activity (including deposits, loans and loan repayments) related to Portfolio B. |
| 6/22/2022 | R. Strong | 1.4 | Analyzed financial edge general ledger data table regarding cash and investment activity for asset analysis. |
| 6/22/2022 | M. Babcock | 1.2 | Analyzed historical receipt and disbursement activity occurring in Debtor's operating account. |
| 6/22/2022 | M. Babcock | 1.1 | Analyzed historical transactions/activity related to Portfolio A. |
| 6/23/2022 | S. Chaffos | 0.2 | Analyzed Portfolio A investment analysis. |
| 6/23/2022 | M. Babcock | 0.2 | Updated analysis of historical transactions/activity related to Portfolio A. |
| ***Task Code Total Hours*** | | **52.2** | |
| **301.00 Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | |
| 6/1/2022 | M. Babcock | 1.5 | Revised restricted asset analysis for inclusion in updated Committee presentation. |
| 6/2/2022 | M. Babcock | 0.8 | Updated restricted asset analysis for inclusion in updated Committee presentation. |
| 6/23/2022 | M. Babcock | 0.6 | Met with Debtor's FA (KZ) and BRG (SC) in order to discuss documentation available related to Portfolio A and Portfolio B. |
| 6/23/2022 | S. Chaffos | 0.6 | Spoke with BRG (MB) and CRI (KZ) to restricted asset documents. |
| ***Task Code Total Hours*** | | **3.5** | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 6/1/2022 | M. Babcock | 2.3 | Revised Parish and affiliate asset analysis for inclusion in updated Committee presentation. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 6/2/2022 | S. Chaffos | 2.6 | Analyzed Parish and other affiliates entities financial information in preparation for Committee presentation. |
| 6/2/2022 | S. Chaffos | 2.4 | Analyzed Parish financial information in preparation for Committee presentation. |
| 6/2/2022 | S. Chaffos | 1.3 | Participated in call (partial) with BRG (MB, PS) re: Parish and other affiliates entities cash and investments to update Committee presentation. |
| 6/3/2022 | M. Babcock | 0.9 | Revised Parish and affiliate asset analysis for inclusion in updated Committee presentation. |
| 6/17/2022 | S. Chaffos | 2.7 | Analyzed Catholic Community Foundation impact/annual reports for years 2011 - 2021. |
| **Task Code Total Hours** | | **12.2** | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 6/9/2022 | M. Babcock | 0.3 | Met with PSZJ (BK) and BRG (PS) in order to discuss real estate analysis. |
| 6/9/2022 | P. Shields | 0.3 | Spoke with PSZJ (BK) and BRG (MB) regarding real estate issues. |
| **Task Code Total Hours** | | **0.6** | |
| **630.00 Claims / Liability Analysis (Pension)** | | | |
| 6/3/2022 | M. Babcock | 0.3 | Met with Rock Creek (JS, CP) and BRG (PS, DJ) in order to evaluate issues related to pension/retirement obligations. |
| 6/3/2022 | D. Judd | 0.3 | Participated in call with BRG (MB, PS), and Rock Creek (JS, CP) regarding the pension issues in the financial presentation for the Creditors Committee. |
| 6/3/2022 | P. Shields | 0.3 | Spoke with Rock Creek (JS, CP) and BRG (DJ, MB) regarding pension issues related to the presentation for upcoming Committee meeting. |
| 6/14/2022 | S. Chaffos | 0.3 | Evaluated pension documents in order to update document request. |
| **Task Code Total Hours** | | **1.2** | |
| **900.00 Report / Presentation Preparation** | | | |
| 6/2/2022 | M. Babcock | 1.6 | Met with BRG (PS, SC [partial call]) to update Committee presentation. |
| 6/2/2022 | P. Shields | 1.6 | Spoke with BRG (MB, SC [partial]) to update slides for Committee presentation. |
| 6/2/2022 | M. Babcock | 1.2 | Met with BRG (PS, DJ) in order to update Committee presentation. |

Berkeley Research Group, LLC

Invoice for the 6/1/2022 - 6/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **900.00 Report / Presentation Preparation** | | | |
| 6/2/2022 | M. Babcock | 1.2 | Met with UCC Counsel (JS, AC, BK, RK [partial call]) and BRG (PS, DJ) in order to review Committee presentation. |
| 6/2/2022 | D. Judd | 1.2 | Participated in call with BRG (MB, PS) regarding the financial presentation for the Creditors Committee. |
| 6/2/2022 | D. Judd | 1.2 | Participated in call with BRG (MB, PS), PSZJ (JS, AC) and Locke Lorde (BK, RK) regarding the financial presentation for the Creditors Committee. |
| 6/2/2022 | P. Shields | 1.2 | Spoke with BRG (DJ, MB) in preparation for Zoom meeting with UCC Counsel regarding Committee presentation. |
| 6/2/2022 | P. Shields | 1.2 | Spoke with UCC Counsel (JS, AC, RK, RK [partial call]) and BRG (DJ, MB) to evaluate issues to address and slides to present in Committee presentation. |
| 6/2/2022 | M. Babcock | 1.0 | Met with BRG (DJ) in order to update Committee presentation. |
| 6/2/2022 | D. Judd | 1.0 | Participated in call with BRG (MB) to continue to prepare the financial presentation for the Creditors Committee. |
| 6/3/2022 | S. Chaffos | 0.8 | Updated graphs for upcoming Committee presentation. |
| 6/3/2022 | M. Babcock | 0.4 | Met with BRG (PS, DJ) to update asset analysis presentation. |
| 6/3/2022 | D. Judd | 0.4 | Participated in call with BRG (MB, PS) to continue preparation of the financial presentation for the Creditors Committee. |
| 6/3/2022 | P. Shields | 0.4 | Spoke with BRG (DJ, MB) to further coordinate presentation for upcoming Committee meeting. |
| 6/3/2022 | P. Shields | 0.3 | Updated Committee presentation with proposed edits. |
| 6/6/2022 | M. Babcock | 2.5 | Revised Committee presentation regarding asset analyses. |
| 6/6/2022 | P. Shields | 0.6 | Reviewed sections on asset analysis and ability to pay in preparation for Committee presentation. |
| **Task Code Total Hours** | | **17.8** | |
| **1030.00 Mediation Preparation & Attendance** | | | |
| 6/6/2022 | M. Babcock | 2.9 | Attended Committee pre-mediation meeting, including presentation regarding asset analyses. |
| 6/6/2022 | P. Shields | 1.9 | Participated in portion of the Committee call, including providing status updates, from after the lunch hour to the afternoon break. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 6/6/2022 | P. Shields | 1.2 | Participated in portion of the Committee call, including providing status updates, from after the afternoon break until the conclusion of BRG's involvement. |
| 6/6/2022 | M. Babcock | 1.1 | Continued attendance at Committee pre-mediation meeting. |
| 6/7/2022 | M. Babcock | 1.7 | Attended mediation session re: sustainability. |
| 6/7/2022 | D. Judd | 1.7 | Participated in mediation presentation by the Debtor (30+ participants) regarding sustainability as requested by Counsel. |
| 6/7/2022 | M. Babcock | 1.1 | Attended mediation session re: claims. |
| 6/7/2022 | D. Judd | 1.1 | Participated in mediation presentation by the Debtor (30+ participants) regarding claims as requested by Counsel. |
| 6/7/2022 | M. Babcock | 1.0 | Attended mediation session re: document production/other issues. |
| 6/7/2022 | D. Judd | 1.0 | Participated in mediation presentation by the Debtor (30+ participants) regarding document production and other matters as requested by Counsel. |
| 6/7/2022 | M. Babcock | 0.6 | Examined asset analysis in preparation for mediation. |
| 6/7/2022 | M. Babcock | 0.5 | Met with BRG (DJ) re: Archdiocese presentation in preparation for mediation. |
| 6/7/2022 | D. Judd | 0.5 | Participated in call with BRG (MB) regarding the presentation by the Archdiocese as part of mediation. |
| **Task Code Total Hours** | | **16.3** | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 6/9/2022 | H. Henritzy | 1.7 | Prepared May monthly fee statement. |
| 6/13/2022 | H. Henritzy | 1.8 | Prepared May monthly fee statement. |
| 6/20/2022 | M. Haverkamp | 0.9 | Edited May fee statement. |
| 6/24/2022 | M. Babcock | 2.5 | Prepared May 2022 fee statement. |
| 6/24/2022 | M. Haverkamp | 0.3 | Edited May fee statement. |
| 6/24/2022 | H. Henritzy | 0.3 | Reviewed May monthly fee statement. |
| 6/27/2022 | K. Hendry | 1.8 | Prepared May fee statement. |
| 6/27/2022 | M. Haverkamp | 1.1 | Edited May fee statement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 6/28/2022 | P. Shields | 0.4 | Reviewed May 2022 Fee Statement prior to submission to UCC Counsel. |
| *Task Code Total Hours* | | *10.8* | |
| **Total Hours** | | **173.3** | |

Berkeley Research Group, LLC

Invoice for the 6/1/2022 - 6/30/2022 Period

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[6] | § | |
| | § | |

**ORDER APPROVING FOURTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022**

CAME ON for consideration the *Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from March 1, 2022 through June 30, 2022* [**Docket No.** ___] (the "Application") filed by Berkeley Research Group, LLC (the "Firm") for the period from March 1, 2022 through June 30, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[6] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$352,917.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$352,917.00** in fees for services rendered and **$0.00** in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of August, 2022

_____
**MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on July 28, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 28, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

24