IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>　　　　　　　Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

**SUBMISSION OF TIME ENTRIES OF BERKELEY RESEARCH GROUP, LLC PURSUANT TO ORDER TO SHOW CAUSE [DOCKET NO. 1589]**

　　　　In accordance with the Order to Show Cause issued by the Court on June 13, 2022 [Docket No. 1589], Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors in this Chapter 11 case, hereby submits, attached hereto as Exhibit A, the detailed time entries for the period April 1, 2022 through June 30, 2022 (the "BRG Invoice")[2] pertaining to services rendered in connection with the *Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order* [Docket No. 1256].

| | |
|---|---|
| Dated: August 11, 2022 | Respectfully submitted,<br><br>By:/s/ *Paul N. Shields*<br>　　Paul N. Shields<br>　　Berkeley Research Group, LLC<br>　　201 South Main Street, Suite 450<br>　　Salt Lake City, Utah 84111<br>　　Telephone: (801) 364-6233<br>　　Email: pshields@thinkbrg.com<br><br>*Financial Advisors to the Official Committee of Unsecured Creditors* |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] There is no privileged information contained in the BRG Invoice, and therefore, the BRG Invoice has not been redacted for privilege.

## **CERTIFICATE OF SERVICE**

      I hereby caused a true and correct copy of the foregoing Submission to be served on August 11, 2022 upon all parties requiring service under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via the Court's Electronic Case Filing system.

                                                 */s/ Linda F. Cantor*
                                                  Linda F. Cantor

**EXHIBIT A**

**EXHIBIT A**

| Date Submitted/ Docket No. | *Statement/ Application* Period Covered | *Requested* Protective Order Fees |
|---|---|---|
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $381.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022-5/31/2022 | $2,768.50 |
| 7/28/2022 Dkt No. 1688 | 6/1/2022-6/30/2022 | $0.00 |
| **Totals** | | **$3,149.50** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 4/1/2022 through 5/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $635.00 | 1.8 | $1,143.00 |
| M. Babcock | Director | $560.00 | 3.1 | $1,736.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 0.5 | $237.50 |
| V. Ingle | Case Assistant | $110.00 | 0.3 | $33.00 |
| **Total** | | | **5.7** | **$3,149.50** |
| **Blended Rate** | | | | **$552.54** |

Berkeley Research Group, LLC
Invoice for the 4/1/2022 - 5/31/2022 Period

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 4/1/2022 through 5/31/2022

| Date | Professional | Hours | Description |
|---|---|---|---|
| **211.06 Bankruptcy Proceedings (Protective Order Violations)** | | | |
| 4/29/2022 | P. Shields | 0.3 | Coordinated the dissemination and gathering of BRG declarations. |
| 4/29/2022 | P. Shields | 0.3 | Reviewed issues associated with the UST investigation and BRG declarations. |
| 5/2/2022 | M. Babcock | 1.8 | Evaluated issues related to UST investigation/declaration process, including coordination of preparation of declarations for all involved employees. |
| 5/2/2022 | M. Babcock | 0.4 | Prepared declaration related to UST investigation. |
| 5/2/2022 | P. Shields | 0.3 | Examined Everlaw login information in connection with UST investigation. |
| 5/2/2022 | P. Shields | 0.2 | Continued efforts relating to the dissemination and gathering of BRG declarations. |
| 5/2/2022 | P. Shields | 0.2 | Examined outstanding issues relating to the BRG declarations. |
| 5/2/2022 | P. Shields | 0.2 | Updated declaration relating to UST investigation. |
| 5/2/2022 | P. Shields | 0.1 | Researched information relating to Sherry Anthon and Alisa Hulme's termination date for inclusion in declaration. |
| 5/3/2022 | M. Babcock | 0.5 | Continued evaluation of issues related to UST investigation/declaration process. |
| 5/3/2022 | J. Shaw | 0.5 | Finalized declaration. |
| 5/3/2022 | V. Ingle | 0.3 | Prepared declaration for U.S. Trustee. |
| 5/3/2022 | P. Shields | 0.2 | Continued to update declaration relating to UST investigation prior to submitting to Counsel. |
| 5/4/2022 | M. Babcock | 0.4 | Coordinated finalization of declarations for BRG employees related to UST investigation. |
| **Task Code Total Hours** | | **5.7** | |
| **Total Hours** | | **5.7** | |

Berkeley Research Group, LLC
Invoice for the 4/1/2022 - 5/31/2022 Period