**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**SUBMISSION OF SUPPLEMENTAL TIME ENTRIES OF PACHULSKI STANG ZIEHL & JONES LLP PURSUANT TO ORDER TO SHOW CAUSE [ECF DOC. 1589]**

In accordance with the Order to Show Cause issued by the Court on June 13, 2022 [ECF Doc. 1589], Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), co-counsel to The Official Committee of Unsecured Creditors in this case, hereby submits as **Exhibit "A"** attached hereto, time entries for the period April 1, 2022 through June 30, 2022 (the "**PSZJ Supplemental Invoices**"), identifying additional attorney and paralegal time spent on services related to the *Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order* [ECF Doc. 1256], not included in prior PSZJ submissions.[2]

Dated: August 15, 2022

Respectfully submitted,

By: */s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.
[2] PSZJ reserves all rights as to the final characterization of the PSZJ Supplemental Invoices that are related only tangentially to the Order to Show Cause.

## **CERTIFICATE OF SERVICE**

      I hereby caused a true and correct copy of the foregoing Submission to be served on August 15, 2022 upon all parties requiring service under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via the Court's Electronic Case Filing system.

                                            */s/ Nancy H. Brown*
                                            Nancy H. Brown

# EXHIBIT A

PSZJ Supplemental Invoice for the Period
April 1, 2022 through June 30, 2022

| Date | Description | Billing Attorney | Hours Billed | Amount Billed |
| --- | --- | --- | --- | --- |
| 04/05/22 | Read Brother Martin discovery responses and documents | AWC | 1.10 | $770.00 |
| 04/11/22 | Call with B. Knapp regarding issues related to Brother Martin. | JIS | 0.30 | $210.00 |
| 04/18/22 | Review transcript of hearing regarding Brother Martin discovery and Order to Show Cause. | JIS | 0.30 | $210.00 |
| 04/25/22 | Read court order on U.S. Trustee investigation and emails with client thereon | AWC | 0.20 | $140.00 |
| 05/16/22 | Review email from Jones Walker regarding UST investigation, and email with Andrew W. Caine and Beth D. Dassa regarding PSZJ billing for same. | GNB | 0.10 | $70.00 |
| 05/18/22 | Review Ashley letter (.10) and statements re protective order time calculations re same (.40) | JMF | 0.50 | $350.00 |
| 05/19/22 | Review PSZJ monthly statement and issues re protective order time going forward. | JMF | 0.70 | $490.00 |

| Date | Description | Billing Attorney | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 05/27/22 | Emails with Locke and team regarding U.S. Trustee investigation fee items and review bills. | AWC | 0.70 | $490.00 |
| 06/08/22 | Discussions with James I. Stang regarding U.S. Trustee notice, committee issues (.60); emails with Locke and U.S. Trustee regarding committee composition (.20); emails with Locke and client regarding order, committee composition notice/service (.30). | AWC | 1.10 | $770.00 |
| 06/08/22 | Discussions with G. Brown re UST notice, committee issues (.60); emails with Locke Lord and UST re committee composition (.20); emails with Locke Lord and client re order, committee composition notice/service (.30). | JIS | 1.10 | $770.00 |
| 06/09/22 | Emails with JW, Locke and former Committee members/counsel regarding document access/protective order | AWC | 0.30 | $210.00 |
| 06/09/22 | Emails with Locke and client and call with JW regarding order/committee reconstitution service issue (.20); emails with court regarding service of order/notice (.20). | AWC | 0.40 | $280.00 |
| 06/10/22 | Emails with counsel and JW regarding protective order/document access | AWC | 0.20 | $140.00 |
| 06/13/22 | Draft email to former committee counsel regarding hearing on UST report order. | JIS | 0.50 | $350.00 |

| Date | Description | Billing Attorney | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 06/13/22 | Attend hearing regarding status of confidentiality order and notice of committee reappointment. | JIS | 0.60 | $420.00 |
| 06/13/22 | Call with B. Knapp and R. Kuebel regarding issues to be raised at 6.13 hearing | JIS | 0.30 | $210.00 |
| 06/16/22 | Emails with Locke regarding committee issues (.20); emails with James I. Stang and Locke regarding committee reconstitution order service issues (.20). | AWC | 0.40 | $280.00 |
| 06/20/22 | Call with R. Kuebel regarding committee reformation issue | JIS | 0.50 | $350.00 |
| 06/21/22 | Read notice of reconstituted committee and emails and calls with James I. Stang and Locke thereon | AWC | 0.40 | $280.00 |
| 06/21/22 | Call with G. Brown regarding reconstituting the committee. | JIS | 0.30 | $210.00 |
| 06/23/22 | Review and revise memo in support of leave to appeal (1.20); review motion to seal appeal leave motion (.20); emails with Locke and James I. Stang regarding appeal motions (.20). | AWC | 1.60 | $1,120.00 |
| 06/27/22 | Read transcript of June 13, 2022 hearing regarding service of reconstitution, etc. (.40). | AWC | 0.40 | $280.00 |
| **TOTAL** | | | **12.00** | **$8,400.00** |