**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

## ORDER

Having considered the Official Committee of Unsecured Creditors' *Ex Parte Motion for an Order Pursuant to Bankruptcy Code Sections 105(A) and 107 and Bankruptcy Rule 9018 Authorizing Filing Exhibit to Certificate of Service Under Seal*,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court enter Exhibits 1 to the Official Committee of Unsecured Creditors' *Certificate of Service* for the *Notice of September 20, 2022 Virtual Town Hall Meeting Hosted by the Official Committee of Unsecured Creditors* (Doc. No. 1770) under seal.

New Orleans, Louisiana, this _____ day of September, 2022.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

4

129103769v.1