IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846-MSG |
| | § | |
| THE ROMAN CATHOLIC | § | Section "A" |
| CHURCH OF THE | § | |
| ARCHDIOCESE OF NEW | § | Chapter 11 |
| ORLEANS | § | |
| | § | |
| | § | |
| Debtor.[1] | | |

## VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2019

The firm Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. ("Gainsburgh Benjamin") submits this *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019* ("Verified Statement") in connection with Gainsburgh Benjamin's representation of multiple unsecured creditors in The Roman Catholic Church of the Archdiocese of New Orleans ("Debtor" or "Archdiocese") bankruptcy.

1. In connection with Archdiocese's bankruptcy case, Gainsburgh Benjamin was retained to represent Jane Doe and John Doe, plaintiffs in the prepetition suit filed in Orleans Parish Civil District Court Case No. 2019-11521 ("CDC #19-11521 Plaintiffs"), sexual abuse survivor claimant who, for privacy reasons, is referred to as "B.L.," sexual abuse survivor claimant who, for privacy reasons, is referred to as "R.M.," sexual abuse survivor claimant who, for privacy reasons, is referred to as "E.C.," and certain putative plaintiff in forthcoming litigation (who for privacy reasons is referred to herein as "R.D.").

2. As of the date of this Verified Statement, Gainsburgh Benjamin only represents creditors in the Archdiocese's bankruptcy case.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3. As of the date of this Verified Statement, the CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D. are the only creditors or other parties in interest in the Archdiocese's bankruptcy for which Gainsburgh Benjamin is required to file a Verified Statement pursuant to Federal Rule of Bankruptcy Procedure 2019.

4. In an effort to protect the privacy of the CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D., Gainsburgh Benjamin submits that the name and address of CDC #19-11521 Plaintiffs' counsel, B.L.'s counsel, R.M.'s counsel, E.C.'s counsel and R.D.'s counsel are sufficient for purposes of Federal of Rule of Bankruptcy Procedure 2019. Attached hereto as **Exhibit A** are CDC #19-11521 Plaintiffs' counsel name, and address, B.L.'s counsel name and address, R.M.'s counsel name and address, E.C.'s counsel name and address and R.D.'s counsel name and address in accordance with Federal Rule of Bankruptcy Procedure 2019(C)(2)(a)

5. As of the date of this Verified Statement, the nature of the CDC #19-11521 Plaintiffs', B.L.'s, R.M.'s, E.C.'s and R.D.'s economic interests held in relation to the Archdiocese are as creditors, with the amount of each entities' claim to be determined.

6. Nothing contained in this Verified Statement is intended or shall be construed to constitute (i) a waiver or release of the rights of the CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D. to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D. to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights the CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D. may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the bankruptcy case against or otherwise involving the

CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D.; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the CDC #19-11521 Plaintiffs, B.L., R.M., E.C. and R.D. may be entitled, in law or in equity, under any agreement or otherwise, with all of which rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

7. Gainsburgh Benjamin reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

Respectfully submitted,

/s/ *Brittany R. Wolf-Freedman*
GERALD E. MEUNIER (#9471)
BRITTANY R. WOLF-FREEDMAN (#36733)
**GAINSBURGH, BENJAMIN, DAVID MEUNIER, & WARSHAUER, L.L.C.**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
gmuenier@gainsben.com
bwolf@gainsben.com

COUNSEL FOR CDC #19-11521 PLAINTIFFS, B.L., R.M., E.C. and R.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the foregoing Chapter 11 case.

New Orleans, Louisiana, September 9, 2022.

                                            /s/ *Brittany R. Wolf-Freedman*
                                            BRITTANY R. WOLF-FREEDMAN