UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>Debtor.[1] | § <br>§  Case No. 20-10846<br>§ <br>§  Section "A"<br>§ <br>§  Chapter 11<br>§ <br>§ |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 15, 2022, AT 1:30 P.M. CST

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for hearing on **September 15, 2022, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart V of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of September 12, 2022].

In accordance with General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-888-684-8852; Access Code 9318283.

**STATUS CONFERENCE**

1. *Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 804]**

    **Movant:** The Committee
    **Nature of Motion:** Motion to Compel
    **Response Deadline:** April 8, 2021

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#100648670v2

**Status:** The parties will provide an updated report on the status of the Debtor's production.

**Responses/Related Filings:**

- *Debtor's Objection to Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 814]**

- *Reply of the Official Committee of Unsecured Creditors to Debtor's Opposition to the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 821]**

- Order to Continue Hearing **[ECF No. 845]**

- Memo to Record of hearing held 5/20/2021 **[ECF No. 879]**

- *Status Report of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 909]**

- Memo to Record of hearing held 6/17/2021 **[ECF No. 924]**

- *Debtor's Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 962]**

- Memo to Record of hearing held 7/22/2021 **[ECF No. 966]**

- *Debtor's Second Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1016]**

- *Status Report (as of August 19, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1018]**

- Memo to Record of hearing held 8/19/2021 **[ECF No. 1020]**

- Order Scheduling Virtual Hearing to Discuss E-Discovery Matters **[ECF No. 1026]**

- Order Continuing Virtual Hearing to Discuss E-Discovery Matter **[ECF No. 1047]**

- Order to Continue Hearing on Motions Scheduled for September 14, 2021 **[ECF No. 1051]**

- Order Scheduling Virtual Hearing to Discuss E-Discovery Matter **[ECF No. 1054]**

- Memo to Record of Status Conference held 9/17/2021 **[ECF No. 1060]**

- Memo to Record of hearing held 10/21/2021 **[ECF No. 1131]**

- *Status Report (as of November 17, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1165]**

- *Amended Status Report (as of November 17, 2021) of the Official Committee of Unsecured Creditors on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1166]**

- *Debtor's Third Status Report on the Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1171]**

- Memo to Record of hearing held 11/18/2021 **[ECF No. 1172]**

- Order Granting Motion to Continue Hearing on Motion to Compel **[ECF No. 1203]**

- *Order Continuing Hearing on UCC Motion to Compel Scheduled on January 20, 2022 and Setting Status Conference on Debtor's Sealed Motion to Compel* **[ECF No. 1257]**

- *Official Committee of Unsecured Creditors' Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel* **[ECF No. 1271]**

- Order Continuing Hearing on Motion to Compel **[ECF No. 1289]**

- *Official Committee of Unsecured Creditors' Supplemental Brief Regarding Debtor's Rule 2004 Production Subject to Motion to Compel* **[ECF No. 1299]**

- *Debtor's Memorandum Regarding Rule 2004 Discovery Issues* **[ECF No. 1300]**

- Memo to Record of hearing held 2/18/2022 **[ECF No. 1317]**

#100648670v2

- *Order on the Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1336]**

- Order Continuing Status Conference Scheduled on March 17, 2022 **[ECF No. 1352]**

- Memo to Record of hearing held 4/14/2022 at 1:30 p.m. **[ECF No. 1460]**

- *Joint Status Report on the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* **[ECF No. 1548]**

- Memo to Record of hearing held 5/19/2022 at 1:30 p.m. **[ECF No. 1557]**

- Order to Continue Hearing on Motions **[ECF No. 1604]**

- Memo to Record of hearing held 7/21/2022 at 1:30 p.m. **[ECF No. 1665]**

- Memo To Record of hearing held on 8/18/2022 at 1:30 p.m. **[ECF No. 1745]**

Dated: September 13, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

[*Certificate of Service Follows*]

#100648670v2

**CERTIFICATE OF SERVICE**

       I hereby certify, on September 13, 2022, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to immediately be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

       */s/ Mark A. Mintz*
       Mark A. Mintz

#100648670v2