# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

### SUBMISSION OF SUPPLEMENTAL TIME ENTRIES OF PACHULSKI STANG ZIEHL & JONES LLP PURSUANT TO ORDER TO SHOW CAUSE [ECF DOC. 1589]

In accordance with the Order to Show Cause issued by the Court on June 13, 2022 [ECF Doc. 1589], Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), co-counsel to The Official Committee of Unsecured Creditors in this case, hereby submits as **Exhibit "A"** attached hereto, time entries for the period July 1, 2022 through July 31, 2022 (the "**PSZJ Supplemental Invoices**"), identifying additional attorney and paralegal time spent on services related to the *Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order* [ECF Doc. 1256], not included in prior PSZJ submissions.[2]

Dated: September 14, 2022

Respectfully submitted,

By: */s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
   lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] PSZJ reserves all rights as to the final characterization of the PSZJ Supplemental Invoices that are related only tangentially to the Order to Show Cause.

# EXHIBIT A

| Date | Timekeeper | Entry | Hours | Amount |
|------|------------|-------|-------|--------|
| 7/07/22 | AWC | Call with JW and emails with Locke and James I. Stang regarding appeal issues (0.50); read exhibits to U.S. Trustee depositions and review certain transcripts (1.30). | 1.80 | $1,260.00 |
| 7/13/22 | AWC | Emails with Locke regarding U.S. Trustee motion regarding documents, etc. | 0.40 | $280.00 |
| 7/19/22 | AWC | Research regarding stay issues. | 0.60 | $420.00 |
| **TOTAL** | | | **2.80** | **$1,960.00** |

3

## **CERTIFICATE OF SERVICE**

       I hereby caused a true and correct copy of the foregoing Submission to be served on September 14, 2022 upon all parties requiring service under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via the Court's Electronic Case Filing system.

                                               */s/ Janice G. Washington*
                                                  Janice G. Washington