**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | * |
| | *     Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | * |
| **OF THE ARCHDIOCESE OF NEW** | *     Section "A" |
| **ORLEANS,** | * |
| | *     Chapter 11 |
| Debtor. | * |
| | * |

**MOTION FOR RECONSIDERATION OF COURT'S ORDER TERMINATING PAYMENT OF PENSION BENEFITS TO FATHER WILLIAM O'DONNELL, ECF DOC. 1759**

# PLEADING FILED UNDER SEAL

Respectfully submitted,

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

1

2

**CERTIFICATE OF SERVICE**

    I hereby caused a true and correct copy of the foregoing Motion to be served on September 14, 2022, upon all parties by email, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures via first-class United States mail, postage prepaid on September 14, 2022.

/s/ Stephen J. Haedicke