UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
The Roman Catholic Church for the Archdiocese of N  
**Debtor**

**Bankruptcy Case No.:** 20–10846  
**Chapter** 11

# NOTICE OF DEFICIENCY

**To:** Attorney Stephen Haedicke

Your **Motion** is/are deficient for the following reason(s):

Motion requires a notice of hearing with 21–day notice and certificate of service.
Other

The next available omnibus hearing date/time for this case is October 17, 2022 at 1:30 p.m. Please see the courts website for a list of all omnibus hearing dates for this case.

Related document(s):

*1782* – Motion to Reconsider Order Terminating Payment of Pension Benefits to Father William O'Donnell (RE: related document(s)1759 Opinion) Filed by Stephen Haedicke on behalf of William O'Donnell (Haedicke, Stephen) **Received by the Court and stored in Sealed cabinet on 09/14/2022** Modified on 9/14/2022 (Nunnery, J.).

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, September 15, 2022.

Heather Rouchon  
Deputy Clerk