UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH FOR | § | CHAPTER 11 |
| THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

**ORDER**

Listed below are documents which, to date, have been filed under seal at the request of either the Debtor in this case and/or the Official Committee of Unsecured Creditors or on this Court's own motion pursuant to 11 U.S.C. § 107. At this time, the Court *sua sponte* unseals the documents, but provides redacted copies to shield Protected Material as that term is defined by the Court's Protective Order entered in this case, as amended, [ECF Docs. 729 (amending and superseding 305), 885 & 1120], and to protect persons with respect to scandalous or defamatory matter or other unlawful injury pursuant to 11 U.S.C. §§ 107(b)(2) and 107(c):

(i) *Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel To Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order*, [ECF Doc. 1256];

(ii) Transcripts of Status Conferences held on February 11, 2022, March 11, 2022, and April 14, 2022;[1]

(iii) *Declaration of Richard C. Trahant*, dated April 12, 2022;[2]

---

[1] A redacted version of the transcript of the status conference held on February 11, 2022, is attached hereto as **Exhibit A**. Redacted versions of the transcripts the status conferences held on March 11, 2022, and April 14, 2022, are likewise attached hereto as **Exhibits B** and **C**, respectively.

[2] The Trahant Declaration was initially filed under seal with twelve other declarations as exhibits to the *Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion*, [ECF Doc. 1438]. A redacted copy of the Trahant Declaration is attached hereto as **Exhibit D**.

(iv) Deposition of Richard Trahant, sworn to on May18, 2022;[3] and

(v) Transcript of Show-Cause Hearing held on August 22, 2022, [ECF Doc. 1752].

**SO ORDERED.**

New Orleans, Louisiana, this 11th day of October, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

.

---

[3] The Trahant deposition was initially filed under seal as an attachment to the UST Report. [ECF Doc. 1572]. A redacted copy of the Trahant deposition is attached hereto as **Exhibit E**.