UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS ) | |
| ) | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Novemnber 22, 2021 that a true and correct copy of the following was served as set forth below:

- *Seventh Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* [ECF Docket # 1935] on November 22, 2022.

- *Fifth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc. as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022* [ECF Docket # 1936] on November 22, 2022.

- *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022* [ECF Docket # 1937] on November 22, 2022.

- *Notice of Hearing with Certificate of Service Filed by Official Committee of Unsecured Creditors (RE: related document(s)1935 Application for Compensation filed by Interested Party Locke Lord LLP, 1936 Application for Compensation filed by Other Prof. Zobrio, Inc., 1937 Application for Compensation filed by Other Prof. Stegall, Benton, Melancon & Associates, LLC). Hearing scheduled for 12/15/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A.* [ECF Docket # 1938] on November 22, 2022.

The foregoing were served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List, as set forth in the attached Exhibit 1, as defined and

1

130685777v.1

required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [D.I. 22] via first-class United States mail, postage prepaid.

Dated: November 22, 2022

Respectfully submitted,

<u>By: /s/ W. Steven Bryant</u>
Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
         rkuebel@lockelord.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Counsel to the Official Committee of Unsecured Creditors*