**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**SUMMARY COVER SHEET TO FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC | |
| **Applicant's Professional Role in Case** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020 pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 7/1/2022 | 10/31/2022 |
| **Time period(s) covered by prior Applications:** | 6/17/2020 | 6/30/2022 |
| **Total amounts awarded in all prior Applications:** | | $1,155,476.45 |
| **Total fees requested in this Application:** | | $359,538.00 |
| **Total hours covered by this Application:** | | 786.8 |
| **Average hourly rate:** | | $456.96 |
| **Reimbursable expenses sought in this Application:** | | $500.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Schedule of Previous Fee Statements and Applications Noticed and Filed**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/21 Dkt No. N/A | 6/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/21 Dkt No. N/A | 11/1/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 12/1/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 1/1/2 - 1/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 2/1/21 - 2/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 3/1/21 - 3/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/21 Dkt No. 891* | *6/17/20 - 3/31/21* | *$252,386.00* | *$3,889.52* | *6/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 4/1/21 - 4/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 5/1/21 - 5/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 6/1/21 - 6/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 7/1/21 - 7/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 8/1/21 - 8/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 9/1/21 - 9/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/1/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *4/1/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/1/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/22 Dkt No. N/A | 12/1/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/22 Dkt No. N/A | 1/1/22 - 1/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/22 Dkt No. N/A | 2/1/22 - 2/28/22 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/22 Dkt No. 1385* | *11/1/21 - 2/28/22* | *$152,754.50* | *$0.00* | *4/19/22 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/22 Dkt No. N/A | 3/1/22 - 3/31/22 | $115,531.00 | $0.00 | N/A | $0.00 | $0.00 | $115,531.00 |
| 5/27/22 Dkt No. N/A | 4/1/22 - 4/30/22 | $43,931.00 | $0.00 | N/A | $0.00 | $0.00 | $43,931.00 |
| 6/29/22 Dkt No. N/A | 5/1/22 - 5/31/22 | $109,327.00 | $0.00 | N/A | $0.00 | $0.00 | $109,327.00 |
| 7/26/22 Dkt No. N/A | 6/1/22 - 6/30/22 | $84,128.00 | $0.00 | N/A | $0.00 | $0.00 | $84,128.00 |
| *7/28/22 Dkt No. 1688* | *3/1/22 - 6/30/22* | *$352,917.00* | *$0.00* | *8/17/22 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/22 Dkt No. N/A | 7/1/22 - 7/31/22 | $54,081.50 | $0.00 | N/A | $43,265.20 | $0.00 | $10,816.30 |
| 9/29/22 Dkt No. N/A | 8/1/22 - 8/31/22 | $104,162.00 | $500.00 | N/A | $83,829.60 | $0.00 | $20,832.40 |
| 10/28/22 Dkt No. N/A | 9/1/22 - 9/30/22 | $84,134.00 | $0.00 | N/A | $0.00 | $0.00 | $84,134.00 |
| 11/21/22 Dkt No. N/A | 10/1/22 - 10/30/22 | 117,160.50 | 0.00 | N/A | $0.00 | $0.00 | 117,160.50 |
| **Totals** | | **$1,511,112.00** | **$4,402.45** | | **$1,278,668.80** | **$3,902.45** | **$232,943.20** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Attachment A: Fees By Professional**

For the Period 7/1/2022 through 10/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 38.4 | $25,344.00 |
| E. Johns | Managing Director | $750.00 | 5.7 | $4,275.00 |
| O. Kan | Managing Director | $600.00 | 1.5 | $900.00 |
| P. Shields | Managing Director | $635.00 | 95.3 | $60,515.50 |
| R. Strong | Managing Director | $610.00 | 11.0 | $6,710.00 |
| M. Babcock | Director | $560.00 | 280.7 | $157,192.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 51.4 | $24,415.00 |
| N. Zeien | Managing Consultant | $375.00 | 1.0 | $375.00 |
| S. Chaffos | Senior Associate | $275.00 | 165.3 | $45,457.50 |
| S. Cooney | Senior Associate | $350.00 | 28.7 | $10,045.00 |
| N. Drepanos | Associate | $295.00 | 26.5 | $7,817.50 |
| T. Hatton | Associate | $265.00 | 4.2 | $1,113.00 |
| M. Haverkamp | Case Manager | $300.00 | 18.8 | $5,640.00 |
| H. Henritzy | Case Assistant | $195.00 | 27.6 | $5,382.00 |
| K. Calder | Case Assistant | $140.00 | 25.0 | $3,500.00 |
| K. Hendry | Case Assistant | $195.00 | 2.7 | $526.50 |
| V. Ingle | Case Assistant | $110.00 | 3.0 | $330.00 |
| **Total** | | | **786.8** | **$359,538.00** |
| **Blended Rate** | | | | **$456.96** |

Berkeley Research Group, LLC

Invoice for the 7/1/2022 - 10/31/2022 Period

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 7/1/2022 through 10/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 0.5 | $280.00 |
| 200.40 Document / Data Analysis (Corporate) | 37.4 | $20,630.50 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 8.4 | $1,284.00 |
| 200.90 Document / Data Analysis (Production Requests) | 107.7 | $53,119.50 |
| 211.06 Bankruptcy Proceedings (Protective Order Violations) | 0.5 | $280.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 37.6 | $14,407.00 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 15.3 | $2,142.00 |
| 300.00 Asset Analysis (General - Debtors) | 108.3 | $58,104.50 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 0.6 | $336.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 105.2 | $36,856.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 3.8 | $2,128.00 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 137.1 | $75,700.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 5.1 | $1,617.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 8.6 | $3,782.50 |
| 392.00 Asset Analysis (Other - Related Non-Debtors) | 139.4 | $64,448.00 |
| 800.00 Plan & Disclosure Statement Analysis | 2.6 | $1,591.00 |
| 1000.00 Case Administration | 1.9 | $1,008.50 |

| Task Code | Hours | Fees |
|---|---|---|
| 1020.00 Meeting Preparation & Attendance | 4.1 | $1,811.50 |
| 1060.00 Fee Application Preparation & Hearing | 62.7 | $20,012.00 |
| **Total** | **786.8** | **$359,538.00** |
| **Blended Rate** | | **$456.96** |

Berkeley Research Group, LLC

Invoice for the 7/1/2022 - 10/31/2022 Period

**In re: The Roman Catholic Church of the**

**Berkeley Research Group, LLC**

## Attachment C: Expenses By Category

For the Period 7/1/2022 through 10/31/2022

| Expense Category | Amount |
|---|---:|
| 12. Publications | $500.00 |
| **Total Expenses for the Period 7/1/2022 through 10/31/2022** | **$500.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

### FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 15, 2022, AT 1:30 P.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Fifth Interim Application for Allowance and*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022* (the "<u>Application</u>") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period July 1, 2022 through and including October 31, 2022, (the "<u>Fee Period</u>"); and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

## JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the Eastern District of Louisiana (the "<u>Court</u>") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "<u>Local Rules</u>"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>").

## BACKGROUND

4.     On May 1, 2020 (the "<u>Petition Date</u>"), The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Archdiocese</u>") filed a voluntary petition for relief under the Bankruptcy Code (the "<u>Case</u>"). The Debtor remains in possession of its property and is managing

its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94].

6.      On June 17, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord" and together "Counsel") to serve as co-counsel.

7.      On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25, 2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 362] (the "Retention Order").

8.      On March 5, 2021, the U.S. Trustee, pursuant to the Court's *Order Directing United States Trustee to Appoint Additional Committee of Commercial Unsecured Creditors*, appointed the Unsecured Commercial Creditors' Committee (the "Commercial Committee").

## EXTRAORDINARY CIRCUMSTANCES

9.      The Committee with the support of BRG and Counsel have undertaken strenuous efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the most favorable resolution to unsecured creditors possible.

10.     The Committee recognizes that unless this case is dismissed, the most likely outcome and resolution of claims will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including, with BRG's support, a

comprehensive investigation and analysis of the Debtor's financial circumstances and structure and information underlying claims filed against the Debtor, all of which is necessary to inform negotiations and mediation concerning potential resolution of claims. Extensive efforts have been required to compel production of the documents necessary to the investigation and review the same for comprehensivity and responsiveness.

11.     Nevertheless, the Committee, Counsel and BRG will continue to work in good faith to attempt to move this matter forward, and as necessary, will bring matters to the Court. The Committee and its advisors are dedicated to resolving matters in the manner most beneficial to unsecured creditors as a whole.

## PROFESSIONAL FEES AND DISBURSEMENTS

12.     By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks allowance of fees in the amount of $359,538.00 for professional services rendered for and on behalf of the Committee during the Fee Period, and $500.00 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of such services, for a total award of $360,038.00[3]

13.     BRG expended an aggregate of 786.8 hours at a blended hourly rate of $456.96.

---

[3] The total fees requested herein incorporate the voluntary reduction as agreed upon with the Committee in the amount of $65,456.00 for the Fee Period.

14.     Attached as **Attachment A** above is the summary schedule of professionals who rendered services to the Committee during the Fee Period, including titles, billing rates, and the blended hourly rate. Attached as **Attachment B** above is the summary schedule of hours and fees expended during the Fee Period by BRG's professionals with respect to each task code (subject matter categories that BRG established consistent with the U.S. Trustee Guidelines).

15.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. A summary schedule of the expenses incurred by category during the fee period is attached above as **Attachment C**.

16.     BRG has, on August 29, 2022, September 29, 2022, October 28, 2022, and concurrently with this filing respectively, submitted monthly fee statements for each month in the Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 80% of the fees and 100% of the expenses incurred (the "Monthly Fee Statements"). The Monthly Fee Statements for July 1, 2022 through October 31, 2022 are attached hereto as **Exhibits A-D** respectively and incorporated herein by reference.

## SUMMARY OF SERVICES RENDERED

17.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

18.     BRG has provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case as requested and as necessary in furtherance of the interests of unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

19.     BRG submits that the fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

20.     The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

21.     BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

22.     BRG's hourly rates for professionals of comparable experience, are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

23.     No agreement or understanding exists between BRG and any other person for sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or

understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

24.     The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### 200.30 – Document / Data Analysis (Financial / Accounting) - Accounting System

25.     During the Fee Period, BRG met with UCC Counsel to evaluate issues related to data requests from Zobrio and the Commercial Committee.

26.     BRG expended 0.5 hours on this category for fees in the amount of $280.00.

### 200.40 – Document / Data Analysis (Corporate)

27.     During the Fee Period, BRG analyzed the meeting minutes primarily for the Finance Council and the investment sub-committee for the period of 2010 through 2020. Evaluating Finance Council and investment sub-committee meeting minutes is important in the context of assessing, among other things, assets (including alleged restrictions), claims, operations, organizational structure,  and the relationship, dealings and transaction activity between the Debtor and Non-Debtor Affiliates,.

28.     BRG expended 37.4 hours on this category for fees in the amount of $20,630.50.

**200.50 – Document / Data Analysis (Related Non-Debtors)**

29.     During the Fee Period, BRG developed customized comparative financial statements for various non-debtor entities covering the period 2017 through 2022. Evaluating financial and other information relating to the Non-Debtor Affiliates is important in the context of assessing, among other things, what might constitute a substantial contribution, and assessing the relationship, dealings and transaction activity between the Debtor and Non-Debtor Affiliates.

30.     BRG expended 8.4 hours on this category for fees in the amount of $1,284.00.

**200.90 – Document / Data Analysis (Production Requests)**

31.     BRG engaged in significant and continued efforts with UCC Counsel to request and evaluate document productions and records, which included assisting with drafting and editing document requests. Specifically, BRG spent substantial time preparing and updating formal document requests, monitoring documents provided, developing and reviewing indices of records produced, and evaluating document requests for updated information on several issues such as bank and investment account information, financial statements, property documents, documents pertaining to particular entities including parishes, schools, and other affiliates, and documents in connection with the proposed sale of Notre Dame Health System ("NDHS") and St. Anthony's Gardens ("SAG"). Additional time was spent preparing for and participating in meetings with case professionals and UCC Counsel to address issues with, and coordinate production of, various categories of data from various sources, including non-debtor affiliates, FIMS accounting data, records relating to Portfolio A, and other bank and investment accounts. The requested documents are necessary to perform analyses and investigations in a number of critical areas, such as assets (including alleged restrictions), claims, operations, organizational structure, proposed asset sales

of the Debtor and non-debtor affiliates, and relationships and dealings between the Debtor and Non-Debtor Affiliates.

32.     BRG expended 107.7 hours on this category for fees in the amount of $53,119.50.

### 211.06 – Bankruptcy Proceedings (Protective Order Violations)

33.     During the Fee Period, BRG reviewed sanction order related to protective order violations.

34.     BRG expended 0.5 hours on this category for fees in the amount of $280.00.

### 220.00 – Debtor Operations / Monitoring
### (Monthly Operating Reports / Periodic Reporting)

35.     BRG analyzed monthly operating reports and related financial information contained therein from May 2020 to July 2022. BRG also evaluated cash receipts and disbursements activity since the inception of the bankruptcy, and prepared and updated supplemental requests for additional information / disclosures to be included in MORs. Comparative financial information generated from financial data and schedules contained in the periodic reports and monthly operating reports was updated and reviewed. Such analysis is necessary to monitor the transaction activities of the Debtor.

36.     BRG expended 37.6 hours on this category for fees in the amount of $14,407.00.

### 221.00 – Debtor Operations / Monitoring (Cash Management Reports)

37.     During the Fee Period, BRG analyzed cash receipts and disbursements activity from periodic reports for the period June and July 2022. The services performed in this task code are similar to the services provided in task code 220.00 – Debtor Operations / Monitoring (Monthly Operating Reports / Periodic Reporting).

38.     BRG expended 15.3 hours on this category for fees in the amount of $2,142.00.

### 300.00 – Asset Analysis (General – Debtors)

39.     BRG analyzed accounts maintained by the Debtor and Non-Debtor Affiliates and coordinated tasks for the purpose of asset analysis and asset identification. Specific tasks included BRG's analysis regarding accounting activity and cash receipts in relation to parish assessments, service fees and cost reimbursements. Accounting activity and cash transaction activity relating to FEMA litigation relating to Villa St. Maurice was also evaluated. BRG continued to update the ability to pay/contribution analysis and evaluated issues related to the settlement contribution.

40.     BRG's on-going examination of assets and related documentation has and will continue to benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

41.     BRG expended 108.3 hours on this category for fees in the amount of $58,104.50.

### 301.00 – Asset Analysis (General – Debtors Restricted / Identified Assets)

42.     BRG revised the analysis of assets identified by the Debtor as being allegedly restricted or otherwise unavailable to creditors. BRG's ongoing examination of allegedly restricted assets identified by the Debtor will benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

43.     BRG expended 0.6 hours on this category for fees in the amount of $336.00.

### 302.00 – Asset Analysis (General – Related Non-Debtors)

44.     During the Fee Period, BRG continued to analyze general ledger data for non-debtor affiliates, as well as examining balance sheets, income statements, and other financial data

13

for parishes, schools, and other Non-Debtor Affiliates for the development of a trend analysis. BRG also evaluated cash transaction activity relating to Portfolio A and B.

45.     Additional time was spent meeting and corresponding with UCC Counsel and with BRG personnel on the proposed sale of NDHS and SAG assets (beginning in October 2022, time relating to the proposed sale of NDHS and SAG was included in task code 392.00). BRG's ongoing examination of Non-Debtor Affiliate assets will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

46.     BRG expended 105.2 hours on this category for fees in the amount of $36,856.00.

### 310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)

47.     During the Fee Period, BRG spent time analyzing general ledger accounting data related to Portfolio B and the Operating Account. BRG's ongoing examination of cash and investments will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

48.     BRG expended 3.8 hours on this category for fees in the amount of $2,128.00.

### 320.00 – Asset Analysis (Investments / Funds – Debtors)

49.     BRG spent time during the Fee Period analyzing the Debtor's Portfolio A and Portfolio B cash transaction activity, investment balances, and accounting activity (including information reported in the Financial Edge accounting system, and the Debtor's bankruptcy filings). BRG also analyzed historic trends in both deposits and loans in the Deposit and Loan Fund, FIMS general ledger data produced by CCF for the years 2018 through 2022, as well as numerous CCF donor files including underlying transactions for the period July 2017 – July 2022. Further time was spent meeting internally to discuss the transaction activity, flow of funds, asset analysis, and other items related to the Debtor's investment accounts. BRG's ongoing examination

14

of cash and investments will benefit its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

50.     BRG expended 137.1 hours on this category for fees in the amount of $75,700.00

## 330.00 – Asset Analysis (Real Property - Debtors)

51.     BRG analyzed the McEnery real property evaluation report, and integrated the findings of said report into BRG's real estate analysis. Time was also spent meeting internally to discuss updates to the real estate analysis and related issues.

52.     BRG expended 5.1 hours on this category for fees in the amount of $1,617.00.

## 332.00 – Asset Analysis (Real Property – Related Non-Debtors)

53.     BRG analyzed the Non-Debtor Affiliates' real estate property data, evaluated Non-Debtor Affiliate real estate holdings in comparison to the Apostolate real property file, and updated BRG's analysis of Non-Debtor Affiliate real estate. BRG also discussed real estate requests with UCC Counsel. BRG's ongoing examination of Non-Debtor Affiliate real property will benefit its analysis and investigation, including assessing what might constitute a substantial contribution by Non-Debtor Affiliates, and its identification and analysis of potential assets available to the Debtor's creditors.

54.     BRG expended 8.6 hours on this category for fees in the amount of $3,782.50.

## 392.00 – Asset Analysis (Other – Related Non-Debtors)

55.     During the Fee Period, the Committee was informed by Debtor counsel and Apostolate counsel that CommCare Corporation ("CommCare") had signed a letter of intent to acquire NDHS and SAG

56.     BRG assisted the Committee and Committee Counsel in the evaluation of the proposed sale of NDHS and SAG. Upon learning of the proposed sale, BRG worked with Committee Counsel to identify documents, data and information to be requested from the Debtor, NDHS and SAG. BRG analyzed the limited documents and data produced by the Debtor, NDHS, SAG as it prepared an overall analysis of the sale. As part of this process, BRG analyzed financial data including audited and internal financial statements, appraisals / valuations of certain (but not all) properties to be sold, millions of dollars of real estate transfers from the Debtor to or for the benefit of NDHS and SAG, loan documents summarizing funding provided by the Debtor to SAG, operations data for NDHS and SAG (including census / occupancy, labor, etc.), and other documents related to NDHS and SAG operations.

57.     Using the limited documents produced by NDHS and SAG and additional data obtained through public sources and its own research, BRG developed a long-term care market evaluation and transactions assessment to assist in the evaluation of the proposed sale. BRG researched industry information related to assisted living / independent living communities, skilled nursing facilities, and home health / hospice care. BRG created financial models for NDHS and SAG (including a comparative analysis focusing on companies within the industry).

58.     In order to coordinate its analysis of the NDHS and SAG sale, BRG held internal meetings. BRG also met with UCC Counsel and UCCC Counsel and advisors to discuss the proposed sale and to evaluate potential issues and next steps.

59.     BRG expended 139.4 hours on this category for fees in the amount of $64,448.00.

### 800.00 – Plan & Disclosure Statement Analysis

60.     BRG spent time meeting internally to evaluate and discuss Plan issues and contributions.

61.     BRG expended 2.6 hours on this category for fees in the amount of $1,591.00.

### 1000.00 – Case Administration

62.     BRG spent time revising the Committee work plan and task list.

63.     BRG expended 1.9 hours on this category for fees in the amount of $1,008.50.

### 1020.00 – Meeting Preparation & Attendance

64.     During the Fee Period, BRG personnel participated in meeting regarding the analyses of Portfolio A, Portfolio B, and real estate.

65.     BRG expended 4.1 hours on this category for fees in the amount of $1,811.50.

### 1060.00 – Fee Application Preparation & Hearing

66.     During the Fee Period, BRG prepared, reviewed, and updated its Twenty-First through Twenty-Fourth Fee Statements, which covered the period from June 1, 2022 to September 30, 2022 (including the development and preparation of fee statements and related exhibits). Further time was spent preparing and editing the Fourth Interim Fee Application. BRG also evaluated issues raised by Debtors' Counsel related to BRG's Eighteenth Fee Statement as notes in the May 12, 2022 letter from Mark Mintz, and BRG's Fourth Interim Fee Application as noted in the August 9, 2022 letter from Mark Mintz, and prepared responses thereto. Of note, prior to filing any fee statement or application in this matter, BRG provides its fees and expenses to the UCC for review and comment and only files a fee application after it receives UCC approval of its fees and expenses.

67.     BRG expended 62.7 hours on this category for fees in the amount of $20,012.00.

### ACTUAL AND NECESSARY EXPENSES

68.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $500.00, for which BRG requests reimbursement in full.

69.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

70.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG endeavors to minimize these expenses to the fullest extent possible.

71.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

**THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

72.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

73.   BRG has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

74.   Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement

of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
>> (A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>>
>> (B)   reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

75.     This Application substantiates the total amount BRG seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

76.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the

20

"undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[4] Based upon the services described in this Application, BRG respectfully represents that it has fully satisfied the standards prescribed by the Johnson Factors.

## THE TIME AND LABOR REQUIRED

77.    Firm professionals and case assistants, in the performance of financial advisory services, expended 786.8 hours during the Fee Period for a total fee of $359,538.00.[5] Taking into account BRG's voluntary reductions, the blended hourly rate is $456.96/hour. The names of the professionals who worked on this case during the Fee Period appear in the Monthly Fee Statements and in **Attachment A: Fees By Professional** included in the Application Summary above.  BRG submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports BRG's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

78.    This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding BRG the fees and expenses it has requested.

---

[4] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[5] This takes into account the Firm's voluntary reductions.

## THE SKILL REQUIRED TO PERFORM THE SERVICES

79.    Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. BRG strove to limit the number of professionals who worked on this case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

80.    BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $456.96/hour is reasonable and reflects market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses

reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to BRG.

## WHETHER THE FEE IS FIXED OR CONTINGENT

81.    BRG's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in this Bankruptcy Case.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

82.    BRG has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Fee Period that required BRG's immediate attention. Again, the exigent nature of these matters demanded that BRG's professionals respond on very short notice to complicated and developing events as they unfolded. This imposed serious time demands on BRG's personnel and required them to devote considerable resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

83.    The Monthly Fee Statements summarize the individual tasks that BRG personnel performed during the Fee Period as well as the amounts charged for those tasks. The total fees BRG seeks to approve in this Application are $359,538.00. This figure is commensurate with the Firm's achievements. This Johnson Factor strongly supports the fee award requested.

## THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

84.    BRG's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, BRG's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors,

creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation, accounting, and investigative topics throughout the country. As mentioned, BRG has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

## THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

85.     From the Firm's perspective, serving as financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting BRG the award it has requested.

## THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

86.     BRG has no prior professional relationship with the Committee, which was only formed after this case began. However, employees of BRG have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting BRG its fee award in this case.

## AWARDS IN SIMILAR CASES

87.     The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth

Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

88.     In conclusion, the *Johnson* Factors favor granting BRG the fee and expense award it seeks.

## <u>RESERVATION OF RIGHTS</u>

89.     It is possible that some professional time expended or expenses incurred by BRG are not reflected in this Application.  BRG reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## <u>NO PRIOR REQUEST</u>

90.     With respect to these amounts, as of the date of the Application, BRG has received interim payments of 80% of fees and 100% of expenses, based on monthly fee statements filed, in accordance with the Interim Compensation Order as described in the Schedule of Previous Fee Statements and Applications Noticed and Filed contained in the Application Summary. No payments and no previous application for the relief sought herein has been made to this or any other Court.


*[Remainder of the page left intentionally blank]*

## **CONCLUSION**

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit E**, (a) awarding BRG interim allowance of (i) fees in the amount of $359,538.00 for reasonable, actual and necessary services rendered on behalf of the Committee during the Fee Period and (ii) reimbursement of $500.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; and (c) granting such other or additional relief as is just and proper.

 Dated:  November 23, 2022

Respectfully submitted,

*By: /s/ Paul N. Shields*
Matthew Babcock
Paul Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone:  (801) 364-6233
Email:
        pshields@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A



L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

L O S A N G E L E S, C A
S A N F R A N C I S C O, C A
W I L M I N G T O N, D E
N E W Y O R K, N Y
C O S T A M E S A, C A

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Linda F. Cantor

310.277.6910
lcantor@pszjlaw.com

August 29, 2022

## VIA U.S. MAIL AND EMAIL (where indicated)

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
 Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

> **Re:** **In re The Roman Catholic Church**
> **of the Archdiocese of New Orleans,**
> **Case No. 20-10846, Section "A", Chapter 11,**
> **USBC for the Eastern District of Louisiana**

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the July 2022 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

Attachments

DOCS_LA:345046.1 05067/002

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Sept. 12, 2022 |

### TWENTY-SECOND MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JULY 1, 2022 THROUGH JULY 31, 2022

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Second Monthly Fee and Expense Statement (the "Statement") for the period from July 1, 2022 through July 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2. The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| July 1, 2022 to July 31, 2022 | |
|---|---|
| Fees (at standard rates) | $63,914.50 |
| Voluntary reduction | ($9,833.00) |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Fees (after reduction) | $54,081.50 |
| Expenses | <u>$0.00</u> |
| **Total Fees and Expenses Sought** | **$54,081.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.       The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.       BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| *Statement/ Application* | | *Requested* | | *CNO/Order* | *Paid to Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021-10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022-3/31/2022 | $115,531.00 | $0.00 | N/A | $92,424.80 | $0.00 | $23,106.20 |
| 5/27/2022 Dkt No. N/A | 4/1/2022-4/30/2022 | $43,931.00 | $0.00 | N/A | $35,144.80 | $0.00 | $8,8786.20 |
| 6/29/2022 Dkt No. N/A | 5/1/2022-5/31/2022 | $109,327.00 | $0.00 | N/A | $87,461.60 | $0.00 | $21,865.40 |

| 7/26/2022 Dkt No. N/A | 6/1/2022-6/30/2022 | $81,128.00 | $0.00 | N/A | $25,743.73 | $0.00 | $58,384.27 |
|---|---|---|---|---|---|---|---|
| **Totals** | | **$1,151,574.00** | **$3,902.45** | | **$1,039,431.93** | **$3,902.45** | **$112,142.07** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 12, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $43,265.20 (80% of $54,081.50) and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $43,265.20 which is equal to the sum of 80% of BRG's fees incurred during the Fee Period.

Dated:  August 29, 2022                                Respectfully submitted,

By:/s/ *Paul N. Shields*
Paul N. Shields
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

5

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 7/1/2022 through 7/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 1.7 | $1,122.00 |
| P. Shields | Managing Director | $635.00 | 10.5 | $6,667.50 |
| M. Babcock | Director | $560.00 | 35.3 | $19,768.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 34.0 | $16,150.00 |
| N. Zeien | Managing Consultant | $375.00 | 1.0 | $375.00 |
| S. Chaffos | Senior Associate | $275.00 | 19.2 | $5,280.00 |
| M. Haverkamp | Case Manager | $300.00 | 5.0 | $1,500.00 |
| H. Henritzy | Case Assistant | $195.00 | 15.0 | $2,925.00 |
| K. Calder | Case Assistant | $140.00 | 2.1 | $294.00 |
| **Total** | | | **123.8** | **$54,081.50** |
| **Blended Rate** | | | | **$436.85** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 7/1/2022 through 7/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 18.8 | $9,847.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 24.9 | $9,566.00 |
| 300.00 Asset Analysis (General - Debtors) | 39.5 | $18,915.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 14.5 | $7,749.50 |
| 1000.00 Case Administration | 1.9 | $1,008.50 |
| 1060.00 Fee Application Preparation & Hearing | 24.2 | $6,994.50 |
| **Total** | **123.8** | **$54,081.50** |
| **Blended Rate** | | **$436.85** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 7/1/2022 through 7/31/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 7/1/2022 | M. Babcock | 1.0 | Edited supplemental document request in preparation for mediation. |
| 7/1/2022 | P. Shields | 0.4 | Evaluated updates to document request to be submitted to Non-Debtor Affiliates. |
| 7/5/2022 | P. Shields | 0.3 | Continued to evaluate updates to document request to be submitted to Non-Debtor Affiliates. |
| 7/22/2022 | M. Babcock | 1.9 | Examined recent Apostolate production, including documents produced and correspondence/exhibits provided. |
| 7/25/2022 | M. Babcock | 1.3 | Prepared responses to issues raised in Apostolates response/document production. |
| 7/25/2022 | M. Babcock | 1.1 | Met with BRG (DJ, PS, SC) to evaluate response/document production from Apostolates. |
| 7/25/2022 | D. Judd | 1.1 | Participated in call with BRG (MB, PS, SC) regarding response to non-Debtor affiliate's response to our document requests. |
| 7/25/2022 | S. Chaffos | 0.7 | Participated in partial call with BRG (MB, PS, DJ) on most recent affiliate document production. |
| 7/25/2022 | M. Babcock | 0.5 | Met with UCC Counsel (RK, BK, AC) and BRG (SC) to evaluate response/document production from Apostolates. |
| 7/25/2022 | S. Chaffos | 0.5 | Spoke with BRG (MB), Locke Lord (BK, RK), PSZJ (AC) to discuss affiliate most recent document production. |
| 7/25/2022 | P. Shields | 0.3 | Participated in partial call with BRG (MB, DJ, SC) regarding follow up to non-Debtor affiliate counsel correspondence and production. |
| 7/26/2022 | M. Babcock | 2.3 | Updated responses to issues raised in Apostolates response/document production. |
| 7/26/2022 | M. Babcock | 1.9 | Continued to update responses to issues raised in Apostolates response/document production. |
| 7/26/2022 | P. Shields | 0.2 | Outlined issues to address in connection with further updated document and information requests from ANO and Affiliates. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.90 Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/27/2022 | M. Babcock | 1.3 | Revised responses to issues raised in Apostolates response/document production. |
| 7/28/2022 | P. Shields | 0.8 | Provided updates to follow up request in response to correspondence received from Counsel to Non-Debtor Affiliates. |
| 7/29/2022 | S. Chaffos | 2.1 | Revised response to affiliate counsel on 7/20/22 document production. |
| 7/29/2022 | M. Babcock | 1.1 | Prepared further updates to responses to issues raised in Apostolates response/document production. |

*Task Code Total Hours* **18.8**

**220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/1/2022 | K. Calder | 2.1 | Analyzed cash receipts and disbursement for 6/1/22 - 6/15/22. |
| 7/11/2022 | M. Babcock | 1.4 | Analyzed MORs filed by Debtor from May 2020 through May 2022 (including cash receipts and disbursements). |
| 7/11/2022 | S. Chaffos | 0.6 | Revised MOR supplemental document request. |
| 7/11/2022 | P. Shields | 0.5 | Prepared updates to request for information in connection with monthly operating reports. |
| 7/11/2022 | J. Shaw | 0.4 | Discussed post-petition cash receipts and disbursements evaluation with BRG (SC). |
| 7/11/2022 | S. Chaffos | 0.4 | Spoke with BRG (JS) to discuss post-petition cash receipts and disbursements evaluation. |
| 7/12/2022 | S. Chaffos | 2.7 | Verified accuracy of post-petition cash disbursement activity. |
| 7/12/2022 | S. Chaffos | 1.2 | Continued to verify accuracy of post-petition cash disbursement activity. |
| 7/12/2022 | M. Babcock | 0.8 | Analyzed MORs filed by Debtor from May 2020 through May 2022 (including cash receipts and disbursements). |
| 7/12/2022 | P. Shields | 0.2 | Corresponded via email with UCC Counsel and BRG regarding updates to MOR supplemental information requests. |
| 7/13/2022 | S. Chaffos | 2.9 | Verified accurarcy of post-petition cash receipt activity. |
| 7/13/2022 | J. Shaw | 1.8 | Evaluated post-petition cash disbursements. |
| 7/13/2022 | J. Shaw | 1.6 | Prepared summary reports for post-petition activity. |
| 7/13/2022 | M. Babcock | 0.5 | Drafted request for supplemental information related to MORs. |
| 7/13/2022 | P. Shields | 0.1 | Prepared updates to MOR supplemental information requests. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 7/14/2022 | J. Shaw | 2.5 | Met with BRG (SC) regarding post-petition cash activity. |
| 7/14/2022 | S. Chaffos | 2.5 | Spoke with BRG (JS) to review post-petition cash receipt and disbursement activity. |
| 7/14/2022 | J. Shaw | 0.5 | Analyzed post-petition cash receipts and disbursements. |
| 7/14/2022 | J. Shaw | 0.5 | Met with BRG (SC) regarding post-petition cash activity. |
| 7/18/2022 | M. Babcock | 1.1 | Examined historical receipt and disbursement activity reported in MORs. |
| 7/26/2022 | M. Babcock | 0.6 | Examined receipt and disbursement activity reported in historical MORs. |
| *Task Code Total Hours* | | *24.9* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 7/5/2022 | J. Shaw | 2.4 | Analyzed cash activity in connection with Parish service fees and cost reimbursements. |
| 7/5/2022 | N. Zeien | 1.0 | Compiled Moody's credit opinions for benchmarking purposes in credit estimate/credit analysis. |
| 7/5/2022 | J. Shaw | 1.0 | Met with BRG (PS) regarding Parish service assessment fees and cost reimbursements. |
| 7/5/2022 | P. Shields | 1.0 | Spoke with BRG (JS) regarding analysis to perform in connection with service fees and cost reimbursements. |
| 7/6/2022 | J. Shaw | 2.0 | Analyzed prepetition cash receipts and disbursements in connection with Parish service fees and cost reimbursements. |
| 7/6/2022 | J. Shaw | 1.9 | Analyzed post-petition cash receipts and disbursements in connection with Parish service fees and cost reimbursements. |
| 7/6/2022 | J. Shaw | 1.0 | Evaluated ANO financial statements and supporting schedules in connection with Parish service fees and cost reimbursements. |
| 7/7/2022 | J. Shaw | 2.4 | Reviewed transactions and support in connection with Parish service fees and cost reimbursements. |
| 7/7/2022 | P. Shields | 0.4 | Evaluated status of analysis to identify payments made by ANO on behalf of Non-Debtor Affiliates and reimbursement of such payments. |
| 7/8/2022 | J. Shaw | 2.3 | Analyzed activity and support in connection with Parish service fees and cost reimbursement. |
| 7/8/2022 | J. Shaw | 2.1 | Prepared findings regarding Parish service fees and cost reimbursements. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 7/8/2022 | J. Shaw | 1.6 | Reviewed post-petition cash receipts and disbursements in connection with Parish service fees and cost reimbursements. |
| 7/8/2022 | P. Shields | 0.2 | Continued to evaluate the status of analysis to identify payments made by ANO on behalf of Non-Debtor Affiliates and reimbursement of such payments. |
| 7/9/2022 | P. Shields | 1.0 | Evaluated information set forth in proposed write up regarding Villa St. Maurice and St. Maurice Parish. |
| 7/11/2022 | M. Babcock | 0.8 | Met with BRG (PS, JS, SC) to discuss Parish assessment analysis. |
| 7/11/2022 | J. Shaw | 0.8 | Met with BRG (PS, MB, SC) regarding Parish service assessment fees. |
| 7/11/2022 | S. Chaffos | 0.8 | Spoke with BRG (JS, MB, PS) to discuss the Parish assessment |
| 7/11/2022 | P. Shields | 0.8 | Spoke with BRG (MB, JS, SC) regarding assessment of Parish assets. |
| 7/13/2022 | J. Shaw | 0.9 | Reviewed Parish assessment fee activity. |
| 7/13/2022 | J. Shaw | 0.5 | Prepared email to Zobrio regarding Financial Edge accounting data request in connection with Parish assessments. |
| 7/13/2022 | S. Chaffos | 0.4 | Prepared sample Parish assessment invoice packets in preparation for Zobrio call. |
| 7/14/2022 | J. Shaw | 2.0 | Analyzed Parish assessment accounting data provided by Zobrio. |
| 7/14/2022 | J. Shaw | 2.0 | Analyzed receivables accounting GL data provided by Zobrio. |
| 7/14/2022 | M. Babcock | 0.7 | Analyzed incomplete Unitization Report provided by Affiliates (Draper), including response to UCC Counsel regarding issues and missing data. |
| 7/15/2022 | S. Chaffos | 1.3 | Analyzed sample Parish assessment invoice packets in comparison to Zobrio AR reports. |
| 7/15/2022 | J. Shaw | 1.2 | Analyzed receivables accounting data provided by Zobrio. |
| 7/15/2022 | J. Shaw | 1.1 | Analyzed accounting data provided by Zobrio in connection with Parish assessments fees. |
| 7/15/2022 | S. Chaffos | 0.5 | Met with BRG (JS) and Zobrio (CH, CH) to discuss account receivable reports. |
| 7/15/2022 | J. Shaw | 0.5 | Met with BRG (SC) and Zobrio (CH, CH) regarding Parish assessments. |
| 7/18/2022 | J. Shaw | 1.0 | Met with BRG (PS, MB, SC) regarding Parish assessments and cost reimbursement issues. |

Berkeley Research Group, LLC

Invoice for the 7/1/2022 - 7/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 7/18/2022 | P. Shields | 1.0 | Spoke with BRG (MB, JS, SC) regarding treatment of Parish assessments and cost reimbursements. |
| 7/18/2022 | S. Chaffos | 1.0 | Spoke with BRG (PS, JS, MB) on Parish assessment cost reimbursement analysis. |
| 7/18/2022 | M. Babcock | 0.8 | Participated in partial call with BRG (PS, JS, SC) to discuss asset analyses. |
| 7/27/2022 | D. Judd | 0.6 | Edited the draft response to non-Debtor affiliate's information request including exhibit. |
| 7/28/2022 | M. Babcock | 0.5 | Analyzed Apostolate real estate holdings. |
| **Task Code Total Hours** | | **39.5** | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 7/14/2022 | M. Babcock | 1.8 | Analyzed historical Portfolio A receipt and disbursement activity (and related supporting documentation). |
| 7/14/2022 | M. Babcock | 0.5 | Analyzed Portfolio B transactions (including pre- and post-petition activity and balances). |
| 7/18/2022 | M. Babcock | 1.7 | Analyzed Portfolio B activity involving Debtor's Operating Account. |
| 7/18/2022 | M. Babcock | 1.2 | Analyzed Portfolio A activity involving Debtor's Operating Account. |
| 7/18/2022 | S. Chaffos | 0.8 | Analyzed Portfolio A transactions for affiliate Notre Dame Health System. |
| 7/18/2022 | S. Chaffos | 0.5 | Analyzed Portfolio B transactions for affiliate Notre Dame Seminary. |
| 7/25/2022 | M. Babcock | 2.4 | Analyzed historical Portfolio A activity pursuant to available documents and data (July 2017 - May 2022). |
| 7/25/2022 | M. Babcock | 1.7 | Continued to analyze historical Portfolio A activity pursuant to available documents and data (July 2017 - May 2022). |
| 7/26/2022 | M. Babcock | 1.4 | Updated Portfolio A analysis. |
| 7/26/2022 | M. Babcock | 1.1 | Analyzed issues related to FIMS accounting system, including evaluation of database structure. |
| 7/27/2022 | M. Babcock | 0.5 | Analyzed historical Portfolio B transactions. |
| 7/27/2022 | M. Babcock | 0.3 | Examined historical Portfolio A transactions. |
| 7/29/2022 | M. Babcock | 0.6 | Examined supporting Portfolio B documentation. |
| **Task Code Total Hours** | | **14.5** | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 1000.00 Case Administration

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/27/2022 | M. Babcock | 0.3 | Updated Committee work plan/task list. |
| 7/28/2022 | P. Shields | 0.4 | Updated work plan. |
| 7/29/2022 | M. Babcock | 0.9 | Revised Committee work plan/task list. |
| 7/29/2022 | S. Chaffos | 0.3 | Revised Committee work plan. |
| *Task Code Total Hours* | | *1.9* | |

### 1060.00 Fee Application Preparation & Hearing

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/19/2022 | H. Henritzy | 2.9 | Prepared June monthly fee statement. |
| 7/19/2022 | H. Henritzy | 2.8 | Continued to prepare June monthly fee statement. |
| 7/20/2022 | H. Henritzy | 0.5 | Continued to prepare June monthly fee statement. |
| 7/20/2022 | M. Haverkamp | 0.3 | Reviewed timing and next steps for the June fee statement and fourth interim application. |
| 7/22/2022 | H. Henritzy | 1.7 | Prepared Fourth Interim Application. |
| 7/25/2022 | H. Henritzy | 1.6 | Prepared Fourth Interim Application. |
| 7/25/2022 | M. Haverkamp | 1.3 | Edited June monthly fee statement. |
| 7/26/2022 | H. Henritzy | 1.6 | Prepared June monthly fee statement. |
| 7/26/2022 | H. Henritzy | 1.4 | Prepared June LEDES file. |
| 7/26/2022 | M. Haverkamp | 1.1 | Edited June monthly fee statement. |
| 7/27/2022 | M. Haverkamp | 1.5 | Edited Fourth Interim Fee Application. |
| 7/27/2022 | H. Henritzy | 1.0 | Reviewed Fourth Interim Application. |
| 7/28/2022 | P. Shields | 2.9 | Updated Fourth Interim Fee Application narrative including task code descriptions. |
| 7/28/2022 | H. Henritzy | 1.5 | Reviewed Fourth Interim Fee Application. |
| 7/28/2022 | M. Babcock | 1.3 | Revised Fourth Interim Aee Application narrative. |
| 7/28/2022 | M. Haverkamp | 0.7 | Continued editing Fourth Interim Fee Application. |
| 7/28/2022 | M. Haverkamp | 0.1 | Edited Fourth Interim Fee Application. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

| 1060.00 Fee Application Preparation & Hearing | | |
|---|---|---|
| *Task Code Total Hours* | 24.2 | |

| **Total Hours** | **123.8** |
|---|---|

Berkeley Research Group, LLC

Invoice for the 7/1/2022 - 7/31/2022 Period

# EXHIBIT B



# PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**COSTA MESA**

650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Linda F. Cantor

September 29, 2022

310.277.6910
lcantor@pszjlaw.com

## VIA U.S. MAIL AND EMAIL (where indicated)

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
 Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

Re:     In re The Roman Catholic Church
         of the Archdiocese of New Orleans,
         Case No. 20-10846, Section "A", Chapter 11,
         USBC for the Eastern District of Louisiana

        Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the August 2022 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

        Very truly yours,

        */s/ Linda F. Cantor*

        Linda F. Cantor

Attachments

DOCS_LA:345424.1 05067/002

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Oct. 13, 2022 |

### TWENTY-THIRD MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD AUGUST 1, 2022 THROUGH AUGUST 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Third Monthly Fee and Expense Statement (the "Statement") for the period from August 1, 2022 through August 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| **August 1, 2022 to August 31, 2022** | |
|---|---|
| Fees (at standard rates) | $124,506.00 |
| Voluntary reduction | (\$20,344.00) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Fees (after reduction) | $104,162.00 |
| Expenses | <u>$500.00</u> |
| **Total Fees and Expenses Sought** | **$104,662.00** |

### <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **Exhibit D** is a summary of the expenses incurred by BRG during the Fee Period that sets forth the total amount of reimbursement sought with respect to each type of expense for which BRG is seeking reimbursement. **Exhibit E** is an itemized schedule of the actual, reasonable, and necessary expenses within each category, including description, BRG incurred during the Fee Period and the amounts for which reimbursement is requested organized by expense type.

### <u>SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED</u>

| *Statement/ Application* | | *Requested* | | *CNO/Order* | *Paid to Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021-10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021-12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022-3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022-4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |

| 6/29/2022 Dkt No. N/A | 5/1/2022-5/31/2022 | $109,327.00 | $0.00 | N/A | $105,654.57 | $0.00 | $3,672.43 |
|---|---|---|---|---|---|---|---|
| 7/26/2022 Dkt No. N/A | 6/1/2022-6/30/2022 | $84,128.00 | $0.00 | N/A | $67,302.40 | $0.00 | $16,825.60 |
| *7/28/2022 Dkt No. 1688* | *3/1/2022-6/30/2022* | *$352,917.00* | *$0.00* | *8/17/2022 Dkt No. 1740* | *$332,418.97* | *$0.00* | *$20,498.03* |
| 8/29/2022 Dkt No. N/A | 7/1/2022-7/31/2022 | $54,081.50 | $0.00 | N/A | $0.00 | $0.00 | $54,081.50 |
| **Totals** | | **$1,205,655.50** | **$3,902.45** | | **$1,131,075.97** | **$3,902.45** | **$74,579.53** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The

4

United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $83,329.60 (80% of $104,162.00) and expenses in the amount of $500.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $83,829.60 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  September 29, 2022

Respectfully submitted,

By:/s/ *Paul N. Shields*
   Paul N. Shields
   Berkeley Research Group, LLC
   201 South Main Street, Suite 450
   Salt Lake City, Utah 84111
   Telephone: (801) 364-6233
   Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

6

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 8/1/2022 through 8/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 12.6 | $8,316.00 |
| E. Johns | Managing Director | $750.00 | 2.5 | $1,875.00 |
| P. Shields | Managing Director | $635.00 | 26.1 | $16,573.50 |
| R. Strong | Managing Director | $610.00 | 6.2 | $3,782.00 |
| M. Babcock | Director | $560.00 | 99.4 | $55,664.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 15.0 | $7,125.00 |
| S. Chaffos | Senior Associate | $275.00 | 30.8 | $8,470.00 |
| M. Haverkamp | Case Manager | $300.00 | 4.8 | $1,440.00 |
| H. Henritzy | Case Assistant | $195.00 | 4.7 | $916.50 |
| **Total** | | | **202.1** | **$104,162.00** |
| **Blended Rate** | | | | **$515.40** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 8/1/2022 through 8/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.40 Document / Data Analysis (Corporate) | 30.5 | $16,766.50 |
| 200.90 Document / Data Analysis (Production Requests) | 22.7 | $11,970.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 6.1 | $2,114.00 |
| 300.00 Asset Analysis (General - Debtors) | 23.6 | $11,749.50 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 20.0 | $9,445.00 |
| 310.00 Asset Analysis (Cash / Bank Accounts - Debtors) | 3.8 | $2,128.00 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 66.3 | $38,113.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 4.6 | $1,337.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 3.2 | $1,541.50 |
| 800.00 Plan & Disclosure Statement Analysis | 0.6 | $396.00 |
| 1020.00 Meeting Preparation & Attendance | 4.1 | $1,811.50 |
| 1060.00 Fee Application Preparation & Hearing | 16.6 | $6,790.00 |
| **Total** | **202.1** | **$104,162.00** |
| **Blended Rate** | | **$515.40** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## BRG

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 8/1/2022 through 8/31/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.40 Document / Data Analysis (Corporate)** | | | |
| 8/17/2022 | M. Babcock | 1.5 | Reviewed Finance Council meeting minutes (2012). |
| 8/17/2022 | M. Babcock | 1.4 | Examined Finance Council meeting minutes (2011). |
| 8/17/2022 | M. Babcock | 1.1 | Analyzed Finance Council meeting minutes (2010). |
| 8/18/2022 | M. Babcock | 1.6 | Reviewed Finance Council meeting minutes (2015). |
| 8/18/2022 | M. Babcock | 1.3 | Analyzed Finance Council meeting minutes (2014). |
| 8/18/2022 | M. Babcock | 1.3 | Examined Finance Council meeting minutes (2013). |
| 8/18/2022 | M. Babcock | 0.8 | Analyzed Finance Council meeting minutes (2016). |
| 8/19/2022 | M. Babcock | 1.8 | Examined Finance Council meeting minutes (2017). |
| 8/19/2022 | M. Babcock | 1.3 | Analyzed Investment sub-committee meeting minutes (2018-2019). |
| 8/19/2022 | M. Babcock | 1.2 | Analyzed Finance Council meeting minutes (2016). |
| 8/19/2022 | S. Chaffos | 1.1 | Evaluated investment sub-committee meeting minutes. |
| 8/22/2022 | M. Babcock | 1.5 | Examined Finance Council meeting minutes (2019). |
| 8/22/2022 | M. Babcock | 1.3 | Analyzed Finance Council meeting minutes (2018). |
| 8/22/2022 | M. Babcock | 0.9 | Reviewed other available meeting minutes (including Administrative Council, Audit Subcommittee, Ministerial Council and Presbyteral Council). |
| 8/22/2022 | M. Babcock | 0.3 | Analyzed Finance Council meeting minutes (2020). |
| 8/29/2022 | M. Babcock | 1.9 | Updated analysis of Finance Council meeting minutes (2019 - 2020). |
| 8/30/2022 | M. Babcock | 2.4 | Updated analysis of Finance Council meeting minutes (2017). |
| 8/30/2022 | M. Babcock | 2.1 | Updated analysis of Finance Council meeting minutes (2018). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**200.40 Document / Data Analysis (Corporate)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/31/2022 | M. Babcock | 1.8 | Updated analysis of Finance Council meeting minutes (2014). |
| 8/31/2022 | M. Babcock | 1.6 | Updated analysis of Finance Council meeting minutes (2016). |
| 8/31/2022 | M. Babcock | 1.5 | Updated analysis of Finance Council meeting minutes (2015). |
| 8/31/2022 | M. Babcock | 0.8 | Updated analysis of Finance Council meeting minutes (2013). |
| *Task Code Total Hours* | | *30.5* | |

**200.90 Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/1/2022 | P. Shields | 2.7 | Prepared proposed updates to response to July 20, 2022 letter issued by counsel to Non-Debtor Affiliate regarding production and discovery issues. |
| 8/1/2022 | P. Shields | 2.4 | Analyzed completeness and accuracy of real estate related information provided by Non-Debtor Affiliates. |
| 8/1/2022 | S. Chaffos | 1.6 | Drafted narrative of Committee document production response. |
| 8/2/2022 | M. Babcock | 2.1 | Updated response to Apostolate counsel regarding correspondence/productions. |
| 8/4/2022 | S. Chaffos | 0.5 | Met with BRG (MB), LockeLord (BK), PSZJ (AC) to discuss affiliate document request response. |
| 8/4/2022 | M. Babcock | 0.5 | Met with UCC Counsel (BK, AC) and BRG (SC) to discuss response to Apostolate Counsel. |
| 8/5/2022 | S. Chaffos | 1.5 | Drafted narrative for Committee response letter to 7/20 letter from Apostolate counsel. |
| 8/5/2022 | M. Babcock | 0.9 | Edited response to Apostolate Counsel regarding correspondence/productions. |
| 8/11/2022 | M. Babcock | 0.9 | Met with UCC Counsel (BK) and BRG (PS, SC) to discuss document productions/requests. |
| 8/12/2022 | M. Babcock | 0.4 | Prepared supplemental document/data request for the Debtor. |
| 8/12/2022 | P. Shields | 0.3 | Edited the document request to be submitted to the Archdiocese. |
| 8/16/2022 | S. Chaffos | 2.1 | Evaluated document regarding Portfolio database request and correspondences. |
| 8/16/2022 | P. Shields | 0.7 | Outlined issues for consideration in connection with follow up document and information request being submitted to the Debtor. |
| 8/17/2022 | P. Shields | 1.2 | Outlined issues for consideration by UCC Counsel regarding updates to document request being submitted to the Debtor. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 8/17/2022 | M. Babcock | 0.8 | Revised supplemental document/data request (Debtor). |
| 8/17/2022 | P. Shields | 0.5 | Updated document request being submitted to the Debtor. |
| 8/18/2022 | P. Shields | 0.7 | Evaluated most recent information requests relating to Non-Debtor Affiliate real estate. |
| 8/19/2022 | P. Shields | 0.7 | Prepared letter to counsel to Non-Debtor Affiliates regarding issues relating to information provided regarding real estate of Non-Debtor Affiliates. |
| 8/22/2022 | P. Shields | 0.3 | Prepared letter to counsel to Non-Debtor Affiliates regarding issues relating to information provided regarding real estate of Non-Debtor Affiliates. |
| 8/24/2022 | P. Shields | 0.8 | Prepared proposed letter to Non-Debtor Affiliate counsel to inquire regarding real estate information. |
| 8/29/2022 | D. Judd | 1.1 | Participated in call with BRG (MB, PS) to prepare schedule of document and information requests for SAG and DHS. |
| *Task Code Total Hours* | | *22.7* | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 8/12/2022 | M. Babcock | 0.9 | Met with BRG (JS, SC) to analyze post-petition disbursements reported in MORs. |
| 8/12/2022 | S. Chaffos | 0.9 | Met with BRG (MB, JS) regarding cash receipts and disbursement transactions reported in MORs. |
| 8/12/2022 | J. Shaw | 0.9 | Met with BRG (MB, SC) regarding post-petition disbursements reported in MORs. |
| 8/25/2022 | S. Chaffos | 1.3 | Updated the MOR cash summary ending balance comparison schedule for months June - July 2022. |
| 8/25/2022 | S. Chaffos | 1.2 | Updated MOR balance sheet comparative schedule for months June - July 2022. |
| 8/25/2022 | S. Chaffos | 0.9 | Updated MOR income statement comparative schedule for months June - July 2022. |
| *Task Code Total Hours* | | *6.1* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 8/11/2022 | J. Shaw | 2.8 | Prepared narrative regarding Parish assessment and cost reimbursement analysis. |
| 8/11/2022 | J. Shaw | 2.3 | Reviewed Parish receivables and cost reimbursement transaction activity. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 8/12/2022 | J. Shaw | 1.7 | Continued to prepare narrative regarding Parish assessment and cost reimbursement analysis. |
| 8/12/2022 | J. Shaw | 1.4 | Updated Parish assessment and cost reimbursement narrative. |
| 8/12/2022 | S. Chaffos | 0.9 | Prepared narrative for Counsel regarding Parish cost reimbursement and assessment analysis. |
| 8/12/2022 | J. Shaw | 0.6 | Updated narrative regarding Parish assessments and cost reimbursement analysis. |
| 8/12/2022 | S. Chaffos | 0.4 | Met with BRG (PS, JS) on Parish assessment analysis. |
| 8/12/2022 | J. Shaw | 0.4 | Met with BRG (PS, SC) to discuss Parish assessment and cost reimbursement analysis. |
| 8/12/2022 | P. Shields | 0.4 | Spoke with BRG (JS, SC) regarding analysis Parish assessment and expense reimbursements. |
| 8/23/2022 | S. Chaffos | 1.5 | Evaluated documents regarding general ledger accounts roll up into financial statement line items. |
| 8/24/2022 | J. Shaw | 0.4 | Responded via email to inquiry from M. Babcock regarding general ledger account roll-up. |
| 8/25/2022 | M. Babcock | 2.2 | Met with BRG (PS, SC) to discuss asset analyses (including real estate, Portfolios A and B, financial statements and monthly operating reports). |
| 8/29/2022 | D. Judd | 1.0 | Participated in call with BRG (MB, PS) and UCC Counsel (BK, RK, JS) to analyze monetary demands including Debtor's ability to pay. |
| 8/30/2022 | E. Johns | 2.5 | Developed document request list in connection with proposed sale of Notre Dame Health System and St. Anthony's Gardens. |
| 8/30/2022 | J. Shaw | 0.8 | Prepared appendices for Parish assessment, receivable and reimbursement analysis. |
| 8/30/2022 | J. Shaw | 0.7 | Met with BRG (SC) regarding Parish assessment, receivable and reimbursement analysis. |
| 8/30/2022 | S. Chaffos | 0.7 | Participated in call with BRG (JS) to regarding Parish assessment and receivables analysis. |
| 8/30/2022 | P. Shields | 0.6 | Updated narrative of analysis developed relating to Parish assessments and receivables. |
| 8/30/2022 | S. Chaffos | 0.4 | Prepared appendices for Parish assessment and receivables analysis. |
| 8/31/2022 | J. Shaw | 0.9 | Updated appendices for Parish assessment, receivable and reimbursement analysis. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 8/31/2022 | M. Babcock | 0.8 | Prepared analysis of estimated Archdiocese asset contribution. |
| 8/31/2022 | P. Shields | 0.2 | Evaluated updates to ability to pay analysis on Archdiocese of New Orleans. |
| **Task Code Total Hours** | | **23.6** | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 8/11/2022 | J. Shaw | 2.1 | Reviewed Parish assessment invoices and transaction activity. |
| 8/12/2022 | S. Chaffos | 2.8 | Analyzed recent production of affiliates Parish financial reports (Aspiring Scholars - Archdiocese of New Orleans Indemnity, Inc.), including concurrently updating affiliate financial statement analysis. |
| 8/12/2022 | S. Chaffos | 2.8 | Analyzed recent production of affiliates Parish financial reports (Catholic Community Foundation Archdiocese of New Orleans, Inc. - New Orleans Archdiocesan Cemeteries Trust), including concurrently updating affiliate financial statement analysis. |
| 8/19/2022 | S. Chaffos | 0.8 | Researched assets information for Parishes 'Our Lady of Good Counsel Church' and 'Center of Jesus the Lord of Good Counsel Church'. |
| 8/23/2022 | M. Babcock | 1.6 | Analyzed Financial Edge general ledger data (Deposits Payable To Affiliates). |
| 8/23/2022 | M. Babcock | 1.0 | Analyzed Financial Edge general ledger data (Funds Held For Affiliates). |
| 8/24/2022 | M. Babcock | 1.9 | Continued to analyze Financial Edge general ledger data (Deposits Payable To Affiliates). |
| 8/24/2022 | M. Babcock | 0.8 | Continued to analyze Financial Edge general ledger data (Funds Held For Affiliates). |
| 8/29/2022 | M. Babcock | 1.1 | Met with BRG (PS, DJ) to identify documents and data to be requested related to proposed sale of Notre Dame Health System and St. Anthony's Gardens assets to CommCare. |
| 8/29/2022 | P. Shields | 1.1 | Spoke with BRG (DJ, MB) regarding document request for Notre Dame Health System and St. Anthony's Gardens. |
| 8/29/2022 | P. Shields | 1.1 | Spoke with UCC Counsel (JS, RK, BK) and BRG (DJ, MB) regarding issues and information requests relating to proposed sale of Notre Dame Health System and St. Anthony's Gardens. |
| 8/29/2022 | M. Babcock | 1.0 | Met with UCC Counsel (JS, RK, BK) and BRG (PS, DJ) to analyze issues related to proposed sale of NDHS and SAG assets to CommCare. |
| 8/29/2022 | M. Babcock | 0.8 | Evaluated issues related to proposed sale of NDHS and SAG assets to CommCare. |

Berkeley Research Group, LLC

Invoice for the 8/1/2022 - 8/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/29/2022 | P. Shields | 0.5 | Reviewed financial information of Notre Dame Health System and St. Anthony's Gardens. |
| 8/29/2022 | P. Shields | 0.4 | Reviewed communication from ANO Affiliate counsel regarding proposed sale of Notre Dame Health System and St. Anthony's Gardens. |
| 8/29/2022 | P. Shields | 0.2 | Emailed information to BRG (EJ) regarding Notre Dame Health System and St. Anthony's Gardens. |
| *Task Code Total Hours* | | *20.0* | |

### 310.00 Asset Analysis (Cash / Bank Accounts - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/23/2022 | M. Babcock | 1.3 | Analyzed Financial Edge general ledger data (Portfolio B). |
| 8/23/2022 | M. Babcock | 1.0 | Met with BRG (RS) to analyze Financial Edge general ledger data. |
| 8/23/2022 | M. Babcock | 0.8 | Analyzed Financial Edge general ledger data (Operating Account). |
| 8/24/2022 | M. Babcock | 0.7 | Continued to analyze Financial Edge general ledger data (Operating Account). |
| *Task Code Total Hours* | | *3.8* | |

### 320.00 Asset Analysis (Investments / Funds - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/1/2022 | M. Babcock | 2.1 | Evaluated flow of funds related to Portfolio B (including Debtor's Operating Account and Debtor's Portfolio B account). |
| 8/1/2022 | M. Babcock | 1.3 | Continued to evaluate the flow of funds related to Portfolio B (including Debtor's Operating Account and Debtor's Portfolio B account). |
| 8/2/2022 | M. Babcock | 2.3 | Analyzed Portfolio B receipt and disbursement activity occurring in Hancock Whitney account. |
| 8/2/2022 | M. Babcock | 1.7 | Analyzed Portfolio B receipt and disbursement activity reported in Portfolio B database produced by Debtor. |
| 8/2/2022 | M. Babcock | 1.1 | Analyzed Portfolio B receipt and disbursement activity recorded in Financial Edge general ledger. |
| 8/4/2022 | M. Babcock | 0.4 | Revised Portfolio B analysis. |
| 8/5/2022 | M. Babcock | 1.6 | Met with BRG (DJ) to analyze Portfolio B activity (including commingling and flow of funds). |
| 8/5/2022 | D. Judd | 1.6 | Participated in call with BRG (MB) to analysis Portfolio B activity. |
| 8/5/2022 | M. Babcock | 0.3 | Updated analysis of Portfolio B activity (including commingling and flow of funds). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | **320.00 Asset Analysis (Investments / Funds - Debtors)** |
| 8/8/2022 | M. Babcock | 2.5 | Revised Portfolio B analysis (including evaluation of commingling and historic flow of funds). |
| 8/10/2022 | M. Babcock | 2.3 | Examined available documents allegedly related to Portfolio B (including Parish service agreements, account manuals, policies, consulting reports). |
| 8/10/2022 | M. Babcock | 2.2 | Analyzed historical receipt and disbursement activity in Hancock Whitney Portfolio B account. |
| 8/10/2022 | M. Babcock | 1.5 | Met with BRG (DJ) to analyze Portfolio B activity/issues. |
| 8/10/2022 | D. Judd | 1.5 | Participated in call with BRG (MB) to analysis Portfolio B activity for a tracing analysis. |
| 8/10/2022 | M. Babcock | 1.4 | Examined accounting transactions related to Portfolio B recorded in Financial Edge accounting system. |
| 8/11/2022 | M. Babcock | 2.6 | Analyzed historical receipt and disbursement activity related to Portfolio B occurring in Hancock Whitney Operating Account. |
| 8/11/2022 | M. Babcock | 1.5 | Met with BRG (DJ, PS, SC) to evaluate issues related to Portfolio B. |
| 8/11/2022 | S. Chaffos | 1.5 | Met with BRG (PS, MB, DJ) regarding Portfolio B analysis. |
| 8/11/2022 | D. Judd | 1.5 | Participated in call with BRG (MB, SC, PS) to analyze Portfolio B asset and liability activity. |
| 8/11/2022 | P. Shields | 1.5 | Spoke with BRG (DJ, MB, SC) regarding analysis of Portfolio B assets and flow of funds. |
| 8/12/2022 | M. Babcock | 2.5 | Updated analysis of historical receipt and disbursement activity related to Portfolio B occurring in HW Operating Account. |
| 8/12/2022 | M. Babcock | 1.8 | Examined year-end financial data (FY2019 - FY 2020) related to Portfolio B (including audits, trial balances and internal financials). |
| 8/15/2022 | R. Strong | 2.4 | Analyzed Portfolio B general ledger transaction activity for asset analysis. |
| 8/15/2022 | M. Babcock | 1.6 | Analyzed Portfolio B activity, including data recorded in Financial Edge and DLS Online related to Portfolio B transactions. |
| 8/15/2022 | M. Babcock | 1.4 | Continued to analyze Portfolio B activity, including data recorded in Financial Edge and DLS Online related to Portfolio B transactions. |
| 8/15/2022 | M. Babcock | 1.4 | Met with BRG (DJ) to evaluate historical and current Portfolio B activity/transactions. |
| 8/15/2022 | D. Judd | 1.4 | Participated in call with BRG (MB) to analysis Portfolio B cash receipt and disbursement activity. |

Berkeley Research Group, LLC

Invoice for the 8/1/2022 - 8/31/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**320.00 Asset Analysis (Investments / Funds - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 8/15/2022 | R. Strong | 1.1 | Discussed Portfolio B general ledger activity from Financial Edge with BRG (DJ, MB). |
| 8/15/2022 | M. Babcock | 1.1 | Met with BRG (DJ, RS) to analyze Financial Edge data detailing Portfolio B transactions. |
| 8/15/2022 | D. Judd | 1.1 | Participated in call with BRG (MB, RS) to analysis Portfolio B cash receipt and disbursement activity. |
| 8/23/2022 | R. Strong | 1.7 | Analyzed Portfolio B general ledger transaction activity for asset analysis. |
| 8/23/2022 | R. Strong | 1.0 | Discussed Portfolio B general ledger activity in Financial Edge with BRG (MB). |
| 8/23/2022 | M. Babcock | 0.9 | Analyzed Financial Edge general ledger data (Portfolio A). |
| 8/24/2022 | M. Babcock | 0.7 | Continued to analyze Financial Edge general ledger data (Portfolio B). |
| 8/24/2022 | M. Babcock | 0.4 | Continued to analyze Financial Edge general ledger data (Portfolio A). |
| 8/25/2022 | M. Babcock | 2.1 | Analyzed historic trends in DLF activity (deposits). |
| 8/25/2022 | M. Babcock | 1.6 | Met with BRG (DJ) to analyze Portfolio B transactions (including flow of funds, commingling and shortages). |
| 8/25/2022 | D. Judd | 1.6 | Participated in call with BRG (MB) to analysis Portfolio B cash receipt and disbursement activity. |
| 8/25/2022 | M. Babcock | 1.2 | Analyzed historic trends in DLF activity (loans). |
| 8/26/2022 | M. Babcock | 2.9 | Continued to analyze historic trends in DLF activity (deposits). |
| 8/26/2022 | M. Babcock | 1.6 | Continued to analyze historic trends in DLF activity (loans). |
| 8/26/2022 | D. Judd | 0.8 | Participated in call with BRG (MB) to analysis Portfolio B cash receipt and disbursement activity. |
| 8/26/2022 | M. Babcock | 0.8 | Spoke with BRG (DJ) regarding Portfolio B activity (including flow of funds, commingling and shortages). |
| 8/29/2022 | M. Babcock | 0.4 | Met with BRG (DJ) to analyze Portfolio B allocations between the Debtor and Non-Debtors. |
| 8/29/2022 | D. Judd | 0.4 | Participated in call with BRG (MB) to analysis Portfolio B cash receipt and disbursement activity. |
| **Task Code Total Hours** | | **66.3** | |

**330.00 Asset Analysis (Real Property - Debtors)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 8/25/2022 | S. Chaffos | 2.3 | Analyzed real estate analysis to include McEnery valuation report. |
| 8/25/2022 | S. Chaffos | 1.5 | Analyzed McEnery market estimated value property report. |
| 8/25/2022 | S. Chaffos | 0.4 | Met with PS re: Non-Debtor Affiliate real estate detail and summary schedule. |
| 8/30/2022 | S. Chaffos | 0.2 | Met with BRG (PS) to discuss real estate analysis for Counsel. |
| 8/30/2022 | P. Shields | 0.2 | Spoke with BRG (SC) regarding updates to real estate analysis. |
| *Task Code Total Hours* | | *4.6* | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 8/11/2022 | S. Chaffos | 0.9 | Spoke with BRG (PS, MB) and LockLord (BK) on Committee real estate request. |
| 8/11/2022 | P. Shields | 0.9 | Spoke with UCC Counsel (BK) and BRG (MB, SC) regarding request for additional real estate information, The McEnery Company real estate schedule, and schedule of art and religious artifacts. |
| 8/11/2022 | S. Chaffos | 0.4 | Performed research regarding real estate request. |
| 8/22/2022 | M. Babcock | 0.3 | Analyzed Apostolate real estate holdings. |
| 8/25/2022 | P. Shields | 0.4 | Spoke with BRG (SC) to evaluate Non-Debtor Affiliate real estate detail and summary schedule. |
| 8/25/2022 | P. Shields | 0.3 | Evaluated issues relating to merging real estate data from various files. |
| *Task Code Total Hours* | | *3.2* | |
| **800.00 Plan & Disclosure Statement Analysis** | | | |
| 8/11/2022 | D. Judd | 0.6 | Analyzed historical report regarding the operations and internal controls for ANO. |
| *Task Code Total Hours* | | *0.6* | |
| **1020.00 Meeting Preparation & Attendance** | | | |
| 8/25/2022 | S. Chaffos | 2.2 | Met with BRG (MB, [PS partial]) in regards to Portfolio A, Portfolio B, and real estate analyses. |
| 8/25/2022 | P. Shields | 1.9 | Participated in partial call with BRG (MB, SC) to evaluate Deposit & Loan Fund assets and liabilities, and real estate detail and summary schedule. |
| *Task Code Total Hours* | | *4.1* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 8/9/2022 | H. Henritzy | 2.6 | Prepared July monthly fee statement. |
| 8/10/2022 | P. Shields | 1.5 | Prepared response to Fee Inquiries from Debtor regarding BRG's 4th Interim Fee Application. |
| 8/10/2022 | P. Shields | 1.2 | Evaluted assertions set forth in Debtor's fee inquiries in preparation for developing a response thereto. |
| 8/10/2022 | M. Haverkamp | 0.8 | Reviewed letter from Debtor's counsel (CM) re: Committee professionals interim fee applications and related next steps for response. |
| 8/10/2022 | M. Babcock | 0.6 | Responded to inquiries from Debtor's counsel regarding March 2022 fee application. |
| 8/10/2022 | P. Shields | 0.4 | Evaluated August 9, 2022 Fee Inquiry submitted by Mark Mintz. |
| 8/10/2022 | P. Shields | 0.2 | Reviewed May 12, 2022 Fee Inquiry submitted by Mark Mintz. |
| 8/11/2022 | P. Shields | 1.2 | Continued to update response to Fee Inquiries from the Debtor on BRG's 4th Interim Fee Application. |
| 8/11/2022 | M. Haverkamp | 0.6 | Prepared protective order violations invoice per Court's Order to Show Cause. |
| 8/11/2022 | P. Shields | 0.5 | Updated response to Fee Inquiries from the Debtor on BRG's 4th Interim Fee Application. |
| 8/11/2022 | M. Haverkamp | 0.4 | Edited draft response to Debtor's inquiries regarding fourth interim fee application. |
| 8/11/2022 | M. Babcock | 0.4 | Revised response to Debtor counsel regarding March 2022 fee application. |
| 8/11/2022 | P. Shields | 0.3 | Reviewed BRG's invoice for time incurred relating to protective order violations. |
| 8/11/2022 | P. Shields | 0.1 | Emailed with UCC Counsel (LC, JF) regarding response to Debtor's BRG fee inquiries. |
| 8/17/2022 | H. Henritzy | 0.4 | Prepared July monthly fee statement. |
| 8/24/2022 | M. Haverkamp | 0.9 | Edited July fee statement. |
| 8/25/2022 | M. Haverkamp | 1.4 | Edited July fee statement. |
| 8/25/2022 | H. Henritzy | 1.3 | Prepared July monthly fee statement. |
| 8/25/2022 | P. Shields | 0.6 | Updated July 2022 fee statement detail. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 8/26/2022 | M. Haverkamp | 0.7 | Reviewed updated July fee statement. |
| 8/26/2022 | P. Shields | 0.1 | Reviewed July 2022 Fee Statement prior to submitting to UCC Counsel. |
| 8/29/2022 | H. Henritzy | 0.4 | Prepared July LEDES file. |
| *Task Code Total Hours* | | *16.6* | |
| **Total Hours** | | **202.1** | |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 8/1/2022 through 8/31/2022

| Expense Category | Amount |
|---|---|
| 12. Publications | $500.00 |
| **Total Expenses for the Period 8/1/2022 through 8/31/2022** | **$500.00** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit E: Expense Detail**

For the Period 8/1/2022 through 8/31/2022

| Date | Professional | Amount | Description |
|---|---|---|---|
| **12. Publications** | | | |
| 8/1/2022 | N. Zeien | $500.00 | Purchase of 2 Moody's Credit Reports on 7/8. |
| *Expense Category Total* | | *$500.00* | |
| **Total Expenses** | | **$500.00** | |

# EXHIBIT C



# PACHULSKI
# STANG
# ZIEHL
# JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**COSTA MESA**

650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

---

Linda F. Cantor

October 28, 2022

310.277.6910
lcantor@pszjlaw.com

**VIA U.S. MAIL AND EMAIL (where indicated)**

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
 Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

Re:   **In re The Roman Catholic Church
      of the Archdiocese of New Orleans,
      Case No. 20-10846, Section "A", Chapter 11,
      USBC for the Eastern District of Louisiana**

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the September 2022 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

Attachments

DOCS_LA:345904.1 05067/002

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Nov. 11, 2022 |

**TWENTY-FOURTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Fourth Monthly Fee and Expense Statement (the "Statement") for the period from September 1, 2022 through September 30, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| September 1, 2022 to September 30, 2022 | |
|---|---|
| Fees (at standard rates) | $100,730.00 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | (\$16,596.00) |
| Fees (after reduction) | \$84,134.00 |
| Expenses | \$0.00 |
| **Total Fees and Expenses Sought** | **\$84,134.00** |

## **SERVICES RENDERED AND EXPENSES INCURRED**

3.     The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## **SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | \$176,490.50 | \$3,807.52 | N/A | \$176,490.50 | \$3,807.52 | \$0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | \$6,289.50 | \$75.00 | N/A | \$6,289.50 | \$75.00 | \$0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | \$10,428.00 | \$0.00 | N/A | \$10,428.00 | \$0.00 | \$0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | \$21,400.00 | \$7.00 | N/A | \$21,400.00 | \$7.00 | \$0.00 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021- 10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |

| 7/26/2022 Dkt No. N/A | 6/1/2022-6/30/2022 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *7/28/2022 Dkt No. 1688* | *3/1/2022-6/30/2022* | *$352,917.00* | *$0.00* | *8/17/2022 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/2022 Dkt No. N/A | 7/1/2022-7/31/2022 | $54,081.50 | $0.00 | N/A | $0.00 | $0.00 | $54,081.50 |
| 9/29/2022 Dkt No. N/A | 8/1/2022-8/31/2022 | $104,162.00 | $500.00 | N/A | $0.00 | $0.00 | $104,662.00 |
| **Totals** | | **$1,309,817.50** | **$4,402.45** | | **$1,151,574.00** | **$3,902.45** | **$158,743.50** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The

United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 11,  2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $67,307.20 (80% of $84,134.00) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $67,307.20 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  October 28, 2022                    Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 9/1/2022 through 9/30/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 10.8 | $7,128.00 |
| O. Kan | Managing Director | $600.00 | 1.5 | $900.00 |
| P. Shields | Managing Director | $635.00 | 23.7 | $15,049.50 |
| M. Babcock | Director | $560.00 | 85.4 | $47,824.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 2.4 | $1,140.00 |
| S. Chaffos | Senior Associate | $275.00 | 28.6 | $7,865.00 |
| M. Haverkamp | Case Manager | $300.00 | 4.9 | $1,470.00 |
| H. Henritzy | Case Assistant | $195.00 | 5.7 | $1,111.50 |
| K. Calder | Case Assistant | $140.00 | 9.4 | $1,316.00 |
| V. Ingle | Case Assistant | $110.00 | 3.0 | $330.00 |
| **Total** | | | **175.4** | **$84,134.00** |
| **Blended Rate** | | | | **$479.67** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 9/1/2022 through 9/30/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 Document / Data Analysis (Financial / Accounting) - Accounting System | 0.5 | $280.00 |
| 200.40 Document / Data Analysis (Corporate) | 6.9 | $3,864.00 |
| 200.50 Document / Data Analysis (Related Non-Debtors) | 8.4 | $1,284.00 |
| 200.90 Document / Data Analysis (Production Requests) | 21.7 | $10,716.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.4 | $2,055.00 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 1.8 | $252.00 |
| 300.00 Asset Analysis (General - Debtors) | 40.4 | $24,511.50 |
| 301.00 Asset Analysis (General - Debtors Restricted / Identified Assets) | 0.6 | $336.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 27.2 | $10,708.00 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 48.6 | $25,525.50 |
| 800.00 Plan & Disclosure Statement Analysis | 2.0 | $1,195.00 |
| 1060.00 Fee Application Preparation & Hearing | 11.9 | $3,407.00 |
| **Total** | **175.4** | **$84,134.00** |
| **Blended Rate** | | **$479.67** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 9/1/2022 through 9/30/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.30 Document / Data Analysis (Financial / Accounting) - Accounting System** | | | |
| 9/8/2022 | M. Babcock | 0.5 | Met with UCC Counsel (SB) to evaluate issues related to Zobrio/Commercial Committee data requests. |
| *Task Code Total Hours* | | *0.5* | |
| **200.40 Document / Data Analysis (Corporate)** | | | |
| 9/1/2022 | M. Babcock | 2.1 | Updated analysis of Finance Council meeting minutes (2012). |
| 9/1/2022 | M. Babcock | 1.9 | Updated analysis of Finance Council meeting minutes (2011). |
| 9/1/2022 | M. Babcock | 1.1 | Continued to update analysis of Finance Council meeting minutes (2013). |
| 9/2/2022 | M. Babcock | 1.8 | Updated analysis of Finance Council meeting minutes (2010). |
| *Task Code Total Hours* | | *6.9* | |
| **200.50 Document / Data Analysis (Related Non-Debtors)** | | | |
| 9/9/2022 | S. Chaffos | 0.8 | Prepared instruction for staff to compile Non-Debtor Affiliate comparative financial statement in preparation for trend analysis. |
| 9/19/2022 | K. Calder | 1.6 | Generated customized comparative financial statements (2017 - 2022) for affiliate All Saints Church - Our Lady of the Angels. |
| 9/20/2022 | K. Calder | 2.9 | Generated customized comparative financial statements (2017 - 2018) for affiliate Our Lady of the Holy Rosary Church - St. Peter Claver School. |
| 9/20/2022 | K. Calder | 2.9 | Generated customized comparative financial statements (2019 - 2020) for affiliate Our Lady of the Holy Rosary Church - St. Peter Claver School. |
| 9/20/2022 | K. Calder | 0.2 | Generated customized comparative financial statements (2021) for affiliate Our Lady of the Holy Rosary Church - St. Peter Claver School. |
| *Task Code Total Hours* | | *8.4* | |
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 9/12/2022 | S. Chaffos | 2.9 | Reviewed document production dated 9/12/22 from Debtor. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 9/12/2022 | S. Chaffos | 2.0 | Continued to review document production dated 9/12/22 from Debtor. |
| 9/12/2022 | M. Babcock | 1.9 | Examined recent document production received from ANO (including responses and documents). |
| 9/13/2022 | M. Babcock | 2.0 | Continued to examine recent document production received from ANO (including responses and documents). |
| 9/14/2022 | M. Babcock | 2.6 | Examined recent document production received from Apostolates/Affiliates (including responses and documents). |
| 9/14/2022 | S. Chaffos | 1.2 | Reviewed document production dated 9/14/22 from Non-Debtor Affiliate counsel. |
| 9/15/2022 | M. Babcock | 2.3 | Continued to examine recent document production received from Apostolates/Affiliates (including responses and documents). |
| 9/22/2022 | M. Babcock | 0.9 | Met with BRG (PS) to evaluate recent productions from Debtor and Apostolates. |
| 9/22/2022 | P. Shields | 0.9 | Spoke with BRG (MB) regarding deficiencies in document production. |
| 9/22/2022 | M. Babcock | 0.7 | Met with UCC Counsel (BK, AC) and BRG (PS, DJ) to evaluate recent productions from Debtor and Apostolates. |
| 9/22/2022 | D. Judd | 0.7 | Participated in call with BRG (MB, PS) and UCC Counsel (AC, BK) to review document requests and information needed. |
| 9/22/2022 | P. Shields | 0.7 | Spoke with UCC Counsel (AC, BK) and BRG (DJ, MB) regarding deficiencies in document production. |
| 9/26/2022 | P. Shields | 1.0 | Spoke with BRG (MB, SC) to evaluate follow-up production requests relating to FIMS and MORs. |
| 9/26/2022 | M. Babcock | 0.8 | Reviewed document production received from Apostolates/Affiliates. |
| 9/26/2022 | M. Babcock | 0.6 | Reviewed document production received from Debtor. |
| 9/28/2022 | P. Shields | 0.5 | Reviewed proposed letter to Heller Draper detailing issues relating to CCF production. |
| **Task Code Total Hours** | | **21.7** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 9/6/2022 | M. Babcock | 0.4 | Analyzed MOR activity and related financial statements (June and July 2022). |
| 9/20/2022 | M. Babcock | 1.1 | Analyzed transactions and trends as reported in Archdiocese MORs (2020 - 2022). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 9/26/2022 | M. Babcock | 0.5 | Evaluated information/data provided currently provided in MORs (including identification of additional supplemental information/data to be provided). |
| 9/27/2022 | S. Chaffos | 2.9 | Prepared schedule for Monthly Operating Report supplement document production request. |
| 9/27/2022 | S. Chaffos | 0.5 | Continued to prepare schedule for Monthly Operating Report supplement document production request. |
| ***Task Code Total Hours*** | | ***5.4*** | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 9/30/2022 | K. Calder | 1.8 | Analyzed cash receipts for 7/31/22. |
| ***Task Code Total Hours*** | | ***1.8*** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 9/1/2022 | P. Shields | 2.6 | Developed updates to ability to pay assessment. |
| 9/2/2022 | M. Babcock | 1.1 | Updated analysis of estimated Archdiocese asset contribution. |
| 9/2/2022 | M. Babcock | 1.0 | Met with UCC Counsel (JS, AC, KB, BK, SB) and BRG (PS) to evaluate settlement contributions. |
| 9/2/2022 | P. Shields | 1.0 | Spoke with Committee Counsel (JS, AC, KB, BK, SB) and BRG (MB) in regards to settlement contributions evaluation. |
| 9/3/2022 | P. Shields | 2.5 | Updated Archdiocese of New Orleans ability to pay analysis. |
| 9/6/2022 | D. Judd | 2.8 | Participated in call with BRG (MB, PS) to analyze Debtors ability to pay using the credit estimate. |
| 9/6/2022 | P. Shields | 2.8 | Spoke with BRG (DJ, MB) to evaluate elements of the ability to pay assessment. |
| 9/6/2022 | M. Babcock | 2.3 | Met (partial) with BRG (PS, DJ) to update analysis of Archdiocese asset contribution. |
| 9/6/2022 | M. Babcock | 0.9 | Met with UCC Counsel (JS, AC, KB, RK, SB) and BRG (PS, DJ) to evaluate settlement contributions. |
| 9/6/2022 | D. Judd | 0.9 | Participated in call with BRG (MB, PS) and Counsel (JS, KB, SB, RK, AC) regarding damage request based on the estimated credit analysis. |
| 9/6/2022 | P. Shields | 0.9 | Spoke with UCC Counsel (JS, KB, AC, RK, SB) and BRG (DJ, MB) regarding updates to ability to pay analysis. |
| 9/6/2022 | D. Judd | 0.6 | Analyzed the credit estimate analysis in preparation for call with PS and MB. |

Berkeley Research Group, LLC

Invoice for the 9/1/2022 - 9/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 9/6/2022 | P. Shields | 0.4 | Updated ability to pay analysis. |
| 9/7/2022 | M. Babcock | 1.0 | Met with BRG (DJ, PS, SC) to evaluate estimated contribution to settlement trust. |
| 9/7/2022 | D. Judd | 1.0 | Participated in call with BRG (MB, PS, SC) regarding potential settlement request based on the estimated credit analysis. |
| 9/7/2022 | P. Shields | 1.0 | Spoke with BRG (DJ, MB, SC) regarding consideration of financial information of Non-Debtor Affiliates in the context of ability to pay analysis. |
| 9/7/2022 | P. Shields | 0.9 | Updated ability to pay assessment. |
| 9/7/2022 | M. Babcock | 0.5 | Met with BRG (DJ) to evaluate estimated contribution to settlement trust (including Portfolio A). |
| 9/7/2022 | D. Judd | 0.5 | Participated in call with BRG (MB) to analyze the breakdown of Portfolio A by Debtor and Non-Debtor entities. |
| 9/7/2022 | S. Chaffos | 0.5 | Participated in partial call with BRG (PS, MB, DJ) relating to parish, Non-Debtor Affiliates cash and investments as it relates to ability to pay analysis. |
| 9/8/2022 | M. Babcock | 2.6 | Updated Archdiocese ability to pay/contribution analysis. |
| 9/8/2022 | P. Shields | 0.8 | Reviewed additional updates to the ability to pay model. |
| 9/9/2022 | M. Babcock | 1.9 | Met with Committee Counsel, state court counsel. (13+ participants) and BRG (DJ) to evaluate issues related to settlement contribution. |
| 9/9/2022 | D. Judd | 1.9 | Participated in call with BRG (MB), Committee Counsel and state court counsel (13+ participants) re: settlement contribution issues. |
| 9/9/2022 | M. Babcock | 0.8 | Revised Archdiocese ability to pay/contribution analysis. |
| 9/9/2022 | M. Babcock | 0.7 | Met with BRG (DJ) to prepare for call with Committee Counsel regarding settlement contribution. |
| 9/9/2022 | D. Judd | 0.7 | Participated in call with MB (BRG) to prepare for Committee Call regarding proposed settlement demand. |
| 9/12/2022 | M. Babcock | 0.6 | Updated Archdiocese ability to pay/contribution analysis. |
| 9/13/2022 | M. Babcock | 1.4 | Attended status meeting with Committee members, Committee Counsel (20+ participants) and BRG (DJ) to review settlement offer. |
| 9/13/2022 | D. Judd | 1.4 | Participated in call with MB (BRG), Committee Counsel and Committee members (20+ participants) to review settlement offer. |
| 9/20/2022 | M. Babcock | 0.6 | Evaluated status of outstanding case analyses. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 9/29/2022 | O. Kan | 0.6 | Performed what-if credit estimate analysis based on alternative scenarios of different amounts that can be extracted from the entity. |
| 9/29/2022 | O. Kan | 0.6 | Summarized results of what-if credit estimate analysis based on alternative scenarios. |
| 9/29/2022 | O. Kan | 0.2 | Participated in call with BRG (PS) about the structure of the what-if credit estimate analysis. |
| 9/29/2022 | P. Shields | 0.2 | Spoke with BRG (OK) regarding updates to credit estimate and associated ability to pay assessment. |
| 9/30/2022 | O. Kan | 0.1 | Participated in call with BRG (PS) about the initial results of the what-if credit estimate analysis. |
| 9/30/2022 | P. Shields | 0.1 | Spoke with BRG (OK) in regards to  what-if credit estimate analysis initial results. |
| *Task Code Total Hours* | | *40.4* | |
| **301.00 Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | |
| 9/2/2022 | M. Babcock | 0.6 | Revised alleged restricted assets analysis. |
| *Task Code Total Hours* | | *0.6* | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 9/7/2022 | M. Babcock | 0.7 | Evaluated issues related to sale of NDHS and SAG. |
| 9/7/2022 | M. Babcock | 0.5 | Revised document request related to sale of NDHS and SAG. |
| 9/8/2022 | P. Shields | 1.8 | Updated evaluation of Parish assessments, receivables and reimbursements. |
| 9/8/2022 | M. Babcock | 0.8 | Continued to analyze issues related to sale of NDHS and SAG. |
| 9/12/2022 | S. Chaffos | 0.5 | Analyzed the relationship between Good Shepherd Parish and St. Henry Parish DLF transactions. |
| 9/16/2022 | P. Shields | 1.3 | Updated Parish assessments, receivables and reimbursements analysis. |
| 9/19/2022 | J. Shaw | 1.4 | Reviewed narrative and appendices prepared for Counsel regarding Parish assessment/receivable/reimbursement analysis. |
| 9/19/2022 | J. Shaw | 1.0 | Updated narrative for Parish assessment/ receivable/ reimbursement analysis. |
| 9/27/2022 | S. Chaffos | 1.1 | Prepared template for the balance sheet trend analysis for Grammar Schools. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 9/27/2022 | P. Shields | 0.4 | Updated Parish assessments, receivables and reimbursements analysis prior to submitting to UCC Counsel. |
| 9/28/2022 | S. Chaffos | 2.4 | Analyzed grammar schools financial statements for fiscal years 2017 - 2022 for trend analysis (St. Ann School, St. Louis King of France School, St. Philip Neri School, and Our Lady of the Lake School). |
| 9/28/2022 | S. Chaffos | 1.9 | Analyzed Non-Debtor Affiliate balance sheets for years 2019 - 2021 for trend analysis (Christopher Inn Apartments- Mater Dolorosa Apartments). |
| 9/28/2022 | S. Chaffos | 0.7 | Analyzed Non-Debtor Affiliate balance sheets for years 2019 - 2021 for trend analysis (Metairie Manor). |
| 9/28/2022 | S. Chaffos | 0.7 | Prepared template for the balance sheet trend analysis for Christopher Homes Inc. related entities. |
| 9/29/2022 | S. Chaffos | 2.3 | Analyzed parish financial statements for fiscal years 2017 - 2022 for trend analysis (Blessed Trinity, Christ the King, Holy Family-Franklinton). |
| 9/29/2022 | S. Chaffos | 1.8 | Prepared template for the balance sheet and income statement trend analysis for Parish entities. |
| 9/29/2022 | S. Chaffos | 1.6 | Met with BRG (MB, PS) to discuss trend analysis for parishes, schools and other Non-Debtor Affiliates. |
| 9/29/2022 | P. Shields | 1.6 | Met with BRG (MB, SC) to develop trend analysis for parishes, schools, and other Non-Debtor Affiliates. |
| 9/29/2022 | M. Babcock | 1.2 | Participated in partial meeting with BRG (PS, SC) to analyze parish, school and mission financial data. |
| 9/29/2022 | S. Chaffos | 0.6 | Updated template for the income statement trend analysis for Grammar Schools. |
| 9/30/2022 | S. Chaffos | 2.9 | Analyzed parish financial statements for fiscal years 2017 - 2022 for trend analysis (Good Shepherd Parish, Divine Mercy Parish, All Saints Church, Ascension of Our Lord, and Blessed Sacrament-St. Joan of Arc). |
| *Task Code Total Hours* | | **27.2** | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 9/6/2022 | M. Babcock | 2.6 | Analyzed Portfolio A holdings (including alleged restricted versus unrestricted assets and assets held by ANO, CCF and others). |
| 9/7/2022 | M. Babcock | 2.9 | Updated analysis of Portfolio A holdings (including alleged restricted versus unrestricted assets and assets held by ANO, CCF and others). |
| 9/8/2022 | M. Babcock | 1.1 | Revised analysis of Portfolio A holdings (including alleged restricted versus unrestricted assets and assets held by ANO, CCF and others). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 9/12/2022 | M. Babcock | 2.5 | Analyzed historical Portfolio B deposit activity, including flow of funds. |
| 9/12/2022 | M. Babcock | 1.7 | Analyzed historical Portfolio B loan activity, including flow of funds. |
| 9/14/2022 | S. Chaffos | 1.3 | Evaluated previous correspondence between Debtor counsel relating to new investment account. |
| 9/14/2022 | M. Babcock | 1.2 | Analyzed recently disclosed creation by Debtor of new account and subsequent transfer of $50.7 million from Portfolio A. |
| 9/16/2022 | M. Babcock | 2.7 | Analyzed FIMS general ledger data recently produced by CCF (FY 2020 - 2022). |
| 9/16/2022 | M. Babcock | 1.6 | Continued to analyze FIMS general ledger data recently produced by CCF (FY 2020 - 2022). |
| 9/16/2022 | M. Babcock | 0.7 | Analyzed FIMS data related to Gifts (receipts) recently produced by CCF (FY 2018 - 2022). |
| 9/16/2022 | M. Babcock | 0.7 | Examined amended statements and schedules detailing Portfolio A and Portfolio B assets. |
| 9/16/2022 | M. Babcock | 0.6 | Analyzed FIMS data related to Grants (disbursements) recently produced by CCF (FY 2018 - 2022). |
| 9/21/2022 | M. Babcock | 0.3 | Met with BRG (DJ) to analyze FIMS data production. |
| 9/21/2022 | D. Judd | 0.3 | Participated in call with BRG (MB) regarding the FIMS information provided by the Non-Debtor Affiliates. |
| 9/22/2022 | M. Babcock | 2.1 | Evaluated FIMS data produced by CCF, including identification of numerous issues/inadequacies of data produced and FIMS reporting/exporting capabilities available to CCF in order to provide requested data. |
| 9/22/2022 | M. Babcock | 1.7 | Continued to evaluate FIMS data produced by CCF, including identification of numerous issues/inadequacies of data produced and FIMS reporting/exporting capabilities available to CCF in order to provide requested data. |
| 9/23/2022 | M. Babcock | 2.6 | Updated analysis of FIMS data produced by CCF (including identification of numerous issues/inadequacies of data produced and FIMS reporting/exporting capabilities available to CCF in order to provide requested data). |
| 9/23/2022 | M. Babcock | 1.8 | Prepared initial findings regarding FIMS data produced by CCF (including identification of numerous issues/inadequacies of data produced and FIMS reporting/exporting capabilities available to CCF in order to provide requested data). |
| 9/23/2022 | M. Babcock | 0.9 | Updated analysis of FIMS data related to Gifts (receipts) recently produced by CCF (FY 2018 - 2022). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 9/23/2022 | M. Babcock | 0.6 | Updated analysis of FIMS data related to Grants (disbursements) recently produced by CCF (FY 2018 - 2022). |
| 9/26/2022 | M. Babcock | 0.9 | Analyzed recent data production related to historical Portfolio B deposit and loan transactions (July 2017 - June 2022). |
| 9/26/2022 | M. Babcock | 0.5 | Analyzed historical Portfolio A transactions (including available ending balances). |
| 9/27/2022 | V. Ingle | 1.5 | Analyzed CCF grants (distributions) transactions from 2018 to 2021. |
| 9/27/2022 | V. Ingle | 1.5 | Analyzed gift (receipt) transactions from 2018 to 2021. |
| 9/28/2022 | M. Babcock | 2.1 | Examined CCF donor file (#4), including underlying transactions and flow of funds (07/17 - 07/22). |
| 9/28/2022 | M. Babcock | 1.9 | Examined CCF donor files produced for 19 sample donors (07/17 - 07/22). |
| 9/28/2022 | M. Babcock | 0.8 | Analyzed CCF donor file (#2), including underlying transactions (07/17 - 07/22). |
| 9/28/2022 | M. Babcock | 0.8 | Examined CCF donor file (#7), including underlying transactions and flow of funds (07/17 - 07/22). |
| 9/28/2022 | M. Babcock | 0.3 | Analyzed CCF donor file (#11), including underlying transactions (07/17 - 07/22). |
| 9/29/2022 | M. Babcock | 1.3 | Analyzed CCF donor file (#8), including underlying transactions (07/17 - 07/22). |
| 9/29/2022 | M. Babcock | 0.8 | Analyzed CCF donor file (#9), including underlying transactions (07/17 - 07/22). |
| 9/29/2022 | M. Babcock | 0.3 | Analyzed CCF donor file (#15), including underlying transactions (07/17 - 07/22). |
| 9/29/2022 | M. Babcock | 0.3 | Analyzed CCF donor file (#16), including underlying transactions (07/17 - 07/22). |
| 9/29/2022 | M. Babcock | 0.3 | Analyzed CCF donor file (#25), including underlying transactions (07/17 - 07/22). |
| 9/30/2022 | M. Babcock | 1.5 | Analyzed CCF donor file (#14), including underlying transactions (07/17 - 07/22). |
| 9/30/2022 | M. Babcock | 0.9 | Analyzed CCF donor file (#12), including underlying transactions (07/17 - 07/22). |
| 9/30/2022 | M. Babcock | 0.9 | Analyzed CCF donor file (#18), including underlying transactions (07/17 - 07/22). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 9/30/2022 | M. Babcock | 0.6 | Analyzed CCF donor file (#13), including underlying transactions (07/17 - 07/22). |
| 9/30/2022 | M. Babcock | 0.5 | Analyzed CCF donor file (#19), including underlying transactions (07/17 - 07/22). |
| 9/30/2022 | M. Babcock | 0.5 | Analyzed CCF donor file (#21), including underlying transactions (07/17 - 07/22). |
| 9/30/2022 | M. Babcock | 0.5 | Analyzed CCF donor file (#22), including underlying transactions (07/17 - 07/22). |
| *Task Code Total Hours* | | *48.6* | |
| **800.00 Plan & Disclosure Statement Analysis** | | | |
| 9/2/2022 | M. Babcock | 1.0 | Met with BRG (PS) to evaluate Plan issues/contributions. |
| 9/2/2022 | P. Shields | 1.0 | Spoke with BRG (MB) in regards to the evaluation of Plan issues and contributions. |
| *Task Code Total Hours* | | *2.0* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 9/7/2022 | M. Haverkamp | 0.2 | Corresponded via email with Counsel (BD) regarding interim fee payments. |
| 9/19/2022 | H. Henritzy | 0.3 | Prepared August monthly fee statement. |
| 9/20/2022 | H. Henritzy | 2.5 | Prepared August monthly fee statement. |
| 9/26/2022 | M. Haverkamp | 0.3 | Edited August fee statement. |
| 9/26/2022 | M. Haverkamp | 0.1 | Corresponded with Counsel (BD) re: fifth interim order payments. |
| 9/27/2022 | M. Haverkamp | 1.1 | Edited August fee statement. |
| 9/28/2022 | H. Henritzy | 2.9 | Prepared August monthly fee statement. |
| 9/28/2022 | M. Haverkamp | 1.2 | Edited August fee statement. |
| 9/28/2022 | P. Shields | 0.9 | Updated August 2022 Fee Statement. |
| 9/28/2022 | M. Haverkamp | 0.8 | Continued to edit August fee statement. |
| 9/29/2022 | M. Haverkamp | 1.2 | Edited August fee statement. |
| 9/29/2022 | P. Shields | 0.4 | Reviewed August 2022 Fee Statement prior to submission to UCC Counsel. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**1060.00 Fee Application Preparation & Hearing**

| *Task Code Total Hours* | | *11.9* | |
|------|-------------|-------|-------------|

**Total Hours**          **175.4**

# EXHIBIT D



## PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Linda F. Cantor

November 23, 2022

310.277.6910
lcantor@pszjlaw.com

**VIA U.S. MAIL AND EMAIL (where indicated)**

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
 Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

Re: **In re The Roman Catholic Church
of the Archdiocese of New Orleans,
Case No. 20-10846, Section "A", Chapter 11,
USBC for the Eastern District of Louisiana**

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the October 2022 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

Attachments

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Dec. 7, 2022 |

## TWENTY-FIFTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Fifth Monthly Fee and Expense Statement (the "Statement") for the period from October 1, 2022 through October 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| October 1, 2022 to October 31, 2022 | |
|---|---|
| Fees (at standard rates) | $135,843.50 |
| Voluntary reduction | (<u>$18,683.00</u>) |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $117,160.50 |
|---|---|
| Expenses | <u>$0.00</u> |
| **Total Fees and Expenses Sought** | **$117,160.50** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## <u>SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED</u>

| *Statement/ Application* | | *Requested* | | *CNO/Order* | *Paid to Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021- 10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 7/26/2022 Dkt No. N/A | 6/1/2022- 6/30/2022 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |

| 7/28/2022 Dkt No. 1688 | 3/1/2022-6/30/2022 | $352,917.00 | $0.00 | 8/17/2022 Dkt No. 1740 | $352,917.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| 8/29/2022 Dkt No. N/A | 7/1/2022-7/31/2022 | $54,081.50 | $0.00 | N/A | $43,265.20 | $0.00 | $10,816.30 |
| 9/29/2022 Dkt No. N/A | 8/1/2022-8/31/2022 | $104,162.00 | $500.00 | N/A | $83,829.60 | $0.00 | $20,832.40 |
| 10/28/2022 Dkt No. N/A | 9/1/2022-9/30/2022 | $84,134.00 | $0.00 | N/A | $0.00 | $0.00 | $84,134.00 |
| **Totals** | | **$1,393,951.50** | **$4,402.45** | | **$1,278,668.80** | **$3,902.45** | **$115,782.00** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The

4

United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7,  2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $93,728.40 (80% of $117,160.50) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $93,728.40 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  November 23, 2022

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 10/1/2022 through 10/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 13.3 | $8,778.00 |
| E. Johns | Managing Director | $750.00 | 3.2 | $2,400.00 |
| P. Shields | Managing Director | $635.00 | 35.0 | $22,225.00 |
| R. Strong | Managing Director | $610.00 | 4.8 | $2,928.00 |
| M. Babcock | Director | $560.00 | 60.6 | $33,936.00 |
| S. Chaffos | Senior Associate | $275.00 | 86.7 | $23,842.50 |
| S. Cooney | Senior Associate | $350.00 | 28.7 | $10,045.00 |
| N. Drepanos | Associate | $295.00 | 26.5 | $7,817.50 |
| T. Hatton | Associate | $265.00 | 4.2 | $1,113.00 |
| M. Haverkamp | Case Manager | $300.00 | 4.1 | $1,230.00 |
| H. Henritzy | Case Assistant | $195.00 | 2.2 | $429.00 |
| K. Calder | Case Assistant | $140.00 | 13.5 | $1,890.00 |
| K. Hendry | Case Assistant | $195.00 | 2.7 | $526.50 |
| **Total** | | | **285.5** | **$117,160.50** |
| **Blended Rate** | | | | **$410.37** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 10/1/2022 through 10/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 44.5 | $20,586.00 |
| 211.06 Bankruptcy Proceedings (Protective Order Violations) | 0.5 | $280.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.2 | $672.00 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 13.5 | $1,890.00 |
| 300.00 Asset Analysis (General - Debtors) | 4.8 | $2,928.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 58.0 | $16,703.00 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 7.7 | $4,312.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 0.5 | $280.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 5.4 | $2,241.00 |
| 392.00 Asset Analysis (Other - Related Non-Debtors) | 139.4 | $64,448.00 |
| 1060.00 Fee Application Preparation & Hearing | 10.0 | $2,820.50 |
| **Total** | **285.5** | **$117,160.50** |
| **Blended Rate** | | **$410.37** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 10/1/2022 through 10/31/2022

| Date | Professional | Hours | Description |
|---|---|---|---|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 10/4/2022 | S. Chaffos | 1.6 | Met with BRG (PS) to evaluate request for Non-Debtor Affiliate financial statement request. |
| 10/4/2022 | P. Shields | 1.6 | Spoke with BRG (SC) to evaluate financial production, including concurrent identification of gaps in production. |
| 10/5/2022 | M. Babcock | 2.4 | Examined previous document productions, including update of inventory (Debtor). |
| 10/5/2022 | M. Babcock | 2.1 | Examined previous document productions including update of inventory (Apostolates). |
| 10/6/2022 | S. Chaffos | 2.9 | Developed comparative analysis of Non-Debtor Affiliates listed on docket 1583 and listed as record title owner on Apostolate Real Property File. |
| 10/6/2022 | S. Chaffos | 1.4 | Met with BRG (PS) regarding production of real estate documentation of Non-Debtor Affiliates. |
| 10/6/2022 | P. Shields | 1.4 | Spoke with BRG (SC) to evaluate production of real estate related documentation for Non-Debtor Affiliates. |
| 10/7/2022 | S. Chaffos | 2.9 | Continued to develop comparative analysis of Non-Debtor Affiliates listed on docket 1583 and listed as record title owner on Apostolate Real Property File. |
| 10/7/2022 | S. Chaffos | 2.9 | Updated comparative analysis of Non-Debtor Affiliates listed on docket 1583 and listed as record title owner on Apostolate Real Property File. |
| 10/7/2022 | M. Babcock | 0.5 | Revised supplemental document request to Apostolates including FIMS data and donor files. |
| 10/10/2022 | S. Chaffos | 2.9 | Revised comparative analysis of Non-Debtor Affiliates listed on docket 1583 and listed as record title owner on Apostolate Real Property File. |
| 10/10/2022 | S. Chaffos | 2.5 | Continued revision of the comparative analysis of Non-Debtor Affiliates listed on docket 1583 and listed as record title owner on Apostolate Real Property File. |
| 10/13/2022 | S. Chaffos | 1.8 | Drafted narrative for real estate document production request response. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 200.90 Document / Data Analysis (Production Requests)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/18/2022 | M. Babcock | 1.3 | Identified questions and issues for follow-up related to proposed sale of NDHS and SAG. |
| 10/21/2022 | P. Shields | 0.2 | Reviewed NDHS and SAG production of financial information. |
| 10/21/2022 | P. Shields | 0.2 | Reviewed request for additional information in connection with proposed sale of NDHS and SAG. |
| 10/22/2022 | P. Shields | 1.8 | Updated request for documents/information in connection with the proposed sale of NDHS and SAG assets. |
| 10/24/2022 | P. Shields | 0.4 | Proposed further updates to documents/information request in connection with the proposed sale of NDHS and SAG assets. |
| 10/25/2022 | P. Shields | 0.5 | Updated NDHS and SAG information/document request. |
| 10/26/2022 | P. Shields | 0.3 | Updated the NDHS and SAG information/document request. |
| 10/29/2022 | P. Shields | 1.8 | Reviewed ANO and Non-Debtor Affiliate responses to questions submitted by the UCC and UCCC relating to the proposed NDHS and SAG, and concurrently prepared follow up inquiries in light of responses. |
| 10/31/2022 | M. Babcock | 2.5 | Met with BRG (PS, DJ) to analyze outstanding issues related to proposed sale of NDHS/SAG including review of recent responses received from Apostolates and identification of additional follow-up questions. |
| 10/31/2022 | D. Judd | 2.5 | Participated in call with BRG (MB, PS) regarding the document requests for the proposed sale of NDHS and SAG. |
| 10/31/2022 | P. Shields | 2.5 | Spoke with BRG (DJ, MB) to evaluate NDHS and SAG responses to Committee questions, and to concurrently developed follow-up inquiries in light of responses provided. |
| 10/31/2022 | M. Babcock | 2.2 | Analyzed outstanding issues related to proposed sale of NDHS/SAG including review of recent responses received from Apostolates and identification of additional follow-up questions. |
| 10/31/2022 | M. Babcock | 1.4 | Continued to analyze outstanding issues related to proposed sale of NDHS/SAG including review of recent responses received from Apostolates and identification of additional follow-up questions. |
| *Task Code Total Hours* | | *44.5* | |

### 211.06 Bankruptcy Proceedings (Protective Order Violations)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/11/2022 | M. Babcock | 0.5 | Reviewed sanction order related to protective order violations. |
| *Task Code Total Hours* | | *0.5* | |

### 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 10/3/2022 | M. Babcock | 1.2 | Examined historical MORs including update of supplemental requests. |
| **Task Code Total Hours** | | **1.2** | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 10/6/2022 | K. Calder | 1.9 | Analyzed disbursements for June 30, 2022 - July 15, 2022. |
| 10/6/2022 | K. Calder | 1.3 | Analyzed cash receipts and disbursements for June 30, 2022. |
| 10/6/2022 | K. Calder | 1.3 | Continued analyzing disbursements for June 30, 2022 - July 15, 2022. |
| 10/9/2022 | K. Calder | 1.3 | Analyzed disbursements for July 30, 2022. |
| 10/10/2022 | K. Calder | 1.6 | Analyzed cash receipts and disbursements for July 15, 2022 - July 30, 2022. |
| 10/10/2022 | K. Calder | 1.6 | Continued analyzing cash receipts and disbursements for July 15, 2022 - July 30, 2022. |
| 10/11/2022 | K. Calder | 2.2 | Analyzed disbursements for June 30, 2022 - July 15, 2022. |
| 10/11/2022 | K. Calder | 1.0 | Continued analyzing disbursements for June 30, 2022 - July 15, 2022. |
| 10/12/2022 | K. Calder | 1.3 | Analyzed disbursements for July 30, 2022. |
| **Task Code Total Hours** | | **13.5** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 10/5/2022 | R. Strong | 0.9 | Analyzed accounting system data regarding ongoing asset analysis. |
| 10/10/2022 | R. Strong | 1.2 | Analyzed accounting system data regarding ongoing asset analysis. |
| 10/13/2022 | R. Strong | 1.6 | Examined accounting system data regarding ongoing asset analysis. |
| 10/19/2022 | R. Strong | 1.1 | Analyzed accounting system data regarding ongoing asset analysis. |
| **Task Code Total Hours** | | **4.8** | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 10/4/2022 | S. Chaffos | 2.6 | Analyzed parish financial statements (Holy Name of Mary, Holy Spirit, Immaculate Church, Mater Dolorsa) for fiscal years 2018 - 2022 for trend analysis. |
| 10/4/2022 | S. Chaffos | 1.1 | Updated template for the balance sheet trend analysis for Christopher Homes Inc. related entities. |
| 10/4/2022 | T. Hatton | 0.4 | Analyzed Non-Debtor Affiliate (Metairie Manor III) balance sheets for years 2019 - 2021 for trend analysis. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 10/4/2022 | T. Hatton | 0.3 | Spoke with BRG (SC) to discuss trend analysis for Non-Debtor Affiliates. |
| 10/4/2022 | S. Chaffos | 0.3 | Spoke with BRG (TH) to discuss trend analysis for Non-Debtor Affiliates. |
| 10/5/2022 | S. Chaffos | 2.9 | Analyzed parish financial statements (Our Lady of Divine Providence, Our Lady of Lourdes-Slidell, Our Lady of Lourdes-Violet, Our Lady of Perpetual Help-Belle Chasse) for fiscal years 2018 - 2022 for trend analysis. |
| 10/5/2022 | S. Chaffos | 2.3 | Analyzed parish financial statements (Our Lady of Perpetual Help-Kenner, Our Lady of Prompt Succor-Chalmette, Our Lady of Prompt Succor-Westwego) for fiscal years 2018 - 2022 for trend analysis. |
| 10/6/2022 | T. Hatton | 2.4 | Analyzed Non-Debtor Affiliate (Monsignor Wynhoven Apartments, Rouquette III, St Bernard II, St. Bernard III, St. Bernard Manor, St. Martin's Manor, Inc.) balance sheets for years 2019 - 2021 for trend analysis. |
| 10/6/2022 | T. Hatton | 1.1 | Analyzed Non-Debtor Affiliate (St. Tammany Manor, Villa Additions, Villa St. Maurice, Inc.) balance sheets for years 2019 - 2021 for trend analysis. |
| 10/6/2022 | S. Chaffos | 0.6 | Met with BRG (PS) to conduct preliminary review of parish trend analysis. |
| 10/6/2022 | P. Shields | 0.6 | Met with BRG (SC) to conduct preliminary review of trend analysis for parishes. |
| 10/11/2022 | S. Chaffos | 2.8 | Analyzed parish financial statements (Our Lady of the Angels, Our Lady Of The Holy Rosary, Our Lady of the Rosary, Our Lady of the Sea) for fiscal years 2018 - 2022 for trend analysis. |
| 10/11/2022 | S. Chaffos | 2.3 | Analyzed parish financial statements (Center of Jesus the Lord, St. Anthony of Barataria, St. Anges) for fiscal years 2018 - 2022 for trend analysis. |
| 10/12/2022 | S. Chaffos | 2.1 | Analyzed parish financial statements (St. Andrew the Apostle, St. Ann, St. Anthony of Padua) for fiscal years 2018 - 2022 for trend analysis. |
| 10/12/2022 | M. Babcock | 1.4 | Evaluated CRI report. |
| 10/13/2022 | S. Chaffos | 1.9 | Analyzed parish financial statements (St. Anthony-Gretna, St. Augustine, St. Benilde) for fiscal years 2018 - 2022 for trend analysis. |
| 10/14/2022 | S. Chaffos | 2.8 | Analyzed parish financial statements (St. Bernard, St. Bonaventure, St. Catherine of Siena, St. Christopher) for fiscal years 2018 - 2022 for trend analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 10/14/2022 | S. Chaffos | 2.2 | Analyzed parish financial statements (St. Clement of Rome, St. Cletus Church, St. Francis of Assisi) for fiscal years 2018 - 2022 for trend analysis. |
| 10/14/2022 | S. Chaffos | 0.7 | Analyzed parish financial statements (St. Francis Xavier) for fiscal years 2018 - 2022 for trend analysis. |
| 10/19/2022 | S. Chaffos | 2.9 | Analyzed parish financial statements for fiscal years 2018 - 2022 for trend analysis. (St. Jerome, St. Joan of Arc, St. John Bosco, St. John the Baptist-Edgard). |
| 10/19/2022 | S. Chaffos | 2.7 | Analyzed parish financial statements (St. John the Baptist-Folsom, St. John the Baptist-Paradis, St. Joseph- Algiers, St. Joseph-Gretna) for fiscal years 2018 - 2022 for trend analysis. |
| 10/19/2022 | S. Chaffos | 1.8 | Analyzed parish financial statements (St. Gertrude, St. Hubert, St. Jane de Chantal) for fiscal years 2018 - 2022 for trend analysis. |
| 10/20/2022 | S. Chaffos | 2.9 | Analyzed parish financial statements (St. Joseph the Worker, St. Katharine Drexel, St. Louis King of France, St. Luke the Evangelist) for fiscal years 2018 - 2022 for trend analysis. |
| 10/20/2022 | S. Chaffos | 2.6 | Analyzed parish financial statements (St. Maria Goretti, St. Mark, St. Martha, St. Mary Magdalen) for fiscal years 2018 - 2022 for trend analysis. |
| 10/21/2022 | S. Chaffos | 2.3 | Analyzed parish financial statements (St. Mary of the Angels, St. Patrick-New Orleans, St. Patrick-Port Sulphur) for fiscal years 2018 - 2022 for trend analysis. |
| 10/21/2022 | S. Chaffos | 1.8 | Analyzed parish financial statements (St. Paul the Apostle, St. Peter Claver, St. Philip Neri) for fiscal years 2018 - 2022 for trend analysis. |
| 10/25/2022 | S. Chaffos | 2.8 | Analyzed parish financial statements (St. Rita, St. Pius X, St. Rosalie, Transfiguration of the Lord) for fiscal years 2018 - 2022 for trend analysis. |
| 10/25/2022 | S. Chaffos | 2.7 | Analyzed parish financial statements (The Visitation of Our Lady, St. John the Baptist-New Orleans, St. Matthew the Apostle) for fiscal years 2018 - 2022 for trend analysis. |
| 10/26/2022 | S. Chaffos | 0.5 | Met with BRG (PS) regarding updates to template for parish trend analysis. |
| 10/26/2022 | P. Shields | 0.5 | Spoke with BRG (SC) regarding structure of Non-Debtor Affiliate financial trend analysis. |
| 10/27/2022 | S. Chaffos | 2.3 | Analyzed grammar school financial statements (Our Lady of Perpetual Help School-Kenner, St. Mary Magdalen School, St. Matthew the Apostle School) for fiscal years 2018 - 2022 for trend analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 10/31/2022 | S. Chaffos | 1.4 | Analyzed grammar school financial statements (St. Andrew the Apostle School and St. Rita School) for fiscal years 2018 - 2022 for trend analysis. |
| **Task Code Total Hours** | | **58.0** | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 10/3/2022 | M. Babcock | 1.6 | Analyzed CCF donor file #23) including underlying transactions (07/17 - 07/22). |
| 10/3/2022 | M. Babcock | 1.5 | Prepared initial findings regarding sample CCF donor files including identification of issues/inadequacies of documentation produced. |
| 10/3/2022 | M. Babcock | 0.8 | Analyzed CCF donor file (#6) including underlying transactions (07/17 - 07/22). |
| 10/3/2022 | M. Babcock | 0.6 | Analyzed CCF donor file (#24) including underlying transactions (07/17 - 07/22). |
| 10/3/2022 | M. Babcock | 0.4 | Analyzed CCF donor file (#20) including underlying transactions (07/17 - 07/22). |
| 10/4/2022 | M. Babcock | 2.8 | Analyzed historical DLF balances including deposit and loan balance trends. |
| **Task Code Total Hours** | | **7.7** | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 10/18/2022 | M. Babcock | 0.5 | Analyzed Debtor real estate transactions. |
| **Task Code Total Hours** | | **0.5** | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 10/12/2022 | S. Chaffos | 2.5 | Evaluated the Non-Debtor Affiliate real estate holdings in comparison to Apostolate Real Property File. |
| 10/12/2022 | P. Shields | 2.1 | Evaluated assertions of Non-Debtor Affiliate real property holdings as set forth in the Apostolate Real Property file. |
| 10/12/2022 | S. Chaffos | 0.8 | Continued to evaluate the Non-Debtor Affiliate real estate holdings in comparison to Apostolate Real Property File. |
| **Task Code Total Hours** | | **5.4** | |
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/7/2022 | M. Babcock | 2.9 | Reviewed correspondence from Apostolates regarding sale of NDHS and SAG including related financial data and documents. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/7/2022 | M. Babcock | 1.2 | Reviewed correspondence from Debtor regarding sale of NDHS and SAG including related financial data and documents. |
| 10/7/2022 | P. Shields | 0.6 | Evaluated letter from counsel for Non-Debtor Affiliates regarding NDHS, SAG and the proposed sale of these entities. |
| 10/10/2022 | M. Babcock | 2.6 | Analyzed financial issues related to proposed sale of NDHS and SAG including examination of related Debtor document productions. |
| 10/10/2022 | M. Babcock | 1.9 | Analyzed financial issues related to proposed sale of NDHS and SAG including examination of related Apostolate document productions [Documents #1 - #102]. |
| 10/10/2022 | M. Babcock | 0.5 | Met with BRG (PS, DJ) to evaluate pending sale of NDHS and SAG. |
| 10/10/2022 | D. Judd | 0.5 | Participated in call with BRG (MB, PS) regarding the sale of NDHS and SAG. |
| 10/10/2022 | P. Shields | 0.5 | Spoke with BRG (DJ, MB) regarding evaluation to be performed in connection with the proposed sale of NDHS and SAG. |
| 10/10/2022 | P. Shields | 0.4 | Evaluated issues for consideration in connection with the proposed sale of NDHS and SAG. |
| 10/10/2022 | M. Babcock | 0.4 | Met with BRG (PS, DJ) to evaluate pending sale of NDHS and SAG. |
| 10/10/2022 | D. Judd | 0.4 | Participated in call with BRG (MB, PS) regarding the sale of NDHS and SAG. |
| 10/10/2022 | P. Shields | 0.4 | Spoke with BRG (DJ, MB, EJ) regarding assertions set for in Jones Walker and Heller Draper's letter regarding proposed sale of NDHS and SAG. |
| 10/11/2022 | M. Babcock | 2.2 | Continued to analyze financial issues related to proposed sale of NDHS and SAG including examination of related Debtor document productions. |
| 10/11/2022 | M. Babcock | 1.5 | Continued to analyze financial issues related to proposed sale of NDHS and SAG including examination of related Apostolate document productions [Documents #1 - #102]. |
| 10/11/2022 | D. Judd | 1.1 | Reviewed correspondence and related schedules regarding the proposed sale of NDHS and SAG assets. |
| 10/12/2022 | M. Babcock | 1.5 | Met with UCC Counsel (JS, RK, BK) and BRG (PS, DJ) to evaluate issues related to sale of NDHS and SAG. |
| 10/12/2022 | D. Judd | 1.5 | Participated in call with BRG (MB, PS) and Counsel (RK, JS, BK) regarding the proposed sale of NDHS and SAG. |
| 10/12/2022 | P. Shields | 1.5 | Spoke with UCC Counsel (JS, RK, BK) and BRG (DJ, MB) to identify issues and inquiry relating to proposed NDHS and SAG sale. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/12/2022 | M. Babcock | 1.0 | Analyzed NDHS accounts payable aging data in conjunction with sale of NDHS/SAG. |
| 10/12/2022 | M. Babcock | 0.7 | Met with BRG (DJ) to evaluate issues related to sale of NDHS and SAG. |
| 10/12/2022 | D. Judd | 0.7 | Participated in call with BRG (MB) to continue analysis of the proposed sale of NDHS and SAG. |
| 10/12/2022 | M. Babcock | 0.5 | Analyzed DLF transactions/activity related to sale of NDHS and SAG. |
| 10/12/2022 | P. Shields | 0.4 | Evaluated further the letter from counsel for Non-Debtor Affiliates regarding NDHS, SAG and the proposed sale of these entities. |
| 10/13/2022 | M. Babcock | 2.8 | Continued to analyze DLF transactions/activity related to sale of NDHS and SAG including identification of excluded assets and debt owed to Debtor. |
| 10/13/2022 | S. Chaffos | 2.3 | Analyzed post-petition disbursements relating to sale of NDHS and SAG property sales. |
| 10/13/2022 | M. Babcock | 2.1 | Analyzed historical Debtor receipt and disbursement activity involving NDHS and SAG in conjunction with evaluation of proposed sale. |
| 10/13/2022 | M. Babcock | 1.3 | Revised NDHS/SAG sale analysis including identification of questions, issues, unexplained differences, etc. |
| 10/13/2022 | P. Shields | 0.3 | Evaluated consideration and terms of proposed NDHS and SAG transaction. |
| 10/14/2022 | M. Babcock | 2.9 | Updated analysis of proposed sale of NDHS and SAG including identification of questions, missing/incomplete data, unexplained errors/differences, etc. |
| 10/14/2022 | M. Babcock | 0.6 | Examined Debtor and Apostolates documents related to proposed sale of NDHS and SAG. |
| 10/17/2022 | M. Babcock | 2.7 | Revised sale analysis pursuant to documentation recently produced by Apostolates (including identification of questions and issues requiring follow-up). |
| 10/17/2022 | M. Babcock | 1.9 | Examined sale documents recently produced by Apostolates [Documents #103 - #147]. |
| 10/18/2022 | S. Chaffos | 2.5 | Analyzed issues regarding the NDHS and SAG sale in preparation for list of questions to Debtor and Non-Debtor Affiliate counsel. |
| 10/18/2022 | S. Cooney | 1.5 | Analyzed historical audited SAG financial statements to understand nature of operations and financial performance. |
| 10/18/2022 | M. Babcock | 1.5 | Updated sale analysis including identification of questions and issues requiring follow-up. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/18/2022 | S. Chaffos | 1.2 | Analyzed potential buyer financials relating to NDHS and SAG sale. |
| 10/18/2022 | S. Cooney | 1.2 | Populated Home Health/Hospice financial model with historical NDHS balance sheets and income statements. |
| 10/18/2022 | S. Cooney | 1.1 | Analyzed historical audited NDHS financial statements to understand nature of operations and financial performance. |
| 10/18/2022 | P. Shields | 1.1 | Prepared questions for consideration in connection with the proposed sale of NDHS and SAG. |
| 10/18/2022 | P. Shields | 1.0 | Met with BRG (DJ, MB, SC) to further evaluate issues and follow up items relating to the proposed sale of NDHS and SAG. |
| 10/18/2022 | S. Chaffos | 1.0 | Met with BRG (MB, PS, DJ) regarding status meeting on proposal of sale of NDHS and SAG. |
| 10/18/2022 | M. Babcock | 1.0 | Met with BRG (PS, DJ, SC) to evaluate issues related to proposed sale of NDHS and SAG. |
| 10/18/2022 | M. Babcock | 1.0 | Met with UCC Counsel (RK, SB) and BRG (PS, SC) to evaluate questions/issues related to proposed sale of NDHS and SAG. |
| 10/18/2022 | P. Shields | 1.0 | Met with UCC Counsel (RK, SB) and BRG (PS, SC) to further evaluate issues and follow up items relating to the proposed sale of NDHS and SAG. |
| 10/18/2022 | D. Judd | 1.0 | Participated in Zoom call with BRG (MB, PS, SC) regarding the proposed sale of NDHS and SAG. |
| 10/18/2022 | N. Drepanos | 1.0 | Reviewed industry research to date included in the long-term care market evaluation and transactions assessment to evaluate need for additional research. |
| 10/18/2022 | S. Chaffos | 1.0 | Spoke with BRG (PS, MB) and LL (SB, RK) to discuss list of question regarding the NDHS and SAG sale. |
| 10/18/2022 | S. Cooney | 0.9 | Analyzed Home Health/Hospice guideline company historical financial information in order to assess transaction multiples. |
| 10/18/2022 | S. Cooney | 0.7 | Identified appropriate Assisted Living/Independent Living comparable companies. |
| 10/18/2022 | N. Drepanos | 0.7 | Reviewed latest transaction research to determine additional research required and next steps for the long term care market evaluation. |
| 10/18/2022 | N. Drepanos | 0.7 | Updated the long-term care market evaluation and transactions assessment for updated information and accuracy. |
| 10/18/2022 | S. Cooney | 0.6 | Analyzed Assisted Living/Independent Living guideline company historical financial information in order to assess transaction multiples. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**392.00 Asset Analysis (Other - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/18/2022 | N. Drepanos | 0.5 | Performed industry research on Home Health/Hospice Care in preparation for developing long-term care market evaluation and transactions assessment. |
| 10/18/2022 | N. Drepanos | 0.5 | Prepared analysis compiling past research and transaction data to provide industry overview for the long-term care market evaluation and transactions assessment. |
| 10/18/2022 | N. Drepanos | 0.5 | Updated the long-term care market evaluation and transactions assessment to include findings on Notre Dame Health System. |
| 10/18/2022 | S. Cooney | 0.4 | Identified appropriate Home Health/Hospice comparable companies. |
| 10/18/2022 | S. Cooney | 0.4 | Identified the metrics for each Home Health/Hospice guideline company in conjunction with long-term care market evaluation and transactions assessment. |
| 10/18/2022 | S. Chaffos | 0.4 | Met with BRG (PS, MB) and SBM (BB) to discuss NDHS and SAG real estate. |
| 10/18/2022 | M. Babcock | 0.4 | Met with SBM (BB) and BRG (PS, SC) to analyze real estate transactions involving the Debtor and its Affiliates. |
| 10/18/2022 | N. Drepanos | 0.4 | Researched financial and other information of potential buyer for inclusion in long-term care market evaluation and transactions assessment. |
| 10/18/2022 | P. Shields | 0.4 | Spoke with BRG (MB, SC) and SBM (BB) to assess valuation issues in connection with NDHS and SAG real estate. |
| 10/18/2022 | N. Drepanos | 0.4 | Updated the long-term care market evaluation and transactions assessment to include findings on St. Anthony's Garden. |
| 10/18/2022 | S. Cooney | 0.3 | Identified the metrics for each Assisted Living/Independent Living guideline company in conjunction with long-term care market evaluation and transactions assessment. |
| 10/18/2022 | N. Drepanos | 0.3 | Performed industry research on Assisted Living/Independent Living in preparation for long-term care market evaluation and transactions assessment. |
| 10/18/2022 | N. Drepanos | 0.3 | Researched market transactions for the Assisted Living/Independent Living industry in preparation for assessing transaction multiples for NDHS and SAG. |
| 10/18/2022 | S. Cooney | 0.3 | Reviewed bankruptcy letter for information on the properties and high-level transaction terms. |
| 10/18/2022 | N. Drepanos | 0.3 | Updated the long-term care market evaluation and transactions assessment to include findings on the Assisted Living/Independent Living industry. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/18/2022 | N. Drepanos | 0.3 | Updated the long-term care market evaluation and transactions assessment to include findings on the Home Health/Hospice industry. |
| 10/18/2022 | N. Drepanos | 0.3 | Updated the long-term care market evaluation and transactions assessment to reflect findings on potential acquirer. |
| 10/18/2022 | S. Cooney | 0.2 | Developed financial model for NDHS to begin analyzing Home Health/Hospice guideline company capital structures. |
| 10/18/2022 | S. Cooney | 0.2 | Developed financial model for SAG to begin analyzing Assisted Living/Independent Living guideline companies capital structures. |
| 10/18/2022 | N. Drepanos | 0.2 | Researched market transactions for the Home Health/Hospice industry in preparation for assessing transaction multiples for NDHS and SAG. |
| 10/18/2022 | N. Drepanos | 0.1 | Reviewed the terms of a potential acquisition in connection with the long-term care market evaluation and transactions assessment. |
| 10/19/2022 | S. Cooney | 1.5 | Populated Assisted Living/Independent Living financial model with historical SAG balance sheets and income statements. |
| 10/19/2022 | M. Babcock | 1.1 | Updated NDHS/SAG sales analysis, including identification of additional questions/follow-up items. |
| 10/19/2022 | S. Cooney | 1.0 | Reviewed Home Health/Hospice financial model against NDHS and guideline company financials for accuracy. |
| 10/19/2022 | S. Cooney | 0.8 | Reviewed Assisted Living/Independent Living and Home Health/Hospice transactions to ensure recent transactions were included in data. |
| 10/19/2022 | S. Cooney | 0.8 | Reviewed Assisted Living/Independent Living financial model against SAG and guideline company financials for accuracy. |
| 10/19/2022 | S. Cooney | 0.6 | Analyzed Assisted Living/Independent Living transactions to determine relevant transactions that would provide a preliminary indication of value for SAG. |
| 10/19/2022 | S. Cooney | 0.5 | Calculated statistical information for financial metrics using identified Assisted Living/Independent Living transactions with sufficient market data. |
| 10/19/2022 | E. Johns | 0.5 | Performed market research for SAG and NDHS related to Skilled Nursing Facilities, Assisted Living/Independent Living and Home Health/Hospice. |
| 10/19/2022 | N. Drepanos | 0.5 | Researched market transactions for the Assisted Living/Independent Living industry in preparation for modeling allocation of NDHS and SAG asset values. |
| 10/19/2022 | N. Drepanos | 0.5 | Researched market transactions for the Home Health/Hospice industry in preparation for modelling allocation of NDHS and SAG asset values. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/19/2022 | S. Cooney | 0.5 | Reviewed industry overviews, financial data, and industry transactions incorporated in long-term care market evaluation and transactions assessment. |
| 10/19/2022 | S. Cooney | 0.4 | Analyzed Assisted Living/Independent Living transaction data for use in the long-term care market evaluation and transactions assessment. |
| 10/19/2022 | S. Cooney | 0.4 | Analyzed Home Health/Hospice transactions to determine relevant transactions that would provide a preliminary indication of value for NDHS. |
| 10/19/2022 | S. Cooney | 0.4 | Calculated statistical information for financial metrics using identified Home Health/Hospice transactions with sufficient market data. |
| 10/19/2022 | N. Drepanos | 0.4 | Researched potential acquirers for the two entities (SAG & NDHS) using transaction database (health care industry) in connection with long-term care market evaluation and transactions assessment. |
| 10/19/2022 | N. Drepanos | 0.4 | Updated the long-term care market evaluation and transactions assessment based on feedback from the internal team. |
| 10/19/2022 | S. Cooney | 0.3 | Analyzed Home Health/Hospice transaction data for incorporation into the long-term care market evaluation and transactions assessment. |
| 10/19/2022 | S. Cooney | 0.2 | Incorporated NDHS financial and operational information into long-term care market evaluation and transactions assessment. |
| 10/19/2022 | S. Cooney | 0.2 | Incorporated SAG financial and operational information into long-term care market evaluation and transactions assessment. |
| 10/19/2022 | N. Drepanos | 0.2 | Researched potential acquirers for NDHS and SAG using transaction database (long-term care industry) in connection with long-term care market evaluation and transactions assessment. |
| 10/20/2022 | N. Drepanos | 0.9 | Edited the long-term care market evaluation and transactions assessment for updated information and accuracy. |
| 10/20/2022 | S. Cooney | 0.7 | Prepared initial draft of long-term care market evaluation and transactions assessment. |
| 10/20/2022 | N. Drepanos | 0.7 | Reviewed the Notre Dame Health Services model to ensure accurate implementation of company financials in model. |
| 10/20/2022 | S. Cooney | 0.6 | Edited long-term care market evaluation and transactions assessment based on internal review. |
| 10/20/2022 | N. Drepanos | 0.6 | Prepared anlaysis of  the Assisted Living/Independent Living industry to support findings in long-term care market evaluation and transactions assessment. |
| 10/20/2022 | S. Cooney | 0.5 | Analyzed NDHS performance relative to guideline transactions to assess a preliminary indication of value based on various metrics. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/20/2022 | N. Drepanos | 0.5 | Prepared analysis of the Home Health/Hospice industry to support findings in the long-term care market evaluation and transactions assessment. |
| 10/20/2022 | N. Drepanos | 0.5 | Researched industry trends in the Home Health/Hospice industry in conjunction with development of exhibits for long-term care market evaluation and transactions assessment. |
| 10/20/2022 | S. Cooney | 0.5 | Reviewed updated financial models and long-term care market evaluation and transactions assessment based on new exhibits. |
| 10/20/2022 | S. Cooney | 0.4 | Analyzed SAG performance relative to guideline transactions to assess a preliminary indication of value based on various metrics. |
| 10/20/2022 | S. Cooney | 0.4 | Applied transaction multiples based on relative performance of NDHS to guideline companies to assess preliminary indication of value as a going concern entity. |
| 10/20/2022 | N. Drepanos | 0.4 | Performed industry research on Home Health/Hospice Care in preparation for long-term care market evaluation and transactions assessment. |
| 10/20/2022 | N. Drepanos | 0.4 | Performed industry research on independent and assisted living in preparation for long-term care market evaluation and transactions assessment. |
| 10/20/2022 | S. Cooney | 0.3 | Applied transaction multiples based on relative performance of SAG to guideline companies to assess preliminary indication of value as a going concern entity. |
| 10/20/2022 | E. Johns | 0.3 | Reviewed HHH financial model with historical Balance Sheets and Income Statements from 2020 through 2022 for NDHS. |
| 10/20/2022 | S. Cooney | 0.2 | Prepared questions regarding NDHS and SAG based on initial findings. |
| 10/20/2022 | S. Cooney | 0.1 | Assessed SAG preliminary indication of value using transaction multiples. |
| 10/21/2022 | N. Drepanos | 1.4 | Updated the long-term care market evaluation and transactions assessment based on feedback from the internal team. |
| 10/21/2022 | D. Judd | 1.2 | Participated in call with BRG (PS), UCC Counsel (JS, KB, RK, BK, SB) and UCCC Counsel (DS, BA) regarding the proposed sale of SAG and NDHS. |
| 10/21/2022 | P. Shields | 1.2 | Participated in call with UCC Counsel (JS, KB, RK, BK, SB), UCCC Counsel (DS, BA), and BRG (DJ) to evaluate issues for further consideration in connection with the proposed sale of NDHS and SAG. |
| 10/21/2022 | D. Judd | 0.7 | Participated in call with BRG (PS) regarding the proposed sale of SAG and NDHS. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/21/2022 | P. Shields | 0.7 | Spoke with BRG (DJ) to evaluate issues from a financial perspective that warrant additional consideration in connection with the proposed sale of NDHS and SAG. |
| 10/21/2022 | N. Drepanos | 0.6 | Reviewed the St. Anthony's Garden model to ensure accurate implementation of company financials in the model. |
| 10/21/2022 | N. Drepanos | 0.5 | Edited the long-term care market evaluation and transactions assessment for updated information and accuracy. |
| 10/24/2022 | P. Shields | 1.7 | Evaluated SAG audited financial statements concurrently with preparing responses to request for information. |
| 10/24/2022 | P. Shields | 1.6 | Evaluated NDHS audited financial statements concurrently with preparing responses to request for information. |
| 10/24/2022 | S. Cooney | 1.1 | Prepared allocation of the purchase price exhibits for NDHS and SAG to determine the implied EV/Revenue, EV/EBITDA and EV/Beds (units) multiples. |
| 10/24/2022 | N. Drepanos | 1.0 | Researched market transactions for the Home Health/Hospice industry in preparation for modeling allocation of NDHS and SAG asset values. |
| 10/24/2022 | D. Judd | 0.8 | Evaluated the analysis of the proposed sale of NDHS and SAG in preparation for meeting with counsel for the Debtor and counsel for the Non-Debtor Affiliates. |
| 10/24/2022 | N. Drepanos | 0.8 | Researched market transactions for the Assisted Living/Independent Living industry in preparation for modeling allocation of NDHS and SAG asset values. |
| 10/24/2022 | N. Drepanos | 0.8 | Reviewed latest industry and transaction research to assess next steps when assessing transaction multiples for NDHS and SAG. |
| 10/24/2022 | N. Drepanos | 0.8 | Updated the long-term care market evaluation and transactions assessment to include latest market transaction findings ahead of delivery to BRG's Turnaround and Restructuring team. |
| 10/24/2022 | S. Cooney | 0.7 | Performed review of long-term care market evaluation and transactions assessment to ensure feedback was incorporated based on internal review. |
| 10/24/2022 | S. Cooney | 0.6 | Prepared common size historical SAG balance sheets and income statements. |
| 10/24/2022 | S. Cooney | 0.5 | Prepared common size historical NDHS balance sheets and income statements. |
| 10/24/2022 | N. Drepanos | 0.4 | Performed industry research on independent and assisted living in support of long-term care market evaluation and transactions assessment. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/24/2022 | S. Cooney | 0.4 | Updated Assisted Living/Independent Living market transactions exhibits for certain transaction multiples, including updating related statistics. |
| 10/24/2022 | P. Shields | 0.3 | Evaluated appraisals of NDHS and SAG real estate assets. |
| 10/24/2022 | N. Drepanos | 0.3 | Integrated financial information received about potential acquirer into model for long-term care market evaluation and transactions assessment. |
| 10/24/2022 | E. Johns | 0.3 | Met with BRG (PS) regarding long-term care market evaluation and transactions assessment. |
| 10/24/2022 | D. Judd | 0.3 | Participated in call with BRG (PS) on the analysis of the proposed sale of NDHS and SAG. |
| 10/24/2022 | P. Shields | 0.3 | Spoke with BRG (DJ) regarding status of analysis relating to proposed sale of NDHS and SAG assets. |
| 10/24/2022 | P. Shields | 0.3 | Spoke with BRG (EJ) regarding long-term care market evaluation and transactions assessment. |
| 10/24/2022 | P. Shields | 0.3 | Spoke with SBM (BB) regarding assessment of real estate owned by NDHS and SAG. |
| 10/24/2022 | S. Cooney | 0.2 | Reviewed internal feedback received on the preliminary long-term care market evaluation and transactions assessment. |
| 10/24/2022 | S. Cooney | 0.1 | Updated long-term care market evaluation and transactions assessment to include common size financials exhibits for SAG and NDHS. |
| 10/25/2022 | S. Chaffos | 2.6 | Analyzed potential purchaser facilities in comparison to Notre Dame Health Systems and St. Anthony Gardens facilities. |
| 10/25/2022 | P. Shields | 1.4 | Evaluated preliminary assessment of value for NDHS and SAG assets. |
| 10/25/2022 | N. Drepanos | 1.3 | Updated the long-term care market evaluation and transactions assessment to include findings on Skilled Nursing Facilities. |
| 10/25/2022 | S. Chaffos | 1.2 | Continued to analyze potential purchaser facilities in comparison to Notre Dame Health Systems and St. Anthony Gardens facilities. |
| 10/25/2022 | D. Judd | 1.2 | Participated in call with BRG (PS) regarding the questions to the Debtor and the Non-Debtor affiliates regarding the sale of NDHS and DAG. |
| 10/25/2022 | P. Shields | 1.2 | Spoke with BRG (DJ) to evaluate further issues for consideration in connection with the proposed NDHS and SAG transaction. |
| 10/25/2022 | N. Drepanos | 1.0 | Researched market transactions for the Skilled Nursing Facility industry in preparation for modeling allocation of NDHS and SAG asset values. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/25/2022 | N. Drepanos | 1.0 | Updated the long-term care market evaluation and transactions assessment to include a slide to compare pre- and post-transaction financials research on potential buyer. |
| 10/25/2022 | D. Judd | 0.8 | Participated in call with BRG (PS, EJ), UCC Counsel, UCCC counsel and financial advisors to the UCCC regarding the proposed sale of SAG and NDHS. |
| 10/25/2022 | P. Shields | 0.8 | Spoke with UCC Counsel, UCCC counsel, financial advisors to UCCC and BRG (DJ, EJ) regarding issues for further consideration and evaluation in connection with the proposed NDHS and SAG transaction. |
| 10/25/2022 | E. Johns | 0.8 | Spoke with UCC Counsel, UCCC counsel, financial advisors to UCCC and BRG (PS, DJ) regarding issues for further consideration and evaluation in connection with the proposed NDHS and SAG transaction. |
| 10/25/2022 | N. Drepanos | 0.7 | Reviewed latest version of long-term care market evaluation and transactions assessment in order to determine next steps in updating analysis. |
| 10/25/2022 | S. Cooney | 0.6 | Examined content and exhibits in long-term care market evaluation and transactions assessment for accuracy prior to internal review. |
| 10/25/2022 | D. Judd | 0.6 | Prepared questions for ANO and Non-Debtor Affiliates regarding the proposed sale of NDHS and SAG. |
| 10/25/2022 | N. Drepanos | 0.5 | Researched real estate appraisal information in the context of assessing allocation of NDHS and SAG asset values. |
| 10/25/2022 | E. Johns | 0.4 | Met with (PS, SC, ND) regarding long-term care market evaluation and transactions assessment. |
| 10/25/2022 | S. Cooney | 0.4 | Participated in call with BRG (EJ, PS) to discuss findings and preliminary indications of value implied by purchase offer. |
| 10/25/2022 | P. Shields | 0.4 | Researched information on NDHS evacuation site. |
| 10/25/2022 | P. Shields | 0.4 | Researched nursing home occupancy data. |
| 10/25/2022 | P. Shields | 0.4 | Spoke with BRG (EJ, SC, ND) regarding long-term care market evaluation and transactions assessment. |
| 10/25/2022 | S. Cooney | 0.4 | Updated Assisted Living/Independent Living and Home Health/Hospice market transactions filters. |
| 10/25/2022 | S. Cooney | 0.3 | Analyzed Skilled Nursing Facility transactions to include in long-term care market evaluation and transactions assessment. |
| 10/25/2022 | P. Shields | 0.3 | Outlined additional issues for consideration in connection with preliminary assessment of value for NDHS and SAG assets. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/25/2022 | S. Cooney | 0.2 | Edited exhibits in the long-term care market evaluation and transactions assessment. |
| 10/25/2022 | S. Cooney | 0.2 | Identified transaction comparables to assess applicable metrics to include in long-term care market transactions assessment. |
| 10/26/2022 | S. Chaffos | 0.7 | Reviewed Holy Trinity Drive Land Corporation financial statements. |
| 10/26/2022 | E. Johns | 0.5 | Met with (SC) regarding long-term care market evaluation and transactions assessment. |
| 10/26/2022 | S. Cooney | 0.5 | Reviewed long-term care market evaluation and transactions assessment with BRG (EJ). |
| 10/26/2022 | S. Cooney | 0.4 | Prepared transaction statistics calculations across all healthcare provider transactions as part of the long term care transactions assessment. |
| 10/26/2022 | S. Chaffos | 0.3 | Researched Non-Debtor Affiliates Form 990s (Holy Trinity Drive Land Corporation) in GuideStar. |
| 10/26/2022 | E. Johns | 0.2 | Reviewed model with market indications. |
| 10/26/2022 | P. Shields | 0.1 | Reviewed issues for consideration with SBM (BB) regarding assessment of NDHS and SAG real estate. |
| 10/27/2022 | N. Drepanos | 0.5 | Examined the long-term care transactions assessment model to ensure accuracy prior to internal review. |
| 10/27/2022 | N. Drepanos | 0.5 | Reviewed the industry overview to ensure accurate implementation of research finding in the long-term care market evaluation and transactions assessment. |
| 10/27/2022 | N. Drepanos | 0.5 | Reviewed work to date in order to assess additional research and updates to long term care market evaluation. |
| 10/27/2022 | N. Drepanos | 0.5 | Updated the guideline company analysis to specify and include skilled nursing facility comparable companies for the preliminary assessment of value model. |
| 10/27/2022 | P. Shields | 0.3 | Evaluated financial and operating information relating to NDHS and SAG operations and assets. |
| 10/27/2022 | S. Cooney | 0.3 | Prepared observation statements on transaction multiples between NDHS and similar transactions within the Skilled Nursing Facility industry. |
| 10/27/2022 | N. Drepanos | 0.3 | Reviewed the Notre Dame Health Services overview to ensure accurate implementation of research findings in the long-term care market evaluation and transactions assessment. |

Berkeley Research Group, LLC

Invoice for the 10/1/2022 - 10/31/2022 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 10/27/2022 | N. Drepanos | 0.3 | Reviewed work to date in order to determine additional research and edits required assess NDHS and SAG assets. |
| 10/27/2022 | S. Cooney | 0.2 | Prepared observation statements on transaction multiples between NDHS and similar transactions within the Home Health/Hospice industry. |
| 10/27/2022 | S. Cooney | 0.2 | Prepared observation statements on transaction multiplies between SAG and similar transactions within the Assisted Living/Independent Living industry. |
| 10/27/2022 | N. Drepanos | 0.2 | Reviewed the St. Anthony's Garden overview to ensure accurate implementation of research findings in the long-term care market evaluation and transactions assessment. |
| 10/27/2022 | E. Johns | 0.2 | Reviewed/evaluated preliminary assessment of NDHS and SAG assets. |
| 10/28/2022 | S. Cooney | 0.9 | Performed detailed quality control check of Home Health/Hospice financial model to ensure data and calculation accuracy for NDHS data. |
| 10/28/2022 | S. Cooney | 0.8 | Performed detailed quality control check of Assisted Living/Independent Living financial model to ensure data and calculation accuracy for SAG data. |
| 10/28/2022 | M. Babcock | 0.7 | Reviewed status of outstanding issues related to proposed sale of NDHS/SAG. |
| 10/28/2022 | P. Shields | 0.4 | Reviewed further issues for consideration with SBM (BB) regarding assessment of real estate owned by NDHS and SAG. |
| 10/28/2022 | S. Cooney | 0.4 | Updated exhibits for consistency across SAG and NDHS in long-term care market evaluation and transactions assessment. |
| 10/28/2022 | S. Cooney | 0.2 | Edited the long-term care market evaluation and transactions assessment for consistency. |
| 10/28/2022 | N. Drepanos | 0.1 | Evaluated the transaction data in the context of demonstrating research findings pertaining to the preliminary assessment of value. |
| 10/29/2022 | P. Shields | 0.4 | Evaluated long-term care market observations and trends. |
| **Task Code Total Hours** | | **139.4** | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 10/11/2022 | H. Henritzy | 0.7 | Prepared September monthly fee statement. |
| 10/12/2022 | H. Henritzy | 1.5 | Updated September monthly fee statement. |
| 10/17/2022 | M. Haverkamp | 1.4 | Continued to edit September fee statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 10/17/2022 | P. Shields | 0.8 | Discussed the September 2022 Fee Statement with BRG (MH). |
| 10/17/2022 | M. Haverkamp | 0.8 | Participated in call to review September monthly fee statement with BRG (PS). |
| 10/26/2022 | K. Hendry | 0.9 | Prepared September fee statement. |
| 10/26/2022 | M. Haverkamp | 0.3 | Edited September fee statement. |
| 10/27/2022 | K. Hendry | 0.6 | Revised September fee statement. |
| 10/27/2022 | M. Haverkamp | 0.5 | Reviewed updated September fee statement. |
| 10/27/2022 | P. Shields | 0.2 | Reviewed September 2022 Fee Statement prior to submitting to Counsel. |
| 10/28/2022 | K. Hendry | 1.2 | Updated September fee statement. |
| 10/28/2022 | M. Haverkamp | 0.8 | Edited September fee statement for filing. |
| 10/31/2022 | M. Haverkamp | 0.2 | Corresponded (via email) with team (ND, EJ, SC) regarding timekeeping guidelines. |
| 10/31/2022 | M. Haverkamp | 0.1 | Emailed with Counsel (BD) regarding status of September fee statement noticing. |
| ***Task Code Total Hours*** | | ***10.0*** | |
| **Total Hours** | | **285.5** | |

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[6] | § | |
| | § | |

---

**ORDER APPROVING FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022**

CAME ON for consideration the *Fifth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022* [**Docket No.     **] (the "Application") filed by Berkeley Research Group, LLC (the "Firm") for the period from July 1, 2022 through October 31, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[6] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$360,038.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$359,538.00** in fees for services rendered and **$500.00** in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of December, 2022

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on November 23, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 23, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

19

DOCS_LA:346205.2 05067/002