## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2022 | 10/31/2022 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 06/30/2022 |
| **Total amounts awarded in all prior Applications:** | | $75,012.00 |
| **Total fees requested in this Application:** | | $146,978.00 |
| **Total hours covered by this Application:** | | 423.8 |
| **Average hourly rate:** | | $346.81 |
| **Reimbursable expenses sought in this Application:** | | $0 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Listed below are the professionals at The Claro Group, LLC ("Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2022 through October 31, 2022 (the "Application Period"):

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### JULY 1, 2022 THROUGH OCTOBER 31, 2022

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE[2] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 21.5 | 13,652.50 |
| Schwab, Matthew | Managing Director | $625 | 5.4 | 3,375.00 |
| Roman, Brian | Senior Manager | $415 | 5.5 | 2,282.50 |
| Trilla, Barry | Senior Manager | $415 | 75.6 | 31,374.00 |
| Blum, Brett | Manager | $370 | 9.6 | 3,097.00 |
| Nguyen, Hung | Manager | $370 | 1.9 | 703.00 |
| Annicchiarico, Elizabeth | Senior Consultant | $320 | 7.1 | 2,272.00 |
| Boswell, Anne Margaret | Senior Consultant | $320 | 67.8 | 21,696.00 |
| Ramljak, Daniel | Senior Consultant | $320 | 45.1 | 14,124.50 |
| Rub, Nathaniel | Senior Consultant | $320 | 16 | 5,120.00 |
| Aiello, Madison | Consultant | $305 | 47.1 | 14,365.50 |
| Lietz, Kyle | Consultant | $305 | 17.8 | 5,429.00 |

---

[2] The Claro Group, LLC raised the rates of certain of its professionals as of August 1, 2022 to reflect promotions as allowed per Claro's Retention Application [Docket No. 1481], (Exhibit 1, paragraph 20) approved by Court Order [Docket No. 1555] on May 19, 2022.

DOCS_LA:346199.2 05067/002

| Martisauski, Brad | Consultant | $305 | 2.8 | 854.00 |
|---|---|---|---|---|
| Ricci, Elaina | Consultant | $305 | 8.5 | 2,592.50 |
| Woloszyk, Evan | Consultant | $305 | 10.1 | 3,080.50 |
| Jones, David | Analyst | $280 | 28 | 7,840.00 |
| Melenchuk, Yuriy | Analyst | $280 | 24.5 | 6,860.00 |
| Smith, Hannah | Analyst | $280 | 29.5 | 8,260.00 |
| **Total** | | | **423.80** | **146,978.00** |

**COMPENSATION AND HOURS BY TASK**
**JULY 1, 2022 THROUGH OCTOBER 31, 2022**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 22.4 | 7,529.00 |
| Claimant File Analysis | 180.0 | 58,695.00 |
| Fee Applications | 31.5 | 12,969.00 |
| Valuation Model Development and Reporting | 74.4 | 31,360.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 115.5 | 36,425.00 |
| **Total** | **423.80** | **146,978.00** |

Stout did not incur any expenses during the Application Period.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[3] | § | |
| | § | |

---

### SECOND INTERIM APPLICATION
### FOR ALLOWANCE OF COMPENSATION
### OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022

> A HEARING WILL BE CONDUCTED ON THIS MATTER ON **DECEMBER 15, 2022, AT 1:30 P.M. (CDT)** IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the

---

[3] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"Debtor"), hereby files its *Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period From July 1, 2022 Through October 31, 2022* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.    INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $146,978.00 for the period July 1, 2022 – October 31, 2022 (the "Application Period"). On November 1, 2022, Stout received payment of $64,778.80, representing 80% of Claro's billed amount of $80,973.50 in its *Second Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 – July 31, 2022*. To date, neither Stout nor Claro has been paid any other compensation with respect to the amounts requested in this Application.

## II.    JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

DOCS_LA:346199.2 05067/002

### III.   **BACKGROUND**

A.   **Introduction**

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478], and on June 21, 2022 [Docket No. 1618].[4]

B.   **Employment of Claro**

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing*

---

[4] A separate official committee of unsecured commercial creditors was appointed by the Office of the U.S. Trustee on March 5, 2021. [Docket Nos. 772 and 792].

DOCS_LA:346199.2 05067/002

*Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

**C.**      **Stout's Acquisition of Claro**

9.      On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout and are at times marketed as "The Claro Group, a Stout Business."

## IV.      WORK PERFORMED

10.      Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case.  Attached hereto as **Exhibits A through D** are copies of Claro's and Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period from July 1, 2022 through October 31, 2022. References to the work Claro performed prior to September 30, 2022 will generally be referred to in this Application as work that Stout performed.

## V.      SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11.      During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) analysis of settlements, verdicts, and victim compensation funds. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

7

A.    **Coverage Analysis**

12.    In order to provide the basis for expected allocation of claim valuations across the Debtor's available insurance coverage, Stout reviewed certain coverage summaries and documents provided by Committee counsel and identified additional information necessary to support the insurance allocation analysis.

Fees:  $7,529.00;            Hours:  22.4

B.    **Claimant File Analysis**

13.    In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed the Proof of Claim ("POC") forms and complaints filed by sexual abuse claimants in this case.  Stout extracted claim information from survivor POC forms, complaints, and other supplemental documents to create a database of information related to the 479 sexual abuse claims that the Committee asked Stout to review.  Such claim attributes are potentially relevant to the valuation of the survivor claims, and therefore are necessary to both extract and analyze in order to properly opine on the valuation of such claims.  Services in this category included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants.  Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.  In addition, Stout investigated ambiguities and discrepancies related to specific claims raised when comparing results of Stout's claim file review to other data provided by the Debtor and/or Committee counsel related to the claims.

Fees:  $58,695.00;            Hours:  180.0

C.    **Fee Applications**

14.    During the Application Period, Stout (under its previous corporate name, "Claro")

8

submitted its First Interim Fee Application for the period June 1, 2022 through June 30, 2022 and

its Monthly Fee Applications for the periods from June 1, 2022 through September 30, 2022. Stout

reviewed the Complex Case Order to begin draft preparation of its Fifth Monthly Fee Application

and Second Interim Fee Application; however, both were finalized after the Application Period.

Fees: $12,969.00;         Hours: 31.5

### D.     **Valuation Model Development and Reporting**

15.     Stout developed a framework for valuation of the survivor claims filed in this case,

which stratified the claims based on the several categories and inputs. Stout developed discount

scaling factors that were incorporated into its analysis. In addition to development of the valuation

and discounting, Stout developed a claim valuation model to capture the results of the claim

scoring for each claimant and to factor in results of its analysis of comparable litigation matters.

Fees: $31,360.00;         Hours: 74.4

### E.     **Analysis of Settlements, Verdicts, and Victim Compensation Funds**

16.     Stout continued to perform research to identify and capture relevant information

related to matters that may be considered comparable for survivor claims.

Fees: $36,425.00;         Hours: 115.5

### VII.     **STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

16.     As more fully described in the Retention Application, the Committee agreed to

retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis

in accordance with the firm's Retention Application. All compensation for services rendered, and

reimbursement for expenses incurred, are subject to this Court's approval in accordance with the

Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and

other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

17. No entity has promised to compensate Claro or Stout for any services rendered, or reimburse them for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Claro or Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VIII. THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18. Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

10

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

19.     The Claro team at Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

20.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

21.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the

DOCS_LA:346199.2 05067/002

services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.  Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

## The Time and Labor Required

22.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 423.80 hours during the Application Period, for a total fee of $146,978.00.  The blended hourly rate for professionals in this Application is $346.81 per hour.   The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto.   All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout  submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

## The Novelty and Difficulty of the Questions Presented

23.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18].  The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions.   Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

24.     Representing the Committee in this Chapter 11 case required considerable skill and expertise.  The Claro team at Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case.  The Claro team at Stout has considerable experience in complex bankruptcy matters.  Further, the Claro team at Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.  Stout submits that this unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable.").  Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

25.     Claro and then Stout computed the amount of compensation that Stout seeks in this Application according to their customary rates, which rates Claro previously disclosed in the Retention Application.  Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation.  The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms.  Thus, the blended hourly rate on this matter of $346.81 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

26.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval.  Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

27.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts.  Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

28.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees Stout seeks interim allowance of in this Application are $146,978.00.  Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case.  Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

29.     The Claro team at Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New*

14

*Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors in *In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

30.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable.  However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

31.     Stout has no prior professional relationship with the Committee, which was only formed after this case began.  However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

32.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting Stout its award.

33.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

15

## IX.    RESERVATION OF RIGHTS

34.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## X.    NO PRIOR REQUEST

35.     No prior application for the relief requested herein has been made to this or any other court.

## XI.    CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $146,978.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

 Dated:  November 23, 2022                              Respectfully submitted,

                                                       *By: /s/ Katheryn McNally*
                                                       Stout Risius Ross, LLC
                                                       123 N. Wacker Drive, Suite 2100
                                                       Chicago, IL 60606
                                                       Email: kmcnally@stout.com

                                                       Expert Consultant and Expert Witness to the
                                                       Official Committee of Unsecured Creditors

DOCS_LA:346199.2 05067/002

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  September 5, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**THE CLARO GROUP, LLC, AS EXPERT CONSULTANT,**
**ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JULY 1, 2022 – JULY 31, 2022**

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2022 through July 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.　　The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| July 1, 2022 to July 31, 2022 | |
|---|---|
| Fees | $80,973.50 |
| Expenses | $0.00 |
| **Total** | **$80,973.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.      Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF PRIOR FEES SOUGHT

5.      On July 25 2022, Claro filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from June 1, 2022 – June 30, 2022 ("First Interim Fee Application") [Docket No. 1679], seeking payment of fees in the amount of $75,012.00, which was approved by order entered on

2

August 17, 2022 [Docket No. 1734]. To date, Claro has not been paid any sums on account of its First Interim Fee Application.

## NO PRIOR REQUEST

6.       With respect to the amounts requested herein, as of the date of this Statement, Claro has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.       In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.       Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 5, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

3

9.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis the total amount of $64,778.80, which consists of eighty percent (80%) of Claro's total fees of $80,973.50 for the Statement Period.

10.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  August 22, 2022                              Respectfully submitted,

                                                     *By: /s/ Katheryn McNally*
                                                     The Claro Group, LLC
                                                     123 N. Wacker Street, Suite 2100
                                                     Chicago, IL 60606
                                                     Email: kmncally@theclarogroup.com

                                                     **Expert Consultants and Expert Witness to the
                                                     Official Tort Claimants' Committee**

4

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 9.20 | $ 5,842.00 |
| Schwab, Matthew | Managing Director | 625.00 | 2.80 | $ 1,750.00 |
| Roman, Brian | Senior Manager | 415.00 | 5.50 | $ 2,282.50 |
| Trilla, Barry | Senior Manager | 415.00 | 29.60 | $ 12,284.00 |
| Nguyen, Hung | Manager | 370.00 | 1.90 | $ 703.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 37.20 | $ 11,904.00 |
| Blum, Brett | Senior Consultant | 320.00 | 9.10 | $ 2,912.00 |
| Rub, Nathaniel | Senior Consultant | 320.00 | 16.00 | $ 5,120.00 |
| Ricci, Elaina | Consultant | 305.00 | 7.00 | $ 2,135.00 |
| Ramljak, Daniel | Consultant | 305.00 | 20.50 | $ 6,252.50 |
| Aiello, Madison | Consultant | 305.00 | 47.10 | $ 14,365.50 |
| Lietz, Kyle | Consultant | 305.00 | 16.60 | $ 5,063.00 |
| Jones, David | Analyst | 280.00 | 7.50 | $ 2,100.00 |
| Smith, Hannah | Analyst | 280.00 | 29.50 | $ 8,260.00 |
| **Total Hours and Fees:** | | | **239.50** | **$ 80,973.50** |
| **Blended Rate:** | | **$ 338.09** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours July 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 17.6 | $ 5,625.50 |
| Claimant File Analysis | 144.0 | $ 45,790.00 |
| Fee Applications | 18.8 | $ 7,963.00 |
| Valuation Model Development and Reporting | 13.6 | $ 6,057.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 45.5 | $ 15,538.00 |
| **Total** | **239.5** | **$ 80,973.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 320.00 | $ 1,280.00 |
| 7/1/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 305.00 | $ 915.00 |
| 7/1/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 1.2 | $ 305.00 | $ 366.00 |
| 7/1/2022 | Trilla, Barry | Coverage Analysis | Call with BBlum to discuss coverage project plan and materials received thus far | 0.4 | $ 415.00 | $ 166.00 |
| 7/1/2022 | Blum, Brett | Coverage Analysis | Call with BTrilla to discuss coverage project plan and materials received thus far | 0.4 | $ 320.00 | $ 128.00 |
| 7/1/2022 | Trilla, Barry | Fee Applications | Preparation of monthly fee application package for June | 1.4 | $ 415.00 | $ 581.00 |
| 7/5/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with KMcNally about project status and planning | 0.4 | $ 415.00 | $ 166.00 |
| 7/5/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 320.00 | $ 960.00 |
| 7/5/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 305.00 | $ 915.00 |
| 7/4/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation continued | 3.6 | $ 280.00 | $ 1,008.00 |
| 7/5/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 7/5/2022 | Smith, Hannah | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.8 | $ 280.00 | $ 784.00 |
| 7/5/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with AMBoswell about POC form analysis status and planning | 0.4 | $ 415.00 | $ 166.00 |
| 7/5/2022 | Trilla, Barry | Coverage Analysis | Correspondence with BBlum to discuss coverage analysis and allocation and related work plan | 0.3 | $ 415.00 | $ 124.50 |
| 7/5/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.6 | $ 305.00 | $ 1,098.00 |
| 7/6/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/6/2022 | Aiello, Madison | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.3 | $ 305.00 | $ 1,006.50 |
| 7/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with review team in regard to project status | 0.3 | $ 320.00 | $ 96.00 |
| 7/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with BTrilla in regard to POC analysis status | 0.3 | $ 320.00 | $ 96.00 |
| 7/6/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.6 | $ 305.00 | $ 1,098.00 |
| 7/6/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 0.7 | $ 305.00 | $ 213.50 |
| 7/6/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 7/6/2022 | Smith, Hannah | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.2 | $ 280.00 | $ 616.00 |
| 7/6/2022 | Trilla, Barry | Claimant File Analysis | Debtor's Claims List vs. POC data analysis | 0.8 | $ 415.00 | $ 332.00 |
| 7/6/2022 | McNally, Katheryn | Fee Applications | Call with BTrilla to discuss June fee application | 0.3 | $ 635.00 | $ 190.50 |
| 7/6/2022 | Trilla, Barry | Fee Applications | Call with KMcNally to discuss fee application preparation for June | 0.3 | $ 415.00 | $ 124.50 |
| 7/6/2022 | McNally, Katheryn | Valuation Model Development and Reporting | email to JStang and INasatir with status update on Claro claim valuation work flows, per request | 0.2 | $ 635.00 | $ 127.00 |
| 7/7/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.2 | $ 320.00 | $ 704.00 |
| 7/7/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/7/2022 | Aiello, Madison | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.1 | $ 305.00 | $ 945.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 7/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.5 | $ 305.00 | $ 762.50 |
| 7/7/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.2 | $ 305.00 | $ 671.00 |
| 7/7/2022 | Schwab, Matthew | Claimant File Analysis | Meet w/ BTrilla to discuss incorporating Diocese claim analysis into our valuation model. | 0.6 | $ 625.00 | $ 375.00 |
| 7/7/2022 | Schwab, Matthew | Claimant File Analysis | Review Diocese provided list of claims excluded with other issues in terms association with Diocese and develop list of follow up questions on that document. | 0.8 | $ 625.00 | $ 500.00 |
| 7/7/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 7/7/2022 | Smith, Hannah | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.4 | $ 280.00 | $ 952.00 |
| 7/7/2022 | Trilla, Barry | Claimant File Analysis | Debtor's Claims List analysis and comparison to POC form database | 0.4 | $ 415.00 | $ 166.00 |
| 7/7/2022 | Trilla, Barry | Claimant File Analysis | Call with MSchwab to discuss incorporating Diocese claim analysis into our valuation model. | 0.6 | $ 415.00 | $ 249.00 |
| 7/7/2022 | Trilla, Barry | Fee Applications | Fee application template analysis and updates | 1.2 | $ 415.00 | $ 498.00 |
| 7/8/2022 | Nguyen, Hung | Claimant File Analysis | Extract claimant's stamp received info from all claim forms for analysis. | 1.9 | $ 370.00 | $ 703.00 |
| 7/8/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.8 | $ 305.00 | $ 854.00 |
| 7/8/2022 | Aiello, Madison | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/8/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of RO perpetrators and comparison to claims | 0.7 | $ 320.00 | $ 224.00 |
| 7/8/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with BTrilla in regard to discrepancy count, duplicates, Religious order | 0.6 | $ 320.00 | $ 192.00 |
| 7/8/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of discrepancy count between claims received, Hung's Analysis & Debtor information file | 2.0 | $ 320.00 | $ 640.00 |
| 7/8/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.5 | $ 305.00 | $ 762.50 |
| 7/8/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.2 | $ 280.00 | $ 896.00 |
| 7/8/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with Hung to discuss POC form submission date and time data | 0.7 | $ 415.00 | $ 290.50 |
| 7/8/2022 | Trilla, Barry | Claimant File Analysis | Debtor's Claims List analysis and assembly of list of observations and questions for counsel and debtors | 3.2 | $ 415.00 | $ 1,328.00 |
| 7/8/2022 | McNally, Katheryn | Valuation Model Development and Reporting | preparation of follow up questions for counsel and debtor related to Debtor's analysis of claims provided on 6/17 | 0.6 | $ 635.00 | $ 381.00 |
| 7/11/2022 | McNally, Katheryn | Claimant File Analysis | Call with BTrilla to discuss process to ensure accurate recording of survivor attributes | 0.2 | $ 635.00 | $ 127.00 |
| 7/11/2022 | McNally, Katheryn | Fee Applications | Call with BTrilla to discuss first monthly fee application | 0.2 | $ 635.00 | $ 127.00 |
| 7/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidating and answering all claim questions from review team | 1.8 | $ 320.00 | $ 576.00 |
| 7/11/2022 | Ramljak, Daniel | Claimant File Analysis | Claim form analysis - identifying perpetrators | 1.2 | $ 305.00 | $ 366.00 |
| 7/11/2022 | Smith, Hannah | Claimant File Analysis | Analyze Diocese of New Orleans proof of claim forms to confirm Religious Order of Perpetrator | 2.3 | $ 280.00 | $ 644.00 |
| 7/11/2022 | Trilla, Barry | Fee Applications | Call with KMcNally to discuss fee application process and time entry guidelines | 0.2 | $ 415.00 | $ 83.00 |
| 7/11/2022 | Trilla, Barry | Claimant File Analysis | Call with KMcNally to discuss process to ensure accurate recording of survivor attributes | 0.2 | $ 415.00 | $ 83.00 |
| 7/11/2022 | Aiello, Madison | Claimant File Analysis | Analyze proof of claim forms to confirm Religious Order of Perpetrator | 1.8 | $ 305.00 | $ 549.00 |
| 7/11/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Send JStang, INAsatir, and BKnapp list of questions and requests for Debtor related to 6/17 claims summary prepared and circulated by Debtor | 0.6 | $ 635.00 | $ 381.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm nature of abuse allegations | 1.0 | $ 320.00 | $ 320.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm abuser name and profile | 2.0 | $ 320.00 | $ 640.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm circumstances of sexual abuse | 2.0 | $ 320.00 | $ 640.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss POC form analysis QC process | 0.5 | $ 320.00 | $ 160.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm abuser reporting, witnesses, pending lawsuits, and settlements | 0.5 | $ 320.00 | $ 160.00 |
| 7/12/2022 | Trilla, Barry | Claimant File Analysis | Meeting with ABoswell to discuss POC form analysis and QC process | 0.5 | $ 415.00 | $ 207.50 |
| 7/12/2022 | Blum, Brett | Coverage Analysis | Creating ANO client in Insurance Claim Allocation System | 0.4 | $ 320.00 | $ 128.00 |
| 7/12/2022 | Blum, Brett | Coverage Analysis | Call with KLietz regarding ANO coverage program analysis and policy log schedule creation | 0.6 | $ 320.00 | $ 192.00 |
| 7/12/2022 | Blum, Brett | Coverage Analysis | Creating initial setup file for coverage program analysis prior to call with KLietz | 0.7 | $ 320.00 | $ 224.00 |
| 7/12/2022 | Lietz, Kyle | Coverage Analysis | Call with BBlum regarding ANO coverage program analysis and policy log schedule creation | 0.6 | $ 305.00 | $ 183.00 |
| 7/12/2022 | Boswell, Anne Margaret | Fee Applications | Preparation of monthly fee application package for June | 1.1 | $ 320.00 | $ 352.00 |
| 7/13/2022 | Trilla, Barry | Claimant File Analysis | Monthly fee application analysis and updates | 1.3 | $ 415.00 | $ 539.50 |
| 7/13/2022 | Trilla, Barry | Claimant File Analysis | Document request tracking file analysis and updates | 0.6 | $ 415.00 | $ 249.00 |
| 7/13/2022 | Boswell, Anne Margaret | Claimant File Analysis | Aggregating and analyzing all allegations that are up for further review /ambiguous | 2.3 | $ 320.00 | $ 736.00 |
| 7/13/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm duration, frequency, and number of incidents of abuse | 3.0 | $ 320.00 | $ 960.00 |
| 7/13/2022 | Ricci, Elaina | Claimant File Analysis | Quality Check of Claimant File analysis | 1.3 | $ 305.00 | $ 396.50 |
| 7/13/2022 | Blum, Brett | Coverage Analysis | Call with KLietz regarding ANO coverage program analysis and policy log schedule creation | 1.0 | $ 320.00 | $ 320.00 |
| 7/13/2022 | Blum, Brett | Coverage Analysis | Correspondence with KLietz to answer his questions regarding coverage program analysis | 0.2 | $ 320.00 | $ 64.00 |
| 7/13/2022 | Lietz, Kyle | Coverage Analysis | Analyzing policy log and reviewing policy map. | 3.8 | $ 305.00 | $ 1,159.00 |
| 7/13/2022 | Lietz, Kyle | Coverage Analysis | Call with BBlum regarding ANO coverage program analysis and policy log schedule creation | 1.0 | $ 305.00 | $ 305.00 |
| 7/13/2022 | Boswell, Anne Margaret | Fee Applications | Preparation of monthly fee application package for June | 0.7 | $ 320.00 | $ 224.00 |
| 7/14/2022 | McNally, Katheryn | Valuation Model Development and Reporting | review reference guides on potentially relevant apportionment statutes in Louisiana | 0.3 | $ 635.00 | $ 190.50 |
| 7/14/2022 | McNally, Katheryn | Claimant File Analysis | review prior and outstanding document requests to counsel | 0.4 | $ 635.00 | $ 254.00 |
| 7/14/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with JStang, BKnapp, ACaine, MSchwab, BTrilla to discuss outstanding data and document needs for valuation | 0.8 | $ 635.00 | $ 508.00 |
| 7/14/2022 | Trilla, Barry | Fee Applications | Monthly fee application and exhibits analysis and updates | 2.1 | $ 415.00 | $ 871.50 |
| 7/14/2022 | Trilla, Barry | Claimant File Analysis | Document request tracking file analysis and updates | 1.2 | $ 415.00 | $ 498.00 |
| 7/14/2022 | Schwab, Matthew | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prep for call w/ BTrilla, KMcNally and legal team regarding prior Diocese settlement information available and incorporating into analysis. | 0.1 | $ 625.00 | $ 62.50 |
| 7/14/2022 | Schwab, Matthew | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call w/ BTrilla, KMcNally and legal team regarding prior Diocese settlement information available and incorporating into analysis. | 0.8 | $ 625.00 | $ 500.00 |
| 7/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with PSZJ and Lockelord team with updated document request list | 0.6 | $ 415.00 | $ 249.00 |
| 7/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BKnapp, ACaine, JStang, KMcNally, and MSchwab to discuss settlement agreement document request | 0.8 | $ 415.00 | $ 332.00 |
| 7/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Debrief disussion with KMcNally after call to discuss additional document requests | 0.3 | $ 415.00 | $ 124.50 |
| 7/14/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Debrief disussion with BTrilla after call to discuss additional document requests | 0.3 | $ 635.00 | $ 190.50 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss June monthly fee statement | 0.2 | $ 320.00 | $ 64.00 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Flagging and aggregating all claims that contain conflicting info/ issues | 1.0 | $ 320.00 | $ 320.00 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Flagging and aggregating all claims that contain missing or insufficient info | 1.9 | $ 320.00 | $ 608.00 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to standard start and end abuse dates for claim file analyis template | 3.3 | $ 320.00 | $ 1,056.00 |
| 7/14/2022 | Blum, Brett | Coverage Analysis | Preparing Insurance Claim Allocation System friendly files for coverage program | 0.7 | $ 320.00 | $ 224.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/14/2022 | Blum, Brett | Coverage Analysis | Discussion with KLietz regarding Policy Log and question list | 0.4 | $ 320.00 | $ 128.00 |
| 7/14/2022 | Blum, Brett | Coverage Analysis | Discussion #2 with KLietz regarding process of creating coverage program for ANO into Insurance Claim Allocation System | 0.4 | $ 320.00 | $ 128.00 |
| 7/14/2022 | Blum, Brett | Coverage Analysis | QCing Policy Log while preparing list of assumptions / questions for Insurance Claim Allocation System | 2.3 | $ 320.00 | $ 736.00 |
| 7/14/2022 | Lietz, Kyle | Coverage Analysis | Meet with BBlum regarding Policy Log and question list | 0.4 | $ 305.00 | $ 122.00 |
| 7/14/2022 | Lietz, Kyle | Coverage Analysis | Discussion #2 with BBlum regarding process of creating coverage program for ANO into Insurance Claim Allocation System | 0.4 | $ 305.00 | $ 122.00 |
| 7/14/2022 | Lietz, Kyle | Coverage Analysis | Analyzing policy log and reviewing policy map. | 1.2 | $ 305.00 | $ 366.00 |
| 7/14/2022 | Boswell, Anne Margaret | Fee Applications | Analysis of claims that are late compared to those that are late per Debtor's list | 0.3 | $ 320.00 | $ 96.00 |
| 7/14/2022 | Trilla, Barry | Fee Applications | Meeting with AMBoswell to discuss June monthly fee statement | 0.2 | $ 415.00 | $ 83.00 |
| 7/14/2022 | Aiello, Madison | Valuation Model Development and Reporting | Analysis of abuser entities/location | 2.6 | $ 305.00 | $ 793.00 |
| 7/14/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analyze historical settlement spreadsheet and provide direction to team on relevant analysis of available data | 0.4 | $ 635.00 | $ 254.00 |
| 7/15/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with KMcNally and AMBoswell re: updated June fee application and exhibits | 0.4 | $ 415.00 | $ 166.00 |
| 7/15/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with DRamljak re: settlement data received and requested analysis | 0.4 | $ 415.00 | $ 166.00 |
| 7/15/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Settlement data analysis and inflation calculation | 1.1 | $ 415.00 | $ 456.50 |
| 7/15/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to counsel re: context for certain document requests made by Claro for Debtor | 0.3 | $ 635.00 | $ 190.50 |
| 7/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Claimant file analysis template QC | 2.0 | $ 320.00 | $ 640.00 |
| 7/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence to team in regard to updates to be made to claimant file analysis template based on QC results | 0.2 | $ 320.00 | $ 64.00 |
| 7/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to outstanding items/claims that require further review list for BTrilla | 1.2 | $ 320.00 | $ 384.00 |
| 7/18/2022 | Boswell, Anne Margaret | Fee Applications | Updates to June Fee App Doc for counsel per KMcNally's request | 0.4 | $ 320.00 | $ 128.00 |
| 7/18/2022 | Boswell, Anne Margaret | Fee Applications | Updates to June fee application detail and exhibits for counsel per KMcNally's request | 0.9 | $ 320.00 | $ 288.00 |
| 7/18/2022 | McNally, Katheryn | Fee Applications | edits to first monthly fee application | 0.3 | $ 635.00 | $ 190.50 |
| 7/18/2022 | Trilla, Barry | Fee Applications | June monthly fee application analysis for updates made by AMBoswell | 0.6 | $ 415.00 | $ 249.00 |
| 7/19/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.2 | $ 305.00 | $ 366.00 |
| 7/19/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/19/2022 | Ramljak, Daniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Formulate and analyze historical settlement data for presentation | 1.5 | $ 305.00 | $ 457.50 |
| 7/19/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with DRamljak re: settlement data analysis | 0.2 | $ 415.00 | $ 83.00 |
| 7/19/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Historic settlement data analysis and QC | 1.3 | $ 415.00 | $ 539.50 |
| 7/19/2022 | Trilla, Barry | Coverage Analysis | Correspondence with KLietz re: outstanding questions regarding the coverage materials received thus far | 0.4 | $ 415.00 | $ 166.00 |
| 7/19/2022 | McNally, Katheryn | Fee Applications | edits to first monthly fee application | 0.3 | $ 635.00 | $ 190.50 |
| 7/19/2022 | Trilla, Barry | Fee Applications | Correspondence with SPhilip re: June Fee Application Exhibit A for PDF and LEDES version creation | 0.2 | $ 415.00 | $ 83.00 |
| 7/19/2022 | Aiello, Madison | Valuation Model Development and Reporting | Analysis of location of abuse for claim valuation | 3.2 | $ 305.00 | $ 976.00 |
| 7/20/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of Settlements, Verdicts, and Victim Compensation Funds | 3.0 | $ 305.00 | $ 915.00 |
| 7/20/2022 | Ramljak, Daniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Formulate and analyze historical settlement data for presentation | 1.0 | $ 305.00 | $ 305.00 |
| 7/20/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with DRamljak re: settlement data analysis | 0.3 | $ 415.00 | $ 124.50 |
| 7/20/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Historic settlement data analysis and QC | 0.7 | $ 415.00 | $ 290.50 |
| 7/20/2022 | Aiello, Madison | Claimant File Analysis | Analysis of number of incidents for claim valuation | 2.3 | $ 305.00 | $ 701.50 |
| 7/20/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with KMcNally re: detailed claims review status | 0.2 | $ 415.00 | $ 83.00 |
| 7/20/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Research on legislative reform history re: SOL in LA and AR and related emails with Jstang | 0.4 | $ 635.00 | $ 254.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/20/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of prior ANO settlements with sexual abuse survivors | 0.6 | $ 635.00 | $ 381.00 |
| 7/20/2022 | McNally, Katheryn | Valuation Model Development and Reporting | provide status update on claim valuation efforts to counsel | 0.3 | $ 635.00 | $ 190.50 |
| 7/21/2022 | Blum, Brett | Coverage Analysis | Insurance Claim Allocation System policy troubleshooting meeting with BNicholson | 0.4 | $ 320.00 | $ 128.00 |
| 7/21/2022 | Ricci, Elaina | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.6 | $ 305.00 | $ 488.00 |
| 7/21/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/21/2022 | Blum, Brett | Coverage Analysis | Creating and Uploading Policy Stack in Insurance Claim Allocation System | 0.6 | $ 320.00 | $ 192.00 |
| 7/21/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with BTrilla and Mschwab to discuss valuation and development of estimates and summary of methodology. | 0.5 | $ 635.00 | $ 317.50 |
| 7/21/2022 | Schwab, Matthew | Valuation Model Development and Reporting | Call w/ BTrilla and McNally to discuss valuation and development of estimates and summary of methodology. | 0.5 | $ 625.00 | $ 312.50 |
| 7/21/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with MSchwab and KMcNally to discuss valuation and development of estimates and summary of methodology. | 0.5 | $ 415.00 | $ 207.50 |
| 7/22/2022 | Aiello, Madison | Claimant File Analysis | Analysis of number of incidents for claim valuation | 3.8 | $ 305.00 | $ 1,159.00 |
| 7/22/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.8 | $ 320.00 | $ 576.00 |
| 7/22/2022 | McNally, Katheryn | Fee Applications | Edits to first interim fee application | 0.7 | $ 635.00 | $ 444.50 |
| 7/22/2022 | Trilla, Barry | Fee Applications | Interim fee application analysis for updates made by AMBoswell | 0.7 | $ 415.00 | $ 290.50 |
| 7/22/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to Bknapp re: specific request regarding follow up request of Debtor's claims analysis | 0.3 | $ 635.00 | $ 190.50 |
| 7/23/2022 | Roman, Brian | Fee Applications | Review and revise first interim fee application. | 2.3 | $ 415.00 | $ 954.50 |
| 7/25/2022 | Aiello, Madison | Claimant File Analysis | Analysis of number of incidents for claim valuation | 2.2 | $ 305.00 | $ 671.00 |
| 7/25/2022 | Ramljak, Daniel | Claimant File Analysis | Analyze claim forms for multiple abuser description | 0.9 | $ 305.00 | $ 274.50 |
| 7/25/2022 | McNally, Katheryn | Fee Applications | edit draft of first quarterly fee application | 0.4 | $ 635.00 | $ 254.00 |
| 7/25/2022 | Roman, Brian | Fee Applications | Continue reviewing and revising first interim fee application | 3.2 | $ 415.00 | $ 1,328.00 |
| 7/25/2022 | Trilla, Barry | Fee Applications | Analysis and updates to Interim Fee Application | 0.8 | $ 415.00 | $ 332.00 |
| 7/26/2022 | Aiello, Madison | Claimant File Analysis | Analysis of multiple abusers for claim valuation | 3.8 | $ 305.00 | $ 1,159.00 |
| 7/26/2022 | Blum, Brett | Coverage Analysis | Finalizing Insurance Claim Allocation System client setup | 1.0 | $ 320.00 | $ 320.00 |
| 7/26/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/27/2022 | Aiello, Madison | Claimant File Analysis | Analysis of multiple abusers for claim valuation | 2.6 | $ 305.00 | $ 793.00 |
| 7/27/2022 | Trilla, Barry | Valuation Model Development and Reporting | Status update presentation analysis | 0.7 | $ 415.00 | $ 290.50 |
| 7/27/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/28/2022 | Ramljak, Daniel | Claimant File Analysis | Analyze claim forms to identify claimants with vague details | 1.3 | $ 305.00 | $ 396.50 |
| 7/28/2022 | Trilla, Barry | Valuation Model Development and Reporting | Status update presentation analysis and updates | 1.8 | $ 415.00 | $ 747.00 |
| 7/28/2022 | Trilla, Barry | Claimant File Analysis | Claim form data analysis for status update presentation | 1.2 | $ 415.00 | $ 498.00 |
| 7/28/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Review status update slides prepared for counsel and provide questions/updates to BTrilla | 0.8 | $ 635.00 | $ 508.00 |
| 7/28/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.5 | $ 280.00 | $ 980.00 |
| 7/28/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/28/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 305.00 | $ 305.00 |
| 7/29/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 280.00 | $ 1,120.00 |
| **GRAND TOTAL** | | | | **239.50** | | **80,973.50** |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  October 13, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**THE CLARO GROUP, LLC AS EXPERT CONSULTANT**
**ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD AUGUST 1, 2022 – AUGUST 31, 2022**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2022 through August 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

DOCS_LA:345409.2 05067/002

| August 1, 2022 to August 31, 2022 | |
|---|---|
| Fees | $49,639.50 |
| Expenses | $0.00 |
| **Total** | **$49,639.50** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.      Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $0.00 | $ 75,012.00 |
| 7/1/22 – 7/31/22 | $64,778.80 | $0.00 | $0.00 | $ 64,778.80 |
| **Total Unpaid to Date** | | | | **$139,790.80** |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

2

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Claro has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis

the total amount of $39,711.60, which consists of eighty percent (80%) of Claro's total fees of $49,639.50 for the Statement Period.

9.       To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  September 29, 2022                    Respectfully submitted,

                                              *By: /s/ Katheryn McNally*
                                              The Claro Group, LLC
                                              123 N. Wacker Street, Suite 2100
                                              Chicago, IL 60606
                                              Email: kmncally@theclarogroup.com

                                              *Expert Consultant and Expert Witness to the*
                                              *Official Committee of Unsecured Creditors*

DOCS_LA:345409.2 05067/002

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 10.30 | $ 6,540.50 |
| Schwab, Matthew | Managing Director | 625.00 | 2.60 | $ 1,625.00 |
| Trilla, Barry | Senior Manager | 415.00 | 37.80 | $ 15,687.00 |
| Annicchiarico, Elizabeth | Senior Consultant | 320.00 | 7.10 | $ 2,272.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 22.50 | $ 7,200.00 |
| Ramljak, Daniel | Senior Consultant | 320.00 | 21.80 | $ 6,976.00 |
| Ricci, Elaina | Consultant | 305.00 | 1.50 | $ 457.50 |
| Lietz, Kyle | Consultant | 305.00 | 0.20 | $ 61.00 |
| Woloszyk, Evan | Consultant | 305.00 | 10.10 | $ 3,080.50 |
| Jones, David | Analyst | 280.00 | 20.50 | $ 5,740.00 |
| | **Total Hours and Fees:** | | **134.40** | **$ 49,639.50** |
| | **Blended Rate:** | **$ 369.34** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours August 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 0.5 | $ 185.50 |
| Claimant File Analysis | 27.8 | $ 10,205.00 |
| Fee Applications | 5.5 | $ 2,130.50 |
| Valuation Model Development and Reporting | 60.1 | $ 24,858.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 40.5 | $ 12,260.00 |
| **Total** | **134.40** | **$ 49,639.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/1/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.5 | $ 280.00 | $ 420.00 |
| 8/2/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.5 | $ 280.00 | $ 980.00 |
| 8/3/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 280.00 | $ 280.00 |
| 8/4/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call w/ MSchwab, KMcNally and counsel explaining claim valuation methodology | 1.3 | $ 415.00 | $ 539.50 |
| 8/4/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call w/ MSchwab, BTrilla and counsel explaining claim valuation methodology | 1.3 | $ 635.00 | $ 825.50 |
| 8/4/2022 | Boswell, Anne Margaret | Claimant File Analysis | Creation of table in POC analysis template denoting exceptions to claim count | 2.0 | $ 320.00 | $ 640.00 |
| 8/4/2022 | Schwab, Matthew | Valuation Model Development and Reporting | Call w/ KMcNally, BTrilla and counsel explaining claim valuation methodology | 1.3 | $ 625.00 | $ 812.50 |
| 8/4/2022 | Schwab, Matthew | Valuation Model Development and Reporting | Call w/ KMcNally and BTrilla to discuss discount factors and valuation methodology | 0.5 | $ 625.00 | $ 312.50 |
| 8/4/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call w/ KMcNally and MSchwab to discuss discount factors and valuation methodology | 0.5 | $ 415.00 | $ 207.50 |
| 8/4/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call w/ MSchwab and BTrilla to discuss discount factors and valuation methodology | 0.5 | $ 635.00 | $ 317.50 |
| 8/4/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with AMBoswell to discuss POC categorizations related to abuse tiers 4 and 5 for status update | 0.4 | $ 415.00 | $ 166.00 |
| 8/4/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 280.00 | $ 1,120.00 |
| 8/5/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to POC categorizations related to abuse tiers 4 and 5 per BTrilla's request | 1.9 | $ 320.00 | $ 608.00 |
| 8/5/2022 | Trilla, Barry | Claimant File Analysis | Analysis of POC categorization related to abuse tiers 4 and 5 and Quality Check | 1.3 | $ 415.00 | $ 539.50 |
| 8/5/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with AMBoswell re: updates to the POC categorization related to abuse tiers 4 and 5 | 0.3 | $ 415.00 | $ 124.50 |
| 8/5/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model build-out analysis | 2.3 | $ 415.00 | $ 954.50 |
| 8/5/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 280.00 | $ 280.00 |
| 8/8/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 1.3 | $ 320.00 | $ 416.00 |
| 8/8/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model build-out analysis | 0.7 | $ 415.00 | $ 290.50 |
| 8/8/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with DRamljak to discuss valuation model build-out | 0.5 | $ 415.00 | $ 207.50 |
| 8/8/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Call with BTrilla to discuss valuation model build-out | 0.5 | $ 320.00 | $ 160.00 |
| 8/8/2022 | Trilla, Barry | Fee Applications | Correspondence with AMBoswell re: July fee application | 0.3 | $ 415.00 | $ 124.50 |
| 8/8/2022 | Trilla, Barry | Fee Applications | July fee application and exhibits analysis | 0.2 | $ 415.00 | $ 83.00 |
| 8/8/2022 | Trilla, Barry | Claimant File Analysis | POC claim form analysis for claims denoted as late and/or duplicative | 0.7 | $ 415.00 | $ 290.50 |
| 8/8/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 280.00 | $ 1,120.00 |
| 8/9/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of settlement agreements listing from counsel | 1.2 | $ 415.00 | $ 498.00 |
| 8/9/2022 | Trilla, Barry | Claimant File Analysis | Analysis of claim withdrawals details from counsel | 0.4 | $ 415.00 | $ 166.00 |
| 8/9/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidating open items list for meeting with KMcNally, BTrilla and MSchwab | 1.0 | $ 320.00 | $ 320.00 |
| 8/9/2022 | Boswell, Anne Margaret | Fee Applications | July fee application and exhibits analysis | 0.4 | $ 320.00 | $ 128.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/9/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 2.8 | $ 320.00 | $ 896.00 |
| 8/9/2022 | Annicchiarico, Elizabeth | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.4 | $ 320.00 | $ 1,088.00 |
| 8/9/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.5 | $ 280.00 | $ 700.00 |
| 8/10/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 4.0 | $ 320.00 | $ 1,280.00 |
| 8/10/2022 | Trilla, Barry | Valuation Model Development and Reporting | Analysis and QC of claim valuation model updates made by DRamljak to assist counsel to committee | 1.8 | $ 415.00 | $ 747.00 |
| 8/10/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with DRamljak to discuss valuation model progress and formatting | 0.3 | $ 415.00 | $ 124.50 |
| 8/10/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Continue to develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 0.4 | $ 320.00 | $ 128.00 |
| 8/10/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Call with BTrilla to discuss valuation model progress and formatting | 0.3 | $ 320.00 | $ 96.00 |
| 8/10/2022 | Boswell, Anne Margaret | Claimant File Analysis | Call w/ KMcNally, MSchwab & BTrilla to discuss open issues on claim form review and attribute tracking | 0.8 | $ 320.00 | $ 256.00 |
| 8/10/2022 | Schwab, Matthew | Claimant File Analysis | Call w/ KMcNally, BTrilla and AMBoswell to discuss open issues on claim form review and attribute tracking | 0.8 | $ 625.00 | $ 500.00 |
| 8/10/2022 | McNally, Katheryn | Claimant File Analysis | Call with MSchwab, AMBoswell, BTrilla to discuss open issues on claim form review and attribute tracking | 0.8 | $ 635.00 | $ 508.00 |
| 8/10/2022 | Boswell, Anne Margaret | Claimant File Analysis | Update claimant allegation categories based on meeting w/ KMcNally, MSchwab & BTrilla | 0.9 | $ 320.00 | $ 288.00 |
| 8/10/2022 | Trilla, Barry | Claimant File Analysis | Call with MSchwab, KMcNally and AMBoswell to discuss open issues on claim form review and attribute tracking | 0.8 | $ 415.00 | $ 332.00 |
| 8/10/2022 | Annicchiarico, Elizabeth | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.7 | $ 320.00 | $ 1,184.00 |
| 8/10/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 280.00 | $ 840.00 |
| 8/11/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Analyze late filings for claimant valuation model input | 0.5 | $ 320.00 | $ 160.00 |
| 8/11/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation model analysis and QC | 2.7 | $ 415.00 | $ 1,120.50 |
| 8/11/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 2.4 | $ 320.00 | $ 768.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidate outstanding POC form questions for counsel | 0.4 | $ 320.00 | $ 128.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to outstanding POC form questions for counsel per BTrilla's request | 0.4 | $ 320.00 | $ 128.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with BTrilla and DRamljak in regard to updated tier allegations and outstanding items | 0.3 | $ 320.00 | $ 96.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Additions and edits to POC template to include additional valuation categories based on meeting w/ KMcNally, MSchwab & BTrilla | 2.7 | $ 320.00 | $ 864.00 |
| 8/11/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with EWoloszyk to discuss potentially comparable verdicts and settlements research and data aggregation | 0.5 | $ 635.00 | $ 317.50 |
| 8/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to questions for counsel per KMcNally's request | 0.4 | $ 320.00 | $ 128.00 |
| 8/12/2022 | Ricci, Elaina | Claimant File Analysis | Compare names/DOB info from settlement agreement list provided by counsel to POC template | 1.5 | $ 305.00 | $ 457.50 |
| 8/12/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze and edit preliminary claim valuation model and draft communication to counsel | 2.6 | $ 635.00 | $ 1,651.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 4.0 | $ 320.00 | $ 1,280.00 |
| 8/12/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Continue to develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 1.4 | $ 320.00 | $ 448.00 |
| 8/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: updates to the valuation model | 0.3 | $ 415.00 | $ 124.50 |
| 8/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with DRamljak re: updates to the valuation model | 0.8 | $ 415.00 | $ 332.00 |
| 8/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Analysis and QC of claim valuation model updates made by DRamljak to assist counsel to committee | 1.6 | $ 415.00 | $ 664.00 |
| 8/13/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation model updates to address KMcNally's comments | 0.8 | $ 415.00 | $ 332.00 |
| 8/13/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Review and edit preliminary claim valuation model and draft communication to counsel | 2.1 | $ 635.00 | $ 1,333.50 |
| 8/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Updated Valuation model analysis, QC and updates | 0.8 | $ 415.00 | $ 332.00 |
| 8/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with SBryant, ACaine, BKnapp, JStang, and RKuebel to send updated claim valuation model and high-level takeaways from preliminary valuation | 0.3 | $ 415.00 | $ 124.50 |
| 8/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally and DRamljak to discuss updated valuation model and high-level takeaways for counsel | 0.4 | $ 415.00 | $ 166.00 |
| 8/15/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with BTrilla to review PPT prepared by team to share preliminary valuation estimation methodology with counsel | 0.2 | $ 635.00 | $ 127.00 |
| 8/15/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Update valuation presentation to counsel with current figures | 1.0 | $ 320.00 | $ 320.00 |
| 8/15/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with KMcNally to review PPT prepared by team to share preliminary valuation estimation methodology with counsel | 0.2 | $ 415.00 | $ 83.00 |
| 8/15/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model presentation slides analysis, QC and updates | 3.4 | $ 415.00 | $ 1,411.00 |
| 8/15/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 305.00 | $ 305.00 |
| 8/16/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with JStang, BKnapp, ACaine (Pachulski/Locke Lord) to discuss claimant valuation model results | 0.8 | $ 635.00 | $ 508.00 |
| 8/16/2022 | Trilla, Barry | Fee Applications | Correspondence with AMBoswell re: July fee application updates to incorporate | 0.4 | $ 415.00 | $ 166.00 |
| 8/16/2022 | Trilla, Barry | Fee Applications | July fee application and exhibits analysis, QC and updates | 0.7 | $ 415.00 | $ 290.50 |
| 8/16/2022 | Lietz, Kyle | Coverage Analysis | Analysis of 1964-2020 insurance coverage map provided by counsel to compare attachment amounts related to sexual conduct | 0.2 | $ 305.00 | $ 61.00 |
| 8/16/2022 | Boswell, Anne Margaret | Fee Applications | Updates to July Fee app per BTrilla's request | 0.3 | $ 320.00 | $ 96.00 |
| 8/16/2022 | Trilla, Barry | Coverage Analysis | Insurance coverage chart from counsel analysis | 0.3 | $ 415.00 | $ 124.50 |
| 8/16/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with KMcNally, BKnapp, RKuebel, JStang and ACaine to discuss claimant valuation model results | 0.8 | $ 415.00 | $ 332.00 |
| 8/16/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with DRamljak and AMBoswell re: claimant requests from counsel | 0.4 | $ 415.00 | $ 166.00 |
| 8/17/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss claim valuation process | 0.4 | $ 320.00 | $ 128.00 |
| 8/17/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Analyze values of "no affiliation" claim marked by debtor | 0.7 | $ 320.00 | $ 224.00 |
| 8/17/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Drafting of various allegation tiers with examples for team guideline | 2.1 | $ 320.00 | $ 672.00 |
| 8/17/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss claim valuation process | 0.4 | $ 320.00 | $ 128.00 |
| 8/17/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence to BTrilla in regard to missing item, BSA affiliated, & settled claim categorization request from client | 0.5 | $ 320.00 | $ 160.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|--------------|--------------|-------------|-------|------|--------|
| 8/17/2022 | Boswell, Anne Margaret | Fee Applications | Drafting of 2nd monthly fee app for counsel | 0.9 | $ 320.00 | $ 288.00 |
| 8/17/2022 | Ramljak, Daniel | Claimant File Analysis | Analyze claimants who allege other responsible entity or are missing information | 0.5 | $ 320.00 | $ 160.00 |
| 8/17/2022 | Boswell, Anne Margaret | Claimant File Analysis | Aggregate and detail reference point on claims that are missing items, BSA affiliated, & settled per BTrilla's request | 1.8 | $ 320.00 | $ 576.00 |
| 8/17/2022 | Trilla, Barry | Fee Applications | July fee application and exhibits analysis, QC and updates | 2.3 | $ 415.00 | $ 954.50 |
| 8/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze all category 4 and 5 allegations for accuracy | 1.6 | $ 320.00 | $ 512.00 |
| 8/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Aggregate all ambiguous claims categorized as a tier 4 or 5 | 0.9 | $ 320.00 | $ 288.00 |
| 8/18/2022 | Ramljak, Daniel | Claimant File Analysis | Meeting with BTrilla and AMBoswell discussing allegation tier descriptions and answering outstanding questions from counsel | 0.5 | $ 320.00 | $ 160.00 |
| 8/18/2022 | Trilla, Barry | Claimant File Analysis | Meeting with DRamljak and AMBoswell to discuss allegation tier descriptions and answering outstanding questions from counsel | 0.5 | $ 415.00 | $ 207.50 |
| 8/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with DRamljak and BTrilla to discuss allegation tier descriptions and answering outstanding questions from counsel | 0.5 | $ 320.00 | $ 160.00 |
| 8/18/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Update to scoring tiers for claimants | 0.3 | $ 320.00 | $ 96.00 |
| 8/19/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Update external version of valuation model | 0.3 | $ 320.00 | $ 96.00 |
| 8/19/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claimant valuation model analysis and QC | 0.4 | $ 415.00 | $ 166.00 |
| 8/19/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence with BTrilla in regard to claims with ambiguous allegation categories | 0.1 | $ 320.00 | $ 32.00 |
| 8/19/2022 | Trilla, Barry | Claimant File Analysis | Analysis of allegation tier examples for POC forms | 1.3 | $ 415.00 | $ 539.50 |
| 8/19/2022 | Trilla, Barry | Claimant File Analysis | Analysis of responses for counsel re: claimant categories valuation questions | 0.4 | $ 415.00 | $ 166.00 |
| 8/22/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.8 | $ 305.00 | $ 549.00 |
| 8/23/2022 | Boswell, Anne Margaret | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis and comparison of prior settlement entered between ANO and survivors prior to chapter 11 filing per Claro review and Debtor's review | 1.1 | $ 320.00 | $ 352.00 |
| 8/23/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email correspondence with Claro team to determine response to JStang inquiry regarding claims potentially previously released by survivors | 0.4 | $ 635.00 | $ 254.00 |
| 8/23/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Analysis of potentially released claims identified by the debtor | 0.5 | $ 320.00 | $ 160.00 |
| 8/23/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: "Potentially Released Claims" in valuation | 0.4 | $ 415.00 | $ 166.00 |
| 8/23/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model analysis to answer question from counsel re: potentially released claims | 0.3 | $ 415.00 | $ 124.50 |
| 8/23/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.1 | $ 305.00 | $ 640.50 |
| 8/24/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.8 | $ 305.00 | $ 549.00 |
| 8/25/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claimant valuation responses for counsel questions analysis and updates | 2.8 | $ 415.00 | $ 1,162.00 |
| 8/25/2022 | Trilla, Barry | Valuation Model Development and Reporting | Meeting with KMcNally discuss updates on valuation | 0.2 | $ 415.00 | $ 83.00 |
| 8/25/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Meeting with BTrilla to discuss updates on valuation | 0.2 | $ 635.00 | $ 127.00 |
| 8/25/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: responses for valuation questions from counsel | 0.6 | $ 415.00 | $ 249.00 |
| 8/25/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.0 | $ 305.00 | $ 610.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/26/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Email correspondence to Claro team re: potentially comparable verdicts and settlements research and data aggregation | 0.4 | $ 305.00 | $ 122.00 |
| 8/29/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analyzing net value difference between No Affiliation Claims and other valued claims | 0.8 | $ 320.00 | $ 256.00 |
| 8/29/2022 | McNally, Katheryn | Valuation Model Development and Reporting | analyze claim summaries requested by Pachulski Stang and provide feedback to team | 0.6 | $ 635.00 | $ 381.00 |
| 8/29/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally and AMBoswell re: claimant valuation responses for counsel questions | 0.4 | $ 415.00 | $ 166.00 |
| 8/29/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 305.00 | $ 305.00 |
| 8/30/2022 | Trilla, Barry | Claimant File Analysis | Allegation Tiers Guidelines for POC form scoring analysis and updates | 1.3 | $ 415.00 | $ 539.50 |
| 8/31/2022 | McNally, Katheryn | Claimant File Analysis | Review and edit to summary of allegation tier descriptions prepared at the request of counsel to the committee | 0.3 | $ 635.00 | $ 190.50 |
| 8/31/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Updates to Allegation Tier Memo per request of counsel | 0.3 | $ 320.00 | $ 96.00 |
| **GRAND TOTAL** | | | | **134.40** | | **49,639.50** |

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: November 11, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**THE CLARO GROUP, LLC AS EXPERT CONSULTANT**
**ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD SEPTEMBER 1, 2022 – SEPTEMBER 30, 2022**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2022 through September 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

| September 1, 2022 to September 30, 2022 ||
| --- | --- |
| Fees | $12,062.00 |
| Expenses | $0.00 |
| **Total** | **$12,062.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.       The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.       Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
| --- | --- | --- | --- | --- |
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $64,778.80[3] | $0.00 | $0.00 | $64,778.80 |
| 8/1/22 – 8/30/22 | $39,711.60[4] | $0.00 | $0.00 | $39,711.60 |

**Total Unpaid to Date**                                                **$104,490.40**

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount represents 80% of Claro's total monthly fees in the amount of $80,973.50 on account of Claro's July 2022 fee statement.

[4] This amount represents 80% of Claro's total monthly fees in the amount of $49,639.50 on account of Claro's August 2022 fee statement.

2

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Claro has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 11, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis

the total amount of $9,649.60 which consists of eighty percent (80%) of Claro's total fees of $12,062.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  October 28, 2022                      Respectfully submitted,

                                                              *By: /s/ Katheryn McNally*
                                                              The Claro Group, LLC
                                                              123 N. Wacker Street, Suite 2100
                                                              Chicago, IL 60606
                                                              Email: kmncally@theclarogroup.com

                                                              *Expert Consultant and Expert Witness to the*
                                                              *Official Committee of Unsecured Creditors*

4

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.00 | $ 635.00 |
| Trilla, Barry | Senior Manager | 415.00 | 4.20 | $ 1,743.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 5.40 | $ 1,728.00 |
| Ramljak, Daniel | Senior Consultant | 320.00 | 1.90 | $ 608.00 |
| Martisauski, Brad | Consultant | 305.00 | 1.60 | $ 488.00 |
| Melenchuk, Yuriy | Analyst | 280.00 | 24.50 | $ 6,860.00 |
| **Total Hours and Fees:** | | | **38.60** | **$ 12,062.00** |
| **Blended Rate:** | | **$ 312.49** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours August 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 2.3 | $ 1,020.50 |
| Claimant File Analysis | 7.3 | $ 2,412.00 |
| Fee Applications | 2.2 | $ 837.00 |
| Valuation Model Development and Reporting | 0.7 | $ 444.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 26.1 | $ 7,348.00 |
| **Total** | **38.60** | **$ 12,062.00** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updating allegation tier thresholds for POC analysis | 0.6 | $ 320.00 | $ 192.00 |
| 9/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Fondling under Clothing" | 1.9 | $ 320.00 | $ 608.00 |
| 9/7/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Masturbation" | 2.1 | $ 320.00 | $ 672.00 |
| 9/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Fondling under Clothing" | 0.9 | $ 320.00 | $ 288.00 |
| 9/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Sex talk, no physical touching" | 0.4 | $ 320.00 | $ 128.00 |
| 9/8/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Masturbation" | 0.6 | $ 320.00 | $ 192.00 |
| 9/8/2022 | Trilla, Barry | Claimant File Analysis | Analysis of allegation tiers for POC forms | 0.8 | $ 415.00 | $ 332.00 |
| 9/12/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with YMelenchuk to discuss potentially comparable verdicts and settlements research and data aggregation | 0.5 | $ 305.00 | $ 152.50 |
| 9/12/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BMartisauski to discuss potentially comparable verdicts and settlements research and data aggregation | 0.5 | $ 280.00 | $ 140.00 |
| 9/12/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.5 | $ 280.00 | $ 700.00 |
| 9/14/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to Claro team to frame up efforts related to adult claim valuation and insurance allocation request from JStang | 0.2 | $ 635.00 | $ 127.00 |
| 9/14/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with JStang to discuss claim valuation for adult claims and request to complete insurance allocations | 0.3 | $ 635.00 | $ 190.50 |
| 9/15/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to counsel regarding new data needs for updated claim valuation | 0.2 | $ 635.00 | $ 127.00 |
| 9/15/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.5 | $ 280.00 | $ 420.00 |
| 9/16/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.2 | $ 280.00 | $ 616.00 |
| 9/16/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 1.8 | $ 280.00 | $ 504.00 |
| 9/19/2022 | Boswell, Anne Margaret | Fee Applications | Drafting of August Fee app | 0.5 | $ 320.00 | $ 160.00 |
| 9/19/2022 | Boswell, Anne Margaret | Fee Applications | Preparation of August Fee Exhibits | 0.3 | $ 320.00 | $ 96.00 |
| 9/19/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.3 | $ 280.00 | $ 644.00 |
| 9/19/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 1.9 | $ 280.00 | $ 532.00 |
| 9/20/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare list of Adult Comp Verdicts per BTrilla's request | 1.1 | $ 305.00 | $ 335.50 |
| 9/20/2022 | Trilla, Barry | Fee Applications | August fee application and exhibits analysis | 0.6 | $ 415.00 | $ 249.00 |
| 9/20/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.4 | $ 280.00 | $ 672.00 |
| 9/20/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 1.6 | $ 280.00 | $ 448.00 |
| 9/21/2022 | Trilla, Barry | Fee Applications | August fee application and exhibits analysis, QC and updates | 0.8 | $ 415.00 | $ 332.00 |
| 9/21/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.7 | $ 280.00 | $ 1,036.00 |
| 9/23/2022 | Trilla, Barry | Coverage Analysis | Updated coverage map analysis | 0.4 | $ 415.00 | $ 166.00 |
| 9/23/2022 | Trilla, Barry | Coverage Analysis | Correspondence with KLietz re: outstanding coverage questions for counsel | 0.3 | $ 415.00 | $ 124.50 |
| 9/26/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.2 | $ 280.00 | $ 896.00 |
| 9/26/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 0.9 | $ 280.00 | $ 252.00 |
| 9/27/2022 | McNally, Katheryn | Coverage Analysis | Review list of outstanding questions regarding coverage and allocation to provide feedback via email to BTrilla before sending to counsel to committee | 0.3 | $ 635.00 | $ 190.50 |
| 9/27/2022 | Trilla, Barry | Coverage Analysis | Coverage chart versions analysis | 0.6 | $ 415.00 | $ 249.00 |
| 9/27/2022 | Trilla, Barry | Coverage Analysis | Correspondence with KMcNally re: outstanding coverage questions for counsel | 0.7 | $ 415.00 | $ 290.50 |
| **GRAND TOTAL** | | | | **38.60** | | **12,062.00** |

# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline:  December 7, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (fka THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**<u>FOR THE PERIOD OCTOBER 1, 2022 – OCTOBER 31, 2022</u>**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Stout Risius Ross, LLC (fka The Claro Group, LLC) ("<u>Stout</u>"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from October 1, 2022 through October 31, 2022 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

<u>**RELIEF REQUESTED**</u>

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| October 1, 2022 to October 31, 2022 ||
|---|---|
| Fees | $4,303.00 |
| Expenses | $0.00 |
| **Total** | **$4,303.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.       The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.       Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## NO PRIOR REQUEST

5.       With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.       In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

2

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $3,442.40 which consists of eighty percent (80%) of Stout's total fees of $4,303.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

DOCS_LA:346211.2 05067/002

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  November 23, 2022                     Respectfully submitted,

_By: /s/ Katheryn McNally_
Stout Risius Ross, LLC (fka The Claro Group, LLC)
123 N. Wacker Street, Suite 2100
Chicago, IL 60606
Email: kmcnally@Stout.com

_Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors_

4

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.00 | $ 635.00 |
| Trilla, Barry | Senior Manager | 415.00 | 4.00 | $ 1,660.00 |
| Blum, Brett | Manager | 370.00 | 0.50 | $ 185.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 2.70 | $ 864.00 |
| Ramljak, Daniel | Senior Consultant | 320.00 | 0.90 | $ 288.00 |
| Lietz, Kyle | Consultant | 305.00 | 1.00 | $ 305.00 |
| Martisauski, Brad | Consultant | 305.00 | 1.20 | $ 366.00 |
| **Total Hours and Fees:** | | | **11.30** | **$ 4,303.00** |
| **Blended Rate:** | | **$ 380.80** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours October 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 2.0 | $ 697.50 |
| Claimant File Analysis | 0.9 | $ 288.00 |
| Fee Applications | 5.0 | $ 2,038.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 3.4 | $ 1,279.00 |
| **Total** | **$ 11.30** | **$ 4,303.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/6/2022 | Lietz, Kyle | Coverage Analysis | Analyzed responses from Pachulski Stang Ziehl & Jones LLP regarding insurance policies for coverage purposes | 0.5 | $305.00 | $152.50 |
| 10/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Masturbation" | 0.3 | $320.00 | $96.00 |
| 10/10/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Fondling under Clothing" | 0.6 | $320.00 | $192.00 |
| 10/11/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of adult-on-adult verdict comps towards valuation efforts re: adults | 2.2 | $415.00 | $913.00 |
| 10/12/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare Adult Comp Verdict Analysis for BTrilla | 1.2 | $305.00 | $366.00 |
| 10/20/2022 | Boswell, Anne Margaret | Fee Applications | September monthly fee app and exhibits analysis | 2.7 | $320.00 | $864.00 |
| 10/20/2022 | Trilla, Barry | Fee Applications | September monthly fee app and exhibits analysis and updates | 1.3 | $415.00 | $539.50 |
| 10/20/2022 | McNally, Katheryn | Fee Applications | Finalize materials for September fee app package | 0.8 | $635.00 | $508.00 |
| 10/26/2022 | McNally, Katheryn | Fee Applications | Finalize materials for September fee app package | 0.2 | $635.00 | $127.00 |
| 10/28/2022 | Trilla, Barry | Coverage Analysis | Call with BBlum and KLietz re: outstanding coverage questions and allocation inputs | 0.5 | $415.00 | $207.50 |
| 10/28/2022 | Blum, Brett | Coverage Analysis | Call with BTrilla and KLietz re: outstanding coverage questions and allocation inputs | 0.5 | $370.00 | $185.00 |
| 10/28/2022 | Lietz, Kyle | Coverage Analysis | Call with BBlum and BTrilla re: outstanding coverage questions and allocation inputs | 0.5 | $305.00 | $152.50 |
| **GRAND TOTAL** | | | | **11.30** | | **4,303.00** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[5] | § | |
| | § | |

---

## ORDER APPROVING SECOND INTERIM
## APPLICATION FOR ALLOWANCE OF COMPENSATION
## OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS
## EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
## JULY 1, 2022 THROUGH OCTOBER 31, 2022

CAME ON for consideration the *Second Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC (FKA The Claro Group, LLC) ("Stout") for the period from July 1, 2022 through October 31, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[5] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.        The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$146,978.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$146,978.00** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.        The Debtor is further authorized and directed to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on November 23, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 23, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

19