| Name of Professional | Role | Date of Retention | Fees & Expenses Approved - Current Period | | | Fees & Expenses Approved - Cumulative | | | Fees & Expenses Paid - Current Period | Fees & Expenses Paid - Cumulative | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees & Expenses | Fees | Expenses | Fees & Expenses | | | |
| **Debtor's Bankruptcy Professionals** | | | | | | | | | | | |
| Jones Walker LLP | Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $7,539,762.00 | $182,025.50 | $7,721,787.50 | $203,253.11 | $8,187,307.95 | |
| Blank Rome LLP | Special Insurance Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $488,833.79 | $1,023.65 | $489,857.44 | $3,078.79 | $505,215.01 | |
| Carr, Riggs, & Ingram, LLC | Financial Advisor | 5/1/2020 | $0.00 | $0.00 | $0.00 | $449,657.00 | $2,322.71 | $451,979.71 | $9,817.08 | $485,512.07 | |
| Donlin Recano & Company, Inc. | Claims and Noticing Agent | 5/1/2020 | - | - | $12,661.65 | - | - | $808,637.96 | $12,661.65 | $808,637.96 | |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Consultant | 1/28/2022 | $0.00 | $0.00 | $0.00 | $77,500.00 | $0.00 | $77,500.00 | $0.00 | $50,500.00 | |
| TMC Realty, LLC d/b/a The McEnery Company | Listing Agent (for Howard Avenue and related properties only) | 1/28/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Keegan Linscott & Associates, PC | Financial Advisor | 1/12/2022 | $0.00 | $0.00 | $0.00 | $22,190.00 | $0.00 | $22,190.00 | $3,040.40 | $37,250.40 | |
| BRT Energy Advisors, LLC | Energy Consultant | 4/14/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Debtor's Non-Bankruptcy Professionals (Ordinary Course Professionals)** | | | | | | | | | | | *OCP Order [ECF No. 269] contemplates payment of post-petition, pre-retention fees and expenses, subject to Monthly Cap. |
| Arthur J. Gallagher & Co. | Employee Benefit Consulting Services | 8/19/2020 | - | - | $26,723.33 | - | - | $761,585.61 | $26,723.33 | $761,585.61 | |
| Bourgeois Bennett, L.L.C. | Financial Consulting Services | 8/14/2020 | - | - | $0.00 | - | - | $28,600.00 | $0.00 | $28,600.00 | |
| Capitelli & Wicker | Legal Services - Claims against Debtor's Business | 8/15/2020 | - | - | $0.00 | - | - | $40,447.33 | $0.00 | $40,447.33 | |
| Denechaud & Denechaud, L.L.C. | Legal Services - Claims against Debtor's Business | 8/3/2020 | - | - | $28,337.76 | - | - | $837,777.85 | $28,337.76 | $837,777.85 | |
| The Ehrhardt Group | Corporate Communications Consulting | 8/6/2020 | $10,000.00 | - | $10,000.00 | $250,000.00 | - | $250,000.00 | $10,000.00 | $250,000.00 | *Direct costs for Bar Date Publication Notice Program ($400,000.00) excluded and otherwise approved by the Bar Date Order [ECF No. 461]. |
| Jones Fussell, LLP | Legal Services - Real Estate Development Advice | 8/14/2020 | - | - | $0.00 | - | - | $2,857.30 | $0.00 | $2,857.30 | |
| Kinney, Ellinghausen, Richard & Deshazo | Legal Services - Employment & Personal Injury | 8/8/2020 | - | - | $2,458.00 | - | - | $161,263.55 | $2,458.00 | $161,263.55 | |
| Law Offices of Malvern C. Burnett, APLC | Legal Services - Immigration Legal Services | 8/15/2020 | - | - | $2,000.00 | - | - | $62,500.00 | $2,000.00 | $62,500.00 | |
| The McEnery Company | Real Estate Appraisal Services | 8/3/2020 | - | - | $12,000.00 | - | - | $117,446.00 | $12,000.00 | $117,446.00 | |
| White Oak Consulting | Leadership Development Consulting Services | 8/15/2020 | - | - | $0.00 | - | - | $61,717.25 | $0.00 | $61,717.25 | |
| Roedel Parsons | Legal Services - Employment Matters | 8/17/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Gaudry, Ranson, Higgins & Gremillion, LLC | Legal Services - Medical Malpractice & Personal Injury | 8/17/2020 | - | - | $0.00 | - | - | $7,049.55 | $0.00 | $7,049.55 | |
| Juge, Napolitano, Guibeau, Ruli & Frieman | Legal Services - Workers' Compensation Claims | 8/8/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Berrigan Litchfield, LLC | Legal Services - Medical Malpractice | 8/15/2020 | - | - | $0.00 | - | - | $63,893.46 | $0.00 | $63,893.46 | |
| P&N Technologies, LLC | Cybersecurty & Technology Services | 1/15/2021 | - | - | $0.00 | - | - | $101,193.72 | $0.00 | $101,193.72 | |
| EGL Consultants, LLC | Archives & Record Management | 5/8/2021 | - | - | $420.00 | - | - | $25,010.00 | $420.00 | $25,010.00 | |
| Post & Schell, P.C. | Legal Services - Collection on Certain Insurance Policies | 8/9/2021 | - | - | $0.00 | - | - | $6,322.00 | $0.00 | $6,322.00 | |
| Willis Towers Watson US LLC | Actuarial Valuation Services | 8/23/2021 | - | - | $0.00 | - | - | $240,975.32 | $0.00 | $240,975.32 | |
| Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP | Legal Services | 11/22/2021 | - | - | $1,850.00 | - | - | $3,252.50 | $1,850.00 | $3,252.50 | |
| LCG, LLC | Electronic Discovery Services | 3/31/2022 | - | - | $0.00 | - | - | $15,474.68 | $0.00 | $15,474.68 | |
| Dupont-LeCorgne Construction Consultants, LLC | Building Inspection Consulting Services | 4/11/2022 | - | - | $0.00 | - | - | $120,383.66 | $0.00 | $120,383.66 | |
| **Committee Professionals** | | | | | | | | | | | |
| **Official Committee of Unsecured Creditors** | | | | | | | | | | | |
| Berkeley Research Group, LLC (BRG) | Financial Advisor | 6/17/2020 | $0.00 | $0.00 | $0.00 | $1,151,574.00 | $3,902.45 | $1,155,476.45 | $63,763.23 | $1,198,741.65 | |
| Locke Lord LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $2,288,997.50 | $83,212.47 | $2,372,209.97 | $255,465.50 | $2,965,901.99 | |
| Pachulski Stang Ziehl & Jones LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $2,831,755.50 | $72,058.04 | $2,903,813.54 | $89,057.68 | $2,994,393.22 | |
| Kinsella Media, LLC | Expert Consultant Regarding Bar Date Noticing Program | 8/31/2020 | $0.00 | $0.00 | $0.00 | $91,187.50 | $4,600.00 | $95,787.50 | $0.00 | $95,787.50 | |
| Zobrio, Inc. | Computer Consultant | 4/19/2021 | $0.00 | $0.00 | $0.00 | $40,645.50 | $5,040.00 | $45,685.50 | $2,366.00 | $46,924.50 | |
| Stegall, Benton, Melancon & Associates, LLC | Real Estate Appraiser/Valuation Expert | 5/17/2021 | $0.00 | $0.00 | $0.00 | $27,937.50 | $0.00 | $27,937.50 | $0.00 | $27,937.50 | |
| Rock Creek Advisors, LLC | Pension Financial Advisor | 12/20/2021 | $0.00 | $0.00 | $0.00 | $61,390.00 | $0.00 | $61,390.00 | $4,440.00 | $65,830.00 | |
| Claro Group, LLC | Expert Consultant on Sexual Abuse and Expert Witness | 4/19/2022 | $0.00 | $0.00 | $0.00 | $75,012.00 | $0.00 | $75,012.00 | $139,790.80 | $139,790.80 | |
| **Official Committee of Unsecured Commercial Creditors** | | | | | | | | | | | |
| Stewart Robbins Brown & Altazan, LLC | Counsel | 3/15/2021 | $0.00 | $0.00 | $0.00 | $683,606.50 | $18,272.61 | $701,879.11 | $59,387.60 | $944,175.74 | |
| Dundon Advisors, LLC | Financial Advisor | 4/14/2021 | $0.00 | $0.00 | $0.00 | $459,087.00 | $61.48 | $459,148.48 | $4,322.40 | $487,936.88 | |
| | | **TOTALS** | | | $96,450.74 | | | $20,378,042.44 | $934,233.33 | $21,949,592.95 | |