# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Considering the *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022* (the "Application"), [ECF Doc. 1946], filed by Rock Creek Advisors, LLC (the "Firm") for the period from July 1, 2022 through October 31, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis whether the services as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS ORDERED** that:

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of $7,585.00 for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor").

2. The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtors, within ten (10) calendar days after the entry of this Order.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 13, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE