# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Considering the *Consent Motion for Continuance of Status Conference Scheduled on December 15, 2022* (the "Motion"), [ECF Doc. 1985];

**IT IS ORDERED** that the Motion is **GRANTED** as set forth herein;

**IT IS FURTHER ORDERED** that the status conference to discuss the *Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order*, [ECF Doc. 804], the Objection, [ECF Doc. 814], and the Reply, [ECF Doc. 821], scheduled for December 15, 2022, at 1:30 p.m. is **CONTINUED** to **Thursday, January 19, 2023, at 1:30 p.m.** The parties may participate in the status conference by either: a) attending In Person at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130, or b) attending by telephone using the Court's dial-in number: (504) 517-1385, access code: 129611. All interested parties are directed to review this Court's Amended General Order 2021-2 for information regarding the conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 15, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE