UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                    SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

                                                CHAPTER 11
DEBTOR

### T.G.'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that T.G., through undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on December 06, 2022. A copy of said Motion, as well as T.G.'s Declaration in Support and were filed as Docket No. 1965. A proposed Order on T.G.'s Motion for Leave (Docket No. 1965) is filed contemporaneously herewith.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus Hearing date of February 09, 2023 at 1:30 PM. The dial-in information for Section A is 504-517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Respectfully submitted,

/s/ William H. Arata
WILLIAM H. ARATA (23431)
Arata Law Office, LLC
216 Austin Street
Bogalusa, LA 70427
Phone: (985) 735-1368
Facsimile: (985) 732-7282

Email: info@Aratalaw.net
*Attorney for Claimant, T.G.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ William H. Arata
William H. Arata