UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

## ORDER

Considering Mover's, T.G.'s, Motion for Leave to file his Sexual Abuse Survivor Proof of Claim, filed herein December 06, 2022, in Docket No. 1265.

**IT IS HEREBY ORDERED** that Mover's, T.G.'s, Motion for Leave is GRANTED and that his Sexual Abuse Survivor Proof of Claim shall be filed with Donlin Recano & Company, Inc.

New Orleans, Louisiana, this _____ day of _____, 202____.

_____
JUDGE

[1]