# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § | SECTION A |

## ORDER

Before the Court is the *Motion for Reconsideration of Court's Order Terminating Payment of Pension Benefits to Father William O'Donnell, ECF Doc. 1759* (the "Motion"), [ECF Doc. 1782], filed by Father William' O Donnell, and *the Official Committee of Unsecured Creditor's Objection to Motion for Reconsideration of Court's Order Terminating Payment of Benefits to Father William O'Donnell, ECF Doc. 1759*, [ECF Doc. 1893], filed by the Official Committee of Unsecured Creditors.

Appearances:

> Stephen Haedicke on behalf of Father William O'Donnell,
> Bradley Knapp on behalf of the Official Committee of Unsecured Creditors,
> Mary Langston on behalf of the United States Trustee, and
> Elizabeth Futrell on behalf of the Debtor.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that as stipulated by the parties on the record, Father O'Donnell's Exhibits A-G, and the Official Committee of Unsecured Creditor's Exhibits 1-4, are admitted.

**IT IS FURTHER ORDERED** that the exhibits are to remain under seal.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 19, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE