**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

**SECOND AMENDED DECLARATION OF MARK A. MINTZ**
**IN SUPPORT OF APPLICATION TO EMPLOY**
**JONES WALKER LLP AS ATTORNEYS FOR THE DEBTOR**

Pursuant to 28 U.S.C. § 1746, I, Mark A. Mintz, hereby submit this second amended declaration (this **"Second Amended Declaration"**) under penalty of perjury:

1. I am over the age of 21 and competent and authorized to make this Second Amended Declaration.[2] I have personal knowledge of the facts set forth herein. I am a partner and an authorized representative of the law firm of Jones Walker LLP ("**Jones Walker**" or the "**Firm**"). I practice out of the Firm's New Orleans office, located at 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170-5100. I have been licensed to practice law in the state of Louisiana since 2008, and I am admitted to practice before the United States Bankruptcy Court for the Eastern District of Louisiana.

2. I submit this Second Amended Declaration to add additional disclosures and amend Schedule 2 attached to the *Declaration of Mark A. Mintz in Support of Application to Employ Jones Walker LLP as Attorneys for the Debtor* [ECF. No. 75-4] and the *Amended Declaration of*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Unless otherwise defined herein capitalized terms shall have the meaning ascribed to them in the Application.

*Mark A. Mintz in Support of Application to Employ Jones Walker LLP as Attorneys for the Debtor* [ECF. No. 1705] (collectively the "**Mintz Declaration**"). All other statements made in, and exhibits attached to, the *Application to Employ Jones Walker LLP as Attorneys for the Debtor* [ECF No. 75] (the "**Application**"), Schedule 1 and Schedule 2 [ECF No. 76], and the *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* [ECF No. 138] (the "**Amended Application**") remain the same.

3. Except as otherwise indicated, all statements in this Second Amended Declaration are based on my personal knowledge, my review of relevant documents, or my opinion based upon my experience and knowledge. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of the documents, or opinion based thereon.

4. Jones Walker was engaged by Notre Dame Health Systems f/k/a Chateau de Notre Dame ("**NDHS**") on June 15, 2022 for the limited purpose of assisting in the sale of certain of NDHS's assets. NDHS is an "Apostolate" as set forth in the *Second Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019* [ECF No. 1583] filed in this Chapter 11 Case on June 10, 2022. NDHS is a separate and distinct entity from the Debtor and is managed by a separate and independent Board of Directors.

5. Jones Walker was engaged by St. Anthony's Gardens ("**SAG**") on June 15, 2022 for the limited purpose of assisting in the sale of SAG's assets. SAG is an "Apostolate" as set forth in the *Second Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019* [ECF No. 1583] filed in this Chapter 11 Case on June 10, 2022. SAG is a separate and distinct entity from the Debtor and is managed by a separate and independent Board of Directors. Both SAG and NDHS owe amounts to the Debtor.

6. Jones Walker's role as special transaction counsel in the sales by NDHS and SAG are unrelated to this Chapter 11 Case. The representations disclosed herein are not materially adverse to the interest of the Debtor or the Debtor's estate.

7. To the best of my knowledge, based on the searches conducted to date and as described herein, (a) Jones Walker is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtor's estate, and (b) has no connections to the Debtor, its creditors or other parties in interest, except as may be disclosed in this Second Amended Declaration.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

New Orleans, Louisiana, this December 30, 2022.

*/s/ Mark A. Mintz*
Mark A. Mintz
Partner
Jones Walker LLP

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Second Amended Declaration is being served (a) on December 30, 2022 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures [ECF No. 22], to be sent by Donlin Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz