NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § | SECTION A |

# ORDER

Before the Court is the Ex Parte *Unopposed Motion To Continue Hearing and Related Deadlines on Debtor's Expedited Motion for Authority To Lease Property Pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code* (the "Motion"), [ECF Doc. 2018], filed by the Debtor.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing scheduled for February 9, 2023, to consider the *Debtor's Expedited Motion for Authority To Lease Property Pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code* (the "Lease Motion"), [ECF Doc. 1584], filed by the Debtor, is **CONTINUED** to **Thursday, March 16, 2023, at 1:30 P.M. in person** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, 7th Floor, New Orleans, Louisiana, 70130 **or by teleconference (Dial-in 504-517-1385, Conference Code 129611)**. The parties are directed to this Court's Amended General Order 2021-2 for instructions regarding this Court's hybrid model plan for conduct of hearings as of October 4, 2021 (https://www.laeb.uscourts.gov/).

**IT IS FURTHER ORDERED** that any pleadings or evidence that the Debtor intends to file to support its request for an extension of the term of the Revised Lease must be filed no later than **Thursday, February 23, 2023**.

**IT IS FURTHER ORDERED** that any objections to the Debtor's request for an extension of the term of the Revised Lease must be filed no later than **Thursday, March 9, 2023**.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 19, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE