## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

---

### JOINT STIPULATION CONCERNING T.G.'S MOTION FOR
### LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM
### [Relates to ECF No. 1965]

NOW INTO COURT, through undersigned counsel, come The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), and T.G. (collectively, the "**Parties**") who submit this joint stipulation (this "**Joint Stipulation**") concerning *T.G.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* [ECF No. 1965] (the "**Motion for Leave**"). The Parties respectfully state as follows:

### RECITALS

A.      On May 1, 2020, the Archdiocese filed a voluntary petition for relief under the Bankruptcy Code, commencing the above-captioned chapter 11 case (this "**Chapter 11 Case**").

B.      Under the *Order Fixing Time for Filing Proofs of Claims; Approving Proof of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice* [ECF No. 461], the Court set March 1, 2021, at 5:00 p.m. as the deadline for filing proofs of claim predicated on allegations of sexual abuse.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA  70125.

C.      On December 6, 2022, T.G. filed the Motion for Leave, wherein he requests that the Court grant him leave to file his Sexual Abuse Survivor Proof of Claim with Donlin Recano & Company, Inc. beyond the March 1, 2021 deadline to file claims.  [ECF No. 1965].

D.      The Parties have agreed to consensually resolve the Motion for Leave pursuant to certain stipulated terms.

**NOW, THEREFORE**, the Parties agree as follows:

1.      T.G. may file a Sexual Abuse Survivor Proof of Claim, but the Archdiocese and all parties in interest maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed.

2.      T.G. reserves his right to argue any defense to any objection, including, but not limited to, that the claim is allowable due to the concept of excusable neglect.

WHEREFORE, the Parties respectfully request that the Court approve this Joint Stipulation and enter an order substantially in the form attached hereto as **Exhibit A**.

Respectfully submitted,

/s/ Mark A. Mintz_____          /s/ William H. Arata _____
R. PATRICK VANCE (#13008)                         WILLIAM H. ARATA (#23431)
ELIZABETH J. FUTRELL (#05863)                     Arata Law Office, LLC
MARK A. MINTZ (#31878)                            216 Austin Street
LAURA F. ASHLEY (#32820)                          Bogalusa, LA 70427
Jones Walker LLP                                  Phone: (985) 735-1368
201 St. Charles Avenue, 51st Floor                Facsimile: (985) 732-7282
New Orleans, LA   70170                           Email: info@Aratalaw.net
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260                         **ATTORNEY FOR CLAIMANT, T.G.**
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  lashley@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

#100869418v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation is being served (a) on January 31, 2023 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, Inc. ("**DRC**").  DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

#100869418v1