UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § § § **THE ROMAN CATHOLIC CHURCH** § **OF THE ARCHDIOCESE OF NEW** § **ORLEANS,** § § **Debtor.**[1] § § | Case No. 20-10846 Section "A" Chapter 11 |

## ORDER

Before the Court is *T.G.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* [ECF No. 1965] (the "**Motion for Leave**"), filed by T.G., and the *Joint Stipulation Concerning T.G.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* [ECF No. ___] (the "**Joint Stipulation**"), jointly filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**") and T.G. (collectively, the "**Parties**").

Considering the Joint Stipulation filed by the Parties on the record in this case,

**IT IS ORDERED** that the Joint Stipulation is APPROVED, and as set forth in the Joint Stipulation, T.G. may file a Sexual Abuse Survivor Proof of Claim, but the Archdiocese and all parties in interest maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed. T.G. reserves his right to argue any defense to any objection, including, but not limited to, that the claim is allowable due to the concept of excusable neglect. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of the Joint Stipulation.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#100869418v1

New Orleans, Louisiana, _____ \_\_\_, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

2

#100869418v1