## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |
| | § | |

---

## NOTICE OF BERKELEY RESEARCH GROUP, LLC'S
## RETENTION OF PAUL BOUGH AS INDEPENDENT CONTRACTOR
## IN CONNECTION WITH BRG's EVALUATION OF
## SPECIFIED PROPERTIES OF THE DEBTOR

**PLEASE TAKE NOTICE THAT** Berkeley Research Group ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the case of the above-captioned debtor (the "Debtor"), has retained Paul Bough ("Bough") as an independent contractor to provide services in connection with BRG's evaluation of specified properties of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 11 of BRG's retention application[2], BRG shall (i) pass-through to the Debtor's estate Bough's costs at the same rate that BRG pays such costs, (ii) seek reimbursement for Bough's actual costs only; (iii) ensure that Bough is subject to the same conflict checks and compensation procedures as required for BRG; and (iv) file with the Court disclosures as required by Bankruptcy Rule 2014.

In accordance with Bankruptcy Rule 2014, Bough's connections with the Debtor, creditors of the Debtor, other parties in interest, their respective attorneys and accountants, the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.
[2] *See Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* (the "Application") [Docket No. 205], approved by order entered August 25, 2020 [Docket No. 362].

United States trustee and any person employed in the office of the United States trustee, are set forth in the Declaration of Paul Bough appended hereto as **Exhibit A**.

 Dated:  February 21, 2023                    Respectfully submitted,

                                              _By: /s/ Matthew Babcock_
                                              Matthew Babcock
                                              Berkeley Research Group, LLC
                                              201 South Main Street, Suite 450
                                              Salt Lake City, Utah 84111
                                              Telephone:  (801) 364-6233
                                              Email: mbabcock@thinkbrg.com

                                              _Financial Advisor to the Official Committee of_
                                              _Unsecured Creditors_

DOCS_LA:347251.3

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[3] | § | |
| | § | |

---

### DECLARATION OF PAUL BOUGH CONCERNING
### HIS RETENTION BY BERKELEY RESEARCH GROUP, LLC
### AS INDEPENDENT CONTRACTOR IN CONNECTION WITH
### BRG'S EVALUATION OF SPECIFIED PROPERTIES OF THE DEBTOR

I, Paul Bough, declare as follows:

1.      I am an associate director with Berkeley Research Group ("BRG"), employed in such capacity as an independent contractor.  I am submitting this declaration in support of the *Notice of Berkeley Research Group, LLC's Retention of Paul Bough as Independent Contractor in Connection With BRG's Evaluation of Specified Properties of The Debtor* [Docket No. _____] (the "Notice").

2.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

3.      BRG has requested my services in this case in connection with BRG's evaluation of specified properties of the Debtor.  I specialize in the areas of project management and owner's representation, scheduling delay analysis, defective construction investigations, damage analysis, litigation support, and expert testimony.  As such, I am well qualified to work with

---

[3] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

BRG in its evaluation of specified properties of the Debtor.

4.        For such services, I will charge BRG my customary rate of $212.50/hour, which costs will be passed-through by BRG to the Debtor at the same rate.

5.        Under my supervision, a representative of BRG's information technology department has undertaken a thorough review of my computer to search for the names of potential creditors of the Debtor, and, in particular, the names of counsel to the creditors of the Debtor as disclosed by the Debtor in Court filings, the U.S. Trustee and other potential parties in interest listed on **Schedule 1** attached hereto.

6.        Based on the results of the search of my database, it appears that I do not hold or represent any interest adverse to and have no connection, subject to the disclosures set forth below, with the Debtor herein, its creditors, the Committee, the U.S. Trustee or any party in interest herein in the matters upon which I am to be retained, and am a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

7.        I may have provided services for, and, in the future, may provide services for creditors of the Debtor or other parties in interest in connection with matters unrelated to the Debtor and this Case. At this time, I am not aware of any such creditors or parties in interest.  If I identify any such creditors or parties in interest, I will make disclosures to the Court as may be appropriate at that time.  At the Court's request, I would provide the names of any such clients to the Court for in-camera review.

8.        I have provided services for, and in the future will likely provide services for debtors and creditors' committees in cases unrelated to the Debtor and this Case wherein one or more of the law firms representing the members of the Committee or other parties in interest serve as or will serve as professionals to members of those committees.

9.      I understand there is a continuing duty to disclose any adverse interest and change of disinterestedness.

10.      I agree to immediately disclose any actual conflict of which I become aware in connection with this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on February _14_, 2023 at _WINTER PARK_, _FL_.

By: ___Paul Bough___
Paul Bough

# SCHEDULE 1

**Schedule 1**

**Potential Parties-in-Interest**

**Index**

| Schedule | Category |
|---|---|
| 1(A) | **DEBTOR** |
| 1(B) | **OFFICERS, BOARD, COUNCIL AND COMMITTEE MEMBERS** |
| 1(C) | **CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTOR** |
| 1(D) | **LENDERS** |
| 1(E) | **LITIGATION PARTIES AND COUNSEL** |
| 1(F) | **GOVERNMENTAL - REGULATORY** |
| 1(G) | **TOP 20 CREDITORS** |
| 1(H) | **INSURERS** |
| 1(I) | **PROFESSIONALS THAT PROVIDE SERVICES TO THE DEBTOR** |
| 1(J) | **MAJOR UTILITY PROVIDERS** |
| 1(K) | **BONDHOLDERS - TRUSTEE OF BONDHOLDERS** |
| 1(L) | **CONTRACT PARTIES** |
| 1(M) | **U.S. TRUSTEE AND JUDGES FOR THE EASTERN DISTRICT OF LOUISIANA** |

## **SCHEDULE 1(A)**

### **Debtor**

The Roman Catholic Church of the Archdiocese of New Orleans

## SCHEDULE 1(B)

## Officers, Board, Council and Committee Members

Mr. Rodney J. Abele, Jr.
Ms. Marguerite L. Adams, Esq.
Very Rev. Peter O. Akpoghiran, J.C.D.
Most Rev. Gregory M. Aymond, D.D,
Ms. Emily Marcotte Barilleau
Very Rev. Patrick Carr, Vicar General
Mr. Joseph Carrere
Mr. Mason G. Couvillon
Most Rev. Fernand J. Cheri, III, O.F.M,V.G.
Deacon Ron Drez, Jr.
Mr. Terry A. DuFrene
Mr. Lloyd E. Eagan, Jr.
Mr. Jeffery J. Entwisle
Mr. Paul L. Fine
Mr. William F. Finegan
Mr. Octave J. Francis, III
Mr. Todd R. Gennardo
Mr. Alex Gershanik
Ms. Kathleen R. Hebert
Ms. Catherine B. Howard
Mr. Cory Howat
Ms. Mary S. Johnson
Mr. Robert D. Munch, Jr.
Ms. Raechelle Munna, Esq.
Ms. Dina B. Riviere
Mr. Mark Rodi
Mr. Lloyd A. Tate
Mr. Jeffray A. Teague
Mr. Calvin S. Tregre
Mr. St. Denis J. Villere
Rev. Otis W. Young, Jr.

**<u>SCHEDULE 1(C)</u>**

**<u>Current and Recent Former Entities Affiliated with the Debtor</u>**

**<u>Parishes</u>**:

All Saints Roman Catholic Church, New Orleans, Louisiana
Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
Ascension of Our Lord Roman Catholic Church, LaPlace Louisiana
Assumption of Mary Roman Catholic Church, Avondale, Louisiana
Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
Blessed Sacrament — St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
Christ the King Roman Catholic Church, Gretna, Louisiana
Congregation of the Mission Western Province, Louisiana (St. Joseph)
Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
Divine Mercy Roman Catholic Church, Kenner, Louisiana
Good Shepherd Roman Catholic Church, New Orleans, Louisiana
Holy Family Roman Catholic Church, Luling, Louisiana
Holy Family Roman Catholic Church, Franklinton, Louisiana
Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
Holy Spirit Roman Catholic Church, New Orleans, Louisiana
Immaculate Conception Roman Catholic Church, Marrero, Louisiana
Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
Most Holy Trinity Roman Catholic Church, Covington, Louisiana
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
Our Lady of Guadalupe Church & Shrine of St. Jude
Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Belle Chase, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
Our Lady of Prompt Succor Church Roman Catholic Church, Chalmette, Louisiana
Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
St. Agnes Roman Catholic Church, Jefferson, Louisiana

1

St. Agnes le Thi Thanh Roman Catholic Church, Marrero, Louisiana
St Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
St. Angela Merici Roman Catholic Church, Metairie, Louisiana
St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
St. Anselm Roman Catholic Church, Madisonville, Louisiana
St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
St. Anthony Roman Catholic Church, Gretna, Louisiana
St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
St. Augustine Roman Catholic Church, New Orleans, Louisiana
St. Benedict Roman Catholic Church, Covington, Louisiana
St. Benilde Roman Catholic Church, Metairie, Louisiana
St. Bernard Roman Catholic Church, St. Bernard, Louisiana
St. Bonaventure Roman Catholic Church, Avondale, Louisiana
St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
St. Christopher the Martyr Roman Catholic Church, Metairie, Louisiana
St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
St. Cletus Roman Catholic Church, Gretna, Louisiana
St. David Roman Catholic Church, New Orleans, Louisiana
St. Dominic's Roman Catholic Church, New Orleans, Louisiana
St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
St. Gabriel Roman Catholic Church, New Orleans, Louisiana
St. Genevieve Roman Catholic Church, Slidell, Louisiana
St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
St. Hubert Roman Catholic Church, Garyville, Louisiana
St. James Major Roman Catholic Church, New Orleans, Louisiana
St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
St. Jerome Roman Catholic Church, Kenner, Louisiana
St. Joachim Roman Catholic Church, Marrero, Louisiana
St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
St. John Bosco Roman Catholic Church, Harvey, Louisiana
St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
St. John the Baptist Roman Catholic Church, Edgard, Louisiana
St. John the Baptist Roman Catholic Church, Paradis, Louisiana
St. John the Baptist Roman Catholic Church, Folsom, Louisiana
St. Joseph Roman Catholic Church, Algiers, Louisiana
St. Joseph Roman Catholic Church, Gretna, Louisiana
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Katherine Drexel Roman Catholic Church New Orleans, Louisiana
St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
St. Louis Cathedral
St. Louis King of France Roman Catholic Church, Metairie, Louisiana
St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana

2

St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
St. Mark Roman Catholic Church, Ama, Louisiana
St. Martha Roman Catholic Church, Harvey, Louisiana
St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
St. Mary's Roman Catholic Church, New Orleans Louisiana
St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana
St. Patrick's Roman Catholic Church, New Orleans, Louisiana
St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
St. Paul The Apostle Parish Roman Catholic Church, New Orleans, Louisiana
St. Peter's Roman Catholic Church, Covington, Louisiana
St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
St. Peter Roman Catholic Church, Reserve, Louisiana
St. Philip Neri Roman Catholic Church, Metairie, Louisiana
St. Pius X Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, Harahan, Louisiana
St. Rosalie Roman Catholic Church, Harvey, Louisiana
St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana
Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
Society of the Redemptorist (St. Anthony)
Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

**<u>Churches</u>**:

Christ the King Church
Corpus Christi-Epiphany Church
Divine Mercy Church
Good Shepherd Parish St Stephen Church
Holy Family Church (Franklinton)
Holy Family Church (Luling)
Holy Name of Jesus Church
Holy Name of Mary Church
Holy Spirit Church
Immaculate Conception Church (Marrero)
Immaculate Conception Church (New Orleans)
Infant Jesus of Prague Mission
Mary Queen of Peace Church
Mary Queen of Vietnam Church
Mater Dolorosa Church
Most Holy Trinity Church
Our Lady of Divine Providence Church
Our Lady of Grace Church
Our Lady of Guadalupe (Shrine of St. Jude)

3

Our Lady of La Vang Mission
Our Lady of Lourdes Church (Slidell)
Our Lady of Lourdes Church (Violet)
Our Lady of Perpetual Help Church (Belle Chasse)
Our Lady of Perpetual Help Church (Kenner)
Our Lady of Prompt Succor Church (Chalmette)
Our Lady of Prompt Succor Church (Westwego)
Our Lady of the Angels Church
Our Lady of the Holy Rosary Church
Our Lady of the Lake Church
Our Lady of the Rosary Church
Our Lady Star of the Sea Church
Resurrection of Our Lord Church
Sacred Heart Church
Sacred Heart of Jesus Church
St. Agnes Church
St. Agnes Le Thi Thanh Church
St. Alphonsus Church
St. Andrew the Apostle Church
St. Angela Merici Church
St. Ann Church and Shrine
St. Ann Mission
St. Anselm Church
St. Anthony Church
St. Anthony Mission
St. Anthony of Padua Church (Luling)
St. Anthony of Padua Church (New Orleans)
St. Augustine Church
St. Benedict Church
St. Benilde Church
St. Bernard Church
St. Bonaventure Church
St. Catherine of Siena Church
St. Charles Borromeo Church
St. Christopher the Martyr Church
St. Clement of Rome Church
St. Cletus Church
St. David Church
St. Dominic Church
St. Edward the Confessor Church
St. Francis of Assisi Church
St. Francis Xavier Church
St. Gabriel the Archangel Church
St. Genevieve Church
St. Gertrude Church
St. Hubert Church

4

St. James Major Church
St. Jane de Chantal Church
St. Jerome Church
St. Joachim Church
St. Joan of Arc Church (LaPlace)
St. John Bosco Church
St. John of the Cross Church
St. John the Baptist Church (Edgard)
St. John the Baptist Church (Folsom)
St. John the Baptist Church (New Orleans)
St. John the Baptist Church (Paradis)
St. Joseph Church (Algiers)
St. Joseph Church (New Orleans)
St. Joseph Church and Shrine on the Westbank
St. Joseph the Worker Church
St. Katharine Drexel Church
St. Louis Cathedral-Basilica
St. Louis King of France Church
St. Luke the Evangelist Church
St. Margaret Mary Church
St. Maria Goretti Church
St. Mark Church
St. Martha Church
St. Mary Magdalen Church
St. Mary of the Angels Church
St. Mary's Assumption Church
St. Mary's Chapel (St. Mary's Assumption)
St. Mary's Church (St. Louis Cathedral-Basilica)
St. Matthew the Apostle Church
St. Michael the Archangel Mission
St. Nicholas of Myra Mission
St. Patrick Church (New Orleans)
St. Patrick Church (Port Sulphur)
St. Paul the Apostle Church
St. Peter Cemetery (St. Peter Church Reserve)
St. Peter Church (Covington)
St. Peter Church (Reserve)
St. Peter Claver Church
St. Philip Neri Church
St. Pius X Church
St. Pius X Mission
St. Raymond-St. Leo the Great Church
St. Rita Church (Harahan)
St. Rita Church (New Orleans)
St. Rosalie Church
St. Theresa of Avila Church

5

St. Thomas Church - Assumption of Our Lady Mission
Sts. Peter and Paul Church
Transfiguration of the Lord Church
Visitation of Our Lady Church

**<u>Archdiocesan High Schools</u>**:

Academy of our Lady St. Scholastica Academy
Archbishop Chapelle High School
Archbishop Hannan High School
Archbishop Shaw High School
Archbishop Rummel High School
Holy Rosary Academy High School
Pope John Paul II High School
St. Charles Catholic High School
St. Michaels Special School
St. Scholastica Academy

**<u>Parish Schools</u>**:

Academy of Our Lady
Annunciation School
Ascension of Our Lord School
Christ the King School
Holy Family Pre-School
Holy Name of Jesus School
Holy Rosary Academy (Closed)
Immaculate Conception School
Mary Queen of Peace School
Our Lady of Divine Providence School (Closed)
Our Lady of Lourdes School
Our Lady of Perpetual Help School (Belle Chasse)
Our Lady of Perpetual Help School (Kenner)
Our Lady of Prompt Succor School (Chalmette)
Our Lady of Prompt Succor School (Westwego)
Our Lady of the Lake School
Resurrection of Our Lord School
Sacred Heart of Jesus School (Closed)
St. Alphonsus School
St. Andrew the Apostle School
St. Angela Merici School
St. Ann School
St. Anthony Pre-School
St. Anthony School
St. Benilde School
St. Catherine of Siena School
St. Charles Borromeo School

6

St. Christopher the Martyr School
St. Clement of Rome School
St. Cletus School
St. Dominic School
St. Edward the Confessor School
St. Elizabeth Ann Seton School
St. Francis Xavier School
St. Joan of Arc School (LaPlace)
St. Joan of Arc School (New Orleans)
St. Leo the Great School
St. Louis King of France School
St. Margaret Mary School
St. Mary Magdalen School
St. Matthew the Apostle School
St. Michael School
St. Peter Claver School (Closed)
St. Peter School (Covington)
St. Peter School (Reserve)
St. Philip Neri School
St. Pius X School
St. Rita School (Harahan)
St. Rita School (New Orleans)
St. Rosalie School
St. Stephen School
The Good Shepherd Nativity Mission School
Visitation of Our Lady School

**Other Non-Debtor Entities**:

Academy of the Sacred Heart School
Annunciation Inn Apartments (Christopher Homes)
Archdiocese of New Orleans Chancery
Archdiocese of New Orleans Priests
Archdiocese of New Orleans Retreat Center
Blessed Seelos Center
Brother Martin High School
Cabrini High School
Camp Abbey Retreat Center
Catholic Charismatic Renewal
Catholic Charities Archdiocese of New Orleans
Catholic Foundation of the Archdiocese of New Orleans, Inc.
Center of Jesus the Lord at Our Lady of Good Counsel
Christian Brothers School City Park Campus
Christian Brothers School St. Anthony Campus
Christopher Homes, Inc.
Christopher Inn (Christopher Homes)
Clarion Herald Publishing Co., Inc.

DOCS_LA:347251.3

Daughters of Our Lady of the Holy Rosary
De La Salle High School
Delille (Christopher Homes)
Discalced Carmelite Nuns
Hanmaum Korean Catholic Chapel
Holy Cross High School
Holy Cross Middle School
Holy Cross Primary School
Holy Family Summer Camp
Hope House
Jesuit High School
Loyola University New Orleans
Louisiana Conference of Catholic Bishops
Louisiana Pro Life Counsel
Mater Dolorosa Apartments (Christopher Homes)
Metairie Manor Dietary (Christopher Homes)
Metairie Manor I, II, III (Christopher Homes)
Mount Carmel Academy
Nazareth Inn I and II (Christopher Homes)
New Orleans Catholic Cemeteries
Notre Dame Health System (Chateau de Notre Dame)
Notre Dame Seminary and Graduate School of Theology
Our Lady of Lourdes Bingo
Our Lady of Lourdes Summer Camp
Ozanam Inn
Place Dubourg (Christopher Homes)
Project Lazarus
Roquette Lodge Dietary (Christopher Homes)
Rosaryville Spirit Life Center
Rouquette Lodge (Christopher Homes)
School Food and Nutrition Services of New Orleans, Inc. (Locations)
School Food and Nutrition Services of New Orleans, Inc. (Office)
Second Harvest Food Bank of Greater New Orleans and Acadiana
Southern Dominican Province
St Luke Summer Camp
St. Anthony's Gardens
St. Augustine High School
St. Benard Manor (Christopher Homes)
St. Benedict the Moor School
St. John Berchman Manor (Christopher Homes)
St. Joseph's Abbey Church
St. Joseph Seminary College
St. Katharine Drexel Preparatory School
St. Mary's Academy of the Holy Family
St. Mary's Dominican High School
St. Martin Manor (Christopher Homes)

8

The St. Paul's High School
St. Teresa's Villa (Christopher Homes)
St. Therese Academy
Society of St. Teresa
Society of St. Vincent de Paul
Stella Maris Apostleship of the Sea
Stuart Hall School for Boys
Tulane Catholic Center
University of Holy Cross
University of New Orleans Newman Center
Ursuline Academy
Villa St. Maurice (Christopher Homes)
Willwoods Community
Wynhoven Apartments I and II (Christopher Homes)

## **SCHEDULE 1(D)**

### **Lenders**

Dell Financial SVC, LP
KS State Bank Hancock
Whitney Bank

**SCHEDULE 1(E)**

**Litigation Parties**

[Redacted] C/O Sherman-Denenea, L.L.C.
ABC Insurance Company (foreign insurance company)
Amanda Gibson
American Mutual Insurance Company
Andrew Cupit
Archbishop Gregory M. Aymond
Asbestos Corporation, Ltd.
AT&T Corporation
B.L.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Bethany Echelard, Kyle Echelard, & [REDACTED]
Bishop Douglas Deshotel, DD
Burmaster Land & Development Company, LLC
C.L.
Catholic Charities Archdiocese of New Orleans
Centennial Insurance Company
Christopher Edward Brown, Jr., Christopher Edward Brown, Sr., & Lisa Brown
Claims Resolution Management Corporation
CSR, Ltd.
Deacon George Brignac
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Eagle, Inc.
Employee(s) of Pope John Paul II High School
[REDACTED] C/O Sherman-Denenea, L.L.C.
Eric Reynolds
Ernest Riley
Excess Insurance Company
[REDACTED] C/O Sherman-Denenea, L.L.C.
Father Henry Brian Highfill
Father James Hurley f/k/a Brother James Hurley
Father Kenneth Hamilton
Father Lawrence A. Hecker
Father Michael Fraser
Father Paul Calamari
Frank Monica
Gayle M. Bartholomew
[REDACTED] C/O Sherman-Denenea, L.L.C.
Guard-Line, Inc.
Harold Thomas Ehlinger
Holy Cross College, Inc. d/b/a Holy Cross School
Holy Guardian Angels Church
Insurance Company of North America

1

Kyle Bourgeois & [REDACTED]
Lombard Insurance Company
Louisiana Restaurant Association Self Insurer's Fund
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Jane Doe (identity unknown)
[REDACTED] C/O Father John Brown, S.J.
[REDACTED] C/O Elizabeth B. Carpenter Law Firm
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
John Doe II (foreign insurance corporation)
John Doe III (foreign insurance corporation)
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Joseph Hebert
Joseph Messina, Jr., Gail Sonnier Messina, Jason Carl Messina, & Ryan Scott Messina
Kaitlyn Aubrey Luminais
[REDACTED] C/O Sherman-Denenea, L.L.C.
Lakeisha Nady
Linda Lee Stonebreaker
Melissa B. Adams
Melissa Blunt
[REDACTED] C/O Sherman-Denenea, L.L.C.
Mikkal Peterson
Neal Alan Pollet
[REDACTED] C/O Ardoin, McKowen & Ory, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
[REDACTED] C/O Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Philmat, Inc.
Pope John Paul II High School
[REDACTED] C/O Lamothe Law Firm, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Salesians of Don Bosco, Eastern Province in the USA d/b/a Salesian Society, Inc.
School Sisters of Notre Dame, Central Pacific Province f/k/a School Sisters of Notre Dame, Dallas
Province

2

[REDACTED] c/o The Hayes Law Firm, PLC
Shaye R. Lirette
Spencer Butler
St. Bernard Parish Recreation Department
St. Charles Catholic High School
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Mary's Academy of the Holy Family
St. Paul Fire & Marine Insurance Company
[REDACTED] c/o Lamothe Law Firm, LLC
Taylor-Seidenbach, Inc.
The Archdiocese of New Orleans Indemnity, Inc.
The Catholic Mutual Relief Society of America
The Congregation of the Holy Spirit, Province of the United States
The Holy See (Vatican City State)
The McCarty Corporation
The Roman Catholic Church of the Archdiocese of New Orleans
The Society of the Divine World, Southern Province of St. Augustine
The Society of the Roman Catholic Church of the Diocese of Lafayette
[REDACTED]C/O Sherman-Denenea, L.L.C.
[REDACTED]C/O Sherman-Denenea, L.L.C.
Union Carbide Corporation
USA Central and Southern Province, Society of Jesus
Vincent Caminita, Jr., Misty Caminita, & [REDACTED]
Warren Deemer & Mary Deemer
Westchester Fire Insurance Company
Zurich Insurance Company
John H. Denenea, Esq.
Frank J. Damico Jr.
Herman, Herman, and Katz, LLC
SOREN E GISLESON
JOSEPH E CAIN
RYAN P MONSOUR
RICHARD C TRAHANT
DAMON J BALDONE AND ASSOCIATES
DAMON J BALDONE
STEPHEN M HUBER ESQ.
ROGER A STETTER ESQ.
ROBERT C JENKINS ESQ.
FRANK E LAMOTHE III ESQ.
ELIZABETH B CARPENTER ESQ.
FELECIA Y PEAVY, ESQ.
BENJAMIN T SANDERS
MATTHEW R FRANSEN
COLVIN LAW FIRM
KRISTI S. SCHUBERT
THE HAYES LAW FIRM PLC

3

DOCS_LA:347251.3

DASHAWN HAYES
GAINSBURGH BENJAMIN DAVID MEUNIER AND WARSHAUER LLC
KETTERER BROWNE AND ANDERSON
DEREK T BRASLOW
ARDOIN McKOWEN AND ORY LLC
DAVID W ARDOIN ESQ.
RYAN P MONSOUR
PHILLIPS AND COHEN LLP
PETER W. CHATFIELD
AMY L. EASTON
LUKE J. DIAMOND
JEFFREY W. DICKSTEIN

4

## **SCHEDULE 1(F)**

### **Governmental - Regulatory**

Environmental Protection Agency
Internal Revenue Service
Louisiana Department of Revenue
Louisiana Department of Environmental Quality
Louisiana Department of Insurance
Louisiana Department of Motor Vehicles
The Louisiana Public Facilities Authority, a public trust and public corporation of the State of Louisiana
Louisiana Workforce Commission                    (Office of Workers Compensation)
Occupational Safety and Health Administration     (OSHA Region 4)
U.S. Department of Labor
Vermont Department of Financial Regulation        (Deputy Commissioner - Captive Insurance)

## SCHEDULE 1(G)

### Top 20 Creditors

1.  Hancock Whitney Bank
2.  Optumrx for Rx Claims
3.  Ochsner Health System
4.  [REDACTED]
5.  Advanced Reconstructive Care
6.  Meitler Consultants, Inc.
7.  Gallagher Benefit Services, Inc.
8.  Amerigroup LA
9.  LUBA Casualty Insurance Co.
10. Louisiana Children's Medical Center
11. White Oak Consulting
12. Badia Moro Hewett Architects LLC
13. Corass Electrical Service
14. Entergy
15. Hahn Enterprises, Inc.
16. Atmos Energy Louisiana
17. Wright National Flood Insurance Co.
18. DKI Office Furniture & Supplies
19. BSN Sports
20. [REDACTED]

## SCHEDULE 1(H)

### Insurers

AIG Insurance Company
The Archdiocese of New Orleans Indemnity, Inc.
Bedivere Insurance Company
Berkley Crime
Catholic Mutual Relief Society of America
Church Mutual Insurance Company
Founders Insurance Co.
Ironshore Insurance Company
Hiscox, Inc. Insurance Company
Liberty Mutual Insurance Co.
NAS Insurance
Nationwide Mutual Insurance Company
Safety National
Travelers Insurance
United Health BP

## SCHEDULE 1(I)

### Professionals that Provide Services to the Debtor

Arthur J. Gallagher Risk Management Services, Inc.
Jones Walker LLP
UMR, Inc.

### Investment Managers:

ABS Offshore
Harding Loevner International Equity
Harvest MLP Income Fund
Lazard International Equity
Reinhart Partners
Rhumbline Large Cap Index
Rhumbline Mid Cap Index
Rice Hall James Small/Mid Growth
Rimrock High Income Plus
Siguler Guff Distresed REOF II
Siguler Guff DOF III
Siguler Guff DOF IV
Tortoise
Vaughan Nelson Small Cap Value
VIA Energy III
Voya Global Real Estate Fund
WCM Focused Growth International Equity

## SCHEDULE 1(J)

## Major Utility Providers

Allfax
AT&T
ATMOS ENTERGY
CABLE ONE
CENTURYLINK
CHARTER COMMUNICATIONS
City of Covington
City of Slidell
CLECO POWER LLC
Coastal Environment
COMPUCAST
COX BUSINESS
COX COMMUNICATIONS
EATEL
ELECTRICAL SALES CORP
Excel LD
HUNT TELECOMMUNICATIONS LLC
JEFFERSON PARISH DEPT. OF WATER
MAHATEL, LLC
NelNet Business Solutions
NEWWAVE COMMUNICATIONS
Nextel - Sprint
NOLA BROADBAND INC.
NTS COMMUNICATIONS
Protection One / ADT
Reserve Telecommunications
River Parish Disposal
SEWERAGE & WATER BOARD OF N.O.
SOUTHERN NETWORKING SERVICES LLC
SPARKLIGHT
SPECTRUM BUSINESS
ST. JOHN THE BAPTIST PARISH UTILITIES
SWYFT CONNECT
TAMMANY UTILITIES
UTILITIES INC. OF LOUISIANA
Verizon Wireless
VI COMMUNICATIONS INC.
WASHINGTON-ST. TAMMANY ELECTRIC COOPERATIVE, INC.
WASTE CONNECTIONS BAYOU INC.
WASTE MANAGEMENT
WINDSTREAM

## **SCHEDULE 1(K)**

### **Bondholders — Trustee of Bondholders**

TMI Trust Company
Kevin M. Dobrava

## SCHEDULE 1(L))

## Contract Parties

First Bank & Trust
Academy Real Estate, LLC
Ads Systems LLC
Adt Commercial
Alarm Detection & Suppression Systems Contractors, LLC
American Office Supplies
Arch Of New Orleans
Blue Cross And Blue Shield Of Louisiana
Bourgeois Bennett
Bradford & Marzec LLC
Capitelli S Wicker
Captrust
CF Biggs Co. Inc.
Champagne Elevator
Chemsearch, Inc.
Christmount
Cintas
Circle Lake Retreat Center
Conduent Image Solutions
Corvus Janitorial Supplies
Crescent Payroll Solutions, Inc.
Dirty Laundry
Discovery Benefits, Inc.
Eagle Hurst Ranch
Elevator Technical Services, Inc.
Gallagher Benefit Services, Inc.
Gallo Mechanical Services, LLC
Guillory Sheet Metal Works
Hancock Bank Of Louisiana, New Orleans
Harvest Fund Advisors LLC
Hunt Telecom, LLC
Insight Knowledgement Management Systems
Iron Mountain Information Management Inc.
Johnson Controls Fire Protection LP
Johnson Lambert LLP
Kane (USA), Inc.
Kar
Kleinpeter, Gary
Kone
Konica Minolta Premier Finance
Kushner & Lagraize LLC
Lmpacted Enrollment Consulting LLC
Magnolia Plantation

1

DOCS_LA:347251.3

Marywood Retreat & Conference Center
Mercier Realty & Investment Company
Milliman
Nacome Camp & Retreat Center
New Orleans Pest Management
Orkin Pest Control
Parishsoft LLC
Pinnacle Elevator, LLC
Point Au Fer Island, L.L.C.
Point Au Fer, LLC
Pratt Landry Associates, Inc.
Primmer Piper Eggleston & Cramer PC
Public Storage
Ray Bros., Inc.
Ready Power
Red Hawk Fire & Security
Republic Services, Inc.
River Parish Disposal
Royal Crown Coffee
Rumbelow Consulting
Sci La
Selection.Com
Simplex Grinnell
Soto Camp
Southwest Engineers
St. Joseph's Abbey
St. Tammany Parish Government
State Street Global Advisors Trust Company
Sysco
Terminix Service Co Inc.
The Guardian Life Insurance Company of America
The Security Center
Tyco Simplex Grinnell
UMR Inc.
United Healthcare Insurance Co.
UnitedHealthcare BP
Uniti Fiber, LLC
Uniti Voip
Vaugh Nelson Investment Management LC
Venture Investment Associates
Voya Institutional Plan Services, LLC
Wcm Investment Management
White's Clock & Carillon

DOCS_LA:347251.3

## **SCHEDULE 1(M)**

### **U.S. Trustee and Judges for the Eastern District of Louisiana**

Hon. Meredith S. Grabill
Hon. Jerry A. Brown
David W. Asbach

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a true and correct copy of the foregoing *Notice* to be served on February 21, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on February 21, 2023.

/s/ Nancy H Brown
Nancy H. Brown