## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | CHAPTER 11 |
| THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |

## ORDER SETTING EVIDENTIARY HEARING

Before the Court is the Ex Parte *Motion To Continue Hearing and Related Deadlines on Debtor's Expedited Motion for Authority To Lease Property Pursuant to §§ 105(A) and 363(B) of the Bankruptcy Code* (the "Motion To Continue"), [ECF Doc. 2127], filed by the Debtor.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Continue is **GRANTED**.

Finding that an Evidentiary Hearing is necessary to resolve the *Debtor's Expedited Motion for Authority To Lease Property Pursuant to §§ 105(A) and 363(B) of the Bankruptcy Code* (the "Lease Motion"), [ECF Doc. 1584], filed by the Debtor,

**IT IS FURTHER ORDERED**

1. An Evidentiary Hearing on the Lease Motion is scheduled for **Tuesday, April 18, 2023, at 9:00 A.M. in person** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, 7th Floor, New Orleans, Louisiana, 70130. The parties are directed to this Court's Amended General Order 2021-2 for instructions regarding this Court's hybrid model plan for conduct of hearings as of October 4, 2021 (https://www.laeb.uscourts.gov/).

2. Upon the request of the parties, any pleadings or evidence that the Debtor intends to file in support of the Lease Motion must be filed and properly served not later than **Tuesday, April 4, 2023**. Any objections to those submissions and/or the Lease Motion must be filed and properly served not later than **Tuesday, April 11, 2023.**

3. **Witness and Exhibit Lists.** Counsel for the parties shall file into the record and electronically serve upon their opponents a list of all witnesses who may be or will be called to testify at trial, and a list of all exhibits, including demonstrative evidence, that may or will be used—with the exception of impeachment exhibits—not later than **Tuesday, April 11, 2023.**

4. **Submission of Exhibits.** In addition to the formal list of exhibits, counsel shall provide sufficient electronic copies of all exhibits—but for impeachment exhibits—to opposing counsel and shall send all exhibits to the Court by e-mailing Joshua_Berland@laeb.uscourts.gov in .pdf format not later than **Tuesday, April 11, 2023, at 5:00 P.M.** Impeachment exhibits must be submitted to the Court via separate e-mail to Joshua_Berland@laeb.uscourts.gov in .pdf format not later than **Friday, April 14, 2023, at 5:00 P.M.**

5. **Form of Exhibits**. Each party shall combine its exhibits into one .pdf document with each individual exhibit labeled and bookmarked for easy review by the Court. All exhibits must be labeled. The Debtor shall label its exhibits using numbers (*e.g.*, Debtor Ex. 1, Debtor Ex. 2), while Objectors shall use letters (*e.g.*, Objector Ex. A, Objector Ex. B). Any joint, uncontested exhibits shall be labeled as such (*e.g.*, Joint Ex. 1), and filed by one of the parties, as coordinated in advance. The parties shall combine any joint exhibits and submit them as a separate .pdf document in the same format. Impeachment exhibits must be labeled as such (*e.g.,* Debtor Impeachment Ex. 1 or Objector Impeachment Ex. A).

6. **Transcribing the Hearing.** The Court will record the Hearing but will not issue a contemporaneous transcript. If a party wishes to obtain an expedited transcript of the Hearing, they may hire a private transcriptionist who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of a transcriptionist. The transcriptionist must transcribe the entire Hearing. The party must provide the Court with the transcriptionist's name and e-mail address by e-mailing Joshua_Berland@laeb.uscourts.gov by **Tuesday, April 11, 2023, at 5:00 p.m.** Unless there is good cause to decide otherwise, the Court will accept the transcriptionist's certified transcript of the entire Hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov.

If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterwards from the recording of the Hearing by e-mailing Jennifer Nunnery in the Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

New Orleans, Louisiana, March 10, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE