UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § | SECTION A |

# ORDER

Before the Court is the *Motion of the Official Committee of Unsecured Creditors To Amend Retention Orders of its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* (the "Motion"), [ECF Doc. 2004], filed by the Official Committee of Unsecured Creditors (the "Committee"), the objection to the Motion filed by the Debtor, [ECF Doc. 2015], and the reply brief filed by the Committee in support of the Motion, [ECF Doc. 2038].

Appearances:

Allison Kingsmill, Samantha Oppenheim, and Mark Mintz for the Debtor;
Bradley Knapp, Omer Kuebell, III, and Andrew Caine for the Committee;
Brooke Altazan for the Official Committee of Unsecured Commercial Creditors;
David Walle for Catholic Mutual Relief Society; and
Amanda George for the Office of the United States Trustee.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Locke Lord LLP and Pachulski Stang Ziehl & Jones LLP are instructed to submit to the Court proposed orders amending the Orders authorizing their retention as counsel for the Committee, [ECF Docs. 256 & 257], to reflect (i) the increase in hourly rates of professionals of each firm as stated and on the terms described in paragraphs 14 and 20 of the Motion and (ii) the streamlined notice-and-filing procedure that will permit Committee counsel

to provide notice of future hourly rate increases identical to that contained in the Order allowing retention of counsel for the Official Committee of Unsecured Commercial Creditors, [ECF Doc. 874].

**IT IS FURTHER ORDERED** that, notwithstanding the noticed increase in Committee counsel's hourly rates, all parties in interest retain the right to object to counsel's future fee applications filed pursuant to 11 U.S.C. §§ 330 and 331 and challenge the reasonableness or necessity of the hourly rates charged in addition to the services actually rendered and/or the time spent on providing services.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 16, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE