**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | Section "A" |
| **ORLEANS,** § | |
| § | Chapter 11 |
| Debtor.[1] § | |
| § | |

### NOTICE OF FILING OF PROPOSED AGREED ORDER
[Relates to ECF Nos. 1584 and 2138]

PLEASE TAKE NOTICE that, on March 10, 2023, the Court scheduled an evidentiary hearing on the *Debtor's Expedited Motion for Authority to Lease Property Pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code* [ECF No. 1584] (the "**Motion**"), for Tuesday, April 18, 2023, at 9:00 a.m. [ECF No. 2138].

PLEASE TAKE FURTHER NOTICE that The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**"), The Official Committee of Unsecured Creditors (the "**Committee**"), and The Official Committee of Unsecured Commercial Creditors (the "**Commercial Committee**") have agreed to resolve the Motion by consent.

PLEASE TAKE FURTHER NOTICE that a proposed Agreed Order is attached hereto as **Exhibit A**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#101122291v1

Dated: March 20, 2023

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

**CERTIFICATE OF SERVICE**

I hereby certify, on March 20, 2023, that a true and correct copy of the foregoing Notice (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Mark A. Mintz*
Mark A. Mintz