**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |

**SUMMARY COVER SHEET TO SIXTH INTERIM APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC | |
| **Applicant's Professional Role in Case** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020 pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/1/2022 | 2/28/2023 |
| **Time period(s) covered by prior Applications:** | 6/17/2020 | 10/31/2022 |
| **Total amounts awarded in all prior Applications:** | | $1,515,514.45 |
| **Total fees requested in this Application:** | | $495,371.00 |
| **Total hours covered by this Application:** | | 1,131.2 |
| **Average hourly rate:** | | $437.92 |
| **Reimbursable expenses sought in this Application:** | | $13,273.16 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Schedule of Previous Fee Statements and Applications Noticed and Filed**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/21 Dkt No. N/A | 6/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/21 Dkt No. N/A | 11/1/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 12/1/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 1/1/2 - 1/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 2/1/21 - 2/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/21 Dkt No. N/A | 3/1/21 - 3/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/21 Dkt No. 891* | *6/17/20 - 3/31/21* | *$252,386.00* | *$3,889.52* | *6/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 4/1/21 - 4/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 5/1/21 - 5/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 6/1/21 - 6/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 7/1/21 - 7/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 8/1/21 - 8/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 9/1/21 - 9/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/1/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *4/1/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/1/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/22 Dkt No. N/A | 12/1/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/22 Dkt No. N/A | 1/1/22 - 1/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 3/23/22 Dkt No. N/A | 2/1/22 - 2/28/22 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/22 Dkt No. 1385* | *11/1/21 - 2/28/22* | *$152,754.50* | *$0.00* | *4/19/22 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/22 Dkt No. N/A | 3/1/22 - 3/31/22 | $115,531.00 | $0.00 | N/A | $0.00 | $0.00 | $115,531.00 |
| 5/27/22 Dkt No. N/A | 4/1/22 - 4/30/22 | $43,931.00 | $0.00 | N/A | $0.00 | $0.00 | $43,931.00 |
| 6/29/22 Dkt No. N/A | 5/1/22 - 5/31/22 | $109,327.00 | $0.00 | N/A | $0.00 | $0.00 | $109,327.00 |
| 7/26/22 Dkt No. N/A | 6/1/22 - 6/30/22 | $84,128.00 | $0.00 | N/A | $0.00 | $0.00 | $84,128.00 |
| *7/28/22 Dkt No. 1688* | *3/1/22 - 6/30/22* | *$352,917.00* | *$0.00* | *8/17/22 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/22 Dkt No. N/A | 7/1/22 - 7/31/22 | $54,081.50 | $0.00 | N/A | $43,265.20 | $0.00 | $10,816.30 |
| 9/29/22 Dkt No. N/A | 8/1/22 - 8/31/22 | $104,162.00 | $500.00 | N/A | $83,829.60 | $0.00 | $20,832.40 |
| 10/28/22 Dkt No. N/A | 9/1/22 - 9/30/22 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/22 Dkt No. N/A | 10/1/22 - 10/30/22 | 117,160.50 | 0.00 | N/A | 117,160.50 | $0.00 | $0.00 |
| 11/23/2022 Dkt No. 1943 | *7/1/2022- 10/31/2022* | *$359,538.00* | *$500.00* | *12/13/2022 Dkt No. 1976* | *$359,038.00* | *$500.00* | *$500.00* |
| 12/22/2022 Dkt No. N/A | 11/1/2022- 11/30/2022 | $58,923.50 | $0.00 | N/A | $47,138.80 | $0.00 | $11,784.70 |
| 1/27/2023 Dkt No. N/A | 12/1/2022- 12/31/2022 | $47,504.50 | $0.00 | N/A | $38,003.60 | $0.00 | $9,500.90 |
| 2/28/2023 Dkt No. N/A | 1/1/2023- 1/31/2023 | $102,738.00 | $3,995.00 | N/A | $0.00 | $0.00 | $106,733.00 |
| 3/28/2023 Dkt No. N/A | 2/1/2023- 2/28/2023 | $286,205.00 | $9,278.16 | N/A | $0.00 | $0.00 | $295,483.16 |
| **Totals** | | **$2,006,483.00** | **$17,675.61** | | **$1,595,754.40** | **$4,402.45** | **$424,001.76** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Attachment A: Fees By Professional**

For the Period 11/1/2022 through 2/28/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Nolan | Managing Director | $525.00 | 18.6 | $9,765.00 |
| D. Judd | Managing Director | $705.00 | 19.4 | $13,677.00 |
| D. Judd | Managing Director | $660.00 | 4.5 | $2,970.00 |
| E. Johns | Managing Director | $750.00 | 0.5 | $375.00 |
| E. Madsen | Managing Director | $675.00 | 4.7 | $3,172.50 |
| N. Librock | Managing Director | $725.00 | 17.1 | $12,397.50 |
| N. Librock | Managing Director | $660.00 | 12.0 | $7,920.00 |
| P. Shields | Managing Director | $675.00 | 78.4 | $52,920.00 |
| P. Shields | Managing Director | $635.00 | 35.9 | $22,796.50 |
| R. Strong | Managing Director | $650.00 | 4.8 | $3,120.00 |
| M. Babcock | Director | $600.00 | 180.5 | $108,300.00 |
| M. Babcock | Director | $560.00 | 82.9 | $46,424.00 |
| J. Funk | Senior Managing Consultant | $495.00 | 13.2 | $6,534.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 0.3 | $142.50 |
| K. Barberi | Senior Managing Consultant | $340.00 | 62.0 | $21,080.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 17.7 | $6,637.50 |
| G. Lim | Managing Consultant | $340.00 | 129.9 | $44,166.00 |
| N. Zeien | Managing Consultant | $375.00 | 0.3 | $112.50 |
| D. Green | Consultant | $310.00 | 151.0 | $46,810.00 |
| S. Chaffos | Consultant | $320.00 | 157.0 | $50,240.00 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| M. Restrepo | Senior Associate | $290.00 | 15.5 | $4,495.00 |
| S. Chaffos | Senior Associate | $275.00 | 54.6 | $15,015.00 |
| S. Cooney | Senior Associate | $350.00 | 1.9 | $665.00 |
| N. Drepanos | Associate | $295.00 | 2.5 | $737.50 |
| M. Haverkamp | Case Manager | $350.00 | 7.6 | $2,660.00 |
| M. Haverkamp | Case Manager | $300.00 | 10.0 | $3,000.00 |
| H. Henritzy | Case Assistant | $240.00 | 14.2 | $3,408.00 |
| H. Henritzy | Case Assistant | $195.00 | 15.9 | $3,100.50 |
| K. Calder | Case Assistant | $160.00 | 5.6 | $896.00 |
| K. Calder | Case Assistant | $140.00 | 8.9 | $1,246.00 |
| K. Hendry | Case Assistant | $195.00 | 2.0 | $390.00 |
| V. Ingle | Case Assistant | $110.00 | 1.8 | $198.00 |
| **Total** | | | **1,131.2** | **$495,371.00** |
| **Blended Rate** | | | | **$437.92** |

Berkeley Research Group, LLC

Invoice for the 11/1/2022 - 2/28/2023 Period

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 11/1/2022 through 2/28/2023

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 8.1 | $4,821.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 60.0 | $29,690.00 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 25.0 | $5,787.50 |
| 300.00 Asset Analysis (General - Debtors) | 53.1 | $32,972.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 189.3 | $69,765.00 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 27.2 | $16,163.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 34.4 | $20,155.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 77.6 | $27,545.00 |
| 333.00 Asset Analysis (Real Property - Deferred Maintenance) | 320.2 | $111,112.50 |
| 392.00 Asset Analysis (Other - Related Non-Debtors) | 80.6 | $43,457.00 |
| 630.00 Claims / Liability Analysis (Pension) | 1.6 | $1,032.00 |
| 1000.00 Case Administration | 1.9 | $614.00 |
| 1020.00 Meeting Preparation & Attendance | 3.4 | $2,167.50 |
| 1030.00 Mediation Preparation & Attendance | 167.5 | $99,427.00 |
| 1060.00 Fee Application Preparation & Hearing | 61.3 | $19,805.50 |
| 1070.00 Billable Travel | 20.0 | $10,857.00 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **1,131.2** | **$495,371.00** |
| **Blended Rate** | | **$437.92** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## BRG

**Berkeley Research Group, LLC**

**Attachment C: Expenses By Category**

For the Period 11/1/2022 through 2/28/2023

| Expense Category | Amount |
|---|---:|
| 01. Travel - Airline | $767.10 |
| 05. Travel - Tolls | $5.00 |
| 06. Travel - Mileage | $377.35 |
| 07. Travel - Parking | $16.48 |
| 08. Travel - Hotel/Lodging | $2,376.61 |
| 10. Meals | $533.92 |
| 12. Publications | $250.00 |
| 22. Subcontracted Services | $8,946.70 |
| **Total Expenses for the Period 11/1/2022 through 2/28/2023** | **$13,273.16** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

### SIXTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 18, 2023, AT 9:00 A.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, as*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2022 through February 28, 2023* (the "Application") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period November 1, 2022 through and including February 28, 2023, (the "Fee Period"); and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

<u>**JURISDICTION AND VENUE**</u>

1.      The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

<u>**BACKGROUND**</u>

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code (the "Case"). The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case.

5

5.     On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94].

6.     On June 17, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord" and together "Counsel") to serve as co-counsel.

7.     On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25, 2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 362] (the "Retention Order").

8.     On March 5, 2021, the U.S. Trustee, pursuant to the Court's *Order Directing United States Trustee to Appoint Additional Committee of Commercial Unsecured Creditors*, appointed the Unsecured Commercial Creditors' Committee (the "Commercial Committee").

## EXTRAORDINARY CIRCUMSTANCES

9.     The Committee with the support of BRG and Counsel have undertaken strenuous efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the most favorable resolution to unsecured creditors possible.

10.    The Committee recognizes that unless this case is dismissed, the most likely outcome and resolution of claims will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including, with BRG's support, a comprehensive investigation and analysis of the Debtor's financial circumstances and structure and information underlying claims filed against the Debtor, all of which is necessary to inform

negotiations and mediation concerning potential resolution of claims. Extensive efforts have been required to compel production of the documents necessary to the investigation and review the same for comprehensiveness and responsiveness.

11.    Nevertheless, the Committee, Counsel and BRG will continue to work in good faith to attempt to move this matter forward, and as necessary, will bring matters to the Court. The Committee and its advisors are dedicated to resolving matters in the manner most beneficial to unsecured creditors as a whole.

**PROFESSIONAL FEES AND DISBURSEMENTS**

12.    By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks allowance of fees in the amount of $495,371.00 for professional services rendered for and on behalf of the Committee during the Fee Period, and $13,273.16 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of such services, for a total award of $508,644.16[3]

13.    BRG expended an aggregate of 1,131.2 hours at a blended hourly rate of $437.92.

14.    Attached as **Attachment A** above is the summary schedule of professionals who rendered services to the Committee during the Fee Period, including titles, billing rates, and the blended hourly rate. Attached as **Attachment B** above is the summary schedule of hours and fees

---

[3] The total fees requested herein incorporate the voluntary reduction as agreed upon with the Committee in the amount of $68,580.00 for the Fee Period.

expended during the Fee Period by BRG's professionals with respect to each task code (subject matter categories that BRG established consistent with the U.S. Trustee Guidelines).

15.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. A summary schedule of the expenses incurred by category during the fee period is attached above as **Attachment C**.

16.     BRG has, on December 22, 2022, January 27, 2023, February 28, 2023, and concurrently with this filing respectively, submitted monthly fee statements for each month in the Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 80% of the fees and 100% of the expenses incurred (the "Monthly Fee Statements"). The Monthly Fee Statements for November 1, 2022 through February 28, 2023 are attached hereto as **Exhibits A-D** respectively and incorporated herein by reference.

**SUMMARY OF SERVICES RENDERED**

17.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

18.     BRG has provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case as requested and as necessary in furtherance of the interests of unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional

services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

19.     BRG submits that the fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

20.     The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

21.     BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

22.     BRG's hourly rates for professionals of comparable experience, are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

23.     No agreement or understanding exists between BRG and any other person for sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

24.     The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements. [4]

### 200.90 – Document / Data Analysis (Production Requests)

25.     During the Fee Period, BRG assisted Counsel with document production requests, including the evaluation of productions received from the Debtor and Non-Debtor Affiliates, the identification of outstanding / missing requests and the preparation of supplemental requests. As part of its services, BRG prepared updated document requests to the Non-Debtor Affiliates related to (a) the proposed sale of Notre Dame Health System ("NDHS") and St. Anthony's Gardens ("SAG") and (b) other ongoing case analyses and investigations. BRG also prepared for and participated in meetings with Counsel and BRG team members to address issues with, and coordinate production of, different categories of data from various sources. The requested documents are necessary to perform analyses and investigations in a number of critical areas.

26.     BRG expended 8.1 hours on this category for fees in the amount of $4,821.00.

---

[4] BRG is keenly aware of the need to minimize expenses in order to reduce costs to the Debtor's estate and thus maximize the ultimate contribution to creditors. As a result, BRG limits participants in meetings and phone conferences; however, in some instances multiple BRG professionals attend certain meetings or phone conferences based on areas of case responsibility, case matter background and expertise. Due to the complex nature of this case, this approach allows for increased efficiency in the evaluation and reporting of findings and in the coordination of ongoing analyses and investigations.

## 220.00 – Debtor Operations / Monitoring

## (Monthly Operating Reports / Periodic Reporting)

27.     BRG analyzed the Debtor's operations and financial activity reported in Monthly Operating Reports ("MORs") for the period covering May 2020 through January 2023. During the fee period, BRG coordinated the production by the Debtor of supplemental MOR documents, data and information. BRG examined the initial supplemental MOR productions and incorporated information obtained from these supplemental productions into its ongoing analysis of the Debtor (including the Debtor's financial operations, assets, cash and investment balances and activity, flow of funds, receipt and disbursement activity, etc.). In order to coordinate efforts and reduce overall costs to the Debtor, BRG periodically met with Debtor's counsel and financial advisors, Commercial Committee counsel and financial advisors, Counsel and other BRG team members to discuss MOR issues (including financial / operational questions related to the activity reported in the Debtor's MORs and supplemental MOR document requests / productions). The MOR analysis enables BRG to better evaluate the Debtor's ongoing financial performance; as a result, BRG will continue to monitor the Debtor's MORs and report its findings to Counsel and the Committee.

28.     BRG expended 60.0 hours on this category for fees in the amount of $29,690.00.

## 221.00 – Debtor Operations / Monitoring (Cash Management Reports)

29.     In conjunction with its ongoing MOR analysis, BRG analyzed cash receipt and disbursement activity reported by the Debtor in its MORs and in its periodic reports for the period July 2022 through November 2022. As part of this analysis, BRG merged the individual receipt and disbursement data related to the Debtor (including the Administrative Office and each of its related Units) which was provided in the periodic reports into a single, comprehensive receipt and disbursement database.

11

30.    BRG expended 25.0 hours on this category for fees in the amount of $5,787.50.

## 300.00 – Asset Analysis (General – Debtors)

31.    During the Fee Period, BRG continued to focus on key analyses, including its assessment of the Debtor's ability to pay creditors as part of this bankruptcy case. BRG refined its ability to pay / contribution analysis and evaluated issues related to an estimated settlement contribution. As part of these services, BRG revised its analyses, evaluations, and financial modeling related to its credit estimate calculations. In addition, BRG evaluated the Debtor's bond covenant calculations, recalculated these bond covenants, and examined related documents. In order to coordinate its services, BRG periodically discussed these analyses internally with BRG team members (including discussions regarding credit estimate analyses, evaluation of bonds and bond covenant analyses, and the post-petition settlement between the Debtor and Bond Trustee). BRG's on-going examination of assets and related documentation has and will continue to benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

32.    BRG expended 53.1 hours on this category for fees in the amount of $32,972.00.

## 302.00 – Asset Analysis (General – Related Non-Debtors)

33.    BRG continued to analyze operations and related financial statement data for Non-Debtor Affiliates (e.g., Parishes, Schools, Cemeteries and other similar entities), including its ongoing assessment of activity reported in balance sheets, income statements, and other financial reports. These analyses provide support and detail for BRG's ongoing ability to pay analyses, trend analyses, and other financial analyses. As part of BRG's assessment of the Diocese's ability to pay discussed above, BRG performed similar analyses regarding the ability of the Parishes and other Non-Debtor Affiliates to pay creditors, all of whom are seeking releases in connection with the

12

bankruptcy. BRG also analyzed the financial performance and related metrics for the Christopher Homes, Inc. ("CHI") communities for which financial data was available.  BRG updated its analysis of assets held by or related to Catholic Cemeteries and Catholic Cemeteries Trust. In order to coordinate these various analysis and report preliminary findings, BRG met or corresponded with Counsel and BRG personnel as well as other case professionals. BRG's ongoing examination of Non-Debtor Affiliate assets has and will continue to benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

34.     BRG expended 189.3 hours on this category for fees in the amount of $69,765.00.

### 320.00 – Asset Analysis (Investments / Funds – Debtors)

35.     BRG continued its analysis of the Debtor's various investment accounts and funds, including Portfolio A (also known as the Pooled Investment Account) and Portfolio B (also known as the Deposit and Loan Fund), which hold hundreds of millions of dollars. As part of its analysis of Portfolio A, BRG examined available documentation and data – including a limited amount of FIMS data currently available to the Committee and BRG. FIMS is the accounting software that records and tracks Portfolio A activity, including investments, withdrawals, transfers, interest and other activities related to Portfolio A. BRG continued its efforts and requests for the Debtor and Affiliates to provide a complete export of the current FIMS data, which will greatly assist BRG in its analysis of the hundreds of millions of dollars maintained in Portfolio A. In addition to Portfolio A, BRG continued its analysis of Portfolio B activity (including deposits, withdrawals and loans). When necessary, BRG met with Counsel and other BRG team members to evaluate, analyze and discuss issues related to Portfolio A, Portfolio B and other investments maintained by the Debtor. BRG's ongoing examination of cash and investments will benefit its analyses and investigations, including its identification and analysis of potential assets available to the Debtor's creditors.

36.     BRG expended 27.2 hours on this category for fees in the amount of $16,163.00.

### 330.00 – Asset Analysis (Real Property - Debtors)

37.     During the Fee Period, BRG analyzed the Debtor's real estate holdings – including real estate holdings in the context of its ongoing evaluation of what constitutes a substantial contribution by the Debtor. BRG examined insurance issues raised by the Debtor and Non-Debtor Affiliates related to hurricane damage and the potential impact on overall real estate values. BRG also evaluated value information reported for appraisal, insurance, and other purposes. BRG evaluated the significant deferred maintenance costs recently asserted by the Debtor and Non-Debtor Affiliates (including the Debtor's calculations, underlying building assessment files, and other supporting documentation and data related to these analyses) and identified preliminary issues related to the Debtor's deferred maintenance estimates. As part of its deferred maintenance analysis, BRG reviewed cost estimates and calculations and related reports and documentation for numerous Debtor properties in order to evaluate real estate holdings and operations, condition of properties, uses of properties, transfers and sales of properties and overall deferred maintenance costs estimated by the Debtor and Non-Debtor Affiliates.[5] Finally, BRG periodically met with team members to coordinate the ongoing analysis of the Debtor's real estate.

38.     BRG expended 34.4 hours on this category for fees in the amount of $20,155.00.

### 332.00 – Asset Analysis (Real Property – Related Non-Debtors)

39.     BRG continued its analysis of the Non-Debtor Affiliates' real estate holdings as part of its assessment of what constitutes a substantial contribution by Non-Debtor Affiliates and

---

[5] Beginning in February 2023, BRG's analysis of deferred maintenance costs has been recorded in Task Code 333.00.

14

its overall identification and analysis of potential assets available to the Debtor's creditors. BRG evaluated the significant deferred maintenance costs recently asserted by the Debtor and Non-Debtor Affiliates (including the Debtor's calculations, underlying building assessment files, and other supporting documentation and data related to these analyses) and identified preliminary issues related to the Debtor's deferred maintenance estimates. As part of its deferred maintenance analysis, BRG reviewed cost estimates and calculations and related reports and documentation for numerous Debtor properties in order to evaluate real estate holdings and operations, condition of properties, uses of properties, transfers and sales of properties and overall deferred maintenance costs estimated by the Debtor and Non-Debtor Affiliates.[6] When necessary, BRG met with team members to coordinate the ongoing analysis of the Non-Debtor Affiliate's real estate.

40.     BRG expended 77.6 hours on this category for fees in the amount of $27,545.00.

## 333.00 – Asset Analysis (Real Property – Deferred Maintenance)

41.     During the Fee Period, BRG evaluated significant estimated deferred maintenance costs recently asserted by the Debtor and Non-Debtor Affiliates (including the Debtor's calculations, underlying building assessment files, and other supporting documentation and data related to these analyses) and identified preliminary issues related to the Debtor's deferred maintenance estimates. As part of its evaluation of the Debtor's estimated deferred maintenance costs, BRG examined cost estimates and calculations, reports and documentation, overall real estate holdings and operations, condition of properties, uses of properties, transfers and sales of properties and other issues related to deferred maintenance. BRG also evaluated the 27 locations (which relate to 133 individual properties) used by the Debtor in order to prepare its estimate of

---

[6] Beginning in February 2023, BRG's analysis of deferred maintenance costs has been recorded in Task Code 333.00.

deferred maintenance costs. As part of its services, BRG traveled to New Orleans to perform in-person visual inspections of 14 of the 27 locations in order to obtain additional information and insight regarding property conditions, uses and costs. The site visits assisted BRG in its evaluation of the Debtor's maintenance cost estimates and calculations. BRG reviewed documents, photographs and other information provided by the Debtor and obtained by BRG in order to refine its evaluation of the Debtor's deferred maintenance analysis. BRG examined available meeting minutes from various committees and councils in order to obtain historical insights regarding deferred maintenance. BRG met with Counsel, Commercial Committee financial advisors, the Debtor, Dupont-LeCorgne (the Debtor's deferred maintenance consultant), and BRG team members in order to review issues related to the Debtor's deferred maintenance analysis and to coordinate on-site inspections of 14 of the 27 locations.

42.    BRG expended 320.2 hours on this category for fees in the amount of $111,112.50.

### 392.0  – Asset Analysis (Other – Related Non-Debtors)

43.    During the Fee Period, BRG evaluated the sale of NDHS / SAG. As part of its evaluation, BRG examined various sources of information (including real estate transaction data, financial statements and related financial data) and other sale related documents such as the asset purchase agreement ("APA"). BRG analyzed balance sheet data and other financial information for NDHS / SAG in connection with the development of a market evaluation, financial trends, consideration of real estate issues, and transactions assessment. BRG evaluated NDHS operations. BRG also assessed outstanding document requests and identified issues and concerns related to the NDHS / SAG sale. When necessary, BRG met / corresponded with Counsel, Commercial Committee counsel and financial advisors, Debtor's counsel, Non-Debtor Affiliates' counsel, other parties in interest and BRG team members to coordinate the NDHS / SAG sale analysis.

44.     BRG expended 80.6 hours on this category for fees in the amount of $43,457.00.

### 630.00 – Claims / Liability Analysis (Pension)

45.     BRG evaluated issues related to its ongoing analysis of pension liabilities and other post-employment benefits. BRG met with the Committee's pension financial advisors and other BRG team members to discuss the pension issues in advance of the mediation.

46.     BRG expended 1.6 hours on this category for fees in the amount of $1,032.00.

### 1000.00 – Case Administration

47.     During the Fee Period, BRG responded to inquiries from the US Trustee's office regarding the need for its professionals to review and sign a protective order acknowledgement.

48.     BRG expended 1.9 hours on this category for fees in the amount of $614.00.

### 1020.00 – Meeting Preparation & Attendance

49.     BRG met with the Commercial Committee financial advisors to discuss and coordinate various case issues, including MORs, the NDHS / SAG sale, sharing of data between Committees, and coordination of efforts to ensure efficiency.

50.     BRG expended 3.4 hours on this category for fees in the amount of $2,167.50.

### 1030.00 – Mediation Preparation & Attendance

51.     During the Fee Period, BRG prepared for and attended in person mediation sessions in New Orleans during the month of February 2023. As part of the mediation process, the Debtor provided a settlement offer, which included limited supporting documentation and data. BRG evaluated the settlement offer (including supporting documentation and data related to unrestricted and restricted cash and investments, cash flow forecasts, and Debtor, parish and school projections and budgets). BRG evaluated additional issues raised by the Debtor such as deferred maintenance,

17

insurance, and cash flows for the Debtor and Non-Debtor Affiliates and incorporated its initial findings into a comprehensive settlement analysis. BRG also developed a presentation for the Committee related to the Debtor's asset holdings and financial operations in conjunction with the mediation. BRG prepared for and participated in multi-day mediation sessions with representatives and professionals from the Debtor, Non-Debtor Affiliates, Insurance, Bond Trustee, Commercial Committee, Counsel, Committee and counsel for individual Committee members. BRG also met with various professionals and BRG team members to evaluate mediation and settlement issues, related document and data requests, and to coordinate ongoing analysis and investigations.

52.     BRG expended 167.5 hours on this category for fees in the amount of $99,427.00.

### 1060.00 – Fee Application Preparation & Hearing

53.     BRG prepared, reviewed, and updated its Twenty-Fifth through Twenty-Eighth Fee Statements, which covered the period from October 1, 2022 through January 31, 2022 (including the development and preparation of the fee statements and related exhibits). BRG also prepared its Fifth Interim Fee Application. Of note, prior to filing any fee statement or fee application in this matter, BRG provides its fees and expenses to the Committee for review and comment and only files a fee application after it receives Committee approval of its fees and expenses.

54.     BRG expended 61.3 hours on this category for fees in the amount of $19,805.50.

### 1070.00 – Billable Travel

55.     During the Fee Period, BRG team members traveled to New Orleans (and surrounding areas) in order to participate in the in-person mediation sessions and conduct on-site inspections of real estate holdings. Travel time is billed at 50% of the time incurred. Team members traveled from Salt Lake City, Utah; Mobile, Alabama; and Pensacola, Florida.

56.     BRG expended 20.0 hours on this category for fees in the amount of $10,857.00.

18

## ACTUAL AND NECESSARY EXPENSES

57.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $13,273.16, for which BRG requests reimbursement in full.

58.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

59.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG endeavors to minimize these expenses to the fullest extent possible.

60.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

61.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

19

reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also

sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

62.   BRG has a reputation for its expertise and experience in financial and bankruptcy

reorganizations and restructurings and as noted above, the compensation is reasonably based on

customary compensation charged by other practitioners in non-bankruptcy cases. Based on an

application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG

respectfully submits that the compensation requested herein is reasonable in light of the nature,

extent, and value of such services to the Committee and, accordingly, that approval of the

compensation sought herein is warranted.

63.   Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable

compensation for its actual and necessary financial advisory services rendered and reimbursement

of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
>> (A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>>
>> (B)   reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

64.     This Application substantiates the total amount BRG seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

65.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the

"undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[7] Based upon the services described in this Application, BRG respectfully represents that it has fully satisfied the standards prescribed by the Johnson Factors.

## THE TIME AND LABOR REQUIRED

66.    Firm professionals and case assistants, in the performance of financial advisory services, expended 1,131.2 hours during the Fee Period for a total fee of $495,371.00.[8] Taking into account BRG's voluntary reductions, the blended hourly rate is $437.92 / hour. The names of the professionals who worked on this case during the Fee Period appear in the Monthly Fee Statements and in **Attachment A: Fees By Professional** included in the Application Summary above.  BRG submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports BRG's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

67.    This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding BRG the fees and expenses it has requested.

---

[7] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[8] This takes into account the Firm's voluntary reductions.

## THE SKILL REQUIRED TO PERFORM THE SERVICES

68.     Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. BRG strove to limit the number of professionals who worked on this case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

69.     BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $437.92 / hour is reasonable and reflects market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses

reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size

and reputation to BRG.

## WHETHER THE FEE IS FIXED OR CONTINGENT

70.     BRG's fees for services rendered in this Bankruptcy Case are based on its hourly

rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in

this Bankruptcy Case.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

71.     BRG has had to respond to tight time-constraints arising in this Bankruptcy Case.

Matters often arose throughout the Fee Period that required BRG's immediate attention. Again,

the exigent nature of these matters demanded that BRG's professionals respond on very short

notice to complicated and developing events as they unfolded. This imposed serious time demands

on BRG's personnel and required them to devote considerable resources to these matters. Taken

together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

72.     The Monthly Fee Statements summarize the individual tasks that BRG personnel

performed during the Fee Period as well as the amounts charged for those tasks. The total fees

BRG seeks to approve in this Application are $495,371.00. This figure is commensurate with the

Firm's achievements. This Johnson Factor strongly supports the fee award requested.

## THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

73.     BRG's professionals have significant experience in bankruptcy, financial advisory

and investigative matters, and have an excellent reputation in the bankruptcy and financial

advisory communities. In particular, BRG's professional have appeared in bankruptcy cases

throughout the United States and have provided services to secured creditors, unsecured creditors,

24

creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation, accounting, and investigative topics throughout the country. As mentioned, BRG has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

### THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

74.     From the Firm's perspective, serving as financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting BRG the award it has requested.

### THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

75.     BRG has no prior professional relationship with the Committee, which was only formed after this case began. However, employees of BRG have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting BRG its fee award in this case.

### AWARDS IN SIMILAR CASES

76.     The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth

Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

77.    In conclusion, the *Johnson* Factors favor granting BRG the fee and expense award it seeks.

## **RESERVATION OF RIGHTS**

78.    It is possible that some professional time expended or expenses incurred by BRG are not reflected in this Application.  BRG reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## **NO PRIOR REQUEST**

79.    With respect to these amounts, as of the date of the Application, BRG has received interim payments of 80% of fees and 100% of expenses, based on monthly fee statements filed, in accordance with the Interim Compensation Order as described in the Schedule of Previous Fee Statements and Applications Noticed and Filed contained in the Application Summary. No payments and no previous application for the relief sought herein has been made to this or any other Court.


*[Remainder of the page left intentionally blank]*

## **CONCLUSION**

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit E**, (a) awarding BRG interim allowance of (i) fees in the amount of $495,371.00 for reasonable, actual and necessary services rendered on behalf of the Committee during the Fee Period and (ii) reimbursement of $13,273.16 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; and (c) granting such other or additional relief as is just and proper.

Dated:  March 28, 2023

Respectfully submitted,

*By: /s/ Matthew Babcock*
Matthew Babcock
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: mbabcock@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[9]** | § | |
| | § | |

---

**ORDER APPROVING SIXTH INTERIM APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023</u>**

CAME ON for consideration the *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2022 through February 28, 2023* [**<u>Docket No.    </u>**] (the "<u>Application</u>") filed by Berkeley Research Group, LLC (the "<u>Firm</u>") for the period from November 1, 2022 through February 28, 2023 (the "<u>Application Period</u>"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[9] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.        The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$508,644.16** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$495,371.00** in fees for services rendered and **$13,273.16** in expenses incurred by the Firm during the Application Period.

2.        The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of April,  2023.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT A



## PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Linda F. Cantor

December 22, 2022

310.277.6910
lcantor@pszjlaw.com

**VIA U.S. MAIL AND EMAIL (where indicated)**

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

Re:   **In re The Roman Catholic Church of the Archdiocese of New Orleans, Case No. 20-10846, Section "A", Chapter 11, USBC for the Eastern District of Louisiana**

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the November 2022 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

Attachments

DOCS_LA:346670.1 05067/002

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: Jan. 5, 2023 |

### TWENTY-SIXTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD NOVEMEBER 1, 2022 THROUGH NOVEMBER 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Sixth   Monthly   Fee and Expense Statement (the "Statement") for the period from November 1, 2022 through November 30, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| November 1, 2022 to November 30, 2022 | |
|---|---|
| Fees (at standard rates) | $69,211.00 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | (($10,287.50)) |
| Fees (after reduction) | $58,923.50 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$58,923.50** |

## **SERVICES RENDERED AND EXPENSES INCURRED**

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

## **SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021-10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022-3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022-4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022-5/31/2022 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |

| 7/26/2022 Dkt No. N/A | 6/1/2022-6/30/2022 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| *7/28/2022 Dkt No. 1688* | *3/1/2022-6/30/2022* | *$352,917.00* | *$0.00* | *8/17/2022 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/2022 Dkt No. N/A | 7/1/2022-7/31/2022 | $54,081.50 | $0.00 | N/A | $43,265.20 | $0.00 | $10,816.30 |
| 9/29/2022 Dkt No. N/A | 8/1/2022-8/31/2022 | $104,162.00 | $500.00 | N/A | $83,829.60 | $500.00 | $20,332.40 |
| 10/28/2022 Dkt No. N/A | 9/1/2022-9/30/2022 | $84,134.00 | $0.00 | N/A | $67,307.20 | $0.00 | $16,826.80 |
| 11/23/2022 Dkt No. N/A | 10/1/2022-10/31/2022 | $117,160.50 | $0.00 | N/A | $0.00 | $0.00 | $117,160.50 |
| *11/23/2022 Dkt No. 1943* | *7/1/2022-10/31/2022* | *359,538.00* | *$500.00* | *12/13/2022 Dkt No. 1976* | *194,402.00* | *$500.00* | *165,136.00* |
| **Totals** | | **$1,511,112.00** | **$4,402.45** | | **$1,345,976.00** | **$4,402.45** | **$165,136.00** |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF,

4

23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 5, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[Remainder of the page left intentionally blank]*

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $47,138.80 (80% of $58,923.50) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $47,138.80 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  December 22, 2022

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 11/1/2022 through 11/30/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 2.0 | $1,320.00 |
| E. Johns | Managing Director | $750.00 | 0.5 | $375.00 |
| N. Librock | Managing Director | $660.00 | 0.6 | $396.00 |
| P. Shields | Managing Director | $635.00 | 27.9 | $17,716.50 |
| M. Babcock | Director | $560.00 | 40.9 | $22,904.00 |
| S. Chaffos | Senior Associate | $275.00 | 25.0 | $6,875.00 |
| S. Cooney | Senior Associate | $350.00 | 1.9 | $665.00 |
| N. Drepanos | Associate | $295.00 | 2.5 | $737.50 |
| M. Haverkamp | Case Manager | $300.00 | 10.0 | $3,000.00 |
| H. Henritzy | Case Assistant | $195.00 | 15.9 | $3,100.50 |
| K. Calder | Case Assistant | $140.00 | 8.9 | $1,246.00 |
| K. Hendry | Case Assistant | $195.00 | 2.0 | $390.00 |
| V. Ingle | Case Assistant | $110.00 | 1.8 | $198.00 |
| **Total** | | | **139.9** | **$58,923.50** |
| **Blended Rate** | | | | **$421.18** |

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 11/1/2022 through 11/30/2022

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 3.1 | $1,788.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 9.1 | $4,184.00 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 9.3 | $1,470.00 |
| 300.00 Asset Analysis (General - Debtors) | 1.2 | $777.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 15.3 | $4,996.50 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 2.5 | $1,400.00 |
| 392.00 Asset Analysis (Other - Related Non-Debtors) | 63.4 | $32,846.00 |
| 1060.00 Fee Application Preparation & Hearing | 36.0 | $11,461.50 |
| **Total** | **139.9** | **$58,923.50** |
| **Blended Rate** | | **$421.18** |

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## BRG

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 11/1/2022 through 11/30/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 11/2/2022 | M. Babcock | 1.9 | Updated follow-up questions related to response received from Apostolates on October 29 (including identification of issues related to incomplete responses, non-responsive responses, etc). |
| 11/2/2022 | P. Shields | 0.7 | Identified further edits to the updated request in connection with the proposed NDHS and SAG transaction. |
| 11/3/2022 | M. Babcock | 0.5 | Revised follow-up questions related to response received from Apostolates on October 29. |
| **Task Code Total Hours** | | **3.1** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 11/2/2022 | S. Chaffos | 1.2 | Updated MOR balance sheet comparative schedule for months August 2022 - September 2022. |
| 11/2/2022 | S. Chaffos | 1.1 | Updated MOR income statement comparative schedule for months August 2022 - September 2022. |
| 11/10/2022 | M. Babcock | 2.8 | Analyzed MOR disbursement activity for ANO and Units (January 2021 - July 2022). |
| 11/10/2022 | M. Babcock | 1.7 | Analyzed MOR receipt activity for ANO and Units (January 2021 - July 2022). |
| 11/22/2022 | M. Babcock | 1.1 | Analyzed post-petition receipt and disbursement activity reported in monthly operating reports. |
| 11/29/2022 | M. Babcock | 0.3 | Reviewed outstanding issues related to supplemental MOR data requests (including coordination of meeting with Debtor FA). |
| 11/30/2022 | S. Chaffos | 0.5 | Analyzed MOR balance sheet comparative schedule for month October 2022. |
| 11/30/2022 | S. Chaffos | 0.4 | Analyzed MOR income statement comparative schedule for month October 2022. |
| **Task Code Total Hours** | | **9.1** | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 11/28/2022 | K. Calder | 2.4 | Analyzed cash receipts and disbursement for 7/15/2022 - 7/30/22. |
| 11/28/2022 | M. Babcock | 0.4 | Reviewed issues related to recent post-petition receipt and disbursement activity. |
| 11/29/2022 | K. Calder | 2.0 | Analyzed cash receipts and disbursement for 7/30/2022 - 8/15/2022. |
| 11/29/2022 | K. Calder | 1.3 | Analyzed cash receipts and disbursement for 8/30/2022. |
| 11/30/2022 | K. Calder | 1.9 | Analyzed cash receipts and disbursement for 8/30/2022. |
| 11/30/2022 | K. Calder | 1.3 | Analyzed cash receipts and disbursement for 9/15/2022. |
| *Task Code Total Hours* | | *9.3* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 11/18/2022 | P. Shields | 0.6 | Spoke with BRG (NL) regarding work to perform in connection with ability to pay assessments. |
| 11/18/2022 | N. Librock | 0.6 | Spoke with BRG (PS) regarding work to perform in connection with ability to pay assessment. |
| *Task Code Total Hours* | | *1.2* | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 11/1/2022 | S. Chaffos | 2.5 | Analyzed grammar school financial statements (Holy Name of Jesus School, Immaculate Conception School, Mary Queen of Peace School) for fiscal years 2018 - 2022 for trend analysis. |
| 11/1/2022 | S. Chaffos | 2.3 | Analyzed grammar school financial statements (Annunciation School, Ascension of Our Lord School, Christ The King School) for fiscal years 2018 - 2022 for trend analysis. |
| 11/1/2022 | S. Chaffos | 1.6 | Analyzed grammar school financial statements (Our Lady of Divine Providence School, Our Lady of Lourdes School) for fiscal years 2018 - 2022 for trend analysis. |
| 11/2/2022 | P. Shields | 0.4 | Evaluated monthly financial information available that sets forth operating performance for individual segments of NDHS. |
| 11/7/2022 | S. Chaffos | 2.8 | Analyzed Non-Debtor financial statements (Archdiocese of New Orleans Indemnity, Catholic Charities Archdiocese of New Orleans) for fiscal years 2018 - 2021 for trend analysis. |
| 11/7/2022 | S. Chaffos | 2.5 | Analyzed Non-Debtor financial statements (New Orleans Archdiocesan Cemeteries, New Orleans Archdiocesan Cemeteries Trust) for fiscal years 2019 - 2021 for trend analysis. |
| 11/7/2022 | S. Chaffos | 1.2 | Prepared template for the balance sheet and income statement trend analysis for Non-Debtor Affiliates. |

Berkeley Research Group, LLC

Invoice for the 11/1/2022 - 11/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 11/9/2022 | M. Babcock | 0.8 | Analyzed historical receipt and disbursement activity (pre- and post-petition) related to Portfolio A and Portfolio B. |
| 11/14/2022 | P. Shields | 0.4 | Evaluated waterfall analysis as set forth in communications from Counsel for Non-Debtor Affiliates. |
| 11/14/2022 | P. Shields | 0.4 | Evaluated waterfall analysis as set forth in communications from Counsel for Non-Debtor Affiliates. |
| 11/15/2022 | P. Shields | 0.2 | Participated in follow-up call with NDHS rep (EL), Debtor's counsel (MM), Non-Debtor Affiliates' counsel (DD), UCCC counsel (BA), UCCC financial advisors (TR, TS), UCC Counsel (SB), and BRG (MB) re: NDHS operations, proposed sale and other issues . |
| 11/15/2022 | M. Babcock | 0.2 | Participated in follow-up meeting with NDHS rep (EL), Debtor's counsel (MM), Non-Debtor Affiliates' counsel (DD), UCCC counsel (BA), UCCC FA (TR, TS), UCC Counsel (SB) and BRG (PS) to evaluate issues related to APA and NDHS/SAG sale. |
| ***Task Code Total Hours*** | | ***15.3*** | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 11/1/2022 | M. Babcock | 1.7 | Analyzed transfers of properties involving the Debtor, NDHS, SAG and other affiliated entities. |
| 11/15/2022 | M. Babcock | 0.4 | Analyzed transfer of assets/DLF loan to Holy Trinity Drive Land Corporation in conjunction with NDHS/SAG sale. |
| 11/15/2022 | M. Babcock | 0.4 | Analyzed transfer of assets/DLF loan to St. Tammany Catholic Cemetery in conjunction with NDHS/SAG sale. |
| ***Task Code Total Hours*** | | ***2.5*** | |
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/1/2022 | M. Babcock | 1.6 | Met with UCC Counsel (RK, SB, BK) and BRG (PS, DJ) to discuss outstanding requests related to proposed sale of NDHS/SAG. |
| 11/1/2022 | D. Judd | 1.6 | Participated in call with BRG (MB, PS) and UCC Counsel (RK, SB, BK) regarding the document requests for the proposed sale of NDHS and SAG. |
| 11/1/2022 | P. Shields | 1.6 | Spoke with UCC Counsel (RK, BK, SB) and BRG (DJ, MB) regarding further updates to requests for additional information relating to the proposed NDHS and SAG transactions. |
| 11/1/2022 | P. Shields | 0.2 | Outlined follow-up issues for consideration by health care and real estate valuation experts in connection with proposed NDHS and SAG transaction. |
| 11/2/2022 | M. Babcock | 1.4 | Updated analysis of proposed sale of NDHS and SAG assets pursuant to recent responses/document production. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/2/2022 | S. Cooney | 1.0 | Prepared DCF analysis to determine EBITDA margins in connection with proposed transaction purchase price. |
| 11/2/2022 | P. Shields | 0.5 | Assessed valuation considerations relating to NDHS and SAG operations and assets. |
| 11/2/2022 | N. Drepanos | 0.5 | Reviewed to-date information on real estate appraisal values in order to prepare a fair market evaluation. |
| 11/2/2022 | P. Shields | 0.5 | Spoke with SBM (BB) regarding valuation considerations relating to NDHS and SAG real estate. |
| 11/2/2022 | M. Babcock | 0.4 | Met with UCC Counsel BRG (PS, DJ) to evaluate document request issues related to proposed sale of NDHS/SAG. |
| 11/2/2022 | D. Judd | 0.4 | Participated in call with BRG (MB, PS) regarding the document requests for the proposed sale of NDHS and SAG. |
| 11/2/2022 | P. Shields | 0.4 | Spoke with BRG (DJ, MB) regarding additional items to request in connection with the proposed NDHS and SAG transaction. |
| 11/2/2022 | N. Drepanos | 0.4 | Updated the presentation to reflect the methodologies used for the market evaluation and transactions assessment. |
| 11/2/2022 | S. Cooney | 0.3 | Prepared adjusted balance sheet for NDHS incorporating the real estate data received. |
| 11/2/2022 | S. Cooney | 0.3 | Prepared adjusted balance sheet for SAG incorporating the real estate data received. |
| 11/2/2022 | S. Cooney | 0.3 | Prepared consolidated balance sheet for NDHS and SAG based on the adjusted balance sheets incorporating the real estate valuations. |
| 11/2/2022 | N. Drepanos | 0.2 | Drafted summary explanation of methodolgies used in the market evaluation and transactions assessment. |
| 11/2/2022 | N. Drepanos | 0.2 | Researched industry overview of 5-year CAGR's (2022-2027) as support material for the market evaulation and transaction assessment. |
| 11/2/2022 | N. Drepanos | 0.2 | Reviewed to-date information to determine next steps for completing the market evaluation and transactions assessment. |
| 11/2/2022 | P. Shields | 0.1 | Identified additional items to updated request in connection with proposed NDHS and SAG transaction. |
| 11/3/2022 | S. Chaffos | 2.7 | Analyzed various real estate sources received from Debtor and related non-debtor counsel regarding SAG and NDHS properties. |
| 11/3/2022 | M. Babcock | 2.3 | Examined corporate documents related to NDHS, CDND, OLOW and SAG in conjunction with sales analysis. |
| 11/3/2022 | M. Babcock | 0.9 | Revised analysis of NDHS/SAG sale (real estate components). |

Berkeley Research Group, LLC

Invoice for the 11/1/2022 - 11/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/3/2022 | S. Chaffos | 0.7 | Continued to analysis various real estate sources received from Debtor and related non-debtor counsel regarding SAG and NDHS properties. |
| 11/3/2022 | M. Babcock | 0.5 | Evaluated Portfolio A data in conjunction with sale of NDHS/SAG. |
| 11/3/2022 | N. Drepanos | 0.5 | Updated the SAG income statement to reflect new projections in order to prepare a complete market evaluation and transactions assessment. |
| 11/3/2022 | N. Drepanos | 0.2 | Integrated edits to the market evaluation presentation to ensure accurate information and to reflect work to-date. |
| 11/3/2022 | N. Drepanos | 0.1 | Processed newly received 2020 and 2021 audited financials of SAG to update financial data in the market evaluation and transaction assessment. |
| 11/3/2022 | N. Drepanos | 0.1 | Reviewed SAG Balance Sheet values to confirm they reflect new audited projections in order to prepare a complete market evaluation and transaction assessment. |
| 11/3/2022 | N. Drepanos | 0.1 | Updated the presentation to reflect methodologies used for the market evaluation and transaction assessment. |
| 11/4/2022 | M. Babcock | 1.4 | Evaluated outstanding issues related to pending NDHS/SAG sale (including review of available documents/data). |
| 11/7/2022 | M. Babcock | 1.9 | Continued to evaluate outstanding issues related to pending NDHS/SAG sale (including review of available documents/data). |
| 11/7/2022 | M. Babcock | 1.0 | Met with Committee Counsel (RK, BK), UCCC counsel (DS, BA) and UCCC FA (TR, TS) and BRG (PS) to discuss issues related to sale of NDHS/SAG. |
| 11/7/2022 | P. Shields | 1.0 | Spoke with UCC Counsel (RK, BK), BRG (MB), UCCC counsel (DS, BA), and UCCC financial advisors (TR, RS) regarding additional issues for consideration in connection with the proposed sale of NDHS and SAG assets. |
| 11/7/2022 | M. Babcock | 0.6 | Met with BRG (PS) to discuss issues related to sale of NDHS/SAG. |
| 11/7/2022 | P. Shields | 0.6 | Spoke with BRG (MB) regarding additional issues for consideration in connection with the proposed sale of NDHS and SAG assets. |
| 11/7/2022 | M. Babcock | 0.2 | Met with BRG (PS) to discuss issues related to sale of NDHS/SAG. |
| 11/7/2022 | P. Shields | 0.2 | Spoke with BRG (MB) regarding additional issues for consideration in connection with the proposed sale of NDHS and SAG assets. |
| 11/8/2022 | M. Babcock | 1.2 | Met with UCC Counsel (JS, RK, SB), UCCC counsel (DS, BA), UCCC FA (TR, TS) and BRG (PS) to discuss issues related to sale of NDHS/SAG. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/8/2022 | P. Shields | 1.2 | Spoke with UCC Counsel (JS, RK, SB), BRG (MB), UCCC counsel (DS, BA), and UCCC financial advisors (TR, RS) regarding next steps relating to proposed sale of NDHS and SAG assets. |
| 11/8/2022 | P. Shields | 0.6 | Analyzed market research and real estate transaction information for long-term care facilities. |
| 11/8/2022 | P. Shields | 0.1 | Evaluated next steps relating to proposed sale of NDHS and SAG assets. |
| 11/9/2022 | M. Babcock | 0.7 | Updated letter to Debtor and Apostolates regarding proposed sale of NDHS and SAG. |
| 11/9/2022 | P. Shields | 0.6 | Provided updates to communication to Counsel to ANO and Non-Debtor Affiliates regarding the proposed sale of NDHS and SAG assets. |
| 11/10/2022 | P. Shields | 0.2 | Outlined additional follow-up items in response to most recent communication from Counsel for the Debtor and Non-Debtor Affiliates in connection with proposed sale of NDHS and SAG assets. |
| 11/10/2022 | P. Shields | 0.2 | Reviewed response to most recent communication to Counsel for the Debtor and Non-Debtor Affiliates in connection with proposed sale of NDHS and SAG assets. |
| 11/11/2022 | M. Babcock | 2.1 | Analyzed APA related to NDHS/SAG sale, including related documents/data previously provided. |
| 11/11/2022 | M. Babcock | 1.3 | Analyzed APA disclosure schedules related to NDHS/SAG sale (including related documents/data previously provided). |
| 11/11/2022 | P. Shields | 0.4 | Reviewed asset purchase agreement for NDHS home health and hospice assets. |
| 11/11/2022 | P. Shields | 0.4 | Reviewed email communications with BRG and UCC Counsel relating to assessment of assets purchase agreement and related schedules, and to concurrently coordinate timing for a call. |
| 11/11/2022 | M. Babcock | 0.3 | Met with BRG (PS) to analyze APA related to NDHS/SAG sale. |
| 11/11/2022 | P. Shields | 0.3 | Spoke with BRG (MB) regarding issues and follow-up items relating to asset purchase agreement for NDHS home health and hospice assets. |
| 11/11/2022 | P. Shields | 0.2 | Reviewed email communications with BRG, UCC Counsel, UCCC counsel and Dundon relating to production of assets purchase agreement and related schedules, and to concurrently coordinate timing for a call. |
| 11/12/2022 | P. Shields | 0.8 | Reviewed schedules to asset purchase agreement for NDHS home health and hospice assets. |
| 11/12/2022 | P. Shields | 0.6 | Outlined follow-up questions to ask of Debtor and Non-Debtor Affiliates in connection with proposed NDHS and SAG transaction. |

Berkeley Research Group, LLC

Invoice for the 11/1/2022 - 11/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/13/2022 | M. Babcock | 1.0 | Met with UCC Counsel (SB, JS) and BRG (PS) to evaluate issues related to the NDHS/SAG sale APA. |
| 11/13/2022 | P. Shields | 1.0 | Spoke with UCC Counsel (JS, SB) and BRG (MB) regarding questions and issues to address with NDHS CRO. |
| 11/14/2022 | S. Chaffos | 2.5 | Analyzed Notre Dame Health System Income Statements by facility for months July 2021 - January 2022. |
| 11/14/2022 | V. Ingle | 1.8 | Analyzed NGHS income statements by facility for months February 2022 - June 2022. |
| 11/14/2022 | M. Babcock | 1.6 | Analyzed "deal summary" provided by Apostolates related to sale of NDHS/SAG (including related Commercial Committee analysis). |
| 11/14/2022 | S. Chaffos | 1.2 | Prepared schedules for Notre Dame Health System income statement analysis by facility. |
| 11/14/2022 | P. Shields | 1.1 | Spoke with UCCC financial advisors (TR, TS) and BRG (MB [partial]) regarding issues to address in call with NDHS CRO. |
| 11/14/2022 | M. Babcock | 0.9 | Analyzed Lot 3, including representations by Debtor that property is leased to SAG versus other documentation/information indicating property is leased to CommCare. |
| 11/14/2022 | S. Chaffos | 0.9 | Reviewed potential purchaser lease documents. |
| 11/14/2022 | P. Shields | 0.8 | Conducted further analysis of NDHS financial information. |
| 11/14/2022 | M. Babcock | 0.7 | Evaluated issues related to APA and NDHS/SAG sale. |
| 11/14/2022 | M. Babcock | 0.6 | Met with UCCC Counsel (BA, WR), UCCC FA (TR, TS), UCC Counsel (JS, RK, SB) and BRG (PS) to evaluate issues related to APA and NDHS/SAG sale. |
| 11/14/2022 | S. Chaffos | 0.6 | Prepared template for Notre Dame Health System income statement analysis for each facility. |
| 11/14/2022 | P. Shields | 0.6 | Spoke with UCC Counsel (JS, RK, SB), BRG (MB), UCCC Counsel (WR, BA), and UCCC financial advisors (TR, RS) regarding issues and questions to address with NDHS CRO. |
| 11/14/2022 | M. Babcock | 0.5 | Met with BRG (PS, EJ) to evaluate issues related to APA and NDHS/SAG sale. |
| 11/14/2022 | E. Johns | 0.5 | Participated in discussion with BRG (PS, MB) regarding asset purchase agreement. |
| 11/14/2022 | M. Babcock | 0.5 | Participated in partial meeting with UCCC FA (TR, TS) and BRG (PS) to evaluate issues related to APA and NDHS/SAG sale. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/14/2022 | P. Shields | 0.5 | Spoke with BRG (MB, EJ) regarding additional issues for consideration in connection with inquiries relating to the proposed NDHS and SAG transaction. |
| 11/14/2022 | P. Shields | 0.4 | Spoke with UCCC financial advisors (TR) regarding financial analysis in connection with the proposed NDHS and SAG transaction. |
| 11/14/2022 | S. Chaffos | 0.3 | Spoke with BRG (PS) on Notre Dame Health System income statement analysis. |
| 11/14/2022 | P. Shields | 0.3 | Spoke with BRG (SC) regarding analysis of monthly NDHS financial information. |
| 11/14/2022 | P. Shields | 0.2 | Analyzed monthly NDHS financial information. |
| 11/14/2022 | M. Babcock | 0.2 | Met with UCC Counsel (JS, RK, SB) and BRG (PS) to evaluate issues related to APA and NDHS/SAG sale. |
| 11/14/2022 | P. Shields | 0.2 | Spoke with UCC Counsel (JS, RK, SB) and BRG (MB) regarding issues and questions to address with NDHS CRO. |
| 11/14/2022 | P. Shields | 0.1 | Evaluated financial analysis in connection with the proposed NDHS and SAG transaction. |
| 11/15/2022 | M. Babcock | 0.9 | Met with NDHS rep (EL), Debtor's counsel (MM), Non-Debtor Affiliates' counsel (DD), UCCC counsel (BA), UCCC FA (TR, TS), UCC Counsel (SB) and BRG (PS) to evaluate issues related to APA and NDHS/SAG sale. |
| 11/15/2022 | P. Shields | 0.9 | Participated in call with NDHS rep (EL), Debtor's counsel (MM), Non-Debtor Affiliates' counsel (DD), UCCC counsel (BA), UCCC financial advisors (TR, TS), UCC Counsel (SB), and BRG (MB) re: NDHS operations, proposed sale and other issues issues. |
| 11/15/2022 | M. Babcock | 0.7 | Met with UCC Counsel (SB, DK, RK, JS) and BRG (PS) to evaluate issues related to APA and NDHS/SAG sale. |
| 11/15/2022 | P. Shields | 0.7 | Prepared proposed edits to reservation of rights letter issued in connection with the proposed NDHS and SAG transactions. |
| 11/15/2022 | P. Shields | 0.7 | Spoke with UCC Counsel (JS, RK, SB, BK) and BRG (MB) regarding additional items to address in follow-up call with NDHS CRO. |
| 11/15/2022 | M. Babcock | 0.6 | Reviewed outstanding issues related to APA and NDHS/SAG sale. |
| 11/15/2022 | P. Shields | 0.4 | Spoke with UCCC financial advisor (TR) regarding proposed NDHS and SAG transactions. |
| 11/15/2022 | P. Shields | 0.3 | Spoke with UCCC financial advisor (TR) regarding potential follow-up items to address with the NDHS CRO. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 11/15/2022 | P. Shields | 0.2 | Outlined issues to address, for review by UCC Counsel, in connection with follow-up call with NDHS CRO. |
| 11/15/2022 | P. Shields | 0.2 | Updated outline of issues to address on call with NDHS CRO. |
| 11/15/2022 | P. Shields | 0.1 | Evaluated proposed NDHS and SAG transactions. |
| 11/21/2022 | M. Babcock | 0.4 | Reviewed status of outstanding issues related to NDHS/SAG sale. |
| *Task Code Total Hours* | | *63.4* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 11/10/2022 | M. Haverkamp | 0.2 | Edited October fee statement. |
| 11/11/2022 | K. Hendry | 0.7 | Prepared October fee detail. |
| 11/15/2022 | K. Hendry | 1.3 | Prepared October fee detail. |
| 11/16/2022 | H. Henritzy | 2.9 | Prepared October monthly fee statement. |
| 11/16/2022 | H. Henritzy | 1.9 | Prepared Fifth Interim Fee Application. |
| 11/16/2022 | H. Henritzy | 0.8 | Continued to prepare October monthly fee statement. |
| 11/17/2022 | H. Henritzy | 2.8 | Prepared October monthly fee statement. |
| 11/17/2022 | M. Haverkamp | 1.5 | Continued editing October fee statement. |
| 11/17/2022 | H. Henritzy | 1.4 | Prepared Fifth Interim Fee Application. |
| 11/17/2022 | M. Haverkamp | 1.2 | Edited October fee statement. |
| 11/17/2022 | P. Shields | 1.2 | Prepared updates to Oct 2022 Fee Statement. |
| 11/17/2022 | H. Henritzy | 0.6 | Continued to prepare October monthly fee statement. |
| 11/18/2022 | M. Haverkamp | 0.9 | Edited October fee statement. |
| 11/18/2022 | H. Henritzy | 0.3 | Prepared October monthly fee statement. |
| 11/18/2022 | P. Shields | 0.2 | Prepared updates to Oct 2022 Fee Statement. |
| 11/21/2022 | H. Henritzy | 2.9 | Prepared Fifth Interim Fee Application. |
| 11/21/2022 | M. Haverkamp | 2.4 | Edited Fifth Interim Fee Application. |
| 11/21/2022 | M. Babcock | 2.3 | Updated Fifth interim fee application (July 2022 - October 2022). |

Berkeley Research Group, LLC

Invoice for the 11/1/2022 - 11/30/2022 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 11/21/2022 | P. Shields | 1.8 | Updated narrative for tasks codes 200.30 to 332.00 contained in Fifth Interim Fee Application. |
| 11/21/2022 | M. Haverkamp | 1.6 | Updated October fee statement. |
| 11/21/2022 | P. Shields | 1.5 | Updated narrative for tasks codes 392.00 to 1060.00 contained in Fifth Interim Fee Application. |
| 11/21/2022 | H. Henritzy | 0.8 | Continued to prepare Fifth Interim Fee Application. |
| 11/21/2022 | H. Henritzy | 0.8 | Prepared October LEDES file for Counsel. |
| 11/21/2022 | H. Henritzy | 0.7 | Prepared October monthly fee statement. |
| 11/21/2022 | P. Shields | 0.4 | Reviewed Oct 2022 Fee Statement prior to submission to counsel. |
| 11/22/2022 | M. Haverkamp | 2.2 | Edited Fifth Interim Fee Application to incorporate Counsel comments. |
| 11/22/2022 | P. Shields | 0.6 | Updated Fifth Interim Fee Application. |
| 11/22/2022 | P. Shields | 0.1 | Confirmed submission of Oct 2022 Fee Statement and Fifth Interim Fee Application. |
| *Task Code Total Hours* | | *36.0* | |
| **Total Hours** | **139.9** | | |

# EXHIBIT B



## PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**COSTA MESA**

650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Linda F. Cantor

January 27, 2023

310.277.6910
lcantor@pszjlaw.com

<u>**VIA U.S. MAIL AND EMAIL (where indicated)**</u>

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
 Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

> Re:  **In re The Roman Catholic Church**
> **of the Archdiocese of New Orleans,**
> **Case No. 20-10846, Section "A", Chapter 11,**
> <u>**USBC for the Eastern District of Louisiana**</u>

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the December 2022 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

Attachments

DOCS_LA:347110.1 05067/002

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Feb. 10, 2023 |

### TWENTY-SEVENTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Seventh Monthly Fee and Expense Statement (the "Statement") for the period from December 1, 2022 through December 31, 2022 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| December 1, 2022 to December 31, 2022 | |
|---|---|
| Fees (at standard rates) | $55,367.00 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Voluntary reduction | ($7,862.50) |
|---|---|
| Fees (after reduction) | $47,504.50 |
| Expenses | $0.00 |
| **Total Fees and Expenses Sought** | **$47,504.50** |

## **SERVICES RENDERED AND EXPENSES INCURRED**

3.        As noted in the *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* [Docket No. 205] (the "Application"), "These discounted hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised dates become effective."  As of December 1, 2022, the hourly rates for Meagan Haverkamp and Hannah Henritzy increased. Rate increases for other team members will go into effect as of January 1, 2023 and will be reflected in the corresponding fee statement.  The new rates can be found in Exhibit A: Fees by Professional.

4.        The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

5.        BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

2

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021-10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 7/26/2022 Dkt No. N/A | 6/1/2022- 6/30/2022 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *7/28/2022 Dkt No. 1688* | *3/1/2022- 6/30/2022* | *$352,917.00* | *$0.00* | *8/17/2022 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/2022 Dkt No. N/A | 7/1/2022- 7/31/2022 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 9/29/2022 Dkt No. N/A | 8/1/2022- 8/31/2022 | $104,162.00 | $500.00 | N/A | $103,662.00 | $500.00 | $500.00 |
| 10/28/2022 Dkt No. N/A | 9/1/2022- 9/30/2022 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/2022 Dkt No. N/A | 10/1/2022- 10/31/2022 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/2022 Dkt No. 1943 | *7/1/2022- 10/31/2022* | *$359,538.00* | *$500.00* | *12/13/2022 Dkt No. 1976* | *$359,038.00* | *$500.00* | *$500.00* |
| 12/22/2022 Dkt No. N/A | 11/1/2022- 11/30/2022 | $58,923.50 | $0.00 | N/A | $0.00 | $0.00 | $58,923.50 |
| **Totals** | | **$1,570,035.50** | **$4,402.45** | | **$1,510,612.00** | **$4,402.45** | **$59,423.50** |

## NO PRIOR REQUEST

6.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

4

## NOTICE AND OBJECTION PROCEDURES

7.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

5

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $38,003.60 (80% of $47,504.50) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $38,003.60 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  January 27, 2023                        Respectfully submitted,

                                                By:/s/ *Paul N. Shields*
                                                    Paul N. Shields
                                                    Berkeley Research Group, LLC
                                                    201 South Main Street, Suite 450
                                                    Salt Lake City, Utah 84111
                                                    Telephone: (801) 364-6233
                                                    Email:  pshields@thinkbrg.com

                                                *Financial Advisors to the Official Committee of*
                                                *Unsecured Creditors*

6

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 12/1/2022 through 12/31/2022

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $660.00 | 2.5 | $1,650.00 |
| N. Librock | Managing Director | $660.00 | 11.4 | $7,524.00 |
| P. Shields | Managing Director | $635.00 | 8.0 | $5,080.00 |
| M. Babcock | Director | $560.00 | 42.0 | $23,520.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 0.3 | $142.50 |
| S. Chaffos | Senior Associate | $275.00 | 29.6 | $8,140.00 |
| M. Haverkamp | Case Manager | $350.00 | 1.6 | $560.00 |
| H. Henritzy | Case Assistant | $240.00 | 3.7 | $888.00 |
| **Total** | | | **99.1** | **$47,504.50** |
| **Blended Rate** | | | | **$479.36** |

# EXHIBIT B

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 12/1/2022 through 12/31/2022

| Task Code | Hours | Fees |
|---|---|---|
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 22.8 | $11,863.50 |
| 221.00 Debtors Operations / Monitoring (Cash Management Reports) | 15.7 | $4,317.50 |
| 300.00 Asset Analysis (General - Debtors) | 12.4 | $8,084.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 3.7 | $1,188.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 2.7 | $1,512.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 18.0 | $10,080.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 1.0 | $455.00 |
| 1030.00 Mediation Preparation & Attendance | 16.9 | $8,175.00 |
| 1060.00 Fee Application Preparation & Hearing | 5.9 | $1,829.00 |
| **Total** | **99.1** | **$47,504.50** |
| **Blended Rate** | | **$479.36** |

# EXHIBIT C

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 12/1/2022 through 12/31/2022

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 12/2/2022 | M. Babcock | 1.3 | Met with BRG (PS, SC) in order to discuss additional MOR information, data and documentation to be provided by Debtor in order to provide sufficient visibility into post petition operations. |
| 12/2/2022 | S. Chaffos | 1.3 | Spoke with BRG (MB, PS) to discuss MOR request for more full disclosure and inquires. |
| 12/2/2022 | P. Shields | 1.3 | Spoke with BRG (MB, SC) regarding requests for more complete disclosure in MORs and other specific MOR inquiries. |
| 12/2/2022 | M. Babcock | 0.9 | Identified additional MOR information, data and documentation to be provided by Debtor in order to provide sufficient visibility into post petition operations. |
| 12/2/2022 | M. Babcock | 0.5 | Met with BRG (PS) in order to review issues related to MORs in connection with inquiry from UCCC Financial Advisor. |
| 12/2/2022 | P. Shields | 0.5 | Spoke with BRG (MB) regarding inquiry from UCCC Financial Advisor relating to upcoming call regarding adequacy of disclosure in MORs. |
| 12/2/2022 | P. Shields | 0.4 | Spoke with Financial Advisor to the UCCC (TR) regarding inquiries relating to Debtor's disclosures in the MORs. |
| 12/5/2022 | M. Babcock | 1.0 | Analyzed receipt and disbursement trends and activity reported in MORs from May 2020 through October 2022. |
| 12/5/2022 | M. Babcock | 1.0 | Evaluated outstanding issues related to Debtor's MORs (including supplemental document and data requests). |
| 12/5/2022 | M. Babcock | 0.9 | Analyzed financial performance and operation trends reported in MORs from May 2020 through October 2022. |
| 12/5/2022 | M. Babcock | 0.9 | Met with UCCC Financial Advisor (TR, TS) and BRG (PS) in order to discuss Debtor's MORs and related data requests. |
| 12/5/2022 | P. Shields | 0.9 | Spoke with UCCC Financial Advisor (TR, TS) and BRG (MB) in preparation for call with Debtor's counsel and Financial Advisor regarding MOR disclosure requests. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 12/5/2022 | S. Chaffos | 0.7 | Met with BRG (PS, MB), Debtor's counsel (MM, SO), Debtor FA (KZ), UCC Counsel (SB), UCCC Financial Advisor (TR, TS), and UCCC counsel (BA) to discuss supplemental MOR requests. |
| 12/5/2022 | M. Babcock | 0.7 | Met with Debtor's counsel (MM, SO), Debtor FA (KZ), UCCC counsel (BA), UCCC Financial Advisor (TR, TS), UCC Counsel (SB) and BRG (PS, SC) in order to discuss Debtor's MORs and related data requests. |
| 12/5/2022 | P. Shields | 0.7 | Spoke with Debtor's counsel (MM, SO), Debtor FA (KZ), UCC Counsel (SB), BRG (MB, SC), UCCC counsel (BA), UCCC Financial Advisor (TR, TS) to review MOR disclosure requests. |
| 12/5/2022 | S. Chaffos | 0.4 | Researched Debtor's reason regarding account receivable adjustment in 2020. |
| 12/5/2022 | M. Babcock | 0.3 | Met with BRG (PS) and UCC Counsel (SB) in order to discuss Debtor's MORs (including supplemental document and data requests). |
| 12/5/2022 | J. Shaw | 0.3 | Met with BRG (PS, SC) regarding Archdiocese FEMA settlement and to discuss Villa St. Marice disbursement analysis. |
| 12/5/2022 | P. Shields | 0.3 | Spoke with BRG (JS, SC) to review analysis performed in connection with FEMA false claims litigation relating to Villa St. Maurice. |
| 12/5/2022 | S. Chaffos | 0.3 | Spoke with BRG (PS, JS) to discuss Villa St. Marice disbursement analysis and Archdiocese FEMA settlement. |
| 12/5/2022 | P. Shields | 0.3 | Spoke with UCC Counsel (SB) and BRG (MB) to consider next steps in connection with MOR disclosure requests. |
| 12/6/2022 | S. Chaffos | 1.2 | Prepared document examples for the supplemental MOR document request and provide to Debtor. |
| 12/7/2022 | P. Shields | 1.0 | Outlined areas of inquiry regarding MOR disclosure requests in connection with call with Debtor's Financial Advisor. |
| 12/7/2022 | P. Shields | 0.6 | Updated areas of inquiry regarding MOR disclosure requests in connection with call with Debtor's Financial Advisor. |
| 12/7/2022 | S. Chaffos | 0.5 | Met with BRG (PS, MB), Debtor FA (KZ), UCC Counsel (SB), UCCC Financial Advisor (TR, TS), Debtor's counsel (MM), and UCCC counsel (BA) to discuss MOR inquiry questions. |
| 12/7/2022 | M. Babcock | 0.5 | Met with Debtor's counsel (MM), Debtor FA (KZ), UCCC counsel (BA), UCCC Financial Advisor (TR, TS), UCC Counsel (SB) and BRG (PS, SC) in order to coordinate production of additional documents and data related to Debtor's MORs. |
| 12/7/2022 | P. Shields | 0.5 | Spoke with Debtor's counsel (MM), Debtor FA (KZ), UCC Counsel (SB), BRG (MB, SC), UCCC counsel (BA), and UCCC FA (TR, TS) to review specific document and information requests based on analysis of comparative financial information contained in the MORs. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 12/7/2022 | M. Babcock | 0.3 | Evaluated outstanding issues related to MOR document production (including preparation of status correspondence to UCC Counsel). |
| 12/7/2022 | P. Shields | 0.2 | Researched additional areas of consideration in connection with FEMA False Claim litigation. |
| 12/8/2022 | P. Shields | 0.2 | Provided update to UCC Counsel regarding information obtained relating to the FEMA False Claims litigation. |
| 12/15/2022 | M. Babcock | 2.4 | Analyzed receipt and disbursement activity reported in MORs (May 2020 through October 2022). |
| 12/22/2022 | S. Chaffos | 0.5 | Evaluated November MOR supplemental documents provided by Debtor to BRG request. |
| ***Task Code Total Hours*** | | **22.8** | |
| **221.00 Debtors Operations / Monitoring (Cash Management Reports)** | | | |
| 12/1/2022 | S. Chaffos | 2.7 | Analyzed cash receipts and disbursements for October 1st - 15th, 2022. |
| 12/1/2022 | S. Chaffos | 1.5 | Analyzed disbursements for September 30, 2022. |
| 12/2/2022 | S. Chaffos | 2.9 | Analyzed cash receipts and disbursements for October 16th - 31th, 2022. |
| 12/8/2022 | S. Chaffos | 1.5 | Analyzed sample data of the periodic reporting cash receipts and disbursements net activity to test accuracy. |
| 12/8/2022 | S. Chaffos | 1.1 | Merged periodic reporting receipt and disbursement schedules into one schedule. |
| 12/8/2022 | S. Chaffos | 1.0 | Automated the merge process for receipt and disbursement schedules. |
| 12/22/2022 | S. Chaffos | 2.7 | Analyzed cash receipts and disbursements for November 16th - 30th 2022. |
| 12/22/2022 | S. Chaffos | 2.3 | Analyzed cash receipts and disbursements for November 1st - 15th 2022. |
| ***Task Code Total Hours*** | | **15.7** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 12/2/2022 | N. Librock | 1.4 | Analyzed rating methodology in the context of ability to pay analysis. |
| 12/3/2022 | N. Librock | 1.3 | Analyzed credit rating methodology in the context of ability to pay analysis. |
| 12/5/2022 | N. Librock | 1.3 | Analyzed rating methodology in the context of ability to pay analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**300.00 Asset Analysis (General - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/12/2022 | M. Babcock | 1.0 | Reviewed financial provided by Debtor. |
| 12/21/2022 | N. Librock | 1.8 | Reviewed case materials relevant to ability to pay analysis and efforts to date. |
| 12/23/2022 | N. Librock | 1.8 | Evaluated financial modeling for scorecard indicated credit estimate. |
| 12/26/2022 | N. Librock | 2.3 | Analyzed comparative balance sheet and income statement information. |
| 12/27/2022 | N. Librock | 1.5 | Prepared summary of Credit Estimate. |
| *Task Code Total Hours* | | *12.4* | |

**302.00 Asset Analysis (General - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/13/2022 | M. Babcock | 0.3 | Analyzed Parish cash flow forecasts provided by Debtor (including supporting documents and data). |
| 12/13/2022 | M. Babcock | 0.3 | Evaluated School cash flow forecasts provided by Debtor (including supporting documents and data). |
| 12/19/2022 | S. Chaffos | 2.4 | Analyzed grammar school financial statements for fiscal years 2018 - 2022 for trend analysis (Our Lady of Perpetual Help-Belle Chasse, Our Lady of Prompt Succor-Chamette, Our lady of Prompt Succor-Westwego, Resurrection of Our Lord School). |
| 12/19/2022 | S. Chaffos | 0.7 | Analyzed non Debtor financial statements for fiscal years 2019 - 2021 for trend analysis (Catholic Community Foundation of New Orleans). |
| *Task Code Total Hours* | | *3.7* | |

**320.00 Asset Analysis (Investments / Funds - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/2/2022 | M. Babcock | 1.9 | Analyzed transfers from DLF Fund to Operating Fund (prepetition and post petition). |
| 12/2/2022 | M. Babcock | 0.8 | Analyzed DLF transactions, including write offs and loan forgiveness. |
| *Task Code Total Hours* | | *2.7* | |

**330.00 Asset Analysis (Real Property - Debtors)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 12/13/2022 | M. Babcock | 1.7 | Analyzed estimated deferred maintenance costs provided by Debtor (including supporting documents and data). |
| 12/13/2022 | M. Babcock | 1.1 | Evaluated appraisal data provided by Debtor (including supporting documents and data). |
| 12/13/2022 | M. Babcock | 1.0 | Analyzed Broker's opinion of value data provided by Debtor (including supporting documents and data). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 12/13/2022 | M. Babcock | 0.8 | Evaluated insurance Statement of value data provided by Debtor (including supporting documents and data). |
| 12/14/2022 | M. Babcock | 0.7 | Analyzed estimated deferred maintenance costs provided by Debtor (including supporting documents and data). |
| 12/14/2022 | M. Babcock | 0.4 | Evaluated appraisal data provided by Debtor (including supporting documents and data). |
| 12/14/2022 | M. Babcock | 0.3 | Analyzed Broker's opinion of value data provided by Debtor (including supporting documents and data). |
| 12/15/2022 | M. Babcock | 1.3 | Evaluated contractor bids provided by Debtor regarding repairs for Hurricane Ida damage (including supporting documents and data). |
| 12/15/2022 | M. Babcock | 0.9 | Analyzed Hurricane Ida insurance data provided by Debtor. |
| 12/16/2022 | M. Babcock | 2.1 | Analyzed Hurricane Ida insurance data provided by Debtor. |
| 12/16/2022 | M. Babcock | 1.5 | Evaluated contractor bids provided by Debtor regarding repairs for Hurricane Ida damage (including supporting documents and data). |
| 12/20/2022 | M. Babcock | 1.5 | Evaluated calculations and building assessment files provided in support of deferred maintenance estimate. |
| 12/20/2022 | M. Babcock | 0.7 | Updated analysis of Hurricane Ida insurance data provided by Debtor. |
| 12/21/2022 | M. Babcock | 2.9 | Evaluated calculations and underlying building assessment files provided in support of deferred maintenance estimate. |
| 12/21/2022 | M. Babcock | 1.1 | Evaluated issues related to deferred maintenance estimates (including analysis of calculations and underlying building assessment files). |
| **Task Code Total Hours** | | **18.0** | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 12/2/2022 | S. Chaffos | 0.5 | Met with BRG (PS) to discuss the follow up request to non Debtor on affiliate real property. |
| 12/2/2022 | P. Shields | 0.5 | Spoke with BRG (SC) regarding follow up request on non Debtor affiliate real property. |
| **Task Code Total Hours** | | **1.0** | |
| **1030.00 Mediation Preparation & Attendance** | | | |
| 12/6/2022 | M. Babcock | 1.2 | Analyzed proposed Archdiocese                     (including limited supporting documents and data provided to date). |
| 12/7/2022 | M. Babcock | 1.5 | Analyzed Archdiocese                    (including limited supporting documents and data provided to date). |

Berkeley Research Group, LLC

Invoice for the 12/1/2022 - 12/31/2022 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| | | | **1030.00 Mediation Preparation & Attendance** |
| 12/8/2022 | D. Judd | 1.1 | Analyzed the proposed ANO from the Debtor and the to determine what additional documents are needed. |
| 12/8/2022 | M. Babcock | 0.5 | Met with BRG (DJ) in order to evaluate Archdiocese (including limited supporting documentation provided to date). |
| 12/8/2022 | D. Judd | 0.5 | Participated in call with MB (BRG) regarding the proposed from the Debtor. |
| 12/13/2022 | S. Chaffos | 1.0 | Examined documents in from to documents previously provided by Debtor including concurrent index development. |
| 12/13/2022 | M. Babcock | 0.4 | Evaluated cash flow forecasts provided by Debtor (including supporting documents and data) in connection with proposed ANO . |
| 12/14/2022 | S. Chaffos | 1.8 | Examined documents in from to documents previously provided by Debtor including concurrent index development. |
| 12/15/2022 | S. Chaffos | 1.2 | Examined excel files from . |
| 12/19/2022 | S. Chaffos | 1.4 | Extracted into Excel data format from the proposed ANO . |
| 12/20/2022 | M. Babcock | 1.4 | Prepared summary of initial evaluation of Debtor's for Committee Counsel (including follow up requests for additional documents and support). |
| 12/20/2022 | M. Babcock | 0.9 | Met with BRG (DJ) in order to evaluate issues related to Debtor's |
| 12/20/2022 | D. Judd | 0.9 | Participated in call with MB (BRG) regarding the proposed from the Debtor to send to Counsel for further review. |
| 12/21/2022 | M. Babcock | 1.0 | Prepared request for additional information and documentation regarding Debtor's . |
| 12/22/2022 | M. Babcock | 2.1 | Updated request for additional information and documentation regarding Debtor's . |
| **Task Code Total Hours** | | **16.9** | |
| | | | **1060.00 Fee Application Preparation & Hearing** |
| 12/20/2022 | H. Henritzy | 2.9 | Prepared November monthly fee statement. |
| 12/20/2022 | M. Haverkamp | 0.5 | Edited November fee statement. |
| 12/20/2022 | H. Henritzy | 0.4 | Continued to prepare November monthly fee statement. |
| 12/21/2022 | M. Haverkamp | 1.1 | Edited November fee statement. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 12/21/2022 | H. Henritzy | 0.4 | Prepared November monthly fee statement. |
| 12/21/2022 | P. Shields | 0.3 | Made updates to Nov 2022 Fee Statement. |
| 12/21/2022 | P. Shields | 0.3 | Reviewed Nov 2022 Fee Statement prior to submitting to Counsel. |
| *Task Code Total Hours* | | *5.9* | |
| **Total Hours** | | **99.1** | |

Berkeley Research Group, LLC

Invoice for the 12/1/2022 - 12/31/2022 Period

# EXHIBIT C



## PACHULSKI STANG ZIEHL & JONES

L A W   O F F I C E S
LIMITED LIABILITY PARTNERSHIP

L O S   A N G E L E S ,   C A
S A N   F R A N C I S C O ,   C A
W I L M I N G T O N ,   D E
N E W   Y O R K ,   N Y
C O S T A   M E S A ,   C A

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P O  BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB  www.pszjlaw.com

Linda F. Cantor

February 28, 2023

310.277.6910
lcantor@pszjlaw.com

<u>**VIA U.S. MAIL AND EMAIL (where indicated)**</u>

Mark Mintz, Esq.
Jones Walker LLP
mmintz@joneswalker.com

Laura Ashley, Esq.
Jones Walker LLP
lashley@joneswalker.com

Amanda George, Esq.
Office of The United States Trustee
amanda.b.george@usdoj.gov

David S. Rubin
Butler Snow LLP
david.rubin@butlersnow.com

David F. Waguespack, Esq.
Carver, Darden, Koretzky, Tessier,
 Finn, Blossman & Areaux, L.L.C.
waguespack@carverdarden.com

Annette Jarvis
Greenberg Traurig
jarvisa@gtlaw.com

Paul Douglas Stewart, Jr.
Stewart Robbins
dstewart@stewartrobbins.com

William S. Robbins
Stewart Robbins
wrobbins@stewartrobbins.com

KS State Bank
lyeager@ksstate.bank

Colleen Murphy
Greenberg Traurig
murphyc@gtlaw.com

Dell Financial Svc LP
Mail Stop P82DF
23 One Dell Way
Round Rock, TX 78682

> Re:   **In re The Roman Catholic Church**
> **of the Archdiocese of New Orleans,**
> **Case No. 20-10846, Section "A", Chapter 11,**
> <u>**USBC for the Eastern District of Louisiana**</u>

Pursuant to Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Case,* please find attached the January 2023 monthly fee statement for Berkeley Research Group, LLC in connection with financial advisory services provided to the Official Committee of Unsecured Creditors.  Please do not hesitate to contact me with any questions.

Very truly yours,

*/s/ Linda F. Cantor*

Linda F. Cantor

Attachments

DOCS_LA:347510.1 05067/002

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: Mar. 14, 2023 |

**TWENTY-EIGHTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Eighth  Monthly  Fee and Expense Statement (the "Statement") for the period from January 1, 2023 through January 31, 2023 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| January 1, 2023 to January 31, 2023 | |
|---|---|
| Fees (at standard rates) | $117,657.50 |
| Voluntary reduction | ($14,919.50) |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Fees (after reduction) | $102,738.00 |
|---|---|
| Expenses | $3,995.00 |
| **Total Fees and Expenses Sought** | **$106,733.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      As noted in the *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* [Docket No. 205] (the "Application"), "These discounted hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised dates become effective." As of January 1, 2023, the hourly rates for certain staff increased. The new rates can be found in Exhibit A: Fees by Professional.

4.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

5.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **Exhibit D** is a summary of the expenses incurred by BRG during the Fee Period that sets forth the total amount of reimbursement sought with respect to each type of expense for which BRG is seeking reimbursement. **Exhibit E** is an itemized schedule of the actual, reasonable, and necessary expenses within each category, including description, BRG incurred during the Fee Period and the

2

amounts for which reimbursement is requested organized by expense type. Attached hereto as

**Exhibit F** is the invoice for the subcontracted services.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020-10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020-11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020-12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021-1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021-2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021-3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020-3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021-4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021-5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021-6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021-7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021-8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021-9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021-10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021-10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 -11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 7/26/2022 Dkt No. N/A | 6/1/2022- 6/30/2022 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *7/28/2022 Dkt No. 1688* | *3/1/2022- 6/30/2022* | *$352,917.00* | *$0.00* | *8/17/2022 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/2022 Dkt No. N/A | 7/1/2022- 7/31/2022 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 9/29/2022 Dkt No. N/A | 8/1/2022- 8/31/2022 | $104,162.00 | $500.00 | N/A | $103,662.00 | $500.00 | $500.00 |
| 10/28/2022 Dkt No. N/A | 9/1/2022- 9/30/2022 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/2022 Dkt No. N/A | 10/1/2022- 10/31/2022 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| *11/23/2022 Dkt No. 1943* | *7/1/2022- 10/31/2022* | *$359,538.00* | *$500.00* | *12/13/2022 Dkt No. 1976* | *$359,038.00* | *$500.00* | *$500.00* |
| 12/22/2022 Dkt No. N/A | 11/1/2022- 11/30/2022 | $58,923.50 | $0.00 | N/A | $47,138.80 | $0.00 | $11,784.70 |
| 1/27/2022 Dkt No. N/A | 12/1/2022- 12/31/2022 | $47,504.50 | $0.00 | N/A | $0.00 | $0.00 | $47,504.50 |
| **Totals** | | **$1,617,540.00** | **$4,402.45** | | **$1,557,750.80** | **$4,402.45** | **$59,789.20** |

**NO PRIOR REQUEST**

6.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

7.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $82,190.40 (80% of $102,738.00) and expenses in the amount of $3,995.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $86,185.40 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  February 28, 2023                              Respectfully submitted,

                                                       By:/s/ *Paul N. Shields*
                                                          Paul N. Shields
                                                          Berkeley Research Group, LLC
                                                          201 South Main Street, Suite 450
                                                          Salt Lake City, Utah 84111
                                                          Telephone: (801) 364-6233
                                                          Email:  pshields@thinkbrg.com

                                                       *Financial Advisors to the Official Committee of*
                                                       *Unsecured Creditors*

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 1/1/2023 through 1/31/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $705.00 | 12.9 | $9,094.50 |
| N. Librock | Managing Director | $725.00 | 11.1 | $8,047.50 |
| P. Shields | Managing Director | $675.00 | 22.7 | $15,322.50 |
| R. Strong | Managing Director | $650.00 | 1.3 | $845.00 |
| M. Babcock | Director | $600.00 | 61.8 | $37,080.00 |
| K. Barberi | Senior Managing Consultant | $340.00 | 24.5 | $8,330.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 0.1 | $37.50 |
| G. Lim | Managing Consultant | $340.00 | 23.4 | $7,956.00 |
| D. Green | Consultant | $310.00 | 4.0 | $1,240.00 |
| S. Chaffos | Consultant | $320.00 | 30.3 | $9,696.00 |
| M. Restrepo | Senior Associate | $290.00 | 12.6 | $3,654.00 |
| M. Haverkamp | Case Manager | $350.00 | 4.1 | $1,435.00 |
| **Total** | | | **208.8** | **$102,738.00** |
| **Blended Rate** | | | | **$492.04** |

# EXHIBIT B

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 1/1/2023 through 1/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 2.2 | $1,232.50 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 21.3 | $10,324.00 |
| 300.00 Asset Analysis (General - Debtors) | 15.5 | $10,130.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 7.4 | $2,685.50 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 69.4 | $23,575.50 |
| 392.00 Asset Analysis (Other - Related Non-Debtors) | 16.2 | $10,003.50 |
| 1000.00 Case Administration | 1.9 | $614.00 |
| 1020.00 Meeting Preparation & Attendance | 3.4 | $2,167.50 |
| 1030.00 Mediation Preparation & Attendance | 66.6 | $39,965.50 |
| 1060.00 Fee Application Preparation & Hearing | 4.9 | $2,040.00 |
| **Total** | **208.8** | **$102,738.00** |
| **Blended Rate** | | **$492.04** |

# EXHIBIT C

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 1/1/2023 through 1/31/2023

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 1/17/2023 | M. Babcock | 0.7 | Met with UCC Counsel (BK) and BRG (PS, SC [partial]) to discuss Apostalate document/data production issues. |
| 1/17/2023 | P. Shields | 0.7 | Spoke with UCC Counsel (BK) and BRG (MB, SC [partial]) regarding outstanding requests and follow up items. |
| 1/17/2023 | S. Chaffos | 0.5 | Participated in partial call with BRG (MB, PS) and UCC Counsel (BK) to discuss Apostates outstanding document requests. |
| 1/17/2023 | M. Babcock | 0.3 | Evaluated status of Apostolate document/data requests (including outstanding items from October 2022 request). |
| *Task Code Total Hours* | | **2.2** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 1/5/2023 | M. Babcock | 1.1 | Examined supplemental information provided by Debtor for November 2022 MOR. |
| 1/6/2023 | M. Babcock | 0.4 | Examined MOR data/information related to financial statements and receipt and disbursement activity. |
| 1/9/2023 | M. Babcock | 0.6 | Analyzed November 2022 MOR financial activity and related support. |
| 1/9/2023 | S. Chaffos | 0.5 | Evaluated November 2022 MOR supplemental documents. |
| 1/10/2023 | M. Babcock | 1.7 | Analyzed November 2022 MOR data (including DLF deposit and loan data and bank account receipt and disbursement data). |
| 1/10/2023 | S. Chaffos | 0.4 | Analyzed MOR cash receipts and disbursements for November 2022. |
| 1/10/2023 | M. Babcock | 0.2 | Met with CRI (KZ) and BRG (PS) to discuss supplemental MOR information. |
| 1/10/2023 | P. Shields | 0.2 | Spoke with Debtor's Financial Advisors (KZ) and BRG (MB) regarding updates to the MORs. |
| 1/11/2023 | M. Babcock | 2.1 | Analyzed November 2022 MOR cash receipt and disbursement activity (including comparison of periodic data vs supplemental data and identification of incorrect transactions/amounts). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/11/2023 | M. Babcock | 0.4 | Continued to analyze issues related to November 2022 MOR cash receipt and disbursement activity (including comparison of periodic data versus supplemental data and identification of incorrect transactions/amounts). |
| 1/12/2023 | M. Babcock | 0.9 | Updated analysis of November 2022 MOR cash receipt and disbursement activity (including comparison of periodic data vs supplemental data and identification of incorrect transactions/amounts). |
| 1/13/2023 | M. Babcock | 0.7 | Examined current and historical cash and investment balances reported in MORs. |
| 1/13/2023 | S. Chaffos | 0.6 | Analyzed MOR balance sheet comparative schedule for the month of November 2022. |
| 1/13/2023 | S. Chaffos | 0.4 | Analyzed MOR income statement comparative schedule for the month of November 2022. |
| 1/16/2023 | M. Babcock | 1.4 | Met with UCC Counsel (SB) and BRG (PS, SC) to evaluate October and November 2022 MOR activity (including assets and operations). |
| 1/16/2023 | S. Chaffos | 1.4 | Participated in call with BRG (PS, MB) and UCC Counsel (SB) relating to the MORs financial statements. |
| 1/16/2023 | P. Shields | 1.4 | Spoke with UCC Counsel (SB) and BRG (MB, SC) regarding evaluation of Debtor cash and investment balances reported in MORs. |
| 1/16/2023 | M. Babcock | 0.3 | Examined responses from ANO/CRI regarding supplemental MOR data. |
| 1/17/2023 | M. Babcock | 0.7 | Analyzed October and November 2022 MOR activity (including transactions involving Related Non-Debtors). |
| 1/17/2023 | S. Chaffos | 0.6 | Evaluated recent production of the Deposit and Loan Fund data provided as part of supplemental MOR productions. |
| 1/25/2023 | S. Chaffos | 1.6 | Reviewed December 2022 MOR supplemental documents. |
| 1/25/2023 | S. Chaffos | 1.0 | Prepared MOR schedules to send to Commercial Committee Financial Advisor to prevent duplication of work. |
| 1/25/2023 | S. Chaffos | 0.7 | Analyzed MOR balance sheet comparative schedule for the month of December 2022. |
| 1/25/2023 | S. Chaffos | 0.5 | Analyzed MOR income statement comparative schedule for the month of December 2022. |
| 1/30/2023 | S. Chaffos | 1.5 | Updated the MOR cash summary ending balance comparison schedule for months August 2022 - December 2022. |

| *Task Code Total Hours* | | *21.3* | |

**300.00 Asset Analysis (General - Debtors)**

Berkeley Research Group, LLC

Invoice for the 1/1/2023 - 1/31/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 300.00 Asset Analysis (General - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/6/2023 | N. Librock | 1.1 | Reviewed case materials in conjunction with credit analysis. |
| 1/6/2023 | N. Librock | 1.0 | Participated in call with BRG (PS) regarding further evaluation of the credit analysis. |
| 1/6/2023 | P. Shields | 1.0 | Spoke with BRG (NL) regarding further evaluation of the credit analysis. |
| 1/6/2023 | P. Shields | 0.1 | Evaluated credit opinions and comparative financial information from MORs. |
| 1/13/2023 | N. Librock | 2.1 | Analyzed BRG ADNO expert reports in conjunction with credit analysis. |
| 1/14/2023 | N. Librock | 1.9 | Analyzed BRG Credit Estimate calculations. |
| 1/15/2023 | N. Librock | 1.3 | Analyzed ADNO rating announcements. |
| 1/15/2023 | N. Librock | 0.9 | Reviewed rating changes for other dioceses. |
| 1/18/2023 | P. Shields | 0.3 | Updated response to UCC Counsel regarding transaction activity with affiliates. |
| 1/20/2023 | S. Chaffos | 0.8 | Evaluated credit estimate analysis with November 2022 financial data. |
| 1/23/2023 | S. Chaffos | 1.7 | Evaluated credit estimate analysis with November 2022 financial data. |
| 1/27/2023 | P. Shields | 0.1 | Outlined additional credit related analysis for consideration. |
| 1/29/2023 | N. Librock | 2.3 | Reviewed ADNO Bond Covenants and BRG Implied Ratings methodology. |
| 1/31/2023 | N. Librock | 0.5 | Met with BRG (PS) regarding additional issues for consideration in connection with credit analysis. |
| 1/31/2023 | P. Shields | 0.4 | Spoke with BRG (NL) regarding additional issues for consideration in connection with credit analysis. |

**Task Code Total Hours** **15.5**

### 302.00 Asset Analysis (General - Related Non-Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/23/2023 | S. Chaffos | 2.1 | Updated template for the income statement financial analysis for Parishes. |
| 1/23/2023 | S. Chaffos | 1.3 | Analyzed parish income statements for fiscal years 2018 - 2022 for parish financial analysis (Good Shepherd Parish, Divine Mercy Parish). |
| 1/24/2023 | S. Chaffos | 1.5 | Analyzed parish income statements for fiscal years 2018 - 2022 for parish financial analysis (All Saints, Ascension of Our Lord). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 1/25/2023 | S. Chaffos | 1.0 | Revised template for the income statement financial analysis for Parishes. |
| 1/27/2023 | S. Chaffos | 0.5 | Met with BRG (PS, MB) regarding analysis of parish and grammar school 2022 detail financial statements. |
| 1/27/2023 | M. Babcock | 0.5 | Met with BRG (PS, SC) to evaluate parish/grammar school financial data. |
| 1/27/2023 | P. Shields | 0.5 | Spoke with BRG (MB, SC) regarding parish financial information. |
| *Task Code Total Hours* | | *7.4* | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 1/20/2023 | P. Shields | 0.8 | Spoke with BRG (PB, RS, MB, SC) regarding analysis of real estate and deferred maintenance. |
| 1/23/2023 | R. Strong | 0.3 | Analyzed deferred maintenance issues pursuant to Debtor's liability estimate. |
| 1/24/2023 | K. Barberi | 2.4 | Reviewed DuPont-LeCorgne property assessments in preparation for development of master estimate file for Hannan High School and Bishop Perry Center. |
| 1/24/2023 | S. Chaffos | 1.7 | Evaluated policy, procedures, and manuals relating to debtor maintenance and capital expenditures processes. |
| 1/24/2023 | K. Barberi | 1.1 | Met with BRG (PB) to discuss property assessment estimates and work plan for reviewing and analyzing repair information. |
| 1/24/2023 | K. Barberi | 0.8 | Reviewed DuPont-LeCorgne contract and property estimates and Sedgwick Ida estimates in preparation for meeting with project manager. |
| 1/24/2023 | K. Barberi | 0.6 | Developed master estimate review template for property assessments. |
| 1/25/2023 | K. Barberi | 2.8 | Reviewed DuPont-LeCorgne property assessments in preparation for development of master estimate file for Hannan High School and Bishop Perry Center. |
| 1/25/2023 | K. Barberi | 2.4 | Continued to develop master property assessment spreadsheet template. |
| 1/27/2023 | S. Chaffos | 0.7 | Met with BRG (MB, PS, PB) on status of the deferred maintenance analysis. |
| 1/27/2023 | M. Babcock | 0.7 | Met with BRG (PS, SC, PB) to evaluate ANO deferred maintenance analysis. |
| 1/27/2023 | P. Shields | 0.7 | Spoke with BRG (PB, MB, SC) regarding evaluation of deferred maintenance. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 1/28/2023 | G. Lim | 2.8 | Reviewed Dupont-LeCorgne cost estimate for St. John the Baptist and Archbishop's Residence to develop master estimate file. |
| 1/28/2023 | M. Restrepo | 2.8 | Reviewed Dupont-LeCorgne cost estimate for St. Louis Cathedral (2 buildings) and St. Peter Claver (6 buildings) properties to develop master estimate file. |
| 1/28/2023 | G. Lim | 2.2 | Reviewed Dupont-LeCorgne cost estimate for St. Charles Catholic to develop master estimate file |
| 1/28/2023 | M. Restrepo | 0.5 | Attended meeting to discuss developing master spreadsheet by properties with BRG (PB, GL). |
| 1/28/2023 | G. Lim | 0.5 | Attended meeting to discuss developing master spreadsheet by properties with BRG (PB, MR). |
| 1/29/2023 | G. Lim | 2.0 | Reviewed Dupont-LeCorgne cost estimate for Old Ursuline to develop master estimate file. |
| 1/29/2023 | G. Lim | 1.7 | Reviewed Dupont-LeCorgne cost estimate for St. James Major to develop master estimate file. |
| 1/29/2023 | G. Lim | 1.6 | Reviewed Dupont-LeCorgne cost estimate for Project Lazarus to develop master estimate file. |
| 1/30/2023 | M. Restrepo | 2.9 | Reviewed Dupont-LeCorgne cost estimate for Archbishop Shaw (9 buildings) property to develop master estimate file. |
| 1/30/2023 | K. Barberi | 2.9 | Reviewed property assessment reports Bishop Perry, Cenacle and Blessed Trinity to develop estimate analysis. |
| 1/30/2023 | G. Lim | 2.8 | Reviewed Dupont-LeCorgne cost estimate for Priest Vacation House, Our Lady of Guadalupe, and St. John Vianney to develop master estimate file. |
| 1/30/2023 | M. Restrepo | 2.8 | Reviewed Dupont-LeCorgne cost estimate for St. Lawrence (4 buildings), St. Therese Academy (3 buildings), Archbishop Shaw (1 building) properties to develop master estimate file. |
| 1/30/2023 | M. Restrepo | 2.8 | Reviewed Dupont-LeCorgne cost estimate for St. Peter Claver (3 buildings), Sacred Heart Canal St. (2 buildings), St. Lawrence (3 buildings) properties to develop master estimate file. |
| 1/30/2023 | K. Barberi | 2.4 | Reviewed property assessments for St. Augustine, St. Scholastica and St. Michaels to develop estimate analysis spreadsheet. |
| 1/30/2023 | G. Lim | 2.2 | Reviewed Sedgwick Ida cost estimate to develop master estimate file. |
| 1/30/2023 | K. Barberi | 1.8 | Performed quality control check of deferred maintenance assessment data compiled for properties 1-4. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 1/30/2023 | G. Lim | 1.4 | Reviewed Dupont-LeCorgne cost estimate for St. Dymphna, Pope John Paul II and develop master estimate file. |
| 1/30/2023 | M. Restrepo | 0.8 | Reviewed Dupont-LeCorgne cost estimate for Archbishop Shaw (1 buildings) property to develop master estimate file. |
| 1/30/2023 | K. Barberi | 0.7 | Reviewed Sedgwick reports to compare scopes of work. |
| 1/31/2023 | D. Green | 2.9 | Developed master estimate file. |
| 1/31/2023 | K. Barberi | 2.9 | Performed quality control checks of deferred maintenance assessment data compiled for properties 11 through 22. |
| 1/31/2023 | G. Lim | 2.9 | Reviewed Sedgwick Ida cost estimate for St James Major to develop master estimate file. |
| 1/31/2023 | K. Barberi | 2.7 | Reviewed work completed and perform quality control checks of data compiled for properties 5 through 11. |
| 1/31/2023 | G. Lim | 1.9 | Reviewed Sedgwick Ida cost estimate for Project Lazarus to develop master estimate file. |
| 1/31/2023 | G. Lim | 1.4 | Reviewed Sedgwick Ida cost estimate for Bishop Perry Center to develop master estimate file. |
| 1/31/2023 | D. Green | 1.1 | Reviewed Dupont-LeCorgne cost estimate. |
| 1/31/2023 | K. Barberi | 1.0 | Performed quality control checks of deferred maintenance assessment data compiled for properties 24 through 27. |
| **Task Code Total Hours** | | **69.4** | |
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 1/20/2023 | M. Babcock | 0.7 | Met with Commercial Committee (BA,WR, RS, TS), UCC Counsel (SB) and BRG (PS) to discuss NDHS/SAG sale issues. |
| 1/20/2023 | M. Babcock | 0.7 | Revised NDHS/SAG sale analysis (including consideration of recent agreements provided by ANO). |
| 1/20/2023 | P. Shields | 0.7 | Spoke with UCC Counsel (SB), BRG (MB), UCCC Counsel (WR, BA), and Commercial Committee Financial Advisors (TR, TS) regarding issues relating to the 2nd closing of the NDHS/SAG transaction. |
| 1/23/2023 | M. Babcock | 2.0 | Continued to revise NDHS/SAG sale analysis (including consideration items discussed in of NDHS AREPA). |
| 1/23/2023 | M. Babcock | 1.8 | Continued to revise NDHS/SAG sale analysis (including consideration items discussed in of SAG AREPA). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 1/23/2023 | M. Babcock | 0.4 | Met with BRG (DJ) to evaluate issues related to NDHS/SAG sale (including consideration of recent agreements provided by ANO). |
| 1/23/2023 | D. Judd | 0.4 | Participated in call with BRG (MB) to continue analysis of the results of the sale of NDHS and SAG. |
| 1/23/2023 | C. Tergevorkian | 0.1 | Reviewed issues relating to waterfall analysis in connection with NGHA/SAG transaction. |
| 1/24/2023 | M. Babcock | 1.9 | Revised NDHS/SAG sale analysis. |
| 1/24/2023 | M. Babcock | 1.0 | Met with BRG (DJ, PS) to update analysis of NDHS/SAG sale. |
| 1/24/2023 | D. Judd | 1.0 | Participated in call with BRG (MB, PS) to continue analysis of the results of the sale of NDHS and SAG. |
| 1/24/2023 | P. Shields | 1.0 | Spoke with BRG (DJ, MB) regarding waterfall analysis in connection with NDHS/SAG sale consideration. |
| 1/24/2023 | M. Babcock | 0.3 | Met with BRG (DJ) to discuss issues related analysis of NDHS/SAG sale. |
| 1/24/2023 | D. Judd | 0.3 | Participated in call with BRG (MB) regarding the proposed closing analysis for the phase 2 sale of SAG and NDHS. |
| 1/25/2023 | M. Babcock | 2.3 | Updated analysis of NDHS/SAG sale (including comparison to Commercial Committee analysis). |
| 1/26/2023 | M. Babcock | 0.9 | Prepared status update for counsel regarding NDHS/SAG sale analysis. |
| 1/27/2023 | M. Babcock | 0.7 | Revised NDHS/SAG sale analysis. |
| *Task Code Total Hours* | | *16.2* | |
| **1000.00 Case Administration** | | | |
| 1/19/2023 | S. Chaffos | 0.3 | Corresponded with BRG employees via email to execute signed protective order. |
| 1/20/2023 | S. Chaffos | 0.4 | Sent follow-up correspondence to BRG employees via email to execute signed protective order. |
| 1/30/2023 | S. Chaffos | 1.0 | Evaluated issues related to and status of signed protective orders. |
| 1/30/2023 | M. Haverkamp | 0.2 | Developed professionals list for protective order implementation. |
| *Task Code Total Hours* | | *1.9* | |
| **1020.00 Meeting Preparation & Attendance** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**1020.00 Meeting Preparation & Attendance**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/25/2023 | M. Babcock | 1.0 | Met with Commercial Committee FA (TR, TS) and BRG (PS) to analyze NDHS/SAG sale issues, MORs and sharing of case data/documentation. |
| 1/25/2023 | P. Shields | 1.0 | Spoke with Commercial Committee Financial Advisor (TR, TS) and BRG (MB) to coordinate sharing data relating to evaluation of NDHS/SAG waterfall analysis and MORs / periodic reporting. |
| 1/31/2023 | M. Babcock | 0.7 | Met with Commercial Committee FA (TR, TS) and BRG (PS) to discuss ongoing case analyses and coordinate services to be performed. |
| 1/31/2023 | P. Shields | 0.7 | Spoke with the Commercial Committee Financial Advisor (TR, TS) and BRG (MB) to coordinate to review status of analyses and coordinate efforts. |

*Task Code Total Hours* **3.4**

**1030.00 Mediation Preparation & Attendance**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/5/2023 | M. Babcock | 0.3 | Met with BRG (PS) to evaluate issues related to Debtor's (including supporting materials). |
| 1/5/2023 | P. Shields | 0.3 | Spoke with BRG (MB) regarding requests to share information with the Commercial Committee, and the information provided relating to efforts. |
| 1/12/2023 | M. Babcock | 0.3 | Met with UCC Counsel (JS) and BRG (PS) to discuss issues related to Debtor's |
| 1/12/2023 | P. Shields | 0.3 | Spoke with UCC Counsel (JS) and BRG (MB) regarding issues for consideration in connection with upcoming mediation. |
| 1/12/2023 | M. Babcock | 0.2 | Evaluated issues related to Archdiocese . |
| 1/17/2023 | M. Babcock | 1.1 | Analyzed recent production of supplemental documents/data related to ANO . |
| 1/17/2023 | P. Shields | 0.7 | Evaluated key areas of analysis in preparation for mediation. |
| 1/18/2023 | M. Babcock | 2.2 | Analyzed recent production of supplemental documents/data related to ANO |
| 1/18/2023 | M. Babcock | 0.8 | Analyzed recent production of supplemental documents/data related to ANO |
| 1/18/2023 | M. Babcock | 0.6 | Analyzed recent production of supplemental documents/data related to ANO |
| 1/18/2023 | M. Babcock | 0.6 | Analyzed recent production of supplemental documents/data related to ANO . |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 1/18/2023 | M. Babcock | 0.5 | Analyzed recent production of supplemental documents/data related to ANO |
| 1/19/2023 | M. Babcock | 2.0 | Evaluated ANO                    analysis |
| 1/19/2023 | M. Babcock | 1.5 | Met with BRG (DJ, SC) to evaluate ANO                    analysis. |
| 1/19/2023 | D. Judd | 1.5 | Participated in call with BRG (MB, SC) to analyze financial documents provided by the debtor to prepare for mediation. |
| 1/19/2023 | S. Chaffos | 1.5 | Spoke with BRG (MB, DJ) review documents in debtor proposed |
| 1/19/2023 | D. Judd | 1.2 | Analyzed financial documents provided by the Debtor supporting |
| 1/19/2023 | M. Babcock | 0.8 | Evaluated ANO                    analysis |
| 1/19/2023 | M. Babcock | 0.7 | Evaluated ANO                    analysis |
| 1/19/2023 | P. Shields | 0.5 | Spoke with Debtor's consultant (LE) regarding upcoming calls in preparation for mediation. |
| 1/19/2023 | M. Babcock | 0.4 | Evaluated ANO                    analysis |
| 1/20/2023 | D. Judd | 1.9 | Participated in call with BRG (PS, MB [partial], SC) to analyze financial information provided by the Debtor regarding the proposed |
| 1/20/2023 | P. Shields | 1.9 | Spoke with BRG (DJ, MB [partial], SC) to analyze issues related to |
| 1/20/2023 | S. Chaffos | 1.9 | Spoke with BRG (PS, DJ, MB [partial]) to evaluate debtor's proposed                    documents. |
| 1/20/2023 | P. Shields | 1.6 | Evaluated            analysis provided by the Debtor. |
| 1/20/2023 | M. Babcock | 1.6 | Participated in partial meeting with BRG (PS, DJ, SC) in regard to                    analysis. |
| 1/20/2023 | R. Strong | 1.0 | Attended call with BRG team (PS, MB, SC, BN, PB) regarding |
| 1/20/2023 | S. Chaffos | 1.0 | Met with BRG (PS, MB, RS, PB, BN) to discuss                    from debtor's proposed |
| 1/20/2023 | M. Babcock | 1.0 | Met with BRG (PS, RS, SC, BN, PB) to discuss ANO analysis |

Berkeley Research Group, LLC

Invoice for the 1/1/2023 - 1/31/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 1/20/2023 | M. Babcock | 1.0 | Revised ANO                    financial overview analysis                    ). |
| 1/20/2023 | M. Babcock | 0.5 | Met with Debtor's consultant (LE) and BRG (PS) to discuss ANO                    financial data. |
| 1/20/2023 | P. Shields | 0.5 | Participated in follow up call with Debtor's consultant (LE) regarding upcoming calls relating to ANO              analysis. |
| 1/23/2023 | M. Babcock | 1.1 | Met with UCC Counsel (JS, RK, BK) and BRG (PS, DJ, SC [partial call]) to evaluate issues related to upcoming mediation and ANO                    . |
| 1/23/2023 | D. Judd | 1.1 | Participated in Zoom call with BRG (MB, PS, SC [partial]) and UCC Counsel (RK, BK, JS) regarding the proposed meeting with the Financial advisors only. |
| 1/23/2023 | P. Shields | 1.1 | Spoke with UCC Counsel (JS, RK, BK) and BRG (DJ, MB, SC [partial]) in preparation for call with Debtor's Financial Advisors. |
| 1/23/2023 | S. Chaffos | 0.5 | Met with BRG (MB, PS, DJ) and UCC Counsel (RK, BK, JS) regarding the documents from debtor proposed              [partial]. |
| 1/23/2023 | M. Babcock | 0.3 | Met with BRG (PS, DJ) to analyze issues related to upcoming mediation and ANO              . |
| 1/23/2023 | D. Judd | 0.3 | Participated in Zoom call with BRG (MB, PS) regarding the proposed meeting with the Debtor's consultant and financial advisors. |
| 1/23/2023 | P. Shields | 0.3 | Spoke with BRG (DJ, MB) in preparation for call with Debtor's consultant and Debtor's financial advisors. |
| 1/23/2023 | M. Babcock | 0.3 | Updated analysis of ANO                    financial overview              . |
| 1/23/2023 | P. Shields | 0.2 | Continued to evaluate          analysis provided by the Debtor. |
| 1/24/2023 | M. Babcock | 1.2 | Evaluated                              included in ANO              analysis. |
| 1/25/2023 | S. Chaffos | 1.5 | Met with BRG (MB, PS), Debtor's FA (CL) and Debtor's consultant (LE) to discuss the proposed debtor                 exhibits. |
| 1/25/2023 | M. Babcock | 1.5 | Met with Debtor's FA (CL), Debtor's consultant (LE) and BRG (PS, DJ, SC) to discuss elements of ANO              analysis/financial overview. |
| 1/25/2023 | D. Judd | 1.5 | Participated in call with BRG (MB, SC, PS), Debtor's FA (CL) and Debtor's consultant (LE) to discuss the ANO Financial Presentation. |
| 1/25/2023 | P. Shields | 1.5 | Spoke with Debtor's consultant (LE), Debtor's Financial Advisor (CL) and BRG (DJ, MB, SC) to review Debtor's                    and financial analysis. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 1/25/2023 | M. Babcock | 0.8 | Updated analysis of ANO                     /financial overview |
| 1/26/2023 | M. Babcock | 1.8 | Continued to update ANO                     /financial overview analysis |
| 1/27/2023 | M. Babcock | 0.4 | Revised analysis of ANO                     /financial overview |
| 1/30/2023 | M. Babcock | 2.0 | Met with BRG (DJ) to update analysis of ANO                /financial overview (including follow-up questions/concerns). |
| 1/30/2023 | D. Judd | 2.0 | Participated in call with BRG (MB) to prepare additional questions for Egan & Linscott based on prior meetings. |
| 1/30/2023 | M. Babcock | 1.7 | Met with BRG (PS, DJ) to update analysis of ANO                /financial overview. |
| 1/30/2023 | D. Judd | 1.7 | Participated in call with BRG (MB, PS) to prepare financial information for mediation and              issues. |
| 1/30/2023 | P. Shields | 1.7 | Spoke with BRG (DJ, MB) to evaluate issues communicated in the Debtor            proposal and presentation. |
| 1/30/2023 | M. Babcock | 1.6 | Revised analysis of ANO |
| 1/30/2023 | M. Babcock | 1.1 | Revised analysis of ANO                                      . |
| 1/31/2023 | S. Chaffos | 1.2 | Met with BRG (MB, PS) and UCC Counsel (AC, JS, IN, BK, RK, SB) to evaluate issues in the proposed ANO               . |
| 1/31/2023 | M. Babcock | 1.2 | Met with UCC Counsel (JS, AC, IN, RK, SB, BK) and BRG (PS, SC) to discuss upcoming mediation (including analysis of Debtor's              /financial overview). |
| 1/31/2023 | M. Babcock | 1.2 | Revised analysis of ANO            . |
| 1/31/2023 | P. Shields | 1.2 | Spoke with UCC Counsel (JS, AC, RK, BK, SB) and BRG (MB, SC) regarding evaluation of Debtor's            analysis. |
| 1/31/2023 | M. Babcock | 1.0 | Updated analysis of ANO |
| 1/31/2023 | M. Babcock | 0.8 | Updated analysis of ANO |
| 1/31/2023 | M. Babcock | 0.6 | Updated analysis of ANO |
| 1/31/2023 | P. Shields | 0.3 | Reviewed key issues relating to Debtor's            analysis. |
| *Task Code Total Hours* | | *66.6* | |

Berkeley Research Group, LLC

Invoice for the 1/1/2023 - 1/31/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 1/24/2023 | M. Haverkamp | 0.2 | Prepared December monthly fee statement. |
| 1/25/2023 | M. Haverkamp | 0.9 | Continued to edit December fee statement. |
| 1/25/2023 | M. Haverkamp | 0.8 | Edited December fee statement. |
| 1/25/2023 | P. Shields | 0.7 | Updated Dec 2022 Fee Statement. |
| 1/26/2023 | M. Haverkamp | 1.8 | Edited December fee statement. |
| 1/26/2023 | P. Shields | 0.3 | Reviewed Dec 2022 Fee Statement prior to submitting to UCC Counsel. |
| 1/31/2023 | M. Haverkamp | 0.2 | Reviewed potential need for contractor disclosures. |
| *Task Code Total Hours* | | *4.9* | |
| **Total Hours** | | **208.8** | |

# EXHIBIT D

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 1/1/2023 through 1/31/2023

| Expense Category | Amount |
|---|---|
| 22. Subcontracted Services | $3,995.00 |
| **Total Expenses for the Period 1/1/2023 through 1/31/2023** | **$3,995.00** |

# EXHIBIT E

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit E: Expense Detail**

For the Period 1/1/2023 through 1/31/2023

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **22. Subcontracted Services** | | | |
| 1/31/2023 | BRG Direct | $3,995.00 | EVB Exceptional Resources LLC contracted services for 1/1 - 1/31. |
| | *Expense Category Total* | *$3,995.00* | |
| **Total Expenses** | | **$3,995.00** | |

# EXHIBIT F

# EVB Exceptional Resources LLC

# INVOICE

1270 Burning Tree Lane
Winter Park, FL 32792
(321) 279-9360

**DATE:** February 3, 2022
**INVOICE #** EVB-021
**FOR:** Matter 47526 only

**BILL TO:**
Berkeley Research Group
2200 Powell Street, Suite 1200
Emeryville, CA 94608
Tiffany Ho (510) 874-5945
Gail Levin (510) 874-5952

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|
| | | | $ - |
| Matter #47526 - Total Hrs. for Jan. (detail on timesheet template) | 18.80 | $212.50 | $ 3,995.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | **TOTAL** | $ 3,995.00 |

Make all checks payable to EVB Exceptional Resources LLC.

**THANK YOU FOR YOUR BUSINESS!**

| Timekeeper | Work Date | Work Hours | Narrative | Task |
|---|---|---|---|---|
| Bough, Paul | 1/20/2023 | 1.00 | Kick-off conference call with BRG staff (BN, MB, PS, SC). | 332.00 |
| Bough, Paul | 1/23/2023 | 2.20 | Review mediation exhibits received. | 332.00 |
| Bough, Paul | 1/23/2023 | 2.60 | Analyze claimed deferred maintenance costs. | 332.00 |
| Bough, Paul | 1/24/2023 | 1.10 | Meeting with staff to develop work plan (BN, KB). | 332.00 |
| Bough, Paul | 1/24/2023 | 1.30 | Review estimate documents from D-L. | 332.00 |
| Bough, Paul | 1/26/2023 | 2.60 | Review estimate documents from D-L and Sedgwick. | 332.00 |
| Bough, Paul | 1/27/2023 | 2.80 | Analyze D-L assessments of Chapelle, Rummel, and Hannan High Schools | 332.00 |
| Bough, Paul | 1/27/2023 | 2.90 | Analyze Sedgwick estimates for Chapelle and Rummel High Schools, compare to D-L estimates. | 332.00 |
| Bough, Paul | 1/27/2023 | 1.80 | Meeting with BRG team (MB) to review initial findings of D-L estimate reviews. | 332.00 |
| Bough, Paul | 1/28/2023 | 0.50 | Review task assignments with staff (WL, MR). | 332.00 |

# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: Apr. 11, 2023 |

### TWENTY-NINTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Twenty-Eighth  Monthly  Fee and Expense Statement (the "Statement") for the period from February 1, 2023 through February 28, 2023 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.　　The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

| February 1, 2023 to February 28, 2023 | |
|---|---|
| Fees (at standard rates) | $321,751.50 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| Voluntary reduction | <u>($35,546.50)</u> |
| Fees (after reduction) | $286,205.00 |
| Expenses | <u>$9,278.16</u> |
| **Total Fees and Expenses Sought** | **$295,483.16** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **<u>Exhibit D</u>** is a summary of the expenses incurred by BRG during the Fee Period that sets forth the total amount of reimbursement sought with respect to each type of expense for which BRG is seeking reimbursement. **<u>Exhibit E</u>** is an itemized schedule of the actual, reasonable, and necessary expenses within each category, including description, BRG incurred during the Fee Period and the amounts for which reimbursement is requested organized by expense type. Attached hereto as **<u>Exhibit F</u>** is the invoice for the subcontracted services.

2

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 3/23/2021 Dkt No. N/A | 6/17/2020- 10/31/2020 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 5/25/2021 Dkt No. N/A | 11/1/2020- 11/30/2020 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 12/1/2020- 12/31/2020 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 1/1/2021- 1/31/2021 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 2/1/2021- 2/28/2021 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 5/25/2021 Dkt No. N/A | 3/1/2021- 3/31/2021 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *5/27/2021 Dkt No. 891* | *6/17/2020- 3/31/2021* | *$252,386.00* | *$3,889.52* | *6/21/2021 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/2021 Dkt No. N/A | 4/1/2021- 4/30/2021 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 5/1/2021- 5/31/2021 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 6/1/2021- 6/30/2021 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 7/1/2021- 7/31/2021 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 8/1/2021- 8/31/2021 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 9/1/2021- 9/30/2021 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/2021 Dkt No. N/A | 10/1/2021- 10/31/2021 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/2021 Dkt No. 1186* | *4/1/2021- 10/31/2021* | *$393,516.50* | *$12.93* | *12/14/2021 Dkt. No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/2021 Dkt No. N/A | 11/1/2021 - 11/30/2021 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 1/28/2022 Dkt No. N/A | 12/1/2021 - 12/31/2021 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 2/28/2022 Dkt No. N/A | 1/1/2022 - 1/31/2022 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/23/2022 Dkt No. N/A | 2/1/2022 - 2/28/2022 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *3/24/2022 Dkt No. 1385* | *11/1/2021 - 2/28/2022* | *$152,754.50* | *$0.00* | *4/19/2022 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 4/28/2022 Dkt No. N/A | 3/1/2022- 3/31/2022 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 5/27/2022 Dkt No. N/A | 4/1/2022- 4/30/2022 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 6/29/2022 Dkt No. N/A | 5/1/2022- 5/31/2022 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 7/26/2022 Dkt No. N/A | 6/1/2022- 6/30/2022 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *7/28/2022 Dkt No. 1688* | *3/1/2022- 6/30/2022* | *$352,917.00* | *$0.00* | *8/17/2022 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 8/29/2022 Dkt No. N/A | 7/1/2022- 7/31/2022 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 9/29/2022 Dkt No. N/A | 8/1/2022- 8/31/2022 | $104,162.00 | $500.00 | N/A | $103,662.00 | $500.00 | $500.00 |
| 10/28/2022 Dkt No. N/A | 9/1/2022- 9/30/2022 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/2022 Dkt No. N/A | 10/1/2022- 10/31/2022 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/2022 Dkt No. 1943 | *7/1/2022- 10/31/2022* | *$359,538.00* | *$500.00* | *12/13/2022 Dkt No. 1976* | *$359,038.00* | *$500.00* | *$500.00* |
| 12/22/2022 Dkt No. N/A | 11/1/2022- 11/30/2022 | $58,923.50 | $0.00 | N/A | $47,138.80 | $0.00 | $11,784.70 |
| 1/27/2022 Dkt No. N/A | 12/1/2022 - 12/31/2022 | $47,504.50 | $0.00 | N/A | $38,003.60 | $0.00 | $9,500.90 |
| 2/28/2023 Dkt No. N/A | 1/1/2023- 1/31/2023 | $102,738.00 | $3,995.00 | N/A | $0.00 | $0.00 | $106,733.00 |
| **Totals** | | **$1,720,278.00** | **$8,397.45** | | **$1,595,745.40** | **$4,402.45** | **$128,518.60** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 11, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $228,964.00 (80% of $286,205.00) and expenses in the amount of $9,278.16 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $238,242.16 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  March 28, 2023

Respectfully submitted,

By: /s/ *Matthew Babcock*
    Matthew Babcock
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  mbabcock@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**BRG**

**Berkeley Research Group, LLC**

**Exhibit A: Fees By Professional**

For the Period 2/1/2023 through 2/28/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Nolan | Managing Director | $525.00 | 18.6 | $9,765.00 |
| D. Judd | Managing Director | $705.00 | 6.5 | $4,582.50 |
| E. Madsen | Managing Director | $675.00 | 4.7 | $3,172.50 |
| N. Librock | Managing Director | $725.00 | 6.0 | $4,350.00 |
| P. Shields | Managing Director | $675.00 | 55.7 | $37,597.50 |
| R. Strong | Managing Director | $650.00 | 3.5 | $2,275.00 |
| M. Babcock | Director | $600.00 | 118.7 | $71,220.00 |
| J. Funk | Senior Managing Consultant | $495.00 | 13.2 | $6,534.00 |
| K. Barberi | Senior Managing Consultant | $340.00 | 37.5 | $12,750.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 17.6 | $6,600.00 |
| G. Lim | Managing Consultant | $340.00 | 106.5 | $36,210.00 |
| N. Zeien | Managing Consultant | $375.00 | 0.3 | $112.50 |
| D. Green | Consultant | $310.00 | 147.0 | $45,570.00 |
| S. Chaffos | Consultant | $320.00 | 126.7 | $40,544.00 |
| M. Restrepo | Senior Associate | $290.00 | 2.9 | $841.00 |
| M. Haverkamp | Case Manager | $350.00 | 1.9 | $665.00 |
| H. Henritzy | Case Assistant | $240.00 | 10.5 | $2,520.00 |
| K. Calder | Case Assistant | $160.00 | 5.6 | $896.00 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| **Total** | | | **683.4** | **$286,205.00** |
| **Blended Rate** | | | | **$418.80** |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

# EXHIBIT B

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 2/1/2023 through 2/28/2023

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 Document / Data Analysis (Production Requests) | 2.8 | $1,800.00 |
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 6.8 | $3,318.50 |
| 300.00 Asset Analysis (General - Debtors) | 24.0 | $13,981.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 162.9 | $60,894.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 24.5 | $14,651.00 |
| 330.00 Asset Analysis (Real Property - Debtors) | 16.4 | $10,075.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 4.7 | $2,114.50 |
| 333.00 Asset Analysis (Real Property - Deferred Maintenance) | 320.2 | $111,112.50 |
| 392.00 Asset Analysis (Other - Related Non-Debtors) | 1.0 | $607.50 |
| 630.00 Claims / Liability Analysis (Pension) | 1.6 | $1,032.00 |
| 1030.00 Mediation Preparation & Attendance | 84.0 | $51,286.50 |
| 1060.00 Fee Application Preparation & Hearing | 14.5 | $4,475.00 |
| 1070.00 Billable Travel | 20.0 | $10,857.00 |
| **Total** | **683.4** | **$286,205.00** |
| **Blended Rate** | | **$418.80** |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

# EXHIBIT C

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 2/1/2023 through 2/28/2023

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **200.90 Document / Data Analysis (Production Requests)** | | | |
| 2/10/2023 | P. Shields | 0.4 | Updated key documents request. |
| 2/17/2023 | M. Babcock | 1.2 | Met with BRG (PS) in order to update list of outstanding and new documents / information requests from ANO as follow-up to mediation. |
| 2/17/2023 | P. Shields | 1.2 | Spoke with BRG (MB) regarding updates to outstanding and new documents request being submitted to the Debtor and Affiliates. |
| *Task Code Total Hours* | | **2.8** | |
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 2/1/2023 | M. Babcock | 0.4 | Analyzed cash and investments reported in October 2022 MOR. |
| 2/6/2023 | M. Babcock | 1.6 | Analyzed cash and investment balances reported in MORs for October 2022 and December 2022 (including unrestricted and restricted classifications). |
| 2/6/2023 | S. Chaffos | 1.2 | Analyzed unrestricted and restricted cash and investments accounts from December 2022 MOR supplemental documents. |
| 2/8/2023 | M. Babcock | 0.6 | Updated analysis of cash and investment balances reported in MORs for October 2022 and December 2022 (including unrestricted and restricted classifications). |
| 2/8/2023 | M. Babcock | 0.3 | Met with BRG (PS, SC) to finalize data to be shared with Commercial Committee in order to reduce professional fees to the Debtor. |
| 2/8/2023 | S. Chaffos | 0.3 | Spoke with BRG (MB, PS) to review the MOR schedules to send to Commercial Committee Financial Advisor to prevent duplication of work. |
| 2/8/2023 | P. Shields | 0.3 | Spoke with BRG (MB, SC) regarding production of documents to the Commercial Committee financial advisors in order to minimize costs. |
| 2/27/2023 | S. Chaffos | 0.5 | Updated the MOR cash summary ending balance comparison schedule for month January 2023. |
| 2/27/2023 | M. Babcock | 0.4 | Analyzed January 2023 MOR. |
| 2/27/2023 | S. Chaffos | 0.4 | Analyzed MOR balance sheet comparative schedule for the month of January 2023. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 2/27/2023 | S. Chaffos | 0.4 | Analyzed MOR income statement comparative schedule for the month of January 2023. |
| 2/28/2023 | M. Babcock | 0.4 | Updated analysis of January 2023 MOR. |
| *Task Code Total Hours* | | *6.8* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 2/1/2023 | S. Chaffos | 1.4 | Updated ANO and units financial statement analysis in preparation for Committee presentation. |
| 2/2/2023 | S. Chaffos | 0.7 | Continued to update ANO and units financial statement analysis in preparation for Committee presentation. |
| 2/3/2023 | S. Chaffos | 1.3 | Updated credit estimate analysis with December 2022 financial data. |
| 2/3/2023 | N. Zeien | 0.3 | Conducted research in connection with credit analysis. |
| 2/7/2023 | N. Librock | 1.0 | Participated in a meeting with BRG (PS) to review bond covenant analysis. |
| 2/7/2023 | P. Shields | 1.0 | Spoke with BRG (NL) regarding credit estimate and evaluation of bonds. |
| 2/7/2023 | P. Shields | 0.9 | Reviewed ability to pay analysis for Archdiocese, updated through December 31, 2022. |
| 2/7/2023 | P. Shields | 0.2 | Reviewed Archdiocese of New Orleans ability to pay analysis in preparation for UCC call. |
| 2/8/2023 | N. Librock | 2.7 | Recalculated ADNO bond covenants. |
| 2/8/2023 | P. Shields | 0.6 | Evaluated December 2022 consolidating worksheets. |
| 2/9/2023 | N. Librock | 1.2 | Participated in a meeting to review the bond covenant calculations with BRG (PS). |
| 2/9/2023 | P. Shields | 1.2 | Spoke with BRG (NL) to evaluate bond covenant calculations. |
| 2/9/2023 | N. Librock | 0.4 | Reviewed December 2022 BRG distribution to survivor calculations with BRG (SC). |
| 2/9/2023 | S. Chaffos | 0.4 | Spoke with BRG (NL) relating to credit estimate with the December 2022 financial data. |
| 2/10/2023 | J. Funk | 2.5 | Analyzed bond covenant calculations and financial statement records. |
| 2/10/2023 | J. Funk | 1.5 | Prepared analysis related to the bond covenant calculations and financial statement records. |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 2/10/2023 | J. Funk | 0.9 | Met with BRG (PS) regarding bond covenant analyses and related ability to pay model. |
| 2/10/2023 | P. Shields | 0.9 | Spoke with BRG (JF) to evaluate bond covenant calculations. |
| 2/10/2023 | P. Shields | 0.6 | Met with BRG (JF) regarding evaluation of bond covenant calculations. |
| 2/10/2023 | J. Funk | 0.6 | Met with BRG (PS) regarding bond covenant calculations and agreement documentation. |
| 2/10/2023 | J. Funk | 0.5 | Met with BRG (NL and PS) regarding bond covenant issues. |
| 2/10/2023 | N. Librock | 0.5 | Participated in a meeting to review the updated bond covenant calculations with BRG (PS, JF). |
| 2/10/2023 | P. Shields | 0.5 | Spoke with BRG (NL, JF) to review agreement reached between the Debtor and Bond Trustee after the petition date. |
| 2/10/2023 | P. Shields | 0.1 | Identified bond covenant calculation model. |
| 2/11/2023 | P. Shields | 1.7 | Evaluated continuing disclosure document on 2017 Bonds. |
| 2/21/2023 | N. Librock | 0.2 | Participated in a meeting with BRG (PS) re: New Orleans debrief. |
| 2/21/2023 | P. Shields | 0.2 | Spoke with BRG (NL) regarding credit analysis. |
| ***Task Code Total Hours*** | | ***24.0*** | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/1/2023 | S. Chaffos | 1.6 | Updated parishes' financial statement analysis in preparation for Committee presentation. |
| 2/1/2023 | S. Chaffos | 1.4 | Updated grammar schools' financial statement analysis in preparation for Committee presentation. |
| 2/1/2023 | E. Madsen | 0.7 | Met with BRG (PS) to introduce matter and review financial documents for Archdiocese of New Orleans. |
| 2/1/2023 | P. Shields | 0.7 | Spoke with BRG (EM) regarding issues for consideration relating to financial analysis to be performed. |
| 2/2/2023 | S. Chaffos | 2.7 | Continued to update affiliates financial analysis in preparation for Committee presentation. |
| 2/2/2023 | S. Chaffos | 2.4 | Updated affiliates financial analysis in preparation for Committee presentation. |
| 2/2/2023 | S. Chaffos | 1.0 | Updated affiliates summary slides for Committee presentation. |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/2/2023 | S. Chaffos | 1.0 | Updated grammar schools' financial statement analysis in preparation for Committee presentation. |
| 2/2/2023 | S. Chaffos | 0.7 | Revised parishes' financial statement analysis in preparation for Committee presentation. |
| 2/3/2023 | S. Chaffos | 2.6 | Extracted parish income statement reports (PDF) to excel for fiscal year 2021 (All Saints through St. Bonaventure). |
| 2/3/2023 | S. Chaffos | 2.4 | Extracted parish income statement reports (PDF) to excel for fiscal year 2021 (St. Charles Borromeo through Transfiguration of The Lord). |
| 2/3/2023 | S. Chaffos | 1.6 | Extracted parish balance sheet reports (PDF) to excel for fiscal year 2021 (All Saints through St. Bonaventure). |
| 2/3/2023 | S. Chaffos | 1.3 | Combined 113 individual excel tabs of parish financial statements into one comparison excel tab for fiscal year 2022. |
| 2/3/2023 | S. Chaffos | 1.2 | Extracted parish balance sheet reports (PDF) to excel for fiscal year 2021 (St. Charles Borromeo through Transfiguration of The Lord). |
| 2/3/2023 | S. Chaffos | 1.2 | Updated affiliates financial analysis summary slides for Committee presentation. |
| 2/3/2023 | P. Shields | 0.9 | Evaluated production of parish financial statements to identify most efficient means of capturing parish financial information in order to develop the parish ability to pay analysis. |
| 2/6/2023 | S. Chaffos | 2.9 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #102 - 114). |
| 2/6/2023 | S. Chaffos | 1.4 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #117 - 124). |
| 2/6/2023 | S. Chaffos | 1.3 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #129 - 137). |
| 2/6/2023 | S. Chaffos | 1.1 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #102 - 114). |
| 2/6/2023 | S. Chaffos | 1.0 | Prepared parish financial statement comparison template for fiscal years 2018 - 2020. |
| 2/6/2023 | S. Chaffos | 0.6 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #117 - 124). |
| 2/6/2023 | S. Chaffos | 0.6 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #129 - 137). |
| 2/7/2023 | S. Chaffos | 2.8 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #157 - 169). |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/7/2023 | S. Chaffos | 2.7 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #138 - 156). |
| 2/7/2023 | S. Chaffos | 1.9 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #170 - 208). |
| 2/7/2023 | S. Chaffos | 1.7 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #214 - 224). |
| 2/7/2023 | S. Chaffos | 1.4 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #157 - 169). |
| 2/7/2023 | S. Chaffos | 1.3 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #138 - 156). |
| 2/7/2023 | S. Chaffos | 0.8 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #170 - 208). |
| 2/7/2023 | S. Chaffos | 0.8 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #214 - 224). |
| 2/8/2023 | S. Chaffos | 2.5 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #225 - 239). |
| 2/8/2023 | S. Chaffos | 2.5 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #251 - 257). |
| 2/8/2023 | S. Chaffos | 1.5 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #240 - 246). |
| 2/8/2023 | S. Chaffos | 1.4 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #247 - 250). |
| 2/8/2023 | S. Chaffos | 1.1 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #251 - 257). |
| 2/8/2023 | S. Chaffos | 0.9 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #225 - 239). |
| 2/8/2023 | S. Chaffos | 0.5 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #240 - 246). |
| 2/8/2023 | S. Chaffos | 0.4 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #247 - 250). |
| 2/9/2023 | S. Chaffos | 2.1 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #272 - 279). |
| 2/9/2023 | S. Chaffos | 2.0 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #265 - 271). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/9/2023 | S. Chaffos | 1.8 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #280 - 299). |
| 2/9/2023 | S. Chaffos | 1.5 | Analyzed parish income statement for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #258 - 264). |
| 2/9/2023 | E. Madsen | 1.3 | Participated in call with BRG (PS) to review financial data related to ability to pay analysis. |
| 2/9/2023 | P. Shields | 1.3 | Spoke with BRG (EM) to evaluate the Archdiocese financial information. |
| 2/9/2023 | E. Madsen | 1.2 | Reviewed financial documents for Archdiocese of New Orleans related to ability to pay analysis. |
| 2/9/2023 | S. Chaffos | 1.1 | Met with BRG (PS) to standardize parish financial analysis. |
| 2/9/2023 | P. Shields | 1.1 | Met with BRG (SC) to standardize evaluation of parish financial information. |
| 2/9/2023 | S. Chaffos | 0.7 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #265 - 271). |
| 2/9/2023 | S. Chaffos | 0.7 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #280 - 299). |
| 2/9/2023 | S. Chaffos | 0.6 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #258 - 264). |
| 2/9/2023 | S. Chaffos | 0.6 | Analyzed parish balance sheet for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #272 - 279). |
| 2/10/2023 | S. Chaffos | 1.6 | Merged parish financial statement data for fiscal years 2018 - 2020 and 2021- 2022 into one comparison dataset. |
| 2/10/2023 | S. Chaffos | 1.5 | Analyzed parish financial statements for fiscal years 2018 - 2020 for the parish ability to pay analysis (Parish #131, 148,  and 206.). |
| 2/10/2023 | S. Chaffos | 1.3 | Standardized financial categories on the parish financial statement data for fiscal years 2018 through 2022 in preparation for data merging. |
| 2/10/2023 | S. Chaffos | 1.1 | Merged parish financial statement data for fiscal years 2021 and 2022 into one comparison dataset. |
| 2/10/2023 | S. Chaffos | 0.8 | Combined 113 individual excel tabs of parish financial statements into one comparison excel tab for fiscal year 2021. |
| 2/10/2023 | S. Chaffos | 0.5 | Compared parish 2021 financial statement data sources. |
| 2/10/2023 | P. Shields | 0.3 | Updated parish financial statement analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/13/2023 | S. Chaffos | 2.4 | Continued to analyze parish income statements (fiscal years 2018 - 2022) to prepare summary of key revenue categories. |
| 2/13/2023 | S. Chaffos | 2.3 | Analyzed parishes balance sheets (fiscal year 2022) to prepare summary of cash and investments balances. |
| 2/13/2023 | S. Chaffos | 2.1 | Analyzed parish income statements (fiscal years 2018 - 2022) to prepare summary of key expense categories. |
| 2/13/2023 | S. Chaffos | 1.1 | Analyzed parishes with large deposits and withdrawals reported on income statements for fiscal years 2018 - 2019 (Divine Mercy, St. Catherine of Sierra, and Holy Name of March Church). |
| 2/13/2023 | S. Chaffos | 0.8 | Participated in call with BRG (PS) regarding the on going parish analysis. |
| 2/13/2023 | P. Shields | 0.8 | Spoke with BRG (SC) regarding parish ability to pay analysis. |
| 2/14/2023 | S. Chaffos | 2.4 | Analyzed parish financial statement data (fiscal years 2018 - 2022) to create an ability to pay analysis. |
| 2/14/2023 | S. Chaffos | 1.6 | Analyzed parishes' balance sheets (fiscal year 2022) to prepare summary of assets, liabilities, and net income. |
| 2/14/2023 | S. Chaffos | 1.5 | Analyzed parish income statements (fiscal years 2018 - 2022) to prepare summary of school subsidies. |
| 2/14/2023 | C. Tergevorkian | 1.5 | Reviewed parish financial analysis (including balance sheet and income statement data). |
| 2/14/2023 | S. Chaffos | 1.3 | Met with BRG (CT) in order to review parish ability to pay analysis. |
| 2/14/2023 | C. Tergevorkian | 1.3 | Reviewed parish financial analysis (including income statement summary). |
| 2/14/2023 | C. Tergevorkian | 1.3 | Spoke with BRG (SC) to discuss parish financial analysis. |
| 2/14/2023 | S. Chaffos | 1.2 | Updated parish revenue and expense trend analysis for fiscal years 2018 - 2022. |
| 2/14/2023 | C. Tergevorkian | 1.0 | Reviewed parish financial analysis. |
| 2/15/2023 | S. Chaffos | 1.7 | Standardized financial categories on the grammar schools' income statement data for fiscal years 2021 through 2022 in preparation for data merging. |
| 2/15/2023 | S. Chaffos | 1.6 | Merged grammar schools' income statement data for fiscal years 2021 and 2022 into one comparison dataset. |
| 2/15/2023 | C. Tergevorkian | 1.5 | Reviewed parish financial analysis (including balance sheet summary). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/15/2023 | S. Chaffos | 1.4 | Analyzed grammar school income statements (fiscal years 2021 - 2022) to prepare summary of key revenue and expense categories. |
| 2/15/2023 | S. Chaffos | 1.3 | Standardized financial categories on the grammar schools' balance sheet data for fiscal years 2021 through 2022 in preparation for data merging. |
| 2/15/2023 | S. Chaffos | 1.1 | Merged grammar schools' balance sheet data for fiscal years 2021 and 2022 into one comparison dataset. |
| 2/16/2023 | S. Chaffos | 2.2 | Analyzed grammar schools' accounts receivable balances for fiscal years 2021 and 2022. |
| 2/16/2023 | S. Chaffos | 2.0 | Analyzed grammar schools' cash and investments balances for fiscal years 2021 and 2022. |
| 2/16/2023 | S. Chaffos | 1.1 | Analyzed grammar schools' liabilities for fiscal years 2021 and 2022. |
| 2/16/2023 | P. Shields | 0.3 | Reviewed treatment of receivables for select grammar schools. |
| 2/17/2023 | S. Chaffos | 2.2 | Updated the parish ability to pay model to include new key factor assumptions. |
| 2/17/2023 | J. Funk | 1.5 | Analyzed Christopher Homes affiliate financial statement information. |
| 2/17/2023 | S. Chaffos | 1.5 | Evaluated factors to be considered in the parish ability to pay analysis. |
| 2/17/2023 | S. Chaffos | 0.7 | Evaluated parishes with Archdiocese loans and interest expense to update trend analysis. |
| 2/17/2023 | S. Chaffos | 0.6 | Spoke with BRG (PS) on the factors to be considered in the parish ability to pay analysis. |
| 2/17/2023 | P. Shields | 0.6 | Spoke with BRG (SC) regarding parish ability to pay analysis. |
| 2/17/2023 | P. Shields | 0.4 | Analyzed housing projects managed by Christopher Homes. |
| 2/20/2023 | C. Tergevorkian | 2.9 | Created document request list for Cemeteries and Cemeteries Trust in preparation for analysis. |
| 2/20/2023 | C. Tergevorkian | 1.1 | Examined Cemeteries and Cemetery Trust financial statements. |
| 2/20/2023 | K. Calder | 0.5 | Prepared financial statement analysis for Villa St. Maurice. |
| 2/20/2023 | K. Calder | 0.4 | Prepared financial statement analysis for Christopher Inn. |
| 2/20/2023 | K. Calder | 0.4 | Prepared financial statement analysis for Metaire Manor. |
| 2/20/2023 | K. Calder | 0.4 | Prepared financial statement analysis for Wynhoven. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/20/2023 | K. Calder | 0.3 | Discussed input of affiliate financial statement information with BRG (JF). |
| 2/20/2023 | J. Funk | 0.3 | Met with BRG (KC) regarding analysis of affiliate financial statement information. |
| 2/21/2023 | C. Tergevorkian | 2.4 | Examined cemeteries related documents previously requested (including update of supplemental document request for Cemeteries and Cemeteries Trust). |
| 2/21/2023 | S. Chaffos | 1.9 | Updated parish trend analysis based on additional documentation / information. |
| 2/21/2023 | P. Shields | 1.3 | Evaluated financial information relating to Divine Mercy Parish, Most Holy Trinity Parish, and St. Elizabeth Ann Seton School. |
| 2/21/2023 | E. Madsen | 1.3 | Reviewed documents related to analysis of cemeteries and Archdiocese ability to pay. |
| 2/21/2023 | M. Babcock | 1.2 | Analyzed historical financial activity / operations for parishes and parish schools. |
| 2/21/2023 | M. Babcock | 1.2 | Analyzed Most Holy Trinity financial activity / operations. |
| 2/21/2023 | M. Babcock | 1.0 | Analyzed Divine Mercy financial activity / operations. |
| 2/21/2023 | S. Chaffos | 0.8 | Analyzed Divine Mercy Parish historical construction expenses. |
| 2/21/2023 | P. Shields | 0.6 | Evaluated financial reporting for elementary schools for 2021 and 2022. |
| 2/21/2023 | S. Chaffos | 0.6 | Researched documentation relating to New Orleans Cemeteries and the Trust. |
| 2/21/2023 | S. Chaffos | 0.6 | Researched New Orleans Cemeteries website for documentation related to document request list. |
| 2/21/2023 | C. Tergevorkian | 0.5 | Evaluated current documents provided to date relating to Cemeteries and Cemeteries Trust. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for Metairie Manor III. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for Place Dubourg. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for Roquette III. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for St. Bernard II. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for St. Bernard III. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for St. Bernard Manor. |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for St. Martin's Manor. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for St. Tammany Manor. |
| 2/21/2023 | K. Calder | 0.4 | Prepared financial statement analysis for St. Teresa's Villa. |
| 2/21/2023 | C. Tergevorkian | 0.4 | Updated document request list for Cemeteries and Cemeteries Trust in preparation for analysis. |
| 2/21/2023 | E. Madsen | 0.2 | Participated in BRG call with PS regarding analysis of cemeteries and ability to pay analysis. |
| 2/21/2023 | P. Shields | 0.2 | Researched information relating to cemetery land lease. |
| 2/21/2023 | P. Shields | 0.2 | Reviewed parish ability to pay analysis. |
| 2/21/2023 | P. Shields | 0.2 | Spoke with BRG (EM) regarding analysis to perform in connection with the Archdiocese of New Orleans cemeteries and cemetery trust. |
| 2/22/2023 | J. Funk | 2.6 | Analyzed financial statement information for Christopher Homes Inc. related entities. |
| 2/22/2023 | C. Tergevorkian | 1.1 | Revised document request list for Cemeteries and Cemeteries Trust in preparation for analysis. |
| 2/22/2023 | J. Funk | 0.7 | Continued to analyze financial statement information for Christopher Homes Inc. related entities. |
| 2/22/2023 | C. Tergevorkian | 0.7 | Examined Cemeteries Trust Fiscal Year 2021 audit reports to gain understanding of accounting. |
| 2/22/2023 | C. Tergevorkian | 0.6 | Examined Cemeteries Fiscal Year 2021 audit reports to gain understanding of accounting. |
| 2/23/2023 | J. Funk | 1.2 | Analyzed financial statement notes regarding mortgage terms and related party entities (Christopher Homes Inc.). |
| 2/23/2023 | M. Babcock | 1.1 | Analyzed Cemeteries / Cemeteries Trust financial operations (including review of available audits and rules and regulations). |
| 2/24/2023 | P. Shields | 1.1 | Analyzed financial information relating to Non Debtor affiliates. |
| 2/24/2023 | M. Babcock | 1.0 | Investigated transfer of property from ANO to St Tammany Catholic Cemetery (including current disposition / use of property). |
| 2/24/2023 | M. Babcock | 0.9 | Updated document request related to Cemeteries / Cemeteries Trust. |
| 2/24/2023 | C. Tergevorkian | 0.8 | Examined Rules and Regulations document (Cemeteries and Cemeteries Trust). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 2/24/2023 | M. Babcock | 0.5 | Revised analysis of Cemeteries / Cemeteries Trust financial operations. |
| 2/24/2023 | C. Tergevorkian | 0.5 | Updated Cemeteries and Cemeteries Trust document request. |
| 2/24/2023 | J. Funk | 0.3 | Met with BRG (PS) regarding affiliate financial statement analysis and follow up requests. |
| 2/24/2023 | P. Shields | 0.3 | Spoke with BRG (JF) to identify Christopher Homes Communities for which comparative financial statement analyses has been prepared. |
| 2/25/2023 | P. Shields | 0.5 | Prepared email to UCC Counsel to communicate inquiry regarding Non Debtor affiliates. |
| 2/27/2023 | J. Funk | 0.6 | Updated affiliate financial statement analysis (St. Martin House Apartments). |
| *Task Code Total Hours* | | *162.9* | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 2/8/2023 | D. Judd | 1.2 | Participated in call with BRG (PS, MB (partial)) to analyze financial information related to the ability to pay analysis. |
| 2/8/2023 | P. Shields | 1.2 | Spoke with BRG (DJ, MB (partial)) to evaluate balances and accounting activity relating to Portfolio B. |
| 2/8/2023 | M. Babcock | 1.0 | Met with BRG (PS, DJ) in order to evaluate Portfolio B activity [partial call]. |
| 2/16/2023 | M. Babcock | 1.3 | Evaluated issues related to Portfolio A / FIMS data (including Progress database structure, export / backup options, tables and fields available in FIMS, etc.). |
| 2/16/2023 | M. Babcock | 0.6 | Analyzed issues related to proposed loan to St. Joan of Arc Elementary to potentially be funded from Portfolio B. |
| 2/16/2023 | R. Strong | 0.6 | Investigated Progress database for data export of FIMS data. |
| 2/17/2023 | R. Strong | 2.2 | Investigated Progress database issues regarding FIMS database production. |
| 2/17/2023 | M. Babcock | 2.1 | Continued evaluation of issues related to Portfolio A / FIMS data (including Progress database structure, export / backup options, tables and fields available in FIMS, etc.). |
| 2/17/2023 | S. Chaffos | 1.5 | Evaluated parish investment return to update trend analysis. |
| 2/21/2023 | M. Babcock | 1.9 | Revised ongoing analysis of Portfolio B deposit activity pursuant to updated data received from Debtor (July 2022 through December 2022). |
| 2/21/2023 | M. Babcock | 0.9 | Revised ongoing analysis of Portfolio B loan activity pursuant to updated data received from Debtor (July 2022 through December 2022). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 2/22/2023 | M. Babcock | 2.6 | Updated analysis of Portfolio B deposit activity pursuant to updated data received from Debtor (July 2022 through December 2022). |
| 2/22/2023 | M. Babcock | 1.4 | Updated analysis of Portfolio B loan activity pursuant to updated data received from Debtor (July 2022 through December 2022). |
| 2/23/2023 | M. Babcock | 2.1 | Updated analysis of proposed loan to St Joan of Arc Elementary to potentially be funded from Portfolio B. |
| 2/23/2023 | M. Babcock | 1.1 | Evaluated issues related to Portfolio A / FIMS data (including Progress database structure and export / SQL conversion options). |
| 2/27/2023 | M. Babcock | 0.8 | Updated Portfolio B deposit analysis (including January 2023 activity). |
| 2/27/2023 | M. Babcock | 0.6 | Analyzed issues related to Portfolio A / FIMS data. |
| 2/27/2023 | R. Strong | 0.3 | Attended meeting with UCC Counsel (BK) and BRG (MB) regarding FIMS data issue. |
| 2/27/2023 | M. Babcock | 0.3 | Met with UCC Counsel (BK) and BRG (RS) in order to discuss FIMS data issues. |
| 2/28/2023 | M. Babcock | 0.4 | Followed-up on outstanding issues related to Portfolio A / FIMS data. |
| 2/28/2023 | M. Babcock | 0.4 | Updated Portfolio B loan analysis (including January 2023 activity). |
| *Task Code Total Hours* | | *24.5* | |
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 2/1/2023 | R. Strong | 0.4 | Attended call with BRG (PB, SC, DJ, and MB) regarding property insurance and FEMA issues. |
| 2/1/2023 | S. Chaffos | 0.4 | Met with BRG (MB, RS, DJ, PS, PB) regarding property insurance and FEMA related issues. |
| 2/1/2023 | M. Babcock | 0.4 | Met with BRG (PB, DJ, RS, SC) in order to evaluate insurance and FEMA issues related to real estate. |
| 2/1/2023 | D. Judd | 0.4 | Participated in call with BRG (MB, SC, RS, PB) to determine treatment of insurance, FEMA and ANO regarding hurricane damage to ANO property. |
| 2/8/2023 | M. Babcock | 1.5 | Examined available real estate data and values provided by Debtor (including data contained in recently produced real estate database). |
| 2/9/2023 | M. Babcock | 1.9 | Continued examination of available real estate data / values provided by Debtor (including data contained in recently produced real estate database). |
| 2/14/2023 | M. Babcock | 0.4 | Planned site visits of selected properties owned by Debtor and Apostolates. |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **330.00 Asset Analysis (Real Property - Debtors)** | | | |
| 2/15/2023 | P. Shields | 2.9 | Visited Archbishop Shaw High School, Academy of Our Lady, Hope Haven, Madonna Manor, Wynhoven, Wynhoven II, St. John the Baptist, and Howard Avenue. |
| 2/15/2023 | M. Babcock | 2.9 | Visited properties owned by Debtor and Apostolates (Archbishop Shaw High School, Academy of Our Lady, Hope Haven, Madonna Manor, Wynhoven, Wynhoven II, St John the Baptist, and Howard Avenue [sold]). |
| 2/15/2023 | M. Babcock | 0.9 | Visited properties owned by Debtor and Apostolates (St Louis Cathedral and Old Ursuline Convent). |
| 2/15/2023 | P. Shields | 0.9 | Visited St. Louis Cathedral and Old Ursuline Convent. |
| 2/27/2023 | M. Babcock | 2.9 | Analyzed property transfers / leases involving Hope Haven and Madonna Manor properties (including examination of available support documentation). |
| 2/27/2023 | M. Babcock | 0.5 | Analyzed property transfers / leases involving St Joseph Abbey property (including examination of available support documentation). |
| *Task Code Total Hours* | | *16.4* | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 2/21/2023 | S. Chaffos | 1.8 | Analyzed Divine Mercy and Most Holy Trinity parish real estate. |
| 2/24/2023 | M. Babcock | 1.0 | Analyzed Christopher Homes / CHI subsidiaries real estate holdings and operations. |
| 2/24/2023 | M. Babcock | 0.8 | Investigated transfer of property from ANO to Holy Trinity Drive Land Corporation (including current disposition / use of property). |
| 2/24/2023 | P. Shields | 0.3 | Reviewed information relating to Non Debtor affiliate land leases. |
| 2/27/2023 | S. Chaffos | 0.8 | Evaluated documentation relating to land transfers (leases, acts of donations, etc.). |
| *Task Code Total Hours* | | *4.7* | |
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/1/2023 | K. Barberi | 2.9 | Compared Sedgwick and Dupont-LeCorgne property estimates for Project Lazarus. |
| 2/1/2023 | D. Green | 2.9 | Continued review of Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 5 - 8). |
| 2/1/2023 | D. Green | 2.9 | Reviewed Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 1 - 4). |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/1/2023 | G. Lim | 2.3 | Reviewed Sedgwick Ida cost estimate for Cenacle Retreat House to develop master estimate file. |
| 2/1/2023 | G. Lim | 2.2 | Reviewed Sedgwick Ida cost estimate for St. Lawrence to develop master estimate file. |
| 2/1/2023 | K. Barberi | 1.8 | Developed master estimate file (including preparation of matrix to track status of property reviews). |
| 2/1/2023 | G. Lim | 1.8 | Reviewed Sedgwick Ida cost estimate for St. Therese Academy to develop master estimate file. |
| 2/1/2023 | B. Nolan | 1.6 | On 1/30: Selected properties for inspection next week. |
| 2/1/2023 | D. Green | 1.2 | Continued to review Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 9 and 10). |
| 2/1/2023 | B. Nolan | 1.2 | On 1/27: Continued to analyze specific property condition assessments. |
| 2/1/2023 | M. Babcock | 1.1 | Evaluated ANO's deferred maintenance estimates (including issues identified to date). |
| 2/1/2023 | B. Nolan | 1.1 | On 1/24: Continued to review Parish building assessment. |
| 2/1/2023 | B. Nolan | 1.1 | On 1/24: Participated in meeting with BRG (KB, PB) to develop work plan. |
| 2/1/2023 | B. Nolan | 1.1 | On 1/25: Analyzed specific property assessments to develop critique of pricing methodology. |
| 2/2/2023 | D. Green | 2.9 | Continued review of Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 11 - 14). |
| 2/2/2023 | D. Green | 2.9 | Continued review of Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 15 - 18). |
| 2/2/2023 | K. Barberi | 2.9 | Examined Sedgwick data to determine discrepancies with Dupont-LeCorgne data. |
| 2/2/2023 | M. Restrepo | 2.9 | Reviewed Sedgwick cost estimate for St. Augustine (one building) property to develop master estimate file. |
| 2/2/2023 | G. Lim | 2.8 | Reviewed Sedgwick Ida cost estimate for St. Peter Claver to develop master estimate file. |
| 2/2/2023 | G. Lim | 1.8 | Reviewed Sedgwick Ida cost estimate for St. John Vianney Center to develop master estimate file. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/2/2023 | G. Lim | 1.6 | Reviewed Sedgwick Ida cost estimate for Northshore Catholic Center to develop master estimate file. |
| 2/2/2023 | M. Babcock | 1.4 | Met with UCC Counsel (RK, BK) [partial call] and BRG (PB, KB) in order to evaluate issues related to ANO deferred maintenance analysis (including coordination of upcoming site visits). |
| 2/2/2023 | K. Barberi | 1.4 | Participated in scope of work and inspection coordination call with UCC Counsel (BK, RK; BK and RK [partial attendance]) and BRG (MB, PB). |
| 2/2/2023 | M. Babcock | 0.5 | Met with Commercial Committee Financial Advisors (TR, TS) and BRG (PB, KB) in order to coordinate upcoming site visits. |
| 2/2/2023 | K. Barberi | 0.5 | Participated in follow up inspection coordination call with BRG (PB) regarding revised proposed property inspection list. |
| 2/2/2023 | K. Barberi | 0.5 | Participated in inspection coordination call to discuss selection of proposed property inspections and logistics with BRG (MB, PB) Commercial Committee Financial Advisors (TS, TR). |
| 2/3/2023 | K. Barberi | 2.9 | Continued preparation of property assessment binder for properties to be inspected (including review of additional support documentation provided by Dupont-LeCorgne). |
| 2/3/2023 | D. Green | 2.9 | Continued review of Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 23 - 27). |
| 2/3/2023 | G. Lim | 2.4 | Reviewed case files / documents in preparation for upcoming building inspections. |
| 2/3/2023 | M. Babcock | 2.1 | Evaluated outstanding issues related to ANO deferred maintenance analysis (including coordination of upcoming site visits). |
| 2/3/2023 | D. Green | 2.1 | Reviewed Dupont-LeCorgne cost estimate for 27 subject locations (133 properties) to develop master estimate file (D-L Properties 19 - 22). |
| 2/3/2023 | K. Barberi | 2.0 | Prepared property assessment binder for properties to be inspected (including review of additional support documentation provided by Dupont-LeCorgne). |
| 2/3/2023 | M. Babcock | 1.7 | Examined recent documents provided by Debtor regarding deferred maintenance. |
| 2/3/2023 | K. Barberi | 1.3 | Continued examination of Sedgwick data to determine discrepancies with Dupont-LeCorgne property assessment data. |
| 2/3/2023 | K. Barberi | 0.8 | Analyzed aerial view Google Earth images of eighteen properties to be inspected next week in order to identify buildings for each property. |
| 2/3/2023 | B. Nolan | 0.8 | Updated work plan for upcoming site inspections. |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/6/2023 | B. Nolan | 2.1 | Finalized on site inspection plans for selected properties. |
| 2/6/2023 | K. Barberi | 1.9 | Researched current use of properties selected for deferred maintenance analysis. |
| 2/6/2023 | G. Lim | 1.5 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for Cenacle Retreat House. |
| 2/6/2023 | D. Green | 1.5 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for Cenacle Retreat House. |
| 2/6/2023 | G. Lim | 1.3 | Met with BRG (BN, DG) in order to evaluate deferred maintenance areas for prioritization of focus in preparation for site inspections. |
| 2/6/2023 | D. Green | 1.3 | Met with BRG (BN, GWL) in order to prioritize areas of focus in preparation for on site inspections. |
| 2/6/2023 | B. Nolan | 1.3 | Met with BRG (DG, GWL) in order to review on site inspection process (including observations and coordination of tomorrow's inspection plan). |
| 2/6/2023 | G. Lim | 1.3 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Lawrence (exterior). |
| 2/6/2023 | D. Green | 1.3 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Lawrence (exterior). |
| 2/6/2023 | G. Lim | 1.2 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Therese. |
| 2/6/2023 | D. Green | 1.2 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Therese. |
| 2/6/2023 | M. Babcock | 1.1 | Evaluated issues related to deferred maintenance analysis performed by Dupont-LeCorgne (including issues raised by Dupont-LeCorgne during earlier presentation). |
| 2/6/2023 | D. Green | 1.0 | Attended kick off meeting with Archdiocese (LE, KZ), Dupont-LeCorgne (JG, RD, BL), Dundon Advisors (TR, TS), and BRG (PB, GWL, MB) to review the Dupont inspection, estimating process, and logistics for BRG's planned inspections. |
| 2/6/2023 | M. Babcock | 1.0 | Met with representatives from the Debtor (LE, KZ), Dupont-LeCorgne (JG, RD, BL), Dundon Advisors (TR, TS), and BRG (PB, GWL, DG) in order to participate in Dupont-LeCorgne presentation regarding deferred maintenance analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/6/2023 | G. Lim | 1.0 | Participated in meeting with Archdiocese (LE, KZ), Dupont-LeCorgne (JG, RD, BL), Dundon Advisors (TR, TS), and BRG (PB, DG, MB) to review the Dupont inspection, estimating process, and logistics for BRG's planned inspections. |
| 2/7/2023 | G. Lim | 2.5 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Louis Cathedral. |
| 2/7/2023 | D. Green | 2.5 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Louis Cathedral. |
| 2/7/2023 | G. Lim | 2.2 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Augustine. |
| 2/7/2023 | D. Green | 2.2 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Augustine. |
| 2/7/2023 | G. Lim | 2.0 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for Project Lazarus. |
| 2/7/2023 | D. Green | 2.0 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for Project Lazarus. |
| 2/7/2023 | K. Barberi | 1.6 | Evaluated current use of properties selected for the deferred maintenance analysis. |
| 2/7/2023 | G. Lim | 1.5 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for Old Ursuline. |
| 2/7/2023 | D. Green | 1.5 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for Old Ursuline. |
| 2/8/2023 | G. Lim | 2.3 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Lawrence (interior). |
| 2/8/2023 | D. Green | 2.3 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Lawrence (interior). |
| 2/8/2023 | G. Lim | 1.5 | Conducted on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for Blessed Trinity. |
| 2/8/2023 | G. Lim | 1.5 | Conducted on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for Pope John Paul II. |
| 2/8/2023 | G. Lim | 1.5 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. James Major. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/8/2023 | D. Green | 1.5 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for Blessed Trinity. |
| 2/8/2023 | D. Green | 1.5 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for Pope John Paul II. |
| 2/8/2023 | D. Green | 1.5 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. James Major. |
| 2/8/2023 | G. Lim | 1.2 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Dymphna. |
| 2/8/2023 | D. Green | 1.2 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Dymphna. |
| 2/8/2023 | S. Chaffos | 0.8 | Met with BRG (MB, KB (partial call)) to discuss additional property information relating to master deferred maintenance analysis. |
| 2/8/2023 | M. Babcock | 0.8 | Met with BRG (SC, KB (partial call)) in order to discuss deferred maintenance analysis. |
| 2/8/2023 | B. Nolan | 0.8 | Reviewed issues related to on site inspections (including today's inspection results and approval of tomorrow's inspection plan). |
| 2/8/2023 | K. Barberi | 0.6 | Spoke with BRG (MB, SC) in regard to deferred maintenance and construction projects. [partial call] |
| 2/8/2023 | M. Babcock | 0.4 | Reviewed status of ongoing Committee analysis related to ANO deferred maintenance estimates. |
| 2/9/2023 | K. Barberi | 2.8 | Evaluated the current use of properties selected for the deferred maintenance analysis. |
| 2/9/2023 | G. Lim | 2.8 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for Shaw. |
| 2/9/2023 | G. Lim | 2.8 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. Peter Claver. |
| 2/9/2023 | D. Green | 2.8 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for Shaw High School. |
| 2/9/2023 | D. Green | 2.8 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. Peter Claver. |
| 2/9/2023 | G. Lim | 1.7 | Performed on site visual inspection to document overall property condition pertinent to Dupont-LeCorgne's estimate for St. John the Baptist. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/9/2023 | D. Green | 1.7 | Performed visual inspection of property conditions focused on 5 year maintenance items in the Dupont-LeCorgne estimate for St. John the Baptist. |
| 2/9/2023 | G. Lim | 1.3 | Met with BRG (BN [partial], DG) in order to update deferred maintenance areas for prioritization of focus in preparation for site inspections. |
| 2/9/2023 | D. Green | 1.3 | Met with BRG (BN [partial], GWL) in order to coordinate areas of focus in preparation for on site inspections. |
| 2/9/2023 | B. Nolan | 1.2 | Met with BRG (DG, GWL) to review the inspection observations. [partial call] |
| 2/9/2023 | M. Babcock | 0.8 | Evaluated issues related to ANO deferred maintenance analysis. |
| 2/9/2023 | K. Barberi | 0.7 | Prepared template for recording property observations. |
| 2/10/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (Cenacle Retreat House). |
| 2/10/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Cenacle Retreat House). |
| 2/10/2023 | G. Lim | 2.7 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. Lawrence). |
| 2/10/2023 | D. Green | 2.6 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Therese). |
| 2/10/2023 | D. Green | 2.5 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Lawrence). |
| 2/10/2023 | G. Lim | 2.4 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. Therese). |
| 2/10/2023 | B. Nolan | 2.2 | Reviewed initial inspection analysis in conjunction with property maintenance analysis. |
| 2/13/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (Old Ursuline). |
| 2/13/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. Louis Cathedral). |
| 2/13/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Old Ursuline). |
| 2/13/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Louis Cathedral). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/13/2023 | D. Green | 2.2 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Project Lazarus). |
| 2/13/2023 | G. Lim | 0.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (Project Lazarus). |
| 2/14/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (Blessed Trinity). |
| 2/14/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. Augustine). |
| 2/14/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Blessed Trinity). |
| 2/14/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Augustine). |
| 2/14/2023 | D. Green | 1.9 | Continued examination of inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Project Lazarus). |
| 2/14/2023 | G. Lim | 1.2 | Continued evaluation of documents / photographs from on site inspections in order to update master deferred maintenance analysis (Project Lazarus). |
| 2/14/2023 | B. Nolan | 1.0 | Evaluated property maintenance analysis. |
| 2/14/2023 | K. Barberi | 0.7 | Reviewed information and observations compiled from property inspections. |
| 2/15/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (Pope John Paul II). |
| 2/15/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. Dymphna). |
| 2/15/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Pope John Paul II). |
| 2/15/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Dymphna). |
| 2/15/2023 | D. Green | 1.6 | Continued to examine inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Pope John Paul II). |
| 2/15/2023 | K. Barberi | 1.3 | Continued to review information and observations compiled from property inspections (including review of current use of properties). |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/15/2023 | G. Lim | 1.1 | Continued to evaluate documents / photographs from on site inspections in order to update master deferred maintenance analysis (Pope John Paul II). |
| 2/15/2023 | B. Nolan | 0.5 | Updated property maintenance analysis. |
| 2/16/2023 | D. Green | 2.9 | Continued examination of inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Lawrence). |
| 2/16/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. John Major). |
| 2/16/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. James Major). |
| 2/16/2023 | K. Barberi | 2.4 | Continued to review information and observations compiled from property inspections. |
| 2/16/2023 | D. Green | 2.2 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Shaw High School). |
| 2/16/2023 | G. Lim | 1.6 | Continued evaluation of documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. Lawrence). |
| 2/16/2023 | B. Nolan | 0.8 | Revised property maintenance analysis. |
| 2/17/2023 | G. Lim | 2.9 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (St. John the Baptist). |
| 2/17/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. John the Baptist). |
| 2/17/2023 | D. Green | 2.9 | Examined inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (St. Peter Claver). |
| 2/17/2023 | G. Lim | 1.5 | Evaluated documents / photographs from on site inspections in order to update master deferred maintenance analysis (Shaw High School). |
| 2/17/2023 | D. Green | 1.4 | Continued examination of inspection documentation / photographs in conjunction with update of master deferred maintenance analysis (Shaw High School). |
| 2/17/2023 | B. Nolan | 0.8 | Updated property maintenance analysis. |
| 2/20/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (Cenacle Retreat House). |
| 2/20/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. Therese). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | **333.00 Asset Analysis (Real Property - Deferred Maintenance)** |
| 2/20/2023 | G. Lim | 2.5 | Prepared narrative regarding inspection observations (St. Lawrence). |
| 2/20/2023 | D. Green | 1.1 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. John the Baptist). |
| 2/21/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (Old Ursuline). |
| 2/21/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. Louis Cathedral). |
| 2/21/2023 | G. Lim | 2.5 | Prepared narrative regarding inspection observations (Project Lazarus). |
| 2/21/2023 | D. Green | 0.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (Project Lazarus). |
| 2/21/2023 | M. Babcock | 0.5 | Met with BRG (PB, KB, DJ, SC) in order to discuss status of deferred maintenance analysis. |
| 2/21/2023 | D. Judd | 0.5 | Participated in call with BRG (MB, SC, PB, KB) regarding estimated maintenance expense for the real property. |
| 2/21/2023 | K. Barberi | 0.5 | Participated in status meeting to discuss ongoing maintenance analysis with BRG (MB, DJ, SC, PB). |
| 2/21/2023 | S. Chaffos | 0.5 | Spoke with BRG (MB, DJ, PB, KB) regarding status on deferred maintenance analysis. |
| 2/22/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (Blessed Trinity). |
| 2/22/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. Augustine). |
| 2/22/2023 | D. Green | 1.4 | Revised property observation narrative in conjunction with update of master deferred maintenance analysis (Project Lazarus). |
| 2/23/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (Pope John Paul II). |
| 2/23/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. Lawrence). |
| 2/23/2023 | K. Barberi | 2.9 | Reviewed Diocesan committee / council meeting minutes to identify information related to condition of properties and required repairs. |
| 2/23/2023 | G. Lim | 2.5 | Prepared narrative regarding inspection observations (St. John Major). |
| 2/23/2023 | D. Green | 1.0 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. Dymphna). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/23/2023 | B. Nolan | 1.0 | Reviewed property maintenance analysis. |
| 2/23/2023 | K. Barberi | 0.6 | Reviewed property lease information related to obligations for maintenance and repairs. |
| 2/23/2023 | M. Babcock | 0.5 | Reviewed status of ongoing analysis of ANO deferred maintenance estimates (including resolution of issues related to pictures of properties inspected by Dupont-LeCorgne). |
| 2/23/2023 | K. Barberi | 0.2 | Continued review of Diocesan committee / council meeting minutes to identify information related to the condition of properties and required repairs. |
| 2/24/2023 | K. Barberi | 2.9 | Continued review of Diocesan committee / council meeting minutes to identify information related to the condition of properties and required repairs. |
| 2/24/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (Shaw High School). |
| 2/24/2023 | D. Green | 2.9 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. James Major). |
| 2/24/2023 | G. Lim | 2.0 | Prepared narrative regarding inspection observations (St. John the Baptist). |
| 2/24/2023 | D. Green | 1.5 | Prepared property observation narrative in conjunction with update of master deferred maintenance analysis (St. Peter Claver). |
| 2/27/2023 | G. Lim | 2.9 | Analyzed Sedgwick estimates for Project Lazarus and St. Peter Claver. |
| 2/27/2023 | D. Green | 2.9 | Developed 5 year property maintenance cost estimate related to 27 locations (133 properties) analyzed by Dupont-LeCorgne. |
| 2/27/2023 | G. Lim | 2.9 | Examined Dupont-LeCorgne property photographs in conjunction with property maintenance analysis. |
| 2/27/2023 | D. Green | 2.9 | Updated 5 year property maintenance cost estimate. |
| 2/27/2023 | D. Green | 1.0 | Revised 5 year property maintenance cost estimate. |
| 2/27/2023 | G. Lim | 0.6 | Continued analysis of Sedgwick estimates for Project Lazarus and St. Peter Claver. |
| 2/28/2023 | D. Green | 2.9 | Continued revision of 5 year property maintenance cost estimate analysis. |
| 2/28/2023 | D. Green | 2.9 | Revised 5 year property maintenance cost estimate analysis. |
| 2/28/2023 | G. Lim | 2.7 | Updated 5 year building maintenance cost estimate for properties inspected. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 2/28/2023 | G. Lim | 2.0 | Examined Dupont-LeCorgne property photographs in conjunction with property maintenance analysis. |
| 2/28/2023 | K. Barberi | 1.4 | Reviewed Dupont-LeCorgne documents / photographs in order to identify data to be added to case file. |
| 2/28/2023 | D. Green | 0.7 | Updated 5 year property maintenance cost estimate analysis. |
| *Task Code Total Hours* | | *320.2* | |
| **392.00 Asset Analysis (Other - Related Non-Debtors)** | | | |
| 2/16/2023 | M. Babcock | 0.6 | Evaluated status of NDHS / SAG sale process, including review of correspondence to ANO / Apostolates regarding documentation and information to be provided to UCC. |
| 2/16/2023 | P. Shields | 0.1 | Reviewed document request relating to the NDHS / SAG transactions. |
| 2/22/2023 | M. Babcock | 0.3 | Updated correspondence to ANO / Apostolates regarding NDHS / SAG sale documentation and information to be provided to UCC. |
| *Task Code Total Hours* | | *1.0* | |
| **630.00 Claims / Liability Analysis (Pension)** | | | |
| 2/9/2023 | M. Babcock | 0.4 | Met with BRG (PS, DJ) and Rock Creek (JS, CP) in order to discuss ongoing pension / OPEB analysis. |
| 2/9/2023 | D. Judd | 0.4 | Participated in Zoom call with BRG (MB, PS) and Rock Creek (JS, CP) regarding pension issues. |
| 2/9/2023 | P. Shields | 0.4 | Spoke with Rock Creek (JS, CP) and BRG (DJ, MB) to evaluate pension information. |
| 2/27/2023 | M. Babcock | 0.4 | Evaluated issues related to pension analysis (including status of outstanding document / data requests). |
| *Task Code Total Hours* | | *1.6* | |
| **1030.00 Mediation Preparation & Attendance** | | | |
| 2/1/2023 | M. Babcock | 1.4 | Prepared financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Debtor). |
| 2/1/2023 | M. Babcock | 0.9 | Updated initial follow up questions related to information provided by Debtor in mediation. |
| 2/1/2023 | M. Babcock | 0.7 | Prepared financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Parishes). |
| 2/1/2023 | M. Babcock | 0.5 | Prepared financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Affiliates). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 2/1/2023 | P. Shields | 0.3 | Updated mediation analysis questions. |
| 2/2/2023 | M. Babcock | 1.6 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Parishes). |
| 2/2/2023 | M. Babcock | 1.3 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Affiliates). |
| 2/2/2023 | M. Babcock | 1.1 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Debtor). |
| 2/2/2023 | P. Shields | 0.2 | Evaluated credit analysis resources in the context of mediation. |
| 2/3/2023 | M. Babcock | 2.4 | Continued to update financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Parishes). |
| 2/3/2023 | M. Babcock | 1.6 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Affiliates). |
| 2/3/2023 | M. Babcock | 1.1 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Debtor). |
| 2/3/2023 | D. Judd | 0.9 | Revised asset presentation / financial information for mediation. |
| 2/6/2023 | S. Chaffos | 1.6 | Met with BRG (MB, DJ, PS) and UCC Counsel (BK, RK, JS [Partial], AC) relating to upcoming Committee meeting. |
| 2/6/2023 | M. Babcock | 1.6 | Met with UCC Counsel (JS [partial call], AC, RK, BK) and BRG (PS, DJ, SC) in order to prepare for Committee meeting and upcoming mediation. |
| 2/6/2023 | D. Judd | 1.6 | Participated in call with BRG (MB, PS, SC) and UCC Counsel (BK, JS (partial), RK, AC) to prepare Creditor Committee presentation in preparation for mediation. |
| 2/6/2023 | P. Shields | 1.6 | Spoke with UCC Counsel (JS, RK, BK) and BRG (DJ, MB, SC) in preparation for Committee call. |
| 2/6/2023 | M. Babcock | 0.8 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Debtor). |
| 2/6/2023 | M. Babcock | 0.6 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Affiliates). |
| 2/6/2023 | M. Babcock | 0.5 | Updated financial and asset presentation for Committee in conjunction with upcoming mediation sessions (Parishes). |
| 2/6/2023 | S. Chaffos | 0.2 | Met with BRG (MB, DJ, PS) to discuss updates on upcoming Committee presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 2/6/2023 | M. Babcock | 0.2 | Met with BRG (PS, DJ, SC) in order to evaluate issues related to asset presentation for Committee in advance of mediation. |
| 2/6/2023 | D. Judd | 0.2 | Participated in Zoom call with BRG (MB, PS, SC) prepare financial presentation to the UCC. |
| 2/6/2023 | P. Shields | 0.2 | Spoke with BRG (DJ, MB, SC) in preparation for Committee call. |
| 2/7/2023 | M. Babcock | 2.1 | Evaluated issues identified in documents provided by Debtor as part of mediation. |
| 2/7/2023 | M. Babcock | 1.8 | Attended UCC Committee meeting with UCC Counsel, UCC Members, State Court Counsel and BRG in order to review ongoing asset and financial analyses in conjunction with upcoming mediation. |
| 2/7/2023 | P. Shields | 1.8 | Participated on UCC call with Committee Members, SC Counsel, UCC Counsel and BRG to evaluate issues in preparation for upcoming mediation. |
| 2/7/2023 | M. Babcock | 1.2 | Revised financial and asset presentation for Committee in conjunction with upcoming mediation sessions (including consideration of available data and documentation) [Debtor]. |
| 2/7/2023 | P. Shields | 0.8 | Prepared ability to pay slides for presentation to UCC. |
| 2/7/2023 | M. Babcock | 0.8 | Revised financial and asset presentation for Committee in conjunction with upcoming mediation sessions (including consideration of available data and documentation) [Parishes]. |
| 2/7/2023 | M. Babcock | 0.7 | Revised financial and asset presentation for Committee in conjunction with upcoming mediation sessions (including consideration of available data and documentation) [Affiliates]. |
| 2/7/2023 | M. Babcock | 0.3 | Met with BRG (DJ) in order to discuss asset presentation for Committee. |
| 2/7/2023 | D. Judd | 0.3 | Participated in call with BRG (MB) to prepare financial presentation for the UCC. |
| 2/8/2023 | M. Babcock | 1.3 | Examined recent Apostolate production, including identification of incomplete and non responsive issues in advance of mediation. |
| 2/8/2023 | M. Babcock | 0.8 | Prepared updated list of outstanding and new document and data requests in conjunction with upcoming mediation. |
| 2/9/2023 | M. Babcock | 1.4 | Updated materials related to Committee financial and asset presentation. |
| 2/9/2023 | M. Babcock | 0.9 | Evaluated ANO response to Committee questions regarding documentation provided by Debtor as part of mediation. |
| 2/9/2023 | M. Babcock | 0.3 | Met with BRG (PS, DJ) in order to discuss Committee financial and asset analysis presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 2/9/2023 | M. Babcock | 0.3 | Met with BRG (PS, DJ) in order to discuss upcoming presentation and mediation. |
| 2/9/2023 | D. Judd | 0.3 | Participated in call with BRG (MB, PS) to analyze financial documents to prepare for mediation. |
| 2/9/2023 | D. Judd | 0.3 | Participated in call with BRG (MB, PS) to prepare financial information for mediation. |
| 2/9/2023 | P. Shields | 0.3 | Spoke with BRG (DJ, MB) to review additional updates to the presentation and issues to address at mediation. |
| 2/9/2023 | P. Shields | 0.3 | Spoke with BRG (DJ, MB) to review financial trends of the Archdiocese. |
| 2/10/2023 | M. Babcock | 2.7 | Reviewed case issues and related financial analyses in preparation for upcoming Mediation. |
| 2/10/2023 | M. Babcock | 2.6 | Continued to review case issues and related financial analyses in preparation for upcoming Mediation. |
| 2/10/2023 | S. Chaffos | 0.8 | Updated affiliate schedule analysis for mediation. |
| 2/12/2023 | M. Babcock | 1.4 | Updated analysis and questions in preparation for upcoming Mediation. |
| 2/13/2023 | M. Babcock | 2.9 | Continued participation in mediation sessions. |
| 2/13/2023 | P. Shields | 2.9 | Continued participation in mediation. |
| 2/13/2023 | P. Shields | 2.9 | Continued participation in mediation. |
| 2/13/2023 | M. Babcock | 2.9 | Continued to participate in mediation sessions. |
| 2/13/2023 | P. Shields | 2.9 | Participated in initial segment of mediation. |
| 2/13/2023 | M. Babcock | 2.9 | Participated in mediation sessions. |
| 2/14/2023 | P. Shields | 2.8 | Met with UCC Professionals through mediation to evaluate issues, follow up on items and respond to inquiries. |
| 2/14/2023 | M. Babcock | 2.8 | Met with UCC professionals throughout mediation sessions in order to discuss issues raised during mediation. |
| 2/14/2023 | M. Babcock | 2.5 | Continued participation in mediation sessions. |
| 2/14/2023 | P. Shields | 2.5 | Continued participation in mediation sessions. |
| 2/14/2023 | M. Babcock | 2.4 | Participated in mediation sessions. |
| 2/14/2023 | P. Shields | 2.4 | Participated in mediation sessions. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 2/16/2023 | M. Babcock | 0.8 | Updated case files / notes related to issues raised during mediation. |
| 2/21/2023 | M. Babcock | 0.4 | Met with BRG (DJ, SC) in order to discuss issues related to mediation. |
| 2/21/2023 | D. Judd | 0.4 | Participated in call with BRG (MB, SC) regarding mediation results and additional work to be performed. |
| 2/21/2023 | S. Chaffos | 0.4 | Spoke with BRG (MB, DJ) to discuss mediation recap and going forward tasks. |
| 2/23/2023 | M. Babcock | 0.3 | Revised updated mediation document request. |
| 2/24/2023 | M. Babcock | 1.1 | Finalized updated mediation document request. |
| 2/27/2023 | S. Chaffos | 1.2 | Revised outstanding and new document request list following mediation. |
| *Task Code Total Hours* | | *84.0* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 2/24/2023 | H. Henritzy | 2.9 | Prepared January monthly fee statement. |
| 2/24/2023 | H. Henritzy | 0.9 | Continued to prepare January monthly fee statement. |
| 2/24/2023 | M. Haverkamp | 0.6 | Edited January fee statement. |
| 2/27/2023 | H. Henritzy | 2.9 | Continued to preparation January monthly fee statement. |
| 2/27/2023 | H. Henritzy | 1.2 | Continued preparation of January monthly fee statement. |
| 2/28/2023 | H. Henritzy | 2.6 | Continued preparation of January monthly fee statement. |
| 2/28/2023 | M. Babcock | 1.7 | Finalized January 2023 fee statement. |
| 2/28/2023 | M. Haverkamp | 1.3 | Edited January fee statement. |
| 2/28/2023 | P. Shields | 0.4 | Made updates to January 2022 Fee Statement. |
| *Task Code Total Hours* | | *14.5* | |
| **1070.00 Billable Travel** | | | |
| 2/6/2023 | D. Green | 1.8 | Drove from Pensacola, FL to the Cenacle Retreat Center, LA. |
| 2/6/2023 | G. Lim | 1.2 | Drove from Mobile, AL to Cenacle Retreat House property, LA. |
| 2/9/2023 | D. Green | 1.8 | Drove from Shaw High School, LA to Pensacola, FL. |
| 2/9/2023 | G. Lim | 1.2 | Drove from Shaw property, LA to Mobile, AL. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**1070.00 Billable Travel**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/12/2023 | M. Babcock | 2.6 | Traveled from SLC to New Orleans in order to participate in mediation [Billed at 50%]. |
| 2/12/2023 | P. Shields | 2.4 | Traveled from Salt Lake City to New Orleans in connection with participation at in person mediation (Billed at 50%). |
| 2/12/2023 | P. Shields | 1.3 | Continued to travel from Salt Lake City to New Orleans in connection with participation at in person mediation (Billed at 50%). |
| 2/12/2023 | M. Babcock | 1.1 | Continued to travel from SLC to New Orleans in order to participate in mediation [Billed at 50%]. |
| 2/15/2023 | P. Shields | 2.9 | Travel from New Orleans to Salt Lake City in connection with participation at in person mediation (Billed at 50%). |
| 2/15/2023 | M. Babcock | 2.9 | Traveled from New Orleans to SLC after conclusion of mediation [Billed at 50%]. |
| 2/15/2023 | P. Shields | 0.4 | Continued to travel from New Orleans to Salt Lake City in connection with participation at in person mediation (Billed at 50%). |
| 2/15/2023 | M. Babcock | 0.4 | Continued to travel from New Orleans to SLC after conclusion of mediation [Billed at 50%]. |

*Task Code Total Hours*     *20.0*

**Total Hours**     **683.4**

# EXHIBIT D

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 2/1/2023 through 2/28/2023

| Expense Category | Amount |
| --- | ---: |
| 01. Travel - Airline | $767.10 |
| 05. Travel - Tolls | $5.00 |
| 06. Travel - Mileage | $377.35 |
| 07. Travel - Parking | $16.48 |
| 08. Travel - Hotel/Lodging | $2,376.61 |
| 10. Meals | $533.92 |
| 12. Publications | $250.00 |
| 22. Subcontracted Services | $4,951.70 |
| **Total Expenses for the Period 2/1/2023 through 2/28/2023** | **$9,278.16** |

# EXHIBIT E

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Exhibit E: Expense Detail**

For the Period 2/1/2023 through 2/28/2023

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **01. Travel - Airline** | | | |
| 2/12/2023 | M. Babcock | $767.10 | Economy roundtrip airfare (Salt Lake City / New Orleans) in order to participate in mediation. |
| *Expense Category Total* | | *$767.10* | |
| **05. Travel - Tolls** | | | |
| 2/8/2023 | G. Lim | $5.00 | Toll while traveling for properties review. |
| *Expense Category Total* | | *$5.00* | |
| **06. Travel - Mileage** | | | |
| 2/8/2023 | D. Green | $177.92 | Mileage for property inspection travel, Feb 6th - Feb 8th (271.64 miles) Pensacola, FL to New Orleans, LA. |
| 2/9/2023 | D. Green | $199.43 | Mileage for property inspection travel, Feb 8th - Feb 9th (304.47 miles) New Orleans to Pensacola, FL. |
| *Expense Category Total* | | *$377.35* | |
| **07. Travel - Parking** | | | |
| 2/7/2023 | D. Green | $16.48 | Parking for St. Louis Cathedral Inspections in New Orleans. |
| *Expense Category Total* | | *$16.48* | |
| **08. Travel - Hotel/Lodging** | | | |
| 2/9/2023 | D. Green | $731.28 | Hotel for 3 nights in New Orleans for property inspection travel. |
| 2/9/2023 | D. Green | $225.27 | Hotel in New Orleans for 2/8/2023 - 2/9/2023 for P. Bough during property review travel. |
| 2/9/2023 | G. Lim | $740.02 | Hotel in New Orleans for 3 nights while traveling for properties review. |
| 2/15/2023 | M. Babcock | $680.04 | Three nights lodging (2/12 - 2/15) in New Orleans in order to participate in mediation. |
| *Expense Category Total* | | *$2,376.61* | |
| **10. Meals** | | | |

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **10. Meals** | | | |
| 2/6/2023 | D. Green | $106.75 | Dinner in New Orleans for D. Green, G. Lim during property inspection travel. |
| 2/6/2023 | D. Green | $46.03 | Lunch in New Orleans for property inspections for D. Green, G. Lim. |
| 2/7/2023 | D. Green | $105.01 | Dinner in New Orleans during property inspection trips for D. Green, G. Lim. |
| 2/7/2023 | D. Green | $58.21 | Lunch during property inspection trips for D. Green, G. Lim. |
| 2/8/2023 | D. Green | $108.60 | Dinner in New Orleans for P. Bough, D. Green, G. Lim. |
| 2/9/2023 | G. Lim | $31.00 | Dinner in New Orleans for G. Lim, D. Green while traveling for properties review. |
| 2/9/2023 | D. Green | $66.32 | Lunch in New Orleans for D. Green, G. Lim during property inspection travel. |
| 2/17/2023 | M. Babcock | $12.00 | Dinner on flight from Salt Lake City to New Orleans in order to participate in mediation for M. Babcock. |
| *Expense Category Total* | | *$533.92* | |
| **12. Publications** | | | |
| 2/3/2023 | N. Zeien | $250.00 | Purchase of publication related to asset analysis. |
| *Expense Category Total* | | *$250.00* | |
| **22. Subcontracted Services** | | | |
| 2/28/2023 | BRG Direct | $4,951.70 | EVB Exceptional Resources LLC - Subcontracted Services for February 2023. |
| *Expense Category Total* | | *$4,951.70* | |
| **Total Expenses** | | **$9,278.16** | |

Berkeley Research Group, LLC

Invoice for the 2/1/2023 - 2/28/2023 Period

# EXHIBIT F

# EVB Exceptional Resources LLC

# INVOICE

1270 Burning Tree Lane
Winter Park, FL 32792
(321) 279-9360

**DATE:** March 3, 2022
**INVOICE #** EVB-023
**FOR:** Matter 47526 only

**BILL TO:**
Berkeley Research Group
2200 Powell Street, Suite 1200
Emeryville, CA 94608

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|
| 2/2/23 - Participate in call with BRG team (MB, KB) and counsel (BK, RK) to discuss site visit priorities and process. Counsel (BK/RK) partial attendance). (Task #1020) | 1.4 | $212.50 | $ 297.50 |
| 2/2/23 - Participate in inspection coordination call with BRG (MB, KB) and Dundon (TR, TS) to finalize property inspection plan and logistics. (Task #1020) | 0.5 | $212.50 | $ 106.25 |
| 2/2/23 - Participate in follow up call with KB to finalize preferred list of properties to inspect and send to BRG (MB) and Dundon for review. (Task #1020) | 0.5 | $212.50 | $ 106.25 |
| 2/3/23 - Call with Dundon (TR, TS) to discuss site visit priorities and finalize site visit list. (Task #1020) | 0.6 | $212.50 | $ 127.50 |
| 2/3/23 - Call with MB to review site visit plan. (Task #1020) | 0.5 | $212.50 | $ 106.25 |
| 2/6/23 - One half travel time to New Orleans for property site visits. (Task #1070) | 1.5 | $212.50 | $ 318.75 |
| 2/6/23 - Initial site visit meeting with BRG (DG, WL), D-L (JG, RD, BL), Dundon (TS,TR), and Archdiocese representative (KZ). (Task #1020) | 1.0 | $212.50 | $ 212.50 |
| 2/6/23 - Site visit to review property condition at Cenacle Retreat House. (Task #1020) | 1.5 | $212.50 | $ 318.75 |
| 2/6/23 - Site visit to review property condition at St. Therese School. (Task #1020) | 1.0 | $212.50 | $ 212.50 |
| 2/8/23 - Site visit to review property condition at Pope John Paul II School. (Task #1020) | 1.5 | $212.50 | $ 318.75 |
| 2/8/23 - Site visit to review property condition at St. Dymphna Church. (Task #1020) | 1.2 | $212.50 | $ 255.00 |
| 2/8/23 - Site visit to review property condition at St. Lawrence Parish. (Task #1020) | 2.3 | $212.50 | $ 488.75 |
| 2/8/23 - Site visit to review property condition at Blessed Trinity Parish. (Task #1020) | 1.50 | $212.50 | $ 318.75 |
| 2/8/23 - Site visit to review property condition at St. James Major Parish and adjacent School. (Task #1020) | 1.50 | $212.50 | $ 318.75 |
| 2/9/23 - One half of return travel time to Orlando following property site visits. (Task #1070) | 1.40 | $212.50 | $297.50 |
| 2/9/23 - Call with MB to review site visit observations and information gleaned from ANO and D-L. (Task #1020) | 0.40 | $212.50 | $ 85.00 |
| 2/15/23 - Conference call with BRG staff (DG, WL) to review progress on site observation entries into master spreadsheet. (Task #1020) | 0.50 | $212.50 | $ 106.25 |
| 2/21/23 - Call with MB and KB to discuss prior week's mediation, status on documentation of building conditions, and initial opinions on deferred maintenance estimates. (Task #1020) | 0.50 | $212.50 | $ 106.25 |
| 2/6/23 - Travel from Orlando to New Orleans - Airfare (Spirit). (Task #1070) | EXP | $327.89 | $ 327.89 |
| 2/6/23 - Uber from New Orleans Airport to Meeting Site. (Task #1070) | EXP | $31.20 | $ 31.20 |
| 2/7/23 - Hotel in New Orleans. (Task #1070) | EXP | $257.40 | $ 257.40 |
| 2/9/23 - Uber to New Orleans Airport. (Task #1070) | EXP | $22.98 | $ 22.98 |
| 2/9/23 - Return Flight to Orlando (Frontier). (Task #1070) | EXP | $170.98 | $ 170.98 |
| 2/9/23 - Orlando Airport Parking. (Task #1070) | EXP | $40.00 | $ 40.00 |
| | | **TOTAL** | $ 4,951.70 |

Make all checks payable to EVB Exceptional Resources LLC.

**THANK YOU FOR YOUR BUSINESS!**

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing *Application* to be served on March 28, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on March 28, 2023.

*/s/ Nancy H Brown*
Nancy H. Brown