**EXHIBIT A**

| Ordinary Course Professional | Description of Services | Fess & Expenses Paid October | Fees & Expenses Paid November | Fees & Expenses Paid December | Fees & Expenses Paid January | Total Paid October - January | Total Paid To Date |
|---|---|---|---|---|---|---|---|
| Arthur J. Gallagher & Co. | Employee Benefit & Consulting Services | $26,723.33 | $26,723.33 | $26,723.33 | $26,723.33 | $106,893.32 | $841,755.60 |
| Bourgeois Bennet | - | - | - | - | - | - | $28,600.00 |
| Capitelli and Wicker | Legal Services | - | - | - | $12,160.00 | $12,160.00 | $52,607.33 |
| Denechaud & Denechaud, LLC | Legal Services | $28,337.76 | $29,275.05 | $28,306.59 | $29,518.64 | $115,438.04 | $924,878.13 |
| The Ehrhardt Group | Corporate Communications Consulting | $10,000.00 | $10,000.00 | $10,000.00 | $21,800.00 | $51,800.00 | $291,800.00[1] |
| Jones Fussell, LLP | Legal Fees | - | - | $60.00 | $390.00 | $450.00 | $3,307.30 |
| Kinney, Ellinhausen, Richard & Deshazo | Legal Fees | 2,458.00 | $6,074.50 | - | $2,957.50 | $11,490.00 | $170,295.55 |
| Law Offices of Malvern C Burnett APLC | Legal Fees – Immigration | $2,000.00 | - | - | - | $2,000.00 | $62,500.00 |
| The McEnery Company[2] | Real Estate Services | $12,000.00 | - | - | - | $12,000.00 | $117,446.00 |
| White Oak Consulting | Leadership Development Consulting Services | - | $280.00 | $5,566.00 | - | $5,846.00 | $67,563.25 |
| Roedel Parsons Koch Blache Balhoff & McCollister | | - | - | - | - | - | - |

---

[1] Direct costs for Bar Date Publication Notice Program ($400,000.00) excluded and otherwise approved by the Bar Date Order [ECF No. 461].

[2] Pursuant to section 327 of the Bankruptcy Code, The McEnery Company is retained as an Ordinary Course Professional to provide real estate appraisal services to the Debtor [ECF No. 284]. The McEnery Company has also been retained pursuant to sections 327 and 328 of the Bankruptcy Code as a real estate consultant [ECF No. 1281] and a real estate broker [ECF No. 1282]. In connection with its role as an Ordinary Course Professional, The McEnery Company has rendered real estate appraisal services in the amount of $117,446.00. It also continues to render services to the Debtor in its capacities as real estate consultant and real estate broker; however, compensation related to these services is not included in this Statement.

#101148200v1

# EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gaudry, Ranson, Higgins & Gremillion LLC | - | - | - | - | - | - | $7,049.55 |
| Juge, Napolitano, Guibeau, Ruli & Frieman | - | - | - | - | - | - | - |
| Berrigan Litchfield, LLC | Legal Services | - | - | $13,262.83 | - | $13,262.83 | $77,156.29 |
| P&N Technologies, LLC | - | - | - | - | - | - | $101,193.72 |
| EGL Consultants, LLC | Archive and Records Management | $420.00 | $3,070.00 | - | $2,900.00 | $6,390.00 | $30,980.00 |
| Post & Schell, P.C. | - | - | - | - | - | - | $6,322.00 |
| Willis Towers Watson US, LLC | - | - | - | - | - | - | $240,975.32 |
| Hammonds, Sills, Adkins, Guice, Noah & Perkins | Legal Services | $1,850.00 | - | $1,265.00 | - | $3,115.00 | $4,517.50 |
| LCG, LLC | - | - | - | - | - | - | $15,474.68 |
| Dupont-LeCorgne Construction Consultants, LLC | - | - | - | - | - | - | $120,383.66 |

#101148200v1