UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                      CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                 SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

DEBTOR                                                    CHAPTER 11

## J.D.P.'S MOTION FOR LEAVE TO FILE
## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOW INTO COURT, through undersigned counsel, comes J.D.P., who respectfully requests that this Honorable Court grant leave to file his Sexual Abuse Survivor Proof of Claim with Donlin Recano & Company, Inc. beyond the March 1, 2021, deadline to file claims.

J.D.P. has prepared a Declaration in Support of her request for leave which is attached as Exhibit "A" for the Court's consideration. J.D.P. will be expeditiously filing his Proof of Claim and can make it available for in *in camera* inspection upon request.

WHEREFORE, J.D.P., respectfully requests that this court grant leave to file his Sexual Abuse Survivor Proof of Claim with Donlin Recano & Company, Inc.

                                                                       **Respectfully submitted:**

                                                                       **SLATER SLATER SCHULMAN, L.L.P.**

                                                                       */s/ Daniel A. Meyer*
                                                                       Daniel A. Meyer (La. Bar # 33278)
                                                                       825 Baronne Street
                                                                       New Orleans, Louisiana 70113
                                                                       Telephone: (504) 334-8522
                                                                       Facsimile: (212) 922-0907
                                                                       Email: dmeyer@sssfirm.com
                                                                       *Attorney for J.D.P.*

CERTIFICATE OF SERVICE

I hereby certify that on this April 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                                                         */s/ Daniel A. Meyer*
                                                         Daniel A. Meyer