UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### DECLARATION OF J.D.P. IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

I, J.D.P., state under penalty of perjury that the following is true and correct:

1. My name is J.D.P. and I reside in New Orleans, Louisiana.

2. I am currently 76 years old.

3. I was a student at Xavier Prep School, a catholic high school in New Orleans, Louisiana, during my 10th grade year, from August 1962 – May 1963. During that year, I was sexually abused by Mr. Nelson Francis, the music teacher and choral director at Xavier. At that time, Xavier Prep was a co-educational school.

4. At school, I was a student in the choir directed by Mr. Francis. Mr. Francis began grooming me early in the school year, and I was given special privileges, including being able to go from one class to another without permission and was allowed to skip class. Mr. Francis would always poke me in the ribs or diaphragm as a way of getting control of me. He would poke other students too.

5. During January or February of 1963, I was involved in a fight with another student on campus. I was sent to the principal to be disciplined, but Mr. Francis intervened on my behalf. As a result of the fight, I was required by the school to do extra tutoring with Mr. Francis at his house. This extra tutoring started shortly after the fight in January or February of 1963. The first

1

time I had private tutoring, I went home from school and walked to Mr. Francis's house. He lived approximately 20 minutes from my house. When I got to Mr. Francis's house, he took me into a side room on the first floor and poked me in the diaphragm with his fingers, which made me lean over. He then began rubbing me, which escalated to fondling my genitals, first over the clothes, and then under the clothes.

6. After this first incident of sexual abuse, I continued to see Mr. Francis in school and remained required to attend extra tutoring at his house. The second time I had tutoring, Mr. Francis took me into the back room at his house and had penetrative sex with me. This penetrative sex occurred on another seven – ten occasions over the course of the Spring semester in 1963.

7. During the time I was being sexually abused, Mr. Francis continued to poke me in the diaphragm at school, which was painful, and I understood as grooming behavior, in that he was taking control of me.

8. Towards the end of the school year, I asked my parents to let me attend a new school the next year, and they agreed to let me go to Booker T. Washington High School in New Orleans, where I finished high school. I never told them what happened to me with Mr. Francis.

9. It is my understanding that Mr. Francis is or was an employee and/or servant of the Archdiocese of New Orleans.

10. The relationship between Mr. Francis and I resulted in genital fondling and penetrative sex, as described above.

11. The grooming acts with my abusers took place within Xavier Prep and the sexual encounters took place at Mr. Francis's home, where I was required to travel to by my school.

12. It is my belief that the Roman Catholic Church of the Archdiocese of New Orleans was aware, or became aware, of the relationship,

2

13. The sexual abuse caused me to suffer from psychological issues such as anxiety and depression, and causes me to relive the experience of being abused daily.

14. I did not know of the sexual abuse lawsuits, or bankruptcy filing by the Archdiocese of New Orleans, until November 28, 2022.

15. I was not aware of any deadline to file sexual abuse survivor claims into the bankruptcy proceeding until after I sought legal counsel on my claim on November 28, 2022.

16. I received no actual notice of the Archdiocese of New Orleans' filing bankruptcy or of the claims bar date at any time prior to November 28, 2022.

17. I ask that the Court consider my lack of notice in rendering its decision on whether to allow my Sexual Abuse Survivor Proof of Claim to be filed with Donlin Recano & Company, Inc., beyond the March 1, 2021, deadline to file claims and/or in ordering any fair, just, or equitable relief.

**DECLARATION**

I declare, pursuant to 26 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge. and belief.

Dated: April 24, 2023.

SWORN AND SUBSCRIBED BEFORE ME,
NOTARY PUBLIC, 24 DAY OF APRIL, 2023.

_____
Notary Public

Daniel A. Meyer
Notary Public # 92662
Lifetime Commission

3