UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE ROMAN CATHOLIC     CIVIL ACTION
CHURCH OF THE ARCHDIOCESE
OF NEW ORLEANS     NO: 22-4552

(Bankruptcy No. 20-10846)     SECTION: T (1)

## ORDER

I do not believe disqualification pursuant to 28 U.S.C. § 455 is mandated, and no party has filed a motion to disqualify me pursuant to 28 U.S.C. § 144; however, balancing my duty to decide the case with my duty to consider self-recusal if appropriate, I have decided to recuse myself from this matter in order to avoid any possible appearance of personal bias or prejudice.

New Orleans, Louisiana this 1st day of May, 2023.

**REALLOTTED TO**
**SECT. M**
May 2, 2023

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE