UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF  SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

DEBTOR  CHAPTER 11

## DECLARATION OF G.S. IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

I, G.S., state under penalty of perjury that the following is true and correct:

1. My name is G.S. and I reside in Baton Rouge, Louisiana.

2. I am currently 34 years old.

3. I attended church at Blessed Sacrament-St. Joan of Arc Roman Catholic Church, in New Orleans, Louisiana, for six years, beginning when I was seven years old, in 1995. I also attended school at St. Joan of Arc, which school was affiliated with the church. During that time, I was sexually abused by the Priest at St. Joan of Arc, Father Peter C. Weiss. Father Peter Weiss worked as the main priest and chaplain at St. Joan of Arc Roman Catholic Church.

4. During the Spring on 1996, when I was seven years old, I was serving as an altar boy at St. Joan of Arc Roman Catholic Church under Father Peter Weiss. On a Sunday (I believe this was in April 1996), Father Peter Weiss exposed his penis to me while I was changing out of my robe after mass. We were in the rectory between services, and as I was pulling the gown over my head, Father Weiss exposed his penis. He asked me if "I liked what I saw", referencing his exposed penis. We did not discuss what happened.

5. Later that same Spring, around May 1996, I was at a Saturday altar boy "practice" with Father Weiss and the other altar boys at St. Joan of Arc. On that date, at the end of practice,

1

I was changing clothes in the rectory and Father Weiss touched my genitals over the clothes. He was talking to me and seeing how I would react. On a third occasion, a couple of months later, in the Fall of 1996 (I believe this was September 1996), I was disrobing in the rectory and Father Weiss came in and fondled my genitals under the clothes. This incident also occurred in the church rectory.

6. After that third incident, I started going to Church on Saturdays and avoiding Father Weiss. However, several months later, in February 1997, I was at Church on a Sunday with Father Weiss, and we again became alone together in the rectory after services. He started to touch my genitals under the clothes and seemed to be trying to escalate to a sexual encounter. I resisted Father Weiss's advances and Father Weiss threatened me and said I would go to hell if I told anyone about the abuse. There was no further touching after that fourth incident.

7. Many years later, I was a student at St. Augustine, and Father Weiss was my theology teacher in high school. This experience was very difficult for me, and it was hard to be around the person who abused me as a child.

8. It is my understanding that Father Peter Weiss is or was an employee and/or servant of the Archdiocese of New Orleans.

9. The relationships between Father Peter Weiss and I resulted in genital fondling and unwanted touching, described above.

10. The sexual encounters with Father Peter Weiss and I took place within the rectory at Blessed Sacrament / St. Joan of Arc Roman Catholic Church, in New Orleans, Louisiana.

11. It is my belief that the Roman Catholic Church of the Archdiocese of New Orleans was aware, or became aware, of the relationship.

12. The sexual abuse caused me to suffer from psychological issues such as anxiety

and depression along with feelings of worthlessness. The sexual abuse also had an effect on my intimate relationships.

13. I did not know of the sexual abuse lawsuits, or bankruptcy filing by the Archdiocese of New Orleans, until May 2, 2023.

14. I was not aware of any deadline to file sexual abuse survivor claims into the bankruptcy proceeding until after I sought legal counsel on my claim on May 2, 2023.

15. I received no actual notice of the Archdiocese of New Orleans' filing bankruptcy or of the claims bar date at any time prior to May 2, 2023.

16. I ask that the Court consider my lack of notice in rendering its decision on whether to allow my Sexual Abuse Survivor Proof of Claim to be filed with Donlin Recano & Company, Inc., beyond the March 1, 2021, deadline to file claims and/or in ordering any fair, just, or equitable relief.

## DECLARATION

I declare, pursuant to 26 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge. and belief.

Dated: May 11, 2023.

SWORN AND SUBSCRIBED BEFORE ME,
NOTARY PUBLIC, 11TH DAY OF MAY, 2023.

_____
Notary Public

Daniel A. Meyer
Notary Public # 92662
Lifetime Commission

3