UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHODIOCES OF NEW ORLEANS | SECTION "A" |
| *Debtor* [1] | CHAPTER 11 |

**LIMITED RESPONSE TO DEBTOR'S EXPEDITED MOTION TO APPROVE TRANSACTIONS ANCILLARY TO SALE OF NON-ESTATE PROPERTY AND TO APPROVE A RELATED SETTLEMENT**

**NOW INTO COURT,** through undersigned counsel, comes the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") appointed in the above-captioned chapter 11 bankruptcy case of the Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), who respectfully responds (this "Limited Response") to the *Debtor's Expedited Motion to Approve Transactions Ancillary to Sale of Non-Estate Property and to Approve a Related Settlement* [Doc. No. 2312] (the "Motion") as follows:

1. Through the Motion, the Debtor seeks approval of certain aspects of a sale of non-Debtor Affiliates' property affecting the Debtor and authority to execute that certain related *Cancellation of Guaranty*, *Request to Cancel*, and *Release by Obligee of Record of Mortgage or Privilege* (the "Requested Relief")

2. The Commercial Committee has worked closely and cooperatively with the Debtor and other parties in interest since last August to understand the structure of the Transactions[2] - through their various iterations over such time - in the hope of ultimately being

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not defined herein are intended to have the same meaning ascribed to them in the Motion.

able to support such Transactions as being in the best interest of the Estate.

3. A late-added wrinkle to the transaction is the $6 million Affiliate Loan,[3] which the Commercial Committee understands was negotiated to shore up a cash deficit on the SAG/NDHS side of the ledger at closing and is to be repaid by SAG/NDHS to the Debtor's affiliate from the anticipated proceeds from FEMA claims expected to be received post-closing. The Commercial Committee is informed that the affiliate is the Catholic Charities and that it will withdraw from Portfolio A some or all of the $6 million in order to fund its Affiliate Loan.

4. The Commercial Committee recognizes the benefits that the transaction - as currently structured - offers the Estate, namely alleviation of approximately $41 million in contingent liability and substantial monthly costs, and is generally supportive of the Requested Relief and concluding the transaction – inclusive of the Affiliate Loan.

5. The Commercial Committee has asked for certain language to be added to the proposed order, including without limitation, language making clear that upon repayment of the Affiliate Loan the affiliate will refund to Portfolio A all funds withdrawn from such fund to facilitate the Affiliate Loan.

6. The Commercial Committee files this Limited Response to (a) preserve its oversight and approval of any eventual proposed order, (b) reserve its rights as to any further modifications to the transaction and related documents (which it recognizes is an ever-moving target), and (c) voice its support of the presently configured transaction and Requested Relief.

---

[3] "An affiliate of NDHS and SAG has provided a loan in the principal amount of $6,000,000 to enable NDHS and SAG to pay in full their respective obligations owed to the Debtor, as well as the SAG-Whitney Debt and NDHS-Whitney Debt, in connection with the closing. The Debtor is not obligated in any way on this loan." Doc. # 2312 at p. 8.

**WHEREFORE,** the Commercial Committee prays that this Court consider the substance of this Response, and for all general and equitable relief to which it is justly entitled.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Paul D. Stewart, Jr.*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*