UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § § | |
| | § | |

**JOINT COMBINED WITNESS AND EXHIBIT LIST OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH THE EVIDENTIARY HEARING SCHEDULED FOR JUNE 26, 2023 AT 10:30 A.M.**

**NOW INTO COURT**, through undersigned counsel, come The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), and the Official Committee of Unsecured Creditors (the "**Committee**"), who hereby submit this *Joint Combined Witness and Exhibit List* for the evidentiary hearing currently scheduled in the above-captioned chapter 11 case (the "**Chapter 11 Case**") for June 26, 2023 at 10:30 a.m. (the "**Hearing**") on the *Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order* [ECF No. 804] (the "**Motion**"), in accordance with the Court's May 26, 2023 *Order* [ECF No. 2300] (the "**Scheduling Order**").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

133565536v.1
#101403482v6

## WITNESSES

**Will Call**

1. **Sarah C. McDonald** – Director of Communications for the Archdiocese

2. **William Kearney** – Senior Vice President of The Ehrhardt Group, Inc.

**May Call**

3. **Susan A. Zeringue** – General Counsel for the Archdiocese[2]

## EXHIBITS

| Joint Exhibits | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Joint Ex. 1 | Archdiocese's ESI Privilege Log Entries Disputed by the Committee [ECF No. 2261-1] | Y | N | |
| Joint Ex. 2 | Declaration of Sarah C. McDonald [ECF No. 2261-2] | Y | Hearsay (Committee) | |
| Joint Ex. 3 | Declaration of William Kearney [ECF No. 2261-3, pp. 1-3] | Y | Hearsay– (Committee) | |
| Joint Ex. 4 | The Ehrhardt Group, Inc.'s Letter of Agreement for Professional Services [ECF No. 2261-3, pp. 4-5] | Y | N | |
| Joint Ex. 5 | Email Chain Between Debtor Counsel and Committee Counsel culminating in March 14, 2023 (4:10 p.m.) Email with Attachment | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 6 | The Ehrhardt Group, Inc.'s Website Excerpts | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 7 | ANO ESI (20- 10846)_PRIV_00000047- Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 8 | ANO ESI (20- 10846)_PRIV_00000046 - Privileged communication between | Y | The Debtor reserves the | |

---

[2] The Debtor does not waive attorney-client privilege.

2

| | | | | |
|---|---|---|---|---|
| | Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | | right to assert any objections. | |
| Joint Ex. 9 | ANO ESI (20-10846)_PRIV_00000041 - Privileged communication between Archdiocese's counsel and allegations and/or pending or Archdiocese's PR consultant regarding potential litigation | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 10 | ANO ESI (20-10846)_PRIV_00000042 - Privileged communication between Archdiocese's counsel and allegations and/or pending or Archdiocese's PR consultant regarding potential litigation | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 11 | ANO ESI (20-10846)_PRIV_00000035- Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 12 | ANO ESI (20-10846)_PRIV_00000040 – Attorney Client; Work Product | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 13 | ANO ESI (20-10846)_PRIV_00000053 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding settlements and lawsuits. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 14 | ANO ESI (20- 10846)_PRIV_00000056 - Privileged communication between Archdiocese's counsel and allegations and/or pending or Archdiocese's PR consultant regarding potential litigation | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 15 | ANO ESI (20-10846)_PRIV_00000028 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 16 | ANO ESI (20- 10846)_PRIV_00000009 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 17 | ANO ESI (20- 10846)_PRIV_00000055 - Privileged communication between Archdiocese's counsel and Archdiocese's | Y | The Debtor reserves the right to assert | |

3

| | | | |
|---|---|---|---|
| | PR consultant regarding allegations and/or pending or potential litigation. | | any objections. |
| Joint Ex. 18 | ANO ESI (20- 10846)_PRIV_00000038 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 19 | ANO ESI (20- 10846)_PRIV_00000043 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 20 | ANO ESI (20- 10846)_PRIV_00000058 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultants regarding settlements and lawsuits. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 21 | ANO ESI (20- 10846)_PRIV_00000039 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding lawsuits. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 22 | ANO ESI (20- 10846)_PRIV_00000004 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding bankruptcy. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 23 | ANO ESI (20-10846)_00052113 | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 24 | ANO ESI (20-10846)_00052114 | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 25 | ANO ESI (20-10846)_00052115 | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 26 | ANO ESI (20- 10846)_PRIV_00000051 - Privileged communication between Archdiocese's counsel and Archdiocese's | Y | The Debtor reserves the right to assert |

4

| | | | | |
|---|---|---|---|---|
| | PR consultant regarding allegations and/or pending or potential litigation. | | any objections. | |
| Joint Ex. 27 | ANO ESI (20- 10846)_PRIV_00000002 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 28 | ANO ESI (20- 10846)_PRIV_00000001 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 29 | ANO ESI (20- 10846)_PRIV_00000005 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 30 | ANO ESI (20- 10846)_PRIV_00000050 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 31 | ANO ESI (20- 10846)_PRIV_00000027 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 32 | ANO ESI (20- 10846)_PRIV_00000052 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and/or pending or potential litigation. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 33 | ANO ESI (20- 10846)_PRIV_00000032 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations and settlements. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 34 | ANO ESI (20- 10846)_PRIV_00000007 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding allegations. | Y | The Debtor reserves the right to assert any objections. | |
| Joint Ex. 35 | ANO ESI (20- 10846)_PRIV_00000059 - Privileged communication between Archdiocese's counsel and Archdiocese's | Y | The Debtor reserves the right to assert | |

| | | | |
|---|---|---|---|
| | PR consultant regarding allegations and/or pending or potential litigation. | | any objections. |
| Joint Ex. 36 | ANO ESI (20- 10846)_PRIV_00000006 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding pending lawsuit. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 37 | ANO ESI (20- 10846)_PRIV_00000003 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding bankruptcy. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 38 | ANO ESI (20- 10846)_PRIV_00000008 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding bankruptcy. | Y | The Debtor reserves the right to assert any objections. |
| Joint Ex. 39 | ANO ESI (20- 10846)_PRIV_00000031 - Privileged communication between Archdiocese's counsel and Archdiocese's PR consultant regarding settlements. | Y | The Debtor reserves the right to assert any objections. |

Dated: June 21, 2023

Respectfully submitted,

*/s/ Allison B. Kingsmill*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
ALLISON B. KINGSMILL (#36532)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: akingsmill@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

-AND-

*/s/ Jason M. Cerise*
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
Jason M. Cerise (La #28526)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: rkuebel@lockelord.com
 bknapp@lockelord.com

-and-

James I. Stang (CA Bar No. 94435)
(admitted pro hac vice)
Andrew W. Caine (CA Bar No. No.110345)
(admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

***Co-Counsel to the Official Committee of Unsecured Creditors***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Joint Combined Witness and Exhibit List* is being served (a) on June 21, 2023 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system; and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Allison B. Kingsmill*
Allison B. Kingsmill