**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: ) ) | |
| THE ROMAN CATHOLIC CHURCH OF ) THE ARCHDIOCESE OF NEW ) ORLEANS ) ) DEBTOR.[1] ) ) | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") filed the following:

- *Application for Entry of an Order Authorizing the Retention and Employment of Actuarial Value, LLC, as Actuarial Advisor to the Official Committee of Unsecured Creditors Effective as of June 1, 2023* [ECF Docket # 2351] on June 29, 2023.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **July 20, 2023 at 1:30 P.M. Central Daylight Time** in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or by telephone – Dial-in Number: 1-504-517-1385; Conference Code: 129611. Parties in interest are directed to the Court's General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Applications, you must file a written objection no later than seven (7) days before the hearing date.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

133608071v.3

You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Applications as unopposed and grant the relief requested.

Dated: June 29, 2023

Respectfully submitted,

By: /s/ Bradley C. Knapp
Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
       rkuebel@lockelord.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Counsel to the Official Committee of Unsecured Creditors*

133608071v.3

**CERTIFICATE OF SERVICE**

      I hereby caused a true and correct copy of the foregoing *Notice* to be served on June 29, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid on March 28, 2023.

    */s/ Bradley C. Knapp*
    Bradley C. Knapp

133608071v.3