UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § § § § § § § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | | Section "A" |
| | | Chapter 11 |
| Debtor.[1] | | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Now into Court, jointly come Heller Draper & Horn, L.L.C. ("Heller Draper") and Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), on behalf of Second Harvest Food Bank of Greater New Orleans and Acadiana ("Second Harvest"), who request that Baker Donelson be substituted as counsel solely for Second Harvest. In support of this Motion, movers aver:

1. The Roman Catholic Church of the Archdiocese of New Orleans filed for relief pursuant to Chapter 11 of the United States Bankruptcy Code on May 1, 2020.

2. On the 4th day of May 2020, Heller, Draper, Patrick, Horn & Manthey, L.L.C.[2] ("Firm") filed a *Notice of Appearance and Request for Notice* [Dkt. #39] on behalf of the parties identified in the *Verified Statement of the Apostolates Under Bankruptcy Rule 2019* ("2019 Statement") filed by the Firm [Dkt. #40].

3. The 2019 Statement and amendments thereto have been filed by the Firm which lists the entities on whose behalf the Firm filed a Notice of Appearance.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] The Firm is now known as Heller, Draper & Horn, L.L.C.

{00380556-5}

4. On June 16, 2023, attorneys in the firm of Baker Donelson filed a *Notice of Appearance and Request for Notice* [Dkt. # 2335] on behalf of Second Harvest which had the effect of withdrawing Second Harvest from the group of entities represented by the Firm and known as the Apostolates.

5. Heller Draper will file an Amended 2019 Statement that reflects that Second Harvest is no longer represented by the Firm and a member of the Apostolates.

6. Second Harvest has no objection to the granting of this Motion.

**WHEREFORE,** Heller Draper & Horn, L.L.C. and Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. request that this Court enter an Order enrolling Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. to serve of counsel of record in the above matter in lieu of Heller Draper & Horn, L.L.C. solely for Second Harvest Food Bank of Greater New Orleans and Acadiana.

July 26, 2023

Respectfully submitted:

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
E-mail:ddraper@hellerdraper.com
E-mail:lcollins@hellerdraper.com

*Attorneys for the Apostolates*

{00380556-5}

/s/Jan M. Hayden
Jan M. Hayden (Bar # 6672)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-8645
Facsimile: (504) 636-4000
E-mail: jhayden@bakerdonelson.com

*Attorney for Second Harvest Food Bank of Greater New Orleans and Acadiana*

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, hereby certify that a copy of the above and foregoing has been served on July 26, 2023, upon the following parties via this Court's electronic notification system as follows:

- **Christine W. Adams**  cadams@deshazoadams.com
- **A. Brooke Watford Altazan**  baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **William Harrell Arata**  billarata@aratalaw.net
- **David Winston Ardoin**  david@amotriallawyers.com, renee@amotriallawyers.com
- **Laura F. Ashley**  lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com
- **John Baay**  jbaay@glllaw.com, myoung@glllaw.com
- **Jerry Beatmann**  jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- **Alicia M. Bendana**  abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
- **Richard A. Bordelon**  rbordelon@denechaudlaw.com
- **Derek T Braslow**  derek@kbaattorneys.com
- **Brandon A. Brown**  bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Joseph M. Bruno**  jbruno@brunobrunolaw.com, Don@brunobrunolaw.com
- **Steven Bryant**  steven.bryant@lockelord.com
- **Elwood F. Cahill**  ecahill@shergarner.com
- **Andrew William Caine**  acaine@pszjlaw.com
- **Deborah J Campbell**  deborah.campbell@dentons.com
- **Jamie Dodds Cangelosi**  jcangelosi@stewartrobbins.com, jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Linda F Cantor**  lcantor@pszjlaw.com
- **Ryan J Cavanaugh**  ryan@constantllp.com
- **Desiree M. Charbonnet**  desi@charbonnetlawfirm.com

{00380556-5}

- **William G. Cherbonnier**  wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- **Everett J. Cygal**  ecygal@schiffhardin.com
- **Scott Edward Delacroix**  scottdelacroixlaw@gmail.com
- **John H. Denenea**  jdenenea@midcitylaw.com, wdominguez@midcitylaw.com
- **Ross J. Donnes**  rdonnes@tcmlawoffice.com
- **Eva J. Dossier**  ejd@stanleyreuter.com
- **Douglas S. Draper**  ddraper@hellerdraper.com, vgamble@hellerdraper.com
- **Christopher F Edmunds**  chrisedmundslaw@gmail.com
- **John Douglas Elrod**  elrodj@gtlaw.com
- **Joseph Mark Fisher**  mfisher@schiffhardin.com
- **Hayley Jane Franklin**  hfranklin@stewartrobbins.com
- **Elizabeth J. Futrell**  efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com
- **Amanda Burnette George**  Amanda.B.George@usdoj.gov
- **Jeremy Gettes**  jgettes@chehardy.com
- **William P. Gibbens**  billy@semmlaw.com, terri@semmlaw.com
- **Soren Erik Gisleson**  sgisleson@hhkc.com, jchauvin@hhkc.com
- **Brodie Glenn**  bglenn@bradleyfirm.com
- **Alan H. Goodman**  alan.goodman@bswllp.com, moorek@bswllp.com
- **Rochelle Guiton**  rochelle@dmillerlaw.com
- **Stephen Haedicke**  stephen@haedickelaw.com
- **Jan Marie Hayden**  jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com
- **Ashley J. Heilprin**  ashley.heilprin@phelps.com
- **Evan Park Howell**  ehowell@ephlaw.com
- **Stephen Michael Huber**  stephen@huberthomaslaw.com
- **Sara Hunkler**  shunkler@ruggerilaw.com
- **Amelia L. Hurt**  amelia.hurt@kellyhart.com
- **Wayne J. Jablonowski**  wjjlaw@bellsouth.net
- **Annette W Jarvis**  jarvisa@gtlaw.com
- **Lillian Jordan**  ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com;fcardona@donlinrecano.com
- **Benjamin Kadden**  bkadden@lawla.com, mnguyen@lawla.com
- **Allison Kingsmill**  akingsmill@joneswalker.com
- **Bradley C. Knapp**  bknapp@lockelord.com, AutoDocket@LockeLord.com
- **Dylan K. Knoll**  dknoll@denechaudlaw.com
- **Omer F. Kuebel**  rkuebel@lockelord.com, Yamille.Harrison@lockelord.com
- **Heather A. LaSalle**  halexis@hinshawlaw.com, lgraff@mcglinchey.com
- **Frank E. Lamothe**  felamothe@lamothefirm.com
- **Julien Guy Lamothe**  jlamothe@lamothefirm.com
- **Mark C. Landry**  mlandry@newmanmathis.com
- **Darryl T. Landwehr**  dtlandwehr@att.net, dtlandwehr@gmail.com
- **Mary S. Langston**  Mary.Langston@usdoj.gov

{00380556-5}

- **Joseph J Lowenthal**    jlowenthal@joneswalker.com
- **Ryan Luminais**    rluminais@shergarner.com
- **Thomas J. Madigan**    tmadigan@shergarner.com
- **Wayne A. Maiorana**    tmaiorana@newmanmathis.com
- **Wilson Lewis Maloz**    wmaloz@lpwsl.com
- **Robert A. Mathis**    rmathis@newmanmathis.com
- **Donald Andrew Mau**    dmau@meliaslaw.com
- **Patrick Maxcy**    patrick.maxcy@dentons.com
- **Collin Roy Melancon**    collin@mmcdlaw.com
- **Gerald Edward Meunier**    gmeunier@gainsben.com, dmartin@gainsben.com
- **Daniel Adam Meyer**    dmeyer@sssfirm.com
- **Allen C. Miller**    allen.miller@phelps.com
- **Mark Mintz**    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- **Jack E Morris**    jem@jemorrislaw.com
- **M. Keith Moskowitz**    keith.moskowitz@dentons.com
- **Colleen A Murphy**    murphyc@gtlaw.com
- **Brandon Naquin**    ban@stanleyreuter.com
- **Samantha Oppenheim**    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- **Swati Parashar**    sparashar@joneswalker.com
- **Dwight C Paulsen**    tpaulsen@bradleyfirm.com
- **Felecia Y Peavy**    felepeavy@juno.com
- **Nancy Peterman**    petermann@gtlaw.com
- **William S. Robbins**    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Craig Robinson**    craig@rlolegal.com
- **Lacey E Rochester**    lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com
- **Nicholas Rockforte**    nicholas@onmyside.com
- **Keith A. Rodriguez**    Krodriguez@keithrodriguez.com
- **Samuel M. Rosamond**    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- **Richard A Rozanski**    richard@rarlaw.net
- **David Rubin**    David.Rubin@butlersnow.com
- **Logan E. Schonekas**    logan@huberthomaslaw.com
- **Glenn K. Schreiber**    glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- **Kristi Schubert**    kschubert@lamothefirm.com
- **Stephen P. Scullin**    scullin@carverdarden.com, baradell@carverdarden.com
- **Peter James Segrist**    segrist@carverdarden.com, clary@carverdarden.com
- **Ryan Seidemann**    seidemannr@ag.louisiana.gov
- **Patrick M. Shelby**    rick.shelby@phelps.com, trisha.crombie@phelps.com
- **Nicholas Smeltz**    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **David M Spector**    dspector@schiffhardin.com

{00380556-5}

- **Richard C. Stanley** rcs@stanleyreuter.com
- **Paul Maury Sterbcow** sterbcow@lksalaw.com
- **Roger Stetter** rastetter47@yahoo.com
- **Paul Douglas Stewart** dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Kaylin Storey** kstorey@truittlaw.com
- **Jameson M. Taylor** jameson@voorhieslaw.com, germaine@voorhieslaw.com
- **Jefferson R. Tillery** jtillery@joneswalker.com
- **Richard Trahant** trahant@trahantlawoffice.com
- **Jack E Truitt** btruitt@truittlaw.com
- **Office of the U.S. Trustee** USTPRegion05.NR.ECF@usdoj.gov
- **R. Patrick Vance** pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- **Richard P Voorhies** Richard@voorhieslaw.com, tosha@voorhieslaw.com
- **David F. Waguespack** waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- **David E. Walle** dwalle@bfrob.com, aadams@bfrob.com
- **John W. Waters** jwaters@bfrob.com, aadams@bfrob.com
- **Michael Watson** mwatson@michaelcwatson.com
- **Regina Wedig** reginawedig@wediglaw.com, rswedig@hotmail.com
- **Edward Dirk Wegmann** dwegmann@joneswalker.com
- **Joshua D Weinberg** jweinberg@ruggerilaw.com
- **Brittany Rose Wolf-Freedman** bwolf@gainsben.com, sburrell@gainsben.com
- **Wayne George Zeringue** wzeringue@joneswalker.com
- **Michael S. Zerlin** mzerlin@netscape.net

        */s/ Douglas S. Draper*
        Douglas S. Draper, La. Bar No. 5073

{00380556-5}