# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **SECTION "A"** |
| | **CHAPTER 11** |
| *Debtor.* | |

## *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"), and undersigned counsel, who respectfully move this Court for Hayley J. Franklin ("Franklin") to be withdrawn as counsel of record to the Commercial Committee. In support, the Commercial Committee and Franklin ("Movants") represent:

1. The Commercial Committee engaged the law firm of Stewart Robbins Brown & Altazan, LLC (the "Firm") to represent it in this matter.

2. Franklin, an associate at the Firm and the Commercial Committee's counsel of record, has recently accepted a position as a judicial law clerk starting September 18, 2023.

3. While Franklin is withdrawing as counsel of record, the Firm and its respective attorneys are continuing representation of the Commercial Committee in this matter. Thus, Franklin's withdrawal will not result in prejudice to any litigants or the administration of justice.

4. Movants respectfully request entry of an order approving Franklin's withdrawal effective no later than Friday, September 15, 2023.

**WHEREFORE**, Movants respectfully request that the Court enter an order substantially in the form attached hereto as **Exhibit "A"** (I) granting the Withdrawal Motion; (II) approving

Franklin's withdrawal as counsel of record to the Commercial Committee; and (III) granting such other relief deemed necessary and just.

                                               Respectfully Submitted by:

                                               **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Hayley J. Franklin*
        Paul D. Stewart, Jr. (La. Bar # 24661)
        dstewart@stewartrobbins.com
        William S. Robbins (La. Bar # 24627)
        wrobbins@stewartrobbins.com
        Brooke W. Altazan (La. Bar # 32796)
        baltazan@stewartrobbins.com
        Hayley J. Franklin (La. Bar # 39186)
        hfranklin@stewartrobbins.com
        301 Main St., Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

        ***Counsel for the Official Committee of Unsecured Commercial Creditors***

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor.* | CHAPTER 11 |

### ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

CONSIDERING the Ex Parte *Motion to Withdraw as Counsel of Record* [P-___] (the "Withdrawal Motion") filed by Hayley J. Franklin ("Franklin") along with the Court's satisfaction that no litigants or parties in interest will be prejudiced by Franklin's withdrawal as counsel of record in this matter given Stewart Robbins Brown & Altazan, LLC's continued representation of the Official Committee of Unsecured Commercial Creditors, the Withdrawal Motion having been properly submitted *ex parte*, and for other good cause appearing therefore:

IT IS ORDERED that the Withdrawal Motion is GRANTED;

IT IS FURTHER ORDERED that Franklin be withdrawn as counsel of record to the Official Committee of Unsecured Commercial Creditors; and

IT IS FURTHER ORDERED that Franklin shall serve this motion on the required parties under the Bankruptcy and Local Rules that will not receive notice through the ECF System and file a certificate of service to that effect within three (3) business days.