## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br><br>                    Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11** |

## NOTICE OF HEARING

Please take notice that on November 14, 2023, at 1:30 p.m. (CST), a hearing in the above-captioned case will be held before United States Bankruptcy Court Judge Meredith S. Grabill on the Motion of Sexual Abuse Survivor David Gordon for Partial Relief from Automatic Stay.  Parties in interest may participate in the hearing (i) in person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video link https://gotomeet.me/JudgeGrabill.

New Orleans, Louisiana, this 11th day of October 2023.

Very truly yours,

S/Roger A. Stetter (LSBA #01614)
4429 Baronne Street
New Orleans LA 70115
(504) 231-6045/rastetter@bellsouth.net
Counsel for Movant, David J. Gordon

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2023, a copy of this document was served via the Court's CM/ECF system.

s/ Roger A. Stetter_____
Roger A. Stetter