# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  
The Roman Catholic Church for the Archdiocese of N  
**Debtor**

**Bankruptcy Case No.:** 20–10846  
**Chapter** 11

## NOTICE OF DEFICIENCY

**To:** Attorney Frank D'Amico

Your **Motion for Relief** is/are deficient for the following reason(s):

Other

Incorrect event code. Please refile. Additionally, Motion requires separately filed Notice of Hearing.

Related document(s):

*2537* – Exparte Motion for Relief from Stay Filed by Frank J D'Amico Jr of Frank J. D'Amico, JR., Aplc on behalf of GA Doe (D'Amico, Frank)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, October 13, 2023.

Heather Rouchon  
U.S.B.C. Clerk's Office