**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, | Section "A" |
| Debtor. | **Chapter 11** |

## <u>NOTICE OF HEARING</u>

Please take notice that on November 14, 2023, at 1:30 p.m. (CST), a hearing in the above-captioned case will be held before United States Bankruptcy Court Judge Meredith S.  Grabill on the Motion of Sexual Abuse Survivor identified as Claim No. ESAS-110 for Partial Relief from Automatic Stay.  Parties in interest may participate in the hearing (i) in person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number  and video link https://gotomeet.me/JudgeGrabill.

New Orleans, Louisiana, this 17th day of October 2023.

Very truly yours,

Adam D. Horowitz, Esq.
Horowitz Law
110 E. Broward Blvd., Suite 1530
Fort Lauderdale, FL 33301
Telephone : 888-283-9922
adam@adamhorowitzlaw.com
*Counsel for Sexual Abuse Survivor ESAS-110*

Jacques F.  Bezou, Jr., Esq.
The Bezou Law Firm
534 E. Boston Street
Covington, LA 70433
Telephone:  985- 892-2111
jb2@bezou.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2023, a copy of this document was served via the Court's CM/ECF system.

*s/ Jacques F. Bezou, Jr.*