**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

**ORDER**

Before the Court is the Ex Parte *Motion for Admission of Counsel To Appear Pro Hac Vice*, (the "Motion"), [ECF Doc. 2541], filed by Jacques F. Bezou, (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Adam D. Horowitz be and is hereby admitted as a visiting attorney *pro hac vice* to the bar of this Court in the above-captioned case for Sexual Abuse Survivor as identified as Claim No. ESAS-110.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 16, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE