## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |

### NOTICE OF HEARING

Please take notice that on November 14, 2023, at 1:30 p.m. (CST), a hearing in the above-captioned case will be held before United States Bankruptcy Court Judge Meredith S. Grabill on the Motions of Sexual Abuse Survivors identified in Rec. Docs. 2570 and 2571 for Partial Relief from Automatic Stay. Parties in interest may participate in the hearing (i) in person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video link https://gotomeet.me/JudgeGrabill.

New Orleans, Louisiana, this 17th day of October 2023.

Respectfully submitted,

S/Soren E. Gisleson
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Motion for Relief from Automatic Stay* to be served on October 17, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on October 17, 2023.

S/Soren E. Gisleson