| Name of Professional | Role | Date of Retention | Fees & Expenses Approved - Current Period | | | Fees & Expenses Approved - Cumulative | | | Fees & Expenses Paid - Current Period | Fees & Expenses Paid - Cumulative | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees & Expenses | Fees | Expenses | Fees & Expenses | | | |
| **Debtor's Bankruptcy Professionals** | | | | | | | | | | | |
| Jones Walker LLP | Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $10,624,518.00 | $282,198.57 | $10,906,716.57 | $621,902.05 | $10,983,358.02 | |
| Blank Rome LLP | Special Insurance Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $698,217.79 | $6,078.44 | $704,296.23 | $72,882.59 | $746,098.09 | |
| Carr, Riggs, & Ingram, LLC | Financial Advisor | 5/1/2020 | $0.00 | $0.00 | $0.00 | $705,552.00 | $2,646.79 | $708,198.79 | $30,839.00 | $717,882.07 | |
| Donlin Recano & Company, Inc. | Claims and Noticing Agent | 5/1/2020 | - | - | $17,929.67 | - | - | $977,402.59 | $17,929.67 | $977,402.59 | |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Consultant | 1/28/2022 | $0.00 | $0.00 | $0.00 | $77,500.00 | $0.00 | $77,500.00 | $0.00 | $50,500.00 | |
| TMC Realty, LLC d/b/a The McEnery Company | Listing Agent (for Howard Avenue and related properties only) | 1/28/2022 | $0.00 | $0.00 | $0.00 | $332,000.00 | $0.00 | $332,000.00 | $0.00 | $332,000.00 | The closing of the sale of the immovable property situated in New Orleans, Louisiana, bearing municipal addresses 1000 Howard Ave. and 1025 Oretha Castle Haley Blvd. (collectively, the "**Howard Avenue Main Site**") occurred on December 30, 2022 pursuant to the terms of the Order dated August 16, 2022 [ECF No. 1726], as amended by the Orders dated November 2, 2022 [ECF No. 1905] and November 14, 2022 [ECF No. 1924] (collectively, the "**Sale Order**"). Paragraph 5 of the Sale Order provides: "Pursuant to the Broker Retention Order, [ECF Doc. 1282], the Debtor is authorized and directed to pay TMC, upon the closing of the Sale, a real estate commission (the "**Commission**") of four percent (4.00%) of the gross amount of the Purchase Price." [ECF No. 1726]. |
| Keegan Linscott & Associates, PC | Financial Advisor | 1/12/2022 | $0.00 | $0.00 | $0.00 | $205,276.50 | $10,480.85 | $215,757.35 | $5,023.00 | $215,757.35 | |
| BRT Energy Advisors, LLC | Energy Consultant | 4/14/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | A payment of $30,000.00 inadvertently made to BRT on 3/3/2023 will be covered in a future fee application. |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Broker (for seven properties in accordance with listing agreements attached to ECF No. 2496) | 9/21/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Debtor's Non-Bankruptcy Professionals (Ordinary Course Professionals)** | | | | | | | | | | | *OCP Order [ECF No. 269] contemplates payment of post-petition, pre-retention fees and expenses, subject to Monthly Cap. |
| Arthur J. Gallagher & Co. | Employee Benefit Consulting Services | 8/19/2020 | - | - | $0.00 | - | - | $1,068,186.80 | $0.00 | $1,068,186.80 | |
| Bourgeois Bennett, L.L.C. | Financial Consulting Services | 8/14/2020 | - | - | $0.00 | - | - | $30,350.00 | $0.00 | $30,350.00 | |
| Capitelli & Wicker | Legal Services - Claims against Debtor's Business | 8/15/2020 | - | - | $0.00 | - | - | $54,157.33 | $0.00 | $54,157.33 | |
| Denechaud & Denechaud, L.L.C. | Legal Services - Claims against Debtor's Business | 8/3/2020 | - | - | $31,589.94 | - | - | $1,162,342.44 | $31,589.94 | $1,162,342.44 | |
| The Ehrhardt Group | Corporate Communications Consulting | 8/6/2020 | $10,000.00 | - | $10,000.00 | $371,800.00 | - | $371,800.00 | $10,000.00 | $371,800.00 | *Direct costs for Bar Date Publication Notice Program ($400,000.00) excluded and otherwise approved by the Bar Date Order [ECF No. 461]. |
| Jones Fussell, LLP | Legal Services - Real Estate Development Advice | 8/14/2020 | - | - | $30.00 | - | - | $4,147.30 | $30.00 | $4,147.30 | |
| Kinney, Ellinghausen, Richard & Deshazo | Legal Services - Employment & Personal Injury | 8/8/2020 | - | - | $0.00 | - | - | $177,726.01 | $0.00 | $177,726.01 | |
| Law Offices of Malvern C. Burnett, APLC | Legal Services - Immigration Legal Services | 8/15/2020 | - | - | $4,500.00 | - | - | $74,000.00 | $4,500.00 | $74,000.00 | |
| The McEnery Company | Real Estate Appraisal Services | 8/3/2020 | - | - | $25,000.00 | - | - | $169,246.00 | $25,000.00 | $169,246.00 | |
| White Oak Consulting | Leadership Development Consulting Services | 8/15/2020 | - | - | $0.00 | - | - | $74,017.50 | $0.00 | $74,017.50 | |
| Roedel Parsons | Legal Services - Employment Matters | 8/17/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Gaudry, Ranson, Higgins & Gremillion, LLC | Legal Services - Medical Malpractice & Personal Injury | 8/17/2020 | - | - | $0.00 | - | - | $7,049.55 | $0.00 | $7,049.55 | |
| Juge, Napolitano, Guibeau, Ruli & Frieman | Legal Services - Workers' Compensation Claims | 8/8/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Berrigan Litchfield, LLC | Legal Services - Medical Malpractice | 8/15/2020 | - | - | $0.00 | - | - | $87,265.29 | $0.00 | $87,265.29 | |
| P&N Technologies, LLC | Cybersecurity & Technology Services | 1/15/2021 | - | - | $0.00 | - | - | $101,193.72 | $0.00 | $101,193.72 | |
| EGL Consultants, LLC | Archives & Record Management | 5/8/2021 | - | - | $0.00 | - | - | $37,250.00 | $0.00 | $37,250.00 | |
| Post & Schell, P.C. | Legal Services - Collection on Certain Insurance Policies | 8/9/2021 | - | - | $0.00 | - | - | $6,322.00 | $0.00 | $6,322.00 | |
| Willis Towers Watson US LLC | Actuarial Valuation Services | 8/23/2021 | - | - | $25,000.00 | - | - | $301,783.40 | $25,000.00 | $301,783.40 | |
| Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP | Legal Services | 11/22/2021 | - | - | $0.00 | - | - | $4,517.50 | $0.00 | $4,517.50 | |
| LCG, LLC | Electronic Discovery Services | 3/31/2022 | - | - | $0.00 | - | - | $15,474.68 | $0.00 | $15,474.68 | |
| Dupont-LeCorgne Construction Consultants, LLC | Building Inspection Consulting Services | 4/11/2022 | - | - | $0.00 | - | - | $146,037.35 | $0.00 | $146,037.35 | |
| DeShazo Adams, LLC | Legal Services - Employment & Personal Injury | 6/9/2023 | - | - | $0.00 | - | - | $3,691.50 | $0.00 | $3,691.50 | |
| Dalton Architects, Inc. | Architecture and Design Services | 6/26/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| EAG Gulf Coast, LLC | Cybersecurity & Technology Services | 6/26/2023 | - | - | $0.00 | - | - | $7,910.00 | $0.00 | $7,910.00 | |
| Bradley Murchison Kelly & Shea LLC | Legal Services | 7/3/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Caraway LeBlanc, LLC | Legal Services | 9/11/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| **Committee Professionals** | | | | | | | | | | | |
| *Official Committee of Unsecured Creditors* | | | | | | | | | | | |
| Berkeley Research Group, LLC (BRG) | Financial Advisor | 6/17/2020 | $0.00 | $0.00 | $0.00 | $2,535,718.50 | $22,916.87 | $2,558,635.37 | $194,027.56 | $2,575,001.77 | |
| Locke Lord LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $3,908,380.00 | $112,512.97 | $4,020,892.97 | $64,941.20 | $4,471,756.44 | |
| Pachulski Stang Ziehl & Jones LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $4,121,514.00 | $160,434.47 | $4,281,948.47 | $207,453.72 | $4,353,090.97 | |
| Kinsella Media, LLC | Expert Consultant Regarding Bar Date Noticing Program | 8/31/2020 | $0.00 | $0.00 | $0.00 | $91,187.50 | $4,600.00 | $95,787.50 | $0.00 | $95,787.50 | |
| Zobrio, Inc. | Computer Consultant | 4/19/2021 | $0.00 | $0.00 | $0.00 | $46,252.50 | $9,240.00 | $55,492.50 | $0.00 | $55,142.50 | |
| Stegall, Benton, Melancon & Associates, LLC | Real Estate Appraiser/Valuation Expert | 5/17/2021 | $0.00 | $0.00 | $0.00 | $34,923.75 | $0.00 | $34,923.75 | $0.00 | $34,800.00 | |
| Rock Creek Advisors, LLC | Pension Financial Advisor | 12/20/2021 | $0.00 | $0.00 | $0.00 | $130,730.00 | $0.00 | $130,730.00 | $18,519.00 | $135,434.00 | |
| Claro Group, LLC | Expert Consultant on Sexual Abuse and Expert Witness | 4/19/2022 | $0.00 | $0.00 | $0.00 | $495,712.00 | $0.00 | $495,712.00 | $43,689.50 | $495,712.00 | |
| Actuarial Value, LLC | Actuarial Advisor | 8/16/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| *Official Committee of Unsecured Commercial Creditors* | | | | | | | | | | | |
| Stewart Robbins Brown & Altazan, LLC | Counsel | 3/15/2021 | $0.00 | $0.00 | $0.00 | $1,635,811.50 | $35,293.06 | $1,671,104.56 | $64,571.40 | $1,827,371.58 | |
| Dundon Advisers, LLC | Financial Advisor | 4/14/2021 | $0.00 | $0.00 | $0.00 | $741,234.00 | $7,802.66 | $749,036.66 | $15,369.60 | $768,210.26 | |
| | | **TOTALS** | | | $114,049.61 | | | $31,920,603.68 | $1,453,268.23 | $32,769,773.51 | |