**Payments to Insiders**

**Case Name** The Roman Catholic Church of the Archdiocese of New Orleans
**Case Number** 20-10846

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---|---|---|
| SLC | Operating Account | 4085 | 9/1/2023 | 6849 | Cox Communications | Household Expenses:Cox Cable | $ 267.94 | | Yes - Williams |
| SLC | Operating Account | 4069 | 9/29/2023 | ACH | Payroll | Fr. Pat Williams (Salary) | $ 2,871.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 9/29/2023 | ACH | Payroll | Fr. Pat Williams (Taxes) | $ 535.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 9/29/2023 | ACH | Payroll | Fr. Pat Williams (401k) | $ 113.55 | | Yes - Williams |
| SLC | Operating Account | 4069 | 9/22/2023 | EFT | Whitney Cred Card | Fr. Pat Williams (AT&T Bill) | $ 50.00 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 9/6/2023 | 41770 | | TELEPHONE EXPENSE | $ 50.00 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/6/2023 | 41776 | | KITCHEN SUPPLIES | $ 6.42 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 9/6/2023 | N/A | Crescent Payroll Solutions | To Record 8.16-8.31.23 Lay Payroll Bank Clearing - Wages & Benefits | $ 5,862.72 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/6/2023 | N/A | Crescent Payroll Solutions | To Record 8.16-8.31.23 Lay Payroll Bank Clearing - Taxes | $ 1,895.61 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/6/2023 | N/A | Crescent Payroll Solutions | To Record 8.16-8.31.23 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/6/2023 | N/A | Crescent Payroll Solutions | To Record 8.16-8.31.23 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/21/2023 | N/A | Crescent Payroll Solutions | To Record 9.1-9.15.23 Lay Payroll Bank Clearing - Wages & Benefits | $ 5,812.72 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/21/2023 | N/A | Crescent Payroll Solutions | To Record 9.1-9.15.23 Lay Payroll Bank Clearing - Taxes | $ 1,895.61 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/21/2023 | N/A | Crescent Payroll Solutions | To Record 9.1-9.15.23 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/21/2023 | N/A | Crescent Payroll Solutions | To Record 9.1-9.15.23 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 9/30/2023 | N/A | Crescent Payroll Solutions | 09.30.2023 Clergy Payroll Pay Date 09.30.2023 | $ 1,398.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 9/30/2023 | N/A | Crescent Payroll Solutions | 09.30.2023 Clergy Payroll Pay Date 09.30.2023 | $ 1,966.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 9/30/2023 | N/A | Crescent Payroll Solutions | 09.30.2023 Clergy Payroll Tax; Pay Date 09.30.2023 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 9/30/2023 | N/A | Crescent Payroll Solutions | 09.30.2023 Clergy Payroll Tax; Pay Date 09.30.2023 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 9/30/2023 | N/A | Crescent Payroll Solutions | 09.30.2023 Clergy Payroll 401k Remittance; Pay Date 09.30.2023 | $ 87.82 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 9/30/2023 | N/A | Crescent Payroll Solutions | 09.30.2023 Clergy Payroll 401k Remittance; Pay Date 09.30.2023 | $ 79.80 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 9/7/2023 | 53759 | Giroirs Ground Management LLC (ACH) | CONTRACTED SERVICE | $ 991.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/7/2023 | 110161 | A 1 SERVICE INC. | CONTRACTED SERVICE | $ 36.38 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/7/2023 | 110283 | YOUNG'S DRYCLEANING | HOUSEHOLD EXPENSES | $ 208.10 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/12/2023 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 72.27 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/12/2023 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 36.72 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/14/2023 | 53790 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 716.17 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/14/2023 | 110298 | A 1 SERVICE INC. | CONTRACTED SERVICE | $ 36.38 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/14/2023 | 110320 | ENTERGY -(8106) | HOUSEHOLD UTILITIES | $ 2,676.70 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/14/2023 | 110339 | NEW ORLEANS PEST MANAGEMENT | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/18/2023 | 53816 | | TEMPORARY HELP | $ 823.40 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/18/2023 | 110389 | COX COMMUNICATIONS | HOUSEHOLD UTILITIES | $ 217.72 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/26/2023 | 110436 | A 1 SERVICE INC. | CONTRACTED SERVICE | $ 36.38 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/26/2023 | 110441 | ALLFAX SPECIALTIES INC. | XEROX COPIES | $ 4.82 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/26/2023 | 110444 | Anny's Cleaning Service LLC | CONTRACTED SERVICE | $ 800.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/28/2023 | 53919 | | FRINGE BENEFIT COSTS | $ 600.00 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 9/28/2023 | 110548 | Elio's Wine Warehouse | SOCIAL FUNCTIONS | $ 1,220.68 | | Yes - Aymond |
| ANO | Operating | 2118 | 9/28/2023 | 110558 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| | | | | | | | $ 33,086.86 | | |