# The Roman Catholic Church of the Archdiocese of New Orleans

ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087

ANNETTE JARVIS
222 SOUTH MAIN ST.,5TH FLOOR
SALT LAKE CITY UT 84101

ARATA LAW OFFICE LLC
WILLIAM H ARATA
216 AUSTIN ST
BOGALUSA LA 70427

ARDOIN MCKOWEN & ORY LLC
DAVID W ARDOIN
114 LAURA DRIVE STE D
THIBODAUX LA 70301

ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

AVA LAW GROUP INC
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS MT 59101

AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
REAGAN CHARLESTON THOMAS
17 EAST MAIN ST.,STE 200
PENSACOLA FL 32502

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ PC
JAN M HAYDEN
201 ST CHARLES AVE.,STE 3600
NEW ORLEANS LA 70170

BIENVENU FOSTER RYAN & O'BANNON LLC
JOHN W WATERS, JR.
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163

BIENVENU FOSTER RYAN & O'BANNON LLC
DAVID E WALLE
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163

BREAZEALE SACHSE & WILSON LLP
ALAN H GOODMAN
909 POYDRAS ST.,STE 1500
NEW ORLEANS LA 70112

BROWN RICE MARKETING LLC
MARK W BROWN
476 MATAIRIE ROAD STE 202
METAIRIE LA 70005

BRUNO & BRUNO, LLP
JOSEPH M. BRUNO; DONALD D. REICHERT, JR.
855 BARONNE STREET
NEW ORLEANS LA 70113

BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

BUTLER SNOW LLP
DAVID S RUBIN; JAMES R AUSTIN
445 N BLVD STE 300
BATON ROUGE LA 70802

CARVER DARDEN ET AL.
DAVID F. WAGUESPACK;STEPHEN P
SCULLIN;PETER J SEGRIST
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS LA 70163- 1102

CHRIS EDMUNDS LAW OFFICE
4937 HEARST ST., SUITE 2F
METAIRIE LA 70001

CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

CORASS ELECTRICAL SVC
EDWARD CORASS III
1411 27TH ST
KENNER LA 70062

CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123

DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364

NAME AND ADDRESS INTENTIONALLY OMITTED

DELACROIX & DELACROIX LLC
SCOTT E DELACROIX
321 NORTH VERMONT ST.,STE 105
COVINGTON LA 70433

DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

DENTONS US LLP
JERRY A BEATMANN JR
650 POYDRAS ST.,STE 2850
NEW ORLEANS LA 70130-6132

DENTONS US LLP
DEBORAH J CAMPBELL
ONE METROPOLITAN SQUARE
211 N BROADWAY STE 3000
ST. LOUIS MO 63102-2741

DENTONS US LLP
M KEITH MOSKOWITZ
233 SOUTH WACKER DR.,STE 5900
CHICAGO IL 60606-6362

DENTONS US LLP
PATRICK C MAXCY
233 SOUTH WACKER DR.,STE 5900
CHICAGO IL 60606-6362

DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123

ENTERGY
SEAN D MOORE ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

EVAN PARK HOWELL III
ATTORNEY AT LAW
1 GALLERIA BLVD STE 1900
METAIRIE LA 70001

FELECIA Y PEAVY, ESQ
P O BOX 3454
HOUSTON TX 77253

FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN
2800 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163-2800

GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008

GEORGE G ANGELUS, PLC
GEORGE G ANGELUS
700 CAMP ST.
NEW ORLEANS LA 70130

GIEGER LABORDE & LAPEROUSE LLC
JOHN E. W. BAAY II
701 POYDRAS ST.,STE 4800
NEW ORLEANS LA 70139-4800

GREENBERG TRAURIG LLP
COLLEEN A MURPHY
ONE INTERNATIONAL PLACE STE 2000
BOSTON MA 02110

GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE STE 3100
CHICAGO IL 60601

GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW CORP)
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD
SUITE 300
BATON ROUGE LA 70802

HELLER DRAPER PATRICK HORN ET AL.
DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS,ESQ
900 CAMP ST.,3RD FLOOR
NEW ORLEANS LA 70130

HUBER THOMAS & MARCELLE LLP
STEPHEN M HUBER;LOGAN E SCHONEKAS
1100 POYDRAS ST.,STE 2200
NEW ORLEANS LA 70163

INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 PENNSYLVANIA AVE NW
WASHINGTON DC 20004-2541

INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

JONES WALKER LLP
MARK A MINTZ
201 ST. CHARLES AVE
51ST FLOOR
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
R. PATRICK VANCE
201 ST. CHARLES AVE, STE 5100
NEW ORLEANS LA 70170- 5100

JONES WALKER LLP
LAURA F. ASHLEY
201 ST. CHARLES AVE., STE 5100
NEW ORLEANS LA 70170

JONES WALKER LLP
ELIZABETH J FUTRELL
201 ST. CHARLES AVE., STE 5100
NEW ORLEANS LA 70170- 5100

JONES WALKER LLP
EDWARD DIRK WEGMANN
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
SAMANTHA A OPPENHEIM
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
ALLISON B KINGSMILL
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440

KEITH A RODRIGUEZ
ATTORNEY AT LAW
P O BOX 3445
LAFAYETTE LA 70502-3445

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

LAMOTHE LAW FIRM
FRANK E LAMOTHE III;KRISTI S SCHUBERT;JULIEN G LAMOTHE
400 POYDRAS ST.,STE 1760
NEW ORLEANS LA 70130

LANDWEHR LAW FIRM
DARRYL T LANDWEHR
935 GRAVIER ST.,STE 835
NEW ORLEANS LA 70112

LARZELERE PICOU WELLS SIMPSON LONERO LLC
WILSON L MALOZ III
3850 N CAUSEWAY BLVD STE 500
TWO LAKEWAY CENTER
METAIRIE LA 70002

LAW OFFICE OF MIGUEL A ELIAS
MIGUEL A ELIAS
4224 WILLIAMS BLVD
KENNER LA 70065

LAW OFFICE OF REGINA SCOTTO WEDIG LLC
REGINA S WEDIG
308 S BAY ST.,
P O BOX 185
AMITE LA 70422

LAW OFFICE OF STEPHEN J. HAEDICKE
STEPHEN J. HAEDICKE
1040 SAINT FERDINAND ST.
NEW ORLEANS LA 70117

LAW OFFICES OF FRANK J D'AMICO JR
FRANK J D'AMICO JR
4608 RYE STREET
METAIRIE LA 70006

LEWIS KULLMAN STERBCOW & ABRAMSON
PAUL M STERBCOW
601 POYDRAS ST.,STE 2615
NEW ORLEANS LA 70130

LOCKE LORD LLP
W STEVEN BRYANT,ESQ
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130-6036

LOCKE LORD LLP
OMER F KUEBEL III
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

LOCKE LORD LLP
BRADLEY C KNAPP
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

LOUISIANA DEPT OF JUSTICE
RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION/ LANDS & NATURAL RESOURCES
POST OFFICE BOX 94005
BATON ROUGE LA 70804-9005

LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

LOUISIANA PUBLIC FACILITIES AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA 70808

LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808

LUGENBUHL WHEATON PECK RANKIN & HUBBARD
BENJAMIN W KADDEN
601 POYDRAS ST.,STE 2775
NEW ORLEANS LA 70130

MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT NJ 07901

METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124

NAME AND ADDRESS INTENTIONALLY OMITTED

NEWMAN MATHIS BRADY & SPEDALE
MARK C LANDRY
A PROFESSIONAL LAW CORPORATION
3501 N CAUSEWAY BLVD STE 300
METAIRIE LA 70002-3618

NEWMAN MATHIS BRADY & SPEDALE
ROBERT A MATHIS
A PROFESSIONAL LAW CORP
3501 NORTH CAUSEWAY BLVD.,STE 300
METAIRIE LA 70002

NEWMAN MATHIS BRADY & SPEDALE
WAYNE A MAIORANA JR
A PROFESSIONAL CORPORATION
3501 NORTH CAUSEWAY STE 300
METAIRIE LA 70002

OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX 75202

OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA 70121

OFFICE OF THE US TRUSTEE
AMANDA B. GEORGE,TRIAL ATTORNEY
400 POYDRAS ST STE 2110
NEW ORLEANS LA 70130

OFFICE OF THE US TRUSTEE
MARY LANGSTON, ASST US TRUSTEE
400 POYDRAS ST.,STE 2110
NEW ORLEANS LA 70130

OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
2300 MAIN ST
IRVINE CA 92614

PACHULSKI STANG ZIEHL & JONES LLP
LINDA F CANTOR
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067

PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067

PACHULSKI STANG ZIEHL & JONES LLP
JOSHUA M FRIED
1 MARKET PLZ FL 40
SAN FRANCISCO CA 94105-1101

PACHULSKI STANG ZIEHL & JONES LLP
ANDREW CAINE
10100 SANTA MONICA BLVD STE 1300
LOS ANGELES CA

PHELPS DUNBAR LLP
RICK M SHELBY;ALLEN C MILLER;ASHLEY J HEILPRIN
365 CANAL ST.,STE 2000
NEW ORLEANS LA 70130-6534

RICHARD A ROZANSKI, APLC
RICHARD A ROZANSKI
P O BOX 13199
ALEXANDRIA LA 71315-3199

ROBINSON LAW OFFICES LLC
CRAIG M ROBINSON,ESQ
700 CAMP ST.
NEW ORLEANS LA 70130

ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115

RUGGERI PARKS WEINBERG LLP
JOSHUA D WEINBERG;SARA K HUNKLER
1875 K STREET, NW STE 600
WASHINGTON DC 20006

RUSSELL POTTHARST
411 W 5TH ST APT 510
LOS ANGELES CA 90013

SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033

SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046

SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1670
HOUMA LA 70361

SHERMAN-DENENEA, LLC.
JOHN H. DENENEA, JR.
424 CANAL STREET
NEW ORLEANS LA 70119

STEWART ROBBINS BROWN & ALTAZAN LLC
PAUL DOUGLAS STEWART JR.;WILLIAM S ROBBINS;
301 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

STEWART ROBBINS BROWN & ALTAZAN LLC
BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI
301 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

STEWART ROBBINS BROWN & ALTAZAN LLC
NICHOLAS J SMELTZ
30 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

TALBOT, CARMOUCHE & MARCELLO
ROSS J. DONNES
17405 PERKINS ROAD
BATON ROUGE LA 70810

TAYLOR WELLONS POLITZ & DUHE APLC
SAMUEL M ROSAMOND III
1515 POYDRAS ST.,STE 1900
NEW ORLEANS LA 70112

| | | |
|---|---|---|
| THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | THE BRASLOW FIRM, LLC<br>DEREK T. BRASLOW, ESQ.<br>KETTERER BROWNE & ASSOCIATE, LLC<br>336 S. MAIN STREET 2 A-C<br>BEL AIR MD 21014 | THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>2550 BELLE CHASSE HWY<br>STE 215<br>GRETNA LA 70053-6758 |
| THE ROMAN CATHOLIC CHURCH<br>ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>5901 PEACHTREE RD<br>STE C-495<br>ATLANTA GA 30328 | US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 |
| US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 |
| VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | WAYNE JABLONOWSKI APLC<br>3705 PONCHARTRAIN DRIVE<br>SLIDELL LA 70458 |
| WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802 | WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 |