IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | Chapter 11 |

### WITNESS AND EXHIBIT LIST OF CERTAIN ABUSE CLAIMANTS IN CONNECTION WITH THE EVIDENTIARY HEARING AS TO MULTIPLE MOTIONS FOR LIMITED RELIEF FROM THE AUTOMATIC STAY SCHEDULED FOR NOVEMBER 14, 2023 AT 1:30 P.M.

**NOW INTO COURT COMES, CERTAIN SEXUAL ABUSE SURVIVORS,** who file this Witness and Exhibit List for the evidentiary hearing currently scheduled in the Bankruptcy Case for November 14, 2023 at 1:30 p.m. CST as to the lift stay motions filed by certain sexual abuse survivors and memorandums filed in support of the Stay Motions by certain sexual abuse survivors, James Adams and the Official Committee of Unsecured Creditors. [Rec. Docs. 2570; 2571; 2604; and 2607].

### WITNESSES

1. James Adams; and
2. Any witness called or listed by any other party.

### EXHIBITS

1. Evidentiary Memorandum, (filed under seal) Rec. Doc. 2607-1;
2. Documents cited in the Evidentiary Memorandum; and
3. Any exhibit listed by any other party.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Respectfully submitted,

S/Soren E. Gisleson
SOREN E. GISLESON (#26302)
HERMAN, HERMAN & KATZ
909 Poydras Street, Suite 1860
New Orleans, La 70112
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Tel: (504) 780-9891
Fax: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Witness and Exhibit List* will be served on November 12, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Soren E. Gisleson*
Soren E. Gisleson