UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

Before the Court is the *Seventh Interim Fee Application of Dundon Advisers LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2023 through July 31, 2023*, (the "Interim Application"), [ECF Doc. 2515], filed by Dundon Advisers, LLC, (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Movant is allowed and awarded, on an interim basis, for the period of April 1, 2023, through July 31, 2023, fees in the amount of $51,672.50 and expenses in the amount of $0.00, totaling $51,672.50 (the "Award") incurred in connection with its financial advising of the Official Committee of Unsecured Commercial Creditors.

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the remaining balance of the Award to the Movant promptly upon entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 13, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE