**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

### ORDER

Before the Court is the *Omnibus Joint Stipulation Concerning D.L.W., D.J.B., G.A.D., J.P.M., J.A.F.W., M.J.D., S.M.B., Jane Doe M.N.S., and John Doe T.M.'s Motions for Leave To File Sexual Abuse Survivor Proofs of Claim*, (the "Joint Stipulation"), [ECF Doc. 2600], jointly filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") and D.L.W., D.J.B., G.A.D., J.P.M., J.A.F.W., M.J.D., S.M.B., Jane Doe M.N.S., and John Doe T.M., (each a "Claimant"), and the following motions:

- *D.L.W.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2519];
- *D.J.B.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2521];
- *G.A.D.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2523];
- *J.P.M.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2525];
- *J.A.F.W.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2527];
- *M.J.D.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2529];
- *S.M.B.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2531];
- *Jane Doe M.N.S.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2533]; and,

- *John Doe T.M.'s Motion for Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF No. 2535].

Considering the record and pleadings,

**IT IS ORDERED** that the Joint Stipulation is **APPROVED**, and as set forth in the Joint Stipulation, each Claimant may file a Sexual Abuse Survivor Proof of Claim, but the Debtor and all parties in interest maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed. Each Claimant reserves his or her right to argue any defense to any objection, including, but not limited to, that the claim is allowable due to the concept of excusable neglect. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of the Joint Stipulation.

**IT IS FURTHER ORDERED** that Counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 13, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE