**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the Ex Parte *Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 105(a) and 107 and Bankruptcy Rule 9018 Authorizing the Committee to File Under Seal Its Limited Objection to the Debtor's Motion for Authority to Sell 400 North Rampart Street, Free and Clear of All Claims, Liens, Interests, and Encumbrances Pursuant to §§ 363(b) and 363(f) of the Bankruptcy Code*, (the "Motion To Seal"), [ECF Doc. 2620], filed by the Official Committee of Unsecured Creditors in the above-captioned case, (the "Committee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall enter the unredacted copy of the *Limited Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Authority To Sell 400 North Rampart Street, Free and Clear of All Claims, Liens, Interests, and Encumbrances Pursuant to §§ 363(b) and 363(f) of the Bankruptcy Code*, [ECF Doc. 2621], (the "Limited Objection"), filed by the Committee under seal.

**IT IS FURTHER ORDERED** that the Court shall enter Exhibit 3 and Exhibit 4 attached to the Limited Objection under seal.

**IT IS FURTHER ORDERED** that the Committee shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 13, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE