**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 |
| | § § | COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is the Ex Parte *Motion for Expedited Hearing on Debtor's Expedited Motion in Limine or in the Alternative Motion To Strike Late-Filed Witness and Exhibit List*, [ECF Doc. 2646], (the "Motion To Expedite"), filed by the Roman Catholic Church of the Archdiocese of New Orleans.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Debtor's Expedited Motion in Limine or in the Alternative Motion To Strike Late-Filed Witness and Exhibit List*, [ECF Doc. 2645], (the "Motion In Limine"), is set for hearing on **Tuesday, November 14, 2023, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any response to the Motion In Limine must be filed and properly served no later than **Tuesday, November 14, 2023, at 12:30 p.m.**

New Orleans, Louisiana, November 13, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE