**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | * | |
| | * | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | * | |
| OF THE ARCHDIOCESE OF | * | Section "A" |
| NEW ORLEANS | * | |
| | * | Chapter 11 |
| Debtor.[1] | * | |

**JOINDER TO MOTION IN LIMINE OR IN THE ALTERNATIVE MOTION TO STRIKE LATE-FILED WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, come the parishes and other non-Debtor affiliates (collectively, the "Apostolates")[2] of the Roman Catholic Church of The Archdiocese of New Orleans ("Debtor" or the "Archdiocese"), the Debtor in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"), and submit this joinder to the *Motion in Limine or in the Alternative Motion to Strike Late-Filed Witness and Exhibit List* filed by the Archdiocese (the "Archdiocese Motion") and any other party who files a similar motion in limine or motion to strike.

1. As stated in the Archdiocese Motion, the Witness and Exhibit List filed by Jane Doe, Tim Doe, and James Adams (the "Claimants") was filed two days after the deadline set in this Court's Scheduling Order [ECF Doc. 2478]. Further, the Claimants did not comply with the Court's Scheduling Order in that they did not properly identify and exchange the documents cited in the Evidentiary Memorandum. Notwithstanding the tardiness and incompleteness of the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] The Apostolates consist of the parishes within the Archdiocese and other non-Debtor affiliates of the Archdioceses, which have appeared in this case and are identified in ECF No. 1583.

{00381050-2}

Witness and Exhibit List, the Evidentiary Memorandum included in the List is itself irrelevant to the Partial Lift-Stay Motions before this Court.

## Conclusion

For the reasons stated above, the Apostolates request that this Court grant this Motion along with the Archdiocese Motion by striking the Witness and Exhibit List. The Apostolates further request all general relief.

Dated: November 13, 2023      Respectfully submitted,

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
E-mail:ddraper@hellerdraper.com
E-mail:lcollins@hellerdraper.com

*Attorneys for the Apostolates*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was served to all counsel of record via this Court's electronic noticing system on this 13th day of November 2023, and, further, that a copy of the foregoing will be mailed to all other parties requiring notice under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF Doc. 22].

*/s/ Douglas S. Draper*
Douglas S. Draper

{00381050-2}