UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

The Court held a hearing on November 14, 2023, to consider (i) the *Debtor's Motion for Authority To Sell 400 North Rampart Street, Free and Clear of All Claims, Liens, Interests, and Encumbrances Pursuant to §§ 363(b) and 363(f) of the Bankruptcy Code* (the "Motion"), [ECF Doc. 2595], filed by the Debtor; (ii) the limited response to the Motion filed by the Official Committee of Unsecured Commercial Creditors, [ECF Doc. 2618]; and, (iii) the limited objection to the Motion filed by the Official Committee of Unsecured Creditors, [ECF Doc. 2621].

At the hearing, the Court heard sworn testimony from (i) S. Parkerson McEnery, the real estate broker for the Debtor, and (ii) Reed Wiley, the real estate broker for Start Corporation. The Court admitted the following exhibits into evidence: Debtor's Exhibits 1-8, the Official Committee of Unsecured Creditors' Exhibits 1-5, and the Official Committee of Unsecured Creditors' Exhibits 6-7 as redacted.

For the reasons stated on the record,

**IT IS ORDERED** that the hearing to consider the Motion is **CONTINUED** to **Wednesday, December 6, 2023, at 4:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by

telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

    **IT IS FURTHER ORDERED** that Counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

    New Orleans, Louisiana, November 16, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE