UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on November 15, 2023, to consider (i) the motions for relief from stay (the "Lift-Stay Motions"), [ECF Docs. 2512, 2538, 2542, 2544, 2545, 2547, 2550, 2552, 2554, 2556, 2558, 2560, 2562, 2564, 2566, 2568, 2570, 2571, 2573, 2574, 2575, 2578, 2579, 2580, 2581, 2582, & 2583], filed by certain sexual abuse survivors (each a "Movant"); (ii) the memoranda filed by various parties in interest in support of the Lift-Stay Motions, [ECF Docs. 2604, 2605, & 2607]; (iii) the oppositions and responses to the Lift-Stay Motions filed by various parties in interest, [ECF Docs. 2611, 2612, 2613, 2615, 2616, & 2617]; and (iv) the omnibus reply memorandum filed by the Official Committee of Unsecured Creditors, [ECF Doc. 2628].

At the hearing, the Court heard sworn testimony from Kristi Schubert, counsel for various abuse survivors, including one Movant.

For the reasons stated on the record,

**IT IS ORDERED** that the hearing to consider the Lift-Stay Motions is **CONTINUED** to **Thursday, December 21, 2023, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-

in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that Counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 16, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE