## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor. | ) | Chapter 11 |

---

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Rock Creek Advisors LLC filed the *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period July 1, 2023 Through October 31, 2023* [Docket No. 2684] (the "Application") on November 29, 2023.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **December 21, 2023** at **1:30 P.M** Central **Standard Time.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-504-517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

You must serve a copy of your response on the person who sent you this notice. Otherwise,

the Court may treat the Application as unopposed and grant the relief requested.

Dated:  November 29, 2023                    Respectfully submitted,

                                             /s/ Linda F. Cantor
                                             James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
                                             Linda F. Cantor (CA Bar No.153762) – *admitted pro hac vice*
                                             Pachulski Stang Ziehl & Jones LLP
                                             10100 Santa Monica Blvd., Suite 1300
                                             Los Angeles, CA 90067
                                             Telephone: (310)-277-6910
                                             Facsimile: (310)-201-0760
                                             Email:  jstang@pszjlaw.com
                                                     lcantor@pszjlaw.com

                                             *Co-Counsel to the Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a true and correct copy of the foregoing *Notice* to be served on November 29, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on November 29, 2023.

*/s/ Nancy H. Brown*
Nancy H. Brown