# EXHIBIT A

1. **J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.
   FILE NUMBER: 174906-1**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Position | Practice Area | Year of Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $400.00 | 31.00 | $12,400.00 |
| Allison B. Kingsmill | Partner | Litigation | 2015 | $400.00 | 7.20 | $2,880.00 |
| Wayne G. Zeringue | Partner | Litigation | 1987 | $300.00 | 1.10 | $330.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $300.00 | 9.40 | $2,820.00 |
| Elizabeth W. De Leon | Associate | Bankruptcy | 2021 | $250.00 | 18.00 | $4,500.00 |
| **TOTAL** | | | | | **66.70** | **$22,930.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|---|---|---|---|
| B190 | Other Contested Matters | 66.70 | $22,930.00 |
| | **TOTAL** | **66.70** | **$22,930.00** |

## EXPENSE SUMMARY

| Expenses (by Category) | Amounts |
|---|---|
| Court Record Fees | $2.30 |
| Copy Service | $1.60 |
| Lexis Legal Research | $14.85 |
| **TOTAL** | **$18.75** |

## 2. POST-PETITION REORGANIZATION ADVICES
    FILE NUMBER: 176960-01

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $490.00 | 160.20 | $78,498.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $400.00 | 140.30 | $56,120.00 |
| Elizabeth J. Futrell | Partner | Bankruptcy | 1981 | $490.00 | 391.40 | $191,786.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 57.80 | $17,340.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $490.00 | 464.50 | $227,299.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 1.30 | $520.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $400.00 | 57.90 | $23,160.00 |
| Avery B. Pardee | Partner | Litigation | 2007 | $400.00 | 1.00 | $400.00 |
| Timothy P. Brechtel | Partner | Corporate | 1996 | $400.00 | 19.70 | $7,880.00 |
| Jeffrey R. Barber | Partner | Bankruptcy | 1987 | $400.00 | 0.20 | $80.00 |
| Allison B. Kingsmill | Partner | Litigation | 2015 | $400.00 | 7.90 | $3,160.00 |
| Joseph E. Bain | Partner | Bankruptcy | 2009 | $400.00 | 0.70 | $280.00 |
| B.T. Wilson | Partner | Tax | 2008 | $400.00 | 1.60 | $640.00 |
| Curtis R. Hearn | Partner | Corporate | 1984 | $400.00 | 0.70 | $280.00 |
| Kaytie M. Pickett | Partner | Litigation | 2009 | $400.00 | 2.00 | $800.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $300.00 | 596.00 | $178,800.00 |
| Caroline V. McCaffrey | Associate | Bankruptcy | 2020 | $300.00 | 375.20 | $112,560.00 |
| Swati Parashar | Associate | Bankruptcy | 2022 | $250.00 | 48.70 | $12,175.00 |
| Parker Hufft | Associate | Corporate | 2023 | $250.00 | 23.80 | $5,950.00 |
| Elizabeth W. De Leon | Associate | Bankruptcy | 2021 | $250.00 | 8.60 | $2,150.00 |
| Madison Tucker | Associate | Bankruptcy | 2017 | $250.00 | 1.20 | $300.00 |
| Stephanie A. Zolli | Practice Support Specialist | Information Technology | N/A | $170.00 | 0.20 | $34.00 |
| Daniel J. Vogel | Practice Support Coordinator | Information Technology | N/A | $170.00 | 0.20 | $34.00 |
| Bonnie Boudreaux | Paralegal | Litigation | N/A | $170.00 | 10.90 | $1,853.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 20.30 | $3,451.00 |
| Michelle W. Green | Paralegal | Litigation | N/A | $170.00 | 1.40 | $238.00 |
| **TOTAL** | | | | | **2,393.70** | **$925,788.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 241.60 | $73,455.00 |
| B120 | Asset Analysis and Recovery | 17.90 | $5,542.00 |
| B130 | Asset Disposition | 79.30 | $23,010.00 |
| B140 | Relief From Stay/Adequate Protection Proceedings | 79.80 | $27,744.00 |
| B160 | Fee/Employment Applications | 109.20 | $34,950.00 |
| B170 | Fee/Employment Objections | 11.90 | $4,151.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.10 | $630.00 |
| B190 | Other Contested Matters | 948.70 | $361,497.00 |
| B210 | Business Operations | 43.60 | $21,067.00 |
| B220 | Employee Benefits/Pensions | 21.90 | $8,355.00 |
| B230 | Financing/Cash Collections | 0.30 | $147.00 |
| B260 | Board of Directors Matters | 1.20 | $588.00 |
| B310 | Claims Administration & Objections | 187.20 | $70,720.00 |
| B320 | Plan & Disclosure Statement | 648.80 | $293,852.00 |
| B410 | General Bankruptcy Advice/Opinion | 0.20 | $80.00 |
| | **TOTAL** | **2,393.70** | **$925,788.00** |

## EXPENSE SUMMARY

| Expenses (by Category) | Amounts |
|---|---|
| Copy Service | $41.00 |
| Conference Call | $11.54 |
| Court Record Fees | $1,338.10 |
| Court Fees | $693.00 |
| Delivery Services | $10.00 |
| Long Distance Phone | $108.93 |
| Lexis Legal Research | $11,345.55 |
| Trial Transcripts | $848.50 |
| Litigation Support | $670.77 |
| Meals | $1,236.38 |
| Relativity Data Hosting | $17,190.81 |
| Binding | $14.00 |
| **TOTAL** | **$33,508.58** |