## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH** § **OF THE ARCHDIOCESE OF NEW** § **ORLEANS,** § § Debtor.[1] § § | Case No. 20-10846 Section "A" Chapter 11 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 48 Wall Street, 22nd Floor, New York, NY 10005.

3. On the 6th day of December 2023, DRC, at my direction and under my supervision, caused a true and accurate copy of the following documents:

    i. *Joint Stipulation Concerning B.R.S.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* (Docket No. 2710);

    ii. *Joint Stipulation Concerning L.A.C.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* (Docket No. 2711); and

    iii. *Joint Stipulation Concerning D.L.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* (Docket No. 2712),

to be served upon the parties, who will not receive notice through the Court's CM/ECF System, via electronic mail upon the parties as set forth on Exhibit 1; and via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO00373

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 11th day of December 2023, New York, New York.

By _____
Roderick Wong

Sworn before me this
11th day of December 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000051P002-1435S-373<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087<br>MPSWEB@AMERIGROUP.COM | 000105P001-1435S-373<br>ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101<br>JARVISA@GTLAW.COM | 000144P001-1435S-373<br>ARATA LAW OFFICE LLC<br>WILLIAM H ARATA<br>216 AUSTIN ST<br>BOGALUSA LA 70427<br>INFO@ARATALAW.NET | 000112P001-1435S-373<br>ARDOIN MCKOWEN & ORY LLC<br>DAVID W ARDOIN<br>114 LAURA DRIVE STE D<br>THIBODAUX LA 70301<br>DAVID@AMOTRIALLAWYERS.COM |
| 000141P001-1435S-373<br>AVA LAW GROUP INC<br>ANDREW VAN ARSDALE<br>2718 MONTANA AVENUE STE 222<br>BILLINGS MT 59101<br>ANDREW@AVALAW.COM | 000153P001-1435S-373<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC<br>REAGAN CHARLESTON THOMAS<br>17 EAST MAIN ST.,STE 200<br>PENSACOLA FL 32502<br>SATEAM@AWKOLAW.COM | 000152P001-1435S-373<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>JAN M HAYDEN<br>201 ST CHARLES AVE.,STE 3600<br>NEW ORLEANS LA 70170<br>JHAYDEN@BAKERDONELSON.COM | 000078P001-1435S-373<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163<br>JWATERS@BFROB.COM |
| 000079P001-1435S-373<br>BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163<br>DWALLE@BFROB.COM | 000066P001-1435S-373<br>BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112<br>ALAN.GOODMAN@BSWLLP.COM | 000119P001-1435S-373<br>BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 MATAIRIE ROAD STE 202<br>METAIRIE LA 70005<br>MARK@BROWNRICEMARKETING.COM | 000149P001-1435S-373<br>BRUNO & BRUNO, LLP<br>JOSEPH M. BRUNO; DONALD D. REICHERT, JR.<br>855 BARONNE STREET<br>NEW ORLEANS LA 70113<br>JBRUNO@BRUNOBRUNOLAW.COM |
| 000149P001-1435S-373<br>BRUNO & BRUNO, LLP<br>JOSEPH M. BRUNO; DONALD D. REICHERT, JR.<br>855 BARONNE STREET<br>NEW ORLEANS LA 70113<br>DON@BRUNOBRUNOLAW.COM | 000071P001-1435S-373<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802<br>DAVID.RUBIN@BUTLERSNOW.COM | 000071P001-1435S-373<br>BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802<br>JIM.AUSTIN@BUTLERSNOW.COM | 000041P002-1435S-373<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>WAGUESPACK@CARVERDARDEN.COM |
| 000041P002-1435S-373<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SCULLIN@CARVERDARDEN.COM | 000041P002-1435S-373<br>CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGR<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102<br>SEGRIST@CARVERDARDEN.COM | 000145P001-1435S-373<br>CHRIS EDMUNDS LAW OFFICE<br>4937 HEARST ST., SUITE 2F<br>METAIRIE LA 70001<br>CHRISEDMUNDSLAW@GMAIL.COM | 000117P001-1435S-373<br>CRESCENT DOOR & HARDWARE INC<br>NEUVILLE C HOTSTREAM SR<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123<br>NEUVILLE@CDHNO.COM |
| 000097P002-1435S-373<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364<br>DBALDONE@HOTMAIL.COM | 000151P001-1435S-373<br>DELACROIX & DELACROIX LLC<br>SCOTT E DELACROIX<br>321 NORTH VERMONT ST.,STE 105<br>COVINGTON LA 70433<br>SCOTTDELACROIXLAW@GMAIL.COM | 000131P001-1435S-373<br>DENTONS US LLP<br>JERRY A BEATMANN JR<br>650 POYDRAS ST.,STE 2850<br>NEW ORLEANS LA 70130-6132<br>JAY.BEATMANN@DENTONS.COM | 000132P001-1435S-373<br>DENTONS US LLP<br>DEBORAH J CAMPBELL<br>ONE METROPOLITAN SQUARE<br>211 N BROADWAY STE 3000<br>ST. LOUIS MO 63102-2741<br>DEBORAH.CAMPBELL@DENTONS.COM |

| | | | |
|---|---|---|---|
| 000133P001-1435S-373<br>DENTONS US LLP<br>M KEITH MOSKOWITZ<br>233 SOUTH WACKER DR.,STE 5900<br>CHICAGO IL 60606-6362<br>KEITH.MOSKOWITZ@DENTONS.COM | 000134P001-1435S-373<br>DENTONS US LLP<br>PATRICK C MAXCY<br>233 SOUTH WACKER DR.,STE 5900<br>CHICAGO IL 60606-6362<br>PATRICK.MAXCY@DENTONS.COM | 000086P001-1435S-373<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123<br>MIKE.JACOBS@DKIOFFICESOLUTIONS.COM | 000062P003-1435S-373<br>ENTERGY<br>SEAN D MOORE  ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113<br>SMOORE6@entergy.com |
| 000092P001-1435S-373<br>EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001<br>EHOWELL@EPHLAW.COM | 000107P001-1435S-373<br>FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253<br>FELEPEAVY@JUNO.COM | 000076P001-1435S-373<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800<br>GMEUNIER@GAINSBEN.COM | 000076P001-1435S-373<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800<br>BWOLF@GAINSBEN.COM |
| 000044P002-1435S-373<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008<br>ERIC_PEARSON@AJG.COM | 000128P001-1435S-373<br>GEORGE G ANGELUS, PLC<br>GEORGE G ANGELUS<br>700 CAMP ST.<br>NEW ORLEANS LA 70130<br>GANGELUS4@AOL.COM | 000136P001-1435S-373<br>GIEGER LABORDE & LAPEROUSE LLC<br>JOHN E. W. BAAY II<br>701 POYDRAS ST.,STE 4800<br>NEW ORLEANS LA 70139-4800<br>JBAAY@GLLLAW.COM | 000100P001-1435S-373<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110<br>MURPHYC@GTLAW.COM |
| 000100P001-1435S-373<br>GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110<br>ELRODJ@GTLAW.COM | 000101P001-1435S-373<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM | 000043P002-1435S-373<br>HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802<br>DAVID.RUBIN@BUTLERSNOW.COM | 000038P002-1435S-373<br>HELLER DRAPER PATRICK HORN  ET AL.<br>DOUGLAS S DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130<br>DDRAPER@HELLERDRAPER.COM |
| 000068P003-1435S-373<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>SGISLESON@HHKLAWFIRM.COM | 000068P003-1435S-373<br>HERMAN, HERMAN & KATZ, LLC<br>SOREN GISLESON; JOSEPH 'JED' CAIN<br>820 O'KEEFE AVENUE<br>NEW ORLEANS LA 70113<br>JCAIN@HHKLAWFIRM.COM | 000108P001-1435S-373<br>HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130<br>HALEXIS@HINSHAWLAW.COM | 000104P001-1435S-373<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>STEPHEN@HUBERTHOMASLAW.COM |
| 000104P001-1435S-373<br>HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163<br>LOGAN@HUBERTHOMASLAW.COM | 000124P002-1435S-373<br>JUDGE MICHAEL HOGAN<br>PO BOX 1375<br>EUGENE OR 97440<br>JUDGE@HOGANMEDIATION.NET | 000103P001-1435S-373<br>KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445<br>KRODRIGUEZ@KEITHRODRIGUEZ.COM | 000140P002-1435S-373<br>LAMOTHE LAW FIRM<br>FRANK E LAMOTHE III;KRISTI S SCHUBERT;JULIEN G LAM<br>400 POYDRAS ST.,STE 1760<br>NEW ORLEANS LA 70130<br>FELAMOTHE@LAMOTHEFIRM.COM |

| | | | |
|---|---|---|---|
| 000140P002-1435S-373<br>LAMOTHE LAW FIRM<br>FRANK E LAMOTHE III;KRISTI S SCHUBERT;JULIEN G LAM<br>400 POYDRAS ST.,STE 1760<br>NEW ORLEANS LA 70130<br>KSCHUBERT@LAMOTHEFIRM.COM | 000140P002-1435S-373<br>LAMOTHE LAW FIRM<br>FRANK E LAMOTHE III;KRISTI S SCHUBERT;JULIEN G LAM<br>400 POYDRAS ST.,STE 1760<br>NEW ORLEANS LA 70130<br>JLAMOTHE@LAMOTHEFIRM.COM | 000099P001-1435S-373<br>LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112<br>DLANDWEHR@ATT.NET | 000125P001-1435S-373<br>LARZELERE PICOU WELLS SIMPSON LONERO LLC<br>WILSON L MALOZ III<br>3850 N CAUSEWAY BLVD STE 500<br>TWO LAKEWAY CENTER<br>METAIRIE LA 70002<br>WMALOZ@LPWSL.COM |
| 000137P001-1435S-373<br>LAW OFFICE OF MIGUEL A ELIAS<br>MIGUEL A ELIAS<br>4224 WILLIAMS BLVD<br>KENNER LA 70065<br>MIGUELELIAS@MELIASLAW.COM | 000082P001-1435S-373<br>LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422<br>REGINAWEDIG@WEDIGLAW.COM | 000150P001-1435S-373<br>LAW OFFICE OF STEPHEN J. HAEDICKE<br>STEPHEN J. HAEDICKE<br>1040 SAINT FERDINAND ST.<br>NEW ORLEANS LA 70117<br>STEPHEN@HAEDICKELAW.COM | 000139P001-1435S-373<br>LAW OFFICES OF FRANK J D'AMICO JR<br>FRANK J D'AMICO JR<br>4608 RYE STREET<br>METAIRIE LA 70006<br>FRANK@DAMICOLAW.NET |
| 000139P001-1435S-373<br>LAW OFFICES OF FRANK J D'AMICO JR<br>FRANK J D'AMICO JR<br>4608 RYE STREET<br>METAIRIE LA 70006<br>BEVERLY@DAMICOLAW.NET | 000138P001-1435S-373<br>LEWIS KULLMAN STERBCOW & ABRAMSON<br>PAUL M STERBCOW<br>601 POYDRAS ST.,STE 2615<br>NEW ORLEANS LA 70130<br>STERBCOW@LKSALAW.COM | 000074P003-1435S-373<br>LOCKE LORD LLP<br>W STEVEN BRYANT,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>SBRYANT@LOCKELORD.COM | 000074P003-1435S-373<br>LOCKE LORD LLP<br>W STEVEN BRYANT,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036<br>ASHLEY.LOHR@LOCKELORD.COM |
| 000075P001-1435S-373<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>RKUEBEL@LOCKELORD.COM | 000075P001-1435S-373<br>LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>YAMILLE.HARRISON@LOCKELORD.COM | 000126P001-1435S-373<br>LOCKE LORD LLP<br>BRADLEY C KNAPP<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130<br>BKNAPP@LOCKELORD.COM | 000045P002-1435S-373<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118<br>JENNIFER.SARPALIUS@LCMCHEALTH.ORG |
| 000081P001-1435S-373<br>LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005<br>SEIDEMANNR@AG.STATE.LA.US | 000052P002-1435S-373<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808<br>LUBAACCOUNTING@LUBAWC.COM | 000114P001-1435S-373<br>LUGENBUHL WHEATON PECK RANKIN & HUBBARD<br>BENJAMIN W KADDEN<br>601 POYDRAS ST.,STE 2775<br>NEW ORLEANS LA 70130<br>BKADDEN@LAWLA.COM | 000109P001-1435S-373<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>RBERAN@MCCARTER.COM |
| 000109P001-1435S-373<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JKELLY@MCCARTER.COM | 000050P002-1435S-373<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901<br>THEDING@MEITLER.COM | 000120P001-1435S-373<br>METROSTUDIO LLC<br>HEATHER GORMAN<br>6501 SPANISH FORT BLVD<br>NEW ORLEANS LA 70124<br>HGORMAN@METROSTUDIO.NET | 000089P002-1435S-373<br>NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>3501 N CAUSEWAY BLVD STE 300<br>METAIRIE LA 70002-3618<br>MLANDRY@NEWMANMATHIS.COM |

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
### Exhibit Pages

Page # : 4 of 5  12/07/2023 08:55:05 PM

000093P002-1435S-373
NEWMAN MATHIS BRADY & SPEDALE
ROBERT A MATHIS
A PROFESSIONAL LAW CORP
3501 NORTH CAUSEWAY BLVD.,STE 300
METAIRIE LA 70002
RMATHIS@NEWMANMATHIS.COM

000130P001-1435S-373
NEWMAN MATHIS BRADY & SPEDALE
WAYNE A MAIORANA JR
A PROFESSIONAL CORPORATION
3501 NORTH CAUSEWAY STE 300
METAIRIE LA 70002
TMAIORANA@NEWMANMATHIS.COM

000007P003-1435S-373
OFFICE OF THE US TRUSTEE
AMANDA B. GEORGE,TRIAL ATTORNEY
400 POYDRAS ST STE 2110
NEW ORLEANS LA 70130
AMANDA.B.GEORGE@USDOJ.GOV

000063P001-1435S-373
OFFICE OF THE US TRUSTEE
MARY LANGSTON, ASST US TRUSTEE
400 POYDRAS ST.,STE 2110
NEW ORLEANS LA 70130
MARY.LANGSTON@USDOJ.GOV

000094P001-1435S-373
PACHULSKI STANG ZIEHL & JONES LLP
LINDA F CANTOR
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067
LCANTOR@PSZJLAW.COM

000095P001-1435S-373
PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067
JSTANG@PSZJLAW.COM

000142P001-1435S-373
PACHULSKI STANG ZIEHL & JONES LLP
ANDREW CAINE
10100 SANTA MONICA BLVD STE 1300
LOS ANGELES CA
ACAINE@PSZJLAW.COM

000115P001-1435S-373
PHELPS DUNBAR LLP
RICK M SHELBY;ALLEN C MILLER;ASHLEY J HEILPRIN
365 CANAL ST.,STE 2000
NEW ORLEANS LA 70130-6534
RICK.SHELBY@PHELPS.COM

000115P001-1435S-373
PHELPS DUNBAR LLP
RICK M SHELBY;ALLEN C MILLER;ASHLEY J HEILPRIN
365 CANAL ST.,STE 2000
NEW ORLEANS LA 70130-6534
ALLEN.MILLER@PHELPS.COM

000115P001-1435S-373
PHELPS DUNBAR LLP
RICK M SHELBY;ALLEN C MILLER;ASHLEY J HEILPRIN
365 CANAL ST.,STE 2000
NEW ORLEANS LA 70130-6534
ASHLEY.HEILPRIN@PHELPS.COM

000080P001-1435S-373
RICHARD A ROZANSKI, APLC
RICHARD A ROZANSKI
P O BOX 13199
ALEXANDRIA LA 71315-3199
RICHARD@RARLAW.NET

000042P001-1435S-373
RICHARD C TRAHANT
ATTORNEY AT LAW
2908 HESSMER AVE
METAIRIE LA 70002
TRAHANT@TRAHANTLAWOFFICE.COM

000127P001-1435S-373
ROBINSON LAW OFFICES LLC
CRAIG M ROBINSON,ESQ
700 CAMP ST.
NEW ORLEANS LA 70130
CRAIG@RLOLEGAL.COM

000090P001-1435S-373
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115
RASTETTER@BELLSOUTH.NET

000090P001-1435S-373
ROGER A STETTER,ESQ
4429 BARONNE ST
NEW ORLEANS LA 70115
RASTETTER47@YAHOO.COM

000135P001-1435S-373
RUGGERI PARKS WEINBERG LLP
JOSHUA D WEINBERG;SARA K HUNKLER
1875 K STREET, NW STE 600
WASHINGTON DC 20006
JWEINBERG@RUGGERILAW.COM

000135P001-1435S-373
RUGGERI PARKS WEINBERG LLP
JOSHUA D WEINBERG;SARA K HUNKLER
1875 K STREET, NW STE 600
WASHINGTON DC 20006
SHUNKLER@RUGGERILAW.COM

000110P001-1435S-373
RUSSELL POTTHARST
411 W 5TH ST APT 510
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000073P001-1435S-373
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033
ECAHILL@SHERGARNER.COM

000073P001-1435S-373
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II
909 POYDRAS ST.,28TH FLOOR
NEW ORLEANS LA 70112-1033
TMADIGAN@SHERGARNER.COM

000091P001-1435S-373
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
RLUMINAIS@SHERGARNER.COM

000091P001-1435S-373
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT
909 POYDRAS ST.,STE 2800
NEW ORLEANS LA 70112-4046
TMADIGAN@SHERGARNER.COM

000069P001-1435S-373
SHERMAN-DENENEA, LLC.
JOHN H. DENENEA, JR.
424 CANAL STREET
NEW ORLEANS LA 70119
JDENENEA@MIDCITYLAW.COM

000121P001-1435S-373
STEWART ROBBINS BROWN & ALTAZAN LLC
PAUL DOUGLAS STEWART JR.;WILLIAM S ROBBINS;
301 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348
DSTEWART@STEWARTROBBINS.COM

| | | | |
|---|---|---|---|
| 000121P001-1435S-373<br>STEWART ROBBINS BROWN & ALTAZAN LLC<br>PAUL DOUGLAS STEWART JR.;WILLIAM S ROBBINS;<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348<br>WROBBINS@STEWARTROBBINS.COM | 000122P001-1435S-373<br>STEWART ROBBINS BROWN & ALTAZAN LLC<br>BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348<br>BBROWN@STEWARTROBBINS.COM | 000122P001-1435S-373<br>STEWART ROBBINS BROWN & ALTAZAN LLC<br>BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348<br>BALTAZAN@STEWARTROBBINS.COM | 000122P001-1435S-373<br>STEWART ROBBINS BROWN & ALTAZAN LLC<br>BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348<br>JCANGELOSI@STEWARTROBBINS.COM |
| 000123P001-1435S-373<br>STEWART ROBBINS BROWN & ALTAZAN LLC<br>NICHOLAS J SMELTZ<br>30 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348<br>NSMELTZ@STEWARTROBBINS.COM | 000146P001-1435S-373<br>TALBOT, CARMOUCHE & MARCELLO<br>ROSS J. DONNES<br>17405 PERKINS ROAD<br>BATON ROUGE LA 70810<br>RDONNES@TCMLAWOFFICE.COM | 000111P001-1435S-373<br>TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112<br>SROSAMOND@TWPDLAW.COM | 000148P001-1435S-373<br>THE BRASLOW FIRM, LLC<br>DEREK T. BRASLOW, ESQ.<br>KETTERER BROWNE & ASSOCIATE, LLC<br>336 S. MAIN STREET 2 A-C<br>BEL AIR MD 21014<br>DEREK@KBAATTORNEYS.COM |
| 000065P002-1435S-373<br>THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>2550 BELLE CHASSE HWY<br>STE 215<br>GRETNA LA 70053-6758<br>WGC@BILLCHERBONNIER.COM | 000064P001-1435S-373<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130<br>JVASQUEZ@VASQUEZLAWOFFICE.COM | 000118P001-1435S-373<br>WAYNE JABLONOWSKI APLC<br>3705 PONCHARTRAIN DRIVE<br>SLIDELL LA 70458<br>WAYNE@WJJLAW.COM | 000031P002-1435S-373<br>WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802<br>BETH.ZEIGLER@HANCOCKWHITNEY.COM |

Records Printed :     108

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000049P002-1435S-373<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000084P001-1435S-373<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | 000055P002-1435S-373<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | 000087P002-1435S-373<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 |
| 000023P001-1435S-373<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | 000057P002-1435S-373<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | 000026P001-1435S-373<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 | 000032P001-1435S-373<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 |
| 000116P001-1435S-373<br>FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 | 000072P002-1435S-373<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | 000083P001-1435S-373<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | 000028P002-1435S-373<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 |
| 000029P002-1435S-373<br>HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | 000030P001-1435S-373<br>HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 | 000039P001-1435S-373<br>HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 000009P001-1435S-373<br>INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |
| 000010P001-1435S-373<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000011P002-1435S-373<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | 000012P001-1435S-373<br>INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220 M/S 31<br>NEW ORLEANS LA 70112 | 000022P001-1435S-373<br>JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 |
| 000027P001-1435S-373<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000034P001-1435S-373<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | 000002P001-1435S-373<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | 000005P001-1435S-373<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 |
| 000018P001-1435S-373<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 000024P001-1435S-373<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | 000008P001-1435S-373<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | 000040P001-1435S-373<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 |

The Roman Catholic Church of the Archdiocese of New Orleans
Exhibit Pages

Page # : 2 of 2                                                                                                                                                            12/07/2023 08:54:39 PM

| | | | |
|---|---|---|---|
| 000047P001-1435S-373<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-373<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000036P001-1435S-373<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-373<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| 000046P002-1435S-373<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 | 000096P003-1435S-373<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>1 SANSOME ST STE 3430<br>SAN FRANCISCO CA 94104-4436 | 000021P001-1435S-373<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | 000025P001-1435S-373<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 |
| 000102P002-1435S-373<br>TMI TRUST COMPANY<br>KEVIN M DOBRAVA<br>5901 PEACHTREE RD<br>STE C-495<br>ATLANTA GA 30328 | 000013P001-1435S-373<br>US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | 000003P001-1435S-373<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-373<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| 000035P001-1435S-373<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000019P001-1435S-373<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-373<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 000006P001-1435S-373<br>US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 |
| 000037P001-1435S-373<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | 000053P004-1435S-373<br>WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | 000085P001-1435S-373<br>WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 | |

Records Printed : 47