## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | CASE NO. 20-10846 |
| § | |
| THE ROMAN CATHOLIC CHURCH § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW § | |
| ORLEANS, § | COMPLEX CASE |
| § | |
| DEBTOR. § | SECTION A |

### TRAVELERS' JOINDER TO MOVING INSURERS' EXPEDITED BANKRUPTCY RULE 2004 MOTION

Fidelity & Guaranty Insurance Underwriters, Inc. and United States Fidelity & Guaranty Company, affiliates of Travelers Indemnity Company, Inc. (together, "Travelers"), alleged insurers for the debtor The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor" or "Archdiocese"), through undersigned counsel, file this joinder (the "Joinder") to the *Moving Insurers' Expedited Bankruptcy Rule 2004 Motion* [Docket No. 2721] (the "Motion"). In support of the Joinder, Travelers further states:

1. Through the Motion, the Moving Insurers[1] seek authorization to serve a subpoena on the Debtor requesting the following documents: (1) drafts of the plan documents, any trust distribution procedures, or related term sheets exchanged between the Debtor and the Tort Committee, and (2) documents exchanged between the Debtor and the Tort Committee concerning the Sexual Abuse Survivor Claims that are the subject of a plan.

2. Travelers incorporates by reference and hereby joins in the requested relief set forth in the Motion.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Insurer Approval Motion.

US_ACTIVE\125696238\V-2

3. Similar to the Moving Insurers, Travelers has made direct requests to the Debtor for drafts of plan documents that have been shared between the Committee and the Debtor. To date, the Debtor has not provided Travelers copies of any plan documents, despite these requests.

4. Travelers reserves its rights to supplement this Joinder and participate in any hearing to consider the Motion.

**WHEREFORE**, for all the foregoing reasons, Travelers respectfully joins in the relief requested in the Motion, and requests that the Court grant the Motion and grant Travelers any other such relief as the Court deems just and proper.

Respectfully submitted,

DENTONS US LLP

By: /s/ *Jerry A. Beatmann, Jr.*

Patrick C. Maxcy (admitted pro hac vice)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com

Deborah J. Campbell (admitted pro hac vice)
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102-2741
(314) 241-1800 – Telephone
deborah.campbell@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for Fidelity & Guaranty Insurance Underwriters, Inc. and United States Fidelity & Guaranty Company, affiliates of Travelers Indemnity Company, Inc., as insurers for Debtor The Roman Catholic Church of the Archdiocese of New Orleans*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing *Joinder* was served on December 13, 2023 by ELECTRONIC FILING through the Court's electronic filing system and notice of this filing will be sent to all counsel of record by such system.

      /s/ *Jerry A. Beatmann, Jr.*
      Jerry A. Beatmann, Jr. (LA #26189)

      DENTONS US LLP
      650 Poydras Street, Suite 2850
      New Orleans, LA 70130-6132
      (504) 524-5446 - Telephone
      jay.beatmann@dentons.com