UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER APPROVING EIGHTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ZOBRIO, INC. AS COMPUTER CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023, THROUGH OCTOBER 31, 2023**

Before the Court is the *Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from July 1, 2023, through October 31, 2023* (the "Application"), [ECF Doc. 2695], filed by Zobrio, Inc. (the "Applicant"), for the period from July 1, 2023, through October 31, 2023 (the "Application Period").

The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis whether the expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

Accordingly,

**IT IS ORDERED** that the Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Applicant is allowed and awarded, on an interim

basis, expenses incurred in the amount of **$1,400.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above-captioned Debtor. This Award consists of $1,400.00 in expenses incurred by the Applicant during the Application Period.

**IT IS FURTHER ORDERED** that the Debtor is further authorized, and directed, to pay the balance of the Award to the Applicant on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

**IT IS FURTHER ORDERED** that the Applicant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Complex Case Procedures, and any Orders limiting notice, and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 19, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE