UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 Through October 31, 2023*, (the "Interim Application"), [ECF Doc. 2684], filed by Rock Creek Advisors, LLC (the "Movant") for the period July 1, 2023, through October 31, 2023, (the "Application Period").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Movant is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$16,410.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the remaining balance of the Award to the Movant promptly upon entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 20, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE