# Exhibit A

## Oppenheim, Samantha

| | |
|---|---|
| **From:** | Mintz, Mark |
| **Sent:** | Saturday, December 16, 2023 9:48 AM |
| **To:** | 'Jones, Emma'; Maxcy, Patrick C.; Oppenheim, Samantha; Futrell, Lisa; Vance, Patrick |
| **Cc:** | jbaay@glllaw.com; Schiavoni, Tancred; Grossbart, John; jmurray@blankrome.com; 'Carter, James'; 'Michaelson, Robyn' |
| **Subject:** | RE: RE: (Case No. 20-10846) In re Archdiocese of New Orleans - Proposed Order Denying Lift Stay Motions |
| **Attachments:** | RE: In re Roman Catholic Church of the Archdiocese of New Orleans, Case No. 20-10846 (Bankr. E.D. La.) |

Emma – As we discussed yesterday, below are all productions that we have sent to the Insurers which include the information we have provided to the Committee. I attach a specific email which you were sent in July which included the "Jones Walker Claims List" which provided the information about the claims that we have compiled. Pasted below is a timeline of the communications we have sent to you containing claim information. If you are missing something, please let us know and we will resend.

## **TIMELINE**

- **January 10, 2023:** Robyn Michaelson of Blank Rome sent the insurers a Sharefile link to all sexual abuse proofs of claim that had been filed to date.

- **February 8, 2023:** Allison Kingsmill of Jones Walker sent the insurers two emails.
    o The first email enclosed (a) a Sharefile link to additional sexual abuse proofs of claim and (b) two Sharefile links to folders containing abuse-related documents produced to the Committee in the Chapter 11 Case and designated as confidential pursuant to the Protective Order.
    o The second email enclosed a Sharefile link to one additional abuse-related document that was being produced to the Committee—namely, Virtus training materials.

- **February 10, 2023:** Allison Kingsmill of Jones Walker sent the insurers a new Sharefile link to three productions for which the prior Sharefile link had expired.

- **February 16, 2023:** Samantha Oppenheim of Jones Walker sent the insurers an email enclosing two Excel files: (a) a summary chart/key of certain settlement agreements that had been produced; and (b) a summary chart of personnel files included in prior productions.

- **March 9, 2023:** Robyn Michaelson of Blank Rome sent lists to Chubb, Sparta, and Westport of the claims implicating each of those insurers.

- **March 29, 2023:** Samantha Oppenheim of Jones Walker sent the insurers an email enclosing 18 additional sexual abuse proofs of claim.

- **April 19, 2023:** Robyn Michaelson of Blank Rome sent Travelers an updated list of the claims received to date alleging abuse that implicate Travelers' policies.

- **April 21, 2023:** Robyn Michaelson of Blank Rome sent an email to the insurers in response to their informal information requests. The email enclosed the following attachments:
    o Excel file dated April 21, 2023 containing eight worksheets, each of which lists a different category of claims (the "**Jones Walker Claims Lists**");

1

- o Excel file dated April 21, 2023 titled ANO Claim Matrix for Insurers (the "**Blank Rome Claims Matrix**");
- o Privilege logs which were produced to the Committee during discovery in connection with the Debtor's production of abuse-related documents; and
- o Two Excel files that were previously provided to the insurers on February 16, 2023 (i.e., the summary chart/key of certain settlement agreements and the summary chart of personnel files).

- **April 27, 2023:** Robyn Michaelson of Blank Rome sent the insurers an updated version of the "New Orleans Insurance Coverage Chart."

- **April 28, 2023:** Samantha Oppenheim of Jones Walker sent the insurers 13 additional proofs of claim, one notice of withdrawal, and an updated version of the Jones Walker Claims Lists.

- **April 28, 2023:** Allison Kingsmill of Jones Walker responded to Tanc's inquiry regarding which documents had been produced.

- **May 5, 2023:** Samantha Oppenheim of Jones Walker responded to Tanc's email regarding settlement agreements and releases.

- **July 21, 2023:** Samantha Oppenheim of Jones Walker sent the insurers 13 additional sexual abuse proofs of claim and an updated version of the Jones Walker Claims Lists. (This is the email attached here)

- **October 17, 2023**: Samantha Oppenheim of Jones Walker sent the insurers 10 additional sexual abuse proofs of claim.


**Mark A. Mintz**  |  Partner
Jones Walker LLP
D: 504.582.8368
mmintz@joneswalker.com

---

**From:** Jones, Emma <eljones@omm.com>
**Sent:** Friday, December 15, 2023 3:13 PM
**To:** Mintz, Mark <mmintz@joneswalker.com>; Maxcy, Patrick C. <patrick.maxcy@dentons.com>; Oppenheim, Samantha <soppenheim@joneswalker.com>; Futrell, Lisa <efutrell@joneswalker.com>; Vance, Patrick <pvance@joneswalker.com>
**Cc:** jbaay@glllaw.com; Schiavoni, Tancred <tschiavoni@omm.com>; Grossbart, John <john.grossbart@dentons.com>
**Subject:** [EXTERNAL] RE: RE: (Case No. 20-10846) In re Archdiocese of New Orleans - Proposed Order Denying Lift Stay Motions

Thanks Mark, appreciate it.

One item I didn't bring up specifically on our call earlier (but which was requested in my prior note to you) was the document you stated you were willing to provide in connection with our Rule 2004, which contains a list of deficient claims. Could you please send (or resend, to the extent you believe you already provided us that document) to us when able?

Thanks,

Emma L. Jones
O: +1-972-360-1913
eljones@omm.com