UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § § | |
| | § | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON THURSDAY, DECEMBER 21, 2023, AT 1:30 P.M. CST

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for hearing on **Thursday, December 21, 2023, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart V of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of September 15, 2023].

Parties in interest may participate in the hearing (I) in person in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**; (II) by telephone only (**Dial-in: 1-504-517-1385, Access Code: 129611**); or (III) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## **CONTESTED MATTERS**

1. Various Motions for Partial Relief from Automatic Stay

    **Movants:** Various Sexual Abuse Survivors
    **Nature of Motions:** Motions for Partial Relief from Automatic Stay
    **Response Deadline:** November 3, 2023
    **Status:** The motions are scheduled for a continued hearing in accordance with the Order to Continue Hearing on Motions for Relief from the Stay [ECF No. 2667]. However, counsel for the Debtor, the Apostolates, the Official Committee of Unsecured Creditors, and the movants request that the hearing be treated as a status conference.

    **Motions/Responses/Related Filings:**

    - Motions

        i. *Motion of Sexual Abuse Survivor David Gordon for Partial Relief from Automatic Stay* **[ECF No. 2512]**

        ii. B.L.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2538]**

        iii. *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor G.K.H.* **[ECF No. 2542]**

        iv. John (W.M.) Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor G.K.H.* **[ECF No. 2544]**

        v. G.A. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2545]**

        vi. M.Y. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2547]**

        vii. J.W. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2550]**

        viii. B.M. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2552]**

        ix. G.L. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2554]**

        x. C.H. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2556]**

xi. T.G. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2558]**

xii. Mark H. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2560]**

xiii. M.H. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2562]**

xiv. M.C. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2564]**

xv. M.B. Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2566]**

xvi. *Motion of Sexual Abuse Survivor Identified as Claim No. ESAS-110 for Partial Relief from Automatic Stay* **[ECF No. 2568]**

xvii. Tim Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2570]**

xviii. Jane Doe's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2571]**

xix. R.A.P.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2573]**

xx. T.G.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2574]**

xxi. T.M.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2575]**

xxii. AWKO Doe 30's *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2578]**

xxiii. E.J.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2579]**

xxiv. R.H.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2580]**

xxv. C.W.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2581]**

#101864471v4

- xxvi. M.C.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2582]**

- xxvii. S.T.'s *Motion for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2583]**

- <u>Memoranda in Support</u>

  - i. Certain Sexual Abuse Survivors' *Memorandum in Support of Motions for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivor* **[ECF No. 2604]**

  - ii. *Official Committee of Unsecured Creditors' Joinder in Motions for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivors* **[ECF No. 2605]**

  - iii. *Memorandum in Support of Motions for Limited Relief from the Automatic Stay Filed on Behalf of James Adams* **[ECF No. 2607]**

- <u>Responses</u>

  - i. *Debtor's Objection to Motions for Limited Relief from the Automatic Stay* **[ECF No. 2611]**

  - ii. *Travelers' Opposition to Motions for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivors* **[ECF No. 2612]**

  - iii. *The Official Committee of Unsecured Commercial Creditors' Omnibus Response to Multiple Motions for Limited Relief from the Automatic Stay to File Suit Related to Alleged Sexual Abuse and Supportive Pleadings* **[ECF No. 2613]**

  - iv. *Omnibus Objection of the Apostolates in Opposition to Motions for Limited Relief from Automatic Stay Filed on Behalf of Sexual Abuse Survivors* **[ECF No. 2615]**

  - v. *The Objecting Insurers' Omnibus Objection to Lift Stay Motions* **[ECF No. 2616]**

  - vi. *Declaration of Emma L. Jones in Support of the Objecting Insurers' Omnibus Objection to Lift Stay Motions* **[ECF No. 2617]**

- <u>Reply Memoranda</u>

  - i. *Official Committee of Unsecured Creditors' Omnibus Reply to Objections to Motions for Limited Relief from the Automatic Stay Filed on Behalf of Sexual Abuse Survivors* **[ECF No. 2628]**

4

- Witness and Exhibit Lists

    i. *Witness and Exhibit List of the Movants and Official Committee of Unsecured Creditors in Connection With the Evidentiary Hearing as to Motions for Limited Relief from Stay Scheduled for November 14, 2023 at 1:30 p.m. (CST)* **[ECF No. 2627]**

    ii. *United States Fire Insurance Company's and International Insurance Company's Witness and Exhibit List for Hearing on November 14, 2023* **[ECF No. 2629]**

    iii. *Joint Witness and Exhibit List of the Debtor and the Apostolates in Connection With the Motions for Limited Relief from the Automatic Stay Scheduled for Hearing on November 14, 2023 at 1:30 p.m.* **[ECF No. 2630]**

    iv. *Witness and Exhibit List of the Official Committee of Unsecured Commercial Creditors' in Connection With the Evidentiary Hearing as to Multiple Motions for Limited Relief from the Automatic Stay Scheduled for November 14, 2023 at 1:30 p.m.* **[ECF No. 2632]**

- Other

    i. *Certain Insurers' Brief in Support of Form of Proposed Order Resolving Lift-Stay Motions* **[ECF No. 2744]**

2. *Application for Entry of an Order Authorizing the Retention and Employment of Kroll, LLC as Pension Analyst to the Official Committee of Unsecured Commercial Creditors* **[ECF No. 2687]**

    **Movant:** The Official Committee of Unsecured Commercial Creditors
    **Nature of Motion:** Application to Employ Pension Analyst
    **Response Deadline:** December 14, 2023
    **Status:** The matter is going forward.
    **Responses/Related Filings:**

    - *Debtor's Response to Application for Entry of an Order Authorizing the Retention and Employment of Kroll, LLC as Pension Analyst to the Official Committee of Unsecured Commercial Creditors* **[ECF No. 2728]**

3. *Moving Insurers' <u>Expedited</u> Bankruptcy Rule 2004 Motion* **[ECF No. 2721]**

    **Movants:** U.S. Fire Insurance Company and International Insurance Company
    **Nature of Motion:** Rule 2004 Motion

5

#101864471v4

**Response Deadline:** December 21, 2023, at 9:00 a.m. CT
**Status:** The matter is going forward.
**Responses/Related Filings:**

- *Declaration of Emma L. Jones in Support of the Moving Insurers' Expedited Bankruptcy Rule 2004 Motion* **[ECF No. 2723]**

- *Order* Granting Motion to Expedite Hearing **[ECF No. 2726]**

- *Travelers' Joinder to Moving Insurers' Expedited Bankruptcy Rule 2004 Motion* **[ECF No. 2727]**

- *Debtor's Objection to Moving Insurers' Expedited Bankruptcy Rule 2004 Motion* **[ECF No. 2754]**

Dated: December 20, 2023

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

#101864471v4

## **CERTIFICATE OF SERVICE**

       I hereby certify, on December 20, 2023, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to immediately be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

       */s/ Samantha A. Oppenheim*
       Samantha A. Oppenheim