## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | § | |
| IN RE: | § | **CASE NO. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **CHAPTER 11** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |
| | § | |

### TRAVELERS' JOINDER TO CERTAIN INSURERS' BRIEF IN SUPPORT OF FORM OF PROPOSED ORDER RESOLVING LIFT-STAY MOTIONS

Fidelity & Guaranty Insurance Underwriters, Inc. and United States Fidelity & Guaranty Company, affiliates of Travelers Indemnity Company, Inc. (together, "Travelers"), alleged insurers for the debtor The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor" or "Archdiocese"), through undersigned counsel, file this joinder (the "Joinder") to the *Certain Insurers' Brief in Support of Form of Proposed Order Resolving Lift-Stay Motions* [Docket No. 2744] (the "Brief"). In support of the Joinder, Travelers further states:

1.     Travelers incorporates by reference and hereby joins in the requested relief set forth in the Brief.

2.     Travelers reserves its rights to supplement this Joinder and participate in any hearing to consider the Brief.

**WHEREFORE**, for all the foregoing reasons, Travelers respectfully joins in the relief requested in the Brief, and requests that the Court grant the Brief and grant Travelers any other such relief as the Court deems just and proper.

Respectfully submitted,

DENTONS US LLP

By: /s/ *Jerry A. Beatmann, Jr.*

Patrick C. Maxcy (admitted *pro hac vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com

Deborah J. Campbell (admitted *pro hac vice*)
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102-2741
(314) 241-1800 – Telephone
deborah.campbell@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for Fidelity & Guaranty Insurance Underwriters, Inc. and United States Fidelity & Guaranty Company, affiliates of Travelers Indemnity Company, Inc., as insurers for Debtor The Roman Catholic Church of the Archdiocese of New Orleans*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Joinder* was served on December 20, 2023 by ELECTRONIC FILING through the Court's electronic filing system and notice of this filing will be sent to all counsel of record by such system.

/s/ *Jerry A. Beatmann, Jr.*
Jerry A. Beatmann, Jr. (LA #26189)

DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

US_ACTIVE\125740683\V-1