**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

---

### JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S OBJECTION TO MOVING INSURERS' *EXPEDITED* BANKRUPTCY RULE 2004 MOTION

The Official Committee of Unsecured Creditors (the "Committee"") hereby joins in support of the *Debtor's Objection to Moving Insurers' Expedited Bankruptcy Rule 2004 Motion* [ECF No. 2754], and in requesting that the Insurers' Rule 2004 Motion be denied, additionally states as follows:

The Rule 2004 Motion is based on (1) a false premise, as the Insurers have all of the documents that the Debtor and Committee have exchanged in mediation (other than the child protection policy drafts for the reasons stated in the Debtor's Objection) and (2) the Insurers' inflated sense of their role in and importance to non-insurance monetary negotiations between the Debtor and the Committee. While any global resolution will certainly include insurance assets, the Debtor and Committee have been negotiating non-insurance issues that involve immensely more factual detail and discussions.[2]

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] The 2004 Motion is filed by Insurers who hold only 6 policies, all excess level, out of over 29 years of excess level coverage and 33 years of primary level coverage available to the Debtor. While the Committee has held mediation discussions with all insurers, it should not be surprising, given Movants' policies in the coverage picture, that they are not integrally involved in the negotiations.

LA:4870-6185-7688.1 05067.002
#101874156v2

Moreover, as all of the documents sought by the Insurers Rule 2004 Motion have been exchanged in the context of mediation, the 2004 process is not an appropriate vehicle by which to seek the information.  All of the exchanged documents are protected by the mediation privilege and should not be subject to subpoena.

The Committee respectfully requests that the Court deny the Rule 2004 Motion in its entirety.

Dated: December 20, 2023

Respectfully submitted,

*/s/ Andrew W. Caine*
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
Email: acaine@pszjlaw.com
Email: lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joinder is being served on December 20, 2023 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system on all parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22.

*/s/ Nancy H. Brown*
Nancy H. Brown

#101874156v2
LA:4870-6185-7688.1 05067.002