**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § § § § | Section "A" |
| | § | **Chapter 11** |
| **Debtor.**[1] | § § | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                              ) ss:
COUNTY OF NEW YORK )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 48 Wall Street, 22nd Floor, New York, New York 10005.

3. On the 20th day of December 2023, DRC, at my direction and under my supervision, caused a true and accurate copy of the following documents:

    i. *Debtor's Objection to Moving Insurers' Expedited Bankruptcy Rule 2004 Motion* (Docket No. 2754); and

    ii. *Notice of Agenda of Matters Scheduled for Hearing on Thursday, December 21, 2023, at 1:30 P.M. CST* (Docket No. 2755),

to be served upon the parties, who will not receive notice through the Court's CM/ECF System, via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of December 2023, New York, New York.

By _____
Roderick Wong

Sworn before me this
26th day of December 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
### Exhibit Page

Page # : 1 of 1  
12/20/2023 04:22:40 PM

---

000051P002-1435S-378  
AMERIGROUP LA  
PO BOX 28147  
NEW YORK NY 10087  
MPSWEB@AMERIGROUP.COM

000119P001-1435S-378  
BROWN RICE MARKETING LLC  
MARK W BROWN  
476 MATAIRIE ROAD STE 202  
METAIRIE LA 70005  
MARK@BROWNRICEMARKETING.COM

000117P001-1435S-378  
CRESCENT DOOR & HARDWARE INC  
NEUVILLE C HOTSTREAM SR  
6100 HUMPHREYS ST  
NEW ORLEANS LA 70123  
NEUVILLE@CDHNO.COM

000097P002-1435S-378  
DAMON J BALDONE & ASSOCIATES  
DAMON J BALDONE & ASSOCIATES  
DAMON J BALDONE,ESQ  
162 NEW ORLEANS BLVD  
HOUMA LA 70364  
DBALDONE@HOTMAIL.COM

000086P001-1435S-378  
DKI OFFICE FURNITURE & SUPPLIES  
MIKE JACOBS  
5530 JEFFERSON HWY  
NEW ORLEANS LA 70123  
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-378  
ENTERGY  
SEAN D MOORE ASST GC  
639 LOYOLA AVE  
STE 300 / L-ENT-26C  
NEW ORLEANS LA 70113  
SMOORE6@entergy.com

000044P002-1435S-378  
GALLAGHER BENEFIT SVC INC  
ERIC PEARSON  
2850 WEST GOLF RD  
5TH FL  
ROLLING MEADOWS IL 60008  
ERIC_PEARSON@AJG.COM

000124P002-1435S-378  
JUDGE MICHAEL HOGAN  
PO BOX 1375  
EUGENE OR 97440  
JUDGE@HOGANMEDIATION.NET

000045P002-1435S-378  
LOUISIANA CHILDREN'S MEDICAL CENTER  
JENNY BARNETT-SARPALIUS CFO  
200 HENRY CLAY AVE  
NEW ORLEANS LA 70118  
JENNIFER.SARPALIUS@LCMCHEALTH.ORG

000052P002-1435S-378  
LUBA CASUALTY INSURANCE CO  
STEVE WERNER, CPA, CIA  
2351 ENERGY DR  
STE 2000  
BATON ROUGE LA 70808  
LUBAACCOUNTING@LUBAWC.COM

000109P001-1435S-378  
MCCARTER & ENGLISH LLP  
RICHARD A BERAN;JOHN C KELLY  
FOUR GATEWAY CENTER  
100 MULBERRY ST  
NEWARK NJ 07102  
RBERAN@MCCARTER.COM

000109P001-1435S-378  
MCCARTER & ENGLISH LLP  
RICHARD A BERAN;JOHN C KELLY  
FOUR GATEWAY CENTER  
100 MULBERRY ST  
NEWARK NJ 07102  
JKELLY@MCCARTER.COM

000050P002-1435S-378  
MEITLER CONSULTANTS, INC  
TOM HEDING  
39 BEECHWOOD RD  
SUMMIT NJ 07901  
THEDING@MEITLER.COM

000120P001-1435S-378  
METROSTUDIO LLC  
HEATHER GORMAN  
6501 SPANISH FORT BLVD  
NEW ORLEANS LA 70124  
HGORMAN@METROSTUDIO.NET

000095P001-1435S-378  
PACHULSKI STANG ZIEHL & JONES LLP  
JAMES I STANG  
10100 SANTA MONICA BLVD.,13TH FL  
LOS ANGELES CA 90067  
JSTANG@PSZJLAW.COM

000110P001-1435S-378  
RUSSELL POTTHARST  
411 W 5TH ST APT 510  
LOS ANGELES CA 90013  
RUSTYCPSR@GMAIL.COM

000064P001-1435S-378  
VASQUEZ LAW  
JESSICA VASQUEZ,ESQ  
400 POYDRAS ST.,STE 400  
NEW ORLEANS LA 70130  
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-378  
WHITNEY BANK CORPORATE TRUST  
CORPORATE TRUST  
ELIZABETH ZEIGLER  
445 NORTH BLVD.,STE 201  
BATON ROUGE LA 70802  
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed : **18**

# EXHIBIT 2

The Roman Catholic Church of the Archdiocese of New Orleans
Exhibit Pages

Page # : 1 of 2                                                                                                                                         12/20/2023 04:24:42 PM

| | | | |
|---|---|---|---|
| 000049P002-1435S-378<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000102P003-1435S-378<br>ARGENT INSTITUTIONAL TRUST COMPANY<br>KEVIN M DOBRAVA, MANAGING DIRECTOR<br>FORMERLY TMI TRUST COMPANY<br>5901 PEACHTREE DUNWOODY RD<br>STE C-495<br>ATLANTA GA 30328 | 000084P001-1435S-378<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | 000055P002-1435S-378<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 |
| 000087P002-1435S-378<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | 000023P001-1435S-378<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | 000057P002-1435S-378<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | 000026P001-1435S-378<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 |
| 000032P001-1435S-378<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000116P001-1435S-378<br>FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 | 000072P002-1435S-378<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | 000083P001-1435S-378<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 |
| 000028P002-1435S-378<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | 000029P002-1435S-378<br>HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | 000030P001-1435S-378<br>HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 | 000039P001-1435S-378<br>HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 |
| 000009P001-1435S-378<br>INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 | 000010P001-1435S-378<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000011P002-1435S-378<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | 000012P001-1435S-378<br>INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220 M/S 31<br>NEW ORLEANS LA 70112 |
| 000022P001-1435S-378<br>JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | 000027P001-1435S-378<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000034P001-1435S-378<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | 000002P001-1435S-378<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 |
| 000005P001-1435S-378<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-378<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 000024P001-1435S-378<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | 000008P001-1435S-378<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 |

The Roman Catholic Church of the Archdiocese of New Orleans
**Exhibit Pages**

Page # : 2 of 2                                                                                                                              12/20/2023 04:24:42 PM

| | | | |
|---|---|---|---|
| 000040P001-1435S-378<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000047P001-1435S-378<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-378<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000036P001-1435S-378<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| 000048P001-1435S-378<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | 000046P002-1435S-378<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 | 000096P003-1435S-378<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>1 SANSOME ST STE 3430<br>SAN FRANCISCO CA 94104-4436 | 000021P001-1435S-378<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 |
| 000025P001-1435S-378<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000013P001-1435S-378<br>US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 | 000003P001-1435S-378<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-378<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| 000035P001-1435S-378<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000019P001-1435S-378<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-378<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 000006P001-1435S-378<br>US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 |
| 000037P001-1435S-378<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | 000053P004-1435S-378<br>WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | 000085P001-1435S-378<br>WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 | |

Records Printed :   47