## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| *Debtor* | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE of the appearance of the undersigned counsel representing Dundon Advisers, LLC herein, who requests notice of all matters "noticed" and copies of any and all pleadings, plans and/or disclosure statements sent to or served upon the debtor, creditors, or parties in interest, committees, or their counsel in this proceeding pursuant to the provisions of Federal Rules of Bankruptcy Procedure 2002 and 9010(b):

Louis M. Phillips
KELLY HART PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

The aforesaid counsel hereby appearing for Dundon Advisers, LLC solely to obtain notices and pleadings and, if appropriate, to protect the interests of Dundon Advisers, LLC in this case.

Dated: February 22, 2024

Respectfully submitted,

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
Louis M. Phillips (#10505)
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

*Counsel for Dundon Advisers, LLC*