**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION: 20-10846 |
| | * | |
| | * | |
| THE ROMAN CATHOLIC CHURCH OF | * | SECTION: "A" |
| THE ARCHDIOCESE OF NEW ORLEANS | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THOMAS HATUH'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

**NOTICE IS HEREBY GIVEN,** that Thomas Hauth, through undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on February 26, 2024 (Rec. Doc. #2861).

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus hearing date of March 21, 2024 at 1:30 p.m. The dial-in information for Section A is 1-504-517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. **You must serve a copy of your response on the person who sent you this notice.** Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Respectfully submitted,

*/s/ Kristi S. Schubert*
FRANK E. LAMOTHE, III (#07945)
KRISTI S. SCHUBERT (#34870)
JULIEN G. LAMOTHE (#38313)
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: felamothe@lamothefirm.com
kschubert@lamothefirm.com
jlamothe@lamothefirm.com

*Attorneys for Claimant – Thomas Hauth*

## CERTIFICATE OF SERVICE

I hereby certify that this 26th day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

*/s/ Kristi S. Schubert*
KRISTI S. SCHUBERT (#34870)