**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | Section "A" |
| **ORLEANS,** § | |
| § | Chapter 11 |
| Debtor.[1] § | |
| § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON THURSDAY, MARCH 21, 2024, AT 1:30 P.M. CST**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for hearing on **Thursday, March 21, 2024, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart V of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of September 15, 2023].

Parties in interest may participate in the hearing (I) in person in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**; (II) by telephone only (**Dial-in: 1-504-517-1385, Access Code: 129611**); or (III) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/. The Debtor will attend telephonically.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**OTHER**

1. *Continued Status Conference* **[ECF No. 2848]**

   - Upon motion of the Official Committee of Unsecured Commercial Creditors [ECF No. 2838], the Court held a status conference on February 22, 2024 [ECF No. 2840]. For the reasons stated on the record, the status conference was continued to March 21, 2024, at 1:30 p.m. [ECF No. 2848].

2. *U.S. Fire and International's Status Report Ahead of the March 21, 2024 Omnibus Hearing* **[ECF No. 2896]**

Dated: March 20, 2024               Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

*[Certificate of Service Follows]*

## **CERTIFICATE OF SERVICE**

       I hereby certify, on March 20, 2024, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

                                      */s/ Mark A. Mintz*
                                      Mark A. Mintz

#102145563v2