The Roman Catholic Church of the Archdiocese of New Orleans
(Debtor-in-possession)
Consolidated Balance Sheet

|  | February 29, 2024 |
|---|---|
| **Assets** | |
| Cash and cash equivalents | $ 10,101,105 |
| Cash and cash equivalents - segregated accounts - sales proceeds | 38,158,884 |
| Cash and cash equivalents  - Restricted: | |
| Cash and cash equivalents - restricted by donor | 1,370,014 |
| Cash and cash equivalents - restricted custodial funds | 2,792,832 |
| Cash and cash equivalents - restricted tuition loans | 3,556,589 |
| Total Cash and cash equivalents - Restricted | 7,719,435 |
| | |
| Petty cash | 29,293 |
| Grants receivable | 599,064 |
| Accounts receivable, net | 10,746,904 |
| Accounts receivable- tuition and fees, net | 7,635,815 |
| Prepaid expenses | 8,421,085 |
| Other current assets | 35,137 |
| Pledges receivable, net | 2,797,614 |
| Loans receivable from Affiliates, net | 17,096,082 |
| Investments - unrestricted | 49,427,851 |
| Investments  - Restricted: | |
| Investments - restricted custodial funds | 223,026,425 |
| Investments - restricted by donor | 33,145,571 |
| Investments  - deferred tuition | 12,209,216 |
| Total Investments - Restricted | 268,381,212 |
| | |
| Inventory | 253,485 |
| Property, plant, and equipment, net | 121,458,040 |
| Other assets | 122,000 |
| Beneficial interest in charitable remainder trust | 807,034 |
| Total assets | $ 543,790,039 |
| | |
| **Liabilities and Net Assets** | |
| Accounts payable (post-petition) | $ 2,608,429 |
| Accrued expenses | 8,521,417 |
| Custodial Funds (agency payables) | 1,551,675 |
| Deferred tuition and fees | 21,259,330 |
| Liabilities subject to compromise (pre-petition): | |
| Accounts payable (pre-petition) | 1,332,883 |
| Obligations under capital lease | 821,059 |
| Bonds payable, net | 40,690,584 |
| Accrued other post employment benefits (OPEB) | 25,279,131 |
| Accrued pension liability | 33,414,023 |
| Accrued liability for self-insured claims | 10,024,463 |
| Deposits payable to affiliates | 120,180,443 |
| Funds held for affiliates | 151,488,218 |
| Total liabilities | 417,171,655 |
| | |
| Net assets | |
| Without donor restrictions | 89,041,472 |
| With donor restrictions | 37,576,912 |
| Total net assets | 126,618,384 |
| Total liabilities and net assets | $ 543,790,039 |

The Debtor is still in the process of reviewing its financial accounts. The Debtor does anticipate some future adjustments to some of the reported amounts. In addition, the Debtor is still in the process of assessing and evaluating the impact of the damages resulting from Hurricane Ida, a Category 4 storm, which struck the Greater New Orleans area on August 29, 2021. As a result, adjustments to the reported amounts related to the impact of Hurricane Ida are adjusted as they become known.