The Roman Catholic Church of the Archdiocese of New Orleans
(Debtor-in-possession)
Consolidated Income Statement

|  | February 29, 2024 |
|---|---:|
| **Revenue, Gains, and Other Support** | |
| Assessments to affiliated entities: | |
|   Archdiocesan support | $ 887,955 |
|   Priest health insurance and retirement | 231,121 |
|   Insurance income | 3,410,338 |
| Fee revenue | 420,249 |
| Contributions and grants | 191,841 |
| Tuition and Fees, net | 4,651,685 |
| Student activities | 106,212 |
| Student services income | 100,050 |
| Church income | 77,728 |
| Rental income and royalties | 97,181 |
| Fundraising and development | 825,516 |
| Interest income - deposit and loan fund | 184,705 |
| Special events income | 51,920 |
| Investment income (loss), net | 764,962 |
| Other income | 124,585 |
| Total income | 12,126,048 |
| | |
| **Expenses** | |
| Program expenses: | |
|   Ministries | 1,313,400 |
|   Supporting service to parishes and other related agencies | 4,208,844 |
|   Instructional | 2,362,343 |
|   Auxiliary services | 540,095 |
| Supporting services: | |
|   Administration | 1,817,533 |
|   Development and fundraising | 167,735 |
| Operations and maintenance of plant | 801,812 |
| Other | 98,764 |
| Reorganization costs | 503,565 |
| Total expenses | 11,814,090 |
| | |
| **Non-operating revenues (expenses)** | |
| Investment income (loss), net | 754,947 |
|   Less spending distribution | (306,349) |
| Investment income (loss), net of spending distribution | 448,598 |
| Grants and donations related to hurricanes | 1,482,215 |
| Distributions of grants and donations to affiliates | (1,359,293) |
| Additional minimum post OPEB liability adjustment | - |
| Additional minimum pension liability adjustment | - |
| **Change in net assets** | 883,478 |
| | |
| **Net Assets** | |
| Beginning balance | 125,734,906 |
| Ending balance | $ 126,618,384 |

The Debtor is still in the process of reviewing its financial accounts. The Debtor does anticipate some future adjustments to some of the reported amounts. In addition, the Debtor is still in the process of assessing and evaluating the impact of the damages resulting from Hurricane Ida, a Category 4 storm, which struck the Greater New Orleans area on August 29, 2021. As a result, adjustments to the reported amounts related to the impact of Hurricane Ida are adjusted as they become known.