| Name of Professional | Role | Date of Retention | Fees & Expenses Approved - Current Period | | | Fees & Expenses Approved - Cumulative | | | Fees & Expenses Paid - Current Period | Fees & Expenses Paid - Cumulative | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees & Expenses | Fees | Expenses | Fees & Expenses | | | |
| **Debtor's Bankruptcy Professionals** | | | | | | | | | | | |
| Jones Walker LLP | Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $11,573,236.00 | $315,725.90 | $11,888,961.90 | $176,175.33 | $11,970,826.29 | |
| Blank Rome LLP | Special Insurance Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $808,071.26 | $7,298.03 | $815,369.29 | $4,189.74 | $819,559.03 | |
| Carr, Riggs, & Ingram, LLC | Financial Advisor | 5/1/2020 | $0.00 | $0.00 | $0.00 | $801,539.50 | $2,646.79 | $804,186.29 | $11,270.96 | $815,456.53 | |
| Donlin Recano & Company, Inc. | Claims and Noticing Agent | 5/1/2020 | - | - | $13,421.21 | - | - | $1,080,164.46 | $13,421.21 | $1,080,164.46 | |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Consultant | 1/28/2022 | $0.00 | $0.00 | $0.00 | $77,500.00 | $0.00 | $77,500.00 | $0.00 | $50,000.00 | |
| TMC Realty, LLC d/b/a The McEnery Company | Listing Agent (for Howard Avenue and related properties only) | 1/28/2022 | $0.00 | $0.00 | $0.00 | $332,000.00 | $0.00 | $332,000.00 | $0.00 | $332,000.00 | The closing of the sale of the immovable property situated in New Orleans, Louisiana, bearing municipal addresses 1000 Howard Ave. and 1025 Oretha Castle Haley Blvd. (collectively, the "**Howard Avenue Main Site**") occurred on December 30, 2022 pursuant to the terms of the Order dated August 16, 2022 [ECF No. 1726], as amended by the Orders dated November 2, 2022 [ECF No. 1905] and November 14, 2022 [ECF No. 1924] (collectively, the "**Sale Order**"). Paragraph 5 of the Sale Order provides: "Pursuant to the Broker Retention Order, [ECF Doc. 1282], the Debtor is authorized and directed to pay TMC, upon the closing of the Sale, a real estate commission (the "**Commission**") of four percent (4.00%) of the gross amount of the Purchase Price."  [ECF No. 1726]. |
| Keegan Linscott & Associates, PC | Financial Advisor | 1/12/2022 | $0.00 | $0.00 | $0.00 | $299,923.00 | $12,905.14 | $312,828.14 | $17,776.73 | $330,604.87 | |
| BRT Energy Advisors, LLC | Energy Consultant | 4/14/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | A payment of $30,000.00 inadvertently made to BRT on 3/3/2023 will be covered in a future fee application. |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Broker (for seven properties in accordance with listing agreements attached to ECF No. 2496) | 9/21/2023 | $0.00 | $0.00 | $0.00 | $55,000.00 | $0.00 | $55,000.00 | $0.00 | $55,000.00 | The closing of the sale of the immovable property bearing municipal address 400 N. Rampart St., New Orleans, LA 70112 (the "**St. Jude Community Center**") occurred on December 21, 2023 pursuant to the terms of the Order dated December 6, 2023 [ECF No. 2709] (the "**Sale Order**"). The Sale Order directs the Debtor to pay TMC a real estate commission "equal to five percent (5.00%) of the gross amount of the Purchase Price," which commission is to be shared "evenly with the Purchaser's Broker." |
| **Debtor's Non-Bankruptcy Professionals (Ordinary Course Professionals)** | | | | | | | | | | | *OCP Order [ECF No. 269] contemplates payment of post-petition, pre-retention fees and expenses, subject to Monthly Cap. |
| Arthur J. Gallagher & Co. | Employee Benefit Consulting Services | 8/19/2020 | - | - | $53,446.66 | - | - | $1,228,526.78 | $53,446.66 | $1,228,526.78 | |
| Bourgeois Bennett, L.L.C. | Financial Consulting Services | 8/14/2020 | - | - | $0.00 | - | - | $38,350.00 | $0.00 | $38,350.00 | |
| Capitelli & Wicker | Legal Services - Claims against Debtor's Business | 8/15/2020 | - | - | $1,750.00 | - | - | $100,661.58 | $1,750.00 | $100,661.58 | |
| Denechaud & Denechaud, L.L.C. | Legal Services - Claims against Debtor's Business | 8/3/2020 | - | - | $33,195.67 | - | - | $1,317,848.22 | $33,195.67 | $1,317,848.22 | |
| The Ehrhardt Group | Corporate Communications Consulting | 8/6/2020 | $10,000.00 | - | $10,000.00 | $421,800.00 | - | $421,800.00 | $10,000.00 | $421,800.00 | *Direct costs for Bar Date Publication Notice Program ($400,000.00) excluded and otherwise approved by the Bar Date Order [ECF No. 461]. |
| Jones Fussell, LLP | Legal Services - Real Estate Development Advice | 8/14/2020 | - | - | $30.00 | - | - | $5,437.30 | $30.00 | $5,437.30 | |
| Kinney, Ellinghausen, Richard & Deshazo | Legal Services - Employment & Personal Injury | 8/8/2020 | - | - | $0.00 | - | - | $177,726.01 | $0.00 | $177,726.01 | |
| Law Offices of Malvern C. Burnett, APLC | Legal Services - Immigration Legal Services | 8/15/2020 | - | - | $2,250.00 | - | - | $78,250.00 | $2,250.00 | $78,250.00 | |
| The McEnery Company | Real Estate Appraisal Services | 8/3/2020 | - | - | $4,000.00 | - | - | $173,246.00 | $4,000.00 | $173,246.00 | |
| White Oak Consulting | Leadership Development Consulting Services | 8/15/2020 | - | - | $886.25 | - | - | $83,365.00 | $886.25 | $83,365.00 | |
| Roedel Parsons | Legal Services - Employment Matters | 8/17/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Gaudry, Ranson, Higgins & Gremillion, LLC | Legal Services - Medical Malpractice & Personal Injury | 8/17/2020 | - | - | $0.00 | - | - | $7,049.55 | $0.00 | $7,049.55 | |
| Juge, Napolitano, Guibeau, Ruli & Frieman | Legal Services - Workers' Compensation Claims | 8/8/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Berrigan Litchfield, LLC | Legal Services - Medical Malpractice | 8/15/2020 | - | - | $0.00 | - | - | $87,265.29 | $0.00 | $87,265.29 | |
| P&N Technologies, LLC | Cybersecurity & Technology Services | 1/15/2021 | - | - | $320.00 | - | - | $101,513.72 | $320.00 | $101,513.72 | |
| EGL Consultants, LLC | Archives & Record Management | 5/8/2021 | - | - | $0.00 | - | - | $38,250.00 | $0.00 | $38,250.00 | |
| Post & Schell, P.C. | Legal Services - Collection on Certain Insurance Policies | 8/9/2021 | - | - | $0.00 | - | - | $6,322.00 | $0.00 | $6,322.00 | |
| Willis Towers Watson US LLC | Actuarial Valuation Services | 8/23/2021 | - | - | $0.00 | - | - | $301,783.40 | $0.00 | $301,783.40 | |
| Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP | Legal Services | 11/22/2021 | - | - | $0.00 | - | - | $4,517.50 | $0.00 | $4,517.50 | |
| LCG, LLC | Electronic Discovery Services | 3/31/2022 | - | - | $0.00 | - | - | $15,474.68 | $0.00 | $15,474.68 | |
| Dupont-LeCorgne Construction Consultants, LLC | Building Inspection Consulting Services | 4/11/2022 | - | - | $0.00 | - | - | $146,037.35 | $0.00 | $146,037.35 | |
| DeShazo Adams, LLC | Legal Services - Employment & Personal Injury | 6/9/2023 | - | - | $9,355.95 | - | - | $72,920.20 | $9,355.95 | $72,920.20 | |
| Dalton Architects, Inc. | Architecture and Design Services | 6/26/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| EAG Gulf Coast, LLC | Cybersecurity & Technology Services | 6/26/2023 | - | - | $0.00 | - | - | $8,550.00 | $0.00 | $8,550.00 | |
| Bradley Murchison Kelly & Shea LLC | Legal Services | 7/3/2023 | - | - | $0.00 | - | - | $27,868.52 | $0.00 | $27,868.52 | |
| Caraway LeBlanc, LLC | Legal Services | 9/11/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| **Committee Professionals** | | | | | | | | | | | |
| **Official Committee of Unsecured Creditors** | | | | | | | | | | | |
| Berkeley Research Group, LLC (BRG) | Financial Advisor | 6/17/2020 | $0.00 | $0.00 | $0.00 | $2,777,500.00 | $26,478.69 | $2,803,978.69 | $85,889.20 | $2,889,867.89 | |
| Locke Lord LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $4,336,647.50 | $116,468.82 | $4,453,116.32 | $112,106.55 | $4,951,145.14 | |
| Pachulski Stang Ziehl & Jones LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $4,407,950.50 | $188,803.59 | $4,596,754.09 | $99,387.97 | $4,697,664.06 | |
| Kinsella Media, LLC | Expert Consultant Regarding Bar Date Noticing Program | 8/31/2020 | $0.00 | $0.00 | $0.00 | $91,187.50 | $4,600.00 | $95,787.50 | $0.00 | $95,787.50 | |
| Zobrio, Inc. | Computer Consultant | 4/19/2021 | $0.00 | $0.00 | $0.00 | $46,252.50 | $10,640.00 | $56,892.50 | $350.00 | $56,892.50 | |
| Stegall, Benton, Melancon & Associates, LLC | Real Estate Appraiser/Valuation Expert | 5/17/2021 | $0.00 | $0.00 | $0.00 | $36,026.25 | $0.00 | $36,026.25 | $0.00 | $35,902.50 | |
| Rock Creek Advisors, LLC | Pension Financial Advisor | 12/20/2021 | $0.00 | $0.00 | $0.00 | $147,140.00 | $0.00 | $147,140.00 | $1,540.00 | $148,720.00 | |
| Claro Group, LLC | Expert Consultant on Sexual Abuse and Expert Witness | 4/19/2022 | $0.00 | $0.00 | $0.00 | $518,119.50 | $0.00 | $518,119.50 | $0.00 | $518,119.50 | |
| Actuarial Value, LLC | Actuarial Advisor | 8/16/2023 | $0.00 | $0.00 | $0.00 | $50,250.00 | $0.00 | $50,250.00 | $6,960.00 | $57,210.00 | |
| **Official Committee of Unsecured Commercial Creditors** | | | | | | | | | | | |
| Stewart Robbins Brown & Altazan, LLC | Counsel | 3/15/2021 | $254,665.00 | $8,454.38 | $263,119.38 | $2,073,856.50 | $53,310.46 | $2,127,166.96 | $63,691.04 | $2,078,073.96 | |
| Dundon Advisers, LLC | Financial Advisor | 4/14/2021 | $0.00 | $0.00 | $0.00 | $792,906.50 | $7,802.66 | $800,709.16 | $6,456.00 | $874,711.06 | |
| Kroll, LLC | Pension Analyst | 12/27/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | **TOTALS** | | | $391,775.12 | | | $35,494,714.15 | $714,449.26 | $36,330,968.39 | |