**Payments to Insiders**

Case Name: The Roman Catholic Church of the Archdiocese of New Orleans
Case Number: 20-10846

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---|---|---|
| SLC | Operating Account | 4085 | 2/1/2024 | 6974 | Cox Communications | Household Expenses:Cox Cable | $ 278.50 | | Yes - Williams |
| SLC | Operating Account | 4069 | 2/29/2024 | 1373 | Payroll | Fr. Pat Williams (Salary) | $ 3,370.99 | | Yes - Williams |
| SLC | Operating Account | 4069 | 2/29/2024 | 1373 | Payroll | Fr. Pat Williams (Taxes) | $ 775.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 2/29/2024 | 1373 | Payroll | Fr. Pat Williams (401k) | $ 166.26 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 2/6/2024 | 42120 | | AUTOMOBILE EXPENSE | $ 33.84 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 2/6/2024 | N/A | Crescent Payroll Solutions | To Record 1.16-1.31.24 Lay Payroll Bank Clearing - Wages & Benefits | $ 5,897.67 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/6/2024 | N/A | Crescent Payroll Solutions | To Record 1.16-1.31.24 Lay Payroll Bank Clearing - Taxes | $ 1,860.66 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/6/2024 | N/A | Crescent Payroll Solutions | To Record 1.16-1.31.24 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/6/2024 | N/A | Crescent Payroll Solutions | To Record 1.16-1.31.24 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/21/2024 | 42155 | | AUTOMOBILE EXPENSE | $ 37.05 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 2/21/2024 | N/A | Crescent Payroll Solutions | To Record 2.1-2.15.24 Lay Payroll Bank Clearing - Wages & Benefits | $ 5,847.68 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/21/2024 | N/A | Crescent Payroll Solutions | To Record 2.1-2.15.24 Lay Payroll Bank Clearing - Taxes | $ 1,860.65 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/21/2024 | N/A | Crescent Payroll Solutions | To Record 2.1-2.15.24 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/21/2024 | N/A | Crescent Payroll Solutions | To Record 2.1-2.15.24 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 2/29/2024 | N/A | Crescent Payroll Solutions | 02.29.2024 Clergy Payroll Pay Date 02.29.2024 | $ 1,763.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 2/29/2024 | N/A | Crescent Payroll Solutions | 02.29.2024 Clergy Payroll Pay Date 02.29.2024 | $ 2,413.20 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 2/29/2024 | N/A | Crescent Payroll Solutions | 02.29.2024 Clergy Payroll Tax; Pay Date 02.29.2024 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 2/29/2024 | N/A | Crescent Payroll Solutions | 02.29.2024 Clergy Payroll Tax; Pay Date 02.29.2024 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 2/29/2024 | N/A | Crescent Payroll Solutions | 02.29.2024 Clergy Payroll 401k Remittance; Pay Date 02.29.2024 | $ 105.32 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 2/29/2024 | N/A | Crescent Payroll Solutions | 02.29.2024 Clergy Payroll 401k Remittance; Pay Date 02.29.2024 | $ 97.30 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 97.75 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 72.46 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 83.01 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 13.22 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | SOCIAL FUNCTIONS | $ 45.27 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 98.70 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 77.30 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 107.05 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 23.21 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 206.80 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 19.01 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 33.95 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 59.95 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 30.53 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 65.35 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 1.35 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 154.26 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 37.38 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/1/2024 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 39.49 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/6/2024 | 112328 | NEW ORLEANS PEST MANAGEMENT | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/6/2024 | 112349 | YOUNG'S DRYCLEANING | HOUSEHOLD EXPENSES | $ 260.33 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/8/2024 | 112354 | ENTERGY -(8106) | HOUSEHOLD UTILITIES | $ 1,625.04 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/8/2024 | 112358 | GUILLORY SHEET METAL WORKS INC | CONTRACTED SERVICE | $ 430.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/12/2024 | 54722 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 716.17 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/12/2024 | 54722 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS - LAY | $ 1,432.34 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 2/12/2024 | 54722 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 716.17 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 2/15/2024 | 112374 | A 1 SERVICE INC. | CONTRACTED SERVICE | $ 38.06 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/15/2024 | 112393 | COX COMMUNICATIONS | HOUSEHOLD UTILITIES | $ 228.28 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/15/2024 | 112407 | GUILLORY SHEET METAL WORKS INC | CONTRACTED SERVICE | $ 452.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/15/2024 | 112429 | Southern Hospitality Catering Inc. | SOCIAL FUNCTIONS | $ 2,500.70 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/20/2024 | 112457 | EAGLE SECURITY SYSTEMS INC | CONTRACTED SERVICE | $ 105.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/20/2024 | 112488 | Southern Hospitality Catering Inc. | SOCIAL FUNCTIONS | $ 2,652.14 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/22/2024 | 112494 | AL BOURGEOIS PLUMBING AND HEATING CO. | REPAIRS & MAINTENANCE | $ 655.40 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/22/2024 | 112495 | ALLFAX SPECIALTIES INC. | XEROX COPIES | $ 23.86 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/22/2024 | 112495 | ALLFAX SPECIALTIES INC. | XEROX COPIES | $ 20.75 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/27/2024 | 54776 | Giroirs Ground Management LLC (ACH) | CONTRACTED SERVICE | $ 791.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/29/2024 | 112592 | ALLFAX SPECIALTIES INC. | REPAIRS & MAINTENANCE | $ 400.87 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/29/2024 | 112593 | Anny's Cleaning Service LLC | CONTRACTED SERVICE | $ 800.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 2/29/2024 | 112631 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| | | | | | | | **$ 41,339.72** | | |