# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | Section "A" |
| **ORLEANS,** § | |
| § | Chapter 11 |
| Debtor.[1] § | |
| § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on April 4, 2024, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**") filed the *Debtor's Motion to Amend Agreed Orders and Revised Lease* [ECF No. 2916] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **April 25, 2024, at 1:30 p.m. Central Time** in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**, or by telephone – **Dial-in: 1-504-517-1385; Conference Code: 129611**, or by video at https://gotomeet.me/JudgeGrabill (audio will be through the dial-in number). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#102181973v1

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Dated: April 4, 2024

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice is being served (a) on April 4, 2024 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system; and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

#102181973v1