## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### SUMMARY COVER SHEET TO ELEVENTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024</u>

| **Name of Applicant:** | Pachulski Stang Ziehl & Jones LLP | |
|---|---|---|
| **Applicant's Professional Role in Case** | Co-Counsel to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective May 22, 2020 pursuant to Order dated July 17, 2020 [Docket No. 257] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application (the "<u>Application Period</u>"):** | 11/1/2023 | 2/29/2024 |
| **Time period(s) covered by prior Applications:** | 05/22/2020<br>10/01/2020<br>04/01/2021<br>09/01/2021<br>11/01/2021<br>03/01/2022<br>07/01/2022<br>11/01/2022<br>03/01/2023<br>7/1/2023 | 09/30/2020<br>03/31/2021<br>08/31/2021<br>10/31/2021<br>02/28/2022<br>06/30/2022<br>10/31/2022<br>02/28/2023<br>06/30/2023<br>10/31/2023 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| **Total amounts awarded in all prior Applications:** | $4,407,950.50 (fees)<br>$ 188,803.59 (expenses)<br><br>Total Awarded:<br>$4,596,754.09 |
| **Total professional fees requested in this Application:** | $263,787.00[2] |
| **Total professional hours covered by this Application:** | 356.60 |
| **Reimbursable expenses sought in this Application:** | $24,951.20 |

PSZJ professionals who rendered services for the Official Committee of Unsecured Creditors

(the "<u>Committee</u>") in this Chapter 11 case concerning the above captioned debtor and debtor-in-

possession (the "<u>Debtor</u>") during this Application Period are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
### NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| James I. Stang | Founding Partner | Member of CA Bar since 1980 | 1983 | $800.00 | 50.80 | $40,640.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $800.00 | 165.80 | $132,640.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $400.00[3] | 23.80 | $9,520.00 |
| Linda F. Cantor | Partner | Member of CA Bar since 1991; Member of IL Bar since 1988 | 1994 | $800.00 | 0.50 | $400.00 |
| Iain A. W. Nasatir | Partner | Member of NY Bar since 1983; Member of CA Bar since 1990 | 1999 | $800.00 | 56.10 | $44,880.00 |

---

[2] The Firm's reduction in its standard rates resulted in a $203,344.00 reduction in its fees.  Further, the Firm took additional voluntary reductions that totaled $2,640.00, for a total of $205,984.00 in voluntary reductions taken by the Firm.

[3] This rate represents a 50% reduction for travel time.

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Joshua M. Fried | Partner | Member of CA Bar since 1995; Member of NY Bar since 1999 | 2006 | $800.00 | 10.10 | $8,080.00 |
| Ilan D. Scharf | Partner | Member of NY Bar since 2002 | 2010 | $800.00 | 0.70 | $560.00 |
| Gillian N. Brown | Of Counsel | Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | N/A | $800.00 | 0.20 | $160.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $545.00 | 36.40 | $19,838.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $595.00 | 2.80 | $1,666.00 |
| Yves P. Derac | Paralegal | N/A | N/A | $545.00 | 0.60 | $327.00 |
| Yves P. Derac | Paralegal | N/A | N/A | $595.00 | 5.60 | $3,332.00 |
| Lisa H. Petras | Paralegal | N/A | N/A | $545.00 | 3.20 | $1,744.00 |
| **Total** | | | | | **356.60** | **$263,787.00** |

## COMPENSATION BY CATEGORY
## NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| AA | Asset Analysis | 0.80 | $640.00 |
| AD | Asset Disposition | 4.40 | $3,520.00 |
| BL | Bankruptcy Litigation | 8.70 | $6,960.00 |
| CA | Case Administration | 16.20 | $11,638.50 |
| CO | Claims Administration/Objection[4] | 7.80 | $6,240.00 |
| CP | Compensation of Professionals | 1.00 | $636.00 |
| FE | Fee and Employment Applications | 52.30 | $31,454.50 |
| GC | General Creditors Committee | 22.20 | $17,760.00 |
| HE | Hearings | 8.60 | $6,880.00 |
| IC | Insurance Coverage | 19.10 | $15,280.00 |
| II | Insurance Issues | 0.30 | $163.50 |
| MC | Meeting of Creditors | 2.20 | $1,760.00 |
| ME | Mediation | 119.40 | $95,520.00 |
| PD | Plan & Disclosure Statement | 9.00 | $7,200.00 |
| RFS | Relief from Stay | 59.70 | $47,760.00 |
| RP | Retention of Professionals | 0.70 | $560.00 |
| RPO | Retention of Professionals/Other | 0.40 | $294.50 |
| TR | Travel | 23.80 | $9,520.00 |
| | **TOTAL** | **356.60** | **$263,787.00** |

---

[4] Of this amount, 0.60 hours, which accounts for $480.00 in fees, was inadvertently billed to the Corporate Governance category.

The total amount of expenses by expense type for PSZJ during the Application Period is listed below.

## EXPENSES BY CATEGORY
### NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

| Expense Category | Amount |
|---|---:|
| Air Fare | $2,456.40 |
| Conference Call | $41.82 |
| Federal Express | $25.84 |
| Hotel Expense | $519.93 |
| Lexis/Nexis – Legal Research | $24.48 |
| Litigation Support Vendors | $8,691.00 |
| Pacer-Court Research | $206.20 |
| Postage | $4.03 |
| Reproduction Expense | $10,937.50 |
| Travel Expense | $631.00 |
| Working Meals | $1,413.00 |
| **TOTAL** | **$24,951.20** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**ELEVENTH INTERIM APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS**
**CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 25, 2024 AT 1:30 P.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Eleventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4887-1186-0144.2 05067.002

*November 1, 2023 Through February 29, 2024* (the "<u>Application</u>").  In support of the Application, PSZJ respectfully represents as follows:

# I. <u>INTRODUCTION</u>

1.      In this Application, the Firm seeks interim allowance and payment, to the extent unpaid, of the amounts set forth below for work performed from November 1, 2023 through February 29, 2024 (the "<u>Application Period</u>").

| Period Covered | Fees (at Standard Rates) | REQUESTED | | FEES (AFTER ALL REDUCTIONS) | 80% FEES; 100% EXPENSES | |
|---|---|---|---|---|---|---|
| | | (Reductions from Standard Rates) | (Further Voluntary Reductions) | Fees | 80% Fees | 100% Expenses |
| 11/1/2023 – 11/30/2023 | $170,472.25 | $65,082.75 | $1,200.00 | $104,189.50 | $83.351.60 | $16,036.37 |
| 12/1/2023 – 12/31/2023 | $120,918.75 | $53,292.25 | $1,440.00 | $66,186.50 | $52,949.20 | $3,188.32 |
| 1/1/2024 – 1/31/2024 | $70,943.00 | $33,769.00 | $0.00 | $37,174.00 | $29,739.20 | $2,335.60 |
| 2/1/2024 – 2/29/2024<br><br>(deadline to object has not yet passed) | $107,437.00 | $51,200.00 | $0.00 | $56,237.00 | $44,989.60 | $3,390.91 |
| **TOTAL** | $469,771.00 | $203,344.00 | $2,640.00 | $263,787.00 | $127,678.00 | $24,951.20 |
| **Amount Paid Pursuant To Monthly Fee Statements:**<br><br>**$155,525.49**<br><br>**Amount Unpaid And Owing:**<br>**$133,212.71** | | | | | | |

## II. **JURISDICTION AND VENUE**

2.　　　The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.　　　Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.　　　The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Bankruptcy Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases*, and the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines").

## III. **BACKGROUND**

### A.　　**Introduction**

5.　　　On May 1, 2020, the Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under the Bankruptcy Code.

6.　　　The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101, *et. seq.*

7.　　　On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The

Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

8.       On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected PSZJ and Locke Lord LLP to serve as its co-counsel.

**B.       Employment of PSZJ**

9.       On June 22, 2020, the Committee filed an application to employ the Firm as co-counsel to the Committee [Docket No. 181] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in this chapter 11 case (the "Bankruptcy Case").

10.       On July 17, 2020, this Court entered an order authorizing the employment of the Firm as co-counsel to the Committee [Docket No. 257] (the "Retention Order").[3]

### IV.  WORK PERFORMED AND RESULTS OBTAINED EXTRAORDINARY CIRCUMSTANCES

11.       The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case.  The Firm has attached to this Application (1) a copy of the Firm's November invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on November 1, 2023 through November 30, 2023; (2) a copy of the Firm's December invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on December 1, 2023 through December 31, 2023; (3) a copy of the Firm's January monthly invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on January 1, 2024 through January 31, 2024; and (4) a copy of the Firm's February

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

[3] The Court entered an order on March 23, 2023 which, *inter alia*, amended the Retention Order and authorized PSZJ to increase the capped, hourly blended rate charged in this Chapter 11 Case to $800 per hour effective January 1, 2023  (the "PSZJ Rate Increase Order").

monthly invoice setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period commencing on February 1, 2024 through February 29, 2024. The Committee and its counsel have undertaken strenuous efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the most favorable resolution to unsecured creditors possible. The actions undertaken during the Application Period include the following:

A.      **Action to Move Forward Case Resolution**

12.     The Committee recognizes that the most likely outcome and resolution of claims in this case will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including a comprehensive investigation and analysis of the Debtor's assets, financial circumstances and structure, information regarding underlying claims filed against the Debtor, the Debtor's child protection policies and practices, and the reachable assets of the Debtor's affiliates that may seek a consensual release, all of which are necessary to inform negotiations and mediation concerning potential resolution of claims.

13.     The Committee, together with its counsel, has undertaken significant work in this regard, including without limitation during the Application Period:

- Mediation of potential case resolution issues, including several mediation sessions and interim communications as to financial, child protection and insurance issues and work with the Committee and its financial advisors and with the court-appointed mediator to prepare for mediation.

- Continued review and analysis of information and documents provided with the Debtor and Apostolates, through the mediation process and otherwise, as well as ongoing discussions with the Debtor and its experts regarding the valuation and disposition of the Debtor's extensive property holdings.

- Analysis and review of non-abuse and abuse claims.

- Analysis of the Debtor's assets, including real and personal property and affirmative claims issues related thereto.

- Analysis of potential claims against the Debtor relating to pension obligations.

- Analysis and review of the Debtor's insurance policies and various related issues

- Analysis and review of documents relating to the Debtor's child protection policies and practices.

- Review and investigation of potential plan structuring and terms including financial and non-monetary terms.

- Discussions with claimant counsel, the Debtor and Apostolates and the Court regarding stay relief as a vehicle to facilitate case resolution and research and preparation of related pleadings.

- Litigation, negotiations and hearings regarding stay relief as a vehicle to facilitate case resolution and research and preparation of related pleadings.

## V.  NATURE AND EXTENT OF LEGAL SERVICES PROVIDED

14.     On December 28, 2023, PSZJ submitted its November fee statement (the "November Monthly Fee Statement") covering the period November 1, 2023 through November 30, 2023.  PSZJ incurred fees at its standard rates of $170,472.25.   After the reduction due to reduced rates of $65,082.75 and additional fee write-offs of $1,200.00, PSZJ's total fees for the November Monthly Fee Statement are in the amount of $104,189.50.  Thus, in its November Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $104,189.50 and further requested payment of 80% of such reduced fees in the amount of $83,351.60 and 100% of expenses in the amount of $16,036.37 for a total amount of $99,387.97.  Attached hereto as **Exhibit A** is a true and correct copy of the November Monthly Fee Statement.

15.     On January 29, 2024, PSZJ submitted its December fee statement (the "December Monthly Fee Statement") covering the period December 1, 2023 through December 31, 2023.  PSZJ incurred fees at its standard rates of $120,918.75.   After the reduction due to reduced rates of $53,292.25 and additional fee write-offs of $1,440.00, PSZJ's total fees for the December Monthly Fee Statement are in the amount of $66,186.50.  Thus, in its December Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $66,186.50 and further

requested payment of 80% of such reduced fees in the amount of $52,949.20 and 100% of expenses in the amount of $3,188.32 for a total amount of $56,137.52.  Attached hereto as **Exhibit B** is a true and correct copy of the December Monthly Fee Statement.

16.     On February 29, 2024, PSZJ submitted its January fee statement (the "January Monthly Fee Statement") covering the period January 1, 2024 through January 31, 2024.  PSZJ incurred fees at its standard rates of $70,943.00.  After the reduction due to reduced rates of $33,769.00, PSZJ's total fees for the January Monthly Fee Statement are in the amount of $37,174.00.  Thus, in its January Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $37,174.00 and further requested payment of 80% of such reduced fees in the amount of $29,739.20 and 100% of expenses in the amount of $2,335.60 for a total amount of $32,074.80.  Attached hereto as **Exhibit C** is a true and correct copy of the January Monthly Fee Statement.

17.     On March 29, 2024, PSZJ submitted its February fee statement (the "February Monthly Fee Statement") covering the period February 1, 2024 through February 29, 2024.  PSZJ incurred fees at its standard rates of $107,437.00.  After the reduction due to reduced rates of $51,200.00, PSZJ's total fees for the February Monthly Fee Statement are in the amount of $56,237.00.  Thus, in its February Monthly Fee Statement, PSZJ requested an interim allowance of reduced fees in the amount of $56,237.00 and further requested payment of 80% of such reduced fees in the amount of $44,989.60 and 100% of expenses in the amount of $3,390.91 for a total amount of $48,380.51.  Attached hereto as **Exhibit D** is a true and correct copy of the February Monthly Fee Statement.

18.     PSZJ seeks interim allowance of fees for professional services rendered during the Application Period in the amount of $263,787.00 and reimbursement of actual and necessary expenses incurred during the Application Period in the amount of $24,951.20 for a total allowance of

$288,738.20, and requests payment of such fees and costs to the extent unpaid.   During the Application Period, PSZJ's attorneys and paraprofessionals expended a total of 356.60 hours for which compensation is requested.

19.     The fees charged by PSZJ in these cases are billed in accordance with its billing rates and procedures set forth in the Retention Application and the PSZJ Rate Increase Order.

20.     The current standard hourly rates for the PSZJ attorneys working on this matter range from $1,150 to $1,895 per hour for partners, and $925 to $1,075 per hour for of counsel.   The standard hourly rate for paraprofessionals working on this matter ranges from $545 to $595 per hour. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.   However, as noted above, the Firm agreed to a maximum hourly rate of $800 per attorney in this case, effective as of January 1, 2023 pursuant to the PSZJ Rate Increase Order.

21.     Pursuant to the UST Guidelines, attached hereto as **Exhibit E** is a summary setting forth all professionals and paraprofessionals employed by PSZJ who have performed services in this Chapter 11 Case during the Application Period, the capacities in which each such individual is employed by PSZJ, the hourly billing rate charged by PSZJ for services performed by such individual, and the aggregate number of hours expended and fees billed.

## VI.  SUMMARY OF LEGAL SERVICES RENDERED BY CATEGORY

22.     The services rendered by PSZJ during the Application Period can be grouped into the categories set forth below.   PSZJ attempted to place the services provided in the category that best relates to such services.   However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.   These services performed, by categories, are generally described below; with a more detailed identification of the actual services provided set forth on the attached Invoices, which identify the attorneys and

paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.**     <u>**Asset Analysis**</u>

23.     Time billed to this category was minimal, and included researching the FCC licenses database and conferring with the Committee's financial advisor regarding the same.

24.     The Firm expended 0.80 hours of professional time on services in this category.  The Firm's professional fees in this category totals $640.00.

**B.**     <u>**Asset Disposition**</u>

25.     Time billed to this category related to efforts by the Debtor and affiliates to dispose of or otherwise alienate various assets, including real property.

26.     The Firm expended 4.40 hours of professional time on services in this category.  The Firm's professional fees in this category totals $3,520.00.

**C.**     <u>**Bankruptcy Litigation**</u>

27.     Time billed to this category related to work regarding motions, adversary proceedings and discovery in various matters in the Bankruptcy Court.  During the Application Period, the Firm, among other things: (1) read rulings regarding privilege claims and discovery, as well as information regarding document issues; (2) conferred with Debtor and Committee regarding real property issues; (3) reviewed and responded to insurer 2004 application; (4) reviewed media reports regarding abuse issues; (5) reviewed non-debtor entity tolling extension documents and conferred with Locke Lord regarding the same; (6) reviewed opinion regarding motion to compel; (7) reviewed newly produced documents and previously produced documents regarding abuse; and (8) conferred with Locke Lord regarding mediator appointment hearing.

28.     The Firm expended 8.70 hours of professional time on services in this category. The Firm's professional fees in this category total $6,960.00.

**D.**     **Case Administration**

29.     This category includes work related to administering the cases in an efficient manner. During the Application Period, the Firm, among other things: (1) updated critical dates and deadline memorandum; (2) attended to calendaring matters; (3) conferred with Debtor's counsel regarding various case issues; (4) attended hearing regarding stay relief motions and insurer 2004 motion; and (5) reviewed stipulation regarding relief from stay.

30.     The Firm expended 16.20 hours of professional time on services in this category.  The Firm's professional fees in this category total $11,638.50.

**E.**     **Claims Administration/Objection**

31.     Time spent in this category during the Application Period included (1) reviewing motions, stipulations and orders re filing of late claims; (2) conferring with counsel regarding claim issues; (3) attending Supreme Court hearing regarding claims window; and (4) reviewing proofs of claim in captive years and conferring with counsel regarding the same.

32.     The Firm expended 7.80 hours of professional time on services in this category.  The Firm's professional fees in this category total $6,240.00.[4]

**G.**     **Fee Applications**

33.     This category includes work related to professional fee and retention application issues.  During the Application Period, the Firm, among other things:  (1) prepared PSZJ's November Monthly Fee Statement, December Monthly Fee Statement, and January Monthly Fee Statement; (2) prepared PSZJ's tenth quarterly fee application; (3) reviewed and revised Rock Creek, Stout and BRG's quarterly fee applications and corresponding monthly fee statements, and conferred with Committee professionals regarding the same; (4) prepared fee orders; and (5) reviewed

---

[4] Of this amount, 0.60 hours, which accounts for $480.00 in fees, was inadvertently billed to the Corporate Governance category.

outstanding payments due under previously filed monthly fee statements/fee applications and conferred with Committee professionals regarding the same.

34.     The Firm expended 53.30 hours of professional time on services in this category.  The Firm's professional fees in this category total $32,090.50.

**H.**     **General Creditors Committee**

35.     This category includes work related to general Committee issues, including Committee meetings and calls with state court counsel on a variety of case issues.  During the Application Period, the Firm, among other things:  (1) attended weekly Committee calls; (2) conferred with the Committee regarding various issues, including Plan process; (3) conferred with Locke Lord regarding mediation strategy; (4) addressed survivor inquiries regarding document confidentiality; (5) conferred with trade creditor committee counsel regarding data breach; and (6) conducted status calls with the Debtor.

36.     The Firm expended 22.20 hours of professional time on services in this category.  The Firm's professional fees in this category total $17,760.00.

**I.**     **Hearings**

37.     This category includes time spent attending various hearings.

38.     The Firm expended 8.60 hours of professional time on services in this category.  The Firm's professional fees in this category total $6,880.00.

**J.**     **Insurance Coverage/Insurance Issues**

39.     This category includes work related to insurance issues.  Time spent in this category during the Application Period included: (1) reviewing coverage analysis in advance of mediation; (2) conferring with co-counsel and Claro regarding insurance allocation ahead of mediation; (3) and reviewing produced documents relating to insurance coverage; (4) coordinating and reviewing

research re coverage issues; (5) comparison of policies and coverage chart; and (6) review of financial statements and pleadings of insurers.

40.     The Firm expended 19.40 hours of professional time on services in this category.  The Firm's professional fees in this category total $15,443.50.

**K.     Meeting of Creditors**

41.     This category includes work related to preparing for and attending to mediation issues.  During the Application Period, the Firm conferred with BRG, state court counsel and Locke Lord regarding financial presentation for mediation and also conferred with Debtor regarding mediation offer and insurance.

42.     The Firm expended 2.20 hours of professional time on services in this category. The Firm's professional fees in this category total $1,760.00.

**L.     Mediation**

43.     This category includes work related to preparing for and attending to mediation issues and sessions.  During the Application Period, the Firm: (1) conferred with Committee professionals regarding information for mediation preparation and attended mediation in New Orleans; (2) conferred with the Committee and state court counsel regarding mediation preparation as to various issues, including monetary and non-monetary matters; (3) communicated with the mediator and counsel for various parties regarding mediation, demands, additional information and documents; and (4) held conference calls with insurers under mediation privilege regarding the same.

44.     The Firm expended 119.40 hours of professional time on services in this category. The Firm's professional fees in this category total $95,520.00.

**M.     Plan and Disclosure Statement**

45.     During the Application Period, the Firm addressed several issues relating to a potential plan and disclosure statement, including drafting a memorandum regarding plan options

and researching issues raised thereby.  The Firm conferred with BRG on plan implementation issues and reviewed and commented on various plan documents.  The Firm also conferred with the Debtor regarding plan process issues, reviewed a proof of claim filed by Hartford, and sent demand letters to insurers.

46.     The Firm expended 9.00 hours of professional time on services in this category. The Firm's professional fees in this category total $7,200.00.

**N.     Relief from Stay**

47.     Time spent in this category during the Application Period concerned the litigation of and discussions to resolve motions for partial relief from stay designed to address the unique procedural challenge presented in this case, for which an initial hearing was held on November 14, 2023 and continued several times thereafter.  By the motions, Survivors sought the ability to file actions against the Debtor and affiliates and insurance carriers to interrupt prescription prior to the June 14, 2024 expiration of "window" statue passed by the Louisiana legislature.  This bankruptcy case does not include a process for asserting claims against the nearly 200 non-debtor affiliates that may be potential defendants to abuse claims, but will certainly be included in any plan of reorganization filed by the Debtor with a channeling injunction that extends releases and other benefits of the Debtor's reorganization to these non-debtors.  The motions were resolved by the entry of an order arising out of a resolution proposed by the Debtor, Apostolates and Committee.

48.     The Firm expended 59.70 hours of professional time on services in this category.  The Firm's professional fees in this category total $47,760.00.

**N.     Retention of Professionals/Other**

49.     Time spent minimal in this category during the Application Period, which included reviewing the Commercial Committee's application to employ experts and addressing issues regarding the Hilco and Kroll retention applications.

50.     The Firm expended 1.10 hours of professional time on services in these categories. The Firm's professional fees in this category total $854.50.

**O.     Travel**

51.     This category included travel to and from New Orleans for mediation and stay relief hearings.  Non-working travel is billed at half of the reduced billing rates.

52.     The Firm expended 23.80 hours of professional time on services in this category.  The Firm's professional fees in this category total $9,520.00.

**VII.  ACTUAL AND NECESSARY EXPENSES INCURRED BY PSZJ**

53.     As summarized below, PSZJ has incurred a total of $24,951.20 in expenses on behalf of the Committee during the Application Period.  PSZJ customarily charges $0.10 per page for photocopying expenses.  PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZJ summarizes each client's photocopying charges on a daily basis.

54.     PSZJ charges $1.00 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZJ does not charge the Committee for the receipt of faxes in this case.

55.     With respect to providers of on-line legal research services (*e.g.*, LEXIS and Westlaw), PSZJ charges the standard usage rates these providers charge for computerized legal research.  PSZJ bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZJ is passed on to the client.

56.     PSZJ believes that the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

57.     The Firm's specific expenses are outlined below:

| Expense Category | Amount |
|---|---|
| Air Fare | $2,456.40 |
| Conference Call | $41.82 |
| Federal Express | $25.84 |
| Hotel Expense | $519.93 |
| Lexis/Nexis – Legal Research | $24.48 |
| Litigation Support Vendors | $8,691.00 |
| Pacer-Court Research | $206.20 |
| Postage | $4.03 |
| Reproduction Expense | $10,937.50 |
| Travel Expense | $631.00 |
| Working Meals | $1,413.00 |
| **TOTAL** | **$24,951.20** |

58.     The Firm requests that the Court grant it reimbursement for $24,951.20 in reimbursable expenses it incurred on the Committee's behalf during the Application Period.

## VIII.  VOLUNTARY REDUCTIONS

59.     The Firm's reduction in its standard rates resulted in a $203,344.00 reduction in its fees.  Further, the Firm took additional voluntary reductions that totaled $2,640.00, for a total of $205,984.00 in voluntary reductions taken by the Firm.

## IX.  STATEMENT IN COMPLIANCE WITH RULE 2016
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

60.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as their counsel and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

61.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## X.  THE REQUESTED COMPENSATION SHOULD BE ALLOWED

62.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  *See* 11 U.S.C. Section 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

63.     Here, PSZJ respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, believed to be necessary for, beneficial to, and in the best interests of, the Committee.  The services rendered by PSZJ were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.

64.     PSZJ has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, PSZJ respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

65.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of

actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

> > (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

> > (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

66.    This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

67.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the

case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

**A.      The Time and Labor Required**

68.      Firm attorneys and paraprofessionals, in the performance of legal services, expended 356.60 hours during the Application Period for a total fee of $263,787.00.[5]  Taking into account the Firms' voluntary reductions, the blended hourly rate is therefore $739.72/hour.  The names of the professionals who worked on this case during the Application Period appear in the Invoices and on the cover sheet attached to this Application.  The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

**B.      The Novelty and Difficulty of the Questions Presented**

69.      As explained above, this Bankruptcy Case presents many novel and difficult questions.  Addressing these questions have necessitated considerable legal expertise.  In light of these considerations and the Firm's expertise in these matters, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

**C.      The Skill Required to Perform the Services**

70.      Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues.  The Firm has considerable experience in complex bankruptcy matters.  Further, the Firm has represented numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic

---

[5] This takes into account the Firm's voluntary reductions as noted above.

Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.  The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate attorney or staff person for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

**D.**      **Preclusion of Other Employment Due to Acceptance of the Case**

71.      The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case.

**E.**      **The Customary Fee**

72.      The Firm computed the amount of compensation it seeks in this Application according to the rates the Firm previously disclosed in the Retention Application.  The Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation.  The rates charged for the Firm's legal services in this case are comparable to other similar-situated firms. These rates also reflect substantial voluntary reductions of $205,984.00, which are a product of the voluntary reductions discussed above.  Thus, the blended hourly rate on this matter of $739.72/hour is reasonable and reflects market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity.  Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

F.     **Whether the Fee is Fixed or Contingent**

73.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates (as capped pursuant to the Retention Order and the PSZJ Rate Increase Order) and subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

G.     **Time Limitations Imposed by the Client or Other Circumstances**

74.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Application Period that required the Firm's immediate attention. Again, the exigent nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.  This imposed serious time demands on the Firm's personnel and required them to devote considerable legal resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

H.     **The Amount Involved and the Results Obtained**

75.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks performed on behalf of the Committee.  The total fees the Firm seeks to approve in this Application are $263,787.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor supports the fee award requested.

I.     **The Experience, Reputation, and Ability of the Attorneys**

76.     The Firm's attorneys have significant experience in bankruptcy and other areas of the law, possess a high level of expertise, and have an excellent reputation in the business and legal communities.  In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors,

creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's attorneys also speak and write on various legal topics throughout the country.  As mentioned, the Firm has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's attorneys working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

## J.       The "Undesirability" of the Bankruptcy Case

77.     From the Firm's perspective, serving as counsel to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any law firm deciding to represent the Committee could face potential fee risk and other uncertainties.  This factor therefore favors granting the Firm the award it has requested.

## K.       The Nature and Length of the Professional Relationship with the Client

78.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, including coordinating issues with State Court counsel, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

## L.       Awards in Similar Cases

79.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

80.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## XI.  RESERVATION OF RIGHTS

81.     It is possible that some professional time expended or expenses incurred by PSZJ are not reflected in this Application.  PSZJ reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XII.  NO PRIOR REQUEST

82.     No prior application for the relief requested herein has been made to this or any other court.

## XIII.  CONCLUSION

WHEREFORE, PSZJ respectfully requests that this Court enter an order (i) awarding PSZJ an interim allowance of fees for the Application Period in the amount of $263,787.00; (ii) awarding PSZJ reimbursement for actual and necessary expenses incurred in the amount of $24,951.20; (iii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iv) granting such other or additional relief as is just and proper.

Dated:  April 4, 2024

Respectfully submitted,

By: */s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jstang@pszjlaw.com
           lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## **EXHIBIT A**

**Monthly Fee Statement**
**November 2023**

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: January 11, 2024 |

**MONTHLY FEE AND EXPENSE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2023 through November 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.     A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.　　A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.　　The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.　　In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format. As of the date hereof, PSZJ has received fees and expenses totaling $4,598,276.09

## **TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

7.　　The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2023 to November 30, 2023 | |
|---|---|
| Fees (at standard rates): | $170,472.25 |
| Reduction due to reduced rates[2]: | ($65,082.75) |
| Reduction due to fee write-offs: | ($1,200.00) |
| Fees (After reductions): | $104,189.50 |
| Expenses: | $16,036.37 |
| **Total** | **$120,225.87** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $800 per hour. The reduction set forth here accounts for the reduction from the following standard rates: J. Fried ($1,275); I. Nasatir ($1,395); A. Caine ($1,395); and J. Stang ($1,695).

## NOTICE AND OBJECTION PROCEDURES

8.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

9.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $99,387.97, which consists of (a) eighty percent (80%) of PSZJ's total fees of $104,189.50 for the Statement Period in the amount of $83,351.60, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $16,036.37.

11.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  December 28, 2023

Respectfully submitted,

By: */s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
        lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

LA:4893-3486-4537.1 05067.002

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 3.30 | $2,640.00 |
| BL | Bankruptcy Litigation | 0.80 | $640.00 |
| CA | Case Administration | 3.40 | $2,567.00 |
| CO | Claims Administration/Objections[3] | 0.60 | $480.00 |
| FE | Fee/Employment Application | 41.40 | $25,342.50 |
| GC | General Creditors Comm. | 4.20 | $3,360.00 |
| HE | Hearings | 1.90 | $1,520.00 |
| IC | Insurance Coverage | 8.10 | $6,480.00 |
| ME | Mediation | 21.90 | $17,520.00 |
| PD | Plan & Disclosure Statement | 5.00 | $4,000.00 |
| RFS | Relief from Stay | 42.60 | $34,080.00 |
| RP | Retention of Professionals | 0.40 | $320.00 |
| TR | Travel | 13.10 | $5,240.00 |
| | | **146.70** | **$104,189.50** |

---

[3] The single time entry for this category was inadvertently listed under the category of "Corporate Governance".

**EXHIBIT B**

LA:4893-3486-4537.1 05067.002

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JIS | Stang, James I. | Partner | 800.00 | 8.70 | $6,960.00 |
| AWC | Caine, Andrew W. | Partner | 800.00 | 72.80 | $58,240.00 |
| AWC | Caine, Andrew W. | Partner | 400.00 | 13.10 | $5,240.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 800.00 | 10.90 | $8,720.00 |
| JMF | Fried, Joshua M. | Partner | 800.00 | 10.10 | $8,080.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 27.30 | $14,878.50 |
| LP | Petras, Lisa | Paralegal | 545.00 | 3.20 | $1,744.00 |
| YPD | Derac, Yves P. | Paralegal | 545.00 | 0.60 | $327.00 |
| | | | | **146.70** | **$104,189.50** |

**EXHIBIT C**

LA:4893-3486-4537.1 05067.002

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Description | Amount |
|---|---|
| Air Fare | $1,231.40 |
| Working Meals | $1,091.95 |
| Conference Call | $12.42 |
| Litigation Support Vendors | $2,344.00 |
| Pacer – Court Research | $149.30 |
| Reproduction Expense | $10,921.30 |
| Travel Expense | $286.00 |
| | **$16,036.37** |

## **EXHIBIT D**



**PACHULSKI STANG ZIEHL & JONES**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of New Orleans OCC
JIS

December 5, 2023
Invoice    135443
Client      05067.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---|
| FEES | $104,189.50 |
| EXPENSES | $16,036.37 |
| **TOTAL CURRENT CHARGES** | **$120,225.87** |
| **BALANCE FORWARD** | **$151,870.57** |
| **LAST PAYMENT** | **-$41,431.82** |
| **TOTAL BALANCE DUE** | **$230,664.62** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     2

Invoice 135443

December 5, 2023

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 800.00 | 72.80 | $58,240.00 |
| AWC | Caine, Andrew W. | Partner | 400.00 | 13.10 | $5,240.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 10.90 | $8,720.00 |
| JIS | Stang, James I. | Partner | 800.00 | 8.70 | $6,960.00 |
| JMF | Fried, Joshua M. | Partner | 800.00 | 10.10 | $8,080.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 27.30 | $14,878.50 |
| LHP | Petras, Lisa | Paralegal | 545.00 | 3.20 | $1,744.00 |
| YPD | Derac, Yves P. | Paralegal | 545.00 | 0.60 | $327.00 |
| | | | | 146.70 | $104,189.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:    3
Archdiocese of New Orleans OCC                       Invoice 135443
Client 05067.00002                                   December 5, 2023

_____

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 3.30 | $2,640.00 |
| BL | Bankruptcy Litigation | 0.80 | $640.00 |
| CA | Case Administration | 3.40 | $2,567.00 |
| CG | Corporate Governance | 0.60 | $480.00 |
| FE | Fee/Employment Application | 41.40 | $25,342.50 |
| GC | General Creditors' Committee | 4.20 | $3,360.00 |
| HE | Hearings | 1.90 | $1,520.00 |
| IC | Insurance Coverage | 8.10 | $6,480.00 |
| ME | Mediation | 21.90 | $17,520.00 |
| PD | Plan and Disclosure Statement | 5.00 | $4,000.00 |
| RFS | Relief from Stay | 42.60 | $34,080.00 |
| RP | PSZJ Retention | 0.40 | $320.00 |
| TR | Travel | 13.10 | $5,240.00 |
| | | 146.70 | $104,189.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    4

Invoice 135443

December 5, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Air Fare | $1,231.40 |
| Working Meals | $1,091.95 |
| Conference Call | $12.42 |
| Litigation Support Vendors | $2,344.00 |
| Pacer - Court Research | $149.30 |
| Reproduction Expense - @0.20 per page | $10,921.30 |
| Travel Expense | $286.00 |
| | $16,036.37 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     5

Invoice 135443

December 5, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 11/06/2023 | AWC | AD | Read draft opposition to St Jude sale and emails with Locke thereon. | 0.40 | 800.00 | $320.00 |
| 11/07/2023 | AWC | AD | Emails with Locke and review revised objection to St Jude sale. | 0.30 | 800.00 | $240.00 |
| 11/07/2023 | JIS | AD | Review objection to St. Jude Sale. | 0.30 | 800.00 | $240.00 |
| 11/09/2023 | AWC | AD | Read ANO witness and exhibit list for St. Jude sale motion/hearing. | 0.20 | 800.00 | $160.00 |
| 11/10/2023 | AWC | AD | Emails and calls with Locke regarding St. Jude sale motion, strategy. | 0.30 | 800.00 | $240.00 |
| 11/10/2023 | JIS | AD | Final review of opposition to sale motion (St. Jude). | 0.60 | 800.00 | $480.00 |
| 11/13/2023 | AWC | AD | Read emails and pleadings regarding St Jude sale, hearing. | 0.30 | 800.00 | $240.00 |
| 11/16/2023 | AWC | AD | Emails with TMC and counsel regarding real property protocol/St Jude. | 0.30 | 800.00 | $240.00 |
| 11/27/2023 | JMF | AD | Review sale issues re closing deliverables. | 0.60 | 800.00 | $480.00 |
| | | | | **3.30** | | **$2,640.00** |
| **Bankruptcy Litigation** | | | | | | |
| 11/27/2023 | AWC | BL | Read rulings regarding privilege claims/discovery. | 0.40 | 800.00 | $320.00 |
| 11/29/2023 | AWC | BL | Read additional information regarding document issues. | 0.40 | 800.00 | $320.00 |
| | | | | **0.80** | | **$640.00** |
| **Case Administration** | | | | | | |
| 11/06/2023 | YPD | CA | Review of updated Donlin Recano email and attachment re filing/hearing date (.1); and review of CDM on same for update (.2). | 0.20 | 545.00 | $109.00 |
| 11/07/2023 | AWC | CA | Call with JW regarding case issues. | 0.50 | 800.00 | $400.00 |
| 11/13/2023 | YPD | CA | Review of emails from Donlin Recano re replies and objections and review of CDM for 11/14/2023 hearing same. | 0.20 | 545.00 | $109.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     6

Invoice 135443

December 5, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2023 | YPD | CA | Review of email from Donlin Recano re motions and hearing on 11/14/2023 and orders entered on hearing. | 0.20 | 545.00 | $109.00 |
| 11/17/2023 | AWC | CA | Emails with counsel and Locke regarding available asset information. | 0.30 | 800.00 | $240.00 |
| 11/20/2023 | AWC | CA | Call with JW regarding case issues/mediation/approaches (.70); call with J. Stang thereon (.40). | 1.10 | 800.00 | $880.00 |
| 11/30/2023 | AWC | CA | Weekly call with JW regarding case issues. | 0.90 | 800.00 | $720.00 |
| | | | | **3.40** | | **$2,567.00** |

**Corporate Governance**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/27/2023 | AWC | CG | Read motions to file late claim and claims (Lamothe firm). | 0.60 | 800.00 | $480.00 |
| | | | | **0.60** | | **$480.00** |

**Fee/Employment Application**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2023 | BDD | FE | Emails J. Fried and G. Brown re next round of quarterly fee applications. | 0.10 | 545.00 | $54.50 |
| 11/06/2023 | BDD | FE | Email J. Fried re October invoice | 0.10 | 545.00 | $54.50 |
| 11/06/2023 | BDD | FE | Emails G. Brown and L. Petras re next round of quarterly fee applications. | 0.30 | 545.00 | $163.50 |
| 11/06/2023 | BDD | FE | Email C'tee professionals re next round of quarterly fee applications. | 0.10 | 545.00 | $54.50 |
| 11/06/2023 | JMF | FE | Review and edit October statement (1.1); internal emails re fee application preparation and hearing (.2). | 1.30 | 800.00 | $1,040.00 |
| 11/06/2023 | LHP | FE | Email communications re preparation of applications for compensation. | 0.10 | 545.00 | $54.50 |
| 11/08/2023 | BDD | FE | Review October invoice in preparation for PSZJ 10th quarterly fee application (.20) and email R. Rothman re same (.10) | 0.30 | 545.00 | $163.50 |
| 11/09/2023 | BDD | FE | Work on PSZJ 10th quarterly fee application (4.60) and prepare charts re same (.80); emails L. Petras and R. Rothman re same (.20) | 5.60 | 545.00 | $3,052.00 |
| 11/09/2023 | BDD | FE | Email C. McCaffrey re Stout payments | 0.10 | 545.00 | $54.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    7

Invoice 135443

December 5, 2023

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2023 | BDD | FE | Email K. McNally re payment of Stout fees/expenses | 0.10 | 545.00 | $54.50 |
| 11/09/2023 | BDD | FE | Email N. Brown re PSZJ 10th quarterly fee application | 0.10 | 545.00 | $54.50 |
| 11/09/2023 | BDD | FE | Email V. Arias re payments made in connection with prior fee applications | 0.10 | 545.00 | $54.50 |
| 11/10/2023 | AWC | FE | Review and revise PSZJ quarterly fee application. | 0.60 | 800.00 | $480.00 |
| 11/10/2023 | BDD | FE | Email A. Caine re PSZJ 10th quarterly fee application | 0.10 | 545.00 | $54.50 |
| 11/10/2023 | BDD | FE | Email I. Nasatir re PSZJ 10th quarterly fee application | 0.10 | 545.00 | $54.50 |
| 11/16/2023 | IAWN | FE | Exchange emails with B. Dassa re fee application | 0.10 | 800.00 | $80.00 |
| 11/16/2023 | IAWN | FE | Review billing re fee application | 0.80 | 800.00 | $640.00 |
| 11/21/2023 | LHP | FE | Work on drafting PSZJ application for compensation. | 0.80 | 545.00 | $436.00 |
| 11/22/2023 | LHP | FE | Work on drafting PSZJ application for compensation. | 2.30 | 545.00 | $1,253.50 |
| 11/24/2023 | BDD | FE | Email L. Petras re PSZJ 10th quarterly fee application | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | FE | Email L. Petras re PSZJ 10th quarterly fee application | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | FE | Email C. Peirce and J. Gansman re Rock Creek quarterly fee application | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | FE | Email C. Curts re LEDES file for PSZJ Oct monthly fee statement | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | FE | Prepare PSZJ October monthly fee statement (.60) and email J. Fried re same (.10) | 0.70 | 545.00 | $381.50 |
| 11/27/2023 | BDD | FE | Review invoices re relief from stay category for PSZJ 10th quarterly fee application (.30) and email A. Caine re same (.10) | 0.40 | 545.00 | $218.00 |
| 11/27/2023 | BDD | FE | Review issues re Stout non-payment (.10) and email C. McCafrey re same (.10) | 0.20 | 545.00 | $109.00 |
| 11/27/2023 | BDD | FE | Email D. Godfrey re BRG 9th quarterly fee application | 0.10 | 545.00 | $54.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:   8
Invoice 135443
December 5, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/27/2023 | BDD | FE | Email N. Brown re cover letters for October fee statements | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | FE | Email V. Arias and C. Moraba re PSZJ Octobe fee statement | 0.10 | 545.00 | $54.50 |
| 11/27/2023 | BDD | FE | Continue working on PSZJ 10th quarterly fee application | 2.30 | 545.00 | $1,253.50 |
| 11/27/2023 | JMF | FE | Review October Fee statement (.8); internal emails re 5th quarterly fee applications and filing deadline re same (.2). | 1.00 | 800.00 | $800.00 |
| 11/28/2023 | AWC | FE | Review bills and draft quarterly fee application language. | 0.40 | 800.00 | $320.00 |
| 11/28/2023 | BDD | FE | Review and revise quarterly fee applications for PSZJ, Rock Creek, Stout, and BRG (5.20); work on October monthly fee statements for BRG, Stout, and Rock Creek (.60); multiple emails to D. Godfrey at BRG and C. Peirce at Rock Creek re fee applications (.30); emails to/calls with N. Brown re quarterly fee applications and monthly fee statements (.20); emails L. Cantor and J. Fried re quarterly fee applications and monthly fee statements (.20); prepare Notices of Hearing (4) on quarterly fee applications (.50) and emails L. Cantor and J. Fried re same (.10) | 6.90 | 545.00 | $3,760.50 |
| 11/28/2023 | JMF | FE | Draft PSZJ quarterly application (2.8); review and edit re Stout application (.8). | 3.60 | 800.00 | $2,880.00 |
| 11/28/2023 | JMF | FE | Review notices re quarterly fee applications for committee professionals. | 0.30 | 800.00 | $240.00 |
| 11/29/2023 | BDD | FE | Revisions to/finalize all 4 quarterly fee applications and monthly fee statements (7.10); multiple emails to/calls with J. Fried re same (.30); multiple emails to/calls with N. Brown re same (.60); emails to/call with L. Cantor re same (.20); multiple emails to C'tee professionals re revised fee applications and monthly fee statements (.70); email notice parties re monthly fee statements (.10) | 9.00 | 545.00 | $4,905.00 |
| 11/29/2023 | JMF | FE | Review and edit PSZJ and committee professional fee applications. | 2.20 | 800.00 | $1,760.00 |
| 11/30/2023 | JMF | FE | Review committed fee applications. | 0.60 | 800.00 | $480.00 |
| | | | | **41.40** | | **$25,342.50** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    9

Invoice 135443

December 5, 2023

---

### General Creditors' Committee

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2023 | AWC | GC | Emails with Locke regarding committee issues. | 0.20 | 800.00 | $160.00 |
| 11/16/2023 | AWC | GC | Review and revise emails to committee regarding hearings, status. | 0.30 | 800.00 | $240.00 |
| 11/27/2023 | AWC | GC | Emails with counsel and committee regarding meetings. | 0.30 | 800.00 | $240.00 |
| 11/28/2023 | AWC | GC | Committee meeting (1.70); committee counsel call regarding mediation strategy (1.50); calls with counsel regarding mediation strategy (.20). | 3.40 | 800.00 | $2,720.00 |
| | | | | **4.20** | | **$3,360.00** |

### Hearings

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/14/2023 | JIS | HE | Attend hearing regarding sale of real property and motion in limine. | 1.90 | 800.00 | $1,520.00 |
| | | | | **1.90** | | **$1,520.00** |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/06/2023 | IAWN | IC | Review insurers objection and Syracuse transcript | 2.30 | 800.00 | $1,840.00 |
| 11/06/2023 | IAWN | IC | Review Andrew W Caine outline reply | 0.20 | 800.00 | $160.00 |
| 11/06/2023 | IAWN | IC | Telephone conference with J. Stang re objection | 0.10 | 800.00 | $80.00 |
| 11/07/2023 | IAWN | IC | Review debtor brief | 0.80 | 800.00 | $640.00 |
| 11/07/2023 | IAWN | IC | Review James I. Stang comments | 0.30 | 800.00 | $240.00 |
| 11/07/2023 | IAWN | IC | Comment re Syracuse and remand | 0.40 | 800.00 | $320.00 |
| 11/08/2023 | IAWN | IC | Review first day motion re insurance in connection with relief from stay reply | 0.60 | 800.00 | $480.00 |
| 11/23/2023 | IAWN | IC | Review insurer objections, debtor brief and A. Caine emails re same. | 3.40 | 800.00 | $2,720.00 |
| | | | | **8.10** | | **$6,480.00** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    10

Invoice 135443

December 5, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Mediation** | | | | | | |
| 11/01/2023 | AWC | ME | CAll with BRG regarding parish analyses (1.50); call with mediator regarding status (.40); calls and emails with JW, BRG, Locke, J. Stang and client regarding mediation (1.20). | 3.10 | 800.00 | $2,480.00 |
| 11/01/2023 | JIS | ME | Call with A. Caine regarding conference with mediator. | 0.30 | 800.00 | $240.00 |
| 11/02/2023 | AWC | ME | Emails with client and BRG/Locke regarding mediation (.30); emails with JW regarding mediation logistics (.30); emails with JW, Locke and BRG regarding additional information for mediation, and review correspondence/documents to prepare therefore (.90). | 1.50 | 800.00 | $1,200.00 |
| 11/03/2023 | AWC | ME | Review correspondence regarding mediation and emails with Locke thereon (.20); review non-monetary redlines and emails with Locke regarding revisions (1.10). | 1.30 | 800.00 | $1,040.00 |
| 11/06/2023 | AWC | ME | Emails with JW regarding additional pension information and skim documents. | 0.40 | 800.00 | $320.00 |
| 11/08/2023 | AWC | ME | Emails with BRG regarding additional financial information requests. | 0.20 | 800.00 | $160.00 |
| 11/09/2023 | AWC | ME | Emails with J. Walker regarding additional financial information and skim documents. | 0.40 | 800.00 | $320.00 |
| 11/10/2023 | AWC | ME | Calls and emails with Locke and JW regarding child protection issues/mediation. | 0.30 | 800.00 | $240.00 |
| 11/14/2023 | AWC | ME | Call with BRG regarding additional information, mediation preparation (.70); discussions with Locke regarding mediation preparation (.20); read updated BRG analysis (.20). | 1.10 | 800.00 | $880.00 |
| 11/16/2023 | AWC | ME | Call with J. Stang and emails with BRG/Locke regarding mediation preparation. | 0.30 | 800.00 | $240.00 |
| 11/16/2023 | JIS | ME | Call with B. Knapp regarding treatment of affiliate claims in plan. | 0.50 | 800.00 | $400.00 |
| 11/20/2023 | AWC | ME | Skim BRG preliminary analysis. | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:    11
Invoice 135443
December 5, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2023 | AWC | ME | Call with counsel regarding case assets/mediation (.30); call with BRG regarding financial analyses for mediation (1.20); emails with JW regarding mediation information (.20); call with Locke regarding child protection issues (.20). | 1.90 | 800.00 | $1,520.00 |
| 11/22/2023 | AWC | ME | Emails with JW regarding mediation issues (.20); emails with BRG regarding additional mediation information and review presentation (.40). | 0.60 | 800.00 | $480.00 |
| 11/27/2023 | AWC | ME | Call with BRG regarding analysis/committee meeting prep (1.40); call with J. Stang  and Locke regarding mediation strategy (.50); read info regarding  real property sales and emails with BRG and Locke thereon (.30); review and revise proposed redline to child protection policies (2.60); emails with JW email mediation, information sharing, negotiations (.30); read BRG discussion analysis (.20). | 5.30 | 800.00 | $4,240.00 |
| 11/28/2023 | AWC | ME | Calls with J. Stang and BRG regarding financial information, mediation (.30); review and revise revised child protection policies (.40); review BRG revised analyses (.40); draft counteroffer letter (.60). | 1.70 | 800.00 | $1,360.00 |
| 11/29/2023 | AWC | ME | Review and revise counter-offer letter and emails with Locke and J. Stang thereon (.30); read Locke comments to counter-offer/chart (.20); emails with JW and Locke regarding mediation session, issues (.30); call with Locke regarding mediation issues (.30). | 1.10 | 800.00 | $880.00 |
| 11/30/2023 | AWC | ME | Emails with JW regarding mediation issues (.20); discussions and emails with J. Stang and Locke regarding mediation issues, counteroffer (.60); review and revise counteroffer (.50); emails with counsel regarding mediation issues (.30). | 1.60 | 800.00 | $1,280.00 |
| | | | | 21.90 | | $17,520.00 |

**Plan and Disclosure Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/16/2023 | JIS | PD | Draft memo regarding plan options. | 1.20 | 800.00 | $960.00 |
| 11/18/2023 | IAWN | PD | Telephone call with J. Stang re new plan idea. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:   12

Invoice 135443

December 5, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2023 | IAWN | PD | Review J. Stang email re plan idea and respond. | 1.00 | 800.00 | $800.00 |
| 11/18/2023 | IAWN | PD | Research issues raised by plan. | 0.80 | 800.00 | $640.00 |
| 11/28/2023 | JIS | PD | Call with BRG regarding Archdiocese and affiliate ability to pay analysis. | 1.90 | 800.00 | $1,520.00 |
| | | | | 5.00 | | $4,000.00 |

**Relief from Stay**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/13/2023 | AWC | RFS | Read new motions and emails with Locke and counsel thereon and regarding hearing (.60); call with Locke regarding hearing, evidence (.40); review and revise Committee joinder (.70). | 1.70 | 800.00 | $1,360.00 |
| 11/01/2023 | AWC | RFS | Emails with counsel regarding hearing planning. | 0.40 | 800.00 | $320.00 |
| 11/03/2023 | AWC | RFS | Read objections to stay relief motions. | 2.20 | 800.00 | $1,760.00 |
| 11/03/2023 | JMF | RFS | Review motions for relief from stay and trade committee reply to same | 0.50 | 800.00 | $400.00 |
| 11/06/2023 | AWC | RFS | Analyze opposition, begin draft and research reply and emails with Locke and J. Stang thereon (2.80); emails with Locke and counsel regarding opposition, issues (.30). | 3.10 | 800.00 | $2,480.00 |
| 11/06/2023 | JIS | RFS | Review summary of stay oppositions and respond with comments for reply. | 0.60 | 800.00 | $480.00 |
| 11/07/2023 | AWC | RFS | Calls with Locke regarding strategy, legal issues (.40); call and emails with counsel regarding hearing, reply, approach (1.40); emails with JW regarding hearing protocol (.20); review and revise, research draft omnibus reply (2.10); call with Court Clerk regarding stay relief issues (.20). | 4.30 | 800.00 | $3,440.00 |
| 11/07/2023 | JIS | RFS | Review and comment on summary regarding RFS objection. | 0.10 | 800.00 | $80.00 |
| 11/08/2023 | AWC | RFS | Research, draft and revise omnibus reply brief (3.40); emails with JW and court regarding filings (.20). | 3.60 | 800.00 | $2,880.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:     13
Invoice 135443
December 5, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2023 | AWC | RFS | Review objections and research/draft/revise omnibus reply (5.20); prepare witness and exhibit list (.20); calls and emails with counsel regarding hearing/evidence (.40). | 5.80 | 800.00 | $4,640.00 |
| 11/10/2023 | AWC | RFS | Review and revise omnibus reply and witness list (1.10); calls and emails with Locke thereon and regarding hearing (.30); hearing prep (.80); emails with counsel regarding hearing (.30); read witness and exhibit lists (.20). | 2.70 | 800.00 | $2,160.00 |
| 11/10/2023 | JIS | RFS | Review and Revise reply to objections to stay relief motion. | 0.80 | 800.00 | $640.00 |
| 11/10/2023 | JIS | RFS | Final review of reply on relief from stay motion opposition. | 0.30 | 800.00 | $240.00 |
| 11/13/2023 | AWC | RFS | Call with Locke regarding stay hearing issues (.20); review pleadings to prepare for stay relief hearing (1.10); emails with JW and counsel regarding  various hearing issues (.40); read Debtor motion in limine and related documents (.40). | 2.10 | 800.00 | $1,680.00 |
| 11/14/2023 | AWC | RFS | Meetings with Locke and counsel and review documents to prepare for hearing (1.30); hearing (3.40); research stay relief issues (1.60). | 6.30 | 800.00 | $5,040.00 |
| 11/14/2023 | JIS | RFS | Call with A. Caine regarding issues related to stay relief motion. | 0.20 | 800.00 | $160.00 |
| 11/15/2023 | AWC | RFS | Review research and pleadings and calls and emails with counsel, Locke and J. Stang to prepare for hearing (1.70); hearing (3.40). | 5.10 | 800.00 | $4,080.00 |
| 11/16/2023 | AWC | RFS | Emails with JW and counsel regarding stay relief continuance order and review proposed order (.40); research re relief stipulations and emails with JW thereon (.50). | 0.90 | 800.00 | $720.00 |
| 11/17/2023 | AWC | RFS | Emails with counsel regarding order on stay hearing continuance. | 0.30 | 800.00 | $240.00 |
| 11/21/2023 | AWC | RFS | Calls with counsel, Locke and J. Stang regarding stay relief options. | 0.60 | 800.00 | $480.00 |
| 11/29/2023 | AWC | RFS | Calls and emails with counsel regarding stay relief issues/approach. | 0.60 | 800.00 | $480.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    14

Archdiocese of New Orleans OCC

Invoice 135443

Client 05067.00002

December 5, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/30/2023 | AWC | RFS | Calls with counsel regarding relief ideas, issues. | 0.40 | 800.00 | $320.00 |
| | | | | 42.60 | | $34,080.00 |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/27/2023 | AWC | RP | Read Commercial Committee application to employ expert and emails with Locke thereon. | 0.40 | 800.00 | $320.00 |
| | | | | 0.40 | | $320.00 |

**Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/13/2023 | AWC | TR | Travel to New Orleans for stay relief hearing. | 5.10 | 400.00 | $2,040.00 |
| 11/15/2023 | AWC | TR | Return travel from stay relief hearings. | 8.00 | 400.00 | $3,200.00 |
| | | | | 13.10 | | $5,240.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    **$104,189.50**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     15

Invoice 135443

December 5, 2023

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/13/2023 | OS | Clerk of Court, Jefferson Parish docket | 5.00 |
| 06/13/2023 | OS | Clerk of Court, Jefferson Parish complaint, | 9.75 |
| 07/05/2023 | OS | InsData Order, general/legal research, IAWN | 30.25 |
| 10/09/2023 | CC | AT&T Conference Call, AWC | 12.42 |
| 11/04/2023 | AF | American Airlines, Tkt 00180564046633, full fare refundable coach -  LAX/New Orleans, on 11/14 for mediation, AWC | 583.20 |
| 11/04/2023 | AF | Delta Airlines, Tkt 00680564046643, full fare refundable coach, New Orleans/LAX, AWC | 558.90 |
| 11/04/2023 | AF | Travel Agency Fee, AWC | 50.00 |
| 11/11/2023 | AF | Travel Agency Fee, AWC | 30.00 |
| 11/15/2023 | AF | American Airlines, Tkt 00180564047856, full fare refundable coach, New Orleans/LAX on 11/15 for mediation, AWC | 583.20 |
| 11/15/2023 | AF | Travel Agency Fee, AWC | 35.00 |
| 11/15/2023 | AF | Delta Airlines, Tkt 00680564047505, LAX/New Orleans, AWC | -608.90 |
| 11/15/2023 | BM | Luke Restaurant, AWC | 265.84 |
| 11/15/2023 | TE | Travel Expense. Cabs, tips and Misc. travel expense for trip to NO for stay relief hearings, AWC | 286.00 |
| 11/16/2023 | BM | Tsunami New Orleans, AWC | 159.99 |
| 11/16/2023 | OS | Rust Consulting, Inv. 2023-1563, LFC | 275.00 |
| 11/17/2023 | BM | Le Meridien, AWC | 666.12 |
| 11/29/2023 | RE | Reproduction @ 0.10 per page | 8.30 |
| 11/30/2023 | OS | Everlaw, Inv. 98367 | 2,024.00 |
| 11/30/2023 | RE | ( 28408 @0.20 PER PG) | 5,681.60 |
| 11/30/2023 | RE | ( 26133 @0.20 PER PG) | 5,226.60 |
| 11/30/2023 | RE | ( 24 @0.20 PER PG) | 4.80 |
| 11/30/2023 | PAC | Pacer - Court Research | 149.30 |

**Total Expenses for this Matter**          **$16,036.37**

Pachulski Stang Ziehl & Jones LLP

Page:     16

Archdiocese of New Orleans OCC

Invoice 135443

Client 05067.00002

December 5, 2023

---

### A/R STATEMENT

**Outstanding Balance from prior invoices as of  11/30/2023**            **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130360 | 06/30/2022 | $4,410.00 | $0.00 | $4,410.00 |
| 132963 | 07/31/2023 | $13,519.90 | $0.00 | $13,519.90 |
| 133467 | 08/31/2023 | $23,130.60 | $0.00 | $23,130.60 |
| 133917 | 09/30/2023 | $9,609.80 | $0.00 | $9,609.80 |
| 134680 | 10/31/2023 | $55,135.00 | $4,633.45 | $59,768.45 |

**Total Amount Due on Current and Prior Invoices:**            **$230,664.62**

## **EXHIBIT B**

**Monthly Fee Statement**
**December 2023**

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor.[1] | **Chapter 11** |
| | Objection Deadline:  February 12, 2024 |

**MONTHLY FEE AND EXPENSE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2023 through December 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format. As of the date hereof, PSZJ has received fees and expenses totaling $4,598,276.09.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

7.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| December 1, 2023 to December 31, 2023 | |
|---|---|
| Fees (at standard rates): | $120,918.75 |
| Reduction due to reduced rates[2]: | ($53,292.25) |
| Reduction due to fee write-offs: | ($1,440.00) |
| Fees (After reductions): | $66,186.50 |
| Expenses: | $3,188.32 |
| **Total** | **$69,374.82** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $800 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: I. Nasatir ($1,395); A. Caine ($1,395); L. Cantor ($1,595); and J. Stang ($1,695).

## NOTICE AND OBJECTION PROCEDURES

8.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

9.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $56,137.52, which consists of (a) eighty percent (80%) of PSZJ's total fees of $66,186.50 for the Statement Period in the amount of $52,949.20, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $3,188.32.

11.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  January 29, 2024                                Respectfully submitted,

                                                        By: */s/ Linda F. Cantor*                          
                                                        James I. Stang (CA Bar No. 94435)
                                                        Linda F. Cantor (CA Bar No.153762)
                                                        Pachulski Stang Ziehl & Jones LLP 10100
                                                        Santa Monica Blvd., Suite 1300
                                                        Los Angeles, CA 90067
                                                        Telephone: (310)-277-6910
                                                        Facsimile: (310)-201-0760
                                                        Email:  jstang@pszjlaw.com
                                                                lcantor@pszjlaw.com

                                                        *Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition | 1.10 | $880.00 |
| BL | Bankruptcy Litigation | 1.90 | $1,520.00 |
| CA | Case Administration | 3.50 | $2,800.00 |
| CO | Claims Administration/Objections | 1.40 | $1,120.00 |
| FE | Fee/Employment Application | 5.60 | $3,128.50 |
| GC | General Creditors Comm. | 6.00 | $4,800.00 |
| IC | Insurance Coverage | 1.00 | $800.00 |
| II | Insurance Issues | 0.30 | $163.50 |
| MC | Meeting of/Communications with Creditors | 2.20 | $1,760.00 |
| ME | Mediation | 44.20 | $35,360.00 |
| PD | Plan & Disclosure Statement | 1.10 | $880.00 |
| RFS | Relief from Stay | 10.50 | $8,400.00 |
| RPO | Other Professional Retention | 0.40 | $294.50 |
| TR | Travel | 10.70 | $4,280.00 |
| | | **89.90** | **$66,186.50** |

## EXHIBIT B

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JIS | Stang, James I. | Partner | 800.00 | 21.20 | $16,960.00 |
| LFC | Cantor, Linda F. | Partner | 800.00 | 0.30 | $240.00 |
| AWC | Caine, Andrew W. | Partner | 800.00 | 48.10 | $38,480.00 |
| AWC | Caine, Andrew W. | Partner | 400.00 | 10.70 | $4,280.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 800.00 | 3.90 | $3,120.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 5.70 | $3,106.50 |
|  |  |  |  | 89.90 | $66,186.50 |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| Description | Amount |
|---|---|
| Working Meals | $321.05 |
| Conference Call | $2.04 |
| Hotel Expense | $519.93 |
| Litigation Support Vendors | $2,024.00 |
| Pacer – Court Research | $26.30 |
| Travel Expense | $295.00 |
| | **$3,188.32** |

# EXHIBIT D



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of New Orleans OCC
JIS

December 31, 2023
Invoice    136342
Client      05067.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023

| | |
|---|---:|
| FEES | $66,186.50 |
| EXPENSES | $3,188.32 |
| **TOTAL CURRENT CHARGES** | **$69,374.82** |
| **BALANCE FORWARD** | **$230,664.62** |
| **LAST PAYMENT** | **-$106,028.80** |
| **TOTAL BALANCE DUE** | **$194,010.69** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    2

Invoice 136342

December 31, 2023

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 800.00 | 48.10 | $38,480.00 |
| AWC | Caine, Andrew W. | Partner | 400.00 | 10.70 | $4,280.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 3.90 | $3,120.00 |
| JIS | Stang, James I. | Partner | 800.00 | 21.20 | $16,960.00 |
| LFC | Cantor, Linda F. | Partner | 800.00 | 0.30 | $240.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 5.70 | $3,106.50 |
| | | | | 89.90 | $66,186.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:   3
Invoice 136342
December 31, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 1.10 | $880.00 |
| BL | Bankruptcy Litigation | 1.90 | $1,520.00 |
| CA | Case Administration | 3.50 | $2,800.00 |
| CO | Claims Administration and Objections | 1.40 | $1,120.00 |
| FE | Fee/Employment Application | 5.60 | $3,128.50 |
| GC | General Creditors' Committee | 6.00 | $4,800.00 |
| IC | Insurance Coverage | 1.00 | $800.00 |
| II | Insurance Issues | 0.30 | $163.50 |
| MC | Meetings of and Communications with Creditors | 2.20 | $1,760.00 |
| ME | Mediation | 44.20 | $35,360.00 |
| PD | Plan and Disclosure Statement | 1.10 | $880.00 |
| RFS | Relief from Stay | 10.50 | $8,400.00 |
| RPO | Other Professional Retention | 0.40 | $294.50 |
| TR | Travel | 10.70 | $4,280.00 |
| | | 89.90 | $66,186.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page: 4

Invoice 136342

December 31, 2023

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Working Meals | $321.05 |
| Conference Call | $2.04 |
| Hotel Expense | $519.93 |
| Litigation Support Vendors | $2,024.00 |
| Pacer - Court Research | $26.30 |
| Travel Expense | $295.00 |
| | $3,188.32 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    5

Invoice 136342

December 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 12/06/2023 | JIS | AD | Review email regarding sale hearing. | 0.10 | 800.00 | $80.00 |
| 12/06/2023 | JIS | AD | review broker email regarding sale of three properties and Locke Lord analysis of same. | 0.10 | 800.00 | $80.00 |
| 12/11/2023 | JIS | AD | Call with brokers regarding real estate marketing. (Partial) | 0.50 | 800.00 | $400.00 |
| 12/22/2023 | AWC | AD | Emails with committee regarding real estate issues, status. | 0.20 | 800.00 | $160.00 |
| 12/28/2023 | AWC | AD | Emails with Locke regarding real property status, issues | 0.20 | 800.00 | $160.00 |
| | | | | **1.10** | | **$880.00** |
| **Bankruptcy Litigation** | | | | | | |
| 12/05/2023 | IAWN | BL | Exchange emails with M. Mintz re telephone call | 0.10 | 800.00 | $80.00 |
| 12/07/2023 | AWC | BL | Emails with debtor and committees regarding real property issues. | 0.30 | 800.00 | $240.00 |
| 12/18/2023 | AWC | BL | Emails with JW and team regarding insurance 2004 motion/response (.30); read NY ruling on insurance issues (.30). | 0.60 | 800.00 | $480.00 |
| 12/18/2023 | IAWN | BL | Exchange emails with A. Caine re ex parte motion | 0.10 | 800.00 | $80.00 |
| 12/19/2023 | AWC | BL | Review insurer 2004 application and draft response. | 0.50 | 800.00 | $400.00 |
| 12/20/2023 | AWC | BL | Read Debtor objection to insurer 2004 motion and revise joinder. | 0.30 | 800.00 | $240.00 |
| | | | | **1.90** | | **$1,520.00** |
| **Case Administration** | | | | | | |
| 12/12/2023 | AWC | CA | Weekly call with JW regarding case issues (.80); read insurer 2004 motions for plan and claim documents (.40). | 1.20 | 800.00 | $960.00 |
| 12/19/2023 | AWC | CA | Call with JW regarding case issues. | 0.40 | 800.00 | $320.00 |
| 12/20/2023 | AWC | CA | Read notice of agenda and underlying pleadings. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     6

Invoice 136342

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/21/2023 | AWC | CA | Omnibus hearing re stay relief motions, insurer 2004 motion. | 1.70 | 800.00 | $1,360.00 |
| | | | | 3.50 | | $2,800.00 |

**Claims Administration and Objections**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | AWC | CO | Read new motions to file late claims. | 0.20 | 800.00 | $160.00 |
| 12/07/2023 | AWC | CO | Read late claim stipulations. | 0.20 | 800.00 | $160.00 |
| 12/11/2023 | AWC | CO | Read new late claim stipulations. | 0.20 | 800.00 | $160.00 |
| 12/12/2023 | AWC | CO | Call with counsel regarding claim issues. | 0.30 | 800.00 | $240.00 |
| 12/18/2023 | AWC | CO | Emails with counsel regarding claim issues. | 0.30 | 800.00 | $240.00 |
| 12/19/2023 | AWC | CO | Read stipulations and orders on late filed claim motions. | 0.20 | 800.00 | $160.00 |
| | | | | 1.40 | | $1,120.00 |

**Fee/Employment Application**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | BDD | FE | Email C. McCaffrey re Stout payments (.10) and email K. Mcnally re same (.10) | 0.20 | 545.00 | $109.00 |
| 12/04/2023 | BDD | FE | Email A. Boswell re Stout fee payments | 0.10 | 545.00 | $54.50 |
| 12/04/2023 | BDD | FE | Email C. McCaffrey re Stout wire | 0.10 | 545.00 | $54.50 |
| 12/05/2023 | BDD | FE | Address payment issues with accounting and L. Cantor(.20); emails J. Stang and L. Cantor re same (.10) | 0.30 | 545.00 | $163.50 |
| 12/05/2023 | LFC | FE | Draft email regarding payment of past due amounts on September fees. | 0.10 | 800.00 | $80.00 |
| 12/05/2023 | LFC | FE | Review fee statement, fee application and accounting records | 0.20 | 800.00 | $160.00 |
| 12/07/2023 | BDD | FE | Email C. McCaffrey re PSZJ payment information | 0.10 | 545.00 | $54.50 |
| 12/11/2023 | BDD | FE | Email G. Brown re PSZJ November fee statement. | 0.10 | 545.00 | $54.50 |
| 12/14/2023 | BDD | FE | Revisions to PSZJ September fee statement (.10) and call with G. Brown re same (.10); prepare PSZJ October and November monthly fee statements (.80) and emails G. Brown re same (.10). | 1.10 | 545.00 | $599.50 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     7

Invoice 136342

December 31, 2023

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2023 | BDD | FE | Revisions to fee orders for PSZJ, BRG, Rock Creek and Stout (.30); emails Court, L. Cantor, and N. Brown re same (.20) | 0.50 | 545.00 | $272.50 |
| 12/20/2023 | BDD | FE | Email L. Cantor re entered fee orders | 0.10 | 545.00 | $54.50 |
| 12/21/2023 | BDD | FE | Email C'tee professionals re November monthly fee statements | 0.10 | 545.00 | $54.50 |
| 12/21/2023 | BDD | FE | Email R. Rothman re PSZJ November fee statement | 0.10 | 545.00 | $54.50 |
| 12/21/2023 | BDD | FE | Email L. Cantor re outstanding amounts due C'tee professionals | 0.10 | 545.00 | $54.50 |
| 12/22/2023 | BDD | FE | Review latest round of quarterly fee applications and email C'tee professionals re balances due | 0.20 | 545.00 | $109.00 |
| 12/22/2023 | BDD | FE | Emails accounting and call with V. Arias re outstanding payment amounts due | 0.10 | 545.00 | $54.50 |
| 12/26/2023 | BDD | FE | Prepare PSZJ Nov. monthly fee statement | 0.70 | 545.00 | $381.50 |
| 12/26/2023 | BDD | FE | Email C. Curts re PSZJ Nov LEDES file | 0.10 | 545.00 | $54.50 |
| 12/27/2023 | BDD | FE | Email C. Curts re PSZJ Novemeber LEDES File | 0.10 | 545.00 | $54.50 |
| 12/27/2023 | BDD | FE | Additions to Nov monthly fee statement (.10) and email L. Cantor re same (.10) | 0.10 | 545.00 | $54.50 |
| 12/27/2023 | BDD | FE | Review BRG monthly fee statement (.10) and email D. Godfrey re same (.10) | 0.20 | 545.00 | $109.00 |
| 12/27/2023 | BDD | FE | Email K. McNally re Stout Nov fee statement | 0.10 | 545.00 | $54.50 |
| 12/27/2023 | BDD | FE | Email N. Brown re November fee letters to Debtor's counsel | 0.10 | 545.00 | $54.50 |
| 12/27/2023 | BDD | FE | Review and edit Rock Creek Nov fee statement (.20) and email C. Peirce re same (.10) | 0.30 | 545.00 | $163.50 |
| 12/27/2023 | BDD | FE | Emails to/call with N. Brown re C'tee professionals' monthly fee statements | 0.20 | 545.00 | $109.00 |
| 12/27/2023 | BDD | FE | Email L. Cantor re PSZJ, Rock Creek & BRG November fee statements | 0.10 | 545.00 | $54.50 |
| 12/28/2023 | BDD | FE | Email notice parties re C'tee professionals' November fee statements | 0.10 | 545.00 | $54.50 |
| | | | | 5.60 | | $3,128.50 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:     8
Invoice 136342
December 31, 2023

## General Creditors' Committee

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/2023 | JIS | GC | Status call with debtor. | 1.00 | 800.00 | $800.00 |
| 12/01/2023 | JIS | GC | Status call with Debtor. | 1.10 | 800.00 | $880.00 |
| 12/04/2023 | JIS | GC | Call with counsel regarding case issues | 1.10 | 800.00 | $880.00 |
| 12/12/2023 | AWC | GC | Committee meeting | 2.40 | 800.00 | $1,920.00 |
| 12/26/2023 | AWC | GC | Emails with committee and Locke regarding counter-offer, other issues | 0.40 | 800.00 | $320.00 |
| | | | | **6.00** | | **$4,800.00** |

## Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/11/2023 | IAWN | IC | Review Sparta docket | 0.10 | 800.00 | $80.00 |
| 12/12/2023 | AWC | IC | Call with state court counsel regarding issues/insurance | 0.40 | 800.00 | $320.00 |
| 12/14/2023 | IAWN | IC | Exchange emails with A. Caine re Chubb motion | 0.10 | 800.00 | $80.00 |
| 12/15/2023 | IAWN | IC | Review Chubb ex parte motion | 0.20 | 800.00 | $160.00 |
| 12/15/2023 | IAWN | IC | Exchange emails with A. Caine re 2004 motion | 0.20 | 800.00 | $160.00 |
| | | | | **1.00** | | **$800.00** |

## Insurance Issues

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/20/2023 | BDD | II | Review joinder to Moving Insurers' Expedited Rule 2004 motion (.10) and emails L. Cantor and A. Caine re same (.10); call with/email N. Brown re same (.10) | 0.30 | 545.00 | $163.50 |
| | | | | **0.30** | | **$163.50** |

## Meetings of and Communications with Creditors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/2023 | JIS | MC | Call with RKIuebel regarding call with BRG and state court counsel regarding financial presentation. | 0.70 | 800.00 | $560.00 |
| 12/05/2023 | JIS | MC | Call with BRG to review financial presentation for 12/06 mediation. | 0.70 | 800.00 | $560.00 |
| 12/12/2023 | IAWN | MC | Telephone call with debtor re mediation offer and insurance | 0.80 | 800.00 | $640.00 |
| | | | | **2.20** | | **$1,760.00** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     9

Invoice 136342

December 31, 2023

---

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/2023 | AWC | ME | Review and revise counteroffer letter (.60); emails with Locke regarding child protection policies (.20); emails with Locke and J. Stang regarding  counter-offer (.30); emails with BRG regarding financial analysis issues (.50). | 1.60 | 800.00 | $1,280.00 |
| 12/03/2023 | AWC | ME | Emails with BRG regarding additional information for financial analysis, presentation. | 0.60 | 800.00 | $480.00 |
| 12/04/2023 | AWC | ME | Emails with JW, et al. regarding mediation session (.20); call with BRG regarding mediation prep/financial presentation (.80); call with state court counsel regarding mediation/financial information (.90); call with Locke and J. Stang regarding mediation (.30); review materials to prepare for mediation session (1.90). | 4.10 | 800.00 | $3,280.00 |
| 12/04/2023 | JIS | ME | Conference call with BRG to review ability to pay analysis. | 0.40 | 800.00 | $320.00 |
| 12/04/2023 | JIS | ME | Call with state court counsel regarding Archdiocese ability to pay. | 1.00 | 800.00 | $800.00 |
| 12/05/2023 | AWC | ME | Meeting with BRG to prepare for and mediation sessions/meetings. | 7.50 | 800.00 | $6,000.00 |
| 12/05/2023 | JIS | ME | Call with state court counsel regarding financial presentation for 12.06 mediation | 1.00 | 800.00 | $800.00 |
| 12/06/2023 | AWC | ME | Review and revise counte-roffer letter (.40); emails with counsel regarding monetary and nonmonetary mediation issues (.40); calls with J. Stang, Locke and BRG regarding mediation/next steps (.50); review child protection policies and emails with Locke thereon (.40). | 1.70 | 800.00 | $1,360.00 |
| 12/06/2023 | JIS | ME | Telephonic attendance at mediation. | 7.10 | 800.00 | $5,680.00 |
| 12/07/2023 | JIS | ME | Review counteroffer to Archdiocese. | 0.60 | 800.00 | $480.00 |
| 12/08/2023 | AWC | ME | Emails with J. Stang and Locke regarding mediation strategy and review/revise counter-offer letter (.50); emails with BRG regarding information exchange (.30). | 0.80 | 800.00 | $640.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    10

Invoice 136342

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | AWC | ME | Review BRG analyses and emails thereon (.40); call with BRG and counsel regarding mediation, prospects (1.80); emails with counsel regarding various financial issues and read underlying documents (.40). | 2.60 | 800.00 | $2,080.00 |
| 12/11/2023 | JIS | ME | Call with state court counsel regarding financial analysis and plan issues. | 2.70 | 800.00 | $2,160.00 |
| 12/11/2023 | JIS | ME | Research regarding fair and equitable plan objection. | 0.50 | 800.00 | $400.00 |
| 12/12/2023 | AWC | ME | Emails with J. Stang and Locke regarding mediation issues/strategy. | 0.30 | 800.00 | $240.00 |
| 12/13/2023 | AWC | ME | Emails with JW, Locke, J. Stang and counsel regarding mediation issues (.40); read Travelers joinder to 2004 motion (.20). | 0.60 | 800.00 | $480.00 |
| 12/14/2023 | AWC | ME | Emails with client regarding mediation approach (.20); emails with BRG regarding additional financial information exchange (.20). | 0.40 | 800.00 | $320.00 |
| 12/14/2023 | IAWN | ME | Review file re Travelers demand and correspondence. | 0.50 | 800.00 | $400.00 |
| 12/14/2023 | IAWN | ME | Prepare email to James I. Stang re demand. | 0.10 | 800.00 | $80.00 |
| 12/14/2023 | IAWN | ME | Review demand letter and attachments | 0.30 | 800.00 | $240.00 |
| 12/14/2023 | IAWN | ME | Telephone call with James I Stang re Travelers | 0.10 | 800.00 | $80.00 |
| 12/15/2023 | AWC | ME | Call with JW regarding mediation issues (.50); call with client regarding mediation strategy (1.70); emails with counsel regarding Insurer 2004 motion regarding plan (.20); emails with Locke regarding counteroffer (.20). | 2.60 | 800.00 | $2,080.00 |
| 12/15/2023 | JIS | ME | Call with Committee chair re terms of counteroffer. | 1.60 | 800.00 | $1,280.00 |
| 12/18/2023 | AWC | ME | Read revised schedules and edits to and revise counter-offer letter and emails with Locke and J. Stang thereon (.30); emails with counsel regarding plan proposed documents (.20). | 0.50 | 800.00 | $400.00 |
| 12/21/2023 | AWC | ME | Review revised counteroffer and emails with Locke and team thereon (.60); emails and calls with Locke and team regarding next steps (.50)review insurer 2004 documents (.30). | 1.40 | 800.00 | $1,120.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    11

Invoice 136342

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/22/2023 | AWC | ME | Emails with committee and Locke regarding mediation/counter-offer and revise counter-offer (.80); call with J. Stang regarding strategy (.30); emails with BRG regarding additional financial information and review schedules (.30). | 1.40 | 800.00 | $1,120.00 |
| 12/27/2023 | AWC | ME | Emails with BRG regarding additional information exchange (.20); emails with counsel regarding counter-offer (.20) | 0.40 | 800.00 | $320.00 |
| 12/28/2023 | AWC | ME | Call and emails with BRG regarding additional mediation financial information (.90); emails with counsel regarding counteroffer (.20); draft/revise email to JW regarding counteroffer, additional information (.30). | 1.40 | 800.00 | $1,120.00 |
| 12/29/2023 | AWC | ME | Review and revise counter-offer email and emails with Locke thereon. | 0.40 | 800.00 | $320.00 |
| | | | | 44.20 | | $35,360.00 |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | JIS | PD | Review and revise counteroffer. | 0.50 | 800.00 | $400.00 |
| 12/19/2023 | IAWN | PD | Telephone call with debtor re developments | 0.60 | 800.00 | $480.00 |
| | | | | 1.10 | | $880.00 |

**Relief from Stay**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2023 | AWC | RFS | Research regarding potential relief solutions (1.90); call with JW and insurance counsel regarding stay issues (.40); emails with counsel regarding stay issues (.20). | 2.70 | 800.00 | $2,160.00 |
| 12/06/2023 | IAWN | RFS | Telephone call with debtors and committee counsel re stay and insurance. | 0.40 | 800.00 | $320.00 |
| 12/06/2023 | IAWN | RFS | Telephone call with James I. Stang re call with debtors. | 0.10 | 800.00 | $80.00 |
| 12/12/2023 | AWC | RFS | Emails with JW regarding proposed stipulation and revise stipulation, emails with counsel thereon. | 0.30 | 800.00 | $240.00 |
| 12/14/2023 | AWC | RFS | Emails with counsel regarding proposed resolution language, issues. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    12

Invoice 136342

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2023 | IAWN | RFS | Exchange emails with A. Caine re stipulation for relief from stay | 0.10 | 800.00 | $80.00 |
| 12/14/2023 | IAWN | RFS | Review stipulation from M. Mintz and A. Caine suggestion | 0.10 | 800.00 | $80.00 |
| 12/15/2023 | AWC | RFS | Call with counsel regarding issues, resolution ideas (.80); review and revise potential stipulation language and emails with counsel thereon (.90); read insurer proposed order and calls and emails with J. Stang and counsel thereon, and draft response (1.10). | 2.80 | 800.00 | $2,240.00 |
| 12/15/2023 | JIS | RFS | Review proposed stipulation for stay relief and proposed order from insurers. | 0.20 | 800.00 | $160.00 |
| 12/15/2023 | JIS | RFS | Call A. Caine regarding proposed stay relief stipulation and order from insurance carriers. | 0.30 | 800.00 | $240.00 |
| 12/18/2023 | AWC | RFS | Emails and calls with counsel regarding stay relief issues/resolution. | 0.40 | 800.00 | $320.00 |
| 12/19/2023 | AWC | RFS | Calls and emails with JW, Locke and counsel regarding stay relief issues/resolution (.90); read and analyze Insurer brief and proposed order and emails with counsel thereon (.50). | 1.40 | 800.00 | $1,120.00 |
| 12/20/2023 | AWC | RFS | Call with JW and Locke regarding stay relief hearings (.30); emails with counsel regarding stay relief issues/hearing (.40); read additional insurer filings (.20). | 0.90 | 800.00 | $720.00 |
| 12/21/2023 | AWC | RFS | Review documents to prepare for hearing on stay relief motions. | 0.60 | 800.00 | $480.00 |
| | | | | **10.50** | | **$8,400.00** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/2023 | BDD | RPO | Email G. Brown re retention application for Hilco | 0.10 | 545.00 | $54.50 |
| 12/08/2023 | AWC | RPO | Emails with Locke regarding Kroll application. | 0.30 | 800.00 | $240.00 |
| | | | | **0.40** | | **$294.50** |

**Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/04/2023 | AWC | TR | Non-working travel to NO for mediation. | 5.30 | 400.00 | $2,120.00 |
| 12/06/2023 | AWC | TR | Non-working travel from NO mediation. | 5.40 | 400.00 | $2,160.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    13

Invoice 136342

December 31, 2023

|  |  |
|---|---|
| 10.70 | $4,280.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    $66,186.50

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     14

Invoice 136342

December 31, 2023

---

### Expenses

| | | | |
|---|---|---|---:|
| 11/01/2023 | CC | AT&T Conference Call, AWC | 2.04 |
| 12/05/2023 | BM | Osteria Lupo, AWC | 321.05 |
| 12/06/2023 | HT | Intercontinental New Orleans, 2 nights, AWC | 519.93 |
| 12/06/2023 | TE | Travel Expense. Cab, tips etc. for travel to NO for Mediation, AWC | 295.00 |
| 12/31/2023 | OS | Everlaw, Inv. 101131, Archdiocese of New Orleans database for December 2023 | 2,024.00 |
| 12/31/2023 | PAC | Pacer - Court Research | 26.30 |

**Total Expenses for this Matter**                              **$3,188.32**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     15

Invoice 136342

December 31, 2023

---

### A/R STATEMENT

**Outstanding Balance from prior invoices as of  12/31/2023**           **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130360 | 06/30/2022 | $4,410.00 | $0.00 | $4,410.00 |
| 135443 | 11/30/2023 | $104,189.50 | $16,036.37 | $120,225.87 |

**Total Amount Due on Current and Prior Invoices:**                                   **$194,010.69**

**EXHIBIT C**

**Monthly Fee Statement**
**January 2024**

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:  March 14, 2024 |

**MONTHLY FEE AND EXPENSE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2024 through January 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format. As of the date hereof, PSZJ has received fees and expenses totaling $4,697,664.06.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

7.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2024 to January 31, 2024 | |
| --- | --- |
| Fees (at standard rates): | $70,943.00 |
| Reduction due to reduced rates[2]: | ($33,769.00) |
| Fees (After reductions): | $37,174.00 |
| Expenses: | $2,335.60 |
| **Total** | **$39,509.60** |

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $800 per hour.  The reduction set forth here accounts for the reduction from the following standard rates: G. Brown ($1,075); I. Scharf ($1,250); I. Nasatir ($1,525); A. Caine ($1,525); L. Cantor ($1,595); and J. Stang ($1,850).

## NOTICE AND OBJECTION PROCEDURES

8.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

9.      Also pursuant to the March 14, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $32,074.80, which consists of (a) eighty percent (80%) of PSZJ's total fees of $37,174.00 for the Statement Period in the amount of $29,739.20, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $2,335.60.

11.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  February 29, 2024                      Respectfully submitted,

By: */s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435)
Linda F. Cantor (CA Bar No.153762)
Pachulski Stang Ziehl & Jones LLP 10100
Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
         lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

4876-1490-9866.1 05067.002

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.80 | $640.00 |
| BL | Bankruptcy Litigation | 3.10 | $2,480.00 |
| CA | Case Administration | 4.00 | $2,646.50 |
| CO | Claims Administration and Objections | 2.00 | $1,600.00 |
| CP | PSZJ Compensation | 0.80 | $517.00 |
| FE | Fee/Employment Application | 1.90 | $1,130.50 |
| GC | General Creditors Comm. | 4.40 | $3,520.00 |
| HE | Hearings | 1.70 | $1,360.00 |
| ME | Mediation | 23.80 | $19,040.00 |
| PD | Plan & Disclosure Statement | 2.50 | $2,000.00 |
| RFS | Relief from Stay | 2.50 | $2,000.00 |
| RP | PSZJ Retention | 0.30 | $240.00 |
| | | **47.80** | **$37,174.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JIS | Stang, James I. | Partner | 800.00 | 9.70 | $7,760.00 |
| LFC | Cantor, Linda F. | Partner | 800.00 | 0.20 | $160.00 |
| AWC | Caine, Andrew W. | Partner | 800.00 | 19.60 | $15,680.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 800.00 | 12.20 | $9,760.00 |
| IDS | Scharf, Ilan D. | Partner | 800.00 | 0.70 | $560.00 |
| GNB | Brown, Gillian N. | Counsel | 800.00 | 0.20 | $160.00 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 2.80 | $1,666.00 |
| YPD | Derac, Yves P. | Paralegal | 595.00 | 2.40 | $1,428.00 |
|  |  |  |  | **47.80** | **$37,174.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| Description | Amount |
|---|---|
| Conference Call | $13.97 |
| Litigation Support Vendors | $2,299.00 |
| Pacer – Court Research | $2.40 |
| Postage | $4.03 |
| Reproduction Expense | $16.20 |
| | **$2,335.60** |

**EXHIBIT D**



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of New Orleans OCC
JIS

February 7, 2024
Invoice    136902
Client     05067.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2024

| | |
|---|---:|
| FEES | $37,174.00 |
| EXPENSES | $2,335.60 |
| **TOTAL CURRENT CHARGES** | **$39,509.60** |
| **BALANCE FORWARD** | **$194,010.69** |
| **LAST PAYMENT** | **-$99,387.97** |
| **TOTAL BALANCE DUE** | **$134,132.32** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:   2

Invoice 136902

February 7, 2024

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 800.00 | 19.60 | $15,680.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 12.20 | $9,760.00 |
| IDS | Scharf, Ilan D. | Partner | 800.00 | 0.70 | $560.00 |
| JIS | Stang, James I. | Partner | 800.00 | 9.70 | $7,760.00 |
| LFC | Cantor, Linda F. | Partner | 800.00 | 0.20 | $160.00 |
| GNB | Brown, Gillian N. | Counsel | 800.00 | 0.20 | $160.00 |
| BDD | Dassa, Beth D. | Paralegal | 595.00 | 2.80 | $1,666.00 |
| YPD | Derac, Yves P. | Paralegal | 595.00 | 2.40 | $1,428.00 |
| | | | | 47.80 | $37,174.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    3

Invoice 136902

February 7, 2024

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 0.80 | $640.00 |
| BL | Bankruptcy Litigation | 3.10 | $2,480.00 |
| CA | Case Administration | 4.00 | $2,646.50 |
| CO | Claims Administration and Objections | 2.00 | $1,600.00 |
| CP | PSZJ Compensation | 0.80 | $517.00 |
| FE | Fee/Employment Application | 1.90 | $1,130.50 |
| GC | General Creditors' Committee | 4.40 | $3,520.00 |
| HE | Hearings | 1.70 | $1,360.00 |
| ME | Mediation | 23.80 | $19,040.00 |
| PD | Plan and Disclosure Statement | 2.50 | $2,000.00 |
| RFS | Relief from Stay | 2.50 | $2,000.00 |
| RP | PSZJ Retention | 0.30 | $240.00 |
| | | 47.80 | $37,174.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

Archdiocese of New Orleans OCC

Invoice 136902

Client 05067.00002

February 7, 2024

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Conference Call | $13.97 |
| Litigation Support Vendors | $2,299.00 |
| Pacer - Court Research | $2.40 |
| Postage | $4.03 |
| Reproduction Expense | $16.20 |
| | $2,335.60 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     5

Invoice 136902

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 01/08/2024 | AWC | AA | Emails with BRG, call with J. Stang and email to JW regarding FCC licenses. | 0.40 | 800.00 | $320.00 |
| 01/08/2024 | JIS | AA | Research FCC licenses database for FCC licenses in name of Archdiocese. | 0.40 | 800.00 | $320.00 |
| | | | | **0.80** | | **$640.00** |
| **Bankruptcy Litigation** | | | | | | |
| 01/02/2024 | GNB | BL | Email with Shelby Chaffos regarding Albert Metz document analysis. | 0.10 | 800.00 | $80.00 |
| 01/03/2024 | AWC | BL | Review proposed non-debtor entity tolling extension documents and emails with Locke and J. Stang thereon. | 0.50 | 800.00 | $400.00 |
| 01/05/2024 | AWC | BL | Read opinion on motion to compel and emails with team thereon. | 0.50 | 800.00 | $400.00 |
| 01/24/2024 | AWC | BL | Read various additional documents and media reports regarding abuse issues. | 0.50 | 800.00 | $400.00 |
| 01/30/2024 | AWC | BL | Review revised motion for further extension of tolling and emails with Locke thereon. | 0.40 | 800.00 | $320.00 |
| 01/31/2024 | AWC | BL | Read newly produced documents (PR). | 1.10 | 800.00 | $880.00 |
| | | | | **3.10** | | **$2,480.00** |
| **Case Administration** | | | | | | |
| 01/02/2024 | BDD | CA | Email Y. Derac re critical dates | 0.10 | 595.00 | $59.50 |
| 01/02/2024 | IAWN | CA | Review file re status of Stipulation | 0.10 | 800.00 | $80.00 |
| 01/02/2024 | IAWN | CA | Exchange emails with A. Caine re status of relief from stay stipulation | 0.20 | 800.00 | $160.00 |
| 01/02/2024 | YPD | CA | Review of email from B. Dassa re professional fee statements and objection period and CDM; respond to B. Dassa email. | 0.10 | 595.00 | $59.50 |
| 01/02/2024 | YPD | CA | Review of court docket (.1);preparation of updated CDM re objection professional fee statements (.2); email calendaring on same (.1). | 0.40 | 595.00 | $238.00 |
| 01/05/2024 | AWC | CA | Call with JW regarding various case issues. | 0.80 | 800.00 | $640.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:   6

Invoice 136902

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2024 | YPD | CA | Review of email and attachment from Donlin Recano and updated case docket thereof and hearing set. | 0.20 | 595.00 | $119.00 |
| 01/08/2024 | AWC | CA | Emails with JW regarding various case issues. | 0.20 | 800.00 | $160.00 |
| 01/08/2024 | BDD | CA | Review supplement to PSZJ retention application re rate increase (.10) and email A. Caine and L. Cantor re same (.10) | 0.20 | 595.00 | $119.00 |
| 01/25/2024 | YPD | CA | Review of email from Donlin Recano re motion for leave and notice of hearing (.1); review of CDM for same and update (.2). | 0.30 | 595.00 | $178.50 |
| 01/26/2024 | YPD | CA | Review of Donlin Recano emails re docket update (.1); review of docket and update of CDM (.4) on hearing matters; email calendaring same (.1). | 0.60 | 595.00 | $357.00 |
| 01/29/2024 | YPD | CA | Review of email from B. Dassa re Monthly Fee Statements and deadline thereofs; respond to email on same. | 0.20 | 595.00 | $119.00 |
| 01/29/2024 | YPD | CA | Preparation of updated CDM, revision to same; email calendar on updated deadlines. | 0.40 | 595.00 | $238.00 |
| 01/30/2024 | YPD | CA | Review of Donlin Recano email and updated docket and hearing thereon for CDM update. | 0.20 | 595.00 | $119.00 |
| | | | | **4.00** | | **$2,646.50** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/24/2024 | JIS | CO | Attend Supreme Court hearing regarding window. | 2.00 | 800.00 | $1,600.00 |
| | | | | **2.00** | | **$1,600.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/16/2024 | LFC | CP | Review and revised invoices | 0.20 | 800.00 | $160.00 |
| 01/25/2024 | BDD | CP | Prepare PSZJ December fee statement (.50) and email accounting re same (.10) | 0.60 | 595.00 | $357.00 |
| | | | | **0.80** | | **$517.00** |

**Fee/Employment Application**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/16/2024 | BDD | FE | Emails L. Cantor, I. Scharf, and accounting re PSZJ December fee statement | 0.20 | 595.00 | $119.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    7

Invoice 136902

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/16/2024 | BDD | FE | Analyze time re PSZJ Dec fee statement (.10) and email R. Rothman re same (.10) | 0.20 | 595.00 | $119.00 |
| 01/24/2024 | BDD | FE | Emails L. Cantor and accounting re PSZJ Dec. monthly fee statement (.10) and email other C'tee professionals re December monthly fee statements (.10) | 0.20 | 595.00 | $119.00 |
| 01/24/2024 | BDD | FE | Email C. Peirce re Rock Creek December fee statement | 0.10 | 595.00 | $59.50 |
| 01/24/2024 | BDD | FE | Email A. Boswell re Stout December fee statement | 0.10 | 595.00 | $59.50 |
| 01/29/2024 | BDD | FE | Finalize PSZJ, Rock Creek & BRG Dec 2023 fee statements for service (.30); email L. Cantor re same (.10); call with N. Brown re same (.10); email notice parties re same (.10) | 0.60 | 595.00 | $357.00 |
| 01/29/2024 | BDD | FE | Email C. Curts re LEDES files for PSZJ Dec fee statement | 0.10 | 595.00 | $59.50 |
| 01/29/2024 | BDD | FE | Email M. Gray re FTI Excel spreadsheets for invoices going forward (.10) and email C. Curts re same (.10) | 0.20 | 595.00 | $119.00 |
| 01/29/2024 | BDD | FE | Emails D. Godfrey re BRG Dec 2023 fee statement | 0.10 | 595.00 | $59.50 |
| 01/29/2024 | BDD | FE | Email Y. Derac re PSZJ December 2023 monthly fee statement | 0.10 | 595.00 | $59.50 |
| | | | | **1.90** | | **$1,130.50** |

### General Creditors' Committee

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/02/2024 | AWC | GC | Emails with committee regarding status. | 0.30 | 800.00 | $240.00 |
| 01/03/2024 | AWC | GC | Emails with client regarding various case issues. | 0.20 | 800.00 | $160.00 |
| 01/08/2024 | AWC | GC | Review proposed agenda and emails with Locke regarding committee meeting. | 0.20 | 800.00 | $160.00 |
| 01/09/2024 | AWC | GC | Call with Locke and J. Stang regarding committee meeting, issues (.40); committee meeting (.80). | 1.20 | 800.00 | $960.00 |
| 01/09/2024 | JIS | GC | Attend committee call. | 1.10 | 800.00 | $880.00 |
| 01/09/2024 | JIS | GC | Conference call with bankruptcy professionals on follow up "to do" list from committee call. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     8

Invoice 136902

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2024 | GNB | GC | Call and email with J. Stang regarding sexual abuse survivor inquiries about document confidentiality. | 0.10 | 800.00 | $80.00 |
| 01/24/2024 | JIS | GC | Status call with Debtor.(partial) | 0.30 | 800.00 | $240.00 |
| 01/26/2024 | AWC | GC | Review and revise draft presentation to committee regarding plan process and emails with Locke thereon. | 0.80 | 800.00 | $640.00 |
| | | | | **4.40** | | **$3,520.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/16/2024 | IAWN | HE | Attend 2004 and stay hearing | 1.40 | 800.00 | $1,120.00 |
| 01/16/2024 | IAWN | HE | Telephone call with J. Stang re hearing | 0.20 | 800.00 | $160.00 |
| 01/16/2024 | IAWN | HE | Exchange emails with Knapp re hearing | 0.10 | 800.00 | $80.00 |
| | | | | **1.70** | | **$1,360.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/02/2024 | AWC | ME | Emails with counsel regarding mediation issues. | 0.20 | 800.00 | $160.00 |
| 01/03/2024 | AWC | ME | Emails with team regarding mediation strategy. | 0.30 | 800.00 | $240.00 |
| 01/05/2024 | AWC | ME | Emails with JW and call/emails with Locke and J. Stang regarding mediation. | 0.50 | 800.00 | $400.00 |
| 01/05/2024 | IAWN | ME | Exchange emails with A. Caine re mediator. | 0.10 | 800.00 | $80.00 |
| 01/06/2024 | JIS | ME | Call with A. Caine regarding status call with Debtor's counsel on mediation status. | 0.20 | 800.00 | $160.00 |
| 01/07/2024 | IAWN | ME | Review file re mediation history with US Fire and International. | 1.80 | 800.00 | $1,440.00 |
| 01/07/2024 | IAWN | ME | Draft email summarizing mediation history with US Fire and International, and issues with each. | 0.50 | 800.00 | $400.00 |
| 01/08/2024 | AWC | ME | Emails with team regarding mediation strategy (.20); call with Locke and J. Stang regarding mediation, strategy, approach (.70); emails with counsel regarding mediation issues (.20) | 0.90 | 800.00 | $720.00 |
| 01/08/2024 | IAWN | ME | Exchange emails with A. Caine re Chubb. | 0.10 | 800.00 | $80.00 |
| 01/08/2024 | IAWN | ME | Review 12/21/2023 transcript | 1.00 | 800.00 | $800.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     9

Invoice 136902

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2024 | IAWN | ME | Draft letter to T. Schiavoni re mediation disclosure to judge | 2.50 | 800.00 | $2,000.00 |
| 01/08/2024 | IAWN | ME | Telephone call with team re potential mediators | 0.70 | 800.00 | $560.00 |
| 01/08/2024 | IDS | ME | Call with team regarding potential mediators | 0.70 | 800.00 | $560.00 |
| 01/08/2024 | JIS | ME | Attend conference call with Committee professionals re status of mediation. | 0.60 | 800.00 | $480.00 |
| 01/09/2024 | AWC | ME | Call and emails with counsel regarding mediators (.30); review and revise email to carriers regarding mediation, status (.40); emails regarding carrier participation (.20); emails with BRG regarding additional information (.20). | 1.10 | 800.00 | $880.00 |
| 01/09/2024 | JIS | ME | Call with bankruptcy professionals regarding mediation. | 0.60 | 800.00 | $480.00 |
| 01/09/2024 | JIS | ME | Revise letter to T. Schiavoni regarding mediation. | 0.30 | 800.00 | $240.00 |
| 01/18/2024 | JIS | ME | Call RKuebel regarding issues related to new mediation. | 0.80 | 800.00 | $640.00 |
| 01/22/2024 | IAWN | ME | Exchange emails with Knapp re mediation | 0.10 | 800.00 | $80.00 |
| 01/24/2024 | AWC | ME | Emails with J. Stang and Locke regarding various plan issues. | 0.40 | 800.00 | $320.00 |
| 01/24/2024 | JIS | ME | Call with RKuebel regarding settlement offer/mediation timiing. | 0.60 | 800.00 | $480.00 |
| 01/24/2024 | JIS | ME | Call BRG re mediation status. | 0.20 | 800.00 | $160.00 |
| 01/24/2024 | JIS | ME | Call RKuebel regarding mediation sessions. | 0.20 | 800.00 | $160.00 |
| 01/25/2024 | AWC | ME | Emails with Locke, J. Stang and client regarding new mediator, next steps, preparation (.90); emails with BRG regarding additional information (.30) | 1.20 | 800.00 | $960.00 |
| 01/29/2024 | AWC | ME | Emails with Locke, J. Stang, BRG and mediator regarding new mediator prep session. | 0.70 | 800.00 | $560.00 |
| 01/30/2024 | AWC | ME | Read BRG draft presentation for Meeting with new mediator and emails with BRG thereon (.80); emails with Locke and team regarding new mediator issues (.50). | 1.30 | 800.00 | $1,040.00 |
| 01/30/2024 | IAWN | ME | Email Knapp re meeting and schedule | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

Archdiocese of New Orleans OCC

Invoice 136902

Client 05067.00002

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/30/2024 | IAWN | ME | Exchange emails with A. Caine and Knapp re Perry contacts. | 0.10 | 800.00 | $80.00 |
| 01/30/2024 | JIS | ME | Call R. Kuebel regarding mediation issues. | 0.40 | 800.00 | $320.00 |
| 01/31/2024 | AWC | ME | Review BRG presentation for new mediator meeting (.40); meetings with new mediator and counsel  (3.00); review and revise motion and order to appoint mediator and emails with Locke thereon (.40). | 3.80 | 800.00 | $3,040.00 |
| 01/31/2024 | JIS | ME | Attend Zoom meeting with mediator (partial) | 1.80 | 800.00 | $1,440.00 |
| | | | | 23.80 | | $19,040.00 |

**Plan and Disclosure Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/09/2024 | IAWN | PD | Telephone call with TCC re hearing. | 1.40 | 800.00 | $1,120.00 |
| 01/09/2024 | IAWN | PD | Review T. Schiavoni letter re mediation. | 0.10 | 800.00 | $80.00 |
| 01/09/2024 | IAWN | PD | Exchange emails with T. Schiavoni (,1) and J. Stang (.1) re hearing, | 0.20 | 800.00 | $160.00 |
| 01/10/2024 | IAWN | PD | Review Hartford proof of claim brief in Baltimore. | 0.20 | 800.00 | $160.00 |
| 01/10/2024 | IAWN | PD | Exchange emails with T. Schiavoni re letter to him. | 0.10 | 800.00 | $80.00 |
| 01/10/2024 | IAWN | PD | Review and send J. Stang demand letters to Chubb insurers. | 0.20 | 800.00 | $160.00 |
| 01/12/2024 | IAWN | PD | Telephone call with Knapp and J. Stang re hearing. | 0.30 | 800.00 | $240.00 |
| | | | | 2.50 | | $2,000.00 |

**Relief from Stay**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/02/2024 | AWC | RFS | Emails with counsel regarding stay relief stipulation, issues. | 0.20 | 800.00 | $160.00 |
| 01/04/2024 | AWC | RFS | Emails with counsel regarding issues/resolution. | 0.30 | 800.00 | $240.00 |
| 01/11/2024 | AWC | RFS | Read ANO proposed order and email with JW and various counsel thereon. | 0.40 | 800.00 | $320.00 |
| 01/12/2024 | IAWN | RFS | Telephone call with SCC re relief from stay stipulation | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

Archdiocese of New Orleans OCC

Invoice 136902

Client 05067.00002

February 7, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/25/2024 | AWC | RFS | Read revised proposed order and emails with Locke and counsel thereon. | 0.60 | 800.00 | $480.00 |
| 01/31/2024 | AWC | RFS | Read transcript of 1/16 hearing and review latest draft order. | 0.60 | 800.00 | $480.00 |
| | | | | **2.50** | | **$2,000.00** |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/09/2024 | IAWN | RP | Review components and content of  I. Nasatir pro hac vice application. | 0.10 | 800.00 | $80.00 |
| 01/09/2024 | IAWN | RP | Review and revise pro hac application. | 0.20 | 800.00 | $160.00 |
| | | | | **0.30** | | **$240.00** |

**TOTAL SERVICES FOR THIS MATTER:**                              **$37,174.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     12

Invoice 136902

February 7, 2024

---

**Expenses**

| | | | |
|---|---|---|---:|
| 12/04/2023 | CC | AT&T Conference Call, AWC | 13.97 |
| 12/31/2023 | OS | Rust Consulting, Dec 2023 Claims Admin Services, LFC | 275.00 |
| 01/09/2024 | RE | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 01/29/2024 | PO | Postage | 4.03 |
| 01/29/2024 | RE | 70 pages | 7.00 |
| 01/31/2024 | OS | Everlaw, Inv. 103806 | 2,024.00 |
| 01/31/2024 | PAC | Pacer - Court Research | 2.40 |
| **Total Expenses for this Matter** | | | **$2,335.60** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     13

Invoice 136902

February 7, 2024

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 01/31/2024**      **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130360 | 06/30/2022 | $4,410.00 | $0.00 | $4,410.00 |
| 135443 | 11/30/2023 | $20,837.90 | $0.00 | $20,837.90 |
| 136342 | 12/31/2023 | $66,186.50 | $3,188.32 | $69,374.82 |

**Total Amount Due on Current and Prior Invoices:**      **$134,132.32**

## **EXHIBIT D**

**Monthly Fee Statement**
**February 2024**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline:  April 12, 2024 |

### MONTHLY FEE AND EXPENSE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2024 through February 29, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by PSZJ for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of PSZJ attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with the Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4. A summary of expenses incurred by PSZJ during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5. The detailed time records of PSZJ for the Statement Period are attached hereto as **Exhibit D**.

6. In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format. As of the date hereof, PSZJ has received fees and expenses totaling $4,753,801.58.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

7. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| February 1, 2024 to February 29, 2024 | |
| --- | --- |
| Fees (at standard rates): | $107,437.00 |
| Reduction due to reduced rates[2]: | ($51,200.00) |
| Fees (After reductions): | $56,237.00 |
| Expenses: | $3,390.91 |
| **Total** | **$59,627.91** |

## NOTICE AND OBJECTION PROCEDURES

8. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman &

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are substantially reduced from standard rates so that attorney time is capped at a maximum rate of $800 per hour. The reduction set forth here accounts for the reduction from the following standard rates: I. Nasatir ($1,525); A. Caine ($1,525); and J. Stang ($1,850).

Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

9.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay PSZJ on an interim basis the total amount of $48,380.51, which consists of (a) eighty percent (80%) of PSZJ's total fees of $56,237.00 for the Statement Period in the amount of $44,989.60, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $3,390.91.

11.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the

*Remainder of Page Intentionally Left Blank*

percentages set forth above. To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated:  March 29, 2024                          Respectfully submitted,

                                                By: _/s/ Linda F. Cantor_____
                                                James I. Stang (CA Bar No. 94435)
                                                Linda F. Cantor (CA Bar No.153762)
                                                Pachulski Stang Ziehl & Jones LLP 10100
                                                Santa Monica Blvd., Suite 1300
                                                Los Angeles, CA 90067
                                                Telephone: (310)-277-6910
                                                Facsimile: (310)-201-0760
                                                Email:  jstang@pszjlaw.com
                                                        lcantor@pszjlaw.com

                                                *Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 2.90 | $2,320.00 |
| CA | Case Administration | 5.30 | $3,625.00 |
| CO | Claims Administration and Objections | 3.80 | $3,040.00 |
| CP | PSZJ Compensation | 0.20 | $119.00 |
| FE | Fee/Employment Application | 3.40 | $1,853.00 |
| GC | General Creditors Comm. | 7.60 | $6,080.00 |
| HE | Hearings | 5.00 | $4,000.00 |
| IC | Insurance Coverage | 10.00 | $8,000.00 |
| ME | Mediation | 29.50 | $23,600.00 |
| PD | Plan & Disclosure Statement | 0.40 | $320.00 |
| RFS | Relief from Stay | 4.10 | $3,280.00 |
| | | **72.20** | **$56,237.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JIS | Stang, James I. | Partner | 800.00 | 11.20 | $8,960.00 |
| AWC | Caine, Andrew W. | Partner | 800.00 | 25.30 | $20,240.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 800.00 | 29.10 | $23,280.00 |
| YPD | Derac, Yves P. | Paralegal | 595.00 | 3.20 | $1,904.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 3.40 | $1,853.00 |
| | | | | **72.20** | **$56,237.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| Description | Amount |
|---|---|
| Air Fare | $1,225.00 |
| Conference Call | $13.39 |
| Federal Express | $25.84 |
| Lexis/Nexis – Legal Research | $24.48 |
| Litigation Support Vendors | $2,024.00 |
| Pacer – Court Research | $28.20 |
| Travel Expense | $50.00 |
| | **$3,390.91** |

**EXHIBIT D**

4867-7500-4592.1 05067.002



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Archdiocese of New Orleans OCC
JIS

February 29, 2024
Invoice    137563
Client      05067.00002

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2024**

| | |
|---|---|
| FEES | $56,237.00 |
| EXPENSES | $3,390.91 |
| **TOTAL CURRENT CHARGES** | **$59,627.91** |
| **BALANCE FORWARD** | **$134,132.32** |
| **TOTAL BALANCE DUE** | **$193,760.23** |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    2

Invoice 137563

February 29, 2024

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 800.00 | 25.30 | $20,240.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 29.10 | $23,280.00 |
| JIS | Stang, James I. | Partner | 800.00 | 11.20 | $8,960.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 3.40 | $1,853.00 |
| YPD | Derac, Yves P. | Paralegal | 595.00 | 3.20 | $1,904.00 |
| | | | | 72.20 | $56,237.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    3

Invoice 137563

February 29, 2024

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 2.90 | $2,320.00 |
| CA | Case Administration | 5.30 | $3,625.00 |
| CO | Claims Administration and Objections | 3.80 | $3,040.00 |
| CP | PSZJ Compensation | 0.20 | $119.00 |
| FE | Fee/Employment Application | 3.40 | $1,853.00 |
| GC | General Creditors' Committee | 7.60 | $6,080.00 |
| HE | Hearings | 5.00 | $4,000.00 |
| IC | Insurance Coverage | 10.00 | $8,000.00 |
| ME | Mediation | 29.50 | $23,600.00 |
| PD | Plan and Disclosure Statement | 0.40 | $320.00 |
| RFS | Relief from Stay | 4.10 | $3,280.00 |
| | | 72.20 | $56,237.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    4

Invoice 137563

February 29, 2024

## **Summary of Expenses**

| Description | Amount |
|---|---:|
| Air Fare | $1,225.00 |
| Conference Call | $13.39 |
| Federal Express | $25.84 |
| Lexis/Nexis- Legal Research | $24.48 |
| Litigation Support Vendors | $2,024.00 |
| Pacer - Court Research | $28.20 |
| Travel Expense | $50.00 |
| | $3,390.91 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:    5

Invoice 137563

February 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 02/01/2024 | AWC | BL | Read newly produced documents (PR) (.70); read revised motion and order regarding tolling extension (.20). | 0.90 | 800.00 | $720.00 |
| 02/05/2024 | AWC | BL | Read additional produced documents and review prior productions regarding abuse documents. | 0.60 | 800.00 | $480.00 |
| 02/20/2024 | AWC | BL | Emails with Locke regarding tolling extension, motion. | 0.20 | 800.00 | $160.00 |
| 02/22/2024 | AWC | BL | Read final joint motion to extend tolling agreements and motion to expedite hearing. | 0.40 | 800.00 | $320.00 |
| 02/23/2024 | AWC | BL | Emails with Locke regarding additional information and read new material. | 0.40 | 800.00 | $320.00 |
| 02/28/2024 | JIS | BL | Call with LLord and I. Nasatir regarding upcoming mediator appointment hearing. | 0.40 | 800.00 | $320.00 |
| | | | | **2.90** | | **$2,320.00** |
| **Case Administration** | | | | | | |
| 02/01/2024 | YPD | CA | Review of email from Donlin Recano re hearing and motion (.1); update of CDM and email to calendar same (.3). | 0.40 | 595.00 | $238.00 |
| 02/06/2024 | AWC | CA | Weekly call with JW regarding case matters. | 0.50 | 800.00 | $400.00 |
| 02/12/2024 | YPD | CA | Review of email from Donlin Recano and review of docket and stipulations and hearings on same; review of CDM for status thereto. | 0.40 | 595.00 | $238.00 |
| 02/15/2024 | AWC | CA | Read emails regarding protective order issue. | 0.30 | 800.00 | $240.00 |
| 02/16/2024 | YPD | CA | Review of email Donlin Recano and docket thereof for CDM. | 0.20 | 595.00 | $119.00 |
| 02/20/2024 | AWC | CA | Call with JW regarding case issues. | 0.80 | 800.00 | $640.00 |
| 02/20/2024 | YPD | CA | Review of emails from Donlin Recano and motions/hearings set (.2); Update of CDM on same (.4). | 0.60 | 595.00 | $357.00 |
| 02/20/2024 | YPD | CA | Analysis of emails and calendared motions/hearings and CDM. | 0.20 | 595.00 | $119.00 |
| 02/22/2024 | YPD | CA | Review of Donlin Recano email re hearings set and review of CDM for updating same. | 0.20 | 595.00 | $119.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     6

Invoice 137563

February 29, 2024

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/2024 | YPD | CA | Review of additional emails from Donlin Recano re expedited hearings on motions docketed (.2); update CDM on same (.4). | 0.60 | 595.00 | $357.00 |
| 02/27/2024 | AWC | CA | Call with JW regarding case issues. | 0.60 | 800.00 | $480.00 |
| 02/27/2024 | YPD | CA | Analysis of Donlin Recano email and dockets; update CDM on same for calendaring deadlines. | 0.40 | 595.00 | $238.00 |
| 02/28/2024 | IAWN | CA | Exchange emails with B. Dassa re time records. | 0.10 | 800.00 | $80.00 |
| | | | | **5.30** | | **$3,625.00** |

**Claims Administration and Objections**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2024 | IAWN | CO | Telephone call with Kadden and Torans re captive and need for proofs of claim for reserves. | 0.40 | 800.00 | $320.00 |
| 02/07/2024 | IAWN | CO | Exchange emails with IT and D. Hinojosa re proof of claim access. | 0.20 | 800.00 | $160.00 |
| 02/07/2024 | IAWN | CO | Review proofs of claim post May 2020. | 0.60 | 800.00 | $480.00 |
| 02/08/2024 | IAWN | CO | Exchange emails with captive lawyers re proofs of claim. | 0.20 | 800.00 | $160.00 |
| 02/09/2024 | IAWN | CO | Review proofs of claim relating to captive. | 0.40 | 800.00 | $320.00 |
| 02/19/2024 | IAWN | CO | Review proofs of claim in captive years. | 0.30 | 800.00 | $240.00 |
| 02/19/2024 | IAWN | CO | Draft email re captive and proofs of claim. | 0.40 | 800.00 | $320.00 |
| 02/19/2024 | IAWN | CO | Exchange emails with A. Caine re proof of claim confidentiality. | 0.20 | 800.00 | $160.00 |
| 02/20/2024 | AWC | CO | Read new motions to file late claims. | 0.30 | 800.00 | $240.00 |
| 02/23/2024 | AWC | CO | Read new motions to file late claims. | 0.30 | 800.00 | $240.00 |
| 02/26/2024 | AWC | CO | Read new motions to file late claims. | 0.20 | 800.00 | $160.00 |
| 02/28/2024 | AWC | CO | Read additional late filed claims motions. | 0.30 | 800.00 | $240.00 |
| | | | | **3.80** | | **$3,040.00** |

**PSZJ Compensation**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/13/2024 | YPD | CP | Review of Donlin Recano docket and fee application deadline thereof. | 0.20 | 595.00 | $119.00 |
| | | | | **0.20** | | **$119.00** |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:     7
Invoice 137563
February 29, 2024

## Fee/Employment Application

| 02/27/2024 | BDD | FE | Email C'tee professionals re January monthly fee statements | 0.10 | 545.00 | $54.50 |
|---|---|---|---|---|---|---|
| 02/28/2024 | BDD | FE | Review Jan. pre bill in connection with preparing Jan. monthly fee statement (.20) and emails L. Cantor and accounting re same (.20) | 0.40 | 545.00 | $218.00 |
| 02/28/2024 | BDD | FE | Email N. Brown re monthly fee letters to serve out with monthly fee statements | 0.10 | 545.00 | $54.50 |
| 02/28/2024 | BDD | FE | Email I. Nasatir re PSZJ Jan. monthly fee statement | 0.10 | 545.00 | $54.50 |
| 02/29/2024 | BDD | FE | Email accounting re Jan monthly fee statement | 0.10 | 545.00 | $54.50 |
| 02/29/2024 | BDD | FE | Email V. Arias re PSZJ Jan fee statement | 0.10 | 545.00 | $54.50 |
| 02/29/2024 | BDD | FE | Prepare PSZJ Jan monthly fee statement (.40); emails L. Cantor, C. Curts, N. Brown and notice parties re same (.30) | 0.70 | 545.00 | $381.50 |
| 02/29/2024 | BDD | FE | Email A. Boswell (Stout) re monthly fee statements | 0.10 | 545.00 | $54.50 |
| 02/29/2024 | BDD | FE | Email P. Moody re PSZJ, BRG and Rock Creek January monthly fee statements | 0.10 | 545.00 | $54.50 |
| 02/29/2024 | BDD | FE | Finalize PSZJ fee application for filing (1.40) and emails G. Brown and M. Viramontes re same (.20). | 1.60 | 545.00 | $872.00 |
| | | | | 3.40 | | $1,853.00 |

## General Creditors' Committee

| 02/01/2024 | AWC | GC | Call with Locke regarding committee presentation. | 0.30 | 800.00 | $240.00 |
|---|---|---|---|---|---|---|
| 02/02/2024 | AWC | GC | Emails with committee and Locke regarding presentation. | 0.20 | 800.00 | $160.00 |
| 02/06/2024 | AWC | GC | Committee meeting. | 1.20 | 800.00 | $960.00 |
| 02/07/2024 | JIS | GC | Call with committee re plan process. | 1.30 | 800.00 | $1,040.00 |
| 02/19/2024 | AWC | GC | Review meeting agenda and emails with Locke thereon. | 0.20 | 800.00 | $160.00 |
| 02/20/2024 | AWC | GC | Committee meeting (1.00); emails with Locke regarding agenda (.10). | 1.10 | 800.00 | $880.00 |
| 02/20/2024 | JIS | GC | Attend committee meeting (partial). | 0.50 | 800.00 | $400.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     8

Invoice 137563

February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/20/2024 | JIS | GC | Status call with Debtor. | 0.80 | 800.00 | $640.00 |
| 02/21/2024 | JIS | GC | Draft email to co-counsel regarding phone calls with counsel for trade committee regarding data breach (Dundon) | 0.30 | 800.00 | $240.00 |
| 02/21/2024 | JIS | GC | Meeting with A. Caine regarding phone calls with trade committee counsel on data breach (Dundon) | 0.40 | 800.00 | $320.00 |
| 02/21/2024 | JIS | GC | Call with trade creditor committee counsel regarding data breach (first call=.1)(second call=.4) | 0.50 | 800.00 | $400.00 |
| 02/26/2024 | AWC | GC | Emails with Locke and committee regarding meeting, issues. | 0.20 | 800.00 | $160.00 |
| 02/27/2024 | JIS | GC | Attend status call (Partial) | 0.60 | 800.00 | $480.00 |
| | | | | 7.60 | | $6,080.00 |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/21/2024 | AWC | HE | Review agenda for omnibus hearing. | 0.10 | 800.00 | $80.00 |
| 02/21/2024 | AWC | HE | Emails and calls with J. Stang, Locke, TCC and JW regarding Dundon matter/hearing. | 0.60 | 800.00 | $480.00 |
| 02/22/2024 | AWC | HE | Status hearing regarding other matters. | 0.20 | 800.00 | $160.00 |
| 02/28/2024 | IAWN | HE | Preparation for hearing on mediator. | 0.80 | 800.00 | $640.00 |
| 02/28/2024 | IAWN | HE | Telephone call with Locke Lord re mediator. | 0.50 | 800.00 | $400.00 |
| 02/28/2024 | IAWN | HE | Attend hearing re mediator. | 1.40 | 800.00 | $1,120.00 |
| 02/28/2024 | IAWN | HE | Telephone call with J. Stang re hearing. | 0.10 | 800.00 | $80.00 |
| 02/28/2024 | IAWN | HE | Review emails from Burns Bair LLP to committee re hearing. | 0.20 | 800.00 | $160.00 |
| 02/28/2024 | JIS | HE | (Partial)  Attend hearing regarding appointment of mediator and approval of tolling agreement. | 1.10 | 800.00 | $880.00 |
| | | | | 5.00 | | $4,000.00 |

**Insurance Coverage**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/05/2024 | IAWN | IC | Review latest Sparta docket. | 0.20 | 800.00 | $160.00 |
| 02/06/2024 | IAWN | IC | Review Sparta motion to compel and reply re same in PIC litigation. | 2.70 | 800.00 | $2,160.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     9

Invoice 137563

February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2024 | IAWN | IC | Exchange emails with captive lawyers re call. | 0.10 | 800.00 | $80.00 |
| 02/12/2024 | IAWN | IC | Telephone calls with J. Stang re Sparta. | 0.20 | 800.00 | $160.00 |
| 02/13/2024 | IAWN | IC | Review Sparta mediation notes and file. | 0.40 | 800.00 | $320.00 |
| 02/13/2024 | IAWN | IC | Review Sparta financial statements re prior lawsuits re coverage with AEIC. | 0.40 | 800.00 | $320.00 |
| 02/13/2024 | IAWN | IC | Review motion to compel declaration of Clark and exhibits. | 1.80 | 800.00 | $1,440.00 |
| 02/13/2024 | IAWN | IC | Review amended complaint and exhibits with contracts. | 1.30 | 800.00 | $1,040.00 |
| 02/19/2024 | IAWN | IC | Review notes re captive. | 0.20 | 800.00 | $160.00 |
| 02/19/2024 | IAWN | IC | Review agenda for call. | 0.10 | 800.00 | $80.00 |
| 02/22/2024 | IAWN | IC | Email Murray re Sparta. | 0.10 | 800.00 | $80.00 |
| 02/28/2024 | IAWN | IC | Exchange emails with T. Schiavoni re captive documents. | 0.10 | 800.00 | $80.00 |
| 02/28/2024 | IAWN | IC | Review Sparta docket. | 0.10 | 800.00 | $80.00 |
| 02/29/2024 | IAWN | IC | Review ANOI financials and other documentation in file. | 1.40 | 800.00 | $1,120.00 |
| 02/29/2024 | JIS | IC | Research regarding discoverability of insurance reserves. | 0.90 | 800.00 | $720.00 |
| | | | | **10.00** | | **$8,000.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/01/2024 | AWC | ME | Review revised motion/order for mediator appointment and emails with Locke thereon. | 0.30 | 800.00 | $240.00 |
| 02/05/2024 | AWC | ME | Call with J. Stang regarding mediation issues/approach | 0.20 | 800.00 | $160.00 |
| 02/06/2024 | AWC | ME | Review revise motion to appoint mediator (.20); emails with mediator, Locke and team regarding mediation issues (.40). | 0.60 | 800.00 | $480.00 |
| 02/06/2024 | IAWN | ME | Telephone call with debtor re mediation. | 0.50 | 800.00 | $400.00 |
| 02/06/2024 | IAWN | ME | Exchange emails with Locke Lord and PSZJ team re attendance on call. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:    10
Invoice 137563
February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2024 | AWC | ME | Review revised motion to appoint mediator and emails with Locke, team and JW thereon (.40); read counter-offer and emails with Locke and client thereon (.40); call with J. Stang regarding strategy (.40). | 1.20 | 800.00 | $960.00 |
| 02/09/2024 | JIS | ME | Call Andrew Caine regarding Diocese counteroffer. | 0.60 | 800.00 | $480.00 |
| 02/12/2024 | AWC | ME | Call with Locke and team regarding counteroffer, strategy. | 0.80 | 800.00 | $640.00 |
| 02/12/2024 | IAWN | ME | Telephone conferences with J. Stang re mediation. | 0.20 | 800.00 | $160.00 |
| 02/12/2024 | JIS | ME | Call with Committee professionals re response to settlement counteroffer. | 0.70 | 800.00 | $560.00 |
| 02/12/2024 | JIS | ME | Research regarding issues related to mediator relationship with other parties, including issues related to Sparta and PIC | 0.70 | 800.00 | $560.00 |
| 02/13/2024 | AWC | ME | Emails with J. Stang and Locke regarding mediator issues, timing, approach (.40); call with mediator regarding mediation/next steps (.90); call and emails with Locke regarding mediator motion (.40). | 1.70 | 800.00 | $1,360.00 |
| 02/13/2024 | IAWN | ME | Telephone calls with Locke Lord and J. Stang and A. Caine re mediation call. | 0.20 | 800.00 | $160.00 |
| 02/13/2024 | IAWN | ME | Telephone call with J. Stang re mediation issues. | 0.10 | 800.00 | $80.00 |
| 02/13/2024 | IAWN | ME | Exchange emails re language on mediation party with Bryant. | 0.20 | 800.00 | $160.00 |
| 02/13/2024 | JIS | ME | Call with mediator and co-counsel regarding status. | 1.00 | 800.00 | $800.00 |
| 02/13/2024 | JIS | ME | Follow up call with RKuebel following call with mediator. | 0.10 | 800.00 | $80.00 |
| 02/13/2024 | JIS | ME | Follow up call with Locke Lord after call with mediator. | 0.20 | 800.00 | $160.00 |
| 02/13/2024 | JIS | ME | Call with I. Nasatir regarding mediator call and insurance implications. | 0.10 | 800.00 | $80.00 |
| 02/14/2024 | AWC | ME | Read order extending mediator term (.10); emails with JW and parties regarding new mediator motion/revisions (.30). | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

Archdiocese of New Orleans OCC

Invoice 137563

Client 05067.00002

February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/15/2024 | AWC | ME | Emails with counsel regarding mediator motion. | 0.30 | 800.00 | $240.00 |
| 02/15/2024 | IAWN | ME | Review motion for mediator. | 0.20 | 800.00 | $160.00 |
| 02/15/2024 | IAWN | ME | Exchange emails with team re motion. | 0.10 | 800.00 | $80.00 |
| 02/15/2024 | IAWN | ME | Review insurer limitation on mediation rules. | 0.20 | 800.00 | $160.00 |
| 02/15/2024 | IAWN | ME | Review emails re limitation. | 0.10 | 800.00 | $80.00 |
| 02/16/2024 | AWC | ME | Emails with counsel regarding new mediator/appointment motion issues and review revised motion. | 0.50 | 800.00 | $400.00 |
| 02/16/2024 | IAWN | ME | Telephone call with mediator re mediation schedule and issues with J. Stang and Bryant. | 1.00 | 800.00 | $800.00 |
| 02/16/2024 | IAWN | ME | Telephone call with M. Mintz and O. Kuebel re mediation motion. | 0.40 | 800.00 | $320.00 |
| 02/16/2024 | IAWN | ME | Review draft mediation motion. | 0.10 | 800.00 | $80.00 |
| 02/16/2024 | IAWN | ME | Review M. Mintz emails with S. Bryant re motion and call. | 0.20 | 800.00 | $160.00 |
| 02/19/2024 | AWC | ME | Read final motion for new mediator and emails with counsel thereon. | 0.20 | 800.00 | $160.00 |
| 02/19/2024 | IAWN | ME | Exchange emails with A. Caine and J. Stang re debtor approval re mediation. | 0.20 | 800.00 | $160.00 |
| 02/19/2024 | IAWN | ME | Review Chubb objection to mediator. | 0.10 | 800.00 | $80.00 |
| 02/20/2024 | AWC | ME | Read insurer opposition, order on motion to expedite regarding mediator, supplement to motion, and emails with counsel thereon. | 0.80 | 800.00 | $640.00 |
| 02/20/2024 | IAWN | ME | Telephone call with TCC re mediation. | 1.00 | 800.00 | $800.00 |
| 02/20/2024 | IAWN | ME | Review Chubb objection and related exhibits and filings. | 0.40 | 800.00 | $320.00 |
| 02/20/2024 | IAWN | ME | Review emails re Chubb objection with team. | 0.30 | 800.00 | $240.00 |
| 02/20/2024 | IAWN | ME | Exchange emails with team re Perry disclosures. | 0.20 | 800.00 | $160.00 |
| 02/20/2024 | IAWN | ME | Telephone call with debtor and team re mediator and opposition. | 0.80 | 800.00 | $640.00 |
| 02/20/2024 | JIS | ME | Review emails regarding disclosure issues related to mediator appointment. | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:    12
Invoice 137563
February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/20/2024 | JIS | ME | Review/respond to emails regarding opposition to motion for appointment of mediator. | 0.60 | 800.00 | $480.00 |
| 02/21/2024 | AWC | ME | Emails with counsel regarding mediator motion/response to objection (.30); call with OMM regarding mediator, mediation (.30); discussion with J. Stang regarding strategy issues (.30). | 0.90 | 800.00 | $720.00 |
| 02/21/2024 | IAWN | ME | Review team emails re mediation motion. | 0.30 | 800.00 | $240.00 |
| 02/22/2024 | AWC | ME | Read supplement to mediator motion and emails with counsel/mediator regarding motion/hearing. | 0.40 | 800.00 | $320.00 |
| 02/25/2024 | IAWN | ME | Review Perry emails and Chubb objection. | 0.30 | 800.00 | $240.00 |
| 02/25/2024 | IAWN | ME | Review docket and email Janice G Washington re listing counsel and party. | 0.20 | 800.00 | $160.00 |
| 02/26/2024 | AWC | ME | Emails with pension team regarding additional information/analysis. | 0.20 | 800.00 | $160.00 |
| 02/26/2024 | IAWN | ME | Review and respond to emails between mediator, J. Murray, SCC re time for call. | 0.10 | 800.00 | $80.00 |
| 02/26/2024 | IAWN | ME | Review and forward  template for disclosure to mediator. | 0.20 | 800.00 | $160.00 |
| 02/26/2024 | IAWN | ME | Review emails between A. Caine and Locke Lord re mediator. | 0.20 | 800.00 | $160.00 |
| 02/27/2024 | AWC | ME | Emails with Locke and J. Stang regarding mediation strategy (.20); emails with pension team and BRG regarding TCC requests, information, analysis (.40); read additional information regarding apostolate assets (.30). | 0.90 | 800.00 | $720.00 |
| 02/27/2024 | IAWN | ME | Telephone call with debtor re mediatior. | 0.70 | 800.00 | $560.00 |
| 02/27/2024 | IAWN | ME | Telephone call with debtor re mediator. | 0.70 | 800.00 | $560.00 |
| 02/27/2024 | IAWN | ME | Telephone call with J. Stang re mediation call. | 0.30 | 800.00 | $240.00 |
| 02/27/2024 | IAWN | ME | Review file re Geilson memorandum and I. Nasatir analysis re same. | 0.80 | 800.00 | $640.00 |
| 02/27/2024 | IAWN | ME | Review A. Caine emails with Locke Lord re mediator and stay. | 0.20 | 800.00 | $160.00 |
| 02/27/2024 | IAWN | ME | Exchange emails with Locke Lord re letter attachments and use as exhibit. | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

Archdiocese of New Orleans OCC

Invoice 137563

Client 05067.00002

February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/27/2024 | IAWN | ME | Telephone call with J. Murray, Carter, Perry, J. Stang, Geilson, Denenea re mediation. | 1.80 | 800.00 | $1,440.00 |
| 02/27/2024 | IAWN | ME | Review US Fire objection. | 0.30 | 800.00 | $240.00 |
| 02/27/2024 | IAWN | ME | Telephone call with Locke Lord re mediation motion. | 0.20 | 800.00 | $160.00 |
| 02/27/2024 | IAWN | ME | Telephone call with Perry and Locke Lord re mediation motion. | 0.30 | 800.00 | $240.00 |
| 02/27/2024 | IAWN | ME | Telephone call with debtor and Locke Lord. | 0.30 | 800.00 | $240.00 |
| 02/28/2024 | AWC | ME | Emails with Locke and committee regarding mediator motion/hearing. | 0.20 | 800.00 | $160.00 |
| 02/28/2024 | AWC | ME | Read insurer objection to Perry mediator motion and related documents/emails with Locke and J. Stang thereon (.90); call with J. Walker regarding mediator motion/response to objection (.50). | 1.40 | 800.00 | $1,120.00 |
| 02/29/2024 | AWC | ME | Emails with Locke regarding and J. Stang regarding mediation/strategy and read related documents. | 0.30 | 800.00 | $240.00 |
| | | | | 29.50 | | $23,600.00 |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2024 | IAWN | PD | Review Locke Lord plan process presentation. | 0.40 | 800.00 | $320.00 |
| | | | | 0.40 | | $320.00 |

**Relief from Stay**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2024 | AWC | RFS | Emails with counsel regarding proposed orders. | 0.20 | 800.00 | $160.00 |
| 02/15/2024 | AWC | RFS | Emails with court and counsel regarding stay relief order status. | 0.20 | 800.00 | $160.00 |
| 02/19/2024 | AWC | RFS | Emails with counsel regarding proposed order. | 0.20 | 800.00 | $160.00 |
| 02/20/2024 | AWC | RFS | Emails and calls with counsel regarding order and review various drafts. | 0.60 | 800.00 | $480.00 |
| 02/21/2024 | AWC | RFS | Emails with counsel regarding proposed order/hearing and review final version of order. | 0.90 | 800.00 | $720.00 |

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:   14

Invoice 137563

February 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/2024 | AWC | RFS | Emails with counsel regarding order/revisions and review proposals (.60); review orders to prepare for and hearing on stay relief motions (.50); read final order on stay relief motions and emails with counsel thereon (.30). | 1.40 | 800.00 | $1,120.00 |
| 02/23/2024 | AWC | RFS | Emails with counsel regarding Court order. | 0.60 | 800.00 | $480.00 |
| | | | | 4.10 | | $3,280.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                   **$56,237.00**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     15

Invoice 137563

February 29, 2024

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 01/08/2024 | CC | AT&T Conference Call, AWC | 12.39 |
| 01/09/2024 | CC | AT&T Conference Call, AWC | 1.00 |
| 01/31/2024 | FE | 05067.00002 FedEx Charges for 01-31-24 | 25.84 |
| 02/22/2024 | AF | Delta Airlines, Tkt 00680856144371, Full fare refundable coach airfare from LAX/New Orleans, on 3/11/24 for mediation, AWC | 420.01 |
| 02/22/2024 | AF | Delta Airlines, Tkt 00680856144382, Full fare refundable coach airfare New Orleans/LAX for Mediation, AWC | 704.99 |
| 02/22/2024 | AF | Travel Agency Fee, AWC | 50.00 |
| 02/22/2024 | AF | Travel Agency Fee, AWC | 50.00 |
| 02/23/2024 | LN | 05067.00002 Lexis Charges for 02-23-24 | 24.48 |
| 02/27/2024 | TE | Travel Expense- travel agency fee, JIS | 50.00 |
| 02/29/2024 | OS | Everlaw, Inv. 108244 | 2,024.00 |
| 02/29/2024 | PAC | Pacer - Court Research | 28.20 |

**Total Expenses for this Matter**                                      **$3,390.91**

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

Client 05067.00002

Page:     16

Invoice 137563

February 29, 2024

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  02/29/2024**                    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130360 | 06/30/2022 | $4,410.00 | $0.00 | $4,410.00 |
| 135443 | 11/30/2023 | $20,837.90 | $0.00 | $20,837.90 |
| 136342 | 12/31/2023 | $66,186.50 | $3,188.32 | $69,374.82 |
| 136902 | 01/31/2024 | $37,174.00 | $2,335.60 | $39,509.60 |

**Total Amount Due on Current and Prior Invoices:**                                              **$193,760.23**

## EXHIBIT E

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| James I. Stang | Founding Partner | Member of CA Bar since 1980 | 1983 | $800.00 | 50.80 | $40,640.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $800.00 | 165.80 | $132,640.00 |
| Andrew W. Caine | Partner | Member of CA Bar since 1983 | 1989/2013 | $400.00[10] | 23.80 | $9,520.00 |
| Linda F. Cantor | Partner | Member of CA Bar since 1991; Member of IL Bar since 1988 | 1994 | $800.00 | 0.50 | $400.00 |
| Iain A. W. Nasatir | Partner | Member of NY Bar since 1983; Member of CA Bar since 1990 | 1999 | $800.00 | 56.10 | $44,880.00 |
| Joshua M. Fried | Partner | Member of CA Bar since 1995; Member of NY Bar since 1999 | 2006 | $800.00 | 10.10 | $8,080.00 |
| Ilan D. Scharf | Partner | Member of NY Bar since 2002 | 2010 | $800.00 | 0.70 | $560.00 |
| Gillian N. Brown | Of Counsel | Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | N/A | $800.00 | 0.20 | $160.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $545.00 | 36.40 | $19,838.00 |
| Beth D. Dassa | Paralegal | N/A | N/A | $595.00 | 2.80 | $1,666.00 |
| Yves P. Derac | Paralegal | N/A | N/A | $545.00 | 0.60 | $327.00 |

---

[10] This rate represents a 50% reduction for travel time.

| NAME OF PROFESSIONAL | TITLE | YEAR OF ADMISSION | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Yves P. Derac | Paralegal | N/A | N/A | $595.00 | 5.60 | $3,332.00 |
| Lisa H. Petras | Paralegal | N/A | N/A | $545.00 | 3.20 | $1,744.00 |
| **Total** | | | | | **356.60** | **$263,787.00** |

LA:4887-1186-0144.2 05067.002

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**ORDER APPROVING ELEVENTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS
CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

CAME ON for consideration the Eleventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2023 through February 29, 2024 [**Docket No.** ___] (the "Application") filed by Pachulski Stang Ziehl & Jones (the "Firm") for the period from November 1, 2023 through February 29, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.   The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$288,738.20** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$263,787.00** in fees for services rendered and **$24,951.20** in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Eleventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2023 through February 29, 2024* to be served on April 4, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on April 4, 2024.

/s/ *Nancy H. Brown*
Nancy H. Brown

LA:4887-1186-0144.2 05067.002