**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A" Chapter 11** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**SUMMARY COVER SHEET TO NINTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

| Name of Applicant: | Berkeley Research Group, LLC | |
|---|---|---|
| **Applicant's Professional Role in Case** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020, pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/23 | 02/29/24 |
| **Time period(s) covered by prior Applications:** | 06/17/20 | 10/31/23 |
| **Total fees awarded in all prior Applications:** | | $2,777,500.00 |
| **Total fees requested in this Application:** | | $235,682.00 |
| **Total hours covered by this Application:** | | 530.40 |
| **Average hourly rate:** | | $444.35 |
| **Reimbursable expenses sought in this Application:** | | $4,035.52 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Schedule of Previous Fee Statements and Applications Noticed and Filed**

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/23/21 Dkt No. N/A | 06/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 05/25/21 Dkt No. N/A | 11/01/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 12/01/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 01/01/21 - 01/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 02/01/21 - 02/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 03/01/21 - 03/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *05/27/21 Dkt No. 891* | *06/17/20 - 03/31/21* | *$252,386.00* | *$3,889.52* | *06/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 04/01/21 - 04/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 05/01/21 - 05/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 06/01/21 - 06/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 07/01/21 - 07/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 08/01/21 - 08/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 09/01/21 - 09/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/01/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *04/01/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/01/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 01/28/22 Dkt No. N/A | 12/01/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 02/28/22 Dkt No. N/A | 01/01/22 - 01/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/23/22 Dkt No. N/A | 02/01/22 - 02/28/22 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| 03/24/22 Dkt No. 1385 | 11/01/21 - 02/28/22 | $152,754.50 | $0.00 | 04/19/22 Dkt No. 1466 | $152,754.50 | $0.00 | $0.00 |
| 04/28/22 Dkt No. N/A | 03/01/22 - 03/31/22 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 05/27/22 Dkt No. N/A | 04/01/22 - 04/30/22 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 06/29/22 Dkt No. N/A | 05/01/22 - 05/31/22 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 07/26/22 Dkt No. N/A | 06/01/22 - 06/30/22 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| 07/28/22 Dkt No. 1688 | 03/01/22 - 06/30/22 | $352,917.00 | $0.00 | 08/17/22 Dkt No. 1740 | $352,917.00 | $0.00 | $0.00 |
| 08/29/22 Dkt No. N/A | 07/01/22 - 07/31/22 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 09/29/22 Dkt No. N/A | 08/01/22 - 08/31/22 | $104,162.00 | $500.00 | N/A | $104,162.00 | $500.00 | $0.00 |
| 10/28/22 Dkt No. N/A | 09/01/22 - 09/30/22 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/22 Dkt No. N/A | 10/01/22 - 10/31/22 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/22 Dkt No. 1943 | 07/01/22 - 10/31/22 | $359,538.00 | $500.00 | 12/13/22 Dkt No. 1976 | $359,038.00 | $500.00 | $0.00 |
| 12/22/22 Dkt No. N/A | 11/01/22 - 11/30/22 | $58,923.50 | $0.00 | N/A | $58,923.50 | $0.00 | $0.00 |
| 01/27/23 Dkt No. N/A | 12/01/22 - 12/31/22 | $47,504.50 | $0.00 | N/A | $47,504.50 | $0.00 | $0.00 |
| 02/28/23 Dkt No. N/A | 01/01/23 - 01/31/23 | $102,738.00 | $3,995.00 | N/A | $102,738.00 | $3,995.000 | $0.00 |
| 03/29/23 Dkt No. N/A | 02/01/23 - 02/28/23 | $286,205.00 | $9,278.16 | N/A | $286,205.00 | $9,278.16 | $0.00 |
| 03/28/23 Dkt No. 2200 | 11/01/22 - 02/28/23 | $495,371.00 | $13,273.16 | 04/14/23 Dkt No. 2228 | $495,371.00 | $13,273.16 | $0.00 |
| 04/28/23 Dkt No. N/A | 03/01/23 - 03/31/23 | $191,464.00 | $3,400.00 | N/A | $191,464.00 | $3,400.00 | $0.00 |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 05/30/23 Dkt No. N/A | 04/01/23 - 04/30/23 | $103,741.00 | $0.00 | N/A | $103,741.00 | $0.00 | $0.00 |
| 06/28/23 Dkt No. N/A | 05/01/23 - 05/31/23 | $146,564.50 | $0.00 | N/A | $146,564.50 | $0.00 | $0.00 |
| 07/25/23 Dkt No. N/A | 06/01/23 - 06/30/23 | $87,466.00 | $1,841.26 | N/A | $87,466.00 | $1,841.26 | $0.00 |
| *07/25/23 Dkt No. 2393* | *03/01/23 - 06/30/23* | *$529,235.50* | *$5,241.26* | *08/17/23 Dkt.No. 2438* | *$529,235.50* | *$5,241.26* | *$0.00* |
| 08/29/23 Dkt No. N/A | 07/01/23 – 07/31/23 | $20,458.00 | $0.00 | N/A | $20,458.00 | $0.00 | $0.00 |
| 09/29/23 Dkt No. N/A | 08/01/23 – 08/31/23 | $28,343.00 | $1,990.23 | N/A | $28,343.00 | $1,990.23 | $0.00 |
| 10/27/23 Dkt No. N/A | 09/01/23 – 9/30/23 | $46,927.00 | $0.00 | N/A | $46,927.00 | $0.00 | $0.00 |
| 11/29/23 Dkt No. N/A | 10/01/23 – 10/31/23 | $146,053.50 | $1,571.59 | N/A | $146,053.50 | $1,571.59 | $0.00 |
| *11/29/23 Dkt No. 2680* | *07/01/23 – 10/31/23* | *$241,781.50* | *$3,561.82* | *12/20/23 Dkt No. 2750* | *$241,781.50* | *$3,561.82* | *$0.00* |
| 12/28/23 Dkt No. N/A | 11/01/23 – 11/30/23 | $107,361.50 | $0.00 | N/A | $85,889.20 | $0.00 | $21,472.30 |
| 01/26/24 Dkt No. N/A | 12/01/23 – 12/31/23 | $83,937.00 | $4,035.52 | N/A | $67,149.60 | $4,035.52 | $16,787.40 |
| 02/29/24 Dkt No. N/A | 01/01/24 – 01/31/24 | $31,064.00 | $0.00 | N/A | $0.00 | $0.00 | $31,064.00 |
| 03/31/24 Dkt No. N/A | 02/01/24 – 02/29/24 | $13,319.50 | $0.00 | N/A | $0.00 | $0.00 | $13,319.50 |
| **Totals** | | **$3,013,182.00** | **$30,514.21** | | **$2,930,538.80** | **$30,514.21** | **$82,643.20** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

**NINTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 25, 2024 AT 1:30 P.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL- IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, as*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2023 through February 29, 2024* (the "Application") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period November 1, 2023 through and including February 29, 2024, (the "Fee Period"); and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## BACKGROUND

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code (the "Case"). The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case.

6

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94].

6.      On June 17, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord" and together "Counsel") to serve as co-counsel.

7.      On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25, 2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 362] (the "Retention Order").

8.      On March 5, 2021, the U.S. Trustee, pursuant to the Court's *Order Directing United States Trustee to Appoint Additional Committee of Commercial Unsecured Creditors*, appointed the Unsecured Commercial Creditors' Committee (the "Commercial Committee").

## EXTRAORDINARY CIRCUMSTANCES

9.      The Committee, with the support of BRG and Counsel, has undertaken strenuous efforts to move this case forward towards a resolution of creditor claims to achieve the goal of the most favorable resolution to unsecured creditors possible.

10.     The Committee recognizes that unless this case is dismissed, the most likely outcome and resolution of claims will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including, with BRG's support, a comprehensive investigation and analysis of the Debtor's financial circumstances and structure and information underlying claims filed against the Debtor, all of which is necessary to inform

negotiations and mediation concerning potential resolution of claims. Extensive efforts have been required to compel production of the documents necessary in the investigation and review the same for comprehensiveness and responsiveness.

11.     The Committee, Counsel and BRG will continue to work in good faith to attempt to move this matter forward, and as necessary, will bring matters to the Court. The Committee and its advisors are dedicated to resolving matters in the manner most beneficial to non-commercial, unsecured creditors.

## PROFESSIONAL FEES AND DISBURSEMENTS

12.     By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks allowance of fees in the amount of $235,682.00 for professional services rendered for and on behalf of the Committee during the Fee Period, and $4,035.52 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of such services, for a total award of $239,717.52.[3]

13.     BRG expended an aggregate of 530.40 hours at a blended hourly rate of $444,35.

14.     Attached as **Exhibit 1** below is the summary schedule of professionals who rendered services to the Committee during the Fee Period, including titles, billing rates, and the blended hourly rate. Attached as **Exhibit 2** below is the summary schedule of hours and fees

---

[3] The total fees requested herein incorporate the voluntary reduction as agreed upon with the Committee in the amount of $43,183.50 for the Fee Period.

expended during the Fee Period by BRG's professionals with respect to each task code (subject matter categories that BRG established consistent with the U.S. Trustee Guidelines).

15.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. A summary schedule of the expenses incurred by category during the fee period is attached below as **Exhibit 3**.

16.     BRG has, on December 28, 2023, January 26, 2024, February 29, 2024, and on March 28, 2024, submitted monthly fee statements for each month in the Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 80% of the fees and 100% of the expenses incurred (the "Monthly Fee Statements"). The Monthly Fee Statements for November, 2023 through February, 2024 are attached hereto as **Exhibits 5 – 8** respectively and incorporated herein by reference.

## SUMMARY OF SERVICES RENDERED

17.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

18.     BRG has provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case as requested and as necessary in furtherance of the interests of unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional

services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

19.     BRG submits that the fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

20.     As noted in BRG's Retention Application, "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business," the hourly rates for certain staff increased. The new rates can be found in **Exhibit 1**: Fees by Professional.

21.     The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

22.     BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

23.     BRG's hourly rates for professionals of comparable experience are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

24.     No agreement or understanding exists between BRG and any other person for sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of

revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

25.     The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG placed the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.[4]

### 200.90 – Document / Data Analysis (Production Requests)

26.     During the Fee Period, BRG's efforts included the continued examination of documents received from the Debtor and Non-Debtor Affiliates and the evaluation of outstanding requests. The requested documents are necessary to perform and update a number of critical ongoing analyses and investigations.

27.     BRG expended 2.0 hours on this category for fees in the amount of $921.00.

### 220.00 – Debtor Operations / Monitoring

### (Monthly Operating Reports / Periodic Reporting)

28.     BRG reviewed the Debtor's operations and financial activity reported in recently filed Monthly Operating Reports ("MOR") for September 2023 through December 2023. BRG also examined supplemental MOR data, including cash receipts and disbursements detail, for the

---

[4] BRG is keenly aware of the need to minimize expenses in order to reduce costs to the Debtor's estate and thus maximize the ultimate contribution to creditors. As a result, BRG limits participants in meetings and phone conferences; however, in some instances multiple BRG professionals attend certain meetings or phone conferences based on areas of case responsibility, case matter background and expertise. Due to the complex nature of this case, this approach allows for increased efficiency in the evaluation and reporting of findings and in the coordination of ongoing analyses and investigations.

periods September 2023 through December 2023. BRG also evaluated cash and investment historical trends for the periods May 2020 to November 2023.. BRG incorporated information obtained from this supplemental data into its ongoing analyses of the Debtor (including the Debtor's financial operations, assets, cash and investment balances and activity [including Portfolio A and B accounts], flow of funds, receipt and disbursement activity, etc.). The MOR analysis allows BRG to more effectively evaluate the Debtor's ongoing financial performance; as a result, BRG will continue to monitor the Debtor's MORs and report its findings to Counsel and the Committee.

29.     BRG expended 26.9 hours on this category for fees in the amount of $7,771.00.

### 300.00 – Asset Analysis (General – Debtors)

30.     During the fee period, BRG continued its analyses of the Debtor's assets and the Debtor's ability to pay creditors. BRG refined and updated its ability to pay analysis and related credit estimate analysis, including integrating recently obtained information. Sensitivity analyses were prepared based on the most recently developed credit estimate. BRG also examined historical trends of Administrative Offices and ANO Unit financial information. In addition, BRG prepared updates on the Parish loan reserve analysis. BRG evaluated insurance premiums and coverages based on recently obtained insurance information. BRG also continued the review of comparative financial statement information in order to assess long-term financial trends of the Administrative Offices and ANO Units in the context of assessing financial forecasts and financial resources of the Debtor to pay creditors. BRG also analyzed the Debtor's projected cash flows of the Administrative Offices and ANO Units. BRG updated its analysis of bond covenant calculations and examined related documents. In preparation for the presentation to the Mediator, BRG updated its presentation of financial resources available to pay creditors. In order to coordinate its services, BRG periodically met with Counsel and BRG team members to discuss ongoing analyses and

related issues. BRG also met with BRG team members and Counsel in order to update analyses in preparation for mediator status meeting. BRG's on-going examination of assets, available financial resources, and related documentation has and will continue to benefit its analyses and investigations, including its identification and evaluation of potential assets available to the Debtor's creditors.

31.     BRG expended 158.2 hours on this category for fees in the amount of $78,223.50.

**302.00 – Asset Analysis (General – Related Non-Debtors)**

32.     BRG continued its analysis of the assets and operations, and the related ability to pay analysis, of Non-Debtor Affiliates (e.g., Parishes, Schools, and other Apostolate entities). As part of its ability to pay assessment, BRG refined its analyses regarding the ability of the Parishes and other Non-Debtor Affiliates (all of whom are seeking releases in connection with the bankruptcy) to pay creditors. BRG utilized Non-Debtor Affiliate financial data and information (including balance sheets, income statements, cash flow statements, quinquennial reports, and other records / reports) received during the Fee Period to update its analysis. BRG updated its historical financial statement analysis in order to better to assess the earnings of parishes and parish schools, including the review of such comparative income statements in order to assess the completeness and accuracy of the financial analysis developed by BRG. BRG also updated its analysis of the financial performance and assets held by / relating to Christopher Homes community properties, and other Non-Debtor Affiliates. BRG evaluated costs relating to real property insurance, as well as financial information provided relating to suppressed Parishes. BRG periodically met with Counsel and BRG personnel as well as other case professionals to coordinate its ongoing analyses and report its findings. BRG's ongoing examination of Non-Debtor Affiliate assets has and will continue to benefit its analyses and investigations, including its identification and analysis of potential assets available to creditors.

33.     BRG expended 103.2 hours on this category for fees in the amount of $40,152.50.

### 320.00 – Asset Analysis (Investments / Funds – Debtors)

34.     BRG updated its analysis of the Debtor's various investment accounts and funds, including Portfolio A and Portfolio B (which hold hundreds of millions of dollars). In particular, BRG researched and evaluated ownership issues relating to funds held in Portfolio A. Such analysis included meeting with Debtor Representatives and the Debtor's Financial Advisors. BRG's ongoing examination of investments will benefit its analyses and investigations, including its identification and evaluation of potential assets available to the Debtor's creditors.

35.     BRG expended 13.7 hours on this category for fees in the amount of $8,188.50.

### 330.00 – Asset Analysis (Real Property - Debtors)

36.     BRG updated its analysis of real estate held by Christopher Homes communities. As part of this analysis, BRG researched transaction information, ownership detail and other relevant factors. The time entries included in this task code should have been coded to task code 332.00 – Assets Analysis (Real Property – Related Non-Debtors).

37.     BRG expended 8.2 hours on this category for fees in the amount of $3,137.00.

### 332.00 – Asset Analysis (Real Property – Related Non-Debtors)

38.     During the Fee Period, BRG continued its analysis of Non-Debtor Affiliates' real estate. BRG updated its analysis of real estate held by Christopher Homes communities. As part of this analysis, BRG researched transaction information, ownership detail and other relevant factors. BRG also examined real estate trial balance accounts reported in MOR supplemental financial workbooks (2020 – 2023). BRG met with BRG team members to coordinate its ongoing analysis of the Non-Debtor Affiliates' real estate.

39.     BRG expended 5.9 hours on this category for fees in the amount of $1,923.50.

### 333.00 – Asset Analysis (Real Property – Deferred Maintenance)

40.     During the Fee Period, BRG updated its evaluation of estimated deferred maintenance costs asserted by the Debtor and Non-Debtor Affiliates. In preparation for the upcoming mediation presentation, BRG revised and included additional examples in its presentation that support the methodology employed by BRG to evaluate deferred maintenance. In order to coordinate its services, BRG met with Counsel and BRG professionals to discuss its ongoing analysis.

41.     BRG expended 42.5 hours on this category for fees in the amount of $18,956.50.

### 390.00 – Asset Analysis (Other - Debtors)

42.     BRG continued its examination of FCC databases to evaluate whether the Debtor or its affiliates owned any FCC-related licenses (including valuable EBS Spectrum licenses present in other Diocesan bankruptcy cases). BRG also spoke with an FCC license expert to evaluate potential value in licenses.

43.     BRG expended 5.7 hours on this category for fees in the amount of $2,813.00.

### 410.00 –Litigation Analysis (Avoidance Actions)

44.     Pursuant to requests from Counsel, BRG researched and evaluated issues for consideration in connection with potential avoidance actions in the context of updating tolling agreements with affiliated entities. BRG met with Counsel and BRG team members to coordinate efforts.

45.     BRG expended 16.3 hours on this category for fees in the amount of $7,091.50.

### 1000.00 – Case Administration

46.     BRG reviewed communication from Counsel regarding breach of protective order.

47.     BRG expended 0.3 hours on this category for fees in the amount of $211.50.

### 1030.00 – Mediation Preparation & Attendance

48.     During the Fee Period BRG met with the Committee Members, the Mediator, State Court Counsel, and Counsel to evaluate various case issues and financial analyses in connection with the mediation. BRG updated its financial presentation based on the most recent ability to pay analysis, and other analyses, developed in preparation for a financial presentation at the December 5, 2023 in-person mediation session. BRG also prepared for and made separate presentations to State Court Counsel (Soren Gisleson and Johnny Denenea) and the Mediator.

49.     BRG expended 72.2 hours on this category for fees in the amount of $44,424.00.

### 1060.00 – Fee Application Preparation & Hearing

50.     During the Fee Period, BRG prepared its Eighth Interim Fee Application for the period of July 2023 through October 2023 (including narrative and related exhibits). BRG also prepared its Thirty-Seventh through Fortieth Fee Statements, which covered October 2023 through January 2024 (including related exhibits). Prior to filing any fee application or fee statement in this matter, BRG provides its fees and expenses to the Committee for review, comment and approval.

51.     BRG expended 65.7 hours on this category for fees in the amount of $15,712.50.

### 1070.00 – Billable Travel

52.     During the Fee Period, BRG team members traveled between Salt Lake City, Utah and New Orleans, Louisiana to participate in mediation sessions. Travel time is billed at 50% of the time incurred.

53.     BRG expended 9.6 hours on this category for fees in the amount of $6,120.00.

### ACTUAL AND NECESSARY EXPENSES

54.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $4,035.52, for which BRG requests reimbursement in full.

55.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

56.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG endeavors to minimize these expenses to the fullest extent possible.

57.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

58.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

59.   BRG has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

60.   Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman

appointed under section 333, or a professional person employed under section 327 or 1103—

    (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

61.    This Application substantiates the total amount BRG seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

62.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the

client; and (12) awards in similar cases.[5] Based upon the services described in this Application, BRG respectfully represents that it has fully satisfied the standards prescribed by the Johnson Factors.

### THE TIME AND LABOR REQUIRED

63.     Firm professionals and case assistants, in the performance of financial advisory services, expended 530.4 hours during the Fee Period for a total fee of $235,682.00.[6] Taking into account BRG's voluntary reductions, the blended hourly rate is $444.35 / hour. The names of the professionals who worked on this case during the Fee Period appear in the Monthly Fee Statements and in **Exhibit 1** included in the Application Summary below. BRG submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports BRG's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

### THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

64.     This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding BRG the fees and expenses it has requested.

---

[5] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[6] This takes into account the Firm's voluntary reductions.

## THE SKILL REQUIRED TO PERFORM THE SERVICES

65.     Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. BRG strove to limit the number of professionals who worked on this case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

66.     BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $ 444.35/ hour is reasonable and reflects market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses

reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to BRG.

## WHETHER THE FEE IS FIXED OR CONTINGENT

67.    BRG's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in this Bankruptcy Case.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

68.    BRG has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Fee Period that required BRG's immediate attention. Again, the exigent nature of these matters demanded that BRG's professionals respond on very short notice to complicated and developing events as they unfolded. This imposed serious time demands on BRG's personnel and required them to devote considerable resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

69.    The Monthly Fee Statements summarize the individual tasks that BRG personnel performed during the Fee Period as well as the amounts charged for those tasks. The total fees BRG seeks to approve in this Application are $235,682.00. This figure is commensurate with the Firm's achievements. This Johnson Factor strongly supports the fee award requested.

## THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

70.    BRG's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, BRG's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors,

creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation, accounting, and investigative topics throughout the country. As mentioned, BRG has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

## THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

71. From the Firm's perspective, serving as financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting BRG the award it has requested.

## THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

72. BRG has no prior professional relationship with the Committee, which was only formed after this case began. However, employees of BRG have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting BRG its fee award in this case.

## AWARDS IN SIMILAR CASES

73. The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth

Circuit. In light of these considerations, this last *Johnson* Factor also supports granting the Firm its award.

74.     In conclusion, the *Johnson* Factors favor granting BRG the fee and expense award it seeks.

## **RESERVATION OF RIGHTS**

75.     It is possible that some professional time expended or expenses incurred by BRG are not reflected in this Application.  BRG reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## **NO PRIOR REQUEST**

76.     With respect to these amounts, as of the date of the Application, BRG has received interim payments of 80% of fees and 100% of expenses, based on monthly fee statements filed, in accordance with the Interim Compensation Order as described in the Schedule of Previous Fee Statements and Applications Noticed and Filed contained in the Application Summary. No payments and no previous application for the relief sought herein has been made to this or any other Court.


*[Remainder of the page left intentionally blank]*

## **CONCLUSION**

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit 4**, (a) awarding BRG interim allowance of (i) fees in the amount of $235,682.00 for reasonable, actual and necessary services rendered on behalf of the Committee during the Fee Period and (ii) reimbursement of $4,035.52 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; and (c) granting such other or additional relief as is just and proper.

Dated:  April 4, 2024

Respectfully submitted,

*By:/s/ Paul N. Shields*
*Paul N. Shields*
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: pshields@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT 1

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit 1: Summary of Fees By Professional
For the Period 11/01/23 through 02/29/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Nolan | Managing Director | $525.00 | 16.2 | $8,505.00 |
| D. Judd | Managing Director | $705.00 | 2.8 | $1,974.00 |
| J. Hull | Managing Director | $825.00 | 1.2 | $990.00 |
| N. Librock | Managing Director | $725.00 | 11.8 | $8,555.00 |
| N. Librock | Managing Director | $775.00 | 0.2 | $155.00 |
| P. Shields | Managing Director | $675.00 | 88.7 | $59,872.50 |
| P. Shields | Managing Director | $705.00 | 16.2 | $11,421.00 |
| R. Strong | Managing Director | $680.00 | 4.7 | $3,196.00 |
| M. Babcock | Director | $600.00 | 53.1 | $31,860.00 |
| M. Babcock | Director | $625.00 | 14.4 | $9,000.00 |
| J. Funk | Senior Managing Consultant | $495.00 | 47.3 | $23,413.50 |
| J. Funk | Senior Managing Consultant | $540.00 | 1.5 | $810.00 |
| K. Barberi | Senior Managing Consultant | $340.00 | 16.5 | $5,610.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 1.0 | $375.00 |
| D. Green | Consultant | $310.00 | 2.9 | $899.00 |
| S. Chaffos | Consultant | $320.00 | 135.1 | $43,232.00 |
| S. Chaffos | Consultant | $345.00 | 40.8 | $14,076.00 |
| S. Smith | Senior Associate | $260.00 | 1.4 | $364.00 |
| A. Stubbs | Associate | $265.00 | 6.2 | $1,643.00 |
| S. Rawlings | Associate | $185.00 | 6.7 | $1,239.50 |
| Y. Xu | Associate | $185.00 | 7.8 | $1,443.00 |
| M. Haverkamp | Case Manager | $350.00 | 0.2 | $70.00 |
| M. Haverkamp | Case Manager | $375.00 | 0.2 | $75.00 |
| D. Godfrey | Case Assistant | $125.00 | 31.9 | $3,987.50 |
| D. Godfrey | Case Assistant | $135.00 | 21.6 | $2,916.00 |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit 1: Summary of Fees By Professional
For the Period 11/01/23 through 02/29/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| **TOTAL** | | | **530.4** | **$235,682.00** |
| **BLENDED RATE** | | | | **$444.35** |

# **EXHIBIT 2**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit 2: Summary of Fees By Task Code
For the Period 11/01/23 through 02/29/24

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 2.0 | $921.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 26.9 | $7,771.00 |
| 300.00 - Asset Analysis (General - Debtors) | 158.2 | $78,223.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 103.2 | $40,152.50 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 13.7 | $8,188.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 8.2 | $3,173.00 |
| 332.00 - Asset Analysis (Real Property - Related Non-Debtors) | 5.9 | $1,923.50 |
| 333.00 - Asset Analysis (Real Property - Deferred Maintenance) | 42.5 | $18,956.50 |
| 390.00 - Asset Analysis (Other - Debtors) | 5.7 | $2,813.00 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 16.3 | $7,091.50 |
| 1000.00 - Case Administration | 0.3 | $211.50 |
| 1030.00 - Mediation Preparation & Attendance | 72.2 | $44,424.00 |
| 1060.00 - Fee Application Preparation & Hearing | 65.7 | $15,712.50 |
| 1070.00 - Billable Travel | 9.6 | $6,120.00 |
| **TOTAL** | **530.4** | **$235,682.00** |
| **BLENDED RATE** | | **$444.35** |

# EXHIBIT 3

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit 3: Summary of Expenses By Category
For the Period 11/01/23 through 02/29/24

| Expense Category | Amount |
|---|---:|
| 01. Travel - Airline | $577.80 |
| 08. Travel - Hotel/Lodging | $414.51 |
| 10. Meals | $46.96 |
| 22. Subcontracted Services | $2,996.25 |
| **Total Expenses** | **$4,035.52** |

# EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**ORDER APPROVING NINTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

CAME ON for consideration the *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2023 through February 29, 2024* [**Docket No. ___**] (the "Application") filed by Berkeley Research Group, LLC (the "Firm") for the period from November 1, 2023 through February 29, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$239,717.52** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "<u>Award</u>"). This Award consists of **$235,682.00** in fees for

services rendered and **$4,035.52** in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of April, 2024.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

4858-6884-3188.2 05067.002

# EXHIBIT 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: January 11th, 2024 |

**THIRTY-EIGHTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
<u>NOVEMBER 1, 2023 THROUGH, NOVEMBER 30 2023</u>**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Berkeley Research Group, LLC ("<u>BRG</u>"), as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>") hereby submits its Thirty-Eighth Monthly Fee and Expense Statement (the "<u>Statement</u>") for the period from November 1, 2023 through November 30, 2023 (the "<u>Fee Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

**<u>RELIEF REQUESTED</u>**

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| November 1, 2023 to November 30, 2023 | |
|---|---|
| Fees (At Standard Rates) | $124,558.50 |
| Voluntary Reduction | ($17,197.00) |
| Fees (After Reduction) | $107,361.50 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$107,361.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| *Statement / Application* | | *Total Requested* | | *CNO / Order* | *Total Paid To Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Date Filed / Docket No.** | **Fees** | **Expenses** | **Fees & Expenses** |
| 03/23/21 Dkt No. N/A | 06/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 05/25/21 Dkt No. N/A | 11/01/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 12/01/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 01/01/21 - 01/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 02/01/21 - 02/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 03/01/21 - 03/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *05/27/21 Dkt No. 891* | *06/17/20 - 03/31/21* | *$252,386.00* | *$3,889.52* | *06/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 04/01/21 - 04/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 05/01/21 - 05/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 06/01/21 - 06/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 07/01/21 - 07/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 08/01/21 - 08/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 09/01/21 - 09/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/01/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *04/01/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/01/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 01/28/22 Dkt No. N/A | 12/01/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 02/28/22 Dkt No. N/A | 01/01/22 - 01/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

3

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/23/22 Dkt No. N/A | 02/01/22 - 02/28/22 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| 03/24/22 Dkt No. 1385 | 11/01/21 - 02/28/22 | $152,754.50 | $0.00 | 04/19/22 Dkt No. 1466 | $152,754.50 | $0.00 | $0.00 |
| 04/28/22 Dkt No. N/A | 03/01/22 - 03/31/22 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 05/27/22 Dkt No. N/A | 04/01/22 - 04/30/22 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 06/29/22 Dkt No. N/A | 05/01/22 - 05/31/22 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 07/26/22 Dkt No. N/A | 06/01/22 - 06/30/22 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| 07/28/22 Dkt No. 1688 | 03/01/22 - 06/30/22 | $352,917.00 | $0.00 | 08/17/22 Dkt No. 1740 | $352,917.00 | $0.00 | $0.00 |
| 08/29/22 Dkt No. N/A | 07/01/22 - 07/31/22 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 09/29/22 Dkt No. N/A | 08/01/22 - 08/31/22 | $104,162.00 | $500.00 | N/A | $104,162.00 | $500.00 | $0.00 |
| 10/28/22 Dkt No. N/A | 09/01/22 - 09/30/22 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/22 Dkt No. N/A | 10/01/22 - 10/31/22 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/22 Dkt No. 1943 | 07/01/22 - 10/31/22 | $359,538.00 | $500.00 | 12/13/22 Dkt No. 1976 | $359,538.00 | $500.00 | $0.00 |
| 12/22/22 Dkt No. N/A | 11/01/22 - 11/30/22 | $58,923.50 | $0.00 | N/A | $58,923.50 | $0.00 | $0.00 |
| 01/27/23 Dkt No. N/A | 12/01/22 - 12/31/22 | $47,504.50 | $0.00 | N/A | $47,504.50 | $0.00 | $0.00 |
| 02/28/23 Dkt No. N/A | 01/01/23 - 01/31/23 | $102,738.00 | $3,995.00 | N/A | $102,738.00 | $3,995.00 | $0.00 |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/29/23 Dkt No. N/A | 02/01/23 - 02/28/23 | $286,205.00 | $9,278.16 | N/A | $286,205.00 | $9,278.16 | $0.00 |
| 03/28/23 Dkt No. 2200 | 11/01/22 - 02/28/23 | $495,371.00 | $13,273.16 | 04/14/23 Dkt No. 2228 | $495,371.00 | $13,273.16 | $0.00 |
| 04/28/23 Dkt No. N/A | 03/01/23 - 03/31/23 | $191,464.00 | $3,400.00 | N/A | $191,464.00 | $3,400.00 | $0.00 |
| 05/30/23 Dkt No. N/A | 04/01/23 - 04/30/23 | $103,741.00 | $0.00 | N/A | $103,741.00 | $0.00 | $0.00 |
| 06/28/23 Dkt No. N/A | 05/01/23 - 05/31/23 | $146,564.50 | $0.00 | N/A | $146,564.50 | $0.00 | $0.00 |
| 07/25/23 Dkt No. N/A | 06/01/23 – 06/30/23 | $87,466.00 | $1,841.26 | N/A | $87,466.00 | $1,841.26 | $0.00 |
| 07/25/23 Dkt No. 2393 | 03/01/23 – 06/30/23 | $529,235.50 | $5,241.26 | 08/17/23 Dkt No. 2438 | $529,235.50 | $5,241.26 | $0.00 |
| 08/29/23 Dkt No. N/A | 07/01/23 – 07/31/23 | $20,458.00 | $0.00 | N/A | $16,366.40 | $0.00 | $4,091.60 |
| 09/29/23 Dkt No. N/A | 08/01/23 – 08/31/23 | $28,343.00 | $1,990.23 | N/A | $22,674.40 | $1,990.23 | $7,658.83 |
| 10/27/23 Dkt No. N/A | 09/01/23 – 09/30/23 | $46,927.00 | $0.00 | N/A | $0.00 | $0.00 | $46,927.00 |
| 11/29/23 Dkt No. N/A | 10/01/23 – 10/31/23 | $146,053.50 | $1,571.59 | N/A | $0.00 | $0.00 | $147,625.09 |
| 11/29/23 Dkt No. 2680 | 07/01/23 – 10/31/23 | $241,781.50 | $3,561.82 | | $39,040.80 | $1,990.23 | $204,312.29 |
| **Totals** | | **$2,777,500.00** | **$26,478.69** | | **$2,574,759.30** | **$24,907.10** | **$204,312.29** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.       In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.       Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 11th, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.       To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $85,889.20 (80% of $107,361.50) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $85,889.20 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  December 28, 2023                         Respectfully submitted,

By:/s/ *Matthew K. Babcock*
        Matthew K. Babcock
        Berkeley Research Group, LLC
        201 South Main Street, Suite 450
        Salt Lake City, Utah 84111
        Telephone: (801) 364-6233
        Email:  mbabcock@thinkbrg.com

        *Financial Advisors to the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 11/1/2023 through 11/30/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Nolan | Managing Director | $525.00 | 14.6 | $7,665.00 |
| D. Judd | Managing Director | $705.00 | 2.1 | $1,480.50 |
| J. Hull | Managing Director | $825.00 | 1.2 | $990.00 |
| N. Librock | Managing Director | $725.00 | 11.2 | $8,120.00 |
| P. Shields | Managing Director | $675.00 | 40.1 | $27,067.50 |
| M. Babcock | Director | $600.00 | 26.3 | $15,780.00 |
| J. Funk | Senior Managing Consultant | $495.00 | 22.7 | $11,236.50 |
| K. Barberi | Senior Managing Consultant | $340.00 | 16.5 | $5,610.00 |
| D. Green | Consultant | $310.00 | 2.9 | $899.00 |
| S. Chaffos | Consultant | $320.00 | 79.9 | $25,568.00 |
| S. Smith | Senior Associate | $260.00 | 1.0 | $260.00 |
| Y. Xu | Associate | $185.00 | 1.5 | $277.50 |
| M. Haverkamp | Case Manager | $350.00 | 0.2 | $70.00 |
| D. Godfrey | Case Assistant | $125.00 | 18.7 | $2,337.50 |
| **Total** | | | **238.9** | **$107,361.50** |
| **Blended Rate** | | | | **$449.40** |

# EXHIBIT B

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 11/1/2023 through 11/30/2023

| Task Code | Hours | Fees |
|---|---|---|
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.9 | $1,685.50 |
| 300.00 Asset Analysis (General - Debtors) | 76.5 | $36,782.00 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 59.6 | $26,436.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 9.8 | $6,016.50 |
| 333.00 Asset Analysis (Real Property - Deferred Maintenance) | 42.5 | $18,956.50 |
| 1030.00 Mediation Preparation & Attendance | 21.2 | $12,339.50 |
| 1060.00 Fee Application Preparation & Hearing | 23.4 | $5,145.00 |
| **Total** | **238.9** | **$107,361.50** |
| **Blended Rate** | | **$449.40** |

# EXHIBIT C

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 11/1/2023 through 11/30/2023

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 11/6/2023 | S. Chaffos | 1.1 | Examined supplemental MOR documents relating to unrestricted and restricted cash accounts (September 2023). |
| 11/6/2023 | S. Chaffos | 1.0 | Analyzed MOR comparative balance sheet analysis (September 2023). |
| 11/6/2023 | S. Chaffos | 0.6 | Evaluated MOR comparative income statement analysis (September 2023). |
| 11/6/2023 | S. Chaffos | 0.2 | Examined MOR cash receipts and disbursements (September 2023). |
| 11/7/2023 | S. Chaffos | 1.5 | Evaluated insurance disbursements detailed in MOR supplemental data. |
| 11/8/2023 | Y. Xu | 1.0 | Analyzed MOR receipts and disbursements (August and September 2023). |
| 11/8/2023 | Y. Xu | 0.3 | Updated MOR cash summary ending balance comparison schedule (September 2023). |
| 11/10/2023 | Y. Xu | 0.2 | Analyzed MOR income statements for ANO and ANO Units (September 2023). |
| ***Task Code Total Hours*** | | ***5.9*** | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 11/1/2023 | S. Chaffos | 1.9 | Updated ANO credit estimate analysis. |
| 11/2/2023 | S. Chaffos | 2.8 | Continued to update ANO credit estimate analysis. |
| 11/2/2023 | S. Chaffos | 0.3 | Attended call with BRG (PS) to discuss updates to ANO credit estimate analysis. |
| 11/2/2023 | P. Shields | 0.3 | Spoke with BRG (SC) regarding updates to the credit estimate. |
| 11/7/2023 | S. Chaffos | 0.7 | Examined recent pension documents in response to inquiry from Rock Creek. |
| 11/8/2023 | J. Funk | 2.7 | Evaluated ANO cash flows. |
| 11/8/2023 | J. Funk | 0.5 | Met with BRG (PS) to discuss evaluation of ANO cash flows. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 11/8/2023 | P. Shields | 0.5 | Spoke with BRG (JF) regarding evaluation of ANO cash flow estimates. |
| 11/9/2023 | P. Shields | 0.4 | Reviewed updates to credit estimate. |
| 11/9/2023 | S. Chaffos | 0.3 | Attended call with BRG (PS, NL) to discuss credit estimate analysis. |
| 11/9/2023 | N. Librock | 0.3 | Met with BRG (PS, SC) to discuss credit analysis. |
| 11/9/2023 | P. Shields | 0.3 | Spoke with BRG (NL, SC) to review status of credit estimate. |
| 11/9/2023 | P. Shields | 0.2 | Evaluated credit estimate sensitivity analysis. |
| 11/10/2023 | N. Librock | 2.5 | Evaluated credit estimate / sensitivity analysis. |
| 11/11/2023 | N. Librock | 2.3 | Evaluated credit estimate updates. |
| 11/14/2023 | P. Shields | 0.7 | Analyzed Debtor's post petition revenue and expenses. |
| 11/14/2023 | S. Chaffos | 0.7 | Met with BRG (PS) to analyze cash transaction activity from June 2023 to September 2023. |
| 11/14/2023 | P. Shields | 0.7 | Spoke with BRG (SC) to evaluate cash transaction activity for the months of June through September 2023. |
| 11/14/2023 | S. Chaffos | 0.4 | Updated ANO credit estimate sensitivity analysis. |
| 11/14/2023 | M. Babcock | 0.3 | Evaluated issues related to ability to pay analysis. |
| 11/20/2023 | S. Chaffos | 2.9 | Evaluated historical trends reported in ANO administrative balance sheets (2007 - 2023). |
| 11/20/2023 | S. Chaffos | 2.7 | Evaluated historical trends reported in ANO administrative income statements (2007 - 2023). |
| 11/20/2023 | S. Chaffos | 2.5 | Analyzed cash and investments reported in ANO administrative office audit reports (2007 - 2019). |
| 11/20/2023 | J. Funk | 2.3 | Continued examination of comparative financial statement analysis. |
| 11/20/2023 | S. Chaffos | 1.4 | Examined trial balances reported in MOR supplemental financial workbooks (2020 - 2023). |
| 11/20/2023 | S. Chaffos | 1.2 | Revised comparative income statement analysis for ANO administrative office (2007 - 2023). |
| 11/20/2023 | S. Chaffos | 1.1 | Analyzed functional expenses reported in MOR supplemental financial workbooks (2020 - 2023). |
| 11/20/2023 | J. Funk | 1.1 | Examined comparative financial statement analysis. |

Berkeley Research Group, LLC

Invoice for the 11/1/2023 - 11/30/2023 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 11/20/2023 | S. Chaffos | 1.0 | Updated comparative balance sheet analysis for ANO administrative office (2007 - 2023). |
| 11/20/2023 | P. Shields | 0.7 | Updated ANO Admin Offices historical comparative financial statement analysis. |
| 11/20/2023 | J. Funk | 0.4 | Met with BRG (PS) to discuss comparative financial statement analysis. |
| 11/20/2023 | P. Shields | 0.4 | Spoke with BRG (JF) regarding historical comparative financial analysis for the ANO Admin Offices. |
| 11/21/2023 | S. Chaffos | 1.7 | Continued to revise historical comparative income statements for ANO and ANO Units (2021 - 2023). |
| 11/21/2023 | S. Chaffos | 1.3 | Continued to revise comparative financial statement analysis for ANO administrative office (2007 - 2023). |
| 11/21/2023 | S. Chaffos | 1.2 | Met with UCC Counsel (RK, SB, BK, AC, JS [partial]) and BRG (PS, MB) to discuss ability to pay analysis. |
| 11/21/2023 | M. Babcock | 1.2 | Met with UCC Counsel [JS (partial), AC, RK, BK, SB] and BRG (PS, SC) to discuss ability to pay analysis. |
| 11/21/2023 | P. Shields | 1.2 | Spoke with UCC Counsel (JS [partial], AC, RK, BK, SB) and BRG (MB, SC) to further evaluate ability to pay assessment. |
| 11/21/2023 | S. Chaffos | 1.1 | Attended call with BRG (PS, NL, MB) relating to ANO credit estimate. |
| 11/21/2023 | N. Librock | 1.1 | Attended meeting with BRG (PS, SC, MB) regarding updates to credit estimate. |
| 11/21/2023 | M. Babcock | 1.1 | Met with BRG (PS, NL, SC) to evaluate ability to pay analysis. |
| 11/21/2023 | P. Shields | 1.1 | Spoke with BRG (NL, MB, SC) regarding further evaluation of ability to pay analysis. |
| 11/21/2023 | M. Babcock | 0.7 | Met with BRG (PS, SC) to discuss ability to pay analysis. |
| 11/21/2023 | P. Shields | 0.7 | Spoke with BRG (MB, SC) to further evaluate ability to pay assessment. |
| 11/21/2023 | S. Chaffos | 0.7 | Spoke with BRG (PS, MB) to discuss ANO ability to pay. |
| 11/21/2023 | N. Librock | 0.6 | Evaluated issues related to credit estimate. |
| 11/21/2023 | P. Shields | 0.4 | Evaluated April 2019 CRI Report. |
| 11/21/2023 | P. Shields | 0.3 | Evaluated historical financial trends for the ANO Admin Offices. |
| 11/22/2023 | S. Chaffos | 1.3 | Examined bad debt expense reported in ANO supplemental financial workbooks (2020 - 2023). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 11/22/2023 | S. Chaffos | 1.1 | Revised ANO credit sensitivity analysis. |
| 11/23/2023 | P. Shields | 1.2 | Updated ANO credit estimate. |
| 11/24/2023 | N. Librock | 2.1 | Analyzed revised credit analysis. |
| 11/25/2023 | N. Librock | 1.7 | Conducted further evaluation of documentation relating to Moody's rating methodology. |
| 11/27/2023 | S. Chaffos | 1.7 | Prepared comparative operating / non-operating expense analysis (parishes, schools, and affiliates). |
| 11/27/2023 | S. Smith | 1.0 | Conducted credit analysis research. |
| 11/27/2023 | S. Chaffos | 0.9 | Prepared comparative operating / non-operating expense analysis (ANO and ANO Units). |
| 11/27/2023 | M. Babcock | 0.5 | Updated ability to pay analysis. |
| 11/28/2023 | J. Funk | 2.5 | Updated analysis of bond covenant calculations. |
| 11/28/2023 | S. Chaffos | 1.1 | Updated ANO ability to pay analysis. |
| 11/28/2023 | J. Funk | 0.9 | Analyzed bond covenant calculations. |
| 11/28/2023 | M. Babcock | 0.7 | Revised ability to pay analysis. |
| 11/28/2023 | S. Chaffos | 0.6 | Attended call with BRG (PS, NL) to discuss ability to pay in context of mediation. |
| 11/28/2023 | N. Librock | 0.6 | Attended meeting with BRG (PS, SC) regarding credit analysis. |
| 11/28/2023 | P. Shields | 0.6 | Spoke with BRG (NL, SC) regarding further issues for consideration in connection with cash and investments funding assessment. |
| 11/28/2023 | J. Funk | 0.3 | Met with BRG (PS) to evaluate updates to bond covenant calculations. |
| 11/28/2023 | P. Shields | 0.3 | Spoke with BRG (JF) to further evaluate updates to bond covenant calculations. |
| 11/29/2023 | J. Funk | 1.6 | Revised analysis of bond covenant calculations. |
| 11/29/2023 | S. Chaffos | 0.4 | Updated Diocese Moody's credit rating graph. |
| 11/30/2023 | J. Funk | 1.7 | Updated analysis of bond covenant calculations. |
| 11/30/2023 | J. Funk | 0.8 | Evaluated bond covenant calculations with BRG (PS). |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|

**300.00 Asset Analysis (General - Debtors)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 11/30/2023 | P. Shields | 0.8 | Spoke with BRG (JF) regarding evaluation of bond covenant calculations. |
| 11/30/2023 | S. Chaffos | 0.4 | Continued update of Diocese Moody's credit rating graph. |
| 11/30/2023 | S. Chaffos | 0.4 | Spoke with BRG (PS) on credit estimate sensitivity analysis updates. |
| 11/30/2023 | P. Shields | 0.4 | Spoke with BRG (SC) to evaluate updates to credit estimate sensitivity analysis. |

| *Task Code Total Hours* | | *76.5* | |

**302.00 Asset Analysis (General - Related Non-Debtors)**

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 11/1/2023 | P. Shields | 0.6 | Examined parish / parish school ability to pay analysis provided by Debtor FA in preparation for call with UCC Counsel. |
| 11/3/2023 | S. Chaffos | 2.3 | Evaluated accuracy and completeness of parish comparative historical financial statement analysis (2007 - 2023). |
| 11/3/2023 | S. Chaffos | 1.5 | Evaluated accuracy and completeness of parish schools comparative historical financial statement analysis (2007 - 2023). |
| 11/3/2023 | P. Shields | 0.9 | Spoke with Debtor FA (CL, KZ) regarding historical comparative financial information and follow up items on parish ability to pay analysis. |
| 11/3/2023 | P. Shields | 0.7 | Updated parish comparative historical financial analysis. |
| 11/6/2023 | S. Chaffos | 1.3 | Examined property insurance documents. |
| 11/6/2023 | S. Chaffos | 1.0 | Spoke with BRG (PS) on documents relating to property insurance. |
| 11/6/2023 | P. Shields | 1.0 | Spoke with BRG (SC) to evaluate property insurance related documents. |
| 11/6/2023 | B. Nolan | 0.6 | Reviewed insurance cost analysis. |
| 11/7/2023 | S. Chaffos | 2.9 | Examined insurance policy documents. |
| 11/7/2023 | J. Funk | 2.3 | Evaluated school cash flows (historical and projected). |
| 11/7/2023 | P. Shields | 1.8 | Evaluated real property insurance related documents. |
| 11/7/2023 | J. Funk | 1.6 | Continued evaluation of ANO cash flows (historical and projected). |
| 11/7/2023 | J. Funk | 1.4 | Evaluated ANO cash flows (historical and projected). |
| 11/7/2023 | S. Chaffos | 1.4 | Examined FEMA insurance documents. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 11/7/2023 | B. Nolan | 0.6 | Continued to review insurance cost analysis. |
| 11/7/2023 | P. Shields | 0.4 | Prepared request for information for submission to Debtor FA. |
| 11/8/2023 | S. Chaffos | 2.8 | Reconciled parish / parish schools historical income statements with source documents. |
| 11/8/2023 | P. Shields | 2.2 | Made updates to Parish / Parish School historical comparative income statements. |
| 11/8/2023 | S. Chaffos | 1.7 | Revised parish ability to pay to include Parish #206 financial data (FY 2021). |
| 11/8/2023 | S. Chaffos | 1.2 | Analyzed income statement data for Parish #206 QuickBooks (FY 2021 - 2023). |
| 11/8/2023 | J. Hull | 0.6 | Participated on call with BRG (PS) about documents and data concerning ANOI property insurance coverage and related liabilities. |
| 11/8/2023 | P. Shields | 0.6 | Spoke with BRG (JH) regarding issues for consideration in connection with real property insurance coverage. |
| 11/9/2023 | B. Nolan | 0.7 | Evaluated issues related to property insurance coverage. |
| 11/9/2023 | B. Nolan | 0.6 | Participated in call with BRG (PS, JH) in insurance discussion. |
| 11/9/2023 | J. Hull | 0.6 | Participated on call with BRG (BN, PS) about insurance documents and data, including evaluation of real property insurance coverage. |
| 11/9/2023 | P. Shields | 0.6 | Spoke with BRG (JH, BN) regarding issues for consideration in connection with real property insurance coverage. |
| 11/9/2023 | P. Shields | 0.1 | Evaluated parish / parish school historical comparative income statement analysis. |
| 11/10/2023 | P. Shields | 0.2 | Updated parish ability to pay analysis. |
| 11/14/2023 | P. Shields | 0.2 | Identified follow up items to address with Debtor FA in relation to parish, school and other affiliate ability to pay. |
| 11/14/2023 | J. Funk | 0.1 | Discussed additional work needed on select affiliate Balance Sheet line items and historic affiliate mortgage refinancing with BRG (PS). |
| 11/14/2023 | P. Shields | 0.1 | Spoke with BRG (JF) regarding updates to Christopher Homes project analysis. |
| 11/15/2023 | J. Funk | 2.2 | Evaluated select affiliate Balance Sheet line items (including historical affiliate mortgage refinancing). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 11/15/2023 | J. Funk | 0.3 | Met with BRG (PS) to disuss results of evaluation of select affiliate Balance Sheet line items (including historical affiliate mortgage refinancing). |
| 11/15/2023 | P. Shields | 0.3 | Spoke with BRG (JF) to review analysis of selected balance sheet line items of Christopher Homes properties. |
| 11/20/2023 | P. Shields | 2.3 | Evaluated parish / parish school historical comparative income statements analysis for accuracy and completeness. |
| 11/21/2023 | S. Chaffos | 1.1 | Evaluated parish / parish schools income statement data from the Quinquennial Reports (2007 - 2018). |
| 11/21/2023 | P. Shields | 0.3 | Updated parish / parish school historical comparative financial statement analysis. |
| 11/27/2023 | S. Chaffos | 2.1 | Reconciled parish consolidated financial statement worksheet to individual parish worksheets (FY 2023). |
| 11/27/2023 | S. Chaffos | 0.5 | Examined parishes ANO loan balance reported in September 2023 MOR data. |
| 11/28/2023 | S. Chaffos | 2.4 | Prepared FY 2023 parish income statement data into database format for parish ability to pay analysis. |
| 11/28/2023 | S. Chaffos | 1.5 | Analyzed Ida payable reported in parish financial data (FY 2023). |
| 11/28/2023 | S. Chaffos | 1.0 | Evaluated new parish GL accounts in financial data (FY 2023). |
| 11/28/2023 | P. Shields | 0.9 | Evaluated parish financial information in the context of updating ability to pay analysis to reflect most recent parish financial information. |
| 11/29/2023 | S. Chaffos | 2.7 | Prepared FY 2023 parish balance sheet data into database format for parish ability to pay analysis. |
| 11/29/2023 | S. Chaffos | 1.6 | Reconciled parish income statement data (FY 2023). |
| 11/29/2023 | S. Chaffos | 1.2 | Reconciled parish balance sheet data (FY 2023). |
| 11/30/2023 | S. Chaffos | 2.5 | Revised parish ability to pay analysis to include 2023 financial data. |
| 11/30/2023 | S. Chaffos | 1.1 | Updated parish ability to pay analysis (net assets). |
| 11/30/2023 | S. Chaffos | 0.5 | Spoke with BRG (PS) on ANO Schools financial trends. |
| 11/30/2023 | P. Shields | 0.5 | Spoke with BRG (SC) regarding financial trends of ANO High Schools. |
| ***Task Code Total Hours*** | | ***59.6*** | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 320.00 Asset Analysis (Investments / Funds - Debtors)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/20/2023 | M. Babcock | 0.6 | Evaluated items relating to ability to pay (including Portfolio A & Portfolio B trends and deferred maintenance). |
| 11/27/2023 | M. Babcock | 1.6 | Evaluated issues relating to Most Holy Trinity and Divine Mercy parishes (including Portfolio B loans). |
| 11/28/2023 | M. Babcock | 0.5 | Evaluated outstanding questions / issues related to Portfolio A. |
| 11/29/2023 | M. Babcock | 2.9 | Continued evaluation of outstanding questions / issues related to Portfolio A. |
| 11/29/2023 | M. Babcock | 1.1 | Met with BRG (DJ, PS) to discuss Portfolio A assets. |
| 11/29/2023 | D. Judd | 1.1 | Participated in call with BRG (PS, MB) regarding Portfolio A analysis in preparation for upcoming mediation. |
| 11/29/2023 | P. Shields | 1.1 | Spoke with BRG (DJ, MB) regarding evaluation of Portfolio A assets and sub funds. |
| 11/29/2023 | M. Babcock | 0.3 | Met with Debtor (RM, AW), Debtor FA (KZ) and BRG (PS, SC) to discuss Portfolio A. |
| 11/29/2023 | P. Shields | 0.3 | Spoke with Debtor Representatives (RM, AW), Debtor's Financial Advisors (KZ), and BRG (MB, SC) to evaluate Portfolio A assets and sub funds. |
| 11/29/2023 | S. Chaffos | 0.3 | Spoke with Debtor's Financial Advisors (KZ) Debtor FA (AW, RM) and BRG (PS, MB) to discuss Portfolio A ownership inquires. |
| **Task Code Total Hours** | | **9.8** | |

### 333.00 Asset Analysis (Real Property - Deferred Maintenance)

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/1/2023 | K. Barberi | 2.1 | Prepared mediation presentation. |
| 11/1/2023 | B. Nolan | 0.6 | Evaluated deferred maintenance analysis (10/31/2023). |
| 11/1/2023 | B. Nolan | 0.6 | Reviewed deferred maintenance analysis in preparation for team call (10/30/2023). |
| 11/1/2023 | B. Nolan | 0.3 | Coordinated ongoing analyses to be completed. |
| 11/2/2023 | B. Nolan | 1.6 | Met with BRG (PS, MB, SC, KB [partial], PB) to discuss deferred maintenance. |
| 11/2/2023 | M. Babcock | 1.6 | Met with BRG (PS, SC, BN, KB [partial], PB) to evaluate deferred maintenance analysis. |
| 11/2/2023 | K. Barberi | 1.6 | Participated in mediation status call with BRG (MB, PS, PB, BN, SC) to discuss deferred maintenance evaluation. [partial call] |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 11/2/2023 | P. Shields | 1.6 | Spoke with BRG (BN, PB, KB [partial], MB, SC) regarding deferred maintenance evaluation. |
| 11/2/2023 | S. Chaffos | 1.6 | Spoke with BRG (PS, MB, BN, PB, KB [partial]) on deferred maintenance in context with mediation. |
| 11/2/2023 | K. Barberi | 1.4 | Updated mediation presentation. |
| 11/2/2023 | S. Chaffos | 0.9 | Examined parish financial statements in context with deferred maintenance (St. Augustine, St. Peter). |
| 11/7/2023 | K. Barberi | 1.6 | Revised mediation presentation. |
| 11/8/2023 | D. Green | 2.9 | Evaluated compiled inspection observations as requested by expert. |
| 11/13/2023 | K. Barberi | 2.3 | Updated mediation presentation (including incorporation of examples from DL methodology / estimate overrides). |
| 11/13/2023 | K. Barberi | 2.2 | Continued revision of mediation presentation (including incorporating examples from BRG analysis / observations). |
| 11/13/2023 | K. Barberi | 1.7 | Revised mediation presentation (including incorporating examples from BRG analysis / observations). |
| 11/15/2023 | B. Nolan | 1.8 | Updated deferred maintenance presentation. |
| 11/15/2023 | B. Nolan | 1.5 | Reviewed follow up tasks to update deferred maintenance presentation. |
| 11/15/2023 | M. Babcock | 1.0 | Met with BRG (PS, SC, BN, KB, PB) to discuss deferred maintenance. |
| 11/15/2023 | K. Barberi | 1.0 | Participated in meeting to review mediation presentation (MB, PS, SC, PB, BN). |
| 11/15/2023 | B. Nolan | 1.0 | Participated in team analysis of deferred maintenance presentation with BRG (PS, KB, MB, SC, PB). |
| 11/15/2023 | P. Shields | 1.0 | Spoke with BRG (BN, PB, KB, MB, SC) regarding additional issues for consideration in connection with deferred maintenance. |
| 11/15/2023 | K. Barberi | 0.5 | Prepared for internal call/meeting by reviewing notes and case materials before call. |
| 11/17/2023 | K. Barberi | 1.6 | Revised mediation presentation. |
| 11/17/2023 | B. Nolan | 0.8 | Revised deferred maintenance presentation. |
| 11/20/2023 | B. Nolan | 1.3 | Updated deferred maintenance presentation. |
| 11/21/2023 | B. Nolan | 0.8 | Continued to update deferred maintenance presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **333.00 Asset Analysis (Real Property - Deferred Maintenance)** | | | |
| 11/21/2023 | B. Nolan | 0.5 | Revsied deferred maintenance presentation. |
| 11/22/2023 | M. Babcock | 2.2 | Evaluated issues related to deferred maintenance. |
| 11/22/2023 | B. Nolan | 1.3 | Continued to revise deferred maintenance presentation. |
| 11/22/2023 | K. Barberi | 0.5 | Updated mediation presentation. |
| 11/27/2023 | M. Babcock | 1.1 | Continued evaluation of issues related to deferred maintenance. |
| ***Task Code Total Hours*** | | **42.5** | |
| **1030.00 Mediation Preparation & Attendance** | | | |
| 11/1/2023 | M. Babcock | 1.5 | Met with UCC Counsel (AC, RK, BK, SB) and BRG (PS, SC) to discuss mediation issues. |
| 11/1/2023 | S. Chaffos | 1.5 | Spoke with UCC Counsel (AC, RK, SB, BK) and BRG (PS, MB) to discuss upcoming mediation. |
| 11/1/2023 | P. Shields | 1.5 | Spoke with UCC Counsel (AK, RK, BK, SB) and BRG (MB, SC) to evaluate parish and parish school ability to pay analysis remitted by Debtor's Financial Advisor. |
| 11/2/2023 | M. Babcock | 0.3 | Evaluated issues related to mediation. |
| 11/14/2023 | P. Shields | 0.6 | Spoke with UCC Counsel (AC, RK, BK) and BRG (MB [partial], and SC) to evaluate issues to address in mediation. |
| 11/14/2023 | S. Chaffos | 0.6 | Spoke with UCC Counsel (RK, BK, AC) and BRG (PS, MB [partial]) to discuss upcoming mediation. |
| 11/14/2023 | M. Babcock | 0.5 | Met with UCC Counsel (AC, RK [partial], BK) and BRG (PS, SC) to discuss mediation issues. [partial] |
| 11/27/2023 | P. Shields | 2.0 | Developed financial presentation for mediation. |
| 11/27/2023 | P. Shields | 1.9 | Continued development of financial presentation for mediation. |
| 11/27/2023 | M. Babcock | 1.5 | Met with UCC Counsel (JS, AC, RK, BK, SB) and BRG (PS, SC) to discuss mediation issues. |
| 11/27/2023 | S. Chaffos | 1.5 | Spoke with BRG (MB, PS) and UCC Counsel (JS, AC, RK, BK, SB) relating to upcoming mediation. |
| 11/27/2023 | P. Shields | 1.5 | Spoke with UCC Counsel (JS, AC, RK, BK, SB) and BRG (MB, SC) to evaluate mediation financial presentation. |
| 11/27/2023 | M. Babcock | 1.1 | Met with BRG (PS, SC [partial]) to discuss mediation issues. |

Berkeley Research Group, LLC

Invoice for the 11/1/2023 - 11/30/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 11/27/2023 | P. Shields | 1.1 | Spoke with BRG (MB, SC [partial]) to evaluate mediation financial presentation. |
| 11/27/2023 | S. Chaffos | 1.0 | Met with BRG (PS, MB) to review mediation presentation. [partial] |
| 11/27/2023 | P. Shields | 0.2 | Updated financial presentation for mediation. |
| 11/28/2023 | P. Shields | 0.9 | Revised financial presentation for mediation. |
| 11/29/2023 | D. Judd | 1.0 | Participated in call with BRG (PS) regarding cash & investments funding in preparation for upcoming mediation. |
| 11/29/2023 | P. Shields | 1.0 | Spoke with BRG (DJ) to evaluate cash and investments funding assessment in preparation for mediation. |
| *Task Code Total Hours* | | *21.2* | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 11/1/2023 | M. Haverkamp | 0.2 | Updated September 2023 fee statement (10/27/2023). |
| 11/6/2023 | D. Godfrey | 1.1 | Prepared 8th interim fee application fee reports. |
| 11/7/2023 | D. Godfrey | 0.3 | Prepared October 2023 fee statement. |
| 11/8/2023 | D. Godfrey | 2.6 | Continued update of October 2023 fee statement. |
| 11/8/2023 | D. Godfrey | 2.2 | Updated October 2023 fee statement. |
| 11/9/2023 | D. Godfrey | 1.3 | Revised October 2023 fee statement. |
| 11/10/2023 | D. Godfrey | 1.4 | Updated October 2023 Fee Statement. |
| 11/15/2023 | D. Godfrey | 2.3 | Updated interim fee application (July - October 2023). |
| 11/15/2023 | M. Babcock | 0.9 | Prepared 8th fee application (July 2023 - October 2023). |
| 11/15/2023 | M. Babcock | 0.4 | Revised 37th fee statement (October 2023). |
| 11/16/2023 | D. Godfrey | 2.1 | Prepared exhibits for October 2023 fee statement. |
| 11/16/2023 | D. Godfrey | 1.9 | Revised October 2023 Fee Statement. |
| 11/16/2023 | M. Babcock | 0.8 | Updated 8th fee application (July 2023 - October 2023). |
| 11/16/2023 | M. Babcock | 0.3 | Revised 37th fee statement (October 2023). |
| 11/16/2023 | P. Shields | 0.1 | Updated October 2023 Fee Statement. |

Berkeley Research Group, LLC

Invoice for the 11/1/2023 - 11/30/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 11/17/2023 | M. Babcock | 1.0 | Revised 8th fee application (July 2023 - October 2023). |
| 11/17/2023 | M. Babcock | 0.6 | Updated 37th fee statement (October 2023). |
| 11/21/2023 | D. Godfrey | 0.4 | Revised BRG 8th interim fee application. |
| 11/21/2023 | P. Shields | 0.2 | Updated Eighth Interim Fee Application. |
| 11/22/2023 | D. Godfrey | 1.4 | Finalized 8th Interim Fee Application. |
| 11/22/2023 | D. Godfrey | 0.6 | Prepared LEDES file for October 2023 fee statement. |
| 11/22/2023 | P. Shields | 0.2 | Continued to update Eighth Interim Fee Application. |
| 11/28/2023 | D. Godfrey | 1.1 | Updated October 2023 fee statement. |
| *Task Code Total Hours* | | *23.4* | |
| **Total Hours** | | **238.9** | |

# EXHIBIT 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: February 12th, 2024 |

**THIRTY-NINTH MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
DECEMBER 1, 2023 THROUGH, DECEMBER 31 2023**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Thirty-Ninth Monthly Fee and Expense Statement (the "Statement") for the period from December 1, 2023 through December 31, 2023 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| December 1, 2023 to December 31, 2023 | |
|---|---|
| Fees (At Standard Rates) | $100,929.50 |
| Voluntary Reduction | (<u>$16,992.50</u>) |
| Fees (After Reduction) | $83,937.00 |
| Expenses | $4,035.52 |
| **Total Fees & Expenses Sought** | **$87,972.52** |

### <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **<u>Exhibit D</u>** is a summary of the expenses incurred by BRG during the Fee Period that sets forth the total amount of reimbursement sought with respect to each type of expense for which BRG is seeking reimbursement. **<u>Exhibit E</u>** is an itemized schedule of the actual, reasonable, and necessary expenses within each category BRG incurred during the Fee Period and the amounts for which reimbursement is requested organized by expense type. Attached hereto as **<u>Exhibit F</u>** is the Invoice for the subcontracted services.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| *Statement / Application* | | *Total Requested* | | *CNO / Order* | *Total Paid To Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Date Filed / Docket No.** | **Fees** | **Expenses** | **Fees & Expenses** |
| 03/23/21 Dkt No. N/A | 06/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 05/25/21 Dkt No. N/A | 11/01/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 12/01/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 01/01/21 - 01/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 02/01/21 - 02/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 03/01/21 - 03/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *05/27/21 Dkt No. 891* | *06/17/20 - 03/31/21* | *$252,386.00* | *$3,889.52* | *06/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 04/01/21 - 04/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 05/01/21 - 05/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 06/01/21 - 06/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 07/01/21 - 07/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 08/01/21 - 08/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 09/01/21 - 09/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/01/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *04/01/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/01/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 01/28/22 Dkt No. N/A | 12/01/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 02/28/22 Dkt No. N/A | 01/01/22 - 01/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/23/22 Dkt No. N/A | 02/01/22 - 02/28/22 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *03/24/22 Dkt No. 1385* | *11/01/21 - 02/28/22* | *$152,754.50* | *$0.00* | *04/19/22 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 04/28/22 Dkt No. N/A | 03/01/22 - 03/31/22 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 05/27/22 Dkt No. N/A | 04/01/22 - 04/30/22 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 06/29/22 Dkt No. N/A | 05/01/22 - 05/31/22 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 07/26/22 Dkt No. N/A | 06/01/22 - 06/30/22 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *07/28/22 Dkt No. 1688* | *03/01/22 - 06/30/22* | *$352,917.00* | *$0.00* | *08/17/22 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 08/29/22 Dkt No. N/A | 07/01/22 - 07/31/22 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 09/29/22 Dkt No. N/A | 08/01/22 - 08/31/22 | $104,162.00 | $500.00 | N/A | $104,162.00 | $500.00 | $0.00 |
| 10/28/22 Dkt No. N/A | 09/01/22 - 09/30/22 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/22 Dkt No. N/A | 10/01/22 - 10/31/22 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/22 Dkt No. 1943 | *07/01/22 - 10/31/22* | *$359,538.00* | *$500.00* | *12/13/22 Dkt No. 1976* | *$359,538.00* | *$500.00* | *$0.00* |
| 12/22/22 Dkt No. N/A | 11/01/22 - 11/30/22 | $58,923.50 | $0.00 | N/A | $58,923.50 | $0.00 | $0.00 |
| 01/27/23 Dkt No. N/A | 12/01/22 - 12/31/22 | $47,504.50 | $0.00 | N/A | $47,504.50 | $0.00 | $0.00 |
| 02/28/23 Dkt No. N/A | 01/01/23 - 01/31/23 | $102,738.00 | $3,995.00 | N/A | $102,738.00 | $3,995.00 | $0.00 |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/29/23 Dkt No. N/A | 02/01/23 - 02/28/23 | $286,205.00 | $9,278.16 | N/A | $286,205.00 | $9,278.16 | $0.00 |
| *03/28/23 Dkt No. 2200* | *11/01/22 - 02/28/23* | *$495,371.00* | *$13,273.16* | *04/14/23 Dkt No. 2228* | *$495,371.00* | *$13,273.16* | *$0.00* |
| 04/28/23 Dkt No. N/A | 03/01/23 - 03/31/23 | $191,464.00 | $3,400.00 | N/A | $191,464.00 | $3,400.00 | $0.00 |
| 05/30/23 Dkt No. N/A | 04/01/23 - 04/30/23 | $103,741.00 | $0.00 | N/A | $103,741.00 | $0.00 | $0.00 |
| 06/28/23 Dkt No. N/A | 05/01/23 - 05/31/23 | $146,564.50 | $0.00 | N/A | $146,564.50 | $0.00 | $0.00 |
| 07/25/23 Dkt No. N/A | 06/01/23 – 06/30/23 | $87,466.00 | $1,841.26 | N/A | $87,466.00 | $1,841.26 | $0.00 |
| *07/25/23 Dkt No. 2393* | *03/01/23 – 06/30/23* | *$529,235.50* | *$5,241.26* | *08/17/23 Dkt No. 2438* | *$529,235.50* | *$5,241.26* | *$0.00* |
| 08/29/23 Dkt No. N/A | 07/01/23 – 07/31/23 | $20,458.00 | $0.00 | N/A | $20,458.00 | $0.00 | $0.00 |
| 09/29/23 Dkt No. N/A | 08/01/23 – 08/31/23 | $28,343.00 | $1,990.23 | N/A | $28,343.00 | $1,990.23 | $0.00 |
| 10/27/23 Dkt No. N/A | 09/01/23 – 09/30/23 | $46,927.00 | $0.00 | N/A | $46,927.00 | $0.00 | $0.00 |
| 11/29/23 Dkt No. N/A | 10/01/23 – 10/31/23 | $146,053.50 | $1,571.59 | N/A | $146,053.50 | $1,571.59 | $0.00 |
| *11/29/23 Dkt No. 2680* | *07/01/23 – 10/31/23* | *$241,781.50* | *$3,561.82* | *12/20/2023 Dkt No. 2750* | *$241,781.50* | *$3,561.82* | *$0.00* |
| 12/28/23 Dkt No. N/A | 11/01/23 – 11/30/23 | $107,361.50 | $0.00 | N/A | $0.00 | $0.00 | 107,361.50 |
| **Totals** | | **$2,884,861.50** | **$26,478.69** | | **$2,777,500.00** | **$26,478.69** | **$107,361.50** |

## NO PRIOR REQUEST

5.       With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12th, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $67,149.60 (80% of $83,937.00) and expenses in the amount of $4,035.52 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $71,185.12 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  January 26, 2024

Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

**BRG**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**

For the Period 12/1/2023 through 12/31/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| B. Nolan | Managing Director | $525.00 | 1.6 | $840.00 |
| D. Judd | Managing Director | $705.00 | 0.7 | $493.50 |
| N. Librock | Managing Director | $725.00 | 0.6 | $435.00 |
| P. Shields | Managing Director | $675.00 | 48.6 | $32,805.00 |
| M. Babcock | Director | $600.00 | 26.8 | $16,080.00 |
| J. Funk | Senior Managing Consultant | $495.00 | 24.6 | $12,177.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 1.0 | $375.00 |
| S. Chaffos | Consultant | $320.00 | 55.2 | $17,664.00 |
| S. Smith | Senior Associate | $260.00 | 0.4 | $104.00 |
| S. Rawlings | Associate | $185.00 | 2.3 | $425.50 |
| Y. Xu | Associate | $185.00 | 4.8 | $888.00 |
| D. Godfrey | Case Assistant | $125.00 | 13.2 | $1,650.00 |
| **Total** | | | **179.8** | **$83,937.00** |
| **Blended Rate** | | | | **$466.84** |

# EXHIBIT B

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit B: Fees By Task Code**

For the Period 12/1/2023 through 12/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 7.0 | $2,199.50 |
| 300.00 Asset Analysis (General - Debtors) | 66.8 | $34,758.50 |
| 302.00 Asset Analysis (General - Related Non-Debtors) | 35.1 | $11,279.50 |
| 320.00 Asset Analysis (Investments / Funds - Debtors) | 3.9 | $2,172.00 |
| 332.00 Asset Analysis (Real Property - Related Non-Debtors) | 5.9 | $1,923.50 |
| 1030.00 Mediation Preparation & Attendance | 35.2 | $21,921.50 |
| 1060.00 Fee Application Preparation & Hearing | 16.3 | $3,562.50 |
| 1070.00 Billable Travel | 9.6 | $6,120.00 |
| **Total** | **179.8** | **$83,937.00** |
| **Blended Rate** | | **$466.84** |

# **<u>EXHIBIT C</u>**

**In re: The Roman Catholic Church of the**

**Archdiocese of New Orleans**

## Berkeley Research Group, LLC

**Exhibit C: Time Detail**

For the Period 12/1/2023 through 12/31/2023

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **220.00 Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | |
| 12/1/2023 | Y. Xu | 0.3 | Updated the MOR cash summary ending balance comparison schedule for October 2023. |
| 12/4/2023 | S. Chaffos | 2.1 | Analyzed Portfolio B account reported in supplemental MOR documents. |
| 12/4/2023 | S. Chaffos | 1.8 | Examined supplemental MOR documents relating to unrestricted and restricted cash accounts (October 2023). |
| 12/4/2023 | S. Chaffos | 1.2 | Analyzed new Portfolio A account reported in supplemental MOR documents (October 2023). |
| 12/4/2023 | S. Chaffos | 1.1 | Evaluated MOR comparative balance sheet analysis in the context of including October 2023 balance sheet data. |
| 12/4/2023 | S. Chaffos | 0.5 | Evaluated MOR comparative income statement analysis in the context of including October 2023 income statement data. |
| *Task Code Total Hours* | | *7.0* | |
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 12/2/2023 | P. Shields | 2.3 | Evaluated potential adjustments to financial modeling of credit estimate. |
| 12/4/2023 | P. Shields | 2.0 | Evaluated Memorandum Opinion and Order on Motion to Dismiss |
| 12/4/2023 | P. Shields | 1.1 | Continued to update ability to pay analysis. |
| 12/4/2023 | S. Chaffos | 1.1 | Evaluated parish loan reserve balance reported in December 2022 schedule provided by debtor. |
| 12/4/2023 | M. Babcock | 1.0 | Analyzed Portfolio B loan balances, reserves and deposits. |
| 12/4/2023 | P. Shields | 0.7 | Met with BRG (DJ) to evaluate potential updates to ability to pay analysis. |
| 12/4/2023 | D. Judd | 0.7 | Participated in call with BRG (PS) regarding the ability to pay analysis. |
| 12/4/2023 | S. Smith | 0.4 | Accumulated credit analysis research. |
| 12/5/2023 | S. Chaffos | 1.1 | Updated parish loan reserve balance analysis. |

Berkeley Research Group, LLC

Invoice for the 12/1/2023 - 12/31/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 12/6/2023 | S. Chaffos | 2.1 | Continued to update parish loan reserve balance analysis. |
| 12/6/2023 | J. Funk | 0.6 | Evaluated Archdiocese cash flow projections in the context of historical financial performance. |
| 12/6/2023 | P. Shields | 0.5 | Prepared outline of follow up items in connection with ability to pay analysis. |
| 12/6/2023 | S. Chaffos | 0.3 | Revised credit estimate analysis. |
| 12/7/2023 | S. Chaffos | 2.2 | Revised parish loan reserve analysis with recent loan balance. |
| 12/7/2023 | P. Shields | 0.6 | Met with BRG (MB, SC) regarding additional assets for consideration in connection with ability to pay. |
| 12/7/2023 | S. Chaffos | 0.6 | Met with BRG (PS, MB) to discuss on-going asset analysis. |
| 12/7/2023 | M. Babcock | 0.6 | Met with BRG (PS, SC) to evaluate ongoing asset analyses. |
| 12/7/2023 | P. Shields | 0.4 | Met with BRG (JF) regarding additional issues for consideration in connection with evaluation of cash flows provided by Debtor's Financial Advisors. |
| 12/7/2023 | J. Funk | 0.4 | Met with BRG (PS) to further evaluate Archdiocese financial projections. |
| 12/7/2023 | P. Shields | 0.4 | Reviewed additional issues for consideration in connection with evaluation of Debtor cash flows. |
| 12/7/2023 | J. Funk | 0.3 | Evaluated Archdiocese cash flow projections in the context of historical financial performance. |
| 12/8/2023 | J. Funk | 2.9 | Evaluated Archdiocese cash flow projections in the context of historical financial performance. |
| 12/8/2023 | S. Chaffos | 2.8 | Revised credit estimate analysis model. |
| 12/8/2023 | J. Funk | 2.1 | Continued evaluation of Archdiocese cash flow projections. |
| 12/8/2023 | S. Chaffos | 1.5 | Met with BRG (PS) to review updates to credit estimate analysis model. |
| 12/8/2023 | P. Shields | 1.5 | Met with BRG (SC) to update credit estimate calculations. |
| 12/8/2023 | P. Shields | 0.4 | Evaluated cash flow analysis provided by Debtor's Financial Advisors. |
| 12/8/2023 | P. Shields | 0.2 | Remitted Excel version of Estimated Cash and Investments Funding analysis to Debtor's Financial Advisor. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 12/9/2023 | P. Shields | 2.9 | Prepared updates to credit estimate based on additional information relating to the ANO Unit cash and investments, including restricted cash and investments. |
| 12/9/2023 | P. Shields | 1.8 | Prepared updates to credit estimate based on additional information relating to the Archdiocese cash and investments, including restricted cash and investments. |
| 12/11/2023 | J. Funk | 1.9 | Evaluated ANO Unit (parishes) cash flow projections and historical financial results. |
| 12/11/2023 | P. Shields | 1.9 | Prepared updates to Estimated Cash and Investments Funding schedule. |
| 12/11/2023 | P. Shields | 1.1 | Prepared further updates to credit estimate based on additional information relating to the ANO Unit cash and investments, including restricted cash and investments. |
| 12/12/2023 | J. Funk | 2.5 | Evaluated ANO Unit (high schools) cash flow projections in the context of historical financial performance. |
| 12/12/2023 | P. Shields | 0.9 | Met with BRG (JF) to evaluate historical financial information of the Administrative Offices and ANO Units. |
| 12/12/2023 | J. Funk | 0.9 | Met with BRG (PS) to evaluate Administrative office, high school, and parish historical financial results. |
| 12/13/2023 | J. Funk | 1.5 | Updated evaluation of ANO Unit (high schools and parishes) cash flow projections. |
| 12/13/2023 | P. Shields | 0.6 | Met with BRG (CT, SC) to evaluate updates to credit estimate. |
| 12/13/2023 | S. Chaffos | 0.6 | Met with BRG (PS, CT) to discuss credit estimate analysis. |
| 12/13/2023 | C. Tergevorkian | 0.6 | Met with BRG (PS, SC) to discuss credit estimate updates. |
| 12/13/2023 | P. Shields | 0.5 | Met with BRG (JF) to evaluate historical financial information of the Administrative Offices and ANO Units. |
| 12/13/2023 | J. Funk | 0.5 | Met with BRG (PS) to evaluate ANO Unit (high schools, and parishes) historical financial results. |
| 12/14/2023 | J. Funk | 0.4 | Conducted further review of ANO Unit (high schools) projections in the context of historical financial results. |
| 12/19/2023 | S. Chaffos | 1.4 | Evaluated insurance documents including creation of index. |
| 12/19/2023 | J. Funk | 1.0 | Discussed insurance analysis issues with BRG (SC, PS). |
| 12/19/2023 | P. Shields | 1.0 | Met with BRG (JF, SC) to evaluate insurance premiums and coverages. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **300.00 Asset Analysis (General - Debtors)** | | | |
| 12/19/2023 | S. Chaffos | 1.0 | Participated in call with BRG (PS, JF) to discuss insurance documents [partial]. |
| 12/19/2023 | N. Librock | 0.6 | Reviewed credit analysis materials. |
| 12/19/2023 | J. Funk | 0.6 | Reviewed insurance analysis issues to address. |
| 12/20/2023 | J. Funk | 2.6 | Evaluated insurance costs for 2023-2024 policy period. |
| 12/21/2023 | J. Funk | 1.4 | Continued evaluatation of insurance costs for 2023-2024 policy period. |
| 12/22/2023 | P. Shields | 0.7 | Evaluated financial information in response to inquiry by Debtor's Financial Advisor. |
| 12/22/2023 | S. Chaffos | 0.5 | Attended call with BRG (PS) to review credit estimate analysis updates. |
| 12/22/2023 | P. Shields | 0.5 | Met with BRG (SC) to review updates to credit estimate. |
| 12/22/2023 | S. Chaffos | 0.4 | Refined the credit sensitivity analysis. |
| 12/22/2023 | M. Babcock | 0.3 | Made updates to ability to pay analysis. |
| 12/26/2023 | J. Funk | 1.0 | Continued evaluatation of insurance costs for 2023-2024 policy period. |
| 12/27/2023 | J. Funk | 2.8 | Evaluated insurance costs for 2022-2023 policy period. |
| 12/27/2023 | J. Funk | 0.4 | Reviewed schedules listing policies and costs. |
| 12/28/2023 | P. Shields | 0.7 | Met with UCC Counsel (JS, AC, RK [partial]) in connection with pending request for additional information relating to Portfolio A, and suppressed parish and affiliate ability to pay. |
| 12/28/2023 | J. Funk | 0.4 | Evaluated insurance cost issues for 2021-2022 policy period. |
| 12/28/2023 | P. Shields | 0.1 | Remitted pending information request to UCC Counsel. |
| *Task Code Total Hours* | | *66.8* | |
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 12/1/2023 | S. Chaffos | 2.6 | Continued to update parish ability to pay analysis to include 2023 financial data. |
| 12/1/2023 | S. Chaffos | 2.6 | Evaluated parish and parish school financial trends analysis. |
| 12/1/2023 | Y. Xu | 1.7 | Analyzed ANO and ANO Units Balance Sheets reported in MOR Supplemental for 2022.05 - 2023.09. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 12/1/2023 | Y. Xu | 1.4 | Analyzed ANO and ANO Units Balance Sheets reported in MOR Supplemental for 2020.05 - 2021.02. |
| 12/1/2023 | Y. Xu | 1.4 | Analyzed ANO and ANO Units Balance Sheets reported in MOR Supplemental for 2021.03 - 2022.04. |
| 12/1/2023 | S. Rawlings | 1.2 | Examined suppressed parish questionnaire documents on 11/16/2023. |
| 12/1/2023 | S. Rawlings | 1.1 | Examined suppressed parish questionnaire documents on 11/15/2023. |
| 12/1/2023 | S. Chaffos | 0.3 | Met with BRG (PS) to review parish schools financial trend analysis. |
| 12/1/2023 | P. Shields | 0.3 | Met with BRG (SC) regarding trend analysis for ANO schools. |
| 12/11/2023 | P. Shields | 0.7 | Evaluated potential funding from alleged custodial cash and investments. |
| 12/12/2023 | S. Chaffos | 2.8 | Combined FY 2023 parish school income statement data into database format for parish ability to pay analysis. |
| 12/12/2023 | S. Chaffos | 2.0 | Reconciled parish schools consolidated income statement worksheet to individual worksheets (FY 2023). |
| 12/12/2023 | S. Chaffos | 1.6 | Reconciled parish school income statement data (FY 2023). |
| 12/13/2023 | S. Chaffos | 1.8 | Analyzed income statement data for closed parish schools reported in QuickBooks (FY 2023). |
| 12/18/2023 | S. Chaffos | 2.8 | Revised parish school ability to pay analysis to include 2023 income statement data. |
| 12/18/2023 | S. Chaffos | 2.1 | Updated parish ability to pay analysis. |
| 12/18/2023 | S. Chaffos | 0.3 | Attended call with BRG (PS) to discuss updates to parish ability to pay analysis. |
| 12/18/2023 | P. Shields | 0.3 | Met with BRG (SC) to review parish ability to pay analysis. |
| 12/19/2023 | S. Chaffos | 1.4 | Updated parish ability to pay analysis. |
| 12/19/2023 | P. Shields | 0.1 | Reviewed parish ability to pay analysis. |
| 12/20/2023 | S. Chaffos | 0.2 | Attended call with BRG (PS, MB) to review updates on parish ability to pay analysis. |
| 12/20/2023 | P. Shields | 0.2 | Attended meeting with BRG (SC, MB) to discuss parish ability to pay anaylsis. |
| 12/20/2023 | M. Babcock | 0.2 | Met with BRG (PS, SC) to discuss Parish ability to pay analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **302.00 Asset Analysis (General - Related Non-Debtors)** | | | |
| 12/21/2023 | S. Chaffos | 1.3 | Analyzed affiliate ability to pay analysis. |
| 12/21/2023 | S. Chaffos | 1.1 | Analyzed affiliates operating expenses in context of ability to pay analysis. |
| 12/21/2023 | S. Chaffos | 0.5 | Met with BRG (PS) to review affiliates ability to pay analysis. |
| 12/21/2023 | P. Shields | 0.5 | Met with BRG (SC) regarding review of affiliate ability to pay analysis. |
| 12/22/2023 | S. Chaffos | 1.4 | Updated affiliate ability to pay analysis. |
| 12/22/2023 | S. Chaffos | 0.4 | Attended call with BRG (PS) to review updates on affiliates to ability to pay analysis. |
| 12/22/2023 | P. Shields | 0.4 | Met with BRG (SC) to review updates to affiliate ability to pay analysis. |
| 12/22/2023 | C. Tergevorkian | 0.4 | Performed quality review of affiliate ability to pay analysis. |
| ***Task Code Total Hours*** | | ***35.1*** | |
| **320.00 Asset Analysis (Investments / Funds - Debtors)** | | | |
| 12/1/2023 | M. Babcock | 1.2 | Updated Portfolio A analysis. |
| 12/6/2023 | S. Chaffos | 0.6 | Reviewed debtor FA response relating to Portfolio A. |
| 12/7/2023 | M. Babcock | 2.1 | Evaluated partial responses from Debtor regarding outstanding Portfolio A ownership issues (including identification of missing information and follow-up questions). |
| ***Task Code Total Hours*** | | ***3.9*** | |
| **332.00 Asset Analysis (Real Property - Related Non-Debtors)** | | | |
| 12/5/2023 | S. Chaffos | 2.2 | Examined real estate trial balance accounts reported in MOR supplemental financial workbooks (2020 - 2023). |
| 12/29/2023 | S. Chaffos | 2.5 | Analyzed Christopher Homes real estate information. |
| 12/29/2023 | S. Chaffos | 1.0 | Continued to analyze Christopher Homes real estate information. |
| 12/29/2023 | S. Chaffos | 0.1 | Attended call with BRG (PS) to discuss Christopher Home real estate. |
| 12/29/2023 | P. Shields | 0.1 | Met with BRG (SC) to evaluate ownership, sales / transfers of Debtor real estate in connection with Christopher Homes properties. |
| ***Task Code Total Hours*** | | ***5.9*** | |
| **1030.00 Mediation Preparation & Attendance** | | | |
| 12/1/2023 | P. Shields | 2.7 | Reviewed bond covenant calculations for completeness and accuracy. |

Berkeley Research Group, LLC

Invoice for the 12/1/2023 - 12/31/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 12/1/2023 | P. Shields | 0.6 | Performed research of historical bond covenant calculations from Continuing Disclosure documents. |
| 12/1/2023 | P. Shields | 0.4 | Communicated with UCC Counsel regarding bond covenant calculations. |
| 12/1/2023 | J. Funk | 0.4 | Reviewed bond covenant calculations from most recent fiscal year filing. |
| 12/1/2023 | M. Babcock | 0.3 | Revised presentation for upcoming mediation. |
| 12/2/2023 | P. Shields | 2.2 | Updated Financial Analysis Presentation for in-person mediation session. |
| 12/2/2023 | P. Shields | 0.7 | Responded to inquiries from UCC Counsel regarding the ability to pay analysis and historical trends in donations. |
| 12/4/2023 | B. Nolan | 0.8 | Made preparations for mediation on Wednesday. |
| 12/4/2023 | S. Chaffos | 0.8 | Met with UCC Counsel (AC, JS, SB, BK, RK) and BRG (PS, MB) to discuss upcoming mediation. |
| 12/4/2023 | P. Shields | 0.8 | Met with UCC Counsel (JS, AC, RK, BK, SB) and BRG (MB, SC) to evaluate Financial Analysis Presentation for in-person mediation session. |
| 12/4/2023 | M. Babcock | 0.8 | Met with UCC Counsel (JS, AC, RK, BK, SB) and BRG (PS, SC) to discuss mediation issues. |
| 12/4/2023 | M. Babcock | 0.8 | Updated presentation for upcoming mediation. |
| 12/4/2023 | P. Shields | 0.5 | Met with BRG (MB, SC) to evaluate potential updates to Financial Analysis Presentation for in-person mediation session. |
| 12/4/2023 | S. Chaffos | 0.5 | Met with BRG (PS, MB) to discuss upcoming mediation. |
| 12/4/2023 | M. Babcock | 0.5 | Met with BRG (PS, SC) to discuss mediation issues. |
| 12/5/2023 | M. Babcock | 2.7 | Analyzed issues raised during mediation (including restricted assets). |
| 12/5/2023 | M. Babcock | 2.2 | Attended mediation with Debtor Counsel, Debtor FA, UCC Counsel, SCC Counsel, Committee Member and BRG. |
| 12/5/2023 | P. Shields | 2.2 | Participated in morning mediation session, including presentation of committee assessment of Archdiocese, Unit, and Affiliate ability to pay. |
| 12/5/2023 | P. Shields | 1.1 | Prepared outline of issues for further consideration in connection with Ability to Pay analysis. |
| 12/5/2023 | M. Babcock | 1.0 | Continued attendance at mediation with Debtor Counsel, Debtor FA, UCC Counsel, SCC Counsel, Committee Member and BRG. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **1030.00 Mediation Preparation & Attendance** | | | |
| 12/5/2023 | M. Babcock | 1.0 | Met with UCC Counsel (AC, RK, BK) and BRG (PS) to discuss mediation issues. |
| 12/5/2023 | P. Shields | 1.0 | Participated in afternoon mediation session. |
| 12/5/2023 | P. Shields | 1.0 | Participated in morning meeting with SC Counsel (BW), UCC Counsel (JS [partial], AC, BK, SB), Committee Member (PM) and BRG (MB, PB) in preparation for mediation. |
| 12/5/2023 | B. Nolan | 0.8 | Made preparations for mediation on Wednesday. |
| 12/5/2023 | M. Babcock | 0.5 | Met with UCC Counsel (JS [partial], AC, RK, BK, SB), SCC (BW), Committee member (PM) and BRG (PS, PB) regarding mediation follow-up items. |
| 12/5/2023 | P. Shields | 0.5 | Participated in afternoon meeting with SC Counsel (BW), UCC Counsel (JS [partial], AC, BK, SB, RK), Committee Member (PM) and BRG (MB, PB) to evaluate follow up items. |
| 12/5/2023 | P. Shields | 0.4 | Updated ability to pay PowerPoint slides, including remitting updated slides to Debtor's Counsel and Financial Advisors. |
| 12/5/2023 | P. Shields | 0.3 | Updated ability to pay PowerPoint slides in preparation for mediation. |
| 12/6/2023 | M. Babcock | 0.7 | Continued analysis of issues raised during mediation. |
| 12/9/2023 | P. Shields | 0.7 | Met with BRG (MB) to evaluate schedules that set forth alleged permanent and temporarily restricted assets. |
| 12/9/2023 | M. Babcock | 0.7 | Met with BRG (PS) to discuss mediation issues. |
| 12/11/2023 | P. Shields | 2.6 | Met with SCC (SG, JD), UCC Counsel (JS, AC [partial], RK [partial], BK [partial]), and BRG (MB) to review Estimated Cash and Investments Funding analysis. |
| 12/11/2023 | M. Babcock | 2.6 | Met with UCC (JS, AC [partial], RK [partial], BK [partial]), SCC (JD, SG) and BRG (PS) to discuss mediation issues. |
| 12/11/2023 | M. Babcock | 0.4 | Revised mediation presentation for SCC. |
| **Task Code Total Hours** | | **35.2** | |
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 12/7/2023 | D. Godfrey | 1.6 | Reviewed fee detail for November 2023 Fee Statement. |
| 12/8/2023 | D. Godfrey | 2.6 | Continued to review fee detail for November 2023 Fee Statement. |
| 12/8/2023 | D. Godfrey | 1.2 | Continued to review fee detail for November 2023 Fee Statement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **1060.00 Fee Application Preparation & Hearing** | | | |
| 12/11/2023 | D. Godfrey | 0.3 | Continued to review fee detail for November 2023 Fee Statement. |
| 12/12/2023 | D. Godfrey | 1.6 | Prepared BRG's 38th Monthly Fee Statement (November 2023). |
| 12/13/2023 | D. Godfrey | 0.3 | Continued to review November 2023 fee detail. |
| 12/17/2023 | M. Babcock | 2.1 | Updated BRG's November 2023 Fee Statement. |
| 12/18/2023 | D. Godfrey | 0.3 | Updated detail for November 2023. |
| 12/20/2023 | D. Godfrey | 1.3 | Prepared exhibits for BRG's November 2023 Fee Statement. |
| 12/21/2023 | P. Shields | 0.7 | Updated November 2023 Fee Statement. |
| 12/21/2023 | M. Babcock | 0.3 | Updated November 2023 fee statement. |
| 12/22/2023 | D. Godfrey | 2.4 | Updated exhibits and narrative of November 2023 fee statement. |
| 12/22/2023 | D. Godfrey | 0.6 | Prepared LEDES file for November 2023 fee detail. |
| 12/22/2023 | D. Godfrey | 0.6 | Reviewed outstanding fees for BRG from June 2023 through October 2023. |
| 12/27/2023 | D. Godfrey | 0.4 | Updated BRG's November 2023 fee statement |
| *Task Code Total Hours* | | *16.3* | |
| **1070.00 Billable Travel** | | | |
| 12/4/2023 | P. Shields | 2.3 | Traveled from Salt Lake City to New Orleans in connection with participation at in person mediation [BILL AT HALF RATE]. |
| 12/4/2023 | M. Babcock | 2.3 | Traveled from Salt Lake City, UT to New Orleans, LA to attend mediation [BILL AT HALF RATE]. |
| 12/6/2023 | P. Shields | 2.5 | Traveled from New Orleans to Salt Lake City in connection with participation at in person mediation [BILL AT HALF RATE]. |
| 12/6/2023 | M. Babcock | 2.5 | Traveled from New Orleans, LA to Salt Lake City, UT to attend mediation [BILL AT HALF RATE]. |
| *Task Code Total Hours* | | *9.6* | |
| **Total Hours** | | **179.8** | |

Berkeley Research Group, LLC

Invoice for the 12/1/2023 - 12/31/2023 Period

# EXHIBIT D

**In re: The Roman Catholic Church of the Archdiocese of New Orleans**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 12/1/2023 through 12/31/2023

| Expense Category | Amount |
|---|---|
| 01. Travel - Airline | $577.80 |
| 08. Travel - Hotel/Lodging | $414.51 |
| 10. Meals | $46.96 |
| 22. Subcontracted Services | $2,996.25 |
| **Total Expenses for the Period 12/1/2023 through 12/31/2023** | **$4,035.52** |

# EXHIBIT E

**In re: The Roman Catholic Church of the**

## Berkeley Research Group, LLC

**Exhibit E: Expense Detail**

For the Period 12/1/2023 through 12/31/2023

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **01. Travel - Airline** | | | |
| 12/4/2023 | M. Babcock | $577.80 | Round trip economy airfare from SLC UT to New Orleans LA on 12/4/2023 and 12/6/2023 in order to attend mediation sessions. |
| *Expense Category Total* | | *$577.80* | |
| **08. Travel - Hotel/Lodging** | | | |
| 12/6/2023 | M. Babcock | $414.51 | Hotel while in New Orleans LA from 12/4/2023 to 12/6/2023 to attend mediation session. |
| *Expense Category Total* | | *$414.51* | |
| **10. Meals** | | | |
| 12/4/2023 | M. Babcock | $13.05 | Breakfast on 12/4/2023 while in New Orleans, LA to attend mediation session. |
| 12/4/2023 | M. Babcock | $9.93 | Dinner on 12/4/2023 while in New Orleans, LA to attend mediation session. |
| 12/6/2023 | M. Babcock | $23.98 | Breakfast on 12/6/2023 while in New Orleans, LA to attend mediation session. |
| *Expense Category Total* | | *$46.96* | |
| **22. Subcontracted Services** | | | |
| 12/1/2023 | BRG Direct | $828.75 | EVB Exceptional Resources LLC contracted services for 11/1/2023 - 11/30/2023. |
| 12/1/2023 | BRG Direct | $340.00 | Supplemental EVB Exceptional Resources LLC contracted services for 11/1/2023 - 11/30/2023. |
| 12/31/2023 | BRG Direct | $1,827.50 | EVB Exceptional Resources LLC contracted services for 12/1/2023 - 12/31/2023. |
| *Expense Category Total* | | *$2,996.25* | |
| **Total Expenses** | | **$4,035.52** | |

# EXHIBIT F

# EVB Exceptional Resources LLC

## INVOICE

1270 Burning Tree Lane
Winter Park, FL 32792
(321) 279-9360

**DATE:** December 4, 2023
**INVOICE #** EVB-041a
**FOR:** Matter #47526

**BILL TO:**
Berkeley Research Group
2200 Powell Street, Suite 1200
Emeryville, CA 94608

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|
| | | | $ - |
| Matter #47526 - Total Hrs. for Nov. '23 (detail on timesheet template) | 3.90 | $212.50 | $ 828.75 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | **TOTAL** | $ 828.75 |

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
| --- | --- | --- | --- |

Make all checks payable to EVB Exceptional Resources LLC.    Thank you for your business!

# EVB Exceptional Resources LLC

# INVOICE

1270 Burning Tree Lane
Winter Park, FL 32792
(321) 279-9360

**DATE:** December 21, 2023
**INVOICE #** EVB-041b
**FOR:** Matter #47526
Supplementary Invoice

**BILL TO:**
Berkeley Research Group
2200 Powell Street, Suite 1200
Emeryville, CA 94608

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|
| | | | $ - |
| Matter #47526 - Total Hrs. for Nov. '23 (detail on timesheet template) | 1.60 | $212.50 | $ 340.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | **TOTAL** | $ 340.00 |

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|

Make all checks payable to EVB Exceptional Resources LLC.    Thank you for your business!

# EVB Exceptional Resources LLC

# INVOICE

1270 Burning Tree Lane
Winter Park, FL 32792
(321) 279-9360

**DATE:** January 4, 2024
**INVOICE #** EVB-045
**FOR:** Matter #47526

**BILL TO:**
Berkeley Research Group
2200 Powell Street, Suite 1200
Emeryville, CA 94608

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|
|  |  |  | $ - |
| Matter #47526 - Total Hrs. for Dec. 23 (detail on timesheet template) | 8.60 | $212.50 | $ 1,827.50 |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  | **TOTAL** | $ 1,827.50 |

| DESCRIPTION | Hours or EXP | RATE or AMOUNT | AMOUNT |
|---|---|---|---|

Make all checks payable to EVB Exceptional Resources LLC.    Thank you for your business!



## ARCHDIOCESE OF NEW ORLEANS
### DETAIL OF SUBCONTRACTED SERVICES

| Work Date | Work Hours | Work Rate | Currency | Narrative | Task |
|-----------|-----------|-----------|----------|-----------|------|
| 11/9/2023 | 2.90 | $ 212.50 | $ 616.25 | Reviewed Deferred Maintenance Analysis Presentation slides. | 333.00 |
| 11/15/2023 | 1.00 | $ 212.50 | $ 212.50 | Participated in call to discuss Deferred Maintenance Analysis Presentation slides (MB, PS, BN, KB, SC). | 333.00 |
| 11/2/2023 | 1.60 | $ 212.50 | $ 340.00 | Met with BRG (PS, SC, KB [partial], MB) to evaluate deferred maintenance analysis. | 333.00 |
| 12/4/2023 | 2.90 | $ 212.50 | $ 616.25 | Prepared Deferred Maintenance Mediation Presentation slide notes. | 333.00 |
| 12/4/2023 | 1.20 | $ 212.50 | $ 255.00 | Reviewed Deferred Maintenance Mediation Presentation slides for in preperation for mediation. | 333.00 |
| 12/5/2023 | 2.50 | $ 212.50 | $ 531.25 | Participated in morning session of mediation. | 1030.00 |
| 12/5/2023 | 2.00 | $ 212.50 | $ 425.00 | Participated in afternoon session of mediation. | 1030.00 |
| | 14.10 | | $ 2,996.25 | | |

# EXHIBIT 7

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: March 14th, 2024 |

### FORTIETH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JANUARY 1, 2024 THROUGH, JANUARY 31 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Fortieth Monthly Fee and Expense Statement (the "Statement") for the period from January 1, 2024 through January 31, 2024 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| January 1, 2024 to January 31, 2024 | |
|---|---|
| Fees (At Standard Rates) | $37,407.00 |
| Voluntary Reduction | (<u>$6,343.50</u>) |
| Fees (After Reduction) | $31,064.00 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$31,064.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      As noted in *the Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 17, 2020* [Docket No. 205] (the "Application"). "These discounted hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised dates become effective." As of January 1, 2024, the hourly rates for certain staff increased. The new rates can be found in Exhibit A: Fees by Professional.

4.      The BRG timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **<u>Exhibit B</u>**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **<u>Exhibit C</u>**.

BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting

2

reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

**SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/23/21 Dkt No. N/A | 06/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 05/25/21 Dkt No. N/A | 11/01/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 12/01/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 01/01/21 - 01/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 02/01/21 - 02/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 03/01/21 - 03/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *05/27/21 Dkt No. 891* | *06/17/20 - 03/31/21* | *$252,386.00* | *$3,889.52* | *06/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 04/01/21 - 04/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 05/01/21 - 05/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 06/01/21 - 06/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 07/01/21 - 07/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 08/01/21 - 08/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 09/01/21 - 09/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/01/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *04/01/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/01/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |

3

| *Statement / Application* | | *Total Requested* | | *CNO / Order* | *Total Paid To Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Date Filed / Docket No.** | **Fees** | **Expenses** | **Fees & Expenses** |
| 01/28/22 Dkt No. N/A | 12/01/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 02/28/22 Dkt No. N/A | 01/01/22 - 01/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |
| 03/23/22 Dkt No. N/A | 02/01/22 - 02/28/22 | $63,452.00 | $0.00 | N/A | $63,452.00 | $0.00 | $0.00 |
| *03/24/22 Dkt No. 1385* | *11/01/21 - 02/28/22* | *$152,754.50* | *$0.00* | *04/19/22 Dkt No. 1466* | *$152,754.50* | *$0.00* | *$0.00* |
| 04/28/22 Dkt No. N/A | 03/01/22 - 03/31/22 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 05/27/22 Dkt No. N/A | 04/01/22 - 04/30/22 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 06/29/22 Dkt No. N/A | 05/01/22 - 05/31/22 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 07/26/22 Dkt No. N/A | 06/01/22 - 06/30/22 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *07/28/22 Dkt No. 1688* | *03/01/22 - 06/30/22* | *$352,917.00* | *$0.00* | *08/17/22 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 08/29/22 Dkt No. N/A | 07/01/22 - 07/31/22 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 09/29/22 Dkt No. N/A | 08/01/22 - 08/31/22 | $104,162.00 | $500.00 | N/A | $104,162.00 | $500.00 | $0.00 |
| 10/28/22 Dkt No. N/A | 09/01/22 - 09/30/22 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/22 Dkt No. N/A | 10/01/22 - 10/31/22 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/22 Dkt No. 1943 | *07/01/22 - 10/31/22* | *$359,538.00* | *$500.00* | *12/13/22 Dkt No. 1976* | *$359,538.00* | *$500.00* | *$0.00* |
| 12/22/22 Dkt No. N/A | 11/01/22 - 11/30/22 | $58,923.50 | $0.00 | N/A | $58,923.50 | $0.00 | $0.00 |
| 01/27/23 Dkt No. N/A | 12/01/22 - 12/31/22 | $47,504.50 | $0.00 | N/A | $47,504.50 | $0.00 | $0.00 |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 02/28/23 Dkt No. N/A | 01/01/23 - 01/31/23 | $102,738.00 | $3,995.00 | N/A | $102,738.00 | $3,995.00 | $0.00 |
| 03/29/23 Dkt No. N/A | 02/01/23 - 02/28/23 | $286,205.00 | $9,278.16 | N/A | $286,205.00 | $9,278.16 | $0.00 |
| 03/28/23 Dkt No. 2200 | 11/01/22 - 02/28/23 | $495,371.00 | $13,273.16 | 04/14/23 Dkt No. 2228 | $495,371.00 | $13,273.16 | $0.00 |
| 04/28/23 Dkt No. N/A | 03/01/23 - 03/31/23 | $191,464.00 | $3,400.00 | N/A | $191,464.00 | $3,400.00 | $0.00 |
| 05/30/23 Dkt No. N/A | 04/01/23 - 04/30/23 | $103,741.00 | $0.00 | N/A | $103,741.00 | $0.00 | $0.00 |
| 06/28/23 Dkt No. N/A | 05/01/23 - 05/31/23 | $146,564.50 | $0.00 | N/A | $146,564.50 | $0.00 | $0.00 |
| 07/25/23 Dkt No. N/A | 06/01/23 – 06/30/23 | $87,466.00 | $1,841.26 | N/A | $87,466.00 | $1,841.26 | $0.00 |
| 07/25/23 Dkt No. 2393 | 03/01/23 – 06/30/23 | $529,235.50 | $5,241.26 | 08/17/23 Dkt No. 2438 | $529,235.50 | $5,241.26 | $0.00 |
| 08/29/23 Dkt No. N/A | 07/01/23 – 07/31/23 | $20,458.00 | $0.00 | N/A | $20,458.00 | $0.00 | $0.00 |
| 09/29/23 Dkt No. N/A | 08/01/23 – 08/31/23 | $28,343.00 | $1,990.23 | N/A | $28,343.00 | $1,990.23 | $0.00 |
| 10/27/23 Dkt No. N/A | 09/01/23 – 09/30/23 | $46,927.00 | $0.00 | N/A | $46,927.00 | $0.00 | $0.00 |
| 11/29/23 Dkt No. N/A | 10/01/23 – 10/31/23 | $146,053.50 | $1,571.59 | N/A | $146,053.50 | $1,571.59 | $0.00 |
| 11/29/23 Dkt No. 2680 | 07/01/23 – 10/31/23 | $241,781.50 | $3,561.82 | 12/20/2023 Dkt No. 2750 | $241,781.50 | $3,561.82 | $0.00 |
| 12/28/23 Dkt No. N/A | 11/01/23 – 11/30/23 | $107,361.50 | $0.00 | N/A | $85,889.20 | $0.00 | 107,361.50 |
| 01/26/24 Dkt No. N/A | 12/01/23 – 12/31/23 | $83,937.00 | $4,035.52 | N/A | $0.00 | $0.00 | $87,972.52 |
| **Totals** | | **$2,968,978.50** | **$30,514.21** | | **$2,863,389.20** | **$26,478.69** | **$109,444.82** |

## NO PRIOR REQUEST

5.　　　With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.　　　In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.　　　Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14th, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $24,851.20 (80% of $31,064.00) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $24,851.20 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  February 29, 2023                              Respectfully submitted,

                                                        By:/s/ *Paul N. Shields*
                                                            Paul N. Shields
                                                            Berkeley Research Group, LLC
                                                            201 South Main Street, Suite 450
                                                            Salt Lake City, Utah 84111
                                                            Telephone: (801) 364-6233
                                                            Email:  pshields@thinkbrg.com

                                                        *Financial Advisors to the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 01/01/24 through 01/31/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $705.00 | 9.0 | $6,345.00 |
| R. Strong | Managing Director | $680.00 | 3.5 | $2,380.00 |
| M. Babcock | Director | $625.00 | 12.4 | $7,750.00 |
| J. Funk | Senior Managing Consultant | $540.00 | 1.5 | $810.00 |
| S. Chaffos | Consultant | $345.00 | 27.2 | $9,384.00 |
| A. Stubbs | Associate | $265.00 | 6.2 | $1,643.00 |
| S. Rawlings | Associate | $185.00 | 4.4 | $814.00 |
| Y. Xu | Associate | $185.00 | 1.5 | $277.50 |
| D. Godfrey | Case Assistant | $135.00 | 12.3 | $1,660.50 |
| **TOTAL** | | | **78.0** | **$31,064.00** |
| **BLENDED RATE** | | | | **$398.26** |

# EXHIBIT B



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 01/01/24 through 01/31/24

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 2.0 | $921.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 14.0 | $3,886.00 |
| 300.00 - Asset Analysis (General - Debtors) | 12.6 | $5,431.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 7.9 | $2,229.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 8.2 | $3,173.00 |
| 390.00 - Asset Analysis (Other - Debtors) | 5.7 | $2,813.00 |
| 1030.00 - Mediation Preparation & Attendance | 14.4 | $9,232.00 |
| 1060.00 - Fee Application Preparation & Hearing | 13.2 | $3,378.00 |
| **TOTAL** | **78.0** | **$31,064.00** |
| **BLENDED RATE** | | **$398.26** |

# EXHIBIT C

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/24 through 01/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 01/09/24 | S. Chaffos | 1.3 | $448.50 | Prepared investment account statements production index. |
| 01/24/24 | P. Shields | 0.3 | $211.50 | Prepared outline of follow up items for consideration in connection with pending document requests. |
| 01/24/24 | R. Strong | 0.2 | $136.00 | Attend call with UCC (JS) and BRG (MB) regarding case status issues. |
| 01/24/24 | M. Babcock | 0.2 | $125.00 | Met with UCC Counsel (JS) to discuss case status. |
| *Task Code:  200.90* | | *2.0* | *$921.00* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 01/04/24 | S. Chaffos | 1.8 | $621.00 | Evaluated cash activity reported in supplemental MOR data - unrestricted / restricted (November 2023). |
| 01/04/24 | S. Chaffos | 1.2 | $414.00 | Updated comparative balance sheet analysis - MOR (November 2023). |
| 01/09/24 | S. Chaffos | 2.1 | $724.50 | Analyzed cash and investment historical trends reported in supplemental MOR data (May 2020 - November 2023). |
| 01/09/24 | S. Rawlings | 1.5 | $277.50 | Analyzed ANO and ANO Units income statement reported in MOR Supplemental for October and November 2023. |
| 01/09/24 | S. Rawlings | 1.4 | $259.00 | Analyzed MOR cash receipts and disbursements for October and November 2023. |
| 01/09/24 | S. Rawlings | 0.8 | $148.00 | Updated MOR cash summary ending balance comparison analysis for November 2023. |
| 01/09/24 | S. Rawlings | 0.4 | $74.00 | Updated MOR balance sheet comparative schedule to include November 2023. |
| 01/09/24 | S. Rawlings | 0.3 | $55.50 | Updated MOR income statement comparative schedule to include November 2023. |
| 01/26/24 | Y. Xu | 0.5 | $92.50 | Examined MOR cash receipt and disbursement transactions (December 2023). |
| 01/26/24 | S. Chaffos | 0.5 | $172.50 | Updated comparative balance sheet trend analysis - MOR (December 2023). |
| 01/26/24 | Y. Xu | 0.3 | $55.50 | Updated ending MOR cash balance comparison analysis (December 2023). |
| 01/26/24 | Y. Xu | 0.3 | $55.50 | Updated MOR comparative balance sheet analysis - ANO / ANO Units (December 2023.) |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/24 through 01/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 01/26/24 | Y. Xu | 0.2 | $37.00 | Updated comparative financial statement analysis - MOR income statement (December 2023) |
| 01/26/24 | Y. Xu | 0.1 | $18.50 | Updated comparative financial statement analysis - MOR balance sheet (December 2023). |
| 01/26/24 | Y. Xu | 0.1 | $18.50 | Updated MOR comparative income statement analysis - ANO / ANO Units (December 2023.) |
| 01/29/24 | S. Chaffos | 1.5 | $517.50 | Evaluated cash activity reported in supplemental MOR data - unrestricted / restricted (December 2023). |
| 01/29/24 | S. Chaffos | 1.0 | $345.00 | Analyzed ANO / ANO Unit balance sheet activity reported in supplemental MOR data (October 2023 - December 2023). |
| *Task Code:* **220.00** | | *14.0* | *$3,886.00* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 01/03/24 | S. Chaffos | 0.9 | $310.50 | Refined bank and investment statement index. |
| 01/03/24 | P. Shields | 0.2 | $141.00 | Prepared outline of evaluation of investment returns. |
| 01/22/24 | J. Funk | 0.5 | $270.00 | Evaluated financial information in the context of assessing ability to pay analysis. |
| 01/23/24 | J. Funk | 0.5 | $270.00 | Continued evaluation of financial information in the context of assessing ability to pay analysis. |
| 01/23/24 | P. Shields | 0.3 | $211.50 | Met with BRG (JF) to evaluate financial information in the context of assessing ability to pay analysis. |
| 01/23/24 | J. Funk | 0.3 | $162.00 | Met with BRG (PS) to evaluate financial information in the context of assessing ability to pay analysis. |
| 01/24/24 | S. Chaffos | 2.2 | $759.00 | Updated asset analysis for upcoming mediator status meeting (Portfolio A and B). |
| 01/24/24 | P. Shields | 0.2 | $141.00 | Met with BRG (JF) to evaluate financial information in the context of assessing ability to pay analysis. |
| 01/24/24 | J. Funk | 0.2 | $108.00 | Met with BRG (PS) to evaluate financial information in the context of assessing ability to pay analysis. |
| 01/24/24 | P. Shields | 0.1 | $70.50 | Prepared outline of updates to ANO presentation. |
| 01/25/24 | S. Chaffos | 2.7 | $931.50 | Updated asset analysis for upcoming mediator status meeting (Affiliates). |

 **BRG** · · · · · · · · · · · · · · · **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/24 through 01/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 01/25/24 | S. Chaffos | 1.5 | $517.50 | Updated asset analysis for upcoming mediator status meeting (ANO / ANO Units). |
| 01/27/24 | P. Shields | 0.4 | $282.00 | Updated PowerPoint slides for presentation to mediator. |
| 01/30/24 | S. Chaffos | 1.6 | $552.00 | Updated asset analysis for upcoming mediator status meeting (Loan Reserve). |
| 01/30/24 | P. Shields | 1.0 | $705.00 | Performed quality review of ability to pay PowerPoint slides in preparation for meeting with mediator. |
| *Task Code:  300.00* | | *12.6* | *$5,431.50* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 01/08/24 | S. Chaffos | 1.7 | $586.50 | Analyzed 'Rentals, Leases, and Royalties' expense reported in parishes income statements. |
| 01/09/24 | A. Stubbs | 0.3 | $79.50 | Reviewed data set forth in Christopher Homes real estate analysis. |
| 01/10/24 | A. Stubbs | 2.6 | $689.00 | Assessed the completeness and accuracy of Christopher Homes real estate analysis (New Orleans Parish). |
| 01/10/24 | A. Stubbs | 2.3 | $609.50 | Assessed the completeness and accuracy of Christopher Homes real estate analysis (Jefferson, St. John The Baptist, and St. Bernard Parish). |
| 01/10/24 | A. Stubbs | 1.0 | $265.00 | Assessed the completeness and accuracy of Christopher Homes real estate analysis (New Orleans, St. Tammany, St. Bernard Parish). |
| *Task Code:  302.00* | | *7.9* | *$2,229.50* | *Totals* |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 01/02/24 | S. Chaffos | 2.7 | $931.50 | Researched real estate transaction information for Christopher Homes properties in New Orleans, St. Tammany, and St. Bernard Parishes. |
| 01/02/24 | S. Chaffos | 2.4 | $828.00 | Researched real estate ownership / transaction information for Christopher Homes properties in Jefferson, St. John The Baptist, and St. Bernard Parishes. |
| 01/23/24 | S. Chaffos | 1.3 | $448.50 | Revised Christopher Homes real estate analysis. |
| 01/23/24 | S. Chaffos | 0.8 | $276.00 | Attended call with BRG (PS, MB [partial]) to evaluate Christopher Homes real estate. |

 **BRG** ···················· **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 01/01/24 through 01/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 01/23/24 | P. Shields | 0.8 | $564.00 | Met with BRG (MB [partial], SC) to evaluate analysis of real estate holdings / transactions relating to Christopher Homes properties. |
| 01/23/24 | M. Babcock | 0.2 | $125.00 | Attended meeting with BRG (PS, SC) to examine Christopher Homes real estate holdings [partial]. |
| *Task Code:* | *330.00* | *8.2* | *$3,173.00* | *Totals* |
| **390.00 - Asset Analysis (Other - Debtors)** | | | | |
| 01/05/24 | D. Godfrey | 1.9 | $256.50 | Reviewed FCC databases for licenses in the name of the debtor and affiliates. |
| 01/08/24 | R. Strong | 2.4 | $1,632.00 | Analyzed public sources for FCC licenses for asset analysis. |
| 01/08/24 | M. Babcock | 0.5 | $312.50 | Investigated FCC licenses / spectrum licenses owned by the Debtor. |
| 01/09/24 | R. Strong | 0.4 | $272.00 | Attended call with FCC License expert to evaluate ANO FCC licenses and potential value. |
| 01/09/24 | R. Strong | 0.3 | $204.00 | Analyzed FCC database for additional FCC licenses for asset analysis. |
| 01/24/24 | R. Strong | 0.2 | $136.00 | Analyzed FCC database for additional FCC licenses for asset analysis. |
| *Task Code:* | *390.00* | *5.7* | *$2,813.00* | *Totals* |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 01/24/24 | M. Babcock | 2.7 | $1,687.50 | Updated asset / ability to pay presentation for meeting with mediator. |
| 01/25/24 | M. Babcock | 1.4 | $875.00 | Continued update of asset / ability to pay presentation for meeting with mediator. |
| 01/26/24 | M. Babcock | 1.4 | $875.00 | Revised asset / ability to pay presentation for meeting with mediator. |
| 01/29/24 | M. Babcock | 0.7 | $437.50 | Continued revision of asset / ability to pay presentation for meeting with mediator. |
| 01/30/24 | M. Babcock | 1.5 | $937.50 | Updated asset / ability to pay presentation for meeting with mediator. |
| 01/31/24 | P. Shields | 2.9 | $2,044.50 | Participated in meeting with Committee Member, Mediator and Mediator Assistant, UCC Counsel, SC Counsel, and BRG to review case issues with mediator. |

 **BRG** · · · · · · · · · · · · · · · · · · · · · · · · · · · **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/24 through 01/31/24

| Date | Professional | Hours | Amount | Description |
|------|------|------|------|------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 01/31/24 | M. Babcock | 2.9 | $1,812.50 | Participated in meeting with UCC Member, Mediator, Mediator Assistant, UCC Counsel, SC Counsel, and BRG (PS) to discuss case issues. |
| 01/31/24 | M. Babcock | 0.9 | $562.50 | Examined asset / ability to pay presentation in advance of meeting with mediator. |
| **Task Code: 1030.00** | | **14.4** | **$9,232.00** | **Totals** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 01/08/24 | D. Godfrey | 0.6 | $81.00 | Reviewed fee detail for December 2023 in preparation for monthly fee statement. |
| 01/09/24 | D. Godfrey | 1.6 | $216.00 | Continued to review December 2023 fee detail in preparation for monthly fee statement. |
| 01/10/24 | D. Godfrey | 1.7 | $229.50 | Reviewed expense detail for December 2023 in preparation for monthly statement.. |
| 01/10/24 | D. Godfrey | 1.1 | $148.50 | Prepared draft of BRG's 39th Monthly Fee Statement. |
| 01/16/24 | D. Godfrey | 0.6 | $81.00 | Updated fee detail for December 2023 in preparation for monthly fee statement. |
| 01/18/24 | D. Godfrey | 0.2 | $27.00 | Continued to update fee detail for December 2023 in preparation for monthly fee statement. |
| 01/23/24 | D. Godfrey | 0.5 | $67.50 | Examined further December 2023 fee detail in preparation for monthly fee statement. |
| 01/26/24 | D. Godfrey | 2.8 | $378.00 | Prepared exhibits for BRG's December 2023 Fee Statement. |
| 01/26/24 | P. Shields | 2.2 | $1,551.00 | Updated fee detail for December 2023 Fee Statement. |
| 01/26/24 | D. Godfrey | 1.1 | $148.50 | Revised BRG's December 2023 Fee Statement. |
| 01/26/24 | P. Shields | 0.6 | $423.00 | Updated December 2023 Fee Statement. |
| 01/29/24 | D. Godfrey | 0.2 | $27.00 | Continued to revise December 2023 fee statement. |
| **Task Code: 1060.00** | | **13.2** | **$3,378.00** | **Totals** |
| **TOTALS** | | **78.0** | **$31,064.00** | |

# EXHIBIT 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: April 12th, 2024 |

**FORTY-FIRST MONTHLY FEE AND EXPENSE STATEMENT OF
BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD
FEBRUARY 1, 2024 THROUGH, FEBRUARY 29 2024**

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") hereby submits its Forty-First Monthly Fee and Expense Statement (the "Statement") for the period from February 1, 2024 through February 29, 2024 (the "Fee Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2. The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| February 1, 2024 to February 29, 2024 | |
|---|---|
| Fees (At Standard Rates) | $15,970.00 |
| Voluntary Reduction | (<u>$2,650.50</u>) |
| Fees (After Reduction) | $13,319.50 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$13,319.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C**.

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 03/23/21 Dkt No. N/A | 06/17/20 - 10/31/20 | $176,490.50 | $3,807.52 | N/A | $176,490.50 | $3,807.52 | $0.00 |
| 05/25/21 Dkt No. N/A | 11/01/20 - 11/30/20 | $6,289.50 | $75.00 | N/A | $6,289.50 | $75.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 12/01/20 - 12/31/20 | $10,428.00 | $0.00 | N/A | $10,428.00 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 01/01/21 - 01/31/21 | $21,400.00 | $7.00 | N/A | $21,400.00 | $7.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 02/01/21 - 02/28/21 | $8,278.50 | $0.00 | N/A | $8,278.50 | $0.00 | $0.00 |
| 05/25/21 Dkt No. N/A | 03/01/21 - 03/31/21 | $29,499.50 | $0.00 | N/A | $29,499.50 | $0.00 | $0.00 |
| *05/27/21 Dkt No. 891* | *06/17/20 - 03/31/21* | *$252,386.00* | *$3,889.52* | *06/21/21 Dkt No. 916* | *$252,386.00* | *$3,889.52* | *$0.00* |
| 11/23/21 Dkt No. N/A | 04/01/21 - 04/30/21 | $49,056.00 | $0.00 | N/A | $49,056.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 05/01/21 - 05/31/21 | $52,309.00 | $0.00 | N/A | $52,309.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 06/01/21 - 06/30/21 | $37,186.50 | $0.00 | N/A | $37,186.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 07/01/21 - 07/31/21 | $50,481.00 | $0.00 | N/A | $50,481.00 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 08/01/21 - 08/31/21 | $156,335.50 | $0.00 | N/A | $156,335.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 09/01/21 - 09/30/21 | $23,364.50 | $0.00 | N/A | $23,364.50 | $0.00 | $0.00 |
| 11/23/21 Dkt No. N/A | 10/01/21 - 10/31/21 | $24,784.00 | $12.93 | N/A | $24,784.00 | $12.93 | $0.00 |
| *11/24/21 Dkt No. 1186* | *04/01/21 - 10/31/21* | *$393,516.50* | *$12.93* | *12/14/21 Dkt No. 1199* | *$393,516.50* | *$12.93* | *$0.00* |
| 12/28/21 Dkt No. N/A | 11/01/21 - 11/30/21 | $14,230.00 | $0.00 | N/A | $14,230.00 | $0.00 | $0.00 |
| 01/28/22 Dkt No. N/A | 12/01/21 - 12/31/21 | $27,778.00 | $0.00 | N/A | $27,778.00 | $0.00 | $0.00 |
| 02/28/22 Dkt No. N/A | 01/01/22 - 01/31/22 | $47,294.50 | $0.00 | N/A | $47,294.50 | $0.00 | $0.00 |

| *Statement / Application* | | *Total Requested* | | *CNO / Order* | *Total Paid To Date* | | *Total Unpaid* |
|---|---|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Date Filed / Docket No.** | **Fees** | **Expenses** | **Fees & Expenses** |
| 04/28/22 Dkt No. N/A | 03/01/22 - 03/31/22 | $115,531.00 | $0.00 | N/A | $115,531.00 | $0.00 | $0.00 |
| 05/27/22 Dkt No. N/A | 04/01/22 - 04/30/22 | $43,931.00 | $0.00 | N/A | $43,931.00 | $0.00 | $0.00 |
| 06/29/22 Dkt No. N/A | 05/01/22 - 05/31/22 | $109,327.00 | $0.00 | N/A | $109,327.00 | $0.00 | $0.00 |
| 07/26/22 Dkt No. N/A | 06/01/22 - 06/30/22 | $84,128.00 | $0.00 | N/A | $84,128.00 | $0.00 | $0.00 |
| *07/28/22 Dkt No. 1688* | *03/01/22 - 06/30/22* | *$352,917.00* | *$0.00* | *08/17/22 Dkt No. 1740* | *$352,917.00* | *$0.00* | *$0.00* |
| 08/29/22 Dkt No. N/A | 07/01/22 - 07/31/22 | $54,081.50 | $0.00 | N/A | $54,081.50 | $0.00 | $0.00 |
| 09/29/22 Dkt No. N/A | 08/01/22 - 08/31/22 | $104,162.00 | $500.00 | N/A | $104,162.00 | $500.00 | $0.00 |
| 10/28/22 Dkt No. N/A | 09/01/22 - 09/30/22 | $84,134.00 | $0.00 | N/A | $84,134.00 | $0.00 | $0.00 |
| 11/23/22 Dkt No. N/A | 10/01/22 - 10/31/22 | $117,160.50 | $0.00 | N/A | $117,160.50 | $0.00 | $0.00 |
| 11/23/22 Dkt No. 1943 | *07/01/22 - 10/31/22* | *$359,538.00* | *$500.00* | *12/13/22 Dkt No. 1976* | *$359,538.00* | *$500.00* | *$0.00* |
| 12/22/22 Dkt No. N/A | 11/01/22 - 11/30/22 | $58,923.50 | $0.00 | N/A | $58,923.50 | $0.00 | $0.00 |
| 01/27/23 Dkt No. N/A | 12/01/22 - 12/31/22 | $47,504.50 | $0.00 | N/A | $47,504.50 | $0.00 | $0.00 |
| 02/28/23 Dkt No. N/A | 01/01/23 - 01/31/23 | $102,738.00 | $3,995.00 | N/A | $102,738.00 | $3,995.00 | $0.00 |
| 03/29/23 Dkt No. N/A | 02/01/23 - 02/28/23 | $286,205.00 | $9,278.16 | N/A | $286,205.00 | $9,278.16 | $0.00 |
| *03/28/23 Dkt No. 2200* | *11/01/22 - 02/28/23* | *$495,371.00* | *$13,273.16* | *04/14/23 Dkt No. 2228* | *$495,371.00* | *$13,273.16* | *$0.00* |

| Statement / Application | | Total Requested | | CNO / Order | Total Paid To Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Date Filed / Docket No. | Fees | Expenses | Fees & Expenses |
| 04/28/23 Dkt No. N/A | 03/01/23 - 03/31/23 | $191,464.00 | $3,400.00 | N/A | $191,464.00 | $3,400.00 | $0.00 |
| 05/30/23 Dkt No. N/A | 04/01/23 - 04/30/23 | $103,741.00 | $0.00 | N/A | $103,741.00 | $0.00 | $0.00 |
| 06/28/23 Dkt No. N/A | 05/01/23 - 05/31/23 | $146,564.50 | $0.00 | N/A | $146,564.50 | $0.00 | $0.00 |
| 07/25/23 Dkt No. N/A | 06/01/23 – 06/30/23 | $87,466.00 | $1,841.26 | N/A | $87,466.00 | $1,841.26 | $0.00 |
| *07/25/23 Dkt No. 2393* | *03/01/23 – 06/30/23* | *$529,235.50* | *$5,241.26* | *08/17/23 Dkt No. 2438* | *$529,235.50* | *$5,241.26* | *$0.00* |
| 08/29/23 Dkt No. N/A | 07/01/23 – 07/31/23 | $20,458.00 | $0.00 | N/A | $20,458.00 | $0.00 | $0.00 |
| 09/29/23 Dkt No. N/A | 08/01/23 – 08/31/23 | $28,343.00 | $1,990.23 | N/A | $28,343.00 | $1,990.23 | $0.00 |
| 10/27/23 Dkt No. N/A | 09/01/23 – 09/30/23 | $46,927.00 | $0.00 | N/A | $46,927.00 | $0.00 | $0.00 |
| 11/29/23 Dkt No. N/A | 10/01/23 – 10/31/23 | $146,053.50 | $1,571.59 | N/A | $146,053.50 | $1,571.59 | $0.00 |
| *11/29/23 Dkt No. 2680* | *07/01/23 – 10/31/23* | *$241,781.50* | *$3,561.82* | *12/20/2023 Dkt No. 2750* | *$241,781.50* | *$3,561.82* | *$0.00* |
| 12/28/23 Dkt No. N/A | 11/01/23 – 11/30/23 | $107,361.50 | $0.00 | N/A | $85,889.20 | $0.00 | $21,472.30 |
| 01/26/24 Dkt No. N/A | 12/01/23 – 12/31/23 | $83,937.00 | $4,035.52 | N/A | $67,149.60 | $4,035.52 | $16,787.40 |
| 01/29/24 Dkt No. N/A | 01/01/24 – 01/31/24 | $31,064.00 | $0.00 | N/A | $0.00 | $0.00 | $31,064.00 |
| **Totals** | | **$2,999,862.50** | **$30,514.21** | | **$2,930,538.80** | **$30,514.21** | **$69,323.70** |

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 12th, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of $10,665.60 (80% of $13,319.50) and expenses in the amount of $0.00 and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of $10,665.60 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  March 28, 2024                          Respectfully submitted,

                                                By:/s/ *Paul N. Shields*
                                                    Paul N. Shields
                                                    Berkeley Research Group, LLC
                                                    201 South Main Street, Suite 450
                                                    Salt Lake City, Utah 84111
                                                    Telephone: (801) 364-6233
                                                    Email:  pshields@thinkbrg.com

                                                *Financial Advisors to the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 02/01/24 through 02/29/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| N. Librock | Managing Director | $775.00 | 0.2 | $155.00 |
| P. Shields | Managing Director | $705.00 | 7.2 | $5,076.00 |
| R. Strong | Managing Director | $680.00 | 1.2 | $816.00 |
| M. Babcock | Director | $625.00 | 2.0 | $1,250.00 |
| S. Chaffos | Consultant | $345.00 | 13.6 | $4,692.00 |
| M. Haverkamp | Case Manager | $375.00 | 0.2 | $75.00 |
| D. Godfrey | Case Assistant | $135.00 | 9.3 | $1,255.50 |
| **TOTAL** | | | **33.7** | **$13,319.50** |
| **BLENDED RATE** | | | | **$395.24** |

# EXHIBIT B



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 02/01/24 through 02/29/24

| Task Code | Hours | Fees |
|---|---|---|
| 300.00 - Asset Analysis (General - Debtors) | 2.3 | $1,251.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 0.6 | $207.00 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 16.3 | $7,091.50 |
| 1000.00 - Case Administration | 0.3 | $211.50 |
| 1030.00 - Mediation Preparation & Attendance | 1.4 | $931.00 |
| 1060.00 - Fee Application Preparation & Hearing | 12.8 | $3,627.00 |
| **TOTAL** | **33.7** | **$13,319.50** |
| **BLENDED RATE** | | **$395.24** |

# EXHIBIT C

 **BRG** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 02/01/24 through 02/29/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 02/02/24 | P. Shields | 0.2 | $141.00 | Met with BRG (NL) to review matters relating to credit analysis. |
| 02/02/24 | N. Librock | 0.2 | $155.00 | Met with BRG (PS) to review matters relating to credit analysis. |
| 02/12/24 | P. Shields | 0.1 | $70.50 | Outlined updates to be made to analysis of Christopher Homes communities financial information. |
| 02/27/24 | P. Shields | 0.5 | $352.50 | Evaluated updates to assessment of pension and retiree medical plan obligations. |
| 02/27/24 | M. Babcock | 0.3 | $187.50 | Updated Parish ability to pay analysis. |
| 02/28/24 | S. Chaffos | 1.0 | $345.00 | Evaluated financial activity reported in MOR supplementals (June 2023). |
| ***Task Code: 300.00*** | | ***2.3*** | ***$1,251.50*** | ***Totals*** |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 02/28/24 | S. Chaffos | 0.6 | $207.00 | Evaluated affiliates most recent asset balances reported. |
| ***Task Code: 302.00*** | | ***0.6*** | ***$207.00*** | ***Totals*** |
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 02/02/24 | S. Chaffos | 2.7 | $931.50 | Analyzed real estate holdings held by NDHS facilities corporations requested by UCC Counsel. |
| 02/02/24 | S. Chaffos | 2.1 | $724.50 | Evaluated avoidance action issues related to affiliates (NDHS facilitates corporations) requested by UCC Counsel. |
| 02/02/24 | S. Chaffos | 1.7 | $586.50 | Met with BRG (PS) to review avoidance action issues requested by UCC Counsel. |
| 02/02/24 | P. Shields | 1.7 | $1,198.50 | Met with BRG (SC) to research avoidance action issues in response to request from UCC Counsel. |
| 02/07/24 | P. Shields | 0.4 | $282.00 | Provided additional research to UCC Counsel regarding avoidance action issues. |
| 02/09/24 | S. Chaffos | 1.5 | $517.50 | Analyzed affiliates prepetition disbursements as request by UCC Counsel. |
| 02/12/24 | S. Chaffos | 2.8 | $966.00 | Examined affiliates prepetition disbursements for tolling agreements per UCC Counsel request. |
| 02/12/24 | P. Shields | 0.8 | $564.00 | Met with BRG (MB [partial], SC) to provide additional research to UCC Counsel regarding avoidance action issues in connection with tolling agreements. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 02/01/24 through 02/29/24

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 02/12/24 | S. Chaffos | 0.8 | $276.00 | Spoke with BRG (PS, MB [Partial]) relating to tolling agreements per UCC Counsel request. |
| 02/12/24 | M. Babcock | 0.5 | $312.50 | Analyzed historical disbursements in conjunction with tolling agreements. |
| 02/12/24 | M. Babcock | 0.5 | $312.50 | Attended partial meeting with BRG (PS, SC) to discuss tolling agreements. |
| 02/14/24 | S. Chaffos | 0.2 | $69.00 | Met with BRG (PS) and UCC Counsel (SB) to discuss tolling agreements renewals. |
| 02/14/24 | S. Chaffos | 0.2 | $69.00 | Met with BRG (PS) relating to the tolling agreements renewals. |
| 02/14/24 | P. Shields | 0.2 | $141.00 | Met with BRG (SC) to evaluate avoidance action analysis in connection with tolling agreements. |
| 02/14/24 | P. Shields | 0.2 | $141.00 | Met with UCC Counsel (SB) and BRG (SC) to evaluate avoidance actions in connection with tolling agreements. |
| **Task Code: 410.00** | | **16.3** | **$7,091.50** | **Totals** |
| **1000.00 - Case Administration** | | | | |
| 02/16/24 | P. Shields | 0.3 | $211.50 | Reviewed communication from UCC Counsel regarding breach of protective order. |
| **Task Code: 1000.00** | | **0.3** | **$211.50** | **Totals** |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 02/12/24 | P. Shields | 0.7 | $493.50 | Met with UCC Counsel (JS, AC, RK, BK, SB) and BRG (MB) to evaluate issues for consideration in connection with mediation. |
| 02/12/24 | M. Babcock | 0.7 | $437.50 | Met with UCC Counsel (JS, AC, RK, BK, SB) and BRG (PS) to discuss mediation issues. |
| **Task Code: 1030.00** | | **1.4** | **$931.00** | **Totals** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 02/08/24 | D. Godfrey | 1.4 | $189.00 | Reviewed fee detail for January 2024 in preparation of filing monthly fee statement . |
| 02/09/24 | R. Strong | 0.5 | $340.00 | Updated fee database exhibits for fee application preparation. |
| 02/12/24 | D. Godfrey | 1.2 | $162.00 | Prepared initial draft of January 2024 Monthly Fee Statement. |

 **BRG** • • • • • • • • • • • • • • • • • •
• • • • • • • • • • • • • • • • • • **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 02/01/24 through 02/29/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 02/12/24 | R. Strong | 0.3 | $204.00 | Revised fee database exhibits for monthly fee statement preparation. |
| 02/13/24 | R. Strong | 0.4 | $272.00 | Revised fee database exhibits for fee application preparation. |
| 02/15/24 | P. Shields | 0.2 | $141.00 | Met with BRG (MH, DG) to review potential changes to fee application narrative. |
| 02/15/24 | D. Godfrey | 0.2 | $27.00 | Participated in meeting with BRG (MH, PS) to discuss fee application revisions. |
| 02/15/24 | M. Haverkamp | 0.2 | $75.00 | Participated in meeting with BRG (PS, DG) regarding fee application narrative updates. |
| 02/20/24 | D. Godfrey | 2.0 | $270.00 | Updated exhibits for January 2024 monthly fee statement. |
| 02/27/24 | D. Godfrey | 2.7 | $364.50 | Prepared exhibits for BRG's January 2024 fee statement. |
| 02/27/24 | P. Shields | 1.5 | $1,057.50 | Updated fee detail for January 2024 Fee Statement. |
| 02/27/24 | D. Godfrey | 1.2 | $162.00 | Reviewed fee detail for January 2024 in preparation for filing fee statement. |
| 02/27/24 | D. Godfrey | 0.6 | $81.00 | Prepared LEDES file for BRG January 2024 fee statement. |
| 02/27/24 | P. Shields | 0.4 | $282.00 | Made updates to January 2024 Fee Statement. |
| *Task Code: 1060.00* | | *12.8* | *$3,627.00* | *Totals* |
| **TOTALS** | | **33.7** | **$13,319.50** | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024* to be served on April 4, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on April 4, 2024.

*/s/ Nancy H. Brown*
Nancy H. Brown