**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC filed the *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024* [Docket No. 2921] (the "Application") on April 4, 2024.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **April 25, 2024** at **1:30 P.M. Central Standard Time.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-504-517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

LA:4888-4763-7427.1 05067.002

You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

Dated: April 4, 2024

Respectfully submitted,

*/s/ Linda F. Cantor*
James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
Linda F. Cantor (CA Bar No.153762) – *admitted pro hac vice*
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
　　　　lcantor@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I hereby caused a true and correct copy of the foregoing *Notice* to be served on April 4, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on April 4, 2024.

                                            */s/ Nancy H. Brown*
                                              Nancy H. Brown