## EXHIBIT A

1. **J.W. DOE V. ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL. FILE NUMBER: 174906-1**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Position | Practice Area | Year of Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Edward D. Wegmann | Partner | Litigation | 1980 | $400.00 | 28.00 | $11,200.00 |
| Elizabeth W. De Leon | Associate | Bankruptcy | 2021 | $250.00 | 18.50 | $4,625.00 |
| **TOTAL** | | | | | **46.50** | **$15,825.00** |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|---|---|---|---|
| B190 | Other Contested Matters | 46.50 | $15,825.00 |
| | **TOTAL** | **46.50** | **$15,825.00** |

### EXPENSE SUMMARY

| Expenses (by Category) | Amounts |
|---|---|
| **TOTAL** | **$0.00** |

#102178396v1

**2. POST-PETITION REORGANIZATION ADVICES**
   **FILE NUMBER: 176960-01**

### SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $490.00 | 170.10 | $83,349.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $400.00 | 146.20 | $58,480.00 |
| Elizabeth J. Futrell | Partner | Bankruptcy | 1981 | $490.00 | 265.70 | $130,193.00 |
| Wayne G. Zeringue, Jr. | Partner | Maritime | 1987 | $300.00 | 78.50 | $23,550.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $490.00 | 490.40 | $240,296.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 37.10 | $14,840.00 |
| Laura F. Ashley | Partner | Bankruptcy | 2010 | $400.00 | 83.80 | $33,520.00 |
| Avery B. Pardee | Partner | Litigation | 2007 | $400.00 | 1.60 | $640.00 |
| Jefferson R. Tillery | Partner | Maritime | 1986 | $300.00 | 2.00 | $600.00 |
| Cove J. Geary | Partner | Litigation | 1984 | $400.00 | 0.50 | $200.00 |
| Allison B. Kingsmill | Partner | Litigation | 2015 | $400.00 | 28.80 | $11,520.00 |
| Joseph E. Bain | Partner | Bankruptcy | 2009 | $400.00 | 0.30 | $120.00 |
| Christopher M. Wappel | Partner | Corporate | 2000 | $400.00 | 0.20 | $80.00 |
| Kaytie M. Pickett | Partner | Litigation | 2009 | $400.00 | 0.50 | $200.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $300.00 | 599.60 | $179,880.00 |
| Caroline V. McCaffrey | Associate | Bankruptcy | 2020 | $300.00 | 204.50 | $61,350.00 |
| Swati Parashar | Associate | Bankruptcy | 2022 | $250.00 | 0.50 | $125.00 |
| Elizabeth W. De Leon | Associate | Bankruptcy | 2021 | $250.00 | 2.10 | $525.00 |
| Matthew B. Johnson | Associate | Bankruptcy | 2019 | $250.00 | 2.80 | $700.00 |
| Stephanie A. Zolli | Practice Support Specialist | Information Technology | N/A | $170.00 | 1.50 | $255.00 |
| Aaron D. Washington | Practice Support Specialist | Information Technology | N/A | $170.00 | 0.3 | $51.00 |
| Melissa E. Hollinger | Practice Support Specialist | Information Technology | N/A | $170.00 | 0.50 | $85.00 |
| Bonnie Boudreaux | Paralegal | Litigation | N/A | $170.00 | 2.70 | $459.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 4.90 | $833.00 |
| **TOTAL** | | | | | **2,125.10** | **$841,851.00** |

#102178396v1

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 186.80 | $62,665.00 |
| B120 | Asset Analysis and Recovery | 40.50 | $18,127.00 |
| B130 | Asset Disposition | 180.00 | $61,091.00 |
| B140 | Relief From Stay/Adequate Protection Proceedings | 135.60 | $53,080.00 |
| B160 | Fee/Employment Applications | 68.90 | $20,917.00 |
| B170 | Fee/Employment Objections | 8.20 | $2,650.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.80 | $270.00 |
| B190 | Other Contested Matters | 902.80 | $363,605.00 |
| B210 | Business Operations | 20.80 | $10,192.00 |
| B310 | Claims Administration & Objections | 242.10 | $93,733.00 |
| B320 | Plan & Disclosure Statement | 338.20 | $155,401.00 |
| B410 | General Bankruptcy Advice/Opinion | 0.40 | $120.00 |
| | **TOTAL** | **2,125.10** | **$841,851.00** |

## EXPENSE SUMMARY

| Expenses (by Category) | Amounts |
|---|---|
| Color Imaging | $313.50 |
| Copy Service | $380.00 |
| Conference Call | $8.88 |
| Court Record Fees | $738.30 |
| Delivery Services | $129.91 |
| Long Distance Phone | $136.14 |
| Lexis Legal Research | $6,341.15 |
| Trial Transcripts | $1,365.60 |
| Out of Town Travel | $665.41 |
| Other | $125.00 |
| Other Professionals | $1,861.26 |
| Meals | $984.07 |
| Relativity Data Hosting | $17,214.03 |
| Binding | $50.00 |
| Litigation Support | $202.90 |
| Trial Exhibits | $79.00 |
| **TOTAL** | **$30,595.15** |

#102178396v1