IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: <br><br> **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, <br>    Debtor.[1] | Case No. 20-10846 <br><br> Section "A" <br><br> Chapter 11 |

# CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the following documents to be served on April 4, 2024, on all parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List maintained by Donlin Recano & Co., Inc. (as set forth on the attached Exhibit A), via first-class United States mail, postage prepaid:

Eleventh Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Of Pachulski Stang Ziehl & Jones LLP As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2023 Through February 29, 2024 [Docket No. 2918]

Notice of Hearing [Docket No. 2919]   (re: Docket No. 2918)

Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024 [Docket No. 2921]

Notice of Hearing [Docket 2922]   (re: Docket No. 2921)

Seventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024 [Docket No. 2923]

Notice of Hearing [Docket 2925]   (re: Docket No. 2923)

             */s/ Nancy H. Brown*
              Nancy H. Brown

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4888-7904-7092.1 05067.001

# **EXHIBIT "A"**

LA:4888-7904-7092.1 05067.001

## The Roman Catholic Church of the Archdiocese of New Orleans

| | | |
|---|---|---|
| ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | ANNETTE JARVIS<br>222 SOUTH MAIN ST.,5TH FLOOR<br>SALT LAKE CITY UT 84101 |
| ARATA LAW OFFICE LLC<br>WILLIAM H ARATA<br>216 AUSTIN ST<br>BOGALUSA LA 70427 | ARDOIN MCKOWEN & ORY LLC<br>DAVID W ARDOIN<br>114 LAURA DRIVE STE D<br>THIBODAUX LA 70301 | ARGENT INSTITUTIONAL TRUST COMPANY<br>KEVIN M DOBRAVA, MANAGING DIRECTOR<br>FORMERLY TMI TRUST COMPANY<br>5901 PEACHTREE DUNWOODY RD<br>STE C-495<br>ATLANTA GA 30328 |
| ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | AVA LAW GROUP INC<br>ANDREW VAN ARSDALE<br>2718 MONTANA AVENUE STE 222<br>BILLINGS MT 59101 | AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC<br>REAGAN CHARLESTON THOMAS<br>17 EAST MAIN ST.,STE 200<br>PENSACOLA FL 32502 |
| BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>JAN M HAYDEN<br>201 ST CHARLES AVE.,STE 3600<br>NEW ORLEANS LA 70170 | BIENVENU FOSTER RYAN & O'BANNON LLC<br>JOHN W WATERS, JR.<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 |
| BIENVENU FOSTER RYAN & O'BANNON LLC<br>DAVID E WALLE<br>1100 POYDRAS ST.,STE 2805<br>NEW ORLEANS LA 70163 | BREAZEALE SACHSE & WILSON LLP<br>ALAN H GOODMAN<br>909 POYDRAS ST.,STE 1500<br>NEW ORLEANS LA 70112 | BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 MATAIRIE ROAD STE 202<br>METAIRIE LA 70005 |
| BRUNO & BRUNO, LLP<br>JOSEPH M. BRUNO; DONALD D. REICHERT, JR.<br>855 BARONNE STREET<br>NEW ORLEANS LA 70113 | BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | BUTLER SNOW LLP<br>DAVID S RUBIN; JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 |
| CARVER DARDEN ET AL.<br>DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163- 1102 | CHRIS EDMUNDS LAW OFFICE<br>4937 HEARST ST., SUITE 2F<br>METAIRIE LA 70001 | CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 |
| CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | CRESCENT DOOR & HARDWARE INC<br>NEUVILLE C HOTSTREAM SR<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123 | DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364 |
| | DELACROIX & DELACROIX LLC<br>SCOTT E DELACROIX<br>321 NORTH VERMONT ST.,STE 105<br>COVINGTON LA 70433 | DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 |

| | | |
|---|---|---|
| DENTONS US LLP<br>JERRY A BEATMANN JR<br>650 POYDRAS ST.,STE 2850<br>NEW ORLEANS LA 70130-6132 | DENTONS US LLP<br>DEBORAH J CAMPBELL<br>ONE METROPOLITAN SQUARE<br>211 N BROADWAY STE 3000<br>ST. LOUIS MO 63102-2741 | DENTONS US LLP<br>M KEITH MOSKOWITZ<br>233 SOUTH WACKER DR.,STE 5900<br>CHICAGO IL 60606-6362 |
| DENTONS US LLP<br>PATRICK C MAXCY<br>233 SOUTH WACKER DR.,STE 5900<br>CHICAGO IL 60606-6362 | DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 |
| ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | EVAN PARK HOWELL III<br>ATTORNEY AT LAW<br>1 GALLERIA BLVD STE 1900<br>METAIRIE LA 70001 | FELECIA Y PEAVY, ESQ<br>P O BOX 3454<br>HOUSTON TX 77253 |
| FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 | GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC<br>GERALD E MEUNIER;BRITTANY R WOLF-FREEDMAN<br>2800 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163-2800 | GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 |
| GEORGE G ANGELUS, PLC<br>GEORGE G ANGELUS<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | GIEGER LABORDE & LAPEROUSE LLC<br>JOHN E. W. BAAY II<br>701 POYDRAS ST.,STE 4800<br>NEW ORLEANS LA 70139-4800 | GREENBERG TRAURIG LLP<br>COLLEEN A MURPHY<br>ONE INTERNATIONAL PLACE STE 2000<br>BOSTON MA 02110 |
| GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 | GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW CORP)<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 |
| HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 |
| HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802 | HELLER DRAPER PATRICK HORN ET AL.<br>DOUGLAS S DRAPER<br>650 POYDRAS ST<br>SUITE 2500<br>NEW ORLEANS LA 70130 |
| HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130 | HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER;LOGAN E SCHONEKAS<br>1100 POYDRAS ST.,STE 2200<br>NEW ORLEANS LA 70163 | INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 PENNSYLVANIA AVE NW
WASHINGTON DC 20004-2541

INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

JONES WALKER LLP
MARK A MINTZ
201 ST. CHARLES AVE
51ST FLOOR
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
R. PATRICK VANCE
201 ST. CHARLES AVE, STE 5100
NEW ORLEANS LA 70170- 5100

JONES WALKER LLP
LAURA F. ASHLEY
201 ST. CHARLES AVE., STE 5100
NEW ORLEANS LA 70170

JONES WALKER LLP
ELIZABETH J FUTRELL
201 ST. CHARLES AVE., STE 5100
NEW ORLEANS LA 70170- 5100

JONES WALKER LLP
EDWARD DIRK WEGMANN
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
SAMANTHA A OPPENHEIM
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JONES WALKER LLP
ALLISON B KINGSMILL
201 ST CHARLES AVE.,STE 5100
NEW ORLEANS LA 70170-5100

JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440

KEITH A RODRIGUEZ
ATTORNEY AT LAW
P O BOX 3445
LAFAYETTE LA 70502-3445

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

LAMOTHE LAW FIRM
FRANK E LAMOTHE III;KRISTI S
SCHUBERT;JULIEN G LAMOTHE
400 POYDRAS ST.,STE 1760
NEW ORLEANS LA 70130

LANDWEHR LAW FIRM
DARRYL T LANDWEHR
935 GRAVIER ST.,STE 835
NEW ORLEANS LA 70112

LARZELERE PICOU WELLS SIMPSON LONERO LLC
WILSON L MALOZ III
3850 N CAUSEWAY BLVD STE 500
TWO LAKEWAY CENTER
METAIRIE LA 70002

LAW OFFICE OF MIGUEL A ELIAS
MIGUEL A ELIAS
4224 WILLIAMS BLVD
KENNER LA 70065

LAW OFFICE OF REGINA SCOTTO WEDIG LLC
REGINA S WEDIG
308 S BAY ST.,
P O BOX 185
AMITE LA 70422

LAW OFFICE OF STEPHEN J. HAEDICKE
STEPHEN J. HAEDICKE
1040 SAINT FERDINAND ST.
NEW ORLEANS LA 70117

LAW OFFICES OF FRANK J D'AMICO JR
FRANK J D'AMICO JR
4608 RYE STREET
METAIRIE LA 70006

LEWIS KULLMAN STERBCOW & ABRAMSON
PAUL M STERBCOW
601 POYDRAS ST.,STE 2615
NEW ORLEANS LA 70130

LOCKE LORD LLP
W STEVEN BRYANT,ESQ
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130-6036

LOCKE LORD LLP
OMER F KUEBEL III
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

LOCKE LORD LLP
BRADLEY C KNAPP
601 POYDRAS ST.,STE 2660
NEW ORLEANS LA 70130

LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118

LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

| | | |
|---|---|---|
| LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASSISTANT ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005 | LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 |
| LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 |
| LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 | LUGENBUHL WHEATON PECK RANKIN & HUBBARD<br>BENJAMIN W KADDEN<br>601 POYDRAS ST.,STE 2775<br>NEW ORLEANS LA 70130 |
| MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | METROSTUDIO LLC<br>HEATHER GORMAN<br>6501 SPANISH FORT BLVD<br>NEW ORLEANS LA 70124 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>3501 N CAUSEWAY BLVD STE 300<br>METAIRIE LA 70002-3618 | NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>3501 NORTH CAUSEWAY BLVD.,STE 300<br>METAIRIE LA 70002 |
| NEWMAN MATHIS BRADY & SPEDALE<br>WAYNE A MAIORANA JR<br>A PROFESSIONAL CORPORATION<br>3501 NORTH CAUSEWAY STE 300<br>METAIRIE LA 70002 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>400 POYDRAS ST STE 2110<br>NEW ORLEANS LA 70130 | OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 | OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LINDA F CANTOR<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067 | PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>1 SANSOME ST STE 3430<br>SAN FRANCISCO CA 94104-4436 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ANDREW CAINE<br>10100 SANTA MONICA BLVD STE 1300<br>LOS ANGELES CA | PHELPS DUNBAR LLP<br>RICK M SHELBY;ALLEN C MILLER;ASHLEY J HEILPRIN<br>365 CANAL ST.,STE 2000<br>NEW ORLEANS LA 70130-6534 | RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199 |

LA:4888-7904-7092.1 05067.001

| | | |
|---|---|---|
| ROBINSON LAW OFFICES LLC<br>CRAIG M ROBINSON,ESQ<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115 | RUGGERI PARKS WEINBERG LLP<br>JOSHUA D WEINBERG;SARA K HUNKLER<br>1875 K STREET, NW STE 600<br>WASHINGTON DC 20006 |
| RUSSELL POTTHARST<br>411 W 5TH ST APT 510<br>LOS ANGELES CA 90013 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046 |
| SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119 | STEWART ROBBINS BROWN & ALTAZAN LLC<br>PAUL DOUGLAS STEWART JR.;WILLIAM S ROBBINS;<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348 |
| STEWART ROBBINS BROWN & ALTAZAN LLC<br>BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348 | STEWART ROBBINS BROWN & ALTAZAN LLC<br>NICHOLAS J SMELTZ<br>30 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348 | TALBOT, CARMOUCHE & MARCELLO<br>ROSS J. DONNES<br>17405 PERKINS ROAD<br>BATON ROUGE LA 70810 |
| TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112 | THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | THE BRASLOW FIRM, LLC<br>DEREK T. BRASLOW, ESQ.<br>KETTERER BROWNE & ASSOCIATE, LLC<br>336 S. MAIN STREET 2 A-C<br>BEL AIR MD 21014 |
| THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>2550 BELLE CHASSE HWY<br>STE 215<br>GRETNA LA 70053-6758 | THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | US ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF LOUISIANA<br>650 POYDRAS ST<br>STE 1600<br>NEW ORLEANS LA 70130 |
| US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 |
| VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | WAYNE JABLONOWSKI APLC<br>3705 PONCHARTRAIN DRIVE<br>SLIDELL LA 70458 |

LA:4888-7904-7092.1 05067.001

| | | |
|---|---|---|
| WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802 | WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 |

LA:4888-7904-7092.1 05067.001