**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re | ) | Case No. 20-10846 |
| | ) | |
| **The Roman Catholic Church of the** | ) | Chapter 11 |
| **Archdiocese of New Orleans,** | ) | |
| | ) | Section "A" |
| Debtor.[1] | ) | |
| | ) | |

<u>**EXPEDITED APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF H. KENT AGUILLARD AS CONFLICTS
COUNSEL FOR LIMITED PURPOSES TO THE OFFICIAL COMMITTEE OF
UNSECURED COMMERCIAL CREDITORS**</u>

> **EXPEDITED RELIEF HAS BEEN REQUESTED. A HEARING WILL BE
> CONDUCTED ON THIS MATTER ON APRIL 25, 2024, AT 1:30 P.M. AT
> THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST.,
> COURTROOM B-709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN
> INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II)
> BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE:
> 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND
> VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING
> CODE: "JUDGEGRABILL"). IF YOU OBJECT TO THE RELIEF
> REQUESTED OR YOU BELIEVE THAT EXPEDITED CONSIDERATION
> IS NOT WARRANTED, YOU MUST FILE A WRITTEN RESPONSE ON
> OR BEFORE APRIL 24, 2024 AT 5:00 P.M. OTHERWISE, THE COURT
> MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE
> RELIEF REQUESTED.**

The Official Committee of Unsecured Commercial Creditors (the "***Commercial
Committee***") in the above-captioned case of the debtor in possession, the Roman Catholic
Church of the Archdiocese of New Orleans (the "***Debtor***" or the "***Archdiocese***"), files this
Application (the "***Application***"), seeking an order, in substantially the form attached as

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of
business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Exhibit A (the "***Proposed Order***"), approving the employment of H. Kent Aguillard ("***Aguillard***") as conflicts counsel for the limited purposes detailed below pursuant Sections 328(a), 330 and 1103 of Title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Rule 2014-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "***Local Bankruptcy Rules***") and General Order 2019-4 (the "***Complex Case Procedures***") Part XIII.

In support of this Application, the Commercial Committee submits the declarations of H. Kent Aguillard (the "***Aguillard Declaration***"), attached hereto as **Exhibit B**, and Duane J. Abadie, attached hereto as **Exhibit C**, incorporated herein by reference for all purposes.  In further support of this Application, the Commercial Committee represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On May 1, 2020, the Archdiocese filed a voluntary petition for relief under the Bankruptcy Code.

4.      The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

5.      On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [Docket No. 772], appointing the

Commercial Committee pursuant to section 1102 of the Bankruptcy Code, followed by a *Supplemental Notice of Appointment of Unsecured Commercial Creditor's Committee to Designate Name* [Docket No. 792]. The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[2]

6.      According to information provided by counsel for the Debtor, the Debtor owns an undivided 40% interest in Point Au Fer Island off the coast of Louisiana, while Point Au Fer, LLC owns the remaining 60%. In 2013, represented by Talbot Carmouche, these two entities filed a Petition for Damages in the 32nd Judicial District Court against several defendants for damages resulting from operations of wells conducted under a single oil, gas & mineral lease. The Debtor now wishes to settle its claims against two such defendants and is expected to propose additional settlements in the future (the "***Proposed Point Au Fer Settlements***"). In looking through the proposed settlement documents recently circulated by the Debtor, undersigned counsel has identified a conflict of interest related solely to the Proposed Point Au Fer Settlements and related issues. It appears that the underlying legacy litigation to be settled may be related to the same clean-up/plug and abandonment claims as those asserted by the Debtor in a proof of claim[3] it filed in Castex Energy 2005 Holdco, LLC's ("***Castex***") bankruptcy case.[4]

7.      In Castex's bankruptcy case, Stewart Robbins Brown & Altazan LLC ("***SRBA***")

---

[2] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("***TMI***") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity. After careful consideration, on April 7, 2021, the Commercial Committee determined to grant TMI's request to become an *ex officio* member of the Commercial Committee. TMI has since merged with Argent Institutional Trust Company ("***Argent***"). For the avoidance of doubt, Argent is a non-voting member of the Commercial Committee and does not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee.
[3] Claim No. ECN-60.
[4] Case Number 21-30710, United States Bankruptcy Court for the Southern District of Texas.

represented the Official Committee of Unsecured Creditors, and continues to represent the trustee for the Castex Liquidating Trust stemming from the Castex Chapter 11 case. In SRBA's application to employ itself as legal counsel to the Commercial Committee, SRBA submitted a supporting declaration from one of its members, Paul Douglas Stewart, Jr., which provided as follows[5]:

> Based on SRBA's conflict check within its database, the firm has not encountered any creditors of the Debtor in which an actual conflict exists between the firm and such creditors. However, in an abundance of caution, SRBA presently represents the Official Committee of Unsecured Creditors of Castex Energy 2005 Holdco, LLC, et al. ("Castex"). At the April 5, 2021 § 341(a) Meeting of Creditors in Castex, counsel for the Debtor appeared and asked questions regarding its purported claim against Castex. SRBA has researched the facts and circumstances surrounding the Debtor's purported claim against Castex, and finds that it does not, in fact, have a claim against Castex. ***Nevertheless, should issues arise in this Chapter 11 Case requiring action by the Commercial Committee that involve claims by or against Castex, SRBA will not participate in such matters, and instead, the Commercial Committee will employ conflicts counsel to address such issues.***

As such and given the circumstances presented, and so as to avoid any appearance or possibility of a conflict, the Commercial Committee herein requests the Court's approval to retain Aguillard to act as conflicts counsel and represent it in this case solely on the issue of the Proposed Point Au Fer Settlements and related issues.

8.     On April 18, 2024, the Commercial Committee held a meeting and, among other things, selected Aguillard as conflicts counsel regarding the Proposed Point Au Fer Settlements and related issues, subject to this Court's approval.

## **RELIEF REQUESTED**

9.     By this Application, the Commercial Committee respectfully requests that the Court enter an order, substantially in the form of the Proposed Order, pursuant to sections 328

---

[5] Doc. No. 817 (emphasis added).

and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, Local Bankruptcy Rule 2014-1 and Part XIII of the Complex Case Procedures, authorizing the Commercial Committee to employ and retain Aguillard as legal counsel in the Bankruptcy Case to represent its interests solely on the issue of the Proposed Point Au Fer Settlements and related issues.

## SERVICES TO BE PROVIDED

10. More specifically, the Commercial Committee desires to retain Aguillard, at the expense of the Debtor's estate, to represent it and render legal services related to the Proposed Point Au Fer Settlements as required by the Commercial Committee, including, but not limited to, the following:

a. advise the Commercial Committee with respect to its rights, duties, and powers in the Bankruptcy Case related to the Proposed Point Au Fer Settlements and related issues;

b. assist and advise the Commercial Committee in its consultations with the Debtor and other third parties relative to the Proposed Point Au Fer Settlements and related issues;

c. assist the Commercial Committee in analyzing the Proposed Point Au Fer Settlements and related issues;

d. represent the Commercial Committee at hearings and other proceedings related to the Proposed Point Au Fer Settlements and related issues;

e. review, analyze and advise the Commercial Committee on pleadings and other documents related to the Proposed Point Au Fer Settlements;

f. assist the Commercial Committee in preparing pleadings and applications as may be necessary in furtherance of the Commercial Committee's interests and objectives related to the Proposed Point Au Fer Settlements; and

g. related to the Proposed Point Au Fer Settlements, perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Commercial Committee in accordance with the Commercial Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

11. Aguillard will coordinate all tasks with counsel and other Commercial Committee professionals to achieve case efficiencies and avoid duplication of efforts. For the avoidance of doubt, the scope of Aguillard's proposed employment is limited to issues related to the Proposed Point Au Fer Settlements and SRBA will not work on issues related to such topic.

12.     The Commercial Committee considers it necessary and appropriate to employ Aguillard as its legal counsel to render the foregoing legal services. In light of Aguillard's substantial experience and expertise and experience and familiarity with local practice and procedure, the Commercial Committee believes that Aguillard is well qualified to serve as its conflicts counsel on the Proposed Point Au Fer Settlements in the Bankruptcy Case.

13.      In furtherance of fulfilling its duties to the Estate's commercial creditors, the Commercial Committee must analyze the Proposed Point Au Fer Settlements and related issues, and must have competent legal counsel to do so.  Under the circumstances, the Commercial Committee submits that proposed conflicts counsel, specifically Aguillard, is reasonable and necessary.

## AGUILLARD'S QUALIFICATIONS

14.     The Commercial Committee selected Aguillard after considering and discussing qualified candidates.  Aguillard's professional standing, reputation, wealth of knowledge, and experience will be of great use and benefit to the Commercial Committee.

15.     Aguillard received a Bachelor of Science degree from McNeese State University and a Juris Doctorate from Louisiana State University, Paul M. Hebert Law Center.  He was admitted to the Bar of the Supreme Court of the State of Louisiana on October 5, 1979, and is currently admitted and in good standing.  There are no disciplinary proceedings pending against Aguillard.  He is certified by the American Board of Certification and the Louisiana Board of Legal Specialization as a Specialist in Business Bankruptcy Law.  Aguillard is admitted to practice in all state and federal courts in Texas and Louisiana, the U.S Bankruptcy Court for the District of Delaware, and the United States Courts of Appeal for the Fifth and Sixth Circuits.

## DISINTERESTEDNESS

16.     Aguillard, to the best of his knowledge and except to the extent disclosed in the Aguillard Declaration, (a) is a "disinterested" person within the meaning of § 101(14) of the Bankruptcy Code, and (b) does not hold or represent an interest adverse to the Debtor or other parties in interest in the Chapter 11 Case with respect to the matter on which Aguillard is sought to be employed.

17.     Aguillard is not a creditor, equity security holder, or an insider of the Debtor.

18.     Aguillard is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

19.     Aguillard may provide, or may have provided, legal services to debtors, creditors' committees, or trustees in cases or proceedings against creditors of the Debtor that are unrelated to the Bankruptcy Case. However, those matters do not present a conflict in the Bankruptcy Case.   Moreover, Aguillard has provided and, in the future, may provide legal services to creditors of the Debtor or other parties in interest in connection with matters unrelated to the Debtor and this Bankruptcy Case.

20.     Aguillard has provided, provides, and in the future will likely provide legal services to debtors and creditors' committees in cases unrelated to the Debtor and the Bankruptcy Case wherein one or more of the firms representing the members of the Committees or other parties in interest serve as or will serve as professionals to committee members.

21.     Aguillard does not presently provide legal services for any child sex abuse plaintiffs, any law firm in respect of its child sex abuse plaintiff clients, or any official or ad hoc committee organized by such plaintiffs or their counsel acting in such capacity.

22.     Aguillard will conduct an ongoing review of his files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are

discovered or arise, Aguillard will supplement his respective disclosures to the Court.

## TERMS OF RETENTION

23.     Aguillard has assured the Commercial Committee that there will be no duplication of effort as between himself and any of the Commercial Committee's other professionals, and Aguillard will work efficiently and cost effectively for the Commercial Committee.

24.     The Commercial Committee understands and agrees that Aguillard will charge for his legal services on an hourly basis in accordance with his ordinary and customarily hourly rates in effect on the date such services are rendered and for out-of-pocket expenses, all set forth below and in further detail in the Aguillard Declaration. The Commercial Committee requests that all legal fees and related costs and expenses incurred by the Commercial Committee on account of services rendered by Aguillard in the Bankruptcy Case be paid as administrative expenses of the estate pursuant to Sections 328, 330(a), 331, 503(b), and 507(a)(2) of the Bankruptcy Code.  Aguillard has also advised the Commercial Committee that he will maintain detailed, contemporaneous time records and intends to make application to this Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the terms of any order establishing procedures for interim compensation entered in the Bankruptcy Case. Aguillard's compensation for services rendered on behalf of the Commercial Committee shall be fixed by the Court after such application.

25.     The Commercial Committee proposes to engage Aguillard under an arrangement in which Aguillard will bill the Commercial Committee for services performed at an hourly rate that is in line with prevailing rates in Louisiana for similar services and for expenses incurred by

him. Aguillard's current rate in this case will be $450.00 per hour. This rate is set at a level designed to fairly compensate him for his work and to cover fixed and routine overhead expenses. Aguillard's hourly rate is subject to periodic adjustments to reflect economic and other conditions.

26.     Aguillard has acknowledged that the Commercial Committee, its constituents, its advisors or professionals shall not be liable for the fees, expenses or other amounts payable to Aguillard.

## NOTICE

27.     Notice of this Motion has been provided to (a) those parties receiving notice via the Court's Electronic Case Filing system; and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Doc. No. 22], to be sent by Donlin Recano & Company, Inc. ("***DRC***"). DRC will file a certificate of service to that effect once service is complete.

## NO PRIOR REQUEST

28.     No previous request for the relief sought herein has been made by the Commercial Committee to this or any other court.

**WHEREFORE,** the Official Committee of Unsecured Commercial Creditors respectfully requests that the Court enter the Proposed Order: (a) granting this Application, (b) authorizing it to retain and employ Aguillard as legal counsel to the Commercial Committee related to the Proposed Point Au Fer Settlements, and (c) for such other relief as this Court may deem just and proper.

**Signature on following page**

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured*
*Commercial Creditors of The Roman Catholic*
*Church of the Archdiocese of New Orleans*

**EXHIBIT A**

PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re | ) | Case No. 20-10846 |
| | ) | |
| The Roman Catholic Church of the | ) | Chapter 11 |
| Archdiocese of New Orleans, | ) | |
| | ) | Section "A" |
| Debtor.[1] | ) | |
| | ) | |

**ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF H. KENT AGUILLARD AS CONFLICTS COUNSEL FOR**
**LIMITED PURPOSES TO THE OFFICIAL COMMITTEE OF UNSECURED**
**COMMERCIAL CREDITORS[2]**

CONSIDERING the *Expedited Application for Entry of an Order Authorizing the Retention and Employment of H. Kent Aguillard as Conflicts Counsel for Limited Purposes to the Official Committee of Unsecured Commercial Creditors* [Doc. No. ____] (the "***Application***"), together with the declarations of H. Kent Aguillard and Duane J. Abadie, Chairman of the Commercial Committee, filed by the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***"); the record; the law applicable thereto; and lack of objection filed thereto,

IT IS ORDERED that, pursuant to 11 U.S.C. §§ 328(a), 330 and 1103 of the Bankruptcy Code, Rule 2014 of the Bankruptcy Rules, and Rule 2014-1 of the Local Bankruptcy Rules, the Commercial Committee is authorized to employ H. Kent Aguillard ("***Aguillard***") as legal counsel in the above-captioned bankruptcy case to represent its interests regarding the Proposed Point Au Fer Settlements (as that term is defined in the Application) and related issues, on a final

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

basis.

**IT IS FURTHER ORDERED** that the Court specifically reserves its right to review the reasonableness of Aguillard's fees, including hourly rate and time involved.

**IT IS FURTHER ORDERED** that Aguillard shall apply for compensation for legal services rendered and reimbursement of expenses incurred in connection with the Bankruptcy Case in compliance with section 330 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, the Complex Case Procedures, and any other applicable procedures and orders of the Court. Aguillard shall also make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and all applications for compensation and reimbursement of expenses filed by Aguillard in this Bankruptcy Case.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Complex Case Procedures, and any Orders limiting notice, and file a certificate of service to that effect within three (3) days.

**EXHIBIT B**

DECLARATION OF H. KENT AGUILLARD
IN SUPPORT OF
EXPEDITED APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF H. KENT AGUILLARD AS CONFLICTS
COUNSEL FOR LIMITED PURPOSES TO THE OFFICIAL COMMITTEE OF UNSECURED
COMMERCIAL CREDITORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re | ) | Case No. 20-10846 |
|  | ) |  |
| The Roman Catholic Church of the | ) | Chapter 11 |
| Archdiocese of New Orleans, | ) |  |
|  | ) | Section "A" |
| Debtor.[1] | ) |  |
|  | ) |  |

## DECLARATION OF H. KENT AGUILLARD
### IN SUPPORT OF
### EXPEDITED APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF H. KENT AGUILLARD AS CONFLICTS COUNSEL FOR LIMITED PURPOSES TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Pursuant to 28 U.S.C. § 1746, I, H. Kent Aguillard, hereby submit this declaration (this "Declaration") under penalty of perjury to the best of my knowledge, information and belief:

1.      I am an individual of the age of majority and resident of Louisiana.

2.      I maintain an office for the practice of law at 141 S. 6th Street, Eunice, LA 70535.

3.      I am a member in good standing of the bar of the State of Louisiana and admitted to practice in the United States Bankruptcy Court for the Eastern District of Louisiana.

4.      This Declaration is submitted pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure in support of the *Expedited Application for Entry of an Order Authorizing the Retention and Employment of H. Kent Aguillard as Conflicts Counsel for Limited Purposes to the Official Committee of Unsecured Commercial Creditors* (the "Application"), by which the Official Committee of Unsecured Commercial Creditors (the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"Commercial Committee") seeks authority to employ me as its conflicts legal counsel in the above-captioned bankruptcy case (the "Bankruptcy Case") to represent its interests regarding the Proposed Point Au Fer Settlements (as that term is defined in the Application) and related issues.

5.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

## MY QUALIFICATIONS

6.  I received a Bachelor of Science degree from McNeese State University and a Juris Doctorate from Louisiana State University, Paul M. Hebert Law Center. I was admitted to the Bar of the Supreme Court of the State of Louisiana on October 5, 1979. I am currently admitted and in good standing. There are no disciplinary proceedings pending against me. I am certified by the American Board of Certification and the Louisiana Board of Legal Specialization as a Specialist in Business Bankruptcy Law. I am admitted to practice in all state and federal courts in Texas and Louisiana, the U.S Bankruptcy Court for the District of Delaware, and the United States Courts of Appeal for the Fifth and Sixth Circuits.

## SERVICES TO BE RENDERED

7.  I understand that the Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") owns an undivided 40% interest in Point Au Fer Island off the coast of Louisiana, while Point Au Fer, LLC owns the remaining 60%. I further understand that, in 2013, represented by Talbot Carmouche, these two entities filed a Petition for Damages in the 32nd Judicial District Court against several defendants for damages resulting from operations of wells conducted under a single oil, gas & mineral lease. I also understand that the Debtor now wishes to settle its claims against two such defendants (the "Proposed Point Au Fer Settlements"). However, I understand from the Commercial Committee's legal counsel, Stewart

Robbins Brown & Altazan LLC ("SRBA"), that the underlying legacy litigation may be related to the same clean-up/plug and abandonment claims asserted by the Debtor in a proof of claim[2] it filed in Castex Energy 2005 Holdco, LLC's ("Castex") bankruptcy case.[3]  Because SRBA represented the official committee of unsecured creditors and now represents the Liquidating Trustee in Castex's bankruptcy case, the Commercial Committee seeks to retain me to act as conflicts counsel in the Debtor's bankruptcy case solely on the issue of the Proposed Point Au Fer Settlements and related issues.

8.        More specifically, the Commercial Committee desires to retain me, at the expense of the Debtor's estate, to represent it and render legal services including, but not limited to, the following:

    a.  advise the Commercial Committee with respect to its rights, duties, and powers in the Bankruptcy Case related to the Proposed Point Au Fer Settlements and related issues;

    b.  assist and advise the Commercial Committee in its consultations with the Debtor and other third parties relative to the Proposed Point Au Fer Settlements and related issues;

    c.  assist the Commercial Committee in analyzing the Proposed Point Au Fer Settlements and related issues;

    d.  represent the Commercial Committee at hearings and other proceedings related to the Proposed Point Au Fer Settlements and related issues;

    e.  review, analyze and advise the Commercial Committee on pleadings and other documents related to the Proposed Point Au Fer Settlements;

    f.  assist the Commercial Committee in preparing pleadings and applications as may be necessary in furtherance of the Commercial Committee's interests and objectives related to the Proposed Point Au Fer Settlements; and

    g.  related to the Proposed Point Au Fer Settlements, perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Commercial Committee in accordance with the Commercial Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

9.        I will coordinate all tasks with SRBA and other Commercial Committee

---

[2] Claim No. ECN-60.

[3] Case Number 21-30710, United States Bankruptcy Court for the Southern District of Texas.

professionals to achieve case efficiencies and avoid duplication of efforts.  For the avoidance of doubt, the scope of my proposed employment is limited to issues related to the Proposed Point Au Fer Settlements and SRBA will not work on issues related to such topic.

10.     Subject to the Court's approval of the Application, I am willing to serve as the Commercial Committee's conflicts counsel and to perform the services described above.

## **DISINTERESTEDNESS**

11.     I have undertaken a full and thorough review of my computer database, which contains the names of clients and other parties in interest in particular matters.  A review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.

12.     Insofar as I have been able to ascertain, I have no connection with the Commercial Committee, the Debtor, its creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

13.     I have reviewed the names of the Debtor, the creditors of the Debtor as disclosed by it in filings with the Court, counsel to the creditors of the Debtor as disclosed by the Debtor in Court filings, the U.S. Trustee, and potential parties in interest included in **Schedule 1** attached hereto.

14.     Based on the results of my search, and with the exceptions noted in this paragraph, it appears that I do not hold or represent any interest adverse to and have no connection, subject to the disclosures set forth below, with the Debtor herein, its creditors, the Committees, the U.S. Trustee or any party in interest herein in the matters upon which I am to be retained, and am a "disinterested person" within the meaning of section 101(14) of the

Bankruptcy Code.

15.    I am not a creditor, equity security holder, or an insider of the Debtor.

16.    I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

17.    I have provided and, in the future, may provide legal services to creditors of the Debtor or other parties in interest in connection with matters unrelated to the Debtor and this Bankruptcy Case.  At this time, I am not aware of any such services.  If I identify any further such relationships, I shall make further disclosures as may be appropriate at that time. At the Court's request, I can provide the names of these clients to the Court for in-camera review.

18.    I have provided, may provide, and in the future will likely provide legal services to debtors and creditors' committees in cases unrelated to the Debtor and this Bankruptcy Case wherein one or more of the law firms representing the members of the committee or other parties in interest serve as or will serve as professionals to members of those committees.

19.    I do not presently provide legal services for any child sex abuse plaintiffs, any law firm in respect of its child sex abuse plaintiff clients, or any official or ad hoc committee organized by such plaintiffs or their counsel acting in such capacity.

20.    I understand there is a continuing duty to disclose any adverse interest and change of disinterestedness.

21.    I agree to immediately disclose any actual conflict of which I become aware during the course of my employment as conflicts counsel to the Commercial Committee.

### **TERMS OF RETENTION**

22.    I have assured the Commercial Committee that there will be no duplication of effort as between myself and any of the Commercial Committee's other professionals, and I will

work efficiently and cost effectively for the Commercial Committee.

23.     I will charge for legal services on an hourly basis in accordance with my ordinary and customary hourly rates in effect on the date such services are rendered and for out-of-pocket expenses.

24.     My hourly rate for this matter will be $450.00 per hour, subject to change from time to time, and all subject to application and approval by the bankruptcy court.  I respectfully submit that this rate is reasonable in light of the quality of the services being provided and the specialized nature of the services being provided, and is comparable to those charged by attorneys of similar experience and expertise.

25.     I understand that the professional fees shall be calculated by multiplying the hours worked by the standard hourly billing rate.   These hourly rates are subject to periodic adjustments to reflect economic and other conditions.  Any such adjustments will be reflected in my fee requests.  There are no alternative fee arrangements to customary billing.

26.     It is my policy to charge clients in all areas of practice for out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, mail, and express mail, special or hand delivery, outgoing facsimiles, photocopying, scanning and/or printing, computer assisted research (which shall not be more than the actual cost incurred by me in performing such research), travel, "working meals", transcription, as well as non-ordinary overhead expenses such as secretarial and other overtime.  I will charge for these expenses in a manner and at rates consistent with charges made general to other clients.

27.     I acknowledge that the Commercial Committee, its constituents, its advisors or professionals shall not be liable for the fees, expenses or other amounts payable to me.

28.     I will maintain detailed, contemporaneous time records and make application to

this Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the terms of any order establishing procedures for interim compensation entered in the Bankruptcy Case. I understand that the Court's approval of the Application is not approval of any proposed terms of compensation and under § 328(a) the Court may allow compensation on terms different from those proposed. I further understand that compensation for services rendered on behalf of the Commercial Committee shall be fixed by the Court after such application. I will also make reasonable efforts to comply with the U.S. Trustee's Appendix B Guidelines applicable in large cases.

29.     I acknowledge that the Commercial Committee, its constituents, its advisors or professionals shall not be liable for the fees, expenses or other amounts payable to me.

30.     I have not received any retainer from the Debtor, the Commercial Committee, or any member of the Commercial Committee, nor have I received any payment or promise of payment. No compensation has been paid or promised to be paid from a source other than the Debtor's estate in the Bankruptcy Case. I have not received any promises as to compensation in connection with the Bankruptcy Case other than in accordance with the provisions of the Bankruptcy Code. I have no agreement with any other entity to share with such entity any compensation received by it, other than as outlined herein. Neither the Commercial Committee nor any of its representatives are or will be liable for fees or costs incurred by me in its employment by the Commercial Committee.

31.     I further state pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure that I have not agreed to share (a) any compensation I receive with another party or person, or (b) any compensation another person or party has received or may receive, other than

as outlined herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on April 19, 2024 at Eunice, St. Landry Parish, Louisiana.

H. Kent Aguillard

**Schedule 1**

**Potential Parties-in-Interest Index**

<u>**SCHEDULE 1**</u>

<u>**Potential Parties-in-Interest**</u>

<u>**Index**</u>

| <u>**Schedule**</u> | <u>**Category**</u> |
| --- | --- |
| 1(A) | Debtor |
| 1(B) | Officers, Board, Council and Committee Members |
| 1(C) | Current and Recent Former Entities Affiliated with the Debtor |
| 1(D) | Lenders |
| 1(E) | Litigation Parties and Counsel |
| 1(F) | Governmental – Regulatory |
| 1(G) | Top 20 Creditors |
| 1(H) | Insurers |
| 1(I) | Professionals that Provide Services to the Debtor |
| 1(J) | Major Utility Providers |
| 1(K) | Bondholders – Trustee of Bondholders |
| 1(L) | Contract Parties |
| 1(M) | U.S. Trustee and Judges for the Eastern District of Louisiana |
| 1(N) | Official Committee of Unsecured Creditors |
| 1(O) | Professionals that Provide Services to Official Committee of Unsecured Creditors |
| 1(P) | Official Committee of Unsecured Commercial Creditors |
| 1(Q) | Professionals that Provide Services to Official Committee of Unsecured Commercial Creditors |

## SCHEDULE 1(A)

### Debtor

The Roman Catholic Church of the Archdiocese of New Orleans

#86031230v3

## SCHEDULE 1(B)

## Officers, Board, Council and Committee Members

Mr. Rodney J. Abele, Jr.
Ms. Marguerite L. Adams, Esq.
Very Rev. Peter O. Akpoghiran, J.C.D.
Most Rev. Gregory M. Aymond, D.D,
Ms. Emily Marcotte Barilleau
Very Rev. Patrick Carr, Vicar General
Mr. Joseph Carrere
Mr. Mason G. Couvillon
Most Rev. Fernand J. Cheri, III, O.F.M,V.G.
Deacon Ron Drez, Jr.
Mr. Terry A. DuFrene
Mr. Lloyd E. Eagan, Jr.
Mr. Jeffery J. Entwisle
Mr. Paul L. Fine
Mr. William F. Finegan
Mr. Octave J. Francis, III
Mr. Todd R. Gennardo
Mr. Alex Gershanik
Ms. Kathleen R. Hebert
Ms. Catherine B. Howard
Mr. Cory Howat
Ms. Mary S. Johnson
Mr. Robert D. Munch, Jr.
Ms. Raechelle Munna, Esq.
Ms. Dina B. Riviere
Mr. Mark Rodi
Mr. Lloyd A. Tate
Mr. Jeffray A. Teague
Mr. Calvin S. Tregre
Mr. St. Denis J. Villere
Rev. Otis W. Young, Jr.

#86031230v3

## SCHEDULE 1(C)

### Current and Recent Former Entities Affiliated with the Debtor

**Parishes**:

All Saints Roman Catholic Church, New Orleans, Louisiana
Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
Ascension of Our Lord Roman Catholic Church, LaPlace Louisiana
Assumption of Mary Roman Catholic Church, Avondale, Louisiana
Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
Blessed Sacrament – St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
Christ the King Roman Catholic Church, Gretna, Louisiana
Congregation of the Mission Western Province, Louisiana (St. Joseph)
Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
Divine Mercy Roman Catholic Church, Kenner, Louisiana
Good Shepherd Roman Catholic Church, New Orleans, Louisiana
Holy Family Roman Catholic Church, Luling, Louisiana
Holy Family Roman Catholic Church, Franklinton, Louisiana
Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
Holy Spirit Roman Catholic Church, New Orleans, Louisiana
Immaculate Conception Roman Catholic Church, Marrero, Louisiana
Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
Most Holy Trinity Roman Catholic Church, Covington, Louisiana
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
Our Lady of Guadalupe Church & Shrine of St. Jude
Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Belle Chase, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
Our Lady of Prompt Succor Church Roman Catholic Church, Chalmette, Louisiana
Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana

St. Agnes Roman Catholic Church, Jefferson, Louisiana
St. Agnes le Thi Thanh Roman Catholic Church, Marrero, Louisiana
St Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
St. Angela Merici Roman Catholic Church, Metairie, Louisiana
St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
St. Anselm Roman Catholic Church, Madisonville, Louisiana
St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
St. Anthony Roman Catholic Church, Gretna, Louisiana
St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
St. Augustine Roman Catholic Church, New Orleans, Louisiana
St. Benedict Roman Catholic Church, Covington, Louisiana
St. Benilde Roman Catholic Church, Metairie, Louisiana
St. Bernard Roman Catholic Church, St. Bernard, Louisiana
St. Bonaventure Roman Catholic Church, Avondale, Louisiana
St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
St. Christopher the Martyr Roman Catholic Church, Metairie, Louisiana
St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
St. Cletus Roman Catholic Church, Gretna, Louisiana
St. David Roman Catholic Church, New Orleans, Louisiana
St. Dominic's Roman Catholic Church, New Orleans, Louisiana
St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
St. Gabriel Roman Catholic Church, New Orleans, Louisiana
St. Genevieve Roman Catholic Church, Slidell, Louisiana
St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
St. Hubert Roman Catholic Church, Garyville, Louisiana
St. James Major Roman Catholic Church, New Orleans, Louisiana
St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
St. Jerome Roman Catholic Church, Kenner, Louisiana
St. Joachim Roman Catholic Church, Marrero, Louisiana
St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
St. John Bosco Roman Catholic Church, Harvey, Louisiana
St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
St. John the Baptist Roman Catholic Church, Edgard, Louisiana
St. John the Baptist Roman Catholic Church, Paradis, Louisiana
St. John the Baptist Roman Catholic Church, Folsom, Louisiana
St. Joseph Roman Catholic Church, Algiers, Louisiana
St. Joseph Roman Catholic Church, Gretna, Louisiana
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Katherine Drexel Roman Catholic Church New Orleans, Louisiana
St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
St. Louis Cathedral
St. Louis King of France Roman Catholic Church, Metairie, Louisiana

St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana
St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
St. Mark Roman Catholic Church, Ama, Louisiana
St. Martha Roman Catholic Church, Harvey, Louisiana
St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
St. Mary's Roman Catholic Church, New Orleans Louisiana
St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana
St. Patrick's Roman Catholic Church, New Orleans, Louisiana
St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
St. Paul The Apostle Parish Roman Catholic Church, New Orleans, Louisiana
St. Peter's Roman Catholic Church, Covington, Louisiana
St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
St. Peter Roman Catholic Church, Reserve, Louisiana
St. Philip Neri Roman Catholic Church, Metairie, Louisiana
St. Pius X Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, Harahan, Louisiana
St. Rosalie Roman Catholic Church, Harvey, Louisiana
St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana
Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
Society of the Redemptorist (St. Anthony)
Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

### **Churches:**

Christ the King Church
Corpus Christi-Epiphany Church
Divine Mercy Church
Good Shepherd Parish St Stephen Church
Holy Family Church (Franklinton)
Holy Family Church (Luling)
Holy Name of Jesus Church
Holy Name of Mary Church
Holy Spirit Church
Immaculate Conception Church (Marrero)
Immaculate Conception Church (New Orleans)
Infant Jesus of Prague Mission
Mary Queen of Peace Church
Mary Queen of Vietnam Church
Mater Dolorosa Church
Most Holy Trinity Church
Our Lady of Divine Providence Church

Our Lady of Grace Church
Our Lady of Guadalupe (Shrine of St. Jude)
Our Lady of La Vang Mission
Our Lady of Lourdes Church (Slidell)
Our Lady of Lourdes Church (Violet)
Our Lady of Perpetual Help Church (Belle Chasse)
Our Lady of Perpetual Help Church (Kenner)
Our Lady of Prompt Succor Church (Chalmette)
Our Lady of Prompt Succor Church (Westwego)
Our Lady of the Angels Church
Our Lady of the Holy Rosary Church
Our Lady of the Lake Church
Our Lady of the Rosary Church
Our Lady Star of the Sea Church
Resurrection of Our Lord Church
Sacred Heart Church
Sacred Heart of Jesus Church
St. Agnes Church
St. Agnes Le Thi Thanh Church
St. Alphonsus Church
St. Andrew the Apostle Church
St. Angela Merici Church
St. Ann Church and Shrine
St. Ann Mission
St. Anselm Church
St. Anthony Church
St. Anthony Mission
St. Anthony of Padua Church (Luling)
St. Anthony of Padua Church (New Orleans)
St. Augustine Church
St. Benedict Church
St. Benilde Church
St. Bernard Church
St. Bonaventure Church
St. Catherine of Siena Church
St. Charles Borromeo Church
St. Christopher the Martyr Church
St. Clement of Rome Church
St. Cletus Church
St. David Church
St. Dominic Church
St. Edward the Confessor Church
St. Francis of Assisi Church
St. Francis Xavier Church
St. Gabriel the Archangel Church
St. Genevieve Church

#86031230v3

St. Gertrude Church
St. Hubert Church
St. James Major Church
St. Jane de Chantal Church
St. Jerome Church
St. Joachim Church
St. Joan of Arc Church (LaPlace)
St. John Bosco Church
St. John of the Cross Church
St. John the Baptist Church (Edgard)
St. John the Baptist Church (Folsom)
St. John the Baptist Church (New Orleans)
St. John the Baptist Church (Paradis)
St. Joseph Church (Algiers)
St. Joseph Church (New Orleans)
St. Joseph Church and Shrine on the Westbank
St. Joseph the Worker Church
St. Katharine Drexel Church
St. Louis Cathedral-Basilica
St. Louis King of France Church
St. Luke the Evangelist Church
St. Margaret Mary Church
St. Maria Goretti Church
St. Mark Church
St. Martha Church
St. Mary Magdalen Church
St. Mary of the Angels Church
St. Mary's Assumption Church
St. Mary's Chapel (St. Mary's Assumption)
St. Mary's Church (St. Louis Cathedral-Basilica)
St. Matthew the Apostle Church
St. Michael the Archangel Mission
St. Nicholas of Myra Mission
St. Patrick Church (New Orleans)
St. Patrick Church (Port Sulphur)
St. Paul the Apostle Church
St. Peter Cemetery (St. Peter Church Reserve)
St. Peter Church (Covington)
St. Peter Church (Reserve)
St. Peter Claver Church
St. Philip Neri Church
St. Pius X Church
St. Pius X Mission
St. Raymond-St. Leo the Great Church
St. Rita Church (Harahan)
St. Rita Church (New Orleans)

#86031230v3

St. Rosalie Church
St. Theresa of Avila Church
St. Thomas Church - Assumption of Our Lady Mission
Sts. Peter and Paul Church
Transfiguration of the Lord Church
Visitation of Our Lady Church

**Archdiocesan High Schools:**

Academy of our Lady
St. Scholastica Academy
Archbishop Chapelle High School
Archbishop Hannan High School
Archbishop Shaw High School
Archbishop Rummel High School
Holy Rosary Academy High School
Pope John Paul II High School
St. Charles Catholic High School
St. Michaels Special School

**Parish Schools:**

Academy of Our Lady
Annunciation School
Ascension of Our Lord School
Christ the King School
Holy Family Pre-School
Holy Name of Jesus School
Holy Rosary Academy (Closed)
Immaculate Conception School
Mary Queen of Peace School
Our Lady of Divine Providence School (Closed)
Our Lady of Lourdes School
Our Lady of Perpetual Help School (Belle Chasse)
Our Lady of Perpetual Help School (Kenner)
Our Lady of Prompt Succor School (Chalmette)
Our Lady of Prompt Succor School (Westwego)
Our Lady of the Lake School
Resurrection of Our Lord School
Sacred Heart of Jesus School (Closed)
St. Alphonsus School
St. Andrew the Apostle School
St. Angela Merici School
St. Ann School
St. Anthony Pre-School
St. Anthony School

St. Benilde School
St. Catherine of Siena School
St. Charles Borromeo School
St. Christopher the Martyr School
St. Clement of Rome School
St. Cletus School
St. Dominic School
St. Edward the Confessor School
St. Elizabeth Ann Seton School
St. Francis Xavier School
St. Joan of Arc School (LaPlace)
St. Joan of Arc School (New Orleans)
St. Leo the Great School
St. Louis King of France School
St. Margaret Mary School
St. Mary Magdalen School
St. Matthew the Apostle School
St. Michael School
St. Peter Claver School (Closed)
St. Peter School (Covington)
St. Peter School (Reserve)
St. Philip Neri School
St. Pius X School
St. Rita School (Harahan)
St. Rita School (New Orleans)
St. Rosalie School
St. Stephen School
The Good Shepherd Nativity Mission School
Visitation of Our Lady School

**Other Non-Debtor Entities:**

Academy of the Sacred Heart School
Annunciation Inn Apartments (Christopher Homes)
Archdiocese of New Orleans Chancery
Archdiocese of New Orleans Priests
Archdiocese of New Orleans Retreat Center
Blessed Seelos Center
Brother Martin High School
Cabrini High School
Camp Abbey Retreat Center
Catholic Charismatic Renewal
Catholic Charities Archdiocese of New Orleans
Catholic Foundation of the Archdiocese of New Orleans, Inc.
Center of Jesus the Lord at Our Lady of Good Counsel
Christian Brothers School City Park Campus

#86031230v3

Christian Brothers School St. Anthony Campus
Christopher Homes, Inc.
Christopher Inn (Christopher Homes)
Clarion Herald Publishing Co., Inc.
Daughters of Our Lady of the Holy Rosary
De La Salle High Schoo
Delille (Christopher Homes)
Discalced Carmelite Nuns
Hanmaum Korean Catholic Chapel
Holy Cross High School
Holy Cross Middle School
Holy Cross Primary School
Holy Family Summer Camp
Hope House
Jesuit High School
Loyola University New Orleans
Louisiana Conference of Catholic Bishops
Louisiana Pro Life Counsel
Mater Dolorosa Apartments (Christopher Homes)
Metairie Manor Dietary (Christopher Homes)
Metairie Manor I, II, III (Christopher Homes)
Mount Carmel Academy
Nazareth Inn I and II (Christopher Homes)
New Orleans Catholic Cemeteries
Notre Dame Health System (Chateau de Notre Dame)
Notre Dame Seminary and Graduate School of Theology
Our Lady of Lourdes Bingo
Our Lady of Lourdes Summer Camp
Ozanam Inn
Place Dubourg (Christopher Homes)
Project Lazarus
Roquette Lodge Dietary (Christopher Homes)
Rosaryville Spirit Life Center
Rouquette Lodge (Christopher Homes)
School Food and Nutrition Services of New Orleans, Inc. (Locations)
School Food and Nutrition Services of New Orleans, Inc. (Office)
Second Harvest Food Bank of Greater New Orleans and Acadiana
Southern Dominican Province
St Luke Summer Camp
St. Anthony's Gardens
St. Augustine High School
St. Benard Manor (Christopher Homes)
St. Benedict the Moor School
St. John Berchman Manor (Christopher Homes)
St. Joseph's Abbey Church
St. Joseph Seminary College

11

St. Katharine Drexel Preparatory School
St. Mary's Academy of the Holy Family
St. Mary's Dominican High School
St. Martin Manor (Christopher Homes)
The St. Paul's High School
St. Teresa's Villa (Christopher Homes)
St. Thérèse Academy
Society of St. Teresa
Society of St. Vincent de Paul
Stella Maris Apostleship of the Sea
Stuart Hall School for Boys
Tulane Catholic Center
University of Holy Cross
University of New Orleans Newman Center
Ursuline Academy
Villa St. Maurice (Christopher Homes)
Willwoods Community
Wynhoven Apartments I and II (Christopher Homes)

12

## **SCHEDULE 1(D)**

### **Lenders**

Dell Financial SVC, LP
KS State Bank
Hancock Whitney Bank

## SCHEDULE 1(E)

### Litigation Parties

[Redacted] C/O Sherman-Denenea, L.L.C.
ABC Insurance Company (foreign insurance company)
Amanda Gibson
American Mutual Insurance Company
Andrew Cupit
Archbishop Gregory M. Aymond
Asbestos Corporation, Ltd.
AT&T Corporation
B.L.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Bethany Echelard, Kyle Echelard, & [REDACTED]
Bishop Douglas Deshotel, DD
Burmaster Land & Development Company, LLC
C.L.
Catholic Charities Archdiocese of New Orleans
Centennial Insurance Company
Christopher Edward Brown, Jr., Christopher Edward Brown, Sr., & Lisa Brown
Claims Resolution Management Corporation
CSR, Ltd.
Deacon George Brignac
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Eagle, Inc.
Employee(s) of Pope John Paul II High School
[REDACTED] C/O Sherman-Denenea, L.L.C.
Eric Reynolds
Ernest Riley
Excess Insurance Company
[REDACTED] C/O Sherman-Denenea, L.L.C.
Father Henry Brian Highfill
Father James Hurley f/k/a Brother James Hurley
Father Kenneth Hamilton
Father Lawrence A. Hecker
Father Michael Fraser
Father Paul Calamari
Frank Monica
Gayle M. Bartholomew
[REDACTED] C/O Sherman-Denenea, L.L.C.
Guard-Line, Inc.
Harold Thomas Ehlinger
Holy Cross College, Inc. d/b/a Holy Cross School
Holy Guardian Angels Church

14

Insurance Company of North America
Kyle Bourgeois & [REDACTED]
Lombard Insurance Company
Louisiana Restaurant Association Self Insurer's Fund
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Jane Doe (identity unknown)
[REDACTED] C/O Father John Brown, S.J.
[REDACTED] C/O Elizabeth B. Carpenter Law Firm
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
John Doe II (foreign insurance corporation)
John Doe III (foreign insurance corporation)
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Joseph Hebert
Joseph Messina, Jr., Gail Sonnier Messina, Jason Carl Messina, & Ryan Scott Messina
Kaitlyn Aubrey Luminais
[REDACTED] C/O Sherman-Denenea, L.L.C.
Lakeisha Nady
Linda Lee Stonebreaker
Melissa B. Adams
Melissa Blunt
Merle Noullet
[REDACTED] C/O Sherman-Denenea, L.L.C.
Mikkal Peterson
Neal Alan Pollet
[REDACTED] C/O Ardoin, McKowen & Ory, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
[REDACTED] C/O Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Philmat, Inc.
Pope John Paul II High School
[REDACTED] C/O Lamothe Law Firm, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Salesians of Don Bosco, Eastern Province in the USA d/b/a Salesian Society, Inc.

15

School Sisters of Notre Dame, Central Pacific Province f/k/a School Sisters of Notre Dame, Dallas Province
[REDACTED] C/O The Hayes Law Firm, PLC
Shaye R. Lirette
Spencer Butler
St. Bernard Parish Recreation Department
St. Charles Catholic High School
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Mary's Academy of the Holy Family
St. Paul Fire & Marine Insurance Company
[REDACTED] C/O Lamothe Law Firm, LLC
Taylor-Seidenbach, Inc.
The Archdiocese of New Orleans Indemnity, Inc.
The Catholic Mutual Relief Society of America
The Congregation of the Holy Spirit, Province of the United States
The Holy See (Vatican City State)
The McCarty Corporation
The Roman Catholic Church of the Archdiocese of New Orleans
The Society of the Divine World, Southern Province of St. Augustine
The Society of the Roman Catholic Church of the Diocese of Lafayette
[REDACTED]C/O Sherman-Denenea, L.L.C.
[REDACTED]C/O Sherman-Denenea, L.L.C.
Union Carbide Corporation
USA Central and Southern Province, Society of Jesus
Vincent Caminita, Jr., Misty Caminita, & [REDACTED]
Warren Deemer & Mary Deemer
Westchester Fire Insurance Company
Zurich Insurance Company
JOHN H. DENENEA, ESQ.
FRANK J. DAMICO JR.
HERMAN, HERMAN, AND KATZ, LLC
SOREN E GISLESON
JOSEPH E CAIN
RYAN P MONSOUR
RICHARD C TRAHANT
DAMON J BALDONE AND ASSOCIATES
DAMON J BALDONE
STEPHEN M HUBER ESQ
ROGER A STETTER ESQ
ROBERT C JENKINS ESQ
FRANK E LAMOTHE III ESQ
ELIZABETH B CARPENTER ESQ
FELECIA Y PEAVY, ESQ
BENJAMIN T SANDERS
MATTHEW R FRANSEN
COLVIN LAW FIRM

KRISTI S. SCHUBERT
THE HAYES LAW FIRM PLC
DASHAWN HAYES
GAINSBURGH BENJAMIN DAVID MEUNIER AND WARSHAUER LLC
KETTERER BROWNE AND ANDERSON
DEREK T BRASLOW
ARDOIN MCKOWEN AND ORY LLC
DAVID W ARDOIN ESQ
RYAN P MONSOUR
PHILLIPS AND COHEN LLP
PETER W. CHATFIELD
AMY L. EASTON
LUKE J. DIAMOND
JEFFREY W. DICKSTEIN
DARRYL T. LANDWEHR

#86031230v3

## SCHEDULE 1(F)

### Governmental – Regulatory

Environmental Protection Agency
Internal Revenue Service
Louisiana Department of Revenue
Louisiana Department of Environmental Quality
Louisiana Department of Insurance
Louisiana Department of Motor Vehicles
The Louisiana Public Facilities Authority, a public trust and public corporation of the State of Louisiana
Louisiana Workforce Commission                     (Office of Workers Compensation)
Occupational Safety and Health Administration     (OSHA Region 4)
U.S. Department of Labor
Vermont Department of Financial Regulation        (Deputy Commissioner – Captive Insurance)

#86031230v3

## SCHEDULE 1(G)

### Top 20 Creditors

1. Hancock Whitney Bank
2. Optumrx for Rx Claims
3. Ochsner Health System
4. [REDACTED]
5. Advanced Reconstructive Care
6. Meitler Consultants, Inc.
7. Gallagher Benefit Services, Inc.
8. Amerigroup LA
9. LUBA Casualty Insurance Co.
10. Louisiana Children's Medical Center
11. White Oak Consulting
12. Badia Moro Hewett Architects LLC
13. Corass Electrical Service
14. Entergy
15. Hahn Enterprises, Inc.
16. Atmos Energy Louisiana
17. Wright National Flood Insurance Co.
18. DKI Office Furniture & Supplies
19. BSN Sports
20. [REDACTED]

#86031230v3

## SCHEDULE 1(H)

### Insurers

AIG Insurance Company
Archdiocese of New Orleans Indemnity, Inc.
Arrowpoint
Bedivere Insurance Company/Pennsylvania Insurance Company/American Employers' Insurance Company/Armour
Berkley Crime
Catholic Mutual Relief Society of America
Church Mutual Insurance Company
Founders Insurance Co.
Hartford
Ironshore Insurance Company
Hiscox, Inc. Insurance Company
Liberty Mutual Insurance Co.
NAS Insurance
Nationwide Mutual Insurance Company
Puritan/Westport
Safety National
Travelers Insurance
United Health BP
US Fire

#86031230v3

## SCHEDULE 1(I)

### Professionals that Provide Services to the Debtor

Arthur J. Gallagher Risk Management Services, Inc.
Berrigan Litchfield, LLC
Blank Rome LLP
Bourgeois Bennett, L.L.C.
BRT Energy Advisors, LLC
Capitelli & Wicker
Carr, Riggs, & Ingram, LLC
Dalton Architects, Inc.
Denechaud & Denechaud, L.L.C.
DeShazo Adams, LLC
Donlin Recano & Company, Inc.
Dupont-LeCorgne Construction Consultants, LLC
EAG Gulf Coast, LLC
EGL Consultants, LLC
Gaudry, Ranson, Higgins & Gremillion, LLC
Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP
Jones Fussell, LLP
Jones Walker LLP
Juge, Napolitano, Guibeau, Ruli & Frieman
Keegan Linscott & Associates, PC
Kinney, Ellinghausen, Richard & Deshazo
Law Offices of Malvern C. Burnett, APLC
LCG, LLC
P&N Technologies, LLC
Post & Schell, P.C.
Roedel Parsons
The Ehrhardt Group
TMC Realty, LLC d/b/a The McEnery Company
UMR, Inc.
White Oak Consulting
Willis Towers Watson US LLC

**Investment Managers:**
ABS Offshore
Harding Loevner International Equity
Harvest MLP Income Fund
Lazard International Equity
Reinhart Partners
Rhumbline Large Cap Index
Rhumbline Mid Cap Index
Rice Hall James Small/Mid Growth
Rimrock High Income Plus

21

Siguler Guff Distresed REOF II
Siguler Guff DOF III
Siguler Guff DOF IV
Tortoise
Vaughan Nelson Small Cap Value
VIA Energy III
Voya Global Real Estate Fund
WCM Focused Growth International Equity

#86031230v3

## SCHEDULE 1(J)

### Major Utility Providers

Allfax
AT&T
ATMOS ENTERGY
CABLE ONE
CENTURYLINK
CHARTER COMMUNICATIONS
City of Covington
City of Slidell
CLECO POWER LLC
Coastal Environment
COMPUCAST
COX BUSINESS
COX COMMUNICATIONS
EATEL
ELECTRICAL SALES CORP
Excel LD
HUNT TELECOMMUNICATIONS LLC
JEFFERSON PARISH DEPT. OF WATER
MAHATEL, LLC
NelNet Business Solutions
NEWWAVE COMMUNICATIONS
Nextel - Sprint
NOLA BROADBAND INC
NTS COMMUNICATIONS
Protection One / ADT
Reserve Telecommunications
River Parish Disposal
SEWERAGE & WATER BOARD OF N.O.
SOUTHERN NETWORKING SERVICES LLC
SPARKLIGHT
SPECTRUM BUSINESS
ST. JOHN THE BAPTIST PARISH UTILITIES
SWYFT CONNECT
TAMMANY UTILITIES
UTILITIES INC. OF LOUISIANA
Verizon Wireless
VI COMMUNICATIONS INC
WASHINGTON-ST. TAMMANY ELECTRIC COOPERATIVE, INC.
WASTE CONNECTIONS BAYOU INC
WASTE MANAGEMENT
WINDSTREAM

#86031230v3

## SCHEDULE 1(K)

### Bondholders – Trustee of Bondholders

Hancock Whitney Corporation, as Indenture Trustee
TMI Trust Company
Kevin M. Dobrava

## SCHEDULE 1(L)

### Contract Parties

BankPlus (formerly known as First Bank & Trust)
Academy Real Estate, LLC
Ads Systems LLC
Adt Commercial
Alarm Detection & Suppression Systems Contractors, LLC
American Office Supplies
Arch Of New Orleans
Blue Cross And Blue Shield Of Louisiana
Bourgeois Bennett
Bradford & Marzec LLC
Capitelli S Wicker
Captrust
CF Biggs Co. Inc.
Champagne Elevator
Chemsearch, Inc
Christmount
Cintas
Circle Lake Retreat Center
Conduent Image Solutions
Corvus Janitorial Supplies
Crescent Payroll Solutions, Inc.
Dirty Laundry
Discovery Benefits, Inc
Eagle Hurst Ranch
Elevator Technical Services, Inc.
Gallagher Benefit Services, Inc.
Gallo Mechanical Services, LLC
Guillory Sheet Metal Works
Hancock Bank Of Louisiana, New Orleans
Harvest Fund Advisors LLC
Hunt Telecom, LLC
Insight Knowledgement Management Systems
Iron Mountain Information Management Inc
Johnson Controls Fire Protection Lp
Johnson Lambert  Llp
Kane (Usa), Inc.
Kar
Kleinpeter, Gary
Kone
Konica Minolta Premier Finance
Kushner & Lagraize LLC
Lmpacted Enrollment Consulting LLC

25

Magnolia Plantation
Marywood Retreat & Conference Center
Mercier Realty & Investment Company
Milliman
Nacome Camp & Retreat Center
New Orleans Pest Management
Orkin Pest Control
Parishsoft LLC
Pinnacle Elevator, LLC
Point Au Fer Island, L.L.C.
Point Au Fer, L.LC
Pratt Landry Associates, Inc.
Primmer Piper Eggleston & Cramer PC
Public Storage
Ray Bros., Inc.
Ready Power
Red Hawk Fire & Security
Republic Services, Inc.
River Parish Disposal
Royal Crown Coffee
Rumbelow Consulting
Sci La
Selection.Com
Simplex Grinnell
Soto Camp
Southwest Engineers
St. Joseph's Abbey
St. Tammany Parish Government
State Street Global Advisors Trust Company
Sysco
Terminix Service Co Inc
The Guardian Life Insurance Company of America
The Security Center
Tyco Simplex Grinnell
UMR Inc.
United Healthcare Insurance Co
Unitedhealthcare BP
Uniti Fiber, LLC
Uniti Voip
Vaugh Nelson Investment Management LC
Venture Investment Associates
Voya Institutional Plan Services, LLC
Wcm Investment Management
White's Clock & Carillon

#86031230v3

## SCHEDULE 1(M)

### U.S. Trustee and Judges for the Eastern District of Louisiana

David W. Asbach, Acting U.S. Trustee
Hon. Meredith S. Grabill

## SCHEDULE 1(N)

### Official Committee of Unsecured Creditors (Members and Professionals)

George Coulon (Damon J. Baldone)
Patricia Moody (Gerald E. Meunier, Brittany R. Wolf-Freedman)
Michael Robinson (Frank E. Lamothe, III)
John Aleman (Andrew Van Arsdale)

28

## SCHEDULE 1(O)

## Professionals that Provide Services to the Official Committee of Unsecured Creditors

Actuarial Value, LLC
Berkeley Research Group, LLC
Claro Group, LLC
Dr. Jon R. Conte
Kinsella Media, LLC
Locke Lord LLP
Pachulski Stang Ziehl & Jones LLP
Rock Creek Advisors, LLC
Stegall, Benton, Melancon & Associates, LLC
Zobrio, Inc.

## **SCHEDULE 1(P)**

### **Official Committee of Unsecured Commercial Creditors (Members and Professionals)**

BankPlus (formerly known as First Bank & Trust) (Mark C. Landry)
Crescent Door & Hardware, Inc. (Wayne Jablonowski, APLC)
Brown Rice Marketing, LLC (Mark W. Brown)
MetroStudio, LLC (Heather Gorman)

## SCHEDULE 1(Q)

## Professionals that Provide Services to Official Committee of Unsecured Commercial Creditors

Stewart Robbins Brown & Altazan, LLC
Dundon Advisors, LLC

**EXHIBIT C**

DECLARATION OF COMMERCIAL COMMITTEE CHAIRMAN
IN SUPPORT OF
EXPEDITED APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF H. KENT AGUILLARD AS CONFLICTS
COUNSEL FOR LIMITED PURPOSES TO THE OFFICIAL COMMITTEE OF UNSECURED
COMMERCIAL CREDITORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | ) | |
| **In re** | ) | **Case No. 20-10846** |
| | ) | |
| **The Roman Catholic Church of the** | ) | **Chapter 11** |
| **Archdiocese of New Orleans,** | ) | |
| | ) | **Section "A"** |
| **Debtor.[1]** | ) | |
| | ) | |

**DECLARATION OF COMMERCIAL COMMITTEE CHAIRMAN
IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF AGUILLARD, LLC AS PENSION ANALYST
TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Pursuant to 28 U.S.C. § 1746, I, Duane J. Abadie of BankPlus, solely in my capacity as Chairperson of the Official Committee of the Unsecured Commercial Creditors of the Roman Catholic Church of the Archdiocese of New Orleans, hereby submit this declaration (this "Declaration") under penalty of perjury:

1.      I am the Chairman of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") in the above-captioned case.

2.      I submit this declaration in support of the *Expedited Application for Entry of an Order Authorizing the Retention and Employment of H. Kent Aguillard as Conflicts Counsel for Limited Purposes to the Official Committee of Unsecured Commercial Creditors* (the "Application"), by which the Commercial Committee seeks authority to employ H. Kent Aguillard ("Aguillard") as its conflicts legal counsel in the above-captioned bankruptcy case (the "Bankruptcy Case") to represent the Commercial Committee's interests regarding the Proposed

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Point Au Fer Settlements (as that term is defined in the Application) and related issues.

3.       On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [Docket No. 772], appointing the Commercial Committee pursuant to section 1102 of the Bankruptcy Code, followed by a *Supplemental Notice of Appointment of Unsecured Commercial Creditor's Committee to Designate Name* [Docket No. 792]. The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[2]

4.       After discussion, on April 18, 2024, the Commercial Committee determined and voted to retain Aguillard as its conflicts counsel.  Aguillard's professional standing, reputation and the wealth of knowledge and experience will be of great use and benefit to the Commercial Committee.

5.       Aguillard has assured the Commercial Committee that there will be no duplication of effort as between itself and any of the Commercial Committee's other professionals, and Aguillard will work efficiently and cost effectively for the Commercial Committee.

6.       Counsel for the Commercial Committee has communicated with Aguillard regarding their proposed rates and terms of engagement for the Commercial Committee. For legal services, fees are based on Aguillard's standard hourly rate of $450.00 per hour.

7.       The Commercial Committee recognizes that it is its responsibility to closely monitor the billing practices of its professionals to ensure the fees and expenses paid by the estate

---

[2] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("TMI") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity.  After careful consideration, on April 7, 2021, the Commercial Committee determined to grant TMI's request to become an *ex officio* member of the Commercial Committee.  TMI has since merged with Argent Institutional Trust Company ("Argent"). For the avoidance of doubt, Argent is a non-voting member of the Commercial Committee and does not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee.

[2] Claim No. ECN-60.

remain consistent with the Commercial Committee's expectations and the exigencies of the chapter 11 case.

8.      The Commercial Committee will review all applications for compensation submitted by Aguillard to ensure that his fees and costs are appropriate in scope and amount, and to confirm no duplication with the Commercial Committee's other professionals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on April __ , 2024 at New Orleans, Louisiana.

Respectfully submitted,

**THE OFFICIAL COMMITTEE OF
UNSECURED COMMERCIAL
CREDITORS OF THE ROMAN
CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS**

By:     *Duane Abadie*
        _____
        Duane J. Abadie of BankPlus,
        solely in its capacity as Chairperson of the
        Official Committee of the Unsecured
        Commercial Creditors of the Roman
        Catholic Church of the Archdiocese of New
        Orleans