UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § <br> § <br> **THE ROMAN CATHOLIC CHURCH** § <br> **OF THE ARCHDIOCESE OF NEW** § <br> **ORLEANS,** § <br> § <br>     Debtor.[1] § <br> § | Case No. 20-10846 <br><br> Section "A" <br><br> Chapter 11 |

---

### *EX PARTE* MOTION FOR EXPEDITED HEARING ON
### EXPEDITED APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF H. KENT AGUILLARD AS CONFLICTS COUNSEL FOR LIMITED PURPOSES TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS
**[Relates to ECF No. 2946]**

**NOW INTO COURT**, through undersigned counsel, comes the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") who respectfully files this motion (the "***Motion for Expedited Hearing***") seeking, *ex parte*, an expedited hearing on the Commercial Committee's contemporaneously filed *Expedited Application for Entry of an Order Authorizing the Retention and Employment of H. Kent Aguillard as Conflicts Counsel for Limited Purposes to the Official Committee of Unsecured Commercial Creditors* (the "***Motion***"). In support of the Motion for Expedited Hearing, the Commercial Committee respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is governed by §§ 105(a) and 363 of the Bankruptcy Code and Rule 9013-1(C) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana.

### Request for Expedited Relief

4. The Motion, filed contemporaneously with this Motion for Expedited Hearing, requests that the Court approve and authorize the Commercial Committee's retention and employment of H. Kent Aguillard as conflicts legal counsel related to certain settlements the Debtor is proposing and may propose in the future (the "***Proposed Point Au Fer Settlements***").

5. Undersigned understands that the Debtor has circulated to counsel for the U.S. Trustee ("***UST***") and the Official Committee of Unsecured Creditors (the "***Abuse Committee***") drafts of pleadings related to the Proposed Point Au Fer Settlements, which pleadings the Debtor intends to file on or before April 25, 2024 and set for the Court's May 16, 2024 omnibus hearing date. It is further understood that some portion of such pleadings have been circulated pursuant to the Court's protective order and will be filed under seal.

6. As such, it is imperative that the Commercial Committee retain conflicts counsel as soon as possible so that he or she is afforded ample time ahead of any imminent deadlines to execute the protective order, analyze the Proposed Point Au Fer Settlements, and proceed according to the Commercial Committee's best interests.

7. Accordingly, the Commercial Committee requests that the Motion be considered on an expedited basis during the Court's next omnibus hearing date, April 25, 2024 at 1:30 p.m.

8. The Commercial Committee has contacted counsel for the Debtor, UST, and Abuse Committee, all of which have represented that they have no objection to the Commercial

Committee's request for expedited hearing.

**WHEREFORE**, the Commercial Committee respectfully requests that the Court enter an Order in substantially the same form as the attached: (i) setting the Motion for expedited hearing on Thursday, April 25, 2024, at 1:30 p.m. CST; (ii) fixing the deadline of Wednesday, April 24, 2024 at 5:00 p.m. for filing written objections to the Motion; and (iii) granting such other relief as the Court deems just and appropriate.

Dated: April 19, 2024      Respectfully submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   */s/ Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**