UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Omnibus Joint Stipulation Concerning R.V., M.R., T.B., and C.O.'s Omnibus Motion For Leave To File Sexual Abuse Survivor Proof of Claims*, (the "Joint Stipulation"), [ECF Doc. 2933], jointly filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") and R.V., M.R., T.B., and C.O. (each a "Claimant" and collectively, the "Claimants"), as well as the *Omnibus Motion For Leave To File Sexual Abuse Survivor Proof of Claims*, [ECF Doc. 2893], filed by the Claimants.

Considering the record and pleadings,

**IT IS ORDERED** that the Joint Stipulation is **APPROVED**, and as set forth in the Joint Stipulation, each Claimant may file a Sexual Abuse Survivor Proof of Claim, but the Debtor and all parties in interest maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed. Each Claimant reserves his right to argue any defense to any objection, including, but not limited to, that the claim is allowable due to the concept of excusable neglect. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of the Joint Stipulation.

**IT IS FURTHER ORDERED** that Counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF

system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 19, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE