**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON THURSDAY, APRIL 25, 2024, AT 1:30 P.M. CST**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for hearing on **Thursday, April 25, 2024, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart V of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of September 15, 2023].

Parties in interest may participate in the hearing (I) in person in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**; (II) by telephone only (**Dial-in: 1-504-517-1385, Access Code: 129611**); or (III) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.  Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## UNCONTESTED MATTERS

1.  *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from November 1, 2023 through February 29, 2024* **[ECF No. 2908]**

    | | |
    |---|---|
    | **Movant:** | Zobrio, Inc. |
    | **Nature of Motion:** | Interim Application for Compensation |
    | **Response Deadline:** | April 18, 2024 |
    | **Status:** | No objections were filed. At this time, the matter is going forward. |

    **Responses/Related Filings:** None

2.  *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Actuarial Value, LLC as Actuarial Advisor to the Official Committee of Unsecured Creditors for the Period from November 1, 2023 through February 29, 2024* **[ECF No. 2909]**

    | | |
    |---|---|
    | **Movant:** | Actuarial Value, LLC |
    | **Nature of Motion:** | Interim Application for Compensation |
    | **Response Deadline:** | April 18, 2024 |
    | **Status:** | No objections were filed. At this time, the matter is going forward. |

    **Responses/Related Filings:** None

3.  *Seventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from November 1, 2023 through February 29, 2024* **[ECF No. 2910]**

    | | |
    |---|---|
    | **Movant:** | Stegall, Benton, Melancon & Associates, LLC |
    | **Nature of Motion:** | Interim Application for Compensation |
    | **Response Deadline:** | April 18, 2024 |
    | **Status:** | No objections were filed. At this time, the matter is going forward. |

    **Responses/Related Filings:** None

4.  *Eleventh Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through February 29, 2024* **[ECF No. 2911]**

    | | |
    |---|---|
    | **Movant:** | Locke Lord LLP |
    | **Nature of Motion:** | Interim Application for Compensation |
    | **Response Deadline:** | April 18, 2024 |

#102216078v1

|                |                                                                          |
|----------------|--------------------------------------------------------------------------|
| **Status:**    | No objections were filed. At this time, the matter is going forward.      |

**Responses/Related Filings:** None

5. *Eleventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024* **[ECF No. 2918]**

|                        |                                                                     |
|------------------------|---------------------------------------------------------------------|
| **Movant:**            | Pachulski Stang Ziehl & Jones LLP                                   |
| **Nature of Motion:**  | Interim Application for Compensation                                 |
| **Response Deadline:** | April 18, 2024                                                      |
| **Status:**            | No objections were filed. At this time, the matter is going forward.|

**Responses/Related Filings:** None

6. *Eleventh Interim Application of Blank Rome LLP for Allowance of Compensation and Reimbursement of Expenses, as Special Insurance Counsel to the Debtor, for the Period November 1, 2023 Through February 29, 2024* **[ECF No. 2920]**

|                        |                                                                     |
|------------------------|---------------------------------------------------------------------|
| **Movant:**            | Blank Rome LLP                                                       |
| **Nature of Motion:**  | Interim Application for Compensation                                 |
| **Response Deadline:** | April 18, 2024                                                      |
| **Status:**            | No objections were filed. At this time, the matter is going forward.|

**Responses/Related Filings:** None

7. *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024* **[ECF No. 2921]**

|                        |                                                                     |
|------------------------|---------------------------------------------------------------------|
| **Movant:**            | Berkeley Research Group, LLC                                        |
| **Nature of Motion:**  | Interim Application for Compensation                                 |
| **Response Deadline:** | April 18, 2024                                                      |
| **Status:**            | No objections were filed. At this time, the matter is going forward.|

**Responses/Related Filings:** None

8. *Seventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through February 29, 2024* **[ECF No. 2923]**

|                        |                                     |
|------------------------|-------------------------------------|
| **Movant:**            | Rock Creek Advisors, LLC            |
| **Nature of Motion:**  | Interim Application for Compensation |

#102216078v1

|  |  |
|---|---|
| **Response Deadline:** | April 18, 2024 |
| **Status:** | No objections were filed. At this time, the matter is going forward. |

**Responses/Related Filings:** None

9. *Sixth Interim Application of Keegan Linscott & Associates, PC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period November 1, 2023 Through February 29, 2024* **[ECF No. 2924]**

|  |  |
|---|---|
| **Movant:** | Keegan Linscott & Associates, PC |
| **Nature of Motion:** | Interim Application for Compensation |
| **Response Deadline:** | April 18, 2024 |
| **Status:** | No objections were filed. At this time, the matter is going forward. |

**Responses/Related Filings:** None

10. *Eleventh Interim Application of Carr, Riggs & Ingram, LLC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period November 1, 2023 Through February 29, 2024* **[ECF No. 2926]**

|  |  |
|---|---|
| **Movant:** | Carr, Riggs & Ingram, LLC |
| **Nature of Motion:** | Interim Application for Compensation |
| **Response Deadline:** | April 18, 2024 |
| **Status:** | No objections were filed. At this time, the matter is going forward. |

**Responses/Related Filings:** None

11. *Expedited Application for Entry of an Order Authorizing the Retention and Employment of H. Kent Aguillard as Conflicts Counsel for Limited Purposes to the Official Committee of Unsecured Commercial Creditors* **[ECF No. 2946]**

|  |  |
|---|---|
| **Movant:** | The Official Committee of Unsecured Commercial Creditors (the "**Commercial Committee**") |
| **Nature of Motion:** | Application to Employ Conflicts Counsel |
| **Response Deadline:** | April 24, 2024, at 12:00 p.m. |
| **Status:** | No objections were filed. At this time, the matter is going forward. |

**Responses/Related Filings:**

- Order Granting Motion to Expedite Hearing **[ECF No. 2949]**

#102216078v1

## CONTESTED MATTERS

12. *Eleventh Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2023 Through February 29, 2024* **[ECF No. 2927]**

> **Movant:** Jones Walker LLP
> **Nature of Motion:** Interim Application for Compensation
> **Response Deadline:** April 18, 2024
> **Status:** The parties have been advised that the Court will conduct a preliminary hearing on this application. Should the parties need an evidentiary hearing, the Court will schedule one at that time.

> **Responses/Related Filings:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Eleventh Interim Application for Allowances of Compensation and Reimbursement* **[ECF No. 2943]**

- *Witness and Exhibit List of Certain Abuse Survivors in Connection With the Omnibus Hearing as to Their Objection to Jones Walker, LLP's Eleventh Interim Application for Allowances of Compensation and Reimbursement* **[ECF No. 2954]**

Dated: April 24, 2024          Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

#102216078v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, on April 24, 2024, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

<u>*/s/ Mark A. Mintz*</u>
Mark A. Mintz

#102216078v1