# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | § § § § | CHAPTER 11<br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

**IT IS ORDERED** *sua sponte* that the regularly scheduled Omnibus Hearing set on June 20, 2024, is **RESCHEDULED** to **Thursday, June 27, 2024, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Complex Case Procedures, and any Orders limiting notice, and file a certificate of service to that effect as soon within three (3) days.

New Orleans, Louisiana, April 24, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE