UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the Ex Parte *Motion For Authorization To File Under Seal: (I) Chevron 9019 Motion; and (II) First Interim Application of Talbot Carmouche & Marcello and Connick & Connick, L.L.C.*, (the "<u>Motion</u>"), [ECF Doc. 2969], filed by the Debtor.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall enter unredacted copies of the following documents under seal:

1. *Debtor's Motion For Entry of an Order (I) Approving Chevron Settlement Agreement, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief*, [ECF No. 2967], including the Chevron Settlement Agreement attached to the Chevron Proposed Order; and

2. *First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Talbot, Carmouche & Marcello and Connick & Connick, L.L.C. as Special Litigation Counsel to the Debtor*, [ECF No. 2968], including the First Interim Proposed Order attached thereto.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system

pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 29, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE