UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is (i) the *Eleventh Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2023 Through February 29, 2024*, (the "Application"), [ECF Doc. 2927], filed by Jones Walker LLP (the "Movant"); (ii) the Objection to the Application, [ECF Doc. 2943], filed by Certain Abuse Survivors[1]; and (iii) the Joinder to the Objection to the Application, [ECF No. 2960], filed by certain abuse survivors represented by Frank J. D'Amico, Jr.

Having determined that an evidentiary hearing is necessary and based upon the request and consent of the parties,

**IT IS ORDERED** that the Court shall hold an evidentiary hearing to consider the above matters on **Monday, July 22, 2024, at 9:30 a.m. IN PERSON** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Per the rules set forth in this Court's Amended General Order 2021, available at https://www.laeb.uscourts.gov/, some parties in interest may participate

---

[1] The Certain Abuse Survivors are identified in the Objection to the Application.

in the hearing (i) by telephone only (Dial-in 504.517.1385, Access Code 129611) or (ii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

**IT IS FURTHER ORDERED** that parties in interest must review this Court's Amended General Order 2021-2 describing this Court's *Hybrid Model Plan for Conduct of Hearings*, available at https://www.laeb.uscourts.gov/ for specific instructions on (i) remote witness testimony in evidentiary hearings and trials; (ii) timely filing of witness and exhibits lists; and (iii) timely exchange of exhibits.

**IT IS FURTHER ORDERED**:

1. Any discovery pertaining to the disputes in this contested matter must be completed on or before **Monday, July 15, 2024**. The parties are instructed to meet and confer regarding the exchange of discovery as soon as practicable.

2. **Transcribing the Hearing.** The Court will record the Hearing but will not issue a contemporaneous transcript. If a party wishes to obtain an expedited transcript of the Hearing, they may hire a private transcriptionist who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of a transcriptionist. The transcriptionist must transcribe the entire Hearing. The party must provide the Court with the transcriptionist's name and e-mail address by e-mailing benjamin_bejster@laeb.uscourts.gov by **Monday, July 15, 2024, at 5:00 p.m.** Unless there is good cause to decide otherwise, the Court will accept the transcriptionist's certified transcript of the entire Hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov. If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterwards from the recording of the Hearing by e-mailing Jennifer Nunnery in the

Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 8, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE