UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § § § § § § § § | |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Case No. 20-10846 |
| | Section "A" |
| | Chapter 11 |
| **Debtor.**[1] | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON THURSDAY, MAY 16, 2024, AT 1:30 P.M. CST**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of **Amended** Agenda (the "**Agenda**") of matters scheduled for hearing on **Thursday, May 16, 2024, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart V of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of September 15, 2023].

Parties in interest may participate in the hearing (I) in person in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**; (II) by telephone only (**Dial-in: 1-504-517-1385, Access Code: 129611**); or (III) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] **New agenda items are underlined and bolded.**

#102311670v1

## CONTESTED MATTERS

1. *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Extend Appointment of Additional Mediator* **[ECF No. 2956]**

   **Movants:** Debtor and the Official Committee of Unsecured Creditors (the "**Committee**")
   **Nature of Motion:** Motion to Extend Appointment of Additional Mediator
   **Response Deadline:** May 9, 2024
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

   - *U.S. Fire and International's Response to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Extend Appointment of Additional Mediator* **[ECF No. 3017]**

2. *Motion for Presentation of Survivor Statements* **[ECF No. 2972]**

   **Movants:** Certain Sexual Abuse Survivors
   **Nature of Motion:** Motion for Presentation of Survivor Statements
   **Response Deadline:** May 9, 2024
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

   - *The Official Committee of Unsecured Creditors' Comment on Certain Sexual Abuse Survivors' Motion for Presentation of Survivor Statements* **[ECF No. 3012]**

   - *Debtor's Opposition to Motion for Presentation of Survivor Statements* **[ECF No. 3016]**

   - *U.S. Fire and International's Response to Motion for Presentation of Survivor Statements* **[ECF No. 3018]**

3. *Debtor's Motion to Modify Order to Increase the Monthly Cap of Ordinary Course Professional Denechaud and Denechaud, L.L.C.* **[ECF No. 2983]**

   **Movant:** Debtor
   **Nature of Motion:** Motion to Modify Order
   **Response Deadline:** <u>Standard Deadline</u>: May 9, 2024
   <u>Deadline for the Committee and the Official Committee of Unsecured Commercial Creditors</u>: May 15, 2024, at 12:00 p.m.
   **Status:** This matter is going forward.
   **Responses/Related Filings:**

#102311670v1

- *Certain Abuse Survivors' Objection to Debtor's Motion to Modify Order to Increase the Monthly Cap of Ordinary Course Professional Denechaud and Denechaud, L.L.C.* **[ECF No. 3014]**

- *Motion to Consider Whether the Materials in Question Should Be Sealed Pursuant to Local Rule 5.6(D)(2)* **[ECF No. 3015]**

- *Witness and Exhibit List of Certain Abuse Survivors' in Connection to Their Objection to Debtor's Motion to Modify Order to Increase the Monthly Cap of Ordinary Course Professional Denechaud and Denechaud, L.L.C. [Rec. Doc. 2983] Scheduled for May 16, 2024 at 1:30 p.m. (CST)* **[ECF No. 3019]**

- *Joint Response of the Official Committee of Unsecured Creditors and the Official Committee of Unsecured Commercial Creditors to the Debtor's Motion to Modify Order to Increase the Monthly Cap of Ordinary Course Professional Denechaud & Denechaud, L.L.C.* **[ECF No. 3027]**

- ***Debtor's Consolidated (I) Reply to Certain Sexual Abuse Survivors' Objection to Motion to Modify, and (II) Response to Certain Sexual Abuse Survivors' Motion to Consider* [ECF No. 3031]**

Dated: May 15, 2024            Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: lashley@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

3

#102311670v1

**CERTIFICATE OF SERVICE**

      I hereby certify, on May 15, 2024, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

      */s/ Mark A. Mintz*
      Mark A. Mintz

#102311670v1