UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the *First Interim Application For Allowance of Compensation and Reimbursement of Expenses of Talbot, Carmouche & Marcello and Connick & Connick, L.L.C. as Special Litigation Counsel to the Debtor*, (the "Interim Application"), [ECF Doc. 2968], filed by Talbot, Carmouche & Marcello ("TC&M") and Connick & Connick, L.L.C. ("C&C" and together with TC&M, the "Firms").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that TC&M is allowed interim compensation in the amount of ▇▇▇▇▇▇▇▇ for services rendered and $50,001.46 as reimbursement for actual, reasonable, and necessary expenses incurred in connection with the Shell, Coterra, and Chevron Settlements.

**IT IS FURTHER ORDERED** that C&C is allowed interim compensation in the amount of ▇▇▇▇▇▇▇▇ for services rendered in connection with the Shell, Coterra, and Chevron Settlements.

**IT IS FURTHER ORDERED** that the Firms are authorized and directed to disburse to the Debtor the net settlement proceeds and retain the remaining balance of the fees and expenses allowed herein promptly upon entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Firms shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 20, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE