# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | CHAPTER 11 (COMPLEX CASE) |
| THE ARCHDIOCESE OF NEW ORLEANS, | § | |
| | § | SECTION A |
| DEBTOR. | § | |

## ORDER

Before the Court is the *Motion for Summary Judgment on Eleventh Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period From November 1, 2023 Through February 29, 2024* (the "Motion for Summary Judgment"), [ECF Doc. 3060], filed by Jones Walker LLP, counsel to the above-captioned Debtor. The Motion for Summary Judgment is currently set for hearing on Thursday, June 27, 2024, this Court's regularly scheduled omnibus hearing date.

The underlying contested matter is a fee dispute. Per its Order dated May 8, 2024, this Court determined that an evidentiary hearing was necessary to resolve the dispute and set that hearing to occur on **Monday, July 22, 2024, at 9:30 a.m.** [ECF Doc. 3011]. Counsel for Jones Walker LLP and the parties objecting to Jones Walker LLP's eleventh interim fee application, [ECF Docs. 2927, 2943 & 2960], are expected to appear pursuant to that Order and present evidence regarding the reasonableness and necessity of the fees at issue under 11 U.S.C. § 330 and *Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re Woerner)*, 783 F.3d 266 (5th Cir. 2015). Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, and any Order limiting notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this 18th day of June, 2024.

                                            MEREDITH S. GRABILL
                                    UNITED STATES BANKRUPTCY JUDGE