IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In re: The Roman Catholic Church of the Archdiocese of New Orleans,*<br><br>*Debtor.*<br><br>This document relates to:<br><br>Creditors represented by D. Miller & Assocaites: EM, JS, JA, SB, RP, RH, RJ, MB, GM and BF. | Case No. 20-10846<br><br>Chapter 11<br><br>Complex Case |

## *EX PARTE* MOTION TO WITHDRAW PRIOR COUNSEL NO LONGER WITH D. MILLER AND ASSOCIATES

Pursuant to Local Rule 2014-1.C of the United States Bankruptcy Court for the Eastern District of Louisiana, individual creditors captioned above, through counsel, hereby move for an Order to Withdraw their prior counsel – Rochelle Guiton. Ms. Guiton is no longer with the firm D. Miller & Associates. Claimants above are still represented by D. Miller and Assocaites. Specifically, Clint Casperson with D. Miller and Associates has been admitted pro hac vice in the above matters. [Doc. 3145]. As the claimants above are maintaining their representation, and Ms. Guiton is no longer with the firm D. Miller and Associates, claimants above request Ms. Guiton be withdrawn as counsel.

WHEREFORE, Plaintiff requests that this Motion be granted, and prior counsel – Rochelle Guiton – be withdrawn as counsel associated with the above cases.

Dated: 25th day of June, 2024              Respectfully Submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Clint Casperson
Attorney for Individual
Creditors Identified Above.