# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Ninth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2023 through March 31, 2024*, (the "Interim Application"), [ECF Doc. 3125], filed Stewart Robbins Brown & Altazan LLC (the "Movant"). The Court finds that the Interim Application was properly served in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules, incorporated appropriate notice language and no objection has been filed by any party. After reviewing the Interim Application, the Court has determined the services and expenses indicated in the Interim Application were reasonable, actually rendered, and necessary to represent the interests of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Movant is allowed and awarded, on an interim basis, for the period of December 1, 2023, through March 31, 2024 (the "Interim Application Period"), fees in the amount of $287,145.00 and expenses in the amount of $8,714.32, totaling

$295,859.32 (the "Award") incurred in connection with its representation of the Commercial Committee.

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the remaining balance of the Award to the Movant promptly upon entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 17, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE