**EXHIBIT A**

|  | **Participant** | **Counsel / Advisors** |
|---|---|---|
| 1. | The Roman Catholic Church of the Archdiocese of New Orleans | Jones Walker LLP; Blank Rome LLP; Keegan Linscott & Associates PC |
| 2. | Apostolates (including Saint Joseph Abbey and Seminary College) | Heller, Draper, Patrick, Horn, & Manthey LLC |
| 3. | Official Committee of Unsecured Creditors | Locke Lord LLP; Pachulski Stang Ziehl & Jones LLP; Berkeley Research Group LLP |
| 4. | Official Committee of Unsecured Commercial Creditors | Stewart Robbins Brown & Altazan, LLC |
| 5. | Catholic Mutual Relief Society | ArentFox Schiff LLP |
| 6. | United States Fire Insurance Company and International Insurance Company | O'Melveny & Myers LLP |
| 7. | Certain Abuse Survivors | Herman, Herman & Katz; Richard C. Trahant; Shearman Denenea, L.L.C. |
| 8. | Argent Institutional Trust Company | Greenberg Traurig, LLP |
| 9. | Hancock Whitney Bank | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux L.L.C. |
| 10. | Fidelity & Guaranty Insurance Underwriters, Inc. | Dentons US LLP |
| 11. | Second Harvest Food Bank of Greater New Orleans and Acadiana | Baker Donelson Bearman Caldwell & Berkowitz PC |
| 12. | First State Insurance Company and Twin City Fire Insurance Company (Hartford) | Ruggeri Parks Weinberg LLP |
| 13. | SPARTA Insurance Company | Sidley Austin LLP; Liskow & Lewis |
| 14. | Counsel for Individual Survivors | Robinson Law Offices LLC |
|  |  | Ardoin McKowen & Ory LLC |
|  |  | Salim-Beasley LLC |
|  |  | Gainsburgh Benjamin David Meunier & Warshauer LLC |
|  |  | Sherman-Denenea LLC |

|  | **Participant** | **Counsel / Advisors** |
|---|---|---|
|  |  | Lamothe Law Firm LLC |
|  |  | Aylstock Witkin Kreis & Overholtz PLLC |
|  |  | Delacroix & Delacroix LLC |
|  |  | Huber Tomas & Marcelle LP |
|  |  | Sher Garner Cahill Richter Klein & Hilbert LLC |
|  |  | N. Frank Elliot III, LLC |
|  |  | Townsend Law, LLC |
| 15. | Individual Survivors | ---[1] |
| 16. | Unknown Tort Claims Representative | Michal R. Hogan |
| 17. | Hon. Gregg W. Zive | Court-Appointed Mediator |
| 18. | John W. Perry, Jr. | Court-Appointed Mediator |

---

[1] In order to avoid disclosing any potentially identifying information, counsel for the individual Survivors that the Expert and his advisors met with in-person is not identified herein.