## EXHIBIT B

| Date | Participants (Excluding Expert & Advisors) | Type of Meeting |
|---|---|---|
| 8/22/2024 | Debtor Counsel *(Jones Walker LLP)* | Zoom |
| 8/29/2024 | Debtor Counsel and Financial Advisor *(Jones Walker LLP; Keegan Linscott)* | Zoom |
| 8/29/2024 | UCC Counsel *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP)* | Zoom |
| 8/30/2024 | Debtor Financial Advisor *(Keegan Linscott)* | Zoom |
| 8/30/2024 | Individual Survivors Counsel *(Herman, Herman & Katz; Richard C. Trahant; Shearman Denenea, L.L.C.; Delacroix & Delacroix LLC; Townsend Law, LLC; N. Frank Elliot III, LLC; Huber Tomas & Marcelle LP; Gainsburgh Benjamin David Meunier & Warshauer LLC; Lamothe Law Firm LLC; Salim-Beasley LLC; and Robinson Law Offices LLC)* | Zoom |
| 9/4/2024 | Debtor Financial Advisor *(Keegan Linscott)* | Zoom |
| 9/4/2024 | Apostolates Counsel *(Heller, Draper, Patrick, Horn, & Manthey LLC)* | Zoom |
| 9/4/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 9/5/2024 | Debtor Counsel *(Jones Walker LLP)* | Zoom |
| 9/5/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 9/6/2024 | Travelers Counsel *(Dentons LLP)* | Zoom |
| 9/6/2024[1] | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 9/6/2024 | Argent and Counsel *(Greenberg Traurig, LLP; Argent)* | Zoom |
| 9/6/2024 | Debtor Financial Advisor *(Keegan Linscott)* | Zoom |
| 9/6/2024 | Certain Abuse Survivors Counsel *(Herman, Herman & Katz; Richard C. Trahant; Shearman Denenea, L.L.C.)* | Zoom |
| 9/9/2024 | Certain Abuse Survivors Counsel *(Herman, Herman & Katz; Richard C. Trahant; Shearman Denenea, L.L.C.)* | In-Person |
| 9/9/2024 | Individual Survivor 1 | In-Person |

---

[1] The Expert and his advisors met with UCC counsel and its financial advisor twice on September 6, 2024.

| Date | Participants (Excluding Expert & Advisors) | Type of Meeting |
|---|---|---|
| 9/9/2024 | Individual Survivor 2 | Zoom |
| 9/9/2024 | Debtor *(Archbishop Aymond; Lee Eagan; General Counsel of Archdiocese of New Orleans; Jones Walker LLP)* | In-Person |
| 9/10/2024 | Individual Survivor 3 | Zoom |
| 9/10/2024 | Individual Survivor 4 | In-Person |
| 9/10/2024 | Apostolates Counsel *(Heller, Draper, Patrick, Horn, & Manthey LLC)* | In-Person |
| 9/13/2024 | United States Fire Insurance Company and International Insurance Company *(O'Melveny & Myers LLP)* | Zoom |
| *9/13/2024 – Competing Chapter 11 Plans Filed by the Debtor and UCC, Respectively* | | |
| 9/16/2024 | Debtor Financial Advisor *(Keegan Linscott)* | Zoom |
| 9/17/2024 | Debtor Financial Advisor *(Keegan Linscott)* | Zoom |
| 9/17/2024 | Hartford Counsel *(Ruggeri Parks Weinberg LLP)* | Zoom |
| 9/17/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 9/18/2024 | Catholic Mutual Relief Society Counsel *(ArentFox Schiff LLP)* | Zoom |
| 9/19/2024 | Debtor Counsel *(Jones Walker LLP)* | Zoom |
| 9/19/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 9/23/2024 | Commercial Committee Counsel *(Stewart Robbins Brown & Altazan, LLC)* | Zoom |
| 9/23/2024 | Debtor and Financial Advisor *(Keegan Linscott; Lee Eagan)* | Zoom |
| 9/23/2024 | Second Harvest Food Bank of Greater New Orleans and Acadiana *(Baker Donelson Bearman Caldwell & Berkowitz PC)* | Zoom |
| 9/25/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 9/25/2024 | Debtor Insurance Counsel *(Blank Rome LLP)* | Zoom |
| 9/26/2024 | Argent Counsel *(Greenberg Traurig, LLP)* | Zoom |
| 9/27/2024 | Debtor and Apostolates *(Jones Walker LLP; Keegan Linscott; Lee Eagan; Heller, Draper, Patrick, Horn, & Manthey LLC)* | Zoom |

| Date | Participants (Excluding Expert & Advisors) | Type of Meeting |
|---|---|---|
| 9/30/2024 | Travelers Counsel *(Dentons LLP)* | Zoom |
| 10/3/2024 | Argent Counsel *(Greenberg Traurig, LLP)* | Zoom |
| 10/3/2024 | Debtor Financial Advisor *(Keegan Linscott)* | Zoom |
| 10/7/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 10/8/2024 | SPARTA and Counsel *(Sidley Austin LLP; SPARTA; Catalina Re; Hinkhouse Williams Walsh LLP)* | Zoom |
| 10/10/2024 | UCC Counsel and Financial Advisor *(Pachulski Stang Ziehl & Jones LLP; Locke Lord LLP; BRG)* | Zoom |
| 10/11/2024 | Debtor and Counsel *(Lee Eagan; Jones Walker LLP)* | Zoom |
| 10/16/2024 | Debtor and Apostolates *(Lee Eagan; Jones Walker LLP; Heller, Draper, Patrick, Horn, & Manthey LLC)* | Zoom |
| 10/18/2024 | Mediator *(Judge Gregg W. Zive)* | Zoom |
| 10/18/2024 | Mediator *(John W. Perry, Jr.)* | Call |
| 10/21/2024 | Mediator *(Judge Gregg W. Zive)* | Call |
| 10/21/2024 | UCC Counsel *(Pachulski Stang Ziehl & Jones LLP)* | Call |
| 10/21/2024 | Certain Abuse Survivors Counsel *(Herman, Herman & Katz)* | Zoom |
| 10/22/2024 | Mediator *(Judge Gregg W. Zive)* | Zoom |