# EXHIBIT C

**Notice of Expert's Request for Party Submissions**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**NOTICE OF EXPERT'S REQUEST FOR PARTY SUBMISSIONS**

To the parties listed on **Exhibit A** attached hereto in the above-captioned cases (each a "Party"):

Reference is made to the *Order Appointing an Expert Witness Under Federal Rule of Evidence 706* [Docket No. 3308] (the "Order Appointing Expert"), entered by the Court on August 21, 2024.[2] The Court-appointed expert, Mohsin Y. Meghji (the "Expert"), by and through his counsel, requests the following to assist the Expert with his investigation and report (the "Investigation"):

- Each Party is requested to submit a confidential written submission (each a "Party Submission") to the Expert via email no later than **August 27, 2024 at 5:00 p.m. (CT)** to *both* of the following email addresses: mmeghji@m3-partners.com and adnoexpert.lwteam@lw.com.

- Each Party Submission shall be treated as Confidential by the Expert, consistent with the terms of the Protective Order [Docket No. 305]. **Party Submissions shall not contain information subject to protection by the attorney-client privilege or work product doctrine.**

- Each Party Submission shall include a cover page that clearly states (i) the identity of the Party (including contact information for both the Party and the Party's counsel), and (ii) the identity of any key individuals and/or parties (with their contact information, if available) that the Expert and his counsel should speak with to better understand the issues outlined in the Order Appointing Expert.

- A Party is permitted to include with its Party Submission no more than *five* (5) additional documents related to the Chapter 11 Case (and that may include pleadings

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms used herein shall have the meanings ascribed to them in the Order Appointing Expert.

or other filings made in the Chapter 11 Case) that the Party believes will be of assistance to the Expert as part of his Investigation.

- The Party Submission shall be three (3) – five (5) (and no more than five (5)) pages in length (exclusive of the cover sheet and additional documents) and address any or all of the following points:
    - Key obstacles that the parties have encountered in this case that have slowed or hampered progress, including how/why this case is different than other Diocese chapter 11 cases;
    - Your view of the key terms/features of the contemplated plans, as well as the current drafts of any term sheets or plans;
    - Your preferred plan structure(s) and available alternatives, including key assumptions, metrics and/or obstacles;
    - Your view of the Debtor's management structure and functioning, as well as the competency of management of the Debtor to represent the interests of the estate;
    - Your view on the financial wherewithal of the Debtor to reorganize and move forward as a going concern, in light of the Debtors' current tort liability, the availability of insurance proceeds and contributions from non-debtor affiliates, and possible use of non-monetary remedies to curb and attempt to prevent future tort liability;
    - Your perspective on the administrative costs (professional fees and otherwise) in the context of the contours of this case as well as your perspective on ongoing resources required to bring this case to conclusion; and
    - Anything else you would like the Expert to know.

Dated: August 22, 2024

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji

# Exhibit A

| | Party | Attention | Email | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1. | The Roman Catholic Church of the Archdiocese of New Orleans | c/o Jones Walker LLP<br>(Attn: R. Patrick Vance; Elizabeth J. Futrell; Mark A. Mintz; Laura F. Ashley, Lucas H. Shelf) | pvance@joneswalker.com<br>efutrell@joneswalker.com<br>mmintz@joneswalker.com<br>lashley@joneswalker.com | 201 St. Charles Avenue, 51st Floor | New Orleans | LA | 70170 |
| 2. | Apostolates (including Saint Joseph Abbey and Seminary College) | c/o Heller, Draper, Patrick, Horn, & Manthey LLC<br>(Attn: Douglas S. Draper; William H. Patrick, III; Leslie A. Collins) | ddraper@hellerdraper.com<br>lcollins@hellerdraper.com | 650 Poydras Street, Suit 2500 | New Orleans | LA | 70130 |
| 3. | Official Committee of Unsecured Creditors | c/o Locke Lord LLP<br>(Attn: Bradley C. Knapp, Omer F Kuebel III) | bknapp@lockelord.com<br>rkuebel@lockelord.com | 601 Poydras Street, Suite 2660 | New Orleans | LA | 70130 |
| | | c/o Pachulski Stang Ziehl & Jones LLP<br>(Attn: Linda F. Cantor; James I. Stang; Joshua M. Fried) | lcantor@pszjlaw.com | 10100 Santa Monica Boulevard, 13th Floor | Los Angeles | CA | 90067 |
| 4. | Official Committee of Unsecured Commercial Creditors | c/o Stewart Robbins Brown & Altazan, LLC<br>(Attn: Paul D. Stewart, Jr.; William S. Robbins; Brandon A. Brown) | dstewart@stewartrobbins.com<br>wrobbins@stewartrobbins.com<br>bbrown@stewartrobbins.com | 301 Main Street, Suite 1640, P.O. Box 2348 | Baton Rouge | LA | 70821 |
| | | H. Kent Aguillard | kent@aguillardlaw.com | 141 S. 6th St. | Eunice | LA | 70535 |

| | Party | Attention | Email | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 5. | Catholic Mutual Relief Society | c/o Bienvenu Foster Ryan & O'Bannon LLC<br>(Attn: John W. Waters) | jwaters@bfrob.com | 1100 Poydras Street, Suite 2870 | New Orleans | LA | 70163 |
| 6. | United States Fire Insurance Company and International Insurance Company | c/o Gieger, Laborde & Laperouse, L.L.C.<br>(Attn: John E.W. Baay II) | jbaay@glllaw.com | 701 Poydras Street, Suite 4800 | New Orleans | LA | 70139 |
| | | c/o O'Melveny & Myers LLP<br>(Attn: Emma L. Jones; Tancred V. Schiavoni) | eljones@omm.com<br>tschiavoni@omm.com | 1701 N. Harwood Street, Suite 1700 | Dallas | TX | 75201 |
| 7. | Certain Abuse Claimants | c/o Herman, Herman & Katz<br>(Attn: Soren E. Gisleson) | sgisleson@hhklawfirm.com | 909 Poydras Street, Suite 1860 | New Orleans | LA | 70112 |
| | | c/o Richard C. Trahant | trahant@trahantlawoffice.com | 2908 Hessmer Avenue | Metairie | LA | 70002 |
| | | c/o Shearman Denenea, L.L.C.<br>(Attn: John H. Denenea, Jr.) | jdenenea@midcitylaw.com | 3004 David Drive | Metairie | LA | 70003 |
| 8. | Argent Institutional Trust Company | c/o Greenberg Traurig, LLP<br>(Attn: Colleen A. Murphy; Annette Jarvis) | murphyc@gtlaw.com<br>jarvisa@gtlaw.com | One International Place, Suite 2000 | Boston | MA | 02110 |
| | | c/o Butler Snow LLP<br>(Attn: David S. Rubin) | David.Rubin@butlersnow.com | 445 North Boulevard, Suite 300 | Baton Rouge | LA | 70802 |
| 9. | Hancock Whitney Bank | c/o Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux L.L.C. | waguespack@carverdarden.com<br>scullin@carverdarden.com<br>segrist@carverdarden.com | 1100 Poydras Street, Suit 3100 | New Orleans | LA | 70163 |

| | Party | Attention | Email | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | | (Attn: David F. Waguespack; Stephen P. Scullin; Peter J. Segrist) | | | | | |
| 10. | Fidelity & Guaranty Insurance Underwriters, Inc. | c/o Dentons US LLP (Attn: Patrick C. Maxcy; Deborah J. Campbell) | patrick.maxcy@dentons.com deborah.campbell@dentons.com | 233 South Wacker Drive, Suite 5900 | Chicago | IL | 60606 |
| 11. | Second Harvest Food Bank of Greater New Orleans and Acadiana | c/o Baker Donelson Bearman Caldwell & Berkowitz PC (Attn: Jan M. Hayden) | jhayden@bakerdonelson.com | 201 St. Charles Avenue, Suite 3600 | New Orleans | LA | 70170 |
| 12. | First State Insurance Company and Twin City Fire Insurance Company | c/o Larzelere Picou Wells Simpson Lonero LLC (Attn: Wilson L. Maloz, III) | wmaloz@lpwsl.com | 3850 N. Causeway Boulevard | Metairie | LA | 70002 |
| 13. | Counsel for Individual Abuse Survivors | c/o Robinson Law Offices LLC (Attn: Craig Robinson) | craig@rlolegal.com | 700 Camp Street | New Orleans | LA | 70130 |
| | | c/o Ardoin McKowen & Ory LLC (Attn: David Winston Ardoin) | david@amotriallawyers.com | 114 Laura Drive, Suite D | Thibodaux | LA | 70301 |
| | | c/o Salim-Beasley LLC (Attn: Felecia Y. Peavy, Frank Elliot III, Robert Salim) | robertsalim@salim-beasley.com | 1901 Texas Street | Natchitoches | LA | 71457 |
| | | c/o Gainsburgh Benjamin David Meunier & Warshauer LLC (Attn: Gerald Meunier, Brittany Wolf-Freeman) | gmuenier@gainsben.com bwolf@gainsben.com | 1100 Poydras St. | New Orleans | LA | 70163 |
| | | c/o Sherman-Denenea LLC | jdenenea@midcitylaw.com | 424 Canal Street | New Orleans | LA | 70119 |

| | Party | Attention | Email | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | | (Attn: John Denenea Jr.) | | | | | |
| | | c/o Lamothe Law Firm LLC<br>(Attn: Frank E. Lamothe, III) | felamothe@lamothefirm.com | 400 Poydras Street, Suite 1760 | New Orleans | LA | 70130 |
| | | c/o Aylstock Witkin Kreis & Overholtz PLLC<br>(Attn: Reagan Charleston Thomas) | sateam@awkolaw.com | 17 East Main Street, Suite 200 | Pensacola | FL | 32502 |
| | | c/o Trahant Law Office<br>(Attn: Richard Trahant) | trahant@trahantlawoffice.com | 2908 Hessmer Avenue | Metairie | LA | 70002 |
| | | c/o Delacroix & Delacroix LLC<br>(Attn: Scott Delacroix) | ScottDelacroixLaw@gmail.com | 321 North Vermont Street, Suite 105 | Covington | LA | 70433 |
| | | c/o Herman Herman & Katz LLC<br>(Attn: Soren Gisleson, Joseph Cain) | sgisleson@hhklawfirm.com<br>jcain@hhklawfirm.com | 820 O'Keefe Avenue | New Orleans | LA | 70113 |
| | | c/o Huber Tomas & Marcelle LP<br>(Attn: Stephen Huber, Logan Schonekas) | Stephen@HuberThomasLaw.com<br>Logan@HuberThomasLaw.com | 1100 Poydras Street, Suite 2200 | New Orleans | LA | 70163 |
| | | c/o Sher Garner Cahill Richter Klein & Hilbert LLC<br>(Attn: Thomas Madigan) | tmadigan@shergarner.com | 909 Poydras Street, 28th Floor | New Orleans | LA | 70112 |