**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH** § **OF THE ARCHDIOCESE OF NEW** § **ORLEANS,** § § Debtor.[1] § § | **Case No. 20-10846** Section "A" Chapter 11 |

---

**DEBTOR'S RESERVATION OF RIGHTS CONCERNING**
**MOTION OF A.P. FOR LEAVE TO FILE MOTION TO SUBSTITUTE**
**DECEASED CLAIMANT S.T. AND ACCOMPANYING EXHIBITS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), who files this reservation of rights (this "**Reservation**") concerning the *Motion of A.P. for Leave to File Motion to Substitute Deceased Claimant S.T. and Accompanying Exhibits Under Seal* [ECF No. 3431]. In support of this Reservation, the Debtor respectfully states as follows:

**Background Facts**

1. On October 18, 2021, a sexual abuse survivor using the pseudonym S.T. filed *S.T.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim*. [ECF No. 1121]. Specifically, S.T. requested leave to file a Sexual Abuse Survivor Proof of Claim with the Debtor's claims and noticing agent beyond the March 1, 2021 deadline to file claims. [*Id.*]. On November 12, 2021, the Debtor and S.T. filed a *Joint Stipulation and Agreed Order Concerning S.T.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* [ECF No. 1161], which was approved by the Court

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

that same day [ECF No. 1162] (the "**Joint Stipulation and Agreed Order**"). Pursuant to the Joint Stipulation and Agreed Order, S.T. was authorized to file a Sexual Abuse Survivor Proof of Claim, while the Archdiocese and all parties in interest would maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed. [*Id.*].

2. On October 21, 2024, A.P., the daughter of S.T., filed the *Motion of A.P. for Leave to File Motion to Substitute Deceased Claimant S.T. and Accompanying Exhibits Under Seal* [ECF No. 3431] ("**A.P.'s Motion for Leave**"). A.P.'s Motion for Leave, which is noticed for hearing on November 21, 2024,[2] requests leave of Court to file a "Motion to Substitute Deceased Claimant S.T." and accompanying exhibits under seal. [ECF No. 3431]. The following day, on October 22, 2024, A.P. filed a separate *Motion to File Under Seal and Manual Attachment*. [ECF No. 3434].

**Reservation of Rights**

3. A.P.'s Motion for Leave, which is set for hearing on November 21, requests leave of Court to file a "Motion to Substitute Deceased Claimant S.T." and accompanying exhibits under seal. The Debtor does not oppose A.P.'s request to file such documents under seal. Nor does the Debtor believe that the underlying "Motion to Substitute" has been set for hearing.

4. Nevertheless, out of an abundance of caution, the Debtor files this Reservation to document its position concerning the "Motion to Substitute." Although the Debtor does not oppose A.P.'s substitution request, the Debtor reserves all rights pertaining to S.T.'s underlying claim. The Debtor further requests that any order approving the Motion to Substitute include such reservation of rights language.

**WHEREFORE**, the Debtor respectfully requests that the Court consider this Reservation and grant such other and further relief to the Debtor as may be just and proper.

---

[2] ECF No. 3433.

Dated: November 11, 2024

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served (a) on November 11, 2024 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim

#102910036v1