## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | CASE NO: 20-10846 |
| § | |
| THE ROMAN CATHOLIC CHURCH § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW § | |
| ORLEANS, § | COMPLEX CASE |
| § | |
| DEBTOR. § | SECTION A |
| § | |

## ORDER

Before the Court is the *Consent Motion To Continue Hearing on "Motion To Intervene and Objection to Sale of 1941 Dauphine Street"* (the "Motion"), [ECF Doc. 3662], filed by Cambronne Real Estate, L.L.C. (the "Movant") with the consent of the Debtor and Kim Braud.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing to consider the *Motion To Intervene and Objection to Sale of 1941 Dauphine Street*, [ECF Doc. 3603], filed by Kim Bruad is **CONTINUED** from January 16, 2025, to **Friday, January 24, 2025, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, January 15, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE