**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** § § § § Debtor.[1] § § | **Case No. 20-10846** **Section "A"** **Chapter 11** |

**U.S. FIRE INSURANCE COMPANY'S AND**
**INTERNATIONAL INSURANCE COMPANY'S STATEMENT**
**AHEAD OF COURT'S JANUARY 16, 2025 STATUS CONFERENCE**

U.S. Fire Insurance Company ("U.S. Fire") and International Insurance Company ("International"), by and through their undersigned counsel, submit this statement ahead of the Court's January 16, 2025 status conference. In support of this statement, U.S. Fire and International respectfully state as follows:

**I.  STATEMENT**

U.S. Fire and International submit that if the Court is to add an additional mediator, it consider Paul Finn and the Hon. Shelley C. Chapman (Ret.)—both of whom mediated a global resolution of *Rockville Centre* bankruptcy case. *See Order Appointing Mediators* [Dkt. No. 3113], *In re: The Roman Catholic Diocese of Rockville Centre*, New York, Case No. 20-12345 (MG) (U.S. Bankr. S.D.N.Y.). In addition to *Rockville Centre*, Mr. Finn mediated a global resolution of the *Archdiocese of Boston* case and was instrumental in the mediated result in the *Boy Scouts* case. He is a legend in this field. There is no need to reinvent the wheel.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

## II. CONCLUSION

WHEREFORE, U.S. Fire and International respectfully request that the Court (i) take notice of this statement, and (ii) award all other relief as is just, equitable, and appropriate.

*[Remainder of the page intentionally left blank.]*

Dated: January 15, 2025                      Respectfully submitted,

By: */s/ John E. W. Baay II*
JOHN E.W. BAAY II (22928)
**LABORDE SIEGEL, L.L.C.**
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: jbaay@labordesiegel.com

**O'MELVENY & MYERS LLP**
TANCRED SCHIAVONI (*pro hac vice*)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: +1 (212) 326-2000
Facsimile: +1 (212) 326-2061
Email: tschiavoni@omm.com

EMMA L. JONES (*pro hac vice*)
2801 N. Harwood St., Suite 1600
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

JOSHUA JILOVEC (*pro hac vice*)
700 Louisiana Street
Suite 2900
Houston, TX 77002-2796
United States
Telephone: (832) 254-1536
Email: jjilovec@omm.com

*Counsel for United States Fire Insurance Company and International Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document and any attachments were caused to be served this 15th day of January 2025 by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record receiving electronic notice by such system. I also certify that on this 15th day of January 2025, I caused a copy of the foregoing document and any attachments to be served by e-mail or first-class U.S. mail, as applicable, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], including on the Debtor; Debtor's counsel; counsel for the Official Committee of Unsecured Creditors and the Official Commercial Committee; the U.S. Trustee.

                                                    */s/ John E. W. Baay Ii*
                                                    JOHN E.W. BAAY II (22928)