**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| IN RE: | § | **CASE NO: 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **CHAPTER 11** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |
| | § | |

### ORDER

Before the Court is the *Consent Motion To Continue Hearing on "Motion To Intervene and Objection to Sale of 1941 Dauphine Street"* (the "Motion"), [ECF Doc. 3662], filed by Cambronne Real Estate, L.L.C. (the "Movant") with the consent of the Debtor and Kim Braud.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing to consider the *Motion To Intervene and Objection to Sale of 1941 Dauphine Street*, [ECF Doc. 3603], filed by Kim Bruad is **CONTINUED** from January 16, 2025, to **Friday, January 24, 2025, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, January 15, 2025.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Louisiana

In re:                                                                    Case No. 20-10846-MSG

The Roman Catholic Church for the Archdi                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 26 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf904 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Kim M. Braud, PO Box 741505, New Orleans, LA 70174-1505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Brooke Watford Altazan | on behalf of Other Prof. Kroll  LLC baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| A. Brooke Watford Altazan | on behalf of Attorney Stewart Robbins Brown & Altazan  LLC baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| A. Brooke Watford Altazan | on behalf of Noticing Agent Lillian Jordan baltazan@stewartrobbins.com baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| A. Brooke Watford Altazan | on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors baltazan@stewartrobbins.com baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| A. Brooke Watford Altazan | |

District/off: 053L-2

User: admin

Page 2 of 26

Date Rcvd: Jan 15, 2025

Form ID: pdf904

Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Official Committee of Unsecured Commercial Creditors baltazan@stewartrobbins.com baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| Alan H. Goodman | on behalf of Interested Party Breazeale Sachse & Wilson, L.L.P. alan.goodman@bswllp.com, moorek@bswllp.com |
| Alicia M. Bendana | on behalf of Attorney Alicia M. Bendana abendana@lawla.com rmichel@lawla.com;seaton@lawla.com |
| Alicia M. Bendana | on behalf of Creditor Robert Romero abendana@lawla.com rmichel@lawla.com;seaton@lawla.com |
| Allen C. Miller | on behalf of Plaintiff John Asare-Dankwah allen.miller@phelps.com |
| Allen C. Miller | on behalf of Interested Party John Asare-Dankwah allen.miller@phelps.com |
| Allison Kingsmill | on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans akingsmill@joneswalker.com |
| Allison Kingsmill | on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans akingsmill@joneswalker.com |
| Allison Kingsmill | on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans akingsmill@joneswalker.com |
| Amanda Burnette George | on behalf of U.S. Trustee Office of the U.S. Trustee Amanda.B.George@usdoj.gov |
| Amelia L. Hurt | on behalf of Creditor L. M. amelia.hurt@kellyhart.com |
| Andrew William Caine | on behalf of Creditor Committee Official Committee of Unsecured Creditors acaine@pszjlaw.com |
| Andrew William Caine | on behalf of Plaintiff Official Committee of Unsecured Creditors acaine@pszjlaw.com |
| Annette W Jarvis | on behalf of Interested Party Argent Institutional Trust Company jarvisa@gtlaw.com |
| Ashley J. Heilprin | on behalf of Interested Party John Asare-Dankwah ashley.heilprin@phelps.com |
| Ashley J. Heilprin | on behalf of Plaintiff John Asare-Dankwah ashley.heilprin@phelps.com |
| Benjamin Kadden | on behalf of Financial Advisor Carr Riggs & Ingram, LLC bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com |
| Bradley C. Knapp | on behalf of Other Prof. Zobrio Inc. brad.knapp@troutman.com, AutoDocket@LockeLord.com |
| Bradley C. Knapp | on behalf of Creditor Committee Official Committee of Unsecured Creditors brad.knapp@troutman.com AutoDocket@LockeLord.com |
| Bradley C. Knapp | on behalf of Plaintiff Official Committee of Unsecured Creditors brad.knapp@troutman.com AutoDocket@LockeLord.com |
| Bradley C. Knapp | on behalf of Interested Party Locke Lord LLP brad.knapp@troutman.com AutoDocket@LockeLord.com |
| Bradley J. Schwab | on behalf of Creditor Warren Joseph Deemer brad@voorhieslaw.com |
| Bradley J. Schwab | on behalf of Creditor Mary Gilardi Deemer brad@voorhieslaw.com |
| Brandon Naquin | on behalf of Defendant Donlin Recano & Company Inc. ban@stanleyreuter.com |
| Brandon Naquin | on behalf of Defendant Jones Walker LLP ban@stanleyreuter.com |
| Brandon Naquin | on behalf of Defendant Mark A Mintz ban@stanleyreuter.com |
| Brandon A. Brown | on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors bbrown@stewartrobbins.com bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |

Brittany Rose Wolf-Freedman

on behalf of Creditor R. D. bwolf@gainsben.com  sburrell@gainsben.com

Brittany Rose Wolf-Freedman

on behalf of Creditor B. L. bwolf@gainsben.com  sburrell@gainsben.com

Brittany Rose Wolf-Freedman

on behalf of Creditor Ed Roe bwolf@gainsben.com  sburrell@gainsben.com

Brittany Rose Wolf-Freedman

on behalf of Creditor Committee Official Committee of Unsecured Creditors bwolf@gainsben.com  sburrell@gainsben.com

Brittany Rose Wolf-Freedman

on behalf of Creditor R. M. bwolf@gainsben.com  sburrell@gainsben.com

Brittany Rose Wolf-Freedman

on behalf of Creditor E. C. bwolf@gainsben.com  sburrell@gainsben.com

Brittany Rose Wolf-Freedman

on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521 bwolf@gainsben.com  sburrell@gainsben.com

Brodie Glenn

on behalf of Defendant Catholic Charities Archdiocese of New Orleans bglenn@bradleyfirm.com

Brodie Glenn

on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans bglenn@bradleyfirm.com

Carey L. Menasco

on behalf of Interested Party SPARTA Insurance Company clmenasco@liskow.com

Caroline A. Reckler

on behalf of Other Prof. Latham & Watkins LLP caroline.reckler@lw.com

Caroline A. Reckler

on behalf of Other Prof. Mohsin Meghji caroline.reckler@lw.com

Christine W. Adams

on behalf of Defendant Catholic Charities Archdiocese of New Orleans cadams@deshazoadams.com

Christopher F Edmunds

on behalf of Interested Party Minor Children chrisedmundslaw@gmail.com

Clint Casperson

on behalf of Attorney Clint Casperson clcasperson@dmillerlaw.com

Colleen A Murphy

on behalf of Interested Party Argent Institutional Trust Company murphyc@gtlaw.com

Collin Roy Melancon

on behalf of Creditor D. R. collin@mmcdlaw.com

Collin Roy Melancon

on behalf of Creditor S T collin@mmcdlaw.com

Craig Robinson

on behalf of Interested Party A. S. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party G. R. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party E. J. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party E. D. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party M. C. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party K. G. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party J. G. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party C. W. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party A. P. craig@rlolegal.com

Craig Robinson

on behalf of Interested Party P. L. craig@rlolegal.com

District/off: 053L-2      User: admin      Page 4 of 26

Date Rcvd: Jan 15, 2025      Form ID: pdf904      Total Noticed: 1

Craig Robinson
on behalf of Interested Party P. B. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party L. K. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party H. W. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party R. H. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party S. T. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party K. Z. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party D. L. craig@rlolegal.com

Craig Robinson
on behalf of Interested Party M. L. craig@rlolegal.com

Daniel Adam Meyer
on behalf of Creditor T. V. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor A. M. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor M. R. C. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor S. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor C. J. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor D. N. P. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor R. D. S. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor J. L. S. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor E. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor D. M. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor W. A. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor T. S. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor M. A. H. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor J. M. T. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor J. M. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor C. R. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor K. D. D. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor J. C. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor E. A. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor B. A. B. dmeyer@sssfirm.com

District/off: 053L-2                      User: admin                         Page 5 of 26
Date Rcvd: Jan 15, 2025                   Form ID: pdf904                      Total Noticed: 1

Daniel Adam Meyer
    on behalf of Creditor K. L. K. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor M. K. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor M. N. S. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor G. K. H. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor P. P.J. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor Eric Temple dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor S. F. D. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor A. D. A. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor T. J. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor T. C. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor A. J. C. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor C. N. S. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor J. W. W. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor I. V. T. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor L. J. H. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor D. W. B. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor T. G. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor J. K. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor C. E. P. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor R. O. M. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor B. R. S. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor E. W. J. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor T. M. S. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor R. A. B. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor T. T. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor L. J. L. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor J. D. P. dmeyer@sssfirm.com

Daniel Adam Meyer
    on behalf of Creditor J. B. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor S. M. J. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor J. M. M. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor F. G. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor G. A. S. dmeyer@sssfirm.com

Daniel Adam Meyer
on behalf of Creditor L. A. B. dmeyer@sssfirm.com

Darryl T. Landwehr
on behalf of Creditor Merle Noullet dtlandwehr@att.net  dtlandwehr@gmail.com

Darryl T. Landwehr
on behalf of Creditor Jan Noullet Morganti dtlandwehr@att.net  dtlandwehr@gmail.com

Darryl T. Landwehr
on behalf of Creditor Randy Noullet dtlandwehr@att.net  dtlandwehr@gmail.com

Darryl T. Landwehr
on behalf of Creditor Kim Noullet dtlandwehr@att.net  dtlandwehr@gmail.com

David Rubin
on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017 David.Rubin@butlersnow.com

David Rubin
on behalf of Interested Party Argent Institutional Trust Company David.Rubin@butlersnow.com

David E. Walle
on behalf of Interested Party Catholic Mutual Relief Society dwalle@bfrob.com  aadams@bfrob.com

David E. Walle
on behalf of Defendant Catholic Mutual Relief Society dwalle@bfrob.com  aadams@bfrob.com

David F. Waguespack
on behalf of Creditor Hancock Whitney Bank waguespack@carverdarden.com docket@carverdarden.com;plaisance@carverdarden.com

David M Spector, I
on behalf of Interested Party Catholic Mutual Relief Society dspector@schiffhardin.com

David Winston Ardoin
on behalf of Creditor John Doe david@amotriallawyers.com  renee@amotriallawyers.com

Deborah J Campbell
on behalf of Other Prof. United States Fidelity & Guaranty Company deborah.campbell@dentons.com

Deborah J Campbell
on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters  Inc deborah.campbell@dentons.com

Derek T Braslow
on behalf of Creditor John Doe - Claim No. 20394 dbraslow@actslaw.com

Desiree M. Charbonnet
on behalf of Creditor S C G desi@charbonnetlawfirm.com

Desiree M. Charbonnet
on behalf of Defendant A.A. Doe desi@charbonnetlawfirm.com

Donald Andrew Mau, I
on behalf of Interested Party Fr. JB andy@caseycowley.com

Douglas S. Draper
on behalf of Defendant St. Maria Goretti Roman Catholic Church  New Orleans, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper
on behalf of Interested Party Seminary College ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper
on behalf of Defendant Most Holy Name of Jesus Roman Catholic  New Orleans, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper
on behalf of Defendant St. Raymond and St. Leo the Great Roman Catholic Church  New Orleans, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

District/off: 053L-2       User: admin       Page 7 of 26

Date Rcvd: Jan 15, 2025       Form ID: pdf904       Total Noticed: 1

Douglas S. Draper

on behalf of Interested Party Apostolates ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant St. Patrick's Roman Catholic Church  Port Sulphur, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Philmat Inc. ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant New Orleans Archdiocesan Cemeteries ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Interested Party Catholic Foundation ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Our Lady of Perpetual Help Roman Catholic Church  Belle Chasse, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Catholic Charities Archdiocese of New Orleans ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Christopher Homes  Inc. ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant St. Edward the Confessor Roman Catholic Church  Metairie, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Notre Dame Health System (f/k/a Chateau de Notre Dame) ddraper@hellerdraper.com vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Creditor Wynhoven Health Care Center ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Interested Party Saint Joseph Abbey ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant St. Paul the Apostle Roman Catholic Church  New Orleans, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Our Lady of Lourdes Roman Catholic Church  Slidell, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Catholic Community Foundation Archdiocese of New Orleans ddraper@hellerdraper.com vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant School Food and Nutrition Services of New Orleans  Inc. ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Interested Party St. Anselm Roman Catholic Church  Madisonville, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Notre Dame Seminary ddraper@hellerdraper.com  vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant The Society for the Propagation of the Faith  Archdiocese of New Orleans ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant St. Cletus Roman Catholic Church  Gretna, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant St. Peters Roman Catholic Church Covington  Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Divine Mercy Roman Catholic Church  Kenner, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Our Lady of the Lake Roman Catholic Church  Mandeville, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

| District/off: 053L-2 | User: admin | Page 8 of 26 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf904 | Total Noticed: 1 |

Douglas S. Draper

on behalf of Defendant Mary Queen of Vietnam Roman Catholic Church  New Orleans, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Immaculate Conception Roman Catholic Church  Marrero, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Our Lady of Prompt Succor Roman Catholic Church  Chalmette, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant Second Harvest Food Bank of Greater New Orleans and Acadiana ddraper@hellerdraper.com vgamble@hellerdraper.com

Douglas S. Draper

on behalf of Defendant St. Ann Roman Catholic Church and Shrine  Metairie, Louisiana ddraper@hellerdraper.com, vgamble@hellerdraper.com

Dwight C Paulsen, III

on behalf of Defendant Catholic Charities Archdiocese of New Orleans tpaulsen@bradleyfirm.com

Dwight C Paulsen, III

on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans tpaulsen@bradleyfirm.com

Dwight C Paulsen, III

on behalf of Defendant Archdiocese of New Orleans  Indemnity, Inc. tpaulsen@bradleyfirm.com

Dylan K. Knoll

on behalf of Defendant Archdiocese of New Orleans  Indemnity, Inc. dknoll@denechaudlaw.com

Dylan K. Knoll

on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans dknoll@denechaudlaw.com

Dylan K. Knoll

on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans dknoll@denechaudlaw.com

Edward Dirk Wegmann

on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans dwegmann@joneswalker.com

Edward Dirk Wegmann

on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans dwegmann@joneswalker.com

Edward Dirk Wegmann

on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans dwegmann@joneswalker.com

Elizabeth J. Futrell

on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans efutrell@joneswalker.com lisa-futrell-4186@ecf.pacerpro.com

Elwood F. Cahill, Jr.

on behalf of Creditor LCMC Health Entities ecahill@shergarner.com

Erin Pelleteri Howser

on behalf of Interested Party Second Harvest Food Bank of Greater New Orleans and Acadiana epelleteri@bakerdonelson.com

Evan Park Howell, III

on behalf of Creditor Paul Calamari ehowell@ephlaw.com

Everett J. Cygal

on behalf of Interested Party Catholic Mutual Relief Society ecygal@schiffhardin.com

Felecia Y Peavy

on behalf of Creditor John Does I-V felepeavy@juno.com

Frank Elliot, III

on behalf of Creditor M. J. D. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor M. J.J. R. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor Jane Doe S. C. frank@nfelaw.com

Frank Elliot, III

on behalf of Interested Party L. A. C. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. C. M. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor C. L.D. D. frank@nfelaw.com

District/off: 053L-2       User: admin       Page 9 of 26

Date Rcvd: Jan 15, 2025       Form ID: pdf904       Total Noticed: 1

Frank Elliot, III

on behalf of Creditor T. W. B. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. R. W. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. S. S. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor S. P. L. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor Jane Doe A. M. W. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor E. W. C.I. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. P. M. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor B. L. H. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor M. A. L. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor M. A. C. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. J. S. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor L. G. R.J. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor S. N. M. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. M. H. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor K. K. T. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor P. I. D. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. A. J. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor S. A. R. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor G. A. D. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. S. S. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor John Doe T. M. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor R. J. S.I. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor R. A. C. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor G. W. L. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor P. J. L. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor M. D. J. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor R. E. T. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor A. E. B. frank@nfelaw.com

District/off: 053L-2     User: admin     Page 10 of 26

Date Rcvd: Jan 15, 2025     Form ID: pdf904     Total Noticed: 1

Frank Elliot, III
on behalf of Creditor T. A. P. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor D. J. A.J. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor Jane Doe J.D. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor D. E. L. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor M. A. A. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor John Doe M. D. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor A. N. C. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor J. S. D. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor J. P. L. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor J. W. B. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor B. J. T.J. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor F. L. L.J. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor G. L. F. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor M. T. G. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor C. G. B. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor D. L. W. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor N. J. J. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor K. W. W.J. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor C. R. K. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor G. D. B. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor K. A. W.S. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor D. C. B. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor Jane Doe K. S. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor J. P. S. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor C. E. P.I. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor R. C. A.J. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor A. M. W. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor D. J. B. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. R. F. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. G. W. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. D. D.C. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. A. L. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor A. J. S.J. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor P. J. B. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. C. L. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor D. W. H.J. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor C. J. C. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor B. E. H. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor S. M. B. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor B. E. B. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor N. C. D. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. A. M. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor G. R. P. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor G. L. H. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor K. J.D. N. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor John Doe G. S. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor C. A. T. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor H V TJ frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor R. E. M. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor K. J.C. R. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor C. R. A.S. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor R. C. F. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. A.F. W. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor J. Q. B. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor C. L. S. frank@nfelaw.com

Frank Elliot, III

on behalf of Creditor H. A. A. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor K. L.B. H. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor Jane Doe M. N. S. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor A. S. D. frank@nfelaw.com

Frank Elliot, III
on behalf of Creditor K. W. W. frank@nfelaw.com

Frank E. Lamothe, III
on behalf of Plaintiff John Doe felamothe@lamothefirm.com

Frank E. Lamothe, III
on behalf of Creditor John Doe felamothe@lamothefirm.com

Frank E. Lamothe, III
on behalf of Creditor Certain Abuse Victims felamothe@lamothefirm.com

Gerald Edward Meunier
on behalf of Creditor R. D. gmeunier@gainsben.com dmartin@gainsben.com

Gerald Edward Meunier
on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521 gmeunier@gainsben.com dmartin@gainsben.com

Gerald Edward Meunier
on behalf of Creditor B. L. gmeunier@gainsben.com dmartin@gainsben.com

Gerald Edward Meunier
on behalf of Creditor E. C. gmeunier@gainsben.com dmartin@gainsben.com

Gerald Edward Meunier
on behalf of Creditor R. M. gmeunier@gainsben.com dmartin@gainsben.com

H. Kent Aguillard
on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors kent@aguillardlaw.com gina@aguillardlaw.com

H. Kent Aguillard
on behalf of Spec. Counsel H. Kent Aguillard kent@aguillardlaw.com gina@aguillardlaw.com

Heather A. LaSalle
on behalf of Creditor Capital One National Association halexis@hinshawlaw.com, lgraff@mcglinchey.com

Jack E Morris
on behalf of Interested Party Richard C Trahant jem@jemorrislaw.com

Jack E Morris
on behalf of Attorney Richard C Trahant jem@jemorrislaw.com

Jack E Truitt
on behalf of Interested Party Richard C Trahant btruitt@truittlaw.com jwertz@truittlaw.com

Jack E Truitt
on behalf of Plaintiff Richard Trahant btruitt@truittlaw.com jwertz@truittlaw.com

Jack E Truitt
on behalf of Plaintiff Amy O. Trahant btruitt@truittlaw.com jwertz@truittlaw.com

Jacques F. Bezou, Jr
on behalf of Other Prof. The Bezou Law Firm jb2@bezou.com dhenderson@bezou.com;alexis@bezou.com

Jacques F. Bezou, Jr
on behalf of Creditor 110 ESAS jb2@bezou.com dhenderson@bezou.com;alexis@bezou.com

Jamie Dodds Cangelosi
on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors jcangelosi@stewartrobbins.com jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Jefferson R. Tillery
on behalf of Defendant Archdiocese of New Orleans Indemnity, Inc. jtillery@joneswalker.com

Jefferson R. Tillery
on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans jtillery@joneswalker.com

Jefferson R. Tillery
on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans jtillery@joneswalker.com

Jeremy Gettes
on behalf of Interested Party Angela Freeman jgettes@chehardy.com

District/off: 053L-2        User: admin        Page 13 of 26

Date Rcvd: Jan 15, 2025        Form ID: pdf904        Total Noticed: 1

Jerry Beatmann, Jr

on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters  Inc jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com

Jerry Beatmann, Jr

on behalf of Other Prof. United States Fidelity & Guaranty Company jay.beatmann@dentons.com dee.mcgill@dentons.com;sam.alberts@dentons.com

John Baay, II

on behalf of Interested Party United States Fire Insurance Company Jbaay@LabordeSiegel.com  myoung@glllaw.com

John Baay, II

on behalf of Interested Party International Insurance Company Jbaay@LabordeSiegel.com  myoung@glllaw.com

John H. Denenea, Jr.

on behalf of Creditor Ed Roe jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Plaintiff John Roe  III jdenenea@gmail.com, wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Plaintiff A. A. Doe jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Plaintiff CC Doe jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521 jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Plaintiff West Roe jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Creditor Certain Abuse Victims jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Plaintiff Zach Roe jdenenea@gmail.com  wdominguez@midcitylaw.com

John H. Denenea, Jr.

on behalf of Plaintiff Chuck Roe jdenenea@gmail.com  wdominguez@midcitylaw.com

John W. Waters, Jr.

on behalf of Defendant Catholic Mutual Relief Society jwaters@bfrob.com  aadams@bfrob.com

John W. Waters, Jr.

on behalf of Interested Party Catholic Mutual Relief Society jwaters@bfrob.com  aadams@bfrob.com

Joseph J Lowenthal, Jr

on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr

on behalf of Defendant Archdiocese of New Orleans  Indemnity, Inc. jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr

on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans jlowenthal@joneswalker.com

Joseph M. Bruno, Sr

on behalf of Creditor JW Doe jbruno@brunobrunolaw.com  Don@brunobrunolaw.com

Joseph M. Bruno, Sr

on behalf of Interested Party Angela Dolce jbruno@brunobrunolaw.com  Don@brunobrunolaw.com

Joseph Mark Fisher

on behalf of Interested Party Catholic Mutual Relief Society mfisher@schiffhardin.com

Joshua D Weinberg

on behalf of Interested Party Twin City Insurance Company Jweinberg@ruggerilaw.com

Joshua D Weinberg

on behalf of Interested Party First State Insurance Company Jweinberg@ruggerilaw.com

Julien Guy Lamothe

on behalf of Plaintiff John Doe jlamothe@lamothefirm.com

Kathryn Munson

on behalf of Defendant Jones Walker LLP kwm@stanleyreuter.com

Kathryn Munson

on behalf of Defendant Donlin Recano & Company  Inc. kwm@stanleyreuter.com

Kathryn Munson

on behalf of Defendant Mark A Mintz kwm@stanleyreuter.com

District/off: 053L-2                          User: admin                          Page 14 of 26

Date Rcvd: Jan 15, 2025                       Form ID: pdf904                      Total Noticed: 1

Kaylin Storey

on behalf of Plaintiff Amy O. Trahant kstorey@truittlaw.com

Kaylin Storey

on behalf of Plaintiff Richard Trahant kstorey@truittlaw.com

Keith A. Rodriguez

on behalf of Interested Party E. S. Krodriguez@keithrodriguez.com

Kristi Schubert

on behalf of Creditor Edwin Lee kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor M. V. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor T. A. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Nathaniel Parish kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor A. F. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Marcus Hamilton kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor R. R. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Derrick London kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor L. G. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Plaintiff John Doe kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Torriano Clark kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Darlene Coleman kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor B. G. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor T. M. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Barbara Meilleur kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Carlos McGrew kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Terrance Carter kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor B. H. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Antoine Edwards kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Thomas Hauth kschubert@lamothefirm.com

Kristi Schubert

on behalf of Interested Party John (W.M.) Doe kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Bernard Joseph kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Ali Barconey kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor M. G. kschubert@lamothefirm.com

Kristi Schubert

on behalf of Creditor Patricia Taylor Mahaffey kschubert@lamothefirm.com

Kristi Schubert
on behalf of Creditor Ashley Allen kschubert@lamothefirm.com

Kristi Schubert
on behalf of Creditor R. P. kschubert@lamothefirm.com

Kristi Schubert
on behalf of Creditor Larry Lawrence kschubert@lamothefirm.com

Kristi Schubert
on behalf of Creditor Darleen Coleman kschubert@lamothefirm.com

Kristi Schubert
on behalf of Creditor Antonio Lofton kschubert@lamothefirm.com

Lacey E Rochester
on behalf of Interested Party Second Harvest Food Bank of Greater New Orleans and Acadiana lrochester@bakerdonelson.com jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com

Lillian Jordan
ljordan@donlinrecano.com rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com

Linda F Cantor
on behalf of Other Prof. Rock Creek Advisors LLC lcantor@pszjlaw.com

Linda F Cantor
on behalf of Other Prof. Stout Risius Ross LLC (fka The Claro Group, LLC) lcantor@pszjlaw.com

Linda F Cantor
on behalf of Financial Advisor Rock Creek Advisors LLC lcantor@pszjlaw.com

Linda F Cantor
on behalf of Other Prof. Claro Group LLC lcantor@pszjlaw.com

Linda F Cantor
on behalf of Financial Advisor Berkeley Research Group LLC lcantor@pszjlaw.com

Linda F Cantor
on behalf of Consultant Kinsella Media LLC lcantor@pszjlaw.com

Linda F Cantor
on behalf of Creditor Committee Official Committee of Unsecured Creditors lcantor@pszjlaw.com

Logan E. Schonekas
on behalf of Creditor L. D. logan@huberthomaslaw.com

Louis Middleton Phillips
on behalf of Creditor Dundon Advisers LLC louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Louis Middleton Phillips
on behalf of Financial Advisor Dundon Advisors LLC louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com

M. Keith Moskowitz
on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters Inc keith.moskowitz@dentons.com

M. Keith Moskowitz
on behalf of Other Prof. United States Fidelity & Guaranty Company keith.moskowitz@dentons.com

Mark Mintz
on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans mmintz@joneswalker.com mark-mintz-4822@ecf.pacerpro.com

Mark Mintz
on behalf of Debtor The Roman Catholic Church of the Archdiocese of New Orleans mmintz@joneswalker.com mark-mintz-4822@ecf.pacerpro.com

Mark Mintz
on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans mmintz@joneswalker.com mark-mintz-4822@ecf.pacerpro.com

Mark C. Landry
on behalf of Creditor First Bank and Trust mlandry@newmanmathis.com

Mary S. Langston
on behalf of U.S. Trustee Office of the U.S. Trustee Mary.Langston@usdoj.gov

Michael Watson
on behalf of Creditor Abuse Creditors Represented by Michael Watson mwatson@michaelcwatson.com

Michael D. Rubenstein
on behalf of Interested Party SPARTA Insurance Company mdrubenstein@liskow.com lschnabel@Liskow.com

Michael D. Rubenstein

         

         

on behalf of Noticing Agent Donlin Recano & Company, Inc. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael S. Zerlin

on behalf of Defendant Henry Brian Highfill mzerlin@netscape.net

Nicholas Rockforte

on behalf of Creditor K. C. nicholas@onmyside.com

Nicholas Rockforte

on behalf of Interested Party R. S. nicholas@onmyside.com

Nicholas Smeltz

on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors nsmeltz@stewartrobbins.com nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Office of the U.S. Trustee

USTPRegion05.NR.ECF@usdoj.gov

Omer F. Kuebel, III

on behalf of Interested Party Locke Lord LLP rick.kuebel@troutman.com

Omer F. Kuebel, III

on behalf of Creditor Committee Official Committee of Unsecured Creditors rick.kuebel@troutman.com

Patrick Maxcy

on behalf of Other Prof. United States Fidelity & Guaranty Company patrick.maxcy@dentons.com

Patrick Maxcy

on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters Inc patrick.maxcy@dentons.com

Patrick M. Shelby

on behalf of Plaintiff John Asare-Dankwah patrick.shelby@phelps.com

Patrick M. Shelby

on behalf of Interested Party John Asare-Dankwah patrick.shelby@phelps.com

Paul Douglas Stewart, Jr.

on behalf of Financial Advisor Dundon Advisors LLC dstewart@stewartrobbins.com dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr.

on behalf of Attorney Stewart Robbins Brown & Altazan LLC dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors dstewart@stewartrobbins.com dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Paul Maury Sterbcow

on behalf of Interested Party Richard C Trahant sterbcow@lksalaw.com

Paul Maury Sterbcow

on behalf of Attorney Richard C Trahant sterbcow@lksalaw.com

Peter James Segrist

on behalf of Creditor Hancock Whitney Bank segrist@carverdarden.com clary@carverdarden.com

R. Patrick Vance

on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans pvance@joneswalker.com nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com

Reagan Charleston Thomas

on behalf of Creditor T.B. rthomas@awkolaw.com

Reagan Charleston Thomas

on behalf of Creditor R.V. rthomas@awkolaw.com

Reagan Charleston Thomas

on behalf of Creditor C.O. rthomas@awkolaw.com

Reagan Charleston Thomas

on behalf of Creditor AWKO Doe 30 rthomas@awkolaw.com

Reagan Charleston Thomas

on behalf of Creditor M.R. rthomas@awkolaw.com

Regina Wedig

on behalf of Interested Party Salesian Society Inc reginawedig@wediglaw.com rswedig@hotmail.com

Richard Trahant

on behalf of Creditor Certain Abuse Victims trahant@trahantlawoffice.com

Richard Trahant

District/off: 053L-2
Date Rcvd: Jan 15, 2025

User: admin

Form ID: pdf904

Page 17 of 26

Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor James Doe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Plaintiff A. A. Doe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Attorney Richard C Trahant trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Interested Party Richard C Trahant trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Creditor Ed Roe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Plaintiff Zach Roe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521 trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Plaintiff West Roe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Plaintiff CC Doe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Plaintiff Chuck Roe trahant@trahantlawoffice.com |
| Richard Trahant | on behalf of Plaintiff John Roe III trahant@trahantlawoffice.com |
| Richard A Rozanski | on behalf of Creditor CLECO Power LLC richard@rarlaw.net |
| Richard A. Bordelon | on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans rbordelon@denechaudlaw.com |
| Richard A. Bordelon | on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans rbordelon@denechaudlaw.com |
| Richard A. Bordelon | on behalf of Defendant Archdiocese of New Orleans Indemnity, Inc. rbordelon@denechaudlaw.com |
| Richard C. Stanley | on behalf of Defendant Jones Walker LLP rcs@stanleyreuter.com |
| Richard C. Stanley | on behalf of Defendant Mark A Mintz rcs@stanleyreuter.com |
| Richard C. Stanley | on behalf of Defendant Donlin Recano & Company Inc. rcs@stanleyreuter.com |
| Richard P Voorhies, III | on behalf of Creditor Warren Joseph Deemer Richard@voorhieslaw.com tosha@voorhieslaw.com |
| Richard P Voorhies, III | on behalf of Creditor Mary Gilardi Deemer Richard@voorhieslaw.com tosha@voorhieslaw.com |
| Robert Salim | on behalf of Creditor A. N. C. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor M. A. A. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor J. S. S. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor J. J. S. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor A. E. B. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor D. C. L. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor D. C. B. skeeter@salim-beasley.com |
| Robert Salim | on behalf of Creditor D. W. H.J. skeeter@salim-beasley.com |

District/off: 053L-2

Date Rcvd: Jan 15, 2025

User: admin

Form ID: pdf904

Page 18 of 26

Total Noticed: 1

Robert Salim
on behalf of Creditor R. E. T. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor G. L. F. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor N. C. D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor M. A. L. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor R. A. C. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. L.D. D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor M. J.J. R. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. P. L. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor R. C. F. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. L. S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor Jane Doe K. S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor John Doe M. D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. R. K. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. A. T. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor M. A. C. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor P. J. L. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor M. T. G. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor Jane Doe J.D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. P. M. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. A. L. skeeter@salim-beasley.com

Robert Salim
on behalf of Interested Party L. A. C. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor A. M. W. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. W. B. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor John Doe T. M. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. A. J. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. R. W. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. S. S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor E. W. C.I. skeeter@salim-beasley.com

District/off: 053L-2
Date Rcvd: Jan 15, 2025
User: admin
Form ID: pdf904
Page 19 of 26
Total Noticed: 1

Robert Salim

on behalf of Creditor S. A. R. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor T. A. P. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor G. L. H. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor F. L. L.J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor K. J.C. R. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor N. J. J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor S. N. M. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor R. E. M. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor D. G. W. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor B. J. T.J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor Jane Doe A. M. W. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor K. K. T. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor H. A. A. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor J. D. D.C. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor K. L.B. H. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor K. W. W. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor K. A. W.S. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor G. W. L. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor K. W. W.J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor T. W. B. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor P. I. D. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor J. R. F. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor D. J. A.J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor J. A.F. W. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor A. J. S.J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor M. D. J. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor C. G. B. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor J. Q. B. skeeter@salim-beasley.com

Date Rcvd: Jan 15, 2025
Form ID: pdf904
Total Noticed: 1

Robert Salim
on behalf of Creditor J. S. D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. L. W. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. E. P.I. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. M. H. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor S. M. B. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor G. R. P. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. P. S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. C. M. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor B. L. H. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. R. A.S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor G. D. B. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor K. J.D. N. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor Jane Doe M. N. S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor P. J. B. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor John Doe G. S. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor H V TJ skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor A. S. D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor B. E. B. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor L. G. R.J. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor C. J. C. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor B. E. H. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor G. A. D. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor Jane Doe S. C. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. E. L. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor J. A. M. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor D. J. B. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor S. P. L. skeeter@salim-beasley.com

Robert Salim
on behalf of Creditor R. J. S.I. skeeter@salim-beasley.com

District/off: 053L-2
Date Rcvd: Jan 15, 2025

User: admin

Form ID: pdf904

Page 21 of 26

Total Noticed: 1

Robert Salim

on behalf of Creditor M. J. D. skeeter@salim-beasley.com

Robert Salim

on behalf of Creditor R. C. A.J. skeeter@salim-beasley.com

Robert A. Mathis

on behalf of Creditor Gulf Coast Bank & Trust c/o Robert A. Mathis rmathis@newmanmathis.com

Robert A. Mathis

on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis rmathis@newmanmathis.com

Rodrigo DE Llano

on behalf of Attorney Rod de Llano filing@dandell.com

Roger Stetter

on behalf of Creditor David J. Gordon rastetter47@yahoo.com

Roger Stetter

on behalf of Creditor Neal Pollet rastetter47@yahoo.com

Ross J. Donnes

on behalf of Creditor Talbot Carmouche & Marcello rdonnes@tcmlawoffice.com

Ryan Luminais

on behalf of Creditor L. M. rluminais@shergarner.com

Ryan J Cavanaugh

on behalf of Creditor O. P. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor M. N. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor T. J. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor A. B. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor M. R. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor H. R. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor S. S. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor R. S. ryan@constantllp.com

Ryan J Cavanaugh

on behalf of Creditor J. M. ryan@constantllp.com

Ryan Matthew McCabe

on behalf of Respondent Cambronne Real Estate L.L.C. ryan@mccabefirm.com, nkelly@dwyercambre.com;rmccabe@gmail.com

Samantha Oppenheim

on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans soppenheim@joneswalker.com samantha-oppenheim-7970@ecf.pacerpro.com

Samantha Oppenheim

on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans soppenheim@joneswalker.com samantha-oppenheim-7970@ecf.pacerpro.com

Samantha Oppenheim

on behalf of Debtor The Roman Catholic Church of the Archdiocese of New Orleans soppenheim@joneswalker.com samantha-oppenheim-7970@ecf.pacerpro.com

Samuel M. Rosamond, III

on behalf of Interested Party Employers Liability Assurance Corporation srosamond@twpdlaw.com jgreen@twpdlaw.com

Sara Hunkler

on behalf of Interested Party Twin City Insurance Company shunkler@ruggerilaw.com

Sara Hunkler

on behalf of Interested Party First State Insurance Company shunkler@ruggerilaw.com

Scott Edward Delacroix

on behalf of Interested Party S. S. scottdelacroixlaw@gmail.com

Soren Erik Gisleson

District/off: 053L-2 | User: admin | Page 22 of 26
Date Rcvd: Jan 15, 2025 | Form ID: pdf904 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Chuck Roe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Plaintiff John Roe III sgisleson@hhkc.com, jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor James Adams sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Plaintiff A. A. Doe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor JANE DOE sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Plaintiff Zach Roe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Plaintiff CC Doe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor TIM DOE sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor James Doe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521 sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor Abuse Claimants and Ex-Committee members of the Unsecured Creditors Committee sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor Ed Roe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Plaintiff West Roe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor JW Doe sgisleson@hhkc.com jchauvin@hhkc.com |
| Soren Erik Gisleson | |
| | on behalf of Creditor Certain Abuse Victims sgisleson@hhkc.com jchauvin@hhkc.com |
| Stephen Haedicke | |
| | on behalf of Interested Party William O'Donnell stephen@haedickelaw.com |
| Stephen Michael Huber | |
| | on behalf of Creditor L. D. stephen@huberthomaslaw.com |
| Stephen P. Scullin | |
| | on behalf of Creditor Hancock Whitney Bank scullin@carverdarden.com baradell@carverdarden.com |
| Steven Bryant | |
| | on behalf of Interested Party Locke Lord LLP steven.bryant@lockelord.com |
| Steven Bryant | |
| | on behalf of Other Prof. Zobrio Inc. steven.bryant@lockelord.com |
| Steven Bryant | |
| | on behalf of Other Prof. Stegall Benton, Melancon & Associates, LLC steven.bryant@lockelord.com |
| Steven Bryant | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors steven.bryant@lockelord.com |
| Tancred Schiavoni | |
| | on behalf of Interested Party United States Fire Insurance Company tschiavoni@omm.com nrivera@omm.com |
| Tancred Schiavoni | |
| | on behalf of Interested Party International Insurance Company tschiavoni@omm.com nrivera@omm.com |
| Taylor Townsend | |
| | on behalf of Creditor M. D. J. taylor@townsendlaw.com |
| Taylor Townsend | |
| | on behalf of Creditor B. E. B. taylor@townsendlaw.com |
| Taylor Townsend | |
| | on behalf of Creditor P. I. D. taylor@townsendlaw.com |
| Taylor Townsend | |
| | on behalf of Creditor J. Q. B. taylor@townsendlaw.com |

District/off: 053L-2

Date Rcvd: Jan 15, 2025

User: admin

Form ID: pdf904

Page 23 of 26

Total Noticed: 1

Taylor Townsend

on behalf of Creditor A. S. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor K. L.B. H. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. D. D.C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor R. C. F. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor A. N. C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor T. A. P. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor M. T. G. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor B. E. H. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor B. L. H. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. E. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor A. M. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor A. J. S.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor A. E. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor N. C. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor R. E. T. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. P. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor H. A. A. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. L. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor Jane Doe J.D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. P. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor R. C. A.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. L. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. C. M. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor John Doe T. M. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. R. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor R. E. M. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. J. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor K. W. W.J. taylor@townsendlaw.com

District/off: 053L-2
User: admin
Page 24 of 26
Date Rcvd: Jan 15, 2025
Form ID: pdf904
Total Noticed: 1

Taylor Townsend

on behalf of Creditor D. G. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor M. J.J. R. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor G. R. P. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor M. A. A. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. W. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. A. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor John Doe M. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. P. M. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. M. H. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor G. L. F. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. W. H.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. A. J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor P. J. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor N. J. J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. R. A.S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor S. M. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor S. A. R. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor Jane Doe A. M. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. J. C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor K. A. W.S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. R. F. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. J. A.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor M. A. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. J. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor H V TJ taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor G. A. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. A. M. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor F. L. L.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. C. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor K. J.C. R. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor K. J.D. N. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor B. J. T.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor R. J. S.I. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. G. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. S. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor G. W. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor G. L. H. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor Jane Doe S. C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor Jane Doe K. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor Jane Doe M. N. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor M. A. C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. C. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor John Doe G. S. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor L. G. R.J. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor E. W. C.I. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. S. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor R. A. C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor G. D. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor S. N. M. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor M. J. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor T. W. B. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. L.D. D. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor K. W. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor S. P. L. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor J. A.F. W. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor P. J. B. taylor@townsendlaw.com

District/off: 053L-2

Date Rcvd: Jan 15, 2025

User: admin

Form ID: pdf904

Page 26 of 26

Total Noticed: 1

Taylor Townsend

on behalf of Creditor K. K. T. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. R. K. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. E. P.I. taylor@townsendlaw.com

Taylor Townsend

on behalf of Interested Party L. A. C. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor C. A. T. taylor@townsendlaw.com

Taylor Townsend

on behalf of Creditor D. S. S. taylor@townsendlaw.com

Thomas J. Madigan

on behalf of Creditor L. M. tmadigan@shergarner.com  rbailey@shergarner.com

Thomas J. Madigan

on behalf of Creditor LCMC Health Entities tmadigan@shergarner.com  rbailey@shergarner.com

Thomas J. Madigan

on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521 tmadigan@shergarner.com  rbailey@shergarner.com

Wayne A. Maiorana, Jr.

on behalf of Creditor Gulf Coast Bank and Trust Company tmaiorana@newmanmathis.com

Wayne George Zeringue, Jr

on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans wzeringue@joneswalker.com

Wayne George Zeringue, Jr

on behalf of Defendant Archdiocese of New Orleans  Indemnity, Inc. wzeringue@joneswalker.com

Wayne George Zeringue, Jr

on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans wzeringue@joneswalker.com

Wayne J. Jablonowski

on behalf of Creditor Crescent Door & Hardware  Inc. wjjlaw@bellsouth.net

William G. Cherbonnier, Jr.

on behalf of Interested Party Lauren Theobold wgc@billcherbonnier.com  caludagroupllc@jubileebk.net

William Harrell Arata, I

on behalf of Creditor Z. K. aratalaw@bellsouth.net

William Harrell Arata, I

on behalf of Creditor T. M. aratalaw@bellsouth.net

William Harrell Arata, I

on behalf of Creditor T. G. billarata@aratalaw.net

William Harrell Arata, I

on behalf of Creditor M. K. aratalaw@bellsouth.net

William Harrell Arata, I

on behalf of Creditor R. A. P. aratalaw@bellsouth.net

William P. Gibbens

on behalf of Defendant Harold Thomas Ehlinger billy@semmlaw.com  terri@semmlaw.com

William S. Robbins

on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Wilson Lewis Maloz, III

on behalf of Interested Party First State Insurance Company wmaloz@lpwsl.com

Wilson Lewis Maloz, III

on behalf of Interested Party Twin City Insurance Company wmaloz@lpwsl.com

TOTAL: 682