UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § <br> § <br> **THE ROMAN CATHOLIC CHURCH** § <br> **OF THE ARCHDIOCESE OF NEW** § <br> **ORLEANS,** § <br> § <br> Debtor.[1] § <br> § | Case No. 20-10846 <br><br> Section "A" <br><br> Chapter 11 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on January 21, 2025, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**") and the Official Committee of Unsecured Creditors (the "**Committee**") filed the *Joint Expedited Motion to Appoint Judge Christopher Sontchi (Ret.) as Additional Mediator* [ECF No. 3672] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **January 24, 2025, at 9:30 a.m. Central Time** in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**, or by telephone – **Dial-in: 504-517-1385; Access Code: 129611**, or by video at https://gotomeet.me/JudgeGrabill – Meeting Code: "JudgeGrabill" (audio will be through the dial-in number). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#103459111v1

the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than **January 23, 2025, at 5:00 p.m. Central Time**. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Dated: January 21, 2025  Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

**-AND-**

*/s/ Bradley C. Knapp*
James I. Stang (CA Bar 94435) (pro hac vice)
Iain A.W. Nasatir (CA Bar 148977) (pro hac vice)
Andrew W. Caine (CA Bar 110345) (pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310)-277-6910; Fax: (310)-201-0760
Email: jstang@pszjlaw.com
        inasatir@pszjlaw.com
        acaine@pszjlaw.com

-and-

W. Steven Bryant (admitted pro hac vice)
Texas Bar. No. 24027413
Federal I.D. No. 32913
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
TROUTMAN PEPPER LOCKE LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: brad.knapp@troutman.com
rick.kuebel@troutman.com

**CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice is being served (a) on January 21, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system; and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, Inc. ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

#103459111v1