IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS[1] | * * | Chapter 11 |
| Debtor | * | |

*******************************************

## AMENDED OPPOSITION TO CERTAIN INSURERS' EXPEDITED MOTION TO APPOINT JUDGE SHELLEY C. CHAPMAN (RET.) AND PAUL FINN AS ADDITIONAL MEDIATORS

Now into Court, through undersigned counsel, comes the Apostolates, who file this amended opposition to *Certain Insurers' Expedited Motion to Appoint Judge Shelley C. Chapman (Ret.) and Paul Finn as Additional Mediators* [Dkt. # 3675] ("Motion"), filed on January 22, 2025 by U.S. Fire Insurance Company ("U.S. Fire") and International Insurance Company ("International") to appoint additional mediators. The Apostolates believe the Motion should be denied.

1. The Roman Catholic Church of the Archdiocese of New Orleans ("Debtor") and the Committee filed a *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Extend Appointment of Additional Mediator* [Dkt. # 2956] (the "Joint Motion"). The Joint Motion requests that this Court appoint retired Judge Christopher Sontchi.

2. The Debtor has agreed to pay the Sontchi fees and any contribution by a third party will be voluntary.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

{00382956-6}

3. U.S. Fire, unhappy with the Joint Motion, has filed its own Motion seeking to appoint not one but two additional mediators. The combined hourly rate for the two mediators proposed in the Motion is $2,000.00 per hour higher than the rate for the single mediator in the Joint Motion. Rather than limiting the costs of the case, U.S. Fire in its Motion now seeks to impose significant additional costs on the estate.

4. U.S. Fire, in support of its proposal and the extra cost involved in the appointment of two, as opposed to one additional mediator, believes as set forth in the Motion in paragraph 1 "the Apostolates are blind to the problems they are creating by cross-claims among the non-debtors for contribution, indemnification, contribution and subrogation, among other things" and that the two proposed mediators are the only ones in U.S. Fire's opinion that have sufficient familiarity with the issues to resolve them.

5. The Apostolates are acutely aware of the issues and believe after a discussion with Judge Sontchi that he has the experience and knowledge to address the issues that U.S. Fire contends the Apostolates do not understand.

6. The Motion claims that the insurers will pay twenty-five percent (25%) of the fees to offset the huge hourly rate difference. This statement raises two issues. The first is whether any insurer has agreed to pay anything or is this statement merely aspirational. The second is whether the Court has the authority to tax the Debtor who does not want to incur the cost of two mediators or an insurer who does not want to pay.[2]

---

[2] It is not clear if U.S. Fire will pay anything since the Motion uses the term insurers, as opposed to obligating U.S. Fire to pay. The language of the proposal appears to be U.S. Fire volunteering other insurers to make the payments. On information and belief, U.S. Fire appears not to have discussed the insurer contribution proposal. See *Sparta Insurance Company's Statement in Response to (I) Joint Expedited Motion to Appoint Judge Christopher Sontchi (Ret.) as Additional Mediator and (II) Certain Insurers' Expedited Motion to Appoint Judge Shelley C. Chapman (Ret.) and Paul Finn as Additional Mediators* [Dkt. # 3680].

{00382956-6}

{00382956-6}

## CONCLUSION

The Apostolates request that the Court grant the *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Extend Appointment of Additional Mediator* [Dkt. # 2956] and appoint Judge Sontchi as an additional mediator and deny the *Certain Insurers' Expedited Motion to Appoint Judge Shelley C. Chapman (Ret.) and Paul Finn as Additional Mediators* [Dkt. # 3675] filed by U.S. Fire.

January 23, 2025

Respectfully submitted,

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar No. 36542
Heller, Draper, & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com
Email: mlandis@hellerdraper.com

*Counsel for the Apostolates*

## CERTIFICATE OF SERVICE

I Douglas S. Draper, do hereby certify that on this 23rd day of January 2025, I caused a true and correct copy of the above and foregoing to be served on all parties registered and entitled to service via the Court's CM/ECF Electronic Notification System in this case.

*/s/Douglas S. Draper*
Douglas S. Draper

{00382956-6}