UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a status conference on January 24, 2025.

For the reasons stated on the record and based upon the request and consent of the parties,

**IT IS ORDERED** that the Court shall hold status conferences to facilitate discussion among the parties as follows:

(i) **Friday, February 7, 2025, at 2:00 p.m. Central; and**

(ii) **Thursday, March 6, 2025, at 9:30 a.m. Central.**

**IT IS FURTHER ORDERED** that the status conferences will be held before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

**IT IS FURTHER ORDERED** that Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, January 24, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE