# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on January 24, 2025, to consider the *Motion Intervene and Objection to Sale of 1941 Dauphine Street* (the "Motion"), [ECF Doc. 3603], filed by Kim Braud (the "Movant"); the response to the Motion, [ECF Doc. 3649], filed by the Debtor; the joinder to the response, [ECF Doc. 3674], filed by Cambronne Real Estate, L.L.C.; and the replies, [ECF Docs. 3660 & 3687], filed by the Movant.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, January 27, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE