**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

### K.E.V.'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that K.E.V., through undersigned counsel, has filed a Motion for Leave to File her Sexual Abuse Survivor Proof of Claim on January 29, 2025. A copy of said Motion, as well as K.E.V.'s Declaration in Support, was filed as Docket No. 3704.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus Hearing date of Thursday, February 20, 2025, at 1:30 p.m. The dial-in information for Section A is (504) 517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Respectfully submitted,

*/s/ N. Frank Elliot III*_____
N. Frank Elliot III (La. Bar No. 23054)
N. FRANK ELLIOT III, LLC
P.O. Box 3065
1511 Watkins Street (70601)
Lake Charles, LA 70602-3065
Telephone: (337) 309-6999
Facsimile: (337) 429-5541
Email: frank@nfelaw.com

AND

T. Taylor Townsend (La. Bar No. 20021)
T. TAYLOR TOWNSEND, LLC
725 Third Street (71457)
P.O. Box 784
Natchitoches, LA 71458-0784
Telephone: (318) 238-3612
Facsimile: (318) 238-6103
Email: taylor@townsendlaw.com

AND

Robert L. Salim (La. Bar No. 11663)
SALIM-BEASLEY LLC
1901 Texas Street
Natchitoches, LA 71457
Telephone: (318) 352-5999
Facsimile: (318) 352-5998
Email: skeeter@salim-beasley.com

*Attorneys for K.E.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

*/s/ N. Frank Elliot III*_____

2