**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that on January 29, 2025, U.S. Fire Insurance Company and International Insurance Company (together, the "Movants"), filed *U.S. Fire Insurance Company's and International Insurance Company's Motion for an Order Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Committee* [ECF No. 3703] (the "Motion").

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **February 20, 2025 at 1:30 p.m. Central Time** in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or by telephone – Dial-in: 1504-517-1385; Conference Code: 129611, or by video at https://gotomeet.me/JudgeGrabill (audio will be through the dial-in number). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

    **PLEASE TAKE FURTHER NOTICE** that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the motions, you must file a written objection no later than seven (7) days before the date of the hearing on the Motion. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the motions as unopposed and grant the relief requested.

*[Remainder of the page intentionally left blank.]*

Dated: January 29, 2025          Respectfully submitted,

By: */s/ John E. W. Baay II*
JOHN E.W. BAAY II (22928)
**LABORDE SIEGEL, L.L.C.**
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: jbaay@labordesiegel.com

**O'MELVENY & MYERS LLP**
TANCRED SCHIAVONI (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: +1 (212) 326-2000
Facsimile: +1 (212) 326-2061
Email: tschiavoni@omm.com

EMMA L. JONES (*pro hac vice*)
2801 N. Harwood St., Suite 1600
Dallas, TX 75201
Telephone: (972) 360-1900
Email: eljones@omm.com

JOSHUA JILOVEC (*pro hac vice*)
700 Louisiana Street
Suite 2900
Houston, TX 77002-2796
United States
Telephone: (832) 254-1536
Email: jjilovec@omm.com

*Counsel for United States Fire Insurance Company and International Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document and any attachments were caused to be served this 29th day of January 2025 by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record receiving electronic notice by such system. I also certify that on this 29th day of January 2025, I caused a copy of the foregoing document and any attachments to be served by e-mail or first-class U.S. mail, as applicable, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], including on the Debtor; Debtor's counsel; counsel for the Apostolates, Official Committee of Unsecured Creditors and the Official Commercial Committee; and the U.S. Trustee.

                                               */s/ John E. W. Baay II*
                                               JOHN E.W. BAAY II (22928)