UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:                                                                                  **Bankruptcy Case No.:** 20–10846

The Roman Catholic Church for the Archdiocese of N                  **Chapter** 11

**Debtor**

# NOTICE OF DEFICIENCY

**To:** Elliot, Frank

Your **Notice of Hearing** is/are deficient for the following reason(s):

Other

Document does not match the entry on the docket. Please re–file Notice of Hearing and Certificate of Service.

Related document(s):

*3708* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by B. R. G. (RE: related document(s)3707 Motion for Leave filed by Creditor B. R. G.). Hearing scheduled for 2/20/2025 at 01:30 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Elliot, Frank)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, January 30, 2025.

Lauren Villneurve
U.S.B.C. Clerk's Office