**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § § | |
| | § | |

**SPARTA INSURANCE COMPANY AND UNITED STATES FIDELITY & GUARANTY COMPANY'S JOINT RESERVATION OF RIGHTS WITH RESPECT TO U.S. FIRE INSURANCE COMPANY'S AND INTERNATIONAL INSURANCE COMPANY'S MOTIONS FOR ORDERS COMPELLING PRODUCTION OF DOCUMENTS PURSUANT TO THEIR BANKRUPTCY RULE 2004 REQUESTS ON THE DEBTOR AND COMMITTEE**

NOW INTO COURT, through undersigned counsel, come SPARTA Insurance Company ("SPARTA") and United States Fidelity & Guaranty Company, affiliates of Travelers Indemnity Company ("Travelers," and together with SPARTA, "Certain Insurers") who file this joint reservation of rights with respect to the motions to compel filed by U.S. Fire Insurance Company and International Insurance Company. In support thereof, Certain Insurers represent as follows:

1. On December 3, 2024, this Court entered its Order [ECF No. 3554] (the "Discovery Order") setting deadlines for the issuance of discovery requests pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

2. In accordance with the Discovery Order, on December 6, 2024, Certain Insurers, along with First State Insurance Company and Twin City Fire Insurance Company, served a joint

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

request for production on each of the Debtor and Official Committee of Unsecured Creditors (the "Certain Insurers' Requests").

3. Also on December 6, 2024, the Debtor and the Committee served and made informal requests, respectively, for production on the Certain Insurers.

4. SPARTA, Travelers, the Debtor, and the Committee timely responded to the requests for production directed to each, respectively.

5. On January 3, 2025, the Debtor served the Debtor's Objections and Responses on Certain Insurers.

6. SPARTA and the Debtor have continued to have discussions regarding outstanding issues with respect to the Debtor's production. In light of these ongoing discussions, SPARTA has not sought to compel production by the Debtor (but reserves the right to do so at a future date).

7. Further, SPARTA reached an agreement with the Committee to mutually reserve disputes either side may have regarding assertions of privilege and/or the completeness of the responses for the present time. Again, SPARTA reserves all rights in that regard.

8. Travelers has also continued to engage with the Debtor on an informal basis to request further information regarding the Certain Insurers' Requests. Travelers has not sought to compel production by the Debtor (but reserves the right to do so at a future date). Travelers and the Committee have also agreed to a reservation of rights regarding their respective discovery requests.

9. On January 29, 2025, U.S. Fire Insurance Company and International Insurance Company filed their (i) Motion for an Order Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Committee [ECF No. 3703] and (ii) Motion for an

Order Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Committee [ECF No. 3709] (collectively, the "U.S. Fire Motions to Compel").

10. The documents at issue in the U.S. Fire Motions to Compel are also responsive to certain of the Certain Insurers' Requests.

11. To the extent that the Court grants the U.S. Fire's Motions to Compel and orders the Debtor and/or the Committee to produce any documents, Certain Insurers request that such order also direct that such documents be produced contemporaneously to Certain Insurers.

Respectfully submitted,

*/s/ Michael D. Rubenstein*

Michael D. Rubenstein (Bar #22860)
LISKOW & LEWIS
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2953
Email: mdrubenstein@liskow.com

and

Carey L. Menasco (Bar #28131)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: 504-581-7979
Email: clmenasco@liskow.com

**Attorneys for SPARTA Insurance Company**

and

*[Remainder of page intentionally left blank.]*

**DENTONS US LLP**

By: */s/ Patrick C. Maxcy*
Patrick C. Maxcy (*admitted pro hac vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com

Deborah J. Campbell (admitted *pro hac vice*)
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102-2741
(314) 241-1800 – Telephone
deborah.campbell@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

**Attorneys for United States Fidelity & Guaranty Company, affiliates of Travelers Indemnity Company, Inc., as insurers for Debtor The Roman Catholic Church of the Archdiocese of New Orleans**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of February, 2025, a true and correct copy of SPARTA Insurance Company and United States Fidelity & Guaranty Company's Joint Reservation of Rights with Respect to U.S. Fire Insurance Company's and International Insurance Company's Motions for Orders Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Debtor and Committee has been served by electronic transmission on all registered ECF users appearing in the case.

                                        /s/ Michael D. Rubenstein
                                        Michael D. Rubenstein