# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No. 20-10846-MSG |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | * | |
| | * | Section A |
| | * | |
| Debtor | * | Chapter 11 |
| | * | |

## NOTICE OF HEARING

**PLEASE BE ADVISED** that Lacey E. Rochester and Erin Pelleteri Houser, for the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (the "Firm") have filed a Motion to Withdraw (the "Motion") [Doc. No. 3719].

**PLEASE BE FURTHER ADVISED** that a hearing on the Motion will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on March 6, 2025, at 9:30 a.m. Central Time in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or by telephone – Dial-in: 1- 504-517-1385; Conference Code: 129611, or by video at https://gotomeet.me/JudgeGrabill (audio will still be through the dial-in number). Parties in interest are directed to the Court's General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/

**PLEASE BE FURTHER ADVISED** that any party opposing the Motion MUST file a written objection or response with the Clerk, United States Bankruptcy Court for the Eastern District of Louisiana, no later than seven (7) days prior to the hearing and MUST serve copies of any such objection upon undersigned counsel.

4910-9630-8756v2

Dated: February 4, 2025

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: */s/ Lacey E. Rochester*
Lacey E. Rochester (LA Bar # 34733)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Telephone: (410) 685-1120
Facsimile: (410) 547-0699
lrochester@bakerdonelson.com

*and*

Erin Pelleteri Howser (Bar. No. 30666)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
epelleteri@bakerdonelson.com

### CERTIFICATE OF SERVICE

I hereby certify that on 4th day of February, 2025, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification.

By:  /s/ *Lacey E. Rochester*

4910-9630-8756v2