UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | § | |
| THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

---

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

Now into Court, jointly come Heller Draper & Horn, L.L.C. and Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), on behalf of Second Harvest Food Bank of Greater New Orleans and Acadiana ("Second Harvest"), who request that Heller Draper be substituted as counsel solely for Second Harvest.  In support of this Motion, movers aver:

1.      The Roman Catholic Church of the Archdiocese of New Orleans filed for relief pursuant to Chapter 11 of the United States Bankruptcy Code on May 1, 2020.

2.      On the 4th day of May, 2020, Heller, Draper, Patrick, Horn & Manthey, L.L.C.[2] ("Heller Draper") filed a *Notice of Appearance and Request for Notice* [ECF Doc. 39] on behalf of the parties identified in the *Verified Statement of the Apostolates Under Bankruptcy Rule 2019* ("2019 Statement") filed by the Firm [ECF Doc. 40].

3.      The 2019 Statement and amendments thereto have been filed by the Heller Draper which lists the entities on whose behalf the Firm filed a Notice of Appearance.

---

[1]      The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA  70125.

[2]      The Firm is now known as Heller, Draper & Horn, L.L.C.

{00380556-9}

4.      On June 16, 2023, attorneys in the firm of Baker Donelson filed a *Notice of Appearance and Request for Notice* [ECF Doc. 2335] on behalf of Second Harvest which had the effect of withdrawing Second Harvest from the group of entities represented by the Firm and known as the Apostolates.

5.      On February 4, 2025, attorneys in the firm of Baker Donelson filed a *Motion to Withdraw as Counsel* [ECF Doc. 3719].

6.      On February 6, 2925, Heller Draper filed a *Notice of Appearance and Request for Notice*  [ECF Doc. 3723].

7.      Heller Draper filed an Amended 2019 Statement that reflects that Second Harvest is no longer represented by the Firm and a member of the Apostolates.

8.      Second Harvest has no objection to the granting of this Motion.

**WHEREFORE,** Heller Draper & Horn, L.L.C. and Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. request that this Court enter an Order enrolling Heller, Draper & Horn, L.L.C. to serve of counsel of record in the above matter in lieu of Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. solely for Second Harvest Food Bank of Greater New Orleans and Acadiana.

February 10, 2025

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La. Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500

{00380556-9}

New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Attorneys for the Apostolates*

And

*/s/ Lacey E. Rochester*
Lacey E. Rochester (LA Bar # 34733)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Telephone: (410) 685-1120 Facsimile:
(410) 547-0699
lrochester@bakerdonelson.com

Erin Pelleteri Howser (Bar. No. 30666)
201 St. Charles Avenue, Suite 3600 New
Orleans, Louisiana 70170 Telephone:
(504) 566-5200 Facsimile: (504) 636-
4000 epelleteri@bakerdonelson.com

*Attorney for Second Harvest Food Bank of
Greater New Orleans and Acadiana*

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, hereby certify that a copy of the above and foregoing has been served on February 10, 2025, upon the following parties via this Court's electronic notification system as follows:

- Christine W. Adams    cadams@deshazoadams.com
- H. Kent Aguillard    kent@aguillardlaw.com, gina@aguillardlaw.com
- A. Brooke Watford Altazan    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- William Harrell Arata    aratalaw@bellsouth.net
- William Harrell Arata    billarata@aratalaw.net
- David Winston Ardoin    david@amotriallawyers.com, renee@amotriallawyers.com
- John Baay    Jbaay@LabordeSiegel.com, myoung@glllaw.com
- Jerry Beatmann    jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- Alicia M. Bendana    abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
- Jacques F. Bezou    jb2@bezou.com, dhenderson@bezou.com
- Richard A. Bordelon    rbordelon@denechaudlaw.com

{00380556-9}

- Derek T Braslow    dbraslow@actslaw.com
- Brandon A. Brown    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Joseph M. Bruno    jbruno@brunobrunolaw.com, Don@brunobrunolaw.com
- Steven Bryant    steven.bryant@lockelord.com
- Elwood F. Cahill    ecahill@shergarner.com
- Andrew William Caine    acaine@pszjlaw.com
- Deborah J Campbell    deborah.campbell@dentons.com
- Jamie Dodds Cangelosi    jcangelosi@stewartrobbins.com, jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Linda F Cantor    lcantor@pszjlaw.com
- Clint Casperson    clcasperson@dmillerlaw.com
- Ryan J Cavanaugh    ryan@constantllp.com
- Desiree M. Charbonnet    desi@charbonnetlawfirm.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- Everett J. Cygal    ecygal@schiffhardin.com
- Rodrigo DE Llano    filing@dandell.com
- Scott Edward Delacroix    scottdelacroixlaw@gmail.com
- John H. Denenea    jdenenea@gmail.com
- Ross J. Donnes    rdonnes@tcmlawoffice.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Christopher F Edmunds    chrisedmundslaw@gmail.com
- Frank Elliot    frank@nfelaw.com
- Joseph Mark Fisher    mfisher@schiffhardin.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Jeremy Gettes    jgettes@chehardy.com
- William P. Gibbens    billy@semmlaw.com, terri@semmlaw.com
- Soren Erik Gisleson    sgisleson@hhkc.com, jchauvin@hhkc.com
- Brodie Glenn    bglenn@bradleyfirm.com
- Alan H. Goodman    alan.goodman@bswllp.com, moorek@bswllp.com
- Stephen Haedicke    stephen@haedickelaw.com
- Ashley J. Heilprin    ashley.heilprin@phelps.com
- Evan Park Howell    ehowell@ephlaw.com
- Erin Pelleteri Howser    epelleteri@bakerdonelson.com
- Stephen Michael Huber    stephen@huberthomaslaw.com
- Sara Hunkler    shunkler@ruggerilaw.com
- Amelia L. Hurt    amelia.hurt@kellyhart.com
- Wayne J. Jablonowski    wjjlaw@bellsouth.net
- Annette W Jarvis    jarvisa@gtlaw.com
- Lillian Jordan    ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Allison Kingsmill    akingsmill@joneswalker.com

- Bradley C. Knapp    brad.knapp@troutman.com, AutoDocket@LockeLord.com
- Dylan K. Knoll    dknoll@denechaudlaw.com
- Omer F. Kuebel    rick.kuebel@troutman.com
- Heather A. LaSalle    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- Frank E. Lamothe    felamothe@lamothefirm.com
- Julien Guy Lamothe    jlamothe@lamothefirm.com
- Mark C. Landry    mlandry@newmanmathis.com
- Darryl T. Landwehr    dtlandwehr@att.net, dtlandwehr@gmail.com
- Mary S. Langston    Mary.Langston@usdoj.gov
- Joseph J Lowenthal    jlowenthal@joneswalker.com
- Ryan Luminais    rluminais@shergarner.com
- Thomas J. Madigan    tmadigan@shergarner.com, rbailey@shergarner.com
- Wayne A. Maiorana    tmaiorana@newmanmathis.com
- Wilson Lewis Maloz    wmaloz@lpwsl.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Donald Andrew Mau    andy@caseycowley.com
- Patrick Maxcy    patrick.maxcy@dentons.com
- Ryan Matthew McCabe    ryan@mccabefirm.com, nkelly@dwyercambre.com;rmccabe@gmail.com
- Collin Roy Melancon    collin@mmcdlaw.com
- Carey L. Menasco    clmenasco@liskow.com
- Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com
- Daniel Adam Meyer    dmeyer@sssfirm.com
- Allen C. Miller    allen.miller@phelps.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Jack E Morris    jem@jemorrislaw.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Kathryn Munson    kwm@stanleyreuter.com
- Colleen A Murphy    murphyc@gtlaw.com
- Brandon Naquin    ban@stanleyreuter.com
- Samantha Oppenheim    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- Dwight C Paulsen    tpaulsen@bradleyfirm.com
- Felecia Y Peavy    felepeavy@juno.com
- Louis Middleton Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com
- Caroline A. Reckler    caroline.reckler@lw.com
- William S. Robbins    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Craig Robinson    craig@rlolegal.com
- Lacey E Rochester    lrochester@bakerdonelson.com, jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com
- Nicholas Rockforte    nicholas@onmyside.com
- Keith A. Rodriguez    Krodriguez@keithrodriguez.com

{00380556-9}

- Samuel M. Rosamond    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- Richard A Rozanski    richard@rarlaw.net
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Robert Salim    skeeter@salim-beasley.com
- Tancred Schiavoni    tschiavoni@omm.com, nrivera@omm.com
- Logan E. Schonekas    logan@huberthomaslaw.com
- Kristi Schubert    kschubert@lamothefirm.com
- Bradley J. Schwab    brad@voorhieslaw.com
- Stephen P. Scullin    scullin@carverdarden.com, baradell@carverdarden.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Patrick M. Shelby    patrick.shelby@phelps.com
- Nicholas    Smeltz    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins;kheard@ecf.courtdrive.com
- David M Spector    dspector@schiffhardin.com
- Richard C. Stanley    rcs@stanleyreuter.com
- Paul Maury Sterbcow    sterbcow@lksalaw.com
- Roger Stetter    rastetter47@yahoo.com
- Paul    Douglas    Stewart    dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins;kheard@ecf.courtdrive.com
- Kaylin Storey    kstorey@truittlaw.com
- Reagan Charleston Thomas    rthomas@awkolaw.com
- Jefferson R. Tillery    jtillery@joneswalker.com
- Taylor Townsend    taylor@townsendlaw.com
- Richard Trahant    trahant@trahantlawoffice.com
- Jack E Truitt    btruitt@truittlaw.com, jwertz@truittlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Richard P Voorhies    Richard@voorhieslaw.com, tosha@voorhieslaw.com
- David    F.    Waguespack    waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- David E. Walle    dwalle@bfrob.com, aadams@bfrob.com
- John W. Waters    jwaters@bfrob.com, aadams@bfrob.com
- Michael Watson    mwatson@michaelcwatson.com
- Regina Wedig    reginawedig@wediglaw.com, rswedig@hotmail.com
- Edward Dirk Wegmann    dwegmann@joneswalker.com
- Joshua D Weinberg    Jweinberg@ruggerilaw.com
- Brittany Rose Wolf-Freedman    bwolf@gainsben.com, sburrell@gainsben.com
- Wayne George Zeringue    wzeringue@joneswalker.com
- Michael S. Zerlin    mzerlin@netscape.net

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073

{00380556-9}