**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **CHAPTER 11** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |
| | § | |

**ORDER**

Before the Court is the *Motion To Substitute Counsel of Record* (the "Motion To Substitute"), [ECF Doc. 3732], filed by Heller, Draper & Horn, L.L.C. ("Heller Draper") and Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), on behalf of Second Harvest Food Bank of Greater New Orleans and Acadiana ("Second Harvest"). Also before the Court is the *Motion To Withdraw as Counsel* (the "Motion To Withdraw"), [ECF Doc. 3719], filed by Baker Donelson.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Substitute is **GRANTED**, and the Motion To Withdraw is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Heller Draper is enrolled to serve as substitute counsel of record solely for Second Harvest.

**IT IS FURTHER ORDERED** that Baker Donelson is withdrawn as counsel of record solely for Second Harvest.

**IT IS FURTHER ORDERED** that Heller Draper is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, February 11, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE