**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

### *EX PARTE* MOTION FOR EXPEDITED HEARING ON EXPEDITED JOINT MOTION TO APPROVE THIRD EXTENSION OF TOLLING AGREEMENT
**[Relates to ECF No. 3742]**

The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"); the Official Committee of Unsecured Commercial Creditors (the "**Commercial Committee**"); the Official Committee of Unsecured Creditors (the "**Committee**");[2] and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities included on **Exhibit A** to the *Expedited Joint Motion to Approve Third Extension of Tolling Agreement* (the "**Motion**")[3] [ECF No. 3742] (together with the Debtor, the Commercial Committee, and the Committee, the "**Parties**"), hereby file this *Ex Parte Motion for Expedited Hearing* (the "**Motion for Expedited Hearing**") on the Motion. In support of the Motion for Expedited Hearing, the Parties respectfully state:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Together, the Commercial Committee and the Committee are referred to herein as the "**Committees**" and, individually, as a "**Committee**."

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is governed by §§ 105(a) and 363 of the Bankruptcy Code and Rule 9013-1(C) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana.

**Request for Expedited Relief**

4. The Motion, filed simultaneously with this Motion for Expedited Hearing, requests that the Court approve and authorize the Parties to enter into the Third Tolling Agreement Extension, which, among other things, extends the Initial Tolling Period as to the Estate Claims through and including May 1, 2026.

5. As indicated in the Motion, the Debtor's time to commence certain of the Estate Claims is set to expire under applicable law, including, without limitation, sections 546(a)(1)(A) and 108(a)(2) of the Bankruptcy Code, on May 1, 2025. To the extent that this Court declines to approve the Third Tolling Agreement Extension, the Committees intend to file a motion to seek standing so that they may commence certain of the Estate Claims (the "**Standing Motion**").

6. Accordingly, the Parties request that the Motion be considered on an expedited basis during the Court's next regularly scheduled omnibus hearing (February 20, 2025 at 1:30 p.m.), so that the issues raised therein may be resolved in sufficient time for the Committees to (a) provide the 45-day notice required by the Tolling Agreement; and (b) file and have the Standing Motion heard, if necessary, ahead of the current May 1, 2025 deadline (albeit on an expedited basis).

7. The Parties worked diligently to finalize the Motion and related documents prior to the January 30th filing deadline for obtaining the Court's February 20th omnibus hearing date, but required additional time. Given the rapidly approaching deadlines associated with filing a Standing Motion and that all of the Parties have consented to expedited hearing, the Parties submit that the shortened notice period is appropriate and does not prejudice any interested parties.

8. The Parties have contacted counsel for the UST, who has represented that the UST has no objection to the request for expedited hearing.

WHEREFORE, the Parties respectfully request that the Court enter an Order in substantially the same form as the attached: (i) setting the Motion for expedited hearing on Thursday, February 20, 2025, at 1:30 p.m. CST; (ii) fixing the deadline of Tuesday, February 18, 2025 at 5:00 p.m. CST for filing written objections to the Motion; and (iii) granting such other relief as the Court deems just and appropriate.

**Signatures on following page**

Dated: February 13, 2025

Respectfully submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: */s/ Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

*-AND-*

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

*-AND-*

By: */s/ W. Steven Bryant*
Bradley C. Knapp (La #35867)

Omer F. Kuebel, III (La #21682)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: Brad.Knapp@troutman.com
      Rick.Kuebel@troutman.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: Steven.Bryant@troutman.com

James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. No.110345)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
      acaine@pszjlaw.com

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

*-AND-*

/s/ Douglas S. Draper
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER, & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

**ATTORNEYS FOR THE RELATED PARTIES**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § § § | Section "A" |
| | § | Chapter 11 |
| Debtor.[1] | § § § | |

### ORDER GRANTING *EX PARTE* MOTION FOR EXPEDITED HEARING ON EXPEDITED JOINT MOTION TO APPROVE THIRD EXTENSION OF TOLLING AGREEMENT

This matter coming before the Court on the *Ex Parte Motion for Expedited Hearing on Expedited Joint Motion to Approve Third Extension of Tolling Agreement* (the "**Motion for Expedited Hearing**") [ECF No. ___], and it appearing that good cause exists for granting the relief requested therein,

**IT IS ORDERED** that:

1. The Motion for Expedited Hearing is GRANTED.

2. A hearing will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **Thursday, February 20, 2025, at 1:30 p.m. CST** to consider the *Expedited Joint Motion to Approve Third Extension of Tolling Agreement* (the "**Tolling Agreement Motion**") [ECF No. ____].

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2

3. Pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing (i) IN PERSON, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, (ii) BY TELEPHONE through the dial-in for Section A: 503.517.1385; Conference Code 129611; or (iii) by telephone using the dial in number and video using https://gotomeet.me/JudgeGrabill.

4. The deadline to file a response to the Tolling Agreement Motion is **Tuesday, February 18, 2025, at 5:00 p.m. CST**.

New Orleans, Louisiana, this _____ day of February, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE