# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the Ex Parte *Motion For Expedited Hearing on Expedited Joint Motion To Approve Third Extension of Tolling Agreement* (the "Motion To Expedite"), [ECF Doc. 3743], filed jointly by the Debtor; the Official Committee of Unsecured Commercial Creditors; the Official Committee of Unsecured Creditors; and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities identified in the Motion To Expedite.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Expedited Joint Motion To Approve Third Extension of Tolling Agreement* (the "Motion To Extend"), [ECF Doc. 3742], is set for hearing on **Thursday, February 20, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to

review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any opposition to the Motion To Extend shall be filed and properly served no later than **Tuesday, February 18, 2025, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to **IMMEDIATELY** serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, February 14, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE