**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

---

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

United States Fire Insurance Company ("U.S. Fire") and International Insurance Company ("International" and together with U.S. Fire, the "Movants") hereby file this *Notice of Withdrawal Without Prejudice* regarding *U.S. Fire Insurance Company's and International Insurance Company's Motion for an Order Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Committee* [ECF No. 3703] (the "Motion").

Movants file this Notice of Withdrawal Without Prejudice with a full reservation of rights. Movants reserve all rights in the future to seek relief from the Court with respect to the Motion or with respect to any other discovery dispute in this case.

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated: February 20, 2025                          Respectfully submitted,

By: */s/ John E. W. Baay II*
JOHN E.W. BAAY II (22928)
**LABORDE SIEGEL, L.L.C.**
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: jbaay@labordesiegel.com

**O'MELVENY & MYERS LLP**
TANCRED SCHIAVONI (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: +1 (212) 326-2000
Facsimile: +1 (212) 326-2061
Email: tschiavoni@omm.com

EMMA L. JONES (*pro hac vice*)
2801 N. Harwood St., Suite 1600
Dallas, TX 75201
Telephone:  (972) 360-1900
Email:  eljones@omm.com

JOSHUA JILOVEC (*pro hac vice*)
700 Louisiana Street
Suite 2900
Houston, TX 77002-2796
United States
Telephone: (832) 254-1536
Email: jjilovec@omm.com

*Counsel for United States Fire Insurance Company*
*and International Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document and any corresponding attachments were served this 20th day of February, 2025 by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record receiving electronic notice by such system.  I also certify that on this 20th day of February, 2025, I caused a copy of the foregoing document and corresponding attachments to be served by e-mail or first-class U.S. mail, as applicable, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], including on the Debtor, Debtor's counsel, counsel for the Official Committee of Unsecured Creditors and Commercial Creditors' Committee, and the U.S. Trustee.

*/s/ John E. W. Baay II*
JOHN E.W. BAAY II (22928)