**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** § § **THE ROMAN CATHOLIC CHURCH** § **OF THE ARCHDIOCESE OF NEW** § **ORLEANS,** § § **Debtor.**[1] § § | **Case No. 20-10846** **Section "A"** **Chapter 11** |

### NOTICE OF SECOND AMENDED AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON THURSDAY, FEBRUARY 20, 2025, AT 1:30 P.M. CST

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of **Second Amended** Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, February 20, 2025, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of January 1, 2025).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#103532296v1

## UNCONTESTED MATTERS

1. *U.S. Fire Insurance Company's and International Insurance Company's Motion for an Order Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Debtor* **[ECF No. 3709]**

    | | |
    |---|---|
    | **Movants:** | U.S. Fire Insurance Company and International Insurance Company |
    | **Nature of Matter:** | Motion to Compel |
    | **Response Deadline:** | February 13, 2025 |
    | **Status:** | This matter is going forward. <u>The Movants and the Debtor have reached a consensual resolution of this matter, and a revised, agreed form of order has been submitted to chambers.</u> |

    **Responses/Related Filings:**

    - *Sparta Insurance Company and United States Fidelity & Guaranty Company's Joint Reservation of Rights With Respect to U.S. Fire Insurance Company's and International Insurance Company's Motions for Orders Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Debtor and Committee* **[ECF No. 3715]**

    - *Debtor's Objection to U.S. Fire Insurance Company's and International Insurance Company's Motion for an Order Compelling Production of Documents Pursuant to Their Bankruptcy Rule 2004 Requests on the Debtor* **[ECF No. 3741]**

Dated: February 20, 2025

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA  70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## **CERTIFICATE OF SERVICE**

I hereby certify, on February 20, 2025, that a true and correct copy of the foregoing Notice of Second Amended Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim

#103532296v1