UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

### C.A.'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that C.A., through undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on February 20, 2025. A copy of said Motion, as well as C.A.'s Declaration in Support and the Proposed Order, was filed as Docket No. 3762.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130 on the Omnibus Hearing date of March 20, 2025 at 1:30 PM. The dial-in information for Section A is 1-504-517-1385; Access Code 129611 and/or dial in number and video using https://gotomeet.me/judgegrabill, (meeting code: "JudgegGrabill").

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court

[1]

may treat the Motion as unopposed and grant the relief requested.

                Respectfully submitted,

                /s/ Craig M. Robinson
                CRAIG M. ROBINSON (Bar No. 32934)
                *Robinson Law Offices, LLC*
                700 Camp Street
                New Orleans, Louisiana 70130
                T: (504) 458-5100
                F: (504) 717-4627
                E: craig@rlolegal.com

                *Attorneys for Claimant, C.A.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 20th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                /s/ Craig M. Robinson
                CRAIG M. ROBINSON

[2]