**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW ORLEANS,** | § | **Section "A"** |
| | § | |
| Debtor.[1] | § | **Chapter 11** |
| | § | |
| | § | |

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                ) ss:
COUNTY OF NEW YORK   )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 48 Wall Street, New York, New York 10005.

3. On the 20th day of February 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Second Amended Agenda of Matters Scheduled for Omnibus Hearing on Thursday, February 20, 2025, at 1:30 P.M. CST* [Docket No. 3757], to be served upon the parties, who will not receive notice through the Court's CM/ECF System, via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 21st day of February 2025, New York, New York.

By _____
Roderick Wong

Sworn before me this
21st day of February 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2025

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

# EXHIBIT 1

Page # : 1 of 1                                                                                                02/20/2025 03:28:47 PM

000051P002-1435S-519
AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087
MPSWEB@AMERIGROUP.COM

000119P001-1435S-519
BROWN RICE MARKETING LLC
MARK W BROWN
476 MATAIRIE ROAD STE 202
METAIRIE LA 70005
MARK@BROWNRICEMARKETING.COM

000117P001-1435S-519
CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123
NEUVILLE@CDHNO.COM

000097P002-1435S-519
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364
DBALDONE@HOTMAIL.COM

000086P001-1435S-519
DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-519
ENTERGY
SEAN D MOORE  ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113
SMOORE6@entergy.com

000044P002-1435S-519
GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008
ERIC_PEARSON@AJG.COM

000124P002-1435S-519
JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440
JUDGE@HOGANMEDIATION.NET

000045P002-1435S-519
LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118
JENNIFER.SARPALIUS@LCMCHEALTH.ORG

000052P002-1435S-519
LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808
LUBAACCOUNTING@LUBAWC.COM

000109P001-1435S-519
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
RBERAN@MCCARTER.COM

000109P001-1435S-519
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
JKELLY@MCCARTER.COM

000050P002-1435S-519
MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT NJ 07901
THEDING@MEITLER.COM

000120P001-1435S-519
METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124
HGORMAN@METROSTUDIO.NET

000095P001-1435S-519
PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067
JSTANG@PSZJLAW.COM

000110P002-1435S-519
RUSSELL POTTHARST
P O BOX 13281
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000064P001-1435S-519
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-519
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802
BETH.ZEIGLER@HANCOCKWHITNEY.COM

**Records Printed : 18**

**EXHIBIT 2**

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1 of 3                                                                                    02/20/2025 03:30:52 PM

000049P002-1435S-519
ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

000102P003-1435S-519
ARGENT INSTITUTIONAL TRUST COMPANY
KEVIN M DOBRAVA, MANAGING DIRECTOR
FORMERLY TMI TRUST COMPANY
5901 PEACHTREE DUNWOODY RD
STE C-495
ATLANTA GA 30328

000084P001-1435S-519
ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

000055P002-1435S-519
BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

000164P001-1435S-519
BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

000161P001-1435S-519
BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

000087P002-1435S-519
BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

000023P001-1435S-519
CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

000057P004-1435S-519
CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

000162P001-1435S-519
COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS LA 70163

000026P001-1435S-519
DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

000168P001-1435S-519
EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP II CITY PLAZA
400 CONVENTION ST
STE 1001
BATON ROUGE LA 70801

000032P001-1435S-519
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

000116P001-1435S-519
FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

000072P002-1435S-519
GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

000083P001-1435S-519
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

000028P002-1435S-519
HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

000029P002-1435S-519
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P001-1435S-519
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

000039P001-1435S-519
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

000009P001-1435S-519
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-519
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P003-1435S-519
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON DC 20004-2541

000012P001-1435S-519
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

000166P001-1435S-519
J S
2610 W SAM HOUSTON PKWY
#200
HOUSTON TX 77042

000022P001-1435S-519
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

000169P001-1435S-519
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
INTERNATIONAL INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

000170P001-1435S-519
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
UNITED STATES FIRE INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

---

000172P001-1435S-519
KIM M BRAUD
PO BOX 741505
NEW ORLEANS LA 70174

000027P001-1435S-519
KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

000034P001-1435S-519
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

000002P001-1435S-519
LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

000005P001-1435S-519
LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

000018P001-1435S-519
LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

000024P001-1435S-519
LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

000008P001-1435S-519
LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

000040P001-1435S-519
LOUISIANA PUBLIC FACILITIES AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA 70808

000163P001-1435S-519
MICHAEL L DESHAZO ON BEHALF OF DEFENDANT
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
1250 POYDRAS ST STE 2450
NEW ORLEANS LA 70113

000167P001-1435S-519
MIGUEL A ELIAS ON BEHALF OF
INTERESTED PARTY FR JB
285 WEST ESPLANADE AVE
STE 303
KENNER LA 70065

000047P001-1435S-519
NAME AND ADDRESS INTENTIONALLY OMITTED

000088P001-1435S-519
NAME AND ADDRESS INTENTIONALLY OMITTED

000036P001-1435S-519
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX 75202

000048P001-1435S-519
OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA 70121

000046P003-1435S-519
OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
1 OPTUM CIR
EDEN PRAIRIE MN 55344-2956

000096P003-1435S-519
PACHULSKI STANG ZIEHL & JONES LLP
JOSHUA M FRIED
1 SANSOME ST STE 3430
SAN FRANCISCO CA 94104-4436

000165P001-1435S-519
RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY
STATE OF LOUISIANA LOUISIANA CEMETERY BOARD
LOUISIANA DEPT OF JUSTICE
1885 NORTH THIRD ST
BATON ROUGE LA 70802

000021P001-1435S-519
SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1670
HOUMA LA 70361

000171P001-1435S-519
SWATI PARASHAR ON BEHALF OF DEBTOR
THE ROMAN CATHOLIC CHURCH
FOR THE ARCHDIOCESE OF NEW ORLEANS
JONES WALKER
811 MAIN ST, STE 2900
HOUSTON TX 77002

000025P001-1435S-519
THE BANK OF NEW YORK TRUST CO NA
601 POYDRAS ST
STE 2225
NEW ORLEANS LA 70130

000003P001-1435S-519
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

000004P002-1435S-519
US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

000035P001-1435S-519
US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

000019P001-1435S-519
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

000020P001-1435S-519
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000006P001-1435S-519
US DEPT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

000037P001-1435S-519
VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER -CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                              02/20/2025  03:30:52 PM

000053P004-1435S-519
WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047

000085P001-1435S-519
WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070

Records Printed :  **58**

# EXHIBIT 1

Page # : 1 of 1                                                                                    02/20/2025 03:28:47 PM

---

000051P002-1435S-519
AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087
MPSWEB@AMERIGROUP.COM

000119P001-1435S-519
BROWN RICE MARKETING LLC
MARK W BROWN
476 MATAIRIE ROAD STE 202
METAIRIE LA 70005
MARK@BROWNRICEMARKETING.COM

000117P001-1435S-519
CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123
NEUVILLE@CDHNO.COM

000097P002-1435S-519
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364
DBALDONE@HOTMAIL.COM

000086P001-1435S-519
DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-519
ENTERGY
SEAN D MOORE  ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113
SMOORE6@entergy.com

000044P002-1435S-519
GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008
ERIC_PEARSON@AJG.COM

000124P001-1435S-519
JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE OR 97440
JUDGE@HOGANMEDIATION.NET

000045P002-1435S-519
LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS LA 70118
JENNIFER.SARPALIUS@LCMCHEALTH.ORG

000052P002-1435S-519
LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808
LUBAACCOUNTING@LUBAWC.COM

000109P001-1435S-519
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
RBERAN@MCCARTER.COM

000109P001-1435S-519
MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
JKELLY@MCCARTER.COM

000050P002-1435S-519
MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT NJ 07901
THEDING@MEITLER.COM

000120P001-1435S-519
METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS LA 70124
HGORMAN@METROSTUDIO.NET

000095P001-1435S-519
PACHULSKI STANG ZIEHL & JONES LLP
JAMES I STANG
10100 SANTA MONICA BLVD.,13TH FL
LOS ANGELES CA 90067
JSTANG@PSZJLAW.COM

000110P002-1435S-519
RUSSELL POTTHARST
P O BOX 13281
LOS ANGELES CA 90013
RUSTYCPSR@GMAIL.COM

000064P001-1435S-519
VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS LA 70130
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-519
WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed : 18

# EXHIBIT 2

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1 of 3                                                                                   02/20/2025 03:30:52 PM

---

000049P002-1435S-519
ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

000102P003-1435S-519
ARGENT INSTITUTIONAL TRUST COMPANY
KEVIN M DOBRAVA, MANAGING DIRECTOR
FORMERLY TMI TRUST COMPANY
5901 PEACHTREE DUNWOODY RD
STE C-495
ATLANTA GA 30328

000084P001-1435S-519
ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

000055P002-1435S-519
BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

000164P001-1435S-519
BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

000161P001-1435S-519
BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

000087P002-1435S-519
BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

000023P001-1435S-519
CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

000057P004-1435S-519
CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

000162P001-1435S-519
COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS LA 70163

000026P001-1435S-519
DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

000168P001-1435S-519
EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP II CITY PLAZA
400 CONVENTION ST
STE 1001
BATON ROUGE LA 70801

000032P001-1435S-519
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

000116P001-1435S-519
FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

000072P002-1435S-519
GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

000083P001-1435S-519
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

000028P002-1435S-519
HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

000029P002-1435S-519
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P001-1435S-519
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

000039P001-1435S-519
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

000009P001-1435S-519
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-519
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P003-1435S-519
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON DC 20004-2541

000012P001-1435S-519
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

000166P001-1435S-519
J S
2610 W SAM HOUSTON PKWY
#200
HOUSTON TX 77042

000022P001-1435S-519
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

000169P001-1435S-519
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
INTERNATIONAL INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

000170P001-1435S-519
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
UNITED STATES FIRE INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000172P001-1435S-519<br>KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 | 000027P001-1435S-519<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000034P001-1435S-519<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | 000002P001-1435S-519<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 |
| 000005P001-1435S-519<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-519<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 000024P001-1435S-519<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | 000008P001-1435S-519<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 |
| 000040P001-1435S-519<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000163P001-1435S-519<br>MICHAEL L DESHAZO ON BEHALF OF DEFENDANT<br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br>1250 POYDRAS ST STE 2450<br>NEW ORLEANS LA 70113 | 000167P001-1435S-519<br>MIGUEL A ELIAS ON BEHALF OF<br>INTERESTED PARTY FR JB<br>285 WEST ESPLANADE AVE<br>STE 303<br>KENNER LA 70065 | 000047P001-1435S-519<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 000088P001-1435S-519<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000036P001-1435S-519<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-519<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | 000046P003-1435S-519<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>1 OPTUM CIR<br>EDEN PRAIRIE MN 55344-2956 |
| 000096P003-1435S-519<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>1 SANSOME ST STE 3430<br>SAN FRANCISCO CA 94104-4436 | 000165P001-1435S-519<br>RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY<br>STATE OF LOUISIANA LOUISIANA CEMETERY BOARD<br>LOUISIANA DEPT OF JUSTICE<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802 | 000021P001-1435S-519<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | 000171P001-1435S-519<br>SWATI PARASHAR ON BEHALF OF DEBTOR<br>THE ROMAN CATHOLIC CHURCH<br>FOR THE ARCHDIOCESE OF NEW ORLEANS<br>JONES WALKER<br>811 MAIN ST, STE 2900<br>HOUSTON TX 77002 |
| 000025P001-1435S-519<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000003P001-1435S-519<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-519<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | 000035P001-1435S-519<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| 000019P001-1435S-519<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-519<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 000006P001-1435S-519<br>US DEPT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | 000037P001-1435S-519<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 |

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

02/20/2025 03:30:52 PM

000053P004-1435S-519
WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047

000085P001-1435S-519
WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070

Records Printed :   **58**