**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| IN RE: | § | **CASE NO: 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **CHAPTER 11** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |
| | § | |

## ORDER

Before the Court is the *Expedited Joint Motion To Approve Third Extension of Tolling Agreement* (the "Motion"), [ECF Doc. 3742], jointly filed by the Debtor, the Official Committee of Unsecured Commercial Creditors, the Official Committee of Unsecured Creditors, and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities included on Exhibit A attached hereto (and together with the Debtor and the Committees, the "Parties").

**THE COURT FINDS AND CONCLUDES** that:

A.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b).

B.      Proper and adequate notice of the Motion has been given, and no other or further notice is necessary.

C.      Entry into the third tolling agreement extension in substantially the form attached to this Order as Exhibit B (the "Third Tolling Agreement Extension") will preserve the Estate Claims (as that term is defined in the Tolling Agreement) because, among other things, § 546(a)

of the Bankruptcy Code sets forth a statute of limitations and not a statute of repose, and therefore, is not jurisdictional in nature.

D.    Entry into the Third Tolling Agreement Extension is in the best interests of the Debtor, its estate, and creditors.

E.    Douglas S. Draper and Heller, Draper & Horn, LLC filed various notices of appearance and verified statements under Bankruptcy Rule 2019 on behalf of the Apostolates, which entities are both referred to as "Related Parties" in the Tolling Agreement and subsequent extensions and is comprised of the entities listed on Exhibit A attached hereto (collectively, the "Related Parties"),[1] including the *Second Amended Notice of Appearance* filed on March 18, 2022, [ECF Doc. 1361], the *Second Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019* filed on June 10, 2022, [ECF Doc. 1583], and the *Third Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019* filed on September 22, 2023, [ECF Doc. 2501]. Jan M. Hayden and Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. filed a *Notice of Appearance and Request for Notice* on June 16, 2023, [ECF Doc. 2335], as counsel of record for Second Harvest Food Bank of Greater New Orleans and Acadiana ("Second Harvest"). Further, on July 28, 2023, this Court entered an *Order Granting the Motion to Substitute Counsel of Record*, thereby substituting Jan M. Hayden and Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. as counsel of record for Second Harvest in lieu of Douglas S. Draper of Heller,

---

[1]    On behalf of such Related Parties, their predecessors, successors, direct and indirect parent companies, direct and indirect subsidiary companies, companies under common control with the foregoing, affiliates and assigns, and their past, present, and future agents, representatives, and successors in interest, and all persons acting by, through, under, or in concert with them. Notwithstanding the use of the term "Related Parties," all Parties reserve the right to allege that any "Related Party" is not "related" to the Archdiocese.

Draper & Horn, LLC, [ECF Doc. 2398].[2]  Subsequently, Douglas S. Draper and Heller, Draper & Horn, LLC filed (1) a notice of appearance on behalf of Second Harvest, [ECF Doc. 3723], on February 6, 2025, and (2) and two amended verified statements under Bankruptcy Rule 2019 on behalf of the Related Parties, including the *Fourth Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019* filed on February 6, 2025, [ECF Doc. 3724], and the *Fifth Amended Verified Statement of the Apostolates Under Bankruptcy Rule 2019* filed on February 12, 2025, [ECF Doc. 3735].  Further, on February 11, 2025, this Court entered an *Order* (1) enrolling Heller, Draper & Horn, LLC as substitute counsel of record for Second Harvest in lieu of Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C., and (2) withdrawing Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. as counsel of record for Second Harvest.  [ECF Doc. 3733].  Based the foregoing, Douglas S. Draper and Heller, Draper & Horn, LLC has authority to (A) execute the Third Tolling Agreement Extension on behalf of each of the Related Parties, and (B) execute any subsequent extensions thereto on behalf of such Related Parties.

F.      The terms of the Third Tolling Agreement Extension, including the contractual obligations set forth therein, are binding and effective under applicable law upon the parties that execute and sign the Third Tolling Agreement Extension.

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.

---

[2]      *See also* ECF Docs. 3136 and 3351 (Jan M. Hayden withdrew as co-counsel of record, but Lacey E. Rochester and Erin Pelleteri Howser of Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. remained counsel of record to Second Harvest in the Chapter 11 Case).

**IT IS FURTHER ORDERED** that the Parties are hereby authorized to enter into the Third Tolling Agreement Extension in the form attached to this Order as Exhibit B, pursuant to §§ 105(a) and 363 of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the Parties are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

**IT IS FURTHER ORDERED** that the Initial Tolling Period is extended through and including **May 1, 2026**.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, February 25, 2025.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 7887 Walmsley, Inc. | All Saints Roman Catholic Church, New Orleans, Louisiana |
| Annunciation Inn, Inc. | Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana |
| Archdiocesan Spirituality Center | |
| Archdiocese of New Orleans Indemnity, Inc. | Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana |
| Aspiring Scholars | Assumption of Mary Roman Catholic Church, Avondale, Louisiana |
| Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana | Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana f/k/a St. Vincent de Paul Roman Catholic Church |
| Blessed Sacrament, Inc. | Blessed Sacrament - St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana |
| Blessed Trinity Roman Catholic Church, New Orleans, Louisiana | Catholic Charities Archdiocese of New Orleans |
| Catholic Charities Children's Day Care Centers | Catholic Charities Group Homes |
| Catholic Community Foundation Archdiocese of New Orleans | |
| Christ the King Roman Catholic Church, Gretna, Louisiana | Christopher Homes, Inc. |
| Christopher Inn | Clarion Herald Publishing Company |
| Corpus Christi - Epiphany Roman Catholic Church, New Orleans, Louisiana | Divine Mercy Roman Catholic Church, Kenner, Louisiana |
| Dubourg Home | Epiphany, Inc. |
| Good Shepherd Roman Catholic Church, New Orleans, Louisiana | Holy Family Roman Catholic Church, Franklinton, Louisiana |
| Holy Family Roman Catholic Church, Luling, Louisiana | Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana |
| Holy Spirit Roman Catholic Church, New Orleans, Louisiana | Holy Trinity Drive Land Corporation |
| Iberia Investment Fund II, LLC | |
| Immaculate Conception Roman Catholic Church, Marrero, Louisiana | Immaculate Conception Roman Catholic Church, New Orleans, Louisiana |
| Immaculate Heart of Mary, Inc. | Incarnate Word, Inc. |
| Korean Catholic Community of New Orleans, Inc. d/b/a Hanmaum Korean Catholic Church | Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana |
| Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana | Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| Metairie III | Metairie Manor |
| Monsignor Wynhoven Apartments, Inc. | Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana |
| Most Holy Trinity Roman Catholic Church, Covington, Louisiana | Nazareth II |
| Nazareth Inn II | Nazareth Manor |
| New Orleans Archdiocesan Cemeteries | Notre Dame Health System (f/k/a Chateau de Notre Dame d/b/a Notre Dame Hospice, Our Lady of Wisdom Health Care Center, Notre Dame Home Care, Notre Dame Home Health, and Wynhoven Health Care Center) |
| Notre Dame Seminary | Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana |
| Our Lady of Good Counsel, Inc. | Our Lady of Good Harbor, Inc. |
| Our Lady of Grace Roman Catholic Church, Reserve, Louisiana | Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of Lourdes, New Orleans, Louisiana, Inc. | Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana |
| Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana | Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana |
| Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana | Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana |
| Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana | Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana |
| St. John Paul II Roman Catholic Church, Waggaman, Louisiana f/k/a Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana | Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana |
| Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana | Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc. | |
| Our Lady Star of the Sea, Inc. f/k/a Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana | Pace Greater New Orleans |
| Padua House | Philmat, Inc. |
| Project Lazarus | Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| Roman Catholic Center of Jesus the Lord | Rouquette III |
| Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana | Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana |
| School Food and Nutrition Services of New Orleans, Inc. | Second Harvest Food Bank of Greater New Orleans and Acadiana |
| | St. Alphonsus Roman Catholic Church, New Orleans, Louisiana |
| St. Ann, New Orleans, Louisiana, Inc. | St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana |
| St. Agnes Roman Catholic Church, Jefferson, Louisiana | St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana |
| St. Angela Merici Roman Catholic Church, Metairie, Louisiana | St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana |
| St. Anselm Roman Catholic Church, Madisonville, Louisiana | St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana |
| St. Anthony of Padua Roman Catholic Church, Luling, Louisiana | St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana |
| St. Anthony Roman Catholic Church, Gretna, Louisiana | St. Anthony's Gardens |
| St. Augustine Roman Catholic Church, New Orleans, Louisiana | St. Benedict Roman Catholic Church, Covington, Louisiana |
| St. Benilde Roman Catholic Church, Metairie, Louisiana | St. Bernard II |
| St. Bernard III | St. Bernard Manor |
| St. Bernard Roman Catholic Church St. Bernard, Louisiana | St. Bonaventure, Inc. f/k/a St. Bonaventure Roman Catholic Church, Avondale, Louisiana |
| St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana | St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana |
| St. Christopher Roman Catholic Church, Metairie, Louisiana | St. Clement of Rome Roman Catholic Church, Metairie, Louisiana |
| St. Cletus Roman Catholic Church, Gretna, Louisiana | St. David Roman Catholic Church, New Orleans, Louisiana |
| St. Dominic's Roman Catholic Church, New Orleans, Louisiana | St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana |
| St. Frances Xavier Cabrini, Inc. | St. Francis de Salles, Inc. |
| St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana | St. Francis Xavier Roman Catholic Church, Metairie, Louisiana |

| | |
|---|---|
| St. Gabriel, Inc. f/k/a St. Gabriel Roman Catholic Church, New Orleans, Louisiana | St. Genevieve Roman Catholic Church, Slidell, Louisiana |
| St. Gertrude, Inc. f/k/a St. Gertrude Roman Catholic Church, Des Allemands, Louisiana | St. Henry's, Inc. |
| St. Hubert, Inc. f/k/a St. Hubert Roman Catholic Church, Garyville, Louisiana | St. James Major, Inc. f/k/a St. James Major Roman Catholic Church, New Orleans, Louisiana |
| St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana | St. Jerome Roman Catholic Church, Kenner, Louisiana |
| St. Joachim Roman Catholic Church, Marrero, Louisiana | St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana |
| St. John Bosco, Inc. f/k/a St. John Bosco Roman Catholic Church, Harvey, Louisiana | St. John of the Cross Roman Catholic Church, Lacombe, Louisiana |
| St. John the Baptist, New Orleans, Louisiana, Inc. | St. John The Baptist Roman Catholic Church, Edgard, Louisiana |
| St. John the Baptist Roman Catholic Church, Folsom, Louisiana | St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana f/k/a St. John the Baptist Roman Catholic Church, Paradis, Louisiana |
| St. Joseph Roman Catholic Church, Algiers, Louisiana | St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana |
| St. Joseph's Roman Catholic Church, Gretna, Louisiana | St. Jude Community Center, Inc. |
| St. Julian Eymard, Inc. | St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana |
| St. Lawrence the Martyr, Inc. | St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana |
| St. Louise de Marillac, Inc. | St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana |
| St. Margaret Mary Roman Catholic Church, Slidell, Louisiana | St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| St. Mark Roman Catholic Church, Ama, Louisiana | St. Martha Roman Catholic Church, Harvey, Louisiana |
| St. Martin's Manor, Inc. | St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana |
| St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana f/k/a St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana | St. Mary's Roman Catholic Church, New Orleans, Louisiana |
| St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana | St. Maurice, Inc. |
| St. Michael Special School | St. Monica, Inc. |
| St. Patrick's Roman Catholic Church, New Orleans, Louisiana | St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana |
| St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana | St. Peter Claver Roman Catholic Church, New Orleans, Louisiana |
| St. Peter Roman Catholic Church, Reserve, Louisiana | St. Peter's Roman Catholic Church, Covington, Louisiana |
| St. Philip Neri Roman Catholic Church, Metairie, Louisiana | St. Philip The Apostle, Inc. |
| St. Pius X Roman Catholic Church, New Orleans, Louisiana | St. Raymond and St. Leo The Great Roman Catholic Church, New Orleans, Louisiana |
| St. Raymond's, Inc. | St. Rita Roman Catholic Church, Harahan, Louisiana |
| St. Rita Roman Catholic Church, New Orleans, Louisiana | Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana f/k/a St. Rosalie Roman Catholic Church, Harvey, Louisiana |
| St. Rose of Lima, Inc. | St. Tammany Catholic Cemetery |
| St. Tammany Manor | St. Therese Catholic Academy |
| St. Theresa of Avila, Inc. f/k/a St. Theresa of Avila Roman Catholic Church, New Orleans | St. Theresa of the Child Jesus, Inc. |
| St. Thomas Roman Catholic Church, Pointe a la Hache, Louisiana | Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana |
| The Apartments at Mater Dolorosa | The Congregation of the Annunciation Roman Catholic Church |
| The Congregation of Saints Peter and Paul Roman Catholic Church | The Congregation of St. Cecelia Roman Catholic Church |

| | |
|---|---|
| The Congregation of St. Rita Roman Catholic Church of Harahan | The Congregation of the Holy Trinity Roman Catholic Church |
| The Mental Health Association Development Corporation | The Society for the Propagation of the Faith, Archdiocese of New Orleans |
| The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana | St. Martin de Porres Roman Catholic Church, New Orleans, f/k/a Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana |
| Villa Additions d/b/a St. Teresa's Villa | Villa St. Maurice, Inc. |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                 SECTION "A"
**NEW ORLEANS**

     *Debtor*[1]                                    CHAPTER 11

---

### THIRD EXTENSION OF TOLLING AGREEMENT

---

THIS THIRD TOLLING AGREEMENT EXTENSION ("*Third Tolling Agreement Extension*") is entered into by and between The Roman Catholic Church of the Archdiocese of New Orleans (the "*Archdiocese*" or "*Debtor*")[2]; the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "*Commercial Committee*"); the Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "*Committee*"); and the parishes, entities, organizations, missions, campus ministry centers, institutions of higher learning, catholic schools, and other facilities included on **Exhibit A** attached hereto (collectively, the "*Related Parties*"), on behalf of such Related Parties, their predecessors, successors, direct and indirect parent companies, direct and indirect subsidiary companies, companies under common control with the foregoing, affiliates and assigns, and their past, present, and future agents, representatives, and successors in interest, and all persons acting by, through, under, or in concert with them

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.
[2] The Debtor's bankruptcy estate is referred to herein as the "*Estate*".

(collectively, the Debtor, the Commercial Committee, the Committee, and the Related Parties are referred to herein as the "*Parties*").

## RECITALS:

**WHEREAS,** on May 1, 2020, the Debtor filed a voluntary petition under Chapter 11 of Title 11, United States Code (the "*Bankruptcy Code*") in the Bankruptcy Court for the Eastern District of Louisiana (the "*Court*");

**WHEREAS**, the Commercial Committee and the Committee believe that the Estate may have claims against the Related Parties, including without limitation any "claim" as such term is defined in Section 105(5) of the Bankruptcy Code, claims under, *inter alia*, Rule 7001 of the Federal Rules of Bankruptcy Procedure, Bankruptcy Code §§105, Chapter 5 of the Bankruptcy Code, and/or claims under State, Federal and common law, including, but not limited to, those under single business enterprise, alter ego/piercing the corporate veil, substantive consolidation, and/or directors and officers liability theories (collectively, the "*Estate Claims*");

**WHEREAS**, the Related Parties may, at the appropriate time, assert defenses disputing that the Estate has any valid Estate Claims against them;

**WHEREAS**, the Commercial Committee and Committee intend to seek standing to pursue the Estate Claims against the Related Parties in the event the Debtor refuses to do so;

**WHEREAS**, the Debtor's time to commence certain of the Estates Claims was set to expire under applicable law, including without limitation §§ 546(a)(1)(A) and 108(a)(2), on May 1, 2022;

**WHEREAS**, the Parties extended the time for the Estate and/or, upon the Court granting derivative standing, either of the Committees to commence the Estates Claims through and

including May 1, 2023 by way of a tolling agreement (the "***Tolling Agreement***") and corresponding order entered by the Court on April 1, 2022[3];

**WHEREAS**, the Parties further extended the time for the Estate and/or, upon the Court granting derivative standing, either of the Committees to commence the Estate Claims through and including May 1, 2024 by way of a first tolling agreement extension (the "***First Tolling Agreement Extension***") and corresponding order entered by the Court on March 15, 2023[4];

**WHEREAS**, the Parties further extended the time for the Estate and/or, upon the Court granting derivative standing, either of the Committees to commence the Estate Claims through and including May 1, 2025 by way of a second tolling agreement extension (the "***Second Tolling Agreement Extension***") and corresponding order entered by the Court on March 1, 2024[5];

**WHEREAS**, the Debtor, the Commercial Committee and the Committee continue efforts to resolve certain issues between them via mediation before the Honorable Gregg W. Zive and John W. Perry, Jr.; and

**WHEREAS**, in an effort to focus resources on said mediation, the Parties agree to extend the time for the Estate and/or, upon the Court granting derivative standing, the Commercial Committee and/or the Committee, to commence the Estate Claims as set forth below.

**IT IS NOW, THEREFORE, STIPULATED AND AGREED** by and between the Parties as follows:

1.      Paragraph 1 of the Tolling Agreement shall be amended and supplemented in its

---

[3] Doc. No. 1406 (the order, *inter alia*, authorized the parties to the Tolling Agreement to enter into the Tolling Agreement and extended "[a]ny and all unexpired, as of the date of the Tolling Agreement, deadlines by which the Debtor/the Estate, and/or, upon the Court's granting derivative standing, [the Committees] must commence the [Estates] Claims] . . . through and including May 1, 2023.").

[4] Doc. No. 2154 (the order, *inter alia*, authorized the parties to the First Tolling Agreement Extension to enter into the First Tolling Agreement Extension and extended the initial tolling period through and including May 1, 2024).

[5] Doc. No. 2883 (the order, *inter alia*, authorized the parties to the Second Tolling Agreement Extension to enter into the Second Tolling Agreement Extension and extended the initial tolling period through and including May 1, 2025).

entirety to read as follows:

*The time to commence the Estates Claims under applicable law, including without limitation §§ 546(a)(1)(A) and 108(a)(2), shall be tolled through and including **May 1, 2026** for the Debtor, and as applicable, the Commercial Committee and the Committee (the "**Tolling Period**").*

2.      Except  as set forth above, the terms of the Tolling Agreement shall remain unmodified.

**IN WITNESS WHEREOF**, the Parties have caused this Third Tolling Agreement Extension to be duly executed and delivered.

**Signatures on the following page**

FOR AND ON BEHALF OF EACH OF THE <u>RELATED PARTIES</u> THAT ARE LISTED ON THE ATTACHED <u>EXHIBIT A</u>, WITH THE EXCEPTION OF SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA

By: _____
Douglas S. Draper

By: _____
Print: Dirk J. Wild,
President and Chief Executive Officer Second Harvest Food Bank
of Greater New Orleans and Acadiana

By: _____
Print:  Patrick Carr

The Roman Catholic Church of the Archdiocese of New Orleans

By: _____
Print:  Jeff Ehlinger

The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church
of the Archdiocese of New Orleans

By: _____
Print: Patricia W Moody

The Official Committee of Unsecured Creditors of The Roman Catholic Church of the
Archdiocese of New Orleans

# EXHIBIT A
# RELATED PARTIES

| | |
|---|---|
| 7887 Walmsley, Inc. | All Saints Roman Catholic Church, New Orleans, Louisiana |
| Annunciation Inn, Inc. | Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana |
| Archdiocesan Spirituality Center | |
| Archdiocese of New Orleans Indemnity, Inc. | Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana |
| Aspiring Scholars | Assumption of Mary Roman Catholic Church, Avondale, Louisiana |
| Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana | Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana f/k/a St. Vincent de Paul Roman Catholic Church |
| Blessed Sacrament, Inc. | Blessed Sacrament - St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana |
| Blessed Trinity Roman Catholic Church, New Orleans, Louisiana | Catholic Charities Archdiocese of New Orleans |
| Catholic Charities Children's Day Care Centers | Catholic Charities Group Homes |
| Catholic Community Foundation Archdiocese of New Orleans | |
| Christ the King Roman Catholic Church, Gretna, Louisiana | Christopher Homes, Inc. |
| Christopher Inn | Clarion Herald Publishing Company |
| Corpus Christi - Epiphany Roman Catholic Church, New Orleans, Louisiana | Divine Mercy Roman Catholic Church, Kenner, Louisiana |
| Dubourg Home | Epiphany, Inc. |
| Good Shepherd Roman Catholic Church, New Orleans, Louisiana | Holy Family Roman Catholic Church, Franklinton, Louisiana |
| Holy Family Roman Catholic Church, Luling, Louisiana | Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana |
| Holy Spirit Roman Catholic Church, New Orleans, Louisiana | Holy Trinity Drive Land Corporation |
| Iberia Investment Fund II, LLC | |
| Immaculate Conception Roman Catholic Church, Marrero, Louisiana | Immaculate Conception Roman Catholic Church, New Orleans, Louisiana |
| Immaculate Heart of Mary, Inc. | Incarnate Word, Inc. |
| Korean Catholic Community of New Orleans, Inc. d/b/a Hanmaum Korean Catholic Church | Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana |
| Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana | Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| Metairie III | Metairie Manor |
| Monsignor Wynhoven Apartments, Inc. | Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana |
| Most Holy Trinity Roman Catholic Church, Covington, Louisiana | Nazareth II |
| Nazareth Inn II | Nazareth Manor |
| New Orleans Archdiocesan Cemeteries | Notre Dame Health System (f/k/a Chateau de Notre Dame d/b/a Notre Dame Hospice, Our Lady of Wisdom Health Care Center, Notre Dame Home Care, Notre Dame Home Health, and Wynhoven Health Care Center) |
| Notre Dame Seminary | Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana |
| Our Lady of Good Counsel, Inc. | Our Lady of Good Harbor, Inc. |
| Our Lady of Grace Roman Catholic Church, Reserve, Louisiana | Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of Lourdes, New Orleans, Louisiana, Inc. | Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana |
| Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana | Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana |
| Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana | Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana |
| Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana | Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana |
| St. John Paul II Roman Catholic Church, Waggaman, Louisiana f/k/a Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana | Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana |
| Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana | Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana |
| Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc. | |
| Our Lady Star of the Sea, Inc. f/k/a Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana | Pace Greater New Orleans |
| Padua House | Philmat, Inc. |
| Project Lazarus | Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| Roman Catholic Center of Jesus the Lord | Rouquette III |
| Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana | Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana |
| School Food and Nutrition Services of New Orleans, Inc. | Second Harvest Food Bank of Greater New Orleans and Acadiana |
| | St. Alphonsus Roman Catholic Church, New Orleans, Louisiana |
| St. Ann, New Orleans, Louisiana, Inc. | St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana |
| St. Agnes Roman Catholic Church, Jefferson, Louisiana | St. Andrew The Apostle Roman Catholic Church, New Orleans, Louisiana |
| St. Angela Merici Roman Catholic Church, Metairie, Louisiana | St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana |
| St. Anselm Roman Catholic Church, Madisonville, Louisiana | St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana |
| St. Anthony of Padua Roman Catholic Church, Luling, Louisiana | St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana |
| St. Anthony Roman Catholic Church, Gretna, Louisiana | St. Anthony's Gardens |
| St. Augustine Roman Catholic Church, New Orleans, Louisiana | St. Benedict Roman Catholic Church, Covington, Louisiana |
| St. Benilde Roman Catholic Church, Metairie, Louisiana | St. Bernard II |
| St. Bernard III | St. Bernard Manor |
| St. Bernard Roman Catholic Church St. Bernard, Louisiana | St. Bonaventure, Inc. f/k/a St. Bonaventure Roman Catholic Church, Avondale, Louisiana |
| St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana | St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana |
| St. Christopher Roman Catholic Church, Metairie, Louisiana | St. Clement of Rome Roman Catholic Church, Metairie, Louisiana |
| St. Cletus Roman Catholic Church, Gretna, Louisiana | St. David Roman Catholic Church, New Orleans, Louisiana |
| St. Dominic's Roman Catholic Church, New Orleans, Louisiana | St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana |
| St. Frances Xavier Cabrini, Inc. | St. Francis de Salles, Inc. |
| St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana | St. Francis Xavier Roman Catholic Church, Metairie, Louisiana |

| | |
|---|---|
| St. Gabriel, Inc. f/k/a St. Gabriel Roman Catholic Church, New Orleans, Louisiana | St. Genevieve Roman Catholic Church, Slidell, Louisiana |
| St. Gertrude, Inc. f/k/a St. Gertrude Roman Catholic Church, Des Allemands, Louisiana | St. Henry's, Inc. |
| St. Hubert, Inc. f/k/a St. Hubert Roman Catholic Church, Garyville, Louisiana | St. James Major, Inc. f/k/a St. James Major Roman Catholic Church, New Orleans, Louisiana |
| St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana | St. Jerome Roman Catholic Church, Kenner, Louisiana |
| St. Joachim Roman Catholic Church, Marrero, Louisiana | St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana |
| St. John Bosco, Inc. f/k/a St. John Bosco Roman Catholic Church, Harvey, Louisiana | St. John of the Cross Roman Catholic Church, Lacombe, Louisiana |
| St. John the Baptist, New Orleans, Louisiana, Inc. | St. John The Baptist Roman Catholic Church, Edgard, Louisiana |
| St. John the Baptist Roman Catholic Church, Folsom, Louisiana | St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana f/k/a St. John the Baptist Roman Catholic Church, Paradis, Louisiana |
| St. Joseph Roman Catholic Church, Algiers, Louisiana | St. Joseph The Worker Roman Catholic Church, Marrero, Louisiana |
| St. Joseph's Roman Catholic Church, Gretna, Louisiana | St. Jude Community Center, Inc. |
| St. Julian Eymard, Inc. | St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana |
| St. Lawrence the Martyr, Inc. | St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana |
| St. Louise de Marillac, Inc. | St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana |
| St. Margaret Mary Roman Catholic Church, Slidell, Louisiana | St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana |

| | |
|---|---|
| St. Mark Roman Catholic Church, Ama, Louisiana | St. Martha Roman Catholic Church, Harvey, Louisiana |
| St. Martin's Manor, Inc. | St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana |
| St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana f/k/a St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana | St. Mary's Roman Catholic Church, New Orleans, Louisiana |
| St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana | St. Maurice, Inc. |
| St. Michael Special School | St. Monica, Inc. |
| St. Patrick's Roman Catholic Church, New Orleans, Louisiana | St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana |
| St. Paul The Apostle Roman Catholic Church, New Orleans, Louisiana | St. Peter Claver Roman Catholic Church, New Orleans, Louisiana |
| St. Peter Roman Catholic Church, Reserve, Louisiana | St. Peter's Roman Catholic Church, Covington, Louisiana |
| St. Philip Neri Roman Catholic Church, Metairie, Louisiana | St. Philip The Apostle, Inc. |
| St. Pius X Roman Catholic Church, New Orleans, Louisiana | St. Raymond and St. Leo The Great Roman Catholic Church, New Orleans, Louisiana |
| St. Raymond's, Inc. | St. Rita Roman Catholic Church, Harahan, Louisiana |
| St. Rita Roman Catholic Church, New Orleans, Louisiana | Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana f/k/a St. Rosalie Roman Catholic Church, Harvey, Louisiana |
| St. Rose of Lima, Inc. | St. Tammany Catholic Cemetery |
| St. Tammany Manor | St. Therese Catholic Academy |
| St. Theresa of Avila, Inc. f/k/a St. Theresa of Avila Roman Catholic Church, New Orleans | St. Theresa of the Child Jesus, Inc. |
| St. Thomas Roman Catholic Church, Pointe a la Hache, Louisiana | Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana |
| The Apartments at Mater Dolorosa | The Congregation of the Annunciation Roman Catholic Church |
| The Congregation of Saints Peter and Paul Roman Catholic Church | The Congregation of St. Cecelia Roman Catholic Church |

| | |
|---|---|
| The Congregation of St. Rita Roman Catholic Church of Harahan | The Congregation of the Holy Trinity Roman Catholic Church |
| The Mental Health Association Development Corporation | The Society for the Propagation of the Faith, Archdiocese of New Orleans |
| The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana | St. Martin de Porres Roman Catholic Church, New Orleans, f/k/a Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana |
| Villa Additions d/b/a St. Teresa's Villa | Villa St. Maurice, Inc. |