**Payments to Insiders**

**Case Name** The Roman Catholic Church of the Archdiocese of New Orleans
**Case Number** 20-10846

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---|---|---|
| SLC | Operating Account | 4085 | 1/5/2025 | 7221 | Cox Communications | Utilities | $ 239.81 | | Yes - Williams |
| SLC | Operating Account | 4069 | 1/29/2025 | 37883 | AT&T Mobility | Telephone - Cell - Earthlink/AT&T | $ 561.25 | | Yes - Williams |
| SLC | Operating Account | 4069 | 1/31/2025 | 1493 | Payroll processing | Payroll | $ 2,770.99 | | Yes - Williams |
| SLC | Operating Account | 4069 | 1/31/2025 | 1493 | Payroll processing | Payroll | $ 775.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 1/31/2025 | 1493 | Payroll processing | Payroll | $ 96.80 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 1/6/2025 | N/A | Crescent Payroll Solutions | To Record 12.16-12.31.24 Lay Payroll Bank Clearing - Wages & Benefits | $ 4,388.13 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/6/2025 | N/A | Crescent Payroll Solutions | To Record 12.16-12.31.24 Lay Payroll Bank Clearing - Taxes | $ 1,828.53 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/6/2025 | N/A | Crescent Payroll Solutions | To Record 12.16-12.31.24 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/6/2025 | N/A | Crescent Payroll Solutions | To Record 12.16-12.31.24 Lay Payroll Bank Clearing - Bentrust | $ 154.14 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/21/2025 | 42829 | ███████████████████████ | AUTOMOBILE EXPENSE | $ 50.26 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 1/21/2025 | N/A | Crescent Payroll Solutions | To Record 1.1-1.15.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,215.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/21/2025 | N/A | Crescent Payroll Solutions | To Record 1.1-1.15.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/21/2025 | N/A | Crescent Payroll Solutions | To Record 1.1-1.15.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/21/2025 | N/A | Crescent Payroll Solutions | To Record 1.1-1.15.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 1/31/2025 | N/A | Crescent Payroll Solutions | 01.31.2025 Clergy Payroll Pay Date 01.31.2025 | $ 1,763.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 1/31/2025 | N/A | Crescent Payroll Solutions | 01.31.2025 Clergy Payroll Pay Date 01.31.2025 | $ 2,385.40 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 1/31/2025 | N/A | Crescent Payroll Solutions | 01.31.2025 Clergy Payroll Tax; Pay Date 01.31.2025 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 1/31/2025 | N/A | Crescent Payroll Solutions | 01.31.2025 Clergy Payroll Tax; Pay Date 01.31.2025 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 1/31/2025 | N/A | Crescent Payroll Solutions | 01.31.2025 Clergy Payroll 401k Remittance; Pay Date 01.31.2025 | $ 105.32 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 1/31/2025 | N/A | Crescent Payroll Solutions | 01.31.2025 Clergy Payroll 401k Remittance; Pay Date 01.31.2025 | $ 97.30 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 1/7/2025 | 116542 | Entergy -(8106) | HOUSEHOLD UTILITIES | $ 2,065.68 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/7/2025 | 116552 | Guillory Sheet Metal Works, Inc. | REPAIRS & MAINTENANCE | $ 700.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/7/2025 | 116579 | PINNACLE ELEVATOR | CONTRACTED SERVICE | $ 1,039.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/7/2025 | 116580 | Ready Power | CONTRACTED SERVICE | $ 445.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/7/2025 | 116622 | Youngs Dry Cleaning | HOUSEHOLD EXPENSES | $ 308.44 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/13/2025 | 56951 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/13/2025 | 56951 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 1,500.29 | | Yes - Wild |
| ANO | Operating | 2118 | 1/13/2025 | 56951 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 1/14/2025 | 116623 | A 1 Services Inc. | REPAIRS & MAINTENANCE | $ 45.36 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/14/2025 | 116647 | Cox Communications | HOUSEHOLD UTILITIES | $ 228.33 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/14/2025 | 116684 | New Orleans Pest Management | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/15/2025 | 56941 | GIROIR'S GROUND MANAGEMENT LLC | CONTRACTED SERVICE | $ 791.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/15/2025 | 56941 | GIROIR'S GROUND MANAGEMENT LLC | CONTRACTED SERVICE | $ 791.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/15/2025 | 56941 | GIROIR'S GROUND MANAGEMENT LLC | CONTRACTED SERVICE | $ 791.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/16/2025 | 116746 | Guillory Sheet Metal Works, Inc. | REPAIRS & MAINTENANCE | $ 680.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/28/2025 | 116768 | Allfax Specialties, Inc. | XEROX COPIES | $ 9.55 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/28/2025 | 116815 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/28/2025 | 116849 | Youngs Dry Cleaning | HOUSEHOLD EXPENSES | $ 308.44 | | Yes - Aymond |
| ANO | Operating | 2118 | 1/30/2025 | 116852 | Anny's Cleaning Services | CONTRACTED SERVICE | $ 860.00 | | Yes - Aymond |
| | | | | | | | $ 36,329.79 | | |