**BankPLUS**
It's more than a name. It's a promise.®
Member FDIC.

## ***CHECKING***

DEBTOR IN POSSESSION ███████████ (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|-------:|
| 1/15 | Archbishop Chapelle Hi<br>AC- Lightspeed, 7000<br>Lightspeed | 462.01 |
| 1/15 | THE ROMAN CATHOLIC CHU<br>AC- MERCHANT SERVICE<br>MERCH DEP | 6,448.00 |
| 1/16 | ARCHBISHOP CHAPELLE<br>AC- FACTS<br>Remit    2 | 64.00 |
| 1/16 | Archbishop Chapelle Hi<br>AC- Lightspeed, 7000<br>Lightspeed | 321.90 |
| 1/16 | THE ROMAN CATHOLIC CHU<br>AC- BANKCARD<br>SETTLEMENT | 338.00 |
| 1/16 | ARCHBISHOP CHAPELLE<br>Deposit/Credit | 150,000.00 |
| 1/17 | AC- Lightspeed, 7000<br>Lightspeed | 13.43 |
| 1/17 | THE ROMAN CATHOLIC CHU<br>AC- Huddle Tickets<br>EDI PYMNTS<br>LA19964 | 1,088.00 |
| 1/17 | AC- BANKCARD<br>SETTLEMENT | 1,872.00 |
| 1/17 | ARCHBISHOP CHAPELLE<br>Deposit/Credit | 225.00 |
| 1/17 | Deposit/Credit | 300.00 |
| 1/17 | Deposit/Credit | 1,125.00 |
| 1/17 | Deposit/Credit | 2,450.00 |
| 1/17 | Deposit/Credit | 150,000.00 |
| 1/21 | AC- Lightspeed, 7000<br>Lightspeed | 115.71 |
| 1/22 | THE ROMAN CATHOLIC CHU<br>AC- FACTS<br>Remit    2 | 32.00 |
| 1/22 | Archbishop Chapelle Hi<br>AC- SAWYER<br>SAWYERTOOL | 67.36 |
| 1/22 | ARCHBISHOP CHAPELLE HI<br>AC- MerchPayout SV9T<br>8662240369 | 1,482.76 |
| 1/23 | Archbishop Chapelle Hi<br>AC- SAWYER<br>SAWYERTOOL | 158.69 |
| 1/24 | ARCHBISHOP CHAPELLE HI<br>AC- SAWYER<br>SAWYERTOOL | 86.78 |
| 1/24 | ARCHBISHOP CHAPELLE HI<br>AC- Huddle Tickets<br>EDI PYMNTS | 336.00 |

**BankPLUS**
It's more than a name. It's a promise.™
Member FDIC.

---

## ***CHECKING***

DEBTOR IN POSSESSION                    ████████████    (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|-------:|
| | LA19964 | |
| 1/27 | AC- SAWYER | 43.39 |
| | SAWYERTOOL | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/28 | AC- SAWYER | 23.97 |
| | SAWYERTOOL | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/28 | AC- FACTS | 32.00 |
| | Remit   2 | |
| | Archbishop Chapelle Hi | |
| 1/28 | AC- Lightspeed, 7000 | 108.21 |
| | Lightspeed | |
| | THE ROMAN CATHOLIC CHU | |
| 1/28 | AC- MerchPayout SV9T | 389.81 |
| | 8662240369 | |
| | Archbishop Chapelle Hi | |
| 1/29 | AC- Lightspeed, 7000 | 215.40 |
| | Lightspeed | |
| | THE ROMAN CATHOLIC CHU | |
| 1/29 | AC- SAWYER | 409.02 |
| | SAWYERTOOL | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/29 | Deposit/Credit | 30.00 |
| 1/29 | Deposit/Credit | 1,338.00 |
| 1/29 | Deposit/Credit | 2,275.00 |
| 1/29 | Deposit/Credit | 3,000.00 |
| 1/29 | Deposit/Credit | 5,000.00 |
| 1/29 | Deposit/Credit | 150,000.00 |
| 1/30 | AC- SAWYER | 115.61 |
| | SAWYERTOOL | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/30 | AC- Lightspeed, 7000 | 160.24 |
| | Lightspeed | |
| | THE ROMAN CATHOLIC CHU | |
| 1/30 | Deposit/Credit | 2,250.00 |
| 1/31 | AC- Lightspeed, 7000 | 24.24 |
| | Lightspeed | |
| | THE ROMAN CATHOLIC CHU | |
| 1/31 | AC- SAWYER | 230.91 |
| | SAWYERTOOL | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/31 | AC- GREATER N.O.FDN | 5,000.00 |
| | CORP PAY | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/31 | Interest Deposit | 12.55 |

---

**Checks and Withdrawals**

| Date | Description | Amount |
|------|-------------|-------:|

**BankPLUS**
It's more than a name. It's a promise.
Member FDIC

| ***CHECKING*** |
|---|

DEBTOR IN POSSESSION ██████████████ (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 1/02 | AC- FACTS Remit   2 Archbishop Chapelle Hi | 22.00- |
| 1/02 | AC- MERCHANT SERVICE MERCH FEE ARCHBISHOP CHAPELLE | 215.06- |
| 1/02 | AC- BANKCARD MTHLY FEES ARCHBISHOP CHAPELLE | 229.10- |
| 1/03 | AC- FACTS Remit   2 Archbishop Chapelle Hi | 22.00- |
| 1/03 | AC- ENTERGY LOUISIAN BANK DRAFT ARCHBISHOP CHAPELLE HI | 51.58- |
| 1/03 | AC- ENTERGY LOUISIAN BANK DRAFT ARCHBISHOP CHAPELLE HI | 1,091.84- |
| 1/03 | AC- ENTERGY LOUISIAN BANK DRAFT ARCHBISHOP CHAPELLE HI | 1,328.78- |
| 1/03 | AC- ENTERGY LOUISIAN BANK DRAFT ARCHBISHOP CHAPELLE HI | 2,171.17- |
| 1/03 | AC- ENTERGY LOUISIAN BANK DRAFT ARCHBISHOP CHAPELLE HI | 3,193.12- |
| 1/03 | AC- ENTERGY LOUISIAN BANK DRAFT ARCHBISHOP CHAPELLE HI | 8,763.82- |
| 1/07 | AC- BANKPLUS AUTO PAY | 6,882.22- |
| 1/07 | AC- BANKPLUS ██████████ AUTO PAY | 12,160.57- |
| 1/07 | Account Analysis Charge | 25.00- |
| 1/09 | AC- FACTS Remit   2 Archbishop Chapelle Hi | 44.00- |
| 1/09 | AC- ATMOS ENERGY RCR UTIL PYMT ARCH  CHAPELLE HI SCH | 2,266.01- |
| 1/13 | AC- Arthur J Gallagh ePay AN107 - Archbishop Cha | 2,924.26- |
| 1/13 | AC- Arthur J Gallagh ePay AN107 - Archbishop Cha | 49,591.53- |
| 1/14 | AC- FACTS Remit   2 | 22.00- |

**\*\*\*CHECKING\*\*\***

DEBTOR IN POSSESSION          ███████████   (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|------|-------------|--------|
| | Archbishop Chapelle Hi | |
| 1/15 | AC- FACTS | 44.00- |
| | Remit  2 | |
| | Archbishop Chapelle Hi | |
| 1/16 | AC- FACTS | 44.00- |
| | Remit  2 | |
| | Archbishop Chapelle Hi | |
| 1/17 | AC- PITNEY BOWES | 500.00- |
| | POSTEDGE | |
| | Archbishop Chapelle Hi | |
| 1/22 | AC- FACTS | 22.00- |
| | Remit  2 | |
| | Archbishop Chapelle Hi | |
| 1/23 | AC- PARISH OF JEFFER | 210.98- |
| | PAYSTAR | |
| | ROMAN CATHOLIC CHURCH | |
| 1/23 | AC- PARISH OF JEFFER | 847.31- |
| | PAYSTAR | |
| | ARCH CHAPELLE H S | |
| 1/27 | AC- PARISH OF JEFFER | 94.02- |
| | PAYSTAR | |
| | ARCH CHAPELLE H S | |
| 1/28 | AC- FACTS | 22.00- |
| | Remit  2 | |
| | Archbishop Chapelle Hi | |
| 1/30 | AC- ARCHBISHOP CHAPE | 559.82- |
| | Payroll | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/30 | AC- ARCHBISHOP CHAPE | 45,494.30- |
| | Payroll | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/30 | AC- ARCHBISHOP CHAPE | 78,981.86- |
| | Payroll | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/30 | AC- ARCHBISHOP CHAPE | 231,379.01- |
| | Payroll | |
| | ARCHBISHOP CHAPELLE HI | |
| 1/31 | AC- FACTS | 11.00- |
| | Remit  2 | |
| | Archbishop Chapelle Hi | |

**Check Transactions**

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 1/02 | 307060 | 190.17 | 1/21 | 307170* | 8,912.50 |
| 1/21 | 307134* | 7,371.00 | 1/09 | 307171 | 4,400.00 |
| 1/14 | 307138* | 1,000.00 | 1/03 | 307178* | 76.55 |
| 1/14 | 307159* | 126.00 | 1/17 | 307188* | 792.00 |
| 1/02 | 307163* | 4,056.00 | 1/14 | 307197* | 1,224.12 |

\* Denotes missing check numbers

**BankPLUS**
It's more than a name. It's a promise.®

```
                              ***CHECKING***

DEBTOR IN POSSESSION          ██████████████   (Continued)

Check Transactions
```

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 1/08 | 307199* | 177.98 | 1/15 | 307258* | 1,196.00 |
| 1/02 | 307200 | 2,686.32 | 1/15 | 307259 | 4,000.00 |
| 1/08 | 307201 | 2,025.00 | 1/13 | 307260 | 9,748.00 |
| 1/09 | 307206* | 175.00 | 1/21 | 307261 | 302.64 |
| 1/10 | 307207 | 956.07 | 1/21 | 307262 | 763.77 |
| 1/21 | 307209* | 198.00 | 1/16 | 307264* | 517.57 |
| 1/02 | 307210 | 109.20 | 1/14 | 307265 | 8.90 |
| 1/09 | 307212* | 450.00 | 1/28 | 307266 | 823.13 |
| 1/02 | 307217* | 65.23 | 1/22 | 307267 | 40.95 |
| 1/07 | 307221* | 91.73 | 1/22 | 307268 | 40.95 |
| 1/15 | 307226* | 1,967.01 | 1/22 | 307269 | 81.90 |
| 1/07 | 307229* | 229.32 | 1/28 | 307270 | 266.50 |
| 1/13 | 307230 | 87.36 | 1/24 | 307271 | 3,253.98 |
| 1/24 | 307231 | 79.94 | 1/27 | 307276* | 1,080.47 |
| 1/17 | 307232 | 1,113.88 | 1/24 | 307279* | 80.00 |
| 1/17 | 307233 | 1,413.86 | 1/23 | 307282* | 29.02 |
| 1/17 | 307234 | 1,500.00 | 1/27 | 307283 | 1,124.94 |
| 1/21 | 307235 | 404.90 | 1/27 | 307284 | 24,946.75 |
| 1/16 | 307236 | 126.19 | 1/29 | 307285 | 928.20 |
| 1/17 | 307237 | 3,250.00 | 1/17 | 307286 | 1,740.00 |
| 1/27 | 307238 | 568.79 | 1/28 | 307287 | 460.99 |
| 1/21 | 307239 | 6,672.00 | 1/27 | 307288 | 258.00 |
| 1/29 | 307240 | 290.00 | 1/30 | 307289 | 160.00 |
| 1/22 | 307241 | 103.74 | 1/27 | 307290 | 712.35 |
| 1/14 | 307242 | 4,395.00 | 1/28 | 307292* | 499.01 |
| 1/28 | 307243 | 642.80 | 1/21 | 307294* | 408.38 |
| 1/16 | 307244 | 235.23 | 1/22 | 307295 | 180.30 |
| 1/16 | 307245 | 117.00 | 1/17 | 307296 | 21,034.00 |
| 1/17 | 307247* | 251.16 | 1/31 | 307297 | 1,110.48 |
| 1/15 | 307249* | 12,835.60 | 1/29 | 307302* | 2,400.00 |
| 1/15 | 307250 | 121.92 | 1/29 | 307309* | 8,850.00 |
| 1/15 | 307251 | 707.58 | 1/31 | 307319* | 429.12 |
| 1/13 | 307252 | 81.11 | 1/15 | 357248* | 1,088.44 |
| 1/21 | 307253 | 227.14 | | | |

```
* Denotes missing check numbers
```

**Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 189,601.08 | 1/13 | 252,587.25 | 1/24 | 481,160.24 |
| 1/02 | 186,352.69 | 1/14 | 248,936.44 | 1/27 | 452,418.31 |
| 1/03 | 169,685.83 | 1/15 | 233,949.90 | 1/28 | 450,257.87 |
| 1/06 | 176,016.83 | 1/16 | 383,633.81 | 1/29 | 600,057.09 |
| 1/07 | 168,957.75 | 1/17 | 509,112.34 | 1/30 | 246,007.95 |
| 1/08 | 166,933.30 | 1/21 | 483,967.72 | 1/31 | 249,725.05 |
| 1/09 | 162,849.59 | 1/22 | 485,080.00 | | |
| 1/10 | 312,532.66 | 1/23 | 484,151.38 | | |

Archbishop Chapelle High School

**1190.04 CASH -NEXT YEAR-2025-26, Period Ending 01/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 02/04/2025

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                    USD

Statement beginning balance ................................................................................................................ 0.02
Checks and payments cleared (0) ......................................................................................................... 0.00
Deposits and other credits cleared (0) .................................................................................................. 0.00
Statement ending balance ...................................................................................................................... 0.02

Register balance as of 01/31/2025 ........................................................................................................ 0.02
Cleared transactions after 01/31/2025 .................................................................................................. 0.00
Uncleared transactions after 01/31/2025 .............................................................................................. 140,308.00
Register balance as of 02/04/2025 ........................................................................................................ 140,308.02

**Additional Information**

Uncleared deposits and other credits after 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/10/2025 | Deposit | | | 140,308.00 |
| Total | | | | 140,308.00 |

# BankPlus
It's more than a name. It's a promise.
Member FDIC

385A Highland Colony Pkwy
Ridgeland, MS 39157

## STATEMENT OF ACCOUNT

| ACCOUNT NO | STATEMENT ENDING | PAGE |
|---|---|---|
| ▉▉▉▉▉ | 01/31/2025 | Page 1 |

ARCHBISHOP CHAPELLE HIGH
DEBTOR IN POSSESSION
BANKRUPTCY CASE NO 20-10846
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003-5235

### ***CHECKING***

```
    Please note that multiple NSF fees per transaction may be incurred if the
    transaction is presented multiple times and you have insufficient funds in the
    account.

DEBTOR IN POSSESSION                    Images                         0
Account Number          ▉▉▉▉▉          Statement Dates   1/01/25 thru  2/02/25
Previous Balance                 .02   Days in this statement period:      33
      Deposits/Credits          .00
      Checks/Debits             .00
Cycle Service Charge            .00
Interest Paid                   .00
Current Balance                 .02
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.00 |
| Return item fees | $.00 | $.00 |

**Balance By Date**

| **Date** | **Balance** |
|---|---|
| 1/01 | .02 |





### Archbishop Chapelle High School

**1111 CASH - GULF COAST - OPERATING ACCT, Period Ending 01/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 02/05/2025

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 409,888.87 |
| Checks and payments cleared (30) | -606,784.07 |
| Deposits and other credits cleared (110) | 551,200.95 |
| Statement ending balance | 354,305.75 |
| | |
| Uncleared transactions as of 01/31/2025 | 746.38 |
| Register balance as of 01/31/2025 | 355,052.13 |
| Cleared transactions after 01/31/2025 | 0.00 |
| Uncleared transactions after 01/31/2025 | 58,381.27 |
| Register balance as of 02/05/2025 | 413,433.40 |

**Details**

Checks and payments cleared (30)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 01/03/2025 | Expense | ACH-BANK FEES | GULF COAST BANK | -506.92 |
| 01/09/2025 | Expense | PETTY CASH - HSPT | PETTY CASH | -1,100.00 |
| 01/09/2025 | Expense | PETTY CASH - REFEREES | PETTY CASH REFEREES | -821.00 |
| 01/09/2025 | Bill Payment | 20066 | ARCHBISHOP CHAPELLE HI... | -150,000.00 |
| 01/09/2025 | Expense | PETTY CASH-HSPT PREP | PETTY CASH | -1,200.00 |
| 01/09/2025 | Expense | PETTY CASH - CHEER | PETTY CASH | -300.00 |
| 01/15/2025 | Journal | #25-01-033 | | -15.00 |
| 01/16/2025 | Expense | PETTY CASH - HI-STEPP | PETTY CASH | -500.00 |
| 01/16/2025 | Expense | Referees | PETTY CASH REFEREES | -437.00 |
| 01/16/2025 | Bill Payment | 20068 | ARCHBISHOP CHAPELLE HI... | -150,000.00 |
| 01/16/2025 | Bill Payment | 20067 | ARCHBISHOP CHAPELLE HI... | -150,000.00 |
| 01/16/2025 | Expense | | PETTY CASH | -750.00 |
| 01/16/2025 | Journal | #25-01-032 | | -15.00 |
| 01/16/2025 | Journal | #25-01-031 | | -15.00 |
| 01/16/2025 | Expense | PETTY - RET. STIPENDS | PETTY CASH | -70.00 |
| 01/17/2025 | Expense | | DEBIT CARD/FRENCH PRESS | -30.08 |
| 01/21/2025 | Expense | | DEBIT CARD/FRENCH PRESS | -8.68 |
| 01/22/2025 | Journal | #25-01-036 | | -15.00 |
| 01/22/2025 | Journal | #25-01-036 | | -15.00 |
| 01/27/2025 | Bill Payment | 20069 | ARCHBISHOP CHAPELLE HI... | -150,000.00 |
| 01/28/2025 | Expense | | DEBIT CARD/███████ | -140.89 |
| 01/29/2025 | Journal | #25-01-026 | | -130.00 |
| 01/29/2025 | Journal | #25-01-026 | | -15.00 |
| 01/29/2025 | Journal | #25-01-026 | | -15.00 |
| 01/29/2025 | Journal | #25-01-026 | | -30.00 |
| 01/29/2025 | Journal | #25-01-026 | | -65.00 |
| 01/29/2025 | Journal | #25-01-025 | | -15.00 |
| 01/29/2025 | Journal | #25-01-026 | | -15.00 |
| 01/29/2025 | Journal | #25-01-026 | | -85.00 |
| 01/30/2025 | Expense | PETTY CASH BOX | PETTY CASH | -494.50 |

**Total** -606,784.07

Deposits and other credits cleared (110)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 01/02/2025 | Deposit | | | 1,352.00 |
| 01/02/2025 | Transfer | | ███████ | 3,095.70 |
| 01/06/2025 | Deposit | | | 200.00 |

2/5/25, 11:25 AM

Case 20-10846 Doc 3775-9 Filed 02/25/25 Entered 02/25/25 13:03:38 8 - All Bank
Statements and Reconciliations - PART 2 Page 9 of 16

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 01/06/2025 | Deposit | | | 239.00 |
| 01/06/2025 | Transfer | | | 102,673.01 |
| 01/06/2025 | Deposit | | | 267.47 |
| 01/07/2025 | Deposit | | | 118.45 |
| 01/07/2025 | Deposit | | | 1,630.00 |
| 01/07/2025 | Deposit | | | 605.75 |
| 01/07/2025 | Deposit | | | 120.00 |
| 01/07/2025 | Deposit | | | 1,100.00 |
| 01/07/2025 | Deposit | | | 850.00 |
| 01/07/2025 | Deposit | | | 730.00 |
| 01/07/2025 | Deposit | | | 900.00 |
| 01/07/2025 | Deposit | | | 60.00 |
| 01/07/2025 | Deposit | | | 30.00 |
| 01/07/2025 | Deposit | | | 148.63 |
| 01/07/2025 | Deposit | | | 210.00 |
| 01/08/2025 | Deposit | | | 76.47 |
| 01/08/2025 | Deposit | | | 1,300.00 |
| 01/08/2025 | Deposit | | | 282.00 |
| 01/08/2025 | Deposit | | | 100.00 |
| 01/08/2025 | Deposit | | | 20.00 |
| 01/08/2025 | Deposit | | | 20.00 |
| 01/09/2025 | Deposit | | | 6,000.00 |
| 01/09/2025 | Deposit | | | 1,250.00 |
| 01/09/2025 | Deposit | | ARETE | 3,675.00 |
| 01/09/2025 | Deposit | | ACE | 3,300.00 |
| 01/09/2025 | Deposit | | | 110.76 |
| 01/09/2025 | Deposit | | | 7,863.00 |
| 01/09/2025 | Deposit | | | 900.00 |
| 01/09/2025 | Deposit | | | 1,000.00 |
| 01/09/2025 | Deposit | | | 650.00 |
| 01/09/2025 | Deposit | | | 247.25 |
| 01/09/2025 | Deposit | | | 10,000.00 |
| 01/09/2025 | Deposit | | | 33,000.00 |
| 01/09/2025 | Deposit | | | 472.58 |
| 01/10/2025 | Deposit | | | 897.39 |
| 01/10/2025 | Deposit | | | 355.45 |
| 01/10/2025 | Deposit | | | 780.00 |
| 01/11/2025 | Deposit | | | 324.15 |
| 01/11/2025 | Deposit | | | 355.35 |
| 01/12/2025 | Deposit | | | 571.65 |
| 01/13/2025 | Deposit | | | 400.00 |
| 01/13/2025 | Transfer | | | 6,159.61 |
| 01/13/2025 | Deposit | | | 1,236.00 |
| 01/13/2025 | Deposit | | | 1,251.45 |
| 01/14/2025 | Deposit | | | 958.00 |
| 01/14/2025 | Deposit | | | 1,440.00 |
| 01/14/2025 | Deposit | | | 1,629.00 |
| 01/14/2025 | Deposit | | | 57.66 |
| 01/14/2025 | Deposit | | | 1,184.68 |
| 01/14/2025 | Deposit | | | 300.00 |
| 01/14/2025 | Deposit | | | 30.00 |
| 01/14/2025 | Deposit | | | 1,040.00 |
| 01/15/2025 | Deposit | | | 80.00 |
| 01/15/2025 | Deposit | | | 10.00 |
| 01/15/2025 | Deposit | | | 6.00 |
| 01/15/2025 | Deposit | | | 50.00 |
| 01/15/2025 | Deposit | | | 5,050.00 |
| 01/15/2025 | Deposit | | | 915.17 |
| 01/15/2025 | Deposit | | | 448.05 |
| 01/16/2025 | Deposit | | | 8,226.00 |
| 01/16/2025 | Deposit | | | 600.00 |
| 01/16/2025 | Deposit | | | 1,400.00 |
| 01/16/2025 | Deposit | | | 3,000.00 |
| 01/16/2025 | Deposit | | | 765.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/16/2025 | Deposit | | | 731.30 |
| 01/16/2025 | Deposit | | | 4,604.76 |
| 01/16/2025 | Deposit | | | 1,211.70 |
| 01/17/2025 | Deposit | | | 159.61 |
| 01/17/2025 | Deposit | | | 3,178.85 |
| 01/17/2025 | Deposit | | | 860.05 |
| 01/18/2025 | Deposit | | | 545.90 |
| 01/19/2025 | Deposit | | | 61.80 |
| 01/20/2025 | Deposit | | | 345.05 |
| 01/21/2025 | Deposit | | | 65.73 |
| 01/21/2025 | Deposit | | | 2,777.28 |
| 01/21/2025 | Deposit | | | 77.25 |
| 01/21/2025 | Transfer | | | 260,499.31 |
| 01/22/2025 | Deposit | | | 1,604.02 |
| 01/22/2025 | Deposit | | | 360.50 |
| 01/23/2025 | Deposit | | | 824.00 |
| 01/23/2025 | Deposit | | | 1,075.00 |
| 01/24/2025 | Deposit | | | 128.75 |
| 01/24/2025 | Deposit | | | 1,194.69 |
| 01/25/2025 | Deposit | | | 128.75 |
| 01/26/2025 | Deposit | | | 360.50 |
| 01/27/2025 | Deposit | | | 246.41 |
| 01/27/2025 | Deposit | | | 2,077.06 |
| 01/28/2025 | Deposit | | | 906.40 |
| 01/28/2025 | Deposit | | | 350.00 |
| 01/29/2025 | Deposit | | | 2,316.00 |
| 01/29/2025 | Deposit | | | 47.95 |
| 01/29/2025 | Deposit | | | 1,138.15 |
| 01/30/2025 | Deposit | | | 10.00 |
| 01/30/2025 | Deposit | | | 52.44 |
| 01/30/2025 | Deposit | | | 10.00 |
| 01/30/2025 | Deposit | | | 435.00 |
| 01/30/2025 | Deposit | | | 90.00 |
| 01/30/2025 | Deposit | | | 97.00 |
| 01/30/2025 | Deposit | | | 770.00 |
| 01/30/2025 | Deposit | | | 5,600.00 |
| 01/31/2025 | Deposit | | | 6,300.00 |
| 01/31/2025 | Deposit | | | 300.00 |
| 01/31/2025 | Deposit | | | 13,300.00 |
| 01/31/2025 | Deposit | | ███████ | 11,300.00 |
| 01/31/2025 | Journal | #25-01-027 | | 191.23 |
| 01/31/2025 | Deposit | | | 400.00 |
| 01/31/2025 | Deposit | | | 350.35 |

Total                                                                   551,200.95

**Additional Information**

Uncleared deposits and other credits as of 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/28/2025 | Deposit | | | 77.38 |
| 01/31/2025 | Deposit | | | 669.00 |

Total                                                                       746.38

Uncleared deposits and other credits after 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2025 | Deposit | | ███████ | 12,000.00 |
| 02/03/2025 | Deposit | | | 411.50 |
| 02/03/2025 | Deposit | | | 12,000.00 |
| 02/03/2025 | Deposit | | | 11,900.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/03/2025 | Transfer | | | 15,702.94 |
| 02/03/2025 | Deposit | | | 1,400.00 |
| 02/03/2025 | Deposit | | | 1,400.00 |
| 02/03/2025 | Deposit | | | 83.20 |
| 02/03/2025 | Deposit | | | 114.10 |
| 02/03/2025 | Deposit | | | 1,072.43 |
| 02/03/2025 | Transfer | | | 2,297.10 |

| Total | | | | 58,381.27 |

# GULF COAST BANK
## & Trust Company



1801 E Judge Perez Dr • Chalmette, LA 70043

**RETURN SERVICE REQUESTED**

THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS OWNER &
OPERATOR OF ARCHBISHOP CHAPELLE HS
DEBTOR IN POSS CASE# 20-10846
8800 VETERANS MEMORIAL BLVD
METAIRIE LA 70003-5235

*Statement Ending 01/31/2025*

THE ROMAN CATHOLIC CHURCH                                      **Page 1 of 8**

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Main Office |
| ⓘ | Physical Address | 200 St Charles Ave<br>New Orleans, LA 70130 |
| 👤 | Phone | 504-561-6100 |
| 💻 | Website | WWW.GULFBANK.COM |

### IMPORTANT INFORMATION REGARDING DIGITAL BANKING ACCOUNT AND TRANSACTION ALERTS

We are pleased to announce that beginning March 3, 2025, Digital Banking customers will be able to setup Real Time account and transaction alerts.

ACTION MAY BE REQUIRED: On March 3, 2025, the current Account and Transaction Alert service will be discontinued. In order to continue to receive account and transaction alerts that are currently setup in Digital Banking, customers will need to set their desired alerts up in the new Real Time alert service. There will be no impact to Security and Online Transaction Alerts.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| TUITION MANAGEMENT CHECKING | | $354,305.75 |

## TUITION MANAGEMENT CHECKING
## OPERATING ACCOUNT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2025 | **Beginning Balance** | **$409,888.87** |
| | 124 Credit(s) This Period | $551,205.95 |
| | 25 Debit(s) This Period | $606,789.07 |
| 01/31/2025 | **Ending Balance** | **$354,305.75** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 01/01/2025 Through 01/31/2025 | |
| Annual Percentage Yield Earned | 0.50% |
| Interest Days | 31 |
| Interest Earned | $191.23 |
| Interest Paid This Period | $191.23 |
| Interest Paid Year-to-Date | $191.23 |
| Minimum Balance | $322,172.76 |
| Average Ledger Balance | $450,307.91 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **01/01/2025** | **Beginning Balance** | | | **$409,888.87** |
| 01/02/2025 | INTEREST FROM TUITION FUNDED ACCOUNT | | $3,095.70 | $412,984.57 |
| 01/02/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $195.70 | $413,180.27 |
| 01/02/2025 | Gulf Coast Bank Tuition Addl Purchase | | $254.50 | $413,434.77 |
| 01/02/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $370.80 | $413,805.57 |



THE ROMAN CATHOLIC CHURCH OF THE ████████          Statement Ending 01/31/2025          Page 2 of 8

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR STATEMENT

WITHDRAWALS OUTSTANDING -
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL | $ |  |

**BEFORE YOU START-**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Automatic credit transfers.
2. Credit memos.
3. Other automatic deposits.
4. Interest paid

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic debit transfers.
2. Debit memos.
3. Other automatic deductions and payments.
4. Service charges.

BALANCE SHOWN
ON THIS STATEMENT          $ _____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
*(IF ANY)*          $ _____

_____

_____

**TOTAL**          $ _____

**SUBTRACT –**

WITHDRAWALS
OUTSTANDING          $ _____

**BALANCE**          $ _____

SHOULD AGREE WITH YOUR REGISTER
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.
**THIS ERROR RESOLUTION APPLIES TO CONSUMER ACCOUNTS AS DEFINED IN REGULATION E**
**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must here from you no later than 60 days after we sent the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

THE ROMAN CATHOLIC CHURCH OF THE ▮▮▮▮▮▮▮   Statement Ending 01/31/2025   Page 3 of 8

## TUITION MANAGEMENT CHECKING - ▮▮▮▮▮▮▮ (continued)
## OPERATING ACCOUNT

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/02/2025 | Gulf Coast Bank Tuition Addl Purchase | | $531.00 | $414,336.57 |
| 01/03/2025 | MERCHANT BANKCD DISCOUNT 100227109889 | $506.92 | | $413,829.65 |
| 01/06/2025 | Gulf Coast Bank Tuition Addl Purchase | | $200.00 | $414,029.65 |
| 01/06/2025 | Tuition Disbursement | | $102,673.01 | $516,702.66 |
| 01/07/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $118.45 | $516,821.11 |
| 01/07/2025 | Gulf Coast Bank Tuition Addl Purchase | | $210.00 | $517,031.11 |
| 01/08/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,300.00 | $518,331.11 |
| 01/09/2025 | DEPOSIT | | $20.00 | $518,351.11 |
| 01/09/2025 | DEPOSIT | | $20.00 | $518,371.11 |
| 01/09/2025 | DEPOSIT | | $30.00 | $518,401.11 |
| 01/09/2025 | DEPOSIT | | $60.00 | $518,461.11 |
| 01/09/2025 | DEPOSIT | | $100.00 | $518,561.11 |
| 01/09/2025 | DEPOSIT | | $120.00 | $518,681.11 |
| 01/09/2025 | DEPOSIT | | $239.00 | $518,920.11 |
| 01/09/2025 | DEPOSIT | | $282.00 | $519,202.11 |
| 01/09/2025 | DEPOSIT | | $472.58 | $519,674.69 |
| 01/09/2025 | DEPOSIT | | $605.75 | $520,280.44 |
| 01/09/2025 | DEPOSIT | | $650.00 | $520,930.44 |
| 01/09/2025 | DEPOSIT | | $730.00 | $521,660.44 |
| 01/09/2025 | DEPOSIT | | $850.00 | $522,510.44 |
| 01/09/2025 | DEPOSIT | | $900.00 | $523,410.44 |
| 01/09/2025 | DEPOSIT | | $900.00 | $524,310.44 |
| 01/09/2025 | DEPOSIT | | $1,000.00 | $525,310.44 |
| 01/09/2025 | DEPOSIT | | $1,100.00 | $526,410.44 |
| 01/09/2025 | DEPOSIT | | $1,250.00 | $527,660.44 |
| 01/09/2025 | DEPOSIT | | $1,630.00 | $529,290.44 |
| 01/09/2025 | DEPOSIT | | $3,300.00 | $532,590.44 |
| 01/09/2025 | DEPOSIT | | $3,675.00 | $536,265.44 |
| 01/09/2025 | DEPOSIT | | $6,000.00 | $542,265.44 |
| 01/09/2025 | DEPOSIT | | $7,863.00 | $550,128.44 |
| 01/09/2025 | DEPOSIT | | $10,000.00 | $560,128.44 |
| 01/09/2025 | DEPOSIT | | $33,000.00 | $593,128.44 |
| 01/09/2025 | Gulf Coast Bank Tuition Addl Purchase | | $247.25 | $593,375.69 |
| 01/09/2025 | MISCELLANEOUS DEBIT | $3,421.00 | | $589,954.69 |
| 01/10/2025 | Gulf Coast Bank Tuition Addl Purchase | | $200.00 | $590,154.69 |
| 01/10/2025 | STRIPE TRANSFER ST-O0J8H1T0D3K6 | | $267.47 | $590,422.16 |
| 01/10/2025 | Gulf Coast Bank Tuition Addl Purchase | | $580.00 | $591,002.16 |
| 01/13/2025 | STRIPE TRANSFER ST-M9R3H7J3I7D0 | | $148.63 | $591,150.79 |
| 01/13/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $355.35 | $591,506.14 |
| 01/13/2025 | Gulf Coast Bank Tuition Addl Purchase | | $400.00 | $591,906.14 |
| 01/13/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $897.39 | $592,803.53 |
| 01/13/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $1,236.00 | $594,039.53 |
| 01/13/2025 | Tuition Disbursement | | $6,159.61 | $600,199.14 |
| 01/13/2025 | CHECK # 20066 | $150,000.00 | | $450,199.14 |
| 01/14/2025 | STRIPE TRANSFER ST-W6V6K8P8X0K3 | | $76.47 | $450,275.61 |
| 01/14/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $571.65 | $450,847.26 |

THE ROMAN CATHOLIC CHURCH OF THE █████████     Statement Ending 01/31/2025     Page 4 of 8

# TUITION MANAGEMENT CHECKING - ██████████ (continued)
# OPERATING ACCOUNT

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/14/2025 | Gulf Coast Bank Tuition Addl Purchase | | $585.00 | $451,432.26 |
| 01/14/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,044.00 | $452,476.26 |
| 01/15/2025 | STRIPE TRANSFER ST-F6P4V5T9M9X9 | | $110.76 | $452,587.02 |
| 01/15/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $1,251.45 | $453,838.47 |
| 01/15/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,410.00 | $455,248.47 |
| 01/15/2025 | Gulf Coast Bank Tuition Addl Purchase | | $3,640.00 | $458,888.47 |
| 01/16/2025 | DEPOSIT | | $6.00 | $458,894.47 |
| 01/16/2025 | DEPOSIT | | $10.00 | $458,904.47 |
| 01/16/2025 | DEPOSIT | | $30.00 | $458,934.47 |
| 01/16/2025 | DEPOSIT | | $50.00 | $458,984.47 |
| 01/16/2025 | DEPOSIT | | $80.00 | $459,064.47 |
| 01/16/2025 | DEPOSIT | | $300.00 | $459,364.47 |
| 01/16/2025 | DEPOSIT | | $600.00 | $459,964.47 |
| 01/16/2025 | DEPOSIT | | $765.50 | $460,729.97 |
| 01/16/2025 | DEPOSIT | | $953.00 | $461,682.97 |
| 01/16/2025 | DEPOSIT | | $1,045.00 | $462,727.97 |
| 01/16/2025 | DEPOSIT | | $1,400.00 | $464,127.97 |
| 01/16/2025 | DEPOSIT | | $1,440.00 | $465,567.97 |
| 01/16/2025 | DEPOSIT | | $3,000.00 | $468,567.97 |
| 01/16/2025 | DEPOSIT | | $8,226.00 | $476,793.97 |
| 01/16/2025 | STRIPE TRANSFER ST-V2L3R0Y3I8D7 | | $355.45 | $477,149.42 |
| 01/16/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $1,184.66 | $478,334.08 |
| 01/16/2025 | Gulf Coast Bank Tuition Addl Purchase | | $2,049.76 | $480,383.84 |
| 01/16/2025 | Gulf Coast Bank Tuition Addl Purchase | | $2,555.00 | $482,938.84 |
| 01/16/2025 | DEPOSIT CORRECTION CREDIT | | $5.00 | $482,943.84 |
| 01/16/2025 | RETURN ADDL PURCHASE ████████ | $15.00 | | $482,928.84 |
| 01/16/2025 | MISCELLANEOUS DEBIT | $1,757.00 | | $481,171.84 |
| 01/16/2025 | DEPOSIT CORRECTION DEBIT | $5.00 | | $481,166.84 |
| 01/17/2025 | STRIPE TRANSFER ST-U6I9T4D6E3A3 | | $324.15 | $481,490.99 |
| 01/17/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $448.05 | $481,939.04 |
| 01/17/2025 | Gulf Coast Bank Tuition Addl Purchase | | $722.25 | $482,661.29 |
| 01/17/2025 | Gulf Coast Bank Tuition Addl Purchase | | $2,456.60 | $485,117.89 |
| 01/17/2025 | CHECK # 20067 | $150,000.00 | | $335,117.89 |
| 01/21/2025 | STRIPE TRANSFER ST-I6H5Z9H9D6A5 | | $57.66 | $335,175.55 |
| 01/21/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $61.80 | $335,237.35 |
| 01/21/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $545.90 | $335,783.25 |
| 01/21/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $731.30 | $336,514.55 |
| 01/21/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $860.05 | $337,374.60 |
| 01/21/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,255.00 | $338,629.60 |
| 01/21/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,522.28 | $340,151.88 |
| 01/21/2025 | Tuition Disbursement | | $260,499.31 | $600,651.19 |
| 01/21/2025 | RETURN ADDL PURCHASE ████████ | $15.00 | | $600,636.19 |
| 01/21/2025 | RETURN ADDL PURCHASE ████████ ACCOUNT | $15.00 | | $600,621.19 |
| 01/21/2025 | POS Purchase 01/17 6216 LA METAIRIE TST* FRENCH PRES SEQ# 394292 | $8.68 | | $600,612.51 |
| 01/21/2025 | POS Purchase 01/17 6257 LA METAIRIE TST* FRENCH | $30.08 | | $600,582.43 |

Case 20-10846 Doc 3775-9 Filed 02/25/25 Entered 02/25/25 13:03:38  8 - All Bank Statements and Reconciliations - PART 2 Page 16 of 16

THE ROMAN CATHOLIC CHURCH OF THE █████████  Statement Ending 01/31/2025  Page 5 of 8

# TUITION MANAGEMENT CHECKING - ███████████ (continued)
# OPERATING ACCOUNT

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | PRES SEQ# 014578 | | | |
| 01/21/2025 | CHECK # 20068 | $150,000.00 | | $450,582.43 |
| 01/22/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $345.05 | $450,927.48 |
| 01/22/2025 | Gulf Coast Bank Tuition Addl Purchase | | $769.02 | $451,696.50 |
| 01/22/2025 | Gulf Coast Bank Tuition Addl Purchase | | $835.00 | $452,531.50 |
| 01/22/2025 | STRIPE TRANSFER ST-P9R7Y4C7W7A2 | | $915.17 | $453,446.67 |
| 01/23/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $77.25 | $453,523.92 |
| 01/23/2025 | Gulf Coast Bank Tuition Addl Purchase | | $220.00 | $453,743.92 |
| 01/23/2025 | Gulf Coast Bank Tuition Addl Purchase | | $855.00 | $454,598.92 |
| 01/23/2025 | STRIPE TRANSFER ST-Z1V9B3G4D9I4 | | $1,211.70 | $455,810.62 |
| 01/23/2025 | RETURN ADDL PURCHASE ██████████ ACCOUNT | $15.00 | | $455,795.62 |
| 01/23/2025 | RETURN ADDL PURCHASE ████████ ACCOUNT | $15.00 | | $455,780.62 |
| 01/24/2025 | STRIPE TRANSFER ST-J5M4F5Q1T1N8 | | $159.61 | $455,940.23 |
| 01/24/2025 | Gulf Coast Bank Tuition Addl Purchase | | $350.00 | $456,290.23 |
| 01/24/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $360.50 | $456,650.73 |
| 01/24/2025 | Gulf Coast Bank Tuition Addl Purchase | | $844.69 | $457,495.42 |
| 01/27/2025 | STRIPE TRANSFER ST-V3P2F0S6V3P0 | | $65.73 | $457,561.15 |
| 01/27/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $128.75 | $457,689.90 |
| 01/27/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $128.75 | $457,818.65 |
| 01/27/2025 | Gulf Coast Bank Tuition Addl Purchase | | $335.00 | $458,153.65 |
| 01/27/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $824.00 | $458,977.65 |
| 01/27/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,742.06 | $460,719.71 |
| 01/28/2025 | Gulf Coast Bank Tuition Addl Purchase | | $170.00 | $460,889.71 |
| 01/28/2025 | Gulf Coast Bank Tuition Addl Purchase | | $180.00 | $461,069.71 |
| 01/28/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $360.50 | $461,430.21 |
| 01/29/2025 | Gulf Coast Bank Tuition Addl Purchase | | $800.00 | $462,230.21 |
| 01/29/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $1,138.15 | $463,368.36 |
| 01/29/2025 | Gulf Coast Bank Tuition Addl Purchase | | $1,516.00 | $464,884.36 |
| 01/29/2025 | RETURN ADDL PURCHASE██████████ INVALID ACCOUNT | $15.00 | | $464,869.36 |
| 01/30/2025 | DEPOSIT | | $10.00 | $464,879.36 |
| 01/30/2025 | DEPOSIT | | $10.00 | $464,889.36 |
| 01/30/2025 | DEPOSIT | | $52.44 | $464,941.80 |
| 01/30/2025 | DEPOSIT | | $90.00 | $465,031.80 |
| 01/30/2025 | DEPOSIT | | $97.00 | $465,128.80 |
| 01/30/2025 | DEPOSIT | | $435.00 | $465,563.80 |
| 01/30/2025 | Gulf Coast Bank Tuition Addl Purchase | | $20.00 | $465,583.80 |
| 01/30/2025 | STRIPE TRANSFER ST-H6Z8O0P0M2F4 | | $47.95 | $465,631.75 |
| 01/30/2025 | MERCHANT BANKCD DEPOSIT 100227109889 | | $906.40 | $466,538.15 |
| 01/30/2025 | Gulf Coast Bank Tuition Addl Purchase | | $6,350.00 | $472,888.15 |
| 01/30/2025 | RETURN ADDL PURCHA ███████████ ACCOUNT | $15.00 | | $472,873.15 |
| 01/30/2025 | RETURN ADDL PURCHASE ████████ | $65.00 | | $472,808.15 |
| 01/30/2025 | MISCELLANEOUS DEBIT | $494.50 | | $472,313.65 |
| 01/30/2025 | POS Purchase 01/28 6257 LA METAIRIE████████ SEQ# 855274 | $140.89 | | $472,172.76 |