## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor[1]* | **CHAPTER 11** |

## FEE APPLICATION COVER SHEET
### TENTH INTERIM FEE APPLICATION OF DUNDON ADVISERS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE PERIOD OF <u>AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024</u>

| Name of Applicant | Dundon Advisers, LLC | | |
|---|---|---|---|
| Name of Client | The Official Committee of Unsecured Commercial Creditors | | |
| Petition Date | May 1, 2020 | | |
| Retention Date | Effective to April 14, 2021 | | |
| Date of Order Approving Employment | May 21, 2021 [ECF Doc. 881] | | |
| Dates and Amounts of Compensation Approved in Previous Requests | Dates | Amounts | Docket |
| | 4.14.21 – 8.31.21 | Fees: $174,120.00 Expenses: $61.48 Total: $174,181.48 | 1144 |
| | 9.1.21 – 11.30.21 | Fees: $39,098.00[2] Expenses: $0.00 Total: $39,098.00 | 1248 |
| | 12.1.21 – 3.31.22 | Fees: $245,869.00 Expenses: $0.00 Total: $245,869.00 | 1552 |
| | 4.1.22 – 7.31.22 | Fees: $63,691.00 Expenses: $0.00 Total: $63,691.00 | 1903 |
| | 8.1.22 – 11.30.22 | Fees: $68,604.50 Expenses: $0.00 | 2153 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.
[2] This includes $12,205.00 in sums held back in ECF Doc. 1144.

|  |  | Total: $68,604.50 |  |
|---|---|---|---|
|  | 12.1.22 – 3.31.23 | Fees: $149,851.50<br>Expenses: $7,741.18<br>Total: $157,592.68 | 2376 |
|  | 4.1.23 – 7.31.23 | Fees: $51,672.00<br>Expenses: $0.00<br>Total: $51,672.00 | 2639 |
|  | 8.1.23 – 3.31.24 | Fees: $116,005.50<br>Expenses: $5,250.00<br>Total: $121,255.50 | 3276 |
|  | 4.1.24 – 7.31.24 | Fees: $4,307.00<br>Expenses: $0.00<br>Total: $4,307.00 | 3640 |
| Time Period Covered by this Application | August 1, 2024 through November 30, 2024 (the "Interim Application Period") | | |
| Total Compensation Sought this Period | $8,808.50 | | |
| Total Expenses Sought this Period | $0.00 | | |
| Fee Application Type | Tenth Interim Fee Application | | |
| Total Amount Sought | $8,808.50 | | |

In the above captioned Chapter 11 case, Dundon Advisers, LLC ("Dundon") rendered services in favor of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") during the Interim Application Period. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Procedure in Complex Case Rules | | Payments |
|---|---|---|---|---|---|---|
| Invoice Date | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses | Amount Paid |
| 9/6/24 | Aug. 1, 2024 – Aug. 31, 2024 | $1,947.00[3] | $0.00 | $1,557.60 | $0.00 | $1,557.60 |
| 10/25/24 | Sept. 1, 2024 – Sept. 30, 2024 | $1,947.00[4] | $0.00 | $1,557.60 | $0.00 | $1,557.60 |
| 12/6/24 | Oct. 1, 2024 – Oct. 31, 2024 | $3,926.50[5] | $0.00 | $3,141.20 | $0.00 | $3,141.20 |
| 12/6/24 | Nov. 1, 2024 – Nov. 30, 2024 | $988.00[6] | $0.00 | $790.40 | $0.00 | $790.40 |
| **TOTALS** | | **$8,808.50** | **$0.00** | **$7,046.80** | **$0.00** | **$7,046.80** |

---

[3] This figure is $2,805.00 less $858.00 for the voluntary reduction of the $590.00 capped rate.
[4] This figure is $2,838.00 less $891.00 for the voluntary reduction of the $590.00 capped rate.
[5] This figure is $4,994.00 less $1,067.50 for the voluntary reduction of the $590.00 capped rate.
[6] This figure is $1,289.00 less $301.00 for the voluntary reduction of the $590.00 capped rate.

The Dundon professionals who rendered services in favor of the Commercial Committee during the Interim Application Period are:

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Heather Barlow | Managing Director | $850.00 | 11.00 | $9,350.00 |
| Irene Byun | Associate | $350.00 | 2.70 | $945.00 |
| Lee Rooney | Managing Director | $850.00 | 0.40 | $340.00 |
| Matthew Dundon | Principal | $960.00 | 0.30 | $288.00 |
| Michael Whalen | Associate Director | $590.00 | 1.70 | $1,003.00 |
| | | | | |
| | **Total Gross** | | **16.10** | **$11,926.00** |
| | **Rate Cap ($590.00/hr) and Reductions** | | | **($3,117.50)** |
| | **Net Fees** | | | **$8,808.50** |

The time and fees devoted to each Project Code during the Interim Application Period are as follows:

| August 1, 2024 – August 31, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 0.50 | $425.00 |
| Committee Member/Professional Meetings & Communications | 2.50 | $2,125.00 |
| Retention and Fee Applications | 0.30 | $255.00 |
| **Total** | **3.30** | **$2,805.00** |

| September 1, 2024 – September 30, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 2.50 | $2,158.00 |
| Committee Member/Professional Meetings & Communications | 0.50 | $425.00 |
| Retention and Fee Applications | 0.30 | $255.00 |
| **Total** | **3.30** | **$2,838.00** |

| October 1, 2024 – October 31, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 6.40 | $3,804.00 |
| Claims Analysis | 0.40 | $340.00 |
| Committee Member/Professional | 1.00 | $850.00 |

3

| | | |
|---|---|---|
| Meetings & Communications | | |
| **Total** | **7.80** | **$4,994.00** |

| November 1, 2024 – November 30, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 1.70 | $1,289.00 |
| **Total** | **1.70** | **$1,289.00** |

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

---

**TENTH INTERIM FEE APPLICATION OF DUNDON ADVISERS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE PERIOD OF AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024**

---

A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 17, 2025, AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST., COURTROOM B709, NEW ORLEANS, LOUISIANA 70130.  PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING CODE: "JUDGEGRABILL").  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING.  UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE.  YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dundon Advisers, LLC ("Dundon"), financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby files this *Tenth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* (the "Interim Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules"), the General Order 2019-4 Establishing Procedures for Complex Chapter 11 Cases (the "Complex Case Rules"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "UST Guidelines").

## RELIEF REQUESTED

By this Interim Application, which encapsulates the period between August 1, 2024 through November 30, 2024 (the "Interim Application Period"), Dundon seeks interim approval and allowance for the aggregate sum of $8,808.50, which is comprised of:

(i)     Compensation for professionals in the amount of $8,808.50; and

(ii)     Reimbursement of actual and necessary expenses in the amount of $0.00.

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2

2.      The statutory predicates for the relief requested in this Interim Application include 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2014 and 2016, Rule 2016-1 of the Local Rules, and § XIII of the Complex Case Rules.

## BACKGROUND

### I.      Case Commencement & Dundon's Retention

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned Bankruptcy Case. That same date, this Court entered an order designating the case as a Complex Chapter 11 Case [ECF Doc. 18]. The Archdiocese continues to operate and maintain their non-profit organization and manage their properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [Docket No. 772], appointing the Commercial Committee pursuant to section 1102 of the Bankruptcy Code, followed by a *Supplemental Notice of Appointment of Unsecured Commercial Creditor's Committee to Designate Name* [Docket No. 792]. The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[2]

5.      On May 7, 2021, the Commercial Committee selected Dundon to act as its

---

[2] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("TMI") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity. After careful consideration, on April 7, 2021, the Commercial Committee determined to grant TMI's request to become an *ex officio* member of the Commercial Committee. For the avoidance of doubt, TMI is a non-voting member of the Commercial Committee and does not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee.

professional financial advisor and filed that certain *Application for Entry of an Order Authorizing the Retention and Employment of Dundon Advisers, LLC, as Financial Advisor to the Official Committee of Unsecured Commercial Creditors Effective as of April 14, 2021* (the "Application to Employ") [Docket No. 854].

6.      On May 21, 2021, the Court entered an *Order Authorizing the Employment and Retention of Dundon Advisers, LLC, as Financial Advisor to the Official Committee of Unsecured Commercial Creditors* (the "Retention Order") [Docket No. 881]. The Retention Order approved Dundon's employment as financial advisor to the Commercial Committee in all matters relating to the investigation of assets, liabilities and financial condition of the Debtor, review of financial disclosures required by the Court and/or the Bankruptcy Code.

**II.     Dundon's Prior Fee Applications and Awards**

7.      On September 30, 2021, Stewart Robbins Brown & Altazan ("SRBA") filed that certain *First Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of April 14, 2021 through August 31, 2021* [ECF Doc. 1068] (the "First Interim Application") which sought interim approval and allowance of $196,325.00 for Dundon's fees and $61.48 for expenses incurred by Dundon for the period of April 14, 2021 through and including August 31, 2021 (the "First Application Period").

8.      On October 27, 2021, the Court entered that certain *Agreed Order Awarding Dundon Advisors, LLC Interim Compensation for the Period of April 14, 2021 through August 31, 2021* [ECF Doc. 1144] (the "First Application Order") which overruled certain objections to the First Interim Application and awarded Dundon for the First Application Period "interim fees in the amount of $174,120.00 and expenses in the amount of $61.48, totaling $174,181.48 (the

4

"Interim Award"), which Interim Award is inclusive of the agreed-upon (a) holdback of $12,205.00 (the "Holdback Amount") and (b) write-off of $10,000.00 between Dundon, the Trustee, and the Committee."

9.      The First Application Order further provided "in connection with the next interim fee application to be filed by Dundon in this matter, (a) Dundon reserves all rights to seek allowance and payment of the Holdback Amount in connection with such interim application and (b) the Trustee reserves any and all rights to object to allowance and payment of the Holdback Amount."

10.     On December 29, 2021, SRBA filed that certain *Second Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of September 1, 2021 through November 30, 2021* [ECF Doc. 1218] (the "Second Interim Application") which sought interim approval and allowance of $39,098.00 for Dundon's fees (including the Holdback Amount provided in the First Interim Order) and $0.00 for expenses incurred by Dundon for the period of September 1, 2021 through and including November 30, 2021 (the "Second Application Period").

11.     On January 19, 2022, the Court entered that certain *Order Granting Second Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of September 1, 2021 through November 30, 2021* [ECF Doc. 1248] (the "Second Application Order") which awarded Dundon for the Second Application Period fees totaling $39,098.00 for Dundon's fees (including the Holdback Amount provided in the First Interim Order) and $0.00 for expenses.

5

12.     On April 28, 2022, SRBA filed that certain *Third Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1477] (the "Third Interim Application") which sought interim approval and allowance of $245,869.00 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of December 1, 2021 through and including March 31, 2022 (the "Third Application Period").

13.     On May 18, 2022, the Court entered that certain *Order Granting Third Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1552] (the "Third Application Order") which awarded Dundon for the Third Application Period fees totaling $245,869.00 for Dundon's fees and $0.00 for expenses.

14.     On September 26, 2022, SRBA filed that certain *Fourth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1813] (the "Fourth Interim Application") which sought interim approval and allowance of $63,691.00 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of April 1, 2022 through and including July 31, 2022 (the "Fourth Application Period").

15.     On November 1, 2022, the Court entered that certain *Order* [ECF Doc. 1903] granting the Fourth Interim Application and, for the Fourth Application Period, awarded Dundon fees in the amount of $63,691.00 and $0.00 for expenses.

16.     On January 20, 2023, SRBA filed that certain *Fifth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2022 through November 30, 2022* [ECF Doc. 2024] (the "Fifth Interim Application") which sought interim approval and allowance of $68,604.50 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of August 1, 2022 through and including November 30, 2022 (the "Fifth Application Period").

17.     On March 15, 2023, the Court entered that certain *Order* [ECF Doc. 2153] granting the Fifth Interim Application and, for the Fifth Application Period, awarded Dundon fees in the amount of $68,604.50 and $0.00 for expenses.

18.     On May 30, 2023, SRBA filed that certain *Sixth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2022 through March 31, 2023* [ECF Doc. 2304] (the "Sixth Interim Application") which sought interim approval and allowance of $149,851.50 for Dundon's fees and $7,741.18 for expenses incurred by Dundon for the period of December 1, 2022 through and including March 31, 2023 (the "Sixth Application Period").

19.     On July 18, 2023, the Court entered that certain *Order* [ECF Doc. 2376] granting the Sixth Interim Application and, for the Sixth Application Period, awarded Dundon fees in the amount of $149,851.50 and $7,741.18 for expenses.

20.     On October 12, 2023, SRBA filed that certain *Seventh Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors*

*for the Period of April 1, 2023 through July 31, 2023* [ECF Doc. 2515] (the "<u>Seventh Interim Application</u>") which sought interim approval and allowance of $51,672.50 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of April 1, 2023 through and including July 31, 2023 (the "<u>Seventh Application Period</u>").

21.     On November 13, 2023, the Court entered that certain *Order* [ECF Doc. 2639] granting the Seventh Interim Application and, for the Seventh Application Period, awarded Dundon fees in the amount of $51,672.50 and $0.00 for expenses.

22.     On July 24, 2024, Dundon[3] filed that certain *Eighth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2023 through March 31, 2024* [ECF Doc. 3183] (the "<u>Eighth Interim Application</u>") which sought interim approval and allowance of $116,005.50 for Dundon's fees and $5,250.00 for expenses incurred by Dundon for the period of August 1, 2023 through and including March 31, 2024 (the "<u>Eighth Application Period</u>").

23.     On August 16, 2024, the Court entered that certain *Order* [ECF Doc. 3276] granting the Eighth Interim Application and, for the Eighth Application Period, awarded Dundon fees in the amount of $116,005.50 and $5,250.00 for expenses.

24.     On October 31, 2024, SRBA filed that certain *Ninth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors*

---

[3] The delay in filing the Eighth Interim Application was the result of Dundon discovering that one of its employees, Thomas Short ("Short"), may have breached applicable protective order(s) of the Court. In particular, Dundon used this time to investigate this matter and provide information to other parties (e.g., the Commercial Committee, Abuse Committee, United States Trustee). Dundon deleted Short's time on and after the earliest discovered date that Short may have breached the protective order. Similarly, Dundon retained Louis M. Phillips with the law firm of Kelly Hart Pitre as counsel, who filed the Eighth Interim Application.

*for the Period of April 1, 2024 through July 31, 2024* [ECF Doc. 3447] (the "<u>Ninth Interim Application</u>") which sought interim approval and allowance of $4,307.00 for Dundon's fees and $0.00 for expenses incurred by Dundon for the period of April 1, 2024 through and including July 31, 2024 (the "<u>Ninth Application Period</u>").

25.     On January 6, 2025, the Court entered that certain *Order* [ECF Doc. 3640] granting the Ninth Interim Application and, for the Ninth Application Period, awarded Dundon fees in the amount of $4,307.00 and $0.00 for expenses.

26.     Dundon has been paid by the Debtor for all prior awards.

### COMPENSATION AND ITS SOURCE

27.     All services for which compensation is requested by Dundon were performed for or on behalf of the Commercial Committee.

28.     During the period covered by this Interim Application, Dundon has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application. There is no agreement or understanding between Dundon and any other person other than the partners of Dundon for the sharing of compensation to be received for services rendered in this chapter 11 case.

29.     Dundon's individual fee statements for each month covered by the Interim Application Period are attached hereto as **Exhibit** "**A**". Each fee statement contains daily time logs describing the time spent by each professional for each month. The hourly rates set forth in the monthly fee statements are those customarily charged by Dundon for similar services. Dundon's fees for services rendered by financial advisors and other professionals are customary and usual in the community in which Dundon practices. Moreover, Dundon has capped the rates of its senior

9

personnel at a significant discount to the Estate, which discount is reflected in the monthly fee statements. To the best of Dundon's knowledge, this Interim Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Complex Case Rules, and the UST Guidelines. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Procedure in Complex Case Rules | | Payments |
|---|---|---|---|---|---|---|
| Invoice Date | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses | Amount Paid |
| 9/6/24 | Aug. 1, 2024 – Aug. 31, 2024 | $1,947.00[4] | $0.00 | $1,557.60 | $0.00 | $1,557.60 |
| 10/25/24 | Sept. 1, 2024 – Sept. 30, 2024 | $1,947.00[5] | $0.00 | $1,557.60 | $0.00 | $1,557.60 |
| 12/6/24 | Oct. 1, 2024 – Oct. 31, 2024 | $3,926.50[6] | $0.00 | $3,141.20 | $0.00 | $3,141.20 |
| 12/6/24 | Nov. 1, 2024 – Nov. 30, 2024 | $988.00[7] | $0.00 | $790.40 | $0.00 | $790.40 |
| **TOTALS** | | **$8,808.50** | **$0.00** | **$7,046.80** | **$0.00** | **$7,046.80** |

30.     The fee statements for each month covered by the Interim Application Period were circulated and no portion of the fees or expenses were objected to.

31.     The Commercial Committee has been provided the opportunity to review this Interim Application. The Commercial Committee approves of the Interim Application.

## SUMMARY OF SERVICES RENDERED

32.     During the Interim Application Period, Dundon attended and participated in meetings with the Commercial Committee and their counsel, SRBA, regarding various issues arising in the Bankruptcy Case. Dundon further analyzed audit documents and reviewed financial information.

---

[4] This figure is $2,805.00 less $858.00 for the voluntary reduction of the $590.00 capped rate.
[5] This figure is $2,838.00 less $891.00 for the voluntary reduction of the $590.00 capped rate.
[6] This figure is $4,994.00 less $1,067.50 for the voluntary reduction of the $590.00 capped rate.
[7] This figure is $1,289.00 less $301.00 for the voluntary reduction of the $590.00 capped rate.

33.     The services rendered by Dundon during the Interim Application Period can be grouped into the task categories generally described in attached **Exhibit** "**B**". Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task groups.

## FACTORS SUPPORTING AWARD

34.     In *In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012), the Fifth Circuit ruled that the six factors found in 11 U.S.C. §330(a)(3) are to be considered when awarding compensation to professionals. Under § 330, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

35.     Rejecting the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998), the Fifth Circuit adopted a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time in which they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir.

2015). All services rendered by Dundon satisfy the *Woerner* standard because they were reasonably likely to benefit the Debtor's estate at the time rendered.

36.     Dundon also believes that as applied to its services in this chapter 11 case, the following analysis of section §330(a)(3) factors are appropriate:

a.   **The Time and Labor Expended** - The charge for Dundon's services in this case for the Interim Application Period totals $11,926.00; however, <u>with the capped rate the amount is $8,808.50</u>. The actual time expended by Dundon in the Interim Application Period is set forth in detail in **Exhibit "A"** attached hereto. In addition, attached as **Exhibit "B"** is a breakdown by project of time expended on discrete matters during the progress of this case. Dundon believes the time spent performing financial advising services was commensurate with the financial issues involved in its employment by the Commercial Committee.

b.   **The Rate Charged for Such Services.** Dundon has applied for allowance of compensation for fees that reflect its billing rates charged to clients by Dundon and previously approved and/or set by courts in which Dundon has appeared. Dundon believes that its customary fees for services are equal to or below those of other firms in the national financial advising community and should be within the range of fees approved for financial advisors of similar experience within this district.

c.   **Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title.** Dundon asserts that all services provided to the Commercial Committee were necessary to the administration of and/or beneficial to the bankruptcy case at the time the services were rendered. Where Dundon deemed the time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in some situations, did not put the time into its billing system.

d.   **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed**. Dundon submits that the time put into this case is commensurate with the level of difficulty of the issues presented. When possible, particular projects have been handled by an associate or a director with a lower billing rate.

e.   **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy restructuring.** Dundon believes and respectfully submits that its financial advisors are highly regarded as experts in the areas of bankruptcy, insolvency, and corporate reorganization. Dundon has extensive experience in handling bankruptcy and insolvency matters in bankruptcy cases and has acted as a financial advisor to other debtors and trustees in other cases.

12

37.     "The Fifth Circuit uses the 'lodestar' method to calculate fees." *Transamerican Natural Gas Corp. v. Zapata P'ship, Ltd. (In re Fender)*, 12 F.3d 480, 487 (5th Cir. 1994) (citation omitted). The lodestar is the number of hours reasonably expended multiplied by "the prevailing hourly rate in the community for similar work." *Id.* The request for fees is then adjusted upward or downward based on the iconic "*Johnson* factors." *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). A detailed description of the application of each of these factors relevant to this Application is set forth below:

a.   **The Novelty and Difficulty of Issues** – This case has presented issues of greater complexity than cases customarily brought before this Court.

b.   **The Skills Required for Performance of Services** – Dundon's financial advisers have appeared before various courts and throughout the country in bankruptcy cases on behalf of debtors, creditors, trustees, and creditor committees as a financial advisor for many years. Dundon believes and respectfully submits that it is highly regarded in the areas of asset management, restructuring advisory, and credit origination and transaction services. Dundon's financial advisers possess the experience, reputation, and ability to merit an award of the requested compensation and reimbursement.

c.   **Preclusion from Other Employment** – While Dundon was not precluded from other employment during this application period, the professionals who have devoted time to this case were prevented from working on other matters.

d.   **Contingent Nature of Fees** – These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the case, the availability of cash, review by the Office of the United States Trustee, Region 5, and the approval of the Court.

e.   **Time Limitations and Other Circumstances** – From the outset of Dundon's employment, Dundon and the Commercial Committee have been moving at an accelerated pace. This case has involved the usual filing deadlines for motion practice. However, at the beginning of this case and intermittently throughout, the issues involved required speedy analysis and response.

f.   **The Amount Involved and the Results Obtained** – Dundon submits that the amount sought is fully commensurate with the results obtained. Dundon respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Commercial Committee and were rendered to

13

protect and preserve the interests of the Commercial Committee during the pendency of the chapter 11 case. As demonstrated herein, Dundon spent its time economically and without unnecessary duplication. The services were performed in an effective and efficient manner commensurate within the complexity, exigency, and importance of the issues involved.

g. **Experience, Reputation, and Ability** – The Commercial Committee selected Dundon based on its extensive experience and knowledge of restricting advisory likely to arise in the chapter 11 case, and, in particular, Dundon's recognized expertise in the field of financial restructuring and bankruptcy.

h. **The Undesirability of the Case** – This case was not undesirable.

i. **The Nature and Length of the Professional Relationship with the Client** - Dundon has rendered services in favor of the Commercial Committee since April 14, 2021.

j. **Awards in Similar Cases** – Dundon avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Louisiana bankruptcy courts.

## <u>CERTIFICATION</u>

38.     By my signature on this Interim Application, I, Matthew Dundon, do hereby certify that (i) I have read this application; (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by Dundon and generally accepted by Dundon's clients.

## <u>EXHIBITS TO INTERIM APPLICATION</u>

39.     Additionally, attached to this Interim Application are the following:

a. **Exhibit A**: Dundon's monthly fee statements previously circulated under the Complex Case Order.

b. **Exhibit B**:  Aggregate amount of fees requested in the Interim Application Period, categorized by task.

    c.   **Exhibit C**: Aggregate valuation of services chart identifying the financial advisors and paraprofessionals who rendered financial advising services during the Interim Application Period relating to each category, along with the aggregate number of hours for each individual and the total billed amount.

    d.   **Exhibit D**: The proposed order (the "<u>Proposed Order</u>") Dundon requests this Court enter.

       **WHEREFORE**, Dundon respectfully requests that the Court enter the Proposed Order: (a) approving the Interim Application; (b) allowing compensation and reimbursement of expenses in the aggregate sum of $8,808.50, as the sum of (i) compensation in the sum of $8,808.50; (ii) reimbursement of actual and necessary expenses in the sum of $0.00; (c) directing the Debtor to pay the outstanding balance of the aforementioned amounts; and (d) grant such other and further relief as this Court may deem just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 28, 2025        Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Paul D. Stewart, Jr.*
        Paul D. Stewart, Jr. (LA. Bar # 24661)
        dstewart@stewartrobbins.com
        William S. Robbins (LA. Bar # 24627)
        wrobbins@stewartrobbins.com
        Brandon A. Brown (La. Bar #25592)
        bbrown@stewartrobbins.com
        Brooke W. Altazan (La. Bar #32796)
        baltazan@stewartrobbins.com
        301 Main St., Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

By:    /s/ Matthew Dundon
        Matthew Dundon
        Dundon Advisers LLC

16

**EXHIBIT A**

**DUNDON'S MONTHLY FEE STATEMENTS**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | **Section "A"** |
| **Debtor.** | **Chapter 11** |

**THIRTY-FIFTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2024 THROUGH AUGUST 31, 2024 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Thirty-Fifth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Thirty-Fifth Monthly Fee Statement") for the period of August 1, 2024 through August 31, 2023 (the "Thirty-Fifth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Thirty-Fifth Monthly Fee Statement, Dundon respectfully represents as follows:

1.     Dundon respectfully submits this Thirty-Fifth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Thirty-Fifth Statement Period; and (ii) reimbursement

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Thirty-Fifth Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Thirty-Fifth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2024 – August 31, 2024 |
| Amount of Compensation Requested: | 1,947.00 |
| Net 20% Hold Back: | $389.40 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $1,557.60 |

3.      Dundon's invoices covering the Thirty-Fifth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Thirty-Fifth Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $1,557.60 from the Debtors for the Thirty-Fifth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $1,947.00. Dundon did not incur any expenses in the Thirty-Fifth Statement Period.

5.      No fees in this Thirty-Fifth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Thirty-Fifth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Thirty-Fifth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Thirty-Fifth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  September 13, 2024                    Respectfully submitted,

                                              **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                 By:     */s/ Paul Douglas Stewart, Jr.*
                                         Paul D. Stewart (La. Bar # 24661)
                                         Baton Rouge, LA 70801-0016
                                         Telephone: (225) 231-9998
                                         Facsimile: (225) 709-9467
                                         dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**          Archdiocese of New Orleans
                        Official Committee of Commercial Creditors

### INVOICE

**Date:**          09/06/2024

**Services**

| | |
|---|---:|
| 1 Services 08/01/2024-8/31/2024 | $2,805.00 |
| 2 Voluntary Discount with Rate Caps | ($858.00) |
| 2 Net Services after voluntary reduction | $1,947.00 |
| 3 Holdback (20%) | ($389.40) |
| 4 Fees due from this period       $590.00 BHR | $1,557.60 |
| 5 Expenses – | $0.00 |
| **6      Total Now Payable - thank you!** | **$1,557.60** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

# Dundon Advisers LLC - Time Entry

Date Start: 8/1/2024 | Date End: 8/31/2024 | Clients: Archdiocese of New Orleans

| Date | Professional | Activity | Description | Total Time | Standard Hourly Rate | Standard Billable Amt | Voluntarily Reduced rate | Reduced Billable Amt | Voluntary Discount |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/2024 | Heather Barlow | Committee Member/Professional Meetings & Communications | Attend OCC with W Robbins C Murphy and others | 0.5 | $850.00/hr | $425.00 | $590.00 | $295.00 | -$130.00 |
| 08/07/2024 | Heather Barlow | Retention and Fee Applications | Prepare July hours | 0.3 | $850.00/hr | $255.00 | $590.00 | $177.00 | -$78.00 |
| 08/13/2024 | Heather Barlow | Committee Member/Professional Meetings & Communications | Attend OCC meeting with D Stewart, B Altazan and others | 1.0 | $850.00/hr | $850.00 | $590.00 | $590.00 | -$260.00 |
| 08/22/2024 | Heather Barlow | Committee Member/Professional Meetings & Communications | Attend CCC Meeting with B Altazan C Murphy and others | 1.0 | $850.00/hr | $850.00 | $590.00 | $590.00 | -$260.00 |
| 08/26/2024 | Heather Barlow | Business Analysis | Review CCC draft work product from counsel | 0.5 | $850.00/hr | $425.00 | $590.00 | $295.00 | -$130.00 |
| | | | | 3.3 | | $2,805.00 | | $1,947.00 | -$858.00 |
| | | | | | 80% | $1,557.60 | | | |
| | | | | | 20% | $389.40 | | | |
| | | | | | 100% | $1,947.00 | | | |
| | | | | | BHR | $590.00 | | | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | Section "A" |
| **Debtor.** | Chapter 11 |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2024 THROUGH SEPTEMBER 31, 2024 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Thirty-Sixth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Thirty-Sixth Monthly Fee Statement") for the period of September 1, 2024 through September 30, 2024 (the "Thirty-Sixth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Thirty-Sixth Monthly Fee Statement, Dundon respectfully represents as follows:

1.       Dundon respectfully submits this Thirty-Sixth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Thirty-Sixth Statement Period; and (ii) reimbursement

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Thirty-Sixth Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Thirty-Sixth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2024 – September 30, 2024 |
| Amount of Compensation Requested: | $1,947.00 |
| Net 20% Hold Back: | $389.40 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $1,557.60 |

3.      Dundon's invoices covering the Thirty-Sixth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Thirty-Sixth Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $1,557.60 from the Debtors for the Thirty-Sixth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $1,947.00.  Dundon did not incur any expenses in the Thirty-Sixth Statement Period.

5.       No fees in this Thirty-Sixth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.       No fees in this Thirty-Sixth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.       Pursuant to the Chapter 11 Complex Case Order, notice of this Thirty-Sixth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.       Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Thirty-Sixth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  November 11, 2024                      Respectfully submitted,

                                                **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                By:      */s/ Paul Douglas Stewart, Jr.*
                                        Paul D. Stewart (La. Bar # 24661)
                                        Baton Rouge, LA 70801-0016
                                        Telephone: (225) 231-9998
                                        Facsimile: (225) 709-9467
                                        dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured*
*Commercial Creditors of The Roman Catholic*
*Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**          Archdiocese of New Orleans
                        Official Committee of Commercial Creditors

## INVOICE

**Date:**          10/25/2024

**Services**
| | |
|---|---|
| 1 Services 09/01/2024-9/30/2024 | $2,838.00 |
| 2 Voluntary Discount with Rate Caps | ($891.00) |
| 2 Net Services after voluntary reduction | $1,947.00 |
| 3 Holdback (20%) | ($389.40) |
| 4 Fees due from this period        $590.00 BHR | $1,557.60 |
| 5 Expenses – | $0.00 |
| **6    Total Now Payable - thank you!** | **$1,557.60** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

## Dundon Advisers LLC - Time Entry

Date Start: 9/1/2024 | Date End: 9/30/2024 | Clients: Archdiocese of New Orleans

| Date | Professional | Activity | Description | Total Time | Standard Hourly Rate | Standard Billable Amt | Vountary reduced rate | Billable Amount | Voluntary Reduction |
|------|-------------|----------|-------------|-----------|---------------------|----------------------|----------------------|-----------------|---------------------|
| 09/02/2024 | Matthew Dundon | Business Analysis | Case status update with H. Barlow | 0.1 | $960.00/hr | $96.00 | $590.00 | $59.00 | $37.00 |
| 09/03/2024 | Matthew Dundon | Business Analysis | Discussion of Norwich developments with P. Birney and H. Barlow | 0.2 | $960.00/hr | $192.00 | $590.00 | $118.00 | $74.00 |
| 09/03/2024 | Heather Barlow | Business Analysis | Diocese research with M Dundon and others | 1.0 | $850.00/hr | $850.00 | $590.00 | $590.00 | $260.00 |
| 09/04/2024 | Heather Barlow | Business Analysis | Read counsel draft response | 0.3 | $850.00/hr | $255.00 | $590.00 | $177.00 | $78.00 |
| 09/06/2024 | Heather Barlow | Business Analysis | Review McEnery motion | 0.2 | $850.00/hr | $170.00 | $590.00 | $118.00 | $52.00 |
| 09/06/2024 | Heather Barlow | Retention and Fee Applications | Prepare August Hours for counsel | 0.3 | $850.00/hr | $255.00 | $590.00 | $177.00 | $78.00 |
| 09/10/2024 | Heather Barlow | Committee Member/Professional Meetings & Communications | Attend UCC meeting with B Altazan and W Robbins and others | 0.5 | $850.00/hr | $425.00 | $590.00 | $295.00 | $130.00 |
| 09/26/2024 | Heather Barlow | Business Analysis | Review PoR | 0.7 | $850.00/hr | $595.00 | $590.00 | $413.00 | $182.00 |
| | | | | 3.3 | | $2,838.00 | | $1,947.00 | $891.00 |

|  |  |
|---|---|
| 80% | $1,557.60 |
| 20% | $389.40 |
| 100% | $1,947.00 |
| BHR | $590.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | **Section "A"** |
| Debtor. | **Chapter 11** |

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Thirty-Seventh Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Thirty-Seventh Monthly Fee Statement") for the period of October 1, 2024 through October 31, 2024 (the "Thirty-Seventh Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Thirty-Seventh Monthly Fee Statement, Dundon respectfully represents as follows:

1. Dundon respectfully submits this Thirty-Seventh Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Thirty-Seventh Statement Period; and (ii) reimbursement

---

[1]The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Thirty-Seventh Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Thirty-Seventh Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2024 – October 31, 2024 |
| Amount of Compensation Requested: | $3,926.50 |
| Net 20% Hold Back: | $785.30 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $3,141.20 |

3.      Dundon's invoices covering the Thirty-Seventh Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Thirty-Seventh Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $3,141.20 from the Debtors for the Thirty-Seventh Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $3,926.50.  Dundon did not incur any expenses in the Thirty-Seventh Statement Period.

5.      No fees in this Thirty-Seventh Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.      No fees in this Thirty-Seventh Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.      Pursuant to the Chapter 11 Complex Case Order, notice of this Thirty-Seventh Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.      Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Thirty-Seventh Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  December 9, 2024                    Respectfully submitted,

                                            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                             By:      */s/ Paul Douglas Stewart, Jr.*
                                      Paul D. Stewart (La. Bar # 24661)
                                      Baton Rouge, LA 70801-0016
                                      Telephone: (225) 231-9998
                                      Facsimile: (225) 709-9467
                                      dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**            Archdiocese of New Orleans
                          Official Committee of Commercial Creditors

**INVOICE**

**Date:**        12/06/2024

**Services**

| | |
|---|---|
| 1 Services 10/1/2024-10/31/2024 | $4994.00 |
| 2 Voluntary Discount with Rate Caps | ($1,067.50) |
| 2 Net Services after voluntary reduction | $3,926.50 |
| 3 Holdback (20%) | ($785.30) |
| 4 80 % Fees due from this period      $503.40 BHR | $3,141.20 |
| 5 Expenses – | $0.00 |
| **6    Total Now Payable - thank you!** | **$3,141.20** |

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

# Dundon Advisers LLC - Time Entry

Date Start: 10/1/2024 | Date End: 11/30/2024 | Clients: Archdiocese of New Orleans

| Date | Professional | Activity | Description | Standard Billable Time | Standard Billable Amt | Reduced Billing Rate | Reduced Billing | Vountary Reduction |
|---|---|---|---|---|---|---|---|---|
| 10/01/2024 | Irene Byun | Business Analysis | Financial Position Summaries | 2.7 | $945.00 | $350.00 | $945.00 | |
| 10/01/2024 | Michael Whalen | Business Analysis | Review of 9-24 audit documents and creation of summary template | 1.1 | $649.00 | $565.00 | $621.50 | |
| 10/09/2024 | Heather Barlow | Claims Analysis | Discussion with L Rooney re claims | 0.4 | $340.00 | $590.00 | $236.00 | |
| 10/09/2024 | Lee Rooney | Business Analysis | Telecon with H. Barlow re: claims | 0.4 | $340.00 | $590.00 | $236.00 | |
| 10/14/2024 | Heather Barlow | Business Analysis | Review updated financial information | 0.3 | $255.00 | $590.00 | $177.00 | |
| 10/22/2024 | Heather Barlow | Committee Member/Professional Meetings & | Prepare for and attend CC Meeting with W Robbins and B Altazan and others | 1.0 | $850.00 | $590.00 | $590.00 | |
| 10/24/2024 | Heather Barlow | Business Analysis | Review Witness report  Discuss same with M Dundon and B Altazan | 1.9 | $1,615.00 | $590.00 | $1,121.00 | |
| | | | | **7.8** | $4,994.00 | | $3,926.50 | -$1,067.50  *Voluntary Reduction* |

| | | |
|---|---|---|
| 80% | $3,141.20 |
| 20% | $785.30 |
| 100% | $3,926.50 |
| BHR | $503.40 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS.[1]** | Section "A" |
| **Debtor.** | Chapter 11 |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024 BY DUNDON ADVISERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Dundon Advisers, LLC, financial advisor to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Thirty-Eighth Monthly Fee Statement of Services Rendered and Expenses Incurred (the "Thirty-Eighth Monthly Fee Statement") for the period of November 1, 2024 through November 30, 2024 (the "Thirty-Eighth Statement Period"), in accordance with the Court's *Chapter 11 Complex Case Order, Section* XIII(B), dated December 14, 2019, establishing interim compensation and reimbursement procedures for this case (the "Chapter 11 Complex Case Order"). In support of the Thirty-Eighth Monthly Fee Statement, Dundon respectfully represents as follows:

1.      Dundon respectfully submits this Thirty-Eighth Monthly Fee Statement for (i) compensation of fees for reasonable, actual, and necessary services rendered by Dundon on behalf of the Commercial Committee during the Thirty-Eighth Statement Period; and (ii) reimbursement

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of reasonable, actual and necessary expenses incurred by Dundon on behalf of the Commercial Committee during the Thirty-Eighth Statement Period.

2.      Dundon seeks compensation for professional services rendered and reimbursement of expenses incurred during the Thirty-Eighth Statement Period in the amounts set forth as below:

| Name of Applicant: | Dundon Advisers, LLC |
|---|---|
| Authorized to Provide Services to: | The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of The Archdiocese of New Orleans |
| Date of Retention: | April 14, 2021 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2024 – November 30, 2024 |
| Amount of Compensation Requested: | $988.00 |
| Net 20% Hold Back: | $197.60 |
| Total Expenses | $0 |
| Total Compensation (Net of 20% Holdback) and Expense Reimbursement Requested: | $790.40 |

3.      Dundon's invoices covering the Thirty-Eighth Statement Period and providing a detailed statement of hours spent rendering financial advising to the Commercial Committee and other financial services performed on behalf of the Commercial Committee during the Thirty-Eighth Statement Period are attached hereto as **Exhibit "A"**.

4.      Pursuant to the Compensation Order, Dundon seeks payment of $790.40 from the Debtors for the Thirty-Eighth Statement Period, representing 80% of Dundon's total fees for financial services rendered totaling $988.00.  Dundon did not incur any expenses in the Thirty-Eighth Statement Period.

5.    No fees in this Thirty-Eighth Monthly Fee Statement have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case

6.    No fees in this Thirty-Eighth Monthly Fee Statement have been incurred relating to any investigation of alleged violations of the protective orders by the Commercial Committee and its professionals in this case.

7.    Pursuant to the Chapter 11 Complex Case Order, notice of this Thirty-Eighth Monthly Fee Statement has been served upon: (a) counsel for the Debtor; (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) the Office of the United States Trustee for the Eastern District of Louisiana; (e) counsel to all official committees; and (f) any other party the Court may designate (the "Professional Fee Notice Parties").

8.    Pursuant to Section XIII(B)(3) of the Complex Case Order, objections to this Thirty-Eighth Monthly Fee Statement, if any, must be served upon the Professional Fee Notice Parties, in writing upon counsel to the Commercial Committee, to Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, Louisiana, 70801, Attn. Paul Douglas Stewart or at dstewart@stewartrobbins.com, no later than fourteen (14) days from the date here (the "Objection Deadline"), and such objection should set forth the nature of the objection and the specific amount of fees or expenses at issue.

Dated:  December 13, 2024                    Respectfully submitted,

                                             **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                             By:      */s/ Paul Douglas Stewart, Jr.*
                                      Paul D. Stewart (La. Bar # 24661)
                                      Baton Rouge, LA 70801-0016
                                      Telephone: (225) 231-9998
                                      Facsimile: (225) 709-9467
                                      dstewart@stewartrobbins.com

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**In re THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DUNDON ADVISERS, LLC INVOICE**

**and**

**DETAILED TIME AND EXPENSE ENTRIES OF DUNDON ADVISERS LLC NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

**Dundon Advisers LLC**
10 Bank St – Suite 1100 White Plains, NY 10606
EIN 81-2910455

**Engagement**     Archdiocese of New Orleans
                   Official Committee of Commercial Creditors

### INVOICE

**Date:**        12/06/2024

**Services**
1 Services 11/1/2024-11/30/2024                                    $1289.00

2 Voluntary Discount with Rate Caps                               ($301.00)

2 Net Services after voluntary reduction                           $988.00
3 Holdback (20%)                                                  ($197.60)

4 80 % Fees due from this period        $581.18 BHR                $790.40

5 Expenses –                                                        $0.00

| 6 | Total Now Payable - thank you! | $790.40 |
|---|---|---|

**Payment instructions**
Check to above or wire: Wells Fargo (ABA 121000248, Acct #: 6506592077)
Bank address: 1307 North Ave, New Rochelle, NY 10804

# Dundon Advisers LLC - Time Entry

Date Start: 11/1/2024 | Date End: 11/30/2024 | Clients: Archdiocese of New Orleans

| Date | Professional | Activity | Description | Standard Billable Time | Standard Billable Amt | Reduced Billing Rate | Reduced Billing | Vountary Reduction | |
|---|---|---|---|---|---|---|---|---|---|
| 11/06/2024 | Michael Whalen | Business Analysis | Preliminary review of additional documents sent by H. Barlow | 0.6 | $354.00 | $565.00 | $339.00 | | |
| 11/20/2024 | Heather Barlow | Business Analysis | Call with counsel and team re: workstreams and next steps | 1.1 | $935.00 | $590.00 | $649.00 | | |
| | | | | **1.7** | $1,289.00 | | $988.00 | -$301.00 | *Voluntary Reduction* |

| | |
|---|---|
| 80% | $790.40 |
| 20% | $197.60 |
| 100% | $988.00 |
| BHR | $581.18 |

**EXHIBIT B**

**AGGREGATE FEES BY TASK**

| August 1, 2024 – August 31, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 0.50 | $425.00 |
| Committee Member/Professional Meetings & Communications | 2.50 | $2,125.00 |
| Retention and Fee Applications | 0.30 | $255.00 |
| **Total** | **3.30** | **$2,805.00** |

| September 1, 2024 – September 30, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 2.50 | $2,158.00 |
| Committee Member/Professional Meetings & Communications | 0.50 | $425.00 |
| Retention and Fee Applications | 0.30 | $255.00 |
| **Total** | **3.30** | **$2,838.00** |

| October 1, 2024 – October 31, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 6.40 | $3,804.00 |
| Claims Analysis | 0.40 | $340.00 |
| Committee Member/Professional Meetings & Communications | 1.00 | $850.00 |
| **Total** | **7.80** | **$4,994.00** |

| November 1, 2024 – November 30, 2024 | | |
|---|---|---|
| **Activity Detail** | **Hours** | **Gross Fees** |
| Business Analysis | 1.70 | $1,289.00 |
| **Total** | **1.70** | **$1,289.00** |

**EXHIBIT C**

**AGGREGATE VALUATION OF SERVICES CHART**

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Heather Barlow | Managing Director | $850.00 | 11.00 | $9,350.00 |
| Irene Byun | Associate | $350.00 | 2.70 | $945.00 |
| Lee Rooney | Managing Director | $850.00 | 0.40 | $340.00 |
| Matthew Dundon | Principal | $960.00 | 0.30 | $288.00 |
| Michael Whalen | Associate Director | $590.00 | 1.70 | $1,003.00 |
| | | | | |
| | **Total Gross** | | **16.10** | **$11,926.00** |
| | **Rate Cap ($590.00/hr) and Reductions** | | | **($3,117.50)** |
| | **Net Fees** | | | **$8,808.50** |

**EXHIBIT D**

**PROPOSED ORDER**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                                                  CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                              SECTION "A"
**NEW ORLEANS**

　　　　*Debtor*[1]                                      CHAPTER 11

---

## ORDER

---

Before the Court is the *Tenth Interim Fee Application of Dundon Advisers, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* [Doc. No. ____] (the "Interim Application"). The Court finds that the Interim Application was properly served in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules, incorporated appropriate notice language and no objection has been filed by any party. After reviewing the Interim Application, the Court has determined the services and expenses indicated in the Interim Application were reasonable, actually rendered, and necessary to represent the interests of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause:

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that Dundon Advisers, LLC ("Dundon") is allowed and awarded, on an interim basis, for the period of August 1, 2024 through November 30, 2024 (the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"Interim Application Period"), fees in the amount of $8,808.50 and expenses in the amount of $0.00, totaling $8,808.50 (the "Award") incurred in connection with its financial advising of the Commercial Committee.

      **IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the Award to Dundon promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to Dundon for its fees and expenses incurred in connection with its financial advising of the Commercial Committee during the Interim Application Period as authorized under Section XV(C) of the *Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana*.

      **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

      **IT IS FURTHER ORDERED** that Dundon is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

      New Orleans, Louisiana, this _____ day of _____, 2025

_____
**THE HONORABLE MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**