**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHODIOCES OF NEW ORLEANS | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

**AMENDED NOTICE OF HEARING**

**TO CREDITORS** of the above-named Debtor, the United States Trustee, and to all interested parties, and to the entities asserting an interest in the property of the Debtor:

**NOTICE IS HEREBY GIVEN** that Dundon Advisers, LLC, Financial Advisers to The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans, has filed:

*Tenth Interim Application of Dundon Advisers LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* (the "Application") [P-3789]

A copy of the Application is on file with the Court and can be obtained from the Court's website, www.laeb.uscourts.gov or from undersigned counsel.

**NOTICE IS FURTHER GIVEN** that a hearing on the Application is hereby scheduled before the Honorable Meredith S. Grabill in the United States Bankruptcy Court for the Eastern District of Louisiana at **500 Poydras St., Courtroom B-709, New Orleans, LA on April 17, 2025 at 1:30 p.m.**

You may participate in the hearing (i) in person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video link https://gotomeet.me/JudgeGrabill.

Any party opposing the relief requested must file a written response with the United States Bankruptcy Court for the Eastern District of Louisiana on or before seven (7) days prior to the scheduled hearing date. Absent such opposition, the Application will be considered unopposed and the relief may be entered without a hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Baton Rouge, Louisiana, this 28th day of February 2025.

                Respectfully Submitted,

                **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   /s/ *Paul Douglas Stewart, Jr.*
       Paul D. Stewart, Jr. (LA. Bar # 24661)
       dstewart@stewartrobbins.com
       William S. Robbins (LA. Bar # 24627)
       wrobbins@stewartrobbins.com
       Brandon A. Brown (La. Bar #25592)
       bbrown@stewartrobbins.com
       Brooke W. Altazan (La. Bar # 32796)
       baltazan@stewartrobbins.com
       301 Main St., Suite 1640
       Baton Rouge, LA 70801-0016
       Telephone: (225) 231-9998
       Facsimile: (225) 709-9467

       *Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*