## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>                      Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### C.R.'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

**NOTICE IS HEREBY GIVEN** that C.R., through undersigned counsel, has filed an Omnibus Motion for Leave to File Sexual Abuser Survivor Proof of Claim on March 4, 2025 [Docket No. 3800].

**PLEASE TAKE NOTICE** that a hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill, on April 17, 2025, for 1:30 P.M. (CST) at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill, (meeting code: "JudgeGrabill"). Parties in interest are directed to the Court's General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

| | |
|---|---|
| Dated: March 4, 2025 | Respectfully submitted, |

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas (LA Bar #38522)
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
Email: sateam@awkolaw.com

**ATTORNEYS FOR CLAIMANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this March 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

*/s/ Reagan Charleston Thomas*
REAGAN CHARLESTON THOMAS