Honorable Meredith Gabrill
U. S. Bankruptcy Court
500 Poydras St.
Suite B-601
New Orleans, LA 70130



Dear Judge Gabrill,

I am writing to beg you to bring the Archdiocese of New Orleans bankruptcy case to a rapid conclusion.

I do not know if you understand the deep angst that the continuation of this is causing to all parties involved. The victims of the abuse are not being paid, and they are not able to bring closure and start the healing process. In fact, they are having to relive their pain at every turn in the case that rips open their wounds. The plaintiff attorneys are not earning their contingencies. The Archdiocese is slowly collapsing. Parishes and schools have closed. Apostolates are being closed or are at odds with the central office creating strife. The clients being served by the apostolates are facing reduced services. Donors to the church are running away. An entire faith community of hundreds of thousands are in fact losing faith as the headline from the investigative reporters trumpet. Perhaps, I am wrong in thinking that no one is getting helped in this process as a couple of news guys have constant fodder for their stories.

The bankruptcy was supposed to bring all the cases to forefront so that they could be settled in aggregate and to provide a more expeditious resolution. It was supposed to protect the apostolates. That has not happened. What has happened is that tens of millions of dollars that could have rightfully gone to the victims has instead been wasted on lawyers and mediators and experts to no avail.

You have all the cases. You know how much the Archdiocese and the insurance companies have to pay. Divide it up and call it a day. I am sure there is a bell curve of cases. Some on one tail have no merit whatsoever. Some on the other tail are so horrific that no sum of money could ever properly compensate the abused. Most probable lie somewhere in the middle. Regardless, there is only so much to go around. Prolonging things won't generate any more money. The plaintiffs' attorneys will never be happy. The Archdiocese has already been saddened beyond all expectations and continuing to beat them up accomplishes nothing.

You have the power to end this. Make a ruling. Tell the parties what it is and move on. There is too much hurt and anger and damage already done. End the bankruptcy so that there can be new light for everyone.

Sincerely,
A sad and concerned New Orleanian, Catholic, and someone close to the abuse scandal although not a direct victim

US MARSHALS

Honorable Meredith Grabill
U.S. Bankruptcy Court
500 Poydras St.
Suite B-601
New Orleans, LA 70130

7013D-331999

NEW ORLEANS LA 700
28 FEB 2025 PM 2 L

PITNEY BOWES
$0.69 D
US POSTAGE
FIRST-CLASS
FEB 28 2025