UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
The Roman Catholic Church for the Archdiocese of N  
**Debtor**

**Bankruptcy Case No.:** 20–10846  
**Chapter** 11

# NOTICE OF DEFICIENCY

**To:** Kristi S. Schubert

Your **Notice of Hearing** is/are deficient for the following reason(s):

Insufficient notice time was given to parties – Notice of Hearing does not allow for 21 days notice.

---

Related document(s):

*3807* – Motion for Leave to File Sexual Abuse Survivor Proof of Claim Filed by Kristi Schubert on behalf of T. S. (Attachments: # 1 Exhibit Proposed Order # 2 Exhibit Executed Declaration of T.S.) (Schubert, Kristi)

*3808* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by T. S. (RE: related document(s)3807 Motion for Leave filed by Creditor T. S.). Hearing scheduled for 3/20/2025 at 01:30 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Schubert, Kristi)

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, March 7, 2025.

Lauren Villneurve  
U.S.B.C. Clerk's Office