**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS ) | |
| ) | Chapter 11 |
| Debtor. | |

## K.P.R.'S MOTION OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that K.P.R., through the undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on March 13, 2025. A copy of said Motion, as well as K.P.R.'s Declaration in Support was filed as Docket No. 3821.

PLEASE TAKE NOTICE that a telephone hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus Hearing date of April 17, 2025, at 1:30 PM. The dial-in information for Section A is (504) 517-1385; Access Code 129611.

PLEASE TAKE FURTHER NOTICE that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

        Respectfully submitted,

*Collin Melancon*
Collin R. Melancon, Bar #36582
318 Harrison Avenue
New Orleans, LA 70124
Telephone:   (504) 500-1108
Facsimile:   (504) 208-3427
Email: Collin@mmcdlaw.com
*Attorney for K.P.R.*

## CERTIFICATE OF SERVICE

I hereby certify on this 13th day of March 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of the electronic filing to all parties of record.

*Collin Melancon*
*Collin Melancon*