UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

Before the Court is the *Omnibus Joint Stipulation Concerning I.K.J.R., B.A.E., and M.J.J.'s Motions For Leave To File Sexual Abuse Survivor Proofs of Claim* (the "Joint Stipulation"), [ECF Doc. 3798], jointly filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") and I.K.J.R., B.A.E., and M.J.J. (each a "Claimant"), as well as the following motions:

- *I.K.J.R.'s Motion For Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF Doc. 3779];

- *B.A.E.'s Motion For Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF Doc. 3781]; and,

- *M.J.J.'s Motion For Leave To File Sexual Abuse Survivor Proof of Claim*, [ECF Doc. 3783];

Considering the record and pleadings,

**IT IS ORDERED** that the Joint Stipulation is **APPROVED**, and as set forth in the Joint Stipulation, each Claimant may file a Sexual Abuse Survivor Proof of Claim, but the Debtor and all parties in interest maintain and reserve their rights to object to the claim on any basis including, but not limited to, that the claim is late filed. Each Claimant reserves his right to argue any defense to any objection, including, but not limited to, that the claim is allowable due to the concept of excusable neglect. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of the Joint Stipulation.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, March 13, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE