**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

**B.J.T.J.'S NOTICE OF WITHDRAWAL OF CLAIM**

NOTICE IS HEREBY GIVEN that creditor B.J.T.J. is withdrawing his claim against the Debtor in this matter. B.J.T.J. previously filed a motion to file a late claim against the Debtor (Doc. 3115) and he was granted permission to file his claim by this Honorable Court pursuant to a stipulation entered into with the Debtor (Doc. 3154). Pursuant to Federal Rules of Bankruptcy Procedure Rule 3006, B.J.T.J. is withdrawing his claim because information indicates he does not have a claim against the Debtor.

    Respectfully submitted,

    */s/ N. Frank Elliot III*
    N. Frank Elliot III (La. Bar No. 23054)
    N. FRANK ELLIOT III, LLC
    P.O. Box 3065
    1511 Watkins Street (70601)
    Lake Charles, LA 70602-3065
    Telephone: (337) 309-6999
    Facsimile: (337) 429-5541
    Email: frank@nfelaw.com

    *Attorney for B.J.T.J.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                   */s/ N. Frank Elliot III*_____