# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | Section "A" |
| **ORLEANS,** § | |
| § | Chapter 11 |
| Debtor.[1] § | |
| § | |

## NOTICE OF <u>**AMENDED**</u>[2] AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON THURSDAY, MARCH 20, 2025, AT 1:30 P.M. CST

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of **Amended** Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, March 20, 2025, at 1:30 p.m. CST** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of January 1, 2025).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] **<u>New agenda items are underlined and bold.</u>**

## UNCONTESTED MATTERS

1. *Eleventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from July 1, 2024 Through October 31, 2024* **[ECF No. 3504]**

   | | |
   |---|---|
   | **Movant:** | Zobrio, Inc. |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | January 9, 2025 |
   | **Status:** | The matter is going forward. |
   | **Responses/Related Filings:** | None. |

2. *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Actuarial Value, LLC as Actuarial Advisor to the Official Committee of Unsecured Creditors for the Period from July 1, 2024 Through October 31, 2024* **[ECF No. 3505]**

   | | |
   |---|---|
   | **Movant:** | Actuarial Value, LLC |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | January 9, 2025 |
   | **Status:** | The matter is going forward. |
   | **Responses/Related Filings:** | None. |

3. *Thirteenth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 Through October 31, 2024* **[ECF No. 3506]**

   | | |
   |---|---|
   | **Movant:** | Locke Lord LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | January 9, 2025 |
   | **Status:** | The matter is going forward. |
   | **Responses/Related Filings:** | None. |

4. *Thirteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024* [ECF No. 3508]

   | | |
   |---|---|
   | **Movant:** | Pachulski Stang Ziehl & Jones LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | January 9, 2025 |
   | **Status:** | The matter is going forward. |
   | **Responses/Related Filings:** | None. |

5. *Eleventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024* **[ECF No. 3510]**

    **Movant:** Berkeley Research Group, LLC
    **Nature of Matter:** Interim Application for Compensation
    **Response Deadline:** January 9, 2025
    **Status:** The matter is going forward.
    **Responses/Related Filings:** None.

6. *Seventh Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka the Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024* **[ECF No. 3512]**

    **Movant:** Stout Risius Ross, LLC (fka the Claro Group, LLC)
    **Nature of Matter:** Interim Application for Compensation
    **Response Deadline:** January 9, 2025
    **Status:** The matter is going forward.
    **Responses/Related Filings:** None.

7. *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for the Period From July 1, 2024 Through October 31, 2024* [ECF No. 3514]

    **Movant:** Rock Creek Advisors, LLC
    **Nature of Matter:** Interim Application for Compensation
    **Response Deadline:** January 9, 2025
    **Status:** The matter is going forward.
    **Responses/Related Filings:** None.

8. *Thirteenth Interim Application of Blank Rome LLP for Allowance of Compensation and Reimbursement of Expenses, as Special Insurance Counsel to the Debtor, for the Period July 1, 2024 Through October 31, 2024* **[ECF No. 3522]**

    **Movant:** Blank Rome LLP
    **Nature of Matter:** Interim Application for Compensation
    **Response Deadline:** January 9, 2025
    **Status:** The matter is going forward.
    **Responses/Related Filings:** None.

9. *Eighth Interim Application of Keegan Linscott & Associates, PC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor, for the Period July 1, 2024 Through October 31, 2024* **[ECF No. 3523]**

  **Movant:**         Keegan Linscott & Associates, PC
  **Nature of Matter:**    Interim Application for Compensation
  **Response Deadline:**   January 9, 2025
  **Status:**          The matter is going forward.
  **Responses/Related Filings:** None.

10. *Thirteenth Interim Application of Carr, Riggs, and Ingram, LLC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period July 1, 2024 Through October 31, 2024* **[ECF No. 3524]**

  **Movant:**         Carr, Riggs, and Ingram, LLC
  **Nature of Matter:**    Interim Application for Compensation
  **Response Deadline:**   January 9, 2025
  **Status:**          The matter is going forward.
  **Responses/Related Filings:** None.

11. *Debtor's Motion to Extend Appointment of John W. Perry, Jr. as Mediator* **[ECF No. 3785]**

  **Movant:**         Debtor
  **Nature of Matter:**    Motion to Extend Appointment of Mediator
  **Response Deadline:**   March 13, 2025
  **Status:**          The matter is going forward.
  **Responses/Related Filings:**

- ***Joint Statement of the Debtor, the Apostolates, and the Official Committee of Unsecured Creditors Regarding Debtor's Motion to Extend Appointment of John W. Perry, Jr. as Mediator* [ECF No. 3838]**

## CONTESTED MATTERS

12. *Thirteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 through October 31, 2024* **[ECF No. 3525]**

  **Movant:**         Jones Walker LLP
  **Nature of Matter:**    Interim Application for Compensation
  **Response Deadline:**   January 9, 2025
  **Status:**          The matter is going forward.
  **Responses/Related Filings:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Thirteenth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3525]* **[ECF No. 3648]**

Dated: March 19, 2025

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

### CERTIFICATE OF SERVICE

I hereby certify, on March 19, 2025, that a true and correct copy of the foregoing Notice of **Amended** Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim

#103619929v1