UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

The following interim applications for compensation (collectively, the "Applications") are set for hearing on the March 20, 2025, Omnibus Hearing Date:

(i) the *Eleventh Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc. as Computer Consultant to the Official Committee of Unsecured Creditors for the Period From July 1, 2024 Through October 31, 2024*, [ECF Doc. 3504], filed by Zobrio, Inc., the computer consultant retained by the Official Committee of Unsecured Creditors (the "Committee");

(ii) the *Third Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Actuarial Value, LLC as Actuarial Advisor to the Official Committee of Unsecured Creditors for the Period From July 1, 2024 Through October 31, 2024*, [ECF Doc. 3505], filed by Actuarial Value, LLC, as actuarial advisor to the Committee;

(iii) the *Thirteenth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors For Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2024 Through October 31, 2024*, [ECF Doc. 3506], filed by Locke Lord LLP;

(iv) the *Thirteenth Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024*, [ECF Doc. 3508], filed by Pachulski Stang Ziehl & Jones LLP, co-counsel for the Committee;

(v) the *Eleventh Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October*

*31, 2024*, [ECF Doc. 3510], filed by Berkeley Research Group, financial advisor for the Committee;

(vi)    the *Seventh Interim Application For Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024*, [ECF Doc. 3512], filed by Stout Risius Ross, LLC (FKA The Claro Group, LLC), as expert consultant on sexual abuse and expert witness to the Committee;

(vii)    the *Ninth Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From July 1, 2024 Through October 31, 2024*, [ECF Doc. 3514], filed by Rock Creek Advisors, LLC, pension financial advisor for the Committee;

(viii)    the *Thirteenth Interim Application of Blank Rome LLP For Allowance of Compensation and Reimbursement of Expenses as Special Insurance Counsel to the Debtor for the Period July 1, 2024 Through October 31, 2024*, [ECF Doc. 3522], filed by Blank Rome LLP;

(ix)    the *Eighth Interim Application of Keegan Linscott & Associates, PC, For Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period July 1, 2024 Through October 31, 2024*, [ECF Doc. 3523], filed by Keegan Linscott & Associates, PC;

(x)    the *Thirteenth Interim Application of Carr, Riggs & Ingram, LLC, For Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor for the Period July 1, 2024 Through October 31, 2024*, [ECF Doc. 3524], filed by Carr, Riggs & Ingram, LLC; and

(xi)    the *Thirteenth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 Through October 31, 2024*, [ECF Doc. 3525], filed by Jones Walker LLP.

**IT IS ORDERED** *sua sponte* that the hearing to consider the Applications is **CONTINUED** from March 20, 2025, to **Thursday, April 17, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.  Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, March 19, 2025.

                                        MEREDITH S. GRABILL
                                  UNITED STATES BANKRUPTCY JUDGE