**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/2024 | 02/28/2025 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 10/31/2024[2] |
| **Total amounts awarded in all prior Applications:** | | $600,979.00 |
| **Total fees requested in this Application:** | | $52,951.00 |
| **Total hours covered by this Application:** | | 142.6 |
| **Average hourly rate:** | | $371.33 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Stout did not incur any fees from 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were filed or submitted during this period.

| Reimbursable expenses sought in this Application: | $0.00 |
|---|---|

Listed below are the professionals at The Claro Group, LLC ('Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period November 1, 2024 through February 28, 2025 (the "Application Period").

**SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 3.9 | 2,476.50 |
| Schwab, Matt | Managing Director | $625 | 7.1 | 4,437.50 |
| Aiello, Madison | Manager | $370 | 13.1 | 4,847.00 |
| Blum, Brett | Manager | $370 | 5.7 | 2,109.00 |
| Boswell, Anne Margaret | Manager | $370 | 59.7 | 22,089.00 |
| Ramljak, Danny | Manager | $370 | 20.6 | 7,622.00 |
| Cortens, Morgan | Associate | $305 | 10.8 | 3,294.00 |
| Aggarwal, Shruti | Analyst | $280 | 13.5 | 3,780.00 |
| Rhodes, Freddie | Analyst | $280 | 8.2 | 2,296.00 |
| **Total** | | | **142.6** | **$52,951.00** |

## COMPENSATION AND HOURS BY TASK
## NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 53.6 | 21,649.50 |
| Claimant File Analysis | 65.3 | 21,768.00 |
| Fee Applications | 9.9 | 3,795.50 |
| Valuation Model Development and Reporting | 13.1 | 5,293.50 |
| Communication with Counsel | 0.7 | 444.50 |
| **Total** | **142.6** | **$52,951.00** |

No expenses were incurred by Stout during the Application Period.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**EIGHTH INTERIM APPLICATION**
**FOR ALLOWANCE OF COMPENSATION**
**OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>April 17, 2025, AT 1:30 PM.</u> BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("<u>Stout</u>") (FKA The Claro Group, LLC ("<u>Claro</u>")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby files its *Eighth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2024 Through February 28, 2025* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.      INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $52,951.00 for the period November 1, 2024 through February 28, 2025 (the "Application Period"). As of February 28, 2025, Stout has received payments totaling $657,108.60 representing Stout's total billed amount in its first, second, third, fourth, fifth and sixth interim fee applications, and 80% of the monthly billed amounts on account of its July, August, September, October, November, and December 2024 monthly fee statements. To date, Stout has not been paid any other compensation with respect to the amounts requested in this Application.

## II.      JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

### III.    BACKGROUND

#### A.    Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

#### B.    Employment of Claro

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness*

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

*to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

### C.      Stout's Acquisition of Claro

9.      On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout.

## IV.      WORK PERFORMED

10.      Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period November 1, 2024 through February 28, 2025.

## V.      SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11.      During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) communication with counsel. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

### A.      Coverage Analysis

12.      During the Application Period, Stout continued to analyze the Debtor's available

insurance coverage as directed by the Committee. Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage. Stout continued to allocate claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Additionally, Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees:  $21,649.50          Hours:  53.6

**B.      Claimant File Analysis**

13.      In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed proof of claim forms ("POC Forms") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.

Fees:  $21,768.00          Hours:  65.3

**C.      Fee Applications**

14.      During the Application Period, Stout prepared and submitted its Seventh Interim Fee Application and four Monthly Fee Applications for the periods beginning October 1, 2024 and ending January 31, 2025.

Fees:  $3,795.50          Hours:  9.9

**D.      Valuation Model Development and Reporting**

15.      Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed

discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, Stout refined the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees:  $5,293.50          Hours:  13.1

### E.       Communication with Counsel

16.      Time spent communicating with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Committee, is integral to the rendering of cost-effective services. Stout conferred with PSZJ in order to obtain information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees:  $444.50          Hours:  0.7

### VI.      STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

17.      As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

18.     No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VII.    THE REQUESTED COMPENSATION SHOULD BE ALLOWED

19.     Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

   (F)  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

  20. Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

  21. This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

  22. The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time

limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

23.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 157.7 hours during the Application Period, for a total fee of $52,951.00. The blended hourly rate for this Application is $371.37 per hour. The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

24.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

25.     Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse

claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

26.     Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $371.37 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

27.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

28.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

29.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $52,951.00. Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

30.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

31.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

32.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

33.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

34.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## VIII.   RESERVATION OF RIGHTS

35.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## IX.    NO PRIOR REQUEST

36.    No prior application for the relief requested herein has been made to this or any other court.

## X.    CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $52,951.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  March 27, 2025                          Respectfully submitted,

*By: /s/ Katheryn McNally*
Stout Risius Ross, LLC
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

Expert Consultant and Expert Witness to the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**ORDER APPROVING EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION OF STOUT RISIUS ROSS, LLC (FKATHE CLARO GROUP, LLC)
AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

CAME ON for consideration the *Eighth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period November 1, 2024 through February 28, 2025 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$52,951.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$52,951.00** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2025.


_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: January 10, 2025 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD NOVEMBER 1, 2024 – NOVEMBER 30, 2024**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2024 through November 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| November 1, 2024 to November 30, 2024 | |
|---|---|
| Fees | **$9,672.50** |
| Expenses | $0.00 |
| **Total** | **$9,672.50** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $1,277.20 |

**Total Unpaid to Date**                                    **$1,277.20**

## <u>NO PRIOR REQUEST</u>

5.        With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 10, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $7,738.00 which consists of eighty percent (80%) of Stout's total fees of $9,672.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  December 27, 2024                    Respectfully submitted,

                                             *By: /s/ Katheryn McNally*
                                             The Claro Group, A Stout Business
                                             1 S. Wacker Drive, Suite 3800
                                             Chicago, IL 60606
                                             Email: kmcnally@stout.com

                                             *Expert Consultant and Expert Witness to the*
                                             *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.60 | $ 1,016.00 |
| Blum, Brett | Manager | $ 370.00 | 4.60 | $ 1,702.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 11.90 | $ 4,403.00 |
| Ramljak, Danny | Manager | $ 370.00 | 3.10 | $ 1,147.00 |
| Cortens, Morgan | Associate | $ 305.00 | 1.30 | $ 396.50 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 3.60 | $ 1,008.00 |
| **Total Hours and Fees:** | | | **26.10** | **$ 9,672.50** |
| **Blended Rate:** | | **$ 370.59** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours November 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 8.3 | $ 2,662.50 |
| Communication with Counsel | 0.7 | $ 444.50 |
| Coverage Analysis | 5.6 | $ 2,072.00 |
| Fee Applications | 5.7 | $ 2,188.50 |
| Valuation Model Development and Reporting | 5.8 | $ 2,305.00 |
| **Total** | **26.10** | **$ 9,672.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/1/2024 | Boswell, Anne Margaret | Fee Applications | Draft Seventh Interim Fee Application | 1.9 | 370.00 | $703.00 |
| 11/1/2024 | Boswell, Anne Margaret | Fee Applications | Draft Seventh Interim Fee Application continued | 0.7 | 370.00 | $259.00 |
| 11/1/2024 | Boswell, Anne Margaret | Fee Applications | Preparation of the October Monthly Fee Application package | 1.0 | 370.00 | $370.00 |
| 11/6/2024 | Boswell, Anne Margaret | Fee Applications | Prepare Seventh Interim Fee Application | 0.5 | 370.00 | $185.00 |
| 11/8/2024 | Boswell, Anne Margaret | Fee Applications | Finalize October Monthly Fee Application package and send to counsel | 0.5 | 370.00 | $185.00 |
| 11/8/2024 | Boswell, Anne Margaret | Fee Applications | Finalize Seventh Interim Fee Application and send to KMcNally for final review | 0.2 | 370.00 | $74.00 |
| 11/12/2024 | Boswell, Anne Margaret | Fee Applications | Updates to Seventh Interim Fee Application and Exhibits per KMcNally comments | 0.4 | 370.00 | $148.00 |
| 11/12/2024 | McNally, Katheryn | Fee Applications | Review and edit Seventh Interim Fee Application | 0.3 | 635.00 | $190.50 |
| 11/13/2024 | Boswell, Anne Margaret | Fee Applications | Finalize and send Seventh Interim Fee Application to counsel | 0.2 | 370.00 | $74.00 |
| 11/14/2024 | McNally, Katheryn | Communication with Counsel | Call with INasatir to discuss valuation request from carrier | 0.5 | 635.00 | $317.50 |
| 11/14/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss Travelers claim valuation request from counsel | 0.3 | 635.00 | $190.50 |
| 11/14/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with KMcNally to discuss Travelers claim valuation request from counsel | 0.3 | 370.00 | $111.00 |
| 11/14/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Valuation of new and previously valued claims at various verdict values | 1.7 | 370.00 | $629.00 |
| 11/15/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC of updated valuation model as requested by counsel | 0.6 | 370.00 | $222.00 |
| 11/15/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Create summary of valuation for Travelers claims to support mediation per request of counsel | 1.2 | 370.00 | $444.00 |
| 11/15/2024 | McNally, Katheryn | Communication with Counsel | Email correspondence with INasatir re: information request re: Travelers claimants | 0.2 | 635.00 | $127.00 |
| 11/15/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Edits to Travelers claim valuation summary prepared at the request of counsel | 0.3 | 635.00 | $190.50 |
| 11/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, fold into review template, and correspondence to review team re: same | 1.0 | 370.00 | $370.00 |
| 11/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Summarize non-duplicative timely vs. late-filed claims per request of counsel | 0.5 | 370.00 | $185.00 |
| 11/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicative claims per newly received claims from counsel | 0.4 | 370.00 | $148.00 |
| 11/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Respond to outstanding POC review questions from review team | 0.2 | 370.00 | $74.00 |
| 11/19/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.6 | 280.00 | $1,008.00 |
| 11/19/2024 | Cortens, Morgan | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.3 | 305.00 | $396.50 |
| 11/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | QC of review of newly received claims from counsel | 0.9 | 370.00 | $333.00 |
| 11/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicates per newly received claims received from counsel and correspondence with team re: same | 0.4 | 370.00 | $148.00 |
| 11/20/2024 | Boswell, Anne Margaret | Coverage Analysis | QC of Sparta Allocation Summary analysis per request of counsel | 1.0 | 370.00 | $370.00 |
| 11/20/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Updating valuation model for new claimants received from counsel | 1.4 | 370.00 | $518.00 |
| 11/20/2024 | Blum, Brett | Coverage Analysis | Prepare Sparta Allocation Summary analysis per request of counsel | 2.9 | 370.00 | $1,073.00 |
| 11/20/2024 | Blum, Brett | Coverage Analysis | Prepare Sparta Allocation Summary analysis per request of counsel continued | 1.7 | 370.00 | $629.00 |
| **GRAND TOTAL** | | | | **26.10** | | **$9,672.50** |

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | Objection Deadline: February 12, 2024 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD DECEMBER 1, 2024 – DECEMBER 31, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2024 through December 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| December 1, 2024 to December 31, 2024 | |
| --- | --- |
| Fees | $1,924.50 |
| Expenses | $0.00 |
| **Total** | $1,924.50 |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6]This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $0.00 | $7,738.00 |

**Total Unpaid to Date**                    **$7,738.00**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].
[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.
[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.
[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.
[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.
[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

4897-2426-9076.1 05067.002

## NOTICE AND OBJECTION PROCEDURES

6. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $1,539.60 which consists of eighty percent (80%) of Stout's total fees of $1,924.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

 Dated:  January 29, 2024                    Respectfully submitted,

                                             By: /s/ Katheryn McNally
                                             The Claro Group, A Stout Business
                                             1 S. Wacker Drive, Suite 3800
                                             Chicago, IL 60606
                                             Email: kmcnally@stout.com

                                             *Expert Consultant and Expert Witness to the
                                             Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 0.70 | $ 444.50 |
| Blum, Brett | Manager | $ 370.00 | 1.10 | $ 407.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 1.70 | $ 629.00 |
| Ramljak, Danny | Manager | $ 370.00 | 1.20 | $ 444.00 |
| **Total Hours and Fees:** | | | **4.70** | **$ 1,924.50** |
| **Blended Rate:** | | **$ 409.47** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours December 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 2.6 | $ 962.00 |
| Coverage Analysis | 0.7 | $ 444.50 |
| Fee Applications | 1.4 | $ 518.00 |
| **Total** | **4.70** | **$ 1,924.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 12/2/2024 | McNally, Katheryn | Coverage Analysis | Respond to request for data re: Travelers from INasatir | 0.3 | 635.00 | $190.50 |
| 12/3/2024 | Boswell, Anne Margaret | Fee Applications | Preparation of the November Monthly Fee App | 0.9 | 370.00 | $333.00 |
| 12/3/2024 | McNally, Katheryn | Coverage Analysis | Research allocation analysis requested by counsel to the committee and provide update on results | 0.4 | 635.00 | $254.00 |
| 12/4/2024 | Blum, Brett | Claimant File Analysis | Analysis of claimant information per request of counsel | 1.1 | 370.00 | $407.00 |
| 12/4/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of claimant information per request of counsel | 1.2 | 370.00 | $444.00 |
| 12/20/2024 | Boswell, Anne Margaret | Fee Applications | Finalize November Monthly Fee App and send to counsel | 0.5 | 370.00 | $185.00 |
| 12/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel and correspondence with review team re: same | 0.3 | 370.00 | $111.00 |
| **GRAND TOTAL** | | | | **4.70** | | **$1,924.50** |

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: March 13, 2025 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JANUARY 1, 2025 – JANUARY 31, 2025**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2025 through January 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| January 1, 2025 to January 1, 2025 | |
|---|---|
| Fees | $13,147.50 |
| Expenses | $0.00 |
| **Total** | **$13,147.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $7,738.00 | $0.00 |
| 12/1/24 – 12/31/24 | $1,539.60[13] | $0,00 | $0.00 | $1,539.60 |

**Total Unpaid to Date**                                                    **$1,539.60**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $1,924.50 on account of Claro's December 2024 fee statement

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 13, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $10,518.00 which consists of eighty percent (80%) of Stout's total fees of $13,147.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  February 27, 2025                    Respectfully submitted,

                                             By: /s/ Katheryn McNally
                                             The Claro Group, A Stout Business
                                             1 S. Wacker Drive, Suite 3800
                                             Chicago, IL 60606
                                             Email: kmcnally@stout.com

                                             *Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
<u>**Compensation and Hours by Professional**</u>

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 0.20 | $ 127.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 3.30 | $ 2,062.50 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 24.90 | $ 9,213.00 |
| Ramljak, Danny | Manager | $ 370.00 | 1.10 | $ 407.00 |
| Cortens, Morgan | Associate | $ 305.00 | 2.00 | $ 610.00 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 2.60 | $ 728.00 |
| **Total Hours and Fees:** | | | **34.10** | **$ 13,147.50** |
| **Blended Rate:** | | **$ 385.56** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours January 2025 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 10.9 | $ 3,745.50 |
| Coverage Analysis | 20.5 | $ 8,350.00 |
| Fee Applications | 1.1 | $ 460.00 |
| Valuation Model Development and Reporting | 1.6 | $ 592.00 |
| **Total** | **34.10** | **$ 13,147.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Reconcile new claims received from counsel, add to template for staff review and correspondence re: same | 0.7 | 370.00 | $259.00 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC abuser entities and allegation info from newly received claims | 0.4 | 370.00 | $148.00 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Update abuser entity analysis per request of counsel | 3.2 | 370.00 | $1,184.00 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence to MSchwab re: updated abuser entity analysis per request of counsel | 0.3 | 370.00 | $111.00 |
| 1/2/2025 | Schwab, Matt | Claimant File Analysis | QC of updated abuser entity analysis to respond to counsel request | 0.3 | 625.00 | $187.50 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Finalize abuser entity analysis and send to counsel | 0.3 | 370.00 | $111.00 |
| 1/2/2025 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 1.6 | 305.00 | $488.00 |
| 1/8/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC of staff review of newly received claims from counsel | 0.3 | 370.00 | $111.00 |
| 1/27/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, import into ANO review database and correspondence with the review staff re: same | 0.8 | 370.00 | $296.00 |
| 1/29/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 2.6 | 280.00 | $728.00 |
| 1/29/2025 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 0.4 | 305.00 | $122.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab to discuss updated coverage request from counsel | 0.2 | 370.00 | $74.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update claimant coverage allocation analysis per request of counsel | 1.3 | 370.00 | $481.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update coverage analysis per request of counsel | 1.5 | 370.00 | $555.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update coverage analysis per request of counsel continued | 0.7 | 370.00 | $259.00 |
| 1/13/2025 | Schwab, Matt | Coverage Analysis | Call with AMBoswell to discuss updated coverage request from counsel | 0.2 | 625.00 | $125.00 |
| 1/13/2025 | Schwab, Matt | Coverage Analysis | Update and QC updated coverage analysis requested by counsel | 1.3 | 625.00 | $812.50 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update coverage analysis per MSchwab's comments and answer MSchwab's outstanding questions | 1.0 | 370.00 | $370.00 |
| 1/14/2025 | Schwab, Matt | Coverage Analysis | QC updates to updated coverage analysis requested by counsel | 0.2 | 625.00 | $125.00 |
| 1/14/2025 | Boswell, Anne Margaret | Coverage Analysis | Finalize updated coverage analysis and correspondence to counsel re: same | 0.5 | 370.00 | $185.00 |
| 1/17/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab to discuss updated coverage analysis request | 0.5 | 370.00 | $185.00 |
| 1/17/2025 | Schwab, Matt | Coverage Analysis | Work on claimant coverage schedule updates requested by counsel to the committee | 0.6 | 625.00 | $375.00 |
| 1/17/2025 | Boswell, Anne Margaret | Coverage Analysis | Updates to coverage analysis per request of counsel | 0.8 | 370.00 | $296.00 |
| 1/17/2025 | Schwab, Matt | Coverage Analysis | Call with AMBoswell to discuss updated coverage analysis request | 0.5 | 625.00 | $312.50 |
| 1/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Summary of occurrence and aggregate limits for various carrier policies per request of counsel | 1.1 | 370.00 | $407.00 |
| 1/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of total triggered limits by claimant per request of counsel | 2.0 | 370.00 | $740.00 |
| 1/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of total triggered limits by claimant per request of counsel continued | 1.8 | 370.00 | $666.00 |
| 1/21/2025 | Schwab, Matt | Coverage Analysis | Review draft deliverable from AMBoswell regarding updated coverage analysis | 0.2 | 625.00 | $125.00 |
| 1/22/2025 | Boswell, Anne Margaret | Coverage Analysis | Updates to coverage analysis per request of counsel | 2.0 | 370.00 | $740.00 |
| 1/22/2025 | Boswell, Anne Margaret | Coverage Analysis | Updates to coverage analysis per request of counsel continued | 2.3 | 370.00 | $851.00 |
| 1/28/2025 | Boswell, Anne Margaret | Coverage Analysis | Finalize updated coverage analysis and send to counsel | 1.8 | 370.00 | $666.00 |
| 1/8/2025 | Boswell, Anne Margaret | Fee Applications | December Monthly Fee App preparation | 0.6 | 370.00 | $222.00 |
| 1/28/2025 | Boswell, Anne Margaret | Fee Applications | Finalize December Monthly fee app and send to counsel | 0.3 | 370.00 | $111.00 |
| 1/28/2025 | McNally, Katheryn | Fee Applications | Finalize December Monthly Fee App | 0.2 | 635.00 | $127.00 |
| 1/13/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation file for additional claims received from counsel | 0.5 | 370.00 | $185.00 |
| 1/13/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation model for new claimants | 1.1 | 370.00 | $407.00 |
| **GRAND TOTAL** | | | | **34.10** | | **$   13,147.50** |

# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: April 8, 2025 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FEBRUARY 1, 2025 – FEBRUARY 28, 2025**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2025 through February 28, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| February 1, 2025 to February 28, 2025 | |
| --- | --- |
| Fees | **$28,206.50** |
| Expenses | $0.00 |
| **Total** | **$28,206.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
|---|---|---|---|---|
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $7,738.00 | $0.00 |
| 12/1/24 – 12/31/24 | $1,539.60[13] | $0.00 | $1,539.60 | $0.00 |
| 1/1/25 – 1/31/25 | $10,518.00[14] | $0.00 | $0.00 | $10,518.00 |

**Total Unpaid to Date**                                                     **$10,518.00**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $1,924.50 on account of Claro's December 2024 fee statement.

[14] This amount represents 80% of Claro's total monthly fees in the amount of $13,147.50 on account of Claro's January 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 8, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $22,565.20 which consists of eighty percent (80%) of Stout's total fees of $28,206.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  March 25, 2025                          Respectfully submitted,

                                                By: /s/ Katheryn McNally
                                                The Claro Group, A Stout Business
                                                1 S. Wacker Drive, Suite 3800
                                                Chicago, IL 60606
                                                Email: kmcnally@stout.com

                                                *Expert Consultant and Expert Witness to the*
                                                *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.40 | $ 889.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 3.80 | $ 2,375.00 |
| Aiello, Madison | Manager | $ 370.00 | 13.10 | $ 4,847.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 21.20 | $ 7,844.00 |
| Ramljak, Danny | Manager | $ 370.00 | 15.20 | $ 5,624.00 |
| Cortens, Morgan | Associate | $ 305.00 | 7.50 | $ 2,287.50 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 7.30 | $ 2,044.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 8.20 | $ 2,296.00 |
| **Total Hours and Fees:** | | | **77.70** | **$ 28,206.50** |
| **Blended Rate:** | | **$ 363.02** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours February 2025 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 43.5 | $ 14,398.00 |
| Coverage Analysis | 26.8 | $ 10,783.00 |
| Fee Applications | 1.7 | $ 629.00 |
| Valuation Model Development and Reporting | 5.7 | $ 2,396.50 |
| **Total** | **77.70** | **$ 28,206.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Create Count of Claims by Law Firm Summary inclusive of all claims received to date | 2.0 | 370.00 | $740.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of potential duplicates for Count of Claims by Law Firm Summary | 0.6 | 370.00 | $222.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Updates to Count of Claims by Law firm Summary per KMcNally comments and correspondence re: same | 0.8 | 370.00 | $296.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with FRhodes to discuss ANO POC form analysis | 0.7 | 370.00 | $259.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into ANO review template, and correspondence with review team re: same | 0.8 | 370.00 | $296.00 |
| 2/11/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: law firm and duplicates per new claim forms received from counsel | 1.0 | 370.00 | $370.00 |
| 2/11/2025 | Rhodes, Freddie | Claimant File Analysis | Meeting with AMBoswell to discuss ANO POC form analysis | 0.7 | 280.00 | $196.00 |
| 2/11/2025 | McNally, Katheryn | Claimant File Analysis | Prepare claimant summaries to support mediation statement at request of counsel to the committee | 0.7 | 635.00 | $444.50 |
| 2/11/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.0 | 305.00 | $915.00 |
| 2/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of potential duplicates per newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 2/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | Finalize Count of Claims by Law Firm Summary and correspondence to counsel re: same | 0.7 | 370.00 | $259.00 |
| 2/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC staff's analysis of newly received claims from counsel | 3.0 | 370.00 | $1,110.00 |
| 2/12/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation file based on new claims received from counsel | 0.5 | 370.00 | $185.00 |
| 2/12/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to incorporate new claimants received from counsel | 1.0 | 370.00 | $370.00 |
| 2/12/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.2 | 280.00 | $616.00 |
| 2/12/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.5 | 305.00 | $457.50 |
| 2/12/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.8 | 280.00 | $504.00 |
| 2/18/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into review template, and correspondence with review team re: same | 0.9 | 370.00 | $333.00 |
| 2/19/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.3 | 280.00 | $924.00 |
| 2/19/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.2 | 305.00 | $671.00 |
| 2/19/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.8 | 280.00 | $504.00 |
| 2/20/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC staff's analysis of newly received claims from counsel | 1.5 | 370.00 | $555.00 |
| 2/20/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of potential duplicates per newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 2/20/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss updated valuation per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/20/2025 | Ramljak, Danny | Claimant File Analysis | QC staff's analysis of newly received claims from counsel | 1.8 | 370.00 | $666.00 |
| 2/20/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss updated valuation per request of counsel | 0.5 | 370.00 | $185.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/20/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.0 | 280.00 | $560.00 |
| 2/20/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.8 | 305.00 | $244.00 |
| 2/20/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.7 | 280.00 | $1,036.00 |
| 2/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to discuss updated insurance allocations per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Boswell, Anne Margaret | Claimant File Analysis | Internal meeting with DRamljak re: abuser accusation analysis | 0.3 | 370.00 | $111.00 |
| 2/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MAiello and DRamljak to discuss updated allocation runs per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Boswell, Anne Margaret | Fee Applications | Preparation of January Monthly Fee App | 1.3 | 370.00 | $481.00 |
| 2/21/2025 | Ramljak, Danny | Claimant File Analysis | Update abuser accusation analysis for additional claimants received from counsel | 0.9 | 370.00 | $333.00 |
| 2/21/2025 | Ramljak, Danny | Claimant File Analysis | Internal meeting with AMBoswell re: abuser accusation analysis | 0.3 | 370.00 | $111.00 |
| 2/21/2025 | Ramljak, Danny | Coverage Analysis | Call with MAiello and AMBoswell to discuss updated allocation runs per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to discuss updated insurance allocations per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to incorporate new claimants received from counsel | 2.1 | 370.00 | $777.00 |
| 2/21/2025 | McNally, Katheryn | Valuation Model Development and Reporting | QC updated preliminary valuation requested by counsel to the committee | 0.7 | 635.00 | $444.50 |
| 2/21/2025 | Aiello, Madison | Coverage Analysis | Prepare updated claim sets for new claimants received from counsel | 2.8 | 370.00 | $1,036.00 |
| 2/21/2025 | Aiello, Madison | Coverage Analysis | Call with DRamljak and AMBoswell to discuss updated allocation runs per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Schwab, Matt | Valuation Model Development and Reporting | QC of updated valuation file | 0.4 | 625.00 | $250.00 |
| 2/24/2025 | Boswell, Anne Margaret | Coverage Analysis | QC claimant information for updated coverage analysis | 2.0 | 370.00 | $740.00 |
| 2/24/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to discuss updated coverage analysis for counsel | 0.3 | 370.00 | $111.00 |
| 2/24/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to discuss updated coverage analysis for counsel | 0.3 | 370.00 | $111.00 |
| 2/24/2025 | Ramljak, Danny | Claimant File Analysis | Abuser accusation analysis for additional claimants received from counsel continued | 0.5 | 370.00 | $185.00 |
| 2/24/2025 | Ramljak, Danny | Claimant File Analysis | Abuser accusation analysis for additional claimants received from counsel | 3.0 | 370.00 | $1,110.00 |
| 2/24/2025 | Aiello, Madison | Coverage Analysis | Prepare updated claim sets for new claimants received from counsel | 1.6 | 370.00 | $592.00 |
| 2/24/2025 | Aiello, Madison | Coverage Analysis | Run updated allocations for new claimants received from counsel | 3.0 | 370.00 | $1,110.00 |
| 2/26/2025 | Boswell, Anne Margaret | Coverage Analysis | QC updated insurance allocation results per request of counsel | 1.0 | 370.00 | $370.00 |
| 2/26/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to walkthrough updated insurance allocation runs to incorporate new claimants received from counsel | 1.9 | 370.00 | $703.00 |
| 2/26/2025 | Boswell, Anne Margaret | Fee Applications | Finalize January Monthly Fee App package and send to counsel | 0.4 | 370.00 | $148.00 |
| 2/26/2025 | Ramljak, Danny | Coverage Analysis | Analysis of updated allocation results | 0.7 | 370.00 | $259.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/26/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to walkthrough updated insurance allocation runs to incorporate new claimants received from counsel | 1.9 | 370.00 | $703.00 |
| 2/26/2025 | Aiello, Madison | Coverage Analysis | QC updated allocation results per request of counsel | 2.2 | 370.00 | $814.00 |
| 2/27/2025 | Ramljak, Danny | Coverage Analysis | Working session with MAiello re: updated allocation results | 0.2 | 370.00 | $74.00 |
| 2/27/2025 | Aiello, Madison | Coverage Analysis | Running updated allocations per request of counsel | 2.8 | 370.00 | $1,036.00 |
| 2/27/2025 | Aiello, Madison | Coverage Analysis | Working session with DRamljak re: updated allocation results | 0.2 | 370.00 | $74.00 |
| 2/27/2025 | Schwab, Matt | Coverage Analysis | Work on allocation analysis per updated valuation | 1.2 | 625.00 | $750.00 |
| 2/28/2025 | Schwab, Matt | Coverage Analysis | Finalize allocation analysis per updated valuation | 2.2 | 625.00 | $1,375.00 |
| **GRAND TOTAL** | | | | **77.70** | | **$28,206.50** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on March 27, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 27, 2025.

*/s/ Nancy H. Brown*
Nancy H. Brown