# EXHIBIT A

**POST-PETITION REORGANIZATION ADVICES**
**FILE NUMBER: 176960-01**

## SUMMARY OF TOTAL HOURS AND FEES BY PROFESSIONAL

| Name | Title | Practice Area | Year of Admission | Hourly Billing Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|---|
| R. Patrick Vance | Partner | Bankruptcy | 1975 | $490.00 | 153.10 | $75,019.00 |
| Edward D. Wegmann | Partner | Litigation | 1980 | $400.00 | 268.80 | $107,520.00 |
| Elizabeth J. Futrell | Partner | Bankruptcy | 1981 | $490.00 | 97.10 | $47,579.00 |
| Mark A. Mintz | Partner | Bankruptcy | 2008 | $490.00 | 384.80 | $188,552.00 |
| Jeffrey P. Good | Partner | Corporate | 2010 | $400.00 | 6.60 | $2,640.00 |
| Curtis R. Hearn | Partner | Corporate | 1984 | $400.00 | 37.60 | $15,040.00 |
| Jennifer A. Kogos | Partner | Labor & Employment | 1998 | $400.00 | 1.30 | $520.00 |
| Rudolph R. Ramelli | Partner | Tax | 1978 | $400.00 | 8.40 | $3,360.00 |
| David F. Edwards | Partner | Tax | 1972 | $400.00 | 0.50 | $200.00 |
| Allison B. Kingsmill | Partner | Litigation | 2015 | $400.00 | 23.80 | $9,520.00 |
| Ryan E. Johnson | Partner | Litigation | 1999 | $400.00 | 0.20 | $80.00 |
| Jeffrey R. Barber | Partner | Bankruptcy | 1987 | $400.00 | 0.30 | $120.00 |
| Samantha A. Oppenheim | Associate | Bankruptcy | 2018 | $300.00 | 632.60 | $189,780.00 |
| Caroline M. Lee | Associate | Bankruptcy | 2020 | $300.00 | 64.40 | $19,320.00 |
| Marisa Del Turco | Associate | Litigation | 2022 | $250.00 | 55.50 | $13,875.00 |
| Tamra J. Manfredo | Associate | Corporate | 2024 | $250.00 | 44.20 | $11,050.00 |
| Stephanie A. Zolli | Practice Support | Information Technology | N/A | $170.00 | 6.10 | $1,037.00 |
| Melissa E. Hollinger | Practice Support | Information Technology | N/A | $170.00 | 4.50 | $765.00 |
| Bonnie Boudreaux | Practice Support | Information Technology | N/A | $170.00 | 17.40 | $2,958.00 |
| Daniel J. Vogel | Practice Support | Information Technology | N/A | $170.00 | 0.80 | $136.00 |
| Georgette M. Shahien | Paralegal | Litigation | N/A | $170.00 | 135.60 | $23,052.00 |
| Salome A. Rivera | Law Clerk | Bankruptcy | N/A | $170.00 | 6.80 | $1,156.00 |
| **TOTAL** | | | | | **1,950.40** | **$713,279.00** |

#103641296v1

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Code | Project Category | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 900.60 | $300,050.00 |
| B120 | Asset Analysis and Recovery | 7.60 | $3,591.00 |
| B130 | Asset Disposition | 144.10 | $45,372.00 |
| B160 | Fee/Employment Applications | 68.70 | $21,370.00 |
| B170 | Fee/Employment Objections | 1.10 | $330.00 |
| B180 | Avoidance Action Analysis | 0.20 | $98.00 |
| B190 | Other Contested Matters | 310.00 | $124,663.00 |
| B210 | Business Operations | 120.30 | $43,943.00 |
| B260 | Board of Directors Matters | 0.70 | $343.00 |
| B310 | Claims Administration & Objections | 78.60 | $28,716.00 |
| B320 | Plan & Disclosure Statement | 318.40 | $144,778.00 |
| B410 | General Bankruptcy Advice/Opinion | 0.10 | $25.00 |
| | **TOTAL** | **1,950.40** | **$713,279.00** |

## EXPENSE SUMMARY

| **Expenses** (by Category) | Amounts |
|---|---|
| Copy Service | $17.20 |
| Court Record Fees | $171.00 |
| Court Fees | $653.50 |
| Long Distance and Conference Calls | $148.50 |
| Lexis Legal Research | $2,522.85 |
| Trial Transcripts | $2,994.20 |
| Meals | $345.97 |
| Relativity Data Hosting | $22,286.01 |
| Litigation Support | $389.72 |
| **TOTAL** | **$29,528.95** |

#103641296v1