## EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Total Hours<br>Billed in this Application | Total Fees<br>Billed in this Application | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | Billed in this Application | Billed by Firm During Fourteenth Interim Fee Period<br>(11/1/2024 – 2/28/2025)<br>(Excluding Bankruptcy Engagements)[1] |
| Partners | 982.50 | $450,150.00 | $458.17 | $533.38 |
| Associates | 796.70 | $234,025.00 | $293.74 | $355.49 |
| Paralegals | 164.40 | $27,948.00 | $170.00 | $208.38 |
| Law Clerks | 6.80 | $1,156.00 | $170.00 | $273.08 |
| **AGGREGATE:** | 1,950.40 | $713,279.00 | $365.71 | |

---

[1] While Jones Walker used reasonable efforts to separate Bankruptcy and Restructuring matters from other practice group matters, it is possible that there is some overlap between these practice groups and the billings reported herein.

#103641755v1