# EXHIBIT C

## BUDGET

| Code | Project Category | Hours Budgeted | Compensation Budgeted |
|---|---|---|---|
| B120 | Asset Analysis & Recovery | 100.00 | $26,000.00 |
| B130 | Asset Disposition | 300.00 | $78,000.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 20.00 | $5,200.00 |
| B180 | Avoidance Action Analysis | 50.00 | $13,000.00 |
| B260 | Board of Directors Matters | 20.00 | $5,200.00 |
| B210 | Business Operations | 300.00 | $78,000.00 |
| B110 | Case Administration | 1,000.00 | $260,000.00 |
| B310 | Claims Administration & Objections | 500.00 | $130,000.00 |
| B220 | Employee Benefits/Pensions | 50.00 | $13,000.00 |
| B160 | Fee/Employment Applications | 300.00 | $78,000.00 |
| B170 | Fee/Employment Objections | 20.00 | $5,200.00 |
| B230 | Financing/Cash Collections | 20.00 | $5,200.00 |
| B410 | General Bankruptcy Advice | 20.00 | $5,200.00 |
| B190 | Other Contested Matters | 1,000.00 | $260,000.00 |
| B320 | Plan & Disclosure Statement | 1,000.00 | $260,000.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 300.00 | $78,000.00 |
| | **TOTAL** | 5,000.00 | $1,300,000.00 |

## STAFFING PLAN

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work on the Chapter 11 Case and Litigation Matters During the Fourteenth Interim Fee Period | Average Hourly Rate |
|---|---|---|
| Partners | 13 | $450.00 |
| Associates | 6 | $275.00 |
| Paralegals | 6 | $170.00 |
| **TOTAL** | **25** | |

#103641833v1