**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**ORDER APPROVING FOURTEENTH INTERIM APPLICATION OF JONES WALKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

Upon the application [ECF No. __] (the "Application") of Jones Walker LLP ("Jones Walker") for interim approval and allowance of compensation for attorneys' fees in the amount of $713,279.00 and reimbursement of expenses in the amount of $29,528.95 and for payment of the unpaid balance of allowed fees for legal services rendered during the Fourteenth Interim Fee Period; all parties in interest having received adequate notice of the Application; and the Court having reviewed the Application and having found that the professional services provided by Jones Walker during the Fourteenth Interim Fee Period (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case;

**IT IS HEREBY ORDERED** that:

1. The Application is approved as set forth herein, and any objections to the Application not previously withdrawn are hereby overruled;

2. Jones Walker is allowed interim compensation in the amount of $713,279.00 for

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#103641953v1

services rendered and $29,528.95 as reimbursement for actual, reasonable, and necessary expenses incurred during the Fourteenth Interim Fee Period;

3. The Debtor shall pay to Jones Walker the unpaid balance of allowed fees for legal services rendered and expenses incurred during the Fourteenth Interim Fee Period, promptly upon entry of this Order; and

4. This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this ____ day of April, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

#103641953v1