# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Section "A"** |
| | ) | |
| **DEBTOR.**[1] | ) | **Chapter 11** |
| | ) | |

### SUPPLEMENTAL DECLARATION OF W. STEVEN BRYANT
### IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS TO EMPLOY TROUTMAN PEPPER LOCKE LLP,
### SUCCESSOR TO LOCKE LORD LLP, AS CO-COUNSEL

Pursuant to Rule 2014(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**") as well as 28 U.S.C. § 1746, the undersigned, **W. STEVEN BRYANT**,

hereby declares, under penalty of perjury, that the following is true to the best of my knowledge,

information, and belief:

1.        I am a partner at the law firm of Troutman Pepper Locke LLP ("**Troutman**"), with

offices at 300 Colorado Street, Ste. 2100, Austin, Texas 78701. I am admitted, practicing, and a

member in good standing of the bars of the State of Texas, the United States District Courts for

the Southern, Northern, Eastern, and Western Districts of Texas, the United States District Court

for the District of Colorado, and the United States Courts of Appeals for the Third Circuit and the

Fifth Circuit. On October 15, 2020, I was also authorized to appear *pro hac vice* [ECF Doc. No.

488] in the above-styled, Chapter 11 proceeding (the "**Bankruptcy Case**") in the United States

Bankruptcy Court for the Eastern District of Louisiana (the "**Court**"), as co-counsel for the Official

Committee of Unsecured Creditors (the "**Committee**"). I am not aware of any disciplinary

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

143664372v.4

proceedings pending against me. I am authorized to make this *Supplemental Declaration* (the "**Supplemental Declaration**") on behalf of Troutman.

2.      I submit this Supplemental Declaration in support of the *Application of the Official Committee of Unsecured Creditors to Employ Locke Lord LLP as Co-Counsel* [ECF Doc. No. 179] (the "**Application**"), which the Committee filed in the Bankruptcy Case on June 22, 2020. In the Application, the Committee requested that this Court approve the retention of Locke Lord LLP ("**Locke Lord**") as co-counsel to the Committee. This Court approved Locke Lord's retention on July 17, 2020, in its *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 256] (the "**Retention Order**").

3.      I am submitting this Supplemental Declaration to comply with Sections 328 and 1103 of Title 11 of the United States Code (the "**Bankruptcy Code**) and to provide the disclosures mandated by Bankruptcy Rules 2014 and 2016 and Rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Local Rules**"). This Supplemental Declaration supplements the disclosures made in the *Declaration of C. Davin Boldissar in Support of Application of the Official Committee of Unsecured Creditors to Employ Locke Lord LLP as Co-Counsel* [ECF Doc. No. 179-1] (the "**Original Declaration**") submitted with the Application. The Original Declaration was based on the retention checklist originally provided by the Debtor when the Committee selected Locke Lord as its co-counsel (the "**Retention Checklist**"). This Supplemental Declaration relies on an updated retention checklist as well as data Troutman compiled from the publicly available docket in this Bankruptcy Case regarding parties appearing in this proceeding (together, the "**Supplemental Checklist**").[2] Unless otherwise stated

---

[2] A copy of the Supplemental Checklist is attached as **Schedule 1** to this Declaration. Capitalized terms not otherwise defined in this Declaration have the meanings set forth in the Application.

143664372v.4

herein, I have personal knowledge of the facts set forth in this Supplemental Declaration, or I have obtained knowledge of these facts through my role as a partner at Troutman and my review of Troutman's records and the results of Troutman's submitting the Supplemental Checklist to a search of its conflict-check system and related electronic database. If called as a witness, I would testify to the facts in this Supplemental Declaration.

4.       On January 1, 2025, Locke Lord combined with Troutman Pepper Hamilton Sanders LLP ("**<u>Troutman Pepper</u>**"), thereby creating the new combined firm of Troutman. Because of this combination, Troutman now has multiple client relationships (both current and former), as well as many other, additional connections to various entities and persons, that the predecessor firm of Locke Lord did not have. Additionally, since the Original Declaration was issued, Troutman (as well as its predecessor firms, Locke Lord and Troutman Pepper) have: (i) retained many new attorneys (including associates, counsel, and partners), (ii) obtained new and/or updated information about the parties-in-interest appearing in this Bankruptcy Case and Troutman's (and its predecessor firms') connections with those parties-in-interest, and/or (iii) entered into new client engagements and terminated old ones.

5.       The January 1, 2025 combination, as well as these other developments, merit supplementing the disclosures in the Original Declaration with the disclosures in this Supplemental Declaration. Troutman will continue to apply its disclosure procedures, as described in the Application and Original Declaration, during the pendency of this Bankruptcy Case. If any information disclosed in this Supplemental Declaration requires further amendment, supplementation, and/or modification, then Troutman will submit such additional or further supplemental declarations to the Court reflecting such amended, supplemented, or modified information once Troutman completes its analysis and as additional information about parties-in-

3

interest becomes available from time to time. I am submitting this Supplemental Declaration in the interest of full disclosure.

6.      The chart attached as **Schedule 2** to this Supplemental Declaration (the "**Connections Schedule**") lists additional parties-in-interest for whom, or for whose affiliates, Troutman currently acts as counsel (or formerly acted as counsel) or has other disclosable connections. These additional parties-in-interest, and the disclosures regarding them that appear in **Connections Schedule**, supplement the disclosures in the Original Declaration. Troutman believes that these supplemental representations and disclosures have not, and will not, affect Troutman's continued representation of the Committee in the Bankruptcy Case.

7.      In addition to the supplemental disclosures appearing in the Connections Schedule, Troutman also separately discloses the following additional connections identified from the Supplemental Checklist:

a.  **Jones Walker**: Before the January 1, 2025 combination, Troutman Pepper provided government relations and lobbying services to Jones Walker LLP ("**Jones Walker**")—principally in North Carolina. Jones Walker is current counsel to the Roman Catholic Church of the Archdiocese of New Orleans, the debtor and debtor-in-possession (the "**Debtor**") in the Bankruptcy Case. Jones Walker's engagement of Troutman Pepper was not related in any way to the Debtor or this Bankruptcy Case. The Jones Walker/Troutman Pepper engagement concluded several years before the combination occurred, and the principal Troutman Pepper attorney responsible for this engagement left Troutman Pepper in 2020. As of the date of this Supplemental Declaration, Jones Walker is not a Troutman client, and Troutman does not intend to represent Jones Walker in any matter while the Bankruptcy Case remains pending.

b.  **Insurers**: Troutman (like its predecessor firms) is a leading provider of legal services to the insurance and reinsurance industries. Troutman's insurance clients range from publicly traded, international insurers and reinsurers, to mutual insurers, to commercial and investment banks participating in the insurance industry, and even to family-owned insurance agencies. The following parties described as "**Insurers**" in the Supplemental Checklist are either (i) current or former Troutman clients or (ii) affiliates or parties otherwise related to current or former Troutman clients:

4

| INSURERS | | |
|---|---|---|
| Blue Cross and Blue Shield of Louisiana | Centennial Insurance Company | Excess Insurance Company |
| First State Insurance Company | Hiscox, Inc. Insurance Company | Ironshore Insurance Company |
| Liberty Mutual Insurance Co. | Lombard Insurance Company | Nationwide Mutual Insurance Company |
| Safety National | Twin City Fire Insurance Company | United Healthcare Insurance Co. |
| United Health BP | Zurich Insurance Company | |

Troutman's representations of these Insurers are wholly unrelated to the Bankruptcy Case. Troutman has not represented any insurer-clients in the Bankruptcy Case and does not intend to represent any such insurer-clients in the future. The Committee relies instead on Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), co-counsel to Troutman, to represent the Committee in any contested matters that involve the Insurers and to serve as the Committee's conflicts counsel with respect to any Insurers. Troutman does not represent the Committee on any such matters. For these reasons, Troutman believes that its continuing representation of certain Insurers in unrelated matters has not, and will not, affect its continued representation of the Committee in the Bankruptcy Case.

c.  <u>Catholic Charities Archdiocese Legal Network, Washington DC</u>: For several years, various Troutman Pepper attorneys based in its Washington, DC office have helped the Catholic Charities Archdiocese Legal Network (the "**Network**") connect individual, pro bono clients with volunteer attorneys. Based in Washington, DC, the Network provides pro bono legal services and access to volunteer attorneys to needy residents of the District of Columbia and surrounding counties in the State of Maryland. As part of its intake services, Troutman Pepper attorneys typically review the cases of potential pro bono clients and help assign qualified cases to volunteer lawyers willing to accept them. Troutman Pepper does **not** provide legal advice or other legal services directly to the Network. At all times, Troutman Pepper's intake services were—and are—unrelated to the Debtor or to these Bankruptcy Cases. Given these circumstances, Troutman believes the services it provides the Network have not, and will not, affect its continued representation of the Committee in the Bankruptcy Case.

8.      Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I continue to believe that (i) Troutman does not hold or represent an interest adverse to the Committee, the Debtor, or its bankruptcy estate in the matters upon which Troutman is employed and (ii) Troutman remains "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

* * * *

5

143664372v.4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 27, 2025.
       Austin, Texas

*/s/ W. Steven Bryant*
W. STEVEN BRYANT

# SCHEDULE 1

## POTENTIAL PARTIES-IN-INTEREST

## INDEX

| Schedule | Category |
|---|---|
| 1(A) | **DEBTOR** |
| 1(B) | **OFFICERS, BOARD, COUNCIL AND COMMITTEE MEMBERS** |
| 1(C) | **CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTOR** |
| 1(D) | **LENDERS** |
| 1(E) | **LITIGATION PARTIES AND CLAIMANT COUNSEL** |
| 1(F) | **GOVERNMENTAL - REGULATORY** |
| 1(G) | **TOP 20 CREDITORS** |
| 1(H) | **INSURERS** |
| 1(I) | **PROFESSIONALS THAT PROVIDE SERVICES TO THE DEBTOR** |
| 1(J) | **MAJOR UTILITY PROVIDERS** |
| 1(K) | **BONDHOLDERS - TRUSTEE OF BONDHOLDERS** |
| 1(L) | **CONTRACT PARTIES** |
| 1(M) | **U.S. TRUSTEE, JUDGE FOR THE EASTERN DISTRICT OF LOUISIANA, FUTURE CLAIMS REPRESENTATIVE** |

## <u>SCHEDULE 1(A)</u>

### <u>Debtor</u>

The Roman Catholic Church of the Archdiocese of New Orleans

## SCHEDULE 1(B)

### Officers, Board, Council and Committee Members

Mr. Rodney J. Abele, Jr.
Ms. Marguerite L. Adams, Esq.
Very Rev. Peter O. Akpoghiran, J.C.D.
Most Rev. Gregory M. Aymond, D.D,
Ms. Emily Marcotte Barilleau
Very Rev. Patrick Carr, Vicar General
Mr. Joseph Carrere
Mr. Mason G. Couvillon
Most Rev. Fernand J. Cheri, III, O.F.M,V.G.
Deacon Ron Drez, Jr.
Mr. Terry A. DuFrene
Mr. Lloyd E. Eagan, Jr.
Mr. Jeffery J. Entwisle
Mr. Paul L. Fine
Mr. William F. Finegan
Mr. Octave J. Francis, III
Mr. Todd R. Gennardo
Mr. Alex Gershanik
Ms. Kathleen R. Hebert
Ms. Catherine B. Howard
Mr. Cory Howat
Ms. Mary S. Johnson
Mr. Robert D. Munch, Jr.
Ms. Raechelle Munna, Esq.
Ms. Dina B. Riviere
Mr. Mark Rodi
Mr. Lloyd A. Tate
Mr. Jeffray A. Teague
Mr. Calvin S. Tregre
Mr. St. Denis J. Villere
Rev. Otis W. Young, Jr.

## SCHEDULE 1(C)

### Current and Recent Former Entities Affiliated with the Debtor

**Parishes**:

All Saints Roman Catholic Church, New Orleans, Louisiana
Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
Ascension of Our Lord Roman Catholic Church, LaPlace Louisiana
Assumption of Mary Roman Catholic Church, Avondale, Louisiana
Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
Blessed Sacrament — St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
Christ the King Roman Catholic Church, Gretna, Louisiana
Congregation of the Mission Western Province, Louisiana (St. Joseph)
Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
Divine Mercy Roman Catholic Church, Kenner, Louisiana
Good Shepherd Roman Catholic Church, New Orleans, Louisiana
Holy Family Roman Catholic Church, Luling, Louisiana
Holy Family Roman Catholic Church, Franklinton, Louisiana
Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
Holy Spirit Roman Catholic Church, New Orleans, Louisiana
Immaculate Conception Roman Catholic Church, Marrero, Louisiana
Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
Most Holy Trinity Roman Catholic Church, Covington, Louisiana
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
Our Lady of Guadalupe Church & Shrine of St. Jude
Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
Our Lady of Perpetual Help Roman Catholic Church, Belle Chase, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
Our Lady of Prompt Succor Church Roman Catholic Church, Chalmette, Louisiana
Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana
Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
St. Agnes Roman Catholic Church, Jefferson, Louisiana

St. Agnes le Thi Thanh Roman Catholic Church, Marrero, Louisiana
St Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
St. Angela Merici Roman Catholic Church, Metairie, Louisiana
St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
St. Anselm Roman Catholic Church, Madisonville, Louisiana
St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
St. Anthony Roman Catholic Church, Gretna, Louisiana
St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
St. Augustine Roman Catholic Church, New Orleans, Louisiana
St. Benedict Roman Catholic Church, Covington, Louisiana
St. Benilde Roman Catholic Church, Metairie, Louisiana
St. Bernard Roman Catholic Church, St. Bernard, Louisiana
St. Bonaventure Roman Catholic Church, Avondale, Louisiana
St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
St. Christopher the Martyr Roman Catholic Church, Metairie, Louisiana
St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
St. Cletus Roman Catholic Church, Gretna, Louisiana
St. David Roman Catholic Church, New Orleans, Louisiana
St. Dominic's Roman Catholic Church, New Orleans, Louisiana
St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
St. Gabriel Roman Catholic Church, New Orleans, Louisiana
St. Genevieve Roman Catholic Church, Slidell, Louisiana
St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
St. Hubert Roman Catholic Church, Garyville, Louisiana
St. James Major Roman Catholic Church, New Orleans, Louisiana
St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
St. Jerome Roman Catholic Church, Kenner, Louisiana
St. Joachim Roman Catholic Church, Marrero, Louisiana
St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
St. John Bosco Roman Catholic Church, Harvey, Louisiana
St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
St. John the Baptist Roman Catholic Church, Edgard, Louisiana
St. John the Baptist Roman Catholic Church, Paradis, Louisiana
St. John the Baptist Roman Catholic Church, Folsom, Louisiana
St. Joseph Roman Catholic Church, Algiers, Louisiana
St. Joseph Roman Catholic Church, Gretna, Louisiana
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Katherine Drexel Roman Catholic Church New Orleans, Louisiana
St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
St. Louis Cathedral
St. Louis King of France Roman Catholic Church, Metairie, Louisiana
St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana

St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
St. Mark Roman Catholic Church, Ama, Louisiana
St. Martha Roman Catholic Church, Harvey, Louisiana
St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
St. Mary's Roman Catholic Church, New Orleans Louisiana
St. Matthew The Apostle Roman Catholic Church, River Ridge, Louisiana
St. Patrick's Roman Catholic Church, New Orleans, Louisiana
St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
St. Paul The Apostle Parish Roman Catholic Church, New Orleans, Louisiana
St. Peter's Roman Catholic Church, Covington, Louisiana
St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
St. Peter Roman Catholic Church, Reserve, Louisiana
St. Philip Neri Roman Catholic Church, Metairie, Louisiana
St. Pius X Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, New Orleans, Louisiana
St. Rita Roman Catholic Church, Harahan, Louisiana
St. Rosalie Roman Catholic Church, Harvey, Louisiana
St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana
St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana
Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
Society of the Redemptorist (St. Anthony)
Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

**<u>Churches</u>**:

Christ the King Church
Corpus Christi-Epiphany Church
Divine Mercy Church
Good Shepherd Parish St Stephen Church
Holy Family Church (Franklinton)
Holy Family Church (Luling)
Holy Name of Jesus Church
Holy Name of Mary Church
Holy Spirit Church
Immaculate Conception Church (Marrero)
Immaculate Conception Church (New Orleans)
Infant Jesus of Prague Mission
Mary Queen of Peace Church
Mary Queen of Vietnam Church
Mater Dolorosa Church
Most Holy Trinity Church
Our Lady of Divine Providence Church
Our Lady of Grace Church
Our Lady of Guadalupe (Shrine of St. Jude)

Our Lady of La Vang Mission
Our Lady of Lourdes Church (Slidell)
Our Lady of Lourdes Church (Violet)
Our Lady of Perpetual Help Church (Belle Chasse)
Our Lady of Perpetual Help Church (Kenner)
Our Lady of Prompt Succor Church (Chalmette)
Our Lady of Prompt Succor Church (Westwego)
Our Lady of the Angels Church
Our Lady of the Holy Rosary Church
Our Lady of the Lake Church
Our Lady of the Rosary Church
Our Lady Star of the Sea Church
Resurrection of Our Lord Church
Sacred Heart Church
Sacred Heart of Jesus Church
St. Agnes Church
St. Agnes Le Thi Thanh Church
St. Alphonsus Church
St. Andrew the Apostle Church
St. Angela Merici Church
St. Ann Church and Shrine
St. Ann Mission
St. Anselm Church
St. Anthony Church
St. Anthony Mission
St. Anthony of Padua Church (Luling)
St. Anthony of Padua Church (New Orleans)
St. Augustine Church
St. Benedict Church
St. Benilde Church
St. Bernard Church
St. Bonaventure Church
St. Catherine of Siena Church
St. Charles Borromeo Church
St. Christopher the Martyr Church
St. Clement of Rome Church
St. Cletus Church
St. David Church
St. Dominic Church
St. Edward the Confessor Church
St. Francis of Assisi Church
St. Francis Xavier Church
St. Gabriel the Archangel Church
St. Genevieve Church
St. Gertrude Church
St. Hubert Church

St. James Major Church
St. Jane de Chantal Church
St. Jerome Church
St. Joachim Church
St. Joan of Arc Church (LaPlace)
St. John Bosco Church
St. John of the Cross Church
St. John the Baptist Church (Edgard)
St. John the Baptist Church (Folsom)
St. John the Baptist Church (New Orleans)
St. John the Baptist Church (Paradis)
St. Joseph Church (Algiers)
St. Joseph Church (New Orleans)
St. Joseph Church and Shrine on the Westbank
St. Joseph the Worker Church
St. Katharine Drexel Church
St. Louis Cathedral-Basilica
St. Louis King of France Church
St. Luke the Evangelist Church
St. Margaret Mary Church
St. Maria Goretti Church
St. Mark Church
St. Martha Church
St. Mary Magdalen Church
St. Mary of the Angels Church
St. Mary's Assumption Church
St. Mary's Chapel (St. Mary's Assumption)
St. Mary's Church (St. Louis Cathedral-Basilica)
St. Matthew the Apostle Church
St. Michael the Archangel Mission
St. Nicholas of Myra Mission
St. Patrick Church (New Orleans)
St. Patrick Church (Port Sulphur)
St. Paul the Apostle Church
St. Peter Cemetery (St. Peter Church Reserve)
St. Peter Church (Covington)
St. Peter Church (Reserve)
St. Peter Claver Church
St. Philip Neri Church
St. Pius X Church
St. Pius X Mission
St. Raymond-St. Leo the Great Church
St. Rita Church (Harahan)
St. Rita Church (New Orleans)
St. Rosalie Church
St. Theresa of Avila Church

St. Thomas Church - Assumption of Our Lady Mission
Sts. Peter and Paul Church
Transfiguration of the Lord Church
Visitation of Our Lady Church

**<u>Archdiocesan High Schools</u>**:

Academy of our Lady St. Scholastica Academy
Archbishop Chapelle High School
Archbishop Hannan High School
Archbishop Shaw High School
Archbishop Rummel High School
Holy Rosary Academy High School
Pope John Paul II High School
St. Charles Catholic High School
St. Michaels Special School
St. Scholastica Academy

**<u>Parish Schools</u>**:

Academy of Our Lady
Annunciation School
Ascension of Our Lord School
Christ the King School
Holy Family Pre-School
Holy Name of Jesus School
Holy Rosary Academy (Closed)
Immaculate Conception School
Mary Queen of Peace School
Our Lady of Divine Providence School (Closed)
Our Lady of Lourdes School
Our Lady of Perpetual Help School (Belle Chasse)
Our Lady of Perpetual Help School (Kenner)
Our Lady of Prompt Succor School (Chalmette)
Our Lady of Prompt Succor School (Westwego)
Our Lady of the Lake School
Resurrection of Our Lord School
Sacred Heart of Jesus School (Closed)
St. Alphonsus School
St. Andrew the Apostle School
St. Angela Merici School
St. Ann School
St. Anthony Pre-School
St. Anthony School
St. Benilde School
St. Catherine of Siena School
St. Charles Borromeo School

St. Christopher the Martyr School
St. Clement of Rome School
St. Cletus School
St. Dominic School
St. Edward the Confessor School
St. Elizabeth Ann Seton School
St. Francis Xavier School
St. Joan of Arc School (LaPlace)
St. Joan of Arc School (New Orleans)
St. Leo the Great School
St. Louis King of France School
St. Margaret Mary School
St. Mary Magdalen School
St. Matthew the Apostle School
St. Michael School
St. Peter Claver School (Closed)
St. Peter School (Covington)
St. Peter School (Reserve)
St. Philip Neri School
St. Pius X School
St. Rita School (Harahan)
St. Rita School (New Orleans)
St. Rosalie School
St. Stephen School
The Good Shepherd Nativity Mission School
Visitation of Our Lady School

**Other Non-Debtor Entities and Former Entities**:

Academy of the Sacred Heart School
Annunciation Inn Apartments (Christopher Homes)
Archdiocese of New Orleans Chancery
Archdiocese of New Orleans Priests
Archdiocese of New Orleans Retreat Center
Blessed Seelos Center
Brother Martin High School
Cabrini High School
Camp Abbey Retreat Center
Catholic Charismatic Renewal
Catholic Charities Archdiocese of New Orleans
Catholic Foundation of the Archdiocese of New Orleans, Inc.
Center of Jesus the Lord at Our Lady of Good Counsel
Christian Brothers School City Park Campus
Christian Brothers School St. Anthony Campus
Christopher Homes, Inc.
Christopher Inn (Christopher Homes)
Clarion Herald Publishing Co., Inc.

Daughters of Our Lady of the Holy Rosary
De La Salle High School
Delille (Christopher Homes)
Discalced Carmelite Nuns
Hanmaum Korean Catholic Chapel
Holy Cross High School
Holy Cross Middle School
Holy Cross Primary School
Holy Family Summer Camp
Hope House
Jesuit High School
Loyola University New Orleans
Louisiana Conference of Catholic Bishops
Louisiana Pro Life Counsel
Mater Dolorosa Apartments (Christopher Homes)
Metairie Manor Dietary (Christopher Homes)
Metairie Manor I, II, III (Christopher Homes)
Mount Carmel Academy
Nazareth Inn I and II (Christopher Homes)
New Orleans Catholic Cemeteries
Notre Dame Health System (Chateau de Notre Dame)
Notre Dame Seminary and Graduate School of Theology
Our Lady of Lourdes Bingo
Our Lady of Lourdes Summer Camp
Ozanam Inn
Place Dubourg (Christopher Homes)
Project Lazarus
Roquette Lodge Dietary (Christopher Homes)
Rosaryville Spirit Life Center
Rouquette Lodge (Christopher Homes)
School Food and Nutrition Services of New Orleans, Inc. (Locations)
School Food and Nutrition Services of New Orleans, Inc. (Office)
Second Harvest Food Bank of Greater New Orleans and Acadiana
Southern Dominican Province
St Luke Summer Camp
St. Anthony's Gardens
St. Augustine High School
St. Benard Manor (Christopher Homes)
St. Benedict the Moor School
St. John Berchman Manor (Christopher Homes)
St. Joseph's Abbey Church
St. Joseph Seminary College
St. Katharine Drexel Preparatory School
St. Mary's Academy of the Holy Family
St. Mary's Dominican High School
St. Martin Manor (Christopher Homes)

The St. Paul's High School
St. Teresa's Villa (Christopher Homes)
St. Therese Academy
Society of St. Teresa
Society of St. Vincent de Paul
Stella Maris Apostleship of the Sea
Stuart Hall School for Boys
Tulane Catholic Center
University of Holy Cross
University of New Orleans Newman Center
Ursuline Academy
Villa St. Maurice (Christopher Homes)
Willwoods Community
Wynhoven Apartments I and II (Christopher Homes)

## SCHEDULE 1(D)

### Lenders

Dell Financial SVC, LP
KS State Bank Hancock
Hancock Whitney Bank
The Bank of New York Trust Co NA

## SCHEDULE 1(E)

### Litigation Parties and Claimant Counsel

[Redacted] C/O Sherman-Denenea, L.L.C.
ABC Insurance Company (foreign insurance company)
Amanda Gibson
American Mutual Insurance Company
Andrew Cupit
Archbishop Gregory M. Aymond
Asbestos Corporation, Ltd.
AT&T Corporation
B.L.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Bethany Echelard, Kyle Echelard, & [REDACTED]
Bishop Douglas Deshotel, DD
Burmaster Land & Development Company, LLC
C.L.
Catholic Charities Archdiocese of New Orleans
Centennial Insurance Company
Christopher Edward Brown, Jr., Christopher Edward Brown, Sr., & Lisa Brown
Claims Resolution Management Corporation
CSR, Ltd.
Deacon George Brignac
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Eagle, Inc.
Employee(s) of Pope John Paul II High School
[REDACTED] C/O Sherman-Denenea, L.L.C.
Eric Reynolds
Ernest Riley
Excess Insurance Company
[REDACTED] C/O Sherman-Denenea, L.L.C.
Father Henry Brian Highfill
Father James Hurley f/k/a Brother James Hurley
Father Kenneth Hamilton
Father Lawrence A. Hecker
Father Michael Fraser
Father Paul Calamari
Frank Monica
Gayle M. Bartholomew
[REDACTED] C/O Sherman-Denenea, L.L.C.
Guard-Line, Inc.
Harold Thomas Ehlinger
Holy Cross College, Inc. d/b/a Holy Cross School
Holy Guardian Angels Church
Insurance Company of North America

Kyle Bourgeois & [REDACTED]
Lombard Insurance Company
Louisiana Restaurant Association Self Insurer's Fund
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Jane Doe (identity unknown)
[REDACTED] C/O Father John Brown, S.J.
[REDACTED] C/O Elizabeth B. Carpenter Law Firm
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
[REDACTED] C/O Law Offices of Andre P. LaPlace
John Doe II (foreign insurance corporation)
John Doe III (foreign insurance corporation)
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
Joseph Hebert
Joseph Messina, Jr., Gail Sonnier Messina, Jason Carl Messina, & Ryan Scott Messina
Kaitlyn Aubrey Luminais
[REDACTED] C/O Sherman-Denenea, L.L.C.
Lakeisha Nady
Linda Lee Stonebreaker
Melissa B. Adams
Melissa Blunt
[REDACTED] C/O Sherman-Denenea, L.L.C.
Mikkal Peterson
Neal Alan Pollet
[REDACTED] C/O Ardoin, McKowen & Ory, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
[REDACTED] C/O Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Philmat, Inc.
Pope John Paul II High School
[REDACTED] C/O Lamothe Law Firm, LLC
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Sherman-Denenea, L.L.C.
[REDACTED] C/O Lamothe Law Firm, LLC
Salesians of Don Bosco, Eastern Province in the USA d/b/a Salesian Society, Inc.
School Sisters of Notre Dame, Central Pacific Province f/k/a School Sisters of Notre Dame, Dallas
Province

143664372v.4

[REDACTED] c/o The Hayes Law Firm, PLC
Shaye R. Lirette
Spencer Butler
St. Bernard Parish Recreation Department
St. Charles Catholic High School
St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
St. Mary's Academy of the Holy Family
St. Paul Fire & Marine Insurance Company
[REDACTED] c/o Lamothe Law Firm, LLC
Taylor-Seidenbach, Inc.
The Archdiocese of New Orleans Indemnity, Inc.
The Catholic Mutual Relief Society of America
The Congregation of the Holy Spirit, Province of the United States
The Holy See (Vatican City State)
The McCarty Corporation
The Roman Catholic Church of the Archdiocese of New Orleans
The Society of the Divine World, Southern Province of St. Augustine
The Society of the Roman Catholic Church of the Diocese of Lafayette
[REDACTED]C/O Sherman-Denenea, L.L.C.
[REDACTED]C/O Sherman-Denenea, L.L.C.
Union Carbide Corporation
USA Central and Southern Province, Society of Jesus
Vincent Caminita, Jr., Misty Caminita, & [REDACTED]
Warren Deemer & Mary Deemer
Westchester Fire Insurance Company
Zurich Insurance Company
John H. Denenea, Esq.
Frank J. D'amico Jr.
Herman, Herman, and Katz, LLC
Soren E. Gisleson
Joseph E. Cain
Ryan P. Monsour
Richard C. Trahant
Damon J. Baldone And Associates
Damon J. Baldone
Stephen M. Huber Esq.
Roger A. Stetter Esq.
Robert C. Jenkins Esq.
Frank E. Lamothe Iii Esq.
Elizabeth B. Carpenter Esq.
Felecia Y. Peavy, Esq.
Benjamin T. Sanders
Matthew R. Fransen
Colvin Law Firm
Kristi S. Schubert
The Hayes Law Firm Plc

Dashawn Hayes
Gainsburgh. Benjamin. David. Meunier and Warshauer LLC
Ketterer Browne and Anderson
Derek T. Braslow
Ardoin, McKowen, and Ory LLC
David W. Ardoin Esq.
Ryan P. Monsour
Phillips and Cohen LLP
Peter W. Chatfield
Amy L. Easton
Luke J. Diamond
Jeffrey W. Dickstein
Arata Law Office LLC
Ava Law Group Inc
Aylstock Witkin Kreis & Overholtz PLLC
Breazeale Sachse & Wilson LLP
Bruno & Bruno, LLP
Chris Edmunds Law Office
Couhig Partners, LLC
Delacroix & Delacroix LLC
Evan Park Howell III
George G. Angelus, PLC
Gregory A. Pletsch & Associates (A Professional Law Corp)
Larzelere Picou Wells Simpson Lonero LLC
Law Office Of Miguel A. Elias
Law Office Of Regina Scotto Wedig LLC
Law Offices Of Frank J D'amico Jr.
Lewis Kullman Sterbcow & Abramson
Miguel A Elias On Behalf Of Interested Party FR. JB.
N. Frank Elliot III, LLC
Newman Mathis Brady & Spedale
Robinson Law Offices LLC
Russell Pottharst
Sher Garner Cahill Richter Klein & Hilbert LLC
Kim M. Braud
Taylor Townsend LLC
The Caluda Group LLC
Vasquez Law
Wayne Jablonowski APLC

## SCHEDULE 1(F)

## Governmental - Regulatory

City Of New Orleans
Environmental Protection Agency
Internal Revenue Service
Louisiana Department of Revenue
Louisiana Department of Environmental Quality
Louisiana Department of Insurance
Louisiana Department of Motor Vehicles
Louisiana Public Facilities Authority
Louisiana Workforce Commission
Louisiana Department of Justice
Louisiana Department of Labor
Occupational Safety and Health Administration
Terrebonne Parish Sheriff And Ex Officio Tax Collector
U.S. Department of Labor
U.S. Department of Justice
U.S. Department of The Treasury
Vermont Department of Financial Regulation

**SCHEDULE 1(G)**

**Top 20 Creditors**

1.    Hancock Whitney Bank

2.    Optumrx for Rx Claims

3.    Ochsner Health System

4.    [REDACTED]

5.    Advanced Reconstructive Care

6.    Meitler Consultants, Inc.

7.    Gallagher Benefit Services, Inc.

8.    Amerigroup LA

9.    LUBA Casualty Insurance Co.

10.   Louisiana Children's Medical Center

11.   White Oak Consulting

12.   Badia Moro Hewett Architects LLC

13.   Corass Electrical Service

14.   Entergy

15.   Hahn Enterprises, Inc.

16.   Atmos Energy Louisiana

17.   Wright National Flood Insurance Co.

18.   DKI Office Furniture & Supplies

19.   BSN Sports

20.   [REDACTED]

## SCHEDULE 1(H)

### Insurers

AIG Insurance Company
Bedivere Insurance Company
Berkley Crime
Catholic Mutual Relief Society of America
Church Mutual Insurance Company
Employers Liability Assurance Corporation
Fidelity & Guaranty Insurance Underwriters, Inc.
First City Fire Insurance
First State Insurance Company
Founders Insurance Co.
Hiscox, Inc. Insurance Company
Ironshore Insurance Company
Liberty Mutual Insurance Co.
NAS Insurance
Nationwide Mutual Insurance Company
Safety National
Sparta Insurance Company
The Archdiocese of New Orleans Indemnity, Inc.
Travelers Insurance
Twin City Fire Insurance Company
United Health BP
United States Fidelity & Guaranty Company
United States Fire Insurance Company

## SCHEDULE 1(I)

### Professionals that Provide Services to the Debtor and Commercial Committee

Arthur J. Gallagher Risk Management Services, Inc.
Jones Walker LLP
UMR, Inc.
Blank Rome LLP
Keegan Linscott & Associates, PC
Carr, Riggs & Ingram, LLC
Stewart Robins Brown & Altazan, LLC
Dundon Advisers, LLC
Kroll, LLC

### Investment Managers:

ABS Offshore
Harding Loevner International Equity
Harvest MLP Income Fund
Lazard International Equity
Reinhart Partners
Rhumbline Large Cap Index
Rhumbline Mid Cap Index
Rice Hall James Small/Mid Growth
Rimrock High Income Plus
Siguler Guff Distresed REOF II
Siguler Guff DOF III
Siguler Guff DOF IV
Tortoise
Vaughan Nelson Small Cap Value
VIA Energy III
Voya Global Real Estate Fund
WCM Focused Growth International Equity

143664372v.4

**SCHEDULE 1(J)**

**Major Utility Providers**

Allfax
AT&T
ATMOS ENERGY
CABLE ONE
CENTURYLINK
CHARTER COMMUNICATIONS
City of Covington
City of Slidell
CLECO POWER LLC
Coastal Environment
COMPUCAST
COX BUSINESS
COX COMMUNICATIONS
EATEL
ELECTRICAL SALES CORP
Excel LD
HUNT TELECOMMUNICATIONS LLC
JEFFERSON PARISH DEPT. OF WATER
MAHATEL, LLC
NelNet Business Solutions
NEWWAVE COMMUNICATIONS
Nextel - Sprint
NOLA BROADBAND INC.
NTS COMMUNICATIONS
Protection One / ADT
Reserve Telecommunications
River Parish Disposal
SEWERAGE & WATER BOARD OF N.O.
SOUTHERN NETWORKING SERVICES LLC
SPARKLIGHT
SPECTRUM BUSINESS
ST. JOHN THE BAPTIST PARISH UTILITIES
SWYFT CONNECT
TAMMANY UTILITIES
UTILITIES INC. OF LOUISIANA
Verizon Wireless
VI COMMUNICATIONS INC.
WASHINGTON-ST. TAMMANY ELECTRIC COOPERATIVE, INC.
WASTE CONNECTIONS BAYOU INC.
WASTE MANAGEMENT
WINDSTREAM

143664372v.4

## **SCHEDULE 1(K)**

### **Bondholders — Trustee of Bondholders**

Argent Institutional Trust Company
Kevin M. Dobrava

## **SCHEDULE 1(L)**

### **Contract Parties**

First Bank & Trust
Academy Real Estate, LLC
Ads Systems LLC
Adt Commercial
Alarm Detection & Suppression Systems Contractors, LLC
American Office Supplies
Arch Of New Orleans
Blue Cross And Blue Shield Of Louisiana
Bourgeois Bennett
Bradford & Marzec LLC
Capitelli & Wicker
Captrust
CF Biggs Co. Inc.
Champagne Elevator
Chemsearch, Inc.
Christmount
Cintas
Circle Lake Retreat Center
Conduent Image Solutions
Corvus Janitorial Supplies
Crescent Payroll Solutions, Inc.
Dirty Laundry
Discovery Benefits, Inc.
Eagle Hurst Ranch
Elevator Technical Services, Inc.
Gallagher Benefit Services, Inc.
Gallo Mechanical Services, LLC
Guillory Sheet Metal Works
Hancock Bank Of Louisiana, New Orleans
Harvest Fund Advisors LLC
Hunt Telecom, LLC
Insight Knowledgement Management Systems
Iron Mountain Information Management Inc.
Johnson Controls Fire Protection LP
Johnson Lambert LLP
Kane (USA), Inc.
Kar
Kleinpeter, Gary
Kone
Konica Minolta Premier Finance
Kushner & Lagraize LLC
Impacted Enrollment Consulting LLC
Magnolia Plantation

Marywood Retreat & Conference Center
Mercier Realty & Investment Company
Milliman
Nacome Camp & Retreat Center
New Orleans Pest Management
Orkin Pest Control
Parishsoft LLC
Pinnacle Elevator, LLC
Point Au Fer Island, L.L.C.
Point Au Fer, LLC
Pratt Landry Associates, Inc.
Primmer Piper Eggleston & Cramer PC
Public Storage
Ray Bros., Inc.
Ready Power
Red Hawk Fire & Security
Republic Services, Inc.
River Parish Disposal
Royal Crown Coffee
Rumbelow Consulting
Sci La
Selection.Com
Simplex Grinnell
Soto Camp
Southwest Engineers
St. Joseph's Abbey
St. Tammany Parish Government
State Street Global Advisors Trust Company
Sysco
Terminix Service Co Inc.
The Guardian Life Insurance Company of America
The Security Center
Tyco Simplex Grinnell
UMR Inc.
United Healthcare Insurance Co.
UnitedHealthcare BP
Uniti Fiber, LLC
Uniti Voip
Vaugh Nelson Investment Management LC
Venture Investment Associates
Voya Institutional Plan Services, LLC
Wcm Investment Management
White's Clock & Carillon
Brown Rice Marketing LLC
BRT Energy Advisors, LLC
Crescent Door & Hardware Inc

Metrostudio LLC
CLECO Power LLC

## **SCHEDULE 1(M)**

### **U.S. Trustee, Judge for the Eastern District of Louisiana, Future Claims Representative**

Hon. Meredith S. Grabill
David W. Asbach
Judge Michael Hogan

# SCHEDULE 2

## Schedule of Parties-In-Interest that Troutman Pepper Locke LLP Currently Represents and/or Has Formerly Represented

| Interested Party | Relationship to Debtor | Description of Relationship |
|---|---|---|
| Amerigroup LA | Top 20 Creditors | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| AT&T Corporation | Major Utility Providers; Litigation Parties and Claimant Counsel | Troutman represents the interested party and affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Cable One | Major Utility Providers | Troutman represents the interested party in matters unrelated to the Bankruptcy Case |
| CenturyLink | Major Utility Providers | Troutman previously represented the interested party in matters unrelated to the Bankruptcy Case. The interested party is now a former client. |
| Cleco Power LLC | Major Utility Providers; Contract Parties | Troutman represents the interested party and an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Cox Business | Major Utility Providers | Troutman represents affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Cox Communications | Major Utility Providers | Troutman represents affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Dundon Advisers, LLC | Professionals that Provide Services to the Debtor and Commercial Committee | Troutman represents the interested party in matters unrelated to the Bankruptcy Case |
| Entergy | Top 20 Creditors | Troutman represents the interested party and affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Hunt Telecom, LLC | Contract Parties | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Hunt Telecommunications LLC | Major Utility Providers | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Konica Minolta Premier Finance | Contract Parties | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Kroll LLC | Professionals that Provide Services to the Debtor and Commercial Committee | Troutman represents the interested party and affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Optumrx for Rx Claims | Top 20 Creditors | Troutman represents affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Reinhart Partners | Investment Managers | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Republic Services, Inc. | Contract Parties | Troutman represents the interested party in matters unrelated to the Bankruptcy Case |
| Swyft Connect | Major Utility Providers | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |

| Interested Party | Relationship to Debtor | Description of Relationship |
| --- | --- | --- |
| The Bank of New York Trust Co. | Lenders | Troutman represents the interested party and affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Tyco Simplex Grinnell | Contract Parties | Troutman represents affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Uniti Fiber LL | Contract Parties | Troutman represents the interested party and affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Uniti Voip | Contract Parties | Troutman represents affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Voya Global Real Estate Fund | Investment Managers | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Voya Institutional Plan Services, LLC | Contract Parties | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |
| Waste Connections Bayou Inc. | Major Utility Providers | Troutman represents affiliates of the interested party in matters unrelated to the Bankruptcy Case. |
| Windstream | Major Utility Providers | Troutman represents an affiliate of the interested party in matters unrelated to the Bankruptcy Case. |