**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: ) ) | |
| THE ROMAN CATHOLIC CHURCH OF ) | Case No. 20-10846 |
| THE ARCHDIOCESE OF NEW ) | |
| ORLEANS ) | Section "A" |
| ) | |
| DEBTOR.[1] ) | Chapter 11 |
| ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") filed the following:

- *Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Actuarial Value, LLC as Actuarial Advisor to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 through February 28, 2025* [ECF Doc. No. 3867] on March 27, 2025.

- *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 through February 28, 2025* [ECF Doc. No. 3868] on March 27, 2025.

- *Twelfth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 through February 28, 2025* [ECF Doc. No. 3869] on March 27, 2025.

- *Fourteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through February 28, 2025* [ECF Doc. No. 3870] on March 27, 2025.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Fee Applications will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

144193359v.1

the Eastern District of Louisiana, Section A, on **April 17, 2025 at <u>1:30 P.M</u>. Central Daylight Time** in <u>Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130</u>. Parties-in-interest may participate in the Hearing (i) in person; (ii) by telephone only (Dial-In: 504.517.1385, access code: 129611); or (iii) by telephone using the dial-in number and video using <u>https://gotomeet.me/judgegrabill</u>, (meeting code: "JudgeGrabill"). Parties-in-interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at <u>https://www.laeb.uscourts.gov/</u>.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Applications, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Applications as unopposed and grant the relief requested.

144193359v.1

|  |  |
|---|---|
| Dated: March 27, 2025 | Respectfully submitted,<br><br>*By: /s/ W. Steven Bryant*<br>Bradley C. Knapp (La #35867)<br>Omer F. Kuebel, III (La #21682)<br>Troutman Pepper Locke LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5210<br>Facsimile: (504) 910-6847<br>Email: brad.knapp@troutman.com<br>          rick.kuebel@troutman.com<br><br>W. Steven Bryant (*admitted pro hac vice*)<br>Texas Bar. No. 24027413<br>Federal I.D. No. 32913<br>Troutman Pepper Locke LLP<br>300 Colorado St., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 305-4726<br>Facsimile: (512) 305-4800<br>Email: steven.bryant@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

144193359v.1

## **CERTIFICATE OF SERVICE**

I hereby caused a true and correct copy of the foregoing *Notice* to be served on March 27, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ W. Steven Bryant*
W. Steven Bryant

144193359v.1