**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |
| | § | |

---

**SUMMARY COVER SHEET TO TWELFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC | |
| **Applicant's Professional Role in Case** | Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020, pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/24 | 02/28/25 |
| **Time period(s) covered by prior Applications:** | 06/17/20 | 10/31/24 |
| **Total fees awarded in all prior Applications:** | | $3,067,367.50 |
| **Total fees requested in this Application:** | | $162,677.50 |
| **Total hours covered by this Application:** | | 341.9 |
| **Average hourly rate:** | | $475.80 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## Schedule of Previous Fee Statements and Applications Noticed and Filed

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 03/23/2021 Dkt No. N/A | 06/17/2020- 10/31/2020 | 176,490.50 | 3,807.52 | N/A | 176,490.50 | 3,807.52 | - |
| 05/25/2021 Dkt No. N/A | 11/01/2020- 11/30/2020 | 6,289.50 | 75.00 | N/A | 6,289.50 | 75.00 | - |
| 05/25/2021 Dkt No. N/A | 12/01/2020- 12/31/2020 | 10,428.00 | - | N/A | 10,428.00 | - | - |
| 5/25/2021 Dkt No. N/A | 01/01/2021- 1/31/2021 | 21,400.00 | 7.00 | N/A | 21,400.00 | 7.00 | - |
| 05/25/2021 Dkt No. N/A | 02/01/2021- 02/28/2021 | 8,278.50 | - | N/A | 8,278.50 | - | - |
| 05/25/2021 Dkt No. N/A | 03/01/2021- 03/31/2021 | 29,499.50 | - | N/A | 29,499.50 | - | - |
| *05/27/2021 Dkt No. 891* | *06/17/2020- 03/31/2021* | *252,386.00* | *3,889.52* | *6/21/2021 Dkt No. 916* | *252,386.00* | *3,889.52* | - |
| 11/23/2021 Dkt No. N/A | 04/01/2021- 04/30/2021 | 49,056.00 | - | N/A | 49,056.00 | - | - |
| 11/23/2021 Dkt No. N/A | 05/01/2021- 05/31/2021 | 52,309.00 | - | N/A | 52,309.00 | - | - |
| 11/23/2021 Dkt No. N/A | 06/01/2021- 06/30/2021 | 37,186.50 | - | N/A | 37,186.50 | - | - |
| 11/23/2021 Dkt No. N/A | 07/01/2021- 07/31/2021 | 50,481.00 | - | N/A | 50,481.00 | - | - |
| 11/23/2021 Dkt No. N/A | 08/01/2021- 08/31/2021 | 156,335.50 | - | N/A | 156,335.50 | - | - |
| 11/23/2021 Dkt No. N/A | 09/01/2021- 09/30/2021 | 23,364.50 | - | N/A | 23,364.50 | - | - |
| 11/23/2021 Dkt No. N/A | 10/01/2021- 10/31/2021 | 24,784.00 | 12.93 | N/A | 24,784.00 | 12.93 | - |
| *11/24/2021 Dkt No. 1186* | *04/01/2021- 10/31/2021* | *393,516.50* | *12.93* | *12/14/2021 Dkt. No. 1199* | *393,516.50* | *12.93* | - |
| 12/28/2021 Dkt No. N/A | 11/01/2021 - 11/30/2021 | 14,230.00 | - | N/A | 14,230.00 | - | - |
| 01/28/2022 Dkt No. N/A | 12/01/2021 - 12/31/2021 | 27,778.00 | - | N/A | 27,778.00 | - | - |
| 02/28/2022 Dkt No. N/A | 01/01/2022 - 01/31/2022 | 47,294.50 | - | N/A | 47,294.50 | - | - |
| 03/23/2022 Dkt No. N/A | 02/01/2022 - 02/28/2022 | 63,452.00 | - | N/A | 63,452.00 | - | - |

| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| *03/24/2022 Dkt No. 1385* | *11/01/2021 - 02/28/2022* | *152,754.50* | *-* | *4/19/2022 Dkt No. 1466* | *152,754.50* | *-* | *-* |
| 04/28/2022 Dkt No. N/A | 03/01/2022- 03/31/2022 | 115,531.00 | - | N/A | 115,531.00 | - | - |
| 05/27/2022 Dkt No. N/A | 04/01/2022- 04/30/2022 | 43,931.00 | - | N/A | 43,931.00 | - | - |
| 06/29/2022 Dkt No. N/A | 05/01/2022- 05/31/2022 | 109,327.00 | - | N/A | 109,327.00 | - | - |
| 07/26/2022 Dkt No. N/A | 06/01/2022- 06/30/2022 | 84,128.00 | - | N/A | 84,128.00 | - | - |
| *07/28/2022 Dkt No. 1688* | *03/01/2022- 06/30/2022* | *352,917.00* | *-* | *8/17/2022 Dkt No. 1740* | *352,917.00* | *-* | *-* |
| 08/29/2022 Dkt No. N/A | 07/01/2022- 07/31/2022 | 54,081.50 | - | N/A | 54,081.50 | - | - |
| 09/29/2022 Dkt No. N/A | 08/01/2022- 08/31/2022 | 104,162.00 | 500.00 | N/A | 104,162.00 | 500.00 | - |
| 10/28/2022 Dkt No. N/A | 09/01/2022- 09/30/2022 | 84,134.00 | - | N/A | 84,134.00 | - | - |
| 11/23/2022 Dkt No. N/A | 10/01/2022- 10/31/2022 | 117,160.50 | - | N/A | 117,160.50 | - | - |
| *11/23/2022 Dkt No. 1943* | *07/01/2022- 10/31/2022* | *359,538.00* | *500.00* | *12/13/2022 Dkt No. 1976* | *359,538.00* | *500.00* | *-* |
| 12/22/2022 Dkt No. N/A | 11/01/2022- 11/30/2022 | 58,923.50 | - | N/A | 58,923.50 | - | - |
| 01/27/2023 Dkt No. N/A | 12/01/2022- 12/31/2022 | 47,504.50 | - | N/A | 47,504.50 | - | - |
| 02/28/2023 Dkt No. N/A | 01/01/2023- 01/31/2023 | 102,738.00 | 3,995.00 | N/A | 102,738.00 | 3,995.00 | - |
| 03/29/2023 Dkt No. N/A | 02/01/2023- 02/28/2023 | 286,205.00 | 9,278.16 | N/A | 286,205.00 | 9,278.16 | - |
| *03/28/2023 Dkt No. 2200* | *11/01/2022 - 02/28/2023* | *495,371.00* | *13,273.16* | *4/14/2023 Dkt No. 2228* | *495,371.00* | *13,273.16* | *-* |
| 04/28/2023 Dkt No. N/A | 03/01/2023 - 03/31/2023 | 191,464.00 | 3,400.00 | N/A | 191,464.00 | 3,400.00 | - |
| 05/30/2023 Dkt No. N/A | 04/01/2023 - 04/30/2023 | 103,741.00 | - | N/A | 103,741.00 | - | - |
| 06/28/2023 Dkt No. N/A | 05/01/2023 - 05/31/2023 | 146,564.50 | - | N/A | 146,564.50 | - | - |

| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 07/25/2023 Dkt No. N/A | 06/01/2023 - 06/30/2023 | 87,466.00 | 1,841.26 | N/A | 87,466.00 | 1,841.26 | - |
| 07/25/2023 *Dkt No. 2393* | *03/01/2023 - 06/30/2023* | *529,235.50* | *5,241.26* | *8/17/2023 Dkt No. 2438* | *529,235.50* | *5,241.26* | - |
| 08/29/2023 Dkt No. N/A | 07/1/2023 - 07/31/2023 | 20,458.00 | - | N/A | 20,458.00 | - | - |
| 9/29/2023 Dkt No. N/A | 08/01/2023 - 08/31/2023 | 28,343.00 | 1,990.23 | N/A | 28,343.00 | 1,990.23 | - |
| 10/27/2023 Dkt No. N/A | 09/01/2023 - 9/30/2023 | 46,927.00 | - | N/A | 46,927.00 | - | - |
| 11/29/2023 Dkt No. N/A | 10/01/2023 - 10/31/2023 | 146,053.50 | 1,571.59 | N/A | 146,053.50 | 1,571.59 | - |
| 11/29/2023 *Dkt No. 2680* | *7/1/2023 - 10/31/2023* | *241,781.50* | *3,561.82* | *12/20/2023 Dkt No. 2750* | *241,781.50* | *3,561.82* | - |
| 12/28/2023 Dkt No. N/A | 11/01/2023 - 11/30/2023 | 107,361.50 | - | N/A | 107,361.50 | - | - |
| 01/26/2024 Dkt No. N/A | 12/01/2023 - 12/31/2023 | 83,937.00 | 4,035.52 | N/A | 83,937.00 | 4,035.52 | - |
| 02/29/2024 Dkt No. N/A | 01/01/2024 - 01/31/2024 | 31,064.00 | - | N/A | 31,064.00 | - | - |
| 03/31/2024 Dkt No. N/A | 02/01/2024 - 02/29/2024 | 13,319.50 | - | N/A | 13,319.50 | - | - |
| 03/31/2024 *Dkt No. 2921* | *11/01/2023 - 02/29/2024* | *235,682.00* | *4,035.52* | *4/26/2024 Dkt No. 2989* | *235,682.00* | *4,035.52* | - |
| 4/29/2024 Dkt No. N/A | 03/01/2024 - 03/31/2024 | 24,235.50 | - | N/A | 24,235.50 | - | - |
| 05/29/2024 Dkt No. N/A | 04/01/2024 - 04/30/2024 | 2,767.50 | 727.80 | N/A | 2,767.50 | 727.80 | - |
| 06/24/2024 Dkt No. N/A | 05/01/2024 - 05/31/2024 | 15,418.50 | - | N/A | 15,418.50 | - | - |
| 07/18/2024 Dkt No. N/A | 06/01/2024 - 06/30/2024 | 11,764.00 | - | N/A | 11,764.00 | - | - |
| *07/25/2024 Dkt No. 3194* | *03/01/2024 - 06/30/2024* | *54,185.50* | *727.80* | *08/16/2024 Dkt No. 3280* | *54,185.50* | *727.80* | - |
| 08/28/2024 Dkt No. N/A | 07/01/24 - 07/31/24 | 18,835.00 | - | N/A | 15,068.00 | - | 3,767.00 |
| 09/27/2024 Dkt No. N/A | 08/01/24 - 08/31/24 | 48,267.50 | 85.00 | N/A | 38,614.00 | 85.00 | 9,653.50 |
| 10/29/2024 Dkt No. N/A | 09/01/24 - 09/30/24 | 85,109.00 | - | N/A | 68,087.20 | - | 16,912.80 |
| 11/18/2024 Dkt No. N/A | 10/01/24 - 10/31/24 | 54,744.00 | - | N/A | 43,795.20 | - | 10,948.80 |

| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| *11/27/2024 Dkt No. 3510* | *07/01/2024 - 10/31/2024* | *206,846.50* | *85.00* | *__/__/2025 Dkt No. ____* | *165,564.40* | *85.00* | *41,282.10* |
| 12/23/2024 Dkt No. N/A | 11/01/24 - 11/30/24 | 50,857.50 | - | N/A | 40,686.00 | - | 10,171.50 |
| 01/29/2025 Dkt No. N/A | 12/01/24 - 12/31/24 | 22,523.00 | - | N/A | 18,018.40 | - | 4,504.60 |
| 02/27/2025 Dkt No. N/A | 01/01/25 - 01/31/25 | 31,589.50 | - | N/A | - | - | 31,589.50 |
| 02/27/2025 Dkt No. N/A | 02/01/25 - 02/28/25 | 57,707.50 | - | N/A | - | - | 57,707.50 |
| **Totals** | | **$3,436,891.50** | **$31,327.01** | | **$3,291,636.30** | **$31,327.01** | **$145,255.20** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[2]** | § | |
| | § | |

---

**TWELFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 17, 2025 AT 1:30 P.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL- IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Twelfth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, as*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.0

*Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025* (the "Application") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period November 1, 2024 through and including February 28, 2025, (the "Fee Period"); and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## BACKGROUND

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code (the "Case"). The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

No trustee or examiner has been appointed in this Case.

5.        On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[3]

6.        On June 17, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord" and together "Committee Counsel") to serve as co-counsel.

7.        On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25, 2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 362].

## EXTRAORDINARY CIRCUMSTANCES

8.        The Committee, with the support of BRG and Committee Counsel, has undertaken strenuous efforts to move this Case forward towards a resolution of creditor claims to achieve the goal of the most favorable resolution to unsecured creditors possible.

9.        The Committee recognizes that unless this Case is dismissed, the most likely outcome and resolution of claims will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including, with BRG's support, a

---

[3] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

comprehensive investigation and analysis of the Debtor's financial circumstances and structure, and information underlying claims filed against the Debtor, all of which is necessary to inform negotiations and mediation concerning potential resolution of claims. Extensive efforts have been required to compel production of the documents necessary in the investigation and review the same for comprehensiveness and responsiveness.

10.     The Committee, Committee Counsel and BRG will continue to work in good faith to attempt to move this matter forward, and as necessary, will bring matters to the Court. The Committee and its advisors are dedicated to resolving matters in the manner most beneficial to non-commercial, unsecured creditors.

## **PROFESSIONAL FEES AND DISBURSEMENTS**

11.     By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks allowance of fees in the amount of $162,677.50 for professional services rendered for and on behalf of the Committee during the Fee Period, and $0.00 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of such services, for a total award of $162,677.50.

12.     BRG expended an aggregate of 341.9 hours at a blended hourly rate of $475.80.

13.     Attached as **Exhibit 1** below is the summary schedule of professionals who rendered services to the Committee during the Fee Period, including titles and billing rates by professional, and the overall blended hourly rate for the Fee Period. Attached as **Exhibit 2** below is the summary

schedule of hours and fees expended during the Fee Period by BRG's professionals with respect to each task code (subject matter categories that BRG established consistent with the U.S. Trustee Guidelines).

14.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

15.     BRG has, on December 24, 2024, January 29, 2025, February 27, 2025, and on March 25, 2025, submitted monthly fee statements for each month in the Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 80% of the fees and 100% of the expenses incurred (the "Monthly Fee Statements"). The Monthly Fee Statements for November 2024 through February 2025 are attached hereto as **Exhibits 3 – 6** respectively and incorporated herein by reference.

## SUMMARY OF SERVICES RENDERED

16.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

17.     BRG has provided, and continues to provide, financial advisory services to the

Committee in this Case as requested and as necessary in furtherance of the interests of unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

18.     BRG submits that the fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

19.     As noted in BRG's Retention Application, "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business." Current rates being charged in this Case can be found in **Exhibit 1**: Fees by Professional.

20.     The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

21.     BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

22.     BRG's hourly rates for professionals of comparable experience are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

23.     No agreement or understanding exists between BRG and any other person for

sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

24.     The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG placed the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.[4]

### 200.90 – Document / Data Analysis (Production Requests)

25.     During the Fee Period, BRG continued to request, track, and evaluate document production from the Debtor (including the Administrative Offices and Archdiocesan Units) and Apostolates (including Parishes, Parish Schools, and Agencies). Among other things, BRG assisted with the Committee's December 6, 2024 document request, tracked documents received in connection with that request, and made follow-up inquiries in an effort to obtain the requested information. BRG held internal meetings, as well as meetings with a Debtor representative and the Debtor's Financial Advisor to confirm pending document requests and to clarify the need for certain documents. The requested documents are necessary for BRG to perform its ongoing analysis and investigation.

---

[4] BRG is keenly aware of the need to minimize expenses in order to reduce costs to the Debtor's estate and thus maximize the ultimate contribution to creditors. As a result, BRG limits participants in meetings and phone conferences; however, in some instances multiple BRG professionals attend certain meetings or phone conferences based on areas of case responsibility, case matter background, and expertise. Due to the complex nature of this Case, this approach allows for increased efficiency in the evaluation and reporting of findings and in the coordination of ongoing analyses and investigations.

26.     BRG expended 35.8 hours on this category for fees in the amount of $16,841.00.

## 220.00 – Debtor Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)

27.     BRG reviewed the Debtor's operations and financial activity reported in Monthly Operating Reports ("MOR") for the months September 2024 through January 2025. The analysis included preparation and review of comparative balance sheets and income statements (both for the Administrative Offices and Archdiocesan Units, as well as on a consolidated basis), data detailing cash receipts and disbursements activity, trends in ending cash balances, and unrestricted / restricted cash activity reports. BRG incorporated information obtained from this supplemental data into its ongoing analyses of the Debtor. The MOR analysis allows BRG to more effectively evaluate the Debtor's ongoing financial performance and financial condition; as a result, BRG will continue to monitor and evaluate financial information contained in the Debtor's MORs and supplemental MOR data.

28.     BRG expended 17.8 hours on this category for fees in the amount of $6,466.00.

## 300.00 – Asset Analysis (General – Debtors)

29.     During the Fee Period, BRG continued its analyses of the Debtor's assets and the Debtor's ability to pay creditors. BRG updated its credit estimate analysis with financial information through December 2024. The updates included financial information relating to cash and investments, revenue, expenses, debts and nets assets. Further, BRG updated its funding analysis with financial information through December 2024. Further, BRG investigated changes in unrestricted investments from June 2024 to July 2024. In addition, BRG analyzed cash and investments held in Portfolio A, including CCF cash and investments. BRG held internal meetings in order to evaluate issues and coordinate work to perform. BRG's ongoing investigation and

analysis of assets and available financial resources is essential in order to evaluate assets available to creditors.

30.     BRG expended 33.4 hours on this category for fees in the amount of $15,965.50.

### 301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)

31.     During the Fee Period, BRG analyzed newly produced documents relating to restricted assets. BRG's analysis included the evaluation of alleged restricted assets in a number of funds. BRG's analysis of restricted assets included internal meetings and a meeting with Committee Counsel to evaluate issues and review and coordinate analyses.

32.     BRG expended 27.0 hours on this category for fees in the amount of $16,867.50.

### 302.00 – Asset Analysis (General – Related Non- Debtors)

33.     BRG continued its analysis of the financial condition and operating performance of Other Non-Debtor Affiliates, including an assessment of their ability to fund a Plan of Reorganization. As part of its Ability to Pay Analysis, BRG updated comparative balance sheets, income statements and cash flow statements for Other Non-Debtor Affiliates based on the most recent financial statements received.  BRG used the updated comparative financial information in its Affiliate Ability to Pay Analysis. BRG held internal meetings to evaluate issues and coordinate work to perform in relation to this task. BRG's ongoing analysis and investigation of Other Non-Debtor Affiliate assets is essential to identify and evaluate potential assets available to creditors.

34.     BRG expended 33.8 hours on this category for fees in the amount of $12,024.00.

### 304.00 – Asset Analysis (General – Parishes)

35.     As part of its ongoing analysis, BRG evaluated Parish and Parish School financial information in order to identify and evaluate potential assets available to creditors. During the Fee Period, BRG updated its Parish and Parish School Ability to Pay analyses to include updated financial information and new financial metrics. BRG periodically held internal meetings to review status and coordinate tasks relating to its Parish and Parish School Ability to Pay analyses. As part of its analysis, BRG reconciled balance sheet data for fiscal year 2024. Further, BRG updated its funding analysis to reflect updates in Parish and Parish School Ability to Pay Analyses. BRG's ongoing analysis of Parish and Parish School assets will continue to benefit its investigation and analysis of potential assets available to creditors.

36.     BRG expended 32.9 hours on this category for fees in the amount of $11,870.50.

### 320.00 – Asset Analysis (Investments / Funds - Debtors)

37.     BRG updated its analysis of Portfolio A (which collectively holds hundreds of millions of dollars) balances and ownership/beneficiary data, as well as information relating to alleged restricted assets. BRG's ongoing examination of investments will benefit its analyses and investigations, including its assessment of potential assets available to creditors.

38.     BRG expended 9.3 hours on this category for fees in the amount of $4,971.50.

### 330.00 – Asset Analysis (Real Property - Debtors)

39.     BRG updated its analysis of real estate held by the Debtor. In connection with this update, BRG evaluated differences in real estate listings provided by the Debtor.

40.     BRG expended 1.2 hours on this category for fees in the amount of $846.00.

### 600.00 - Claims / Liability Analysis (General)

41.     At the request of Committee Counsel, BRG analyzed professional fee amounts in this Case. This analysis was performed in the context of case monitoring.

42.     BRG expended 1.1 hours on this category for fees in the amount of $457.00.

### 800.00 – Plan & Disclosure Statement Analysis

43.     During the Fee Period, BRG analyzed the Debtor's Disclosure Statement, including an analysis of the Debtor's historical cash flow and projected cash flow, the liquidation analysis, and schedule of real estate holdings. Further, BRG assisted Committee with the development of the Committee's Disclosure Statement. BRG held internal meetings and meetings with Committee Counsel in order to identify and consider areas for analysis, and to coordinate work to perform. In addition, BRG meet with the Debtor's Financial Advisor to review questions relating to the Debtor's Disclosure Statement and obtain additional information. BRG's work in connection with analyzing the Debtor's Disclosure Statement and assisting with the preparation of the Committee's Disclosure Statement is essential to its advisory services to the Committee.

44.     BRG expended 61.2 hours on this category for fees in the amount of $32,327.00.

### 1020.00 – Meeting Preparation & Attendance

45.     During the Fee Period, BRG met with the Debtor's Financial Advisor to discuss case issues, and address issues relating to outstanding documents requests.

46.     BRG expended 0.2 hours on this category for fees in the amount of $140.00.

### 1030.00 – Mediation Preparation & Attendance

47.     During the Fee Period, BRG updated its Ability to Pay and Funding Analyses for the Archdiocese, Archdiocesan Units and Apostolates, and prepared related mediation materials. Further, BRG also updated analyses relating to bond covenant calculations. In addition, BRG met

with an affordable housing broker in connection issues relating to Christopher Homes Communities. BRG reviewed the Committee's Mediation Statement and provided proposed edits. In connection with performing these analyses, BRG held internal meetings and met with Committee Counsel to evaluate work to perform and to coordinate efforts. The services performed by BRG in this and other categories were essential in assisting the Committee and other Committee professionals prepare for mediation.

48.     BRG expended 62.7 hours on this category for fees in the amount of $35,262.00.

### **1060.00 – Fee Application Preparation & Hearing**

49.     During the Fee Period, BRG prepared its Eleventh Interim Fee Application for the period of July 2024 through October 2024 (including narrative and related exhibits). BRG also prepared Fee Statements for the months October 2024 through January 2025 (including related exhibits). Prior to filing any fee application or noticing any fee statement in this matter, BRG provides its fees and expenses to the Committee for review, comment and approval.

50.     BRG expended 25.5 hours on this category for fees in the amount of $8,639.50.

### **ACTUAL AND NECESSARY EXPENSES**

51.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $0.00, however, BRG reserves the right to request reimbursement in the future.

52.     Expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses might include costs that enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

53.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such a client. BRG endeavors to minimize these expenses to the fullest extent possible.

54.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit from that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

55.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

56.     BRG has a reputation for its expertise and experience in financial analysis, and reorganization and restructuring matters. As noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

57.     Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this Case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

58.     This Application substantiates the total amount BRG seeks for fees and expenses

in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

59.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, BRG respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## THE TIME AND LABOR REQUIRED

60.     BRG professionals and case assistants, in the performance of financial advisory services, expended 341.9 hours during the Fee Period for a total fee of $162,677.50. Taking into account BRG's voluntary reductions, the blended hourly rate is $475.80/hour. The names of the professionals who worked on this Case during the Fee Period appear in the Monthly Fee

Statements and in Exhibit 1 included in the Application Summary below. BRG submits that the time and labor these professionals expended in the Case are appropriate and reasonable and that this *Johnson* Factor supports BRG's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

61.     This Case presents many novel and difficult questions. Addressing these questions has necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding BRG the fees and expenses it has requested.[5]

## THE SKILL REQUIRED TO PERFORM THE SERVICES

62.     Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this Case. BRG strove to limit the number of professionals who worked on this Case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation

---

[5] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Marine Corp v. Sheehan, Phinney, Bass & Green,* 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levnin,* 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs,* 751 F.2d 286, 287-88 (8th Cir. 1984; *Yermakov v. Fitzsimmons,* 718 F2.d 1465, 1471 (9th Cir. 1983).

awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

63.     BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this Case are comparable to other similarly-situated firms. Thus, the blended hourly rate on this matter during the Fee Period of $475.80/hour is reasonable and reflects market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for such expenses.

## WHETHER THE FEE IS FIXED OR CONTINGENT

64.     BRG's fees for services rendered in this Case are based on its hourly rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in this Case.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

65.     BRG has had to respond to tight time constraints arising in this Case. Matters often arose throughout the Fee Period that required BRG's immediate attention. Again, the exigent nature of these matters demanded that BRG's professionals respond on short notice to complicated and developing events as they unfolded. This imposed time demands on BRG's personnel and required them to devote considerable resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

66.     The Monthly Fee Statements summarize the individual tasks that BRG personnel

performed during the Fee Period as well as the amounts charged for those tasks. The total fees BRG seeks to approve in this Application are $162,677.50. This figure is commensurate with the achievements in this Case, including BRG's contribution to attaining such achievements. This *Johnson* Factor strongly supports the fee award requested.

## THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

67.     BRG's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, BRG's professionals have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation, accounting, and investigative topics throughout the country. As mentioned, BRG professionals assigned to this Case have expertise in creditors' committee cases with abuse claims, and have extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

## THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

68.     From BRG's perspective, serving as financial advisor to the Committee in this Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the investigation and analysis of assets available to fund a Plan of Reorganization. These concerns mean that any professional services firm being employed could face potential fee risk and other

uncertainties. This factor therefore favors granting BRG the award it has requested.

## THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

69.     BRG has no prior professional relationship with the Committee, which was only formed after this Case began. However, employees of BRG have worked in similar matters, thus making their representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting BRG its fee award in this Case.

## AWARDS IN SIMILAR CASES

70.     The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* Factor also supports granting BRG its fee award. In conclusion, the *Johnson* Factors favor granting BRG the fee and expense award it seeks.

## RESERVATION OF RIGHTS

71.     It is possible that some professional time expended or expenses incurred by BRG are not reflected in this Application. BRG reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## NO PRIOR REQUEST

72.     With respect to these amounts, as of the date of the Application, BRG has received interim payments of 80% of fees and 100% of expenses, based on monthly fee statements filed, in accordance with the Interim Compensation Order as described in the Schedule of Previous Fee Statements and Applications Noticed and Filed contained in the Application Summary. No payments and no previous application for the relief sought herein has been made to this or

any other Court.

## **CONCLUSION**

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit 7**, (a) awarding BRG interim allowance of (i) fees in the amount of $162,677.50 for reasonable, actual and necessary services rendered on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; and (c) granting such other or additional relief as is just and proper.

Dated:  March 27, 2025                    Respectfully submitted,

*By:/s/ Paul N. Shields*
*Paul N. Shields*
Berkeley Research Group, LLC 201 South Main Street, Suite 450 Salt Lake City, Utah 84111 Telephone: (801) 364-6233 Email: pshields@thinkbrg.com
*Financial Advisor to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Twelfth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Official Committee of Unsecured Creditors for the Period November 1, 2024 – February 28, 2025* to be served on March 27, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 27, 2025.


*/s/ Nancy H. Brown*
Nancy H. Brown

# EXHIBIT 1

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit 1: Summary of Fees By Professional
For the Period 11/01/24 through 02/28/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Metz | Managing Director | $800.00 | 0.2 | $160.00 |
| P. Shields | Managing Director | $740.00 | 28.9 | $21,386.00 |
| R. Strong | Managing Director | $710.00 | 0.5 | $355.00 |
| P. Shields | Managing Director | $705.00 | 40.7 | $28,693.50 |
| E. Madsen | Managing Director | $675.00 | 2.0 | $1,350.00 |
| M. Babcock | Managing Director | $660.00 | 35.3 | $23,298.00 |
| M. Babcock | Director | $625.00 | 7.9 | $4,937.50 |
| J. Shaw | Associate Director | $595.00 | 4.9 | $2,915.50 |
| J. Funk | Associate Director | $555.00 | 16.2 | $8,991.00 |
| J. Funk | Associate Director | $540.00 | 20.3 | $10,962.00 |
| S. Chaffos | Consultant | $365.00 | 69.5 | $25,367.50 |
| S. Chaffos | Consultant | $345.00 | 63.1 | $21,769.50 |
| A. Stubbs | Associate | $280.00 | 21.7 | $6,076.00 |
| A. Stubbs | Associate | $265.00 | 12.6 | $3,339.00 |
| M. Kuhn | Case Assistant | $170.00 | 18.1 | $3,077.00 |
| **TOTAL** | | | **341.9** | **$162,677.50** |
| **BLENDED RATE** | | | | **$475.80** |

# EXHIBIT 2

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit 2: Summary of Fees By Task Code
For the Period 11/01/24 through 02/28/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 35.8 | $16,841.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 17.8 | $6,466.00 |
| 300.00 - Asset Analysis (General - Debtors) | 33.4 | $15,965.50 |
| 301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets) | 27.0 | $16,867.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 33.8 | $12,024.00 |
| 304.00 - Asset Analysis (General - Parishes) | 32.9 | $11,870.50 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 9.3 | $4,971.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 1.2 | $846.00 |
| 600.00 - Claims / Liability Analysis (General) | 1.1 | $457.00 |
| 800.00 - Plan & Disclosure Statement Analysis | 61.2 | $32,327.00 |
| 1020.00 - Meeting Preparation & Attendance | 0.2 | $140.00 |
| 1030.00 - Mediation Preparation & Attendance | 62.7 | $35,262.00 |
| 1060.00 - Fee Application Preparation & Hearing | 25.5 | $8,639.50 |
| **TOTAL** | **341.9** | **$162,677.50** |
| **BLENDED RATE** | | **$475.80** |

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY
## COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor. [2] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: January 7, 2024 |

### FIFTIETH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD NOVEMBER 1, 2024 THROUGH, NOVEMBER 30, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Order**"), Berkeley Research Group, LLC ("**BRG**"), as financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "**Debtor**") hereby submits its Fiftieth Monthly Fee and Expense Statement (the "**Statement**") for the period from November 1, 2024 through November 30, 2024 (the "**Fee Period**") for the above-styled Chapter 11 bankruptcy case (the "**Bankruptcy Case**").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| November 1, 2024 to November 30, 2024 | |
|---|---|
| Fees (At Standard Rates) | $61,269.50 |
| Voluntary Reduction | (<u>$10,412.00</u>) |
| Fees (After Reduction) | $50,857.50 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$50,857.50** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Statement Period are attached hereto as **Exhibit C.**

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 03/23/2021 Dkt No. N/A | 06/17/2020- 10/31/2020 | 176,490.50 | 3,807.52 | N/A | 176,490.50 | 3,807.52 | - |
| 05/25/2021 Dkt No. N/A | 11/01/2020- 11/30/2020 | 6,289.50 | 75.00 | N/A | 6,289.50 | 75.00 | - |
| 05/25/2021 Dkt No. N/A | 12/01/2020- 12/31/2020 | 10,428.00 | - | N/A | 10,428.00 | - | - |
| 5/25/2021 Dkt No. N/A | 01/01/2021- 1/31/2021 | 21,400.00 | 7.00 | N/A | 21,400.00 | 7.00 | - |
| 05/25/2021 Dkt No. N/A | 02/01/2021- 02/28/2021 | 8,278.50 | - | N/A | 8,278.50 | - | - |
| 05/25/2021 Dkt No. N/A | 03/01/2021- 03/31/2021 | 29,499.50 | - | N/A | 29,499.50 | - | - |
| 05/27/2021 Dkt No. 891 | 06/17/2020- 03/31/2021 | 252,386.00 | 3,889.52 | 6/21/2021 Dkt No. 916 | 252,386.00 | 3,889.52 | - |
| 11/23/2021 Dkt No. N/A | 04/01/2021- 04/30/2021 | 49,056.00 | - | N/A | 49,056.00 | - | - |
| 11/23/2021 Dkt No. N/A | 05/01/2021- 05/31/2021 | 52,309.00 | - | N/A | 52,309.00 | - | - |
| 11/23/2021 Dkt No. N/A | 06/01/2021- 06/30/2021 | 37,186.50 | - | N/A | 37,186.50 | - | - |
| 11/23/2021 Dkt No. N/A | 07/01/2021- 07/31/2021 | 50,481.00 | - | N/A | 50,481.00 | - | - |
| 11/23/2021 Dkt No. N/A | 08/01/2021- 08/31/2021 | 156,335.50 | - | N/A | 156,335.50 | - | - |
| 11/23/2021 Dkt No. N/A | 09/01/2021- 09/30/2021 | 23,364.50 | - | N/A | 23,364.50 | - | - |
| 11/23/2021 Dkt No. N/A | 10/01/2021- 10/31/2021 | 24,784.00 | 12.93 | N/A | 24,784.00 | 12.93 | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *11/24/2021 Dkt No. 1186* | *04/01/2021-10/31/2021* | *393,516.50* | *12.93* | *12/14/2021 Dkt. No. 1199* | *393,516.50* | *12.93* | *-* |
| 12/28/2021 Dkt No. N/A | 11/01/2021 - 11/30/2021 | 14,230.00 | - | N/A | 14,230.00 | - | - |
| 01/28/2022 Dkt No. N/A | 12/01/2021 - 12/31/2021 | 27,778.00 | - | N/A | 27,778.00 | - | - |
| 02/28/2022 Dkt No. N/A | 01/01/2022 - 01/31/2022 | 47,294.50 | - | N/A | 47,294.50 | - | - |
| 03/23/2022 Dkt No. N/A | 02/01/2022 - 02/28/2022 | 63,452.00 | - | N/A | 63,452.00 | - | - |
| *03/24/2022 Dkt No. 1385* | *11/01/2021 - 02/28/2022* | *152,754.50* | *-* | *4/19/2022 Dkt No. 1466* | *152,754.50* | *-* | *-* |
| 04/28/2022 Dkt No. N/A | 03/01/2022-03/31/2022 | 115,531.00 | - | N/A | 115,531.00 | - | - |
| 05/27/2022 Dkt No. N/A | 04/01/2022-04/30/2022 | 43,931.00 | - | N/A | 43,931.00 | - | - |
| 06/29/2022 Dkt No. N/A | 05/01/2022-05/31/2022 | 109,327.00 | - | N/A | 109,327.00 | - | - |
| 07/26/2022 Dkt No. N/A | 06/01/2022-06/30/2022 | 84,128.00 | - | N/A | 84,128.00 | - | - |
| *07/28/2022 Dkt No. 1688* | *03/01/2022-06/30/2022* | *352,917.00* | *-* | *8/17/2022 Dkt No. 1740* | *352,917.00* | *-* | *-* |
| 08/29/2022 Dkt No. N/A | 07/01/2022-07/31/2022 | 54,081.50 | - | N/A | 54,081.50 | - | - |
| 09/29/2022 Dkt No. N/A | 08/01/2022-08/31/2022 | 104,162.00 | 500.00 | N/A | 104,162.00 | 500.00 | - |
| 10/28/2022 Dkt No. N/A | 09/01/2022-09/30/2022 | 84,134.00 | - | N/A | 84,134.00 | - | - |
| 11/23/2022 Dkt No. N/A | 10/01/2022-10/31/2022 | 117,160.50 | - | N/A | 117,160.50 | - | - |
| *11/23/2022 Dkt No. 1943* | *07/01/2022-10/31/2022* | *359,538.00* | *500.00* | *12/13/2022 Dkt No. 1976* | *359,538.00* | *500.00* | *-* |
| 12/22/2022 Dkt No. N/A | 11/01/2022-11/30/2022 | 58,923.50 | - | N/A | 58,923.50 | - | - |
| 01/27/2023 Dkt No. N/A | 12/01/2022-12/31/2022 | 47,504.50 | - | N/A | 47,504.50 | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/28/2023 Dkt No. N/A | 01/01/2023-01/31/2023 | 102,738.00 | 3,995.00 | N/A | 102,738.00 | 3,995.00 | - |
| 03/29/2023 Dkt No. N/A | 02/01/2023-02/28/2023 | 286,205.00 | 9,278.16 | N/A | 286,205.00 | 9,278.16 | - |
| *03/28/2023 Dkt No. 2200* | *11/01/2022 - 02/28/2023* | *495,371.00* | *13,273.16* | *4/14/2023 Dkt No. 2228* | *495,371.00* | *13,273.16* | |
| 04/28/2023 Dkt No. N/A | 03/01/2023-03/31/2023 | 191,464.00 | 3,400.00 | N/A | 191,464.00 | 3,400.00 | |
| 05/30/2023 Dkt No. N/A | 04/01/2023-04/30/2023 | 103,741.00 | - | N/A | 103,741.00 | - | - |
| 06/28/2023 Dkt No. N/A | 05/01/2023-05/31/2023 | 146,564.50 | - | N/A | 146,564.50 | - | - |
| 07/25/2023 Dkt No. N/A | 06/01/2023-06/30/2023 | 87,466.00 | 1,841.26 | N/A | 87,466.00 | 1,841.26 | - |
| *07/25/2023 Dkt No. 2393* | *03/01/2023-06/30/2023* | *529,235.50* | *5,241.26* | *8/17/2023 Dkt No. 2438* | *529,235.50* | *5,241.26* | - |
| 08/29/2023 Dkt No. N/A | 07/1/2023 - 07/31/2023 | 20,458.00 | - | N/A | 20,458.00 | - | - |
| 9/29/2023 Dkt No. N/A | 08/01/2023-08/31/2023 | 28,343.00 | 1,990.23 | N/A | 28,343.00 | 1,990.23 | - |
| 10/27/2023 Dkt No. N/A | 09/01/2023 - 9/30/2023 | 46,927.00 | - | N/A | 46,927.00 | - | - |
| 11/29/2023 Dkt No. N/A | 10/01/2023-10/31/2023 | 146,053.50 | 1,571.59 | N/A | 146,053.50 | 1,571.59 | - |
| *11/29/2023 Dkt No. 2680* | *7/1/2023 - 10/31/2023* | *241,781.50* | *3,561.82* | *12/20/2023 Dkt No. 2750* | *241,781.50* | *3,561.82* | - |
| 12/28/2023 Dkt No. N/A | 11/01/2023-11/30/2023 | 107,361.50 | - | N/A | 107,361.50 | - | - |
| 01/26/2024 Dkt No. N/A | 12/01/2023-12/31/2023 | 83,937.00 | 4,035.52 | N/A | 83,937.00 | 4,035.52 | - |
| 02/29/2024 Dkt No. N/A | 01/01/2024-01/31/2024 | 31,064.00 | - | N/A | 31,064.00 | - | - |
| 03/31/2024 Dkt No. N/A | 02/01/2024-02/29/2024 | 13,319.50 | - | N/A | 13,319.50 | - | - |
| *03/31/2024 Dkt No. 2921* | *11/01/2023 - 02/29/2024* | *235,682.00* | *4,035.52* | *4/26/2024 Dkt No. 2989* | *235,682.00* | *4,035.52* | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/29/2024 Dkt No. N/A | 03/01/2024 - 03/31/2024 | 24,235.50 | - | N/A | 24,235.50 | - | - |
| 05/29/2024 Dkt No. N/A | 04/01/2024 - 04/30/2024 | 2,767.50 | 727.80 | N/A | 2,767.50 | 727.80 | - |
| 06/24/2024 Dkt No. N/A | 05/01/2024 - 05/31/2024 | 15,418.50 | - | N/A | 15,418.50 | - | - |
| 07/18/2024 Dkt No. N/A | 06/01/2024 - 06/30/2024 | 11,764.00 | - | N/A | 11,764.00 | - | - |
| *07/25/2024 Dkt No. 3194* | *03/01/2024 - 06/30/2024* | *54,185.50* | *727.80* | *08/16/2024 Dkt No. 3280* | *54,185.50* | *727.80* | *-* |
| 08/28/2024 Dkt No. N/A | 07/01/24 - 07/31/24 | 18,835.00 | - | N/A | 15,068.00 | - | 3,767.00 |
| 09/27/2024 Dkt No. N/A | 08/01/24 - 08/31/24 | 48,267.50 | 85.00 | N/A | 38,614.00 | 85.00 | 9,653.50 |
| 10/29/2024 Dkt No. N/A | 09/01/24 - 09/30/24 | 85,109.00 | - | N/A | 68,087.20 | - | 17,021.80 |
| 11/18/2024 Dkt No. N/A | 10/01/24 - 10/31/24 | 54,744.00 | - | N/A | - | - | 54,744.00 |
| **Totals** | | **3,274,323.00** | **31,327.01** | | **3,189,136.70** | **31,327.01** | **85,186.30** |

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("**Notice Parties**") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170- 5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 7th, 2024 (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of **$40,686.00** (80% of $50,857.50) and expenses in the amount of **$0.00** and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of **$40,686.00** which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  December 24, 2024          Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC 201 South
    Main Street, Suite 450 Salt Lake City,
    Utah 84111 Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 11/01/24 through 11/30/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $705.00 | 29.0 | $20,445.00 |
| E. Madsen | Managing Director | $675.00 | 2.0 | $1,350.00 |
| M. Babcock | Director | $625.00 | 4.4 | $2,750.00 |
| J. Funk | Associate Director | $540.00 | 16.6 | $8,964.00 |
| S. Chaffos | Consultant | $345.00 | 42.6 | $14,697.00 |
| A. Stubbs | Associate | $265.00 | 2.5 | $662.50 |
| M. Kuhn | Case Assistant | $170.00 | 11.7 | $1,989.00 |
| **TOTAL** | | | **108.8** | **$50,857.50** |
| **BLENDED RATE** | | | | **$467.44** |

# EXHIBIT B

 INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 11/01/24 through 11/30/24

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 8.5 | $4,312.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 2.5 | $662.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 0.5 | $352.50 |
| 304.00 - Asset Analysis (General - Parishes) | 12.9 | $4,450.50 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 4.2 | $1,617.00 |
| 800.00 - Plan & Disclosure Statement Analysis | 61.2 | $32,327.00 |
| 1060.00 - Fee Application Preparation & Hearing | 19.0 | $7,135.50 |
| **TOTAL** | **108.8** | **$50,857.50** |
| **BLENDED RATE** | | **$467.44** |

# EXHIBIT C

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 11/01/24 | S. Chaffos | 0.6 | $207.00 | Revised follow up document request. |
| 11/01/24 | P. Shields | 0.3 | $211.50 | Outlined requested items that remain outstanding. |
| 11/01/24 | M. Babcock | 0.2 | $125.00 | Met with Debtor FA (CL) and BRG (PS) to discuss outstanding critical document requests. |
| 11/01/24 | P. Shields | 0.2 | $141.00 | Met with Debtor's Financial Advisor (CL) and BRG (MB) to review list of pending document requests. |
| 11/04/24 | S. Chaffos | 0.4 | $138.00 | Evaluated Grammar School document production (received 11/04/2024). |
| 11/06/24 | S. Chaffos | 0.5 | $172.50 | Evaluated document production (received 11/06/2024). |
| 11/07/24 | S. Chaffos | 1.6 | $552.00 | Evaluated status of document requests / productions. |
| 11/07/24 | S. Chaffos | 1.0 | $345.00 | Met with BRG (MB, PS), Debtor Representative (LE) and Financial Advisor (CL, KZ) to discuss follow up to document requests. |
| 11/07/24 | M. Babcock | 1.0 | $625.00 | Met with Debtor Representative (LE), Debtor FA (CL, KZ), and BRG (PS, SC) to evaluate document inquiries. |
| 11/07/24 | P. Shields | 1.0 | $705.00 | Met with Debtor Representative (LE), Debtor's Financial Advisor (CL, KZ), and BRG (MB, SC) regarding further record / information inquiries. |
| 11/07/24 | P. Shields | 0.3 | $211.50 | Evaluated status of document requests in preparation for call with Lee, Chris and Kathleen. |
| 11/12/24 | S. Chaffos | 0.3 | $103.50 | Evaluated Ida document production (received 11/11/2024). |
| 11/16/24 | P. Shields | 0.9 | $634.50 | Prepared follow up inquiries relating to outstanding document production. |
| 11/26/24 | P. Shields | 0.2 | $141.00 | Outlined issues for consideration in connection with follow up document requests. |
| **Task Code: 200.90** | | **8.5** | **$4,312.50** | **Totals** |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 11/12/24 | A. Stubbs | 0.8 | $212.00 | Updated ending MOR cash balance comparison analysis to include data from September 2024 MOR to monitor Debtor monthly activities. |
| 11/12/24 | A. Stubbs | 0.4 | $106.00 | Evaluated MOR cash receipt / disbursement transactions (September 2024) to monitor Debtor monthly activities. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 11/12/24 | A. Stubbs | 0.4 | $106.00 | Evaluated unrestricted / restricted cash activity provided in supplemental MOR data for September 2024. |
| 11/12/24 | A. Stubbs | 0.3 | $79.50 | Updated comparative balance sheet consolidation with eliminations for ANO and ANO Units to include data from September 2024 MOR. |
| 11/12/24 | A. Stubbs | 0.3 | $79.50 | Updated comparative income statement consolidation with eliminations for ANO and ANO Units to include data from September 2024 MOR. |
| 11/12/24 | A. Stubbs | 0.2 | $53.00 | Updated comparative consolidated balance sheet for ANO and ANO Units to include data from September 2024 MOR to monitor Debtor monthly activities. |
| 11/12/24 | A. Stubbs | 0.1 | $26.50 | Updated comparative consolidated income statement for ANO and ANO Units to include data from September 2024 MOR to monitor Debtor monthly activities. |
| ***Task Code: 220.00*** | | ***2.5*** | ***$662.50*** | ***Totals*** |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 11/20/24 | P. Shields | 0.5 | $352.50 | Met with affordable housing broker and UCC Counsel (RK) to evaluate issues relating to Christopher Homes communities. |
| ***Task Code: 302.00*** | | ***0.5*** | ***$352.50*** | ***Totals*** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 11/01/24 | S. Chaffos | 2.3 | $793.50 | Revised the Grammar School trend analysis model with new metrics. |
| 11/01/24 | S. Chaffos | 1.4 | $483.00 | Updated the Grammar School ability to pay analysis with new metrics. |
| 11/01/24 | S. Chaffos | 0.8 | $276.00 | Updated the Grammar School ability to pay analysis with new financial categories. |
| 11/04/24 | S. Chaffos | 2.7 | $931.50 | Analyzed grammar schools income statement data (FY 2024) in order to integrate this information into database format for the grammar schools ability to pay analysis. |
| 11/04/24 | S. Chaffos | 1.5 | $517.50 | Reconciled grammar schools income statement data extraction to tied back total revenue, total expenses, and net income for ability to pay analysis (FY 2024). |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 11/05/24 | S. Chaffos | 2.6 | $897.00 | Updated Grammar Schools ability to pay analysis with recent income statement data (FY 2024). |
| 11/05/24 | S. Chaffos | 1.1 | $379.50 | Revised the Grammar Schools trend analysis model with recent income statement (FY 2024). |
| 11/06/24 | S. Chaffos | 0.5 | $172.50 | Updated Grammar School ability to pay analysis. |
| **Task Code: 304.00** | | **12.9** | **$4,450.50** | *Totals* |
| **320.00 - Asset Analysis (Investments / Funds - Debtors)** | | | | |
| 11/07/24 | S. Chaffos | 1.3 | $448.50 | Analyzed Portfolio A ending balances by CCF Funds (June 30, 2024). |
| 11/07/24 | M. Babcock | 0.4 | $250.00 | Analyzed Portfolio A ownership / beneficiary data produced by Debtor. |
| 11/16/24 | M. Babcock | 0.2 | $125.00 | Updated analysis of Portfolio A ownership / beneficiary data produced by Debtor. |
| 11/19/24 | S. Chaffos | 2.3 | $793.50 | Analyzed alleged restricted assets in Portfolio A. |
| **Task Code: 320.00** | | **4.2** | **$1,617.00** | *Totals* |
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 11/09/24 | P. Shields | 0.4 | $282.00 | Evaluated tasks to perform in connection with Committee Disclosure Statement. |
| 11/11/24 | S. Chaffos | 1.3 | $448.50 | Reviewed sections of real estate in the Committee Disclosure Statement. |
| 11/11/24 | J. Funk | 0.4 | $216.00 | Evaluated the financial exhibits within the Debtor Disclosure Statement. |
| 11/11/24 | P. Shields | 0.1 | $70.50 | Met with BRG (MB) to review issues for consideration in connection with Disclosure Statement. |
| 11/11/24 | M. Babcock | 0.1 | $62.50 | Met with BRG (PS) to discuss Committee disclosure statement. |
| 11/12/24 | J. Funk | 2.4 | $1,296.00 | Continued analyzing the financial exhibits within the Debtor Disclosure Statement. |
| 11/12/24 | P. Shields | 0.9 | $634.50 | Met with BRG (EM, JF) regarding investment returns analysis. |
| 11/12/24 | J. Funk | 0.9 | $486.00 | Met with BRG (PS, EM) regarding the projected investment returns. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 11/12/24 | E. Madsen | 0.9 | $607.50 | Participated in call with BRG (PS, JF) regarding analysis related to assessment of investment returns. |
| 11/12/24 | P. Shields | 0.8 | $564.00 | Met with BRG (JF) to evaluate work to perform in connection with cash flow estimates. |
| 11/12/24 | J. Funk | 0.8 | $432.00 | Met with BRG (PS) regarding the financial exhibits for the Committee Disclosure Statement. |
| 11/13/24 | S. Chaffos | 2.0 | $690.00 | Evaluated financial schedules in Disclosure Statement. |
| 11/13/24 | P. Shields | 1.7 | $1,198.50 | Analyzed disclosure statements of existing Diocese bankruptcy cases in connection with preparation of Disclosure Statement. |
| 11/13/24 | J. Funk | 1.5 | $810.00 | Analyzed the liquidation analysis, historical performance, and projections found within the Debtor's Disclosure Statement. |
| 11/13/24 | P. Shields | 1.2 | $846.00 | Met with BRG (JF, SC [partial]) to evaluate Debtor's Disclosure Statement. |
| 11/13/24 | J. Funk | 1.2 | $648.00 | Met with BRG (PS, SC [partial]) to evaluate and outline financial issues found in the Debtor's Disclosure Statement. |
| 11/13/24 | E. Madsen | 1.1 | $742.50 | Assessed investment returns of the Debtor's portfolios. |
| 11/13/24 | P. Shields | 0.7 | $493.50 | Met with UCC Counsel (JS [partial], RK [partial], BK, IN) to review financial issues in connection with the Debtor's Disclosure Statement. |
| 11/13/24 | S. Chaffos | 0.6 | $207.00 | Attended portion of meeting with BRG (PS, JF) to evaluate Debtor disclosure statement. |
| 11/13/24 | P. Shields | 0.2 | $141.00 | Met with BRG (JF) to outline analysis of issues set forth in the Debtor's Disclosure Statement. |
| 11/13/24 | J. Funk | 0.2 | $108.00 | Met with BRG (PS) to outline analysis of issues set forth in the Debtor's Disclosure Statement. |
| 11/13/24 | P. Shields | 0.2 | $141.00 | Outlined follow up items for consideration in connection with analysis of Debtor's Disclosure Statement. |
| 11/14/24 | S. Chaffos | 0.7 | $241.50 | Continued to evaluate financial schedules in Disclosure Statement. |
| 11/14/24 | P. Shields | 0.6 | $423.00 | Met with BRG (JF, SC [partial]) to evaluate analyses set forth in disclosure statement. |
| 11/14/24 | J. Funk | 0.6 | $324.00 | Met with BRG (PS, SC [partial]) to continue evaluating the financial issues found within the Debtor's Disclosure Statement. |



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 11/14/24 | J. Funk | 0.2 | $108.00 | Analyzed Debtor Disclosure Statement Liquidation Analysis. |
| 11/14/24 | S. Chaffos | 0.2 | $69.00 | Attended portion of call with BRG (PS, JF) to discuss financial schedules in Disclosure Statement. |
| 11/15/24 | J. Funk | 2.1 | $1,134.00 | Evaluated Debtor Disclosure Statement projections and historical performance. |
| 11/15/24 | J. Funk | 1.0 | $540.00 | Prepared Disclosure Statement comparison analysis. |
| 11/15/24 | P. Shields | 0.7 | $493.50 | Met with UCC Counsel (JS, RK, BK) and BRG (JF) regarding updates to Disclosure Statement. |
| 11/15/24 | J. Funk | 0.7 | $378.00 | Met with UCC Counsel (JS, RK, BK) and BRG (PS) regarding updates to Disclosure Statement. |
| 11/15/24 | P. Shields | 0.3 | $211.50 | Met with Debtor's Financial Advisor (CL) to review questions relating to the Disclosure Statement. |
| 11/15/24 | P. Shields | 0.3 | $211.50 | Outlined inquiries for UCC Counsel in connection with Disclosure Statement. |
| 11/15/24 | J. Funk | 0.3 | $162.00 | Outlined issues in connection with the Disclosure Statement comparison analysis. |
| 11/15/24 | P. Shields | 0.1 | $70.50 | Prepared for call with UCC Counsel regarding Disclosure Statement. |
| 11/16/24 | P. Shields | 0.2 | $141.00 | Outlined analyses to perform in connection with Disclosure Statement. |
| 11/16/24 | P. Shields | 0.2 | $141.00 | Reviewed comparative analysis of Administrative Office financial information in connection with Disclosure Statement. |
| 11/18/24 | M. Babcock | 0.3 | $187.50 | Evaluated Disclosure Statement (including restricted assets). |
| 11/18/24 | P. Shields | 0.3 | $211.50 | Met with UCC Counsel (RO) and BRG (MB) to discuss restricted assets related to disclosure statement. |
| 11/18/24 | M. Babcock | 0.3 | $187.50 | Met with UCC Counsel (RO) and BRG (PS) to discuss disclosure statement (including restricted assets). |
| 11/19/24 | S. Chaffos | 2.8 | $966.00 | Analyzed Debtor's Administrative Offices cash and investment trends (2021 - 2024). |
| 11/19/24 | S. Chaffos | 2.4 | $828.00 | Continued to analyze Debtor's Administrative Offices cash and investment trends (2021 - 2024). |



**BRG** ···························· **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 11/19/24 | S. Chaffos | 2.1 | $724.50 | Analyzed Archdiocesan Units cash and investment trends (2021 - 2024). |
| 11/19/24 | J. Funk | 2.1 | $1,134.00 | Updated Disclosure Statement historical trends and liquidation analyses. |
| 11/19/24 | P. Shields | 1.9 | $1,339.50 | Made updates to Disclosure Statement narrative. |
| 11/19/24 | P. Shields | 1.5 | $1,057.50 | Met with BRG (JF [partial], SC) to evaluate updates to schedules to be included in the Disclosure Statement. |
| 11/19/24 | S. Chaffos | 1.5 | $517.50 | Met with BRG (PS, JF [partial]) to review financial schedules to be included in the Disclosure Statement. |
| 11/19/24 | P. Shields | 1.3 | $916.50 | Evaluated cash flow estimates contained in Disclosure Statement. |
| 11/19/24 | S. Chaffos | 1.3 | $448.50 | Evaluated Debtor's Administrative Office balance sheet changes (2024). |
| 11/19/24 | P. Shields | 1.2 | $846.00 | Met with BRG (JF, SC) regarding historical financial analysis of ANO / ANO Units. |
| 11/19/24 | S. Chaffos | 1.2 | $414.00 | Met with BRG (PS, JF) to discuss Debtor's financial trends. |
| 11/19/24 | J. Funk | 1.2 | $648.00 | Met with BRG (PS, SC) regarding historical ADNO financial trends. |
| 11/19/24 | P. Shields | 1.1 | $775.50 | Evaluated liquidation analysis contained in Disclosure Statement. |
| 11/19/24 | J. Funk | 1.0 | $540.00 | Attended portion of meeting with BRG (PS) to evaluate updates to schedules to be included in the Disclosure Statement. |
| 11/19/24 | P. Shields | 0.8 | $564.00 | Updated schedules of financial performance for Archdiocese / Archdiocesan Units. |
| 11/20/24 | S. Chaffos | 2.4 | $828.00 | Updated financial schedules in Disclosure Statement. |
| 11/20/24 | S. Chaffos | 2.2 | $759.00 | Updated Disclosure Statement narrative. |
| 11/20/24 | M. Babcock | 1.1 | $687.50 | Revised Committee Disclosure Statement. |
| 11/20/24 | P. Shields | 0.8 | $564.00 | Met with BRG (MB, SC) to review updates to Disclosure Statement. |
| 11/20/24 | S. Chaffos | 0.8 | $276.00 | Met with BRG (PS, MB) to discuss updates to Disclosure Statement. |
| 11/20/24 | M. Babcock | 0.8 | $500.00 | Met with BRG (PS, SC) to discuss Committee Disclosure Statement. |

 **BRG** ∴∴∴∴∴∴∴∴  **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 11/20/24 | P. Shields | 0.3 | $211.50 | Met with Pension Experts (JS, RC) to review pension issues in connection with Disclosure Statement. |
| 11/20/24 | P. Shields | 0.3 | $211.50 | Performed further quality review on Disclosure Statement schedules. |
| 11/20/24 | S. Chaffos | 0.2 | $69.00 | Attended call with BRG (PS) and UCC Counsel (BK) regarding follow up items on the Disclosure Statement. |
| 11/20/24 | P. Shields | 0.2 | $141.00 | Met with UCC Counsel (BK) and BRG (SC) to review follow up items regarding Disclosure Statement. |
| *Task Code:  800.00* | | *61.2* | *$32,327.00* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 11/13/24 | M. Kuhn | 1.1 | $187.00 | Prepared fee statement for October 2024. |
| 11/15/24 | M. Kuhn | 0.5 | $85.00 | Continued to review BRG's October 2024 monthly fee statement. |
| 11/18/24 | M. Kuhn | 1.1 | $187.00 | Organized BRG's October 2024 time for preparation of exhibits. |
| 11/18/24 | M. Kuhn | 0.7 | $119.00 | Reviewed initial draft of BRG's Eleventh Interim Fee Application. |
| 11/18/24 | M. Kuhn | 0.2 | $34.00 | Prepared LEDES file for BRG's October 2024 monthly fee statement. |
| 11/19/24 | M. Kuhn | 1.2 | $204.00 | Continued reviewing BRG's draft of its Eleventh Interim Fee Application. |
| 11/19/24 | M. Kuhn | 0.2 | $34.00 | Prepared exhibits for BRG's Eleventh Interim Fee Application. |
| 11/20/24 | M. Kuhn | 1.7 | $289.00 | Reviewed further BRG's Eleventh Interim Fee Application. |
| 11/21/24 | P. Shields | 0.7 | $493.50 | Reviewed time entries to identify key areas for inclusion in task descriptions. |
| 11/22/24 | M. Kuhn | 1.8 | $306.00 | Updated task code descriptions on BRG's Eleventh Interim Fee Application. |
| 11/22/24 | P. Shields | 1.5 | $1,057.50 | Made updates to task code descriptions in 11th Interim Fee Application. |
| 11/22/24 | P. Shields | 0.8 | $564.00 | Continued to review time entries to identify key areas for inclusion in task descriptions. |
| 11/22/24 | P. Shields | 0.6 | $423.00 | Met with BRG (MK) to update task code descriptions. |
| 11/22/24 | M. Kuhn | 0.6 | $102.00 | Met with BRG (PS) to discuss updates to task code descriptions. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 11/01/24 through 11/30/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 11/22/24 | M. Kuhn | 0.2 | $34.00 | Created exhibits for BRG's Eleventh Interim Fee Application. |
| 11/23/24 | M. Kuhn | 1.4 | $238.00 | Continued to review BRG's Eleventh Interim Fee Application. |
| 11/23/24 | P. Shields | 1.2 | $846.00 | Made further updates to task code descriptions in 11th Interim Fee Application. |
| 11/23/24 | P. Shields | 1.2 | $846.00 | Made updates to narrative of 11th Interim Fee Application. |
| 11/23/24 | P. Shields | 1.0 | $705.00 | Reviewed 11th Interim Fee Application. |
| 11/25/24 | M. Kuhn | 1.0 | $170.00 | Continued reviewing exhibits for BRG's Eleventh Interim Fee Application. |
| 11/25/24 | P. Shields | 0.3 | $211.50 | Conducted further review of 11th Interim Fee Application. |
| *Task Code:* *1060.00* | | *19.0* | *$7,135.50* | *Totals* |
| **TOTALS** | | **108.8** | **$50,857.50** | |

# EXHIBIT 4

## IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor. [2] | Case No. 20-10846<br><br>Section "A"<br><br>**Chapter 11**<br><br>Objection Deadline: February 12, 2025 |

## FIFTY-FIRST MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD DECEMBER 1, 2024 THROUGH, DECEMBER 31, 2024

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Order**"), Berkeley Research Group, LLC ("**BRG**"), as financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "**Debtor**") hereby submits its Fifty-First Monthly Fee and Expense Statement (the "**Statement**") for the period from December 1, 2024 through December 31, 2024 (the "**Fee Period**") for the above-styled Chapter 11 bankruptcy case (the "**Bankruptcy Case**").

## RELIEF REQUESTED

2.  The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| December 1, 2024 to December 31, 2024 | |
| --- | --- |
| Fees (At Standard Rates) | $27,142.00 |
| Voluntary Reduction | (<u>$4,619.00</u>) |
| Fees (After Reduction) | $22,523.00 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$22,523.00** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C.**

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 03/23/2021 Dkt No. N/A | 06/17/2020-10/31/2020 | 176,490.50 | 3,807.52 | N/A | 176,490.50 | 3,807.52 | - |
| 05/25/2021 Dkt No. N/A | 11/01/2020-11/30/2020 | 6,289.50 | 75.00 | N/A | 6,289.50 | 75.00 | - |
| 05/25/2021 Dkt No. N/A | 12/01/2020-12/31/2020 | 10,428.00 | - | N/A | 10,428.00 | - | - |
| 5/25/2021 Dkt No. N/A | 01/01/2021-1/31/2021 | 21,400.00 | 7.00 | N/A | 21,400.00 | 7.00 | - |
| 05/25/2021 Dkt No. N/A | 02/01/2021-02/28/2021 | 8,278.50 | - | N/A | 8,278.50 | - | - |
| 05/25/2021 Dkt No. N/A | 03/01/2021-03/31/2021 | 29,499.50 | - | N/A | 29,499.50 | - | - |
| *05/27/2021 Dkt No. 891* | *06/17/2020-03/31/2021* | *252,386.00* | *3,889.52* | *6/21/2021 Dkt No. 916* | *252,386.00* | *3,889.52* | - |
| 11/23/2021 Dkt No. N/A | 04/01/2021-04/30/2021 | 49,056.00 | - | N/A | 49,056.00 | - | - |
| 11/23/2021 Dkt No. N/A | 05/01/2021-05/31/2021 | 52,309.00 | - | N/A | 52,309.00 | - | - |
| 11/23/2021 Dkt No. N/A | 06/01/2021-06/30/2021 | 37,186.50 | - | N/A | 37,186.50 | - | - |
| 11/23/2021 Dkt No. N/A | 07/01/2021-07/31/2021 | 50,481.00 | - | N/A | 50,481.00 | - | - |
| 11/23/2021 Dkt No. N/A | 08/01/2021-08/31/2021 | 156,335.50 | - | N/A | 156,335.50 | - | - |
| 11/23/2021 Dkt No. N/A | 09/01/2021-09/30/2021 | 23,364.50 | - | N/A | 23,364.50 | - | - |
| 11/23/2021 Dkt No. N/A | 10/01/2021-10/31/2021 | 24,784.00 | 12.93 | N/A | 24,784.00 | 12.93 | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *11/24/2021 Dkt No. 1186* | *04/01/2021-10/31/2021* | *393,516.50* | *12.93* | *12/14/2021 Dkt. No. 1199* | *393,516.50* | *12.93* | *-* |
| 12/28/2021 Dkt No. N/A | 11/01/2021 - 11/30/2021 | 14,230.00 | - | N/A | 14,230.00 | - | - |
| 01/28/2022 Dkt No. N/A | 12/01/2021 - 12/31/2021 | 27,778.00 | - | N/A | 27,778.00 | - | - |
| 02/28/2022 Dkt No. N/A | 01/01/2022 - 01/31/2022 | 47,294.50 | - | N/A | 47,294.50 | - | - |
| 03/23/2022 Dkt No. N/A | 02/01/2022 - 02/28/2022 | 63,452.00 | - | N/A | 63,452.00 | - | - |
| *03/24/2022 Dkt No. 1385* | *11/01/2021 - 02/28/2022* | *152,754.50* | *-* | *4/19/2022 Dkt No. 1466* | *152,754.50* | *-* | *-* |
| 04/28/2022 Dkt No. N/A | 03/01/2022-03/31/2022 | 115,531.00 | - | N/A | 115,531.00 | - | - |
| 05/27/2022 Dkt No. N/A | 04/01/2022-04/30/2022 | 43,931.00 | - | N/A | 43,931.00 | - | - |
| 06/29/2022 Dkt No. N/A | 05/01/2022-05/31/2022 | 109,327.00 | - | N/A | 109,327.00 | - | - |
| 07/26/2022 Dkt No. N/A | 06/01/2022-06/30/2022 | 84,128.00 | - | N/A | 84,128.00 | - | - |
| *07/28/2022 Dkt No. 1688* | *03/01/2022-06/30/2022* | *352,917.00* | *-* | *8/17/2022 Dkt No. 1740* | *352,917.00* | *-* | *-* |
| 08/29/2022 Dkt No. N/A | 07/01/2022-07/31/2022 | 54,081.50 | - | N/A | 54,081.50 | - | - |
| 09/29/2022 Dkt No. N/A | 08/01/2022-08/31/2022 | 104,162.00 | 500.00 | N/A | 104,162.00 | 500.00 | - |
| 10/28/2022 Dkt No. N/A | 09/01/2022-09/30/2022 | 84,134.00 | - | N/A | 84,134.00 | - | - |
| 11/23/2022 Dkt No. N/A | 10/01/2022-10/31/2022 | 117,160.50 | - | N/A | 117,160.50 | - | - |
| *11/23/2022 Dkt No. 1943* | *07/01/2022-10/31/2022* | *359,538.00* | *500.00* | *12/13/2022 Dkt No. 1976* | *359,538.00* | *500.00* | *-* |
| 12/22/2022 Dkt No. N/A | 11/01/2022-11/30/2022 | 58,923.50 | - | N/A | 58,923.50 | - | - |
| 01/27/2023 Dkt No. N/A | 12/01/2022-12/31/2022 | 47,504.50 | - | N/A | 47,504.50 | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/28/2023 Dkt No. N/A | 01/01/2023-01/31/2023 | 102,738.00 | 3,995.00 | N/A | 102,738.00 | 3,995.00 | - |
| 03/29/2023 Dkt No. N/A | 02/01/2023-02/28/2023 | 286,205.00 | 9,278.16 | N/A | 286,205.00 | 9,278.16 | - |
| *03/28/2023 Dkt No. 2200* | *11/01/2022 - 02/28/2023* | *495,371.00* | *13,273.16* | *4/14/2023 Dkt No. 2228* | *495,371.00* | *13,273.16* | - |
| 04/28/2023 Dkt No. N/A | 03/01/2023-03/31/2023 | 191,464.00 | 3,400.00 | N/A | 191,464.00 | 3,400.00 | - |
| 05/30/2023 Dkt No. N/A | 04/01/2023-04/30/2023 | 103,741.00 | - | N/A | 103,741.00 | - | - |
| 06/28/2023 Dkt No. N/A | 05/01/2023-05/31/2023 | 146,564.50 | - | N/A | 146,564.50 | - | - |
| 07/25/2023 Dkt No. N/A | 06/01/2023-06/30/2023 | 87,466.00 | 1,841.26 | N/A | 87,466.00 | 1,841.26 | - |
| *07/25/2023 Dkt No. 2393* | *03/01/2023 - 06/30/2023* | *529,235.50* | *5,241.26* | *8/17/2023 Dkt No. 2438* | *529,235.50* | *5,241.26* | - |
| 08/29/2023 Dkt No. N/A | 07/1/2023 - 07/31/2023 | 20,458.00 | - | N/A | 20,458.00 | - | - |
| 9/29/2023 Dkt No. N/A | 08/01/2023 - 08/31/2023 | 28,343.00 | 1,990.23 | N/A | 28,343.00 | 1,990.23 | - |
| 10/27/2023 Dkt No. N/A | 09/01/2023 - 9/30/2023 | 46,927.00 | - | N/A | 46,927.00 | - | - |
| 11/29/2023 Dkt No. N/A | 10/01/2023 - 10/31/2023 | 146,053.50 | 1,571.59 | N/A | 146,053.50 | 1,571.59 | - |
| *11/29/2023 Dkt No. 2680* | *7/1/2023 - 10/31/2023* | *241,781.50* | *3,561.82* | *12/20/2023 Dkt No. 2750* | *241,781.50* | *3,561.82* | - |
| 12/28/2023 Dkt No. N/A | 11/01/2023 - 11/30/2023 | 107,361.50 | - | N/A | 107,361.50 | - | - |
| 01/26/2024 Dkt No. N/A | 12/01/2023 - 12/31/2023 | 83,937.00 | 4,035.52 | N/A | 83,937.00 | 4,035.52 | - |
| 02/29/2024 Dkt No. N/A | 01/01/2024 - 01/31/2024 | 31,064.00 | - | N/A | 31,064.00 | - | - |
| 03/31/2024 Dkt No. N/A | 02/01/2024 - 02/29/2024 | 13,319.50 | - | N/A | 13,319.50 | - | - |
| *03/31/2024 Dkt No. 2921* | *11/01/2023 - 02/29/2024* | *235,682.00* | *4,035.52* | *4/26/2024 Dkt No. 2989* | *235,682.00* | *4,035.52* | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/29/2024 Dkt No. N/A | 03/01/2024 - 03/31/2024 | 24,235.50 | - | N/A | 24,235.50 | - | - |
| 05/29/2024 Dkt No. N/A | 04/01/2024 - 04/30/2024 | 2,767.50 | 727.80 | N/A | 2,767.50 | 727.80 | - |
| 06/24/2024 Dkt No. N/A | 05/01/2024 - 05/31/2024 | 15,418.50 | - | N/A | 15,418.50 | - | - |
| 07/18/2024 Dkt No. N/A | 06/01/2024 - 06/30/2024 | 11,764.00 | - | N/A | 11,764.00 | - | - |
| *07/25/2024 Dkt No. 3194* | *03/01/2024 - 06/30/2024* | *54,185.50* | *727.80* | *08/16/2024 Dkt No. 3280* | *54,185.50* | *727.80* | *-* |
| 08/28/2024 Dkt No. N/A | 07/01/24 - 07/31/24 | 18,835.00 | - | N/A | 15,068.00 | - | 3,767.00 |
| 09/27/2024 Dkt No. N/A | 08/01/24 - 08/31/24 | 48,267.50 | 85.00 | N/A | 38,614.00 | 85.00 | 9,653.50 |
| 10/29/2024 Dkt No. N/A | 09/01/24 - 09/30/24 | 85,000.00 | - | N/A | 68,087.20 | - | 16,912.80 |
| 11/18/2024 Dkt No. N/A | 10/01/24 - 10/31/24 | 54,744.00 | - | N/A | 43,795.20 | - | 10,948.80 |
| *11/27/2024 Dkt No. 3510* | *07/01/2024 - 10/31/2024* | *206,846.50* | *85.00* | *01/__/2025 Dkt No.* | *165,564.40* | *85.00* | *41,282.10* |
| 12/23/2024 Dkt No. N/A | 11/01/24 - 11/30/24 | 50,857.50 | - | N/A | - | - | 50,857.50 |
| **Totals** | | **3,325,071.50** | **31,327.01** | | **3,232,931.90** | **31,327.01** | **92,139.60** |

**NO PRIOR REQUEST**

5.       With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.       In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("**Notice Parties**") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170- 5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.       Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12, 2025 (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.       To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of **$18,018.40** (80% of $22,523.00) and expenses in the amount of **$0.00** and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of **$18,018.40** which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  January 29, 2025                     Respectfully submitted,

By:/s/ *Paul N. Shields*
   Paul N. Shields
   Berkeley Research Group, LLC 201 South
   Main Street, Suite 450 Salt Lake City,
   Utah 84111 Telephone: (801) 364-6233
   Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 12/01/24 through 12/31/24

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $705.00 | 11.7 | $8,248.50 |
| M. Babcock | Director | $625.00 | 3.5 | $2,187.50 |
| J. Funk | Associate Director | $540.00 | 3.7 | $1,998.00 |
| S. Chaffos | Consultant | $345.00 | 20.5 | $7,072.50 |
| A. Stubbs | Associate | $265.00 | 10.1 | $2,676.50 |
| M. Kuhn | Case Assistant | $170.00 | 2.0 | $340.00 |
| **TOTAL** | | | **51.5** | **$22,523.00** |
| **BLENDED RATE** | | | | **$437.34** |

# EXHIBIT B



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 12/01/24 through 12/31/24

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 14.9 | $6,676.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 0.8 | $368.00 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 8.4 | $2,226.00 |
| 304.00 - Asset Analysis (General - Parishes) | 3.0 | $1,215.00 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 4.9 | $3,206.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 1.2 | $846.00 |
| 1030.00 - Mediation Preparation & Attendance | 16.3 | $7,645.00 |
| 1060.00 - Fee Application Preparation & Hearing | 2.0 | $340.00 |
| **TOTAL** | **51.5** | **$22,523.00** |
| **BLENDED RATE** | | **$437.34** |

# EXHIBIT C

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 12/01/24 through 12/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 12/05/24 | S. Chaffos | 1.8 | $621.00 | Evaluated status of document requests / productions. |
| 12/05/24 | P. Shields | 1.4 | $987.00 | Prepared updated document request. |
| 12/05/24 | P. Shields | 0.5 | $352.50 | Prepared inquiry for Debtor regarding discrepancies in real estate data. |
| 12/06/24 | S. Chaffos | 1.1 | $379.50 | Updated the document request list. |
| 12/06/24 | P. Shields | 0.7 | $493.50 | Made revisions to updated document request. |
| 12/09/24 | S. Chaffos | 1.0 | $345.00 | Reviewed Commercial Committee discovery request. |
| 12/09/24 | S. Chaffos | 0.3 | $103.50 | Met with BRG (PS) to discuss Commercial Committee discovery request. |
| 12/09/24 | P. Shields | 0.3 | $211.50 | Met with BRG (SC) to identify documents responsive to document requests. |
| 12/11/24 | S. Chaffos | 0.8 | $276.00 | Attended call with BRG (PS) to discuss the document production process. |
| 12/11/24 | P. Shields | 0.8 | $564.00 | Met with BRG (SC) to evaluate process of tracking / reporting document production. |
| 12/11/24 | S. Chaffos | 0.6 | $207.00 | Attended call with BRG (PS) and UCC Counsel (BK, AC, RK [partial]) to discuss document requests. |
| 12/11/24 | P. Shields | 0.6 | $423.00 | Attended call with BRG (SC) and UCC Counsel (BK, AC, RK [partial]) to discuss priority document requests. |
| 12/11/24 | S. Chaffos | 0.1 | $34.50 | Prepared initial email to Debtor FA (KZ) for October 2024 MOR supplemental documents. |
| 12/17/24 | S. Chaffos | 0.2 | $69.00 | Evaluated MOR supplemental document submission by Debtor FA (KZ) in order to evaluate completeness of submission, including a follow-up correspondence to Debtor FA. |
| 12/19/24 | S. Chaffos | 0.4 | $138.00 | Evaluated additional MOR supplemental document submission by Debtor FA (KZ) in order to evaluate completeness of submission, including a second follow-up correspondence to Debtor FA. |
| 12/20/24 | S. Chaffos | 0.5 | $172.50 | Reviewed Bond Trustee discovery request documents. |
| 12/20/24 | S. Chaffos | 0.2 | $69.00 | Evaluated further MOR supplemental document submission by Debtor FA (KZ) in order to evaluate completeness of submission, including a third follow-up correspondence to Debtor FA. |



## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 12/01/24 through 12/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 12/30/24 | S. Chaffos | 1.5 | $517.50 | Evaluated Affiliate's new financial statement document production (12/30/24). |
| 12/30/24 | S. Chaffos | 0.3 | $103.50 | Met with BRG (PS) to discuss document discovery requests. |
| 12/30/24 | P. Shields | 0.3 | $211.50 | Met with BRG (SC) about tracking of document production. |
| 12/31/24 | A. Stubbs | 1.5 | $397.50 | Evaluated recent document production of Affiliate financial statements. |
| *Task Code: 200.90* | | *14.9* | *$6,676.50* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 12/17/24 | S. Chaffos | 0.3 | $103.50 | Met with BRG (PS) to discuss on-going MOR trend analyses. |
| 12/17/24 | P. Shields | 0.3 | $211.50 | Met with BRG (SC) regarding ongoing evaluation of financial data included in Monthly Operating Reports. |
| 12/20/24 | A. Stubbs | 0.2 | $53.00 | Reviewed documents received in connection request for MOR supplemental schedules. |
| *Task Code: 220.00* | | *0.8* | *$368.00* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 12/30/24 | A. Stubbs | 0.5 | $132.50 | Updated Catholic Cemeteries comparative balance sheet analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.5 | $132.50 | Updated Catholic Charities comparative income statement analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.3 | $79.50 | Updated Catholic Charities comparative balance sheet analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.2 | $53.00 | Updated Catholic Cemeteries comparative cash flow statement analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.2 | $53.00 | Updated Catholic Cemeteries comparative income statement analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.2 | $53.00 | Updated Catholic Charities comparative cash flow statement analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.1 | $26.50 | Updated Catholic Cemeteries Trust comparative balance sheet analysis to include 2024 audit data. |
| 12/30/24 | A. Stubbs | 0.1 | $26.50 | Updated Catholic Cemeteries Trust comparative cash flow statement analysis to include 2024 audit data. |

 **∴∴∴ BRG** · · · · · · · · · · · · · · · · · · · **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 12/01/24 through 12/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 12/30/24 | A. Stubbs | 0.1 | $26.50 | Updated Catholic Cemeteries Trust comparative income statement analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 2.9 | $768.50 | Updated balance sheet data in the ANO Affiliate Ability to Pay analysis to include data from 2024 financials. |
| 12/31/24 | A. Stubbs | 0.8 | $212.00 | Updated income statement data in the ANO Affiliate Ability to Pay analysis to include data from 2024 financials. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Archdiocese of New Orleans Indemnity comparative balance sheet analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Notre Dame Seminary comparative balance sheet analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Notre Dame Seminary comparative cash flow statement analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Notre Dame Seminary comparative income statement analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Second Harvest Food Bank comparative balance sheet analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Second Harvest Food Bank comparative cash flow statement analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.3 | $79.50 | Updated Second Harvest Food Bank comparative income statement analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.2 | $53.00 | Updated Archdiocese of New Orleans Indemnity comparative cash flow statement analysis to include 2024 audit data. |
| 12/31/24 | A. Stubbs | 0.2 | $53.00 | Updated Archdiocese of New Orleans Indemnity comparative income statement analysis to include 2024 audit data. |
| ***Task Code: 302.00*** | | **8.4** | **$2,226.00** | ***Totals*** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 12/06/24 | S. Chaffos | 1.0 | $345.00 | Developed suppressed Parish summary with all available research / resources to date. |
| 12/12/24 | S. Chaffos | 1.0 | $345.00 | Analyzed suppressed Parish with deposit and loan balances in Portfolio B. |
| 12/12/24 | S. Chaffos | 0.5 | $172.50 | Met with BRG (PS) regarding evaluation of suppressed Parishes. |
| 12/12/24 | P. Shields | 0.5 | $352.50 | Met with BRG (SC) regarding evaluation of suppressed Parishes. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 12/01/24 through 12/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| *Task Code:* | *304.00* | *3.0* | *$1,215.00* | *Totals* |
| **320.00 - Asset Analysis (Investments / Funds - Debtors)** | | | | |
| 12/05/24 | P. Shields | 1.8 | $1,269.00 | Met with BRG (MB) to evaluate information provided by the Debtor relating to Portfolio A / restricted assets. |
| 12/05/24 | M. Babcock | 1.8 | $1,125.00 | Met with BRG (PS) to discuss Portfolio A (including alleged restricted assets). |
| 12/05/24 | M. Babcock | 1.3 | $812.50 | Evaluated Portfolio A assets (including alleged restrictions). |
| *Task Code:* | *320.00* | *4.9* | *$3,206.50* | *Totals* |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 12/05/24 | P. Shields | 1.2 | $846.00 | Evaluated differences in real estate listings provided by the Debtor. |
| *Task Code:* | *330.00* | *1.2* | *$846.00* | *Totals* |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 12/05/24 | P. Shields | 0.2 | $141.00 | Met with BRG (JF) to analyze historical insurance premium trends. |
| 12/05/24 | J. Funk | 0.2 | $108.00 | Met with BRG (PS) to analyze historical insurance premium trends. |
| 12/12/24 | S. Chaffos | 0.5 | $172.50 | Analyzed post bankruptcy disbursement payments to TMI. |
| 12/12/24 | P. Shields | 0.1 | $70.50 | Reviewed schedule of bond interest payments. |
| 12/13/24 | J. Funk | 0.8 | $432.00 | Evaluated debtor and affiliate expenses in the context of assessing cash flow. |
| 12/13/24 | P. Shields | 0.7 | $493.50 | Evaluated Debtor and Affiliate expenses in the context of assessing cash flow. |
| 12/23/24 | S. Chaffos | 2.1 | $724.50 | Prepared financial funding analysis / ability to pay presentation materials. |
| 12/23/24 | S. Chaffos | 1.5 | $517.50 | Made updates to the funding analysis. |
| 12/30/24 | S. Chaffos | 1.8 | $621.00 | Continued to update the financial funding analysis / Ability to Pay presentation materials. |
| 12/30/24 | S. Chaffos | 1.4 | $483.00 | Met with BRG (PS) to discuss preparation of presentation materials for Ability to Pay analyses. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 12/01/24 through 12/31/24

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 12/30/24 | P. Shields | 1.4 | $987.00 | Met with BRG (SC) regarding preparation of presentation materials for Ability to Pay Analysis. |
| 12/30/24 | S. Chaffos | 1.2 | $414.00 | Revised the Affiliate ability to pay analysis to include new financial statement data. |
| 12/30/24 | J. Funk | 0.6 | $324.00 | Prepared analysis of bond covenant calculations. |
| 12/30/24 | S. Chaffos | 0.4 | $138.00 | Call with BRG (PS, MB), UCC Counsel (JS, BK, SB) regarding Ability to Pay Analysis. |
| 12/30/24 | P. Shields | 0.4 | $282.00 | Met with BRG (JF) to evaluate issues for consideration in connection with bond covenant calculations. |
| 12/30/24 | J. Funk | 0.4 | $216.00 | Met with BRG (PS) to evaluate bond covenant ratios. |
| 12/30/24 | P. Shields | 0.4 | $282.00 | Met with UCC Counsel (JS, BK, SB) and BRG (MB, SC) to evaluate Ability to Pay Analysis. |
| 12/30/24 | M. Babcock | 0.4 | $250.00 | Met with UCC Counsel (JS, BK, SB) and BRG (PS, SC) to discuss issues relating to Ability to Pay Analysis. |
| 12/30/24 | P. Shields | 0.1 | $70.50 | Spoke with UCC Counsel (BK) regarding Ability to Pay Analysis. |
| 12/31/24 | J. Funk | 1.7 | $918.00 | Updated analysis of bond covenant calculations. |
| ***Task Code:  1030.00*** | | ***16.3*** | ***$7,645.00*** | ***Totals*** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 12/09/24 | M. Kuhn | 0.7 | $119.00 | Reviewed BRG's fee statement for November 2024. |
| 12/23/24 | M. Kuhn | 0.7 | $119.00 | Prepared exhibits for BRG's November 2024 monthly fee statement. |
| 12/23/24 | M. Kuhn | 0.3 | $51.00 | Prepared BRG's monthly fee statement for November 2024. |
| 12/23/24 | M. Kuhn | 0.3 | $51.00 | Prepared LEDES file for BRG's November 2024 monthly fee statement. |
| ***Task Code:  1060.00*** | | ***2.0*** | ***$340.00*** | ***Totals*** |
| **TOTALS** | | **51.5** | **$22,523.00** | |

# EXHIBIT 5

**IN THE UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: March 13, 2025 |

## FIFTY-SECOND MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JANUARY 1, 2025 THROUGH, JANUARY 31, 2025

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Order**"), Berkeley Research Group, LLC ("**BRG**"), as financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "**Debtor**") hereby submits its Fifty-Second Monthly Fee and Expense Statement (the "**Statement**") for the period from January 1, 2025 through January 31, 2025 (the "**Fee Period**") for the above-styled Chapter 11 bankruptcy case (the "**Bankruptcy Case**").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| January 1, 2025 to January 31, 2025 | |
|---|---|
| Fees (At Standard Rates) | $38,083.00 |
| Voluntary Reduction | (<u>$6,493.50</u>) |
| Fees (After Reduction) | $31,589.50 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$31,589.50** |

<u>**SERVICES RENDERED AND EXPENSES INCURRED**</u>

3.      The BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C.**

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 03/23/2021 Dkt No. N/A | 06/17/2020- 10/31/2020 | 176,490.50 | 3,807.52 | N/A | 176,490.50 | 3,807.52 | - |
| 05/25/2021 Dkt No. N/A | 11/01/2020- 11/30/2020 | 6,289.50 | 75.00 | N/A | 6,289.50 | 75.00 | - |
| 05/25/2021 Dkt No. N/A | 12/01/2020- 12/31/2020 | 10,428.00 | - | N/A | 10,428.00 | - | - |
| 5/25/2021 Dkt No. N/A | 01/01/2021- 1/31/2021 | 21,400.00 | 7.00 | N/A | 21,400.00 | 7.00 | - |
| 05/25/2021 Dkt No. N/A | 02/01/2021- 02/28/2021 | 8,278.50 | - | N/A | 8,278.50 | - | - |
| 05/25/2021 Dkt No. N/A | 03/01/2021- 03/31/2021 | 29,499.50 | - | N/A | 29,499.50 | - | - |
| *05/27/2021 Dkt No. 891* | *06/17/2020- 03/31/2021* | *252,386.00* | *3,889.52* | *6/21/2021 Dkt No. 916* | *252,386.00* | *3,889.52* | - |
| 11/23/2021 Dkt No. N/A | 04/01/2021- 04/30/2021 | 49,056.00 | - | N/A | 49,056.00 | - | - |
| 11/23/2021 Dkt No. N/A | 05/01/2021- 05/31/2021 | 52,309.00 | - | N/A | 52,309.00 | - | - |
| 11/23/2021 Dkt No. N/A | 06/01/2021- 06/30/2021 | 37,186.50 | - | N/A | 37,186.50 | - | - |
| 11/23/2021 Dkt No. N/A | 07/01/2021- 07/31/2021 | 50,481.00 | - | N/A | 50,481.00 | - | - |
| 11/23/2021 Dkt No. N/A | 08/01/2021- 08/31/2021 | 156,335.50 | - | N/A | 156,335.50 | - | - |
| 11/23/2021 Dkt No. N/A | 09/01/2021- 09/30/2021 | 23,364.50 | - | N/A | 23,364.50 | - | - |
| 11/23/2021 Dkt No. N/A | 10/01/2021- 10/31/2021 | 24,784.00 | 12.93 | N/A | 24,784.00 | 12.93 | - |
| *11/24/2021 Dkt No. 1186* | *04/01/2021- 10/31/2021* | *393,516.50* | *12.93* | *12/14/2021 Dkt. No. 1199* | *393,516.50* | *12.93* | - |
| 12/28/2021 Dkt No. N/A | 11/01/2021 - 11/30/2021 | 14,230.00 | - | N/A | 14,230.00 | - | - |
| 01/28/2022 Dkt No. N/A | 12/01/2021 - 12/31/2021 | 27,778.00 | - | N/A | 27,778.00 | - | - |
| 02/28/2022 Dkt No. N/A | 01/01/2022 - 01/31/2022 | 47,294.50 | - | N/A | 47,294.50 | - | - |
| 03/23/2022 Dkt No. N/A | 02/01/2022 - 02/28/2022 | 63,452.00 | - | N/A | 63,452.00 | - | - |

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| *03/24/2022 Dkt No. 1385* | *11/01/2021 - 02/28/2022* | *152,754.50* | - | *4/19/2022 Dkt No. 1466* | *152,754.50* | - | - |
| 04/28/2022 Dkt No. N/A | 03/01/2022- 03/31/2022 | 115,531.00 | - | N/A | 115,531.00 | - | - |
| 05/27/2022 Dkt No. N/A | 04/01/2022- 04/30/2022 | 43,931.00 | - | N/A | 43,931.00 | - | - |
| 06/29/2022 Dkt No. N/A | 05/01/2022- 05/31/2022 | 109,327.00 | - | N/A | 109,327.00 | - | - |
| 07/26/2022 Dkt No. N/A | 06/01/2022- 06/30/2022 | 84,128.00 | - | N/A | 84,128.00 | - | - |
| *07/28/2022 Dkt No. 1688* | *03/01/2022- 06/30/2022* | *352,917.00* | - | *8/17/2022 Dkt No. 1740* | *352,917.00* | - | - |
| 08/29/2022 Dkt No. N/A | 07/01/2022- 07/31/2022 | 54,081.50 | - | N/A | 54,081.50 | - | - |
| 09/29/2022 Dkt No. N/A | 08/01/2022- 08/31/2022 | 104,162.00 | 500.00 | N/A | 104,162.00 | 500.00 | - |
| 10/28/2022 Dkt No. N/A | 09/01/2022- 09/30/2022 | 84,134.00 | - | N/A | 84,134.00 | - | - |
| 11/23/2022 Dkt No. N/A | 10/01/2022- 10/31/2022 | 117,160.50 | - | N/A | 117,160.50 | - | - |
| *11/23/2022 Dkt No. 1943* | *07/01/2022- 10/31/2022* | *359,538.00* | *500.00* | *12/13/2022 Dkt No. 1976* | *359,538.00* | *500.00* | - |
| 12/22/2022 Dkt No. N/A | 11/01/2022- 11/30/2022 | 58,923.50 | - | N/A | 58,923.50 | - | - |
| 01/27/2023 Dkt No. N/A | 12/01/2022- 12/31/2022 | 47,504.50 | - | N/A | 47,504.50 | - | - |
| 02/28/2023 Dkt No. N/A | 01/01/2023- 01/31/2023 | 102,738.00 | 3,995.00 | N/A | 102,738.00 | 3,995.00 | - |
| 03/29/2023 Dkt No. N/A | 02/01/2023- 02/28/2023 | 286,205.00 | 9,278.16 | N/A | 286,205.00 | 9,278.16 | - |
| *03/28/2023 Dkt No. 2200* | *11/01/2022 - 02/28/2023* | *495,371.00* | *13,273.16* | *4/14/2023 Dkt No. 2228* | *495,371.00* | *13,273.16* | - |
| 04/28/2023 Dkt No. N/A | 03/01/2023 - 03/31/2023 | 191,464.00 | 3,400.00 | N/A | 191,464.00 | 3,400.00 | - |
| 05/30/2023 Dkt No. N/A | 04/01/2023 - 04/30/2023 | 103,741.00 | - | N/A | 103,741.00 | - | - |

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 06/28/2023 Dkt No. N/A | 05/01/2023 - 05/31/2023 | 146,564.50 | - | N/A | 146,564.50 | - | - |
| 07/25/2023 Dkt No. N/A | 06/01/2023 - 06/30/2023 | 87,466.00 | 1,841.26 | N/A | 87,466.00 | 1,841.26 | - |
| 07/25/2023 Dkt No. 2393 | 03/01/2023 - 06/30/2023 | 529,235.50 | 5,241.26 | 8/17/2023 Dkt No. 2438 | 529,235.50 | 5,241.26 | - |
| 08/29/2023 Dkt No. N/A | 07/1/2023 - 07/31/2023 | 20,458.00 | - | N/A | 20,458.00 | - | - |
| 9/29/2023 Dkt No. N/A | 08/01/2023 - 08/31/2023 | 28,343.00 | 1,990.23 | N/A | 28,343.00 | 1,990.23 | - |
| 10/27/2023 Dkt No. N/A | 09/01/2023 - 9/30/2023 | 46,927.00 | - | N/A | 46,927.00 | - | - |
| 11/29/2023 Dkt No. N/A | 10/01/2023 - 10/31/2023 | 146,053.50 | 1,571.59 | N/A | 146,053.50 | 1,571.59 | - |
| 11/29/2023 Dkt No. 2680 | 7/1/2023 - 10/31/2023 | 241,781.50 | 3,561.82 | 12/20/2023 Dkt No. 2750 | 241,781.50 | 3,561.82 | - |
| 12/28/2023 Dkt No. N/A | 11/01/2023 - 11/30/2023 | 107,361.50 | - | N/A | 107,361.50 | - | - |
| 01/26/2024 Dkt No. N/A | 12/01/2023 - 12/31/2023 | 83,937.00 | 4,035.52 | N/A | 83,937.00 | 4,035.52 | - |
| 02/29/2024 Dkt No. N/A | 01/01/2024 - 01/31/2024 | 31,064.00 | - | N/A | 31,064.00 | - | - |
| 03/31/2024 Dkt No. N/A | 02/01/2024 - 02/29/2024 | 13,319.50 | - | N/A | 13,319.50 | - | - |
| 03/31/2024 Dkt No. 2921 | 11/01/2023 - 02/29/2024 | 235,682.00 | 4,035.52 | 4/26/2024 Dkt No. 2989 | 235,682.00 | 4,035.52 | - |
| 4/29/2024 Dkt No. N/A | 03/01/2024 - 03/31/2024 | 24,235.50 | - | N/A | 24,235.50 | - | - |
| 05/29/2024 Dkt No. N/A | 04/01/2024 - 04/30/2024 | 2,767.50 | 727.80 | N/A | 2,767.50 | 727.80 | - |
| 06/24/2024 Dkt No. N/A | 05/01/2024 - 05/31/2024 | 15,418.50 | - | N/A | 15,418.50 | - | - |
| 07/18/2024 Dkt No. N/A | 06/01/2024 - 06/30/2024 | 11,764.00 | - | N/A | 11,764.00 | - | - |
| 07/25/2024 Dkt No. 3194 | 03/01/2024 - 06/30/2024 | 54,185.50 | 727.80 | 08/16/2024 Dkt No. 3280 | 54,185.50 | 727.80 | - |
| 08/28/2024 Dkt No. N/A | 07/01/24 - 07/31/24 | 18,835.00 | - | N/A | 15,068.00 | - | 3,767.00 |
| 09/27/2024 Dkt No. N/A | 08/01/24 - 08/31/24 | 48,267.50 | 85.00 | N/A | 38,614.00 | 85.00 | 9,653.50 |

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 10/29/2024 Dkt No. N/A | 09/01/24 - 09/30/24 | 85,000.00 | - | N/A | 68,087.20 | - | 16,912.80 |
| 11/18/2024 Dkt No. N/A | 10/01/24 - 10/31/24 | 54,744.00 | - | N/A | 43,795.20 | - | 10,948.80 |
| 11/27/2024 Dkt No. 3510 | 07/01/2024 - 10/31/2024 | 206,846.50 | 85.00 | ___/___/2025 Dkt No. ____ | 165,564.40 | 85.00 | 41,282.10 |
| 12/23/2024 Dkt No. N/A | 11/01/24 - 11/30/24 | 50,857.50 | - | N/A | 40,686.00 | - | 10,171.50 |
| 01/29/2025 Dkt No. N/A | 12/01/24 - 12/31/24 | 22,523.00 | - | N/A | - | - | 22,523.00 |
| Totals | | 3,347,594.50 | 31,327.01 | | 3,273,617.90 | 31,327.01 | 73,976.60 |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("**Notice Parties**") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170- 5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 13, 2025 (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of **$25,271.60** (80% of $31,589.50) and expenses in the amount of **$0.00** and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of **$25,271.60** which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated:  February 26, 2025                    Respectfully submitted,

By:/s/ *Paul N. Shields*
    Paul N. Shields
    Berkeley Research Group, LLC 201 South
    Main Street, Suite 450 Salt Lake City,
    Utah 84111 Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 01/01/25 through 01/31/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $740.00 | 10.4 | $7,696.00 |
| R. Strong | Managing Director | $710.00 | 0.5 | $355.00 |
| M. Babcock | Managing Director | $660.00 | 3.5 | $2,310.00 |
| J. Funk | Associate Director | $555.00 | 10.1 | $5,605.50 |
| S. Chaffos | Consultant | $365.00 | 33.2 | $12,118.00 |
| A. Stubbs | Associate | $280.00 | 11.0 | $3,080.00 |
| M. Kuhn | Case Assistant | $170.00 | 2.5 | $425.00 |
| **TOTAL** | | | **71.2** | **$31,589.50** |
| **BLENDED RATE** | | | | **$443.67** |

# EXHIBIT B



## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 01/01/25 through 01/31/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 10.1 | $4,466.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 5.0 | $1,538.00 |
| 301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets) | 4.7 | $2,839.00 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 17.1 | $6,710.00 |
| 304.00 - Asset Analysis (General - Parishes) | 15.6 | $5,694.00 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 0.2 | $148.00 |
| 600.00 - Claims / Liability Analysis (General) | 1.1 | $457.00 |
| 1020.00 - Meeting Preparation & Attendance | 0.2 | $140.00 |
| 1030.00 - Mediation Preparation & Attendance | 15.0 | $9,052.50 |
| 1060.00 - Fee Application Preparation & Hearing | 2.2 | $545.00 |
| **TOTAL** | **71.2** | **$31,589.50** |
| **BLENDED RATE** | | **$443.67** |

# EXHIBIT C

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 01/06/25 | S. Chaffos | 1.0 | $365.00 | Evaluated two recently received document productions (received 01/06/2025). |
| 01/06/25 | S. Chaffos | 0.3 | $109.50 | Evaluated documents produced to date regarding Second Harvest in connection with UCC Counsel request. |
| 01/06/25 | P. Shields | 0.2 | $148.00 | Reviewed issues for consideration in connection with responses to document requests. |
| 01/08/25 | S. Chaffos | 1.5 | $547.50 | Developed document request tracker / production index relating to UCC 12/06/2024 request. |
| 01/09/25 | S. Chaffos | 2.6 | $949.00 | Updated document request tracker / production index with all documents produced to date relating to UCC 12/06/2024 request. |
| 01/09/25 | S. Chaffos | 1.2 | $438.00 | Evaluated restricted asset documents (Bates: ANO UCC 01-06-2025) including requesting index of document file names. |
| 01/10/25 | P. Shields | 0.1 | $74.00 | Met with Debtor's Financial Advisor (CL) and BRG (MB) to evaluate case issues and status of document production. |
| 01/10/25 | M. Babcock | 0.1 | $66.00 | Met with KLA (CL) and BRG (PS) to discuss document productions / outstanding document requests. |
| 01/13/25 | P. Shields | 0.2 | $148.00 | Prepared inquiry of Debtor and Debtor's Financial Advisors regarding details of documents produced in January 6 document production. |
| 01/14/25 | P. Shields | 0.5 | $370.00 | Prepared follow up inquiry of Debtor and Debtor's Financial Advisors regarding details of documents produced in January 6 document production. |
| 01/17/25 | S. Chaffos | 1.0 | $365.00 | Evaluated document production (received 01/06/2025) with recently produced document index which includes original document file names. |
| 01/18/25 | P. Shields | 0.3 | $222.00 | Outlined outstanding document requests for Debtor Representative and Debtor's Financial Advisors. |
| 01/20/25 | P. Shields | 0.4 | $296.00 | Evaluated Debtor's production in response the Committee's request for information / documentation. |
| 01/21/25 | P. Shields | 0.3 | $222.00 | Evaluated most recent document productions. |
| 01/30/25 | S. Chaffos | 0.4 | $146.00 | Evaluated recent document production (received 01/29/2025) relating to Christopher Homes. |
| **Task Code:** | **200.90** | **10.1** | **$4,466.00** | *Totals* |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 01/07/25 | A. Stubbs | 1.8 | $504.00 | Updated ending MOR cash balance comparison analysis to include data from October 2024 MOR to monitor Debtor monthly activities. |
| 01/10/25 | A. Stubbs | 0.7 | $196.00 | Evaluated MOR cash receipt / disbursement transactions (October 2024) to monitor Debtor monthly activities. |
| 01/10/25 | A. Stubbs | 0.5 | $140.00 | Updated comparative income statement analysis for ANO and individual ANO Units to include income statement information from the November 2024 MOR. |
| 01/10/25 | A. Stubbs | 0.4 | $112.00 | Updated comparative balance sheet analysis for ANO and individual ANO Units to include balance sheet information from the November 2024 MOR. |
| 01/10/25 | P. Shields | 0.3 | $222.00 | Outlined areas of inquiry for Debtor and Debtor's Financial Advisors relating to changes in financial condition reported in MORs. |
| 01/29/25 | A. Stubbs | 0.4 | $112.00 | Updated comparative balance sheet analysis for ANO and individual ANO Units to include balance sheet information from the October 2024 MOR. |
| 01/29/25 | A. Stubbs | 0.4 | $112.00 | Updated comparative income statement analysis for ANO and individual ANO Units to include income statement information from the October 2024 MOR. |
| 01/30/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative income statement analysis for ANO and individual ANO Units to include income statement information from the December 2024 MOR. |
| 01/30/25 | A. Stubbs | 0.2 | $56.00 | Updated comparative balance sheet analysis for ANO and individual ANO Units to include balance sheet information from the December 2024 MOR. |
| **Task Code: 220.00** | | **5.0** | **$1,538.00** | **Totals** |
| **301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | | |
| 01/23/25 | M. Babcock | 0.8 | $528.00 | Analyzed restricted asset document production. |
| 01/23/25 | S. Chaffos | 0.6 | $219.00 | Evaluated recently produced restricted asset documents by fund. |
| 01/23/25 | P. Shields | 0.4 | $296.00 | Met with BRG (MB, SC) to evaluate recent production of documents relating to restricted assets. |
| 01/23/25 | S. Chaffos | 0.4 | $146.00 | Met with BRG (PS, MB) to discuss restricted asset documentation. |

 **BRG** **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | | |
| 01/23/25 | M. Babcock | 0.4 | $264.00 | Met with BRG (PS, SC) to discuss recent document production (restricted assets). |
| 01/31/25 | M. Babcock | 2.1 | $1,386.00 | Updated analysis of restricted assets (including evaluation of recent document productions). |
| **Task Code: 301.00** | | **4.7** | **$2,839.00** | **Totals** |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 01/02/25 | S. Chaffos | 2.4 | $876.00 | Analyzed the accuracy and completeness of income statement data in the affiliate ability to pay analysis. |
| 01/02/25 | S. Chaffos | 1.9 | $693.50 | Performed quality review of affiliates comparative financial statement analysis (Catholic Charities, Cemeteries, Cemeteries Trust, Notre Dame Seminary, Second Harvest Food Bank, Indemnity). |
| 01/02/25 | A. Stubbs | 1.1 | $308.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2024 financial statements for Catholic Charities. |
| 01/02/25 | A. Stubbs | 0.6 | $168.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2024 financial statements for Notre Dame Seminary. |
| 01/02/25 | A. Stubbs | 0.4 | $112.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2024 financial statements for School Food & Nutrition Service. |
| 01/02/25 | A. Stubbs | 0.2 | $56.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2024 financial statements for Second Harvest Food Bank. |
| 01/03/25 | S. Chaffos | 1.8 | $657.00 | Analyzed the accuracy and completeness of balance sheet data in the Affiliate ability to pay analysis. |
| 01/03/25 | A. Stubbs | 0.8 | $224.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2023 financial statements for Catholic Charities. |
| 01/03/25 | A. Stubbs | 0.8 | $224.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2023 financial statements for Notre Dame Seminary. |
| 01/03/25 | A. Stubbs | 0.5 | $140.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2023 financial statements for School Food & Nutrition Service. |

  •••••••••••••••••••••••
**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 01/03/25 | A. Stubbs | 0.5 | $140.00 | Updated Functional Expenses data in the ANO Affiliate analysis to include data from 2023 financial statements for Second Harvest Food Bank. |
| 01/10/25 | A. Stubbs | 1.4 | $392.00 | Revised Affiliate comparative financial analysis. |
| 01/16/25 | J. Funk | 2.3 | $1,276.50 | Analyzed the Second Harvest Food Bank of Greater New Orleans & Acadiana financial asset data and trends. |
| 01/16/25 | J. Funk | 0.7 | $388.50 | Made updates to the Second Harvest Food Bank of Greater New Orleans & Acadiana analysis of investment data and trends. |
| 01/21/25 | J. Funk | 0.7 | $388.50 | Evaluated further the Second Harvest Food Bank historical financial statement results and cash flow trends. |
| 01/23/25 | P. Shields | 0.3 | $222.00 | Met with BRG (JF) to review financial performance of Second Harvest Food Bank. |
| 01/23/25 | J. Funk | 0.3 | $166.50 | Met with BRG (PS) to evaluate the Second Harvest Food Bank historical financial statement analysis. |
| 01/30/25 | P. Shields | 0.2 | $148.00 | Prepared communication to UCC Counsel regarding potential follow up items relating to the Christopher Homes Communities. |
| 01/30/25 | P. Shields | 0.1 | $74.00 | Met with BRG (JF) to review issues for consideration relating to Christopher Homes Communities. |
| 01/30/25 | J. Funk | 0.1 | $55.50 | Met with BRG (PS) to evaluate financial issues relating to Christopher Homes Communities. |
| *Task Code:* **302.00** | | *17.1* | *$6,710.00* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 01/02/25 | S. Chaffos | 2.6 | $949.00 | Analyzed Parish balance sheet data (FY 2024) in order to integrate this information into database format for the Parish ability to pay analysis. |
| 01/03/25 | S. Chaffos | 2.1 | $766.50 | Updated Parish ability to pay analysis with recent balance sheet data (FY 2024). |
| 01/03/25 | S. Chaffos | 1.2 | $438.00 | Reconciled Parish data extraction to tied back total assets, total liabilities, and total net assets for the ability to pay analysis (FY 2024). |
| 01/03/25 | S. Chaffos | 0.9 | $328.50 | Revised the Parish trend analysis with recent balance sheet data (FY 2024). |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 01/22/25 | S. Chaffos | 2.9 | $1,058.50 | Analyzed Parish income statement data (FY 2024) in order to integrate this information into database format for the Parish ability to pay analysis. |
| 01/30/25 | S. Chaffos | 1.6 | $584.00 | Reconciled Parish data extraction to tie back total revenue, total expenses, and total net income for the ability to pay analysis (FY 2024). |
| 01/31/25 | S. Chaffos | 2.6 | $949.00 | Updated Parish ability to pay analysis with recent income statement data (FY 2024). |
| 01/31/25 | S. Chaffos | 1.7 | $620.50 | Revised the Parish trend analysis model with recent income statement data (FY 2024). |
| **Task Code:  304.00** | | **15.6** | **$5,694.00** | *Totals* |
| **320.00 - Asset Analysis (Investments / Funds - Debtors)** | | | | |
| 01/23/25 | P. Shields | 0.2 | $148.00 | Researched information regarding asset holdings in Portfolio A and Portfolio B. |
| **Task Code:  320.00** | | **0.2** | **$148.00** | *Totals* |
| **600.00 - Claims / Liability Analysis (General)** | | | | |
| 01/21/25 | M. Kuhn | 0.6 | $102.00 | Analyzed professional fees for case monitoring. |
| 01/23/25 | R. Strong | 0.5 | $355.00 | Analyzed professional fees for case monitoring. |
| **Task Code:  600.00** | | **1.1** | **$457.00** | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 01/31/25 | M. Babcock | 0.1 | $66.00 | Met with Debtor FA (CL) and BRG (PS) to discuss case issues / document requests. |
| 01/31/25 | P. Shields | 0.1 | $74.00 | Met with Debtor's Financial Advisor (CL) and BRG (MB) to evaluate case issues and status of document production. |
| **Task Code:  1020.00** | | **0.2** | **$140.00** | *Totals* |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 01/02/25 | J. Funk | 1.5 | $832.50 | Updated analysis of bond covenant calculations. |
| 01/02/25 | S. Chaffos | 0.8 | $292.00 | Updated bond covenant analysis. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 01/02/25 | P. Shields | 0.5 | $370.00 | Met with BRG (JF) regarding evaluation of bonds covenant calculations. |
| 01/02/25 | J. Funk | 0.5 | $277.50 | Met with BRG (PS) to evaluate bond covenant provisions. |
| 01/02/25 | J. Funk | 0.2 | $111.00 | Evaluated bond covenant provisions. |
| 01/03/25 | J. Funk | 2.5 | $1,387.50 | Evaluated analysis of bond covenant calculations for the period 2021 - 2024. |
| 01/03/25 | P. Shields | 1.9 | $1,406.00 | Made updates to Ability to Pay analysis. |
| 01/03/25 | S. Chaffos | 1.7 | $620.50 | Attended call with BRG (PS, JF [Partial]) and UCC Counsel (JS, BK, SB) regarding assets / ability-to-pay analyses. |
| 01/03/25 | P. Shields | 1.7 | $1,258.00 | Met with UCC Counsel (JS, BK, SB) and BRG (JF [partial], SC) to evaluate Ability to Pay Analysis. |
| 01/03/25 | J. Funk | 1.3 | $721.50 | Met with UCC Counsel (JS, BK, SB) and BRG (PS, SC) related to the preparation of an ability-to-pay presentation. |
| 01/03/25 | P. Shields | 1.0 | $740.00 | Evaluated bond covenant calculations. |
| 01/03/25 | P. Shields | 0.5 | $370.00 | Reviewed responses to Debtor / Apostalate document requests. |
| 01/20/25 | P. Shields | 0.4 | $296.00 | Evaluated work to perform relating to updates to Ability to Pay Analysis in connection with the Debtor and Apostalates recent production. |
| 01/20/25 | P. Shields | 0.3 | $222.00 | Outlined follow up items in connection with updates to Ability to Pay Analysis. |
| 01/20/25 | P. Shields | 0.2 | $148.00 | Outlined follow up items to review with UCC Counsel in connection with Ability to Pay Analysis. |
| *Task Code:  1030.00* | | *15.0* | *$9,052.50* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 01/16/25 | M. Kuhn | 0.5 | $85.00 | Prepared BRG's December 2024 Monthly Fee Statement. |
| 01/17/25 | M. Kuhn | 0.5 | $85.00 | Updated BRG's Monthly Fee Statement for December 2024. |
| 01/28/25 | M. Kuhn | 0.9 | $153.00 | Prepared exhibits for December 2024 Monthly Fee Statement. |
| 01/28/25 | P. Shields | 0.3 | $222.00 | Reviewed December 2024 Monthly Fee Statement. |
| *Task Code:  1060.00* | | *2.2* | *$545.00* | *Totals* |

 **BRG** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 01/01/25 through 01/31/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **TOTALS** | | **71.2** | **$31,589.50** | |

# **EXHIBIT 6**

**IN THE UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: April 8, 2025 |

## FIFTY-THIRD MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD FEBRUARY 1, 2025 THROUGH, FEBRUARY 28, 2025

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Order**"), Berkeley Research Group, LLC ("**BRG**"), as financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "**Debtor**") hereby submits its Fifty-Third Monthly Fee and Expense Statement (the "**Statement**") for the period from February 1, 2025 through February 28, 2025 (the "**Fee Period**") for the above-styled Chapter 11 bankruptcy case (the "**Bankruptcy Case**").

### RELIEF REQUESTED

2.      The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| February 1, 2025 to February 28, 2025 | |
|---|---|
| Fees (At Standard Rates) | $69,561.00 |
| Voluntary Reduction | (<u>$11,853.50</u>) |
| Fees (After Reduction) | $57,707.50 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | **$57,707.50** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C.**

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 03/23/2021 Dkt No. N/A | 06/17/2020- 10/31/2020 | 176,490.50 | 3,807.52 | N/A | 176,490.50 | 3,807.52 | - |
| 05/25/2021 Dkt No. N/A | 11/01/2020- 11/30/2020 | 6,289.50 | 75.00 | N/A | 6,289.50 | 75.00 | - |
| 05/25/2021 Dkt No. N/A | 12/01/2020- 12/31/2020 | 10,428.00 | - | N/A | 10,428.00 | - | - |
| 5/25/2021 Dkt No. N/A | 01/01/2021- 1/31/2021 | 21,400.00 | 7.00 | N/A | 21,400.00 | 7.00 | - |
| 05/25/2021 Dkt No. N/A | 02/01/2021- 02/28/2021 | 8,278.50 | - | N/A | 8,278.50 | - | - |
| 05/25/2021 Dkt No. N/A | 03/01/2021- 03/31/2021 | 29,499.50 | - | N/A | 29,499.50 | - | - |
| 05/27/2021 Dkt No. 891 | 06/17/2020- 03/31/2021 | 252,386.00 | 3,889.52 | 6/21/2021 Dkt No. 916 | 252,386.00 | 3,889.52 | - |
| 11/23/2021 Dkt No. N/A | 04/01/2021- 04/30/2021 | 49,056.00 | - | N/A | 49,056.00 | - | - |
| 11/23/2021 Dkt No. N/A | 05/01/2021- 05/31/2021 | 52,309.00 | - | N/A | 52,309.00 | - | - |
| 11/23/2021 Dkt No. N/A | 06/01/2021- 06/30/2021 | 37,186.50 | - | N/A | 37,186.50 | - | - |
| 11/23/2021 Dkt No. N/A | 07/01/2021- 07/31/2021 | 50,481.00 | - | N/A | 50,481.00 | - | - |
| 11/23/2021 Dkt No. N/A | 08/01/2021- 08/31/2021 | 156,335.50 | - | N/A | 156,335.50 | - | - |
| 11/23/2021 Dkt No. N/A | 09/01/2021- 09/30/2021 | 23,364.50 | - | N/A | 23,364.50 | - | - |
| 11/23/2021 Dkt No. N/A | 10/01/2021- 10/31/2021 | 24,784.00 | 12.93 | N/A | 24,784.00 | 12.93 | - |
| 11/24/2021 Dkt No. 1186 | 04/01/2021- 10/31/2021 | 393,516.50 | 12.93 | 12/14/2021 Dkt. No. 1199 | 393,516.50 | 12.93 | - |
| 12/28/2021 Dkt No. N/A | 11/01/2021 - 11/30/2021 | 14,230.00 | - | N/A | 14,230.00 | - | - |
| 01/28/2022 Dkt No. N/A | 12/01/2021 - 12/31/2021 | 27,778.00 | - | N/A | 27,778.00 | - | - |
| 02/28/2022 Dkt No. N/A | 01/01/2022 - 01/31/2022 | 47,294.50 | - | N/A | 47,294.50 | - | - |
| 03/23/2022 Dkt No. N/A | 02/01/2022 - 02/28/2022 | 63,452.00 | - | N/A | 63,452.00 | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *03/24/2022 Dkt No. 1385* | *11/01/2021 - 02/28/2022* | *152,754.50* | - | *4/19/2022 Dkt No. 1466* | *152,754.50* | - | - |
| 04/28/2022 Dkt No. N/A | 03/01/2022-03/31/2022 | 115,531.00 | - | N/A | 115,531.00 | - | - |
| 05/27/2022 Dkt No. N/A | 04/01/2022-04/30/2022 | 43,931.00 | - | N/A | 43,931.00 | - | - |
| 06/29/2022 Dkt No. N/A | 05/01/2022-05/31/2022 | 109,327.00 | - | N/A | 109,327.00 | - | - |
| 07/26/2022 Dkt No. N/A | 06/01/2022-06/30/2022 | 84,128.00 | - | N/A | 84,128.00 | - | - |
| *07/28/2022 Dkt No. 1688* | *03/01/2022-06/30/2022* | *352,917.00* | | *8/17/2022 Dkt No. 1740* | *352,917.00* | - | - |
| 08/29/2022 Dkt No. N/A | 07/01/2022-07/31/2022 | 54,081.50 | - | N/A | 54,081.50 | - | - |
| 09/29/2022 Dkt No. N/A | 08/01/2022-08/31/2022 | 104,162.00 | 500.00 | N/A | 104,162.00 | 500.00 | - |
| 10/28/2022 Dkt No. N/A | 09/01/2022-09/30/2022 | 84,134.00 | - | N/A | 84,134.00 | - | - |
| 11/23/2022 Dkt No. N/A | 10/01/2022-10/31/2022 | 117,160.50 | - | N/A | 117,160.50 | - | - |
| *11/23/2022 Dkt No. 1943* | *07/01/2022-10/31/2022* | *359,538.00* | *500.00* | *12/13/2022 Dkt No. 1976* | *359,538.00* | *500.00* | - |
| 12/22/2022 Dkt No. N/A | 11/01/2022-11/30/2022 | 58,923.50 | - | N/A | 58,923.50 | - | - |
| 01/27/2023 Dkt No. N/A | 12/01/2022-12/31/2022 | 47,504.50 | - | N/A | 47,504.50 | - | - |
| 02/28/2023 Dkt No. N/A | 01/01/2023-01/31/2023 | 102,738.00 | 3,995.00 | N/A | 102,738.00 | 3,995.00 | - |
| 03/29/2023 Dkt No. N/A | 02/01/2023-02/28/2023 | 286,205.00 | 9,278.16 | N/A | 286,205.00 | 9,278.16 | - |
| *03/28/2023 Dkt No. 2200* | *11/01/2022 - 02/28/2023* | *495,371.00* | *13,273.16* | *4/14/2023 Dkt No. 2228* | *495,371.00* | *13,273.16* | - |
| 04/28/2023 Dkt No. N/A | 03/01/2023 - 03/31/2023 | 191,464.00 | 3,400.00 | N/A | 191,464.00 | 3,400.00 | - |
| 05/30/2023 Dkt No. N/A | 04/01/2023 - 04/30/2023 | 103,741.00 | - | N/A | 103,741.00 | - | - |
| 06/28/2023 Dkt No. N/A | 05/01/2023 - 05/31/2023 | 146,564.50 | - | N/A | 146,564.50 | - | - |
| 07/25/2023 Dkt No. N/A | 06/01/2023 - 06/30/2023 | 87,466.00 | 1,841.26 | N/A | 87,466.00 | 1,841.26 | - |

4927-0119-3263.1 05067.002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/25/2023 *Dkt No. 2393* | *03/01/2023 - 06/30/2023* | 529,235.50 | 5,241.26 | *8/17/2023 Dkt No. 2438* | 529,235.50 | 5,241.26 | - |
| 08/29/2023 Dkt No. N/A | 07/1/2023 - 07/31/2023 | 20,458.00 | - | N/A | 20,458.00 | - | - |
| 9/29/2023 Dkt No. N/A | 08/01/2023 - 08/31/2023 | 28,343.00 | 1,990.23 | N/A | 28,343.00 | 1,990.23 | - |
| 10/27/2023 Dkt No. N/A | 09/01/2023 - 9/30/2023 | 46,927.00 | - | N/A | 46,927.00 | - | - |
| 11/29/2023 Dkt No. N/A | 10/01/2023 - 10/31/2023 | 146,053.50 | 1,571.59 | N/A | 146,053.50 | 1,571.59 | - |
| 11/29/2023 *Dkt No. 2680* | *7/1/2023 - 10/31/2023* | 241,781.50 | 3,561.82 | *12/20/2023 Dkt No. 2750* | 241,781.50 | 3,561.82 | - |
| 12/28/2023 Dkt No. N/A | 11/01/2023 - 11/30/2023 | 107,361.50 | - | N/A | 107,361.50 | - | - |
| 01/26/2024 Dkt No. N/A | 12/01/2023 - 12/31/2023 | 83,937.00 | 4,035.52 | N/A | 83,937.00 | 4,035.52 | - |
| 02/29/2024 Dkt No. N/A | 01/01/2024 - 01/31/2024 | 31,064.00 | - | N/A | 31,064.00 | - | - |
| 03/31/2024 Dkt No. N/A | 02/01/2024 - 02/29/2024 | 13,319.50 | - | N/A | 13,319.50 | - | - |
| 03/31/2024 *Dkt No. 2921* | *11/01/2023 - 02/29/2024* | 235,682.00 | 4,035.52 | *4/26/2024 Dkt No. 2989* | 235,682.00 | 4,035.52 | - |
| 4/29/2024 Dkt No. N/A | 03/01/2024 - 03/31/2024 | 24,235.50 | - | N/A | 24,235.50 | - | - |
| 05/29/2024 Dkt No. N/A | 04/01/2024 - 04/30/2024 | 2,767.50 | 727.80 | N/A | 2,767.50 | 727.80 | - |
| 06/24/2024 Dkt No. N/A | 05/01/2024 - 05/31/2024 | 15,418.50 | - | N/A | 15,418.50 | - | - |
| 07/18/2024 Dkt No. N/A | 06/01/2024 - 06/30/2024 | 11,764.00 | - | N/A | 11,764.00 | - | - |
| *07/25/2024 Dkt No. 3194* | *03/01/2024 - 06/30/2024* | 54,185.50 | 727.80 | *08/16/2024 Dkt No. 3280* | 54,185.50 | 727.80 | - |
| 08/28/2024 Dkt No. N/A | 07/01/24 - 07/31/24 | 18,835.00 | - | N/A | 15,068.00 | - | 3,767.00 |
| 09/27/2024 Dkt No. N/A | 08/01/24 - 08/31/24 | 48,267.50 | 85.00 | N/A | 38,614.00 | 85.00 | 9,653.50 |
| 10/29/2024 Dkt No. N/A | 09/01/24 - 09/30/24 | 85,000.00 | - | N/A | 68,087.20 | - | 16,912.80 |
| 11/18/2024 Dkt No. N/A | 10/01/24 - 10/31/24 | 54,744.00 | - | N/A | 43,795.20 | - | 10,948.80 |
| *11/27/2024 Dkt No. 3510* | *07/01/2024 - 10/31/2024* | 206,846.50 | 85.00 | *__/__/2025 Dkt No. ____* | 165,564.40 | 85.00 | 41,282.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/23/2024 Dkt No. N/A | 11/01/24 - 11/30/24 | 50,857.50 | - | N/A | 40,686.00 | - | 10,171.50 |
| 01/29/2025 Dkt No. N/A | 12/01/24 - 12/31/24 | 22,523.00 | - | N/A | 18,018.40 | - | 4,504.60 |
| 02/27/2025 Dkt No. N/A | 01/01/25 - 01/31/25 | 31,589.50 | - | N/A | - | - | 31,589.50 |
| **Totals** | | **$3,379,184.00** | **$31,327.01** | | **$ 3,291,636.30** | **$31,327.01** | **$87,547.70** |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Dkt. No. 22], notice of the Statement has been served upon the following parties ("**Notice Parties**") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170- 5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 8, 2025 (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests (a) that it be allowed on an interim basis fees in the amount of **$46,166.00** (80% of $57,707.50) and expenses in the amount of **$0.00** and (b) that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of **$46,166.00** which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period.

Dated: March 24, 2025                    Respectfully submitted,

By:/s/ *Paul N. Shields*
     Paul N. Shields
     Berkeley Research Group, LLC 201 South
     Main Street, Suite 450 Salt Lake City,
     Utah 84111 Telephone: (801) 364-6233
     Email: pshields@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# **<u>EXHIBIT A</u>**



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 02/01/25 through 02/28/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Metz | Managing Director | $800.00 | 0.2 | $160.00 |
| P. Shields | Managing Director | $740.00 | 18.5 | $13,690.00 |
| M. Babcock | Managing Director | $660.00 | 31.8 | $20,988.00 |
| J. Shaw | Associate Director | $595.00 | 4.9 | $2,915.50 |
| J. Funk | Associate Director | $555.00 | 6.1 | $3,385.50 |
| S. Chaffos | Consultant | $365.00 | 36.3 | $13,249.50 |
| A. Stubbs | Associate | $280.00 | 10.7 | $2,996.00 |
| M. Kuhn | Case Assistant | $170.00 | 1.9 | $323.00 |
| **TOTAL** | | | **110.4** | **$57,707.50** |
| **BLENDED RATE** | | | | **$522.71** |

# **EXHIBIT B**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 02/01/25 through 02/28/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 2.3 | $1,386.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 9.5 | $3,897.50 |
| 300.00 - Asset Analysis (General - Debtors) | 33.4 | $15,965.50 |
| 301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets) | 22.3 | $14,028.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 7.8 | $2,735.50 |
| 304.00 - Asset Analysis (General - Parishes) | 1.4 | $511.00 |
| 1030.00 - Mediation Preparation & Attendance | 31.4 | $18,564.50 |
| 1060.00 - Fee Application Preparation & Hearing | 2.3 | $619.00 |
| **TOTAL** | **110.4** | **$57,707.50** |
| **BLENDED RATE** | | **$522.71** |

# EXHIBIT C

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 02/04/25 | S. Chaffos | 0.3 | $109.50 | Evaluated November 2024 and December 2024 MOR supplemental document submission by Debtor FA (KZ) in order to evaluate completeness of submission, including a follow-up correspondence to Debtor FA. |
| 02/06/25 | S. Chaffos | 0.3 | $109.50 | Evaluated document production regarding Second Harvest. |
| 02/24/25 | P. Shields | 1.1 | $814.00 | Outlined pending requests for Debtor and Debtor's Financial Advisors. |
| 02/26/25 | P. Shields | 0.2 | $148.00 | Met with BRG (MB, SC) to evaluate documents and information responsive to discovery requests. |
| 02/26/25 | S. Chaffos | 0.2 | $73.00 | Met with BRG (PS, MB) to discuss outstanding document requests. |
| 02/26/25 | M. Babcock | 0.2 | $132.00 | Met with BRG (PS, SC) to discuss issues relating to document request. |
| **Task Code: 200.90** | | **2.3** | **$1,386.00** | **Totals** |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 02/03/25 | J. Funk | 0.4 | $222.00 | Continued evaluating MOR cash-flow trends. |
| 02/04/25 | J. Funk | 0.3 | $166.50 | Continued evaluating MOR cash-flow trends. |
| 02/05/25 | J. Funk | 0.8 | $444.00 | Analyzed MOR financial statements and cash-flow trends. |
| 02/06/25 | J. Funk | 2.4 | $1,332.00 | Continued to analyze MOR financial statements and cash-flow trends. |
| 02/07/25 | J. Funk | 0.6 | $333.00 | Continued to analyze MOR financial statements and cash-flow trends. |
| 02/07/25 | A. Stubbs | 0.6 | $168.00 | Reviewed ending MOR cash balance comparison analysis in order to make updates to prior months. |
| 02/10/25 | A. Stubbs | 0.7 | $196.00 | Updated ending MOR cash balance comparison analysis to include data from November 2024 MOR in order to monitor Debtor monthly activities. |
| 02/10/25 | A. Stubbs | 0.5 | $140.00 | Updated ending MOR cash balance comparison analysis to include data from December 2024 MOR in order to monitor Debtor monthly activities. |
| 02/26/25 | A. Stubbs | 0.3 | $84.00 | Evaluated unrestricted / restricted cash activity to include activity reported in supplemental data from November 2024 MOR. |

 INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 02/26/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative balance sheet analysis for ANO and individual ANO Units to include balance sheet information from the January 2025 MOR. |
| 02/26/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative income statement analysis for ANO and individual ANO Units to include income statement information from the January 2025 MOR. |
| 02/26/25 | A. Stubbs | 0.3 | $84.00 | Updated MOR cash receipt / disbursement activity analysis to include November 2024 activity in order to monitor Debtor monthly activities. |
| 02/27/25 | A. Stubbs | 1.0 | $280.00 | Updated ending MOR cash balance comparison analysis to include data from January 2025 MOR in order to monitor Debtor monthly activities. |
| 02/27/25 | A. Stubbs | 0.3 | $84.00 | Updated MOR cash receipt / disbursement activity analysis to include December 2024 activity in order to monitor Debtor monthly activities. |
| 02/27/25 | A. Stubbs | 0.3 | $84.00 | Updated MOR cash receipt / disbursement activity analysis to include January 2025 activity in order to monitor Debtor monthly activities. |
| 02/27/25 | A. Stubbs | 0.2 | $56.00 | Updated comparative consolidated balance sheet analysis to include data from January 2025 MOR in order to monitor Debtor monthly activities. |
| 02/27/25 | A. Stubbs | 0.2 | $56.00 | Updated comparative consolidated income statement analysis to include data from January 2025 MOR in order to monitor Debtor monthly activities. |
| **Task Code:  220.00** | | **9.5** | **$3,897.50** | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 02/04/25 | S. Chaffos | 2.3 | $839.50 | Updated the Debtor / Debtor Units income statement financial trend analysis through December 2024 in context of credit estimate analysis. |
| 02/04/25 | S. Chaffos | 1.6 | $584.00 | Analyzed functional expenses reported in MOR supplemental through December 2024 in context of credit estimate analysis. |
| 02/05/25 | S. Chaffos | 2.8 | $1,022.00 | Updated credit estimate analysis (cash and investment section) with the most recent MOR supplemental data through December 2024. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 02/05/25 | S. Chaffos | 2.7 | $985.50 | Updated the credit estimate analysis (revenue and expense section) with the most recent MOR supplemental data January 2024 - December 2024. |
| 02/05/25 | S. Chaffos | 2.0 | $730.00 | Updated credit estimate analysis (net assets section) with the most recent MOR supplemental data through December 2024. |
| 02/05/25 | S. Chaffos | 1.8 | $657.00 | Updated financial funding analysis with most recent financial statement data. |
| 02/05/25 | J. Funk | 1.4 | $777.00 | Analyzed monthly comparative financial statements. |
| 02/05/25 | S. Chaffos | 1.2 | $438.00 | Updated the credit estimate analysis (liability section) with the most recent MOR supplemental data through December 2024. |
| 02/05/25 | S. Chaffos | 1.1 | $401.50 | Updated credit estimate analysis with model enhancements. |
| 02/05/25 | S. Chaffos | 1.0 | $365.00 | Met with BRG (PS) to discuss updates to the credit estimate analysis to include financial information through December 2024. |
| 02/05/25 | P. Shields | 1.0 | $740.00 | Met with BRG (SC) to evaluate updates to the credit estimate for the period ending December 31, 2024. |
| 02/06/25 | S. Chaffos | 1.5 | $547.50 | Continued to update financial funding analysis with most recent financial statement data. |
| 02/06/25 | S. Chaffos | 1.3 | $474.50 | Updated further the credit estimate analysis model after implementing December 2024 financial data. |
| 02/11/25 | S. Chaffos | 1.4 | $511.00 | Evaluated Debtor's Financial Advisors response to the change in unrestricted investment balance from June 2024 to July 2024. |
| 02/12/25 | M. Babcock | 2.8 | $1,848.00 | Analyzed Portfolio A (including holdings asserted by Debtor, CCF and other entities). |
| 02/12/25 | P. Shields | 0.6 | $444.00 | Met with BRG (MB) to evaluate cash and investments in Portfolio A, including cash and investments in CCF. |
| 02/12/25 | M. Babcock | 0.6 | $396.00 | Met with BRG (PS) to discuss Portfolio A (including holdings relating to CCF). |
| 02/13/25 | M. Babcock | 1.5 | $990.00 | Updated Portfolio A analysis (including holdings asserted by Debtor, CCF and other entities). |
| 02/20/25 | P. Shields | 0.1 | $74.00 | Reviewed issues for consideration in connection with financial analysis. |
| 02/24/25 | M. Babcock | 0.4 | $264.00 | Updated analysis of Portfolio A (including holdings asserted by Debtor, CCF and other entities). |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 02/26/25 | M. Babcock | 2.1 | $1,386.00 | Revised analysis of Portfolio A (including holdings asserted by Debtor, CCF and other entities). |
| 02/26/25 | P. Shields | 0.2 | $148.00 | Met with BRG (AM, MB, JF) to review credit analysis issues. |
| 02/26/25 | J. Funk | 0.2 | $111.00 | Met with BRG (AM, MB, PS) to review credit analysis issues. |
| 02/26/25 | P. Shields | 0.2 | $148.00 | Met with BRG (MB) to evaluate issues relating to Portfolio A. |
| 02/26/25 | M. Babcock | 0.2 | $132.00 | Met with BRG (PS) to discuss issues relating to Portfolio A. |
| 02/26/25 | M. Babcock | 0.2 | $132.00 | Met with BRG (PS, AM, JF) to evaluate issues relating to credit analysis. |
| 02/26/25 | A. Metz | 0.2 | $160.00 | Met with BRG (PS, MB, JF) to review credit analysis issues. |
| 02/27/25 | M. Babcock | 0.4 | $264.00 | Updated analysis of Portfolio A (including holdings asserted by Debtor, CCF and other entities). |
| 02/28/25 | M. Babcock | 0.6 | $396.00 | Revised Portfolio A analysis. |
| *Task Code:* *300.00* | | *33.4* | *$15,965.50* | *Totals* |
| **301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | | |
| 02/03/25 | M. Babcock | 1.8 | $1,188.00 | Revised analysis of restricted assets (including recent document productions) [Funds: abchs, rumm]. |
| 02/04/25 | M. Babcock | 2.7 | $1,782.00 | Revised analysis of restricted assets (including recent document productions) [Funds: bahan, boggs, feder, greve, grevem, kingsm, mcesf, olgc]. |
| 02/04/25 | M. Babcock | 2.5 | $1,650.00 | Updated analysis of restricted assets (including recent document productions) [Funds: shaw, hanna, acade, almar, aums]. |
| 02/04/25 | S. Chaffos | 1.3 | $474.50 | Developed an index of restricted assets documents produced to date to identify duplicates. |
| 02/05/25 | M. Babcock | 2.1 | $1,386.00 | Updated analysis of restricted assets (including recent document productions) [Funds: pdf, ppf, sef, ponton, reyapp, sage]. |
| 02/05/25 | M. Babcock | 1.1 | $726.00 | Revised analysis of restricted assets (including recent document productions) [Funds: shfb, smssbr, ssa]. |
| 02/06/25 | M. Babcock | 2.2 | $1,452.00 | Updated analysis of restricted assets (including recent document productions) [Funds: ssaas, ssae, ssaef, sssces]. |
| 02/06/25 | M. Babcock | 1.7 | $1,122.00 | Revised analysis of restricted assets (including recent document productions) [Funds: stlkf, stmss, ville]. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | | |
| 02/07/25 | M. Babcock | 1.4 | $924.00 | Updated restricted asset analysis. |
| 02/07/25 | M. Babcock | 0.8 | $528.00 | Met with UCC Counsel (JS [partial], RO) to evaluate alleged restricted assets. |
| 02/08/25 | M. Babcock | 1.9 | $1,254.00 | Continued update of restricted asset analysis. |
| 02/10/25 | M. Babcock | 0.4 | $264.00 | Revised restricted asset analysis. |
| 02/11/25 | S. Chaffos | 1.2 | $438.00 | Prepared restricted asset document production for UCC Counsel review. |
| 02/11/25 | P. Shields | 0.2 | $148.00 | Met with BRG (MB) to evaluate restricted asset issues. |
| 02/11/25 | M. Babcock | 0.2 | $132.00 | Met with BRG (PS) to discuss restricted assets. |
| 02/13/25 | P. Shields | 0.4 | $296.00 | Met with BRG (MB) to evaluate cash and investments in Portfolio A, including cash and investments in CCF. |
| 02/13/25 | M. Babcock | 0.4 | $264.00 | Met with BRG (PS) to evaluate restricted asset issues. |
| *Task Code:  301.00* | | *22.3* | *$14,028.50* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 02/04/25 | S. Chaffos | 2.3 | $839.50 | Updated Affiliate ability to pay to include the most recent financial statement data. |
| 02/04/25 | A. Stubbs | 0.5 | $140.00 | Updated comparative balance sheet analysis for Saint Joseph Abbey and Seminary College using 2022 Audit data. |
| 02/04/25 | S. Chaffos | 0.4 | $146.00 | Met with BRG (AS) to discuss Affiliate ability to pay analysis. |
| 02/04/25 | A. Stubbs | 0.4 | $112.00 | Met with BRG (SC) to discuss Affiliate ability to pay analysis. |
| 02/04/25 | A. Stubbs | 0.3 | $84.00 | Updated 2022 data in Affiliates functional expenses for Notre Dame Seminary. |
| 02/04/25 | A. Stubbs | 0.3 | $84.00 | Updated Catholic Community Foundation comparative balance sheet analysis to include data from 2024 Audit. |
| 02/04/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative balance sheet analysis for Saint Joseph Abbey and Seminary College using 2023 Audit data. |
| 02/04/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative cash flow analysis for Saint Joseph Abbey and Seminary College using 2022 Audit data. |
| 02/04/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative cash flow analysis for Saint Joseph Abbey and Seminary College using 2023 Audit data. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit C: Schedule of Time Detail**
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 02/04/25 | A. Stubbs | 0.3 | $84.00 | Updated comparative income statement analysis for Saint Joseph Abbey and Seminary College using 2022 Audit data. |
| 02/04/25 | A. Stubbs | 0.2 | $56.00 | Updated Catholic Community Foundation comparative income Statement analysis to include data from 2024 Audit. |
| 02/04/25 | A. Stubbs | 0.2 | $56.00 | Updated comparative income statement analysis for Saint Joseph Abbey and Seminary College using 2023 Audit data. |
| 02/05/25 | P. Shields | 0.5 | $370.00 | Reviewed appraisals of Christopher Homes Community properties. |
| 02/21/25 | A. Stubbs | 1.1 | $308.00 | Updated Affiliate balance sheets for 2024 using available audit data. |
| 02/21/25 | P. Shields | 0.2 | $148.00 | Met with BRG (AS) to outline analysis of Non-Debtor Affiliate financial information. |
| 02/21/25 | A. Stubbs | 0.2 | $56.00 | Met with BRG (PS) to discuss updates needed to balance sheet analysis. |
| *Task Code:  302.00* | | *7.8* | *$2,735.50* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 02/05/25 | S. Chaffos | 1.4 | $511.00 | Updated the Parish and Grammar School ability to pay analysis in context with the funding analysis. |
| *Task Code:  304.00* | | *1.4* | *$511.00* | *Totals* |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 02/03/25 | P. Shields | 0.8 | $592.00 | Outlined issues for consideration in connection with evaluation of recent financial performance and changes in financial condition of the Archdiocese and Archdiocesan Units. |
| 02/03/25 | S. Chaffos | 0.3 | $109.50 | Met with BRG (PS) regarding updates to the Affiliate ability to pay analysis. |
| 02/03/25 | P. Shields | 0.3 | $222.00 | Met with BRG (SC) to outline updates to Ability to Pay Analysis. |
| 02/04/25 | P. Shields | 0.7 | $518.00 | Met with affordable housing broker and UCC Counsel (RK) to evaluate issues relating to Christopher Homes Communities. |
| 02/04/25 | A. Stubbs | 0.7 | $196.00 | Updated Affiliate ability to pay analysis statement of functional expense analysis. |
| 02/04/25 | S. Chaffos | 0.6 | $219.00 | Attended call with BRG (PS, AS) to discuss updates to the Affiliate ability to pay analysis. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 02/04/25 | P. Shields | 0.6 | $444.00 | Met with BRG (SC, AS) regarding updates to Affiliate Ability to Pay Analysis. |
| 02/04/25 | A. Stubbs | 0.6 | $168.00 | Met with BRG (SC, PS) to discuss Affiliate ability to pay analysis. |
| 02/04/25 | P. Shields | 0.2 | $148.00 | Evaluated communications regarding recent financial performance and changes in financial condition of the Archdiocese and Archdiocesan Units. |
| 02/06/25 | P. Shields | 1.4 | $1,036.00 | Reviewed updates to credit estimate for the period ending December 31, 2024. |
| 02/06/25 | S. Chaffos | 1.0 | $365.00 | Met with BRG (MB, PS) and UCC Counsel (JS, BK, SB, RK) to evaluate updated ability to pay analyses. |
| 02/06/25 | P. Shields | 1.0 | $740.00 | Met with UCC Counsel (JS, RK, BK, SB) and BRG (MB, SC) to review updates to Ability to Pay Analysis. |
| 02/06/25 | M. Babcock | 1.0 | $660.00 | Met with UCC Counsel (JS, RK, BK, SB) and BRG (PS, SC) to discuss mediation issues. |
| 02/06/25 | P. Shields | 0.6 | $444.00 | Made updates to Ability to Pay Analysis. |
| 02/06/25 | P. Shields | 0.5 | $370.00 | Made updates to funding analysis. |
| 02/06/25 | P. Shields | 0.2 | $148.00 | Reviewed response from Debtor's Financial Advisors regarding reductions in unrestricted investments. |
| 02/13/25 | P. Shields | 0.9 | $666.00 | Made proposed edits to the Committee's Mediation Statement. |
| 02/13/25 | P. Shields | 0.8 | $592.00 | Analyzed Committee's Mediation Statement. |
| 02/13/25 | P. Shields | 0.8 | $592.00 | Evaluated changes in unrestricted cash balances. |
| 02/13/25 | P. Shields | 0.2 | $148.00 | Accumulated financial information requested by UCC Counsel. |
| 02/20/25 | P. Shields | 0.8 | $592.00 | Met with UCC Counsel (RK, BK) and BRG (MB) regarding financial issues in connection with mediation. |
| 02/20/25 | M. Babcock | 0.8 | $528.00 | Met with UCC Counsel (RK, BK) and BRG (PS) to discuss mediation issues. |
| 02/21/25 | P. Shields | 0.2 | $148.00 | Outlined issues for consideration in connection with mediation. |
| 02/25/25 | P. Shields | 0.3 | $222.00 | Outlined issues for consideration in connection with mediation. |
| 02/26/25 | S. Chaffos | 1.1 | $401.50 | Met with BRG (PS, MB), Debtor's Financial Advisor (CL, KZ), and Debtor Representative (LE [partial]) to discuss outstanding requests. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 02/26/25 | M. Babcock | 1.1 | $726.00 | Met with Debtor FA (CL, KZ), Debtor Representative (LE [partial]), and BRG (PS, SC) to discuss mediation issues. |
| 02/26/25 | P. Shields | 1.1 | $814.00 | Met with Debtor Representative (LE [partial]), Debtor's Financial Advisors (CL, KZ), and BRG (MB, SC) to evaluate documents and information responsive to discovery requests. |
| 02/26/25 | S. Chaffos | 0.7 | $255.50 | Met with BRG (PS, MB) and UCC Counsel (JS [partial], RK [partial], BK, SB) discuss financial analyses in connection with mediation. |
| 02/26/25 | P. Shields | 0.7 | $518.00 | Met with UCC Counsel (JS [partial], RK [partial], BK, SB) and BRG (MB, SC) to review financial analyses in connection with mediation. |
| 02/26/25 | M. Babcock | 0.7 | $462.00 | Met with UCC Counsel (JS [partial], RK [partial], BK, SB) and BRG (PS, SC) to discuss bond issues. |
| 02/27/25 | S. Chaffos | 1.9 | $693.50 | Updated asset analyses in context of mediation. |
| 02/27/25 | S. Chaffos | 0.8 | $292.00 | Met with BRG (JS, PS [partial]) to discuss mediation material. |
| 02/27/25 | J. Shaw | 0.8 | $476.00 | Met with BRG (PS [partial], SC) to evaluate mediation materials. |
| 02/27/25 | P. Shields | 0.6 | $444.00 | Participated partially in meeting with BRG (JS, SC) to prepare mediation materials. |
| 02/27/25 | J. Shaw | 0.5 | $297.50 | Prepared mediation materials. |
| 02/28/25 | J. Shaw | 2.9 | $1,725.50 | Prepared mediation materials. |
| 02/28/25 | S. Chaffos | 1.5 | $547.50 | Continued to update asset analyses in context of mediation. |
| 02/28/25 | P. Shields | 0.7 | $518.00 | Met with BRG (JS, SC [partial]) to prepare mediation materials. |
| 02/28/25 | J. Shaw | 0.7 | $416.50 | Met with BRG (PS, SC [partial]) to evaluate mediation materials. |
| 02/28/25 | S. Chaffos | 0.3 | $109.50 | Participated partially in meeting with BRG (JS, PS) to discuss mediation material. |
| *Task Code:* **1030.00** | | *31.4* | *$18,564.50* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 02/12/25 | M. Kuhn | 0.6 | $102.00 | Prepared Monthly Fee Statement for January 2025. |
| 02/21/25 | M. Kuhn | 0.3 | $51.00 | Updated Monthly Fee Statement for January 2025. |
| 02/26/25 | M. Kuhn | 1.0 | $170.00 | Prepared exhibits for January 2025 Monthly Fee Statement. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 02/01/25 through 02/28/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 02/26/25 | P. Shields | 0.4 | $296.00 | Made updates to January 2025 Fee Statement. |
| *Task Code:* | *1060.00* | *2.3* | *$619.00* | *Totals* |
| **TOTALS** | | **110.4** | **$57,707.50** | |

# EXHIBIT 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[6] | § | |
| | § | |
| | § | |

---

**ORDER APPROVING TWELFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>NOVEMBER 1,2024 THROUGH FEBRUARY 28, 2025</u>**

CAME ON for consideration the Twelfth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025 [Docket No. _____] (the "<u>Application</u>") filed by Berkeley Research Group, LLC (the "<u>Firm</u>") for the period from November 1, 2024 through February 28, 2025 (the "<u>Application Period</u>"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the

---

[6] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

interests of the Committee, finds that just cause exists for entry of the following order:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.       The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$162,677.50** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award"). This Award consists of **$162,677.50** in fees for services rendered and **$0.00** in expenses incurred by BRG during the Application Period.

2.       The Debtor is further authorized, and directed, to pay the balance of the Award to BRG on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____day of _____, 2025.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**