IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

# CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the following documents to be served on March 27, 2025, on all parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List maintained by Donlin Recano & Co., Inc. (as set forth on the attached Exhibit A), via first-class United States mail, postage prepaid:

Fourteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025 [Docket No. 3855]

Notice of Hearing [Docket No. 3856] (re: Docket No. 3855)

Eighth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka the Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025 [Docket No. 3857]

Notice of Hearing [Docket No. 3858] (re: Docket No. 3857)

Tenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for the Period From November 1, 2024 through February 28, 2025 [Docket No. 3859]

Notice of Hearing [Docket No. 3860] (re: Docket No. 3859)

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4931-1718-7887.1 05067.001

Twelfth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors for the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025 [Docket No. 3872]

Notice of Hearing [Docket No. 3873] (re: Docket No. 3872)

Executed this 27th day of March, 2025 at Los Angeles, California.

                                             */s/ Nancy H. Brown*
                                               Nancy H. Brown

# EXHIBIT "A"

## The Roman Catholic Church of the Archdiocese of New Orleans

ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087

ANNETTE JARVIS
222 SOUTH MAIN ST.,5TH FLOOR
SALT LAKE CITY UT 84101

ARATA LAW OFFICE LLC
WILLIAM H ARATA
216 AUSTIN ST
BOGALUSA LA 70427

ARGENT INSTITUTIONAL TRUST COMPANY
KEVIN M DOBRAVA, MANAGING DIRECTOR
FORMERLY TMI TRUST COMPANY
5901 PEACHTREE DUNWOODY RD
STE C-495
ATLANTA GA 30328

ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

AVA LAW GROUP INC
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS MT 59101

AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
REAGAN CHARLESTON THOMAS
17 EAST MAIN ST.,STE 200
PENSACOLA FL 32502

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

BIENVENU FOSTER RYAN & O'BANNON LLC
JOHN W WATERS, JR.
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163

BIENVENU FOSTER RYAN & O'BANNON LLC
DAVID E WALLE
1100 POYDRAS ST.,STE 2805
NEW ORLEANS LA 70163

BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

BREAZEALE SACHSE & WILSON LLP
ALAN H GOODMAN
909 POYDRAS ST.,STE 1500
NEW ORLEANS LA 70112

BROWN RICE MARKETING LLC
MARK W BROWN
476 MATAIRIE ROAD STE 202
METAIRIE LA 70005

BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

BRUNO & BRUNO, LLP
JOSEPH M. BRUNO; DONALD D. REICHERT, JR.
855 BARONNE STREET
NEW ORLEANS LA 70113

BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

BUTLER SNOW LLP
DAVID S RUBIN; JAMES R AUSTIN
445 N BLVD STE 300
BATON ROUGE LA 70802

CARVER DARDEN ET AL.
DAVID F. WAGUESPACK;STEPHEN P SCULLIN;PETER J SEGRIST
1100 POYDRAS STREET
SUITE 3100
NEW ORLEANS LA 70163- 1102

CHRIS EDMUNDS LAW OFFICE
4937 HEARST ST., SUITE 2F
METAIRIE LA 70001

CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS LA 70163

CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS LA 70123

DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA LA 70364

NAME AND ADDRESS INTENTIONALLY OMITTED

DELACROIX & DELACROIX LLC
SCOTT E DELACROIX
321 NORTH VERMONT ST.,STE 105
COVINGTON LA 70433

DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

DENTONS US LLP
JERRY A BEATMANN JR
650 POYDRAS ST.,STE 2850
NEW ORLEANS LA 70130-6132

DENTONS US LLP
DEBORAH J CAMPBELL
HANLEY CORPORATE TOWER
101 S HANLEY STE 600
ST. LOUIS MO 63105

DENTONS US LLP
M KEITH MOSKOWITZ
233 SOUTH WACKER DR.,STE 5900
CHICAGO IL 60606-6362

DENTONS US LLP
PATRICK C MAXCY
233 SOUTH WACKER DR.,STE 5900
CHICAGO IL 60606-6362

DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123

EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP II CITY PLAZA
400 CONVENTION ST
STE 1001
BATON ROUGE LA 70801

ENTERGY
SEAN D MOORE ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS LA 70113

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

EVAN PARK HOWELL III
ATTORNEY AT LAW
1 GALLERIA BLVD STE 1900
METAIRIE LA 70001

FELECIA Y PEAVY, ESQ
P O BOX 3454
HOUSTON TX 77253

FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

GAINSBURGH BENJAMIN DAVID MEUNIER &
WARSHAUER LLC
GERALD E MEUNIER;BRITTANY R WOLF-
FREEDMAN
2800 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163-2800

GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD
5TH FL
ROLLING MEADOWS IL 60008

GEORGE G ANGELUS, PLC
GEORGE G ANGELUS
700 CAMP ST.
NEW ORLEANS LA 70130

GIEGER LABORDE & LAPEROUSE LLC
JOHN E. W. BAAY II
701 POYDRAS ST.,STE 4800
NEW ORLEANS LA 70139-4800

GREENBERG TRAURIG LLP
COLLEEN A MURPHY
ONE INTERNATIONAL PLACE STE 2000
BOSTON MA 02110

GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE STE 3100
CHICAGO IL 60601

GREGORY A PLETSCH & ASSOCIATES
(A PROFESSIONAL LAW CORP)
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

HANCOCK WHITNEY BANK
CREDIT CARD CENTER
P O BOX 23070
COLUMBUS GA 31902-3070

HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD
SUITE 300
BATON ROUGE LA 70802

HELLER DRAPER PATRICK HORN ET AL.
DOUGLAS S DRAPER
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130

HELLER DRAPER PATRICK HORN ET AL.
LESLIE A COLLINS; GRETA M BROUPHY
650 POYDRAS ST
SUITE 2500
NEW ORLEANS LA 70130-6103

HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS,ESQ
900 CAMP ST.,3RD FLOOR
NEW ORLEANS LA 70130

HUBER THOMAS & MARCELLE LLP
STEPHEN M HUBER;LOGAN E SCHONEKAS
1100 POYDRAS ST.,STE 2200
NEW ORLEANS LA 70163

INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON DC 20004-2541

INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

| | | |
|---|---|---|
| J S<br>2610 W SAM HOUSTON PKWY<br>#200<br>HOUSTON TX 77042 | JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | JONES WALKER LLP<br>MARK A MINTZ<br>201 ST. CHARLES AVE<br>51ST FLOOR<br>NEW ORLEANS LA 70170-5100 |
| JONES WALKER LLP<br>R. PATRICK VANCE<br>201 ST. CHARLES AVE, STE 5100<br>NEW ORLEANS LA 70170- 5100 | JONES WALKER LLP<br>ELIZABETH J FUTRELL<br>201 ST. CHARLES AVE., STE 5100<br>NEW ORLEANS LA 70170- 5100 | JONES WALKER LLP<br>EDWARD DIRK WEGMANN<br>201 ST CHARLES AVE.,STE 5100<br>NEW ORLEANS LA 70170-5100 |
| JONES WALKER LLP<br>SAMANTHA A OPPENHEIM<br>201 ST CHARLES AVE.,STE 5100<br>NEW ORLEANS LA 70170-5100 | JONES WALKER LLP<br>ALLISON B KINGSMILL<br>201 ST CHARLES AVE.,STE 5100<br>NEW ORLEANS LA 70170-5100 | JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>INTERNATIONAL INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 |
| JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>UNITED STATES FIRE INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 | JUDGE MICHAEL HOGAN<br>PO BOX 1375<br>EUGENE OR 97440 | KEITH A RODRIGUEZ<br>ATTORNEY AT LAW<br>P O BOX 3445<br>LAFAYETTE LA 70502-3445 |
| KELLY HART PITRE<br>LOUIS M PHILLIPS<br>301 MAIN ST.,STE 1600<br>BATON ROUGE LA 70801 | KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 |
| LAMOTHE LAW FIRM<br>FRANK E LAMOTHE III;KRISTI S SCHUBERT;<br>JULIEN G LAMOTHE<br>400 POYDRAS ST.,STE 1760<br>NEW ORLEANS LA 70130 | LANDWEHR LAW FIRM<br>DARRYL T LANDWEHR<br>935 GRAVIER ST.,STE 835<br>NEW ORLEANS LA 70112 | LARZELERE PICOU WELLS SIMPSON LONERO LLC<br>WILSON L MALOZ III<br>3850 N CAUSEWAY BLVD STE 500<br>TWO LAKEWAY CENTER<br>METAIRIE LA 70002 |
| LAW OFFICE OF MIGUEL A ELIAS<br>MIGUEL A ELIAS<br>4224 WILLIAMS BLVD<br>KENNER LA 70065 | LAW OFFICE OF REGINA SCOTTO WEDIG LLC<br>REGINA S WEDIG<br>308 S BAY ST.,<br>P O BOX 185<br>AMITE LA 70422 | LAW OFFICE OF STEPHEN J. HAEDICKE<br>STEPHEN J. HAEDICKE<br>1040 SAINT FERDINAND ST.<br>NEW ORLEANS LA 70117 |
| LAW OFFICES OF FRANK J D'AMICO JR<br>FRANK J D'AMICO JR<br>4608 RYE STREET<br>METAIRIE LA 70006 | LEWIS KULLMAN STERBCOW & ABRAMSON<br>PAUL M STERBCOW<br>601 POYDRAS ST.,STE 2615<br>NEW ORLEANS LA 70130 | LISKOW & LEWIS<br>CAREY LMENASCO<br>701 POYDRAS ST.,STE 5000<br>NEW ORLEANS LA 70139 |
| LISKOW & LEWIS<br>MICHAEL D RUBENSTEIN<br>1001 FANNIN ST.,STE 1800<br>HOUSTON TX 77002 | LOCKE LORD LLP<br>W STEVEN BRYANT,ESQ<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130-6036 | LOCKE LORD LLP<br>OMER F KUEBEL III<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130 |
| LOCKE LORD LLP<br>BRADLEY C KNAPP<br>601 POYDRAS ST.,STE 2660<br>NEW ORLEANS LA 70130 | LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118 | LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 |

| | | |
|---|---|---|
| LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASST ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE LA 70804-9005 | LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 |
| LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 |
| LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 | LUGENBUHL WHEATON PECK RANKIN & HUBBARD<br>BENJAMIN W KADDEN<br>601 POYDRAS ST.,STE 2775<br>NEW ORLEANS LA 70130 |
| MCCABE LAW FIRM LLC<br>RYAN MCCABE<br>214 FRIEDRICHS AVENUE<br>METAIRIE LA 70005 | MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 |
| METROSTUDIO LLC<br>HEATHER GORMAN<br>6501 SPANISH FORT BLVD<br>NEW ORLEANS LA 70124 | MICHAEL L DESHAZO ON BEHALF OF DEFENDANT CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br>1250 POYDRAS ST STE 2450<br>NEW ORLEANS LA 70113 | MIGUEL A ELIAS ON BEHALF OF INTERESTED PARTY FR JB<br>285 WEST ESPLANADE AVE<br>STE 303<br>KENNER LA 70065 |
| NAME AND ADDRESS INTENTIONALLY OMITTED | N FRANK ELLIOT III, LLC<br>N FRANK ELLIOT III<br>P O BOX 3065<br>LAKE CHARLES LA 70601 | NEWMAN MATHIS BRADY & SPEDALE<br>MARK C LANDRY<br>A PROFESSIONAL LAW CORPORATION<br>3501 N CAUSEWAY BLVD STE 300<br>METAIRIE LA 70002-3618 |
| NEWMAN MATHIS BRADY & SPEDALE<br>ROBERT A MATHIS<br>A PROFESSIONAL LAW CORP<br>3501 NORTH CAUSEWAY BLVD.,STE 300<br>METAIRIE LA 70002 | NEWMAN MATHIS BRADY & SPEDALE<br>WAYNE A MAIORANA JR<br>A PROFESSIONAL CORPORATION<br>3501 NORTH CAUSEWAY STE 300<br>METAIRIE LA 70002 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | OFFICE OF THE US TRUSTEE<br>AMANDA B. GEORGE,TRIAL ATTORNEY<br>600 S MAESTRI PLACE STE 840-T<br>NEW ORLEANS LA 70130 | OFFICE OF THE US TRUSTEE<br>MARY LANGSTON, ASST US TRUSTEE<br>400 POYDRAS ST.,STE 2110<br>NEW ORLEANS LA 70130 |
| OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>1 OPTUM CIR<br>EDEN PRAIRIE MN 55344-2956 | | PHELPS DUNBAR LLP<br>RICK M SHELBY;ALLEN C MILLER;<br>ASHLEY J HEILPRIN<br>365 CANAL ST.,STE 2000<br>NEW ORLEANS LA 70130-6534 |

| | | |
|---|---|---|
| RICHARD A ROZANSKI, APLC<br>RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA LA 71315-3199 | ROBINSON LAW OFFICES LLC<br>CRAIG M ROBINSON,ESQ<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | ROGER A STETTER,ESQ<br>4429 BARONNE ST<br>NEW ORLEANS LA 70115 |
| RUGGERI PARKS WEINBERG LLP<br>JOSHUA D WEINBERG;SARA K HUNKLER<br>1875 K STREET, NW STE 600<br>WASHINGTON DC 20006 | RUSSELL POTTHARST<br>P O BOX 13281<br>LOS ANGELES CA 90013 | RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY STATE OF LOUISIANA LOUISIANA CEMETERY BOARD<br>LOUISIANA DEPT OF JUSTICE<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802 |
| SALIM-BEASLEY LLC<br>ROBERT L SALIM<br>1901 TEXAS ST<br>NATCHITOCHES LA 71457 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>ELWOOD F CAHILL, JR.,THOMAS J MADIGAN II<br>909 POYDRAS ST.,28TH FLOOR<br>NEW ORLEANS LA 70112-1033 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC<br>RYAN O LUMINAIS;THOMAS J MADIGAN II;AMELIA L HURT<br>909 POYDRAS ST.,STE 2800<br>NEW ORLEANS LA 70112-4046 |
| SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 | SHERMAN-DENENEA, LLC.<br>JOHN H. DENENEA, JR.<br>424 CANAL STREET<br>NEW ORLEANS LA 70119 | STEWART ROBBINS BROWN & ALTAZAN LLC<br>PAUL DOUGLAS STEWART JR.;WILLIAM S ROBBINS;<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348 |
| STEWART ROBBINS BROWN & ALTAZAN LLC<br>BRANDON A BROWN;BROOKE W ALTAZAN;JAMIE D CANGELOSI<br>301 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348 | STEWART ROBBINS BROWN & ALTAZAN LLC<br>NICHOLAS J SMELTZ<br>30 MAIN ST.,STE 1640<br>P O BOX 2348<br>BATON ROUGE LA 70821-2348 | SWATI PARASHAR ON BEHALF OF DEBTOR THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS<br>JONES WALKER<br>811 MAIN ST, STE 2900<br>HOUSTON TX 77002 |
| T TAYLOR TOWNSEND LLC<br>TAYLOR TOWNSEND<br>725 3RD ST<br>NATCHITOCHES LA 71457 | TALBOT, CARMOUCHE & MARCELLO<br>ROSS J. DONNES<br>17405 PERKINS ROAD<br>BATON ROUGE LA 70810 | TAYLOR WELLONS POLITZ & DUHE APLC<br>SAMUEL M ROSAMOND III<br>1515 POYDRAS ST.,STE 1900<br>NEW ORLEANS LA 70112 |
| THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | THE BRASLOW FIRM, LLC<br>DEREK T. BRASLOW, ESQ.<br>KETTERER BROWNE & ASSOCIATE, LLC<br>336 S. MAIN STREET 2 A-C<br>BEL AIR MD 21014 | THE CALUDA GROUP LLC<br>WILLIAM G CHERBONNIER, JR.,ESQ<br>2550 BELLE CHASSE HWY<br>STE 215<br>GRETNA LA 70053-6758 |
| THE ROMAN CATHOLIC CHURCH<br>ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS LA 70125 | US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 |
| US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 |

WAYNE JABLONOWSKI APLC
3705 PONCHARTRAIN DRIVE
SLIDELL LA 70458

WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047

WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE LA 70802

WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG FL 33733-8070