**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW ORLEANS,** | § | Section "A" |
| | § | |
| Debtor.[1] | § | Chapter 11 |
| | § | |
| | § | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss:
COUNTY OF NEW YORK   )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 1st day of April 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Joint Stipulation Concerning C.R.'s Omnibus Motion for Leave to File Sexual Abuse Survivor Proof of Claim* (Docket No. 3880), to be served upon the parties, who will not receive notice through the Court's CM/ECF System, via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of April 2025, New York, New York.

By _____
Roderick Wong

Sworn before me this
3rd day of April 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2025

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO00538

# EXHIBIT 1

# The Roman Catholic Church of the Archdiocese of New Orleans
## Electronic Mail
### Exhibit Page

Page # : 1 of 1  
04/01/2025 04:00:54 PM

---

000051P002-1435S-538  
AMERIGROUP LA  
PO BOX 28147  
NEW YORK NY 10087  
MPSWEB@AMERIGROUP.COM

031498P001-1435A-538  
AYLSTOCK WITKIN KREIS AND OVERHOLTZ PLLC  
REAGAN CHARLESTON THOMAS  
17 EAST MAIN STREET SUITE 200  
PENSACOLA FL 32502  
SATEAM@AWKOLAW.COM

000119P001-1435S-538  
BROWN RICE MARKETING LLC  
MARK W BROWN  
476 MATAIRIE ROAD STE 202  
METAIRIE LA 70005  
MARK@BROWNRICEMARKETING.COM

000117P001-1435S-538  
CRESCENT DOOR & HARDWARE INC  
NEUVILLE C HOTSTREAM SR  
6100 HUMPHREYS ST  
NEW ORLEANS LA 70123  
NEUVILLE@CDHNO.COM

000097P002-1435S-538  
DAMON J BALDONE & ASSOCIATES  
DAMON J BALDONE & ASSOCIATES  
DAMON J BALDONE,ESQ  
162 NEW ORLEANS BLVD  
HOUMA LA 70364  
DBALDONE@HOTMAIL.COM

000086P001-1435S-538  
DKI OFFICE FURNITURE & SUPPLIES  
MIKE JACOBS  
5530 JEFFERSON HWY  
NEW ORLEANS LA 70123  
MIKE.JACOBS@DKIOFFICESOLUTIONS.COM

000062P003-1435S-538  
ENTERGY  
SEAN D MOORE ASST GC  
639 LOYOLA AVE  
STE 300 / L-ENT-26C  
NEW ORLEANS LA 70113  
SMOORE6@entergy.com

000044P002-1435S-538  
GALLAGHER BENEFIT SVC INC  
ERIC PEARSON  
2850 WEST GOLF RD  
5TH FL  
ROLLING MEADOWS IL 60008  
ERIC_PEARSON@AJG.COM

000124P002-1435S-538  
JUDGE MICHAEL HOGAN  
PO BOX 1375  
EUGENE OR 97440  
JUDGE@HOGANMEDIATION.NET

000045P002-1435S-538  
LOUISIANA CHILDREN'S MEDICAL CENTER  
JENNY BARNETT-SARPALIUS CFO  
200 HENRY CLAY AVE  
NEW ORLEANS LA 70118  
JENNIFER.SARPALIUS@LCMCHEALTH.ORG

000052P002-1435S-538  
LUBA CASUALTY INSURANCE CO  
STEVE WERNER, CPA, CIA  
2351 ENERGY DR  
STE 2000  
BATON ROUGE LA 70808  
LUBAACCOUNTING@LUBAWC.COM

000109P001-1435S-538  
MCCARTER & ENGLISH LLP  
RICHARD A BERAN;JOHN C KELLY  
FOUR GATEWAY CENTER  
100 MULBERRY ST  
NEWARK NJ 07102  
RBERAN@MCCARTER.COM

000109P001-1435S-538  
MCCARTER & ENGLISH LLP  
RICHARD A BERAN;JOHN C KELLY  
FOUR GATEWAY CENTER  
100 MULBERRY ST  
NEWARK NJ 07102  
JKELLY@MCCARTER.COM

000050P002-1435S-538  
MEITLER CONSULTANTS, INC  
TOM HEDING  
39 BEECHWOOD RD  
SUMMIT NJ 07901  
THEDING@MEITLER.COM

000120P001-1435S-538  
METROSTUDIO LLC  
HEATHER GORMAN  
6501 SPANISH FORT BLVD  
NEW ORLEANS LA 70124  
HGORMAN@METROSTUDIO.NET

000095P001-1435S-538  
PACHULSKI STANG ZIEHL & JONES LLP  
JAMES I STANG  
10100 SANTA MONICA BLVD.,13TH FL  
LOS ANGELES CA 90067  
JSTANG@PSZJLAW.COM

000110P002-1435S-538  
RUSSELL POTTHARST  
P O BOX 13281  
LOS ANGELES CA 90013  
RUSTYCPSR@GMAIL.COM

000064P001-1435S-538  
VASQUEZ LAW  
JESSICA VASQUEZ,ESQ  
400 POYDRAS ST.,STE 400  
NEW ORLEANS LA 70130  
JVASQUEZ@VASQUEZLAWOFFICE.COM

000031P002-1435S-538  
WHITNEY BANK CORPORATE TRUST  
CORPORATE TRUST  
ELIZABETH ZEIGLER  
445 NORTH BLVD.,STE 201  
BATON ROUGE LA 70802  
BETH.ZEIGLER@HANCOCKWHITNEY.COM

Records Printed : **19**

# EXHIBIT 2

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1 of 3                                                                                                       04/01/2025 04:02:30 PM

| | | | |
|---|---|---|---|
| 000049P002-1435S-538<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000102P003-1435S-538<br>ARGENT INSTITUTIONAL TRUST COMPANY<br>KEVIN M DOBRAVA, MANAGING DIRECTOR<br>FORMERLY TMI TRUST COMPANY<br>5901 PEACHTREE DUNWOODY RD<br>STE C-495<br>ATLANTA GA 30328 | 000084P001-1435S-538<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | 031498P001-1435A-538<br>AYLSTOCK WITKIN KREIS AND OVERHOLTZ PLLC<br>REAGAN CHARLESTON THOMAS<br>17 EAST MAIN STREET SUITE 200<br>PENSACOLA FL 32502 |
| 000055P002-1435S-538<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | 000164P001-1435S-538<br>BLANK ROME LLP<br>1825 EYE ST NW<br>WASHINGTON DC 20006 | 000161P001-1435S-538<br>BRT ENERGY ADVISORS, LLC<br>10810 KATY FWY<br>HOUSTON TX 77043 | 000087P002-1435S-538<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 |
| 000023P001-1435S-538<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | 000057P004-1435S-538<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>PO BOX 73729<br>METAIRIE LA 70033-3720 | 000162P001-1435S-538<br>COUHIG PARTNERS, LLC<br>1100 POYDRAS ST STE 3250<br>NEW ORLEANS LA 70163 | 000026P001-1435S-538<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 |
| 000168P001-1435S-538<br>EDGAR STEWART SPIELMAN ON BEHALF OF<br>CREDITOR CAPITAL ONE NATIONAL ASSOCIATION<br>HINSHAW AND CULBERTSON LLP II CITY PLAZA<br>400 CONVENTION ST<br>STE 1001<br>BATON ROUGE LA 70801 | 000032P001-1435S-538<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000116P001-1435S-538<br>FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 | 000072P002-1435S-538<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 |
| 000083P001-1435S-538<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | 000028P002-1435S-538<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | 000029P002-1435S-538<br>HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | 000030P001-1435S-538<br>HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 |
| 000039P001-1435S-538<br>HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 000009P001-1435S-538<br>INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 | 000010P001-1435S-538<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000011P003-1435S-538<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20004-2541 |
| 000012P001-1435S-538<br>INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220 M/S 31<br>NEW ORLEANS LA 70112 | 000166P001-1435S-538<br>J S<br>2610 W SAM HOUSTON PKWY<br>#200<br>HOUSTON TX 77042 | 000022P001-1435S-538<br>JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | 000169P001-1435S-538<br>JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>INTERNATIONAL INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 |

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 2 of 3                                                                                               04/01/2025 04:02:30 PM

| | | | |
|---|---|---|---|
| 000170P001-1435S-538<br>JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>UNITED STATES FIRE INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 | 000172P001-1435S-538<br>KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 | 000027P001-1435S-538<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000034P001-1435S-538<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 |
| 000002P001-1435S-538<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | 000005P001-1435S-538<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-538<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 000024P001-1435S-538<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 |
| 000008P001-1435S-538<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | 000040P001-1435S-538<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000163P001-1435S-538<br>MICHAEL L DESHAZO ON BEHALF OF DEFENDANT<br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br>1250 POYDRAS ST STE 2450<br>NEW ORLEANS LA 70113 | 000167P001-1435S-538<br>MIGUEL A ELIAS ON BEHALF OF<br>INTERESTED PARTY FR JB<br>285 WEST ESPLANADE AVE<br>STE 303<br>KENNER LA 70065 |
| 000047P001-1435S-538<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-538<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000036P001-1435S-538<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-538<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| 000046P003-1435S-538<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>1 OPTUM CIR<br>EDEN PRAIRIE MN 55344-2956 | 000096P003-1435S-538<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>1 SANSOME ST STE 3430<br>SAN FRANCISCO CA 94104-4436 | 000165P001-1435S-538<br>RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY<br>STATE OF LOUISIANA LOUISIANA CEMETERY BOARD<br>LOUISIANA DEPT OF JUSTICE<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802 | 000021P001-1435S-538<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 |
| 000171P001-1435S-538<br>SWATI PARASHAR ON BEHALF OF DEBTOR<br>THE ROMAN CATHOLIC CHURCH<br>FOR THE ARCHDIOCESE OF NEW ORLEANS<br>JONES WALKER<br>811 MAIN ST, STE 2900<br>HOUSTON TX 77002 | 000025P001-1435S-538<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000003P001-1435S-538<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-538<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| 000035P001-1435S-538<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000019P001-1435S-538<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-538<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 000006P001-1435S-538<br>US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 |

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                                           04/01/2025 04:02:30 PM

| | | |
|---|---|---|
| 000037P001-1435S-538 | 000053P004-1435S-538 | 000085P001-1435S-538 |
| VERMONT DEPT OF FINANCIAL REGULATION | WHITE OAK CONSULTING | WRIGHT NATIONAL FLOOD INSURANCE |
| MR DAVID F PROVOST CFE | PAUL A. BREAUX | PATTY TEMPLETON-JONES |
| DEPUTY COMMISSIONER -CAPTIVE INSURANCE | 88 MELROSE DR | PO BOX 33070 |
| 89 MAIN ST | DESTREHAN LA 70047 | ST PETERSBURG FL 33733-8070 |
| MONTPELIER VT 05620-3101 | | |

Records Printed : 59