UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court are the following matters:

i. the Ex Parte *Joint Motion To Continue Motion For a Hearing To Review and Change the Membership of the Committee of Creditors; Alternatively, To Order the Appointment of an Additional Committee of Creditors* (the "Motion"), [ECF Doc. 3893], filed by the Debtor, D.J.B., the Official Committee of Unsecured Creditors, the Acting United States Trustee for Region 5 (the "UST"), and the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"); and

ii. the *Motion For a Hearing To Review and Change the Membership of the Committee of Creditors; Alternatively, To Order the Appointment of an Additional Committee of Creditors* (the "Motion For Appointment"), [ECF Doc. 3805], filed by D.J.B.; the objection to the Motion For Appointment, [ECF Doc. 3888], filed by the UST; and the objection to the Motion For Appointment, [ECF Doc. 3889], filed by the Commercial Committee.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing to consider the Motion For Appointment is **CONTINUED** from April 17, 2025, to **Thursday, May 15, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

**IT IS FURTHER ORDERED** that any objections to the Motion For Appointment shall be filed and properly served on or before **Thursday, May 8, 2025.**

**IT IS FURTHER ORDERED** that Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 10, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE