UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

The following interim applications for compensation (collectively, the "Applications") are set for hearing on the April 17, 2025, Omnibus Hearing Date:

(i) the *Thirteenth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 Through October 31, 2024* (the "Thirteenth Application") [ECF Doc. 3525], filed by Jones Walker LLP; and the objection to the Thirteenth Application, [ECF Doc. 3648], filed by Certain Sexual Abuse Survivors; and

(ii) the *Fourteenth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 Through October 31, 2024* (the "Fourteenth Application") [ECF Doc. 3864], filed by Jones Walker LLP; and the objection to the Fourteenth Application, [ECF Doc. 3891], filed by Certain Sexual Abuse Survivors.

**IT IS ORDERED** *sua sponte* that the hearing to consider the Applications is **CONTINUED** from April 17, 2025, to **Thursday, May 15, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 16, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE