UNITED STATES BANKRUPTCY COURT

LOUISIANA EASTERN BANKRUPTCY

PDF FILE WITH AUDIO FILE ATTACHMENT

20-10846

The Roman Catholic Church for the Archdiocese of N

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 20-10846 |
| Case Title : | The Roman Catholic Church for the Archdiocese of N |
| Audio Date\Time : | 4/10/2025 02:02:52 PM |
| Audio File Name : | 20-10846.mp3 |
| Audio File Size : | 26152 KB |
| Audio Run Time : | [00:55:47] (hh:mm:ss) |

**Help Using this File**

An audio file is embedded as an attachment in this PDF Document. To listen to the audio file, download this PDF to your desktop first. Once the PDF file is on your desktop, open it and click the Attachments tab or the Paper Clip icon, located in the top left corner of the Adobe program. Then, right click the audio file and click Save Audio. More information about our audio files can be found on the Attorney Home Page.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."