| **First Name** | **Last Name** | **Firm** | **Client Name** |
|---|---|---|---|
| Brooke | Altazan | Stewart Robbins Brown & Altazan, LLC | Commercial Committee |
| Amanda | George | Dept. of Justice | UST Region 5 |
| Omer F. | Kuebel III | Troutman Pepper Locke LLP | Official Committee of Unsecured Creditors |
| Bradley | Knapp | Troutman Pepper Locke LLP | Official Committee of Unsecured Creditors |
| Jim | Stang | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Mark | Mintz | Jones Walker LLP | Debtor |
| Samantha | Oppenheim | Jones Walker LLP | Debtor |
| Douglas | Draper | Heller Draper | Apostolates |
|  |  |  |  |