# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Thirteenth Interim Application of Carr, Riggs & Ingram, LLC, For Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor To the Debtor For the Period July 1, 2024, through October 31, 2024*, (the "Interim Application"), [ECF Doc. 3524], filed by Carr, Riggs & Ingram, LLC (the "Applicant") for the period July 1, 2024, through October 31, 2024, (the "Application Period").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Applicant is allowed and awarded, on an interim basis, $94,995.00 for services rendered and $0.00 as reimbursement for actual, reasonable, and necessary expenses incurred during the Application Period.

**IT IS FURTHER ORDERED** that the Debtor shall pay to the Applicant the remaining unpaid balance of allowed fees for legal services rendered and expenses incurred during the Application Period, promptly upon entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Applicant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 21, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE