UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Second Interim Fee Application of Kroll LLC For Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Pension Analyst To The Official Committee of Unsecured Commercial Creditors For the Period of August 1, 2024, through November 30, 2024*, (the "Interim Application"), [ECF Doc. 3791], filed by Kroll, LLC (the "Applicant") for the period August 1, 2024, through November 30, 2024, (the "Application Period").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Applicant is allowed and awarded, on an interim basis, for the Application Period, fees in the amount of $762.50 and expenses in the amount of $0.00, totaling $762.50 (the "Award") incurred in connection with its pension analyst services for the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the Award to the Applicant promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to the Applicant for its fees and expenses incurred in connection with its

pension analyst services for Commercial Committee during the Application Period as authorized under Section XV(C) of this Court's Complex Case Procedures.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Applicant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 21, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE