# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Eighth Interim Application For Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness To the Official Committee of Unsecured Creditors For the Period November 1, 2024, through February 28, 2025*, (the "Interim Application"), [ECF Doc. 3857], filed by Stout Risius Ross, LLC (the "Applicant") for the period November 1, 2024, through February 28, 2025, (the "Application Period").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that the Applicant is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of $52,951.00 for the Application Period as an administrative expense claim under 11 U.S.C. § 503 against the estate of the Debtor (the "Award"). This Award consists of $52,951.00 in fees for services rendered and $0.00 in expenses incurred by the Applicant during the Application Period.

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the balance of the Award to the Applicant on an interim basis as an administrative expense claim under

11 U.S.C. § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Applicant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 21, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE