**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW INTO COURT comes: Timothy Karcher and Paul Possinger and the law firm of Proskauer Rose LLP ("**Counsel**"), who file this *Notice of Appearance and Request for Service* in the above captioned bankruptcy matter. Counsel hereby enters its appearance on behalf of Berkeley Research Group, LLC ("**BRG**") pursuant to section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

Furthermore, Counsel respectfully requests that all notices and/or pleadings issued or filed in the above-referenced bankruptcy case be forwarded to the undersigned:

Timothy Karcher
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com

and

Paul Possinger
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

This Notice of Appearance and Request for Service shall not be deemed or construed to be

a waiver of any of the rights of BRG, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which BRG may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 29, 2025

Respectfully submitted,

PROSKAUER ROSE LLP

/s/ Margaret Swetman
Margaret Swetman, Esq. (LA Bar ID No. 29195)
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4088
Fax: (504) 310-2022
Email: mswetman@proskauer.com

/s/ Timothy Karcher
Timothy Karcher, Esq. (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com

/s/ Paul Possinger
Paul Possinger, Esq. (*pro hac vice* pending)
70 West Madison, Suite 3800
Chicago, IL 90067
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

*Counsel to Berkeley Research Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: April 29, 2025

Respectfully submitted,

PROSKAUER ROSE LLP

*/s/ Margaret Swetman*
Margaret Swetman, Esq. (LA Bar ID No. 29195)
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4088
Fax: (504) 310-2022
Email: mswetman@proskauer.com

*/s/ Timothy Karcher*
Timothy Karcher, Esq. (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com

*/s/ Paul Possinger*
Paul Possinger, Esq. (*pro hac vice* pending)
70 West Madison, Suite 3800
Chicago, IL 90067
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

*Counsel to Berkeley Research Group, LLC*