# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------

IN RE:

**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**

DEBTOR

-----------------------------------------------------------------

CASE NO.: 20-10846

SECTION "A"

CHAPTER 11

### JOHN CP DOE'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that JOHN CP DOE, through undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on April 30, 2025. A copy of said Motion, as well as JOHN CP DOE's Declaration in Support, was filed as Document No. 3960.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus Hearing date of July 16, 2025 at 1:00 p.m. The dial-in information for Section A is (504) 517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

RESPECTFULLY SUBMITTED:
THE BEZOU LAW FIRM
*/s/ Jacques F. Bezou, Jr.*
Jacques F. Bezou, Jr. (33728) jb2@bezou.com
Payton S. Lachney (39947) plachney@bezou.com
534 E. Boston Street, Covington, LA 70433
Telephone: (985) 892-2111

           Facsimile: (985) 892-1413
           Designated Service E-Mail: service@bezou.com

             -  and  -

           HOROWITZ LAW
           Adam D. Horowitz (FL 376980)
           adam@adamhorowitzlaw.com
           Jessica D. Arbour (FL 67885)
           jessica@adamhorowitzlaw.com
           Alexandra D. Slater (FL 1018816)
           alexandra@adamhorowitzlaw.com
          110 E. Broward Boulevard, Suite 1850
           Ft. Lauderdale, FL 33301
           Telephone: (954) 641-2100
           (*Pro Hac Vice* Motion to be filed)
           ***ATTORNEYS FOR JOHN CP DOE***

## CERTIFICATE OF SERVICE

   I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

             */s/ Jacques F. Bezou, Jr.*
             Jacques F. Bezou, Jr.