UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Bankruptcy Case No.:** 20–10846

The Roman Catholic Church for the Archdiocese of N　　　　　　**Chapter** 11

**Debtor**

## NOTICE OF DEFICIENCY

**To:** Jacques F. Bezou, Jr.

Your **Notice of Hearing** is/are deficient for the following reason(s):

　　Notice of Hearing contains an incorrect date.
　　Notice of Hearing contains an incorrect time.

　　July Archdiocese Omnibus Hearing is set for July 17 at 1:30 PM.

Related document(s):

*3952* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by John TB Doe (RE: related document(s)3951 Motion for Leave filed by Creditor John TB Doe). Hearing scheduled for 7/16/2025 at 01:00 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Bezou, Jacques)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, April 30, 2025.　　　　　　　　　　　　　　　　　　　　　Jennifer Nunnery
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.B.C. Clerk's Office