**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:**<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on April 30, 2025 Certain Abuse Survivors filed their *Motion to Consider Whether the Materials in Questions Should be Sealed Pursuant to Local Rule 5.6(D)(2)*, [Rec. Doc. 3967].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the foregoing applications and motions will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on May 15, 2025, at 1:30 p.m. Central Time in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or by telephone – Dial-in: 1-504-517-1385; Conference Code: 129611, or by video at https://gotomeet.me/JudgeGrabill (audio will be through the dial-in number). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/. PLEASE TAKE FURTHER NOTICE that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the referenced applications and motions, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat these applications and motions as unopposed and grant the relief requested.

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**HERMAN KATZ GISLESON & CAIN**
909 Poydras Street, Suite 1860
New Orleans, La 70112
Tel: (504) 581-4892
Fax: (504) 561-6024
sgisleson@hhklawfirm.com

-AND-

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN~DENENEA, L.L.C.**
3004 David Drive
Metairie, LA 70003
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@gmail.com

-AND-

**RICHARD C. TRAHANT (#22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Tel: (504) 780-9891
FAX: (504) 780-9891
trahant@trahantlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Hearing* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

> */s/ Soren E. Gisleson*
> Soren E. Gisleson