**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is the *Ex Parte Motion of Official Committee of Unsecured Creditors' For an Order Pursuant To Bankruptcy Rule Code Sections 105(a) and 107 and Bankruptcy Rule 9018 Authorizing Filing Exhibit To Certificate of Service Under Seal* (the "Motion"), [ECF Doc. 3953], filed by the Official Committee of Unsecured Creditors (the "Committee").

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter Exhibit 1 to the Committee's Certificate of Service for this Court's *Order To Show Cause* dated April 28, 2025, [ECF Doc. 3949], under seal.

**IT IS FURTHER ORDERED** that the Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 30, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE