UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
The Roman Catholic Church for the Archdiocese of N  
**Debtor**

**Bankruptcy Case No.:** 20–10846  
**Chapter** 11

# NOTICE OF DEFICIENCY

**To:** Soren Gisleson

Your **Notice of Hearing** is/are deficient for the following reason(s):

Insufficient notice time was given to parties – Notice of Hearing does not allow for 21 days notice.

File a Motion to Expedite or Reset Notice for next available hearing date.

Related document(s):

*3968* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by Certain Abuse Victims (RE: related document(s)3967 Motion to Unseal Document filed by Creditor Certain Abuse Victims). Hearing scheduled for 5/15/2025 at 01:30 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Gisleson, Soren)

*3971* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by Certain Abuse Victims (RE: related document(s)3970 Motion for Leave filed by Creditor Certain Abuse Victims). Hearing scheduled for 5/15/2025 at 01:30 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Gisleson, Soren)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, April 30, 2025.

Jennifer Nunnery  
U.S.B.C. Clerk's Office