# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------

IN RE:

**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**

**DEBTOR**

CASE NO.: 20-10846

SECTION "A'

CHAPTER 11

---------------------------------------------------------------

### JOHN KW DOE'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that John KW Doe, through undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on April 30,202 5 A copy of said Motion, as well as John KW Doe's Declaration in Support, was filed as Document No. 3962.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus Hearing date July 17, 2025, at 1:30 p.m. The dial-in information for Section A is (504) 517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

RESPECTFULLY SUBMITTED:
THE BEZOU LAW FIRM
*/s/ Jacques F. Bezou, Jr.*
Jacques F. Bezou, Jr. (33728) jb2@bezou.com
Payton S. Lachney (39947) plachney@bezou.com
534 E. Boston Street, Covington, LA 70433
Telephone: (985) 892-2111

1

Facsimile: (985) 892-1413
Designated Service E-Mail: service@bezou.com

- and -

HOROWITZ LAW
Adam D. Horowitz (FL 376980)
adam@adamhorowitzlaw.com
Jessica D. Arbour (FL 67885)
jessica@adamhorowitzlaw.com
Alexandra D. Slater (FL 1018816)
alexandra@adamhorowitzlaw.com
110 E. Broward Boulevard, Suite 1850
Ft. Lauderdale, FL 33301
Telephone: (954) 641-2100
(*Pro Hac Vice* Motion to be filed)
 ***ATTORNEYS FOR JOHN KW DOE***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

 */s/ Jacques F. Bezou, Jr.*
 Jacques F. Bezou, Jr.