UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the Ex Parte *Motion To Voluntarily Withdraw Motion For a Hearing To Review and Change the Membership of the Committee of Creditors; Alternatively, To Order the Appointment of an Additional Committee of Creditors [Relates to ECF 3805, 3888 & 3889]* (the "Motion To Withdraw"), [ECF Doc. 3959], filed by D.J.B. (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Motion For a Hearing To Review and Change the Membership of the Committee of Creditors; Alternatively, To Order the Appointment of an Additional Committee of Creditors*, [ECF Doc. 3805], filed by the Movant, is **WITHDRAWN** from the record of these proceedings.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, May 1, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE