UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

On April 30, 2025, counsel for certain abuse survivors[1] ("Counsel") filed a motion to dismiss the above-captioned bankruptcy case for cause under 11 U.S.C. § 1112(b) (the "Motion To Dismiss"). [ECF Doc. 3965]. The Motion To Dismiss has not been noticed for hearing pursuant to this Court's Complex Case Procedures governing this case. Contemporaneously with the Motion To Dismiss, Counsel filed *ex parte* a motion for leave to file an exhibit attached in support of the Motion To Dismiss under seal, [ECF Doc. 3966], which this Court granted, [ECF Doc. 3972].

On the same date that Counsel filed the Motion To Dismiss and the *ex parte* motion to seal, Counsel also filed a series of motions associated with the motion to dismiss (collectively, the "Associated Motions"):

(a) *Motion To Consider Whether the Materials in Question Should be Sealed Pursuant to Local Rule 5.6(D)(2)*, [ECF Doc. 3967];

(b) *Certain Abuse Survivors' Motion For Evidentiary Hearing on Motion To Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b)*, [ECF Doc. 3969]; and

---

[1] According to the Motion To Dismiss, "'Certain Sexual Abuse Survivors' are those identified in Rec. Doc. 2340 as well as those clients represented by claimants' counsel on the signature block." [ECF Doc. 3965 n.2].

> (c) *Certain Abuse Survivors' Motion For Leave To Conduct a Rule 2004 Examination of Archbishop Gregory Aymond*, [ECF Doc. 3970].

On June 9, 2020, this Court entered an Order Setting Omnibus Hearing Dates in this case pursuant to Section V of the Complex Case Procedures. [ECF Doc 140]. Section V(A) of the Complex Case Procedures states in relevant part:

> After Omnibus Hearing Dates are established and unless otherwise ordered by the Court, all matters in the case (whether initiated by the debtor or another party in interest) will be set on Omnibus Hearing Dates that accommodate required notice period and the movant shall indicate the hearing date and time on the fat of the pleading below the case/adversary proceeding number.

Counsel noticed each of the Associated Motions for hearing on May 15, 2025, the regularly scheduled omnibus motion date for this case; however, that notice did not accommodate the due process required by Bankruptcy Rule 2002 and this Court's Local Rules which require a minimum 21-day notice period to parties in interest. The Clerk's Office issued deficiencies on those notices.

On May 2, 2025, Counsel for certain abuse survivors filed an *ex parte* motion to expedite the hearings on the Associated Motions (the "Motion To Expedite Hearing"). [ECF Doc. 3990]. Counsel requests that this Court set the Associated Motions for hearing on May 15, 2025, asserting that resolution of the Associated Motions is essential to resolution of the Motion To Dismiss, which has yet to be set for hearing. *See id*. The Debtor opposes the Motion To Expedite Hearing. [ECF Doc. 3991].

> Section 1112(b) states in relevant part:
>
> The court shall commence the hearing on a motion under this subsection not later than 30 days after the filing of the motion [to dismiss], and shall decide the motion not later than 15 days after commencement of such hearing, unless the movant expressly consents to a continuance for a specific period of time or compelling circumstances prevent the court from meeting the time limits established by this paragraph.

11 U.S.C. § 1112(b)(3). Accordingly,

**IT IS ORDERED** that the Court *sua sponte* will hold a preliminary hearing on the Motion To Dismiss on **Thursday, May 29, 2025, at 1:30 p.m.** at 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/. Preliminary responses to the Motion To Dismiss must be filed and properly served pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Complex Case Procedures, and any Order limiting service in this case on or before **Thursday, May 22, 2025**.

**IT IS FURTHER ORDERED** that the Motion To Expedite Hearing is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that a hearing to consider each of the Associated Motions will be held on **Thursday, May 29, 2025, at 1:30 p.m.** at 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/. Responses to each of the Associated Motions must be filed and properly served pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Complex Case Procedures and any Order limiting service in this case on or before **Thursday, May 22, 2025.**

**IT IS FURTHER ORDERED** Counsel is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, this 5th day of May, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE