IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### CERTAIN ABUSE SURVIVORS' NOTICE OF AGENDA ITEMS TO BE DISCUSSED AT THE MAY 15, 2025 STATUS CONFEDRENCE AT 1:30 P.M.

**NOW INTO COURT,** through undersigned counsel, come **CERTAIN SEXUAL ABUSE SURVIVORS,** hereby files this Notice of Agenda.

On May 1, 2025, this Court scheduled a status conference in this case for May 15, 2025 at 1:30pm. [Rec. Doc. 3987]

On May 13, 2025, counsel for Certain Abuse Survivors requested that Debtor's counsel add issues related to Certain Abuse Survivor's Motion to Dismiss Bankruptcy Pursuant to 11 USC 1112 to its Notice of Agenda Items.

On the same day, counsel for Debtor refused the request stating that the status conference had been cancelled.

Undersigned has not seen any order cancelling the Status Conference.

Accordingly, Certain Abuse Survivors request that the May 15, 2025 status conference include discussion of the following issues: (1) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 USC 1112 (Motion to Dismiss"); (2) the evidentiary hearing on the Motion to Dismiss set for May 29, 2025; (3) discovery related to the Motion to Dismiss; (3)

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

written discovery related to Motion to Dismiss; and (4) depositions related to the Motion to Dismiss.

                                          Respectfully submitted,

                                          S/Soren E. Gisleson
SOREN E. GISLESON (#26302)
HERMAN, KATZ, GISLESON & CAIN
909 Poydras Street, Suite 1860
New Orleans, La 70112
Tel: (504) 581-4892
Fax: (504) 561-6024
soren@hkgclaw.com

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Tel: (504) 780-9891
Fax: (504) 780-9891
trahant@trahantlawoffice.com

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C. 3004 David Drive
Metairie, LA 70003
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

                                          */s/ Soren E. Gisleson*
                                          Soren E. Gisleson