# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## AMENDED ORDER[1]

Considering all the matters scheduled for the status conference on Thursday, May 15, 2025, at 1:30 p.m. (the "Status Conference"), [ECF Doc. 3987], have been resolved or continued,

**IT IS ORDERED** *sua sponte* that the Status Conference is **CANCELED**.

**IT IS FURTHER ORDERED** that counsel for the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, May 14, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

[1] This Order amends and supersedes this Court's *Order* dated May 13, 2025, [ECF Doc. 4007], to cite to the Order setting the status conference on May 15, 2025, [ECF Doc. 3987].