# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the Ex Parte *Motion For Expedited Hearing on Debtor's Expedited Motion For Authority To Sell the Hope Haven Site, Free and Clear of All Claims, Liens, Interests, and Encumbrances Pursuant To §§ 363(b) and 363(f) of the Bankruptcy Code* (the "Motion To Expedite"), [ECF Doc. 4014], filed by the Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Debtor's Expedited Motion For Authority To Sell the Hope Haven Site, Free and Clear of All Claims, Liens, Interests, and Encumbrances Pursuant To §§ 363(b) and 363(f) of the Bankruptcy Code* (the "Sale Motion"), [ECF Doc. 4013], is set for hearing on **Friday, June 6, 2025, at 10:00 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to

review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any response to the Sale Motion shall be filed and properly served no later than **Wednesday, June 4, 2025, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to **IMMEDIATELY** serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, May 16, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE