UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# AMENDED ORDER[1]

Before the Court is the *Unopposed Motion To Continue Hearings on Certain Abuse Survivors' Motions* (the "Motion To Continue"), [ECF Doc. 4016], filed by certain abuse survivors (the "Movants").[2] The Motion To Continue seeks to continue the preliminary hearing on the following motions filed by the Movants (collectively, the "Motions"):

(a) *Certain Abuse Survivors' Motion To Dismiss Bankruptcy Pursuant To 11 U.S.C. § 1112(b)*, [ECF Doc. 3965];

(b) *Motion To Consider Whether the Materials in Question Should be Sealed Pursuant to Local Rule 5.6(D)(2)*, [ECF Doc. 3967];

(c) *Certain Abuse Survivors' Motion For Evidentiary Hearing on Motion To Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b)*, [ECF Doc. 3969]; and

(d) *Certain Abuse Survivors' Motion For Leave To Conduct a Rule 2004 Examination of Archbishop Gregory Aymond*, [ECF Doc. 3970].

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Continue is **GRANTED**.

---

[1] This Order amends and supersedes this Court's *Order* dated May 20, 2025, [ECF Doc. 4018], to clarify that only the Motion To Continue is granted.

[2] According to the Motion To Continue, "'Certain Sexual Abuse Survivors' are those identified in Rec. Doc. 2340."

**IT IS FURTHER ORDERED** that the preliminary hearing to consider the Motions is **CONTINUED** from May 29, 2025, to **Thursday, June 26, 2025, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any responses to any of the Motions must be filed and properly served pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Complex Case Procedures, and any Order limiting service in this case on or before **Thursday, June 19, 2025**.

**IT IS FURTHER ORDERED** that counsel for Movants is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, May 20, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE