## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 |
| | § § | COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the Ex Parte *Motion For: (i) Expedited Hearing on Joint Expedited Motion To Extend Appointments of John W. Perry, Jr. and Judge Christopher Sontchi (Ret.) as Mediators; and (ii) Status Conference* (the "Motion For Expedited Hearing"), [ECF Doc. 4021], filed jointly by the Debtor, the Apostolates, and the Official Committee of Unsecured Creditors.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion For Expedited Hearing is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Joint Expedited Motion To Extend Appointments of John W. Perry, Jr. and Judge Christopher Sontchi (Ret.) as Mediators* (the "Motion to Extend"), [ECF Doc. 4020], is set for an expedited hearing on **Friday, May 23, 2025, at 10:00 a.m.** (the "Expedited Hearing") before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that a status conference regarding mediation updates will be conducted at the Expedited Hearing.

**IT IS FURTHER ORDERED** that any responses to the Motion to Extend must be filed and properly served no later than **Friday, May 23, 2025, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, May 21, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE