**Payments to Insiders**

Case Name: The Roman Catholic Church of the Archdiocese of New Orleans
Case Number: 20-10846

**For Period April 1 to April 30, 2025**

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---|---|---|
| SLC | Operating Account | 4069 | 4/17/2025 | 38143 | AT&T Mobility | utilities | $ 370.41 | | Yes - Williams |
| SLC | Operating Account | 4069 | 4/30/2025 | 1516 | Payroll | Payroll | $ 2,770.99 | | Yes - Williams |
| SLC | Operating Account | 4069 | 4/30/2025 | 1516 | Payroll | Payroll | $ 775.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 4/30/2025 | 1516 | Payroll | Payroll | $ 96.80 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 4/4/2025 | 42941 | | TELEPHONE EXPENSE | $ 50.00 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/4/2025 | 42952 | | AUTOMOBILE EXPENSE | $ 41.44 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 4/4/2025 | N/A | Crescent Payroll Solutions | To Record 3.16-3.31.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,265.72 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/4/2025 | N/A | Crescent Payroll Solutions | To Record 3.16-3.31.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.61 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/4/2025 | N/A | Crescent Payroll Solutions | To Record 3.16-3.31.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/4/2025 | N/A | Crescent Payroll Solutions | To Record 3.16-3.31.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/21/2025 | 42988 | | AUTOMOBILE EXPENSE | $ 37.87 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 4/21/2025 | N/A | Crescent Payroll Solutions | To Record 4.1-4.15.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,215.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/21/2025 | N/A | Crescent Payroll Solutions | To Record 4.1-4.15.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/21/2025 | N/A | Crescent Payroll Solutions | To Record 4.1-4.15.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/21/2025 | N/A | Crescent Payroll Solutions | To Record 4.1-4.15.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 4/30/2025 | N/A | Crescent Payroll Solutions | 04.30.2025 Clergy Payroll Pay Date 04.30.2025 | $ 1,763.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 4/30/2025 | N/A | Crescent Payroll Solutions | 04.30.2025 Clergy Payroll Pay Date 04.30.2025 | $ 2,385.40 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 4/30/2025 | N/A | Crescent Payroll Solutions | 04.30.2025 Clergy Payroll Tax; Pay Date 04.30.2025 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 4/30/2025 | N/A | Crescent Payroll Solutions | 04.30.2025 Clergy Payroll Tax; Pay Date 04.30.2025 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 4/30/2025 | N/A | Crescent Payroll Solutions | 04.30.2025 Clergy Payroll 401k Remittance; Pay Date 04.30.2025 | $ 105.32 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 4/30/2025 | N/A | Crescent Payroll Solutions | 04.30.2025 Clergy Payroll 401k Remittance; Pay Date 04.30.2025 | $ 97.30 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 4/1/2025 | 117563 | New Orleans Pest Management | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/3/2025 | 117599 | Elio's Wine Warehouse | SOCIAL FUNCTIONS | $ 288.47 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/8/2025 | 117625 | A 1 Services Inc. | CONTRACTED SERVICE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/8/2025 | 117647 | Entergy -(8106) | HOUSEHOLD UTILITIES | $ 1,643.81 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/10/2025 | 117702 | Galland Roofing Inc | CONTRACTED SERVICE | $ 616.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/11/2025 | 57535 | Cox Communications | HOUSEHOLD UTILITIES | $ 261.98 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/11/2025 | 57539 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/11/2025 | 57539 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Akpogiran |
| ANO | Operating | 2118 | 4/11/2025 | 57539 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 861.87 | | Yes - Wild |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 122.89 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 76.76 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 43.90 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 31.24 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 15.98 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 213.17 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | FRINGE BENEFIT COSTS - CLERGY | $ 1,348.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMENT | $ 18.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMENT | $ 30.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 100.63 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMENT | $ 695.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 49.48 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMET | $ 6.35 | | Yes - Wild |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMET | $ 6.35 | | Yes - Wild |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 64.28 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMENT | $ 11.20 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | BOOKS & SUBSCRIPTION | $ 1.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | BOOKS & SUBSCRIPTION | $ 100.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/18/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 158.84 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/22/2025 | 117798 | A 1 Services Inc. | REPAIRS & MAINTENANCE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/22/2025 | 117799 | Allfax Specialties, Inc. | XEROX COPIES | $ 14.41 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/22/2025 | 117848 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 121.35 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 74.36 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | OFFICE SUPPLIES | $ 7.41 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | TRAVEL, MEALS & ENTERTAINMENT | $ 100.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 83.43 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 43.36 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 10.38 | | Yes - Aymond |
| ANO | Operating | 2118 | 4/30/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 43.90 | | Yes - Aymond |
| | | | | | | | **$ 34,309.26** | | |