UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                              CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                                        SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

DEBTOR                                                              CHAPTER 11

## A.L.'S MOTION FOR LEAVE TO FILE
## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOW INTO COURT, through undersigned counsel, comes A.L. who respectfully requests

that this Honorable Court grant leave to file his Sexual Abuse Survivor Proof of Claim with Donlin

Recano & Company, Inc. beyond the March 1, 2021 deadline to file claims.

A.L. has prepared a Declaration in Support of his request for leave which is attached as

Exhibit A for the Court's consideration. A.L. will be expeditiously filing his Proof of Claim and

can make it available for in *in camera* inspection upon request.

WHEREFORE, A.L. respectfully requests that this court grant A.L.'s leave to file his

Sexual Abuse Survivor Proof of Claim with Donlin Recano & Company, Inc.

Respectfully submitted,

*/s/ Nicholas R. Rockforte*

**NICHOLAS R. ROCKFORTE, Bar# 31305**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
Email: nicholas@onmyside.com
***Attorneys for Claimant- A.L..***

[1]

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Nicholas R. Rockforte

**NICHOLAS R. ROCKFORTE**