UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                     CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                     SECTION "A"
THE ARCHDIOCESE OF NEW ORLEANS

DEBTOR                                                               CHAPTER 11

### A.L.'S NOTICE OF APPEARANCE OF COUNSEL
### AND REQUEST FOR SERVICE/NOTICE

PLEASE TAKE NOTICE that Nicholas R. Rockforte of Laborde Earles Law Firm LLC pursuant to Federal Rule to Bankruptcy Procedure 9010, as counsel for A.L, mover/interested party/creditor, seeking leave to file his Sexual Abuse Survivor Proof of Claim [Doc. No. 4066]. Mr. Rockforte hereby files this Notice of Appearance pursuant to Bankruptcy Rules 2002 and 9007 to request copes if all notices, pleadings, applications, motions, complaints, petitions, orders, proofs of claim, and other documents filed or made in this matter be served upon the undersigned counsel at the following office address and/or email via ECF system:

/s/ Nicholas R. Rockforte
**NICHOLAS R. ROCKFORTE, Bar# 31305**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
Email: nicholas@onmyside.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complain, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether

[1]

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email or otherwise filed in this action. Further, A.L., mover/interested party/creditor, specifically requests that undersigned counsel be added to the Master Service List and Master Creditor Mailing Matrix.

Respectfully submitted,

/s/ Nicholas R. Rockforte
**NICHOLAS R. ROCKFORTE, Bar# 31305**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
Email: nicholas@onmyside.com
***Attorneys for Claimant- A.L.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Nicholas R. Rockforte
**NICHOLAS R. ROCKFORTE**

[2]