# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

The Roman Catholic Church for the
Archdiocese of N and A L

**Debtor**

**Bankruptcy Case No.:** 20–10846

**Chapter** 11

## NOTICE OF DEFICIENCY

**To:** Nicholas R. Rockforte

Your **Motion** is/are deficient for the following reason(s):

Other

Motion requires a Notice of Hearing for next omnibus hearing date (7/17/2025 at 1:30 PM).

Related document(s):

*4066* – Motion for Leave to File Sexual Abuse Survivor Proof of Claim Filed by Nicholas Rockforte of Laborde Earles Law Firm on behalf of A L (Attachments: # 1 Proposed Order) (Rockforte, Nicholas) Modified event code text to match PDF on 6/17/2025 (Nunnery, J.).

*4067* – Amended Motion with Certificate of Service Reason for Amendment: Amended to Include Exhibit A (RE: related document(s)4066 Motion to Allow Claims filed by Plaintiff A L) Filed by Nicholas Rockforte of Laborde Earles Law Firm on behalf of A L (Attachments: # 1 Declaration # 2 Proposed Order) (Rockforte, Nicholas)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, June 17, 2025.

Jennifer Nunnery
U.S.B.C. Clerk's Office