## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

---

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### OMNIBUS HEARING ON THURSDAY, JUNE 26, 2025, AT 9:30 A.M.

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, June 26, 2025, at 9:30 a.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill").  Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of January 1, 2025).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## CONTESTED MATTERS

1. *Eleventh Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2023 Through February 29, 2024* **[ECF No. 2927**]

   | | |
   |---|---|
   | **Movant:** | Jones Walker LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | April 18, 2024 |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4004. |

   **Responses:**

   - *Certain Abuse Survivors' Objection to Jones Walker, LLP's Eleventh Interim Application for Allowances of Compensation and Reimbursement [Rec. Doc. 2927]* **[ECF No. 2943]**

2. *Twelfth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from March 1, 2024 Through June 30, 2024* **[ECF No. 3240]**

   | | |
   |---|---|
   | **Movant:** | Jones Walker LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | September 9, 2024 |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4004. |

   **Responses:**

   - *Certain Abuse Survivors' Objection to Jones Walker, LLP's Twelfth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3240]* **[ECF No. 3363]**

3. *Thirteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 through October 31, 2024* **[ECF No. 3525**]

   | | |
   |---|---|
   | **Movant:** | Jones Walker LLP |
   | **Nature of Matter:** | Interim Application for Compensation |
   | **Response Deadline:** | January 9, 2025 |
   | **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4004. |

   **Responses:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Thirteenth Interim Application for Allowances of Compensation and Reimbursement [Rec Doc. 3525]* **[ECF No. 3648]**

4. *Fourteenth Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2024 Through February 28, 2025* **[ECF No. 3864]**

| | |
|---|---|
| **Movant:** | Jones Walker LLP |
| **Nature of Matter:** | Interim Application for Compensation |
| **Response Deadline:** | April 10, 2025 |
| **Status:** | This matter is going forward in accordance with the Order entered at ECF No. 4004. |

**Responses:**

- *Certain Abuse Survivors' Objection to Jones Walker, LLP's Fourteenth Interim Application for Allowances of Compensation and Reimbursement [Rec. Doc. 3864]* **[ECF No. 3891]**

5. *Order to Show Cause* **[ECF No. 3949]**

| | |
|---|---|
| **Movant:** | N/A |
| **Nature of Matter:** | Order to Show Cause |
| **Response Deadline:** | Postponed |
| **Status:** | This matter is going forward. |
| **Responses:** | None. |

6. *Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b)* **[ECF No. 3965]**

| | |
|---|---|
| **Movants:** | Certain Abuse Survivors |
| **Nature of Matter:** | Motion to Dismiss |
| **Response Deadline:** | Postponed |
| **Status:** | The Court will conduct a preliminary hearing on this matter in accordance with the Order entered at ECF No. 4019. |
| **Responses:** | None. |

7. *Motion to Consider Whether the Materials in Question Should Be Sealed Pursuant to Local Rule 5.6(D)(2)* **[ECF No. 3967]**

| | |
|---|---|
| **Movants:** | Certain Abuse Survivors |
| **Nature of Matter:** | Motion to Unseal |
| **Response Deadline:** | Postponed |
| **Status:** | The Court will conduct a preliminary hearing on this matter in accordance with the Order entered at ECF No. 4019. |

#104037449v1

        **Responses:**        None.

8. *Certain Abuse Survivors' Motion for Evidentiary Hearing on Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b)* **[ECF No. 3969]**

| | |
|---|---|
| **Movants:** | Certain Abuse Survivors |
| **Nature of Matter:** | Motion to Set Evidentiary Hearing |
| **Response Deadline:** | Postponed |
| **Status:** | The Court will conduct a preliminary hearing on this matter in accordance with the Order entered at ECF No. 4019. |
| **Responses:** | None. |

9. *Certain Abuse Survivors' Motion for Leave to Conduct a Rule 2004 Examination of Archbishop Gregory Aymond* **[ECF No. 3970]**

| | |
|---|---|
| **Movants:** | Certain Abuse Survivors |
| **Nature of Matter:** | Motion for Leave to Conduct Rule 2004 Examination |
| **Response Deadline:** | Postponed |
| **Status:** | The Court will conduct a preliminary hearing on this matter in accordance with the Order entered at ECF No. 4019. |

        **Responses:**

- *U.S. Fire Insurance Company and International Insurance Company's Response and Reservation of Rights to Certain Abuse Survivors' Motion for Leave to Conduct a Rule 2004 Examination of Archbishop Gregory Aymond* **[ECF No. 4075]**

10. *Debtor's <u>Expedited</u> Motion for Authority to Amend Oakmere Lease Pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code* **[ECF No. 4062]**

| | |
|---|---|
| **Movant:** | Debtor |
| **Nature of Matter:** | Motion to Amend Lease |
| **Response Deadline:** | June 25, 2025, at 12:00 p.m. |
| **Status:** | This matter is set for hearing on an expedited basis in accordance with the Order entered at ECF No. 4065. |
| **Responses:** | None. However, as indicated above, the response deadline has not yet expired. |

## <u>STATUS CONFERENCE</u>

11. A status conference will be held for purposes of discussing a scheduling order.

#104037449v1

Dated: June 25, 2025

Respectfully submitted,

/s/ Samantha A. Oppenheim
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify, on June 25, 2025, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

/s/ Samantha A. Oppenheim
Samantha A. Oppenheim

#104037449v1