**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHODIOCES OF NEW ORLEANS | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

### NOTICE OF HEARING

**TO CREDITORS** of the above-named Debtor, the United States Trustee, and to all interested parties, and to the entities asserting an interest in the property of the Debtor:

**NOTICE IS HEREBY GIVEN** that The Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans, has filed that certain *Motion to Clarify and Amend the Court's Prior Orders Relating to its Constituency* [P-4084] (the "Motion"). A copy of the Motion is on file with the Court and can be obtained from the Court's website, www.laeb.uscourts.gov or from undersigned counsel.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion is hereby scheduled before the Honorable Meredith S. Grabill in the United States Bankruptcy Court for the Eastern District of Louisiana at **500 Poydras St., Courtroom B-709, New Orleans, LA on July 17, 2025, 2022 at 1:30 p.m.**

You may participate in the hearing (i) in person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video link https://gotomeet.me/JudgeGrabill.

Any party opposing the relief requested must file a written response with the United States Bankruptcy Court for the Eastern District of Louisiana on or before seven (7) days prior to the scheduled hearing date. Absent such opposition, the Motion will be considered unopposed and the relief may be entered without a hearing.

Baton Rouge, Louisiana, this 26th day of June 2025.

~~Signature Page to Follow~~

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: /s/ *Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar # 25592)
bbrown@stewartrobbins.com
301 Main St., Suite 1640
Brooke W. Altazan (La. Bar # 32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*