UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is the Ex Parte *Motion For Expedited Hearing on Expedited Application of the Debtor For Entry of an Order Under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment of Signal Interactive Media as Expert Noticing Consultant Effective as of June 16, 2025* (the "Motion To Expedite"), [ECF Doc. 4095], filed by the Debtor.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Expedited Application of the Debtor For Entry of an Order Under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment of Signal Interactive Media as Expert Noticing Consultant Effective as of June 16, 2025* (the "Application"), [ECF Doc. 4094], is set for hearing on **Thursday, July 17, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended

General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any opposition to the Application must be filed and properly served no later than **Tuesday, July 15, 2025, at 4:00 p.m.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 1, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE