UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

### F.W.'S NOTICE OF HEARING ON EXPEDITED MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that F.W., through undersigned counsel, has filed an Expedited Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on July 1, 2025. A copy of said Motion, as well as F.W.'s Declaration in Support and the Proposed Order, was filed as Docket No. 4098.

**PLEASE TAKE NOTICE** that EXPEDITED RELIEF has been requested and a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130 on the Omnibus Hearing date of Thursday, July 17, 2025 at 1:30 PM. The dial-in information for Section A is 1-504-517-1385; Access Code 129611 and/or dial in number and video using https://gotomeet.me/judgegrabill, (meeting code: "JudgegGrabill").

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, or you believe that expedited consideration is not warranted, you must file written response on or before Wednesday, July 16, 2025 at 5:00pm. Otherwise, the Court may treat the pleading as unopposed

[1]

and grant the relief requested.

                              Respectfully submitted,

                              /s/ Craig M. Robinson
                              CRAIG M. ROBINSON (Bar No. 32934)
                              *Robinson Law Offices, LLC*
                              700 Camp Street
                              New Orleans, Louisiana 70130
                              T: (504) 458-5100
                              F: (504) 717-4627
                              E: craig@rlolegal.com

                              *Attorneys for Claimant, F.W.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of July, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                              **/s/ Craig M. Robinson**
                              **CRAIG M. ROBINSON**