UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
The Roman Catholic Church for the Archdiocese of N and A L  
**Debtor**

**Bankruptcy Case No.:** 20–10846  
**Chapter** 11

## NOTICE OF DEFICIENCY

**To:** Craig M. Robinson

Your **Notice of Hearing** is/are deficient for the following reason(s):

Other

A Separate Motion to Expedite Hearing is required. Please file a Motion to Expedite and submit proposed order to chambers.

Related document(s):

*4100* – Expedited Notice of Hearing by 500 Poydras Street, Suite B–709 SECTION A Filed by F. W. (RE: related document(s)4098 Motion for Leave filed by Interested Party F. W.). Hearing scheduled for 7/17/2025 at 01:30 PM by 500 Poydras Street, Suite B–709 SECTION A. (Robinson, Craig)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 2, 2025.

Jennifer Nunnery  
U.S.B.C. Clerk's Office