UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the Ex Parte *Motion of Official Committee of Unsecured Creditors' For an Order Pursuant to Bankruptcy Rule Code Sections 105(a) and 107 and Bankruptcy Rule 9018 Authorizing Filing Exhibit to Certificate of Service Under Seal*, (the "Motion"), [ECF Doc. 4114], filed by the Official Committee of Unsecured Creditors (the "Committee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall enter Exhibit 1 to the Committee's *Certificate of Service* for the *Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions To Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion To Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order To Show Cause Issued Against the Debtor, Dated April 28, 2025*, [ECF Doc. 4105], under seal.

**IT IS FURTHER ORDERED** that the Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 8, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE