**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHODIOCES OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor* [1] | **CHAPTER 11** |

***EX PARTE* MOTION TO WITHDRAW**
**COMMERCIAL COMMITTEE'S MOTION TO CLARIFY AND AMEND THE**
**COURT'S PRIOR ORDERS RELATING TO ITS CONSTITUENCY**

**(Related Doc. No. 4084)**

**NOW INTO COURT**, through undersigned counsel, comes the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") appointed in the above-captioned bankruptcy case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), who moves this Court, on an *ex parte* basis, for entry of an order in substantially similar form to the proposed order attached hereto as **Exhibit A** (the "Proposed Order") withdrawing that certain *Commercial Committee's Motion to Clarify and Amend the Court's Prior Orders Relating to Its Constituency* [Doc. No. 4084] (the "Motion") from the Record of the Bankruptcy Case. In support, the Commercial Committee respectfully avers as follows:

1. The Commercial Committee filed the Motion on June 26, 2025, therein seeking an order from the Court: (a) clarifying that the Commercial Committee's constituency, at all times since entry of the *Memorandum Opinion and Order* [Doc. No. 745] and *Order Directing United*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

*States Trustee to Appoint Additional Committee of Commercial Unsecured Creditors* [Doc. No. 746] (together, the "Commercial Committee Orders"), has been comprised of all unsecured claims that are not sexual abuse survivor claims, (ii) amending the Commercial Committee Orders to prospectively remove the Bond Trustee[2] and the Apostolates[3] from the Commercial Committee's constituency, and (iii) providing all general and equitable relief to which the Commercial Committee is justly entitled.

2. Given the Court's representations at the June 26, 2025 status conference, the Commercial Committee requests that the Motion is withdrawn without prejudice.

3. The Commercial Committee submits that the instant motion is appropriately filed *ex parte* pursuant to the Court's Standing Order 2008-2 and Local Bankruptcy Rule 9013-1(D)(8).

**WHEREFORE**, the Commercial Committee requests that this Court enter the Proposed Order: (i) withdrawing the Motion without prejudice; and (ii) for such other relief as this Court may deem appropriate.

**Signature on following page**

---

[2] Hancock Whitney Bank, as Trustee for Louisiana Public Facilities Authority Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 7 and all successors-in-interest, including but not limited to TMI Trust Company and Argent Institutional Trust Company, both as Indenture Trustee for the Louisiana Public Facilities Authority Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 7.

[3] Those church parishes, schools, nursing homes, senior living facilities, and other community service agencies and facilities listed on Exhibit A to Doc. No. 3735.

                **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Brooke W. Altazan*
        Paul D. Stewart, Jr. (LA. Bar # 24661)
        dstewart@stewartrobbins.com
        William S. Robbins (LA. Bar # 24627)
        wrobbins@stewartrobbins.com
        Brandon A. Brown (La. Bar #25592)
        bbrown@stewartrobbins.com
        Brooke W. Altazan (La. Bar #32796)
        baltazan@stewartrobbins.com
        301 Main St., Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

        ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**Exhibit "A"**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHODIOCES OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor* [1] | **CHAPTER 11** |

# ORDER

**(Related Doc. No. 4084)**

Before the Court is the *Ex Parte Motion to Withdraw Commercial Committee's Motion to Clarify and Amend the Court's Prior Orders Relating to its Constituency* [Doc. No. ___] (the "Motion") filed by The Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Commercial Committee's Motion to Clarify and Amend the Court's Prior Orders Relating to its Constituency* [Doc. No. 4804] filed by the Commercial Committee is WITHDRAWN without prejudice.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation and/or interpretation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee is instructed to serve this

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

    New Orleans, Louisiana, this _____ day of _____, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE