UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

Before the Court is the Ex Parte *Motion To Withdraw Commercial Committee's Motion To Clarify and Amend the Court's Prior Orders Relating to its Constituency* (the "Motion"), [ECF Doc. 41148], filed by the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Commercial Committee's Motion To Clarify and Amend the Court's Prior Orders Relating to its Constituency*, [ECF Doc. 4084], is **WITHDRAWN WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation and/or interpretation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 9, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE