# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the Ex Parte *Motion for Admission of Counsel To Appear Pro Hac Vice* (the "Interim Application"), [ECF Doc. 4124], filed by David S. Rubin on behalf of Charles W. Azano (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Charles W. Azano be and is hereby admitted as a visiting attorney pro hac vice to the bar of this Court in this matter, and the Clerk of Court shall add Mr. Azano the ECF system for all notices in this case.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 10, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE