## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  
The Roman Catholic Church for the Archdiocese of N and A L  
**Debtor**

**Bankruptcy Case No.:** 20–10846  
**Chapter** 11

# NOTICE OF DEFICIENCY

**To:** Clyde & Co, LLC

Your **Motion** is/are deficient for the following reason(s):

Other

Proposed Orders have not been submitted to Chambers. Email word docs to SectionAOrders@laeb.uscourts.gov

Related document(s):

*4091* – Motion to Appear pro hac vice Filed by Catalina Sugayan of Clyde & Co LLP on behalf of Westport Insurance Corporation f/k/a Puritan Insurance Company (Attachments: # 1 Exhibit Certificate of Good Standing) (Sugayan, Catalina)

*4092* – Motion to Appear pro hac vice Filed by Yongli Yang of Clyde & Co US LLP on behalf of Westport Insurance Corporation f/k/a Puritan Insurance Company (Attachments: # 1 Exhibit Certificate of Good Standing) (Yang, Yongli)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 10, 2025.

Jennifer Nunnery  
U.S.B.C. Clerk's Office