UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is the Ex Parte *Motion for Admission Pro Hac Vice of Catalina J. Sugayan* (the "Motion"), [ECF Doc. 4091], filed by Catalina J. Sugayan (the "Movant") on behalf of Interested Party Westport Insurance Corporation f/k/a Puritan Insurance Company.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Catalina J. Sugayan be and is hereby admitted as a visiting attorney pro hac vice to the bar of this Court in this matter pursuant to Local Rule 2014-1(A)(3).

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 10, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE