**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** § § § § Debtor.[1] § § | Case No. 20-10846 Section "A" Chapter 11 |

**NOTICE OF NO MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON JULY 17, 2025, AT 1:30 P.M. CST**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this notice to apprise parties in interest that no matters are currently scheduled for hearing on **July 17, 2025, at 1:30 p.m.** and, therefore, **the omnibus hearing will not go forward**.

Dated: July 16, 2025          Respectfully submitted,

/s/ Samantha A. Oppenheim
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## **CERTIFICATE OF SERVICE**

       I hereby certify, on July 16, 2025, that a true and correct copy of the foregoing (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, Inc. ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

                                                  */s/ Samantha A. Oppenheim*
                                                  Samantha A. Oppenheim