UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Expedited Application of the Debtor For Entry of an Order Under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment of Signal Interactive Media as Expert Noticing Consultant Effective as of June 16, 2025* (the "Application"),[1] [ECF Doc. 4094]. Through the Application, the Debtor seeks entry of an order authorizing it to employ Signal Interactive Media ("Signal"), as an expert noticing consultant, in accordance with the terms and conditions set forth in the Application and the Engagement Letter attached hereto as **Exhibit A**.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Application is **APPROVED**.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §§ 105(a), 327(a), and 328(a), the Debtor is hereby authorized to employ Signal as an expert noticing consultant, effective as of June 16, 2025, to design and implement the Plan and Bar Date Noticing Program.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

**IT IS FURTHER ORDERED** that Signal shall file with this Court an application for allowance of compensation and reimbursement of expenses, the approval of which shall be subject to review under 11 U.S.C. § 330.

**IT IS FURTHER ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 17, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE



**SIGNAL**
INTERACTIVE MEDIA

TO: Rev. Patrick Carr
FROM: Signal Interactive Media
DATE: June 11, 2025
RE: Archdiocese of New Orleans Engagement

---

We appreciate the opportunity to provide professional services to you in the Archdioces of New Orleans bankruptcy. This letter confirms the scope of our work and our up-front payment policy.

The scope of Signal Interactive Media's ("Signal) work includes:
- **Design and oversee implementation of a Notice Program:** You and the Debtors will have approval authority over all aspects of the Notice Program: components, budget, and schedule.
- **Write Notice Materials:** Signal will assist with drafting all notices and ad materials.
- **Provide an expert opinion:** I will offer declarations stating that the Notice Program provides fair and adequate notice. My expert opinion will cover the adequacy of the media and the content/form of the notice materials.
- **Coordinate with Archer Systems:** Signal will work with the Claims Agent and any designated third parties to implement the Notice Program.

**Media costs (if Signal implements the media program):** Anticipated media program costs will be listed in a separate estimate provided by Signal.

**Up-front media payment is required:** Signal is financially liable for the space once it is reserved. Accordingly, Signal requires media invoice payment prior to booking media.

**Professional Service Fees:** Signal will issue an invoice monthly for hourly services. Signal's hourly rates for our professional services:
- Notice Expert: $700/hour
- Project Manager: $375/hour
- Media Planner: $375/hour

**Please sign and review this letter:** Please let me know if you have any changes to this letter. If all the information is correct, please sign and return it to acknowledge our agreement.

Sincerely,

*Shannon Wheatman*

Shannon Wheatman
Partner

**EXHIBIT A**



I agree to the scope of Signal services and other terms described above.

_____    _____    _____
Rev. Patrick Carr
Vicar of Finance
Archdiocese of New Orleans

                                         Date