**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |

---

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE** that on July 18, 2025 Argent Institutional Trust Company, as indenture trustee (the "<u>Bond Trustee</u>"), filed the following:

● *ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, MOTION TO DISMISS CASE [ECF DOC. 4158]*

PLEASE TAKE FURTHER NOTICE that a hearing on the foregoing motions will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **August 21, 2025, at 1:30 p.m. Central Time in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or by telephone – Dial-in: 1-504-517-1385; Conference Code: 129611,** or by video at https://gotomeet.me/JudgeGrabill (audio will be through the dial-in number). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

PLEASE TAKE FURTHER NOTICE that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance. PLEASE TAKE FURTHER

NOTICE that if you object to the relief requested in the motions, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the motions as unopposed and grant the relief requested.

DATED: July 18, 2025

/s/ Colleen A. Murphy
Colleen A. Murphy (*admitted pro hac vice*)
Charles Azano (*admitted pro hac vice*)
Christopher Marks (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email:  Colleen.Murphy@gtlaw.com
          Chris.Marks@gtlaw.com

Annette Jarvis (*admitted pro hac vice*)
Carson Heninger (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
          Carson.Heninger@gtlaw.com

-and-

/s/ David S. Rubin
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*