UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CHAPTER 11 |
| Debtor | |

## CERTIFICATE OF SERVICE

I have caused or will cause a true and correct copy of the following pleadings to be served by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service by mail (if any, and who were not otherwise served via ECF) set forth on the attached mailing matrix via first-class United States mail, postage prepaid, within 3 days of the filing of this certificate..

**ECF DOC 4158 - ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, MOTION TO DISMISS BANKRUPTCY CASE**

**ECF DOC 4159 - NOTICE OF HEARING ON ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, MOTION TO DISMISS BANKRUPTCY CASE**

BUTLER SNOW LLP

By: /s/David S. Rubin
David S. Rubin (La. 11525)
445 N. Blvd. Suite 300
Baton Rouge, Louisiana 70802
Tel: (225) 325-8700 | Fax: (225) 325-8800
David.Rubin@butlersnow.com

## The Roman Catholic Church of the Archdiocese of New Orleans

| | | |
|---|---|---|
| ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 |
| AVA LAW GROUP INC<br>ANDREW VAN ARSDALE<br>2718 MONTANA AVENUE STE 222<br>BILLINGS MT 59101 | BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 MATAIRIE ROAD STE 202<br>METAIRIE LA 70005 |
| BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | BUTLER SNOW LLP<br>JAMES R AUSTIN<br>445 N BLVD STE 300<br>BATON ROUGE LA 70802 | DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 |
| CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>1411 27TH ST<br>KENNER LA 70062 | CRESCENT DOOR & HARDWARE INC<br>NEUVILLE C HOTSTREAM SR<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123 |
| DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364 | WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802 | DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 |
| ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 | ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 |
| GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008 | GEORGE G ANGELUS, PLC<br>GEORGE G ANGELUS<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW CORP)<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 |
| HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 | HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 |
| HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 | HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 | HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD<br>SUITE 300<br>BATON ROUGE LA 70802 |
| HINSHAW & CULBERTSON LLP<br>ALEXIS,ESQ<br>900 CAMP ST.,3RD FLOOR<br>NEW ORLEANS LA 70130 | JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |

EXHIBIT 1

| | | |
|---|---|---|
| ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVIN TANDON<br>3900 VETERANS MEMORIAL BLVD<br>SUITE 200<br>METAIRIE LA 70002 | AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 |
| AVA LAW GROUP, INC.<br>ANDREW VAN ARSDALE<br>2718 MONTANA AVENUE STE 222<br>BILLINGS MT 59101 | BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 METAIRIE ROAD STE 202<br>METAIRIE LA 70005 |
| BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>PO BOX 73729<br>METAIRIE LA 70033-3720 |
| CRESCENT DOOR & HARDWARE INC.<br>NEUVILLE C. HOTSTREAM SR.<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123 | DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 | FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 |
| DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113 | ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW<br>MAIL CODE 2310A<br>WASHINGTON DC 20460 |
| GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD, 5TH FL<br>ROLLING MEADOWS IL 60008 | HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER<br>1100 POYDRAS ST, STE 2200<br>NEW ORLEANS LA 70163 | HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 |
| HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JEFFERSON PARISH SHERIFF'S OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS, LA 70118 |
| LOUISIANA DEPT OF ENVIRONMENTAL<br>QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 |
| LOUISIANA DEPT OF WORK FORCE<br>COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | LOUISIANA PUBLIC FACILITIES<br>AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 |

OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA  70121

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX  75202

OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
2300 MAIN ST
IRVINE CA  92614

US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC  20220

VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID PROVOST CFE
DEUPTY COMMISSIONER – CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS
SUSAN ZERINGUE, GENERAL COUNSEL
7887 WALMSLEY AVE
NEW ORLEANS, LA  70125

WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA  70047

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1670
HOUMA LA  70361

RUSSELL POTTHARST
411 W 5TH ST APT 510
LOS ANGELES CA  90013

TMI TRUST COMPANY
KEVIN M. DOBRAVA
5901 PEACHTREET RD
STE C-495
ATLANTA GA  30328

US DEPT OF JUSTICE
940 PENNSYLVANIA AVE NW
WASINGTON DC  20530-0001

US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC  20210

US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

VASQUEZ LAW
JESSICA VASQUEZ, ESQ
400 POYDRAS ST., STE 400
NEW ORLEANS LA 70130

VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER -CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

THE BANK OF NEW YORK TRUST CO NA
601 POYDRAS ST
STE 2225
NEW ORLEANS LA 70130

WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA 70047