**Payments to Insiders**

Case Name  The Roman Catholic Church of the Archdiocese of New Orleans
Case Number  20-10846

**For Period June 1 to June 30, 2025**

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---|---|---|
| SLC | Operating Account | 4069 | 6/30/2025 | 1549 | Payroll | Payroll | $ 2,770.99 | | Yes - Williams |
| SLC | Operating Account | 4069 | 6/30/2025 | 1549 | Payroll | Payroll | $ 775.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 6/30/2025 | 1549 | Payroll | Payroll | $ 96.98 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 6/5/2025 | 43074 | | TELEPHONE EXPENSE | $ 50.00 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/5/2025 | 43077 | | AUTOMOBILE EXPENSE | $ 52.08 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/5/2025 | N/A | Crescent Payroll Solutions | To Record 5.16-5.31.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,265.74 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/5/2025 | N/A | Crescent Payroll Solutions | To Record 5.16-5.31.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.59 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/5/2025 | N/A | Crescent Payroll Solutions | To Record 5.16-5.31.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/5/2025 | N/A | Crescent Payroll Solutions | To Record 5.16-5.31.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/18/2025 | 43099 | | AUTOMOBILE EXPENSE | $ 50.89 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/18/2025 | 43101 | | AUTOMOBILE EXPENSE | $ 14.00 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/18/2025 | 43101 | | HOUSEHOLD EXPENSES | $ 14.45 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/18/2025 | N/A | Crescent Payroll Solutions | To Record 6.1-6.15.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,215.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/18/2025 | N/A | Crescent Payroll Solutions | To Record 6.1-6.15.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/18/2025 | N/A | Crescent Payroll Solutions | To Record 6.1-6.15.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/18/2025 | N/A | Crescent Payroll Solutions | To Record 6.1-6.15.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 6/30/2025 | N/A | Crescent Payroll Solutions | 06.30.2025 Clergy Payroll Pay Date 06.30.2025 | $ 1,763.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/30/2025 | N/A | Crescent Payroll Solutions | 06.30.2025 Clergy Payroll Pay Date 06.30.2025 | $ 2,385.40 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 6/30/2025 | N/A | Crescent Payroll Solutions | 06.30.2025 Clergy Payroll Tax; Pay Date 06.30.2025 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/30/2025 | N/A | Crescent Payroll Solutions | 06.30.2025 Clergy Payroll Tax; Pay Date 06.30.2025 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 6/30/2025 | N/A | Crescent Payroll Solutions | 06.30.2025 Clergy Payroll 401k Remittance; Pay Date 06.30.2025 | $ 105.32 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 6/30/2025 | N/A | Crescent Payroll Solutions | 06.30.2025 Clergy Payroll 401k Remittance; Pay Date 06.30.2025 | $ 97.30 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 6/3/2025 | 118350 | A 1 Services Inc. | REPAIRS & MAINTENANCE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/3/2025 | 118350 | A 1 Services Inc. | REPAIRS & MAINTENANCE | $ 63.97 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/3/2025 | 118350 | A 1 Services Inc. | REPAIRS & MAINTENANCE | $ 63.49 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/3/2025 | 118370 | New Orleans Pest Management | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/3/2025 | 118378 | Southern Hospitality Catering Inc. | SOCIAL FUNCTIONS | $ 1,203.30 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 226.55 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 29.38 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | SOCIAL FUNCTIONS | $ 6.26 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 5.49 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 185.77 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | BUSINESS MEALS | $ 6.93 | | Yes - Wild |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 66.49 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 6.25 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 127.44 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 34.86 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 148.15 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 42.88 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | SOCIAL FUNCTIONS | $ 308.99 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | N/A | Hancock Whitney Purchasing Card | BOOKS & SUBSCRIPTION | $ 56.42 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | 57940 | Cox Communications | HOUSEHOLD UTILITIES | $ 261.98 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | 57956 | GIROIR'S GROUND MANAGEMENT LLC | CONTRACTED SERVICE | $ 791.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | 57974 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Wild |
| ANO | Operating | 2118 | 6/11/2025 | 57974 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 6/11/2025 | 118436 | Church Supply House | LITURGICAL SUPPLIES | $ 145.59 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | 118449 | Elevator Technical Services, Inc | CONTRACTED SERVICE | $ 145.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/11/2025 | 118459 | Entergy -(8106) | HOUSEHOLD UTILITIES | $ 2,099.41 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/17/2025 | 118518 | A 1 Services Inc. | CONTRACTED SERVICE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/17/2025 | 118546 | Guillory Sheet Metal Works, Inc. | CONTRACTED SERVICE | $ 242.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/17/2025 | 118558 | Messina's Catering Inc | SOCIAL FUNCTIONS | $ 6,334.73 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/20/2025 | 118613 | Guillory Sheet Metal Works, Inc. | CONTRACTED SERVICE | $ 350.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/20/2025 | 118671 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| ANO | Operating | 2118 | 6/30/2025 | 118700 | Anny's Cleaning Services | CONTRACTED SERVICE | $ 860.00 | | Yes - Aymond |
| | | | | | | | $ 40,540.83 | | |