**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW ORLEANS,** | § | Section "A" |
| | § | |
| Debtor.[1] | § | Chapter 11 |
| | § § | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 24th day of July, 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the "Order Granting Motion for Expedited Hearing on Joint Expedited Motion to Extend Appointments of John W. Perry, Jr. and Judge Christopher Sontchi (Ret.) as Mediators" (Docket No. 4166), to be served upon the parties, who will not receive notice through the Court's CM/ECF System, via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of July, 2025, New York, New York.

By _____
Edward A. Calderon

Sworn before me this
28th day of July, 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO00583

# EXHIBIT 1

The Roman Catholic Church of the Archdiocese of New Orleans
Electronic Mail
Exhibit Page

Page # : 1 of 1  07/24/2025 10:22:52 AM

| | | | |
|---|---|---|---|
| 000051P002-1435S-583<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087<br>MPSWEB@AMERIGROUP.COM | 000119P001-1435S-583<br>BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 MATAIRIE ROAD STE 202<br>METAIRIE LA 70005<br>MARK@BROWNRICEMARKETING.COM | 000117P001-1435S-583<br>CRESCENT DOOR & HARDWARE INC<br>NEUVILLE C HOTSTREAM SR<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123<br>NEUVILLE@CDHNO.COM | 000097P002-1435S-583<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364<br>DBALDONE@HOTMAIL.COM |
| 000086P001-1435S-583<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123<br>MIKE.JACOBS@DKIOFFICESOLUTIONS.COM | 000062P003-1435S-583<br>ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113<br>SMOORE6@entergy.com | 000044P002-1435S-583<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008<br>ERIC_PEARSON@AJG.COM | 000124P002-1435S-583<br>JUDGE MICHAEL HOGAN<br>PO BOX 1375<br>EUGENE OR 97440<br>JUDGE@HOGANMEDIATION.NET |
| 000045P002-1435S-583<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118<br>JENNIFER.SARPALIUS@LCMCHEALTH.ORG | 000052P002-1435S-583<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808<br>LUBAACCOUNTING@LUBAWC.COM | 000109P001-1435S-583<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>RBERAN@MCCARTER.COM | 000109P001-1435S-583<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JKELLY@MCCARTER.COM |
| 000120P001-1435S-583<br>METROSTUDIO LLC<br>HEATHER GORMAN<br>6501 SPANISH FORT BLVD<br>NEW ORLEANS LA 70124<br>HGORMAN@METROSTUDIO.NET | 000095P001-1435S-583<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>JSTANG@PSZJLAW.COM | 000110P002-1435S-583<br>RUSSELL POTTHARST<br>P O BOX 13281<br>LOS ANGELES CA 90013<br>RUSTYCPSR@GMAIL.COM | 000064P001-1435S-583<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130<br>JVASQUEZ@VASQUEZLAWOFFICE.COM |
| 000031P002-1435S-583<br>WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802<br>BETH.ZEIGLER@HANCOCKWHITNEY.COM | | | |

Records Printed : 17

# EXHIBIT 2

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1 of 3                                                                                             07/24/2025 10:24:20 AM

| | | | |
|---|---|---|---|
| 000049P002-1435S-583<br>ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | 000102P003-1435S-583<br>ARGENT INSTITUTIONAL TRUST COMPANY<br>KEVIN M DOBRAVA, MANAGING DIRECTOR<br>FORMERLY TMI TRUST COMPANY<br>5901 PEACHTREE DUNWOODY RD<br>STE C-495<br>ATLANTA GA 30328 | 000084P001-1435S-583<br>ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | 000055P002-1435S-583<br>BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 |
| 000164P001-1435S-583<br>BLANK ROME LLP<br>1825 EYE ST NW<br>WASHINGTON DC 20006 | 000161P001-1435S-583<br>BRT ENERGY ADVISORS, LLC<br>10810 KATY FWY<br>HOUSTON TX 77043 | 000087P002-1435S-583<br>BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | 000023P001-1435S-583<br>CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 |
| 000057P004-1435S-583<br>CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>PO BOX 73729<br>METAIRIE LA 70033-3720 | 000162P001-1435S-583<br>COUHIG PARTNERS, LLC<br>1100 POYDRAS ST STE 3250<br>NEW ORLEANS LA 70163 | 000026P001-1435S-583<br>DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 | 000168P001-1435S-583<br>EDGAR STEWART SPIELMAN ON BEHALF OF<br>CREDITOR CAPITAL ONE NATIONAL ASSOCIATION<br>HINSHAW AND CULBERTSON LLP II CITY PLAZA<br>400 CONVENTION ST<br>STE 1001<br>BATON ROUGE LA 70801 |
| 000032P001-1435S-583<br>ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON DC 20460 | 000116P001-1435S-583<br>FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 | 000072P002-1435S-583<br>GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE LA 70810 | 000083P001-1435S-583<br>HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS LA 70119 |
| 000028P002-1435S-583<br>HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT MS 39502-4019 | 000029P002-1435S-583<br>HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT MS 39501 | 000030P001-1435S-583<br>HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>P O BOX 23070<br>COLUMBUS GA 31902-3070 | 000039P001-1435S-583<br>HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE LA 70806 |
| 000009P001-1435S-583<br>INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 | 000010P001-1435S-583<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000011P003-1435S-583<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20004-2541 | 000012P001-1435S-583<br>INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220 M/S 31<br>NEW ORLEANS LA 70112 |
| 000166P001-1435S-583<br>J S<br>2610 W SAM HOUSTON PKWY<br>#200<br>HOUSTON TX 77042 | 000022P001-1435S-583<br>JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | 000169P001-1435S-583<br>JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>INTERNATIONAL INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 | 000170P001-1435S-583<br>JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY<br>UNITED STATES FIRE INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON TX 77002 |

| | | | |
|---|---|---|---|
| 000172P001-1435S-583<br>KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS LA 70174 | 000027P001-1435S-583<br>KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | 000034P001-1435S-583<br>LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | 000002P001-1435S-583<br>LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 |
| 000005P001-1435S-583<br>LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 | 000018P001-1435S-583<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821-0201 | 000024P001-1435S-583<br>LOUISIANA DEPT OF REVENUE<br>SALES TAX DIVISION<br>PO BOX 3138<br>BATON ROUGE LA 70821-0201 | 000008P001-1435S-583<br>LOUISIANA DEPT OF WORK FORCE COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 |
| 000040P001-1435S-583<br>LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | 000050P002-1435S-583<br>MEITLER CONSULTANTS, INC<br>TOM HEDING<br>39 BEECHWOOD RD<br>SUMMIT NJ 07901 | 000163P002-1435S-583<br>MICHAEL L DESHAZO ON BEHALF OF DEFENDANT<br>CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS<br>832 W BOSTON ST STE 6<br>COVINGTON LA 70433-2940 | 000167P001-1435S-583<br>MIGUEL A ELIAS ON BEHALF OF<br>INTERESTED PARTY FR JB<br>285 WEST ESPLANADE AVE<br>STE 303<br>KENNER LA 70065 |
| 000047P001-1435S-583<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000088P001-1435S-583<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 000036P001-1435S-583<br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000048P001-1435S-583<br>OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 |
| 000046P003-1435S-583<br>OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>1 OPTUM CIR<br>EDEN PRAIRIE MN 55344-2956 | 000096P003-1435S-583<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOSHUA M FRIED<br>1 SANSOME ST STE 3430<br>SAN FRANCISCO CA 94104-4436 | 000165P001-1435S-583<br>RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY<br>STATE OF LOUISIANA LOUISIANA CEMETERY BOARD<br>LOUISIANA DEPT OF JUSTICE<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802 | 000021P002-1435S-583<br>SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1990<br>GRAY LA 70359-1990 |
| 000171P001-1435S-583<br>SWATI PARASHAR ON BEHALF OF DEBTOR<br>THE ROMAN CATHOLIC CHURCH<br>FOR THE ARCHDIOCESE OF NEW ORLEANS<br>JONES WALKER<br>811 MAIN ST, STE 2900<br>HOUSTON TX 77002 | 000025P001-1435S-583<br>THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS LA 70130 | 000003P001-1435S-583<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000004P002-1435S-583<br>US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| 000035P001-1435S-583<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | 000019P001-1435S-583<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000020P001-1435S-583<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 000006P001-1435S-583<br>US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 |

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                                                                           07/24/2025 10:24:20 AM

| | | |
|---|---|---|
| 000037P001-1435S-583<br>VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | 000053P004-1435S-583<br>WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | 000085P001-1435S-583<br>WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST PETERSBURG FL 33733-8070 |

Records Printed :   59