**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | |
| **OF THE ARCHDIOCESE OF** | SECTION "A" |
| **NEW ORLEANS** | |
| *Debtor*[1] | CHAPTER 11 |

---

**COMMERCIAL COMMITTEE'S WITNESS AND EXHIBIT LIST**

---

The Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") submits the *Commercial Committee's Witness and Exhibit List* for the evidentiary hearing set for July 31, 2025 at 9:30 a.m. (prevailing Central Time) and continuing, if so required, through August 1, 2025 (the "Hearing") before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings:

(a) the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of July 15, 2025* [Doc. No. 4151] (the "Disclosure Statement"); and

(b) the *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* [Doc. No. 4152] (the "Motion"),

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## WITNESSES

The Commercial Committee may, and reserves the right to, call the following witnesses at the Hearing:

1. Any witness designated or called by any other party;

2. Any witness necessary to rebut any evidence or testimony;

3. Any witness necessary to authenticate any document; and

4. Any witness needed for impeachment.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Any exhibit listed by any other party | | | |
| 2. | Any exhibit needed for impeachment or rebuttal | | | |

## JUDICIAL NOTICE OF PLEADINGS

The Commercial Committee further requests this Court take judicial notice of the following documents:

| Docket No. | Description |
|---|---|
| 4151 | The Disclosure Statement, including all exhibits attached thereto |
| 4152 | The Motion, including all exhibits attached thereto |
| 4156 | The July 17, 2025 Certificate of Service relating to service of the Motion |
| 4169 | *Commercial Committee's Objection to (A) Disclosure Statement for the Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of July 15, 2025 and (B) Plan Proponents' Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* including all exhibits attached thereto |
| 4168 | *Objection of the United States Trustee to Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint* |

| Docket No. | Description |
|---|---|
|  | *Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* including all exhibits attached thereto |
| 4172 | *Certain Abuse Survivors' Objections to Disclosure Statement* including all exhibits attached thereto |
| 4173 | *Argent Institutional Trust Company, as Indenture Bond Trustee's, Objection to Disclosure Statement* including all exhibits attached thereto |
| 4174 | *Limited Objection to Disclosure Statement and Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* including all exhibits attached thereto |
| 4020-1 | *Memorandum of Understanding* |
| 4150 | *Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of July 15, 2025* including all exhibits attached thereto |
| 174 | *Final Order (A) Authorizing (I) The Maintenance of Existing Bank Accounts, Continued Use of Existing Cash Management System, and Continued Use of Existing Business Forms, (II) Waiving the Requirements of Section 354(b) of the Bankruptcy Code, and (III) Granting Related Relief* |
| 3384 | *Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans, Dated as of September 13, 2024* including all exhibits attached thereto |
| 745 | *Memorandum Opinion and Order* |
| 4105 | *Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* |

## RESERVATION OF RIGHTS

The Commercial Committee reserves any and all rights to amend or supplement the foregoing *Commercial Committee's Witness and Exhibit List*.

Dated: July 29, 2025          Respectfully Submitted,

                                            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   */s/ Paul D. Stewart, Jr.*
       Paul D. Stewart, Jr. (LA. Bar # 24661)
       dstewart@stewartrobbins.com
       William S. Robbins (LA. Bar # 24627)
       wrobbins@stewartrobbins.com
       Brandon A. Brown (La. Bar #25592)
       bbrown@stewartrobbins.com
       Brooke W. Altazan (La. Bar #32796)
       baltazan@stewartrobbins.com
       301 Main St., Suite 1640
       Baton Rouge, LA 70801-0016
       Telephone: (225) 231-9998
       Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 29th day of July 2025.

                                                             */s/ Paul D. Stewart, Jr.*
                                                             Paul D. Stewart, Jr.