**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, | SECTION "A" |
| Debtor | CHAPTER 11 |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARINGS ON JULY 31, 2025**

Pursuant to this Court's Order [ECF-4105] and Amended General Order 2021-2, the Acting United States Trustee for Region 5 ("U.S. Trustee") respectfully submits this Witness and Exhibit List as to the Objection of the United States Trustee to the *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Propose Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* (the "Motion") filed by the Roman Catholic Church for the Archdiocese of New Orleans (the "Debtor"), the Additional Debtors,[1] and the Official Committee of Unsecured Creditors (collectively, the "Plan Proponents"), set for hearing on July 31, 2025 at 9:30 A.M

I. **U.S. Trustee's Witness List:**

1. Plan Proponents' Witnesses that are present to support the Motion, Disclosure Statement, and any other matter set for hearing on July 31, 2025.

2. Any witness called or listed by any other party to the hearing.

---

[1] The "Additional Debtors" are the 157 Archdiocesan Parishes, Suppressed Archdiocesan Parishes, and Archdiocesan Agencies listed on Plan Exhibit B-1 at ECF Doc. No. 4150-1.

II. **U.S. Trustee's Exhibit List**:

| Ex # | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Joint Chapter 11 Plan and Exhibits [ECF-4150] | | | |
| 2 | Disclosure Statement for the Joint Chapter 11 Plan and Exhibits [ECF-4151] | | | |
| 3 | Motion for Entry of an Order Approving Disclosure Statement and Exhibits [ECF-4152] | | | |

In addition, the U.S. Trustee may use any exhibit used or listed by any other party to the hearing.

Dated: July 29, 2025

Respectfully submitted,

DAVID W. ASBACH
Acting United States Trustee, Region 5
Judicial Districts of Louisiana and Mississippi

by: *s/Amanda Burnette George*
AMANDA BURNETTE GEORGE (31642)
Acting Assistant United States Trustee
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone no. (504) 589-4018
Direct: (504) 589-4092
Amanda.B.George@usdoj.gov

## CERTIFICATE OF SERVICE

    This is to certify that copies of the foregoing Witness and Exhibit List were served on July 29, 2025, upon all parties entitled to receive notice through the Court's electronic notification system.

By: */s/ Amanda B. George*
AMANDA BURNETTE GEORGE (31642)
Acting Assistant United States Trustee
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone: (504) 589-4018
Direct: (504) 589-4092
Amanda.B.George@usdoj.gov
