# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

## WITNESS AND EXHIBIT LIST OF THE PLAN PROPONENTS IN CONNECTION WITH THE HEARING SCHEDULED FOR THURSDAY, JULY 31, 2025, AT 9:30 A.M.

The Roman Catholic Church of the Archdiocese New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), the Additional Debtors listed on Plan Exhibit B-1, and the Official Committee of Unsecured Creditors (collectively, the "**Plan Proponents**"), submit this *Witness and Exhibit List* in connection with the *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* [ECF No. 4152], (the "**Disclosure Statement Motion**"), currently scheduled for an evidentiary hearing commencing on Thursday, July 31, 2024, at 9:30 a.m. CT (the "**Hearing**").

## WITNESSES

**May Call**

1. **Very Reverend Patrick R. Carr** – Director, Third Vice President, and Vicar of Finance of the Archdiocese

2. **Christopher G. Linscott** – Director at Keegan Linscott & Associates, PC

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3. **Lloyd E. Eagan, Jr.** – Member of Archdiocesan Finance Council

4. **Dr. Shannon Wheatman, Ph.D** – Partner at Signal Interactive Media

5. Any witness called or listed by any other party

6. Any witness needed for impeachment, rehabilitation, or rebuttal purposes

## EXHIBITS

|   | ECF No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | 4152-2 | *Declaration of Shannon R. Wheatman, Ph.D. in Support of Supplemental Notice Plan* (the "**Wheatman Declaration**") | | | |
| 2 | To Be Filed Prior to Hearing | *First Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Including Plan Exhibits* | | | |
| 3 | To Be Filed Prior to Hearing | *First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors Including Disclosure Statement Exhibits* | | | |
| 4 | To Be Filed Prior to Hearing | *Notice of Filing First Amended Proposed Order to Disclosure Statement Motion* | | | |
| 5 | To Be Filed Prior to Hearing | *Notice of Filing First Amended Joint Plan and Disclosure Statement Documents* | | | |
| 6 | To Be Filed Prior to Hearing | *Motion for Entry of Orders Pursuant to Sections 363 and 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Insurance Settlement Agreements and Policy Buy-Backs with Certain Insurers and Granting Related Relief* | | | |
| 7 | | Any exhibit listed by any other party | | | |
| 8 | | Any exhibit needed for impeachment, rehabilitation, or to rebut the testimony of any witness | | | |

Dated: July 29, 2025

| | |
|---|---|
| */s/ Mark A. Mintz*_____ <br> JONES WALKER LLP <br> R. Patrick Vance (#13008) <br> Elizabeth J. Futrell (#05863) <br> Mark A. Mintz (#31878) <br> Samantha A. Oppenheim (#38364) <br> 201 St. Charles Avenue, 51st Floor <br> New Orleans, LA  70170 <br> Telephone: (504) 582-8000 <br> Facsimile:  (504) 589-8260 <br> Email:  pvance@joneswalker.com <br>             efutrell@joneswalker.com <br>             mmintz@joneswalker.com <br>             soppenheim@joneswalker.com <br><br> **ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | */s/ James S. Stang*_____ <br> PACHULSKI STANG ZIEHL & JONES LLP <br> James I. Stang (CA Bar 94435) (pro hac vice) <br> Iain A.W. Nasatir (CA Bar 148977) (pro hac vice) <br> Andrew W. Caine (CA Bar 110345) (pro hac vice) <br> Karen B. Dine (NY Bar 2625366) (pro hac vice) <br> 10100 Santa Monica Blvd., Ste. 1300 <br> Los Angeles, CA  90067 <br> Telephone:  (310) 277-6910 <br> Facsimile:  (310) 201-0760 <br> Email:  jstang@pszjlaw.com <br>             inasatir@pszjlaw.com <br>             acaine@pszjlaw.com <br>             kdine@pszjlaw.com |
| */s/ Douglas S. Draper*_____ <br> HELLER, DRAPER, & HORN, L.L.C. <br> Douglas S. Draper <br> Greta S. Brouphy <br> Michael E. Landis <br> 650 Poydras Street, Suite 2500 <br> New Orleans, Louisiana 70130 <br> Telephone: 504-299-3300 <br> Facsimile: 504-299-3399 <br> E-mail:  ddraper@hellerdraper.com <br>             gbrouphy@hellerdraper.com <br>             mlandis@hellerdraper.com <br><br> **ATTORNEYS FOR THE ADDITIONAL DEBTORS** | */s/ Bradley S. Knapp*_____ <br> TROUTMAN PEPPER LOCKE LLP <br> Omer F. Kuebel, III (La #21682) <br> Bradley C. Knapp (La #35867) <br> 601 Poydras Street, Suite 2660 <br> New Orleans, Louisiana 70130-6036 <br> Telephone: (504) 558-5210 <br> Facsimile: (504) 910-6847 <br> Email:  rkuebel@lockelord.com <br>             bknapp@lockelord.com <br><br> TROUTMAN PEPPER LOCKE LLP <br> W. Steven Bryant (TX Bar No. 2427413) <br> 300 Colorado Street, Ste. 2100 <br> Austin, Texas 78701 <br> Telephone: (512) 305-4726 <br> Facsimile: (512) 305-4800 <br> Email:  steven.bryant@troutman.com <br><br> **ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing is being served (a) on July 29, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

                                                      */s/ Mark A. Mintz*
                                                      Mark A. Mintz