UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CHAPTER 11 |
| Debtor | |

## CERTIFICATE OF SERVICE

I have caused or will cause a true and correct copy of the following pleadings to be served by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service by mail (if any, and who were not otherwise served via ECF) set forth on the attached mailing matrix via first-class United States mail, postage prepaid, within 3 days of the filing of this certificate..

**ECF DOC 4173 - ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, OBJECTION TO DISCLOSURE STATEMENT**

**BUTLER SNOW LLP**

By: /s/David S. Rubin
David S. Rubin (La. 11525)
445 N. Blvd. Suite 300
Baton Rouge, Louisiana 70802
Tel: (225) 325-8700 | Fax: (225) 325-8800
David.Rubin@butlersnow.com

| | | |
|---|---|---|
| ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVIN TANDON<br>3900 VETERANS MEMORIAL BLVD<br>SUITE 200<br>METAIRIE LA 70002 | AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087 | ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 |
| AVA LAW GROUP, INC.<br>ANDREW VAN ARSDALE<br>2718 MONTANA AVENUE STE 222<br>BILLINGS MT 59101 | BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS LA 70115 | BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 METAIRIE ROAD STE 202<br>METAIRIE LA 70005 |
| BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH TX 75244-1200 | CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS LA 70161-1840 | CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>PO BOX 73729<br>METAIRIE LA 70033-3720 |
| CRESCENT DOOR & HARDWARE INC.<br>NEUVILLE C. HOTSTREAM SR.<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123 | DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK TX 78682 | FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON LA 70433 |
| DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | HUBER THOMAS & MARCELLE LLP<br>STEPHEN M HUBER<br>1100 POYDRAS ST, STE 2200<br>NEW ORLEANS LA 70163 | |
| | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN KS 66505-0069 | INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS LA 70190 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JEFFERSON PARISH SHERIFF'S OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA LA 70054 | LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS, LA 70118 |
| LOUISIANA DEPT OF ENVIRONMENTAL<br>QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE LA 70802 | LOUISIANA DEPT OF LABOR<br>1001 NORTH 23RD ST<br>PO BOX 94094<br>BATON ROUGE LA 70804-9094 | LOUISIANA DEPT OF REVENUE<br>617 NORTH THIRD ST<br>PO BOX 201<br>BATON ROUGE LA 70802 |
| LOUISIANA DEPT OF WORK FORCE<br>COMMISSION<br>1001 N 23RD ST<br>BATON ROUGE LA 70802 | LOUISIANA PUBLIC FACILITIES<br>AUTHORITY<br>2237 S ACADIAN THRUWAY<br>SUITE 650<br>BATON ROUGE LA 70808 | LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808 |

| | | |
|---|---|---|
| OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | OPTUMRX FOR RX CLAIMS<br>RICHARD MATTERA, CHIEF LEGAL OFFICER<br>2300 MAIN ST<br>IRVINE CA 92614 |
| US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID PROVOST CFE<br>DEUPTY COMMISSIONER – CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | THE ROMAN CATHOLIC CHURCH<br>ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS, LA 70125 |
| WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | | SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>PO BOX 1670<br>HOUMA LA 70361 |
| RUSSELL POTTHARST<br>411 W 5TH ST APT 510<br>LOS ANGELES CA 90013 | US DEPT OF JUSTICE<br>940 PENNSYLVANIA AVE NW<br>WASINGTON DC 20530-0001 | US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| TMI TRUST COMPANY<br>KEVIN M. DOBRAVA<br>5901 PEACHTREET RD, STE C-495<br>ATLANTA GA 30328 | US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST, STE 602<br>DALLAS, TX 75202 | DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN, UT 84201-0005 |
| VASQUEZ LAW<br>JESSICE VASQUEZ, ESQ<br>400 POYDRAS ST., STE 400<br>NEW ORLEANS, LA 70130 | THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS, LA 70130 | DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE, ESQ.<br>162 ORLEANS BLVD<br>HOUMA, LA 70364 |
| GEORGE G. ANGELUS, PLC<br>GEORGE G. ANGELUS<br>700 CAMP STREET<br>NEW ORLEANS, LA 70130 | GREGORY A PLETSCH & ASSOCIATES<br>(A PROFESSIONAL LAW CORPORATION)<br>GREGORY A. PLETSCH<br>1111 FOUNDERS DRIVE, SUITE 500<br>BATON ROUGE, LA 70810 | HINSHAW & CULBERTSON LLP<br>ALEXIS ESQ<br>900 CAMPT ST., 3RD FLOOR<br>NEW ORLEANS, LA 70130 |