IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### CERTAIN ABUSE SURVIVORS' OPPOSITION TO MOTION TO RE-APPOINT JUDGE CHRIS SONTCHI (RET.) AS MEDIATOR

NOW INTO COURT, through undersigned counsel, come CERTAIN SEXUAL ABUSE SURVIVORS[2] who respectfully submit this Opposition to the *Joint Expedited Motion to Extend Appointments of John W. Perry, Jr., and Judge Chris Sontchi (Ret.) as Mediators* [Rec. Doc. 4164] filed by the Archdiocese of New Orleans ("Archdiocese" or "Debtor") and Committee for Unsecured Creditors ("Committee"). By contrast, Certain Sexual Abuse survivors agree that Perry should be re-appointed as mediator as least for one more month.

In the last Opposition, Certain Sexual Abuse Survivors argued:

> Judge Sontchi should not be reappointed as mediator because state court counsel can no longer trust his words or actions. Judge Sontchi knowingly confected a proposed secret settlement that he knew was dead-on-arrival. Judge Sontchi deliberately disregarded state court counsel's settlement position and shepherded a secret deal between the Archdiocese and the Committee. Judge Sontchi knew that state court counsel represented between one-third to half of all survivor claimants but failed to inform state court counsel of the terms of any deal at mediation.
>
> Judge Sontchi negotiated the secret deal to thwart state court counsel's objection to the settlement. At the end of the May 16, 2025 mediation, Jim Stang walked into state court counsel's mediation room and declared that a

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] "Certain Sexual Abuse Survivors" are those identified in Rec. Doc. 2340.

1

settlement had been reached between the Archdiocese and the Committee and that the terms were secret and would not be disclosed until Wednesday May 21, 2025 at 5:00pm. Judge Sontchi did not even bother to enter the room to tell state court counsel.

By endorsing a secret deal, Judge Sontchi granted the Debtor and the Committee significant benefits at the expense of survivors. The secret deal allowed the Debtor and Committee to spin the settlement in a deceitful manner. The secret deal allowed them time to gather their public relations resources to inform the abuse survivors and the public that a settlement agreement had been reached and finalized. Judge Sontchi even permitted Archbishop Aymond to meet with his priests and disclose the settlement while state court counsel were banned from even discussing this with their own clients in violation of their ethical duties to keep their clients apprised. This resulted in a catastrophic, collective triggering of countless survivors who were forced to learn about the potential fate of their claims through media stories. Undersigned counsel are still trying to manage this damage as of the filing of this pleading.

To be clear, the _terms_ of the proposed secret settlement are not the reason for opposing Judge Sontchi's reappointment as mediator. Certain Abuse Survivors fundamentally disagree with the substance, the uncertainty, and sheer time cost that the proposed settlement requires. For purposes of reappointment, it is the lack of trust state court counsel and their clients have for Judge Sontchi caused by the manner with which he carried out his duties as mediator. He disregarded counsel who represent between one-third and one-half of represented claimants. By disregarding state court counsel, he disregard their clients.

Secrecy is the enemy of trust. Judge Sontchi's willingness to engage in secrecy behind the backs of state court counsel who represent enough survivors to veto a vote on a proposed plan shows bad judgment. Judge Sontchi's decision to not respect those survivors enough by respecting their chosen counsel demonstrates that he will continue to make similar mistakes. The stakes are too high to allow this to happen again.

Judge Sontchi's unwillingness to simply count the votes to see whether a proposed deal could survive a plan vote means that he elevates the desire to announce a proposed deal above actually working to get a successful plan done – even in the face of knowing that the proposed announced deal is dead on arrival. And at an hourly rate of $1,500, which is the highest known hourly rate that any professional is charging in this bankruptcy, the survivors deserve better. Judge Sontchi's poor judgment will result in

2

> months of delays and millions of dollars spent voting on a plan everyone (including and especially Judge Sontchi himself) knows is dead-on-arrival.

*Certain Abuse Survivors' Opposition to Motion to Re-Appoint Judge Chris Sontchi (Ret.) as Mediator*, at 1-3 (05/22/25) (emphasis supplied) [Rec. Doc. 4023].

Certain Abuse Survivors adopt the above reasons to again object to Judge Sontchi's reappointment.

WHEREFORE Certain Abuse Survivors respectfully submit that Judge Sontchi's reappointment be denied.

Respectfully submitted,

S/Soren E. Gisleson
SOREN E. GISLESON (#26302)
HERMAN KATZ GISLESON & CAIN
909 Poydras Street, Suite 1860
New Orleans, La 70112
Tel: (504) 581-4892
Fax: (504) 561-6024
sgisleson@hhklawfirm.com

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Tel: (504) 780-9891
Fax: (504) 780-9891

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
3004 David Drive
Metairie, LA 70003
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@gmail.com

s/ Desirée M. Charbonnet
Desirée M. Charbonnet (LSBA #24051)
CHARBONNET LAW FIRM
501 Clearview pkwy
Metairie, LA 70001
Desi@charbonnetlawfirm.com
Ph. 504.888.2227

s/ Craig M. Robinson
CRAIG M. ROBINSON (Bar No. 32934)
Robinson Law Offices, LLC
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
craig@rlolegal.com

s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR.
4608 Rye Street
Metairie, LA 70006
Tel: 504.525.7272
frank@damicolaw.net

3

| | |
|---|---|
| S/ Robert L. Salim | s/ Taylor Townsend |
| Robert L. Salim (La. Bar No. 11663) | T. Taylor Townsend (La. Bar No. 20021) |
| SALIM-BEASLEY LLC | T. TAYLOR TOWNSEND, LLC |
| 1901 Texas Street | P.O. Box 784 |
| Natchitoches, LA 71457 | Natchitoches, LA 71458-0784 |
| Telephone: (318) 352-5999 | Telephone: (318) 238-3612 |
| Facsimile: (318) 352-5998 | Facsimile: (318) 238-6103 |
| Email: skeeter@salim-beasley.com | Email:taylor@townsendlaw.com |
| | |
| s/ Nicholas R. Rockforte | /s/ N. Frank Elliot III |
| Nicholas R. Rockforte, La. Bar #31305 | N. Frank Elliot III (La. Bar No. 23054) |
| LABORE EARLES LAW FIRM, LLC | N. FRANK ELLIOT III, LLC |
| 1901 Kalite Saloom Road | P.O. Box 3065 |
| P.O. Box 80098 | 1511 Watkins Street (70601) |
| Lafayette, Louisiana 70598-0098 | Lake Charles, LA 70602-3065 |
| Phone: 337-261-2617 | Telephone: (337) 309-6999 |
| Fax: 337-261-1934 | Facsimile: (337) 429-5541 |
| nicholas@onmyside.com | Email: frank@nfelaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Opposition to Motion To Reappoint Judge Sontchi (Ret.)* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Soren E. Gisleson*
Soren E. Gisleson