**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                        CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                     SECTION "A"
**NEW ORLEANS**

     *Debtor[1]*                              **CHAPTER 11**

---

**FEE APPLICATION COVER SHEET**
**TWELFTH INTERIM FEE APPLICATION OF STEWART ROBBINS BROWN &**
**ALTAZAN LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE**
**PERIOD OF DECEMBER 1, 2024 THROUGH MARCH 31, 2025**

---

| Name of Applicant | Stewart Robbins Brown Altazan, LLC | | |
|---|---|---|---|
| Name of Client | The Official Committee of Unsecured Commercial Creditors | | |
| Petition Date | May 1, 2020 | | |
| Retention Date | Effective to March 15, 2021 | | |
| Date of Order Approving Employment | May 20, 2021 [ECF Doc. 874] | | |
| Dates and Amounts of Compensation Approved in Previous Requests | Dates | Amounts | Docket |
| | 3.16.21 – 7.31.21 | Fees: $158,221.50<br>Expenses: $4,907.91<br>Total: $163,129.41 | 1143 |
| | 7.1.21[2] – 11.30.21 | Fees: $167,110.50<br>Expenses: $6,742.60<br>Total: $173,853.10 | 1250 |
| | 12.1.21 – 3.31.22 | Fees: $358,274.50<br>Expenses: $6,622.10<br>Total: $364,896.60 | 1551 |
| | 4.1.22 – 7.31.22 | Fees: $296,710.00<br>Expenses: $4,928.63<br>Total: $301,638.63 | 1904 |
| | 8.1.22 – 11.30.22 | Fees: $358,000.00<br>Expenses: $5,198.00<br>Total: $363,193.30 | 2152 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] While the time-period overlaps slightly with its first interim fee application, SRBA only sought payment for additional, uncompensated work and expenses incurred during this time frame. *See* Doc. No. 1217, at note 2.

1

|  | 12.1.23 – 3.31.23 | Fees: $297,495.00<br>Expenses: $6,893.52<br>Total: $304,388.52 | 2375 |
|---|---|---|---|
|  | 4.1.23 – 7.31.23 | Fees: $183,380.00<br>Expenses: $9,563.02<br>Total: $192,943.02 | 2638 |
|  | 8.1.23 – 11.30.23 | Fees: $254,665.00<br>Expenses: $8,454.38<br>Total: $263,119.38 | 2823 |
|  | 12.1.23 – 3.31.24 | Fees: $287,145.00<br>Expenses: $8,714.32<br>Total: $295,859.32 | 3172 |
|  | 4.1.24 – 7.31.24 | Fees: $144,160.00<br>Expenses: $6,727.74<br>Total: $150,887.74 | 3639 |
|  | 8.1.24 – 11.30.24 | Fees: $203,790.00<br>Expenses: $7,709.75<br>Total: $211,499.75 | 3920 |
| Time Period Covered by this Application | December 1, 2024 through March 31, 2025 (the "Interim Application Period") | | |
| Total Compensation Sought this Period | $219,390.00 | | |
| Total Expenses Sought this Period | $8,364.30 | | |
| Fee Application Type | Twelfth Interim Fee Application | | |
| Total Amount Sought | $227,754.30 | | |

In the above captioned bankruptcy case (the "Bankruptcy Case"), Stewart Robbins Brown & Altazan, LLC ("SRBA") rendered services in favor of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") during the Interim Application Period. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Procedure in Complex Case Rules | | Payments |
|---|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses | Amount Paid |
| Inv. 1535 (1/30/25) | Dec. 1, 2024 – Dec. 31, 2024 | $42,410.00 | $1,864.85 | $33,928.00 | $1,864.85 | $35,792.85 |
| Inv. 1561 (2/12/25) | Jan. 1, 2025 – Jan. 31, 2025 | $58,150.00 | $2,093.30 | $46,520.00 | $2,093.30 | $48,613.30 |
| Inv. 1578 (3/12/25) | Feb. 1, 2025 – Feb. 28, 2025 | $80,235.00 | $2,372.63 | $64,188.00 | $2,372.63 | $66,560.63 |
| Inv. 1619 (4/10/25) | Mar. 1, 2025 – Mar. 31, 2025 | $38,595.00 | $2,033.52 | $30,876.00 | $2,033.52 | $32,909.52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | $219,390.00 | $8,364.30 | $175,512.00 | $8,364.30 | $183,876.30 |

The SRBA professionals who rendered services in favor of the Commercial Committee during the Interim Application Period are:

| Professional | Title | Year Licensed | Blended Rate | Amount | Percent | Hours | Percent |
|---|---|---|---|---|---|---|---|
| Abigail W. Mock | Associate | LA - 2024 | $296.94 | $27,140.00 | 12.37% | 91.40 | 20.16% |
| Brandon A. Brown | Member | LA - 1998 | $634.13 | $19,785.00 | 9.02% | 31.20 | 6.88% |
| Brooke W. Altazan | Member | LA - 2009 | $523.83 | $141,800.00 | 64.63% | 270.70 | 59.72% |
| Kimberly A. Heard | Paralegal | N/A | $300.00 | $3,330.00 | 1.52% | 11.10 | 2.45% |
| Nicholas J. Smeltz | Associate | LA - 2019 | $438.02 | $7,315.00 | 3.33% | 16.70 | 3.68% |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | $611.22 | $5,990.00 | 2.73% | 9.80 | 2.16% |
| William S. Robbins | Member | LA - 1996 | $626.34 | $14,030.00 | 6.40% | 22.40 | 4.94% |
| **Total** | | | **$483.98** | **$219,390.00** | **100.00%** | **453.30** | **100.00%** |

The time and fees devoted to each ABA Bankruptcy Project Code during the Interim Application Period are as follows:

| ABA Bankruptcy Project Task Code | Amount | Percent | Hours | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | $1,070.00 | 0.49% | 1.70 | 0.38% | $629.41 |
| B120 Asset Analysis and Recovery | $60.00 | 0.03% | 0.20 | 0.04% | $300.00 |
| B130 Asset Disposition | $10,215.00 | 4.66% | 20.00 | 4.41% | $510.75 |
| B150 Meetings of and Communications with Creditors | $6,870.00 | 3.13% | 13.10 | 2.89% | $524.43 |
| B160 Fee/Employment Applications | $16,430.00 | 7.49% | 35.80 | 7.90% | $458.94 |
| B170 Fee/Employment Objections | $200.00 | 0.09% | 0.40 | 0.09% | $500.00 |
| B180 Avoidance Action Analysis | $970.00 | 0.44% | 2.30 | 0.51% | $421.74 |
| B190 Other Contested Matters (Excluding Assumptions/Rejections) | $54,025.00 | 24.63% | 108.00 | 23.83% | $500.23 |
| B220 Employee Benefits/Pensions | $375.00 | 0.17% | 0.70 | 0.15% | $535.71 |
| B310 Claims Administration and Objections | $5,105.00 | 2.33% | 9.50 | 2.10% | $537.37 |
| B320 Plan and Disclosure Statement (Including Business Plan) | $124,070.00 | 56.55% | 261.60 | 57.71% | $474.27 |
| **Total** | **$219,390.00** | **100.00%** | **453.30** | **100.00%** | **$483.98** |

The expenses incurred during the Interim Application Period are comprised of the
following:

| Expense | Amount |
|---------|--------|
| Copies | $443.60 |
| Everlaw | $6,821.25 |
| PACER | $306.30 |
| Project Manager | $600.00 |
| Lexis | $193.15 |
| **Total** | **$8,364.30** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                          CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF                           SECTION "A"
NEW ORLEANS

    *Debtor*[3]                                   CHAPTER 11

---

### TWELFTH INTERIM FEE APPLICATION OF STEWART ROBBINS BROWN & ALTAZAN LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS FOR THE <u>PERIOD OF DECEMBER 1, 2024 THROUGH MARCH 31, 2025</u>

---

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 21, 2025, AT 1:30 P.M. AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST., COURTROOM B709, NEW ORLEANS, LOUISIANA 70130.  PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING CODE: "JUDGEGRABILL").  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING.  UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE.  YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

[3] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Stewart Robbins Brown & Altazan, LLC ("SRBA"), counsel to the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") in the above captioned bankruptcy case (the "Bankruptcy Case"), hereby files this *Twelfth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2024 through March 31, 2025* (the "Interim Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules") and the General Order 2019-4 Establishing Procedures for Complex Chapter 11 Cases (the "Complex Case Rules").

## RELIEF REQUESTED

By this Interim Application, which encapsulates the period between December 1, 2024 through March 31, 2025 (the "Interim Application Period"), SRBA seeks interim approval and allowance for the aggregate sum of $227,754.30, which is comprised of:

(i)     compensation for professionals in the amount of $219,390.00; and

(ii)    reimbursement of actual and necessary expenses in the sum of $8,364.30.

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein include 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2014 and 2016, Rule 2016-1 of the Local Rules, and § XIII of the Complex Case Rules.

## BACKGROUND

### I.    Bankruptcy Case Commencement & SRBA's Retention

3.    This Bankruptcy Case commenced on May 1, 2020 (the "Petition Date") by the filing of a voluntary chapter 11 petition by the Debtor.  That same date, this Court entered an order designating the Bankruptcy Case as a Complex Chapter 11 Case [ECF Doc. 18]. The Debtor continues to operate its business as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

4.    On March 5, 2021, the Office of the United States Trustee filed that certain *Notice of Appointment of Commercial Creditor's Committee* [ECF Doc. 772], appointing the Commercial Committee (which was later supplemented by ECF Doc. 792). The Commercial Committee consists of the following committee members: (i) BankPlus f/k/a First Bank and Trust; (ii) Crescent Door & Hardware, Inc.; (iii) Brown Rice Marketing, LLC; and (iv) MetroStudio, LLC.[4]

5.    On March 15, 2021, the Commercial Committee held a meeting and, among other things, selected SRBA to serve as counsel.

6.    On April 12, 2021, SRBA, as counsel to the Commercial Committee, filed that certain *Application for Approval of the Employment of Stewart Robbins Brown & Altazan, LLC as Counsel to the Official Committee of Unsecured Commercial Creditors, Effective as of March 15,*

---

[4] On March 16, 2021, the Commercial Committee received a communication from counsel to TMI Trust Company ("TMI," who, later merged with Argent Institutional Trust Company "Argent") requesting the opportunity to join the Commercial Committee in an *ex officio* capacity. After careful consideration, on April 7, 2021, the Commercial Committee determined to grant this request to become an *ex officio* member of the Commercial Committee. And to be clear, Argent was a non-voting member of the Commercial Committee and did not owe any fiduciary duties to unsecured creditors as a result of its *ex officio* seat on the Commercial Committee. On May 20, 2025, Argent was informed that it was removed from the Commercial Committee, effective May 19, 2025.

*2021* (later amended by a filing on April 19, 2021) [ECF Docs. 817 & 833] (the "Retention Application").

7.        SRBA was retained effective March 15, 2021, by this Court's May 20, 2021 *Order on the Application for Approval of the Employment of Stewart Robbins Brown & Altazan, LLC as Counsel to the Official Committee of Unsecured Commercial Creditors, Effective as of March 15, 2021* [ECF Doc. 874] (the "Retention Order"). The Retention Order authorizes SRBA to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

## II.        SRBA's Prior Fee Applications and Awards

8.        On September 30, 2021, SRBA filed that certain *First Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of March 16, 2021 through July 31, 2021* [ECF Doc. 1067] (the "First Interim Application") seeking a total of $163,129.41 for the period between March 16, 2021 through July 31, 2021 (the "Initial Period"), comprised of $158,221.50 in compensation and $4,907.91 in expenses.

9.        On October 14, 2021, the Debtor filed that certain *Debtor's Omnibus Limited Objection to First Interim Applications for Compensation Filed by Stewart Robbins Brown & Altazan LLC and Dundon Advisers, LLC* [ECF Doc. 1107] (the "Limited Objection"), noting with respect to the First Interim Application that the Debtor did "not have any particular concerns at this time."

10.        On October 27, 2021, the Court entered that certain *Order Granting First Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of*

*Unsecured Commercial Creditors for the Period of March 16, 2021 through July 31, 2021* [ECF Doc. 1143] (the "First Interim Order") which: (a) noted the Limited Objection was withdrawn; and (b) for the Initial Period, awarded SRBA: fees in the amount of $158,221.50 and $4,907.91 in expenses, for a total of $163,129.41.

11.     On December 29, 2021, SRBA filed that certain *Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of July 1, 2021 through November 31, 2021* [ECF Doc. 1217] (the "Second Interim Application") seeking a total of $173,853.10 for the period between July 1, 2021 through November 30, 2021 (the "Second Period"), comprised of $167,110.50 in compensation and $6,742.60 in expenses.

12.     On January 11, 2022, SRBA filed that certain *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [ECF Doc. 1236] (the "Rate Increase Notice"), advising as to the following revised billing rates:

| SRBA Professional | Original Rate Range | Revised Rate Range |
|---|---|---|
| Partners | $365.00 - $455.00 | $400.00 - $500.00 |
| Associates | $255.00 - $365.00 | $300.00 - $400.00 |
| Paraprofessionals | $150.00 | $150.00 - $200.00 |

13.     On January 19, 2022, the Court entered that certain *Order Granting Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of July 1, 2021 through November 30, 2021* [ECF Doc. 1250] (the "Second Interim Order") which, for the Second Period, awarded SRBA fees in the amount of $167,110.50 and $6,742.60 in expenses, for a total of $173,853.10.

5

14.     On April 28, 2022, SRBA filed that certain *Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1476] (the "Third Interim Application") seeking a total of $364,896.60 for the period between December 1, 2021 through March 31, 2022 (the "Third Period"), comprised of $358,274.50 in compensation and $6,622.10 in expenses.

15.     On May 18, 2022, the Court entered that certain *Order Granting Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2021 through March 31, 2022* [ECF Doc. 1551] (the "Third Interim Order") which, for the Third Period, awarded SRBA fees in the amount of $358,274.50 and $6,622.10 in expenses, for a total of $364,896.60.

16.     On September 26, 2022, SRBA filed that certain *Fourth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2022 through July 31, 2022* [ECF Doc. 1812] (the "Fourth Interim Application") seeking a total of $301,638.63 for the period between April 1, 2022 through July 31, 2022 (the "Fourth Period"), comprised of $296,710.00 in compensation and $4,928.63 in expenses.

17.     On November 2, 2022, the Court entered that certain *Order* [ECF Doc. 1904] (the "Fourth Interim Order") granting the Fourth Interim Application and, for the Fourth Period,

awarded SRBA fees in the amount of $296,710.00 and $4,928.63 in expenses, for a total of $301,638.63.

18.     On January 9, 2023, SRBA filed that certain *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [ECF Doc. 2013] (the "Second Rate Increase Notice"), advising as to the following revised billing rates:

| SRBA Professional | Original Rate Range | Revised Rate Range |
|---|---|---|
| Partners | $400.00 - $500.00 | $450.00 - $550.00 |
| Associates | $300.00 - $400.00 | $350.00 - $450.00 |
| Paraprofessionals | $150.00 – $200.00 | $200.00 - $250.00 |

19.     On January 20, 2023, SRBA filed that certain *Fifth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2022 through November 30, 2022* [ECF Doc. 2023] (the "Fifth Interim Application") seeking a total of $363,193.30 for the period between August 1, 2022 through November 31, 2022 (the "Fifth Period"), comprised of $358,000.00 in compensation and $5,198.30 in expenses.

20.     On March 15, 2023, the Court entered that certain *Order* [ECF Doc. 2152] (the "Fifth Interim Order") granting the Fifth Interim Application and, for the Fifth Period, awarded SRBA fees in the amount of $358,000.00 and $5,198.30 in expenses, for a total of $363,193.30.

21.     On May 30, 2023, SRBA filed that certain *Sixth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2022 through March 31, 2023* [ECF Doc. 2302] (the "Sixth Interim Application") seeking a total of $304,388.52 for the period between December 1,

2022 through March 31, 2023 (the "Sixth Period"), comprised of $297,495.00 in compensation and $6,893.52 in expenses.

22.    On July 18, 2023, the Court entered that certain *Order* [ECF Doc. 2375] (the "Sixth Interim Order") granting the Sixth Interim Application and, for the Sixth Period, awarded SRBA fees in the amount of $297,495.00 and $6,893.52 in expenses, for a total of $304,388.52.

23.    On October 12, 2023, SRBA filed that certain *Seventh Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2023 through July 31, 2023* [ECF Doc. 2514] (the "Seventh Interim Application") seeking a total of $192,943.02 for the period between April 1, 2023 through July 31, 2023 (the "Seventh Period"), comprised of $183,380.00 in compensation and $9,563.02 in expenses.

24.    On November 13, 2023, the Court entered that certain *Order* [ECF Doc. 2638] (the "Seventh Interim Order") granting the Seventh Interim Application and, for the Seventh Period, awarded SRBA fees in the amount of $183,380.00 and $9,563.02 in expenses, for a total of $192,043.02.

25.    On January 10, 2024, SRBA filed that certain *Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [Doc. No. 2784] advising that, within ten (10) business days of the instant filing, "SRBA will increase its hourly rates by the sum of $50.00 per hour and adopt the following revised standard billing structure:

| SRBA Professional | 2023 Rates (Highest) | 2024 Rates (Highest) |
|---|---|---|
| Partners | $550.00 | $600.00 |
| Associates | $350.00 | $400.00 |
| Paraprofessionals | $250.00 | $300.00 |

26.     On January 24, 2024, SRBA filed that certain *Eighth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2023 through November 30, 2023* [ECF Doc. 2799] (the "Eighth Interim Application") seeking a total of $263,119.38 for the period between August 1, 2023 through November 30, 2023 (the "Eighth Period"), comprised of $254,665.00 in compensation and $8,454.38 in expenses.

27.     On February 16, 2024, the Court entered that certain *Order* [ECF Doc. 2823] (the "Eighth Interim Order") granting the Eighth Interim Application and, for the Eighth Period, awarded SRBA fees in the amount of $254,665.00 and $8,454.38 in expenses, for a total of $263,119.38.

28.     On June 27, 2024, SRBA filed that certain *Ninth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2023 through March 31, 2024* [ECF Doc. 3125] (the "Ninth Interim Application") seeking a total of $295,859.32 for the period between December 1, 2023 through March 31, 2024 (the "Ninth Period"), comprised of $287,145.00 in compensation and $8,714.32 in expenses.

29.     On July 17, 2024, the Court entered that certain *Order* [ECF Doc. 3172] (the "Ninth Interim Order") granting the Ninth Interim Application and, for the Ninth Period, awarded SRBA fees in the amount of $287,145.00 and $8,714.32 in expenses, for a total of $295,859.32.

30.     On October 31, 2024, SRBA filed that certain *Tenth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered*

and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of April 1, 2024 through July 31, 2024 [ECF Doc. 3445] (the "Tenth Interim Application") seeking a total of $150,887.74 for the period between April 1, 2024 through July 31, 2024 (the "Tenth Period"), comprised of $144,160.00 in compensation and $6,727.74 in expenses.

31.     On January 6, 2025, the Court entered that certain *Order* [ECF Doc. 3639] (the "Tenth Interim Order") granting the Tenth Interim Application and, for the Tenth Period, awarded SRBA fees in the amount of $144,160.00 and $6,727.74 in expenses, for a total of $150,887.74.

32.     On January 13, 2025, SRBA filed that certain *Amended Notice of Rate Increase Pursuant to Order Authorizing Retention and Employment of Stewart Robbins Brown & Altazan, LLC as Attorneys for the Official Committee of Unsecured Commercial Creditors* [ECF Doc. 3654] advising that, within ten (10) business days of the instant filing, "SRBA will increase its hourly rates by the sum of $50.00 per hour and adopt the following revised standard billing structure:

| SRBA Professional | 2024 Rates (Highest) | 2025 Rates (Highest) |
|---|---|---|
| Partners | $600.00 | $650.00 |
| Associates | $400.00 | $450.00 |
| Paraprofessionals | $300.00 | $350.00 |

33.     On February 28, 2025, SRBA filed that certain *Eleventh Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of August 1, 2024 through November 30, 2024* [ECF Doc. 3787] (the "Eleventh Interim Application") seeking a total of $211,499.75 for the period between August 1, 2024 through November 30, 2024 (the "Eleventh Period"), comprised of $203,790.00 in compensation and $7,709.75 in expenses.

10

34.     On April 21, 2025, the Court entered that certain *Order* [ECF Doc. 3920] (the "Eleventh Interim Order") granting the Eleventh Interim Application and, for the Eleventh Period, awarded SRBA fees in the amount of $203,790.00 and $7,709.75 in expenses, for a total of $211,499.75.

35.     SRBA has been paid by the Debtor for all prior awards.

## COMPENSATION AND ITS SOURCE

36.     All services for which compensation is requested by SRBA were performed for or on behalf of the Commercial Committee.

37.     During the Interim Application Period, SRBA has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application. There is no agreement or understanding between SRBA and any other person other than the partners of SRBA for the sharing of compensation to be received for services rendered in this Bankruptcy Case.

38.     SRBA's individual fee statements for each month covered by the Interim Application Period are attached as **Exhibit "A"**. Each fee statement contains daily time logs describing the time spent by each attorney and paraprofessional for each month. The hourly rates set forth in the monthly fee statements are those customarily charged by SRBA for similar legal services. SRBA's fees for services rendered by lawyers, paralegals, and other professionals are customary and usual in the legal community in which SRBA practices. To the best of SRBA's knowledge, this Interim Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Complex Case Rules. The fee statements for each month covered by the Interim Application Period can be summarized as follows:

11

| Invoices Circulated | | | | Approved per Procedure in Complex Case Rules | | Payments |
|---|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses | Amount Paid |
| Inv. 1535 (1/30/25) | Dec. 1, 2024 – Dec. 31, 2024 | $42,410.00 | $1,864.85 | $33,928.00 | $1,864.85 | $35,792.85 |
| Inv. 1561 (2/12/25) | Jan. 1, 2025 – Jan. 31, 2025 | $58,150.00 | $2,093.30 | $46,520.00 | $2,093.30 | $48,613.30 |
| Inv. 1578 (3/12/25) | Feb. 1, 2025 – Feb. 28, 2025 | $80,235.00 | $2,372.63 | $64,188.00 | $2,372.63 | $66,560.63 |
| Inv. 1619 (4/10/25) | Mar. 1, 2025 – Mar. 31, 2025 | $38,595.00 | $2,033.52 | $30,876.00 | $2,033.52 | $32,909.52 |
| **TOTALS** | | **$219,390.00** | **$8,364.30** | **$175,512.00** | **$8,364.30** | **$183,876.30** |

39.     The fee statements for each month covered by the Interim Application Period were circulated and no portion of the fees or expenses were objected to.

40.     The Commercial Committee has been provided the opportunity to review this Interim Application. The Commercial Committee approves of the Interim Application.

## ACTUAL AND NECESSARY EXPENSES

41.     During the Interim Application Period, SRBA incurred expenses in connection with its representation of the Commercial Committee totaling $8,364.30. These expenses are summarized in **Exhibit "B"**. SRBA bills clients at $0.20 per page for photocopies. Additionally, the expenses incurred include the actual cost of automated research and courier service. Mileage is calculated at the rate accorded by the Internal Revenue Service. Conference call charges represent actual cost of conference calls. Automated research charges represent actual cost charged to SRBA. SRBA submits that all effort was made to keep out-of-pocket expenses at a minimum and that such expenses are reasonable based on the services provided by SRBA.

## SUMMARY OF SERVICES RENDERED

12

42.     The services rendered by SRBA during the Interim Application Period can be grouped into the categories set forth below. These categories are generally described in **Exhibit "C"**. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task codes.

### a.  **B100 and B110 Case Administration**

### **Fees: $1,070.00 | Total Hours: 1.70**

This category includes all matters related to coordination and compliance, including the preparation of schedules and statements, monthly operating and other reports, contacts with the United States Trustee, and creditor inquiries. During the Interim Application Period, SRBA spent minimal time reviewing the Debtor's monthly operating reports.

### b.  **B120 Asset Analysis and Recovery**

### **Fees: $60.00 | Total Hours: 0.20**

This category includes all matters related to the identification and review of potential assets including causes of action and non-litigation recoveries.  SRBA spent *de-minimis* time during the Interim Application Period on this category.

### c.  **B130 Asset Disposition**

### **Fees: $10,215.00 | Total Hours: 20.00**

This category includes all matters related to sales, abandonment, and transaction work as to asset disposition. During the Interim Application Period, SRBA reviewed and analyzed the terms of several potential property sales (such as Hope Haven and Oakmere) and communicated with counsel for the Debtor and the Official Committee of Unsecured Creditors (the "Abuse Committee") regarding various proposed property sales.

13

### d.  __B150 Meetings of and Communications with Creditors__

### __Fees: $6,870.00 | Total Hours: 13.10__

This category includes all matters relating to preparing for and attending multiple meetings with the Commercial Committee.  During the Interim Application Period, SRBA conducted monthly committee meetings and consulted with and reported substantive updates to the Commercial Committee. Additionally, SRBA communicated with the Commercial Committee regarding various corporate and organizational issues relating to the actions of the Commercial Committee.

### e.  __B160 Fee/Employment Applications__

### __Fees: $16,430.00 | Total Hours: 35.80__

This category includes all matters relating to the preparation of employment and fee applications for Commercial Committee professionals and motions to establish interim procedures.  During the Interim Application Period, SRBA prepared monthly fee statements and interim fee applications for itself, the Commercial Committee's financial adviser, Dundon Advisers, LLC ("Dundon"), and its pension analyst, Kroll, LLC ("Kroll"). SRBA also analyzed fee and employment pleadings filed by other Estate professionals.

### f.  __B170 Fee/Employment Objections__

### __Fees: $200.00 | Total Hours: 0.40__

This category includes all matters relating to the review of and objections to the employment and fee applications of others. During the Interim Application Period, SRBA spent

14

de-minimis time analyzing the Certain Abuse Survivors' opposition to the Debtor's counsel's fee application.

### b. **B180 Avoidance Action Analysis**

#### Fees: $970.00 | Total Hours: 2.30

This category includes the review of potential avoiding actions under Sections 544-549 of the Bankruptcy Code to determine whether adversary proceedings are warranted. During the Interim Application Period, SRBA completed tasks related to finalizing various tolling agreements with various tolling parties.

### c. **B190 Other Contested Matters**

#### Fees: $54,025.00 | Total Hours: 108.00

This category includes all matters regarding the analysis and preparation of all motions, opposition to motions, and reply memoranda in support of motions, other than motions to assume or reject executory contracts and unexpired leases.  During the Interim Application Period, SRBA prepared tolling agreements to toll various claims against a number of parties and analyzed a number of issues related to tolling. SRBA also reviewed and analyzed various contested pleadings filed in the Bankruptcy Case and those filed in appellate cases.

### d. **B220 Employee Benefits/Pensions**

#### Fees: $375.00 | Total Hours: 0.70

This category includes issues regarding severance, retention, 401k coverage, and continuance of pension plans. During the Interim Application Period, SRBA spent de-minimis time communicating with Kroll regarding pension matters.

15

### e.  **B310 Claims Administration and Objections**

### **Fees: $5,105.00 | Total Hours: 9.50**

This category includes addressing specific claim inquiries, bar date motions, and analysis of, objections to, and allowance of claims.  During the Interim Application Period, SRBA analyzed a number of motions for leave to file late sexual abuse claims against the Debtor and related stipulations.

### f.  **B320 Disclosure Statement and Plan**

### **Fees: $124,070.00 | Total Hours: 261.60**

This category includes all matters related to the disclosure statement, plan formulation, presentation, and confirmation, as well as compliance with the plan confirmation order, related orders, and rules. It also includes matters related to disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.   During the Interim Application Period, SRBA analyzed the potential mechanics of a plan of reorganization as well as the potential issues that may arise in connection with plan confirmation and the discovery that may be needed prior to plan confirmation. Similarly, SRBA analyzed various matters relating to mediation and communicated with the Debtor, the Abuse Committee, and Dundon regarding the same. Finally, SRBA researched and analyzed various claims that may be asserted against the Apostolates.

### **FACTORS SUPPORTING AWARD**

43.      In *In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012), the Fifth Circuit ruled that the six factors found in 11 U.S.C. §330(a)(3) are to be considered when awarding compensation to professionals. Under § 330, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

**(A)** the time spent on such services;

**(B)** the rates charged for such services;

**(C)** whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

**(D)** whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

**(E)** with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

**(F)** whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

44.      Rejecting the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc*., 157 F.3d 414 (5th Cir. 1998), the Fifth Circuit adopted a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time in which they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015). All services rendered by SRBA satisfy the *Woerner* standard because they were reasonably likely to benefit the Debtor's estate at the time rendered.

45.      SRBA also believes that as applied to the firm's services in this Bankruptcy Case, the following analysis of the section §330(a)(3) factors is appropriate:

a.   **The Time and Labor Expended** - The charge for SRBA's services in this Bankruptcy Case for the Interim Application Period totals $219,390.00. The actual time expended by SRBA in the Interim Application Period is set forth in detail in **Exhibit "A"** attached

17

hereto. In addition, attached as **Exhibit "C"** is a breakdown by project of time expended on discrete matters during the progress of this Bankruptcy Case. SRBA believes the time spent performing legal services was commensurate with the factual and legal issues involved in the representation of Commercial Committee.

b. **The Rate Charged for Such Services.** SRBA has applied for allowance of compensation for fees that reflect its billing rates charged to clients by SRBA and previously approved and/or set by courts in which SRBA has appeared. SRBA believes that its customary fees for services are equal to or below those of other firms in the national bankruptcy community and should be within the range of fees approved for attorneys of similar experience within this district.

c. **Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title.** SRBA asserts that all services provided to the Commercial Committee were necessary to the administration of and/or beneficial to the Bankruptcy Case at the time the services were rendered. Where SRBA deemed the time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in some situations, did not put the time into its billing system.

d. **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.** SRBA submits that the time put into this Bankruptcy Case is commensurate with the level of difficulty of the issues presented. When possible, particular projects have been handled by an associate or a partner with a lower billing rate.

e. **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field.** SRBA believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, insolvency, and corporate reorganization. The firm has extensive experience in handling bankruptcy and insolvency matters on behalf of debtors in bankruptcy cases and has acted as counsel to other debtors and trustees in other cases. One of the SRBA lawyers who worked on this file has gone through the certification process and is certified.

46.    "The Fifth Circuit uses the 'lodestar' method to calculate attorneys fees."

*Transamerican Natural Gas Corp. v. Zapata P'ship, Ltd. (In re Fender)*, 12 F.3d 480, 487 (5th

Cir. 1994) (citation omitted). The lodestar is the number of hours reasonably expended multiplied

by "the prevailing hourly rate in the community for similar work." *Id.* The request for fees is then

adjusted upward or downward based on the iconic "*Johnson* factors." *Johnson v. Georgia*

18

*Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). A detailed description of the application of each of these factors relevant to this Application is set forth below.

a. **The Novelty and Difficulty of Issues** - This Bankruptcy Case has presented issues of greater complexity than cases customarily brought before this Court.

b. **The Skills Required for Performance of Services** – SRBA's attorneys have appeared before courts in this district and throughout Louisiana in bankruptcy cases on behalf of debtors, creditors, trustees, and receivers for many years. SRBA believes and respectfully submits that it is highly regarded in the areas of bankruptcy law, commercial law, and the law of secured transactions in the State of Louisiana. SRBA's attorneys possess the experience, reputation, and ability to merit an award of the requested compensation and reimbursement.

c. **Preclusion from Other Employment** - While SRBA was not precluded from other employment during this application period, the professionals who have devoted time to this Bankruptcy Case were prevented from working on other matters.

d. **The Customary Fees** - SRBA has applied for allowance of compensation for fees that reflect its billing rates charged to clients by SRBA. SRBA believes that its customary fees for services are equal to or below those of other firms in the national bankruptcy community and within the range of fees approved for attorneys of similar experience within the Louisiana bankruptcy courts.

e. **Contingent Nature of Fees** - These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the Bankruptcy Case, the availability of cash, review by the Office of the United States Trustee, Region 5, and the approval of the Court.

f. **Time Limitations and Other Circumstances** – This Bankruptcy Case has, at times, involved the usual filing deadlines for motion practice; however, there are many times which have required SRBA to act quickly to analyze issues and take the appropriate actions to advocate for the Commercial Committee and the constituency they represent.

g. **The Amount Involved and the Results Obtained** - SRBA submits that the amount sought is fully commensurate with the results obtained. SRBA respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Commercial Committee and were rendered to protect and preserve the interests of the Commercial Committee during the pendency of this Bankruptcy Case. As demonstrated herein, SRBA spent its time economically and without unnecessary duplication. The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved.

h. **Experience, Reputation and Ability** - The Commercial Committee selected SRBA based on its extensive experience and knowledge of the legal matters likely to arise in the chapter 11 cases, and, in particular, SRBA's recognized expertise in the field of financial restructuring and bankruptcy.

i. **The Undesirability of the Case** - This Bankruptcy Case was not undesirable.

j. **The Nature and Length of the Professional Relationship with the Client** - SRBA has represented the Commercial Committee since March of 2021, but had no prior relationship with any Commercial Committee member prior to being engaged to represent the Commercial Committee.

k. **Awards in Similar Cases** - SRBA avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Louisiana bankruptcy courts.

## CERTIFICATION OF COUNSEL

47. By my signature on this Interim Application, I, Paul Douglas Stewart, Jr., do hereby certify that (i) I have read this application; (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by SRBA and generally accepted by SRBA's clients.

## EXHIBITS TO INTERIM APPLICATON

48. Additionally, attached to this Interim Application are the following:

- **Exhibit A**: SRBA's monthly invoices previously circulated under the Complex Case Order.

- **Exhibit B**: Aggregate amount of expenses requested in the Interim Application Period, categorized by type of expense.

- **Exhibit C**: Aggregate amount of fees requested in the Interim Application Period, categorized by task code, as well as all time entries filtered by such codes.

- **Exhibit D**: Aggregate valuation of services chart identifying the attorneys and paraprofessionals who rendered services during the Interim Application Period relating to each category, along with the aggregate number of hours for each individual and the total billed amount.

- **Exhibit E**: The proposed order (the "<u>Proposed Order</u>") SRBA requests this Court enter.

    **WHEREFORE**, SRBA respectfully requests that the Court enter the Proposed Order: (a) approving the Interim Application; (b) allowing compensation and reimbursement of expenses in the aggregate sum of $227,754.30, as the sum of (i) compensation in the amount of $219,390.00 and (ii) reimbursement of actual and necessary expenses in the amount of $8,364.30; (c) directing the Debtor to pay the aforementioned amounts; and (d) granting such other and further relief as this Court may deem just and proper.

Dated:          July 31, 2025                         Respectfully Submitted,

                                                      **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                        By:     */s/ Paul D. Stewart, Jr.*
                                                Paul D. Stewart, Jr. (LA. Bar # 24661)
                                                dstewart@stewartrobbins.com
                                                William S. Robbins (LA. Bar # 24627)
                                                wrobbins@stewartrobbins.com
                                                Brandon A. Brown (La. Bar #25592)
                                                bbrown@stewartrobbins.com
                                                Brooke W. Altazan (La. Bar #32796)
                                                baltazan@stewartrobbins.com
                                                301 Main St., Suite 1640
                                                Baton Rouge, LA 70801-0016
                                                Telephone: (225) 231-9998
                                                Facsimile: (225) 709-9467

                                                *Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

21

## EXHIBIT A

## (Monthly Invoices)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

## FORTY-FOURTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING DECEMBER 31, 2024 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Fourth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending December 31, 2024 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.     SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.       SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $33,928.00 (80% of $42,410.00) |
|---|---|
| Total Expenses: | $1,864.85 |
| Total: | $35,792.85 |

3.       SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.       Pursuant to the Compensation Order, SRBA seeks payment of $35,792.85 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.       No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.       In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:       January 30, 2025            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – December 1, 2024 – December 31, 2024**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

January 30, 2025

File #:  639-001
Invoice #:     1535

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 12/2/2024 | communication with B. Altazan and W. Robbins re discovery and Court's directive (.4); communication with B. Altazan and W. Robbins re bondholder negotiations and fees (.3). | B320 | PDS | 0.70 | 600.00 | 420.00 |
| 12/2/2024 | Review, analyze expert's request for clarification and task associate with related research (1.80); Review, analyze Argent and the Debtor's joint motion to pay Argent's legal fees and communication with Commercial Committee members re: same (2.90); Attend Court's scheduling conference, subsequent analysis and communication with Dundon re: document requests related to same (3.50) | B190 | BWA | 8.20 | 500.00 | 4,100.00 |
| 12/2/2024 | Review 11 filed motions for leave to file late claims | B310 | BWA | 0.70 | 500.00 | 350.00 |
| 12/2/2024 | review and analysis of hearing issues (.3); review and analyze additional documents and related issues for feasibility / mediation discovery (.7) | B320 | WSR | 1.00 | 600.00 | 600.00 |
| 12/2/2024 | Analyze issues re: expert clarification request | B320 | BAB | 0.60 | 600.00 | 360.00 |
| 12/2/2024 | Conducting research on discovery requests to Federal Rules of Evidence Rule 706 court appointed experts | B320 | AWM | 3.10 | 200.00 | 620.00 |
| 12/2/2024 | Drafting research memo on discovery requests to Federal Rules of Evidence Rule 706 court appointed experts | B320 | AWM | 1.90 | 200.00 | 380.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 12/3/2024 | Draft 2004 exam of Debtor, Apostolates (2.10); Communication with parties in interest re: proposed status conference date, analysis of same (.90); Review order establishing discovery deadlines, summary to Commercial Committee and communication with Dundon re: outstanding documents (1.60); Review Court's order scheduling status conferences, summary to Commercial Committee re: same (.50); Communication with Commercial Committee voting members re: Argent motion (.30); Review Court's order granting motion for leave to file under seal (.10); Review Court's order quashing insurer's subpoena (.20) | B190 | BWA | 5.70 | 500.00 | 2,850.00 |
| 12/3/2024 | Review MOR re: professional fee cap | B160 | BWA | 0.30 | 500.00 | 150.00 |
| 12/3/2024 | Review three sale motions filed by the Debtor, draft and send recommendation to Commercial Committee members (3.10); Update property spreadsheet with three anticipated sales (.50) | B130 | BWA | 3.60 | 500.00 | 1,800.00 |
| 12/3/2024 | Review motion for leave to file late claims | B310 | BWA | 0.10 | 500.00 | 50.00 |
| 12/3/2024 | Communication with Debtor's counsel re: rescheduling standing call | B320 | BWA | 0.20 | 500.00 | 100.00 |
| 12/3/2024 | analysis regarding Plan and Feasibiltiy issues and tc with Dundon regarding same | B320 | WSR | 0.60 | 600.00 | 360.00 |
| 12/3/2024 | Review APA's and review report to committee | B130 | WSR | 0.40 | 600.00 | 240.00 |
| 12/3/2024 | Analyze issues raised by parties and court at status conference on expert request for clarification | B320 | BAB | 0.40 | 600.00 | 240.00 |
| 12/3/2024 | Summarizing Doc. Nos. 3517, 3518, 3519- Motions for Sale of Property filed by the Archdiocese | B130 | AWM | 2.70 | 200.00 | 540.00 |
| 12/4/2024 | Zoom meeting with Dundon re: accessing documents in Everlaw; preparing documents for Dundon review in relation to 2004 request. | B320 | KAH | 0.90 | 300.00 | 270.00 |
| 12/4/2024 | Revise discovery requests and draft cover letters, communication with Dundon re: same (2.20); Standing call with Debtor's counsel re: case issues and plan negotiations (.40) | B320 | BWA | 2.60 | 500.00 | 1,300.00 |
| 12/4/2024 | Review late filed claim stipulation and Debtor's communication with chambers | B310 | BWA | 0.20 | 500.00 | 100.00 |
| 12/4/2024 | Analysis of documents for feasibility report | B320 | WSR | 0.30 | 600.00 | 180.00 |
| 12/4/2024 | Review and revise discovery requests to Debtor and Apostolates, analyze issues with same | B320 | BAB | 0.80 | 600.00 | 480.00 |
| 12/5/2024 | monitor email communications and draft RFP relating to discovery deadline set by Court. | B320 | PDS | 0.90 | 600.00 | 540.00 |

| 12/5/2024 | monitor communications re valuation of certain real property expected in short term (.1); receipt and preliminary review of multiple sale motions for properties at Carrollton, Dauphine, and Riverbend (.2). | B130 | PDS | 0.30 | 600.00 | 180.00 |
|---|---|---|---|---|---|---|
| 12/5/2024 | Communication with Dundon re: document requests, revise Debtor requests and draft Abuse Committee requests in light of same (4.6); Communication with Debtor's counsel re: direction from chambers on discovery (.30) | B320 | BWA | 4.90 | 500.00 | 2,450.00 |
| 12/5/2024 | Review and analyze document requests | B320 | WSR | 0.50 | 600.00 | 300.00 |
| 12/5/2024 | Review and analyze Dundon needs re: discovery to be issued on plan parties (0.5), analyze issues with same and further revisions to discovery requests (0.9) | B320 | BAB | 1.40 | 600.00 | 840.00 |
| 12/5/2024 | Analyze issues re: whether discovery is to be filed and served or not in light of court statements at status conference and language in order on discovery, review correspondence from other counsel re: same issue | B320 | BAB | 0.30 | 600.00 | 180.00 |
| 12/6/2024 | Review status of pending appeals and related cases. | B190 | KAH | 0.30 | 300.00 | 90.00 |
| 12/6/2024 | Prepare SRBA October MFS. | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 12/6/2024 | Finalize document requests, oversee issuance of same, communication with B. Knapp re: requests to Abuse Committee, and communication with Argent's counsel re: their request | B320 | BWA | 2.40 | 500.00 | 1,200.00 |
| 12/6/2024 | Attention to fee orders, monthly fee statements and communication with Dundon re: same | B160 | BWA | 1.00 | 500.00 | 500.00 |
| 12/6/2024 | Analysis of work product and other privilege issues as to Dundon reports | B320 | WSR | 0.40 | 600.00 | 240.00 |
| 12/6/2024 | Review and revise communication to C. Murphy re: feasibility analysis, emails with same re: same and issue of confidentiality of analysis | B150 | BAB | 0.30 | 600.00 | 180.00 |
| 12/9/2024 | Prepare Dundon's October MFS | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 12/9/2024 | Finalize and circulate SRBA and Dundon October MFS. | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 12/9/2024 | Attention to and communication with Dundon re: monthly fee statements (1.20); Review OCP notice and analysis re: cap (.20); Review order continuing hearing on fee applications (.10) | B160 | BWA | 1.50 | 500.00 | 750.00 |
| 12/9/2024 | Review US Fire's discovery requests (.30); Communication with Debtor's counsel, Abuse Committee counsel, and Dundon re: Commercial Committee's document requests (.90) | B320 | BWA | 1.20 | 500.00 | 600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/9/2024 | Review dockets and pleadings filed in appeals within last few weeks (.90); Review SBE claims issues (.50) | B190 | BWA | 1.40 | 500.00 | 700.00 |
| 12/9/2024 | Communication with Debtor's counsel re: property sale status | B130 | BWA | 0.30 | 500.00 | 150.00 |
| 12/9/2024 | Prepare for Commercial Committee meeting | B150 | BWA | 1.30 | 500.00 | 650.00 |
| 12/10/2024 | Lead Commercial Committee meeting | B150 | BWA | 0.70 | 500.00 | 350.00 |
| 12/10/2024 | Analysis of SBE issues | B190 | BWA | 0.70 | 500.00 | 350.00 |
| 12/10/2024 | Monitor communication with Kroll re: fee statements | B160 | BWA | 0.10 | 500.00 | 50.00 |
| 12/10/2024 | Communication with Kroll re: staff emails | B220 | BWA | 0.20 | 500.00 | 100.00 |
| 12/10/2024 | Review and analyze plan and feasibility issues | B320 | WSR | 0.40 | 600.00 | 240.00 |
| 12/10/2024 | Review property status | B130 | WSR | 0.20 | 600.00 | 120.00 |
| 12/10/2024 | Attend Committee meeting | B150 | WSR | 0.50 | 600.00 | 300.00 |
| 12/10/2024 | Conducting research on Apostolate claims | B320 | AWM | 0.70 | 200.00 | 140.00 |
| 12/11/2024 | Review stipulation and order re: late filed sexual abuse claims | B310 | BWA | 0.30 | 500.00 | 150.00 |
| 12/11/2024 | Correspondence from Debtor's counsel re: potential overbid (1941 Dauphine) | B130 | BWA | 0.10 | 500.00 | 50.00 |
| 12/11/2024 | Continued conducting research re Apostolate claims | B320 | AWM | 3.60 | 200.00 | 720.00 |
| 12/12/2024 | Communication with H. Barlow re: document productions | B320 | BWA | 0.20 | 500.00 | 100.00 |
| 12/12/2024 | Telephone conference with Abuse Committee counsel re: tolling extension (.30); Review/analysis of objections to Argent motion filed by Abuse Committee, Survivors, UST (1.50); Preliminary review of research memo prepared by associate (.30) | B190 | BWA | 2.10 | 500.00 | 1,050.00 |
| 12/12/2024 | receipt and preliminary review of multiple pleadings relating to bondholders's atty fees. | B190 | PDS | 0.40 | 600.00 | 240.00 |
| 12/12/2024 | review objections to Bond / Debtor attorney fee motions | B190 | WSR | 0.40 | 600.00 | 240.00 |
| 12/12/2024 | Drafting research memo re Apostolate claims | B320 | AWM | 7.00 | 200.00 | 1,400.00 |
| 12/12/2024 | Review and analyze Committee objection to Debtor's motion to pay bond trustee fees | B190 | BAB | 0.30 | 600.00 | 180.00 |
| 12/12/2024 | Review and analyze objection to debtor's motion to pay bond trustee filed by certain abuse survivors | B190 | BAB | 0.30 | 600.00 | 180.00 |
| 12/12/2024 | Review and analyze UST's objection to debtor's motion to pay bond trustee fees | B190 | BAB | 0.20 | 600.00 | 120.00 |
| 12/13/2024 | Review status of appeals and related cases. | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 12/13/2024 | Revisions to November invoice; prepare Nov MFS for SRBA and Dundon. | B160 | KAH | 0.70 | 300.00 | 210.00 |

| Date | Description | Task | Atty | Hours | Rate | Amount |
|------|-------------|------|------|-------|------|--------|
| 12/13/2024 | Review three Certificates of No Objection filed by the Debtor as to pending sale motions, correspondence from Debtor to chambers re: same | B130 | BWA | 0.40 | 500.00 | 200.00 |
| 12/13/2024 | Attention to SRBA, Dundon Monthly Fee Statement preparation | B160 | BWA | 0.40 | 500.00 | 200.00 |
| 12/13/2024 | analysis regarding Argent fee issues | B190 | WSR | 0.30 | 600.00 | 180.00 |
| 12/13/2024 | Review Abuse Committee's witness list | B190 | BWA | 0.10 | 500.00 | 50.00 |
| 12/13/2024 | Searching the LA SOS business filings for ADNO entities for tolling purposes | B190 | AWM | 0.30 | 200.00 | 60.00 |
| 12/16/2024 | Communication with H. Barlow re: document productions, analysis of same | B320 | BWA | 0.30 | 500.00 | 150.00 |
| 12/16/2024 | Review, analyze Argent's Reply Brief, review Debtor's witness/exhibit list | B190 | BWA | 1.20 | 500.00 | 600.00 |
| 12/16/2024 | Review argent objection response pleadings | B190 | WSR | 0.30 | 600.00 | 180.00 |
| 12/16/2024 | Receipt and review of motion for leave to file reply (and analysis of proposed Reply memo) filed by Argent Trust | B190 | BAB | 0.30 | 600.00 | 180.00 |
| 12/17/2024 | Receipt and upload to Everlaw of multiple doc sets provided to Dundon by Carr Riggs | B320 | KAH | 0.50 | 300.00 | 150.00 |
| 12/17/2024 | Review Agenda for omnibus hearing filed by Debtor | B190 | BWA | 0.10 | 500.00 | 50.00 |
| 12/17/2024 | Attention to document production, communication with H. Barlow re: same (1.40); Begin preparing third extension of tolling agreement and related pleadings for apostolates (1.70) | B320 | BWA | 3.10 | 500.00 | 1,550.00 |
| 12/18/2024 | Prepare for and attend standing call with Debtor (.60); Attention to standing calls on calendar during holidays (.20); Prepare tolling agreement for apostolates and related pleadings, communication with Abuse Committee re: same (1.30) Correspondence from M. Mintz re: discovery responses (.10); Begin tolling agreement extensions for third parties (1.0) | B320 | BWA | 3.20 | 500.00 | 1,600.00 |
| 12/19/2024 | Attention to documents produced by Debtor responsive to discovery requests. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 12/19/2024 | Prepare third party tolling extensions, communication with Abuse Committee re: same (2.20); Attention to Debtor's discovery responses and communication with Dundon re: same (.30); Prepare summary of standing call (.30) | B320 | BWA | 2.80 | 500.00 | 1,400.00 |
| 12/19/2024 | Attention to NOA filing, attend hearing on Argent's fee motion | B190 | BWA | 1.50 | 500.00 | 750.00 |
| 12/19/2024 | Review sale orders entered into the docket | B130 | BWA | 0.30 | 500.00 | 150.00 |

| Date | Description | | | | | Amount |
|------|-------------|---|---|---|---|--------|
| 12/19/2024 | comparing executed second tolling agreement extension with proposed third tolling agreement extensions for the following entities: (a) St. Mary's academy; (b) St. Joseph Abbey; (c) Guillory sheet metal; (d) FL+WB; (e) Voelkel; (f) Denecheaud; (g) Louisiana Conference of Catholic Bishops; and (h) St. ann | B320 | NJS | 2.20 | 400.00 | 880.00 |
| 12/20/2024 | Review order denying Argent fee motion | B190 | BWA | 0.10 | 500.00 | 50.00 |
| 12/20/2024 | Receipt and review of Order denying motion to pay bond trustee fees | B190 | BAB | 0.10 | 600.00 | 60.00 |
| 12/23/2024 | Attend non-monetary status conference | B320 | BWA | 2.30 | 500.00 | 1,150.00 |
| 12/23/2024 | receive/review objection to property sale | B130 | WSR | 0.30 | 600.00 | 180.00 |
| 12/27/2024 | Review filed motions for leave to file late proofs of claim | B310 | BWA | 0.40 | 500.00 | 200.00 |
| 12/30/2024 | Review status of appeals and related cases. | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 12/30/2024 | Attention to discovery response status, communication with Dundon re: same | B320 | BWA | 0.60 | 500.00 | 300.00 |
| 12/30/2024 | Confirm professionals under CAP in MOR (.30); Attention to fee app order status (.10) | B160 | BWA | 0.40 | 500.00 | 200.00 |
| 12/31/2024 | Continue analyzing SBE memo | B320 | BWA | 0.50 | 500.00 | 250.00 |
| | **Total** | | | **95.70** | | **$42,410.00** |

### FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|------------|---|-------|----------------|--------|
| PDS | Paul Douglas Stewart, Jr. | 2.30 | 600.00 | 1,380.00 |
| AWM | Abigail W. Mock | 19.30 | 200.00 | 3,860.00 |
| BAB | Brandon A. Brown | 5.00 | 600.00 | 3,000.00 |
| BWA | Brooke W. Altazan | 57.70 | 500.00 | 28,850.00 |
| KAH | Kimberly A. Heard | 3.60 | 300.00 | 1,080.00 |
| NJS | Nicholas J. Smeltz | 2.20 | 400.00 | 880.00 |
| WSR | William S. Robbins | 5.60 | 600.00 | 3,360.00 |

### TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|------|---|-------|----------------|--------|
| B130 | Asset Disposition | 8.60 | 419.77 | 3,610.00 |
| B150 | Meetings of and Communications with Creditors | 2.80 | 528.57 | 1,480.00 |
| B160 | Fee/Employment Applications | 5.00 | 448.00 | 2,240.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 24.70 | 501.21 | 12,380.00 |
| B220 | Employee Benefits/Pensions | 0.20 | 500.00 | 100.00 |
| B310 | Claims Administration and Objections | 1.70 | 500.00 | 850.00 |
| B320 | Plan and Disclosure Statement (Including Business | 52.70 | 412.71 | 21,750.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/2024 | Everlaw for December 2024 | 1,685.25 |
| 12/31/2024 | Copies for December 2024 | 104.60 |
| 12/31/2024 | Project manager time | 75.00 |
| | **Total DISBURSEMENTS** | **$1,864.85** |

|  | |
|---|---|
| **Total** | **$44,274.85** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

### FORTY-FIFTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JANUARY 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Fifth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending January 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.      SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $46,520.00 (80% of $58,150.00) |
|---|---|
| Total Expenses: | $2,093.30 |
| Total: | $48,613.30 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $48,613.30 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:          February 12, 2025          **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul Douglas Stewart, Jr.*
         Paul D. Stewart (LA. Bar # 24661)
         dstewart@stewartrobbins.com
         William S. Robbins (La. #24627)
         wrobbins@stewartrobbins.com
         Brandon A. Brown (La. #25592)
         bbrown@stewartrobbins.com
         Brooke W. Altazan (La. # 32796)
         baltazan@stewartrobbins.com
         301 Main Street; Suite 1640
         Baton Rouge, LA 70801
         Telephone: (225) 231-9998
         Facsimile: (225) 709-9467

         *Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – January 1, 2025 – January 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

February 12, 2025

File #:  639-001
Invoice #:     1561

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 12/2/2024 | review and analyze additional documents and related issues for feasibility/mediation discovery (.7) | B320 | WSR | 0.70 | 600.00 | 420.00 |
| 12/11/2024 | Attend standing call with Debtor's counsel, summary of same for file. | B320 | BWA | 0.70 | 500.00 | 350.00 |
| 1/2/2025 | Attention to document request deadlines | B320 | BWA | 0.30 | 500.00 | 150.00 |
| 1/2/2025 | Cursory review of property closing notice | B130 | BWA | 0.10 | 500.00 | 50.00 |
| 1/6/2025 | Attention to service arrangements for fee app orders; prepare Certificate of Service. | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 1/6/2025 | Analysis of recent property sales, update spreadsheet, communication with Debtor's counsel re: same | B130 | BWA | 0.70 | 500.00 | 350.00 |
| 1/6/2025 | Attention to status of fee application orders, review orders granting fee app orders and attention to service of same | B160 | BWA | 0.70 | 500.00 | 350.00 |
| 1/6/2025 | Preliminary review of filed stipulation and related correspondence to chambers | B310 | BWA | 0.20 | 500.00 | 100.00 |
| 1/6/2025 | Telephone conference w/ R. Kuebel re: tolling and plan issues (.60); Email communication with Abuse Committee counsel re: tolling (.30); Correspondence from B. Knapp to chambers re: 1/7 status conference topics (.10); Review insurance companies' filed statement re: plan mechanics and correspondence to chambers re: same (.40); Preliminary review of Debtor's discovery responses (.50) | B320 | BWA | 1.90 | 500.00 | 950.00 |
| 1/6/2025 | Review and analyze US Fire's lengthy exposition on consensual release mechanics, analyze cases cited therein | B320 | BAB | 0.30 | 600.00 | 180.00 |
| 1/7/2025 | review status conference issues | B320 | WSR | 0.30 | 600.00 | 180.00 |
| 1/7/2025 | Attend status conference on plan mechanics. | B320 | PDS | 2.20 | 600.00 | 1,320.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/7/2025 | Review and analyze Insurers' filed notice re: plan terms (.50); Direction to paralegal re: notice of appearance (.10); Review plan summary in preparation for status conference re: plan mechanics (1.0); Attend (remotely) status conference re: plan mechanics, analysis of same (2.10); Receipt and review of discovery responses, communication with Dundon re: same (1.0) | B320 | BWA | 4.70 | 500.00 | 2,350.00 |
| 1/7/2025 | Review stipulation filed re: motion for leave to file late sexual abuse POC | B310 | BWA | 0.10 | 500.00 | 50.00 |
| 1/7/2025 | Attention to and communication with Commercial Committee members re: SRBA rate increase | B150 | BWA | 0.80 | 500.00 | 400.00 |
| 1/7/2025 | Remotely attend Status Conference re: plan mechanics | B320 | AWM | 1.90 | 200.00 | 380.00 |
| 1/8/2025 | communication with B. Altazan re plan mechanics issues and mediator. | B320 | PDS | 0.20 | 600.00 | 120.00 |
| 1/8/2025 | Standing call with Debtor (.70); Communication with Dundon re: discovery (.10) | B320 | BWA | 0.80 | 500.00 | 400.00 |
| 1/8/2025 | Receipt of abuse claim stipulations and related email from Debtor's counsel | B310 | BWA | 0.30 | 500.00 | 150.00 |
| 1/8/2025 | Communication with Commercial Committee members re: additional mediator, communication with Debtor's counsel re: same | B320 | BWA | 1.10 | 500.00 | 550.00 |
| 1/8/2025 | Communication with Debtor's counsel re: tolling | B320 | BWA | 0.50 | 500.00 | 250.00 |
| 1/8/2025 | Analysis of Rule 23 class actions in bankruptcy context | B320 | AWM | 0.40 | 200.00 | 80.00 |
| 1/9/2025 | Analysis of plan confirmation issues and related reporting and related communications with B. Altazan, and H. Barlow. | B320 | PDS | 1.40 | 600.00 | 840.00 |
| 1/9/2025 | Attention to Debtor's discovery responses and necessary reply, communication with Dundon re: same, draft reply (2.10); Prepare standing call summary for file, analysis of next steps (.50); Communication with Abuse Committee and Debtor's counsel re: tolling issues (.70) | B320 | BWA | 3.30 | 500.00 | 1,650.00 |
| 1/9/2025 | Review/analyze stipulations filed re: motions for leave to file late sexual abuse claims | B310 | BWA | 0.30 | 500.00 | 150.00 |
| 1/9/2025 | Review Debtor's opposition to sale motion response | B130 | BWA | 0.30 | 500.00 | 150.00 |
| 1/9/2025 | Review Certain Abuse Survivors' opposition to Jones Walker's fee application | B170 | BWA | 0.40 | 500.00 | 200.00 |
| 1/9/2025 | communication with B. Altazan and W. Robbins re claims analysis. | B310 | PDS | 0.10 | 600.00 | 60.00 |
| 1/9/2025 | Conducting research on proposed plan mechanics | B320 | AWM | 3.00 | 200.00 | 600.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/9/2025 | Diocese attention to discovery issues (.5); review Dundon issues (.3) | B320 | WSR | 0.80 | 600.00 | 480.00 |
| 1/10/2025 | communication with B. Altazan and S. Bryant re tolling agreements. | B180 | PDS | 0.10 | 600.00 | 60.00 |
| 1/10/2025 | Revise draft tolling agreements for Debtor/Apostolates and non-affiliate third parties, communication with counsel for Debtor and Abuse Committee re: same | B320 | BWA | 1.70 | 500.00 | 850.00 |
| 1/10/2025 | Conducting research on proposed plan mechanics | B320 | AWM | 7.70 | 200.00 | 1,540.00 |
| 1/12/2025 | Conducting research on proposed plan mechanics | B320 | AWM | 1.20 | 200.00 | 240.00 |
| 1/13/2025 | Prepare Notice of Rate Increase for SRBA | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 1/13/2025 | attention to discovery issues with Debtors. | B320 | PDS | 0.30 | 600.00 | 180.00 |
| 1/13/2025 | Review amendments to Court's complex case rules re: prepack (.20); Draft and send reply to Debtor's discovery responses, communication with Dundon re: same (3.60) | B320 | BWA | 3.80 | 500.00 | 1,900.00 |
| 1/13/2025 | Prepare for Commercial Committee meeting | B150 | BWA | 2.30 | 500.00 | 1,150.00 |
| 1/13/2025 | Review appeal dockets and pleadings from last several weeks, add to agenda for Commercial Committee meeting | B190 | BWA | 0.80 | 500.00 | 400.00 |
| 1/13/2025 | Oversee filing amendment to notice of rate increase | B160 | BWA | 0.40 | 500.00 | 200.00 |
| 1/13/2025 | Communication with Debtor's counsel re: property sale status | B130 | BWA | 0.20 | 500.00 | 100.00 |
| 1/13/2025 | Review orders approving stipulations to late file sexual abuse claims | B310 | BWA | 0.30 | 500.00 | 150.00 |
| 1/13/2025 | Review and revise communication to debtor's counsel re: discovery issues and debtor's failure to respond to certain production requests | B320 | BAB | 0.70 | 600.00 | 420.00 |
| 1/13/2025 | Conducting research on proposed plan mechanics | B320 | AWM | 4.00 | 200.00 | 800.00 |
| 1/13/2025 | Emails regarding property sale status | B130 | WSR | 0.20 | 600.00 | 120.00 |
| 1/14/2025 | Lead Commercial Committee meeting | B150 | BWA | 1.00 | 500.00 | 500.00 |
| 1/14/2025 | Analysis of Rule 23 related issues and certain procedural options related to confirmation hurdles | B320 | BWA | 2.10 | 500.00 | 1,050.00 |
| 1/14/2025 | Review/analyze Braud's response re: property sale and related motion to continue | B130 | BWA | 0.50 | 500.00 | 250.00 |
| 1/14/2025 | Attend committee meeting | B150 | AWM | 1.00 | 200.00 | 200.00 |
| 1/14/2025 | Conducting research on plan mechanics (4.1); draft research memo re: same (3.7) (N/C) | B320 | AWM | 0.00 | 200.00 | 0.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 1/15/2025 | Standing call with Debtor (.70); Communication with Debtor and Dundon re: discovery responses and outstanding documents, analysis of same (2.40); Communication with Abuse Committee re: tolling, analysis of related issues and progress re: same (1.20); Attention to Rule 23 issues (.50); Review insurers' statement re: additional mediators, research named individuals (.60) | B320 | BWA | 5.40 | 500.00 | 2,700.00 |
| 1/15/2025 | Correspondence from Debtor's counsel and chambers re: continuance and agenda (.30); Review order granting continuance (.10) | B190 | BWA | 0.40 | 500.00 | 200.00 |
| 1/15/2025 | Attention to Debtor's document production | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 1/15/2025 | Drafting memo on potential plan mechanics | B320 | AWM | 4.50 | 200.00 | 900.00 |
| 1/16/2025 | Attend omnibus hearing, analysis of same (1.70); Receipt and review email from E. Jones to chambers re: insurers' statement re: mediator (.10) | B190 | BWA | 1.80 | 500.00 | 900.00 |
| 1/16/2025 | Attention to discovery issues, additional documents (.80); Analysis of Rule 23 issues (.40) | B320 | BWA | 1.20 | 500.00 | 600.00 |
| 1/16/2025 | Review USF statement for status conference on additional mediator appointment | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/17/2025 | Communication with Debtor's counsel re: Second Harvest tolling status, analysis of same (.40); Correspondence from Debtor's counsel re: draft motion to appoint additional mediator, cursory review of motion (.50) | B320 | BWA | 0.90 | 500.00 | 450.00 |
| 1/18/2025 | Analysis of offer to join additional mediator motion, begin drafting recommendation to CC members | B320 | BWA | 0.90 | 500.00 | 450.00 |
| 1/18/2025 | Review draft mediator motion, draft and send recommendation to the Commercial Committee re: same (1.7); Draft response to additional mediator motion (1.0); Task paralegal with calendaring deadlines for filing and responding to additional mediator motion (.20) | B320 | BWA | 2.90 | 500.00 | 1,450.00 |
| 1/20/2025 | Receipt and review of revised mediator draft, analysis of same (.60); Communication with Debtor and Abuse Committee counsel re: Second Harvest counsel (.40); Communication with Dundon re: discovery and upcoming financial call (.20) | B320 | BWA | 1.20 | 500.00 | 600.00 |

| Date | Description | | | | | |
|------|-------------|---|---|------|--------|--------|
| 1/21/2025 | Communication with primary parties re: Debtor/Abuse Committee's additional mediator motion, including revised drafts (.40); Review filed mediator motion (.50); Communication from E. Jones alerting to insurers' intent to file competing mediator motion, receipt of responsive email from Abuse Committee, analysis of same (.90); Correspondence from Debtor re: additional financial documents (.10) | B320 | BWA | 1.90 | 500.00 | 950.00 |
| 1/21/2025 | Receipt and review of joint motion to appoint J. Sontchi as additional mediator | B320 | BAB | 0.30 | 600.00 | 180.00 |
| 1/22/2025 | Attention to document production/upload. | B120 | KAH | 0.20 | 300.00 | 60.00 |
| 1/22/2025 | Review insurers' competing mediator motion, draft response to additional mediator motions, correspondence with CC members re: same (4.90); Standing call with Debtor's counsel (.90); Attention to and analysis of Second Harvest tolling and claims issues (2.10); Review/analyze request for expedited hearing on insurers' mediator motion, communication with insurers', other parties, and chambers re: expedited hearing request, review order granting motion to expedite (1.0); Review/analyze M. Rubenstein filed response to mediator motions (.30); Attention to discovery issues and communication with H. Barlow re: same (.50) | B320 | BWA | 9.70 | 500.00 | 4,850.00 |
| 1/22/2025 | Review response to property motion (.30); Communication with chambers and Debtor's counsel re: agenda for hearing (.10) | B190 | BWA | 0.40 | 500.00 | 200.00 |
| 1/22/2025 | Multiple emails regarding emergency hearing / mediator issues; review and revise response to insurer mediator motion | B310 | WSR | 0.80 | 600.00 | 480.00 |
| 1/22/2025 | Revising the committee's draft response to motions for additional mediators. | B320 | AWM | 0.40 | 200.00 | 80.00 |
| 1/22/2025 | Receipt and review of motion by USF to appoint Chapman and Finn as additional mediators; need for comm ctee response and other issues | B320 | BAB | 0.30 | 600.00 | 180.00 |
| 1/23/2025 | review of, and comments and revisions to, various pleadings re additional mediators and CC's proposed response and related communications with B. Altazan and B. Brown. | B320 | PDS | 0.60 | 600.00 | 360.00 |
| 1/23/2025 | Finalize Response to Motions to Appoint Mediator | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 1/23/2025 | Communication with chambers re: agenda and conversion of hearing to virtual only, review order converting hearing (.40); Review agenda filed and emailed by Debtor (.20); Task to paralegal re: Notice of Appearance (.10) | B190 | BWA | 0.70 | 500.00 | 350.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/23/2025 | Finalize and oversee filing of response to mediator motions (.50); Review oppositions to mediator motions filed by Apostolates, Debtor, Abuse Committee, and Insurers (1.60); Analysis of tolled claims, standing timeline and communication with Abuse Committee re: same (1.20) | B320 | BWA | 3.30 | 500.00 | 1,650.00 |
| 1/23/2025 | Review USF opposition to joint motion to appoint Sontchi as additional mediator | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/23/2025 | Conducting research & drafting research memo on potential plan mechanics (N/C) | B320 | AWM | 0.00 | 200.00 | 0.00 |
| 1/23/2025 | Review mediation responses and objections (.3); emails and analysis regarding tolling / complaint issues (.4) | B320 | WSR | 0.70 | 600.00 | 420.00 |
| 1/23/2025 | Review Sparta response to mediator motions | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/23/2025 | Review Apostolates response to USF mediator motion | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/23/2025 | Review and analyze first amended opposition filed by Apostolates to USF mediator motion | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/23/2025 | Review and analyze committee's opposition to USF's mediator motion | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/23/2025 | Review and analyze opposition to USF mediator motion filed by debtor, along with exhibits to same | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/23/2025 | Review Sparta response to mediator motions | B320 | BAB | 0.20 | 600.00 | 120.00 |
| 1/24/2025 | Telephone conferences with M. Mintz re: tolling and discovery documents, analysis of information (.50); Telephone conference Dundon re: discovery, post analysis of same (.80); Telephone conference with S. Bryant re: tolling issues, analysis of same (.80); Review order denying insurers' proposed mediators (.10) and proposed order submitted by Debtor (.10) | B320 | BWA | 2.30 | 500.00 | 1,150.00 |
| 1/24/2025 | Meeting with B. Altazan, W. Robbins, and S. Bryant re apostolate claims | B320 | AWM | 0.30 | 200.00 | 60.00 |
| 1/24/2025 | Receipt and review of OG motion to appoint J. Sontchi as additional mediator | B320 | BAB | 0.10 | 600.00 | 60.00 |
| 1/24/2025 | Receipt and review of Order denying motion to appoint Chapman and Finn as additional mediators | B320 | BAB | 0.10 | 600.00 | 60.00 |
| 1/24/2025 | Attend hearing/status conference, analysis afterward (2.30); Communication with paralegal re: calendaring of upcoming status conferences and agenda due dates, review orders entered re: same (.50) | B190 | BWA | 2.80 | 500.00 | 1,400.00 |
| 1/24/2025 | Attention to hearing issues (.3); review and analyze tolling / claims issues as to Second Harvest (.5); conference call with Abuse Committee counsel regarding same (.4) | B320 | WSR | 1.20 | 600.00 | 720.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/24/2025 | Conducting research & drafting memo on mechanics re: plan issues (N/C) | B320 | AWM | 0.00 | 200.00 | 0.00 |
| 1/27/2025 | Review order appointing Judge Sontchi, correspondence with Commercial Committee members, Dundon and Judge Sontchi re: same (2.50); Communication with Debtor's counsel and Dundon re: financial productions (.90); Communication with Debtor and Abuse Committee's counsel re: tolling, begin drafting correspondence to Commercial Committee members re: same (1.80) | B320 | BWA | 5.20 | 500.00 | 2,600.00 |
| 1/27/2025 | Review order denying motion to consider sale order | B130 | BWA | 0.30 | 500.00 | 150.00 |
| 1/27/2025 | Review and revise correspondence to J. Sontchi re: mediation | B320 | BAB | 0.60 | 600.00 | 360.00 |
| 1/27/2025 | Receipt and review of Dec MOR | B110 | BAB | 0.50 | 600.00 | 300.00 |
| 1/27/2025 | compare guillory executed third tolling agreement extension with original | B180 | NJS | 0.30 | 400.00 | 120.00 |
| 1/27/2025 | Correspondence regarding new mediator | B320 | WSR | 0.30 | 600.00 | 180.00 |
| 1/28/2025 | Telephone conferences and email communication with M. Mintz (.50), S. Bryant (1.0), and Commercial Committee members (2.0) re: tolling issues, analysis of same and plan moving forward (1.20) | B320 | BWA | 4.70 | 500.00 | 2,350.00 |
| 1/29/2025 | Conducting research re Apostolates' claims | B320 | AWM | 1.80 | 200.00 | 360.00 |
| 1/29/2025 | Revisions to December invoice. | B160 | KAH | 0.90 | 300.00 | 270.00 |
| 1/29/2025 | Standing call with Debtor (.40); Analysis of current tolling status with Apostolates, anticipated next steps (.80); Receipt of an attention to new document production, communication with Dundon re: same (1.20); Communication with Debtor's counsel re: non-affiliate tolling agreements, task to associate re: same (.30) | B320 | BWA | 2.70 | 500.00 | 1,350.00 |
| 1/29/2025 | Analyzing discovery issues. | B320 | AWM | 1.60 | 200.00 | 320.00 |
| 1/30/2025 | Prepare SRBA December Monthly Fee Statement | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 1/30/2025 | Prepare Dundon's December Monthly Fee Statement; emails related to same. | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 1/30/2025 | Review of pre-bill and communication with Dundon and K. Heard re MFS for December. | B160 | PDS | 0.40 | 600.00 | 240.00 |
| 1/30/2025 | Review motions for leave to file late sexual abuse claims | B310 | BWA | 0.40 | 500.00 | 200.00 |

| 1/30/2025 | Review insurers' motion to compel discovery responses from Debtor and Abuse Committee (.50); Communication with Debtor and Abuse Committee counsel re: third party (non-affiliate) tolling agreements, review executed TAs (.80); Communication with Debtor and Abuse Committee re: Second Harvest developments (.40); Attention to document production from Apostolates (.20) | B320 | BWA | 1.90 | 500.00 | 950.00 |
|---|---|---|---|---|---|---|
| 1/30/2025 | Review December invoices, oversee preparation/circulation of monthly fee statements for SRBA, Dundon and Kroll, communication with Dundon and Kroll re: same | B160 | BWA | 1.60 | 500.00 | 800.00 |
| 1/30/2025 | compare executed copies (by debtor and tolling party) of the third extension of tolling agreement for the following entities: (a) St. Mary's Academy of the Holy Family (.4); (b) Voelkel McWilliams Construction LLC (.2); (c) Denechaud & Denechaud (.2); and (d) Guillory Sheet Metal Works (.4) | B180 | NJS | 1.20 | 400.00 | 480.00 |
| 1/30/2025 | confirming persons who signed on behalf of Denechaud & Denechaud, Voelkel, and St. Mary's for third tolling agreement were the same for second tolling agreement | B180 | NJS | 0.10 | 400.00 | 40.00 |
| 1/31/2025 | Attention to logistics of fee app filings | B160 | BWA | 0.30 | 500.00 | 150.00 |
| 1/31/2025 | Receipt of correspondence from Judge Sontchi re: mediation deadlines, analysis of same (.50); Correspondence from L. Futrell re: executed third party (non-affiliate) tolling agreement, task to associate re: same (.30) | B320 | BWA | 0.80 | 500.00 | 400.00 |
| 1/31/2025 | reviewing calendar and next omnibus hearing date to determine when next interim fee applications need to be prepared, circulated for review, and filed | B160 | NJS | 0.20 | 400.00 | 80.00 |
| 1/31/2025 | Receipt, review and analysis of letter from new mediator, J. Sontchi re: mediation schedule, meetings, and position papers | B320 | BAB | 0.40 | 600.00 | 240.00 |
| | **Total** | | | 131.30 | | **$58,150.00** |

Case 20-10846 Doc 4198 Filed 07/31/25 Entered 07/31/25 14:06:26 Main Document   Page 50 of 80

## FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 5.30 | 600.00 | 3,180.00 |
| AWM | Abigail W. Mock | 27.80 | 200.00 | 5,560.00 |
| BAB | Brandon A. Brown | 4.90 | 600.00 | 2,940.00 |
| BWA | Brooke W. Altazan | 84.00 | 500.00 | 42,000.00 |
| KAH | Kimberly A. Heard | 2.50 | 300.00 | 750.00 |
| NJS | Nicholas J. Smeltz | 1.80 | 400.00 | 720.00 |
| WSR | William S. Robbins | 5.00 | 600.00 | 3,000.00 |

## TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.50 | 600.00 | 300.00 |
| B120 | Asset Analysis and Recovery | 0.20 | 300.00 | 60.00 |
| B130 | Asset Disposition | 2.30 | 508.70 | 1,170.00 |
| B150 | Meetings of and Communications with Creditors | 5.10 | 441.18 | 2,250.00 |
| B160 | Fee/Employment Applications | 5.50 | 434.55 | 2,390.00 |
| B170 | Fee/Employment Objections | 0.40 | 500.00 | 200.00 |
| B180 | Avoidance Action Analysis | 1.70 | 411.76 | 700.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 7.10 | 494.37 | 3,510.00 |
| B310 | Claims Administration and Objections | 2.50 | 536.00 | 1,340.00 |
| B320 | Plan and Disclosure Statement (Including Business | 106.00 | 436.13 | 46,230.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 1/31/2025 | Copies for January 2025 | 113.40 |
| 1/31/2025 | Everlaw for January 2025 | 1,712.00 |
| 1/31/2025 | Pacer for January 2025 | 267.90 |
| | **Total DISBURSEMENTS** | **$2,093.30** |

|  | **Total** | **$60,243.30** |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

**FORTY-SIXTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING FEBRUARY 28, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Sixth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending February 28, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.      SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $64,188.00 (80% of $80,235.00) |
|---|---|
| Total Expenses: | $2,372.63 |
| Total: | $66,560.63 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $66,560.63 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      March 19, 2025                 **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                    By:    */s/ Paul Douglas Stewart, Jr.*
                                           Paul D. Stewart (LA. Bar # 24661)
                                           dstewart@stewartrobbins.com
                                           William S. Robbins (La. #24627)
                                           wrobbins@stewartrobbins.com
                                           Brandon A. Brown (La. #25592)
                                           bbrown@stewartrobbins.com
                                           Brooke W. Altazan (La. # 32796)
                                           baltazan@stewartrobbins.com
                                           301 Main Street; Suite 1640
                                           Baton Rouge, LA 70801
                                           Telephone: (225) 231-9998
                                           Facsimile: (225) 709-9467

                                           *Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR
THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES
Time Period – February 1, 2025 – February 28, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

March 12, 2025

File #: 639-001
Invoice #:     1578

**RE:** Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 2/1/2025 | Attention to discovery issues and communication with Dundon re: same | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 2/2/2025 | Correspondence from H. Barlow re: discovery responses and Christopher Homes valuation, preliminary analysis of same | B320 | BWA | 0.50 | 550.00 | 275.00 |
| 2/2/2025 | Receipt and review of correspondence from H. Barlow re: Second Harvest claims | B190 | BWA | 0.20 | 550.00 | 110.00 |
| 2/3/2025 | Task to associate re: demand letter re: tolled claims, review and revise associate's draft (1.30); Communication with L. Futrell and S. Bryant re: tolling extensions, analysis of same (1.0); Communication with H. Barlow re: Second Harvest claims, analysis of same (.70) | B190 | BWA | 3.00 | 550.00 | 1,650.00 |
| 2/3/2025 | Draft mediation paper (2.10); Communication with M. Mintz and chambers re: virtual status conference, receipt and review of order re: same (.30); Communication with H. Barlow re: discovery responses (.10); Review press reports re: Saints issues and information leaks (.40) | B320 | BWA | 2.90 | 550.00 | 1,595.00 |
| 2/3/2025 | Review stipulation re: motion for leave to file late sexual abuse claim and Debtor's email to chambers re: same | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 2/3/2025 | Analyze recent article in media re: debtor connection with Saints, analyze possible effects additional likely confidential disclosure to media may have on upcoming mediation efforts | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 2/3/2025 | Meeting with B. Altazan re potential action re Second Harvest and tolling agreement (.4); follow up communication with Dundon and B. Altazan re Second Harvest and tolling agreements (.3). | B190 | PDS | 0.70 | 650.00 | 455.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/3/2025 | comparing third extension of tolling agreement with executed copies by Debtor: (a) St. Joseph Abbey and Seminary College; and (b) FL + WB Architects | B190 | NJS | 1.00 | 450.00 | 450.00 |
| 2/3/2025 | gathering monthly fee statements for interim fee applications for Kroll; SRBA; and Dundon | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 2/3/2025 | Revising letter from committee re apostolate's claims (1.9); Analyzing tolling agreement and conducting research re apostolate's claims (2.0) | B190 | AWM | 3.90 | 400.00 | 1,560.00 |
| 2/3/2025 | review and analyze Dundon reports and related materials (.5); consider various media reports (.3) | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 2/3/2025 | Review and revise 45 Notice of Tolled Claims | B190 | WSR | 0.50 | 650.00 | 325.00 |
| 2/4/2025 | Attention to documents from Dundon to upload to Everlaw; emails related to same. | B320 | KAH | 0.20 | 300.00 | 60.00 |
| 2/4/2025 | Meeting with B.Altazan re Rule 2004 assignment (.2); Analyzing the Committee's 2004 requests to the Debtor, emails relating to the Committee's requests, and the Debtor's production to create a spreadsheet to track production (5.0) | B320 | AWM | 5.20 | 400.00 | 2,080.00 |
| 2/4/2025 | Prepare tolling pleadings, communication with counsel for Debtor, Apostolates, Abuse Committee, and UST re: same (2.30); Attention to non-apostolate tolling deadlines (.60); Review Sparta's response to motion to compel (.30); Receipt and review of correspondence filed by clerk into the record (.10); Review motion to withdraw Second Harvest's counsel, analysis of same (.40) | B190 | BWA | 3.70 | 550.00 | 2,035.00 |
| 2/4/2025 | Correspondence to Commercial Committee members re: mediator's letter, further communication with Commercial Committee members and H. Barlow re: same (1.60); Attention to discovery responses, communication with Dundon and task to associate re: same (1.0); Continue drafting mediation paper (4.0) | B320 | BWA | 6.60 | 550.00 | 3,630.00 |
| 2/4/2025 | Receipt and review of Notice of Donlin name change | B110 | BWA | 0.10 | 550.00 | 55.00 |
| 2/4/2025 | analysis of Plan and Mediation issues | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 2/4/2025 | Analyze need for Comm Ctee FA to be present at mediation | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 2/4/2025 | comparing tolling agreement executed by related parties with original | B190 | NJS | 0.50 | 450.00 | 225.00 |
| 2/4/2025 | Review and revise communication to commercial committee members re: mediation matters, timing and attendance | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 2/4/2025 | Multiple communications with commercial committee members re: mediation timing and availability for meeting with mediator | B320 | BAB | 0.50 | 650.00 | 325.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|------|-------------|------|----------|-------|------|--------|
| 2/4/2025 | draft and revise SRBA Eleventh interim application | B160 | NJS | 2.90 | 450.00 | 1,305.00 |
| 2/4/2025 | draft and revise Dundon Tenth Interim Fee App | B160 | NJS | 1.40 | 450.00 | 630.00 |
| 2/5/2025 | Analyzing the Committee's 2004 requests to the Debtor, emails relating to the Committee's requests, and the Debtor's production to create a spreadsheet to track production (5.3); Drafting potential correspondence re Debtor's 2004 document production (1.6) | B320 | AWM | 6.90 | 400.00 | 2,760.00 |
| 2/5/2025 | Attention to acquiring signatures on tolling extensions, finalizing related pleadings, and communication with the Commercial Committee members, Dundon, and counsel for the Debtor, Apostolates, UST, and Abuse Committee re: same (4.40); Telephone conference and email communication with R. Kuebel re: Second Harvest claims (.90) | B190 | BWA | 5.30 | 550.00 | 2,915.00 |
| 2/5/2025 | Prepare for and attend standing call with the Debtor (.80); Attention to discovery issues (.50); Communication with counsel for Debtor and insurance, and chambers re: status conference agenda (.40); Communication with Commercial Committee members re: pre-mediation meeting with mediator (.70) | B320 | BWA | 2.40 | 550.00 | 1,320.00 |
| 2/5/2025 | analysis regarding tolling motion and extension | B190 | WSR | 0.30 | 650.00 | 195.00 |
| 2/5/2025 | Communications with commercial committee members re: mediation availability | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 2/5/2025 | communication with R. Kuebel and B. Altazan re mediation issues. | B320 | PDS | 0.50 | 650.00 | 325.00 |
| 2/6/2025 | Continue drafting mediation paper (7.0); Communication with Judge Sontchi re: mediation logistics (1.40); Attention to discovery issues (.10) | B320 | BWA | 8.50 | 550.00 | 4,675.00 |
| 2/6/2025 | Review Draper's Notice of Appearance and Verified Statement, compare and research against most recent apostolate tolling agreement exhibit and analysis of same (4.30); Communication with Commercial Committee chair re: non-affiliate tolling agreements (.70); Attention to filing NOA for tomorrow's hearing (.10) | B190 | BWA | 5.10 | 550.00 | 2,805.00 |
| 2/6/2025 | Review and revise correspondence to mediator re: commercial committee availability and participation | B320 | BAB | 0.60 | 650.00 | 390.00 |
| 2/6/2025 | communication with B. Altazan re tolling issues. | B190 | PDS | 0.20 | 650.00 | 130.00 |
| 2/6/2025 | Continued drafting potential correspondence to Debtor and Dundon re Debtor's 2004 document production | B320 | AWM | 1.40 | 400.00 | 560.00 |
| 2/6/2025 | consider corporate name change issues as to Apostolates / tolling | B190 | WSR | 0.30 | 650.00 | 195.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/6/2025 | Review latest revisions to Apostolates, analyze and match with entities subject to tolliing agreement and La SOS records, and analyze need for revisions to tolling agreement to reflect new names as reflected in records of La SOS | B190 | BAB | 0.30 | 650.00 | 195.00 |
| 2/6/2025 | Revise mediation position paper, review and analysis of plans and treatment of claims within same | B320 | BAB | 2.30 | 650.00 | 1,495.00 |
| 2/6/2025 | draft and revise Kroll second interim fee application | B160 | NJS | 0.90 | 450.00 | 405.00 |
| 2/6/2025 | Revising Tolling Agreement Exhibit (2.0); conducted Secretary of State business searches re Apostolate Tolling Agreement (.3) | B190 | AWM | 2.30 | 400.00 | 920.00 |
| 2/7/2025 | Continued analysis of necessary edits to apostolate tolling agreement exhibit, communication with counsel for Debtor, Apostolates, and Abuse Committee re: same (1.70); Attention to non-affiliate tolling agreements, including preparation of fully-executed packets and communication with Commercial Committee chair and opposing counsel re: same (2.40); Task to paralegal re: tolling expiration calendaring (.40) | B190 | BWA | 4.50 | 550.00 | 2,475.00 |
| 2/7/2025 | Finalize draft of mediation paper, communication with Commercial Committee members and Dundon re: same (1.90); Attend status conference re: plan related issues (.80) | B320 | BWA | 2.70 | 550.00 | 1,485.00 |
| 2/7/2025 | Further revisions to latest draft of mediation paper | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 2/7/2025 | Conducted Secretary of State Business searches re Apostolate Tolling Agreement (1.3); Revising the third tolling agreement (2.6); Drafting Tolling Agreement Packets (1.3) | B190 | AWM | 5.20 | 400.00 | 2,080.00 |
| 2/7/2025 | consider additional issues as to Apostolates / tolling | B190 | WSR | 0.40 | 650.00 | 260.00 |
| 2/7/2025 | comparing tolling agreements executed by debtor and tolling party with originals for the following entities: (a) St. Ann 2017 (.3); and (b) Louisiana Conference of Catholic Bishops (.3) | B180 | NJS | 0.60 | 450.00 | 270.00 |
| 2/7/2025 | review of, and comments and revisions to, mediation position paper and multiple related communications with B. Altazan. | B320 | PDS | 0.80 | 650.00 | 520.00 |
| 2/10/2025 | continue drafting/revising SRBA eleventh interim fee application | B160 | NJS | 1.00 | 450.00 | 450.00 |
| 2/10/2025 | continue drafting/revising Dundon Tenth Interim Fee Application | B160 | NJS | 0.40 | 450.00 | 180.00 |
| 2/10/2025 | continue drafting/revising Kroll Second Interim Fee Application | B160 | NJS | 0.20 | 450.00 | 90.00 |

| Date | Description | Code | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/2025 | Review motion for leave to file late sexual abuse claim | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 2/10/2025 | Attention to discovery responses, outstanding documents (1.90); Attention to mediation attendance logistics (.20) | B320 | BWA | 2.10 | 550.00 | 1,155.00 |
| 2/10/2025 | Attention to Commercial Committee professionals' interim fee applications | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 2/10/2025 | Communication with Apostolates' attorney re: tolling agreement exhibit (.20); Review Motion to Substitute Attorney filed by Second Harvest (.30) | B190 | BWA | 0.50 | 550.00 | 275.00 |
| 2/10/2025 | Emails and phone call with H. Barlow | B320 | AWM | 1.10 | 400.00 | 440.00 |
| 2/10/2025 | analysis regarding Dundon / discovery issues | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 2/10/2025 | Further analysis of mediation matters, attendance needs | B320 | BAB | 0.80 | 650.00 | 520.00 |
| 2/10/2025 | Communications with commercial committee members re: mediation paper | B150 | BAB | 0.20 | 650.00 | 130.00 |
| 2/11/2025 | Review docket for status of motions to have been heard on 1.16.25. | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 2/11/2025 | Prepare for standing call (1.30); Attention to discovery and feasibility issues (.80); Communication with Dundon re: mediation (.20) | B320 | BWA | 1.00 | 550.00 | 550.00 |
| 2/11/2025 | Lead Commercial Committee meeting, post-meeting analysis | B150 | BWA | 1.00 | 550.00 | 550.00 |
| 2/11/2025 | Attention to tolling agreements, including execution and fully-executed packets as to non-affiliate tolling agreements, and communication with Abuse Committee counsel and Commercial Committee chair re: same (1.90); Receipt and review of order granting motion to substitute counsel (.10) | B190 | BWA | 2.00 | 550.00 | 1,100.00 |
| 2/11/2025 | review and analysis of feasibility, report and mediation issues | B320 | WSR | 0.80 | 650.00 | 520.00 |
| 2/11/2025 | Communications with FA re: mediation availability | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 2/11/2025 | Prepare for and participate in commercial committee meeting re: upcoming mediation | B150 | BAB | 1.10 | 650.00 | 715.00 |
| 2/11/2025 | Analyze status of feasibility analysis, further informational needs to complete same | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 2/11/2025 | Drafting Tolling Agreement Packets | B190 | AWM | 0.20 | 400.00 | 80.00 |
| 2/12/2025 | Standing call with Debtor (.40); Communication with Commercial Committee members re: mediation paper (.20); Attention to discovery issues (.40) | B320 | BWA | 1.00 | 550.00 | 550.00 |

| 2/12/2025 | Revise tolling pleadings and analyze Draper's recently filed Verified Statement as to exhibit, communication with opposing counsel re: same (3.40); Attention to compiling fully-executed non-affiliate tolling agreements, communication with Commercial Committee chair and opposing counsel re: same (.70); Task paralegal with updating tolling-related calendar entries (.30) | B190 | BWA | 4.40 | 550.00 | 2,420.00 |
| 2/12/2025 | Review motion for leave to file late sexual abuse claim and motion to withdraw motion | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 2/12/2025 | Editing Dundon Due Diligence Tracker | B320 | AWM | 0.70 | 400.00 | 280.00 |
| 2/12/2025 | Review and revise correspondence to FA re: feasibility analysis | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 2/12/2025 | Reviewing Docs. 3735 & 3724 for third tolling agreement | B190 | AWM | 0.60 | 400.00 | 240.00 |
| 2/12/2025 | Revise January invoice; prepare MFS | B160 | KAH | 0.90 | 300.00 | 270.00 |
| 2/13/2025 | preparing alternate deadlines to revise and circulate Dundon, SRBA, and Kroll interim fee applications in order to file for next omnibus hearing date | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 2/13/2025 | continue revising Dundon tenth interim fee application | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 2/13/2025 | continue revising Kroll second interim fee application | B160 | NJS | 0.70 | 450.00 | 315.00 |
| 2/13/2025 | email to S. Filieger re Kroll second interim fee application | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 2/13/2025 | continue revising SRBA eleventh interim fee application | B160 | NJS | 0.80 | 450.00 | 360.00 |
| 2/13/2025 | Attention to finalizing apostolate tolling agreement and related pleadings/exhibits, communication with opposing counsel re: same, oversee filing and service (4.4); Review Abuse Committee (.20) and Debtor's (.20) objections to insurers' motion to compel; Communication with L. Futrell re: fully-executed non-affiliate tolling agrements (.20) | B190 | BWA | 5.00 | 550.00 | 2,750.00 |
| 2/13/2025 | Review/revise Commercial Committee professionals' interim fee applications | B160 | BWA | 1.60 | 550.00 | 880.00 |
| 2/13/2025 | Attention to discovery issues (.60); Communication with Commercial Committee members re: mediation paper (.60) | B320 | BWA | 1.20 | 550.00 | 660.00 |
| 2/13/2025 | analysis of corporate / organizational issues relating to committee actions | B150 | WSR | 0.40 | 650.00 | 260.00 |
| 2/13/2025 | Finalize MT Approve Third Ext. of Tolling Agreement and exhibits; MF Exp. Hearing. | B190 | KAH | 0.60 | 300.00 | 180.00 |
| 2/13/2025 | Revising Exhibit A to third Tolling Agreement | B190 | AWM | 1.40 | 400.00 | 560.00 |
| 2/13/2025 | Updating Dundon's Due Diligence List | B320 | AWM | 0.60 | 400.00 | 240.00 |
| 2/13/2025 | Revising Apostolate Tolling Agreement Exhibit A | B190 | AWM | 0.20 | 400.00 | 80.00 |

| Date | Description | Code | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/14/2025 | Prepare Certificate of Service re Order Granting Exp. Hearing on MT Approve Third Extension of Tolling Agreement. | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 2/14/2025 | Review status of appeals/related cases. | B190 | KAH | 0.20 | 300.00 | 60.00 |
| 2/14/2025 | continue revising SRBA eleventh interim fee application | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 2/14/2025 | continue revising Dundon tenth interim fee application | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 2/14/2025 | continue revising Kroll second interim fee application | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 2/14/2025 | Attention to Commercial Committee professional's invoices and fee applications | B160 | BWA | 0.60 | 550.00 | 330.00 |
| 2/14/2025 | Communication with L. Futrell re: non-affiliate tolling agreements (.30); Receipt and review of order granting expedited hearing on apostolate tolling pleadings, attention to service of tolling pleadings and order granting motion to expedite (1.40) | B190 | BWA | 1.70 | 550.00 | 935.00 |
| 2/14/2025 | Attention to discovery issues (.70); Communication with Judge Zive, Judge Sontchi, J. Perry, and Commercial Committee members re: mediation paper (.50) | B320 | BWA | 1.20 | 550.00 | 660.00 |
| 2/14/2025 | Updating Dundon Due Diligence Tracker | B320 | AWM | 1.80 | 400.00 | 720.00 |
| 2/17/2025 | Prepare Dundon's January MFS | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 2/17/2025 | communication to D. Stewart re interim fee applications for Kroll and Dundon | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 2/17/2025 | circulating Dundon Tenth Interim Fee application to H. Barlow and M. Dundon for review/approval | B160 | NJS | 0.20 | 450.00 | 90.00 |
| 2/17/2025 | circulating Kroll Second Interim Fee Application to S. Fliegler and S. Pomerantz for review | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 2/17/2025 | Attention to monthly fee statement issues (.90) and fee application circulation/approval (.60) | B160 | BWA | 1.50 | 550.00 | 825.00 |
| 2/18/2025 | Attention to outstanding discovery | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 2/18/2025 | Review order continuing fee applications | B160 | BWA | 0.20 | 550.00 | 110.00 |
| 2/18/2025 | Attention to tolling status | B190 | BWA | 0.40 | 550.00 | 220.00 |
| 2/18/2025 | Drafting communications to M. Mintz re Debtor's Rule 2004 production | B320 | AWM | 0.60 | 400.00 | 240.00 |
| 2/19/2025 | email to H. Barlow and M. Dundon re Dundon tenth interim application review and approval status | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 2/19/2025 | Attend standing call with Debtor, post-analysis of same (.50); Communication with Mediators and Commercial Committee members re: pre-mediation meeting (.90) | B320 | BWA | 1.40 | 550.00 | 770.00 |
| 2/19/2025 | Attention to finalizing fee applications | B160 | BWA | 0.10 | 550.00 | 55.00 |

| 2/19/2025 | Review memo to the record re: tolling pleadings, oversee submission of order (.40); Review Notice of Agenda and Amended Notice of Agenda (.40) | B190 | BWA | 0.80 | 550.00 | 440.00 |
| 2/19/2025 | Review order on stipulation re: motion for leave to file late sexual abuse claims | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 2/19/2025 | Communications with mediator re: meeting times, analyze committee availabilitiy and communications with committee re: same | B150 | BAB | 0.70 | 650.00 | 455.00 |
| 2/20/2025 | phone call with H. Barlow (Dundon) re interim fee application | B160 | NJS | 0.10 | 450.00 | 45.00 |
| 2/20/2025 | circulating interim fee applications for SRBA, Dundon, and Kroll to Commercial Committee for review and approval | B160 | NJS | 0.30 | 450.00 | 135.00 |
| 2/20/2025 | Attend omnibus hearing (.70); Review motion to withdraw motion to compel Abuse Committee production (.30); Review amended hearing agenda (.30); Review agreed order re: motion to compel Debtor production (.40) | B190 | BWA | 1.70 | 550.00 | 935.00 |
| 2/20/2025 | Attention to finalizing and circulating fee applications | B160 | BWA | 0.20 | 550.00 | 110.00 |
| 2/20/2025 | Communication with Commercial Committee re: pre-mediation meeting (.40); Review order extending Judge Zive's appointment as mediator (.20) | B320 | BWA | 0.60 | 550.00 | 330.00 |
| 2/20/2025 | Review motion for leave to file late sexual abuse claim | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 2/21/2025 | Communication with mediators and Commercial Committee members re: pre-mediation meeting | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 2/21/2025 | Attention to mediation matters, scheduling of committee meeting with J. Sontchi, discussion topics and issues to be raised at meeting | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 2/24/2025 | Review motion to seal and Court's entered order | B190 | BWA | 0.50 | 550.00 | 275.00 |
| 2/25/2025 | Attention to entry of tolling agreement order, review order entered and compare with submitted proposed order | B190 | BWA | 0.90 | 550.00 | 495.00 |
| 2/25/2025 | Attention to discovery issues, outstanding documents | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 2/25/2025 | Receipt and review of Jan MOR | B110 | BAB | 0.50 | 650.00 | 325.00 |
| 2/25/2025 | Communications with H. Barlow re Debtor's 2004 production | B320 | AWM | 0.20 | 400.00 | 80.00 |
| 2/25/2025 | Review Tolling Order | B190 | AWM | 0.30 | 400.00 | 120.00 |

| Date | Description | Task | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/26/2025 | Standing call with Debtor, post analysis of same, particularly with regard to proposed Hope Haven sale (1.20); Attention to outstanding discovery requests, communication with Debtor's counsel re: same (1.0) | B320 | BWA | 2.20 | 550.00 | 1,210.00 |
| 2/26/2025 | review and initial analysis on Hope Haven sale | B130 | WSR | 0.30 | 650.00 | 195.00 |
| 2/27/2025 | Review multiple motions for leave to file late sexual abuse claims | B310 | BWA | 0.90 | 550.00 | 495.00 |
| 2/27/2025 | Review MOR re: professionals paid in relation to cap, update tracking re: same | B160 | BWA | 0.50 | 550.00 | 275.00 |
| 2/27/2025 | Review motion to extend John Perry's appointment as mediator (.40); Prepare for pre-mediation meeting (.40) | B320 | BWA | 0.80 | 550.00 | 440.00 |
| 2/28/2025 | Finalize SRBA, Dundon and Kroll Fee Apps; prepare Notices of Hearings and Certificate of Service. | B160 | KAH | 1.10 | 300.00 | 330.00 |
| 2/28/2025 | Prepare for, attend, and post-analysis of pre-mediation meeting with Judge Sontchi and Commercial Committee members, communication with Commercial Committee members re: same | B320 | BWA | 1.30 | 550.00 | 715.00 |
| 2/28/2025 | Attention to fee application filing | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 2/28/2025 | Preliminary review of letter of intent to purchase property | B130 | BWA | 0.20 | 550.00 | 110.00 |
| 2/28/2025 | Prepare for and participate in conference call with J. Sontchi, mediator, and commercial committee (1.0); post-meeting analysis of comments made by mediator and needs going in to mediation (0.3) | B320 | BAB | 1.30 | 650.00 | 845.00 |
| | **Total** | | | **155.20** | | **$80,235.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 2.20 | 650.00 | 1,430.00 |
| AWM | Abigail W. Mock | 32.60 | 400.00 | 13,040.00 |
| BAB | Brandon A. Brown | 12.80 | 650.00 | 8,320.00 |
| BWA | Brooke W. Altazan | 86.60 | 550.00 | 47,630.00 |
| KAH | Kimberly A. Heard | 3.70 | 300.00 | 1,110.00 |
| NJS | Nicholas J. Smeltz | 12.70 | 450.00 | 5,715.00 |
| WSR | William S. Robbins | 4.60 | 650.00 | 2,990.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.60 | 633.33 | 380.00 |
| B130 | Asset Disposition | 0.50 | 610.00 | 305.00 |
| B150 | Meetings of and Communications with Creditors | 3.40 | 620.59 | 2,110.00 |
| B160 | Fee/Employment Applications | 18.00 | 459.17 | 8,265.00 |
| B180 | Avoidance Action Analysis | 0.60 | 450.00 | 270.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 59.20 | 511.23 | 30,265.00 |
| B310 | Claims Administration and Objections | 2.60 | 550.00 | 1,430.00 |
| B320 | Plan and Disclosure Statement (Including Business | 70.30 | 529.30 | 37,210.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|-------:|
| 1/31/2025 | Project manager time | 525.00 |
| 2/18/2025 | Pacer for February 2025 | 14.30 |
| 2/28/2025 | Everlaw for February 2025 | 1,712.00 |
| 2/28/2025 | Lexis for February 2025 | 30.73 |
| 2/28/2025 | Copies for February 2025 | 90.60 |
| | **Total DISBURSEMENTS** | **$2,372.63** |

**Total**      **$82,607.63**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDOCESE OF NEW ORLEANS** | Chapter 11 |
| Debtor. | Section A |

**FORTY-SEVENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING MARCH 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

Stewart Robbins Brown & Altazan ("SRBA"), counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans (the "Commercial Committee"), hereby submits this Forty-Seventh Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending March 31, 2025 (the "Statement Period"), in accordance with the Court's *General Order Regarding Procedures for Complex Chapter 11 Cases* establishing interim compensation procedures (the "Complex Rules").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

1.      SRBA respectfully submits this Monthly Fee Statement for (i) compensation of fees for reasonable, actual and necessary services rendered by SRBA on behalf of the Commercial Committee during the Statement Period; and (ii) reimbursement of reasonable, actual and necessary expenses incurred by SRBA on behalf of the Commercial Committee during the Statement Period.

2.      SRBA seeks compensation for professional services rendered and reimbursement of expenses incurred during the Statement Period in the amounts set forth as below:

| Total Fees: | $30,876.00 (80% of $38,595.00) |
|---|---|
| Total Expenses: | $2,033.52 |
| Total: | $32,909.52 |

3.      SRBA's invoice covering the Statement Period and providing a detailed statement of hours spent rendering legal services and to the Commercial Committee and detailed list of disbursements made or incurred by SRBA in connection with services performed on behalf of the Commercial Committee during the Statement Period is attached hereto as Exhibit "A."

4.      Pursuant to the Compensation Order, SRBA seeks payment of $32,909.52 from the Debtor for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      No fees in this Statement Period have been incurred relating to the Debtor or OUST's investigation of alleged violations of the protective orders by the Committee and its counsel in this case.

6.      In accordance with the Compensation Order, notice of this Monthly Fee Statement has been served upon the following parties (collectively, as further defined in the Compensation Order, the "Professional Fee Notice Parties"): (a) counsel for the debtor(s); (b) counsel for the prepetition secured lender(s); (c) counsel for any post-petition lender(s); (d) counsel to all official committees; (e) the Office of the United States Trustee; and (f) any other party the Court may designate.

Dated:      April 22, 2025           **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. # 32796)
baltazan@stewartrobbins.com
301 Main Street; Suite 1640
Baton Rouge, LA 70801
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**THE ROMAN CATHOLIC CHURCH FOR**
**THE ARCHDIOCESE OF NEW ORLEANS**

**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – March 1, 2025 – March 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Official Committee of Commercial Unsecured Creditors
James R. Noel, Chairperson
118 Lake Drive
Covington, LA 70433

April 10, 2025

File #:  639-001
Invoice #:      1619

**RE:**  Roman Catholic Church of the Archdiocese of New Orleans

| DATE | DESCRIPTION | Task | LAWYER | HOURS | Rate | AMOUNT |
|------|-------------|------|--------|-------|------|--------|
| 3/3/2025 | Communications with H. Barlow re Debtor's 2004 production (0.1); Update Debtor 2004 production tracker (0.2) | B320 | AWM | 0.30 | 400.00 | 120.00 |
| 3/3/2025 | Communication with Dundon re: discovery responses | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 3/3/2025 | Cursory review of filed stipulations and Debtor's email to chambers re: same | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 3/4/2025 | Cursory review of filed motion for leave to file late claim | B310 | BWA | 0.10 | 550.00 | 55.00 |
| 3/4/2025 | Attention to discovery documents needed for Dundon | B320 | BWA | 0.30 | 550.00 | 165.00 |
| 3/4/2025 | Analyze further discovery needs from debtor, multiple communications with FA re: same | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 3/5/2025 | emails from Debtor and from Abuse Committee regarding mediation / status conference (.3); emails from Dundon regarding discovery requests (.2) | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 3/5/2025 | Communication with parties and chambers re: scheduled status conference | B320 | BWA | 0.90 | 550.00 | 495.00 |
| 3/6/2025 | Review filed stipulations and proposed order re: motions for leave to file late filed claims (.20), and review motion for leave to file late claims (.40) | B310 | BWA | 0.60 | 550.00 | 330.00 |
| 3/6/2025 | Attention to property sales, potential Oakmere offer | B130 | BWA | 0.50 | 550.00 | 275.00 |
| 3/6/2025 | Attention status conference (.70); Review order scheduling status conference (.10); Review and analyze anonymous letter to Court (.50); Communication with Dundon re: outstanding discovery requests (.90) | B320 | BWA | 2.20 | 550.00 | 1,210.00 |
| 3/6/2025 | Review and preliminary analysis of motion to appoint committee | B190 | BWA | 0.80 | 550.00 | 440.00 |
| 3/6/2025 | Review and analyze correspondence from interested party docketed by court | B320 | BAB | 0.10 | 650.00 | 65.00 |

| 3/6/2025 | Multiple communications with FA re: discovery issues, analyze discovery needs on plan | B320 | BAB | 0.60 | 650.00 | 390.00 |
|---|---|---|---|---|---|---|
| 3/6/2025 | emails regarding Dundon discovery issues | B320 | WSR | 0.20 | 650.00 | 130.00 |
| 3/6/2025 | Review and analyze motion to appoint additional committee or appoint certain parties to Tort Commttee filed by certain abuse claimants | B190 | BAB | 0.50 | 650.00 | 325.00 |
| 3/6/2025 | Consider 2114 Oakmere sale issues. | B130 | WSR | 0.30 | 650.00 | 195.00 |
| 3/7/2025 | Consider sale implications on 2114 Oakmere | B130 | WSR | 0.30 | 650.00 | 195.00 |
| 3/7/2025 | Review order rescheduling status conference, attention to same | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 3/7/2025 | Reviewing and summarizing Doc. No. 3805 (1/2 charge) | B190 | AWM | 1.20 | 400.00 | 480.00 |
| 3/10/2025 | analysis of latest purchase offer and possible communications regarding same | B130 | WSR | 0.40 | 650.00 | 260.00 |
| 3/10/2025 | Analysis of Oakmere proposal, communication with Debtor's counsel re: same | B130 | BWA | 1.20 | 550.00 | 660.00 |
| 3/10/2025 | Communications with FA re: discovery needs, confirmation informational needs (0.2); review and analyze same (0.5) | B320 | BAB | 0.70 | 650.00 | 455.00 |
| 3/10/2025 | Conducting research on 11 USC 1102 re: committee motion | B190 | AWM | 4.20 | 400.00 | 1,680.00 |
| 3/11/2025 | analysis of plan and mediation issues | B320 | WSR | 0.70 | 650.00 | 455.00 |
| 3/11/2025 | email regarding property meeting as to sale and cap issues and analysis of related issues (.5); email to Argent counsel (.1) | B130 | WSR | 0.60 | 650.00 | 390.00 |
| 3/11/2025 | Prepare for and lead Commercial Committee meeting | B150 | BWA | 1.40 | 550.00 | 770.00 |
| 3/11/2025 | Communication with counsel for Debtor and Abuse Committee re: Oakmere letter of intent, analysis of related issues | B130 | BWA | 2.10 | 550.00 | 1,155.00 |
| 3/11/2025 | Review appeals dockets and recent pleadings | B190 | BWA | 0.50 | 550.00 | 275.00 |
| 3/11/2025 | Telephone conference with M. Mintz re: plan issues, analysis of same | B320 | BWA | 0.50 | 550.00 | 275.00 |
| 3/11/2025 | Review motion for leave to file late filed sexual abuse claim | B310 | BWA | 0.30 | 550.00 | 165.00 |
| 3/11/2025 | attend committee meeting (.3) | B150 | WSR | 0.30 | 650.00 | 195.00 |
| 3/11/2025 | Conducting research on 11 USC 1102 re committee motion response | B190 | AWM | 1.90 | 400.00 | 760.00 |
| 3/11/2025 | Review and analyze property sale issues for Committee meeting | B130 | WSR | 0.50 | 650.00 | 325.00 |
| 3/12/2025 | analysis of Plan / mediation issues - property issues | B320 | WSR | 0.30 | 650.00 | 195.00 |
| 3/12/2025 | Revisions to February invoice. | B160 | KAH | 0.80 | 300.00 | 240.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/12/2025 | Continue reviewing appeals pleadings (.30); Begin contemplating response to committee composition motion (.50) | B190 | BWA | 0.80 | 550.00 | 440.00 |
| 3/12/2025 | Attention to Commercial Committee professionals' invoices and circulation of same | B160 | BWA | 0.40 | 550.00 | 220.00 |
| 3/12/2025 | Attention to outstanding discovery requests, communication with Debtor's counsel re: same | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 3/12/2025 | Conducting research on 11 USC 1102 re committee motion response (1/2 charge) | B190 | AWM | 0.90 | 400.00 | 360.00 |
| 3/13/2025 | Review memo to records, motions for leave, and order granting stipulations related to motions for leave to file late sexual abuse claims | B310 | BWA | 0.80 | 550.00 | 440.00 |
| 3/13/2025 | Attention to collecting invoices from professionals, issuing monthly fee statements | B160 | BWA | 0.90 | 550.00 | 495.00 |
| 3/14/2025 | Communication with Kroll re: pension status | B220 | BWA | 0.50 | 550.00 | 275.00 |
| 3/14/2025 | Attention to motions for leave to file late claims | B310 | BWA | 0.20 | 550.00 | 110.00 |
| 3/14/2025 | Review and analyze correspondence from mediator re: mediation | B320 | BWA | 0.50 | 550.00 | 275.00 |
| 3/14/2025 | Review proposed monthly fee statements, direction to paralegal re: same | B160 | BWA | 0.90 | 550.00 | 495.00 |
| 3/14/2025 | Updates with Comm Ctee professionals on case developments | B150 | BAB | 0.10 | 650.00 | 65.00 |
| 3/14/2025 | Review sua sponte order scheduling status conference, analysis of same | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 3/15/2025 | Correspondence from insurance counsel and mediator re: mediation attendance | B320 | BWA | 0.20 | 550.00 | 110.00 |
| 3/17/2025 | review issues related to LOI 2114 Oakmere and analysis of bond cap issues related to sales (1.5); conference with Abuse counsel and Debtor Counsel regarding Oakmere LOI (.4) | B130 | WSR | 1.90 | 650.00 | 1,235.00 |
| 3/17/2025 | Detailed review of committee motion, review associate's memo re: same | B190 | BWA | 1.20 | 550.00 | 660.00 |
| 3/17/2025 | Telephone conference with counsel for Debtor and Abuse Committee re: Oakmere LOI | B130 | BWA | 0.80 | 550.00 | 440.00 |
| 3/17/2025 | Attend Court's status conference re: proposed new mediator, analysis and research re: same | B320 | BWA | 1.20 | 550.00 | 660.00 |
| 3/17/2025 | Attention to monthly fee statements (.30); Review Ordinary Course Professional declaration filed by Debtor, assignment to associate re: same (.50) | B160 | BWA | 0.80 | 550.00 | 440.00 |
| 3/17/2025 | Reviewing VNF Ordinary Course Professional declaration and drafting summary | B160 | AWM | 1.10 | 400.00 | 440.00 |

| 3/17/2025 | Review and analyze correspondence between certain insurers' counsel and mediator re: mediation bifurcation, analyze same | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 3/17/2025 | Analyze possible additional mediator in place of J. Perry | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 3/18/2025 | review mediation issues and comunication to Committee regarding proposed new mediator | B320 | WSR | 0.30 | 650.00 | 195.00 |
| 3/18/2025 | Draft, research and communicate with Commercial Committee re: Court's proposed additional mediator (2.40); Communication with mediator's assistance, Commercial Committee chair, and SRBA team re: mediation attendance (.70) | B320 | BWA | 3.10 | 550.00 | 1,705.00 |
| 3/18/2025 | Review associate's findings, communication with Debtor's counsel re: OCP declaration (VNF) | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 3/18/2025 | Reviewing committee motion, drafting summary, and conducting docket review | B190 | AWM | 2.00 | 400.00 | 800.00 |
| 3/18/2025 | Review and revise communications to comm ctee members re: possible additional mediator | B320 | BAB | 0.30 | 650.00 | 195.00 |
| 3/18/2025 | Communications with comm ctee members re: upcoming mediation and availability | B320 | BAB | 0.20 | 650.00 | 130.00 |
| 3/19/2025 | Finalize and circulate SRBA and Dundon's February Monthly Fee Statements | B160 | KAH | 0.20 | 300.00 | 60.00 |
| 3/19/2025 | Prepare for and attend standing call with Debtor (1.0); Communication with mediator's office and internally re: mediation attendance (.40) | B320 | BWA | 1.40 | 550.00 | 770.00 |
| 3/19/2025 | Analyze plan issues and possible issues which may arise in upcoming mediation efforts | B320 | BAB | 1.20 | 650.00 | 780.00 |
| 3/19/2025 | Review Notice of Agenda and Amended Notices of Agenda, communication with chambers re: same (.50); Review Debtor and Abuse Committee's joint response re: additional insurance mediator, analyze same (.40) | B320 | BWA | 0.90 | 550.00 | 495.00 |
| 3/19/2025 | Receipt and review of joint statement from debtor, apostolates and abuse comm re: reappointment of J. Perry as mediator | B320 | BAB | 0.40 | 650.00 | 260.00 |
| 3/19/2025 | Attention to finalize and circulating monthly fee statements | B160 | BWA | 0.30 | 550.00 | 165.00 |
| 3/19/2025 | Review the court's sua sponte order continuing hearing on fee applications | B160 | BWA | 0.10 | 550.00 | 55.00 |
| 3/20/2025 | analysis of plan and mediation issues | B320 | WSR | 0.40 | 650.00 | 260.00 |
| 3/20/2025 | Communication with Commercial Committee re: VNF ordinary course professional declaration, attention to objection deadline for same | B160 | BWA | 1.10 | 550.00 | 605.00 |

| Date | Description | Code | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/20/2025 | Communications with Comm ctee members re: mediation issues, appointment of new insurance mediator, matters scheduled for hearing today | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 3/20/2025 | Communications with committee members re: VNF declaration | B160 | BAB | 0.10 | 650.00 | 65.00 |
| 3/20/2025 | Communications with committee re: results from hearing and extension of Perry's mediator appointment | B320 | BAB | 0.10 | 650.00 | 65.00 |
| 3/20/2025 | Communication with Commercial Committee re: recommendation re: additional mediator (.5); attend hearing on Perry extension (.5); review order extending Perry appointment as submitted to chambers by Debtor and as entered by the Court (.5) | B320 | BWA | 1.50 | 550.00 | 825.00 |
| 3/21/2025 | Attention to and communication with Dundon re: outstanding discovery | B320 | BWA | 0.40 | 550.00 | 220.00 |
| 3/21/2025 | Communications with H. Barlow re Dundon's Due Diligence | B320 | AWM | 0.10 | 400.00 | 40.00 |
| 3/25/2025 | Recommendation and communication with Commercial Committee re: committee composition motion (2.60); Telephone conference with B. Knapp re: committee composition motion (.40) | B190 | BWA | 3.00 | 550.00 | 1,650.00 |
| 3/25/2025 | Receipt and review of Feb MOR | B110 | BAB | 0.60 | 650.00 | 390.00 |
| 3/25/2025 | communications to committee regarding additional committee request; analysis of mediation issues | B320 | WSR | 0.50 | 650.00 | 325.00 |
| 3/26/2025 | Standing call with Debtor, update calendar per discussions (.60); Communication with Debtor's counsel re: discovery status (.50) | B320 | BWA | 1.10 | 550.00 | 605.00 |
| 3/27/2025 | Review Motions for Leave to file late sexual abuse claims | B310 | BWA | 0.40 | 550.00 | 220.00 |
| 3/27/2025 | Research re: potential plan issues in preparation for mediation | B320 | BWA | 2.00 | 550.00 | 1,100.00 |
| 3/28/2025 | Review status of appeals/related cases | B160 | KAH | 0.30 | 300.00 | 90.00 |
| 3/31/2025 | Review bond documents and settlement agreement, analysis of CAP issue (3.8); Communication with Dundon re: mediation (.30); Review Guardian article (.40) | B320 | BWA | 4.50 | 550.00 | 2,475.00 |
| 3/31/2025 | Begin preparation for mediation and review of various filings in case, analyze present positions of parties and possible outcomes for mediation | B320 | BAB | 2.80 | 650.00 | 1,820.00 |
| **Total** | | | | **71.10** | | **$38,595.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| AWM | Abigail W. Mock | 11.70 | 400.00 | 4,680.00 |
| BAB | Brandon A. Brown | 8.50 | 650.00 | 5,525.00 |
| BWA | Brooke W. Altazan | 42.40 | 550.00 | 23,320.00 |
| KAH | Kimberly A. Heard | 1.30 | 300.00 | 390.00 |
| WSR | William S. Robbins | 7.20 | 650.00 | 4,680.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.60 | 650.00 | 390.00 |
| B130 | Asset Disposition | 8.60 | 596.51 | 5,130.00 |
| B150 | Meetings of and Communications with Creditors | 1.80 | 572.22 | 1,030.00 |
| B160 | Fee/Employment Applications | 7.30 | 484.25 | 3,535.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 17.00 | 462.94 | 7,870.00 |
| B220 | Employee Benefits/Pensions | 0.50 | 550.00 | 275.00 |
| B310 | Claims Administration and Objections | 2.70 | 550.00 | 1,485.00 |
| B320 | Plan and Disclosure Statement (Including Business | 32.60 | 579.14 | 18,880.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 3/31/2025 | Pacer for March 2025 | 24.10 |
| 3/31/2025 | Copies for March 2025 | 135.00 |
| 3/31/2025 | Lexis for March 2025 | 162.42 |
| 3/31/2025 | Everlaw for March 2025 | 1,712.00 |
| | **Total DISBURSEMENTS** | **$2,033.52** |

| | | |
|---|---|---|
| | **Total** | **$40,628.52** |

# EXHIBIT B

## (Aggregate Expenses)

| Expense | Amount |
|---|---|
| Copies | $443.60 |
| Everlaw | $6,821.25 |
| PACER | $306.30 |
| Project Manager | $600.00 |
| Lexis | $193.15 |
| **Total** | **$8,364.30** |

# EXHIBIT C

## (Aggregate Fees by Task Code)

| ABA Bankruptcy Project Task Code | Amount | Percent | Hours | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | $1,070.00 | 0.49% | 1.70 | 0.38% | $629.41 |
| B120 Asset Analysis and Recovery | $60.00 | 0.03% | 0.20 | 0.04% | $300.00 |
| B130 Asset Disposition | $10,215.00 | 4.66% | 20.00 | 4.41% | $510.75 |
| B150 Meetings of and Communications with Creditors | $6,870.00 | 3.13% | 13.10 | 2.89% | $524.43 |
| B160 Fee/Employment Applications | $16,430.00 | 7.49% | 35.80 | 7.90% | $458.94 |
| B170 Fee/Employment Objections | $200.00 | 0.09% | 0.40 | 0.09% | $500.00 |
| B180 Avoidance Action Analysis | $970.00 | 0.44% | 2.30 | 0.51% | $421.74 |
| B190 Other Contested Matters (Excluding Assumptions/Rejections) | $54,025.00 | 24.63% | 108.00 | 23.83% | $500.23 |
| B220 Employee Benefits/Pensions | $375.00 | 0.17% | 0.70 | 0.15% | $535.71 |
| B310 Claims Administration and Objections | $5,105.00 | 2.33% | 9.50 | 2.10% | $537.37 |
| B320 Plan and Disclosure Statement (Including Business Plan) | $124,070.00 | 56.55% | 261.60 | 57.71% | $474.27 |
| **Total** | **$219,390.00** | **100.00%** | **453.30** | **100.00%** | **$483.98** |

# EXHIBIT D

## (Aggregate Valuation of Services Chart)

| Professional | Title | Year Licensed | Blended Rate | Amount | Percent | Hours | Percent |
|---|---|---|---|---|---|---|---|
| Abigail W. Mock | Associate | LA - 2024 | $296.94 | $27,140.00 | 12.37% | 91.40 | 20.16% |
| Brandon A. Brown | Member | LA - 1998 | $634.13 | $19,785.00 | 9.02% | 31.20 | 6.88% |
| Brooke W. Altazan | Member | LA - 2009 | $523.83 | $141,800.00 | 64.63% | 270.70 | 59.72% |
| Kimberly A. Heard | Paralegal | N/A | $300.00 | $3,330.00 | 1.52% | 11.10 | 2.45% |
| Nicholas J. Smeltz | Associate | LA - 2019 | $438.02 | $7,315.00 | 3.33% | 16.70 | 3.68% |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | $611.22 | $5,990.00 | 2.73% | 9.80 | 2.16% |
| William S. Robbins | Member | LA - 1996 | $626.34 | $14,030.00 | 6.40% | 22.40 | 4.94% |
| **Total** | | | **$483.98** | **$219,390.00** | **100.00%** | **453.30** | **100.00%** |

1

# EXHIBIT E

# (Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                          **CASE NO. 20-10846**

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                   **SECTION "A"**
**NEW ORLEANS**

   *Debtor[1]*                                       **CHAPTER 11**

---

**ORDER**

---

   Before the Court is the *Twelfth Interim Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of December 1, 2024 through March 31, 2025* [ECF Doc. _____] (the "Interim Application") filed by Stewart Robbins Brown & Altazan, LLC ("SRBA"). The Court finds that the Interim Application was properly served in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules, incorporated appropriate notice language and no objection has been filed by any party. After reviewing the Interim Application, the Court has determined the services and expenses indicated in the Interim Application were reasonable, actually rendered, and necessary to represent the interests of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

   Considering the record and pleadings, the applicable law, and finding good cause,

   **IT IS ORDERED** that the Interim Application is **APPROVED**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

**IT IS FURTHER ORDERED** that SRBA is allowed and awarded, on an interim basis, for the period of December 1, 2024 through March 31, 2025 (the "Interim Application Period"), fees in the amount of $219,390.00 and expenses in the amount of $8,364.30, totaling $227,754.30 (the "Award") incurred in connection with its representation of the Commercial Committee.

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the Award to SRBA promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to SRBA for its fees and expenses incurred representing the Commercial Committee during the Interim Application Period as authorized under Section XV(C) of the *Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana*.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures (if applicable), and any Order issued by this Court limiting notice and file a certificate of service into the record.