UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

The Court held a hearing on July 31, 2025, to consider the *Joint Expedited Motion To Extend Appointments of John W. Perry, Jr. and Judge Christopher Sontchi (Ret.) as Mediators* (the "Motion"), [ECF Doc. 4164], filed jointly by the Debtor, the Apostolates, and the Official Committee of Unsecured Creditors; and the objection to the Motion, [ECF Doc. 4183], filed by Certain Sexual Abuse Survivors.[1]

The Court has considered the Motion and the record of this Chapter 11 Case and finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B) and (O); and (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors.

Accordingly, and for the reasons stated on the record,

**IT IS ORDERED** that the opposition is overruled and the Motion is **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that the *Order* dated March 11, 2024, [ECF Doc. 2892], (the "Perry Mediation Order"), appointing John W. Perry, Jr. ("Mr. Perry") as an additional mediator, effective February 1, 2024, for an initial period of 120 days, as amended by: (a) the

---

[1] Certain Sexual Abuse Survivors are identified in the opposition to the Motion.

*Order* dated May 17, 2024, [ECF Doc. 3036], extending Mr. Perry's appointment through September 28, 2024; (b) the *Order* dated October 21, 2024, [ECF Doc. 3430], extending Mr. Perry's appointment through March 31, 2025; (c) the *Order* dated March 20, 2025, [ECF Doc. 3843], extending Mr. Perry's appointment through May 30, 2025; and (d) the *Order* dated May 23, 2025, [ECF Doc. 4029], extending Mr. Perry's appointment through July 31, 2025, shall be modified to extend Mr. Perry's appointment through October 31, 2025.

**IT IS FURTHER ORDERED** that the *Order* dated January 24, 2025, [ECF Doc. 3694], (the "Sontchi Mediation Order"), appointing Hon. Christopher Sontchi (Ret.) ("Judge Sontchi") as an additional mediator for a period of 120 days, as amended by the *Order* dated May 23, 2025, [ECF Doc. 4029], extending Judge Sontchi's appointment through July 31, 2025, shall be modified to extend Judge Sontchi's appointment through October 31, 2025.

**IT IS FURTHER ORDERED** that all other provisions of the Perry Mediation Order, the Sontchi Mediation Order, and the *Order Granting Joint Motion to Appoint Mediator* dated September 15, 2021, [ECF Doc. 1058], appointing United States Bankruptcy Judge Gregg W. Zive to mediate this Chapter 11 Case, shall remain in effect.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, August 1, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE