# Electronic Appearance Sheet For Hearing Before Judge Meredith S. Grabill
## 7/31/2025

| First Name | Last Name | Firm | Client Name |
| --- | --- | --- | --- |
| David | Walle | Bienvenu, Foster, Ryan & O'Bann | Catholic Mutual |
| Michael | Rubenstein | Liskow | SPARTA |
| James | Stang | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Andrew | Caine | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Iain | Nasatir | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Karen | Dine | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Omer F. | Kuebel III | Troutman Pepper Locke LLP | Official Committee of Unsecured Creditors |
| Bradley | Knapp | Troutman Pepper Locke LLP | Official Committee of Unsecured Creditors |
| Steven | Bryant | Troutman Pepper Locke LLP | Official Committee of Unsecured Creditors |
| Brooke | Altazan | Stewart Robbins Brown & Altazan | Commercial Committee |
| Brandon | Brown | Stewart Robbins Brown & Altazan | Commercial Committee |
| Nicholas | Smeltz | Stewart Robbins Brown & Altazan | Commercial Committee |
| Douglas | Draper | Heller, Draper | Appostolates |
| Emma | Jones | O'Melveny & Myers LLP | U.S. Fire Insurance Company; International Insurance Company |
| Patrick | Maxcy | Dentons US LLP | Travelers entities |
| Michael | Landis | Heller Draper | Apostolates |