# EXHIBIT 1

# Joint Plan

# Filed at ECF No. _____