# EXHIBIT 2

# Feasibility Projections of the Joint Plan

**FEASIBILITY NOTES**

1) The Joint Plan requires that on December 31, 2025, the Debtor and the Additional Debtors contribute $130,000,000 to the Settlement Trust. The $130,000,000 payment comes from the following sources: $5,000,000 from the Non-Debtor Catholic Entities; a cash amount from the Additional Debtors equal to $60,000,000; and a cash amount from the Debtor equal to $65,000,000.

2) The Joint Plan also requires the Debtor and Additional Debtors to issue a $20,000,000 note payable to the Settlement Trust. The note calls for four annual payments of $5,000,000 each. This analysis assumes that the note will be paid by the seller of the Affordable Housing Facilities in 2026 from proceeds from the sale of the Affordable Housing Facilities.

3) This analysis assumes that the Debtor will owe $6,500,000 in administrative expenses on the Effective Date. This figure is comprised of US Trustee fees under 28 U.S.C. § 1930 for the third and fourth quarters of 2025, the payment of fees that were previously allowed but not paid through December 31, 2025, and estimated professional fees for the Debtor and the Creditors' Committees. The various professionals for this case have provided fee estimates for the period through December 31, 2025.

4) The proforma attached to this analysis is provided solely to reflect that payments due to the Bondholders can be funded from the operations of the Archdiocese from the Effective Date through the ten-year payment period to the Bondholders.

5) The analysis does not assign a specific value to the policies of the Non-Settling Insurers, which will be assigned to the Settlement Trust.

{00383894-1}

6) The analysis also excludes proceeds from the sale of the Affordable Housing Facilities that ultimately will be paid to the Settlement Trust.

7) The analysis includes the Debtor's operations for its administrative offices, schools, and its two parishes (Our Lady of Guadalupe and the St. Louis Cathedral). The feasibility analysis reflects the Debtor's cash flows which include operational and non-operational items, including capital expenditures.

8) As of June 30, 2026, the Debtor will have approximately $48.5 million in unrestricted cash and investments. This amount includes cash of $20.8 million which represents ninety days of working capital for the Debtor's administrative offices. The additional funds are necessary to protect against non-operational contingencies such as: (a) non-payment by FEMA on capital expenditures; (b) any adverse weather event (which is not contemplated in these projections); (c) unknown repairs of a capital nature; (d) availability of funds to make Note payments to the Settlement Trust in the event a sale of the Affordable Housing Facilities is less than expected or delayed; or (e) a general downturn in donations or collections due to economic reasons or political reasons.

9) The accompanying spreadsheet depicting the feasibility analysis references certain explanatory footnotes as follows:

    a. Note 1: The beginning cash balance is per the May 31, 2025 Monthly Operating Report. Cash includes funds in segregated accounts totaling $45,070,571 and excludes tuition loan receivables classified as cash in the MOR.

    b. Note 2: Assumes an Effective Date of December 31, 2025.

    c. Note 3: Assumes a medium gross sale price of Christopher Homes of approximately $142 million.

    d. Note 4: Based on current settlements with Settling Insurers. Not all Insurers are Settling Insurers.

{00383894-1}

    e. Note 5: Comprised of $76,170,740 of Portfolio A unrestricted, plus $23,221,806 of Portfolio B unrestricted, less high school deferred revenue of $20,820,614 as of May 31, 2025.

    f. Note 6: Includes $60 million from Additional Debtors, $5 million from Non-Debtor Catholic Entities, $29.75 million from Settling Insurers, and $44.71 million from Christopher Homes sale which flows directly to the Settlement Trust.

    g. Note 7: Includes $60 million from Additional Debtors, $5 million from Non-Debtor Catholic Entities, $29.75 million from Settling Insurers, $44.71 million from Christopher Homes sale which flows directly to the Settlement Trust, $20 million accelerated paydown on the Notes to the Settlement Trust from the Debtor and Additional Debtors' portion of the Christopher Homes sales proceeds, and $65 million from the Debtor.

10) A separate exhibit reflecting the feasibility of the Additional Debtors' $60,000,000 payment due on the Effective Date has not been prepared. A review of Disclosure Statement Exhibit 4 (consisting of the balance sheets of the Additional Debtors, including cash, investments, and real estate) shows sufficient assets to make the Effective Date payment.

**The Archdiocese of New Orleans**
**Case No.: 20-10846**

**Plan of Reorganization Cash Flow Projections**

| | Budget Fiscal 2025-26 | Effective Date and Six Months Ended June 30, 2026 | Plan Fiscal Year June 30, 2027 | Plan Fiscal Year June 30, 2028 | Plan Fiscal Year June 30, 2029 | Notes |
|---|---|---|---|---|---|---|
| **Administrative Offices** | | | | | | |
| Archdiocesan Support - Assessments | $ 11,027,450 | $ 5,513,725 | $ 11,027,450 | $ 11,027,450 | $ 11,027,450 | Flat revenue stream |
| Priest Health Insurance and Retirement - Assessments | 3,398,198 | 1,699,099 | 3,500,144 | 3,605,148 | 3,713,303 | 3% CPI |
| Insurance Income - Assessments | 46,087,487 | 23,043,744 | 48,391,861 | 50,811,454 | 53,352,027 | 5% estimated increase per annum |
| Fee Revenue | 5,393,152 | 2,696,576 | $ 5,554,947 | $ 5,721,595 | $ 5,893,243 | 3% CPI |
| Contributions and Grants | 2,008,009 | 1,004,005 | $ 2,068,249 | $ 2,130,297 | $ 2,194,206 | 3% CPI |
| Rents and Royalties | 380,396 | 190,198 | $ 391,808 | $ 403,562 | $ 415,669 | 3% CPI |
| Interest Income - DLS Loans | 2,840,200 | 1,420,100 | 1,700,000 | 1,900,000 | 2,100,000 | Loans receivable and insurance financing for 2027 FY forward |
| Miscellaneous Income | 515,414 | 257,707 | $ 530,876 | $ 546,803 | $ 563,207 | 3% CPI |
| Investment Income | 2,885,600 | 1,442,800 | 900,000 | 900,000 | 900,000 | 4.5% on $20 million Portfolio A and B for 2027 FY forward |
| **Operating Cash Inflows** | $ 74,535,906 | $ 37,267,953 | $ 74,065,335 | $ 77,046,309 | $ 80,159,104 | |
| | | | | | | |
| Advertising & Promotion | $ 132,150 | $ 66,075 | $ 136,115 | $ 140,198 | $ 144,404 | 3% CPI |
| Contractual Services | 2,649,590 | 1,324,795 | $ 2,729,078 | $ 2,810,950 | $ 2,895,279 | 3% CPI |
| Grants & Contributions | 1,623,589 | 811,795 | $ 1,672,297 | $ 1,722,466 | $ 1,774,140 | 3% CPI |
| Insurance | 44,792,037 | 22,396,019 | $ 47,031,639 | $ 49,383,221 | $ 51,852,382 | 5% gross increase per annum |
| Interest | 5,210,000 | 2,605,000 | $ 4,807,000 | $ 4,783,000 | $ 4,757,000 | 3% on $150 million Portfolio B custodial funds plus bond interest |
| Ministry Services | 1,255,850 | 627,925 | $ 1,293,526 | $ 1,332,331 | $ 1,372,301 | 3% CPI |
| Miscellaneous | 148,917 | 74,459 | $ 153,385 | $ 157,986 | $ 162,726 | 3% CPI |
| Occupancy | 916,474 | 458,237 | $ 943,968 | $ 972,287 | $ 1,001,456 | 3% CPI |
| Office Expenses | 1,203,284 | 601,642 | $ 1,239,383 | $ 1,276,564 | $ 1,314,861 | 3% CPI |
| Payroll Tax & Employee Benefits | 2,235,932 | 1,117,966 | $ 2,303,010 | $ 2,372,100 | $ 2,443,263 | 3% CPI |
| Priest Housing & Living | 144,426 | 72,213 | $ 148,759 | $ 153,222 | $ 157,818 | 3% CPI |
| Priest Medical | 2,930,935 | 1,465,468 | $ 3,018,863 | $ 3,109,429 | $ 3,202,712 | 3% CPI |
| Priest Retirement | 1,630,000 | 815,000 | $ 1,678,900 | $ 1,729,267 | $ 1,781,145 | 3% CPI |
| Repairs & Maintenance | 800,589 | 400,295 | $ 824,607 | $ 849,345 | $ 874,825 | 3% CPI |
| Salaries & Wages | 8,204,365 | 4,102,183 | $ 8,450,496 | $ 8,704,011 | $ 8,965,131 | 3% CPI |
| Seminarian Assistance & Education | 1,120,000 | 560,000 | $ 1,153,600 | $ 1,188,208 | $ 1,223,854 | 3% CPI |
| Special Events | 353,575 | 176,788 | $ 364,182 | $ 375,108 | $ 386,361 | 3% CPI |
| Staff Development | 362,456 | 181,228 | $ 373,330 | $ 384,530 | $ 396,065 | 3% CPI |
| Subcriptions & Dues | 526,965 | 263,483 | $ 542,774 | $ 559,057 | $ 575,829 | 3% CPI |
| Travel, Meals, & Entertainment | 135,074 | 67,537 | $ 139,126 | $ 143,300 | $ 147,599 | 3% CPI |
| **Operating Cash Outflows** | $ 76,376,208 | $ 38,188,104 | $ 79,004,035 | $ 82,146,579 | $ 85,429,151 | |
| | | | | | | |
| **Net Operating Cash Flow - Administrative** | $ (1,840,302) | $ (920,151) | $ (4,938,700) | $ (5,100,270) | $ (5,270,047) | |
| | | | | | | |
| Net Operating Cash Flow - High Schools | $ (800,000) | (400,000) | $ (900,000) | $ (900,000) | $ (900,000) | |
| Net Operating Cash Flow - Parishes | $ (200,000) | (100,000) | $ (400,000) | $ (400,000) | $ (200,000) | |
| **Total Net Operating Cash Flow** | $ (2,840,302) | $ (1,420,151) | $ (6,238,700) | $ (6,400,270) | $ (6,370,047) | |
| | | | | | | |
| **Non-Operating Cash Inflow / (Outflow)** | | | | | | |
| Sale of Assets | $ 5,100,000 | $ 1,500,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | |
| A/R Collections | - | - | - | - | - | Assumes static balance |
| Notes Receivable Principal Collections | $ 500,000 | $ 250,000 | $ 500,000 | $ 500,000 | $ 500,000 | |
| Reorganization Expenses | $ (8,000,000) | $ (2,000,000) | - | - | - | |
| Cap-Ex/Deferred Maintenance | $ (500,000) | $ (250,000) | $ (500,000) | $ (500,000) | $ (500,000) | |
| Portfolio B Deficit Funding | $ (2,400,000) | $ (2,400,000) | $ (4,800,000) | $ (4,800,000) | $ (4,800,000) | |
| (Hurricane Repairs) FEMA Grant, net | $ (12,000,000) | $ (6,000,000) | $ 3,000,000 | $ 10,000,000 | $ 10,000,000 | FEMA forecast on additional costs and reimbursement |
| **Net Non-Operating Cash Inflow / (Outflow)** | $ (17,300,000) | $ (8,900,000) | $ 200,000 | $ 7,200,000 | $ 7,200,000 | |
| | | | | | | |
| **Net Cash Flow** | $ (20,140,302) | $ (10,320,151) | $ (6,038,700) | $ 799,730 | $ 829,953 | |
| | | | | | | |
| [1] Beginning Cash | $ 64,558,770 | $ 54,738,619 | $ 27,771,716 | $ 19,573,046 | $ 18,188,752 | |
| | | | | | | |
| **Ending Cash** | $ 44,418,468 | $ 44,418,468 | $ 21,733,017 | $ 20,372,776 | $ 19,018,706 | |
| Restricted Cash | $ 1,876,996 | $ 1,876,996 | $ 1,876,996 | $ 1,876,996 | $ 1,876,996 | Assumes constant restricted cash, including grant money |
| Unrestricted Cash | $ 42,541,472 | $ 42,541,472 | $ 19,856,021 | $ 18,495,780 | $ 17,141,710 | |
| [5] Unrestricted Investments | $ 78,570,932 | $ 78,570,932 | $ - | $ - | $ - | |
| | | | | | | |
| **3rd Party Sources of Payments Under the Joint Plan** | | | | | | |
| [4] Insurance Contributions | $ - | 29,275,000 | $ - | $ - | $ - | |
| [6] Other Catholic Organizations' Contributions | $ - | 85,000,000 | $ - | $ - | $ - | |
| [3] Proceeds from Sale of Christopher Homes to Settlement Trust | - | 44,710,000 | - | - | - | |
| **Total 3rd Party Payments Under the Joint Plan** | $ - | $ 158,985,000 | $ - | $ - | $ - | |
| | | | | | | |
| Less : 90 Days Working Capital for Debtor | | $ (20,751,009) | | | | |
| | | | | | | |
| **Unrestricted Cash Available for Plan Payments** | $ 121,112,404 | $ 259,346,395 | $ 19,856,021 | $ 18,495,780 | $ 17,141,710 | |

**The Archdiocese of New Orleans**
**Case No.: 20-10846**

| Plan of Reorganization Cash Flow Projections | Budget Fiscal 2025-26 | Effective Date and Six Months Ended June 30, 2026 | Plan Fiscal Year June 30, 2027 | Plan Fiscal Year June 30, 2028 | Plan Fiscal Year June 30, 2029 | Notes |
|---|---|---|---|---|---|---|
| **Administrative Offices** | | | | | | |
| **Plan Payments** | | | | | | |
| **Administrative Claims** | | | | | | |
| Legal Fees | $ - | $ 5,000,000 | $ - | $ - | $ - | |
| Other Professional Fees | $ - | $ 1,000,000 | $ - | $ - | $ - | Includes claim reviewer |
| UST Fees | $ - | $ 500,000 | $ - | $ - | $ - | |
| **Administrative Claims** | $ - | $ 6,500,000 | $ - | $ - | $ - | |
| **Claims** | | | | | | |
| Class 1 - Other Priority | $ - | $ - | $ - | $ - | $ - | |
| Class 2 - Secured | $ - | $ - | $ - | $ - | $ - | |
| Class 3 - Known Abuse Claims | $ - | $ 223,985,000 | $ - | $ - | $ - | [7] |
| Class 4 - Unknown Abuse Claims | $ - | $ - | $ - | $ - | $ - | |
| Class 5 - Non-Insurer Contribution Claims | $ - | $ - | $ - | $ - | $ - | |
| Class 6 - Bond Claims Principal | $ - | $ 589,679 | $ 282,975 | $ 307,028 | $ 333,125 | |
| Class 7 - General Unsecured Claims and Unsecured Trade | $ - | $ 500,000 | $ - | $ - | $ - | |
| Class 8 - Non-Abuse Personal Injury Claims - Debtor | $ - | $ - | $ - | $ - | $ - | |
| Class 9 - Unsecured Trade Claims - Additional Debtors | $ - | $ - | $ - | $ - | $ - | |
| Class 10 - Additional Debtors' Non-Trade Unsecured Claims | $ - | $ - | $ - | $ - | $ - | |
| **Total Claims** | $ - | $ 225,074,679 | $ 282,975 | $ 307,028 | $ 333,125 | |
| **Total Plan Payments** | $ - | $ 231,574,679 | $ 282,975 | $ 307,028 | $ 333,125 | |
| **Ending Unrestricted Cash After Plan Payments** | $ 121,112,404 | $ 27,771,716 | $ 19,573,046 | $ 18,188,752 | $ 16,808,585 | |