# EXHIBIT 6

# Immovable Property of the Debtor

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Orleans / Jefferson | NOT VERIFIED *SEE NOTE IN TAX PARCEL ID | (Now Orleans Parish) | | $100.0 | Unknown Value | | Unknown Value |
| Lafourche | n/a | (Unknown) | | $100.0 | Unknown Value | | Unknown Value |
| St. Bernard | N/A | (Unknown) | | $100.0 | Unknown Value | | Unknown Value |
| Lafourche | Brule Guillot Road | (Vacant Land) | | $100.0 | Unknown Value | | Unknown Value |
| Jefferson | 1000 Salesian Lane (a/k/a 5501 Westbank Expy, 1000 Barataria Blvd.) Marrero, LA 70072 | Academy of Our Lady | $ 12,145,000.00 | $8,501,500.0 | | | Activee School |
| Jefferson | 8800 Veterans Memorial Blvd. Metairie, LA 70003 | Archbishop Chapelle High School | $ 5,910,000.00 | $4,137,000.0 | Archbishop Chapelle High School | This was a campus valuation | Active School |
| Jefferson | Fulton St. / Montana Ave. | Archbishop Chapelle High School | -- | $0.0 | Archbishop Chapelle High School | This was a campus valuation | Active School |
| Jefferson | Veterans Memorial Blvd. Metairie, LA 70003 | Archbishop Chapelle High School | | $0.0 | Archbishop Chapelle High School | This was a campus valuation | Active School |
| Jefferson | Veterans Memorial Blvd. Metairie, LA 70003 | Archbishop Chapelle High School | -- | $0.0 | Archbishop Chapelle High School | This was a campus valuation | Active School |
| St. Tammany | 71324 Hwy 1077 Covington, LA 70433 | Archbishop Hannan High School | $ 8,515,000.00 | $5,960,500.0 | | | Active School |
| Jefferson | 1901 Severn Ave. Metairie, LA 70001 | Archbishop Rummel High School | -- | $0.0 | Archbishop Rummel High School | This was a campus valuation | Active School |
| Jefferson | 2113 N. Hullen St. Metairie, LA 70001 | Archbishop Rummel High School | $ 5,575,000.00 | $3,902,500.0 | Archbishop Rummel High School | This was a campus valuation | Active School |
| Jefferson | Field at W. Napoleon and Severn Avenue Metairie, LA 70001 | Archbishop Rummel High School | | $0.0 | Archbishop Rummel High School | This was a campus valuation | Active School |
| Jefferson | 1000 Salesian Lane (a/k/a 5501 Westbank Expy, 1000 Barataria Blvd.) Marrero, LA 70072 | Archbishop Shaw High School only | $ 6,405,000.00 | $4,483,500.0 | | | Active School |
| Jefferson | 5500 St. Mary St. Metairie, LA 70006 | Archdiocese of New Orleans Retreat Center | $ 3,810,000.00 | $2,667,000.0 | Archdiocese of New Orleans Retreat Center | This was a campus valuation | Active retreat House |

1

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 3 of 15

Archdiocese Debtor Test Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Jefferson | Metairie, LA 70006 | Archdiocese of New Orleans Retreat Center | | $0.0 | Archdiocese of New Orleans Retreat Center | This was a campus valuation | Active retreat House |
| St. John the Baptist | 1809 Greenwood Dr. LaPlace, LA 70068 | Ascension of Our Lord Catholic Church | $ 2,085,000.00 | $1,459,500.0 | Ascension of Our Lord Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. John the Baptist | 2004 East Frisco Dr. LaPlace, LA 70068 | Ascension of Our Lord Catholic Church | $ 100,000.00 | $70,000.0 | Ascension of Our Lord Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. John the Baptist | 1900 Greenwood Dr LaPlace, LA 70068 | Ascension of Our Lord Catholic Church | | $0.0 | Ascension of Our Lord Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. John the Baptist | 799 Fairway Dr. (Corner Of Greenwood Dr. & Fairway) LaPlace, LA 70068 | Ascension of Our Lord Catholic Church | | $0.0 | Ascension of Our Lord Catholic Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 172 Andre Dung Lac Dr. Avondale, LA 70094 | Assumption of Mary Church | $ 635,000.00 | $444,500.0 | Assumption of Mary Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Avondale, LA 70094 | Assumption of Mary Church | | $0.0 | Assumption of Mary Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Avondale, LA 70094 | Assumption of Mary Church | | $0.0 | Assumption of Mary Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Avondale, LA 70094 | Assumption of Mary Church | | $0.0 | Assumption of Mary Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Avondale, LA 70094 | Assumption of Mary Church | | $0.0 | Assumption of Mary Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Avondale, LA 70094 | Assumption of Mary Church | | $0.0 | Assumption of Mary Church | This was a campus valuation | Active Parish and/or community |
| Orleans | | Blessed Francis Xavier Seelos RCC, New Orleans LA | $ 750,000.00 | $525,000.0 | Partial ownership | | Active Parish and/or community |
| Orleans | 14400 Peltier Dr. New Orleans, LA 70129 | CAC Thanh Tu Dao | $ 175,000.00 | $122,500.0 | CAC Thanh Tu Dao | This was a campus valuation | Active Parish and/or community |
| Orleans | 14408 Peltier Dr. New Orleans, LA 70129 | CAC Thanh Tu Dao | -- | $0.0 | CAC Thanh Tu Dao | This was a campus valuation | Active Parish and/or community |
| Orleans | 14418 Peltier Dr. New Orleans, LA 70129 | CAC Thanh Tu Dao | -- | $0.0 | CAC Thanh Tu Dao | This was a campus valuation | Active Parish and/or community |
| Orleans | 14424 Peltier Dr. New Orleans, LA 70129 | CAC Thanh Tu Dao | -- | $0.0 | CAC Thanh Tu Dao | This was a campus valuation | Active Parish and/or community |

Archdiocese Debtor Test Property of
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Orleans | 1037 Audubon St. New Orleans, LA 70118 | Catholic Center at Tulane University | $ 1,645,000.00 | $1,151,500.0 | | | Active Parish and/or community |
| Orleans | 2814 S Carrollton Ave New Orleans, LA 70125 | Catholic Counseling Services | $ 825,000.00 | $577,500.0 | | | Active Organization |
| Orleans | 1100-1116 Chartres St. New Orleans, LA 70116 | Catholic Cultural Heritage Center / Old Ursuline Covenant / St. Mary Church | $ 6,725,000.00 | $4,707,500.0 | Convent | | Active Organization |
| Jefferson | 4337 Sal Lentini Pkwy Kenner, LA 70065 | Divine Mercy Church | $ 9,790,000.00 | $6,853,000.0 | | | Active Parish and/or community |
| Jefferson | Metairie, LA 70003 | Elmwood Canal Property | | $1,000.0 | Unknown Value | | Unknown Value |
| Plaquemines | n/a | Fronts on Mississippi River (1 Arpent x 40 arpents) | | $1,000.0 | Value not knowmn | | Active Parish and/or community |
| Jefferson | 4812 W Napoleon Ave. Metairie, LA 70001 | Hanmaum Korean Catholic Chapel | $ 600,000.00 | $420,000.0 | | | Active Parish and/or community |
| St. Charles | 155 Holy Family Ave. Luling, LA 70070 | Holy Family Church | $ 1,535,000.00 | $1,074,500.0 | | | Active Parish and/or community |
| Jefferson | 1701 Bridge City Ave. Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | $ 1,150,000.00 | $805,000.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 425 10Th St. Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |

3

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 5 of 15

Archdiocese Debtor Test Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Bridge City, LA, 70096 | Holy Guardian Angels Mission Church | -- | $0.0 | Holy Guardian Angels Mission Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 16883 River Road Hahnville, LA 70057 | Holy Rosary Cemetery | | $0.0 | Cemetery | | Active Parish and/or community |
| Orleans | 6201 Stratford Pl New Orleans, LA 70131 | Holy Spirit Catholic Church | $ 760,000.00 | $532,000.0 | | | Active Parish and/or community |
| Orleans | 1201 Oretha Castle Haley Blvd., New | John the Baptist Head Start | $ 250,000.00 | $175,000.0 | estimate only | | Active Organization |
| St. Tammany | Rue De La Paix or Port Louis Access Road Madisonville, LA 70447 | Land/Swamp | | $1,000.0 | Unknown Value | | Unknown Value |
| Terrebonne | 209 South Hollywood Rd. | Maria Immaculate Catholic Church | | $0.0 | Houma | | Houma |
| St. Tammany | 1501 W. Causeway Approach Mandeville, LA 70471 | Mary Queen of Peace | $ 4,865,000.00 | $3,405,500.0 | | | Active Parish and/or community |
| Orleans | | Mary Queen of Vietnam | | $0.0 | Mary Queen of Vietnam | This was a campus valuation | Active Parish and/or community |
| Orleans | | Mary Queen of Vietnam | | $0.0 | Mary Queen of Vietnam | This was a campus valuation | Active Parish and/or community |
| Orleans | 13900 Dwyer Blvd. (A/K/A 5069 Willowbrook Dr.) | Mary Queen of Vietnam | $ 915,000.00 | $640,500.0 | Mary Queen of Vietnam | This was a campus valuation | Active Parish and/or community |
| Orleans | 14001 Dwyer Blvd. New Orleans, LA 70129 | Mary Queen of Vietnam | | $0.0 | Mary Queen of Vietnam | This was a campus valuation | Active Parish and/or community |
| Orleans | | Mary Queen of Vietnam | | $0.0 | Mary Queen of Vietnam | This was a campus valuation | Active Parish and/or community |

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 6 of 15

Archdiocese Debtor Real Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| St. Tammany | 4465 Hwy. 190 West Covington, LA 70433 | Most Holy Trinity Church / Archdiocese of New Orleans' Northshore Pastoral Center | $ 1,075,000.00 | $752,500.0 | | | Active Parish and/or community |
| Orleans | 4901 Alsace St. New Orleans, LA 70129 | Multifamily Residential Structure | $ 190,000.00 | $133,000.0 | | | Active Housing Entity |
| Terrebonne | (Marshland) | n/a | | $ 1,000.00 | Unknown Value | | Unknown Value |
| Terrebonne | (Misc. Land) | n/a | | $ 1,000.00 | Unknown Value | | Unknown Value |
| Terrebonne | (Misc. Land) | n/a | | $ 1,000.00 | Unknown Value | | Unknown Value |
| Terrebonne | (Woodland) | n/a | | $ 1,000.00 | Unknown Value | | Unknown Value |
| Orleans | 2901 S Carrollton Ave (2925 S. Carrollton Ave.) New Orleans, LA 70125 | Notre Dame Seminary, Archbishop Residence, Walmsley Ave. | | $0.0 | Notre Dame Seminary, Archbishop Residence, Walmsley Ave. | This was a campus valuation | Active Ministry |
| Orleans | 7887 Walmsley Ave. New Orleans, LA 70125 | Notre Dame Seminary, Archbishop Residence, Walmsley Ave. | $ 4,820,000.00 | $3,374,000.0 | Notre Dame Seminary, Archbishop Residence, Walmsley Ave. | This was a campus valuation | Active Ministry |
| Jefferson | 1000 Starrett Rd., 8600 W. Metairie Ave., and 925 Atlanta St. Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 8600 W. Metairie Ave. Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | $ 2,485,000.00 | $1,739,500.0 | Our Lady of Divine Providence Catholic | This was a campus valuation | Active Parish and/or community |
| Jefferson | 908 N Starrett Rd Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic | This was a campus valuation | Active Parish and/or community |
| Jefferson | 908 N Starrett Rd Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic | This was a campus valuation | Active Parish and/or community |
| Jefferson | Cumberland St. Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic | This was a campus valuation | Active Parish and/or community |
| Jefferson | Cumberland St. Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic | This was a campus valuation | Active Parish and/or community |
| Jefferson | Former Cumberland St. Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic | This was a campus valuation | Active Parish and/or community |
| Jefferson | Portion Of Former Cumberland St. Metairie, LA 70003 | Our Lady of Divine Providence Catholic Church | -- | $0.0 | Our Lady of Divine Providence Catholic Church | This was a campus valuation | Active Parish and/or community |

5

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 7 of 15

Archdiocese Debtor Test Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Orleans | 401 (411) Rampart New Orleans, LA 70112 | Our Lady of Guadalupe New Orleans, LA | $ 2,860,000.00 | $2,002,000.0 | | | Active Parish and/or community |
| Orleans | 6054 Vermillion Blvd. New Orleans, LA 70122 | Our Lady of Lavang Mission | $ 1,010,000.00 | $707,000.0 | | | Active Parish and/or community |
| St. Bernard | 2621 Colonial Blvd. Violet, LA 70092 | Our Lady of Lourdes | $ 805,000.00 | $563,500.0 | | | Active Parish and/or community |
| Plaquemines | 8968 LA-23 Belle Chasse, LA 70037 | Our Lady of Perpetual Help Roman Catholic Church | $ 1,480,000.00 | $1,036,000.0 | | | Active Parish and/or community |
| St. Tammany | 285 Ponchitolawa Dr. | Pastor Residence | $ 295,000.00 | $206,500.0 | | | Active Parish and/or community |
| St. Tammany | 1901 Jaguar Dr. Slidell, LA 70461 | Pope John Paul II Catholic High School (To be Confirmed) | $ 2,115,000.00 | $1,480,500.0 | | | Active School |
| St. Bernard | 3700 Jean Lafitte Pkwy. Chalmette, LA 70043 | Prince of Peace Church Rectory and Parish Center | $ 625,000.00 | $437,500.0 | | | Active Parish and/or community |
| Orleans | 2824 Dauphine St., New Orleans | Project Lazarus | $ 2,875,000.00 | $2,012,500.0 | | Broker Opinion | Active Organization |
| Orleans | 1025 Oretha C. Haley Blvd. | RCCANO Offices / Catholic Charities Office (Parking) | | $0.0 | Sold | | Sold |
| Orleans | 1032 S Rampart St. New Orleans, LA 70113 | RCCANO Offices / Catholic Charities Office (Parking) | $ 1,000,000.00 | $700,000.0 | Listed no offers | This was a campus valuation | Active Organization |
| Orleans | 1042 S Rampart St. New Orleans, LA 70113 | RCCANO Offices / Catholic Charities Office (Parking) | | $0.0 | Listed no offers | This was a campus valuation | Active Organization |
| Jefferson | 6105 Bridget St. Metairie, LA 70003 | Residence - Bridget Street | $ 215,000.00 | $150,500.0 | | | Active Housing Entity |
| Jefferson | 1916 N Arnoult Rd. Metairie, LA 70001 | Residence - N. Arnoult Drive | | $0.0 | | | Active Parish and/or community |
| Jefferson | 1000 Westwood Dr. Marrero, LA 70072 | Residence - Westwood Drive St Agnes Le Thi | $ 375,000.00 | $262,500.0 | | | Active Parish and/or community |
| Orleans | 2801 Pine St. New Orleans, LA 70125 | Residence / St. Rita Rectory | $ 190,000.00 | $133,000.0 | | | Active Parish and/or community |

6

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 8 of 15

Archdiocese Debtor Real Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Orleans | 3200 Canal St. New Orleans, LA 70119 | Sacred Heart of Jesus Catholic Church - Partially Leased and certain buildings sold as separate improvements | $ 2,250,000.00 | $1,575,000.0 | PA for $1,500,000 w/o Church | | Current Offer in place |
| Orleans | 7919 Fig St. New Orleans, LA 70125 | Single family house across from Notre Dame Seminary | $ 165,000.00 | $115,500.0 | | | Active Housing Entity |
| Jefferson | 835 Melody Dr. Metairie, LA 70002 | St. Angela Merici Catholic Church | $ 5,640,000.00 | $3,948,000.0 | St. Angela Merici Catholic Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 901 Beverly Garden Dr. Metairie, LA 70002 | St. Angela Merici Catholic Church | -- | $0.0 | St. Angela Merici Catholic Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 901 Beverly Garden Dr. Metairie, LA 70002 | St. Angela Merici Catholic Church | -- | $0.0 | St. Angela Merici Catholic Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 3601 Transcontinental Dr. 4920 Loveland St. 4921 Meadowdale St. | St. Ann Church and National Shrine (St. Ann Church Parish School) | $ 4,535,000.00 | $3,174,500.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4841 Meadowdale St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4844 Loveland St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4845 Meadowdale St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4848 Loveland St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4849 Meadowdale St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 9 of 15

Archdiocese Debtor Test Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Jefferson | 4909 Loveland St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4940 Meadowdale St. Metairie, LA 70006 | St. Ann Church and National Shrine (St. Ann Church Parish School) | -- | $0.0 | St. Ann Church and National Shrine (St. Ann Church Parish School) | This was a campus valuation | Active Parish and/or community |
| St. Tammany | | St. Anne Drive | | $ 1,000.00 | Value not knowmn | | Active Parish and/or community |
| St. Charles | 208 Angus Dr. Luling, LA 70070 | St. Anthony of Padua Church | $ 100,000.00 | $70,000.0 | St. Anthony of Padua Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 234 Angus Dr. Luling, LA 70070 | St. Anthony of Padua Church | | $0.0 | St. Anthony of Padua Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 234 Angus Dr. Luling, LA 70070 | St. Anthony of Padua Church | | $0.0 | St. Anthony of Padua Church | This was a campus valuation | Active Parish and/or community |
| St. Tammany | 20370 Smith Road Covington, LA 70435 | St. Benedict | $ 960,000.00 | $672,000.0 | St. Benedict | This was a campus valuation | Active Parish snd/or community |
| St. Tammany | 20370 Smith Road Covington, LA 70435 | St. Benedict (Adjacent Property) | | $0.0 | St. Benedict | This was a campus valuation | Active Parish snd/or community |
| St. Tammany | 20370 Smith Road Covington, LA 70435 | St. Benedict (Adjacent Property) | | $0.0 | St. Benedict | This was a campus valuation | Active Parish snd/or community |
| Jefferson | 329 S Jamie Blvd. Avondale, LA 70094 | St. Bonaventure Church | $ 675,000.00 | $472,500.0 | St. Bonaventure Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 333 S Jamie Blvd. Avondale, LA 70094 | St. Bonaventure Church | -- | $0.0 | St. Bonaventure Church | This was a campus valuation | Active Parish and/or community |
| Orleans | 13435 Granville St. New Orleans, LA 70129 | St. Brigid | $ 235,000.00 | $164,500.0 | | | Active Housing Entity |
| St. Charles | 14538 River Road Destrehan, LA 70047 | St. Charles Borromeo Catholic Church | $ 100,000.00 | $70,000.0 | added | | Active Parish and/or community |
| St. John the Baptist | 100 Dominican Dr. Laplace, LA 70068 | St. Charles Catholic School | $ 3,640,000.00 | $2,548,000.0 | added | | Active School |

8

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 10 of 15

Archdiocese Debtor Tab Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Jefferson | 4410 Cleary Ave., 4317 Richland Ave., and 3928 Esplanade Ave. Metairie, LA 70002 | St. Clement of Rome Church | $ 4,630,000.00 | $3,241,000.0 | St. Clement of Rome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4313 Richland Ave. Metairie, LA 70002 | St. Clement of Rome Church (Residence) | | $0.0 | St. Clement of Rome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4408 Cleary Ave. Metairie, LA 70002 | St. Clement of Rome Church (Residence) | | $0.0 | St. Clement of Rome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4412 Era St. Metairie, LA 70002 | St. Clement of Rome Church (Residence) | | $0.0 | St. Clement of Rome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 4413 Art St. Metairie, LA 70002 | St. Clement of Rome Church (Residence) | | $0.0 | St. Clement of Rome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 3600 Claire Ave. (3610 Claire Ave.) Gretna, LA 70053 | St. Cletus Church and School | $ 2,290,000.00 | $1,603,000.0 | | | Active Parish and/or community |
| Orleans | 45586 Lamanche St. New Orleans, LA 70117 | St. David Church | $ 410,000.00 | $287,000.0 | | | Active Parish and/or community |
| St. Tammany | 58203 Hwy. 433 (at St. Genevieve Lane) Slidell, LA 70460 | St. Genevieve Church (Adjacent Property/Land) | $ 325,000.00 | $227,500.0 | St. Genevieve Church (Adjacent Property/Land) | | Active Parish and/or community |
| St. Tammany | 687 St. Genevieve Lane Slidell, LA 70460 | St. Genevieve Church (Adjacent Property/Land) | | $0.0 | St. Genevieve Church (Adjacent Property/Land) | | Active Parish and/or community |
| St. John the Baptist | Garyville, Louisiana | St. Hubert Parish | | $1,000.0 | | This is only a piece of the campus | Churcch Open for Sunday Mass |
| Jefferson | 2400 33rd St. (2402 33rd St.) Kenner, LA 70065 | St. Jerome Church | $ 655,000.00 | $458,500.0 | St. Jerome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 5505 Barataria Blvd. Marrero, LA 70072 | St. Joachim Church | $ 595,000.00 | $416,500.0 | St. Jerome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | Barataria Blvd. Marrero, LA 70072 | St. Joachim Church | | $0.0 | St. Jerome Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 2108 Magnolia Ridge St. Harvey, LA 70058 | St. John Bosco (Residence) | | $0.0 | St. John Bosco (Residence) | This was a campus valuation | Listed for Sale |

9

Archdiocese Debtor Team Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Jefferson | 2114 Oakmere Dr. Harvey, LA 70058 | St. John Bosco Church and Laureate Academy | $ 2,225,000.00 | $1,557,500.0 | St. John Bosco (Residence) | This was a campus valuation | Listed for Sale |
| Jefferson | 2115 Oakmere Dr. Harvey, LA 70058 | St. John Bosco Church and Laureate Academy | | $0.0 | St. John Bosco (Residence) | This was a campus valuation | Listed for Sale |
| St. Tammany | 61051 Brier Lake Dr. and 61030 Brier Lake Dr. Lacombe, LA | St. John of the Cross | $ 1,190,000.00 | $833,000.0 | St. John of the Cross | This was a campus valuation | Active Parish and/or community |
| St. Tammany | | St. John of the Cross | | $0.0 | St. John of the Cross | This was a campus valuation | Active Parish and/or community |
| St. Tammany | | St. John of the Cross | | $0.0 | St. John of the Cross | This was a campus valuation | Active Parish and/or community |
| Orleans | 6410 (6412) Medlock St. New Orleans, LA 70131 | St. Joseph Algiers on Westbank | $ 800,000.00 | $560,000.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 4420 Fields St. New Orleans, LA 70131 | Near St. Joseph Algiers on Westbank | | $0.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 6420 Kathy Ct New Orleans, LA 70131 | Near St. Joseph Algiers on Westbank | | $0.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 6430 Kathy Ct New Orleans, LA 70131 | Near St. Joseph Algiers on Westbank | | $0.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 6440 Kathy Ct New Orleans, LA 70131 | Near St. Joseph Algiers on Westbank | | $0.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 4415 Joycelyn Dr. New Orleans, LA 70131 | Near St. Joseph Algiers on Westbank | | $0.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 6450 Kathy Ct New Orleans, LA 70131 | Near St. Joseph Algiers on Westbank | | $0.0 | St. Joseph Algiers | This was a campus valuation | Active Parish and/or community |
| Orleans | 721 Chartres St. New Orleans, LA 70130 | St. Louis Cathedral | - | $100,000.0 | St. Louis Cathedral | This was a campus valuation | Active Parish and/or community |
| Orleans | 3748 Pere Antoine Alley (615 Pere Antoine Alley) New Orleans, LA 70116 | Included in St. St. Cathedral | | $0.0 | St. Louis Cathedral | This was a campus valuation | Part of SLC |
| Orleans | Dauphine St. New Orleans, LA 70116 | St. Louis Cathedral Academy | | $0.0 | St. Louis Cathedral Academy | This was a campus valuation | Partial Lease |

10

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 12 of 15

Archdiocese Debtor TPP Page 12 of 15
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Orleans | 823 St. Ann St. New Orleans, LA 70119 | St. Louis Cathedral School | | $0.0 | St. Louis Cathedral Academy | This was a campus valuation | Partial Lease |
| Orleans | 820 Dauphine St. New Orleans, LA 70116 | St. Louis Cathedral Academy (Partially leased to third party for residential apartments) | $ 4,275,000.00 | $2,992,500.0 | St. Louis Cathedral Academy | This was a campus valuation | Partial Lease |
| St. Tammany | 910 Cross Gates Blvd Slidell, LA 70461 | St. Luke the Evangelist Catholic Church | $ 2,525,000.00 | $1,767,500.0 | St. Luke the Evangelist Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. Tammany | Cross Gates Blvd. | St. Luke the Evangelist Catholic Church | | $0.0 | St. Luke the Evangelist Catholic Church | This was a campus valuation | Active Parish and/or community |
| Orleans | 7300 Crowder Rd New Orleans, LA 70127 | St. Maria Goretti Church | $ 1,550,000.00 | $1,085,000.0 | | | Active Parish and/or community |
| St. Charles | 10771 River Road Ama, LA 70031 | St. Mark Catholic Church | | $0.0 | St. Marks Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 10773 River Road Ama, LA 70031 | St. Mark Catholic Church | $ 360,000.00 | $252,000.0 | St. Marks Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 10774 River Road Ama, LA 70031 | St. Mark Catholic Church | | $0.0 | St. Marks Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 10779 River Road Ama, LA 70031 | St. Mark Catholic Church | | $0.0 | St. Marks Catholic Church | This was a campus valuation | Active Parish and/or community |
| St. Charles | 178 St. Mark Ave. Ama, LA 70031 | St. Mark Catholic Church (Community Center) | | $0.0 | St. Marks Catholic Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 2555 Apollo Ave. Harvey, LA 70058 | St. Martha Church | $ 770,000.00 | $539,000.0 | St. Martha Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 2136 Matador St. Harvey, LA 70058 | St. Martha Church (residence) | | $0.0 | St. Martha Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 2548 Apollo Ave. Harvey, LA 70058 | St. Martha Church (residence) | | $0.0 | St. Martha Church | This was a campus valuation | Active Parish and/or community |
| Orleans | 1522 Chippewa St. New Orleans, LA 70130 | St. Michael Special School | $ 6,815,000.00 | $4,770,500.0 | | | Active School |
| Orleans | 6828 Chef Menteur Hwy New Orleans, LA 70126 | St. Paul the Apostle RCC, New Orleans, LA | $ 575,000.00 | $402,500.0 | Added from Broker value | | Active Parish and/or community |
| Jefferson | 8151 Barataria Blvd. Crown Point, LA 70072 | St. Pius X Church | | $25,000.0 | Fire | The Church was destroyed by fire | Fire |

11

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 13 of 15

Archdiocese Debtor Tab Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Jefferson | Barataria Blvd. Crown Point, LA 70072 | St. Pius X Church | | $0.0 | Fire | | Fire |
| Jefferson | | St. Pius X Church | | $0.0 | Fire | | Fire |
| Jefferson | | St. Pius X Church (Unknown Location) | | $0.0 | Fire | | Fire |
| Jefferson | 604 1St Ave. Harvey, LA 70058 | St. Rosalie Church | $ 3,260,000.00 | $2,282,000.0 | St. Rosalie Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 617 2nd Ave. Harvey, LA 70058 | St. Rosalie Church | -- | $0.0 | St. Rosalie Church | This was a campus valuation | Active Parish and/or community |
| Jefferson | 620 1St Ave. Harvey, LA 70058 | St. Rosalie Church | -- | $0.0 | St. Rosalie Church | This was a campus valuation | Active Parish and/or community |
| St. Tammany | 122 S. Massachusetts St. Covington, LA 70433 | St. Scholastica Academy | $ 7,085,000.00 | $4,959,500.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| St. Tammany | 416 E Rutland St. Covington, LA 70433 | St. Scholastica Academy | | $0.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| St. Tammany | 424 E 21St / 111-113 S. Jahncke St. Covington, LA 70433 | St. Scholastica Academy | | $0.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| St. Tammany | East 20th Ave. Covington, LA 70433 | St. Scholastica Academy | | $0.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| St. Tammany | East Boston St. Covington, LA 70433 | St. Scholastica Academy | | $0.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| St. Tammany | 122 S. Massachusetts St. Covington, LA 70433 | St. Scholastica Academy | | $0.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| St. Tammany | 16118 Hwy. 190 (4354-4530 Ronald Reagan Hwy) Covington, LA 70433 | St. Scholastica Academy Athletic Complex | | $0.0 | St. Scholastica Academy | This was a campus valuation | Active Parish and/or community |
| Orleans | 1401 Erato St. New Orleans, LA | St. Teresa of Avila | $ 500,000.00 | $350,000.0 | Disputed Ownership | Has been on the market for over 6 | Active Parish and/or community |
| Orleans | 54423 Middle Rd New Orleans, LA 70435 | Storage Area (Old Gentilly Road) | | $1,000.0 | Unknown Value | | Unknown Value |
| Orleans | 54427 Middle Rd New Orleans, LA 70435 | Storage Area (Old Gentilly Road) | | $1,000.0 | Unknown Value | | Unknown Value |

12

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 14 of 15

Archdiocese Debtor Tab Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| Orleans | 54436 Middle Rd New Orleans, LA 70435 | Storage Area (Old Gentilly Road) | | $1,000.0 | Unknown Value | | Unknown Value |
| Orleans | 54445 Middle Rd New Orleans, LA 70435 | Storage Area (Old Gentilly Road) | | $1,000.0 | Unknown Value | | Unknown Value |
| St. Tammany | Howze Beach Road | unknown | | $1,000.0 | Unknown Value | | Unknown Value |
| St. Tammany | Unknown | Unknown | | $1,000.0 | Unknown Value | | Unknown Value |
| St. Tammany | Unknown | Unknown | | $1,000.0 | Unknown Value | | Unknown Value |
| Orleans | 15049 Veronica St. New Orleans, LA | Vacant Land | | $1,000.0 | Unknown Value | | Unknown Value |
| St. Tammany | Gus Baldwin Road Pearl River, LA 70452 | Vacant Land | | $1,000.0 | Unknown Value | | Unknown Value |
| St. Tammany | Holy Trinity Drive Mandeville, LA 70471 | Vacant Land | $ 1,500,000.00 | $1,050,000.0 | Estimate | Depends on zoning | Depends on Zoning with St. Tammany |
| St. Tammany | Oak Harbor Blvd. | Vacant Land | | $1,000.0 | Unknown Value | | Unknown Value |
| Jefferson | 3500 Ames Blvd. Marrero, LA 70072 | Visitation of Our Lady Catholic Church | $ 2,250,000.00 | $1,575,000.0 | | | Active Parish and/or community |
| St. Bernard | 2501 Archbishop Hannan Meraux, LA 70075 | Old Hannan High | | $1,500,000.0 | Will be listing | | Listed for Sale |
| Plaquemines | n/a | | | $1,000.0 | Unknown Value | | Active Parish and/or community |
| Plaquemines | n/a | | | $1,000.0 | Unknown Value | | Active Parish and/or community |
| Plaquemines | n/a | | | $1,000.0 | Unknown Value | | Active Parish and/or community |
| St. Tammany | 306 St. Mary St., Madisonville, LA 70447 | St. Anselm | $ 1,875,000.00 | $1,312,500.0 | | | Active Parish and/or community |
| St. Tammany | 72040 Maple St., Abita Springs, LA 70420 | St. Jane de Chantal | $ 1,975,000.00 | $1,382,500.0 | | | Active Parish and/or community |

13

Case 20-10846 Doc 4228-6 Filed 08/06/25 Entered 08/06/25 16:25:38 Exhibit 6 - Immovable Property of the Debtor Page 15 of 15

Archdiocese Debtor Tab Property
7/15/25

| Civil Parish | ADDRESS | OCCUPANT | Market Value | Liquidation Value | Entity / Notes | Notes | Notes 2 |
|---|---|---|---|---|---|---|---|
| St. Tammany | Prats Dairy Road | | $100,000.00 | $70,000.0 | | | Unknown Value |
| St. Tammany | N/A | | $1,000.0 | $1,000.0 | | Unknown Value | Unknown Value |
| St. Tammany | N/A | | $1,000.0 | $1,000.0 | | Unknown Value | Unknown Value |
| Lafourche | n/a - along Bayou Lafourche | | $1,000.0 | $1,000.0 | | Unknown Value | Unknown Value |
| Jefferson | approximately 200' fronting A.J. Ting St. Lafitte, Louisiana, by 40' depth adjacent to | | $1,000.0 | $1,000.0 | | Unknown Value | Unknown Value |
| Jefferson | 1101 Barataria Blvd | Madonna Manor (Former Site) | $1,250,000.00 | $875,000.0 | Fire on Property | Estimate | To be subdivided and listed for sale |
| | | | | $117,616,900.0 | | | |
| | | | Bulk Sale @-15% | $99,974,365.0 | | | |

14