# EXHIBIT 8

# Post-Petition Operations Summary of the Debtor

**STATEMENTS OF ACTIVITIES**

Roman Catholic Church of the Archdiocese of New Orleans
Administrative Offices

For the Years Ended June 30, 2021, 2022, 2023, 2024 and the 6 Months Ended December 31, 2023 and 2024

| | 2021 [1,2,3,4] (Unaudited) | 2022 [1,3,4] (Unaudited) | 2023 [1,3] (Unaudited) | 2024 [1,3] (Unaudited) | 6 Months Ended December 31, 2023 [1,3] (Unaudited) | 6 Months Ended December 31, 2024 [1,3] (Unaudited) |
|---|---:|---:|---:|---:|---:|---:|
| **Revenue, Gains, and Other Support** | | | | | | |
| Assessments to affiliated entities for: | | | | | | |
|   Archdiocesan support | $ 10,955,758 | $ 11,305,077 | $ 10,927,753 | $ 11,125,210 | $ 5,744,381 | $ 5,742,681 |
|   Priest health insurance and retirement | 2,737,644 | 2,842,608 | 2,950,833 | 3,005,943 | 1,395,917 | 1,538,059 |
|   Insurance | 39,359,477 | 40,418,700 | 40,503,453 | 43,726,458 | 23,045,626 | 22,936,340 |
|     Total assessments | 53,052,879 | 54,566,385 | 54,382,039 | 57,857,611 | 30,185,924 | 30,217,080 |
| Fee revenue | 4,104,592 | 4,288,343 | 4,719,968 | 5,274,334 | 2,823,221 | 2,876,755 |
| Contributions and grants | 2,784,654 | 3,344,537 | 3,186,739 | 2,596,622 | 1,189,674 | 1,074,657 |
| Rents and royalties | 753,987 | 436,096 | 899,357 | 680,101 | 353,174 | 268,656 |
| Spending distribution - investment income | 4,493,428 | 4,392,201 | 4,421,120 | 3,676,189 | 1,838,095 | 1,419,025 |
| Interest income - Deposit and Loan Fund | 2,287,277 | 2,385,060 | 2,422,829 | 2,735,186 | 1,991,845 | 3,014,324 |
| Settlement income | 1,056,811 | 19,559 | 35,357 | 1,071,379 | 9,023 | 156,001 |
| Gain (loss) on sale of assets | (42,048) | 1,810,000 | 7,241,551 | 2,090,190 | 2,089,390 | 2,701,676 |
| Changes in value of charitable remainder trust | 117,327 | 197,204 | 4,921 | (2,909) | 598 | (3,425) |
| Miscellaneous | 455,427 | 417,611 | 465,895 | 566,762 | 231,754 | 239,880 |
|   Total revenue, gains, and other support | 69,064,334 | 71,856,996 | 77,779,776 | 76,545,465 | 40,712,698 | 41,964,629 |
| **Expenses** | | | | | | |
| Program services: | | | | | | |
|   Ministries | 18,107,558 | 18,842,723 | 19,961,181 | 17,793,111 | 8,714,462 | 8,739,511 |
|   Supporting and services to various parishes and other related agencies | 36,088,255 | 35,817,307 | 42,191,089 | 46,051,863 | 23,814,874 | 24,096,509 |
| Management and general | 9,770,926 | 15,578,364 | 10,594,567 | 14,705,102 | 7,808,414 | 7,253,717 |
| Development and fundraising | 173,380 | 171,966 | 167,033 | 61,685 | 30,527 | 30,834 |
| Reorganization costs | 8,553,707 | 9,055,252 | 12,087,825 | 8,853,552 | 5,184,917 | 4,501,824 |
|   Total expenses | 72,693,826 | 79,465,612 | 85,001,695 | 87,465,313 | 45,553,194 | 44,622,395 |
| **(Loss) Income From Operations** | (3,629,492) | (7,608,616) | (7,221,919) | (10,919,848) | (4,840,496) | (2,657,766) |
| **Non-Operating Revenues (Expenses)** | | | | | | |
| Investment income - net | 22,104,803 | (10,202,081) | 5,654,890 | 8,122,860 | 3,464,529 | 2,467,858 |
|   Less - spending distribution | (4,493,428) | (4,392,201) | (4,421,120) | (3,676,189) | (1,838,095) | (1,419,025) |
| Investment income - net of spending distribution | 17,611,375 | (14,594,282) | 1,233,770 | 4,446,671 | 1,626,434 | 1,048,833 |
| Grants and donations related to hurricanes | 2,620,774 | 6,259 | 941,552 | 13,920,196 | 9,724,879 | - |
| Distributions of grants and donations to affiliates | (2,620,774) | (6,259) | (932,829) | (13,917,300) | (9,724,879) | - |
|   Total non-operating revenues (expenses) - net | 17,611,375 | (14,594,282) | 1,242,493 | 4,449,567 | 1,626,434 | 1,048,833 |
| **Excess (Deficiency) of Revenue, Gains, and Other Support Over Expenses** | 13,981,883 | (22,202,898) | (5,979,426) | (6,470,281) | (3,214,062) | (1,608,933) |
| **Additional Minimum Other Post Employment Benefits Liability Adjustment** | (71,336) | 9,461,122 | 6,086,263 | (228,797) | - | - |
| **Additional Minimum Pension Liability Adjustment** | 2,504,436 | 11,639,142 | 4,872,482 | 3,253,770 | - | - |
| **Increase (Decrease) in Net Assets** | 16,414,983 | (1,102,634) | 4,979,319 | (3,445,308) | (3,214,062) | (1,608,933) |
| **Net Assets** | | | | | | |
| Beginning of year | 10,891,784 | 27,306,767 | 26,204,133 | 31,183,452 | 31,183,452 | 27,738,144 |
| End of year | $ 27,306,767 | $ 26,204,133 | $ 31,183,452 | $ 27,738,144 | $ 27,969,390 | $ 26,129,211 |

[1] Debtor-in-Possession

[2] Reported amounts have been restated to record the Corporation's OPEB Liability as discussed in the Other Post-Employment Benefits Section.

[3] Reported amounts do not reflect changes in estimates relating to certain reserves as discussed in the Financial Information Section.

[4] Reported amounts have been restated for correction of error to record prior period property dispositions as discussed in the Financial Information Section

Source: The Corporation