## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | SECTION "A" |
| | CHAPTER 11 |
| Debtor. | |

### NOTICE OF APPOINTMENT OF RECONSTITUTED
### OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS

  NOW INTO COURT comes David W. Asbach, Acting United States Trustee for Region 5, by and through the undersigned attorney, and pursuant to 11 U.S.C. § 1102(a) and this Court's *Order Directing United States Trustee to Appoint Additional Committee of Commercial Unsecured Creditors*,[1] hereby gives notice that the following creditors of the Roman Catholic Church of the Archdiocese of New Orleans are among those holding unsecured claims and are willing to be appointed and serve on a committee of unsecured commercial creditors with the powers enumerated in 11 U.S.C. § 1103:

| | |
|---|---|
| 1. Crescent Door & Hardware, Inc.<br><br>C/O Neuville C. Hotstream, Sr.<br>6100 Humphreys Street<br>New Orleans, LA 70123<br>Phone: 504-733-8366<br>Email: neuville@cdhno.com | *Counsel:*<br><br>Wayne Jablonowski, APLC<br>3705 Ponchartrain Drive<br>Slidell, LA 70458<br>Phone: 985-646-1300<br>wayne@wjjlaw.com |
| 2. Brown Rice Marketing, LLC<br><br>C/O Mark W. Brown<br>476 Metairie Road, Suite 202<br>Metairie, LA 70005<br>Phone: 504-274-4855<br>mark@brownricemarketing.com | 3. MetroStudio, LLC<br><br>C/O Heather Gorman<br>6501 Spanish Fort Blvd.<br>New Orleans, LA 70124<br>Phone: 504-283-3685<br>hgorman@metrostudio.net |

---

[1] Doc. No. 746.

|  |  |
|---|---|
| Dated: August 8, 2025 | DAVID W. ASBACH<br>Acting United States Trustee<br>Region 5, Judicial Districts of<br>Louisiana and Mississippi<br><br>by: *s/Amanda Burnette George*<br>AMANDA BURNETTE GEORGE (31642)<br>Acting Assistant United States Trustee<br>600 S. Maestri St., Suite 840-T<br>New Orleans, LA 70130<br>Telephone no. (504) 589-4018<br>Direct: (504) 589-4092<br>Amanda.B.George@usdoj.gov |

# CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing Notice of Appointment of Reconstituted Official Committee of Unsecured Commercial Creditors were served on August 8, 2025, via U.S. Mail, postage pre-paid, upon:

| | |
|---|---|
| 1. Crescent Door & Hardware, Inc.<br><br>C/O Neuville C. Hotstream, Sr.<br>6100 Humphreys Street<br>New Orleans, LA 70123<br>Phone: 504-733-8366<br>Email: neuville@cdhno.com | *Counsel:*<br><br>Wayne Jablonowski, APLC<br>3705 Ponchartrain Drive<br>Slidell, LA 70458<br>Phone: 985-646-1300<br>wayne@wjjlaw.com |
| 2. Brown Rice Marketing, LLC<br><br>C/O Mark W. Brown<br>476 Metairie Road, Suite 202<br>Metairie, LA 70005<br>Phone: 504-274-4855<br>mark@brownricemarketing.com | 3. MetroStudio, LLC<br><br>C/O Heather Gorman<br>6501 Spanish Fort Blvd.<br>New Orleans, LA 70124<br>Phone: 504-283-3685<br>hgorman@metrostudio.net |

and via CM/ECF on all parties receiving notice by such means.

                                               by: *s/Amanda Burnette George*
                                                    AMANDA BURNETTE GEORGE (31642)
                                                     Acting Assistant United States Trustee