## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | DIVISION A |
| ORLEANS § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

### M.S.'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

**NOTICE IS HEREBY GIVEN** that M.S., through undersigned counsel, has filed a Motion for Leave to File Sexual Abuse Survivor Proof of Claim on August 12, 2025. A copy of said Motion and the Proposed Order, was filed as Docket No. 4254.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, in Courtroom B-709, 500 Poydras Street, New Orleans, Louisiana 70130 on the Omnibus Hearing date of September 25, 2025 at 1:30 p.m. The dial-in information for Section A is (504) 517-1385; Access Code 129611 and/or dial in number and video using https://gotomeet.me/JudgeGrabill, (meeting code: "JudgeGrabill").

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID MEUNIER, & WARSHAUER, L.L.C.**

By: /s/ *Brittany R. Wolf-Freedman*
**GERALD E. MEUNIER (#9471)**
**BRITTANY R. WOLF-FREEDMAN (#36733)**
601 Poydras Street, Suite 2355
New Orleans, Louisiana 70130
Telephone: (504) 522-2304
Email: gmuenier@gainsben.com
Email: bwolf@gainsben.com

*COUNSEL FOR M.S.*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2025, a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the foregoing Chapter 11 case.

/s/ *Brittany R. Wolf-Freedman*
**BRITTANY R. WOLF-FREEDMAN**