# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | DIVISION A |
| ORLEANS § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Gerald E. Meunier and Brittany R. Wolf-Freedman of the firm Gainsburgh, Benjamin, David, Meunier, and Warshauer, L.L.C. appear pursuant to Federal Rule of Bankruptcy Procedure 9010 as counsel for certain putative plaintiff in forthcoming litigation (who for privacy reasons is referred to herein as "M.S."). By this notice, the forgoing attorneys respectfully request notice of all hearings, proceedings, and filings in this matter; and further request that copies of all notices, pleadings, applications, motions, complaints, petitions, orders, proofs of claim, and other documents filed or made in this matter be served at the following address:[1]

> M.S. putative plaintiff in forthcoming litigation
> c/o Gerald E. Meunier and Brittany R. Wolf-Freedman
> **GAINSBURGH, BENJAMIN, DAVID**
> **MEUNIER, & WARSHAUER, L.L.C.**
> 601 Poydras Street, Suite 2355
> New Orleans, Louisiana 70130
> Telephone: (504) 522-2304
> Email: gmuenier@gainsben.com
> Email: bwolf@gainsben.com

---

[1] This request for notice includes without limitation notice of all matters and copies of all documents filed, exchanged, served, or submitted in this case pursuant to the provisions of Bankruptcy Rules 2002, 3003(c)(3), 3007, 3017, 5005, 6007, 9010, 9022, 9027, and 9036.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise filed in this action.

M.S. further specifically requests that undersigned counsel be added to the Master Service List and Master Creditor Mailing Matrix.

Neither this Notice of Appearance and Request for Notice nor any future appearance, pleading, proof of claim, claim, or motion shall be deemed or construed to be a waiver of any rights, all of which are expressly reserved. In particular, but without limitation, neither this Notice of Appearance and Request for Notice nor any future appearance, pleading, proof of claim, claim, or motion shall be deemed or construed to be a waiver of M.S.'s right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case. M.S. expressly reserves all rights, claims, actions, setoffs, or recoupments to which M.S. is or may be entitled, in law, equity, or otherwise.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID MEUNIER, & WARSHAUER, L.L.C.**

By: /s/ *Brittany R. Wolf-Freedman*
**GERALD E. MEUNIER (#9471)**
**BRITTANY R. WOLF-FREEDMAN (#36733)**
601 Poydras Street, Suite 2355
New Orleans, Louisiana 70130
Telephone: (504) 522-2304
Email: gmuenier@gainsben.com
Email: bwolf@gainsben.com

*COUNSEL FOR M.S.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the foregoing Chapter 11 case.

/s/ *Brittany R. Wolf-Freedman*
**BRITTANY R. WOLF-FREEDMAN**