UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

The Court held a hearing on August 8, 2025, to pre-approve document requests (the "Requests For Production") filed by Certain Sexual Abuse Survivors,[1] the Debtor, the Additional Debtors,[2] the Official Committee of Unsecured Creditors (the "UCC," and together with the Debtor and the Additional Debtors, the "Plan Proponents"), Argent Institutional Trust Company (the "Bond Trustee"), United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers"), and the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"). [ECF Docs. 4217–4224, 4226, 4227, 4229–4231, 4233, & 4234].

For the reasons stated on the record,

**IT IS ORDERED** that:

1. The Requests For Production are **APPROVED IN PART** and **DENIED IN PART** as stated herein.

---

[1] "Certain Sexual Abuse Survivors" is defined in *Statement Pursuant To Rule 2019 of the Federal Rules of Bankruptcy Procedure*, [ECF Doc. 2340].

[2] The Additional Debtors are those entitles listed on Exhibit B-1 attached to the plan dated July 15, 2025, [ECF Doc. 4150-2].

2. Parties are instructed to produce documents responsive to requests as instructed herein, redacted or withheld only for applicable privilege or attorney work product doctrine. Parties withholding documents on the basis of privilege or attorney work product doctrine must prepare and provide to counterparties on or before **Friday, September 5, 2025**, a privilege log identifying the withheld documents by Bates' number, the author(s), recipient(s), date, and a brief description of its subject matter. Parties challenging privilege designations and seeking *in camera* review of withheld documents may request and obtain expedited review of such requests from the Court.

3. Any interrogatory propounded by any party is **DENIED** as the Court has established a deadline for parties to file "may call" witness lists. [ECF Doc. 4249].

**Certain Sexual Abuse Survivors' Requests For Production**

4. Regarding the following requests listed in *Certain Abuse Survivors' Requests For Production of Documents*, [ECF Doc. 4217]:

   a. The UCC shall produce to Certain Sexual Abuse Survivors documents responsive to the following requests:

      i. Request No. 1, limited to e-mails dated May 1, 2020, (the "Petition Date") to date; and

      ii. Request Nos. 6, 7, and 8.

   b. The Court defers ruling on Request Nos. 2 and 3, pending expert discovery deadlines.

   c. All other requests are **DENIED**.

5. Regarding the following requests listed in *Certain Abuse Survivors' Requests For Production of Documents*, [ECF Doc. 4218]:

   a. The Debtor shall produce to Certain Sexual Abuse Survivors documents responsive to the following requests:

      i. Request No. 1, limited to e-mails pertaining to the Our City Our Cathedral project and dated as of the establishment of the Our City Our Cathedral project;

      ii. Request No. 2; as amended: "[p]roduce all documents and communications related to any and all revenue-producing endowments associated with or in any way connected to the Archdiocese and the Additional Debtors since the Petition Date";

      iii. Request Nos. 4 and 5, with the relevant time period limited to the Petition Date through present;

      iv. Request No. 6, limited to e-mails dated as of the Petition Date to date;

      v. Request Nos. 8, 12, and 13;

      vi. Request No. 10; as amended: "[p]roduce all documents and communications between Archbishop Aymond and the Vatican about the value of abuse survivors' claims"; and

      vii. Request No. 14, as amended: "[p]roduce all documents and communications related to Archbishop Aymond's employment and education history."

    b. Counsel for Certain Sexual Abuse Survivors orally withdrew Request Nos. 18 and 20.

    c. The Court defers ruling on Request Nos. 3, 7, and 9, pending expert discovery deadlines.

    d. All other requests are **DENIED**.

6. Regarding the following requests listed in *Certain Abuse Survivors' Requests For Production of Documents*, [ECF Doc. 4219]:

    a. The Additional Debtors shall produce to Certain Sexual Abuse Survivors documents responsive to the following requests:

      i. Request No. 2, limited to e-mails dated as of the Petition Date to date;

      ii. Request No. 6;

      iii. Request Nos. 7 & 8, limited to audit reports; and

      iv. Request No. 15, limited to articles and by-laws.

    b. The Court defers ruling Request Nos. 1, 3, 4, 5, and 14, pending expert discovery deadlines.

3

    c. Counsel for Certain Sexual Abuse Survivors orally withdrew Request Nos. 12 and 13.

    d. All other requests are **DENIED**.

### The UCC's Requests For Production

7. The UCC and Travelers shall meet and confer regarding the requests listed in *The Official Committee of Unsecured Creditors' Requests For Production of Documents To United States Fidelity & Guaranty Company, an Affiliate of Travelers Indemnity Company, in Connection with Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization*, [ECF Doc. 4220].[3]

8. Regarding the following requests listed in *The Official Committee of Unsecured Creditors' Requests For Production of Documents To Argent Institutional Trust Company, as Indenture Trustee in Connection with Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization*, [ECF Doc. 4221]:

    a. The Bond Trustee shall produce to the UCC documents responsive to the following requests:

        i. Request Nos. 4–9, 13, 17–18, and 20;

        ii. Request No. 10, limited to a summary of principal, interest, and attorneys' fees incurred by Bond Trustee Counsel;

        iii. Request No. 12, with the relevant time period limited May 16, 2025, to date;

        iv. Request No. 14, limited to a summary of the calculations of the total amount that remains due on the Bonds and Bond Claims, as of the present date; and

        v. Request No. 15, to the extent documents needed after the UCC has reviewed publicly available documents or responsive documents held by the Debtor.

    b. Counsel for the Bond Trustee orally withdrew Request Nos. 1, 2, 11, 16, and 19.

    c. The Court defers ruling on Request No. 3.

---

[3] The Plan Proponents and Travelers notified the Court on August 12, 2025, that they resolved all disputes regarding discovery requests. [ECF Doc. 4260].

9. Regarding the following requests listed in *The Official Committee of Unsecured Creditors' Requests For Production of Documents To Certain Abuse Survivors in Connection with Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization*, [ECF Doc. 4222]:

    a. Certain Sexual Abuse Survivors shall produce to the UCC documents responsive to Requests Nos. 3–9.

    b. All other requests are **DENIED**.

10. The Commercial Committee shall meet and confer with the UCC regarding the requests listed in *The Official Committee of Unsecured Creditors' Requests For Production of Documents To Official Committee of Unsecured Commercial Creditors in Connection with Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization*, [ECF Doc. 4223].

### The Bond Trustee's Requests For Production

11. Regarding the following requests listed in *Argent Institutional Trust Company, as Bond Trustee's Requests For Production of Documents To Plan Proponents*, [ECF Doc. 4224]:

    a. The definition of "Apostolates" as it applies to the requests means the Additional Debtors and Non-Debtor Catholic Entities as defined in Exhibit A to the Plan, and their counsel, advisors, accountants, consultants, professionals, and their members, employees, officers, directors, managers, trustees, partners, agents, representatives, and all persons acting on its behalf.

    b. The Plan Proponents shall produce to the Bond Trustee documents responsive to the following requests with the relevant time period limited to the Petition Date to date, unless stated otherwise:

        i. Request Nos. 1–11, 13–29, 34–35, and 39–41;

        ii. Request No. 36, limited to the Archbishop's post-petition personal expense reimbursements and any annual amounts that the Debtor anticipates paying after the Effective Date; and

        iii. Request No. 37, limited to communications, subject to search terms agreed to by the Plan Proponents and the Bond Trustee, concerning the Plan, from May 16, 2025, to the date of the approval of the Disclosure Statement by the Court, including any materials or power point presentations distributed or shown during any town hall meetings held by counsel for the UCC.

    c. The Court defers ruling on Request Nos. 30, 31, 32, and 33 pending expert discovery deadlines.

    d. All other requests are **DENIED**.

12. Regarding the following requests listed in *Argent Institutional Trust Company, as Bond Trustee's Requests For Production of Documents To the Commercial Committee*, [ECF Doc. 4226]:

    a. The Commercial Committee shall produce to the Bond Trustee documents responsive to Request Nos. 2 and 3.

    b. Counsel for the Bond Trustee orally withdrew Request No. 7.

    c. The Court defers ruling on all other requests and the Bond Trustee may re-urge those requests at a later time.

### Additional Debtors' Requests for Production

13. Regarding the following requests listed in *The Additional Debtors' Discovery Requests To Certain Abuse Survivors*, [ECF Doc. 4227]:

    a. Request No. 4, 28, and 29 are **DENIED**.

    b. The Court defers ruling on Request No. 30, pending expert discovery deadlines.

    c. Certain Sexual Abuse Survivors shall produce documents responsive to all other requests.

### Travelers' Requests For Production

14. The Plan Proponents shall meet and confer regarding the following requests listed in *Travelers' First Requests For Production of Documents To The Plan Proponents*, [ECF Doc. 4229].[4]

---

[4]   *See supra* note 3.

6

**The Commercial Committee's Requests For Production**

15. The Additional Debtors shall meet and confer with the Commercial Committee regarding the requests listed in the *Commercial Committee's First Set of Discovery Requests To the Additional Debtors*, [ECF Doc. 4230].

16. The Debtor shall meet and confer with the Commercial Committee regarding the requests listed in the *Commercial Committee's First Set of Discovery Requests To The Roman Catholic Church of The Archdiocese Of New Orleans*, [ECF Doc. 4233].

17. The UCC shall meet and confer with the Commercial Committee regarding the requests listed in the *Commercial Committee's First Set of Discovery Requests To The Official Committee of Unsecured Creditors*, [ECF Doc. 4234].

**The Debtor's Requests For Production**

18. The Commercial Committee shall meet and confer with the Debtor regarding the requests listed in *The Debtor's Discovery Requests To The Commercial Creditors' Committee*, [ECF Doc. 4231-1].

19. Regarding the following requests listed in *The Debtor's Discovery Requests To Argent Institutional Trust Company, as Indenture Trustee*, [ECF Doc. 4231-2]:

    a. The Bond Trustee Shall produce documents responsive to the following requests:

        i. Request No. 3, to the extent documents needed after the Debtor has reviewed publicly available documents;

        ii. Request No. 4, 6, 9, 10, 11, 12, 13, 14, and 23;

        iii. Request No. 5, excluding documents pertaining to the Disclosure Statement;

        iv. Request No. 19, with the relevant dates limited to May 16, 2025, to date and only to the extent documents needed after the Debtor has reviewed publicly available documents; and

        v. Request No. 22, excluding documents pertaining to the Disclosure Statement.

    b. Counsel for the Debtor orally withdrew Request No. 1, 2, 7, 8, 15–18, and 20-21.

    c. The Court defers ruling on Request No. 25, pending expert discovery deadlines.

    d. All other requests are **DENIED**.

20. Regarding the following requests listed in *The Debtor's Discovery Requests To Certain Sexual Abuse Survivors*, [ECF Doc. 4231-3]:

    a. Certain Sexual Abuse Survivors shall produce documents responsive to Request No. 8, limited to period beginning May 16, 2025, to date regarding voting.

    b. The Court defers ruling on Request No. 18, pending expert discovery deadlines.

    c. Request No. 17 is **DENIED**.

    d. All other requests are **APPROVED**.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, August 13, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE