UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

## DEBTOR'S OPPOSITION TO MOTION FOR THE ESTIMATION OF TORT CLAIMS

The Roman Catholic Church of the Archdiocese New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), hereby submits this opposition to the *Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Estimation of Tort Claims* (the "**Motion**") [ECF No. 4136], filed by Argent Institutional Trust Company ("**Argent**" or the "**Bond Trustee**"). In support hereof, the Debtor respectfully states as follows:

### Objection

1. On July 2, 2025, the Court entered the *Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* (the "**Scheduling Order**") [ECF No. 4105].

2. On July 15, 2025, in accordance with the Scheduling Order, the Debtor, the Additional Debtors listed on Joint Plan Exhibit B-1, and the Official Committee of Unsecured

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#104206432v3

Creditors (the "**Survivors' Committee**" and together with the Debtor and the Additional Debtors, the "**Plan Proponents**") filed the following:

- *Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of July 15, 2025*, [ECF No. 4150], (as amended, modified, or supplemented from time to time, the "**Joint Plan**");

- *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of July 15, 2025,* [ECF No. 4151], (the "**Disclosure Statement**"); and

- *Motion for Entry of an Order (I) Approving the Adequacy of the Joint Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Joint Proposed Chapter 11 Plan, (III) Approving Ballots and Notices, and (IV) Granting Related Relief* [ECF No. 4152], (the "**Disclosure Statement Motion**").

3. On July 31, 2025, this Court held an evidentiary hearing where it considered the Disclosure Statement Motion and the adequacy of the Disclosure Statement. At that hearing, the Court heard testimony from Christopher Linscott of Keegan Linscott & Associates, PC, about the Disclosure Statement and specifically about the Liquidation Analysis of the Debtor attached as Exhibit 3. Pursuant to the Liquidation Analysis, the "Tort Claimant Payables" were estimated to be $1,221,000,000. According to the Disclosure Statement and the testimony of Chris Linscott, this amount represents the midpoint between a range of claim values from $752 million to $1.69 billion. Mr. Linscott testified that this amount was provided to him by counsel who received it from Stout Risius Ross, LLC (fka The Claro Group, LLC), the Survivors' Committee's expert consultant and expert witness related to the Abuse Claims.

4. On August 6, 2025, the Bond Trustee, among others, filed its *Requests for Production of Documents to Plan Proponents*, [ECF No. 4224], where it sought discovery

specifically related to the valuation of the Abuse Claims as identified in the Liquidation Analysis and during the hearing. The Court held a hearing on August 8, 2025 to preapprove the discovery requests.

5. At the August 8 hearing, this Court reminded the Bond Trustee and all parties that the value of the Abuse Claims would be addressed by the Survivors' Committee's expert. Pursuant to the Scheduling Order, the Plan Proponents will circulate expert reports on or before September 4, 2025.

6. Given this dynamic, it is extraordinarily unclear what the Bond Trustee is now seeking by the Motion. The Plan Proponents agree that there must be an estimation of the Abuse Claims, but this process will be an important component of the Confirmation Hearing. The Plan Proponents will present an expert report on Abuse Claims valuation, which will be available for thorough discovery, and the Bond Trustee also will have the ability to hire its own expert.

7. The Bond Trustee, by insisting on an additional process, is simply introducing confusion and unnecessary time and expense into an already robust and complex process. There is no benefit to the Motion's proposed approach, which could have been proposed much earlier, but is now incorporated into this Court's Scheduling Order.

8. The Debtor submits that the Confirmation Hearing fully provides the process necessary for Abuse Claim valuation, and that the Motion is unwarranted and should be denied.

[*Signature Page Follows*]

#104206432v3

Dated: August 13, 2025

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA  70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this Opposition is being served (a) on August 13, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system; and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

    */s/ Mark A. Mintz*
    Mark A. Mintz