**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § § Case No. 20-10846 THE ROMAN CATHOLIC CHURCH § OF THE ARCHDIOCESE OF NEW § Section "A" ORLEANS, § § Chapter 11 Debtor. § | |

**OPPOSITION TO ARGENT INTERNATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 502(C) FOR THE ESTIMATION OF TORT CLAIMS**

Now into Court, through undersigned counsel, comes the Apostolates, who file this opposition to *Argent International Trust Company, as Indenture Trustee's, Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Estimation of Tort Claims* [Dkt. # 4136] ("Motion"). The Apostolates do not understand Argent Institutional Trust Company's ("Argent") Motion. Is Argent asking for a change in the *Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(B), and (IV) the Court's Order to Show Cause Issued against the Debtor, Dated April 28, 2025* (the "Scheduling Order") [Dkt. # 4105] or is the request something else?

On July 2, 2025, the Court entered the Scheduling Order that controlled: a) requests for documents; b) dates for expert reports to be filed by the Plan Proponents; c) dates for Plan Objectors to file expert reports; and d) the date the confirmation hearing on the Joint Plan will commence. [See Dkt. # 4105]

On July 15, 2025, in compliance with the Court's Scheduling Order, the Joint Plan and Disclosure Statement were filed [Dkt. # 4150 and # 4151].

{00383954-5}

On August 6, 2025, the Plan Proponents, Argent and other parties filed requests for production. Argent's requests specifically sought information about existing abuse survivors' proofs of claims and an expert report that was previously issued and one that will be issued by Stout, Risius Ross L.L.C. (fka the Claro Group). The Apostolates assume that the discovery related to abuse claims was filed by Argent so that it could hire its own expert to present an expert opinion as to the value of the abuse claims at the confirmation hearing.

On August 8, 2025, the Court held a daylong hearing wherein the Court reviewed all of the document requests and advised the parties as to the documents the parties would be required to produce. With respect to expert reports (including expert reports related to the value of the abuse claims), the Court noted that the production of documents that related to any expert report would occur after the expert reports were received.

Based upon the Argent and Soren Gisleson cross examination of Chris Linscott ("Linscott") at the disclosure statement hearing, all parties and the Court were advised that, for purposes of the liquidation analysis in the Disclosure Statement, Linscott used the midpoint of a previously issued Stout report. He testified that he had not seen the report, but was advised as to the range and midpoint value of the abuse claims in the report.

The Motion was filed by Argent on July 11, 2025, after the Court entered the Scheduling Order.

The Motion is premised on 11 U.S.C. § 502(c)(1), which requires the estimation of any contingent and unliquidated claim, the fixing of which would unduly delay the administration of the case. It is inconceivable how a separate estimation trial prior to plan confirmation would be required since the confirmation hearing will start on the same day that Argent proposes the Court to conduct the estimation hearing requested in the Motion (See Motion ftn. 7).

{00383954-5}

In paragraph 28, Argent proposes a separate schedule that, in fact, incorporates the Court's Scheduling Order with a few inexplicable changes. The changes are:

(a) a requirement that the Tort Committee provides to Argent a "statistically representative sample" and Argent can object to the sample. How is this any different than Stout in its expert report identifying its means of methods by which it reached its conclusions and Argent's expert offering its means and methods in its expert report? The bottom line is both the Stout expert report and the Argent expert report must withstand a "Daubert" challenge, and the expert will be subject to cross examination; and

(b) a separate briefing for the proposed estimation hearing separate and apart from the memorandum in support of and opposition to the Joint Plan that the Court will receive prior to the start of the confirmation hearing. It is assumed by the Apostolates that all memorandums in support of or against the confirmation of the Joint Plan will contain sections about the value of the abuse claims.

The Motion fails to explain exactly what Argent is seeking other than a modification of the Court's Scheduling Order pursuant to paragraph 28.

The Motion also fails to address why the Court's failure to conduct a separate estimation hearing will unduly relay the "administration" and, more importantly, the conclusion of the case.

### Conclusion

The Court should deny the *Argent International Trust Company, as Indenture Trustee's, Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Estimation of Tort Claims,* due to the fact that the relief they are seeking is really unknown. The Court has set an aggressive Scheduling Order and has made it abundantly clear that trial will commence in November and that a Plan

{00383954-5}

must be confirmed, otherwise the case will be dismissed. The relief sought by Argent in the Motion is inconsistent with the Court's Orders and should be denied.

August 13, 2025

                               Respectfully submitted:

                               */s/ Douglas S. Draper*
                               Douglas S. Draper, La. Bar No. 5073
                               Leslie A. Collins, La. Bar No. 14891
                               HELLER, DRAPER & HORN, L.L.C.
                               650 Poydras Street, Suite 2500
                               New Orleans, LA 70130-6103
                               Telephone: 504.299.3300/Fax: 504.299.3399
                               E-mail:ddraper@hellerdraper.com
                               E-mail:lcollins@hellerdraper.com

                               *Attorneys for the Apostolates*


## CERTIFICATE OF SERVICE

I, Douglas S. Draper, do hereby certify that I caused the above and foregoing to be served on August 13, 2025 to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- Christine W. Adams   cadams@deshazoadams.com
- H. Kent Aguillard   kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com
- A. Brooke Watford Altazan   baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- William Harrell Arata   aratalaw@bellsouth.net
- William Harrell Arata   billarata@aratalaw.net
- David Winston Ardoin   david@amotriallawyers.com, renee@amotriallawyers.com
- John Baay   Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com
- Jerry Beatmann   jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- Alicia M. Bendana   abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com
- Jacques F. Bezou   jb2@bezou.com, dhenderson@bezou.com
- Richard A. Bordelon   rbordelon@denechaudlaw.com

{00383954-5}

- Derek T Braslow    dbraslow@actslaw.com
- Brandon A. Brown    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Joseph M. Bruno    jbruno@brunobrunolaw.com
- William Steven Bryant    steven.bryant@lockelord.com
- Elwood F. Cahill    ecahill@shergarner.com
- Andrew William Caine    acaine@pszjlaw.com
- Deborah J Campbell    deborah.campbell@dentons.com
- Linda F Cantor    lcantor@pszjlaw.com
- Clint Casperson    clcasperson@dmillerlaw.com
- Ryan J Cavanaugh    ryan@constantllp.com
- Desiree M. Charbonnet    desi@charbonnetlawfirm.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- Everett J. Cygal    ecygal@schiffhardin.com
- Rodrigo DE Llano    filing@dandell.com
- Scott Edward Delacroix    scottdelacroixlaw@gmail.com
- John H. Denenea    jdenenea@gmail.com
- Ross J. Donnes    rdonnes@tcmlawoffice.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Christopher F Edmunds    chrisedmundslaw@gmail.com
- Frank Elliot    frank@nfelaw.com
- Joseph Mark Fisher    mfisher@schiffhardin.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Jeremy Gettes    jgettes@chehardy.com
- William P. Gibbens    billy@semmlaw.com, terri@semmlaw.com
- Soren Erik Gisleson    soren@hkgclaw.com, jchauvin@hhkc.com
- Brodie Glenn    bglenn@bradleyfirm.com
- Alan H. Goodman    alan.goodman@bswllp.com, moorek@bswllp.com
- Stephen Haedicke    stephen@haedickelaw.com
- Ashley J. Heilprin    ashley.heilprin@phelps.com
- Evan Park Howell    ehowell@ephlaw.com
- Erin Pelleteri Howser    epelleteri@bakerdonelson.com
- Stephen Michael Huber    stephen@huberthomaslaw.com
- Sara Hunkler    shunkler@ruggerilaw.com
- Amelia L. Hurt    amelia.hurt@kellyhart.com
- Wayne J. Jablonowski    wjjlaw@bellsouth.net
- Annette W Jarvis    jarvisa@gtlaw.com
- Lillian Jordan    ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Allison Kingsmill    akingsmill@joneswalker.com
- Bradley C. Knapp    brad.knapp@troutman.com, AutoDocket@LockeLord.com
- Dylan K. Knoll    dknoll@denechaudlaw.com

- Omer F. Kuebel    rick.kuebel@troutman.com
- Heather A. LaSalle    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- Frank E. Lamothe    felamothe@lamothefirm.com
- Julien Guy Lamothe    jlamothe@lamothefirm.com
- Mark C. Landry    mlandry@newmanmathis.com
- Darryl T. Landwehr    dtlandwehr@att.net, dtlandwehr@gmail.com
- Joseph J Lowenthal    jlowenthal@joneswalker.com
- Ryan Luminais    rluminais@shergarner.com
- Thomas J. Madigan    tmadigan@shergarner.com, rbailey@shergarner.com
- Wayne A. Maiorana    tmaiorana@newmanmathis.com
- Wilson Lewis Maloz    wmaloz@lpwsl.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Donald Andrew Mau    andy@caseycowley.com
- Patrick Maxcy    patrick.maxcy@dentons.com
- Ryan Matthew McCabe    ryan@mccabefirm.com, rmccabe@gmail.com
- Collin Roy Melancon    collin@mmcdlaw.com
- Carey L. Menasco    clmenasco@liskow.com
- Andrew D. Mendez    amendez@stonepigman.com
- Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com
- Daniel Adam Meyer    dmeyer@sssfirm.com
- Allen C. Miller    allen.miller@phelps.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Jack E Morris    jem@jemorrislaw.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Kathryn Munson    kwm@stanleyreuter.com
- Colleen A Murphy    murphyc@gtlaw.com
- Brandon Naquin    ban@stanleyreuter.com
- Samantha Oppenheim    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- Dwight C Paulsen    tpaulsen@bradleyfirm.com
- Felecia Y Peavy    felepeavy@juno.com
- Louis Middleton Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com
- Caroline A. Reckler    caroline.reckler@lw.com
- William S. Robbins    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Craig Robinson    craig@rlolegal.com
- Nicholas Rockforte    nicholas@onmyside.com
- Keith A. Rodriguez    Krodriguez@keithrodriguez.com
- Samuel M. Rosamond    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- Richard A Rozanski    richard@rarlaw.net
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Robert Salim    skeeter@salim-beasley.com

{00383954-5}

- Tancred Schiavoni    tschiavoni@omm.com, nrivera@omm.com
- Logan E. Schonekas    logan@huberthomaslaw.com
- Kristi Schubert    kschubert@lamothefirm.com
- Bradley J. Schwab    brad@voorhieslaw.com
- Stephen P. Scullin    scullin@carverdarden.com, baradell@carverdarden.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Patrick M. Shelby    rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- Nicholas Smeltz    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- David M Spector    dspector@schiffhardin.com
- Richard C. Stanley    rcs@stanleyreuter.com
- Paul Maury Sterbcow    sterbcow@lksalaw.com
- Roger Stetter    rastetter47@yahoo.com
- Paul Douglas Stewart    dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Kaylin Storey    kstorey@truittlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us
- Margaret Frohn Swetman    krastanis@leakeandersson.com
- Reagan Charleston Thomas    rthomas@awkolaw.com
- Jefferson R. Tillery    jtillery@joneswalker.com
- Taylor Townsend    taylor@townsendlaw.com
- Richard Trahant    trahant@trahantlawoffice.com
- Jack E Truitt    btruitt@truittlaw.com, jwertz@truittlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Richard P Voorhies    Richard@voorhieslaw.com, tosha@voorhieslaw.com
- David F. Waguespack    waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- David E. Walle    dwalle@bfrob.com, aadams@bfrob.com
- John W. Waters    jwaters@bfrob.com, aadams@bfrob.com
- Michael Watson    mwatson@michaelcwatson.com
- Regina Wedig    reginawedig@wediglaw.com, rswedig@hotmail.com
- Edward Dirk Wegmann    dwegmann@joneswalker.com
- Joshua D Weinberg    Jweinberg@ruggerilaw.com
- Brittany Rose Wolf-Freedman    bwolf@gainsben.com, sburrell@gainsben.com
- Yongli Yang    yongli.yang@clydeco.us
- Wayne George Zeringue    wzeringue@joneswalker.com
- Michael S. Zerlin    mzerlin@netscape.net

                                                                ***/s/Douglas S. Draper***
                                                                Douglas S. Draper

{00383954-5}