**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | Section "A" |
| **ORLEANS,** § | |
| § | Chapter 11 |
| Debtor.[1] § | |
| § | |

**ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S,**
**NOTICE OF WITHDRAWAL OF**
**TRUSTEE'S REQUEST FOR A DETERMINATION THAT THE**
**AUTOMATIC STAY IS NOT APPLICABLE TO POTENTIAL**
<u>**POST-PETITION CAUSES OF ACTION FOR SECURITIES FRAUD**</u>

Argent Institutional Trust Company, successor-in-interest to TMI Trust Company, as indenture trustee (the "<u>Bond Trustee</u>"), by and through counsel respectfully gives notice of the withdrawal of the Bond Trustee's motion for a determination that the automatic stay is not applicable to certain potential post-petition causes of action against the Debtor (ECF. 4135).

DATED: August 14, 2025.                              Respectfully submitted,

/s/ Colleen A. Murphy
Colleen A. Murphy (*admitted pro hac vice*)
Charles Azano (*admitted pro hac vice*)
Christopher Marks (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
      Chip.Azano@gtlaw.com
      Chris.Marks@gtlaw.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

97006895.v1

/s/ *Annette Jarvis*
Annette Jarvis (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: jarvisa@gtlaw.com

-and-

/s/ *David S. Rubin*
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*

97006895.v1