UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### T.J.C.'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

NOTICE IS HEREBY GIVEN that T.J.C., through undersigned counsel, has filed a Motion for Leave to File a Sexual Abuse Survivor Proof of Claim on August 15, 2022. A copy of said Motion, as well as T.J.C.'s Declaration in Support, was filed as Docket No. 4273.

**PLEASE TAKE NOTICE** that a telephonic hearing on the Motion for Leave will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on the Omnibus Hearing date of September 25, 2025, at 1:30 PM. The dial-in information for Section A is (504) 517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

**Respectfully submitted:**

**SLATER SLATER SCHULMAN, L.L.P.**

*/s/ Daniel A. Meyer*
Daniel A. Meyer (La. Bar # 33278)
6023 Magazine Street
New Orleans, Louisiana 70118
Telephone: (504) 334-8522
Facsimile: (212) 922-0907
Email: dmeyer@sssfirm.com
*Attorney for T.J.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                                                       */s/ Daniel A. Meyer*
                                                       Daniel A. Meyer