**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' MAY CALL WITNESS LIST FOR PLAN CONFIRMATION HEARING**

The Official Committee of Unsecured Creditors (the "Abuse Survivor Committee") submits this "may call" witness list pursuant to the Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motion to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* (Doc. No. 4249) (the "Scheduling Order").

**WITNESSES**

1. Stout Risius Ross, LLC, through Katie McNally.

2. Any witness called or designated by any other party.

3. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party

Discovery is on-going and the Abuse Survivor Committee reserves any and all rights to amend this Witness List and designate any additional witnesses in accordance with the Scheduling Order, including, but not limited to, the right of any abuse survivor to testify as set forth in the Scheduling Order.

1

Dated: August 18, 2025  Respectfully submitted,

*/s/ Bradley C. Knapp*
James I. Stang (CA Bar No. 94435)
(admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977)
(admitted pro hac vice)
Andrew W. Caine (CA Bar No. No. 110345)
(admitted pro hac vice)
Karen B. Dine (NY Bar 2625366)
(admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
 Facsimile: (310) 201-0760

**-and-**

Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: rick.kuebel@troutman.com
         brad.knapp@troutman.com

**-and-**

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

2

## CERTIFICATE OF SERVICE

    I hereby caused a true and correct copy of the foregoing *May Call Witness List* to be served on August 18, 2025, upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system and by U.S. Mail on the all other parties requiring service under the Special Notice List, as set forth in the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Doc. No. 22].


    */s/ Bradley C. Knapp*
    Bradley C. Knapp