IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>                      Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## MAY CALL WITNESS LIST OF CERTAIN ABUSE SURVIVORS

Certain Abuse Survivors hereby submits this Witness pursuant to the *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, dated April 28, 2025* [Rec. Doc. 4294].

## MAY CALL WITNESSES

1. Patricia Moody

2. Gregory M. Aymond

3. Lloyd E. Eagan, Jr.

4. James Adams

5. Jackie Berthelot

6. Susan A. Zeringue

7. Remy J. Donnelly

8. Vincent J. Liuzza, Jr., CTP

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

9. Timothy Hedrick

10. Gayle Benson

11. Corporate Representative of the Debtor

12. Corporate Representative of Additional Debtors

13. Corporate Representative of the Official Committee of Unsecured Creditors

14. Corporate Representative of Commercial Committee

15. Corporate Representative of Stout Risius Ross, LLC

16. Any witness called by any party.

        Respectfully submitted,

        */s/ Soren E. Gisleson*
        **SOREN E. GISLESON (#26302)**
        **JOSEPH E. "JED" CAIN (#29785)**
        Herman, Herman & Katz, L.L.C.
        909 Poydras St., Suite 1860
        New Orleans, Louisiana 70112-4060
        Office: 504-581-4892
        Fax: 504-561-6024
        soren@hkgclaw.com
        jed@hkgclaw.com

        -AND-

        **JOHN H. DENENEA, JR. (#18861)**
        **SHEARMAN-DENENEA, L.L.C.**
        3004 David Drive
        Metairie, Louisiana 70003
        Telephone: (504) 304-4582
        Facsimile: (504) 304-4587
        jdenenea@gmail.com

        -AND-

>**RICHARD C. TRAHANT (# 22653)**
>**ATTORNEY AT LAW**
>2908 Hessmer Avenue
>Metairie, LA 70002
>Telephone: (504) 780-9891
>FAX: (504) 780-9891
>Email: trahant@trahantlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing May Call *Witness List* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

>*/s/ Soren E. Gisleson*
>Soren E. Gisleson