UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § <br> § <br> **THE ROMAN CATHOLIC CHURCH** § <br> **OF THE ARCHDIOCESE OF NEW** § <br> **ORLEANS,** § <br> § <br> Debtor.[1] § <br> § | **Case No. 20-10846** <br><br> Section "A" <br><br> Chapter 11 |

**JOINT MAY CALL WITNESS LIST OF THE DEBTOR AND ADDITIONAL DEBTORS**

The Roman Catholic Church of the Archdiocese New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**") and the Additional Debtors listed on Plan Exhibit B-1 submit this *Witness List* pursuant to the *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motion to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* (the "**Scheduling Order**") [ECF No. 4249]. The Debtor and Additional Debtors list herein the witnesses they may call at the trial of these matters and the witnesses they may depose pursuant to the Scheduling Order.

## WITNESSES

I. **"May Call" Witnesses**

1. **Archbishop Gregory M. Aymond** – Archbishop of The Roman Catholic Church of the Archdiocese of New Orleans

2. **Very Reverend Patrick R. Carr** – Director, Third Vice President, and Vicar of Finance of the Archdiocese

3. **Christopher G. Linscott** – Director at Keegan Linscott & Associates, PC

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#104216274v3

4. **S. Parkerson McEnery** – Sponsoring Broker of The McEnery Company

5. A representative of Stout Risius Ross, LLC

6. **Fr. Lee Poche** – Pastor of St. Matthew the Apostle Catholic Church

7. **Fr. Patrick J. Williams** – Vicar General and Executive Director of Clergy

8. **Matt Kurzmann** – Vice Chairman and Co-Head of Affordable Housing at Newmark Group, Inc., Affordable Housing Advisors team

## II. Depositions

1. James Adams

2. Argent Institutional Trust Company (the Bond Trustee) pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure

3. Any expert listed by any other party

4. Any witness listed by any other party

[*Signature Page Follows*]

Dated: August 18, 2025

*/s/ Mark A. Mintz*_____
JONES WALKER LLP
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
efutrell@joneswalker.com
mmintz@joneswalker.com
soppenheim@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

*/s/ Douglas S. Draper*_____
HELLER, DRAPER, & HORN, L.L.C.
Douglas S. Draper
Greta S. Brouphy
Michael E. Landis
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Facsimile: 504-299-3399
E-mail: ddraper@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

**ATTORNEYS FOR THE ADDITIONAL DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served (a) on August 18, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

#104216274v3