**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS, ) | |
| ) | Chapter 11 |
| Debtor.[1] ) | |

**TRAVELERS' MAY CALL WITNESS LIST FOR PLAN CONFIRMATION HEARING**

United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers"), by and through their undersigned counsel, submits this "may call" list of witnesses in accordance with the Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motion to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* [Docket No. 4249] (the "Amended Scheduling Order").

**WITNESSES**

1. Representative of the Archdiocese.

2. Representative of the Creditors' / Survivors' Committee.

3. Representative of the Additional Debtors.

4. Representative of the Non-Debtor Catholic Entities.

5. The Settlement Trustee.

6. The Abuse Claims Reviewer.

7. The Unknown Abuse Claims Reviewer.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

8. Any witness designated or called by any other party.

9. Any witness necessary to rebut the evidence or testimony of any witness designated or called by any other party.

Travelers reserves all rights to call additional witnesses at the hearing on the Joint Plan, whether for direct testimony or rebuttal, as may be appropriate. Discovery regarding issues relevant to confirmation remains ongoing, and Travelers reserves the right to supplement this witness list accordingly.

Dated: August 18, 2025

Respectfully submitted,

**DENTONS US LLP**

By: */s/ DRAFT*
Patrick C. Maxcy (IL #6275469)
M. Keith Moskowitz (IL #6274101)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for United States Fidelity & Guaranty Company*