**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                     CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF                        SECTION "A"
NEW ORLEANS

      *Debtor[1]*                                          CHAPTER 11

---

### COMMERCIAL COMMITTEE'S "MAY CALL" WITNESS LIST

---

In accordance with the Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) The Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* [Doc. No. 4249], the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") submits the *Commercial Committee's "May Call" Witness List* for the evidentiary hearing set for November 12-13, 2025, November 17-18, 2025, November 20-21, 2025, November 24-25, 2025, and December 1-2, 2025 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings (the "Hearing"):

    (a) the proposed confirmation of that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (together with all exhibits, supplements, and/or subsequent amendments thereto, the "Plan") jointly filed by The Roman Catholic Church of the Archdiocese of New Orleans, The Official Committee of Unsecured Creditors, and the Additional Debtors (as defined in the Plan);

---

[1]   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

(b) the Court's *Order to Show Cause* issued against the Debtor and dated April 28, 2025 [Doc. No. 3949];

(c) *Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b)* [Doc. No. 3965];

(d) *Argent Institutional Trust Company, as Indenture Trustee's, Motion to Dismiss Bankruptcy Case* [Doc. No. 4158]; and

(e) *Motion for Entry of Orders Pursuant to Sections 363 and 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Insurance Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief* [Doc. No. 4181].

## "MAY CALL" WITNESSES

The Commercial Committee may, and reserves the right to, call the following witnesses at the Hearing:

1.      Representative(s) of Dundon Advisors, LLC (solely in their capacity as testifying expert witness(s), if timely designated by the Commercial Committee under the Court's Scheduling Order.)

2.      Representative(s) of Kroll, LLC (solely in their capacity as testifying expert witness(s), if timely designated by the Commercial Committee under the Court's Scheduling Order.

3.      Any other expert witness timely designated by the Commercial Committee under the Court's Scheduling Order regarding property or claims valuation, hypothetical chapter 7 liquidation, or any other confirmation or dismissal issue

4.      Any expert witness designated by any party under the Court's Scheduling Order

5.      Any designated representatives of the Debtor

6.      Any individual witness designated to testify on an issue by an entity through its Rule 30(b)(6) deposition

7.      Any witness otherwise identified in discovery

8.      Any witness designated or called by any other party

9.      Any witness necessary to rebut any evidence or testimony

10.     Any witness necessary to authenticate any document

11.     Any witness needed for impeachment

## <u>RESERVATION OF RIGHTS</u>

Discovery remains open and the deadline for filing witness lists has not yet passed.  As such, the Commercial Committee reserves any and all rights to amend or supplement the foregoing *Commercial Committee's "May Call" Witness List*.

**Signature on following page**

Dated: August 18, 2025    Respectfully Submitted,

        **STEWART ROBBINS BROWN & ALTAZAN, LLC**

    By: */s/ Brooke W. Altazan*
      Paul D. Stewart, Jr. (LA. Bar # 24661)
      dstewart@stewartrobbins.com
      William S. Robbins (LA. Bar # 24627)
      wrobbins@stewartrobbins.com
      Brandon A. Brown (La. Bar #25592)
      bbrown@stewartrobbins.com
      Brooke W. Altazan (La. Bar #32796)
      baltazan@stewartrobbins.com
      301 Main St., Suite 1640
      Baton Rouge, LA 70801-0016
      Telephone: (225) 231-9998
      Facsimile: (225) 709-9467

      ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 18th day of August 2025.

      */s/ Brooke W. Altazan*
      Brooke W. Altazan