**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>    Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, "MAY CALL" WITNESS LIST FOR CONFIRMATION TRIAL

Pursuant to the Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(B), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* [ECF No. 4249] (the "Scheduling Order"), Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), and successor-in-interest to TMI Trust Company, by and through counsel, hereby submits this "May Call" Witness List of potential witnesses that the Bond Trustee may call at trial in this case. The Bond Trustee reserves the right to supplement or amend this list at any time prior to the deadline to file final witness lists pursuant to the Scheduling Order, including to identify expert witnesses.

### WITNESSES

1. Gregory Michael Aymond.
2. Lloyd E. Eagan, Jr.
3. Patrick R. Carr.
4. Patricia Moody.
5. Dirk J. Wild.

6. Peter O. Akpoghiran.

7. Berkeley Research Group, LLC.

8. Stout Risius Ross, LLC.

9. Carr Riggs and Ingram LLC.

10. Keegan Linscott & Associates, PC.

11. BDO Consulting, LLC.

12. Any expert deemed necessary as discovery develops.

13. Authorized representative from the Official Committee of Unsecured Creditors.

14. Authorized Representative from the Debtor.

15. Authorized Witness from the Official Committee of Unsecured Commercial Creditors.

16. Authorized Representative from the Additional Debtors and Non-Debtor Catholic Entities.

17. Any witness of any other party.

[*Signature Page Follows*]

DATED: August 18, 2025

Respectfully submitted,

*/s/ Colleen A. Murphy*
Colleen A. Murphy
Kevin J. Walsh
Charles W. Azano
Christopher Marks
GREENBERGTRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
Kevin.Walsh@gtlaw.com
Chip.Azano@gtlaw.com
Chris.Marks@gtlaw.com

Annette Jarvis
Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
Carson.Heninger@gtlaw.com

-and-

*/s/ David S. Rubin*
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*