# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS,** | SECTION "A" |
| Debtor | CHAPTER 11 |

## UNITED STATES TRUSTEE'S MAY CALL WITNESS LIST

Pursuant to this Court's Order [ECF-4249], the Acting United States Trustee for Region 5 respectfully submits this "May Call Witness List" in accordance with this Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025*.

**I.  U.S. Trustee's Witness List:**

1. Plan Proponents' Witnesses that are present to support the Confirmation of the Joint Amended Plan of Reorganization and Motions to Approve Settlements with Insurers;

2. Any witness called or listed by any other party to the hearings.

Dated: August 18, 2025

Respectfully submitted,

DAVID W. ASBACH
Acting United States Trustee, Region 5
Judicial Districts of Louisiana and Mississippi

by: *s/Amanda Burnette George*
AMANDA BURNETTE GEORGE (31642)
Acting Assistant United States Trustee
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone no. (504) 589-4018
Amanda.B.George@usdoj.gov

## CERTIFICATE OF SERVICE

      This is to certify that copies of the foregoing May Call Witness List were served on August 18, 2025, upon all parties entitled to receive notice through the Court's electronic notification system.

      By:*/s/ Amanda B. George*
AMANDA BURNETTE GEORGE (31642)
Acting Assistant United States Trustee
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone: (504) 589-4018
Direct: (504) 589-4092
Amanda.B.George@usdoj.gov