UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the *Twelfth Interim Fee Application of Stewart Robbins Brown & Altazan LLC For Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Counsel To the Official Committee of Unsecured Commercial Creditors For the Period of December 1, 2024, through March 31, 2025,* (the "Interim Application"), [ECF Doc. 4198], filed by Stewart Robbins Brown & Altazan, LLC ("SRBA").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Interim Application is **APPROVED**.

**IT IS FURTHER ORDERED** that SRBA is allowed and awarded, on an interim basis, for the period of December 1, 2024, through March 31, 2025, (the "Interim Application Period"), fees in the amount of $219,390.00 and expenses in the amount of $8,364.30, totaling $227,754.30 (the "Award") incurred in connection with its representation of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay the Award to SRBA promptly upon entry of this Order, less and except any amounts the Debtor previously remitted to SRBA for its fees and expenses incurred representing the Commercial Committee

during the Interim Application Period as authorized under Section XV(C) of this Court's Complex Case Procedures.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Commercial Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, August 19, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE