**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | Section "A" |
| **ORLEANS,** | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, AUGUST 21, 2025, AT 1:30 P.M.**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, August 21, 2025, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of January 1, 2025).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

#104225845v1

## **CONTESTED MATTERS**

1. *Argent Institutional Trust Company, as Indenture Trustee's, Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Estimation of Tort Claims* **[ECF No. 4136]**

   **Movant:** Argent Institutional Trust Company, as Indenture Trustee
   **Nature of Matter:** Motion to Estimate Claims
   **Response Deadline:** August 14, 2025
   **Status:** This matter is going forward.
   **Responses:**

   - *Debtor's Opposition to Motion for the Estimation of Tort Claims* **[ECF No. 4262]**

   - The Apostolates' *Opposition to Argent Institutional Trust Company, as Indenture Trustee's, Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Estimation of Tort Claims* **[ECF No. 4265]**

   - *The Official Committee of Unsecured Creditors' Objection to The Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for The Estimation of Tort Claims Filed by Argent Institutional Trust Company, as Indenture Trustee* **[ECF No. 4267]**

2. *Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through June 30, 2025* **[ECF No. 4184]**

   **Movant:** Pachulski Stang Ziehl & Jones LLP
   **Nature of Matter:** Interim Application for Compensation
   **Response Deadline:** August 14, 2025
   **Status:** This matter is going forward.
   **Responses:**

   - *Certain Abuse Survivors' Consolidated Objections to Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Fourteenth and Fifteenth Interim Applications for Allowance of Compensation and Reimbursement of Expenses [Rec. Docs. 4184 & 4205]* **[ECF No. 4264]**

   - *Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Reply in Support of Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for The Official Committee of Unsecured Creditors for The Period of March 1, 2025 Through June 30, 2025, and Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to The Official Committee of Unsecured Creditors for Allowance of Compensation and*

    *Reimbursement of Expenses for The Period From March 1, 2025 Through June 30, 2025* **[ECF No. 4288]**

3. *Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to The Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for The Period From March 1, 2025 Through June 30, 2025* **[ECF No. 4205]**

    **Movant:** Troutman Pepper Locke LLP
    **Nature of Matter:** Interim Application for Compensation
    **Response Deadline:** August 14, 2025
    **Status:** This matter is going forward.
    **Responses:**

- *Certain Abuse Survivors' Consolidated Objections to Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Fourteenth and Fifteenth Interim Applications for Allowance of Compensation and Reimbursement of Expenses [Rec. Docs. 4184 & 4205]* **[ECF No. 4264]**

- *Pachulski Stang Ziehl & Jones LLP's and Troutman Pepper Locke LLP's Reply in Support of Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for The Official Committee of Unsecured Creditors for The Period of March 1, 2025 Through June 30, 2025, and Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to The Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for The Period From March 1, 2025 Through June 30, 2025* **[ECF No. 4288]**

[*Signature Page Follows*]

Dated: August 20, 2025  Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA  70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

**CERTIFICATE OF SERVICE**

I hereby certify, on August 20, 2025, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim