UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW ORLEANS | ) | Section: "A" |
| | ) | |
| Debtor | ) | Chapter 11 |

## STATEMENT PURSUANT TO RULE 2019 OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned counsel, as counsel to the parties designated herein in the above-styled bankruptcy case (the "Bankruptcy Case") of the above-captioned Debtor[1] (the "Debtor"), submits the following Statement (the "Rule 2019 Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").[2]

1. Set forth below is a general preliminary statement of the parties represented by the undersigned counsel in these cases, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties. This Rule 2019 Statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and/or remedies. This Rule Statement may be amended, supplemented or otherwise modified as necessary.

2. The undersigned counsel has been retained to represent the creditors listed below:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] This Rule 2019 Statement is filed in an abundance of cause.

1

|     | Creditor Represented[3] | Address of Creditor[4] | Economic Interest of Creditor |
| --- | --- | --- | --- |
| 1. | JR Doe | c/o<br>Desirée M. Charbonnet<br>Charbonnet Law Firm<br>501 Clearview Parkway<br>Metairie, Louisiana 70001<br>Tel: 504-888-2227<br>Fax: 504-456-3469<br>desi@charbonnetlawfirm.com | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20277. |
| 2. | SCG Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20624. |
| 3. | MW Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20278. |
| 4. | CH Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim Nos.: 20242 and 20392 |
| 5. | BE Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20299. |
| 6. | BE Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20313. |
| 7. | CV Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20312. |
| 8. | CV Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20317. |
| 9. | MP Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Claim No. 20347. |

---

[3] Except where indicated, the creditors, as victims of sexual assault, are identified as set forth in the underlying litigation, pursuant to La. R.S. 46:1844(w) and other law.

[4] To protect the privacy and confidentiality of the creditors and pursuant to La. R.S. 46:1844(w) and other law, the undersigned counsel submits that the name and address of counsel are sufficient for purposes of Rule 2019. The Debtor received actual notice of the real names of each plaintiff in state court and/or via claim forms.

3. The foregoing have retained the undersigned counsel as their legal counsel with respect to matters arising in the Bankruptcy Case and for purposes of asserting claims and protecting other rights against the Debtor.

I, Desirée M. Charbonnet, by executing this statement below, based upon the information provided to me after inquiry, believe that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Respectfully submitted:

_____
**Charbonnet Law Firm, L.L.C.**
Desirée M. Charbonnet, #24051
Robert P. Charbonnet, Jr., #21523
Richard D. Roniger, II, #28984
James S. Rees, IV, #34720
501 Clearview Parkway
Metairie, Louisiana 70001
Telephone No: (504) 888-2227
Fax No. (504) 456-3469
Email: desi@charbonnetlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by operation of the Court's electronic filing system on this 20th day of August, 2025.

_____
DESIRÉE M. CHARBONNET