# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### NOTICE OF SERVICE ON ADDITIONAL DEBTORS' RESPONSES AND OBJECTION TO CERTAIN ABUSE SURVIVORS' REQUESTS FOR PRODUCTION OF DOCUMENTS

Notice is hereby given and I hereby certify that a copy of the *Additional Debtors' Responses and Objection to Certain Abuse Survivors' Requests for Production of Documents* has been served on the 20th day of August 2025, via email as shown and by placing a copy of same in the United States Mail, postage prepaid upon the following parties:

Soren E. Gisleson
HERMAN KATZ GISLESON & CAIN
909 Poydras Street, Suite 1860
New Orleans, LA 70112
sgisleson@hhklawfirm.com

Frank J. D'Amico, Jr.
4608 Rye Street
Metairie, LA 70006
frank@damicolaw.net

Richard C. Trahant
2908 Hessmer Avenue
Metairie, LA 70002

Robert L. Salim
SALIM-BEASLEY LLC
1901 Texas Street
Natchitoches, LA 71457
skeeter@salim-beasley.com

{00384003-1}

John H. Denenea, Jr.
SHEARMAN~DENENEA, L.L.C.
3004 David Drive
Metairie, LA 70003
jdenenea@gmail.com

Nicholas R. Rockforte
LABORE EARLES LAW FIRM, LLC
1901 Kalite Saloom Road
P.O. Box 80098
Lafayette, LA 70598-0098
nicholas@onmyside.com

Desirée M. Charbonnet
CHARBONNET LAW FIRM
501 Clearview pkwy
Metairie, LA 70001
Desi@charbonnetlawfirm.com

T. Taylor Townsend
T. TAYLOR TOWNSEND, LLC
P.O. Box 784
Natchitoches, LA 71458-0784
taylor@townsendlaw.com

Craig M. Robinson
Robinson Law Offices, LLC
700 Camp Street
New Orleans, LA 70130
craig@rlolegal.com

N. Frank Elliot III
N. FRANK ELLIOT III, LLC
P.O. Box 3065
1511 Watkins Street (70601)
Lake Charles, LA 70602-3065
frank@nfelaw.com

Patrick C. Maxcy
M. Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

{00384003-1}

Jerry A. Beatmann, Jr.
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
jay.beatmann@dentons.com

Paul Douglas Stewart, Jr.
Stewart Robbins Brown & Altazan, LLC
301 Main Street, Suite 1640
Baton Rouge, LA 70801
dstewart@stewartrobbins.com

Argent Institutional Trust Company through
Colleen A. Murphy/Kevin J. Walsh/Charles W. Azano/Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Colleen.Murphy@gtlaw.com
Kevin.Walsh@gtlaw.com
Chip.Azano@gtlaw.com
Chris.Marks@gtlaw.com

Argent Institutional Trust Company
Through Annette Jarvis/Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Annette.Jarvis@gtlaw.com
Carson.Heninger@gtlaw.com

Argent Institutional Trust Company
through David S. Rubin
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
david.rubin@butlersnow.com

August 20, 2025

                                                Respectfully submitted:

                                                */s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La Bar No. 36542

{00384003-1}

        HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
E-mail:ddraper@hellerdraper.com
E-mail:lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for the Additional Debtors*

{00384003-1}