

Soren E. Gisleson
soren@hkgclaw.com
D: (504) 680-0569

909 Poydras St., Suite 1860
New Orleans, LA 70112
P: (504) 581-4892
F: (504) 561-6024
www.hkgclaw.com

August 21, 2025

**<u>Via ECF Filing</u>**
Judge Meredith S. Grabill
Eastern District of Louisiana
U.S. Bankruptcy Court
500 Poydras Street, Suite B-601
New Orleans, LA 70130

   Re: In re: The Roman Catholic Church of the Archdiocese of New Orleans
      USBC EDLA Case No. 20-10846

Dear Judge Grabill,

  Attached please find Certain Abuse Survivors' Addendum to Attorney Client Contract & Power of Attorney which empowers counsel for individual abuse claimants to vote on their behalf. Please note that the operative language is borrowed from the Order *In re Red River Talc LLC*, No. 24-90505 (03/31/25) [Rec. Doc. 1424].

  Please advise whether the Court finds any of the language unacceptable, problematic, or has any other concerns.

                     Sincerely,

                     Soren E. Gisleson

# Addendum to Attorney Client Contract & Power of Attorney

  Client and attorney/law firm agree that this document amends and supplements the existing attorney-client contract previously signed by the client and lawyer/law firm as it relates to the client's bankruptcy claim in *In re The Roman Catholic Church for the Archdiocese of New Orleans*, No. 20-10846 (E.D. La.) (Bankruptcy Ct.), with the following terms:

  aa. Client acknowledges that client has received (electronically, by mail, and/or by hand) a copy of the applicable Disclosure Statement, Solicitation Package, and the Survivors' Committee Letter that contains a schedule of the town hall meetings regarding the Joint Plan.

  bb. Client acknowledges that client has discussed the terms of the Plan, Disclosure Statement, and Solicitation Package with client's lawyer and/or legal representative.

  cc. Client further empowers lawyer and/or law firm with the specific durable power of attorney to prepare a ballot and vote on client's behalf to accept or reject any bankruptcy plan applicable to client's claim, and/or to include client as part of a master ballot.

  The Addendum is Executed on the _____ day of _____, 2025

| | |
|---|---|
| _____ | _____ |
| Client's signature | Counsel's Name |
| _____ | _____ |
| Print Name | Print Name |