UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: § | Case No. 20-10846 | |
| § | | |
| The Roman Catholic Church of § | Section A | |
| The Archdiocese of New Orleans § | | |
| § | | |
| Debtor § | Chapter 11 | |

**STATEMENT PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The undersigned counsel, as counsel to the parties designated herein in the above-styled bankruptcy case (the "Bankruptcy Case") of the above-captioned Debtor[1] (the "Debtor"), submits the following Statement (the "Rule 20119 Statement") pursuant to Rule 2019 of the Federal Bankruptcy Procedure ("Rule 2019")[2].

1. Set forth below is a general preliminary statement of the parties represented by the undersigned counsel in these cases, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties. This Rule 2019 Statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and /or remedies. This Rule Statement may be amended, supplemented or otherwise modified as necessary.

2. The undersigned has been retained to represent the creditors listed below:

| Creditor Represented[3] | Address of Creditor[4] | Economic Interest of Creditor |
|---|---|---|

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principle place of business is located at 7887 Walmsley Avenue, New Orleans, Louisiana 70125.
[2] This Rule 2019 Statement is filed in an abundance of cause.
[3] Except where indicated, the creditors, as victims of sexual assault, are identified as set forth in the underlying litigation, pursuant to La. R.S. 46:1844 (w) and other law.
[4] To protect the privacy and confidentiality of the creditors and pursuant to La. R.S. 46:1844 (w) and other law, the undersigned counsel submits that the name and address of counsel are sufficient for the purpose of Rule

| 1. | A.B. Doe | c/o Frank J. D'Amico, Jr. 4608 Rye Street Metairie, Louisiana 70006 Tel: (504) 525-7272 frank@damicolaw.net beverly@damicolaw.net | The creditor asserts claims and causes of action against the debtor as set forth in his claim control number 5LX54RXWAL2 filed on 11/16/2020. |
|---|---|---|---|
| 2. | G.A. Doe (deceased) | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: URJJJV5W3J0 filed on 11/16/2020. |
| 3. | J.B. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2020-3456 in Civil District Court of Orleans Parish filed on April 30, 2020, and claim control number BJGTF0KOSA2 filed on 11/16/2020. |
| 4. | M.B. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: 4P15QCQJ210 filed on 11/16/2020. |
| 5. | E. C. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: AYULUOVC2QD filed on 11/16/2020. |
| 6. | P.C. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: MXBSFMUARGD filed on 11/16/2020. |
| 7. | E. M. C. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: PDCHHRIZA0P filed on 11/16/2020. |

---

2019. The Debtor received actual notice of the real names of each plaintiff in state court and/or via claims forms.

| | | | |
|---|---|---|---|
| 8. | M.C. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: UK1QCAB53YU filed on 11/16/2020. |
| 9. | S.D. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 2020-4477 in Civil District Court of Orleans Parish filed on June 10, 2020, and claim control number SNPP0B1RRZK filed on 11/16/2020. |
| 10. | W.G. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 807-155 in the 24th Judicial District Court for Jefferson Parish filed on June 10, 2020, and claim control number D0BDCKV1ODA filed on 11/16/2020. |
| 11. | M.G. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: PNHQJQFX0YU filed on 11/16/2020. |
| 12. | T.G. Doe (Deceased) | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: OGFSAPTEDDY filed on 11/16/2020. |
| 13. | M.H. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: B3KU1TECSK0 filed on 11/18/2020. |
| 14. | M.H. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: FA11PMHDRAT filed on 11/18/2020. |
| 15. | C.H. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: JUPM3MW2KEF filed on 11/18/2020. |

| | | | |
|---|---|---|---|
| 16. | G.L. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: TVXB5GJTHEWA filed on 11/18/2020. |
| 17. | J.L. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: HEGZ1S2APW0 filed on 11/18/2020. |
| 18. | B.M. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: DKXFJAKH42K filed on 11/18/2020. |
| 19. | S.O. Doe (Deceased) | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: 2MRN0V5YNGC filed on 11/18/2020. |
| 20. | F.R. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: L4ANI2OVV1R filed on 11/18/2020. |
| 21. | W.S. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: NCUUAZAUHYZ filed on 11/18/2020. |
| 22. | M.V. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: W2R3VUBDDNU filed on 11/18/2020. |
| 23. | J.W. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in claim control number: XKG21PSF14P filed on 11/18/2020. |
| 24. | M.Y. Doe | c/o see above | The creditor asserts claims and causes of action against the Debtor as set |

| | | | forth in claim control number: IHXYRPJSF4 filed on 11/18/2020. |
|---|---|---|---|

The foregoing have retained the undersigned counsel as their legal counsel with respect to matters arising in the Bankruptcy Case and for purposes of asserting claims and protecting other rights against the Debtor.

I, Frank J. D'Amico, Jr., by executing this statement below, based upon the information provided to me after inquiry, believe that the foregoing is true and correct, to the best of my knowledge, information and belief.

*Respectfully submitted on this 21st day of August, 2025.*

FRANK J. D'AMICO, JR., APLC

*/s Frank J. D'Amico, Jr.*

Frank J. D'Amico, Jr. (#17519)
4608 Rye Street
Metairie, Louisiana 70006
Tel: 504-525-7272
frank@damicolaw.net
beverly@damicolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by operation of the Court's electronic filing system on this 21st day of August, 2025.

*/s Frank J. D'Amico, Jr.*