UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § | Section "A" |
| | § § | Chapter 11 |
| Debtor. | § § | |

### ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, NOTICE OF INTENT TO TAKE DEPOSITIONS

Pursuant to the Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(B), and (IV) the Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* [ECF No. 4249] (the "Scheduling Order"), Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), and successor-in-interest to TMI Trust Company, by and through counsel, hereby submits this "Notice of Intent to Take Depositions."

The Bond Trustee reserves the right to seek the deposition of any other or additional witness at any time prior to the close of fact and expert discovery based on information obtained during discovery or as the facts may dictate. The Bond Trustee further reserves its right to attend any other deposition in this case and ask questions of any such deponent as the Bond Trustee deems appropriate. Furthermore, based on the Court's statements during the August 21, 2025 hearing in this case, the Bond Trustee intends to propound matters for examination in connection with corporate designees of the below corporate witnesses as required under Federal Rule of Civil

Procedure 30(b)(6), made applicable herein by Federal Rule of Bankruptcy Procedure 7030, after it has been provided with complete responses to its document requests and an opportunity to review such responses. To date, the Plan Proponents have failed to provide substantive responses to most, if not all, of the Bond Trustee's document requests. The Bond Trustee reserves all of its rights with respect to the Plan Proponents' failure to timely provide substantive responses to the Bond Trustee's document requests as required by the Discovery Order.

## ANTICIPATED DEPONENTS

Counsel for the Bond Trustee met and conferred with counsel for the parties in this case on Friday August 22, 2025 to discuss any disagreements with respect to the time, duration, location and the identity of any deponent in this case. Based on that conference call, the Bond Trustee believes that a dispute exists concerning the depositions of the following witnesses who the Bond Trustee intends to depose:

1. Gregory Michael Aymond (as to duration).
2. Stout Risius Ross, LLC (as to location and duration).
3. Patrick Williams.

The Bond Trustee also intends to depose the following persons and entities, but based on the August 22, 2025 conference call between counsel for the parties, the Bond Trustee does not believe that a dispute currently exists regarding the time, duration or location of the following depositions. Counsel for the parties have agreed to continue to meet and confer to select dates and times for each deponent listed below that are mutually agreeable to the parties.

4. Lloyd E. Eagan, Jr.
5. Patrick R. Carr.
6. Patricia Moody.
7. Dirk J. Wild.

8. Peter O. Akpoghiran.

9. Lee Poche.

10. Keegan Linscott & Associates, PC.

11. Authorized representative from the Official Committee of Unsecured Creditors.

12. Authorized Representative from the Debtor.

13. Authorized Representative from the Additional Debtors and Non-Debtor Catholic Entities.

[Remainder of page left intentionally blank]

DATED: August 25, 2025

Respectfully submitted,

*/s/ Colleen A. Murphy*
Colleen A. Murphy
Kevin J. Walsh
Charles W. Azano
Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
      Kevin.Walsh@gtlaw.com
      Chip.Azano@gtlaw.com
      Chris.Marks@gtlaw.com

Annette Jarvis
Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
      Carson.Heninger@gtlaw.com

-and-

*/s/ David S. Rubin*
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*