UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CHAPTER 11 |
| Debtor | |

## CERTIFICATE OF SERVICE

I have caused or will cause a true and correct copy of the following pleadings to be served by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service by mail (if any, and who were not otherwise served via ECF) set forth on the attached mailing matrix via first-class United States mail, postage prepaid, within 3 days of the filing of this certificate..

**ECF DOC 4305 - ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S, NOTICE OF INTENT TO TAKE DEPOSITIONS**

**BUTLER SNOW LLP**

By: /s/David S. Rubin
David S. Rubin (La. 11525)
445 N. Blvd. Suite 300
Baton Rouge, Louisiana 70802
Tel: (225) 325-8700 | Fax: (225) 325-8800
David.Rubin@butlersnow.com

1

ADVANCED RECONSTRUCTIVE CARE
DR. RAVIN TANDON
3900 VETERANS MEMORIAL BLVD
SUITE 200
METAIRIE LA 70002

AMERIGROUP LA
PO BOX 28147
NEW YORK NY 10087

ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

AVA LAW GROUP, INC.
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS MT 59101

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

BROWN RICE MARKETING LLC
MARK W BROWN
476 METAIRIE ROAD STE 202
METAIRIE LA 70005

BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

CRESCENT DOOR & HARDWARE INC.
NEUVILLE C. HOTSTREAM SR.
6100 HUMPHREYS ST
NEW ORLEANS LA 70123

DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA 70123

HUBER THOMAS & MARCELLE LLP
STEPHEN M HUBER
1100 POYDRAS ST, STE 2200
NEW ORLEANS LA 70163

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFERSON PARISH SHERIFF'S OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS, LA 70118

LOUISIANA DEPT OF ENVIRONMENTAL
QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

LOUISIANA DEPT OF WORK FORCE
COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

LOUISIANA PUBLIC FACILITIES
AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA 70808

LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA 70808

| | | |
|---|---|---|
| OCHSNER HEALTH SYSTEM<br>STEPHANIE WELLS<br>1514 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>A MACEO SMITH FEDERAL BLDG<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 | |
| US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID PROVOST CFE<br>DEUPTY COMMISSIONER – CAPTIVE INSURANCE<br>89 MAIN ST<br>MONTPELIER VT 05620-3101 | THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS, LA 70125 |
| WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN LA 70047 | | SHERIFF AND EX OFFICIO TAX COLLECTOR<br>JERRY LARPENTER<br>PARISH OF TERREBONE<br>P.O. BOX 1990<br>GRAY, LA 70359 |
| | US DEPT OF JUSTICE<br>940 PENNSYLVANIA AVE NW<br>WASINGTON DC 20530-0001 | US DEPT OF LABOR<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 |
| TMI TRUST COMPANY<br>KEVIN M. DOBRAVA<br>5901 PEACHTREET RD, STE C-495<br>ATLANTA GA 30328 | US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST, STE 602<br>DALLAS, TX 75202 | DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN, UT 84201-0005 |
| VASQUEZ LAW<br>JESSICE VASQUEZ, ESQ<br>400 POYDRAS ST., STE 400<br>NEW ORLEANS, LA 70130 | THE BANK OF NEW YORK TRUST CO NA<br>601 POYDRAS ST<br>STE 2225<br>NEW ORLEANS, LA 70130 | DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE, ESQ.<br>162 ORLEANS BLVD<br>HOUMA, LA 70364 |
| GEORGE G. ANGELUS, PLC<br>GEORGE G. ANGELUS<br>700 CAMP STREET<br>NEW ORLEANS, LA 70130 | GREGORY A PLETSCH & ASSOCIATES<br>(A PROFESSIONAL LAW CORPORATION)<br>GREGORY A. PLETSCH<br>1111 FOUNDERS DRIVE, SUITE 500<br>BATON ROUGE, LA 70810 | HINSHAW & CULBERTSON LLP<br>ALEXIS ESQ<br>900 CAMPT ST., 3RD FLOOR<br>NEW ORLEANS, LA 70130 |