**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | § §<br>§ Case No. 20-10846<br>§<br>§ Section "A"<br>§<br>§ Chapter 11<br>§ |

**NOTICE OF DEPOSITION OF VINCENT LIUZZA, JR. IN CONNECTION WITH CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

To:    Vincent Liuzza, Jr., 1121 N. Causeway Blvd., Mandeville, Louisiana 70471

**PLEASE TAKE NOTICE** that undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case will take the deposition of **Vincent Liuzza, Jr.,** on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rules of Civil Procedure 30(b), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure.

**The deposition will be taken in person** at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras St, New Orleans, LA 70130. The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means.

**Please take further notice** that the Committee reserves the right to appear and ask questions at any additional depositions noticed by any other party-in-interest.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

145925902v2


| | |
|---|---|
| Dated: August 25, 2025 | Respectfully submitted, |

<u>By: Bradley C. Knapp</u>
James I. Stang (CA Bar No. 94435)
(admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977)
(admitted pro hac vice)
Andrew W. Caine (CA Bar No. No. 110345)
(admitted pro hac vice)

**Pachulski Stang Ziehl & Jones LLP**
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

-and-

Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
**Troutman Pepper Locke LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: rick.kuebel@troutman.com
   brad.knapp@troutman.com

-and-

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
**Troutman Pepper Locke LLP**
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

       I hereby caused a true and correct copy of the foregoing *Notice of Deposition* to be served on August 25, 2025, upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system and by U.S. Mail on the all other parties requiring service under the Special Notice List, as set forth in the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [Doc. No. 22].

                                       */s/ Bradley C. Knapp*
                                       Bradley C. Knapp

145925902v2