## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor[1]* | **CHAPTER 11** |

---

## COMMERCIAL COMMITTEE'S NOTICE OF INTENT TO TAKE DEPOSITIONS

---

In accordance with the Court's *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (I) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (II) Motions to Approve Settlements with Insurers, (III) Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b), and (IV) The Court's Order to Show Cause Issued Against the Debtor, Dated April 28, 2025* [Doc. No. 4249], the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") submits the *Commercial Committee's Notice of Intent to Take Depositions* ahead the evidentiary hearing set for November 12-13, 2025, November 17-18, 2025, November 20-21, 2025, November 24-25, 2025, and December 1-2, 2025 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings (the "Hearing"):

(a) the proposed confirmation of that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (together with all exhibits, supplements, and/or subsequent amendments thereto, the "Plan") jointly filed by The Roman Catholic Church of the Archdiocese of New Orleans, The Official Committee of Unsecured Creditors, and the Additional Debtors (as defined in the Plan);

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

(b) the Court's *Order to Show Cause* issued against the Debtor and dated April 28, 2025 [Doc. No. 3949];

(c) *Certain Abuse Survivors' Motion to Dismiss Bankruptcy Pursuant to 11 U.S.C. § 1112(b)* [Doc. No. 3965];

(d) *Argent Institutional Trust Company, as Indenture Trustee's, Motion to Dismiss Bankruptcy Case* [Doc. No. 4158]; and

(e) *Motion for Entry of Orders Pursuant to Sections 363 and 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Insurance Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief* [Doc. No. 4181].

1.     To the extent designated by any party as an expert witness, the Commercial Committee intends to depose, upon oral examination, the following entities for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure and pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c):

> **A. Keegan Linscott & Associates, PC**
> **B. TMC Realty, LLC d/b/a The McEnery Company**
> **C. Berkeley Research Group, LLC**
> **D. Carr Riggs and Ingram, LLC**
> **E. Stout Risius Ross, LLC (f/k/a The Claro Group, LLC)**

A Notice of 30(b)(6) Deposition for each of the aforementioned entities is attached hereto as **Exhibit A**.

2.     The Commercial Committee intends to depose, upon oral examination, **The Roman Catholic Church of the Archdiocese of New Orleans** for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure and pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c).   A Notice of 30(b)(6) Deposition for such entity is attached hereto as **Exhibit A**.

3. To the extent they are not designated as a 30(b)(6) deponent for the aforementioned entities, the Commercial Committee intends to depose, upon oral examination, the following individuals:

**A. Archbishop Gregory Michael Aymond**
**B. Very Reverend Patrick R. Carr**
**C. Lloyd E. Eagan, Jr.**
**D. Matt Kurzmann**
**E. Dirk J. Wild**

A Notice of Deposition for each of the aforementioned individuals is attached hereto as **Exhibit B**.

<u>**RESERVATION OF RIGHTS**</u>

Discovery remains open. As such, the Commercial Committee reserves any and all rights to amend or supplement the foregoing Notices of Depositions, withdraw them altogether, and/or notice additional depositions. Out of an abundance of caution, the Commercial Committee also reserves its rights to attend any other deposition in this case and ask questions of any other deponent in these proceedings whose deposition was noticed by another party.

**Signature on following page**

Dated:  August 25, 2025                    Respectfully Submitted,

                                           **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                           By:     */s/ Brooke W. Altazan*
                                   Paul D. Stewart, Jr. (LA. Bar # 24661)
                                   dstewart@stewartrobbins.com
                                   William S. Robbins (LA. Bar # 24627)
                                   wrobbins@stewartrobbins.com
                                   Brandon A. Brown (La. Bar #25592)
                                   bbrown@stewartrobbins.com
                                   Brooke W. Altazan (La. Bar #32796)
                                   baltazan@stewartrobbins.com
                                   301 Main St., Suite 1640
                                   Baton Rouge, LA 70801-0016
                                   Telephone: (225) 231-9998
                                   Facsimile: (225) 709-9467

                                   *Counsel to the Official Committee of Unsecured*
                                   *Commercial Creditors of The Roman Catholic*
                                   *Church of the Archdiocese of New Orleans*

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 25th day of August 2025.


                                   */s/ Brooke W. Altazan*
                                   Brooke W. Altazan

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **SECTION "A"** |
| *Debtor*[1] | **CHAPTER 11** |

---

**COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

---

TO: **The Roman Catholic Church of the Archdiocese of New Orleans**
*through its counsel of record:*
R. PATRICK VANCE
ELIZABETH J. FUTRELL
MARK A. MINTZ
SAMANTHA A. OPPENHEIM
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of the Debtor, The Roman Catholic Church of the Archdiocese of New Orleans** (the "***Archdiocese***" or the "***Debtor***"), for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

EXHIBIT A

Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on September \_\_\_\_, 2025 at \_\_\_:00 \_\_.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030, the Archdiocese shall designate one or more officers, directors, or managing agents, or designate other persons who are most knowledgeable to testify on its behalf with regard to the subjects of inquiry identified in the attached **Exhibit "A"**, and for each person designated, the matters on which each person will testify.  The person or persons designated shall testify as to matters known or reasonably available to the Archdiocese.

Dated: August 25, 2025

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:  */s/ Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

## EXHIBIT "A" TO COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

1. The Archdiocese's business operations, including, but not limited to, its financial and business relationships with the Apostolates (those church parishes, schools, nursing homes, senior living facilities, and other community service agencies and facilities listed on Exhibit A to Doc. No. 3735), its assets, debts, and liabilities.

2. The Liquidation Analysis of the Debtor attached as Exhibit 3 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Liquidation Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

3. The Feasibility Projections of the Debtor attached as Exhibit 2 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Feasibility Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

4. The asserted restrictive use/nature of any of the Debtor's assets.

5. The Debtor's known or potential contribution and/or indemnity claims against third parties.

6. Known or potential contribution and/or indemnity claims against the Debtor.

7. Potential severance and WARN Act claims against the Debtor if its operations were to cease in a chapter 7 bankruptcy.

8. Any donor restrictions that may prevent the Debtor's assets from being used to satisfy the Debtor's creditors.

9. Any GAAP analysis used to value restricted funds.

10. The valuation of the Debtor's insurance policies.

11. The Debtor's single business enterprise claims.

12. Potential rejection damages claims against the Debtor in the Debtor's hypothetical chapter 7 bankruptcy.

13. The Abuse Claims, as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "***Plan***")[2], including, but not limited to, their value, valuation, estimations, and/or opinions as to value, and any analysis thereof.

14. The value and valuation of non-sexual abuse unsecured claims against the Debtor.

15. The values and valuations of the Debtor's real/immovable property, any discount applied or assumed, and any costs associated with such property in the Debtor's hypothetical chapter 7 bankruptcy.

16. Discounts applied to all the Debtor's assets, including receivables due the Debtor, inventory, and other assets in the Debtor's hypothetical chapter 7 bankruptcy.

17. The value and valuation of the Debtor's movable property.

18. The Catholic Community Foundation's most recent unitization report valuing the Debtor's investments in Portfolio A.

19. The restricted fund investments in Portfolio A.

20. Deficiency owed by the Debtor to depositors into Portfolio B.

21. Any of the Debtor's prepaid expenses.

22. Any of the Debtor's pledges receivable.

23. Any beneficial interest the Debtor has in a charitable remainder trust administered by any third party.

24. All assets excluded from the Debtor's Liquidation Analysis, including grants receivable and equity investments in the Catholic Umbrella Pool.

25. The *Actuarial Valuation Report Disclosure for Fiscal Year Ending June 30, 2025 and 2026 Benefit Cost Under US GAAP* prepared by Willis Tower Watson.

26. Total insured values for all the Debtor's real/immovable properties.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

27. The Avoidance Actions[3], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

28. The Estate Causes of Action[4], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

29. Value, valuations, and/or estimates of the Archdiocesean Parishes'[5] release of any Cure Claims[6] owed by the Reorganized Archdiocese[7] in connection with the assumption of the Parish Service Agreements[8].

30. The Settling Insurers' Policies[9], including all valuations, declarations, riders, and documents executed in connection therewith.

31. The Non-Settling Insurers' Policies[10], including all valuations, declarations, riders, and documents executed in connection therewith.

32. Any amounts, refunds or otherwise, outstanding or otherwise due the Debtor from the Federal Emergency Management Administration (FEMA) or related entity.

---

[3] *Id*

[4] *Id.*

[5] *Id.*

[6] *Id.*

[7] *Id.*

[8] *Id.*

[9] *Id.*

[10] *Id.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

---

### COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF STOUT RISIUS ROSS, LLC (f/k/a THE CLARO GROUP, LLC)

---

TO:   **Stout Risius Ross, LLC (f/k/a The Claro Group, LLC)**
Through its Registered Agent
CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way
Ste. 600
Lansing, MI 48911

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Commercial Creditors (the "*Commercial Committee*") will take the **deposition upon oral examination of Stout Risius Ross, LLC (f/k/a The Claro Group, LLC)** ("*Stout*"), for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on October ____, 2025 at ___:00 __.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

---

[1]   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030, Stout shall designate one or more officers, directors, or managing agents, or designate other persons who are most knowledgeable to testify on its behalf with regard to the subjects of inquiry identified in the attached **Exhibit "A"**, and for each person designated, the matters on which each person will testify.  The person or persons designated shall testify as to matters known or reasonably available to Stout.

Dated: August 25, 2025

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     _/s/ Brooke W. Altazan_
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**EXHIBIT "A" TO COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF STOUT RISIUS ROSS, LLC (f/k/a THE CLARO GROUP, LLC)**

1. Stout's analysis and valuation of each and all Abuse Claims, as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235][2], including, but not limited to, the Abuse Claims' values, valuations, estimations, and/or opinions as to value and Stout's methodology, procedures, assumptions, information sources, and data relied upon in such analysis and/or valuation.

---

[2] "means any Claim that has been asserted, or could be asserted, against any Covered Party, Settling Insurer or Non Settling Insurer, that is attributable to, arises from, is based upon, relates to, or results from Abuse, in whole or in part, directly, indirectly, or derivatively alleged Abuse that occurred, in whole or in part, before the applicable Archdiocese's Petition Date or Additional Debtors' Petition Date, including any such Claim that seeks monetary damages or any other relief, under any legal or equitable theory of liability, including, but not limited to, the following: vicarious liability; *respondeat superior*; any conspiracy, fraud-based theory, including fraud in the inducement; any negligence-based or employment-based theory, including negligent hiring, negligent, insufficient, or inadequate supervision, retention or misrepresentation; any theory based on misrepresentation, concealment, or unfair practice; public or private nuisance; or any theory, including, without limitation, any theory based on public policy or any acts or failures to act by any Covered Party, any Settling Insurer, or any other Entity for whom any Covered Party or any Settling Insurer is allegedly responsible, including, but not limited to, any such Abuse Claim against any Covered Party, Settling Insurer Non-Settling Insurer, or any other Entity for whom any Covered Party, Settling Insurer or Non-Settling Insurer is alleged to be responsible. Abuse Claims are: (a) the Known Abuse Claims, which are treated in Class 3; and (b) the Unknown Abuse Claims, which are treated in Class 4. For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, (b) Claims or causes of action defined or described in the Revival Window Laws against the Archdiocese or any other Covered Party, (c) Direct Action Claims, and (d) any Claim against the Archdiocese or any other Covered Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of joint tortfeasors (or similar concepts under applicable law), (y) such Claims arise under, or were revived pursuant to, the Revival Window Laws, or any future reviver law, statute, or binding precedential decision passed or issued on or after the Joint Plan Effective Date, or (z) a proof of claim has been filed, before or after the Claims Bar Date, or not at all, or an Abuse Action has been commenced with respect such Claim. "Abuse Claim" does not include: (a) Related Insurance Claims or Coverage Claims against Settling Insurers or Non-Settling Insurers; (b) Non-Insurer Contribution Claims with respect to any Abuse Claim; (c) Insurer Contribution Claims with respect to any Abuse Claim; or (d) a Claim against the Diocese of Houma-Thibodaux SD, or the Diocese of Baton Rouge SD, with respect to a Claim against such diocese only. For the avoidance of doubt, a Claim based on Abuse solely occurring following the applicable Petition Date is not an Abuse Claim. Nothing in this definition shall constitute a waiver of any defense that would otherwise be available under applicable law to any Covered Party, Settling Insurer, the Settlement Trust, or any other Entity."

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor[1]* | CHAPTER 11 |

**COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF CARR RIGGS AND INGRAM, LLC**

TO: **Carr Riggs and Ingram, LLC**
Through its Registered Agent:
Kathleen Zuniga
3850 N Causeway Blvd.
Suite 1400 Two Lakeway
Metairie, LA 70002

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of Carr Riggs and Ingram, LLC ("*CRI*"), for all purposes** allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on October _____, 2025 at ___:00 ___.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

---

[1]   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030, CRI shall designate one or more officers, directors, or managing agents, or designate other persons who are most knowledgeable to testify on its behalf with regard to the subjects of inquiry identified in the attached **Exhibit "A"**, and for each person designated, the matters on which each person will testify. The person or persons designated shall testify as to matters known or reasonably available to CRI.

Dated: August 25, 2025

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: _/s/ Brooke W. Altazan_
    Paul D. Stewart, Jr. (LA. Bar # 24661)
    dstewart@stewartrobbins.com
    William S. Robbins (LA. Bar # 24627)
    wrobbins@stewartrobbins.com
    Brandon A. Brown (La. Bar #25592)
    bbrown@stewartrobbins.com
    Brooke W. Altazan (La. Bar #32796)
    baltazan@stewartrobbins.com
    301 Main St., Suite 1640
    Baton Rouge, LA 70801-0016
    Telephone: (225) 231-9998
    Facsimile: (225) 709-9467

    *Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**EXHIBIT "A" TO COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF CARR RIGGS AND INGRAM, LLC**

1. The Roman Catholic Church of the Archdiocese of New Orleans' (the "***Debtor***") business operations, including, but not limited to, its financial and business relationships with the Apostolates (those church parishes, schools, nursing homes, senior living facilities, and other community service agencies and facilities listed on Exhibit A to Doc. No. 3735), its assets, debts, and liabilities.

2. The Liquidation Analysis of the Debtor attached as Exhibit 3 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Liquidation Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

3. The Feasibility Projections of the Debtor attached as Exhibit 2 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Feasibility Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

4. The asserted restrictive use/nature of any of the Debtor's assets.

5. The Debtor's known or potential contribution and/or indemnity claims against third parties.

6. Known or potential contribution and/or indemnity claims against the Debtor.

7. Potential severance and WARN Act claims against the Debtor if its operations were to cease in a chapter 7 bankruptcy.

8. Any donor restrictions that may prevent the Debtor's assets from being used to satisfy the Debtor's creditors.

9. Any GAAP analysis used to value restricted funds.

10. The valuation of the Debtor's insurance policies.

11. The Debtor's single business enterprise claims.

12. Potential rejection damages claims against the Debtor in the Debtor's hypothetical chapter 7 bankruptcy.

13. The Abuse Claims[2], as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "**Plan**")[3], including, but not limited to, their value, valuation, estimations, and/or opinions as to value, and any analysis thereof.

14. The value and valuation of non-sexual abuse unsecured claims against the Debtor.

15.  The values and valuations of the Debtor's real/immovable property, any discount applied or assumed, and any costs associated with such property in the Debtor's hypothetical chapter 7 bankruptcy.

---

[2] "means any Claim that has been asserted, or could be asserted, against any Covered Party, Settling Insurer or Non Settling Insurer, that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively alleged Abuse that occurred, in whole or in part, before the applicable Archdiocese's Petition Date or Additional Debtors' Petition Date, including any such Claim that seeks monetary damages or any other relief, under any legal or equitable theory of liability, including, but not limited to, the following: vicarious liability; *respondeat superior*; any conspiracy, fraud-based theory, including fraud in the inducement; any negligence-based or employment-based theory, including negligent hiring, negligent, insufficient, or inadequate supervision, retention or misrepresentation; any theory based on misrepresentation, concealment, or unfair practice; public or private nuisance; or any theory, including, without limitation, any theory based on public policy or any acts or failures to act by any Covered Party, any Settling Insurer, or any other Entity for whom any Covered Party or any Settling Insurer is allegedly responsible, including, but not limited to, any such Abuse Claim against any Covered Party, Settling Insurer Non-Settling Insurer, or any other Entity for whom any Covered Party, Settling Insurer or Non-Settling Insurer is alleged to be responsible. Abuse Claims are: (a) the Known Abuse Claims, which are treated in Class 3; and (b) the Unknown Abuse Claims, which are treated in Class 4. For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, (b) Claims or causes of action defined or described in the Revival Window Laws against the Archdiocese or any other Covered Party, (c) Direct Action Claims, and (d) any Claim against the Archdiocese or any other Covered Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of joint tortfeasors (or similar concepts under applicable law), (y) such Claims arise under, or were revived pursuant to, the Revival Window Laws, or any future reviver law, statute, or binding precedential decision passed or issued on or after the Joint Plan Effective Date, or (z) a proof of claim has been filed, before or after the Claims Bar Date, or not at all, or an Abuse Action has been commenced with respect to such Claim. "Abuse Claim" does not include: (a) Related Insurance Claims or Coverage Claims against Settling Insurers or Non-Settling Insurers; (b) Non-Insurer Contribution Claims with respect to any Abuse Claim; (c) Insurer Contribution Claims with respect to any Abuse Claim; or (d) a Claim against the Diocese of Houma-Thibodaux SD, or the Diocese of Baton Rouge SD, with respect to a Claim against such diocese only. For the avoidance of doubt, a Claim based on Abuse solely occurring following the applicable Petition Date is not an Abuse Claim. Nothing in this definition shall constitute a waiver of any defense that would otherwise be available under applicable law to any Covered Party, Settling Insurer, the Settlement Trust, or any other Entity."

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

16. Discounts applied to all the Debtor's assets, including receivables due the Debtor, inventory, and other assets in the Debtor's hypothetical chapter 7 bankruptcy.

17. The value and valuation of the Debtor's movable property.

18. The Catholic Community Foundation's most recent unitization report valuing the Debtor's investments in Portfolio A.

19. The restricted fund investments in Portfolio A.

20. Deficiency owed by the Debtor to depositors into Portfolio B.

21. Any of the Debtor's prepaid expenses.

22. Any of the Debtor's pledges receivable.

23. Any beneficial interest the Debtor has in a charitable remainder trust administered by any third party.

24. All assets excluded from the Debtor's Liquidation Analysis, including grants receivable and equity investments in the Catholic Umbrella Pool.

25. The *Actuarial Valuation Report Disclosure for Fiscal Year Ending June 30, 2025 and 2026 Benefit Cost Under US GAAP* prepared by Willis Tower Watson.

26. Total insured values for all the Debtor's real/immovable properties.

27. The Avoidance Actions, as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "***Plan***")[4], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

28. The Estate Causes of Action[5], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

---

[4] "means all actual or potential avoidance, recovery, subordination or other Claims, or remedies of the Archdiocese, Reorganized Archdiocese, Additional Debtors, or the Reorganized Additional Debtors against all Entities, including: (a) any Claims for the recovery of transfers of Cash, offsets, debt forgiveness and other types or kinds of property, or the value thereof, recoverable exclusively pursuant to sections 502, 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code, or otherwise applicable non-bankruptcy law; (b) any Claims or Estate Causes of Action for subordination under section 510 of the Bankruptcy Code or under other applicable."

[5] "means all Causes of Action and Claims owned, held, or capable of being asserted by or on behalf of the Archdiocese, the Archdiocese's Estate, the Additional Debtors, or the Additional Debtors' Estates, including the Avoidance Actions, whether known or unknown, in law, at equity or otherwise, whenever and wherever arising under the laws of any jurisdiction, including Actions that arise out of or are based on breach of contract, fraudulent

29. Value, valuations, and/or estimates of the Archdiocesean Parishes'[6] release of any Cure Claims[7] owed by the Reorganized Archdiocese[8] in connection with the assumption of the Parish Service Agreements[9].

30. The Settling Insurers' Policies[10], including all valuations, declarations, riders, and documents executed in connection therewith.

31. The Non-Settling Insurers' Policies[11], including all valuations, declarations, riders, and documents executed in connection therewith.

32. Any amounts, refunds or otherwise, outstanding or otherwise due the Debtor from the Federal Emergency Management Administration (FEMA) or related entity.

---

conveyances and transfers, breach of fiduciary duty, breach of duty of loyalty or obedience, legal malpractice, recovery of attorneys' fees, turnover of property and avoidance or recovery Actions of the Archdiocese, the Additional Debtors, or the Estates, including Actions that constitute property of the Estates under section 541 of the Bankruptcy Code that are or may be pursued by a representative of the Estates, including pursuant to section 323 of the Bankruptcy Code, and Actions, including Avoidance Actions, that may be commenced by a representative of the Estates under section 362 or chapter 5 of the Bankruptcy Code, seeking relief in the form of damages (actual and punitive), imposition of a constructive trust, turnover of property, restitution, and declaratory relief with respect thereto or otherwise. For the avoidance of doubt, Estate Causes of Action include, but are not limited to (a) any Claims that assert any of the Non-Debtor Catholic Entities or Additional Debtors are a single business enterprise or alter ego of the Archdiocese, or should be substantively consolidated with the Archdiocese; and (b) any Claims that seek a ruling that any money in one or both Portfolios is owned by the Archdiocese and/or otherwise available to satisfy Creditors' Claims.

[6] "means all currently Catholic Church parishes and missions, as identified on Plan Exhibit B-1, at Part I. Each of the Archdiocesan Parishes is organized as a non-profit corporation. For the avoidance of doubt, the definition of Archdiocesan Parishes does not include St. Louis Cathedral, Our Lady of Guadalupe Church & Shrine of St. Jude, or any Suppressed Archdiocesan Parish identified on Plan Exhibit B-1, at Part II.  Plan Exhibit B-1 is attached hereto as **Exhibit B**.

[7] "means all amounts (or such lesser amount as may be agreed upon by the parties under an Executory Contract or Unexpired Lease) required to cure any monetary defaults and other obligations required to cure any non-monetary defaults under any Executory Contract or Unexpired Lease that is to be assumed by the Archdiocese pursuant to sections 365 or 1123 of the Bankruptcy Code."

[8] "means The Roman Catholic Church of the Archdiocese of New Orleans, as reorganized pursuant to and under the Plan, or any successor thereto by merger, consolidation, conversion or otherwise, on or after the Effective Date, after giving effect to the transactions implementing the Plan."

[9] "means those certain Parish Service Agreements by and between the Archdiocese and certain of the Archdiocesan Parishes, each with effective dates of March 1, 2011."
[10] "means all Subject Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by any Settling Insurer."

[11] "means all Subject Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by any Non-Settling Insurer. The Non-Settling Insurers' Policies are included in the Non-Settling Insurance Rights Transfer."

# PLAN EXHIBIT B-1

# Additional Debtors

Exhibit B

# PLAN EXHIBIT B-1

## Additional Debtors

### I.     Archdiocesan Parishes

1.      All Saints Roman Catholic Church, New Orleans, Louisiana
2.      Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.      Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.      Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.      Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.      Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.      Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.      Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.      Christ the King Roman Catholic Church, Gretna, Louisiana
10.     Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.     Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.     Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.     Holy Family Roman Catholic Church, Franklinton, Louisiana
14.     Holy Family Roman Catholic Church, Luling, Louisiana
15.     Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.     Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.     Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.     Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.     Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.     Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.     Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.     Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.     Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.     Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.     Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.     Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.     Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.     Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.     Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.     Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.     Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.     Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.     Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.     Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.     Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.     Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

37. Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38. Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39. Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40. St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana
41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana

#103965227v3

81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
89. St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90. St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91. St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92. St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93. St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94. St. Peter Roman Catholic Church, Reserve, Louisiana
95. St. Peter's Roman Catholic Church, Covington, Louisiana
96. St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97. St. Pius X Roman Catholic Church, New Orleans, Louisiana
98. St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99. St. Rita Roman Catholic Church, Harahan, Louisiana
100. St. Rita Roman Catholic Church, New Orleans, Louisiana
101. St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102. Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103. The Congregation of St. Rita Roman Catholic Church of Harahan
104. The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II. Suppressed Archdiocesan Parishes[3]

1. Blessed Sacrament, Inc.
2. Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure

3

3.     Immaculate Heart of Mary, Inc.
4.     Incarnate Word, Inc.
5.     Our Lady of Good Counsel, Inc.
6.     Our Lady of Good Harbor, Inc.
7.     Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.     Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.     Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10.    St. Ann, New Orleans, Louisiana, Inc.
11.    St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12.    St. Frances Xavier Cabrini, Inc.
13.    St. Francis de Salles, Inc.
14.    St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15.    St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16.    St. Henry's, Inc.
17.    St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18.    St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19.    St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20.    St. John the Baptist, New Orleans, Louisiana, Inc.
21.    St. Julian Eymard, Inc.
22.    St. Lawrence the Martyr, Inc.
23.    St. Louise de Marillac, Inc.
24.    St. Maurice, Inc.
25.    St. Monica, Inc.
26.    St. Philip the Apostle, Inc.
27.    St. Raymond's, Inc.
28.    St. Rose of Lima, Inc.
29.    St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana

---

Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

#103965227v3

30.   St. Theresa of the Child Jesus, Inc.
31.   The Congregation of Saints Peter and Paul Roman Catholic Church
32.   The Congregation of St. Cecelia Roman Catholic Church
33.   The Congregation of the Annunciation Roman Catholic Church
34.   The Congregation of the Holy Trinity Roman Catholic Church

### III.   Archdiocesan Agencies

1.    Archdiocesan Spirituality Center
2.    Catholic Charities Archdiocese of New Orleans
3.    Catholic Charities Children's Day Care Centers
4.    Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.    Clarion Herald Publishing Company
6.    Korean Catholic Community of New Orleans, Inc.
7.    Notre Dame Seminary
8.    Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.    Pace Greater New Orleans
10.   Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11.   Philmat, Inc.
12.   Project Lazarus
13.   Roman Catholic Center of Jesus the Lord
14.   School Food and Nutrition Services of New Orleans, Inc.
15.   Second Harvest Food Bank of Greater New Orleans and Acadiana
16.   St. Jude Community Center, Inc.
17.   St. Michael Special School
18.   St. Thérèse Catholic Academy
19.   The Society for the Propagation of the Faith, Archdiocese of New Orleans

#103965227v3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor[1]* | CHAPTER 11 |

---

**COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF BERKELEY RESEARCH GROUP, LLC**

---

TO:  **Berkeley Research Group, LLC**
Through its registered agent:
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of Berkeley Research Group, LLC ("*BRG*"), for all** purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on October \_\_\_\_, 2025 at \_\_\_:00 \_\_.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA,** and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030, BRG shall designate one or more officers, directors, or managing agents, or designate other persons who are most knowledgeable to testify on its behalf with regard to the subjects of inquiry identified in the attached **Exhibit "A"**, and for each person designated, the matters on which each person will testify.  The person or persons designated shall testify as to matters known or reasonably available to BRG.

Dated: August 25, 2025                          Respectfully Submitted,

                                      **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                        By:     */s/ Brooke W. Altazan*
                                 Paul D. Stewart, Jr. (LA. Bar # 24661)
                                 dstewart@stewartrobbins.com
                                 William S. Robbins (LA. Bar # 24627)
                                 wrobbins@stewartrobbins.com
                                 Brandon A. Brown (La. Bar #25592)
                                 bbrown@stewartrobbins.com
                                 Brooke W. Altazan (La. Bar #32796)
                                 baltazan@stewartrobbins.com
                                 301 Main St., Suite 1640
                                 Baton Rouge, LA 70801-0016
                                 Telephone: (225) 231-9998
                                 Facsimile: (225) 709-9467

                                 ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**EXHIBIT "A" TO COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6)
DEPOSITION OF BERKELEY RESEARCH GROUP, LLC**

1. The Roman Catholic Church of the Archdiocese of New Orleans' (the "***Debtor***") business operations, including, but not limited to, its financial and business relationships with the Apostolates (those church parishes, schools, nursing homes, senior living facilities, and other community service agencies and facilities listed on Exhibit A to Doc. No. 3735), its assets, debts, and liabilities.

2. The Liquidation Analysis of the Debtor attached as Exhibit 3 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Liquidation Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

3. The Feasibility Projections of the Debtor attached as Exhibit 2 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Feasibility Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

4. The asserted restrictive use/nature of any of the Debtor's assets.

5. The Debtor's known or potential contribution and/or indemnity claims against third parties.

6. Known or potential contribution and/or indemnity claims against the Debtor.

7. Potential severance and WARN Act claims against the Debtor if its operations were to cease in a chapter 7 bankruptcy.

8. Any donor restrictions that may prevent the Debtor's assets from being used to satisfy the Debtor's creditors.

9. Any GAAP analysis used to value restricted funds.

10. The valuation of the Debtor's insurance policies.

11. The Debtor's single business enterprise claims.

12. Potential rejection damages claims against the Debtor in the Debtor's hypothetical chapter 7 bankruptcy.

13. The Abuse Claims[2], as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "**Plan**")[3], including, but not limited to, their value, valuation, estimations, and/or opinions as to value, and any analysis thereof.

14. The value and valuation of non-sexual abuse unsecured claims against the Debtor.

15. The values and valuations of the Debtor's real/immovable property, any discount applied or assumed, and any costs associated with such property in the Debtor's hypothetical chapter 7 bankruptcy.

---

[2] "means any Claim that has been asserted, or could be asserted, against any Covered Party, Settling Insurer or Non Settling Insurer, that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively alleged Abuse that occurred, in whole or in part, before the applicable Archdiocese's Petition Date or Additional Debtors' Petition Date, including any such Claim that seeks monetary damages or any other relief, under any legal or equitable theory of liability, including, but not limited to, the following: vicarious liability; *respondeat superior*; any conspiracy, fraud-based theory, including fraud in the inducement; any negligence-based or employment-based theory, including negligent hiring, negligent, insufficient, or inadequate supervision, retention or misrepresentation; any theory based on misrepresentation, concealment, or unfair practice; public or private nuisance; or any theory, including, without limitation, any theory based on public policy or any acts or failures to act by any Covered Party, any Settling Insurer, or any other Entity for whom any Covered Party or any Settling Insurer is allegedly responsible, including, but not limited to, any such Abuse Claim against any Covered Party, Settling Insurer Non-Settling Insurer, or any other Entity for whom any Covered Party, Settling Insurer or Non-Settling Insurer is alleged to be responsible. Abuse Claims are: (a) the Known Abuse Claims, which are treated in Class 3; and (b) the Unknown Abuse Claims, which are treated in Class 4. For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, (b) Claims or causes of action defined or described in the Revival Window Laws against the Archdiocese or any other Covered Party, (c) Direct Action Claims, and (d) any Claim against the Archdiocese or any other Covered Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of joint tortfeasors (or similar concepts under applicable law), (y) such Claims arise under, or were revived pursuant to, the Revival Window Laws, or any future reviver law, statute, or binding precedential decision passed or issued on or after the Joint Plan Effective Date, or (z) a proof of claim has been filed, before or after the Claims Bar Date, or not at all, or an Abuse Action has been commenced with respect to such Claim. "Abuse Claim" does not include: (a) Related Insurance Claims or Coverage Claims against Settling Insurers or Non-Settling Insurers; (b) Non-Insurer Contribution Claims with respect to any Abuse Claim; (c) Insurer Contribution Claims with respect to any Abuse Claim; or (d) a Claim against the Diocese of Houma-Thibodaux SD, or the Diocese of Baton Rouge SD, with respect to a Claim against such diocese only. For the avoidance of doubt, a Claim based on Abuse solely occurring following the applicable Petition Date is not an Abuse Claim. Nothing in this definition shall constitute a waiver of any defense that would otherwise be available under applicable law to any Covered Party, Settling Insurer, the Settlement Trust, or any other Entity."

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

16. Discounts applied to all the Debtor's assets, including receivables due the Debtor, inventory, and other assets in the Debtor's hypothetical chapter 7 bankruptcy.

17. The value and valuation of the Debtor's movable property.

18. The Catholic Community Foundation's most recent unitization report valuing the Debtor's investments in Portfolio A.

19. The restricted fund investments in Portfolio A.

20. Deficiency owed by the Debtor to depositors into Portfolio B.

21. Any of the Debtor's prepaid expenses.

22. Any of the Debtor's pledges receivable.

23. Any beneficial interest the Debtor has in a charitable remainder trust administered by any third party.

24. All assets excluded from the Debtor's Liquidation Analysis, including grants receivable and equity investments in the Catholic Umbrella Pool.

25. The *Actuarial Valuation Report Disclosure for Fiscal Year Ending June 30, 2025 and 2026 Benefit Cost Under US GAAP* prepared by Willis Tower Watson.

26. Total insured values for all the Debtor's real/immovable properties.

27. The Avoidance Actions, as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "***Plan***")[4], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

28. The Estate Causes of Action[5], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

---

[4] "means all actual or potential avoidance, recovery, subordination or other Claims, or remedies of the Archdiocese, Reorganized Archdiocese, Additional Debtors, or the Reorganized Additional Debtors against all Entities, including: (a) any Claims for the recovery of transfers of Cash, offsets, debt forgiveness and other types or kinds of property, or the value thereof, recoverable exclusively pursuant to sections 502, 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code, or otherwise applicable non-bankruptcy law; (b) any Claims or Estate Causes of Action for subordination under section 510 of the Bankruptcy Code or under other applicable."

[5] *"means all Causes of Action and Claims owned, held, or capable of being asserted by or on behalf of the Archdiocese, the Archdiocese's Estate, the Additional Debtors, or the Additional Debtors' Estates, including the Avoidance Actions, whether known or unknown, in law, at equity or otherwise, whenever and wherever arising under the laws of any jurisdiction, including Actions that arise out of or are based on breach of contract, fraudulent*

29. Value, valuations, and/or estimates of the Archdiocesan Parishes'[6] release of any Cure Claims[7] owed by the Reorganized Archdiocese[8] in connection with the assumption of the Parish Service Agreements[9].

30. The Settling Insurers' Policies[10], including all valuations, declarations, riders, and documents executed in connection therewith.

31. The Non-Settling Insurers' Policies[11], including all valuations, declarations, riders, and documents executed in connection therewith.

32. Any amounts, refunds or otherwise, outstanding or otherwise due the Debtor from the Federal Emergency Management Administration (FEMA) or related entity.

---

*conveyances and transfers, breach of fiduciary duty, breach of duty of loyalty or obedience, legal malpractice, recovery of attorneys' fees, turnover of property and avoidance or recovery Actions of the Archdiocese, the Additional Debtors, or the Estates, including Actions that constitute property of the Estates under section 541 of the Bankruptcy Code that are or may be pursued by a representative of the Estates, including pursuant to section 323 of the Bankruptcy Code, and Actions, including Avoidance Actions, that may be commenced by a representative of the Estates under section 362 or chapter 5 of the Bankruptcy Code, seeking relief in the form of damages (actual and punitive), imposition of a constructive trust, turnover of property, restitution, and declaratory relief with respect thereto or otherwise. For the avoidance of doubt, Estate Causes of Action include, but are not limited to (a) any Claims that assert any of the Non-Debtor Catholic Entities or Additional Debtors are a single business enterprise or alter ego of the Archdiocese, or should be substantively consolidated with the Archdiocese; and (b) any Claims that seek a ruling that any money in one or both Portfolios is owned by the Archdiocese and/or otherwise available to satisfy Creditors' Claims.*

[6] *"means all currently Catholic Church parishes and missions, as identified on Plan Exhibit B-1, at Part I. Each of the Archdiocesan Parishes is organized as a non-profit corporation. For the avoidance of doubt, the definition of Archdiocesan Parishes does not include St. Louis Cathedral, Our Lady of Guadalupe Church & Shrine of St. Jude, or any Suppressed Archdiocesan Parish identified on Plan Exhibit B-1, at Part II."  Plan Exhibit B-1 is attached hereto as **Exhibit B**.*

[7] *"means all amounts (or such lesser amount as may be agreed upon by the parties under an Executory Contract or Unexpired Lease) required to cure any monetary defaults and other obligations required to cure any non-monetary defaults under any Executory Contract or Unexpired Lease that is to be assumed by the Archdiocese pursuant to sections 365 or 1123 of the Bankruptcy Code."*

[8] *"means The Roman Catholic Church of the Archdiocese of New Orleans, as reorganized pursuant to and under the Plan, or any successor thereto by merger, consolidation, conversion or otherwise, on or after the Effective Date, after giving effect to the transactions implementing the Plan."*

[9] *"means those certain Parish Service Agreements by and between the Archdiocese and certain of the Archdiocesan Parishes, each with effective dates of March 1, 2011."*

[10] *"means all Subject Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by any Settling Insurer."*

[11] *"means all Subject Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by any Non-Settling Insurer. The Non-Settling Insurers' Policies are included in the Non-Settling Insurance Rights Transfer."*

# PLAN EXHIBIT B-1

# Additional Debtors

Exhibit B

# PLAN EXHIBIT B-1

## Additional Debtors

### I.   Archdiocesan Parishes

1.   All Saints Roman Catholic Church, New Orleans, Louisiana
2.   Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.   Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.   Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.   Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.   Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.   Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.   Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.   Christ the King Roman Catholic Church, Gretna, Louisiana
10.  Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.  Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.  Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.  Holy Family Roman Catholic Church, Franklinton, Louisiana
14.  Holy Family Roman Catholic Church, Luling, Louisiana
15.  Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.  Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.  Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.  Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.  Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.  Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.  Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.  Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.  Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.  Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.  Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.  Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.  Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.  Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.  Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.  Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.  Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.  Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.  Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.  Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.  Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.  Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

37. Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38. Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39. Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40. St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana
41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana

81.    St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82.    St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83.    St. Mark Roman Catholic Church, Ama, Louisiana
84.    St. Martha Roman Catholic Church, Harvey, Louisiana
85.    St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as
       Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86.    St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87.    St. Mary's Roman Catholic Church, New Orleans, Louisiana
88.    St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
89.    St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known
       as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.    St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.    St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.    St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.    St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.    St. Peter Roman Catholic Church, Reserve, Louisiana
95.    St. Peter's Roman Catholic Church, Covington, Louisiana
96.    St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.    St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.    St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.    St. Rita Roman Catholic Church, Harahan, Louisiana
100.   St. Rita Roman Catholic Church, New Orleans, Louisiana
101.   St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102.   Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.   The Congregation of St. Rita Roman Catholic Church of Harahan
104.   The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.    Suppressed Archdiocesan Parishes[3]

1.    Blessed Sacrament, Inc.
2.    Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure

#103965227v3

3.      Immaculate Heart of Mary, Inc.
4.      Incarnate Word, Inc.
5.      Our Lady of Good Counsel, Inc.
6.      Our Lady of Good Harbor, Inc.
7.      Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.      Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.      Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10.     St. Ann, New Orleans, Louisiana, Inc.
11.     St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12.     St. Frances Xavier Cabrini, Inc.
13.     St. Francis de Salles, Inc.
14.     St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15.     St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16.     St. Henry's, Inc.
17.     St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18.     St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19.     St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20.     St. John the Baptist, New Orleans, Louisiana, Inc.
21.     St. Julian Eymard, Inc.
22.     St. Lawrence the Martyr, Inc.
23.     St. Louise de Marillac, Inc.
24.     St. Maurice, Inc.
25.     St. Monica, Inc.
26.     St. Philip the Apostle, Inc.
27.     St. Raymond's, Inc.
28.     St. Rose of Lima, Inc.
29.     St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana

---

Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

#103965227v3

30.   St. Theresa of the Child Jesus, Inc.
31.   The Congregation of Saints Peter and Paul Roman Catholic Church
32.   The Congregation of St. Cecelia Roman Catholic Church
33.   The Congregation of the Annunciation Roman Catholic Church
34.   The Congregation of the Holy Trinity Roman Catholic Church

### III.   Archdiocesan Agencies

1.    Archdiocesan Spirituality Center
2.    Catholic Charities Archdiocese of New Orleans
3.    Catholic Charities Children's Day Care Centers
4.    Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.    Clarion Herald Publishing Company
6.    Korean Catholic Community of New Orleans, Inc.
7.    Notre Dame Seminary
8.    Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.    Pace Greater New Orleans
10.   Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11.   Philmat, Inc.
12.   Project Lazarus
13.   Roman Catholic Center of Jesus the Lord
14.   School Food and Nutrition Services of New Orleans, Inc.
15.   Second Harvest Food Bank of Greater New Orleans and Acadiana
16.   St. Jude Community Center, Inc.
17.   St. Michael Special School
18.   St. Thérèse Catholic Academy
19.   The Society for the Propagation of the Faith, Archdiocese of New Orleans

5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

---

### COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF TMC REALTY, LLC d/b/a THE MCENERY COMPANY

---

TO:  **TMC Realty, LLC d/b/a the McEnery Company**
Through its Registered Agent:
G. Wogan Bernard
1100 Poydras Street
Ste. 2300
New Orleans, LA 70163

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Commercial Creditors (the "*Commercial Committee*") will take the **deposition upon oral examination of TMC Realty, LLC d/b/a the McEnery Company** ("*TMC*"), for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on October \_\_\_\_, 2025 at \_\_\_:00 \_\_.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030, TMC shall designate one or more officers, directors, or managing agents, or designate other persons who are most knowledgeable to testify on its behalf with regard to the subjects of inquiry identified in the attached **Exhibit "A"**, and for each person designated, the matters on which each person will testify.  The person or persons designated shall testify as to matters known or reasonably available to TMC.

Dated: August 25, 2025                          Respectfully Submitted,

                                             **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:     */s/ Brooke W. Altazan*
                                          Paul D. Stewart, Jr. (LA. Bar # 24661)
                                          dstewart@stewartrobbins.com
                                          William S. Robbins (LA. Bar # 24627)
                                          wrobbins@stewartrobbins.com
                                          Brandon A. Brown (La. Bar #25592)
                                          bbrown@stewartrobbins.com
                                          Brooke W. Altazan (La. Bar #32796)
                                          baltazan@stewartrobbins.com
                                          301 Main St., Suite 1640
                                          Baton Rouge, LA 70801-0016
                                          Telephone: (225) 231-9998
                                          Facsimile: (225) 709-9467

                                          ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***

**EXHIBIT "A" TO COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF TMC REALTY, LLC d/b/a THE MCENERY COMPANY**

1.  The values, valuations, estimations, and/or opinions as to value of each and all properties and/or structures belonging to the Debtor, as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "***Plan***")[2], and Additional Debtors[3], including TMC's analysis, methodology, procedures, assumptions, discounts applied, information sources, and data relied upon in any such valuation and/or analysis conducted by TMC.

---

[2] "means, before the Effective Date, The Roman Catholic Church of the Archdiocese of New Orleans".  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

[3] "means the Entities listed on Plan Exhibit B-1", attached hereto as **Exhibit B**.

# PLAN EXHIBIT B-1

# Additional Debtors

Exhibit B

# PLAN EXHIBIT B-1

## Additional Debtors

### I.      Archdiocesan Parishes

1.      All Saints Roman Catholic Church, New Orleans, Louisiana
2.      Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.      Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.      Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.      Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.      Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.      Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.      Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.      Christ the King Roman Catholic Church, Gretna, Louisiana
10.     Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.     Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.     Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.     Holy Family Roman Catholic Church, Franklinton, Louisiana
14.     Holy Family Roman Catholic Church, Luling, Louisiana
15.     Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.     Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.     Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.     Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.     Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.     Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.     Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.     Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.     Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.     Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.     Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.     Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.     Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.     Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.     Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.     Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.     Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.     Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.     Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.     Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.     Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.     Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

| | |
|---|---|
| 37. | Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana |
| 38. | Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana |
| 39. | Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana |
| 40. | St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana |
| 41. | St. Agnes Roman Catholic Church, Jefferson, Louisiana |
| 42. | St. Alphonsus Roman Catholic Church, New Orleans, Louisiana |
| 43. | St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana |
| 44. | St. Angela Merici Roman Catholic Church, Metairie, Louisiana |
| 45. | St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana |
| 46. | St. Anselm Roman Catholic Church, Madisonville, Louisiana |
| 47. | St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana |
| 48. | St. Anthony of Padua Roman Catholic Church, Luling, Louisiana |
| 49. | St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana |
| 50. | St. Anthony Roman Catholic Church, Gretna, Louisiana |
| 51. | St. Augustine Roman Catholic Church, New Orleans, Louisiana |
| 52. | St. Benedict Roman Catholic Church, Covington, Louisiana |
| 53. | St. Benilde Roman Catholic Church, Metairie, Louisiana |
| 54. | St. Bernard Roman Catholic Church, St. Bernard, Louisiana |
| 55. | St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana |
| 56. | St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana |
| 57. | St. Christopher Roman Catholic Church, Metairie, Louisiana |
| 58. | St. Clement of Rome Roman Catholic Church, Metairie, Louisiana |
| 59. | St. Cletus Roman Catholic Church, Gretna, Louisiana |
| 60. | St. David Roman Catholic Church, New Orleans, Louisiana |
| 61. | St. Dominic's Roman Catholic Church, New Orleans, Louisiana |
| 62. | St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana |
| 63. | St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana |
| 64. | St. Francis Xavier Roman Catholic Church, Metairie, Louisiana |
| 65. | St. Genevieve Roman Catholic Church, Slidell, Louisiana |
| 66. | St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana |
| 67. | St. Jerome Roman Catholic Church, Kenner, Louisiana |
| 68. | St. Joachim Roman Catholic Church, Marrero, Louisiana |
| 69. | St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana |
| 70. | St. John of the Cross Roman Catholic Church, Lacombe, Louisiana |
| 71. | St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana |
| 72. | St. John the Baptist Roman Catholic Church, Edgard, Louisiana |
| 73. | St. John the Baptist Roman Catholic Church, Folsom, Louisiana |
| 74. | St. Joseph Roman Catholic Church, Algiers, Louisiana |
| 75. | St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana |
| 76. | St. Joseph's Roman Catholic Church, Gretna, Louisiana |
| 77. | St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana |
| 78. | St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana |
| 79. | St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana |
| 80. | St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana |

#103965227v3

81. St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82. St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83. St. Mark Roman Catholic Church, Ama, Louisiana
84. St. Martha Roman Catholic Church, Harvey, Louisiana
85. St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86. St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87. St. Mary's Roman Catholic Church, New Orleans, Louisiana
88. St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
89. St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90. St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91. St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92. St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93. St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94. St. Peter Roman Catholic Church, Reserve, Louisiana
95. St. Peter's Roman Catholic Church, Covington, Louisiana
96. St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97. St. Pius X Roman Catholic Church, New Orleans, Louisiana
98. St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99. St. Rita Roman Catholic Church, Harahan, Louisiana
100. St. Rita Roman Catholic Church, New Orleans, Louisiana
101. St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102. Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103. The Congregation of St. Rita Roman Catholic Church of Harahan
104. The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II. Suppressed Archdiocesan Parishes[3]

1. Blessed Sacrament, Inc.
2. Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes. In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure

3

3.  Immaculate Heart of Mary, Inc.
4.  Incarnate Word, Inc.
5.  Our Lady of Good Counsel, Inc.
6.  Our Lady of Good Harbor, Inc.
7.  Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8.  Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9.  Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10. St. Ann, New Orleans, Louisiana, Inc.
11. St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12. St. Frances Xavier Cabrini, Inc.
13. St. Francis de Salles, Inc.
14. St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15. St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16. St. Henry's, Inc.
17. St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18. St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19. St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20. St. John the Baptist, New Orleans, Louisiana, Inc.
21. St. Julian Eymard, Inc.
22. St. Lawrence the Martyr, Inc.
23. St. Louise de Marillac, Inc.
24. St. Maurice, Inc.
25. St. Monica, Inc.
26. St. Philip the Apostle, Inc.
27. St. Raymond's, Inc.
28. St. Rose of Lima, Inc.
29. St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana

---

Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

#103965227v3

30.    St. Theresa of the Child Jesus, Inc.
31.    The Congregation of Saints Peter and Paul Roman Catholic Church
32.    The Congregation of St. Cecelia Roman Catholic Church
33.    The Congregation of the Annunciation Roman Catholic Church
34.    The Congregation of the Holy Trinity Roman Catholic Church

### III.    Archdiocesan Agencies

1.    Archdiocesan Spirituality Center
2.    Catholic Charities Archdiocese of New Orleans
3.    Catholic Charities Children's Day Care Centers
4.    Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5.    Clarion Herald Publishing Company
6.    Korean Catholic Community of New Orleans, Inc.
7.    Notre Dame Seminary
8.    Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9.    Pace Greater New Orleans
10.    Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11.    Philmat, Inc.
12.    Project Lazarus
13.    Roman Catholic Center of Jesus the Lord
14.    School Food and Nutrition Services of New Orleans, Inc.
15.    Second Harvest Food Bank of Greater New Orleans and Acadiana
16.    St. Jude Community Center, Inc.
17.    St. Michael Special School
18.    St. Thérèse Catholic Academy
19.    The Society for the Propagation of the Faith, Archdiocese of New Orleans

#103965227v3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

---

### COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6) DEPOSITION OF KEEGAN LINSCOTT & ASSOCIATES, PC

---

TO:   **Keegan Linscott & Associates, PC**
Through its Registered Agent:
Carla J Keegan
3443 N Campbell Avenue, Suite 115
Tucson, AZ 85719

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this matter by Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Commercial Creditors (the "*Commercial Committee*") will take the **deposition upon oral examination of Keegan Linscott & Associates, PC** ("*KL*"), for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on October ____, 2025 at ___:00 __.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA,** and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

---

[1]   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Federal Rule of Bankruptcy Procedure 7030, KL shall designate one or more officers, directors, or managing agents, or designate other persons who are most knowledgeable to testify on its behalf with regard to the subjects of inquiry identified in the attached **Exhibit "A"**, and for each person designated, the matters on which each person will testify.  The person or persons designated shall testify as to matters known or reasonably available to KL.

Dated: August 25, 2025                              Respectfully Submitted,

                                                **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                             By:     */s/ Brooke W. Altazan*
                                     Paul D. Stewart, Jr. (LA. Bar # 24661)
                                     dstewart@stewartrobbins.com
                                     William S. Robbins (LA. Bar # 24627)
                                     wrobbins@stewartrobbins.com
                                     Brandon A. Brown (La. Bar #25592)
                                     bbrown@stewartrobbins.com
                                     Brooke W. Altazan (La. Bar #32796)
                                     baltazan@stewartrobbins.com
                                     301 Main St., Suite 1640
                                     Baton Rouge, LA 70801-0016
                                     Telephone: (225) 231-9998
                                     Facsimile: (225) 709-9467

                                     *Counsel to the Official Committee of Unsecured*
                                     *Commercial Creditors of The Roman Catholic*
                                     *Church of the Archdiocese of New Orleans*

**EXHIBIT "A" TO COMMERCIAL COMMITTEE'S NOTICE OF 30(b)(6)
DEPOSITION OF KEEGAN LINSCOTT & ASSOCIATES, PC**

1. The Roman Catholic Church of the Archdiocese of New Orleans' (the "***Debtor***") business operations, including, but not limited to, its financial and business relationships with the Apostolates (those church parishes, schools, nursing homes, senior living facilities, and other community service agencies and facilities listed on Exhibit A to Doc. No. 3735), its assets, debts, and liabilities.

2. The Liquidation Analysis of the Debtor attached as Exhibit 3 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Liquidation Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

3. The Feasibility Projections of the Debtor attached as Exhibit 2 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "***Debtor's Feasibility Analysis***"), including, but not limited to, an explanation of the origin, attributed values, composition, assumptions, estimations, valuations, and supporting documents underlying each of the entries therein.

4. The asserted restrictive use/nature of any of the Debtor's assets.

5. The Debtor's known or potential contribution and/or indemnity claims against third parties.

6. Known or potential contribution and/or indemnity claims against the Debtor.

7. Potential severance and WARN Act claims against the Debtor if its operations were to cease in a chapter 7 bankruptcy.

8. Any donor restrictions that may prevent the Debtor's assets from being used to satisfy the Debtor's creditors.

9. Any GAAP analysis used to value restricted funds.

10. The valuation of the Debtor's insurance policies.

11. The Debtor's single business enterprise claims.

12. Potential rejection damages claims against the Debtor in the Debtor's hypothetical chapter 7 bankruptcy.

13. The Abuse Claims[2], as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "***Plan***")[3], including, but not limited to, their value, valuation, estimations, and/or opinions as to value, and any analysis thereof.

14. The value and valuation of non-sexual abuse unsecured claims against the Debtor.

15.  The values and valuations of the Debtor's real/immovable property, any discount applied or assumed, and any costs associated with such property in the Debtor's hypothetical chapter 7 bankruptcy.

---

[2] "means any Claim that has been asserted, or could be asserted, against any Covered Party, Settling Insurer or Non Settling Insurer, that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively alleged Abuse that occurred, in whole or in part, before the applicable Archdiocese's Petition Date or Additional Debtors' Petition Date, including any such Claim that seeks monetary damages or any other relief, under any legal or equitable theory of liability, including, but not limited to, the following: vicarious liability; *respondeat superior*; any conspiracy, fraud-based theory, including fraud in the inducement; any negligence-based or employment-based theory, including negligent hiring, negligent, insufficient, or inadequate supervision, retention or misrepresentation; any theory based on misrepresentation, concealment, or unfair practice; public or private nuisance; or any theory, including, without limitation, any theory based on public policy or any acts or failures to act by any Covered Party, any Settling Insurer, or any other Entity for whom any Covered Party or any Settling Insurer is allegedly responsible, including, but not limited to, any such Abuse Claim against any Covered Party, Settling Insurer Non-Settling Insurer, or any other Entity for whom any Covered Party, Settling Insurer or Non-Settling Insurer is alleged to be responsible. Abuse Claims are: (a) the Known Abuse Claims, which are treated in Class 3; and (b) the Unknown Abuse Claims, which are treated in Class 4. For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, (b) Claims or causes of action defined or described in the Revival Window Laws against the Archdiocese or any other Covered Party, (c) Direct Action Claims, and (d) any Claim against the Archdiocese or any other Covered Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of joint tortfeasors (or similar concepts under applicable law), (y) such Claims arise under, or were revived pursuant to, the Revival Window Laws, or any future reviver law, statute, or binding precedential decision passed or issued on or after the Joint Plan Effective Date, or (z) a proof of claim has been filed, before or after the Claims Bar Date, or not at all, or an Abuse Action has been commenced with respect to such Claim. "Abuse Claim" does not include: (a) Related Insurance Claims or Coverage Claims against Settling Insurers or Non-Settling Insurers; (b) Non-Insurer Contribution Claims with respect to any Abuse Claim; (c) Insurer Contribution Claims with respect to any Abuse Claim; or (d) a Claim against the Diocese of Houma-Thibodaux SD, or the Diocese of Baton Rouge SD, with respect to a Claim against such diocese only. For the avoidance of doubt, a Claim based on Abuse solely occurring following the applicable Petition Date is not an Abuse Claim. Nothing in this definition shall constitute a waiver of any defense that would otherwise be available under applicable law to any Covered Party, Settling Insurer, the Settlement Trust, or any other Entity."

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

16. Discounts applied to all the Debtor's assets, including receivables due the Debtor, inventory, and other assets in the Debtor's hypothetical chapter 7 bankruptcy.

17. The value and valuation of the Debtor's movable property.

18. The Catholic Community Foundation's most recent unitization report valuing the Debtor's investments in Portfolio A.

19. The restricted fund investments in Portfolio A.

20. Deficiency owed by the Debtor to depositors into Portfolio B.

21. Any of the Debtor's prepaid expenses.

22. Any of the Debtor's pledges receivable.

23. Any beneficial interest the Debtor has in a charitable remainder trust administered by any third party.

24. All assets excluded from the Debtor's Liquidation Analysis, including grants receivable and equity investments in the Catholic Umbrella Pool.

25. The *Actuarial Valuation Report Disclosure for Fiscal Year Ending June 30, 2025 and 2026 Benefit Cost Under US GAAP* prepared by Willis Tower Watson.

26. Total insured values for all the Debtor's real/immovable properties.

27. The Avoidance Actions, as that term is defined in that certain *Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4235] (the "***Plan***")[4], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

28. The Estate Causes of Action[5], including, but not limited to, the details of the specific claims as well as their value, valuations, and/or estimates.

---

[4] "means all actual or potential avoidance, recovery, subordination or other Claims, or remedies of the Archdiocese, Reorganized Archdiocese, Additional Debtors, or the Reorganized Additional Debtors against all Entities, including: (a) any Claims for the recovery of transfers of Cash, offsets, debt forgiveness and other types or kinds of property, or the value thereof, recoverable exclusively pursuant to sections 502, 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code, or otherwise applicable non-bankruptcy law; (b) any Claims or Estate Causes of Action for subordination under section 510 of the Bankruptcy Code or under other applicable."

[5] "means all Causes of Action and Claims owned, held, or capable of being asserted by or on behalf of the Archdiocese, the Archdiocese's Estate, the Additional Debtors, or the Additional Debtors' Estates, including the Avoidance Actions, whether known or unknown, in law, at equity or otherwise, whenever and wherever arising under the laws of any jurisdiction, including Actions that arise out of or are based on breach of contract, fraudulent

29. Value, valuations, and/or estimates of the Archdiocesean Parishes'[6] release of any Cure Claims[7] owed by the Reorganized Archdiocese[8] in connection with the assumption of the Parish Service Agreements[9].

30. The Settling Insurers' Policies[10], including all valuations, declarations, riders, and documents executed in connection therewith.

31. The Non-Settling Insurers' Policies[11], including all valuations, declarations, riders, and documents executed in connection therewith.

32. Any amounts, refunds or otherwise, outstanding or otherwise due the Debtor from the Federal Emergency Management Administration (FEMA) or related entity.

---

conveyances and transfers, breach of fiduciary duty, breach of duty of loyalty or obedience, legal malpractice, recovery of attorneys' fees, turnover of property and avoidance or recovery Actions of the Archdiocese, the Additional Debtors, or the Estates, including Actions that constitute property of the Estates under section 541 of the Bankruptcy Code that are or may be pursued by a representative of the Estates, including pursuant to section 323 of the Bankruptcy Code, and Actions, including Avoidance Actions, that may be commenced by a representative of the Estates under section 362 or chapter 5 of the Bankruptcy Code, seeking relief in the form of damages (actual and punitive), imposition of a constructive trust, turnover of property, restitution, and declaratory relief with respect thereto or otherwise. For the avoidance of doubt, Estate Causes of Action include, but are not limited to (a) any Claims that assert any of the Non-Debtor Catholic Entities or Additional Debtors are a single business enterprise or alter ego of the Archdiocese, or should be substantively consolidated with the Archdiocese; and (b) any Claims that seek a ruling that any money in one or both Portfolios is owned by the Archdiocese and/or otherwise available to satisfy Creditors' Claims.

[6] "means all currently Catholic Church parishes and missions, as identified on Plan Exhibit B-1, at Part I. Each of the Archdiocesan Parishes is organized as a non-profit corporation. For the avoidance of doubt, the definition of Archdiocesan Parishes does not include St. Louis Cathedral, Our Lady of Guadalupe Church & Shrine of St. Jude, or any Suppressed Archdiocesan Parish identified on Plan Exhibit B-1, at Part II.  Plan Exhibit B-1 is attached hereto as **Exhibit B**.

[7] "means all amounts (or such lesser amount as may be agreed upon by the parties under an Executory Contract or Unexpired Lease) required to cure any monetary defaults and other obligations required to cure any non-monetary defaults under any Executory Contract or Unexpired Lease that is to be assumed by the Archdiocese pursuant to sections 365 or 1123 of the Bankruptcy Code."

[8] "means The Roman Catholic Church of the Archdiocese of New Orleans, as reorganized pursuant to and under the Plan, or any successor thereto by merger, consolidation, conversion or otherwise, on or after the Effective Date, after giving effect to the transactions implementing the Plan."

[9] "means those certain Parish Service Agreements by and between the Archdiocese and certain of the Archdiocesan Parishes, each with effective dates of March 1, 2011."

[10] "means all Subject Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by any Settling Insurer."

[11] "means all Subject Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by any Non-Settling Insurer. The Non-Settling Insurers' Policies are included in the Non-Settling Insurance Rights Transfer."

# PLAN EXHIBIT B-1

# Additional Debtors

Exhibit B

# PLAN EXHIBIT B-1

## Additional Debtors

### I.      Archdiocesan Parishes

1.     All Saints Roman Catholic Church, New Orleans, Louisiana
2.     Annunciation of the Blessed Virgin Mary Roman Catholic Church, Bogalusa, Louisiana
3.     Ascension of Our Lord Roman Catholic Church, LaPlace, Louisiana
4.     Assumption of Mary Roman Catholic Church, Avondale, Louisiana
5.     Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana[1]
6.     Blessed Francis Xavier Seelos Roman Catholic Church, New Orleans, Louisiana
7.     Blessed Sacrament-St. Joan of Arc Roman Catholic Church, New Orleans, Louisiana
8.     Blessed Trinity Roman Catholic Church, New Orleans, Louisiana
9.     Christ the King Roman Catholic Church, Gretna, Louisiana
10.    Corpus Christi-Epiphany Roman Catholic Church, New Orleans, Louisiana
11.    Divine Mercy Roman Catholic Church, Kenner, Louisiana
12.    Good Shepherd Roman Catholic Church, New Orleans, Louisiana
13.    Holy Family Roman Catholic Church, Franklinton, Louisiana
14.    Holy Family Roman Catholic Church, Luling, Louisiana
15.    Holy Name of Mary Roman Catholic Church, New Orleans, Louisiana
16.    Holy Spirit Roman Catholic Church, New Orleans, Louisiana
17.    Immaculate Conception Roman Catholic Church, Marrero, Louisiana
18.    Immaculate Conception Roman Catholic Church, New Orleans, Louisiana
19.    Mary Queen of Peace Roman Catholic Church, Mandeville, Louisiana
20.    Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
21.    Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana, formerly known as St. Rosalie Roman Catholic Church, Harvey, Louisiana
22.    Mater Dolorosa Roman Catholic Church, New Orleans, Louisiana
23.    Most Holy Name of Jesus Roman Catholic Church, New Orleans, Louisiana
24.    Most Holy Trinity Roman Catholic Church, Covington, Louisiana
25.    Our Lady of Divine Providence Roman Catholic Church, Metairie, Louisiana
26.    Our Lady of Grace Roman Catholic Church, Reserve, Louisiana
27.    Our Lady of Lavang Roman Catholic Church, New Orleans, Louisiana
28.    Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
29.    Our Lady of Lourdes Roman Catholic Church, Violet, Louisiana
30.    Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
31.    Our Lady of Perpetual Help Roman Catholic Church, Kenner, Louisiana
32.    Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
33.    Our Lady of Prompt Succor Roman Catholic Church, Westwego, Louisiana
34.    Our Lady of the Holy Rosary Roman Catholic Church, Hahnville, Louisiana
35.    Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
36.    Our Lady of the Rosary Roman Catholic Church, New Orleans, Louisiana

---

[1] Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

37. Resurrection of Our Lord Roman Catholic Church, New Orleans, Louisiana
38. Sacred Heart of Jesus Roman Catholic Church, Lacombe, Louisiana
39. Sacred Heart of Jesus Roman Catholic Church, Norco, Louisiana
40. St. Agnes Le Thi Thanh Roman Catholic Church, Marrero, Louisiana
41. St. Agnes Roman Catholic Church, Jefferson, Louisiana
42. St. Alphonsus Roman Catholic Church, New Orleans, Louisiana
43. St. Andrew the Apostle Roman Catholic Church, New Orleans, Louisiana
44. St. Angela Merici Roman Catholic Church, Metairie, Louisiana
45. St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
46. St. Anselm Roman Catholic Church, Madisonville, Louisiana
47. St. Anthony of Barataria Roman Catholic Church, Lafitte, Louisiana
48. St. Anthony of Padua Roman Catholic Church, Luling, Louisiana
49. St. Anthony of Padua Roman Catholic Church, New Orleans, Louisiana
50. St. Anthony Roman Catholic Church, Gretna, Louisiana
51. St. Augustine Roman Catholic Church, New Orleans, Louisiana
52. St. Benedict Roman Catholic Church, Covington, Louisiana
53. St. Benilde Roman Catholic Church, Metairie, Louisiana
54. St. Bernard Roman Catholic Church, St. Bernard, Louisiana
55. St. Catherine of Siena Roman Catholic Church, Metairie, Louisiana
56. St. Charles Borromeo Roman Catholic Church, Destrehan, Louisiana
57. St. Christopher Roman Catholic Church, Metairie, Louisiana
58. St. Clement of Rome Roman Catholic Church, Metairie, Louisiana
59. St. Cletus Roman Catholic Church, Gretna, Louisiana
60. St. David Roman Catholic Church, New Orleans, Louisiana
61. St. Dominic's Roman Catholic Church, New Orleans, Louisiana
62. St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
63. St. Francis of Assisi Roman Catholic Church, New Orleans, Louisiana
64. St. Francis Xavier Roman Catholic Church, Metairie, Louisiana
65. St. Genevieve Roman Catholic Church, Slidell, Louisiana
66. St. Jane de Chantal Roman Catholic Church, Abita Springs, Louisiana
67. St. Jerome Roman Catholic Church, Kenner, Louisiana
68. St. Joachim Roman Catholic Church, Marrero, Louisiana
69. St. Joan of Arc Roman Catholic Church, LaPlace, Louisiana
70. St. John of the Cross Roman Catholic Church, Lacombe, Louisiana
71. St. John Paul II Roman Catholic Church, Waggaman, Louisiana, formerly known as Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana
72. St. John the Baptist Roman Catholic Church, Edgard, Louisiana
73. St. John the Baptist Roman Catholic Church, Folsom, Louisiana
74. St. Joseph Roman Catholic Church, Algiers, Louisiana
75. St. Joseph the Worker Roman Catholic Church, Marrero, Louisiana
76. St. Joseph's Roman Catholic Church, Gretna, Louisiana
77. St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana, formerly known as St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana
78. St. Katharine Drexel Roman Catholic Church, New Orleans, Louisiana
79. St. Louis, King of France, Roman Catholic Church, Metairie, Louisiana
80. St. Luke the Evangelist Roman Catholic Church, Slidell, Louisiana

81.     St. Margaret Mary Roman Catholic Church, Slidell, Louisiana
82.     St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
83.     St. Mark Roman Catholic Church, Ama, Louisiana
84.     St. Martha Roman Catholic Church, Harvey, Louisiana
85.     St. Martin de Porres Roman Catholic Church, New Orleans, formerly known as Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana
86.     St. Mary Magdalen Roman Catholic Church, Metairie, Louisiana
87.     St. Mary's Roman Catholic Church, New Orleans, Louisiana
88.     St. Matthew the Apostle Roman Catholic Church, River Ridge, Louisiana
89.     St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana, formerly known as St. John the Baptist Roman Catholic Church, Paradis, Louisiana
90.     St. Patrick's Roman Catholic Church, New Orleans, Louisiana
91.     St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
92.     St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
93.     St. Peter Claver Roman Catholic Church, New Orleans, Louisiana
94.     St. Peter Roman Catholic Church, Reserve, Louisiana
95.     St. Peter's Roman Catholic Church, Covington, Louisiana
96.     St. Philip Neri Roman Catholic Church, Metairie, Louisiana
97.     St. Pius X Roman Catholic Church, New Orleans, Louisiana
98.     St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
99.     St. Rita Roman Catholic Church, Harahan, Louisiana
100.    St. Rita Roman Catholic Church, New Orleans, Louisiana
101.    St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana[2]
102.    Sts. Peter and Paul Roman Catholic Church, Pearl River, Louisiana
103.    The Congregation of St. Rita Roman Catholic Church of Harahan
104.    The Visitation of Our Lady Roman Catholic Church, Marrero, Louisiana

## II.     Suppressed Archdiocesan Parishes[3]

1.      Blessed Sacrament, Inc.
2.      Epiphany, Inc.

---

[2] As noted earlier, Assumption of the Blessed Virgin Mary Roman Catholic Church, Braithwaite, Louisiana, and St. Thomas Roman Catholic Church, Pointe a La Hache, Louisiana operate jointly as one Archdiocesan Parish.

[3] The Suppressed Archdiocesan Parishes no longer operate as separate church parishes. The Suppressed Archdiocesan Parishes were not dissolved, and may own property.

Following Hurricane Katrina, the operations of certain of the Suppressed Archdiocesan Parishes were combined with Archdiocesan Parishes.  In 2024, in the ongoing aftermath of Hurricane Ida and a result of storm damage, the shift of demographics and Catholic population, decreased or low Mass attendance, sacramental statistics, and financial difficulties encountered, the following additional Suppressed Archdiocesan Parishes were canonically merged with neighboring Archdiocesan Parishes: (a) St. Hubert Roman Catholic Church, Garyville, Louisiana, now known as St. Hubert, Inc., was canonically merged into St. Peter Roman Catholic Church, Reserve, Louisiana; (b) (i) St. James Major Roman Catholic Church, New Orleans, Louisiana, now known as St. James Major, Inc., and (ii) St. Gabriel Roman Catholic Church, New Orleans, Louisiana, now known as St. Gabriel, Inc., were both canonically merged into Transfiguration of the Lord Roman Catholic Church, New Orleans, Louisiana, now known as St. Martin de Porres Roman Catholic Church, New Orleans, Louisiana; (c) St. John Bosco Roman Catholic Church, Harvey, Louisiana, now known as St. John Bosco, Inc., was canonically merged into St. Rosalie Roman Catholic Church, Harvey, Louisiana, now known as Mary, Help of Christians Roman Catholic Church, Harvey, Louisiana; (d) St. Bonaventure

#103965227v3

3. Immaculate Heart of Mary, Inc.
4. Incarnate Word, Inc.
5. Our Lady of Good Counsel, Inc.
6. Our Lady of Good Harbor, Inc.
7. Our Lady of Lourdes, New Orleans, Louisiana, Inc.
8. Our Lady of the Sacred Heart, New Orleans, Louisiana, Inc.
9. Our Lady Star of the Sea, Inc., formerly known as Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana
10. St. Ann, New Orleans, Louisiana, Inc.
11. St. Bonaventure, Inc., formerly known as St. Bonaventure Roman Catholic Church, Avondale, Louisiana
12. St. Frances Xavier Cabrini, Inc.
13. St. Francis de Salles, Inc.
14. St. Gabriel, Inc., formerly known as St. Gabriel Roman Catholic Church, New Orleans, Louisiana
15. St. Gertrude, Inc., formerly known as St. Gertrude Roman Catholic Church, Des Allemands, Louisiana
16. St. Henry's, Inc.
17. St. Hubert, Inc., formerly known as St. Hubert Roman Catholic Church, Garyville, Louisiana
18. St. James Major, Inc., formerly known as St. James Major Roman Catholic Church, New Orleans, Louisiana
19. St. John Bosco, Inc., formerly known as St. John Bosco Roman Catholic Church, Harvey, Louisiana
20. St. John the Baptist, New Orleans, Louisiana, Inc.
21. St. Julian Eymard, Inc.
22. St. Lawrence the Martyr, Inc.
23. St. Louise de Marillac, Inc.
24. St. Maurice, Inc.
25. St. Monica, Inc.
26. St. Philip the Apostle, Inc.
27. St. Raymond's, Inc.
28. St. Rose of Lima, Inc.
29. St. Theresa of Avila, Inc., formerly known as St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana

---

Roman Catholic Church, Avondale, Louisiana, now known as St. Bonaventure, Inc., was canonically merged into Our Lady of the Angels Roman Catholic Church, Waggaman, Louisiana, now known as St. John Paul II Roman Catholic Church, Waggaman, Louisiana; (e) St. Gertrude Roman Catholic Church, Des Allemands, Louisiana, now known as St. Gertrude, Inc., was canonically merged into St. John the Baptist Roman Catholic Church, Paradis, Louisiana, now known as St. Michael the Archangel Roman Catholic Church, Paradis, Louisiana; (f) Our Lady Star of the Sea Roman Catholic Church, New Orleans, Louisiana, now known as Our Lady Star of the Sea, Inc., was canonically merged into St. Mary of the Angels Roman Catholic Church, New Orleans, Louisiana, now known as St. Josephine Bakhita Roman Catholic Church, New Orleans, Louisiana; and (g) St. Theresa of Avila Roman Catholic Church, New Orleans, Louisiana, now known as St. Theresa of Avila, Inc., had its canonical territory divided so that (i) the area north of the Pontchartrain Expressway was canonically merged into St. Patrick's Roman Catholic Church, New Orleans, Louisiana, and (ii) the area south of the Pontchartrain Expressway was canonically merged into St. Alphonsus Roman Catholic Church, New Orleans, Louisiana.

#103965227v3

30. St. Theresa of the Child Jesus, Inc.
31. The Congregation of Saints Peter and Paul Roman Catholic Church
32. The Congregation of St. Cecelia Roman Catholic Church
33. The Congregation of the Annunciation Roman Catholic Church
34. The Congregation of the Holy Trinity Roman Catholic Church

### III. Archdiocesan Agencies

1. Archdiocesan Spirituality Center
2. Catholic Charities Archdiocese of New Orleans
3. Catholic Charities Children's Day Care Centers
4. Catholic Charities Group Homes (merged into Catholic Charities Archdiocese of New Orleans)
5. Clarion Herald Publishing Company
6. Korean Catholic Community of New Orleans, Inc.
7. Notre Dame Seminary
8. Our Lady of Mount Carmel Latin Mass Community, Covington, Louisiana
9. Pace Greater New Orleans
10. Padua House (merged into Catholic Charities Archdiocese of New Orleans)
11. Philmat, Inc.
12. Project Lazarus
13. Roman Catholic Center of Jesus the Lord
14. School Food and Nutrition Services of New Orleans, Inc.
15. Second Harvest Food Bank of Greater New Orleans and Acadiana
16. St. Jude Community Center, Inc.
17. St. Michael Special School
18. St. Thérèse Catholic Academy
19. The Society for the Propagation of the Faith, Archdiocese of New Orleans

#103965227v3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                                 **SECTION "A"**
**NEW ORLEANS**

      *Debtor*[1]                                       **CHAPTER 11**

---

**COMMERCIAL COMMITTEE'S NOTICE OF DEPOSITION OF**
**ARCHBISHOP GREGORY MICHAEL AYMOND**

---

TO:    **Archbishop Gregory Michael Aymond**


     **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this matter by Federal Rules of Bankruptcy Procedure 9014 and 9016, the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of Archbishop Gregory Michael Aymond**, for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths. This deposition will begin **on September ____, 2025 at ___:00 ___.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed. The deposition will be recorded by audio, video, and/or stenographic means.


**Signature on following page**

---

[1]    The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Page **1** of **2**

EXHIBIT B

Dated: August 25, 2025     Respectfully Submitted,

            **STEWART ROBBINS BROWN & ALTAZAN, LLC**

      By:  */s/ Brooke W. Altazan*
         Paul D. Stewart, Jr. (LA. Bar # 24661)
         dstewart@stewartrobbins.com
         William S. Robbins (LA. Bar # 24627)
         wrobbins@stewartrobbins.com
         Brandon A. Brown (La. Bar #25592)
         bbrown@stewartrobbins.com
         Brooke W. Altazan (La. Bar #32796)
         baltazan@stewartrobbins.com
         301 Main St., Suite 1640
         Baton Rouge, LA 70801-0016
         Telephone: (225) 231-9998
         Facsimile: (225) 709-9467

         *Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                    SECTION "A"
**NEW ORLEANS**

*Debtor[1]*                                          CHAPTER 11

---

**COMMERCIAL COMMITTEE'S NOTICE OF DEPOSITION OF**
**VERY REVEREND PATRICK R. CARR**

---

TO:   **Very Reverend Patrick R. Carr**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this matter by Federal Rules of Bankruptcy Procedure 9014 and 9016, the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of Very Reverend Patrick R. Carr**, for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on September ____, 2025 at ___:00 ___.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

**Signature on following page**

---

[1]   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated:  August 25, 2025              Respectfully Submitted,

                                     **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                             By:     /s/ Brooke W. Altazan
                                     Paul D. Stewart, Jr. (LA. Bar # 24661)
                                     dstewart@stewartrobbins.com
                                     William S. Robbins (LA. Bar # 24627)
                                     wrobbins@stewartrobbins.com
                                     Brandon A. Brown (La. Bar #25592)
                                     bbrown@stewartrobbins.com
                                     Brooke W. Altazan (La. Bar #32796)
                                     baltazan@stewartrobbins.com
                                     301 Main St., Suite 1640
                                     Baton Rouge, LA 70801-0016
                                     Telephone: (225) 231-9998
                                     Facsimile: (225) 709-9467

                                     *Counsel to the Official Committee of Unsecured*
                                     *Commercial Creditors of The Roman Catholic*
                                     *Church of the Archdiocese of New Orleans*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** **OF THE ARCHDIOCESE OF** **NEW ORLEANS** | SECTION "A" |
| *Debtor¹* | CHAPTER 11 |

---

**COMMERCIAL COMMITTEE'S NOTICE OF DEPOSITION OF**
**LLOYD E. EAGAN, JR.**

---

TO:  **Lloyd E. Eagan, Jr.**

   **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this matter by Federal Rules of Bankruptcy Procedure 9014 and 9016, the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of Lloyd E. Eagan, Jr.**, for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on September ____, 2025 at ___:00 ___.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.

**Signature on following page**

---

¹   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Page **1** of **2**

Dated:  August 25, 2025                    Respectfully Submitted,

                                           **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:     */s/ Brooke W. Altazan*
                                           Paul D. Stewart, Jr. (LA. Bar # 24661)
                                           dstewart@stewartrobbins.com
                                           William S. Robbins (LA. Bar # 24627)
                                           wrobbins@stewartrobbins.com
                                           Brandon A. Brown (La. Bar #25592)
                                           bbrown@stewartrobbins.com
                                           Brooke W. Altazan (La. Bar #32796)
                                           baltazan@stewartrobbins.com
                                           301 Main St., Suite 1640
                                           Baton Rouge, LA 70801-0016
                                           Telephone: (225) 231-9998
                                           Facsimile: (225) 709-9467

                                           ***Counsel to the Official Committee of Unsecured
                                           Commercial Creditors of The Roman Catholic
                                           Church of the Archdiocese of New Orleans***

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                      CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF                       SECTION "A"
NEW ORLEANS

    *Debtor[1]*                          CHAPTER 11

---

**COMMERCIAL COMMITTEE'S NOTICE OF DEPOSITION OF
MATT KURZMANN**

---

TO:   **Matt Kurzmann**


    **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this matter by Federal Rules of Bankruptcy Procedure 9014 and 9016, the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") will take the **deposition upon oral examination of Matt Kurzmann**, for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths.  This deposition will begin **on September ____, 2025 at ___:00 __.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed.  The deposition will be recorded by audio, video, and/or stenographic means.


**Signature on following page**

---

[1]   The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated:  August 25, 2025                                Respectfully Submitted,

                                                                **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                                        By:      */s/ Brooke W. Altazan*
                                                                Paul D. Stewart, Jr. (LA. Bar # 24661)
                                                                dstewart@stewartrobbins.com
                                                                William S. Robbins (LA. Bar # 24627)
                                                                wrobbins@stewartrobbins.com
                                                                Brandon A. Brown (La. Bar #25592)
                                                                bbrown@stewartrobbins.com
                                                                Brooke W. Altazan (La. Bar #32796)
                                                                baltazan@stewartrobbins.com
                                                                301 Main St., Suite 1640
                                                                Baton Rouge, LA 70801-0016
                                                                Telephone: (225) 231-9998
                                                                Facsimile: (225) 709-9467

                                                                *Counsel to the Official Committee of Unsecured*
                                                                *Commercial Creditors of The Roman Catholic*
                                                                *Church of the Archdiocese of New Orleans*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

### COMMERCIAL COMMITTEE'S NOTICE OF DEPOSITION OF DIRK J. WILD

TO: **Dirk J. Wild**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this matter by Federal Rules of Bankruptcy Procedure 9014 and 9016, the Official Committee of Unsecured Commercial Creditors (the "*Commercial Committee*") will take the **deposition upon oral examination of Dirk J. Wild**, for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, before a Notary Public, or other officer duly qualified to administer oaths. This deposition will begin **on September ____, 2025 at ___:00 ___.m. at the United States Bankruptcy Court for the Eastern District of Louisiana at 500 Poydras St., Courtroom A-709, New Orleans, LA**, and will continue from day to day thereafter until completed. The deposition will be recorded by audio, video, and/or stenographic means.

**Signature on following page**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated:  August 25, 2025

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*