**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | § | |
| **THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

**DEBTOR'S NOTICE OF 30(b)(6) DEPOSITION OF**
**ARGENT INSTITUTIONAL TRUST COMPANY**

PLEASE TAKE NOTICE that the Debtor, The Roman Catholic Church of the Archdiocese of New Orleans, through undersigned counsel, will take the oral and video deposition of Argent Institutional Trust Company ("**Argent**"), on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rule of Civil Procedure 30(b)(6) and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure.

The deposition will be taken in person at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana.  The deposition will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means.

Pursuant to Federal Rules of Civil Procedure 30(b)(6) and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, Argent shall designate one or more knowledgeable individual(s) to testify on its behalf regarding the matters listed in Exhibit A.  All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA  70125.

Respectfully submitted,

*/s/ Mark A. Mintz*
JONES WALKER LLP
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
            efutrell@joneswalker.com
            mmintz@joneswalker.com
            soppenheim@joneswalker.com

**ATTORNEYS FOR THE ROMAN CATHOLIC
CHURCH OF THE ARCHDIOCESE OF NEW
ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served (a) on August 25, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system; and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**").  DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

## EXHIBIT A (TOPICS)

1.      Argent's review of the Plan and Disclosure Statement

2.      The Discovery Responses

3.      How Argent became the Bond Trustee

4.      Argent's Communications with Bond Holders

5.      Argent's valuations of any of the Debtor's property

6.      Argent's valuations of any of the Debtor's liabilities

7.      Argents Communications with other claimants

8.      The amounts due on the Bonds

9.      The amounts due to Bond Trustee Professionals

10.     Argent's analysis of whether the Plan is fair and equitable

11.     Argent's analysis of whether the Plan is feasible

12.     Argent's analysis of whether the Debtor and the Additional Debtor are a single business enterprise.