UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

The Court held a status conference on August 26, 2025.

For the reasons stated on the record,

**IT IS ORDERED** that:

1. The Debtor, the Additional Debtors,[1] and the Official Committee of Unsecured Creditors (the "Plan Proponents") shall, on a rolling basis to be completed on or before **Friday, September 5, 2025**, produce documents responsive to all discovery requests propounded on the Plan Proponents and approved by this Court, specifically designating groups of documents that are responsive to each request.

2. The third-party deposition of Gayle Benson is denied subject to further Order of the Court. Parties wishing to depose Gayle Benson are required to prepare and properly serve a third-party subpoena. Counsel for Gayle Benson may subsequently file a motion to quash and seek expedited review of any dispute.

---

[1] The Additional Debtors are those entitles listed on Exhibit B-1 attached to the proposed plan of reorganization dated August 6, 2025, [ECF Doc. 4235-2].

3. The deposition of Archbishop Gregory M. Aymond is limited to eight hours subject to further Order of the Court. Parties wishing to depose Archbishop Aymond are required to meet and confer to divide the eight-hour time for questioning among themselves.

4. The deposition of Remy Donnelly shall be limited to one hour and the examination shall be limited to the sale of Christopher Homes.

5. The deposition of Susan Zeringue is denied as to the contested matters subject to this Court's Amended Scheduling Order, [ECF Doc. 4249]. Parties may notice a deposition of Ms. Zeringue in association with the fee disputes currently pending before this Court in this case.

6. The deposition of Timothy Hedrick, to the extent he is deposed in his individual capacity and not as a corporate representative under Rule 30(b)(6), is limited to the funding of the *Second Amended Joint Chapter 11 Plan of Reorganization For The Roman Catholic Church of The Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF Doc. 4235].

**IT IS FURTHER ORDERED** that the Court will hold a hearing to resolve disputes regarding the matters for examination related to any Rule 30(b)(6) deposition on **Monday, September 22, 2025, at 10:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that parties shall file and properly serve notices of Rule 30(b)(6) depositions describing with reasonable particularity the matters for examination on or before **Wednesday, September 17, 2025, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that any opposition or response to proposed matters for examination shall be filed and properly served on or before **Friday, September 19, 2025, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, August 28, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE