# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | * |
| | *    Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** | * |
| **OF THE ARCHDIOCESE OF NEW** | *    Section "A" |
| **ORLEANS,** | * |
| | *    Chapter 11 |
| **Debtor** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UPDATED STATEMENT OF LAMOTHE LAW FIRM, LLC PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned counsel, as counsel to the parties designated herein in the above-styled bankruptcy case (the "Bankruptcy Case") of the above-captioned Debtor[1] (The "Debtor"), submits the following Statement (the "Rule 2019 Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").[2]

1. Set forth below is a general preliminary statement of the parties represented by the undersigned counsel in these cases, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties. This Rule 2019 Statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and/or remedies.

2. As of the date of this Verified Statement, the Lamothe Law Firm only represents creditors in the Archdiocese's bankruptcy case.

3. Nothing contained in this Rule 2019 Statement is intended or shall be construed to constitute (i) a waiver or release of the rights to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Avenue, New Orleans, Louisiana 70125.
[2] The Rule 2019 Statement is filed in an abundance of causes.

waiver or release of the rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights to a jury trial; (vi) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the creditors may be entitled, in law or in equity, under any agreement or otherwise, with all of which rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

4. This Rule Statement may be amended, supplemented or otherwise modified as necessary.

5. The undersigned counsel has been retained to represent the creditors listed below:

|   | Creditor Represented[3] | Address of Creditor[4] | Economic Interest of Creditors |
|---|---|---|---|
| 1. | Ashley Allen | Kristi S. Schubert<br>c/o Lamothe Law Firm, LLC<br>400 Poydras Street<br>Suite 1760<br>New Orleans, Louisiana 70130<br>Tel: (504) 704-1414<br>Fax: (504) 262-0945<br>kschubert@lamothefirm.com | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30012 |
| 2. | K.L.A. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim Nos. 20271 & 20416 |
| 3. | T.A. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20531 |

---

[3] Except where indicated, the creditors, as victims of sexual assault, are identified as set forth in the underlying litigation, pursuant to La. R.S. 46:1844(w) and other law.

[4] To protect the privacy and confidentiality of the creditors and pursuant to La. R.S. 46:1844(w) and other law, the undersigned counsel submits that the name and address of counsel are sufficient for purposes of Rule 2019. The Debtor received actual notice of the real names of each plaintiff in state court and/or via claim forms.

| | | | |
|---|---|---|---|
| 4. | T.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20091 |
| 5. | A.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30015 |
| 6. | John Doe (NB) | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 19-11537 in Civil District Court, Parish of Orleans, State of Louisiana and in Proof of Claim Nos. 20271, 20416 & 24062 |
| 7. | W.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20213 |
| 8. | Terrance Carter | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30016 |
| 9. | R.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 24027 |
| 10. | Torriano Clark | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30020 |
| 11. | V.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20216 |

| 12. | A.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20270 |
|---|---|---|---|
| 13. | C.C | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20310 |
| 14. | Darlene Coleman | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30033 |
| 15. | G.B.D. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20265 |
| 16. | Antoine Edwards | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30019 |
| 17. | A.F. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20532 |
| 18. | W.F. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20168 |
| 19. | L.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20505 |
| 20. | B.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31401 |

| | | | |
|---|---|---|---|
| 21. | J.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20198 |
| 22. | K.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim Nos. 20076 & 20190 |
| 23. | M.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20256 |
| 24. | Marcus Hamilton | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31357 |
| 25. | B.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20534 |
| 26. | Thomas Hauth | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31374 |
| 27. | John Doe/DH | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 19-19-11429 in Civil District Court, Parish of Orleans, State of Louisiana and in Proof of Claim No. 20215 |
| 28. | John Doe/RRH | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 19-11446 in Civil District Court, Parish of Orleans, State of Louisiana and in Proof of Claim No. 20118 |

| | | | |
|---|---|---|---|
| 29. | John Doe/RH | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 20-01986 in Civil District Court, Parish of Orleans, State of Louisiana and in Proof of Claim No. 20266 |
| 30. | L.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim Nos. 20170 & 20422 |
| 31. | D.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20088 |
| 32. | B.E.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20197 |
| 33. | K.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20267 |
| 34. | C.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20113 |
| 35. | R.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20090 |
| 36. | G.A.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20167 |

| | | | |
|---|---|---|---|
| 37. | G.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20077 |
| 38. | Bernard Joseph | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30059 |
| 39. | John Roe III | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 19-11171 in Civil District Court, Parish of Orleans, State of Louisiana and in Proof of Claim No. 30714 |
| 40. | J.L. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20092 |
| 41. | E.L. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20089 |
| 42. | Larry Lawrence | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30014 |
| 43. | Edwin Lee | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30009 |
| 44. | Antonio Lofton | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30005 |

| | | | |
|---|---|---|---|
| 45. | Derrick London | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30023 |
| 46. | M.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20290 |
| 47. | Patricia Mahaffey | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30034 |
| 48. | W.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20062 |
| 49. | John Doe/SM | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Case No. 19-10038 in Civil District Court, Parish of Orleans, State of Louisiana and in Proof of Claim No. 30022 |
| 50. | Carlos McGrew | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30010 & 30618 |
| 51. | T.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31325 |
| 52. | Barbara Meilluer | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30013 |

| | | | |
|---|---|---|---|
| 53. | B.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20309 |
| 54. | G.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20111 |
| 55. | W.N. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20169 |
| 56. | C.O. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20063 |
| 57. | Nathaniel Parish | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30008 |
| 58. | R.P. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20535 |
| 59. | M.P. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20061 |
| 60. | S.P. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20075 |
| 61. | M.R. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20115 |

| 62. | R.R. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20542 |
| --- | --- | --- | --- |
| 63. | M.R. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20217 |
| 64. | I.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31499 |
| 65. | M.S.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20311 |
| 66. | M.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20112 |
| 67. | L.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20214 |
| 68. | B.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20129 |
| 69. | T.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31500 |
| 70. | G.T. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20114 |

| 71. | M.V. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31404 |
| 72. | Terrance Williams | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30053 |
| 73. | E.W. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20133 |

74. The foregoing have retained the undersigned counsel as their legal counsel with respect to matters arising in the Bankruptcy Case and for purposes of asserting claims and protecting other rights against the Debtor.

I, Kristi S. Schubert, by executing this statement below, based upon information provided to me after inquiry, believe that the foregoing is true and correct, to the best of my knowledge, information and belief.

*/s/ Kristi S. Schubert*
KRISTI S. SCHUBERT (La Bar No. 34870)
LAMOTHE LAW FIRM. LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana 70130
(504) 704-1414
kschubert@lamothefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, by e-mail, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 3rd day of September 2025.

/s/ *Kristi S. Schubert*
KRISTI S. SCHUBERT