| Name of Professional | Role | Date of Retention | Fees & Expenses Approved - Current Period | | | Fees & Expenses Approved - Cumulative | | | Fees & Expenses Paid - Current Period | Fees & Expenses Paid - Cumulative | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees & Expenses | Fees | Expenses | Fees & Expenses | | | |
| **Debtor's Bankruptcy Professionals** | | | | | | | | | | | |
| Jones Walker LLP | Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $11,573,236.00 | $315,725.90 | $11,888,961.90 | $0.00 | $14,625,965.46 | |
| Blank Rome LLP | Special Insurance Counsel | 5/1/2020 | $0.00 | $0.00 | $0.00 | $992,691.44 | $8,947.63 | $1,001,639.07 | $0.00 | $1,095,801.30 | |
| Carr, Riggs, & Ingram, LLC | Financial Advisor | 5/1/2020 | $0.00 | $0.00 | $0.00 | $1,038,337.00 | $2,661.75 | $1,040,998.75 | $4,000.00 | $1,197,371.03 | |
| Donlin Recano & Company, Inc. | Claims and Noticing Agent | 5/1/2020 | - | - | $38,076.84 | - | - | $1,618,769.18 | $38,076.84 | $1,618,769.18 | |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Consultant | 1/28/2022 | $0.00 | $0.00 | $0.00 | $77,500.00 | $0.00 | $77,500.00 | $0.00 | $50,500.00 | 1000 Howard Ave. and 1025 Oretha Castle Haley Blvd. were sold on 12/30/2022 pursuant to the terms of the Order dated August 16, 2022 [ECF No. 1726], as amended by the Orders dated November 2, 2022 [ECF No. 1905] and November 14, 2022 [ECF No. 1924] (collectively, the "**Sale Order**"). Paragraph 5 of the Sale Order provides: "Pursuant to the Broker Retention Order, [ECF Doc. 1282], the Debtor is authorized and directed to pay TMC, upon the closing of the Sale, a real estate commission (the "**Commission**") of four percent (4.00%) of the gross amount of the Purchase Price." [ECF No. 1726]. |
| TMC Realty, LLC d/b/a The McEnery Company | Listing Agent (for Howard Avenue and related properties only) | 1/28/2022 | $0.00 | $0.00 | $0.00 | $332,000.00 | $0.00 | $332,000.00 | $0.00 | $332,000.00 | |
| Keegan Linscott & Associates, PC | Financial Advisor | 1/12/2022 | $0.00 | $0.00 | $0.00 | $425,541.50 | $18,862.24 | $444,403.74 | $0.00 | $519,252.28 | |
| BRT Energy Advisors, LLC | Energy Consultant | 4/14/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | A payment of $30,000.00 inadvertently made to BRT on 3/3/2023 will be covered in a future fee application. |
| TMC Realty, LLC d/b/a The McEnery Company | Real Estate Broker (for eight properties in accordance with ECF Nos. 2496 & 3374) | 9/21/2023 | $0.00 | $0.00 | $0.00 | $195,300.00 | $0.00 | $195,300.00 | $0.00 | $195,300.00 | 400 N. Rampart St. was sold on 12/21/2023 pursuant to ECF No. 2709, which provides for a 5.00% commission to TMC (to be shared evenly with the Purchaser's Broker). 3017 S. Carrollton Ave. was sold on 7/19/2024 pursuant to ECF No. 3171, which provides for a 6.00% commission to TMC (to be shared evenly with the Purchaser's Broker). 3003-3009 S. Carrollton Ave. was sold on 7/23/2024 pursuant to ECF No. 3170, which provides for a 5.00% commission to TMC (to be shared evenly with the Purchaser's Broker). 1941 Dauphine St. was sold on 12/20/2024 pursuant to ECF No. 3597, which provides for a 5.00% commission to TMC. 2908 S. Carrollton Ave. was sold on 12/23/2024 pursuant to ECF No. 3596, which provides for a 5.00% commission to TMC. 69033 Riverbend Dr. was sold on 12/31/2024 pursuant to ECF No. 3598, which provides for a 6.00% commission to TMC (to be shared evenly with the Purchaser's Broker). |
| Talbot, Carmouche & Marcello | Special Litigation Counsel | 5/17/2024 (retroactive to 5/1/2020) | - | - | - | - | - | - | - | - | By Order dated May 20, 2024 [ECF No. 3043] (the "**First Interim Order**"), the Court granted TC&M and C&C's first interim application for compensation and awarded the firms interim compensation for their contingency fees and reimbursement of expenses incurred in connection with a confidential settlement with Chevron and two related settlements. In accordance with the Order dated April 29, 2024 [ECF No. 2999] (the "**Seal Order**"), an unredacted copy of the First Interim Order was entered under seal. To comply with the Chevron Settlement Agreement, the firms' contingency fee payments are not being disclosed in this public filing. Upon request to counsel for the Debtor, such information will be provided to those parties who are subject to the Court's Protective Order. |
| Connick & Connick, L.L.C. | Special Litigation Counsel | 5/17/2024 (retroactive to 5/1/2020) | - | $0.00 | - | - | $0.00 | - | - | - | See above. |
| Signal Interactive Media | Expert Noticing Consultant | 7/17/2025 (retroactive to 6/16/2025) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Debtor's Non-Bankruptcy Professionals (Ordinary Course Professionals)** | | | | | | | | | | | *OCP Order [ECF No. 269] contemplates payment of post-petition, pre-retention fees and expenses, subject to Monthly Cap. |
| Arthur J. Gallagher & Co. | Employee Benefit Consulting Services | 8/19/2020 | - | - | $26,723.33 | - | - | $1,682,823.39 | $26,723.33 | $1,682,823.39 | |
| Bourgeois Bennett, L.L.C. | Financial Consulting Services | 8/14/2020 | - | - | $0.00 | - | - | $49,050.00 | $0.00 | $49,050.00 | |
| Capitelli & Wicker | Legal Services - Claims against Debtor's Business | 8/15/2020 | - | - | $0.00 | - | - | $209,011.08 | $0.00 | $209,011.08 | |
| Denechaud & Denechaud, L.L.C. | Legal Services - Claims against Debtor's Business | 8/3/2020 | - | - | $28,000.00 | - | - | $1,764,000.00 | $28,000.00 | $1,764,000.00 | As of May 31, 2024, the Debtor had paid Denechaud a total of $1,416,948.58 in fees and expenses, which exceeded the aggregate Monthly Cap of $1,372,000.00 (calculated by multiplying the Monthly Cap of $28,000.00 by the 49 months that this Chapter 11 Case had been pending) by $44,948.58 (the "**Overage**"). As explained in the May 2024 MOR [ECF No. 3098-6], to remedy the Overage, Denechaud: (a) did not charge the Debtor in June 2024; and (b) charged the Debtor only $11,051.42 in July 2024. Additionally, Denechaud did not implement a rate increase for the Debtor and, beginning in August 2024, is charging the Debtor a flat monthly fee of $28,000.00 (inclusive of fees and costs). |
| The Ehrhardt Group | Corporate Communications Consulting | 8/6/2020 | $10,000.00 | - | $10,000.00 | $591,800.00 | - | $591,800.00 | $10,000.00 | $591,800.00 | Direct costs for Bar Date Publication Notice Program ($400,000.00) excluded and otherwise approved by the Bar Date Order [ECF No. 461]. |
| Jones Fussell, LLP | Legal Services - Real Estate Development Advice | 8/14/2020 | - | - | $60.00 | - | - | $5,947.30 | $60.00 | $5,947.30 | |
| Kinney, Ellinghausen, Richard & Deshazo | Legal Services - Employment & Personal Injury | 8/8/2020 | - | - | $0.00 | - | - | $177,726.01 | $0.00 | $177,726.01 | |
| Law Offices of Malvern C. Burnett, APLC | Legal Services - Immigration Legal Services | 8/15/2020 | - | - | $0.00 | - | - | $93,500.00 | $0.00 | $93,500.00 | |
| The McEnery Company | Real Estate Appraisal Services | 8/3/2020 | - | - | $27,500.00 | - | - | $209,046.00 | $27,500.00 | $209,046.00 | |
| White Oak Consulting | Leadership Development Consulting Services | 8/15/2020 | - | - | $0.00 | - | - | $103,151.24 | $0.00 | $103,151.24 | |
| Roedel Parsons | Legal Services - Employment Matters | 8/17/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Gaudry, Ranson, Higgins & Gremillion, LLC | Legal Services - Medical Malpractice & Personal Injury | 8/17/2020 | - | - | $0.00 | - | - | $7,049.55 | $0.00 | $7,049.55 | |
| Juge, Napolitano, Guibeau, Ruli & Frieman | Legal Services - Workers' Compensation Claims | 8/8/2020 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Berrigan Litchfield, LLC | Legal Services - Medical Malpractice | 8/15/2020 | - | - | $0.00 | - | - | $87,265.29 | $0.00 | $87,265.29 | |
| P&N Technologies, LLC | Cybersecurity & Technology Services | 1/15/2021 | - | - | $0.00 | - | - | $101,513.72 | $0.00 | $101,513.72 | |
| EGL Consultants, LLC | Archives & Record Management | 5/8/2021 | - | - | $0.00 | - | - | $41,530.00 | $0.00 | $41,530.00 | |
| Post & Schell, P.C. | Legal Services - Collection on Certain Insurance Policies | 8/9/2021 | - | - | $0.00 | - | - | $6,322.00 | $0.00 | $6,322.00 | |
| Willis Towers Watson US LLC | Actuarial Valuation Services | 8/23/2021 | - | - | $0.00 | - | - | $357,347.84 | $0.00 | $357,347.84 | |
| Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP | Legal Services | 11/22/2021 | - | - | $0.00 | - | - | $4,517.50 | $0.00 | $4,517.50 | |
| LCG, LLC | Electronic Discovery Services | 3/31/2022 | - | - | $0.00 | - | - | $15,474.68 | $0.00 | $15,474.68 | |
| Dupont-LeCorgne Construction Consultants, LLC | Building Inspection Consulting Services | 4/11/2022 | - | - | $0.00 | - | - | $175,129.10 | $0.00 | $175,129.10 | |
| DeShazo Adams, LLC | Legal Services - Employment & Personal Injury | 6/9/2023 | - | - | $0.00 | - | - | $135,815.42 | $0.00 | $135,815.42 | |
| Dalton Architects, Inc. | Architecture and Design Services | 6/26/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| EAG Gulf Coast, LLC | Cybersecurity & Technology Services | 6/26/2023 | - | - | $0.00 | - | - | $12,305.00 | $0.00 | $12,305.00 | |
| Bradley Murchison Kelly & Shea LLC | Legal Services | 7/3/2023 | - | - | $0.00 | - | - | $82,911.57 | $0.00 | $82,911.57 | |
| Caraway LeBlanc, LLC | Legal Services | 9/11/2023 | - | - | $0.00 | - | - | $0.00 | $0.00 | $0.00 | |
| Malcolm M. Dienes, LLC | Accounting Services | 8/26/2024 | - | - | $0.00 | - | - | $72,290.00 | $0.00 | $72,290.00 | |
| VNF Solutions LLC | Consulting Services Related to Federal Grants and Reimbursements | 3/27/2025 | - | - | $0.00 | - | - | $17,000.00 | $0.00 | $17,000.00 | |
| Campos Munos Law, LLC | Legal Services - Immigration Legal Services | 5/5/2025 | - | - | $0.00 | - | - | $4,500.00 | $0.00 | $4,500.00 | |
| **Committee Professionals** | | | | | | | | | | | |
| *Official Committee of Unsecured Creditors* | | | | | | | | | | | |
| Berkeley Research Group, LLC (BRG) | Financial Advisor | 6/17/2020 | $0.00 | $0.00 | $0.00 | $3,274,214.00 | $31,327.01 | $3,305,541.01 | $0.00 | $3,512,092.01 | |
| Troutman Pepper Locke LLP (fka Locke Lord LLP) | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $5,523,685.00 | $127,136.41 | $5,650,821.41 | $0.00 | $6,731,685.60 | |
| Pachulski Stang Ziehl & Jones LLP | Co-counsel | 5/22/2020 | $0.00 | $0.00 | $0.00 | $5,349,638.00 | $271,142.39 | $5,620,780.39 | $0.00 | $6,194,677.77 | |
| Kinsella Media, LLC | Expert Consultant Regarding Bar Date Noticing Program | 8/31/2020 | $0.00 | $0.00 | $0.00 | $91,187.50 | $4,600.00 | $95,787.50 | $0.00 | $95,787.50 | |
| Zobrio, Inc. | Computer Consultant | 4/19/2021 | $0.00 | $0.00 | $0.00 | $46,252.50 | $14,840.00 | $61,092.50 | $0.00 | $62,842.50 | |
| Stegall, Benton, Melancon & Associates, LLC | Real Estate Appraiser/Valuation Expert | 5/17/2021 | $0.00 | $0.00 | $0.00 | $54,588.75 | $0.00 | $54,588.75 | $0.00 | $54,465.00 | |
| Rock Creek Advisors, LLC | Pension Financial Advisor | 12/20/2021 | $0.00 | $0.00 | $0.00 | $159,790.00 | $0.00 | $159,790.00 | $0.00 | $162,602.00 | |
| Stout Risius Ross, LLC (fka Claro Group, LLC) | Expert Consultant on Sexual Abuse and Expert Witness | 4/19/2022 | $0.00 | $0.00 | $0.00 | $653,930.00 | $0.00 | $653,930.00 | $0.00 | $712,495.00 | |
| Actuarial Value, LLC | Actuarial Advisor | 8/16/2023 | $0.00 | $0.00 | $0.00 | $78,075.00 | $0.00 | $78,075.00 | $0.00 | $84,900.00 | |
| *Official Committee of Unsecured Commercial Creditors* | | | | | | | | | | | |
| Stewart Robbins Brown & Altazan, LLC | Counsel | 3/15/2021 | $0.00 | $0.00 | $0.00 | $2,708,951.50 | $76,462.27 | $2,785,413.77 | $0.00 | $3,051,490.11 | |
| Dundon Advisers, LLC | Financial Advisor | 4/14/2021 | $0.00 | $0.00 | $0.00 | $922,027.50 | $13,052.66 | $935,080.16 | $0.00 | $943,727.36 | |
| Kroll, LLC | Pension Analyst | 12/27/2023 | $0.00 | $0.00 | $0.00 | $35,462.50 | $0.00 | $35,462.50 | $0.00 | $51,842.50 | |
| H. Kent Aguillard | Conflicts Counsel for Proposed Point Au Fer Settlements | 4/25/2024 | $0.00 | $0.00 | $0.00 | $3,150.00 | $0.00 | $3,150.00 | $0.00 | $3,150.00 | |
| | **TOTALS** | | | | $130,360.17 | | | $42,046,112.32 | $134,360.17 | $47,333,743.29 | |