**Payments to Insiders**

Case Name: The Roman Catholic Church of the Archdiocese of New Orleans
Case Number: 20-10846

For Period July 1 to July 31, 2025

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---|---|---|
| SLC | Operating Account | 4069 | 7/31/2025 | 1 | To record payroll | Payroll | $ 2,770.99 | | Yes - Williams |
| SLC | Operating Account | 4069 | 7/31/2025 | 1 | To record payroll | Payroll | $ 775.00 | | Yes - Williams |
| SLC | Operating Account | 4069 | 7/31/2025 | 1 | To record payroll | Payroll | $ 96.98 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 7/3/2025 | 43133 | | TELEPHONE EXPENSE | $ 50.00 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/3/2025 | 43143 | | AUTOMOBILE EXPENSE | $ 45.57 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 7/3/2025 | N/A | Crescent Payroll Solutions | To Record 6.16-6.30.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,265.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/3/2025 | N/A | Crescent Payroll Solutions | To Record 6.16-6.30.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/3/2025 | N/A | Crescent Payroll Solutions | To Record 6.16-6.30.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/3/2025 | N/A | Crescent Payroll Solutions | To Record 6.16-6.30.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/21/2025 | 43181 | | AUTOMOBILE EXPENSE | $ 45.99 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 7/21/2025 | N/A | Crescent Payroll Solutions | To Record 7.1-7.15.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,265.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/21/2025 | N/A | Crescent Payroll Solutions | To Record 7.1-7.15.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/21/2025 | N/A | Crescent Payroll Solutions | To Record 7.1-7.15.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/21/2025 | N/A | Crescent Payroll Solutions | To Record 7.1-7.15.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 7/31/2025 | N/A | Crescent Payroll Solutions | 07.31.2025 Clergy Payroll Pay Date 07.31.2025 | $ 1,763.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 7/31/2025 | N/A | Crescent Payroll Solutions | 07.31.2025 Clergy Payroll Pay Date 07.31.2025 | $ 2,434.69 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 7/31/2025 | N/A | Crescent Payroll Solutions | 07.31.2025 Clergy Payroll Tax; Pay Date 07.31.2025 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 7/31/2025 | N/A | Crescent Payroll Solutions | 07.31.2025 Clergy Payroll Tax; Pay Date 07.31.2025 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 7/31/2025 | N/A | Crescent Payroll Solutions | 07.31.2025 Clergy Payroll 401k Remittance; Pay Date 07.31.2025 | $ 105.32 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 7/31/2025 | N/A | Crescent Payroll Solutions | 07.31.2025 Clergy Payroll 401k Remittance; Pay Date 07.31.2025 | $ 99.16 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 21.99 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 55.61 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 81.78 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 145.97 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 15.22 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 18.07 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 45.90 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 30.25 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 54.81 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 38.39 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/1/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 109.47 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/2/2025 | 118774 | New Orleans Pest Management | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/2/2025 | 118775 | Pinnacle Elevator LLC | CONTRACTED SERVICE | $ 1,039.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/8/2025 | 118793 | Curry & Sons, Painters and Decorators, Inc. | REPAIRS & MAINTENANCE | $ 5,080.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/10/2025 | 58191 | GIROIR'S GROUND MANAGEMENT LLC | CONTRACTED SERVICE | $ 791.66 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/10/2025 | 118843 | Cox Communications | HOUSEHOLD UTILITIES | $ 261.98 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/10/2025 | 118849 | Entergy -(8106) | HOUSEHOLD UTILITIES | $ 2,224.40 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/11/2025 | 58207 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Wild |
| ANO | Operating | 2118 | 7/11/2025 | 58207 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/11/2025 | 58207 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS - LAY | $ 638.42 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/15/2025 | 118868 | A 1 Services Inc. | CONTRACTED SERVICE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/15/2025 | 118902 | Guillory Sheet Metal Works, Inc. | CONTRACTED SERVICE | $ 175.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/15/2025 | 118924 | Southern Hospitality Catering Inc. | SOCIAL FUNCTIONS | $ 708.93 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/22/2025 | 118967 | Allfax Specialties, Inc. | XEROX COPIES | $ 9.82 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/22/2025 | 119002 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/24/2025 | 119031 | NOLA Box Supply Company Llc | HOUSEHOLD EXPENSES | $ 119.78 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/29/2025 | 119034 | A 1 Services Inc. | CONTRACTED SERVICE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 32.76 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 83.89 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 27.69 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 40.05 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | CONTRACTED SERVICE | $ 483.45 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 42.83 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 24.58 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 8.23 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 75.71 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | BOOKS & SUBSCRIPTION | $ 62.71 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 30.22 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 24.51 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 115.51 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 37.90 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 38.04 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 33.46 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 21.69 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 23.83 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 96.88 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 33.47 | | Yes - Wild |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 30.63 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | POSTAGE | $ 31.40 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 43.86 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 8.20 | | Yes - Aymond |
| ANO | Operating | 2118 | 7/30/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 14.66 | | Yes - Aymond |

$ 39,921.74