## Schedule of Asset Sales During Reporting Period

**Description of Transaction:** The closing of the sale of a portion of Lot 6A1, Fazande Tract, in Jefferson Parish, Louisiana, consisting of approximately 15.3553 acres of immovable property (the "**Hope Haven Site**") to Jefferson Parish occurred on July 1, 2025 pursuant to the terms of the Order dated June 6, 2025 [ECF No. 4043] (the "**Sale Order**").

**Sale Price:** $3,850,000.00

**Payments Made to Third Parties:** $0.00

**Sale Proceeds Received on Behalf of the Estate:** $3,850,000.00[1]

---

[1] In accordance with the Sale Order, the Debtor deposited the Sale Proceeds in a segregated account at Hancock Whitney Bank. The Sale Order authorizes the Debtor to pay up to $55,000.00 out of the Sale Proceeds to construct and complete a monument for abuse survivors and provides that the Debtor will not be permitted to use the Sale Proceeds in the segregated account for any other purpose absent further order of the Court.

#104060198v1