# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH § OF THE ARCHDIOCESE OF NEW § ORLEANS, § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. § § | SECTION A |

## ORDER

Before the Court is the *Notice of Filing Third Amended Joint Plan and Request For Status Conference* (the "Request"),[1] [ECF Doc. 4332], filed by the Plan Proponents.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Request is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall hold a status conference on **Tuesday, September 9, 2025, at 3:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

**IT IS FURTHER ORDERED** that the Debtor is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail as soon as practicable on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Request.

Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 8, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE