CERTIFICATE OF SERVICE

This is to certify that a copy of the Solicitation Package was forwarded on September 8, 2025 by:

ELECTRONIC MAIL upon:

Kenneth Delaune
kdelaune75@gmail.com
2828 Regal Drive
Chalmette, LA 70043

/s/ Daniel J. Carr
_____

Daniel J. Carr - Bar No. 31088
Peiffer Wolf Carr Kane Conway & Wise
935 Gravier Street, Suite 1600
New Orleans, LA and 70112

dcarr@peifferwolf.com
(504)523-2434