UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

## K.R.'S NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE/NOTICE

PLEASE TAKE NOTICE that Craig M. Robinson of Robinson Law Offices, LLC appears, pursuant to Federal Rule of Bankruptcy Procedure 9010, as counsel for K.R., mover/interested party/creditor, seeking leave to file his Sexual Abuse Survivor Proof of Claim [Docket No. 4349]. Mr. Robinson hereby files this Notice of Appearance pursuant to Bankruptcy Rules 2002 and 9007 to request copies of all notices, pleadings, applications, motions, complaints, petitions, orders, proofs of claim, and other documents filed or made in this matter be served upon the undersigned counsel at the following office address and/or email via ECF system:

CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or

[1]

otherwise filed in this action. Further, K.R., mover/interested party/creditor, specifically requests that undersigned counsel be added to the Master Service List and Master Creditor Mailing Matrix.

        Respectfully submitted,

        /s/ Craig M. Robinson_____
        CRAIG M. ROBINSON (Bar No. 32934)
        *Robinson Law Offices, LLC*
        700 Camp Street
        New Orleans, Louisiana 70130
        T: (504) 458-5100
        F: (504) 717-4627
        E: craig@rlolegal.com

        *Attorneys for Claimant, K.R.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

        **/s/ Craig M. Robinson_____**
        **CRAIG M. ROBINSON**

[2]