# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Motion To Redact* (the "Motion"), [ECF Doc. 4352], field by counsel for K.J.D. ("Counsel").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall substitute the proposed redacted documents attached to the Motion, [ECF Docs. 4352-1 & 4352-2], for the ones currently in the record, [ECF Docs. 4337 & 4342].

**IT IS FURTHER ORDERED** that the Counsel is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 12, 2025.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE