UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,<br><br>      Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE ADDITIONAL DEBTORS**

PLEASE TAKE NOTICE that Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), and successor-in-interest to TMI Trust Company, by and through counsel, will take the deposition of the Additional Debtors[1] on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rules of Civil Procedure 30(b), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure. The deposition will be taken in person at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras St, New Orleans, LA 70130, and will continue from day to day thereafter until completed. The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by audio, stenographic and/or videographic means.

The Additional Debtors shall designate one or more knowledgeable individual(s) to testify on their behalf regarding the matters listed in Exhibit A. All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Exhibit A to the Third Amended Plan [ECF No. 4331-1].

1

EXHIBIT A TO ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE ADDITIONAL DEBTORS

1. The Additional Debtors' business operations.

2. The Additional Debtors' management during this Bankruptcy Case and under the Plan including, but not limited to, all payments, both direct and in-kind payments, to their members and officers.

3. The professional fees paid by the Additional Debtors in connection with this Bankruptcy Case and/or the Plan.

4. The Additional Debtors' financial and business relationships with the Debtor and Non-Debtor Catholic Entities.

5. The liquidation analysis attached as Exhibit 3 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "Disclosure Statement").

6. The feasibility projections attached as Exhibit 2 to the Disclosure Statement.

7. The negotiation and/or formulation of the *Third Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and the Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, dated as of September 8, 2025* (the "Plan") as amended or supplemented.

8. The treatment of the Bond Claims under the Plan, and any prior plan proposed by the Debtor and/or Additional Debtors in this case, including the payments that are proposed to be made on account of those claims under the Plan.

9. The Additional Debtors' contribution and/or indemnity claims against the Debtor, or anyone else, related to the Abuse Claims.

10. The Abuse Claims, and the Additional Debtors' asserted defenses thereto.

11. The valuation of the Additional Debtors' insurance policies covering the Abuse Claims.

12. The formation and business operations of 1793 Group, Inc. and its relationship with the Debtor and/or the Additional Debtors.

13. The Additional Debtors' immovable property that is contemplated to be sold to support the Debtor and/or Additional Debtors' post-Effective Date operations.

14. The values and valuations of the Additional Debtors' immovable property, and any discount applied or assumed in connection with the sale of such property in a hypothetical chapter 7 bankruptcy.

15. The value and valuation of the Additional Debtors' movable property.

16. The Deposit and Loan Program and/or Portfolio B, including any and all claims held by the Additional Debtors against the Debtor arising thereunder.

17. The Catholic Community Foundation's most recent unitization report valuing the Debtor's, Additional Debtors' and Catholic Entities' investments in Portfolio A.

18. The allegedly restricted funds invested in Portfolio A and/or Portfolio B.

19. The deficiency allegedly owed by the Debtor to depositors into Portfolio B.

20. The payments projected to be made by the Debtor on account of Portfolio B claims under the Plan.

21. The payments projected to be made on account of the Priest Pension Plan or the Priest Retiree Medical Benefits under the Plan.

22. The Additional Debtors' obligations under the Priest Pension Plan or the Priest Retiree Medical Benefits in a hypothetical liquidation under Chapter 7.

23. The Parish Services Agreements and any other written or oral agreements between the Debtor and the Archdiocesan Parishes that are "passing through" the Bankruptcy Case under the Plan, including all amounts owed by or to the Additional Debtors thereunder.

24. The Actuarial Valuation Report Disclosure for Fiscal Year Ending June 30, 2025 and 2026 Benefit Cost Under US GAAP prepared by Willis Tower Watson.

25. The total insured values for all the Additional Debtors' immovable property.

26. The Non-Monetary Plan Provisions and the implementation thereof under the Plan.

27. The releases and exculpations being granted under the Plan.

28. The Additional Debtors' responses to the Bond Trustee's requests for production of documents propounded in connection with confirmation of the Plan, including but not limited to any privilege log(s) produced in response to such requests and the steps taken by the Additional Debtors, or anyone on their behalf, to respond to the Bond Trustee's requests and search their records for responsive documents.

DATED: September 17, 2025    Respectfully submitted,

/s/ Colleen A. Murphy
Colleen A. Murphy
Kevin J. Walsh
Charles W. Azano
Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
       Kevin.Walsh@gtlaw.com
       Chip.Azano@gtlaw.com
       Chris.Marks@gtlaw.com

Annette Jarvis
Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
       Carson.Heninger@gtlaw.com

-and-

/s/ David S. Rubin
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*

714662982v1