**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |

_____

**ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE**
**TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE**
**OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

PLEASE TAKE NOTICE that Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), and successor-in-interest to TMI Trust Company, by and through counsel, will take the deposition of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rules of Civil Procedure 30(b), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure. The deposition will be taken in person at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras St, New Orleans, LA 70130, and will continue from day to day thereafter until completed. The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by audio, stenographic and/or videographic means.

The Committee shall designate one or more knowledgeable individual(s) to testify on its behalf regarding the matters listed in Exhibit A. All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

1

**EXHIBIT A TO ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE COMMERCIAL COMMITTEE**

1. The settlement or other agreement referenced by counsel for the Debtor during the September 9, 2025 hearing in the Bankruptcy Case between the Commercial Committee and Plan Proponents and the consideration received by the Commercial Committee under that settlement.

2. The settlement reported by the mediator, Judge Sontchi (Ret.), during the April 10, 2025 hearing in the Bankruptcy Case between the Commercial Committee and Debtor and the consideration received by the Commercial Committee under that settlement.

3. The General Unsecured Claims,[1] Convenience Claims, Bond Claims and Unsecured Trade Claims classified in classes 6 and 7 under the Plan and all negotiations between the Commercial Committee and Plan Proponents related to the treatment of such claims.

4. The professional fees incurred and/or paid in this case in connection with the professionals engaged by the Commercial Committee.

5. The Commercial Committee's responses to the Bond Trustee's requests for production of documents propounded in connection with confirmation of the Plan, including but not limited to any privilege log(s) produced in response to such requests and the steps taken by the Committee, or anyone on its behalf, to respond to the Bond Trustee's requests and search its records for responsive documents.

---

[1]    All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Exhibit A to the Third Amended Plan [ECF No. 4331-1].

DATED: September 17, 2025

Respectfully submitted,

*/s/ Colleen A. Murphy*

Colleen A. Murphy
Kevin J. Walsh
Charles W. Azano
Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
       Kevin.Walsh@gtlaw.com
       Chip.Azano@gtlaw.com
       Chris.Marks@gtlaw.com

Annette Jarvis
Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
       Carson.Heninger@gtlaw.com

-and-

*/s/ David S. Rubin*

David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional*
*Trust Company*