**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH § | |
| OF THE ARCHDIOCESE OF NEW § | Section "A" |
| ORLEANS, § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

**ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S**
**NOTICE OF RULE 30(b)(6) DEPOSITION OF THE DEBTOR**

PLEASE TAKE NOTICE that Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), and successor-in-interest to TMI Trust Company, by and through counsel, will take the deposition of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rules of Civil Procedure 30(b), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure. The deposition will be taken in person at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras St, New Orleans, LA 70130, and will continue from day to day thereafter until completed. The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by audio, stenographic and/or videographic means.

The Debtor shall designate one or more knowledgeable individual(s) to testify on its behalf regarding the matters listed in Exhibit A. All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

EXHIBIT A TO ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE DEBTOR

1. The Debtor's business and financial operations during this Bankruptcy Case and following the Effective Date under the Plan.

2. The Debtor's management during the Bankruptcy Case and under the Plan including, but not limited to, all payments, both direct and in-kind payments, to the Debtor's members and officers.

3. The Debtor's financial and business relationships with the Additional Debtors[1] and Catholic Entities.

4. The liquidation analysis attached as Exhibit 3 to the *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025* [Doc. No. 4242] (the "Disclosure Statement").

5. The feasibility projections attached as Exhibit 2 to the Disclosure Statement.

6. The negotiation and/or formulation of the *Third Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and the Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, dated as of September 8, 2025* (the "Plan") as amended or supplemented.

7. The treatment of the Bond Claims under the Plan, and any prior plan proposed by the Debtor in this case, including the payments that are proposed to be made on account of those claims under the Debtor's plan.

8. The settlement between the Debtor and Commercial Committee.

9. The Bond Trustee Settlement Agreement.

10. The Bond Claims and the Amended Bond Documents.

11. The Debtor's contribution and/or indemnity claims against the Additional Debtors, or anyone else, related to the Abuse Claims.

12. Any donor restrictions that may prevent the Debtor's assets from being used to satisfy the Debtor's creditors.

13. The Abuse Claims, and the Debtor's asserted defenses thereto.

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Exhibit A to the Third Amended Plan [ECF No. 4331-1].

14. The valuation of the Debtor's insurance policies covering the Abuse Claims.

15. The value and valuation of the unsecured claims against the Debtor.

16. The formation and business operations of 1793 Group, Inc. and its relationship with the Debtor and/or the Additional Debtors.

17. The Debtor's immovable property that is contemplated to be sold to support the Debtor's post-Effective Date operations.

18. The threshold for a Convenience Claim under the Plan and the setting thereof.

19. The values and valuations of the Debtor's immovable property, and any discount applied or assumed in connection with the sale of such property in a hypothetical chapter 7 bankruptcy.

20. The value and valuation of the Debtor's movable property.

21. The Deposit and Loan Program and/or Portfolio B, including but not limited to any and all claims against the Debtor or claims of the Debtor against anyone else arising thereunder.

22. The Catholic Community Foundation's most recent unitization report valuing the Debtor's, Additional Debtors and Catholic Entities investments in Portfolio A.

23. The allegedly restricted funds invested in Portfolio A and/or Portfolio B.

24. The Debtor's "Voluntary Disclosure" posted to the EMMA.msrb.org website on June 6, 2025.

25. The Debtor's obligations under Canon Law with respect to the payment of its debts.

26. The deficiency allegedly owed by the Debtor to depositors in Portfolio B.

27. The payments projected to be made by the Debtor on account of Portfolio B claims under the Plan.

28. The payments projected to be made on account of the Priest Pension Plan or the Priest Retiree Medical Benefits under the Plan.

29. The Debtor's obligations under the Priest Pension Plan or the Priest Retiree Medical Benefits.

30. The Parish Services Agreements and any other written or oral agreements between the Debtor and the Archdiocesan Parishes that are "passing through" the Bankruptcy Case under the Plan including all amounts owed by or to the Additional Debtors thereunder.

31. Any beneficial interest the Debtor has in a charitable remainder trust administered by any third party.

32. The "Our City Our Cathedral" campaign and the proposed renovations to the St. Louis Cathedral.

33. All assets excluded from the Debtor's Liquidation Analysis, including grants receivable and equity investments in the Catholic Umbrella Pool.

34. The Actuarial Valuation Report Disclosure for Fiscal Year Ending June 30, 2025 and 2026 Benefit Cost Under US GAAP prepared by Willis Tower Watson.

35. The total insured values for all the Debtor's immovable property.

36. The Non-Monetary Plan Provisions and the implementation thereof under the Plan.

37. The releases and exculpations being granted under the Plan.

38. The professional fees incurred and/or paid by the Debtor in this case.

39. The Debtor's responses to the Bond Trustee's requests for production of documents propounded in connection with confirmation of the Plan, including but not limited to any privilege log(s) produced in response to such requests and the steps taken by the Debtor, or anyone on its behalf, to respond to the Bond Trustee's requests and search their records for responsive documents.

<table>
<tr><td>DATED: September 17, 2025</td><td>Respectfully submitted,<br><br>/s/ Colleen A. Murphy<br>Colleen A. Murphy<br>Kevin J. Walsh<br>Charles W. Azano<br>Christopher Marks<br>GREENBERG TRAURIG, LLP<br>One International Place Suite, 2000<br>Boston, MA 02110<br>Telephone: (617) 310-6000<br>Email: Colleen.Murphy@gtlaw.com<br>      Kevin.Walsh@gtlaw.com<br>      Chip.Azano@gtlaw.com<br>      Chris.Marks@gtlaw.com<br><br>Annette Jarvis<br>Carson Heninger<br>GREENBERG TRAURIG, LLP<br>222 S. Main Street, Suite 1730<br>Salt Lake City, UT 84101<br>Telephone: (801) 478-6907<br>Email: Annette.Jarvis@gtlaw.com<br>      Carson.Heninger@gtlaw.com<br><br>-and-<br><br>/s/ David S. Rubin<br>David S. Rubin (La. 11525)<br>BUTLER SNOW LLP<br>445 North Boulevard, Suite 300<br>Baton Rouge, LA 70802<br>Telephone: (225) 325-8728<br>Email: david.rubin@butlersnow.com<br><br>*Attorneys for Argent Institutional Trust Company*</td></tr>
</table>

714662185v1