**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § | |
| § | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH** § | |
| **OF THE ARCHDIOCESE OF NEW** § | Section "A" |
| **ORLEANS,** § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

**ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), and successor-in-interest to TMI Trust Company, by and through counsel, will take the deposition of the Official Committee of Unsecured Creditors (the "Committee") on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rules of Civil Procedure 30(b), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure. The deposition will be taken in person at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras St, New Orleans, LA 70130, and will continue from day to day thereafter until completed. The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by audio, stenographic and/or videographic means.

The Committee shall designate one or more knowledgeable individual(s) to testify on its behalf regarding the matters listed in Exhibit A. All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

1

EXHIBIT A TO ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE COMMITTEE

1. The negotiation and/or formulation of the *Third Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and the Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, dated as of September 8, 2025* (the "Plan") as amended or supplemented.

2. The treatment of the Bond Claims[1] under the Plan, and any prior plan proposed by the Committee in this case, including the payments that are proposed to be made on account of those claims under any such plan.

3. The Bond Trustee Settlement Agreement.

4. The Bond Claims and the Amended Bond Documents.

5. The Abuse Claims, including the valuation of those claims in the aggregate as stated in the Liquidation Analysis.

6. Any agreements between the Committee and the Debtor related to the use of the "Stout Report" to support the Liquidation Analysis.

7. The Debtor's "Voluntary Disclosure" posted to the EMMA.msrb.org website on June 6, 2025.

8. The Non-Monetary Plan Provisions and the implementation thereof under the Plan.

9. The releases and exculpations being granted under the Plan.

10. The professional fees incurred and/or paid by the Debtor in this case in connection with the professionals engaged by the Committee.

11. The Committee's responses to the Bond Trustee's requests for production of documents propounded in connection with confirmation of the Plan, including but not limited to any privilege log(s) produced in response to such requests and the steps taken by the Committee, or anyone on its behalf, to respond to the Bond Trustee's requests and search its records for responsive documents.

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Exhibit A to the Third Amended Plan [ECF No. 4331-1].

DATED: September 17, 2025 Respectfully submitted,

/s/ Colleen A. Murphy
Colleen A. Murphy
Kevin J. Walsh
Charles W. Azano
Christopher Marks
GREENBERG TRAURIG, LLP
One International Place Suite, 2000
Boston, MA 02110
Telephone: (617) 310-6000
Email: Colleen.Murphy@gtlaw.com
      Kevin.Walsh@gtlaw.com
      Chip.Azano@gtlaw.com
      Chris.Marks@gtlaw.com

Annette Jarvis
Carson Heninger
GREENBERG TRAURIG, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6907
Email: Annette.Jarvis@gtlaw.com
      Carson.Heninger@gtlaw.com

-and-

/s/ David S. Rubin
David S. Rubin (La. 11525)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8728
Email: david.rubin@butlersnow.com

*Attorneys for Argent Institutional Trust Company*

714686848v1