IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |
|---|---|

### AMENDED MAY CALL WITNESS LIST OF CERTAIN ABUSE SURVIVORS

Certain Abuse Survivors hereby submit this Amended Witness pursuant to the *Amended Order Scheduling Trial and Pretrial Deadlines in Connection with Confirmation of Plan Proponents' Joint Amended Plan of Reorganization*:

### MAY CALL WITNESSES

1. Corporate Representative of United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company, and any other Travelers affiliated company providing coverage for the proofs of claim of sexual abuse claimants filed into the bankruptcy.

2. Any witness called by any party.

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
909 Poydras St., Suite 1860
New Orleans, Louisiana 70112-4060
Office: 504-581-4892
Fax: 504-561-6024
soren@hkgclaw.com
jed@hkgclaw.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

-AND-

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN-DENENEA, L.L.C.**
3004 David Drive
Metairie, Louisiana 70003
Telephone: (504) 304-4582
Facsimile: (504) 304-4587
jdenenea@gmail.com

-AND-

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Amended May Call Witness List* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

　　　　　　　　　　　　　　　　*/s/ Soren E. Gisleson*
　　　　　　　　　　　　　　　　Soren E. Gisleson