IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**CERTAIN ABUSE SURVIVORS' NOTICE OF RULE 30(b)(6) DEPOSITION OF UNITED STATES FIDELITY & GUARANTY COMPANY, AFFILIATE OF TRAVELERS INDEMNITY COMPANY**

PLEASE TAKE NOTICE that Certain Abuse Survivors by and through counsel, will take the deposition of **United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company** (and any other Travelers-affiliate that may provide coverage for claims made by abuse survivors) on a mutually convenient date and time agreed upon between the parties pursuant to Federal Rules of Civil Procedure 30(b), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure. The deposition will be taken in person at the United States Bankruptcy Court for the Eastern District of Louisiana, located at 500 Poydras St, New Orleans, LA 70130, and will continue from day to day thereafter until completed. The deposition testimony will be given before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by audio, stenographic and/or videographic means.

United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company shall designate one or more knowledgeable individual(s) to testify on its behalf regarding the areas of inquiry listed below. All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## AREAS OF INQUIRY

1. Any and all issues related to all of Travelers' objections to the Proposed Plan and Disclosure Statement, as well as any and all supplements thereto.

2. Any and all policies providing for coverage for proofs of claims filed by abuse claimants in the bankruptcy.

3. Total exposure to Travelers under all applicable insurance policies for coverage for proofs of claims filed by abuse claimants in the bankruptcy.

4. Any and all applicable defenses to coverage under the applicable insurance policies for coverage for proofs of claims filed by abuse claimants in the bankruptcy.

5. Amount of reserves set for coverage for proofs of claims filed by abuse claimants in the bankruptcy.

6. Amount of re-insurance for coverage for proofs of claims filed by abuse claimants in the bankruptcy.

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
909 Poydras St., Suite 1860
New Orleans, Louisiana 70112-4060
Office: 504-581-4892
Fax: 504-561-6024
soren@hkgclaw.com
jed@hkgclaw.com

-AND-

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN-DENENEA, L.L.C.**
3004 David Drive
Metairie, Louisiana 70003
Telephone: (504) 304-4582
Facsimile: (504) 304-4587
jdenenea@gmail.com

-AND-

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Deposition* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Soren E. Gisleson*
Soren E. Gisleson