**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH OF** § **THE ARCHDIOCESE OF NEW** § **ORLEANS,** § § **Debtor**. [1] § | **Case No. 20-10846** Section "A" Chapter 11 |

**NOTICE OF DEPOSITION OF REPRESENTATIVE OF ARGENT**
**INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE IN**
**CONNECTION WITH CONFIRMATION OF THE THIRD AMENDED**
**JOINT CHAPTER 11 PLAN OF REORGANIZATION**

TO: Argent Institutional Trust Company, successor-in-interest to TMI Trust Company, as indenture trustee, through its attorneys of record, Colleen A. Murphy, Kevin J. Walsh, Charles W. Azano and Christopher Marks, Greenburg Traurig, LLP, One International Place Suite, 2000, Boston, MA 02110, Colleen.Murphy@gtlaw.com, Kevin.Walsh@gtlaw.com, Chip.Azano@gtlaw.com, Chris.Marks@gtlaw.com, Annette Jarvis, Greenburg Traurig LLP, 222 S. Main Street, Suite 1730, Salt Lake City, UT 84101, jarvisa@gtlaw.com; and David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300 Baton Rouge, LA 70802, david.rubin@butlersnow.com.

**PLEASE TAKE NOTICE** that undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case will take the deposition of the representative of Argent Institutional Trust Company, successor-in-interest to Hancock Whitney Bank and TMI Trust Company, as indenture trustee (the "Bond Trustee"), pursuant to Federal Rules of Civil Procedure 30(b)(6), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure. The deposition will be taken before an authorized court reporter, notary public, or other person authorized by law to administer at the date, time and place indicated below:

    **Date and Time:**    September 26, 2025 at 2:00 pm CDT
    **Place:**    U.S. Bankruptcy Court for the Eastern District of
        Louisiana, 500 Poydras St, New Orleans, LA 70130

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

146062076v1

The deposition may continue from day to day until completed. The deposition will relate to the topics and definitions set forth below.

## DEFINITIONS

The following definitions shall apply to each of the designated matters for examination below and are deemed to be incorporated therein.

1. "Additional Debtors" has the meaning set forth in the Joint Plan.

2. "Archdiocese" or "Debtor" means The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession in Case No. 20-10846.

3. "Archdiocese's Chapter 11 Case" has the meaning set forth in the Joint Plan.

4. "Affiliate" has the meaning set forth in the Joint Plan.

5. "Bankruptcy Code" has the meaning set forth in the Joint Plan.

6. "Bonds" has the meaning set forth in the Joint Plan.

7. "Bond Claims" has the meaning set forth in the Joint Plan.

8. "Bond Documents" has the meaning set forth in the Joint Plan.

9. "Bond Indenture" has the meaning set forth in the Joint Plan.

10. "Bond Trustee" means Argent Institutional Trust Company, as indenture trustee appointed under the Bond Indenture and as successor-in-interest to Hancock Whitney Bank f/k/a Whitney Bank, former indenture trustee, and TMI Trust Company, former indenture trustee, with respect to the Bondholders as well as its successors in interest, agents, representatives, employees, officers, together with its affiliates, agents, trustees, employees, representatives, or other persons acting on its behalf.

11. "Bond Trustee's Claim" has the meaning set forth in the Joint Plan.

12. "Bond Trustee's Professionals" has the meaning set forth in the Joint Plan.

2

146062076v1

13. "Bond Trustee's Professional Fee Claim" has the meaning set forth in the Joint Plan.

14. "Bond Trustee Settlement Agreement" has the meaning set forth in the Joint Plan

15. "Bond Trustee Settlement Approval Order" means that certain *Order (i) Approving the Amended Settlement Agreement, and (ii) Granting Related Relief* [ECF Doc. No. 527] entered in the Archdiocese's Chapter 11 Case.

16. "Bondholders" has the meaning set forth in the Joint Plan.

17. "Communication" means, without limitation of its generality, statements, discussions, conversations, speeches, meetings, remarks, questions, answers, panel discussions, and symposia, whether written or oral, and includes, communications and statements that are face-to-face and those that are transmitted by writing or by media such as facsimiles, electronic mail, text messages, social media posts, intercoms, telephones, including cellular phones, computers, television, and/or radio, skype, blogs, and listserves.

18. "Effective Date" has the meaning set forth in the Joint Plan.

19. "Joint Plan" means the *Third Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, dated as of July 15, 2025* [ECF No. 4331], as may be amended.

**MATTERS FOR EXAMINATION**

1. The factual basis supporting (i) the Bond Trustee's alleged rights and/or claims against the Additional Debtors and any Affiliates and (ii) the Bond Trustee's alleged ability to collect from assets of the Additional Debtors and any Affiliates to pay the Bond Claims.

2. The factual basis supporting the Bond Trustee's claimed restriction over the real property sales of the Debtor, the Additional Debtors, and/or any Affiliates of either.

3. The nature of the Bond Documents and Bond Indenture.

4. The Bond Trustee Settlement Agreement and the Bond Trustee Settlement Approval Order, and any related communications with Bondholders or other parties.

5. The manner and process of the Bond Trustee's computation of the Bond Trustee Professional Fee Claim and the Bond Trustee's Claim.

6. The factual basis supporting the Bond Trustee's contention that the Debtor is obligated to pay the Bond Trustee Professional Fee Claim and/or the Bond Trustee's Claim.

7. The factual and/or legal basis supporting the Bond Trustee's objections to the Joint Plan, including the contention that the Joint Plan's proposed treatment of the Bond Claims will not preserve the Bonds' exemption from federal and state income tax following the Effective Date.

8. The factual basis supporting the Bond Trustee's contention, if any, that the Class 6 Bond Claims will not receive or retain under the Joint Plan property of a value, as of the Effective Date, at least equal to or more than the value of the property the Bond Claims would receive in a hypothetical Chapter 7 liquidation of the Debtor, Additional Debtors and Affiliates occurring on the Effective Date.

9. The factual and/or legal basis supporting the Bond Trustee's contention, if any, that the Joint Plan's proposed treatment of the Bond Claims will not satisfy Bankruptcy Code § 1129(b) if the Class 6 Bond Claims vote to reject the Joint Plan, including without limitation any contention by the Bond Trustee that the Joint Plan discriminates unfairly against the Bond Claims and/or is not "fair and equitable" with respect to the Bond Claims.

10. The roles of the Bond Trustee and Bondholders in actions seeking to enforce rights under the Bond Documents, including without limitation under the Bond Indenture.

11. The manner and process of all communications between any representative of the Bond Trustee and the Bondholders.

12. The process and methodology among the Bond Trustee and Bondholders for evaluating, calculating, and/or deciding on potential settlements of the Bond Claims and/or any other obligations or liabilities the Debtor may have under the Bond Documents.

13. The Bond Trustee's actual knowledge regarding the identity and contact information for each current and former bondholder, the amount of the bond debt held by each, and the timing and circumstances of any transfers of their bonds.

Dated:  September 17, 2025

Respectfully submitted,

*By:  Bradley C. Knapp*
James I. Stang (CA Bar No. 94435)
(admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977)
(admitted pro hac vice)
Andrew W. Caine (CA Bar No. No. 110345)
(admitted pro hac vice)
Karen B. Dine (NY Bar 2625366)
(admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

-and-

Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP

146062076v1

        601 Poydras Street, Suite 2660
        New Orleans, Louisiana 70130-6036
        Telephone: (504) 558-5111
        Facsimile: (504) 558-5200
        Email: rick.kuebel@troutman.com
           brad.knapp@troutman.com

        -and-

        W. Steven Bryant (*admitted pro hac vice*)
        Texas Bar. No. 24027413
        Federal I.D. No. 32913
        Troutman Pepper Locke LLP
        300 Colorado St., Suite 2100
        Austin, Texas 78701
        Telephone: (512) 305-4726
        Facsimile: (512) 305-4800
        Email: steven.bryant@troutman.com

        *Co-Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

   I hereby caused a true and correct copy of the foregoing *Notice of Deposition* to be served on September 17, 2025, upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

        */s/ Bradley C. Knapp*\_\_\_\_\_
        Bradley C. Knapp

146062076v1