UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS, ) | |
| ) | Chapter 11 |
| Debtor.[1] ) | |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7030, United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers") will take the deposition of The Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned debtor and debtor-in-possession (the "Debtor" or "Archdiocese"), on (TBD) at the U.S. Bankruptcy Court, 500 Poydras Street, Suite B-601, New Orleans, LA, 70130. The Debtor shall designate one or more employees, or other persons to testify on its behalf concerning the subjects set forth in the attached **Exhibit A**.

**NOTICE IS FURTHER GIVEN** that the deposition will take place before a notary public or other officer authorized to administer the oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7028, and that the deposition will be recorded by stenographic means and videotape.

**PLEASE TAKE FURTHER NOTICE** that Travelers, reserves the right to supplement or amend this notice and/or Schedule A as well as the right to take further depositions of the Debtor pursuant to Federal Rule of Civil Procedure Rule 30(b)(6).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated: September 17, 2025                    Respectfully submitted,

**DENTONS US LLP**

By: */s/ Patrick Maxcy*
Patrick C. Maxcy (IL #6275469)
M. Keith Moskowitz (IL #6274101)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for United States Fidelity & Guaranty Company*

**EXHIBIT A**

**MATTERS OF EXAMINATION[2]**

**TOPIC 1.** The impact of the Joint Plan on the Debtor and any of its rights or obligations under the Non-Settling Insurers' Policies post-Effective Date.

**TOPIC 2.** The Non-Settling Insurance Rights Transfer as relates to any Non-Settling Insurers' Policies.

**TOPIC 3.** Any insurance coverage of the Debtor under Non-Settling Insurers' Policies.

**TOPIC 4.** The Memorandum of Understanding among the Plan Proponents and Certain Abuse Survivors, including all communications between the Debtor, other Plan Proponents and the Certain Abuse Survivors Attorneys relating thereto.

**TOPIC 5.** The Debtor's role in drafting the Plan Documents, including the Litigation Trust and Allocation Protocol.

**TOPIC 6.** The Debtor's understanding of its continued obligations to the Non-Settling Insurers post-Effective Date under the Non-Settling Insurers' Policies.

**TOPIC 7.** Negotiations between the Debtor, the Committee, the Plan Proponents and other parties regarding the Plan Documents.

**TOPIC 8.** The Debtor's understanding of the Plan provisions permitting direct actions for Litigation Claims against Non-Settling Insurers and the Debtor and the rationale for including these provisions in the Plan.

**TOPIC 9.** The anticipated process and procedures for holders of Litigation Claims to assert direct actions post-confirmation.

**TOPIC 10.** The process for tracking, managing, and resolving direct actions brought by holders of Litigation Claims and the Debtor's role, if any, in defending or participating in such actions.

**TOPIC 11.** Any agreements or understandings regarding the availability of insurance coverage for Abuse Claims resolved under the Allocation Protocol and Settlement Trust Agreement and the procedures for seeking payment from Non-Settling Insurers for such Abuse Claims.

**TOPIC 12.** Any agreements or understandings regarding the Non-Settling Insurers' rights to participate in the defense or resolution of Abuse Claims determined under the Allocation Protocol and Settlement Trust Agreement.

**TOPIC 13.** The process for objecting to Abuse Claims after the Effective Date of the Plan.

---

[2] Terms used but not defined herein shall have the definitions provided in the Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 4331].

3

**TOPIC 14.** The Debtor's understanding of the rights of holders of Abuse Claims to receive payment from the Settlement Trust and a Non-Settling Insurer under the terms of the Allocation Protocol and the Settlement Trust.

**TOPIC 15.** The process for resolving disputes involving insurance coverage under the Non-Settling Insurers' Policies post-Effective Date and the Debtor's role in any litigation regarding coverage litigation.

**TOPIC 16.** Any releases or discharges under the Plan.

**TOPIC 17.** The Plan provisions impacting Non-Settling Insurers' Contribution Claims.