UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) | |
| THE ARCHDIOCESE OF NEW | ) | Section "A" |
| ORLEANS, | ) | |
| | ) | Chapter 11 |
| Debtor.[1] | ) | |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7030, United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers") will take the deposition of the Non-Debtor Catholic Entities (the "Non-Debtor Entities"), on (TBD) at the U.S. Bankruptcy Court, 500 Poydras Street, Suite B-601, New Orleans, LA, 70130. The Non-Debtor Entities shall designate one or more employees, or other persons to testify on its behalf concerning the subjects set forth in the attached **Exhibit A**.

**NOTICE IS FURTHER GIVEN** that the deposition will take place before a notary public or other officer authorized to administer the oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7028, and that the deposition will be recorded by stenographic means and videotape.

**PLEASE TAKE FURTHER NOTICE** that Travelers, reserves the right to supplement or amend this notice and/or Schedule A as well as the right to take further depositions of the Non-Debtor Entities pursuant to Federal Rule of Civil Procedure Rule 30(b)(6).

Dated: September 17, 2025                    Respectfully submitted,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**DENTONS US LLP**

By: */s/ Patrick Maxcy*
Patrick C. Maxcy (IL #6275469)
M. Keith Moskowitz (IL #6274101)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for United States Fidelity & Guaranty Company*

# EXHIBIT A

## MATTERS OF EXAMINATION[2]

**TOPIC 1.** The impact of the Joint Plan on the Non-Debtor Catholic Entities and any of their continued rights or obligations under the Non-Settling Insurers' Policies post-Effective Date.

**TOPIC 2.** The Non-Settling Insurance Rights Transfer as relates to any Non-Debtor Catholic Entities under the Non-Settling Insurers' Policies.

**TOPIC 3.** Any insurance coverage of a Non-Debtor Catholic Entity under a Non-Settling Insurers' Policy.

**TOPIC 4.** The contributions being made by the Non-Debtor Entities to the Settlement Trust.

---

[2] Terms used but not defined herein shall have the definitions provided in the Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 4331].