**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS, ) | |
| ) | Chapter 11 |
| Debtor.[1] ) | |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7030, United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers") will take the deposition of the additional debtors (the "Additional Debtors") on (TBD) at the U.S. Bankruptcy Court, 500 Poydras Street, Suite B-601, New Orleans, LA, 70130. The Additional Debtors shall designate one or more employees, or other persons to testify on its behalf concerning the subjects set forth in the attached **Exhibit A**.

**NOTICE IS FURTHER GIVEN** that the deposition will take place before a notary public or other officer authorized to administer the oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7028, and that the deposition will be recorded by stenographic means and videotape.

**PLEASE TAKE FURTHER NOTICE** that Travelers, reserves the right to supplement or amend this notice and/or Schedule A as well as the right to take further depositions of the Additional Debtors pursuant to Federal Rule of Civil Procedure Rule 30(b)(6).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated: September 17, 2025

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Patrick Maxcy*
Patrick C. Maxcy (IL #6275469)
M. Keith Moskowitz (IL #6274101)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for United States Fidelity & Guaranty Company*

# EXHIBIT A

## MATTERS OF EXAMINATION[2]

**TOPIC 1.** The impact of the Joint Plan on the Additional Debtors and their continued rights or obligations under the Non-Settling Insurers' Policies post-Effective Date.

**TOPIC 2.** The Non-Settling Insurance Rights Transfer as relates to any Additional Debtors under the Non-Settling Insurers' Policies.

**TOPIC 3.** Any insurance coverage of an Additional Debtor under a Non-Settling Insurers' Policies.

**TOPIC 4.** The Memorandum of Understanding among the Plan Proponents and Certain Abuse Survivors, including all communications between the Additional Debtors, other Plan Proponents and the Certain Abuse Survivors Attorneys relating thereto.

**TOPIC 5.** The Additional Debtors role in drafting the Plan Documents, including the Litigation Trust and Allocation Protocol

**TOPIC 6.** The Additional Debtors understanding of its continued obligations to the Non-Settling Insurers post-Effective Date under the Non-Settling Insurers' Policies.

**TOPIC 7.** Negotiations between the Additional Debtors, the Debtor, the Committee, the Plan Proponents and other parties regarding the Plan Documents.

**TOPIC 8.** The coverage provided to the Additional Debtors under the Non-Settling Insurers Policies.

**TOPIC 9.** The contributions, aside from the Non-Settling Insurance Rights Transfer, being made by the Additional Debtors to the Settlement Trust.

**TOPIC 10.** The Additional Debtor's understanding of their participation in any Direct Action pursued by Abuse Claimants under the Plan.

**TOPIC 11.** Any agreements or understandings regarding the continued availability of insurance coverage for Abuse Claims resolved under the Allocation Protocol and Settlement Trust Agreement and the procedures for seeking payment from Non-Settling Insurers for such Abuse Claims, including participation of the Additional Debtors in such procedures.

**TOPIC 12.** The process for objecting to Abuse Claims asserted against the Additional Debtors post-Effective Date.

---

[2] Terms used but not defined herein shall have the definitions provided in the Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 4331].

**TOPIC 13.** The process for resolving disputes involving insurance coverage under the Non-Settling Insurers' Policies post-Effective Date and the Additional Debtors' role in any litigation regarding insurance coverage.