**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10846[1] |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor*[2] | CHAPTER 11 |

### *EX PARTE* MOTION FOR EXPEDITED HEARING ON COMMERCIAL COMMITTEE'S *EXPEDITED* MOTION FOR APPROVAL OF SERVICE

**NOW INTO COURT**, through undersigned counsel, comes the Official Committee of Unsecured Commercial Creditors (the "***Commercial Committee***") appointed in the above-captioned chapter 11 bankruptcy case of the Roman Catholic Church of the Archdiocese of New Orleans (the "***Debtor***"), who hereby moves this Court to set the *Commercial Committee's Expedited Motion for Approval of Service* [Doc. No. 4378] (the "***Motion***") for expedited hearing on September 25, 2025 at 1:30 p.m. In support of such request, the Commercial Committee respectfully submits the following:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is governed by § 105(a) of the Bankruptcy Code.

---

[1] The "***Bankruptcy Case***".
[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**Request for Expedited Relief**

4. The Motion, filed simultaneously with this Motion for Expedited Hearing, requests that the Court enter an order (i) determining that service of any correspondence from the Commercial Committee to its constituent Argent Institutional Trust Company, as indenture trustee – including any committee correspondence advising constituents that the Commercial Committee supports plan confirmation (the "*CC Determination Correspondence*") – upon the Bond Trustee's counsel of record is sufficient service upon the Bond Trustee; and (ii) approving service in such manner.

5. As indicated in the Motion, the CC Determination Correspondence and efforts to compile an addresses list for such are underway. The Commercial Committee intends to send the CC Determination Correspondence to its voting constituents as soon as possible in the coming weeks, as the deadline by which all voting creditors must accept or reject the plan is approximately six (6) weeks away on October 29, 2025 (the "*Voting Deadline*").

6. The Court has two regularly scheduled hearing dates ahead of the Voting Deadline: September 25, 2025 at 1:30 p.m. and October 16, 2025 at 1:30 p.m. The Commercial Committee prefers to send the CC Determination Correspondence to Argent at the same time it sends it to other voting constituents. Waiting until October 16th for hearing on the Motion will not provide ample time ahead of the Voting Deadline for the Commercial Committee's voting constituents to receive, review, and consider the CC Determination Correspondence.

7. Accordingly, the Commercial Committee requests that the Motion be considered on an expedited basis during the Court's next regularly scheduled omnibus hearing date, September 25, 2025 at 1:30 p.m.

8. The Motion was prompted by a conversation between counsel for Argent and the Commercial Committee on Friday, September 12, 2025. Moreover, a draft of the Motion was circulated to counsel for Argent, the Debtor, and the UST on September 16, 2025. As such, the Commercial Committee submits that the shortened notice period is appropriate and does not prejudice any interested parties.

9. The Commercial Committee contacted counsel for Argent, the Debtor, and the UST, who has represented that they have no objection to the request for expedited hearing.

WHEREFORE, the Commercial Committee respectfully requests that the Court enter an Order in substantially the same form as the attached: (i) setting the Motion for expedited hearing on Thursday, September 25, 2025 at 1:30 p.m. CST; (ii) fixing the deadline of Tuesday, September 23, 2025 at 5:00 p.m. CST for filing written objections to the Motion; and (iii) granting such other relief as the Court deems just and appropriate.

**Signatures on following page**

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*