**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                          CASE NO. 20- 10846

                                                                       SECTION "A"

THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS

DEBTOR                                                          CHAPTER 11

**STATEMENT OF SLATER SLATER SCHULMAN, LLP, LLC PURSUANT TO  RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The  undersigned counsel, as counsel to the parties designated herein in the above-styled bankruptcy case (the "Bankruptcy Case") of the above-captioned Debtor[1] (The "Debtor"), submits the following Statement (the "Rule 2019 Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").

1. Set forth below is a general preliminary statement of the parties represented by the undersigned counsel in these cases, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties.  This Rule 2019 Statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and/or remedies.

2. As of the date of this Verified Statement, Slater Slater Schulman, LLP, only represents creditors in the Archdiocese's bankruptcy case.

3. Nothing contained in this Rule 2019 Statement is intended or shall be construed to constitute (i) a waiver or release of the rights to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights to have any and all final orders in any and all non-core matters entered only after de

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Avenue, New Orleans, Louisiana 70125.

novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over

any matter; (iv) an election of remedy; (v) a waiver or release of any rights to a jury trial; (vi) a

waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which

the creditors may be entitled, in law or in equity, under any agreement or otherwise, with all of

which rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

4. This Rule Statement may be amended, supplemented or otherwise modified as necessary.

5. The undersigned counsel has been retained to represent the creditors listed below:

| | Creditor[2] | Address of Creditor[3] | Economic Interest of Creditors |
|---|---|---|---|
| 1 | T.C. | Daniel A. Meyer<br>c/o Slater Slater Schulman, LLP<br>6023 Magazine Street<br>New Orleans, LA 70118<br>Telephone: (504) 334-8522<br>Facsimile: (212) 922-0907<br>Email: dmeyer@sssfirm.com | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20428 |
| 2 | J.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20429 |
| 3 | R.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20430 |
| 4 | J.K. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No.20431 |

[2] Except where indicated, the creditors, as victims of sexual assault, are identified as set forth in the underlying litigation, pursuant to La. R.S. 46:1844(w) and other law.

[3] To protect the privacy and confidentiality of the creditors and pursuant to La. R.S. 46:1844(w) and other law, the undersigned counsel submits that the name and address of counsel are sufficient for purposes of Rule 2019. The Debtor received actual notice of the real names of each plaintiff via claim forms.

| | | | |
|---|---|---|---|
| 5 | T.V. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No.20432 |
| 6 | J.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20433 |
| 7 | E.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20434 |
| 8 | T.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20435 |
| 9 | A.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20436 |
| 10 | T.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20437 |
| 11 | T.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20438 |
| 12 | D.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20439 |
| 13 | J.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20441 |
| 14 | D.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20442 |

| | | | |
|---|---|---|---|
| 15 | Eric Temple | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20443 |
| 16 | E.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20457 |
| 17 | L.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20456 |
| 18 | A.A. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20455 |
| 19 | M.K. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20454 |
| 20 | E.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20453 |
| 21 | L.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20452 |
| 22 | B.A.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20451 |
| 23 | J.W. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20450 |
| 24 | S.D. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20449 |

| 25 | T.S.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20448 |
|---|---|---|---|
| 26 | M.A.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20447 |
| 27 | L.J.L. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20446 |
| 28 | J.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30055 |
| 29 | F.G. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30056 |
| 30 | C.R. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20458 |
| 31 | D.N.P. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20459 |
| 32 | J.D.P. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20460 |
| 33 | S.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20461 |
| 34 | T.T. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20462 |

| 35 | M.R.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20466 |
|---|---|---|---|
| 36 | G.A.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20465 |
| 37 | J.M.T. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20464 |
| 38 | R.D.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20463 |
| 39 | I.V.T. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20467 |
| 40 | C.N.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20472 |
| 41 | W.A.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20469 |
| 42 | G.K.H. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20470 |
| 43 | K.D.D. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20473 |
| 44 | M.N.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20476 |

| | | | |
|---|---|---|---|
| 45 | S.M.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20475 |
| 46 | J.L.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 30058 |
| 47 | K.L.K. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20474 |
| 48 | B.R.S. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20492 |
| 49 | C.E.P. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20479 |
| 50 | R.O.M. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20509 |
| 51 | P.P.J. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20478 |
| 52 | C.J.B. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 20477 |
| 53 | A.J.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in Proof of Claim No. 31416 |
| 54 | C.E.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in a Proof of Claim |

| 55 | T.J.C. | c/o see above | The creditor asserts claims and causes of action against the Debtor as set forth in a Proof of Claim |
|----|--------|---------------|---|

The foregoing have retained the undersigned counsel as their legal counsel with respect to matters arising in the Bankruptcy Case and for purposes of asserting claims and protecting other rights against the Debtor.

I, Daniel A. Meyer, by executing this statement below, based upon information provided to me after inquiry, believe that the foregoing is true and correct, to the best of my knowledge, information and belief.

**Respectfully submitted:**

**SLATER SLATER SCHULMAN, L.L.P.**

*/s/ Daniel A. Meyer*
Daniel A. Meyer (La. Bar # 33278)
c/o Slater Slater Schulman, LLP
6023 Magazine Street
New Orleans, Louisiana 70118
Telephone: (504) 334-8522
Facsimile: (212) 922-0907
Email: dmeyer@sssfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this September 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.


*/s/ Daniel A. Meyer*
Daniel A. Meyer