**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

Before the Court is the Ex Parte *Motion For Expedited Hearing on Commercial Committee's Expedited Motion For Approval of Service* (the "Motion To Expedite"), [ECF Doc. 4379], filed by the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Commercial Committee's Expedited Motion For Approval of Service* (the "Motion"), [ECF Doc. 4378], is set for hearing on **Thursday, September 25, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any opposition to the Motion shall be filed and properly served no later than **Tuesday, September 23, 2025, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the Commercial is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail as soon as practicable on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 18, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE