## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| | Chapter 11 |
| Debtor. | |

## LIMITED OPPOSITION TO ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S NOTICE OF RULE 30(b)(6) DEPOSITION OF THE ADDITIONAL DEBTORS

Now into Court, through undersigned counsel, comes the Additional Debtors,[1] who object to certain areas of inquiry designated by Argent Institutional Trust Company ("Argent") in *Argent Institutional Trust Company, as Indenture Trustee's Notice of Rule 30(b)(6) Deposition of the Additional Debtors* [Dkt. # 4359] ("Notice of Rule 30(b)(6)").

## GLOBAL OBJECTION

The Additional Debtors consist of 157 entities identified in the Joint Plan. The areas of inquiry is so ill-defined and overbroad that to properly respond would take over 144 separate designees and, thus, designation of a single designee is virtually impossible. Moreover, the designation is not limited by time or date. This issue will be addressed in the specific objections.

Certain of the areas require a designee to render a legal opinion.

Last, the Additional Debtors have no liability on the bonds at issue and will not be debtors until they file for relief under Chapter 11. The actions of management of the Additional Debtors

---

[1] The Additional Debtors are those entities listed on Exhibit B-1 of the *Third Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of September 8, 2025* [ECF No. 4235-2].

{00384113-5}

and the relationship of the Additional Debtors have been raised in Civil Action 25-01049 pending

before this Court and certain questions represent an attempt to obtain discovery in connection with

that complaint.  Certain areas of inquiry are capable of a single designee, however, others are not.

## JOINDER IN DEBTOR OBJECTIONS

The areas of inquiry filed by Argent against the Additional Debtors in many respects mirror

the areas of inquiry sent to The Roman Catholic Church of the Archdiocese of New Orleans

("Debtor").  The Additional Debtors adopt the objection filed by the Debtor in addition to the

global and specific objections set forth herein.

## SPECIFIC OBJECTIONS

1) <u>Business Operations of the Additional Debtors</u>.  The Additional Debtors fall into

three (3) distinct categories: 1) active Archdiocesan Parishes; 2) Suppressed

Archdiocesan Parishes (those that are closed); and 3) Archdiocesan Agencies such

as The Catholic Charities Archdiocese of New Orleans and the Second Harvest

Food Bank of Greater New Orleans and Acadiana.  The individual "business

operations" of each of the Additional Debtors has no relevancy to the Joint Plan.

Following this line of questioning would require each active Parish to testify as to

its Parish boundaries, the operations of its schools and other programs, which would

have no impact on the Bondholders' claims.[2]

2) <u>Management During the Bankruptcy Case</u>.  The term "management" is not defined.

It is unclear whether the question goes solely to the board for each entity or includes

school principals.  For each Archdiocesan Agency, does its area of inquiry include

---

[2] It is interesting that Argent would accuse the Plan Proponents of a "document dump" when they are
simultaneously requesting everything under the sun in discovery.  Argent seems intent on pursuing countless hours
of testimony and discovery and precious resources (including time) on areas of inquiry that will have no impact on
its actual interest.

heads of various programs?  The probative value of these areas of inquiry is of no possible relevancy and as Argent has admitted, we are on a tight timeline and resources are precious and must be allocated efficiently.

3)    <u>Payment of Fees</u>.  The fees paid to counsel are not subject to Court review prior to the Additional Debtors' filing for relief.  After the filing for relief by each Additional Debtor, a motion to employ Heller, Draper & Horn, L.L.C. will be filed with the requisite disclosures.  Argent has no standing in any of the Additional Debtor cases because it is not a creditor of any Additional Debtors.

10 )    <u>Abuse Claims and Asserted Defenses</u>.  Some of the Additional Debtors have been defendants in cases involving claims for sexual abuse.  The question is overbroad because either they are seeking information about past claims and cases (where the pleadings set out the defenses and no current representative of an Additional Debtor with knowledge likely exists) or current proofs of claim that have not been analyzed for possible defenses on a case by case basis.  The issue as to the valuation of the claims that have been asserted in the case or may be asserted are issues for expert witnesses.

11 )    <u>Valuation of Insurance Policies</u>.  It is unclear as to the scope of this area.  Is Argent seeking a value of the policies or information as to the policy periods and limits?  The Additional Debtors are insureds under the Debtor's policy and no Additional Debtor can separately sell its interest in the policies.

17    <u>Unitization Report</u>.  The starting point for this objection is that the Catholic Community Foundation is not an Additional Debtor and, thus, the request should be stricken.  Moreover, the question is unclear in that it asks for valuing the interests

{00384113-5}

in Portfolio A of Additional Debtors *and* Catholic Entities.  The Notice of 30(b)(6)

states that all capitalized terms are defined as in Exhibit A to the Third Amended

Plan.  Exhibit A to the Third Amended Plan is clear that "'Catholic Entities' *or*

'Additional Debtors' means the Entities listed on <u>Plan Exhibit B-1.</u>" (emphasis

added).  To the extent that Argent seeks to inquire into entities that are not

Additional Debtors, such an inquiry is irrelevant to the matters before the Court in

the Confirmation Hearing.

18.     <u>Restricted Funds in Portfolio A and Portfolio B</u>.  The determination of what is a

restricted fund and who owns the fund is a legal conclusion. Moreover, the area

seeks information about entities that are not Additional Debtors who have

investments in Portfolio A.

19-21 <u>Various Projections</u>.  These areas of inquiry are the subject of the expert report and

should be addressed in the expert depositions.

September 19, 2025

                                        Respectfully submitted:


                                        */s/Douglas S. Draper*
                                        Douglas S. Draper, La. Bar No. 5073
                                        Leslie A. Collins, La. Bar No. 14891
                                        Greta M. Brouphy, La. Bar No. 26216
                                        Michael E. Landis, La Bar No. 36542
                                        HELLER, DRAPER & HORN, L.L.C.
                                        650 Poydras Street, Suite 2500
                                        New Orleans, LA  70130-6103
                                        Telephone: 504.299.3300/Fax: 504.299.3399
                                        E-mail:ddraper@hellerdraper.com
                                        E-mail:lcollins@hellerdraper.com
                                        E-mail: gbrouphy@hellerdraper.com
                                        E-mail: mlandis@hellerdraper.com

                                        *Attorneys for the Additional Debtors*

## <u>CERTIFICATE OF SERVICE</u>

I, Douglas S. Draper, do hereby certify that I caused the above and foregoing to be served on September 19, 2025, to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- Christine W. Adams    cadams@deshazoadams.com
- H. Kent Aguillard    kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com
- A. Brooke Watford Altazan    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- William Harrell Arata    aratalaw@bellsouth.net
- William Harrell Arata    billarata@aratalaw.net
- David Winston Ardoin    david@amotriallawyers.com, renee@amotriallawyers.com
- John Baay    Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com
- Jerry Beatmann    jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- Alicia M. Bendana    abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- Jacques F. Bezou    jb2@bezou.com, dhenderson@bezou.com
- Richard A. Bordelon    rbordelon@denechaudlaw.com
- Derek T Braslow    dbraslow@actslaw.com
- Brandon A. Brown    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Joseph M. Bruno    jbruno@brunobrunolaw.com
- William Steven Bryant    steven.bryant@lockelord.com
- Elwood F. Cahill    ecahill@shergarner.com
- Andrew William Caine    acaine@pszjlaw.com
- Deborah J Campbell    deborah.campbell@dentons.com
- Linda F Cantor    lcantor@pszjlaw.com
- Daniel J Carr    dcarr@peifferwolf.com
- Clint Casperson    clcasperson@dmillerlaw.com
- Ryan J Cavanaugh    ryan@constantllp.com
- Desiree M. Charbonnet    desi@charbonnetlawfirm.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- Everett J. Cygal    ecygal@schiffhardin.com
- Rodrigo DE Llano    filing@dandell.com
- Scott Edward Delacroix    scottdelacroixlaw@gmail.com
- John H. Denenea    jdenenea@gmail.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Christopher F Edmunds    chrisedmundslaw@gmail.com

- Frank Elliot    frank@nfelaw.com
- Joseph Mark Fisher    mfisher@schiffhardin.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Jeremy Gettes    jgettes@chehardy.com
- William P. Gibbens    billy@semmlaw.com, terri@semmlaw.com
- Soren Erik Gisleson    soren@hkgclaw.com, jchauvin@hhkc.com
- Brodie Glenn    bglenn@bradleyfirm.com
- Alan H. Goodman    alan.goodman@bswllp.com, moorek@bswllp.com
- Stephen Haedicke    stephen@haedickelaw.com
- Ashley J. Heilprin    ashley.heilprin@phelps.com
- Evan Park Howell    ehowell@ephlaw.com
- Erin Pelleteri Howser    epelleteri@bakerdonelson.com
- Stephen Michael Huber    stephen@huberthomaslaw.com
- Sara Hunkler    shunkler@ruggerilaw.com
- Amelia L. Hurt    amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com
- Wayne J. Jablonowski    wjjlaw@bellsouth.net
- Annette W Jarvis    jarvisa@gtlaw.com
- Lillian Jordan    ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Allison Kingsmill    akingsmill@joneswalker.com
- Bradley C. Knapp    brad.knapp@troutman.com, AutoDocket@LockeLord.com
- Dylan K. Knoll    dknoll@denechaudlaw.com
- Omer F. Kuebel    rick.kuebel@troutman.com
- Heather A. LaSalle    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- Frank E. Lamothe    felamothe@lamothefirm.com
- Julien Guy Lamothe    jlamothe@lamothefirm.com
- Mark C. Landry    mlandry@newmanmathis.com
- Darryl T. Landwehr    dtlandwehr@att.net, dtlandwehr@gmail.com
- Joseph J Lowenthal    jlowenthal@joneswalker.com
- Ryan Luminais    rluminais@shergarner.com
- Thomas J. Madigan    tmadigan@shergarner.com, rbailey@shergarner.com
- Wayne A. Maiorana    tmaiorana@newmanmathis.com
- Wilson Lewis Maloz    wmaloz@lpwsl.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Donald Andrew Mau    andy@caseycowley.com
- Patrick Maxcy    patrick.maxcy@dentons.com
- Ryan Matthew McCabe    ryan@mccabefirm.com, rmccabe@gmail.com
- Collin Roy Melancon    collin@mmcdlaw.com
- Carey L. Menasco    clmenasco@liskow.com
- Andrew D. Mendez    amendez@stonepigman.com
- Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com
- Daniel Adam Meyer    dmeyer@sssfirm.com

- Allen C. Miller    allen.miller@phelps.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Jack E Morris    jem@jemorrislaw.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Kathryn Munson    kwm@stanleyreuter.com
- Colleen A Murphy    murphyc@gtlaw.com
- Brandon Naquin    ban@stanleyreuter.com
- Samantha Oppenheim    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- Dwight C Paulsen    tpaulsen@bradleyfirm.com
- Felecia Y Peavy    felepeavy@juno.com
- Louis Middleton Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com
- Caroline A. Reckler    caroline.reckler@lw.com
- William S. Robbins    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Craig Robinson    craig@rlolegal.com
- Nicholas Rockforte    nicholas@onmyside.com
- Keith A. Rodriguez    Krodriguez@keithrodriguez.com
- Samuel M. Rosamond    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- Richard A Rozanski    richard@rarlaw.net
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Robert Salim    skeeter@salim-beasley.com
- Tancred Schiavoni    tschiavoni@omm.com, nrivera@omm.com
- Logan E. Schonekas    logan@huberthomaslaw.com
- Kristi Schubert    kschubert@lamothefirm.com
- Bradley J. Schwab    brad@voorhieslaw.com
- Stephen P. Scullin    scullin@carverdarden.com, baradell@carverdarden.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Patrick M. Shelby    rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- Nicholas Smeltz    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- David M Spector    dspector@schiffhardin.com
- Richard C. Stanley    rcs@stanleyreuter.com
- Paul Maury Sterbcow    sterbcow@lksalaw.com
- Roger Stetter    rastetter47@yahoo.com
- Paul Douglas Stewart    dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Kaylin Storey    kstorey@truittlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us
- Margaret Frohn Swetman    krastanis@leakeandersson.com
- Reagan Charleston Thomas    rthomas@awkolaw.com
- Jefferson R. Tillery    jtillery@joneswalker.com

- Taylor Townsend    taylor@townsendlaw.com
- Richard Trahant    trahant@trahantlawoffice.com
- Jack E Truitt    btruitt@truittlaw.com, jwertz@truittlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Richard P Voorhies    Richard@voorhieslaw.com, tosha@voorhieslaw.com
- David F. Waguespack    waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- David E. Walle    dwalle@bfrob.com, aadams@bfrob.com
- John W. Waters    jwaters@bfrob.com, aadams@bfrob.com
- Michael Watson    mwatson@michaelcwatson.com
- Regina Wedig    reginawedig@wediglaw.com, rswedig@hotmail.com
- Edward Dirk Wegmann    dwegmann@joneswalker.com
- Joshua D Weinberg    Jweinberg@ruggerilaw.com
- John Randall Whaley    jrwhaley@whaleylaw.com, auburn@whaleylaw.com
- Brittany Rose Wolf-Freedman    bwolf@gainsben.com, ddelger@gainsben.com
- Yongli Yang    yongli.yang@clydeco.us
- Wayne George Zeringue    wzeringue@joneswalker.com
- Michael S. Zerlin    mzerlin@netscape.net

*/s/Douglas S. Draper*
Douglas S. Draper