IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>Debtor. | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

**LIMITED OPPOSITION TO TRAVELERS' NOTICE OF DEPOSITION OF THE ADDITIONAL DEBTORS AND NON-DEBTOR ENTITIES**

Now into Court, through undersigned counsel, comes the Additional Debtors[1] and the Non-Debtor Entities, who object to certain areas of inquiry designated by United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers") in its *Notice of Deposition* to Non-Debtor Catholic Entities [Dkt. # 4371] and the *Notice of Deposition* to the Additional Debtors [Dkt. # 4372] (together, the "Notices of Deposition").

**GLOBAL OBJECTION**

The Non-Debtor Catholic Entities consist of 30 Archdiocesan Agencies listed on Exhibit B-2 of the Third Amended Plan who will not be filing for bankruptcy and will not become debtors-in-possession. Nor are any of the Non-Debtor Catholic Entities Plan Proponents. As such, the Non-Debtor Catholic Entities object to any areas of inquiry against them.

The Additional Debtors consist of 157 entities identified in Exhibit B-1 to the Joint Plan. The areas of inquiry filed by Travelers against the Additional Debtors in many respects mirror the areas of inquiry sent to The Roman Catholic Church of the Archdiocese of New Orleans

---

[1] The Additional Debtors are those entities listed on Exhibit B-1 of the T*hird Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of September 8, 2025* [ECF No. 4235-2] (the "Third Amended Plan" and, as amended, the "Plan").

{00384115-2}

("Debtor"). The Additional Debtors adopt the objection filed by the Debtor in addition to the global and specific objections set forth herein. In addition, and without limited the generality of the above, the Additional Debtors will address specific objections to certain areas of inquiry below, including, but not limited to, the fact that certain of the areas require a designee to render a legal opinion and others request information that is protected by the mediation privilege.

## SPECIFIC OBJECTIONS

**Non-Debtor Catholic Entities:**

The Non-Debtor Catholic Entities again object to any inquiry at all on the basis that they are not Plan Proponents nor will they become debtors or "Additional Debtors" and any areas of inquiry with respect to them is irrelevant to the Plan.

Topic 1–3, Non-Settling Insurers' Policies:

The impact of the Plan on any rights or obligations of the Non-Debtor Catholic Entities under the Non-Settling Insurers' Policies and any coverage issues related to the Non-Debtor Catholic Entities under the Non-Settling Insurers' Policies are all issues that require a legal opinion. The policies say what they say and what legal impact the Plan or any provisions therein may have on the Non-Debtor Catholic Entities' rights, obligations, and coverage under the policies requires a legal opinion.

Topic 4, Contributions of the Non-Debtor Catholic Entities:

The Non-Debtor Catholic Entities are contributing $5,000,000.00 to the Settlement Trust. That is in the Plan for all to see. Any further inquiry into the contributions is entirely irrelevant to the Plan, its confirmation or its effect on Travelers.

{00384115-2}

**Additional Debtors:**

Topics 1–3, 6, and 8, Non-Settling Insurers' Policies:

The impact of the Plan on any rights or obligations of the Additional Debtors under the Non-Settling Insurers' Policies and any coverage issues related to the Additional Debtors under the Non-Settling Insurers' Policies are all issues that require a legal opinion. The policies say what they say and what legal impact the Plan or any provisions therein may have on the Additional Debtors' rights and coverage under the policies requires a legal opinion.

Topic 4, Memorandum of Understanding:

The Memorandum of Understanding between the Additional Debtors, the other Plan Proponents, and the Certain Abuse Survivors is all subject to mediation privilege. The terms of the Memorandum of Understanding were determined through arms-length negotiations and are subject to privilege.

Topic 7, Negotiations related to the Plan Documents:

All negotiations related to the formulation of the Plan Documents were done in mediation and are subject to mediation privilege. The terms of the Plan Documents are plain for all to see and the manner by which they were determined is protected by privilege.

Topic 10, Additional Debtors' participation in any Direct Action:

This area of inquiry requires a legal opinion, which no 30(b)(6) representative is qualified to render.

The Additional Debtors again incorporate all objections and responses of the Debtor to Travelers' Notice of Deposition issued to the Debtor [ECF # 4369] to the extent it overlaps with the Notice of Deposition issued to the Additional Debtors.

September 19, 2025

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La Bar No. 36542
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for the Additional Debtors*

# CERTIFICATE OF SERVICE

I, Douglas S. Draper, do hereby certify that I caused the above and foregoing to be served on September 19, 2025, to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- Christine W. Adams    cadams@deshazoadams.com
- H. Kent Aguillard    kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com
- A. Brooke Watford Altazan    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- William Harrell Arata    aratalaw@bellsouth.net
- William Harrell Arata    billarata@aratalaw.net
- David Winston Ardoin    david@amotriallawyers.com, renee@amotriallawyers.com
- John Baay    Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com
- Jerry Beatmann    jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- Alicia M. Bendana    abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- Jacques F. Bezou    jb2@bezou.com, dhenderson@bezou.com
- Richard A. Bordelon    rbordelon@denechaudlaw.com
- Derek T Braslow    dbraslow@actslaw.com

{00384115-2}

- Brandon A. Brown    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Joseph M. Bruno    jbruno@brunobrunolaw.com
- William Steven Bryant    steven.bryant@lockelord.com
- Elwood F. Cahill    ecahill@shergarner.com
- Andrew William Caine    acaine@pszjlaw.com
- Deborah J Campbell    deborah.campbell@dentons.com
- Linda F Cantor    lcantor@pszjlaw.com
- Daniel J Carr    dcarr@peifferwolf.com
- Clint Casperson    clcasperson@dmillerlaw.com
- Ryan J Cavanaugh    ryan@constantllp.com
- Desiree M. Charbonnet    desi@charbonnetlawfirm.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- Everett J. Cygal    ecygal@schiffhardin.com
- Rodrigo DE Llano    filing@dandell.com
- Scott Edward Delacroix    scottdelacroixlaw@gmail.com
- John H. Denenea    jdenenea@gmail.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Christopher F Edmunds    chrisedmundslaw@gmail.com
- Frank Elliot    frank@nfelaw.com
- Joseph Mark Fisher    mfisher@schiffhardin.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Jeremy Gettes    jgettes@chehardy.com
- William P. Gibbens    billy@semmlaw.com, terri@semmlaw.com
- Soren Erik Gisleson    soren@hkgclaw.com, jchauvin@hhkc.com
- Brodie Glenn    bglenn@bradleyfirm.com
- Alan H. Goodman    alan.goodman@bswllp.com, moorek@bswllp.com
- Stephen Haedicke    stephen@haedickelaw.com
- Ashley J. Heilprin    ashley.heilprin@phelps.com
- Evan Park Howell    ehowell@ephlaw.com
- Erin Pelleteri Howser    epelleteri@bakerdonelson.com
- Stephen Michael Huber    stephen@huberthomaslaw.com
- Sara Hunkler    shunkler@ruggerilaw.com
- Amelia L. Hurt    amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com
- Wayne J. Jablonowski    wjjlaw@bellsouth.net
- Annette W Jarvis    jarvisa@gtlaw.com
- Lillian Jordan    ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Allison Kingsmill    akingsmill@joneswalker.com
- Bradley C. Knapp    brad.knapp@troutman.com, AutoDocket@LockeLord.com
- Dylan K. Knoll    dknoll@denechaudlaw.com
- Omer F. Kuebel    rick.kuebel@troutman.com

{00384115-2}

- Heather A. LaSalle    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- Frank E. Lamothe    felamothe@lamothefirm.com
- Julien Guy Lamothe    jlamothe@lamothefirm.com
- Mark C. Landry    mlandry@newmanmathis.com
- Darryl T. Landwehr    dtlandwehr@att.net, dtlandwehr@gmail.com
- Joseph J Lowenthal    jlowenthal@joneswalker.com
- Ryan Luminais    rluminais@shergarner.com
- Thomas J. Madigan    tmadigan@shergarner.com, rbailey@shergarner.com
- Wayne A. Maiorana    tmaiorana@newmanmathis.com
- Wilson Lewis Maloz    wmaloz@lpwsl.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Donald Andrew Mau    andy@caseycowley.com
- Patrick Maxcy    patrick.maxcy@dentons.com
- Ryan Matthew McCabe    ryan@mccabefirm.com, rmccabe@gmail.com
- Collin Roy Melancon    collin@mmcdlaw.com
- Carey L. Menasco    clmenasco@liskow.com
- Andrew D. Mendez    amendez@stonepigman.com
- Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com
- Daniel Adam Meyer    dmeyer@sssfirm.com
- Allen C. Miller    allen.miller@phelps.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Jack E Morris    jem@jemorrislaw.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Kathryn Munson    kwm@stanleyreuter.com
- Colleen A Murphy    murphyc@gtlaw.com
- Brandon Naquin    ban@stanleyreuter.com
- Samantha Oppenheim    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- Dwight C Paulsen    tpaulsen@bradleyfirm.com
- Felecia Y Peavy    felepeavy@juno.com
- Louis Middleton Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com
- Caroline A. Reckler    caroline.reckler@lw.com
- William S. Robbins    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Craig Robinson    craig@rlolegal.com
- Nicholas Rockforte    nicholas@onmyside.com
- Keith A. Rodriguez    Krodriguez@keithrodriguez.com
- Samuel M. Rosamond    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- Richard A Rozanski    richard@rarlaw.net
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Robert Salim    skeeter@salim-beasley.com
- Tancred Schiavoni    tschiavoni@omm.com, nrivera@omm.com

{00384115-2}

- Logan E. Schonekas    logan@huberthomaslaw.com
- Kristi Schubert    kschubert@lamothefirm.com
- Bradley J. Schwab    brad@voorhieslaw.com
- Stephen P. Scullin    scullin@carverdarden.com, baradell@carverdarden.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Patrick M. Shelby    rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- Nicholas Smeltz    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- David M Spector    dspector@schiffhardin.com
- Richard C. Stanley    rcs@stanleyreuter.com
- Paul Maury Sterbcow    sterbcow@lksalaw.com
- Roger Stetter    rastetter47@yahoo.com
- Paul Douglas Stewart    dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Kaylin Storey    kstorey@truittlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us
- Margaret Frohn Swetman    krastanis@leakeandersson.com
- Reagan Charleston Thomas    rthomas@awkolaw.com
- Jefferson R. Tillery    jtillery@joneswalker.com
- Taylor Townsend    taylor@townsendlaw.com
- Richard Trahant    trahant@trahantlawoffice.com
- Jack E Truitt    btruitt@truittlaw.com, jwertz@truittlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Richard P Voorhies    Richard@voorhieslaw.com, tosha@voorhieslaw.com
- David F. Waguespack    waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- David E. Walle    dwalle@bfrob.com, aadams@bfrob.com
- John W. Waters    jwaters@bfrob.com, aadams@bfrob.com
- Michael Watson    mwatson@michaelcwatson.com
- Regina Wedig    reginawedig@wediglaw.com, rswedig@hotmail.com
- Edward Dirk Wegmann    dwegmann@joneswalker.com
- Joshua D Weinberg    Jweinberg@ruggerilaw.com
- John Randall Whaley    jrwhaley@whaleylaw.com, auburn@whaleylaw.com
- Brittany Rose Wolf-Freedman    bwolf@gainsben.com, ddelger@gainsben.com
- Yongli Yang    yongli.yang@clydeco.us
- Wayne George Zeringue    wzeringue@joneswalker.com
- Michael S. Zerlin    mzerlin@netscape.net

                                          ***/s/Douglas S. Draper***
                                          Douglas S. Draper

{00384115-2}