**DENTONS**

Patrick C. Maxcy
Partner

patrick.maxcy@dentons.com
D    +1 312-876-2810

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6361
United States

dentons.com

September 19, 2025

**VIA EMAIL AND ECF**

Honorable Meredith S. Grabill
United States Bankruptcy Court
Eastern District of Louisiana
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re:     ***In re: The Roman Catholic Church of the Archdiocese of New Orleans ("Debtor")***
          Case No. 20-10846
          United States Bankruptcy Court for the Eastern District of Louisiana

Dear Judge Grabill,

We represent United States Fidelity & Guaranty Company (as referred to herein as "Travelers") in the above-referenced bankruptcy case.  On September 18, 2025, we received the *Certain Abuse Survivors' Notice of Rule 30(b)(6) Deposition of Travelers* [Dkt. 4364].

Per the Court's Amended Scheduling Order [Dkt. 4249], each party identified its "May Call" witness list on August 18, 2025.  As with the other parties, the Certain Abuse Survivors identified potential corporate representative parties, including a corporate representative of the Debtor, the Official Committee of Unsecured Creditors and others [Dkt. 4278].

The Certain Abuse Survivors did not identify any corporate representative of Travelers.  Nor did the Certain Abuse Survivors subsequently seek to amend their May Call witness list or otherwise seek authority from the Court to take Travelers' deposition, as Travelers has done with regard to its request to take the depositions of members of the Settlement Trust Advisory Committee.  *See* Dkt. 4834.

During the September 9, 2025 status hearing before the Court, multiple parties directly addressed the issue of additional depositions, including previously unscheduled Rule 30(b)(6) depositions. However, at no point during the status hearing did counsel for the Certain Abuse Survivors raise a request to add Travelers to the deposition schedule.  The updated schedule of depositions provided to this Court on Monday, September 15, 2025 did not include a deposition Travelers.

**DENTONS**

dentons.com

Absent an order of the Court approving an additional deposition of Travelers, Travelers opposes the untimely notice of deposition to a Travelers corporate representative and asks the Court to address this matter at the September 22, 2025 hearing.

Respectfully submitted,

*/s/ Patrick C. Maxcy*
Patrick C. Maxcy
Partner
DENTONS US LLP