UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# AMENDED ORDER[1]

The Court held a status conference on September 9, 2025.

For the reasons stated on the record,

**IT IS ORDERED** *sua sponte* that *Argent Institutional Trust Company, as Indenture Trustee's Response to Debtor's Request For Status Conference*, [ECF Doc. 4334], filed by Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), is **CONVERTED** to a motion to compel (the "Motion To Compel").

**IT IS FURTHER ORDERED** that the Court will hold a hearing to consider the Motion To Compel on **Thursday, September 25, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

---

[1] This Amended Order amends and supersedes this Court's *Order* dated September 10, 2025, [ECF Doc. 4338], to set the Bond Trustee's 30(b)(6) Notice for hearing.

**IT IS FURTHER ORDERED** that the parties shall meet and confer regarding the Motion To Compel on or before **Friday, September 12, 2025**.

**IT IS FURTHER ORDERED** that any oppositions to the Motion To Compel shall be filed and properly served on or before **Tuesday, September 23, 2025**.

**IT IS FURTHER ORDERED** that the Bond Trustee shall file and properly serve any notice of a Rule 30(b)(6) deposition (the "30(b)(6) Notice") describing with reasonable particularity the matters for examination of a corporate representative of the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee") on or before **Wednesday, September 17, 2025, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the Commercial Committee shall file and properly serve any reply to the Rule 30(b)(6) Notice on or before **Tuesday, September 23, 2025**.

**IT IS FURTHER ORDERED** that the Bond Trustee's 30(b)(6) Notice to the Commercial Committee is set for hearing on **Thursday, September 25, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.  Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.  Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Bond Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this

Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 22, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE