**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                                                                 CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH OF**
      **SECTION "A" THE ARCHDIOCESE OF NEW ORLEANS**

DEBTOR                                                                             CHAPTER 11

**CERTIFICATE OF SERVICE**

NOW INTO COURT, through undersigned counsel, comes Daniel A. Meyer, of Slater Slater Schulman, LLP, who hereby certifies as follows: In accordance with the Court's Order Approving Disclosure Statement and Solicitation Procedures, Rec. Doc. 4253, within seventy-two (72) hours of receipt of the Class 3 Solicitation Packages, Counsel forwarded each package, including but not limited to, the Claimant's Individual Ballot Form, Archdiocese Support Letter, Survivors' Committee Letter, Joint Plan, and Disclosure Statement from the Solicitation Agent, to their respective Known Abuse Claimant clients.

To protect the confidentiality of the Known Abuse Claimants' identities, counsel identifies each recipient by Claim ID Number only, as reflected below:

| | | | |
|---|---|---|---|
| 2435001154 | 2435001167 | 2435001182 | 2435001195 |
| 2435001155 | 2435001168 | 2435001183 | 2435001197 |
| 2435001156 | 2435001169 | 2435001184 | 2435001198 |
| 2435001157 | 2435001172 | 2435001185 | 2435001200 |
| 2435001158 | 2435001173 | 2435001186 | 2435001201 |
| 2435001159 | 2435001174 | 2435001187 | 2435001202 |
| 2435001160 | 2435001175 | 2435001188 | 2435001203 |
| 2435001161 | 2435001176 | 2435001189 | 2435001204 |
| 2435001162 | 2435001177 | 2435001190 | 2435001205 |
| 2435001163 | 2435001178 | 2435001191 | 2435001206 |
| 2435001164 | 2435001179 | 2435001192 | 2435001219 |
| 2435001165 | 2435001180 | 2435001193 | 2435001229 |
| 2435001166 | 2435001181 | 2435001194 | 2435001271 |

Each Class 3 Solicitation Package was transmitted by first class mail, postage prepaid, or by electronic mail, consistent with the Court's Order in R. Doc. 4253.

**Respectfully submitted:**

**SLATER SLATER SCHULMAN, L.L.P.**

/s/ Daniel A. Meyer
Daniel A. Meyer (La. Bar # 33278)
6023 Magazine Street
New Orleans, Louisiana 70118
Telephone: (504) 334-8522
Facsimile: (212) 922-0907
Email: dmeyer@sssfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on this September 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Daniel A. Meyer
Daniel A. Meyer