UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE                                                          CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH OF                                   CHAPTER 11
THE ARCHDIOCESE OF NEW ORLEANS

      Debtor

---

## CERTIFICATE OF SERVICE

---

I have caused or will cause a true and correct copy of the following pleading to be served by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service by mail (if any, and who were not otherwise served via ECF) set forth on the attached mailing matrix via first-class United States mail, postage prepaid, within 3 days of the filing of this certificate.

**ECF DOC 4398 – AMENDED ORDER**

BUTLER SNOW LLP

By: /s/David S. Rubin
 David S. Rubin (La. 11525)
445 N. Blvd. Suite 300
Baton Rouge, Louisiana 70802
Tel: (225) 325-8700 | Fax: (225) 325-8800
David.Rubin@butlersnow.com

ADVANCED RECONSTRUCTIVE CARE
DR. RAVIN TANDON
3900 VETERANS MEMORIAL BLVD
SUITE 200
METAIRIE LA  70002

AMERIGROUP LA
PO BOX 28147
NEW YORK NY  10087

ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA  70506

AVA LAW GROUP, INC.
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS MT  59101

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA  70115

BROWN RICE MARKETING LLC
MARK W BROWN
476 METAIRIE ROAD STE 202
METAIRIE LA  70005

BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX  75244-1200

CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA  70161-1840

CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA  70033-3720

CRESCENT DOOR & HARDWARE INC.
NEUVILLE C. HOTSTREAM SR.
6100 HUMPHREYS ST
NEW ORLEANS LA  70123

DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX  78682

FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS LA  70123

OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA  70121

OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX  75202

US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC  20220

HUBER THOMAS & MARCELLE LLP
STEPHEN M HUBER
1100 POYDRAS ST, STE 2200
NEW ORLEANS LA  70163

VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID PROVOST CFE
DEUPTY COMMISSIONER – CAPTIVE INSURANCE
89 MAIN ST
MONTPELIER VT 05620-3101

THE ROMAN CATHOLIC CHURCH
ARCHDIOCESE OF NEW ORLEANS
ATTN: GENERAL COUNSEL
7887 WALMSLEY AVE
NEW ORLEANS, LA  70125

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS  66505-0069

INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA  70190

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JEFFERSON PARISH SHERIFF'S OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA  70054

LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS, LA  70118

LOUISIANA DEPT OF ENVIRONMENTAL
QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA  70802

LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA  70804-9094

LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA  70802

LOUISIANA DEPT OF WORK FORCE
COMMISSION
1001 N 23RD ST
BATON ROUGE LA  70802

LOUISIANA PUBLIC FACILITIES
AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA  70808

LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE LA  70808

GEORGE G. ANGELUS, PLC
GEORGE G. ANGELUS
700 CAMP STREET
NEW ORLEANS, LA  70130

GREGORY A PLETSCH & ASSOCIATES
(A PROFESSIONAL LAW CORPORATION)
GREGORY A. PLETSCH
1111 FOUNDERS DRIVE, SUITE 500
BATON ROUGE, LA  70810

US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST, STE 602
DALLAS, TX  75202

VASQUEZ LAW
JESSICE VASQUEZ, ESQ
400 POYDRAS ST., STE 400
NEW ORLEANS, LA  70130

HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS ESQ
400 POYDRAS STREET, SUITE 3150
NEW ORLEANS, LA  70130

DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE, ESQ.
162 ORLEANS BLVD
HOUMA, LA  70364

WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN LA  70047

DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN, UT  84201-0005

SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
P.O. BOX 1990
GRAY, LA 70359

US DEPT OF JUSTICE
940 PENNSYLVANIA AVE NW
WASINGTON DC  20530-0001

US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC  20210