**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | SECTION A |
| | § | |
| DEBTOR. | § | COMPLEX CASE |

**ORDER**

Before the Court are the following matters:

(i) *Debtor and Additional Debtors' Amended Notice of Rule 30(b)(6) Video Deposition of Argent Institutional Trust Company*, [ECF Doc. 4373]; and

(ii) *Notice of Deposition of Representative of Argent Institutional Trust Company, as Indenture Trustee in Connection with Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization*, [ECF Doc. 4367], filed by the Official Committee of Unsecured Creditors; and

(iii) *Argent Institutional Trust Company, as Indenture Trustee's Omnibus Objection to Rule 30(b)(6) Notices of Deposition*, [ECF Doc. 4390].

Those matters were initially set for hearing on Monday, September 22, 2025. Upon the agreement of the parties,

**IT IS ORDERED** that, as to ECF Doc. 4373, topics of examination Nos. 1, 2, 6, 7, 11, 13, 14, and 22 are deferred pending the outcome of scheduled expert depositions;

**IT IS FURTHER ORDERED** that, as to ECF Doc. 4373, the Debtor and Additional Debtors voluntarily withdraw topics of examination Nos. 8, 9, 10, 12, 15, 17, and 18;

**IT IS FURTHER ORDERED** that ECF Docs. 4373 and 4390 are **CONTINUED** to **Thursday, September 25, 2025, at 1:30 p.m.**, at which time the Court will consider the remaining topics of examination identified in ECF Doc. 4373 (Nos. 3–5, 16, 19, 20, 23, and 24).

**IT IS FURTHER ORDERED** that ECF Docs. 4367 and 4390 are also **CONTINUED** to **Thursday, September 25, 2025, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the Debtor is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, this 23rd day of September, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE