UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### EX PARTE MOTION TO ENROLL COUNSEL PRO HAC VICE

Daniel A. Meyer, a member of the bar of this Court, and counsel of record herein for certain Class 3 Known Abuse Claimants represented by Slater Slater Schulman LLP, hereby moves this court for an order granting Stephenie Lannigan Bross, of Slater Slater Schulman LLP, permission to appear and practice as counsel of record *pro hac vice* on behalf of certain Class 3 Known Abuse Claimants in the above-captioned Chapter 11 case, pursuant to Local Rule 2014-1(A)(3). Ms. Bross is an attorney in good standing in the State of New York, licensed and admitted to practice by the Bar of the State of New York, and no disciplinary proceedings or criminal charges have been instituted against her. Ms. Bross's declaration is attached hereto as Exhibit A, and a certificate of good standing is attached hereto as Exhibit B.

**WHEREFORE**, the undersigned counsel prays the Court enter an Order allowing Stephenie Lannigan Bross to appear in this case pro hac vice, and for such other relief as may be just and proper.

Dated: September 23, 2025

Respectfully submitted:

SLATER SLATER SCHULMAN, L.L.P.

*/s/ Daniel A. Meyer*
Daniel A. Meyer (La. Bar # 33278)
6023 Magazine Street

                                                   New Orleans, Louisiana 70118
                                                   Telephone: (504) 334-8522
                                                   Facsimile: (212) 922-0907
                                                   Email: dmeyer@sssfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this September 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                                                   */s/ Daniel A. Meyer*
                                                   Daniel A. Meyer