UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| DEBTOR | CHAPTER 11 |

**ORDER**

Before the Court is the Ex Parte Motion To Enroll Counsel Pro Hac Vice (the "Motion"), [ECF Doc. _____], filed by Daniel A. Meyer (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Stephenie Lannigan Bross is authorized to appear pro hac vice in the above-captioned chapter 11 case as counsel for certain Class 3 Known Abuse Claimants.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, _____, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE