UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| DEBTOR | CHAPTER 11 |

### DECLARATION OF STEPHENIE LANNIGAN BROSS

1. My name is Stephenie Lannigan Bross. I make this declaration under penalty of perjury. The statements below are based on my personal knowledge and are true and correct.

2. I am Senior Counsel to Slater Slater Schulman LLP. My office address is 445 Broad Hollow Road, Suite 419, Melville, NY 11747. My telephone number is 631-420-9300-561-7700.

3. I am a member in good standing of the New York State Bar and have been licensed to practice since 1989. My New York bar number is 2241099. In accordance with Local Rule 2014-1, I attach a certificate of good standing as Exhibit 1 to this declaration. I am also admitted to practice before the following courts: New York Southern District, New York Eastern District.

4. I am not currently, nor have I ever been, disbarred or suspended from practice in any jurisdiction. I have not been subject to any disciplinary action by a bar or court of any jurisdiction, and no criminal charges or disciplinary proceedings have been instituted against me.

5. I have applied for admission to assist in the representation of certain Class 3 Creditors in the above-captioned bankruptcy case. I consent to the jurisdiction of this Court in all respects as if I were an admitted and licensed member. I have reviewed the Local Rules of the

United States Bankruptcy Court for the Eastern District of Louisiana and agree to be bound by them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 23, 2025

                                                   /s/Stephenie Lannigan Bross
                                                   Stephenie Lannigan Bross