UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS, ) | |
| ) | Chapter 11 |
| Debtor.[1] ) | |

NOTICE OF HEARING ON MOTION OF
UNITED STATES FIDELITY & GUARANTY COMPANY FOR RELIEF FROM THE
AUTOMATIC STAY TO FILE COMPLAINT FOR DECLARATORY JUDGMENT

**PLEASE TAKE NOTICE** that on September 23, 2025 United States Fidelity & Guaranty Company ("USF&G"), by through undersigned counsel, filed the *Motion for Relief from the Automatic Stay to File Complaint for Declaratory Judgment* (the "Motion") on September 23, 2025 [Docket No. 4404].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **October 16, 2025, at 1:30 p.m. Central Time** in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or by telephone – Dial-in: 1-504-517-1385; Conference Code: 129611, or by video at https://gotomeet.me/JudgeGrabill (audio will be through the dial-in number).** Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/

**PLEASE TAKE FURTHER NOTICE** that hearing appearances may be made in advance of both virtual and in-person hearings. To make your appearance, on the day of the hearing, click the "Electronic Appearance" link on Judge Grabill's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Motion, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

| | |
|---|---|
| Dated: September 24, 2025 | Respectfully submitted, |
| | **DENTONS US LLP** |
| | By: */s/ Patrick C. Maxcy* |
| | Patrick C. Maxcy (IL #6275469) |
| | M. Keith Moskowitz (IL #6274101) |
| | DENTONS US LLP |
| | 233 South Wacker Drive, Suite 5900 |
| | Chicago, Illinois 60606-6362 |
| | (312) 876-8000 – Telephone |
| | patrick.maxcy@dentons.com |
| | keith.moskowitz@dentons.com |
| | |
| | Jerry A. Beatmann, Jr. (LA #26189) |
| | DENTONS US LLP |
| | 650 Poydras Street, Suite 2850 |
| | New Orleans, LA 70130-6132 |
| | (504) 524-5446 - Telephone |
| | jay.beatmann@dentons.com |
| | |
| | *Attorneys for United States Fidelity & Guaranty Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on September 24, 2025.

                                            */s/ Patrick C. Maxcy*
                                            Patrick C. Maxcy