## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | SECTION "A" |
| *Debtor*[1] | CHAPTER 11 |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the following pleading:

*Certificate of No Objection* [P-4425]

was served on September 24, 2025 on the following parties in the following manner:

1. Those parties who have consented to service through the Court's Electronic Case Filing System were served through that system, as indicated on the *Notice of Electronic Case Filing* attached hereto as Exhibit "A."

Baton Rouge, Louisiana, this 24th day of September 2025.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     /s/ *Brooke W. Altazan*
Paul D. Stewart, Jr. (LA. Bar # 24661)
dstewart@stewartrobbins.com
William S. Robbins (LA. Bar # 24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. Bar #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. Bar #32796)
baltazan@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Counsel to the Official Committee of Unsecured*
*Commercial Creditors of The Roman Catholic*
*Church of the Archdiocese of New Orleans*

**EXHIBIT "A"**

**Miscellaneous:**

20-10846 The Roman Catholic Church for the Archdiocese of N

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: MSG | |

Case Flag: SEALEDDOC, MegaCase, ComplexCase, ProHacVice, OSC

## U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from A. Brooke Watford Altazan entered on 9/24/2025 at 3:22 PM CDT and filed on 9/24/2025

**Case Name:** The Roman Catholic Church for the Archdiocese of N

**Case Number:** 20-10846

**Document Number:** 4425

**Docket Text:**
Document *Certificate of No Objection* Filed by Official Committee of Unsecured Commercial Creditors (RE: (related document(s)[4378] Generic Motion filed by Creditor Committee Official Committee of Unsecured Commercial Creditors) (Altazan, A. Brooke)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Certificate of No Objection - Motion for Approval of Service re CC correspondence to Argent.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=9/24/2025] [FileNumber=14414575-0
] [342e253033aac263d8a9cbcd2d59c645f17eba2d684ad095f4239f4dedaa8547028
7c167e0e328055fc40f61bd305c9d074bd1b44b08ebfde5cd615c578ea963]]

**20-10846 Notice will be electronically mailed to:**

Christine W. Adams on behalf of Defendant Catholic Charities Archdiocese of New Orleans
cadams@deshazoadams.com

H. Kent Aguillard on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com

H. Kent Aguillard on behalf of Spec. Counsel H. Kent Aguillard
kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com

A. Brooke Watford Altazan on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

A. Brooke Watford Altazan on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

A. Brooke Watford Altazan on behalf of Interested Party Official Committee of Unsecured Commercial Creditors
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

A. Brooke Watford Altazan on behalf of Noticing Agent Lillian Jordan
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

A. Brooke Watford Altazan on behalf of Other Prof. Kroll, LLC
baltazan@stewartrobbins.com,
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William Harrell Arata, I on behalf of Creditor M. K.
aratalaw@bellsouth.net

William Harrell Arata, I on behalf of Creditor R. A. P.
aratalaw@bellsouth.net

William Harrell Arata, I on behalf of Creditor T. G.
aratalaw@bellsouth.net

William Harrell Arata, I on behalf of Creditor T. G.
billarata@aratalaw.net

William Harrell Arata, I on behalf of Creditor T. M.
aratalaw@bellsouth.net

William Harrell Arata, I on behalf of Creditor Z. K.
aratalaw@bellsouth.net

David Winston Ardoin on behalf of Creditor John Doe
david@amotriallawyers.com, renee@amotriallawyers.com

John Baay, II on behalf of Interested Party International Insurance Company
Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com

John Baay, II on behalf of Interested Party United States Fire Insurance Company
Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com

Jerry Beatmann, Jr on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com

Jerry Beatmann, Jr on behalf of Other Prof. United States Fidelity & Guaranty Company
jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com

Alicia M. Bendana on behalf of Attorney Alicia M. Bendana
abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com

Alicia M. Bendana on behalf of Creditor Robert Romero
abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com

Jacques F. Bezou, Jr on behalf of Creditor 110 ESAS
jb2@bezou.com, dhenderson@bezou.com

Jacques F. Bezou, Jr on behalf of Creditor JOHN LP DOE
jb2@bezou.com, dhenderson@bezou.com

Jacques F. Bezou, Jr on behalf of Creditor John CP Doe
jb2@bezou.com, dhenderson@bezou.com

Jacques F. Bezou, Jr on behalf of Creditor John JB Doe
jb2@bezou.com, dhenderson@bezou.com

Jacques F. Bezou, Jr on behalf of Creditor John KW Doe
jb2@bezou.com, dhenderson@bezou.com

Jacques F. Bezou, Jr on behalf of Creditor John TB Doe
jb2@bezou.com, dhenderson@bezou.com

Jacques F. Bezou, Jr on behalf of Other Prof. The Bezou Law Firm
jb2@bezou.com, dhenderson@bezou.com

Richard A. Bordelon on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
rbordelon@denechaudlaw.com

Richard A. Bordelon on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
rbordelon@denechaudlaw.com

Richard A. Bordelon on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
rbordelon@denechaudlaw.com

Derek T Braslow on behalf of Creditor John Doe - Claim No. 20394
dbraslow@actslaw.com

Brandon A. Brown on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
bbrown@stewartrobbins.com,
bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Joseph M. Bruno, Sr on behalf of Creditor JW Doe
jbruno@brunobrunolaw.com

Joseph M. Bruno, Sr on behalf of Interested Party Angela Dolce
jbruno@brunobrunolaw.com

William Steven Bryant on behalf of Creditor Committee Official Committee of Unsecured Creditors
steven.bryant@lockelord.com

William Steven Bryant on behalf of Interested Party Locke Lord LLP
steven.bryant@lockelord.com

William Steven Bryant on behalf of Interested Party Troutman Pepper Locke, LLP
steven.bryant@lockelord.com

William Steven Bryant on behalf of Other Prof. Stegall, Benton, Melancon & Associates, LLC
steven.bryant@lockelord.com

William Steven Bryant on behalf of Other Prof. Zobrio, Inc.
steven.bryant@lockelord.com

Elwood F. Cahill, Jr. on behalf of Creditor LCMC Health Entities
ecahill@shergarner.com

Andrew William Caine on behalf of Creditor Committee Official Committee of Unsecured Creditors
acaine@pszjlaw.com

Andrew William Caine on behalf of Plaintiff Official Committee of Unsecured Creditors
acaine@pszjlaw.com

Deborah J Campbell on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
deborah.campbell@dentons.com

Deborah J Campbell on behalf of Other Prof. United States Fidelity & Guaranty Company
deborah.campbell@dentons.com

Linda F Cantor on behalf of Consultant Kinsella Media, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Creditor Committee Official Committee of Unsecured Creditors
lcantor@pszjlaw.com

Linda F Cantor on behalf of Financial Advisor Berkeley Research Group, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Financial Advisor Rock Creek Advisors, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Other Prof. Claro Group, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Other Prof. Rock Creek Advisors, LLC
lcantor@pszjlaw.com

Linda F Cantor on behalf of Other Prof. Stout Risius Ross, LLC (fka The Claro Group, LLC)
lcantor@pszjlaw.com

Daniel J Carr on behalf of Creditor K. J. D.
dcarr@peifferwolf.com

Clint Casperson on behalf of Attorney Clint Casperson
clcasperson@dmillerlaw.com

Ryan J Cavanaugh on behalf of Creditor A. B.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor H. R.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor J. M.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor M. N.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor M. R.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor O. P.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor R. S.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor S. S.
ryan@constantllp.com

Ryan J Cavanaugh on behalf of Creditor T. J.
ryan@constantllp.com

Desiree M. Charbonnet on behalf of Creditor S C G
desi@charbonnetlawfirm.com

Desiree M. Charbonnet on behalf of Defendant A.A. Doe
desi@charbonnetlawfirm.com

William G. Cherbonnier, Jr. on behalf of Interested Party Lauren Theobold
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Everett J. Cygal on behalf of Interested Party Catholic Mutual Relief Society
ecygal@schiffhardin.com

Rodrigo DE Llano on behalf of Attorney Rod de Llano
filing@dandell.com

Scott Edward Delacroix on behalf of Interested Party S. S.
scottdelacroixlaw@gmail.com

John H. Denenea, Jr. on behalf of Creditor Certain Abuse Victims
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Creditor Ed Roe
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Plaintiff A. A. Doe
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Plaintiff CC Doe
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Plaintiff Chuck Roe
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Plaintiff John Roe, III
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Plaintiff West Roe
jdenenea@gmail.com

John H. Denenea, Jr. on behalf of Plaintiff Zach Roe
jdenenea@gmail.com

Douglas S. Draper on behalf of Creditor Wynhoven Health Care Center
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Catholic Charities Archdiocese of New Orleans
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Catholic Community Foundation Archdiocese of New Orleans
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Christopher Homes, Inc.
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Divine Mercy Roman Catholic Church, Kenner, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Immaculate Conception Roman Catholic Church, Marrero, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Mary Queen of Vietnam Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Most Holy Name of Jesus Roman Catholic, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant New Orleans Archdiocesan Cemeteries
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Notre Dame Health System (f/k/a Chateau de Notre Dame)
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Notre Dame Seminary
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of Perpetual Help Roman Catholic Church, Belle Chasse, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of Prompt Succor Roman Catholic Church, Chalmette, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Our Lady of the Lake Roman Catholic Church, Mandeville, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Philmat Inc.
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant School Food and Nutrition Services of New Orleans, Inc.
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant Second Harvest Food Bank of Greater New Orleans and Acadiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Ann Roman Catholic Church and Shrine, Metairie, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Cletus Roman Catholic Church, Gretna, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Edward the Confessor Roman Catholic Church, Metairie, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Maria Goretti Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Patrick's Roman Catholic Church, Port Sulphur, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Paul the Apostle Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Peters Roman Catholic Church Covington, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant St. Raymond and St. Leo the Great Roman Catholic Church, New Orleans, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Defendant The Society for the Propagation of the Faith, Archdiocese of New Orleans
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Apostolates
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Catholic Foundation
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Saint Joseph Abbey
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Second Harvest Food Bank of Greater New Orleans and Acadiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party Seminary College
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Douglas S. Draper on behalf of Interested Party St. Anselm Roman Catholic Church, Madisonville, Louisiana
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Christopher F Edmunds on behalf of Interested Party Minor Children
chrisedmundslaw@gmail.com

Frank Elliot, III on behalf of Creditor A. E. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor A. J. S.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor A. M. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor A. N. C.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor A. S. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. A. E.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. E. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. E. H.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. J. T.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. L. H.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. R. G.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor B. R. T.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. A. T.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. E. P.I.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. G. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. J. C.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. L. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. L.D. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. R. A.S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor C. R. K.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. A. J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. A. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. C. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. C. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. E. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. G. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. J. A.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. J. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. L. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. R. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. S. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor D. W. H.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor E. M. A.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor E. W. C.I.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor F. L. L.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor G. A. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor G. D. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor G. L. F.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor G. L. H.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor G. R. P.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor G. W. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor H V TJ
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor H. A. A.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor I. K.J.R.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. A. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. A.F. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. C. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. D. D.C.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. J. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. M. H.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. P. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. P. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. P. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. Q. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. R. F.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. S. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. S. L.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. S. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor J. W. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor Jane Doe J.D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor Jane Doe A. M. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor Jane Doe K. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor Jane Doe M. N. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor Jane Doe S. C.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor John Doe G. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor John Doe M. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor John Doe T. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. A. W.S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. E. V.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. J.C. R.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. J.D. N.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. K. T.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. L. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. L.B. H.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. W. W.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor K. W. W.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor L. G. R.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. A. A.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. A. C.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. A. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. D. J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. J. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. J. J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. J.J. R.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. N. S.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor M. T. G.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor N. C. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor N. J. J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor P. I. D.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor P. J. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor P. J. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor R. A. C.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor R. C. A.J.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor R. C. F.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor R. E. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor R. E. T.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor R. J. S.I.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor S. A. R.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor S. M. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor S. N. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor S. P. L.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor T. M.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor T. A. P.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor T. P. H.
frank@nfelaw.com

Frank Elliot, III on behalf of Creditor T. W. B.
frank@nfelaw.com

Frank Elliot, III on behalf of Interested Party L. A. C.
frank@nfelaw.com

Joseph Mark Fisher on behalf of Interested Party Catholic Mutual Relief Society
mfisher@schiffhardin.com

Elizabeth J. Futrell on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Jeremy Gettes on behalf of Interested Party Angela Freeman
jgettes@chehardy.com

William P. Gibbens on behalf of Defendant Harold Thomas Ehlinger
billy@semmlaw.com, terri@semmlaw.com

Soren Erik Gisleson on behalf of Creditor Abuse Claimants and Ex-Committee members of the Unsecured
Creditors Committee
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Certain Abuse Victims
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor Ed Roe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor JANE DOE
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor JW Doe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor James Adams
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor James Doe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Creditor TIM DOE
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff A. A. Doe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff CC Doe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff Chuck Roe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff John Roe, III
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff West Roe
soren@hkgclaw.com, jchauvin@hhkc.com

Soren Erik Gisleson on behalf of Plaintiff Zach Roe
soren@hkgclaw.com, jchauvin@hhkc.com

Brodie Glenn on behalf of Defendant Catholic Charities Archdiocese of New Orleans
bglenn@bradleyfirm.com

Brodie Glenn on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
bglenn@bradleyfirm.com

Alan H. Goodman on behalf of Interested Party Breazeale, Sachse & Wilson, L.L.P.
alan.goodman@bswllp.com, moorek@bswllp.com

Stephen Haedicke on behalf of Interested Party William O'Donnell
stephen@haedickelaw.com

Ashley J. Heilprin on behalf of Interested Party John Asare-Dankwah
ashley.heilprin@phelps.com

Ashley J. Heilprin on behalf of Plaintiff John Asare-Dankwah
ashley.heilprin@phelps.com

Evan Park Howell, III on behalf of Creditor Paul Calamari
ehowell@ephlaw.com

Erin Pelleteri Howser on behalf of Interested Party Second Harvest Food Bank of Greater New Orleans and Acadiana
epelleteri@bakerdonelson.com

Stephen Michael Huber on behalf of Creditor L. D.
stephen@huberthomaslaw.com

Sara Hunkler on behalf of Interested Party First State Insurance Company
shunkler@ruggerilaw.com

Sara Hunkler on behalf of Interested Party Twin City Insurance Company
shunkler@ruggerilaw.com

Amelia L. Hurt on behalf of Creditor L. M.
amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com

Wayne J. Jablonowski on behalf of Creditor Crescent Door & Hardware, Inc.
wjjlaw@bellsouth.net

Annette W Jarvis on behalf of Interested Party Argent Institutional Trust Company
jarvisa@gtlaw.com

Lillian Jordan
ljordan@donlinrecano.com,
rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com

Benjamin Kadden on behalf of Financial Advisor Carr, Riggs & Ingram, LLC
bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com

Allison Kingsmill on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
akingsmill@joneswalker.com

Allison Kingsmill on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
akingsmill@joneswalker.com

Allison Kingsmill on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
akingsmill@joneswalker.com

Bradley C. Knapp on behalf of Creditor Committee Official Committee of Unsecured Creditors
brad.knapp@troutman.com, AutoDocket@LockeLord.com

Bradley C. Knapp on behalf of Interested Party Locke Lord LLP
brad.knapp@troutman.com, AutoDocket@LockeLord.com

Bradley C. Knapp on behalf of Other Prof. Zobrio, Inc.
brad.knapp@troutman.com, AutoDocket@LockeLord.com

Bradley C. Knapp on behalf of Plaintiff Official Committee of Unsecured Creditors
brad.knapp@troutman.com, AutoDocket@LockeLord.com

Dylan K. Knoll on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
dknoll@denechaudlaw.com

Dylan K. Knoll on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
dknoll@denechaudlaw.com

Dylan K. Knoll on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
dknoll@denechaudlaw.com

Omer F. Kuebel, III on behalf of Creditor Committee Official Committee of Unsecured Creditors
rick.kuebel@troutman.com

Omer F. Kuebel, III on behalf of Interested Party Locke Lord LLP
rick.kuebel@troutman.com

Heather A. LaSalle on behalf of Creditor Capital One, National Association
halexis@hinshawlaw.com, lgraff@mcglinchey.com

Frank E. Lamothe, III on behalf of Creditor Certain Abuse Victims
felamothe@lamothefirm.com

Frank E. Lamothe, III on behalf of Creditor John Doe
felamothe@lamothefirm.com

Frank E. Lamothe, III on behalf of Plaintiff John Doe
felamothe@lamothefirm.com

Julien Guy Lamothe on behalf of Plaintiff John Doe
jlamothe@lamothefirm.com

Mark C. Landry on behalf of Creditor First Bank and Trust
mlandry@newmanmathis.com

Darryl T. Landwehr on behalf of Creditor Jan Noullet Morganti
dtlandwehr@att.net, dtlandwehr@gmail.com

Darryl T. Landwehr on behalf of Creditor Kim Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Darryl T. Landwehr on behalf of Creditor Merle Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Darryl T. Landwehr on behalf of Creditor Randy Noullet
dtlandwehr@att.net, dtlandwehr@gmail.com

Joseph J Lowenthal, Jr on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
jlowenthal@joneswalker.com

Joseph J Lowenthal, Jr on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
jlowenthal@joneswalker.com

Ryan Luminais on behalf of Creditor L. M.
rluminais@shergarner.com

Thomas J. Madigan on behalf of Creditor L. M.
tmadigan@shergarner.com, rbailey@shergarner.com

Thomas J. Madigan on behalf of Creditor LCMC Health Entities
tmadigan@shergarner.com, rbailey@shergarner.com

Thomas J. Madigan on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
tmadigan@shergarner.com, rbailey@shergarner.com

Wayne A. Maiorana, Jr. on behalf of Creditor Gulf Coast Bank and Trust Company
tmaiorana@newmanmathis.com

Wilson Lewis Maloz, III on behalf of Interested Party First State Insurance Company
wmaloz@lpwsl.com

Wilson Lewis Maloz, III on behalf of Interested Party Twin City Insurance Company
wmaloz@lpwsl.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o RA Mathis
rmathis@newmanmathis.com

Robert A. Mathis on behalf of Creditor Gulf Coast Bank & Trust c/o Robert A. Mathis
rmathis@newmanmathis.com

Donald Andrew Mau, I on behalf of Interested Party Fr. JB
andy@caseycowley.com

Patrick Maxcy on behalf of Interested Party SPARTA Insurance Company
patrick.maxcy@dentons.com

Patrick Maxcy on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
patrick.maxcy@dentons.com

Patrick Maxcy on behalf of Other Prof. United States Fidelity & Guaranty Company
patrick.maxcy@dentons.com

Ryan Matthew McCabe on behalf of Respondent Cambronne Real Estate, L.L.C.
ryan@mccabefirm.com, rmccabe@gmail.com

Collin Roy Melancon on behalf of Creditor D G T
collin@mmcdlaw.com

Collin Roy Melancon on behalf of Creditor D. R.
collin@mmcdlaw.com

Collin Roy Melancon on behalf of Creditor K P R
collin@mmcdlaw.com

Collin Roy Melancon on behalf of Creditor S T
collin@mmcdlaw.com

Carey L. Menasco on behalf of Interested Party SPARTA Insurance Company
clmenasco@liskow.com

Andrew D. Mendez on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh, Pa.
amendez@stonepigman.com

Gerald Edward Meunier on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor B. L.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor E. C.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor R. D.
gmeunier@gainsben.com, dmartin@gainsben.com

Gerald Edward Meunier on behalf of Creditor R. M.
gmeunier@gainsben.com, dmartin@gainsben.com

Daniel Adam Meyer on behalf of Attorney Daniel Meyer
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor A. M.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor A. D. A.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor A. J. C.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor B. A. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor B. R. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor C. R.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor C. E. C.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor C. E. P.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor C. J. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor C. N. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor D. M.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor D. N. P.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor D. W. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor E. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor E. A. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor E. W. J.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor Eric Temple
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor F. G.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor G. A. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor G. K. H.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor I. V. T.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. C.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. K.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. M.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. D. P.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. L. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. M. M.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. M. T.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor J. W. W.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor K. D. D.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor K. L. K.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor L. A. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor L. J. H.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor L. J. L.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor M. K.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor M. A. H.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor M. N. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor M. R. C.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor P. P.J.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor R. A. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor R. D. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor R. O. M.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor S. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor S. F. D.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor S. M. J.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. C.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. G.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. J.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. T.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. V.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. J. C.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. M. S.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor T. S. B.
dmeyer@sssfirm.com

Daniel Adam Meyer on behalf of Creditor W. A. B.
dmeyer@sssfirm.com

Allen C. Miller on behalf of Interested Party John Asare-Dankwah
allen.miller@phelps.com

Allen C. Miller on behalf of Plaintiff John Asare-Dankwah
allen.miller@phelps.com

Mark Mintz on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Mark Mintz on behalf of Debtor The Roman Catholic Church of the Archdiocese of New Orleans
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Mark Mintz on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Jack E Morris on behalf of Attorney Richard C Trahant
jem@jemorrislaw.com

Jack E Morris on behalf of Interested Party Richard C Trahant
jem@jemorrislaw.com

M. Keith Moskowitz on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
keith.moskowitz@dentons.com

M. Keith Moskowitz on behalf of Other Prof. United States Fidelity & Guaranty Company
keith.moskowitz@dentons.com

Kathryn Munson on behalf of Defendant Donlin Recano & Company, Inc.
kwm@stanleyreuter.com

Kathryn Munson on behalf of Defendant Jones Walker LLP
kwm@stanleyreuter.com

Kathryn Munson on behalf of Defendant Mark A Mintz
kwm@stanleyreuter.com

Colleen A Murphy on behalf of Interested Party Argent Institutional Trust Company
murphyc@gtlaw.com

Brandon Naquin on behalf of Defendant Donlin Recano & Company, Inc.
ban@stanleyreuter.com

Brandon Naquin on behalf of Defendant Jones Walker LLP
ban@stanleyreuter.com

Brandon Naquin on behalf of Defendant Mark A Mintz
ban@stanleyreuter.com

Samantha Oppenheim on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com

Samantha Oppenheim on behalf of Debtor The Roman Catholic Church of the Archdiocese of New Orleans
soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com

Samantha Oppenheim on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com

Dwight C Paulsen, III on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
tpaulsen@bradleyfirm.com

Dwight C Paulsen, III on behalf of Defendant Catholic Charities Archdiocese of New Orleans
tpaulsen@bradleyfirm.com

Dwight C Paulsen, III on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
tpaulsen@bradleyfirm.com

Felecia Y Peavy on behalf of Creditor John Does I-V
felepeavy@juno.com

Louis Middleton Phillips on behalf of Creditor Dundon Advisers, LLC
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Louis Middleton Phillips on behalf of Financial Advisor Dundon Advisors LLC
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Caroline A. Reckler on behalf of Other Prof. Latham & Watkins LLP
caroline.reckler@lw.com

Caroline A. Reckler on behalf of Other Prof. Mohsin Meghji
caroline.reckler@lw.com

William S. Robbins on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Craig Robinson on behalf of Interested Party A. P.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party A. R.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party A. S.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party C. A.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party C. W.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party D. B.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party D. L.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party E. D.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party E. J.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party F. W.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party G. R.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party H. W.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party J. G.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party K. G.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party K. R.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party K. T.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party K. Z.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party L. F.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party L. K.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party L. C. D.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party M. C.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party M. L.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party P. B.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party P. L.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party R. H.
craig@rlolegal.com

Craig Robinson on behalf of Interested Party S. T.
craig@rlolegal.com

Nicholas Rockforte on behalf of Creditor A L
nicholas@onmyside.com

Nicholas Rockforte on behalf of Creditor K. C.
nicholas@onmyside.com

Nicholas Rockforte on behalf of Interested Party R. S.
nicholas@onmyside.com

Keith A. Rodriguez on behalf of Interested Party E. S.
Krodriguez@keithrodriguez.com

Samuel M. Rosamond, III on behalf of Interested Party Employers Liability Assurance Corporation
srosamond@twpdlaw.com, jgreen@twpdlaw.com

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

Michael D. Rubenstein on behalf of Interested Party SPARTA Insurance Company
mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D. Rubenstein on behalf of Noticing Agent Donlin, Recano & Company, LLC
mdrubenstein@liskow.com, lschnabel@Liskow.com

David Rubin on behalf of Creditor Hancock Whitney Bank as Trustee for Revenue Refunding Bonds (Archdiocese of New Orleans Project) Series 2017
David.Rubin@butlersnow.com

David Rubin on behalf of Interested Party Argent Institutional Trust Company
David.Rubin@butlersnow.com

David Rubin on behalf of Plaintiff Argent Institutional Trust Company
David.Rubin@butlersnow.com

Robert Salim on behalf of Creditor A. E. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor A. J. S.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor A. M. W.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor A. N. C.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor A. S. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor B. A. E.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor B. E. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor B. E. H.

Robert Salim on behalf of Creditor B. J. T.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor B. L. H.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor B. R. G.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor B. R. T.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. A. T.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. E. P.I.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. G. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. J. C.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. L. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. L.D. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. R. A.S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor C. R. K.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. A. J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. A. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. C. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. C. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. E. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. G. W.

Robert Salim on behalf of Creditor D. J. A.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. J. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. L. W.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. R. W.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. S. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor D. W. H.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor E. M. A.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor E. W. C.I.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor F. L. L.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor G. A. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor G. D. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor G. L. F.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor G. L. H.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor G. R. P.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor G. W. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor H V TJ
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor H. A. A.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor I. K.J.R.

Robert Salim on behalf of Creditor J. A. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. A.F. W.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. C. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. D. D.C.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. J. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. M. H.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. P. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. P. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. P. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. Q. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. R. F.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. S. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. S. L.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. S. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor J. W. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor Jane Doe J.D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor Jane Doe A. M. W.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor Jane Doe K. S.

Robert Salim on behalf of Creditor Jane Doe M. N. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor Jane Doe S. C.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor John Doe G. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor John Doe M. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor John Doe T. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. A. W.S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. E. V.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. J.C. R.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. J.D. N.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. K. T.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. L. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. L.B. H.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. W. W.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor K. W. W.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor L. G. R.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. A. A.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. A. C.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. A. L.

Robert Salim on behalf of Creditor M. D. J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. J. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. J. J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. J.J. R.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. N. S.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor M. T. G.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor N. C. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor N. J. J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor P. I. D.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor P. J. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor P. J. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor R. A. C.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor R. C. A.J.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor R. C. F.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor R. E. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor R. E. T.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor R. J. S.I.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor S. A. R.

skeeter@salim-beasley.com

Robert Salim on behalf of Creditor S. M. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor S. N. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor S. P. L.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor T. M.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor T. A. P.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor T. P. H.
skeeter@salim-beasley.com

Robert Salim on behalf of Creditor T. W. B.
skeeter@salim-beasley.com

Robert Salim on behalf of Interested Party L. A. C.
skeeter@salim-beasley.com

Tancred Schiavoni on behalf of Interested Party International Insurance Company
tschiavoni@omm.com, nrivera@omm.com

Tancred Schiavoni on behalf of Interested Party United States Fire Insurance Company
tschiavoni@omm.com, nrivera@omm.com

Logan E. Schonekas on behalf of Creditor L. D.
logan@huberthomaslaw.com

Kristi Schubert on behalf of Creditor A. B.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor A. C.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor A. F.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Ali Barconey
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Antoine Edwards
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Antonio Lofton
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Ashley Allen

kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor B. G.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor B. H.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor B. M.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor B. S.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor B. E. H.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Barbara Meilleur
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Bernard Joseph
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor C. C.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor C. J.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor C. O.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Carlos McGrew
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor D. H.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Darleen Coleman
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Darlene Coleman
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Derrick London
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor E. L.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor E. A. W.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Edwin Lee

kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor G. J.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor G. M.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor G. T.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor G. A. J.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor G. B. D.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor I. S.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor J. L.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor John Roe III
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor John (NB) Doe
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor John DH Doe
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor John RH Doe
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor John RRH Doe
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor John SM Doe
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor K. H.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor K. L. A.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor L. G.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor L. H.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor L. S.

kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Larry Lawrence
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M R Ro
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. G.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. M.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. P.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. R.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. S.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. V.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor M. S. S.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Marcus Hamilton
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Nathaniel Parish
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Patricia Taylor Mahaffey
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor R. C.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor R. J.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor R. P.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor R. R.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor S. P.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor T. A.

kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor T. B.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor T. M.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor T. S.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Terrance Carter
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Terrance Williams
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Thomas Hauth
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor Torriano Clark
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor V. C.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor W. B.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor W. F.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor W. M.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Creditor W. N.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Interested Party J. G.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Interested Party John (W.M.) Doe
kschubert@lamothefirm.com

Kristi Schubert on behalf of Interested Party K. G.
kschubert@lamothefirm.com

Kristi Schubert on behalf of Plaintiff John Doe
kschubert@lamothefirm.com

Bradley J. Schwab on behalf of Creditor Mary Gilardi Deemer
brad@voorhieslaw.com

Bradley J. Schwab on behalf of Creditor Warren Joseph Deemer

brad@voorhieslaw.com

Stephen P. Scullin on behalf of Creditor Hancock Whitney Bank
scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist on behalf of Creditor Hancock Whitney Bank
segrist@carverdarden.com, clary@carverdarden.com

Patrick M. Shelby on behalf of Interested Party John Asare-Dankwah
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Plaintiff John Asare-Dankwah
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Nicholas Smeltz on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
nsmeltz@stewartrobbins.com,
nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

David M Spector, I on behalf of Interested Party Catholic Mutual Relief Society
dspector@schiffhardin.com

Richard C. Stanley on behalf of Defendant Donlin Recano & Company, Inc.
rcs@stanleyreuter.com

Richard C. Stanley on behalf of Defendant Jones Walker LLP
rcs@stanleyreuter.com

Richard C. Stanley on behalf of Defendant Mark A Mintz
rcs@stanleyreuter.com

Paul Maury Sterbcow on behalf of Attorney Richard C Trahant
sterbcow@lksalaw.com

Paul Maury Sterbcow on behalf of Interested Party Richard C Trahant
sterbcow@lksalaw.com

Roger Stetter on behalf of Creditor David J. Gordon
rastetter47@yahoo.com

Roger Stetter on behalf of Creditor Neal Pollet
rastetter47@yahoo.com

Paul Douglas Stewart, Jr. on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr. on behalf of Creditor Committee Official Committee of Unsecured Commercial Creditors
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr. on behalf of Financial Advisor Dundon Advisors LLC
dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Kaylin Storey on behalf of Plaintiff Amy O. Trahant
kstorey@truittlaw.com

Kaylin Storey on behalf of Plaintiff Richard Trahant
kstorey@truittlaw.com

Catalina Sugayan on behalf of Interested Party Westport Insurance Corporation f/k/a Puritan Insurance Company
catalina.sugayan@clydeco.us

Margaret Frohn Swetman on behalf of Financial Advisor Berkeley Research Group, LLC
krastanis@leakeandersson.com

Reagan Charleston Thomas on behalf of Creditor C.O.
rthomas@awkolaw.com

Reagan Charleston Thomas on behalf of Creditor M.R.
rthomas@awkolaw.com

Reagan Charleston Thomas on behalf of Creditor R.V.
rthomas@awkolaw.com

Reagan Charleston Thomas on behalf of Creditor T.B.
rthomas@awkolaw.com

Reagan Charleston Thomas on behalf of Creditor AWKO Doe 30
rthomas@awkolaw.com

Reagan Charleston Thomas on behalf of Creditor C. R.
rthomas@awkolaw.com

Jefferson R. Tillery on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
jtillery@joneswalker.com

Jefferson R. Tillery on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
jtillery@joneswalker.com

Jefferson R. Tillery on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
jtillery@joneswalker.com

Taylor Townsend on behalf of Creditor A. E. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor A. J. S.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor A. M. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor A. N. C.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor A. S. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. A. E.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. E. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. E. H.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. J. T.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. L. H.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. R. G.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor B. R. T.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. A. T.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. E. P.I.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. G. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. J. C.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. L. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. L.D. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. R. A.S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor C. R. K.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. A. J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. A. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. C. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. C. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. E. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. G. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. J. A.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. J. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. L. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. R. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. S. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor D. W. H.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor E. M. A.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor E. W. C.I.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor F. L. L.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor G. A. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor G. D. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor G. L. F.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor G. L. H.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor G. R. P.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor G. W. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor H V TJ
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor H. A. A.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor I. K.J.R.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. A. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. A.F. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. C. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. D. D.C.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. J. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. M. H.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. P. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. P. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. P. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. Q. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. R. F.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. S. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. S. L.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. S. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor J. W. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor Jane Doe J.D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor Jane Doe A. M. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor Jane Doe K. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor Jane Doe M. N. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor Jane Doe S. C.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor John Doe G. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor John Doe M. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor John Doe T. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. A. W.S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. E. V.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. J.C. R.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. J.D. N.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. K. T.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. L. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. L.B. H.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. W. W.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor K. W. W.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor L. G. R.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. A. A.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. A. C.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. A. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. D. J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. J. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. J. J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. J.J. R.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. N. S.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor M. T. G.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor N. C. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor N. J. J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor P. I. D.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor P. J. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor P. J. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor R. A. C.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor R. C. A.J.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor R. C. F.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor R. E. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor R. E. T.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor R. J. S.I.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor S. A. R.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor S. M. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor S. N. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor S. P. L.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor T. M.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor T. A. P.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor T. P. H.
taylor@townsendlaw.com

Taylor Townsend on behalf of Creditor T. W. B.
taylor@townsendlaw.com

Taylor Townsend on behalf of Interested Party L. A. C.
taylor@townsendlaw.com

Richard Trahant on behalf of Attorney Richard C Trahant
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Certain Abuse Victims
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor Ed Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Creditor James Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Interested Party Richard C Trahant
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff A. A. Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff CC Doe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff Chuck Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff John Roe, III
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff West Roe
trahant@trahantlawoffice.com

Richard Trahant on behalf of Plaintiff Zach Roe
trahant@trahantlawoffice.com

Jack E Truitt on behalf of Interested Party Richard C Trahant
btruitt@truittlaw.com, jwertz@truittlaw.com

Jack E Truitt on behalf of Plaintiff Amy O. Trahant
btruitt@truittlaw.com, jwertz@truittlaw.com

Jack E Truitt on behalf of Plaintiff Richard Trahant
btruitt@truittlaw.com, jwertz@truittlaw.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com

Richard P Voorhies, III on behalf of Creditor Mary Gilardi Deemer
Richard@voorhieslaw.com, tosha@voorhieslaw.com

Richard P Voorhies, III on behalf of Creditor Warren Joseph Deemer
Richard@voorhieslaw.com, tosha@voorhieslaw.com

David F. Waguespack on behalf of Creditor Hancock Whitney Bank
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

David E. Walle on behalf of Defendant Catholic Mutual Relief Society
dwalle@bfrob.com, aadams@bfrob.com

David E. Walle on behalf of Interested Party Catholic Mutual Relief Society
dwalle@bfrob.com, aadams@bfrob.com

John W. Waters, Jr. on behalf of Defendant Catholic Mutual Relief Society
jwaters@bfrob.com, aadams@bfrob.com

John W. Waters, Jr. on behalf of Interested Party Catholic Mutual Relief Society
jwaters@bfrob.com, aadams@bfrob.com

Michael Watson on behalf of Creditor Abuse Creditors Represented by Michael Watson
mwatson@michaelcwatson.com

Regina Wedig on behalf of Interested Party Salesian Society Inc
reginawedig@wediglaw.com, rswedig@hotmail.com

Edward Dirk Wegmann on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Edward Dirk Wegmann on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
dwegmann@joneswalker.com

Edward Dirk Wegmann on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
dwegmann@joneswalker.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
Jweinberg@ruggerilaw.com

Joshua D Weinberg on behalf of Interested Party Twin City Insurance Company
Jweinberg@ruggerilaw.com

John Randall Whaley on behalf of Creditor R. D.
jrwhaley@whaleylaw.com, auburn@whaleylaw.com

Brittany Rose Wolf-Freedman on behalf of Creditor Survivor-Plaintiffs in CDC Case No. 19-11521
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor B. L.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor Committee Official Committee of Unsecured Creditors
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor E. C.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor E. M.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor Ed Roe
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor J. A.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor J. S.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor R. D.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor R. M.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor R. P.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Creditor S. B.
bwolf@gainsben.com, ddelger@gainsben.com

Brittany Rose Wolf-Freedman on behalf of Interested Party M. W. S.
bwolf@gainsben.com, ddelger@gainsben.com

Yongli Yang on behalf of Interested Party Westport Insurance Corporation f/k/a Puritan Insurance Company
yongli.yang@clydeco.us

Wayne George Zeringue, Jr on behalf of Defendant Archdiocese of New Orleans, Indemnity, Inc.
wzeringue@joneswalker.com

Wayne George Zeringue, Jr on behalf of Defendant Roman Catholic Church for the Archdiocese of New Orleans
wzeringue@joneswalker.com

Wayne George Zeringue, Jr on behalf of Defendant Roman Catholic Church of the Archdiocese of New Orleans
wzeringue@joneswalker.com

Michael S. Zerlin on behalf of Defendant Henry Brian Highfill
mzerlin@netscape.net

**20-10846 Notice will not be electronically mailed to:**

Ad Hoc Committee of Survivors
,

George G. Angelus on behalf of Interested Party S. T.
700 Camp Street
New Orleans, LA 70130

BRT Energy Advisors, LLC
10810 Katy Freeway
Houston, TX 77043

Blank Rome LLP
1825 Eye Street NW
Washington, D.C., 20006

Kim M. Braud
PO Box 741505
New Orleans, LA 70174

Jon R. Conte
,

Couhig Partners, LLC
1100 Poydras Street, Suite 3250
New Orleans, LA 70163

Frank J D'Amico, Jr on behalf of Attorney Frank J D'Amico, Jr.
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor BM Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor CH Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor GA Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor GL Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor JW Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor MB Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor MC Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor MH Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor MY Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor Mark H Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Creditor TG Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Frank J D'Amico, Jr on behalf of Plaintiff S.D. Doe
Frank J. D'Amico, JR., Aplc
4608 Rye Street
Metairie, LA 70006

Michael L. DeShazo on behalf of Defendant Catholic Charities Archdiocese of New Orleans
1250 Poydras St., Suite 2450
New Orleans, LA 70113

Ross J. Donnes on behalf of Creditor Talbot, Carmouche & Marcello
Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810

Miguel A. Elias on behalf of Interested Party Fr. JB
285 West Esplanade Avenue
Ste 303
Kenner, LA 70065

Elaine C. Greenberg on behalf of Interested Party Argent Institutional Trust Company
Greenberg Traurig, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037

Gustavo Henao
,

Gerard Howell
,

Joshua Jilovec on behalf of Interested Party International Insurance Company
O'Melveny & Myers, LLC
700 Louisiana, Suite 2900
Houston, TX 77002

Joshua Jilovec on behalf of Interested Party United States Fire Insurance Company
O'Melveny & Myers, LLC
700 Louisiana, Suite 2900
Houston, TX 77002

Jones Walker LLP
,

Keegan Linscott & Associates, PC
,

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

Christopher D. Marks on behalf of Interested Party Argent Institutional Trust Company

Greenberg Traurig
One International Place
Suite 2000
Boston, MA 02110

Swati Parashar on behalf of Debtor The Roman Catholic Church for the Archdiocese of New Orleans
Jones Walker
811 Main St
Ste 2900
Houston
Houston, TX 77002

John W. Perry, Jr.
,

Samantha Ruben on behalf of Other Prof. Fidelity & Guaranty Insurance Underwriters, Inc
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6362

Samantha Ruben on behalf of Other Prof. United States Fidelity & Guaranty Company
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6362

Ryan Seidemann on behalf of Interested Party State of Louisiana, Louisiana Cemetery Board
The Water Institute
1110 River Road S.
Baton Rouge, LA 70802

Edgar Stewart Spielman on behalf of Creditor Capital One, National Association
Hinshaw & Culbertson, LLP
II City Plaza
400 Convention Street
Suite 1001
Baton Rouge, LA 70801

Paul M Sterbcow
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130

Stout Risius Ross, LLC (fka The Claro Group, LLC)
,

TMC Realty, LLC
d/b/a The McEnery Company as Real Estate
,

United States of America/Dept.of Justice
,

Nellwyn Voorhies
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219

Kevin J. Walsh on behalf of Interested Party Argent Institutional Trust Company
Greenberg Traurig, LLP
One International Plaza, Suite 2000
Boston, MA 02110

□□□□□□□□