## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

---

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
### OMNIBUS HEARING ON THURSDAY, SEPTEMBER 25, 2025, AT 1:30 P.M.

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of **Amended** Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, September 25, 2025, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of January 1, 2025)

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] **Amendments are reflected in underlined, bond font.**

## UNCONTESTED MATTERS

1. *Commercial Committee's Expedited Motion for Approval of Service* **[ECF No. 4378]**

| | |
|---|---|
| **Movant:** | The Official Committee of Unsecured Commercial Creditors (the "**Commercial Committee**") |
| **Nature of Matter:** | Motion for Approval of Service |
| **Response Deadline:** | Tuesday, September 23, 2025, at 5:00 p.m. |
| **Status:** | No responses or objections were filed. This matter is going forward on an expedited basis in accordance with the Order entered at ECF No. 4382. |
| **Responses:** | None. |

## CONTESTED MATTERS

2. *Argent Institutional Trust Company, as Indenture Trustee's Response to Debtor's Request for Status Conference* **[ECF No. 4334]**

| | |
|---|---|
| **Movant:** | Argent Institutional Trust Company, as Indenture Trustee ("**Argent**" or the "**Bond Trustee**") |
| **Nature of Matter:** | Motion to Compel |
| **Response Deadline:** | Tuesday, September 23, 2025 |
| **Status:** | This matter was converted to a motion to compel and is going forward in accordance with the Order entered at ECF No. 4338 and the Amended Order entered at ECF No. 4398. |
| **Responses:** | |

- *The Official Committee of Unsecured Creditors' Opposition to the Motion to Compel Filed by Argent Institutional Trust Company, as Indenture Trustee* **[ECF No. 4413]**

- *Additional Debtors' Response to Argent Institutional Trust Company, as Indenture Trustee's Response to Debtor's Request for Status Conference* **[ECF No. 4417]**

- *The Debtor's Opposition to the Motion to Compel Filed by Argent Institutional Trust Company, as Indenture Trustee* **[ECF No. 4421]**

3. *Argent Institutional Trust Company, as Indenture Trustee's Notice of Rule 30(b)(6) Deposition of the Official Committee of Unsecured Commercial Creditors* **[ECF No. 4360]**

| | |
|---|---|
| **Movant:** | Argent |
| **Nature of Matter:** | Notice of Rule 30(b)(6) Deposition |
| **Response Deadline:** | Tuesday, September 23, 2025 |

#110010476v1

| | |
|---|---|
| **Status:** | This matter is going forward in accordance with the Amended Order entered at ECF No. 4398. |
| **Responses:** | |

- *Commercial Committee's Amended Motion to Quash Argent Institutional Trust Company's Rule 30(b)(6) Deposition Notice* [**ECF No. 4411**]

4. *Notice of Deposition of Representative of Argent Institutional Trust Company, as Indenture Trustee in Connection with Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization* [**ECF No. 4367**]

| | |
|---|---|
| **Movant:** | The Official Committee of Unsecured Creditors (the "**Committee**") |
| **Nature of Matter:** | Notice of Rule 30(b)(6) Deposition |
| **Response Deadline:** | Friday, September 19, 2025, at 5:00 p.m. |
| **Status:** | A continued hearing on this matter will be held in accordance with the Order entered at ECF No. 4405. |
| **Responses:** | |

- *Argent Institutional Trust Company, as Indenture Trustee's Omnibus Objection to Rule 30(b)(6) Notices of Deposition* [**ECF No. 4390**]

5. *Debtor and Additional Debtors' Amended Notice of Rule 30(b)(6) Video Deposition of Argent Institutional Trust Company* [**ECF No. 4373**]

| | |
|---|---|
| **Movants:** | The Debtor and Additional Debtors |
| **Nature of Matter:** | Notice of Rule 30(b)(6) Deposition |
| **Response Deadline:** | Friday, September 19, 2025, at 5:00 p.m. |
| **Status:** | A continued hearing on this matter will be held in accordance with the Order entered at ECF No. 4405. |
| **Responses:** | |

- *Argent Institutional Trust Company, as Indenture Trustee's Omnibus Objection to Rule 30(b)(6) Notices of Deposition* [**ECF No. 4390**]

6. *Travelers' Motion to Take Depositions of Members of the Settlement Trust Advisory Committee* [**ECF No. 4384**]

| | |
|---|---|
| **Movant:** | United States Fidelity & Guaranty Company ("**Travelers**") |
| **Nature of Matter:** | Motion to Depose |
| **Response Deadline:** | Tuesday, September 23, 2025 |
| **Status:** | <u>**This matter is not going forward. The parties have agreed to carry the matter to a later date.**</u> |
| **Responses:** | |

- *Objection of The Official Committee of Unsecured Creditors' to Travelers' Motion to Take Depositions of Members of The Settlement Trust Advisory Committee* **[ECF No. 4414]**

- *Certain Abuse Survivors' Opposition to Travelers' Motion to Depose Members of the Settlement Trust Advisory Committee* **[ECF No. 4418]**

## SCHEDULING CONFERENCE

7. The Court will hold a scheduling conference in accordance with the Order entered at ECF No. 4401.

Dated: September 24, 2025      Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA  70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify, on September 24, 2025, that a true and correct copy of the foregoing Notice of **Amended** Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim