# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | Section "A" |
| ORLEANS ) | |
| ) | Chapter 11 |
| DEBTOR.[1] ) | |
| ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") filed the following: ("*Application*"):

- *Application of The Official Committee of Unsecured Creditors for Order (I) Authorizing and Approving the Employment of Richard Arsenault as Abuse Claims Reviewer and (II) Authorizing Actions to be taken pursuant to [Proposed] Allocation Protocol* [ECF Doc. No. 4330] on September 25, 2025.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **October 16, 2025 at 1:30 P.M. Central Daylight Time** in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130. Parties-in-interest may participate in the Hearing (i) in person; (ii) by telephone only (Dial-In: 504.517.1385, access code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/judgegrabill, (meeting code: "JudgeGrabill"). Parties-in-interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

145273889v1

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

| | |
|---|---|
| Dated: September 25, 2025 | Respectfully submitted, |

*By: Omer F. Kuebel, III*
Omer F. Kuebel, III (La#21682)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: brad.knapp@troutman.com
       rick.kuebel@troutman.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

145273889v1

## **CERTIFICATE OF SERVICE**

I hereby caused a true and correct copy of the foregoing *Notice* to be served on September 25, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Omer F. Kuebel, III*
Omer F. Kuebel, III

145273889v1