UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) |
| THE ARCHDIOCESE OF NEW ORLEANS | ) Section "A" |
| | ) |
| Debtor. | ) Chapter 11 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors (the "**Survivors' Committee**") in the above-captioned chapter 11 case (the "**Chapter 11 Case**") of The Roman Catholic Church of the Archdiocese New Orleans, the debtor and debtor in possession herein (the "**Debtor**" or "**Archdiocese**"), by and through its counsel, filed the Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code an Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claims Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief [Docket No. 4432] (the "Motion") on September 25, 2025.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **October 16, 2025** at **1:30 P.M. Central Standard Time.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to General Order 2021-2, parties in interest and their counsel may attend the hearing either **IN PERSON**, in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, or **VIA TELEPHONE**. The dial-in information for Section A is 1-504-517-1385; Access Code 129611.

LA:4919-4817-1116.1 05067.002

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Application, you must file a written objection no later than seven (7) days before the hearing date.

You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Application as unopposed and grant the relief requested.

Dated: September 25, 2025    Respectfully submitted,

*/s/ Andrew W. Caine*
James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
Andrew W. Caine (CA Bar No.110345) – *admitted pro hac vice*
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email: jstang@pszjlaw.com
      acaine@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

      I hereby caused a true and correct copy of the foregoing *Notice of Hearing* to be served on September 25, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on September 25, 2025.

                                              */s/ Andrew W. Caine*