**Payments to Insiders**

Case Name	The Roman Catholic Church of the Archdiocese of New Orleans
Case Number	20-10846

For Period August 1 to August 31, 2025

| Entity Key | Account Name | Account # Ending in | Date | Check No. / Ref No. | Payee | Description (Purpose)*, ** | Amount | Note | Insider? |
|---|---|---|---|---|---|---|---:|---|---|
| SLC | Operating Account | 4069 | 8/25/2025 | 15 | Payroll | Payroll expense | $ 3,642.97 | | Yes - Williams |
| ANO | Payroll Account | 9614 | 8/6/2025 | 43196 | | TELEPHONE EXPENSE | $ 50.00 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/6/2025 | 43197 | | AUTOMOBILE EXPENSE | $ 42.98 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 8/6/2025 | N/A | Crescent Payroll Solutions | To Record 7.16-7.31.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,265.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/6/2025 | N/A | Crescent Payroll Solutions | To Record 7.16-7.31.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/6/2025 | N/A | Crescent Payroll Solutions | To Record 7.16-7.31.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/6/2025 | N/A | Crescent Payroll Solutions | To Record 7.16-7.31.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/21/2025 | 43224 | | AUTOMOBILE EXPENSE | $ 31.57 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 8/21/2025 | N/A | Crescent Payroll Solutions | To Record 8.1-8.15.25 Lay Payroll Bank Clearing - Wages & Benefits | $ 6,265.73 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/21/2025 | N/A | Crescent Payroll Solutions | To Record 8.1-8.15.25 Lay Payroll Bank Clearing - Taxes | $ 1,492.60 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/21/2025 | N/A | Crescent Payroll Solutions | To Record 8.1-8.15.25 Lay Payroll Bank Clearing - 401K | $ 269.79 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/21/2025 | N/A | Crescent Payroll Solutions | To Record 8.1-8.15.25 Lay Payroll Bank Clearing - Bentrust | $ 154.17 | | Yes - Wild |
| ANO | Payroll Account | 9614 | 8/31/2025 | N/A | Crescent Payroll Solutions | 08.31.2025 Clergy Payroll Pay Date 08.31.2025 | $ 1,763.79 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 8/31/2025 | N/A | Crescent Payroll Solutions | 08.31.2025 Clergy Payroll Pay Date 08.31.2025 | $ 2,434.69 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 8/31/2025 | N/A | Crescent Payroll Solutions | 08.31.2025 Clergy Payroll Tax; Pay Date 08.31.2025 | $ 432.78 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 8/31/2025 | N/A | Crescent Payroll Solutions | 08.31.2025 Clergy Payroll Tax; Pay Date 08.31.2025 | $ 200.00 | | Yes - Akpoghiran |
| ANO | Payroll Account | 9614 | 8/31/2025 | N/A | Crescent Payroll Solutions | 08.31.2025 Clergy Payroll 401k Remittance; Pay Date 08.31.2025 | $ 105.32 | | Yes - Aymond |
| ANO | Payroll Account | 9614 | 8/31/2025 | N/A | Crescent Payroll Solutions | 08.31.2025 Clergy Payroll 401k Remittance; Pay Date 08.31.2025 | $ 99.16 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 8/5/2025 | 119107 | Anny's Cleaning Services | CONTRACTED SERVICE | $ 860.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/5/2025 | 119116 | Entergy - (8106) | HOUSEHOLD UTILITIES | $ 2,441.41 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/5/2025 | 119131 | New Orleans Pest Management | CONTRACTED SERVICE | $ 60.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/7/2025 | 119166 | The Clock & Watch Shop | REPAIRS & MAINTENANCE | $ 401.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/12/2025 | 58394 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 861.87 | | Yes - Wild |
| ANO | Operating | 2118 | 8/12/2025 | 58394 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/12/2025 | 58394 | GALLAGHER BENEFIT SERVICES INC | FRINGE BENEFIT COSTS | $ 638.42 | | Yes - Akpoghiran |
| ANO | Operating | 2118 | 8/12/2025 | 119167 | A 1 Services Inc. | REPAIRS & MAINTENANCE | $ 45.57 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/12/2025 | 119191 | Cox Communications | HOUSEHOLD UTILITIES | $ 261.98 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/12/2025 | 119232 | The Clock & Watch Shop | REPAIRS & MAINTENANCE | $ 1,060.95 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/14/2025 | 119246 | Guillory Sheet Metal Works, Inc. | REPAIRS & MAINTENANCE | $ 2,017.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/19/2025 | 119336 | Allfax Specialties, Inc. | XEROX COPIES | $ 16.50 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/19/2025 | 119356 | Eagle Security Systems, Inc. | REPAIRS & MAINTENANCE | $ 105.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/19/2025 | 119358 | Elio's Wine Warehouse | SOCIAL FUNCTIONS | $ 514.35 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/19/2025 | 119411 | Terminix Metairie (8668) | CONTRACTED SERVICE | $ 654.00 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/21/2025 | 119436 | Notre Dame Seminary - Active | REPAIRS & MAINTENANCE | $ 175.80 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/26/2025 | 119472 | Messina's Catering Inc | SOCIAL FUNCTIONS | $ 5,279.01 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 228.65 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 186.54 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | BOOKS & SUBSCRIPTION | $ 62.71 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 22.72 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 109.71 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 73.84 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 54.51 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 55.65 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | AUTOMOBILE EXPENSE | $ 43.90 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 8.70 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 128.08 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 23.26 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | MISCELLANEOUS EXPE | $ 2,483.38 | | Yes - Wild |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 89.67 | | Yes - Aymond |
| ANO | Operating | 2118 | 8/29/2025 | N/A | Hancock Whitney Purchasing Card | HOUSEHOLD EXPENSES | $ 201.13 | | Yes - Aymond |
| | | | | | | | $ 44,972.57 | | |