UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

Before the Court is the *Commercial Committee's Expedited Motion For Approval of Service* (the "Motion"),[1] [ECF Doc. 4378], filed by the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"); and the certificate of no objection to the Motion, [ECF Doc. 4425], filed by the Commercial Committee.

Considering the relief requested in the Motion is in the best interest of the Debtor's estate, its creditors, and all other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that no other or further notice need be provided; this Court having reviewed the Motion; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commercial Committee is authorized and approved to send any constituent correspondence it may send to Argent Institutional Trust

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Company, as indenture trustee (the "Bond Trustee"), including any communication to the Commercial Committee's constituents advising them that the Commercial Committee supports plan confirmation (the "CC Determination Correspondence"), care of the Bond Trustee's counsel of record only and as follows: Argent Institutional Trust Company, as indenture trustee; c/o Greenberg Traurig LLP, Attn: Colleen A Murphy; One International Place STE 2000; Boston, MA 02110 (the "Bond Trustee Service Address").

**IT IS FURTHER ORDERED** that any constituent correspondence, including the CC Determination Correspondence, the Commercial Committee sends to the Bond Trustee at the Bond Trustee Service Address constitutes sufficient service upon the Bond Trustee under the circumstances.

**IT IS FURTHER ORDERED** that, for the avoidance of doubt, the Commercial Committee is not required to send any constituent correspondence directly to (i) the Bond Trustee, (ii) the institutional entities with direct access to the individual bondholders, or (iii) the individual bondholders.

**IT IS FURTHER ORDERED** that nothing herein should be interpreted to require the Commercial Committee now or in the future to send correspondence of any kind to its constituents, including the Bond Trustee.

**IT IS FURTHER ORDERED** that the Commercial Committee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy

Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 25, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE