# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on September 25, 2025, to consider *Argent Institutional Trust Company, as Indenture Trustee's Notice of Rule 30(b)(6) Deposition of the Official Committee of Unsecured Commercial Creditors* (the "Notice"), [ECF Doc. 4360], filed by Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"); and the reply to the Notice, [ECF Docs. 4409 & 4411], filed by The Official Committee of Unsecured Commercial Creditors.

At the hearing, counsel for the Bond Trustee orally withdrew the Notice. Accordingly, and for the reasons stated on the record,

**IT IS ORDERED** that the oral withdrawal of the Notice is **ACCCEPTED**, and the Notice is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the Bond Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this

Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

    New Orleans, Louisiana, September 25, 2025.

                                              MEREDITH S. GRABILL
                                  UNITED STATES BANKRUPTCY JUDGE