# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a hearing on September 25, 2025, to consider *Travelers' Motion To Take Depositions of Members of the Settlement Trust Advisory Committee* (the "Motion"), [ECF Doc. 4384], United States Fidelity & Guaranty Company ("Travelers"); the objection to the Motion, [ECF Doc. 4414], filed by The Official Committee of Unsecured Creditors; and the objection to the Motion, [ECF Doc. 4418], filed by Certain Abuse Survivors.

For the reasons stated on the record,

**IT IS ORDERED** that the hearing to consider the Motion is **CONTINUED** to **Thursday, October 9, 2025, at 9:00 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Travelers is instructed to serve this Order by first-class U.S. Mail within three (3) days on all parties not receiving electronic notice through this

Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 26, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE