UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

The Court held a hearing on September 25, 2025, to consider *Argent Institutional Trust Company, as Indenture Trustee's Response to Debtor's Request For Status Conference*, [ECF Doc. 4334], filed by Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), which this Court *sua sponte* converted to a motion to compel, [ECF Doc. 4338], (the "Motion To Compel"); and the responses to the Motion To Compel, [ECF Docs. 4413, 4417, & 4421], filed by the The Official Committee of Unsecured Creditors, the Additional Debtors,[1] and the Debtor.

For the reasons stated on the record,

**IT IS ORDERED** that the Bond Trustee shall send the Debtor and the Additional Debtors any challenges to privilege designations on or before **Tuesday, September 30, 2025**.

**IT IS FURTHER ORDERED** that Bond Trustee shall file and properly serve its challenges to privilege designations into the record on or before **Wednesday, October 1, 2025**.

**IT IS FURTHER ORDERED** that the Court shall hold a hearing on **Friday, October 3, 2025, at 3:30 p.m.** to discuss the Motion To Compel and rule on any objections to privilege designations at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras

---

[1] The "Additional Debtors" are those entities that are listed in Exhibit B-1 to the Third Amended Plan of Reorganization, [ECF Doc. 4331].

Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Bond Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 29, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE