UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### AMENDED ORDER[1]

The Court held a status conference on September 9, 2025.

For the reasons stated on the record,

**IT IS ORDERED** that, for the convenience of the parties, depositions noticed on the record in this case in preparation for the contested confirmation hearing scheduled to begin on November 17, 2025, will take place at the United States Bankruptcy Court, 500 Poydras Street, Courtroom B-705, New Orleans, Louisiana 70130, unless otherwise agreed to by the parties.

**IT IS FURTHER ORDERED** that, because attendance at the depositions is not open to the public and is available only to parties in interest and counsel, counsel noticing the deposition must send to Courtroom Deputy Allen McIlwain (Allen_McIlwain@laeb.uscourts.gov) on or before 5:00 p.m. the day before a noticed deposition a list of names, e-mails, and telephone numbers of those parties and interest and counsel who may observe or participate in a given deposition in person or remotely.

**IT IS FURTHER ORDERED** that depositions will occur as identified in the table below:

---

[1] This Amended Order amends and supersedes this Court's *Order* dated September 23, 2025, [ECF Doc. 4408], to update the date the confirmation hearing is scheduled to begin and the deposition schedule.

| Witness | Date | Start Time |
|---|---|---|
| * Patrick Williams | Monday, October 6, 2025 | 9:30 a.m. |
| * Peter Akpoghiran | Monday, October 6, 2025 | 1:30 p.m. |
| * Dirk Wild | Tuesday, October 7, 2025 | 9:30 a.m. |
| * Patrick Carr | Tuesday, October 7, 2025 | 1:30 p.m. |
| * A corporate representative for Stout Risius Ross, LLC | Wednesday, October 8, 2025 | 9:30 a.m. |
| * A corporate representative for The McEnery Company | Thursday, October 9, 2025 | 9:30 a.m. |
| * Archbishop Gregory M. Aymond | Friday, October 10, 2025, and additional day TBD[2] | 9:30 a.m. (limited to 8 hours total pending further Court Order per ECF Doc. 4320) |
| * Lee Eagan | Tuesday, October 14, 2025 | 9:30 a.m. |
| * Don Massey | Thursday, October 16, 2025 | 9:30 a.m. |
| * Richard Arsenault | Thursday, October 16, 2025 | 1:30 p.m. |
| * A corporate representative for Keegan Linscott & Associates, PC | Wednesday, October 22, 2025 | 9:30 a.m. |
| * A corporate representative for BDO Consulting | Thursday, October 23, 2025 | 9:30 a.m. |
| * A corporate representative for Roux | Thursday, October 30, 2025 | 9:30 a.m. |
| * A representative for the Debtor | TBD the week of October 27, 2025 | TBD |
| * A representative for the Additional Debtors[3] | TBD the week of October 27, 2025 | TBD |
| * A corporate representative for Argent Institutional Trust Company, as indenture trustee | TBD the week of October 27, 2025 | TBD |
| * A representative for The Official Committee of Unsecured Creditors | TBD the week of October 27, 2025 | TBD |
| * A representative for the Non-Debtor Catholic Entities[4] | TBD the week of October 27, 2025 | TBD |
| * Patricia Moody | TBD | TBD |
| * Members of the Settlement Trust Advisory Committee[5] | TBD | TBD |
| * A representative for United States Fidelity & Guaranty Company | TBD | TBD |

---

[2] Plan Proponents are instructed to update the Court with scheduling information as soon as it becomes available.

[3] The Additional Debtors are those entities listed on Exhibit B-1 attached to the proposed plan of reorganization dated September 8, 2025, [ECF Doc. 4331-2].

[4] The Non-Debtor Catholic Entities are those entities listed on Exhibit B-2 attached to the proposed plan of reorganization dated September 8, 2025, [ECF Doc. 4331-3].

[5] The Settlement Trust Advisory Committee is defined in Exhibit E attached to the proposed plan of reorganization dated September 8, 2025, [ECF Doc. 4331-7].

**IT IS FURTHER ORDERED** that the Court will be available to rule immediately on any disputes that arise during the course of any deposition.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 1, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE