UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                    CASE NO. 20-10846[1]

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF                     SECTION "A"
NEW ORLEANS

            *Debtor*[2]                                   CHAPTER 11

---

COMMERCIAL COMMITTEE'S RESPONSE TO
ARGENT INSTITUTIONAL TRUST COMPANY, AS INDENTURE TRUSTEE'S
NOTICE OF FILING CHALLENGES TO PLAN PROPONENTS' PRIVILEGE
DESIGNATIONS

---

NOW INTO COURT, through undersigned counsel, comes the Official Committee of Unsecured Commercial Creditors (the "*Commercial Committee*") appointed in the above-captioned chapter 11 bankruptcy case of the Roman Catholic Church of the Archdiocese of New Orleans, who responds to that certain *Argent Institutional Trust Company, as Indenture Trustee's Notice of Filing Challenges to Plan Proponents' Privilege Designations* [Doc. No. 4457] (the "*Challenge Notice*") filed by Argent Institutional Trust Company, as indenture trustee (the "*Bond Trustee*") as follows:

1.      Through the Challenge Notice, the Bond Trustee challenges certain of the Plan Proponents' assertions of privilege.  Of concern to the Commercial Committee, the Challenge Notice – specifically Exhibit C thereto – challenges the protection from disclosure of the following of the Commercial Committee's documents and communications with the Debtor and, in one instance, the Additional Debtors (the "*Commercial Committee Entries*"):

---

[1] The "*Bankruptcy Case*".
[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| PRIV_ NO | Record Type | Privilege | Sort Date/Time | File Name/Subject | From | To | CC |
|---|---|---|---|---|---|---|---|
| PRIV-2103 | Attach | Joint Defense; Work Product | 11/4/2022 12:44 PM | [EXTERNAL] RE: Follow up. | Doug Stewart [dstewart@stewartrobbins.com] | Douglas S. Draper [ddraper@hellerdraper.com] | Mintz, Mark [mmintz@joneswalker.com];Brooke Altazan [baltazan@stewartrobbins.com] |
| PRIV-2104 | Attach | Joint Defense; Work Product | 11/4/2022 12:44 PM | Joint Committee Follow Up Questions.docx | | | |
| PRIV-3254 | Email | Work Product | 9/18/2023 09:04 AM | [EXTERNAL] RE: ANO - pension related document requests | Brooke Altazan [baltazan@stewartrobbins.com] | Oppenheim, Samantha [soppenheim@joneswalker.com] | Mintz, Mark [mmintz@joneswalker.com];Will Robbins [wrobbins@stewartrobbins.com];Kim Heard [kheard@stewartrobbins.com] |
| PRIV-6220 | Email | Joint Defense; Work Product | 7/24/2025 02:41 PM | [EXTERNAL] Re: ANO // DS Meet and Confer | Doug Stewart [dstewart@stewartrobbins.com] | Oppenheim, Samantha [soppenheim@joneswalker.com] | |

2.      On the face of Exhibit C to the Challenge Notice, the Debtor and Additional Debtors do not appear to have asserted the mediation privilege and/or protection afforded confidential settlement discussions as to the Commercial Committee Entries.[3]

3.      The Commercial Committee asserts that the Commercial Committee Entries are mediation and/or confidential settlement communications shielded from disclosure.  Further, nothing contained herein is intended or should be construed as a waiver of any further objections, rights, claims, or remedies the Commercial Committee may have as to any of its documents or

---

[3] The Commercial Committee has not been privy to the discovery-related discussions between the Plan Proponents and Argent and

communications requested or obtained through discovery in this bankruptcy case.  For the avoidance of doubt, the Commercial Committee expressly reserves all objections, rights, claims, and remedies the Commercial Committee has or may have in such regard.

**WHEREFORE,** the Commercial Committee respectfully requests entry of an order denying the Bond Trustee's challenges to the Commercial Committee Entries and for such other relief deemed just.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Brooke W. Altazan*
      Paul D. Stewart, Jr. (LA. Bar # 24661)
      dstewart@stewartrobbins.com
      William S. Robbins (LA. Bar # 24627)
      wrobbins@stewartrobbins.com
      Brandon A. Brown (La. Bar #25592)
      bbrown@stewartrobbins.com
      Brooke W. Altazan (La. Bar #32796)
      baltazan@stewartrobbins.com
      301 Main St., Suite 1640
      Baton Rouge, LA 70801-0016
      Telephone: (225) 231-9998
      Facsimile: (225) 709-9467

      ***Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans***