UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

# ORDER

Pursuant to this Court's *Order* dated September 29, 2025, [ECF Doc. 4447], the Court has conducted an *in camera* review of 265 documents that were withheld from production of documents responsive to discovery requests propounded by Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), to the Debtor, Additional Debtors, and the Official Committee of Unsecured Creditors (collectively, the "Plan Proponents"). The Plan Proponents withheld the documents on the basis of privilege and the Bond Trustee has challenged those designations. Relevant to this Court's rulings below are the following facts:

- On September 15, 2021, this Court appointed Judge Gregg W. Zive to mediate the above-captioned case. [ECF Doc. 1058]. On March 11, 2024, this Court appointed John W. Perry, Jr. as an additional mediator. [ECF Doc. 2892]. On January 24, 2025, this Court appointed Hon. Christopher Sontchi (Ret.) as an additional mediator. [ECF Doc. 3694].

- On May 21, 2025, the Debtor announced in open court the terms of a memorandum of understanding among the Plan Proponents. [ECF Doc. 4020].

- On July 15, 2025, the Plan Proponents filed a Joint Chapter 11 Plan of Reorganization. [ECF Doc. 4150].

- On September 9, 2025, the Debtor announced in open court terms of a settlement reached with Certain Sexual Abuse Survivors as well as a settlement reached with the Official Committee of Unsecured Commercial Creditors.

Accordingly,

**IT IS ORDERED** that, pursuant to § XVII(F) of this Court's Complex Case Procedures, the following documents identified by Bates label contain information that is protected and will not be produced:

| | | |
|---|---|---|
| ANOPlan-TPL_Priv01145 | ANOPlan-TPL_Priv01146 | ANOPlan-TPL_Priv01147 |
| PRIV-0249 | PRIV-0544 | PRIV-0545 |
| PRIV-0546 | PRIV-0547 | PRIV-0548 |
| PRIV-0549 | PRIV-0550 | PRIV-0551 |
| PRIV-0552 | PRIV-0553 | PRIV-0554 |
| PRIV-0555 | PRIV-0556 | PRIV-0557 |
| PRIV-0574 | PRIV-0575 | PRIV-5560 |
| PRIV-5561 | PRIV-5732 | PRIV-5735 |
| PRIV-5820 | | |

**IT IS FURTHER ORDERED** that, adopting the reasons set forth in *In Re Imerys Talc Am., Inc.*, No. 19-10289, 2021 WL 12302368 (Bankr. D. Del. Feb. 23, 2021) and *In re Roman Catholic Church of Archdiocese of New Orleans*, No. 20-10846, 2024 WL 87499, at *2–3 (Bankr. E.D. La. Jan. 5, 2024) (describing standards for applying the attorney-client privilege, the extensions of that privilege, and the attorney work-product doctrine), the following documents identified by Bates label are privileged and will not be produced:

| | | |
|---|---|---|
| ANOPlan-TPL_Priv01476 | ANOPlan-TPL_Priv01482 | PRIV-0072 |
| PRIV-0073 | PRIV-0076 | PRIV-0085 |
| PRIV-0222 | PRIV-0223 | PRIV-0241 |
| PRIV-0242 | PRIV-0243 | PRIV-0244 |
| PRIV-0245 | PRIV-0246 | PRIV-0247 |

| | | |
|---|---|---|
| PRIV-0248 | PRIV-0284 | PRIV-0285 |
| PRIV-0286 | PRIV-0287 | PRIV-0383 |
| PRIV-0384 | PRIV-0385 | PRIV-0386 |
| PRIV-0387 | PRIV-0388 | PRIV-0389 |
| PRIV-0390 | PRIV-0391 | PRIV-0392 |
| PRIV-0393 | PRIV-0394 | PRIV-0395 |
| PRIV-0396 | PRIV-0397 | PRIV-0398 |
| PRIV-0399 | PRIV-0400 | PRIV-0412 |
| PRIV-0417 | PRIV-0418 | PRIV-0521 |
| PRIV-0522 | PRIV-0523 | PRIV-0526 |
| PRIV-0527 | PRIV-0528 | PRIV-0529 |
| PRIV-0530 | PRIV-0531 | PRIV-0532 |
| PRIV-0533 | PRIV-0534 | PRIV-0536 |
| PRIV-0537 | PRIV-0538 | PRIV-0579 |
| PRIV-0580 | PRIV-0592 | PRIV-0616 |
| PRIV-0617 | PRIV-0618 | PRIV-0640 |
| PRIV-0641 | PRIV-0642 | PRIV-0651 |
| PRIV-0652 | PRIV-0653 | PRIV-0654 |
| PRIV-0701 | PRIV-0702 | PRIV-0784 |
| PRIV-0793 | PRIV-0796 | PRIV-0838 |
| PRIV-0839 | PRIV-0840 | PRIV-0841 |
| PRIV-0842 | PRIV-0913 | PRIV-2420 |
| PRIV-2828 | PRIV-2829 | PRIV-2830 |
| PRIV-2831 | PRIV-2832 | PRIV-2925 |

| | | |
|---|---|---|
| PRIV-2926 | PRIV-2927 | PRIV-2928 |
| PRIV-2929 | PRIV-2930 | PRIV-2931 |
| PRIV-2932 | PRIV-3228 | PRIV-3254 |
| PRIV-3341 | PRIV-3342 | PRIV-3343 |
| PRIV-3344 | PRIV-3939 | PRIV-4592 |
| PRIV-4594 | PRIV-4599 | PRIV-4606 |
| PRIV-4614 | PRIV-4618 | PRIV-4619 |
| PRIV-4623 | PRIV-4624 | PRIV-4625 |
| PRIV-4674 | PRIV-4793 | PRIV-5122 |
| PRIV-5123 | PRIV-5124 | PRIV-5287 |
| PRIV-5371 | PRIV-5443 | PRIV-5444 |
| PRIV-5445 | PRIV-5446 | PRIV-5447 |
| PRIV-5448 | PRIV-5449 | PRIV-5450 |
| PRIV-5451 | PRIV-5452 | PRIV-5453 |
| PRIV-5551 | PRIV-5552 | PRIV-5553 |
| PRIV-5554 | PRIV-5555 | PRIV-5556 |
| PRIV-5557 | PRIV-5601 | PRIV-5620 |
| PRIV-5624 | PRIV-5640 | PRIV-5674 |
| PRIV-5675 | PRIV-5693 | PRIV-5694 |
| PRIV-5695 | PRIV-5696 | PRIV-5697 |
| PRIV-5698 | PRIV-5699 | PRIV-5700 |
| PRIV-5701 | PRIV-5704 | PRIV-5705 |
| PRIV-5706 | PRIV-5707 | PRIV-5708 |
| PRIV-5709 | PRIV-5710 | PRIV-5711 |

| | | |
|---|---|---|
| PRIV-5712 | PRIV-5713 | PRIV-5714 |
| PRIV-5715 | PRIV-5716 | PRIV-5717 |
| PRIV-5718 | PRIV-5719 | PRIV-5722 |
| PRIV-5723 | PRIV-5724 | PRIV-5740 |
| PRIV-5741 | PRIV-5825 | PRIV-5870 |
| PRIV-5873 | PRIV-5885 | PRIV-5887 |
| PRIV-5888 | PRIV-5893 | PRIV-5950 |
| PRIV-5959 | PRIV-5974 | PRIV-5975 |
| PRIV-5989 | PRIV-6000 | PRIV-6001 |
| PRIV-6002 | PRIV-6033 | PRIV-6034 |
| PRIV-6039 | PRIV-6040 | PRIV-6041 |
| PRIV-6042 | PRIV-6052 | PRIV-6090 |
| PRIV-6091 | PRIV-6093 | PRIV-6094 |
| PRIV-6173 | PRIV-6174 | PRIV-6220 |
| PRIV-6245 | PRIV-6246 | PRIV-6529 |
| PRIV-6530 | PRIV-6533 | PRIV-6534 |
| PRIV-5996 | PRIV-5997 | PRIV-5998 |
| PRIV-5999 | | |

**IT IS FURTHER ORDERED** that, pursuant to *In re Imerys Talc Am., Inc.*, and *In re Roman Catholic Church of Archdiocese of New Orleans*, the following documents identified by Bates label are not privileged and shall be produced in accordance with this Court's *Second Supplemental and Amended Protective Order,* dated October 18, 2021, [ECF Doc. 1120], on or before **Monday, October 6, at 5:00 p.m.**:

| | | |
|---|---|---|
| ANOPlan-TPL_Priv01709 | ANOPlan-TPL_Priv01710 | PRIV-0907 |
| PRIV-2103 | PRIV-2104 | PRIV-4151 |
| PRIV-4253 | PRIV-4254 | PRIV-4255 |
| PRIV-4256 | PRIV-4417 | PRIV-4934 |
| PRIV-4956 | PRIV-4957 | PRIV-5140 |
| PRIV-5141 | PRIV-5144 | PRIV-5166 |
| PRIV-5167 | PRIV-5613 | PRIV-5615 |
| PRIV-5616 | PRIV-5617 | PRIV-5618 |
| PRIV-5619 | PRIV-5680 | PRIV-5972 |
| PRIV-5973 | PRIV-5995 | |

**IT IS FURTHER ORDERED** that the telephonic status conference currently set for Friday, October 8, 2025, at 3:30 p.m. is hereby **CANCELED**.

**IT IS FURTHER ORDERED** that the Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 3, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE