UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

**EX PARTE MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE***

NOW INTO COURT comes Jerry A. Beatmann, Jr. a member in good standing of the bar of this Court and of the bar of the State of Louisiana, and pursuant to Local Rule 2014-1(3) moves this Court for permission to allow Natalie Michelle Limber (the "Applicant") to appear *pro hac vice* as a visiting attorney as counsel for United States Fidelity & Guaranty Company ("USF&G"), as insurers for Debtor, The Roman Catholic Church of the Archdiocese of New Orleans. In support of the motion, movant further states:

1. Applicant is an attorney with the firm Dentons US LLP with offices at 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704.

2. Applicant is admitted, practicing, and in good standing in the State of California. See attached certificate from the State Bar of California.

3. Applicant is also admitted, practicing, and in good standing in the State of Illinois. See attached certificate from the Illinois Supreme Court.

4. I believe the Applicant is qualified to practice before this Court, is of good and moral character, and is not subject to any pending disbarment or professional discipline procedure in any other court.

WHEREFORE, movant respectfully requests that Natalie Michelle Limber be permitted to appear *pro hac vice* before this Court in the above-captioned matter and to act as counsel for USF&G.

        Respectfully submitted,

        DENTONS US LLP

By: */s/Jerry A. Beatmann, Jr.*
Jerry A. Beatmann, Jr. (LA #26189)
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*/s/ Natalie Michelle Limber*
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-570
Telephone: (312) 209-3746
Email: Natalie.limber@dentons.com

*Attorneys for United States Fidelity & Guaranty Company as insurers for Debtor The Roman Catholic Church of the Archdiocese of New Orleans*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Ex Parte Motion for Admission of Counsel to Appear *Pro Hac Vice* was filed this 3rd day of October, 2025, by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record by such system.

                                                            /s/Jerry A. Beatmann, Jr.

US_ACTIVE\131389813\V-1

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 5/19/2025

**LICENSEE NAME:** Natalie Michelle Limber

**LICENSEE BAR NUMBER:** 304252

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/9/2015

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Natalie Michelle Limber's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Natalie Michelle Limber

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 20th day of May, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois