UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

**EX PARTE MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE***

NOW INTO COURT comes Jerry A. Beatmann, Jr. a member in good standing of the bar of this Court and of the bar of the State of Louisiana, and pursuant to Local Rule 2014-1(3) moves this Court for permission to allow Leanne Sunderland (the "Applicant") to appear *pro hac vice* as a visiting attorney as counsel for United States Fidelity & Guaranty Company ("USF&G"), as insurers for Debtor, The Roman Catholic Church of the Archdiocese of New Orleans. In support of the motion, movant further states:

1. Applicant is an attorney with the firm Dentons US LLP with offices at 303 Peachtree Street, NE, Suite 5300, Atlanta, GA 30308-3265.

2. Applicant is admitted, practicing, and in good standing in the State of Georgia. See attached certificate from State Bar of Georgia.

3. Applicant has not been convicted of a felony nor has he been the subject of any previous disciplinary proceedings.

4. I believe the Applicant is qualified to practice before this Court, is of good and moral character, and is not subject to any pending disbarment or professional discipline procedure in any other court.

WHEREFORE, movant respectfully requests that Leanne Sunderland be permitted to appear *pro hac vice* before this Court in the above-captioned matter and to act as counsel for USF&G.

        Respectfully submitted,

        DENTONS US LLP

By:   */s/Jerry A. Beatmann, Jr.*
Jerry A. Beatmann, Jr. (LA #26189)
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*/s/ Leanne Sunderland*
Leanne Sunderland
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 824-1037
Email: leanne.sunderland@dentons.com

*Attorneys for United States Fidelity & Guaranty Company as insurers for Debtor The Roman Catholic Church of the Archdiocese of New Orleans*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Ex Parte Motion for Admission of Counsel to Appear *Pro Hac Vice* was filed this 3rd day of October, 2025, by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record by such system.

                                                        /s/Jerry A. Beatmann, Jr.



**Lawyers Serving the Public and the Justice System**

Ms. Leanne Elizabeth Sunderland
Dentons US LLP
303 Peachtree Street NE Suite 5300
Atlanta, GA 30308
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 6/3/2020 |
| **BAR NUMBER:** | 351965 |
| **TODAY'S DATE:** | 08/15/2025 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435