UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: § <br> § <br> **THE ROMAN CATHOLIC CHURCH** § <br> **OF THE ARCHDIOCESE OF NEW** § <br> **ORLEANS,** § <br> § <br> Debtor.[1] § <br> § | Case No. 20-10846 <br><br> Section "A" <br><br> Chapter 11 |

**JOINDER OF THE DEBTOR TO
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO
USF&G'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The above-captioned debtor and debtor-in-possession (the "**Archdiocese**" or "**Debtor**") hereby joins in support of the *Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* [ECF No. 4482] (the "**Committee's Opposition**"), and in requesting that the *Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment* [ECF No. 4404] ("**USF&G's Motion**") be denied.

For the reasons stated in the Committee's Opposition, the Debtor respectfully requests that the Court deny USF&G's Motion.

[*Signature Page Follows*]

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Dated: October 9, 2025　　　　Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joinder is being served (a) on October 9, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

#110044742v1