## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11  COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the Ex Parte *Motion For Admission of Counsel To Appear* Pro Hac Vice (the "Motion"), [ECF Doc. 4466], filed by United States Fidelity & Guaranty Company (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Natalie Michelle Limber is hereby admitted *pro hac vice* to act as counsel for the Movant in the above-captioned bankruptcy case.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 14, 2025.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE