# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>                         **Debtor.** [1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## JOINDER BY D.L. AND CERTAIN SEXUAL ABUSE SURVIVORS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO USF&G'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Abuse Claimant D.L. (Proof of Claim No. 20494), along with the additional 26 sexual abuse survivors (collectively the "**Survivors**") represented by and through the undersigned counsel ("**Counsel**"), hereby join the Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay [ECF No. 4482] (the "**Committee's Opposition**") and request that this Court deny the Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment [ECF No. 4404] ("**USF&G's Motion**") for the reasons set forth in the Committee's Opposition.

The Survivors expressly reserve all rights including, but not limited to, their rights to appear and be heard on any issue with respect to USF&G's Motion and the Committee's Opposition.

To the extent this Court grants USF&G's Motion, these Survivors also expressly reserve all rights, including all state law rights regarding the Coverage Action or any litigation relating to insurance coverage issued by USF&G to ADNO. This reservation includes these Survivors' rights (i) to intervene and to be included as a party to any coverage action filed by USF&G, and (ii) to

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

prosecute direct action coverage claims against USF&G in connection with these Survivors' state-court tort actions under Louisiana law.

Counsel further note they will consult with all of the sexual abuse survivors they represent following confirmation of the plan by the Court to determine which Survivors wish to file direct actions against USF&G given the plan's provisions regarding the rights of litigating claimants. Additionally, notwithstanding the need to confirm each Survivor's intent to file a direct action suit against USF&G, the Survivors fully support and join in the Committee's Opposition.

## **CONCLUSION**

For the reasons stated in the Committee's Opposition, the Court should deny USF&G's Motion for Relief from the Automatic Stay.

Respectfully submitted,

/s/ Craig M. Robinson_____
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

*Attorneys for Certain Sexual Abuse Survivors*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Craig M. Robinson
CRAIG M. ROBINSON