# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>      **Debtor**.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## JOINDER BY CERTAIN ABUSE SURVIVORS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO USF&G'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Certain Abuse Survivors represented by and through the undersigned counsel ("**Counsel**"), hereby join the Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay [ECF No. 4482] (the "**Committee's Opposition**") and request that this Court deny the Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment [ECF No. 4404] ("**USF&G's Motion**") for the reasons set forth in the Committee's Opposition.

The Survivors[2] expressly reserve all rights including, but not limited to, their rights to appear and be heard on any issue with respect to USF&G's Motion and the Committee's Opposition.

To the extent this Court grants USF&G's Motion, these Survivors also expressly reserve all rights, including all state law rights regarding the Coverage Action or any litigation relating to insurance coverage issued by USF&G to ADNO. This reservation includes these Survivors' rights (i) to intervene and to be included as a party to any coverage action filed by USF&G, and (ii) to

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] "Certain Sexual Abuse Survivors" are those identified in Rec. Doc. 2340.

prosecute direct action coverage claims against USF&G in connection with these Survivors' state-court tort actions under Louisiana law.

Counsel further note they will consult with all of the sexual abuse survivors they represent following confirmation of the plan by the Court to determine which Survivors wish to file direct actions against USF&G given the plan's provisions regarding the rights of litigating claimants. Additionally, notwithstanding the need to confirm each Survivor's intent to file a direct action suit against USF&G, the Survivors fully support and join in the Committee's Opposition.

## CONCLUSION

For the reasons stated in the Committee's Opposition, the Court should deny USF&G's Motion for Relief from the Automatic Stay.

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
909 Poydras St., Suite 1860
New Orleans, Louisiana 70112-4060
Office: 504-581-4892
Fax: 504-561-6024
soren@hkgclaw.com
jed@hkgclaw.com

-AND-

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN-DENENEA, L.L.C.**
3004 David Drive
Metairie, Louisiana 70003
Telephone: (504) 304-4582
Facsimile: (504) 304-4587
jdenenea@gmail.com

-AND-

                                           **RICHARD C. TRAHANT (# 22653)**
                                           **ATTORNEY AT LAW**
                                           2908 Hessmer Avenue
                                           Metairie, LA 70002
                                           Telephone: (504) 780-9891
                                           FAX: (504) 780-9891
                                           Email: trahant@trahantlawoffice.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

                                             */s/ Soren E. Gisleson*
                                             Soren E. Gisleson