**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| | § | Chapter 11 |
| Debtor.[1] | § | |
| | § | |

**NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, OCTOBER 16, 2025, AT 1:30 P.M.**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby files this Notice of **<u>Amended</u>** Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, October 16, 2025, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of January 1, 2025).

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] **<u>Amendments are reflected in underlined, bond font.</u>**

## CONTESTED MATTERS

1. *Travelers' Motion to Take Depositions of Members of the Settlement Trust Advisory Committee* **[ECF No. 4384]**

   | | |
   |---|---|
   | **Movant:** | United States Fidelity & Guaranty Company ("**Travelers**") |
   | **Nature of Matter:** | Motion to Depose |
   | **Response Deadline:** | Tuesday, September 23, 2025 |
   | **Status:** | This matter is going forward. |
   | **Responses:** | |

   - *Objection of the Official Committee of Unsecured Creditors' to Travelers' Motion to Take Depositions of Members of The Settlement Trust Advisory Committee* **[ECF No. 4414]**

   - *Certain Abuse Survivors' Opposition to Travelers' Motion to Depose Members of the Settlement Trust Advisory Committee* **[ECF No. 4418]**

2. *Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment* **[ECF No. 4404]**

   | | |
   |---|---|
   | **Movant:** | Travelers |
   | **Nature of Matter:** | Motion for Relief from Stay |
   | **Response Deadline:** | Thursday, October 9, 2025 |
   | **Status:** | This matter is going forward. |
   | **Responses:** | |

   - *Sparta Insurance Company's Limited Objection and Reservation of Rights With Respect to the Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment* **[ECF No. 4477]**

   - *National Union Fire Insurance Company of Pittsburgh, PA.'s Joinder to Sparta Insurance Company's Limited Objection and Reservation of Rights With Respect to the Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment* **[ECF No. 4478]**

   - *Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* **[ECF No. 4482]**

   - *Declaration of Katheryn R. McNally in Support of the Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* **[ECF No. 4483]**

#110065381v1

- *Joinder of the Debtor to Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* **[ECF No. 4484]**

- *Joinder by D.J.B. and Certain Sexual Abuse Survivors to Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* **[ECF No. 4491]**

- *Joinder by D.L. and Certain Sexual Abuse Survivors to Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* **[ECF No. 4492]**

- *Joinder by Certain Abuse Survivors to Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay* **[ECF No. 4493]**

3. *Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief* **[ECF No. 4432]**

|  |  |
|---|---|
| **Movant:** | The Official Committee of Unsecured Creditors (the "**Committee**") |
| **Nature of Matter:** | Motion for Relief from Stay |
| **Response Deadline:** | Thursday, October 9, 2025 |
| **Status:** | This matter is going forward. |
| **Responses:** | |

- *Notice of Filing Amended Proposed Order With Respect to Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief* **[ECF No. 4436]**

- *Travelers' Limited Objection and Response to Official Committee of Unsecured Creditors' Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief* **[ECF No. 4480]**

- ***Notice of Filing Amended Proposed Order With Respect to Motion for Entry of Order Pursuant to Sections 362(a) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving Stipulation Permitting Relief from the Automatic Stay for Certain Abuse Claim Actions, (2) Remanding Removed Abuse Claim Actions, and (3) Granting Related Relief*** **[ECF No. 4495]**

#110065381v1

4. *Certain Abuse Survivors' Motion to Depose United States Fidelity & Guaranty Company, Affiliate of Travelers Indemnity Company* **[ECF No. 4453]**

| | |
|---|---|
| **Movant:** | Certain Abuse Survivors |
| **Nature of Matter:** | Motion to Depose |
| **Response Deadline:** | Tuesday, October 7, 2025 |
| **Status:** | This matter is going forward. |
| **Responses:** | |

- *Travelers' Response in Opposition to Certain Abuse Survivors' Motion to Depose United States Fidelity & Guaranty Company, Affiliate of Travelers Indemnity Company* **[ECF No. 4476]**

Dated: October 15, 2025

Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

*[Certificate of Service Follows]*

#110065381v1

**CERTIFICATE OF SERVICE**

I hereby certify, on October 15, 2025, that a true and correct copy of the foregoing Notice of **Amended** Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

*/s/ Samantha A. Oppenheim*
Samantha A. Oppenheim

#110065381v1