# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br>           **Debtor**. [1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

### JOINDER TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO USF&G'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Abuse Claimants, 30012, 20271, 20416, 20531, 20091, 30015, 20271, 20416, 24062, 20213, 30016, 24027, 30020, 20216, 20270, 20310, 30033, 20265, 30019, 20532, 20120, 20178, 20168, 20505, 31401, 20198, 20076, 20190, 20256, 31357, 20534, 31374, 20215, 20118, 20266, 20170, 20422, 20088, 20197, 20267, 20113, 20090, 20167, 20077, 30059, 30714, 20092, 20089, 30014, 30009, 30005, 30023, 20290, 30034, 20062, 30022, 30010, 30618, 31325, 30013, 20309, 20111, 20169, 20063, 30008, 20535, 20061, 20075, 20115, 20542, 20217, 31499, 20311, 20112, 20214, 20129, 31500, 20114, 31404, 30053 and 20133 (the "**Survivors**"), by and through their undersigned counsel ("**Counsel**"), hereby join the Official Committee of Unsecured Creditors' Opposition to USF&G's Motion for Relief from the Automatic Stay [ECF No. 4482] (the "**Committee's Opposition**") and request that this Court deny the Motion of United States Fidelity & Guaranty Company for Relief from the Automatic Stay to File Complaint for Declaratory Judgment [ECF No. 4404] ("**USF&G's Motion**") for the reasons set forth in the Committee's Opposition.

These Survivors expressly reserve all rights including, but not limited to, their rights to appear and be heard on any issue with respect to USF&G's Motion and the Committee's Opposition.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

To the extent this Court grants USF&G's Motion, these Survivors also expressly reserve all rights, including all state law rights regarding the Coverage Action or any litigation relating to insurance coverage issued by USF&G to ADNO. This reservation includes these Survivors' rights (i) to intervene and to be included as a party to any coverage action filed by USF&G, and (ii) to prosecute direct action coverage claims against USF&G in connection with these Survivors' state-court tort actions under Louisiana law.

## CONCLUSION

For the reasons stated in the Committee's Opposition, the Court should deny USF&G's Motion for Relief from the Automatic Stay.

Dated: October 15th, 2025

Respectfully submitted,

By: */s/ Frank E. Lamothe III*
FRANK E. LAMOTHE, III (#07945)
KRISTI S. SCHUBERT (#34870)
LAMOTHE LAW FIRM. LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana 70130
(504) 704-1414
felamothe@lamothefirm.com
kschubert@lamothefirm.com
*Counsel to Survivors*