**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | SECTION A |
| | § | |
| DEBTOR. | § | COMPLEX CASE |
| | § | |

**THIRD AMENDED ORDER SCHEDULING TRIAL AND PRETRIAL DEADLINES IN CONNECTION WITH (I) CONFIRMATION OF PLAN PROPONENTS' JOINT AMENDED PLAN OF REORGANIZATION, (II) MOTIONS TO APPROVE SETTLEMENTS WITH INSURERS, AND (III) THE COURT'S ORDER TO SHOW CAUSE ISSUED AGAINST THE DEBTOR, DATED APRIL 28, 2025[1]**

Before the Court are the following matters:

(i) *Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors* (the "Committee Plan"), [ECF Doc. 3382];

(ii) *Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans, Dated as of September 13, 2024* (the "Debtor Plan"), [ECF Doc. 3384], and *Disclosure Statement, Dated as of September 13, 2024, for the Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans, Dated as of September 13, 2024* (the "Disclosure Statement"), [ECF Doc. 3385], both filed by the Debtor in the above-captioned bankruptcy case; and

(iii) *Order To Show Cause* issued against the Debtor, and dated April 28, 2025 (the "OSC"), [ECF Doc. 3949];

Having determined that evidentiary hearings are needed to resolve certain matters before the Court and for the reasons discussed on the record at status conferences held on June 6, June 13, and June 26, 2025,

---

[1] Per discussions held at the hearing on October 16, 2025, this Scheduling Order is amended to address the Plan Supplements Filing Date and to adjust the deadline to file witness and exhibit lists and exhibits.

**IT IS ORDERED:**

1. On or before **Tuesday, July 15, 2025**, the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and certain parishes and non-debtor affiliates (the "Apostolates" and, collectively with the Debtor and the Committee, the "Plan Proponents") shall file and properly serve (i) any joint amendment to the Committee Plan and the Debtor Plan pursuant to that certain *Memorandum of Understanding* filed May 21, 2025, [ECF Doc. 4020-1] (the "Joint Amended Plan"); (ii) any joint amendment to the Disclosure Statement (the "Joint Amended Disclosure Statement"); and (iii) a motion to approve the Joint Amended Disclosure Statement, to set voting procedures (including approval of solicitation packages), and to approve a noticing protocol (collectively, the "Joint Disclosure Statement Motions").

2. On or before **Tuesday, July 29, 2025**, the Debtor shall file and properly serve any motions seeking approval of settlements with any of its insurers pursuant to Federal Rule of Bankruptcy Procedure 9019 and 11 U.S.C. § 363 (the "9019/363 Motions").

**Evidentiary Hearing and Deadlines Pertaining to the Joint Amended Disclosure Statement and the Joint Disclosure Statement Motions**

3. On or before **Friday, July 25, 2025**, Plan Proponents and any potential objectors to the Joint Amended Disclosure Statement must meet and confer in any attempt to resolve objections to the Joint Amended Disclosure Statement.

4. Any objections to the Joint Amended Disclosure Statement must be filed and properly served on or before **Monday, July 28, 2025**.

5. The Plan Proponents may file and properly serve any reply brief(s) in support of the Joint Amended Disclosure Statement on or before **Wednesday, July 30, 2025**.

6. The Court will hold an evidentiary hearing to consider approval of the Joint Amended Disclosure Statement and the Joint Disclosure Statement Motions on **Thursday, July**

**31, 2025, at 9:30 a.m.** at 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130, which will continue through **Friday, August 1, 2025,** if so required.

    a. Per this Court's General Order 2021-2, available at https://www.laeb.uscourts.gov/, parties in interest may participate in the hearing (i) in person, (ii) by telephone only (Dial-in: 504.517.1385, Conference Code 129611), or (iii) by telephone and video via GoToMeeting, https://gotomeet.me/JudgeGrabill (audio available only by using the Dial-in and Conference Code).

    b. Witness and exhibit lists must be filed and exhibits exchanged among parties in the manner prescribed in § E(8)–(10) of General Order 2021-2 on or before **Tuesday, July 29, 2025, at 5:00 p.m.**

    c. Parties in interest are advised to review § D of General Order 2021-2 for instructions on remote participation in evidentiary hearings.

7. If the Court approves the adequacy of the information contained in the Joint Amended Disclosure Statement and grants the Joint Disclosure Statement Motions, the Plan Proponents shall transmit solicitation packages by mail to holders of claims in voting classes on or before **Friday, August 28, 2025**, in the manner prescribed by further Order of this Court.

**Fact Discovery Pertaining to the Joint Amended Plan, OSC, and 9019/363 Motions**

8. If the Court approves the adequacy of the information contained in the Joint Amended Disclosure Statement and grants the Joint Disclosure Statement Motions, parties in interest are instructed to propound written discovery in the form of **document requests** to any other party in interest on or before **Wednesday, August 6, 2025, at 5:00 p.m.** and file such requests into the record. Document requests must be relevant to the contested matters before the Court, *e.g.*, the Joint Amended Plan, 9019/363 Motions, and/or the OSC. The Court will hold a hearing to pre-approve document requests on **Friday, August 8, at 9:00 a.m.**, after considering the importance of the issues at stake in these contested matters, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Per

General Order 2021-2, parties in interest may participate in the hearing (i) in person, (ii) by telephone only (Dial-in: 504.517.1385, Conference Code 129611), or (iii) by telephone and video via GoToMeeting, https://gotomeet.me/JudgeGrabill (audio available only by using the Dial-in and Conference Code). Nothing herein prevents a party in interest from propounding additional discovery to another party in interest prior to the close of the discovery period; the Court will be available for expedited discovery hearings, but the deadline for the close of discovery will not be extended.

9. The time within which parties to whom document requests are directed must respond in writing under Bankruptcy Rule 7034 is shortened from 30 days to 14 days.

10. On or before **Monday, August 18, 2025**, parties are instructed to file "may call" witness lists into the record, identifying those witnesses a party contemplates calling at trial. These "may call" witness lists do not substitute for parties' final witness lists to be filed in accordance with Paragraph 20 herein.

11. On or before **Monday, August 25, 2025, at 5:00 p.m.** pursuant to Bankruptcy Rules 7026 and 7030, if parties in interest cannot stipulate to the date, time, deponent identity, and/or the scope of inquiry for any requested deposition, the party in interest seeking deposition testimony must file a **Notice of Intent To Take Deposition**, listing the proposed deponent's name, company, and position and, for any Rule 30(b)(6) deposition, including a description of the matters for examination with reasonable particularity. The Court will hold a hearing on **Tuesday, August 26, 2025, at 1:00 p.m.** to resolve any disputes regarding the date, time, length, or scope of depositions.

12. Unless otherwise agreed to by the parties, all depositions will take place at the United States Bankruptcy Court, 500 Poydras Street, Courtroom 705, New Orleans, Louisiana

70130. Remote participation in depositions is available by agreement of the parties (Dial-in for audio: 504.517.1385, Conference Code 307655; Video using the dial-in for audio: https://gotomeet.me/USBC_EDLA). The party in interest seeking deposition testimony is required to provide the Court with the name and contact information (including e-mail address) of the transcriptionist (and videographer upon agreement of the parties to video the deposition) by e-mailing Melanie_Quijano@laeb.uscourts.gov no later than 5:00 p.m. two days prior to any scheduled depositions. The Court will be available to resolve any disputes among the parties that arise during the course of depositions.

**Expert Discovery Pertaining to the Joint Amended Plan, OSC, and 9019/363 Motions**

13. On or before **Thursday, September 4, 2025**, Plan Proponents must designate any witnesses who will provide expert testimony at the evidentiary hearing connected to the Joint Amended Plan, OSC, and 9019/363 Motions and provide counterparties with expert report(s).

14. On or before **Monday, October 6, 2025**, counterparties must designate any witnesses who will provide rebuttal expert testimony at the evidentiary hearing connected to the Joint Amended Plan, OSC, and 9019/363 Motions and provide Plan Proponents with rebuttal expert report(s).

15. All fact and expert discovery must be completed on or before **Friday, October 31, 2025**.

**Pretrial Deadlines Pertaining to the Joint Amended Plan, 9019/363 Motions, and OSC**

16. In accordance with Sections 223 and 224 of Exhibit A to the Joint Amended Plan, [ECF Doc. 4419-1], the Plan Supplements must be filed on or before **Monday, October 27, 2025** (the "Plan Supplements Filing Date").

17. If the Court approves the adequacy of the information contained in the Joint Amended Disclosure Statement and grants the Joint Disclosure Statement Motions, the deadline to vote to accept or reject the Joint Amended Plan is **Wednesday, October 29, 2025**.

18. Any final response or objection to confirmation of the Joint Amended Plan and/or any 9019/363 Motion must be filed and properly served on or before **Thursday, November 6, 2025**.

19. Any motions filed pursuant to 11 U.S.C. § 1126(e) ("1126(e) Motions") must be filed and properly served on or before **Friday, October 31, 2025**, and set for hearing at 9:00 a.m. on the first day of trial. Oppositions to 1126(e) Motions must be filed and properly served on or before **Thursday, November 6, 2025, at 4:00 p.m.** Reply briefs filed in support of 1126(e) Motions may be filed on or before **Friday, November 7, 2025**.

20. Witness and exhibit lists must be filed and exhibits exchanged among parties in the manner prescribed in § E(8)–(9) of General Order 2021-2 on or before **Tuesday, November 4, 2025**.[2]

21. The Debtor through its Solicitation Agent must file a final voting report on or before **Thursday, November 6, 2025**; that date may only be extended pursuant to further Order of this Court.

22. The Plan Proponents may file and properly serve reply brief(s) in support of confirmation of the Joint Amended Plan and 9019/363 Motions on or before **Friday, November 14, 2025**.

---

[2] Counsel are encouraged to contact Courtroom Deputy Allen McIllwain (Allen_McIllwain@laeb.uscourts.gov or 504.589.7829) in the weeks leading up to the first day of trial to discuss logistics for presenting documentary evidence in the courtroom via GoToMeeting or to gain access to the courtroom for a demonstration.

23. The Court will hold a pretrial conference on **Wednesday, November 12, 2025, at 9:30 a.m.** Per General Order 2021-2, parties in interest may participate in the hearing (i) in person, (ii) by telephone only (Dial-in: 504.517.1385, Conference Code 129611), or (iii) by telephone and video via GoToMeeting, https://gotomeet.me/JudgeGrabill (audio available only by using the Dial-in and Conference Code).

24. In anticipation of the November 12, 2025, Pretrial Conference, the Plan Proponents and any objectors to the Amended Plan and/or 9019/363 Motions must file into the record a joint proposed Pretrial Order, substantially in the form attached hereto as **Exhibit A** on **Tuesday, November 11, 2025, at Noon**.

25. Motions in limine must be filed and properly served on or before **Friday, November 7, 2025**, and noticed for hearing on the day of the Pretrial Conference, **Wednesday, November 12, 2025, at 9:30 a.m.** Oppositions or responses to any motion in limine must be filed on or before **Monday, November 10, 2025, at Noon**. The Court will rule on motions in limine on the papers.

**Evidentiary Hearing Dates and Deadlines Pertaining to the Joint Amended Plan, 9019/363 Motions, and OSC**

26. The Court will hold an evidentiary hearing to decide confirmation of the Joint Amended Plan and resolve all 9019/363 Motions and OSC on the following dates and times:

   a. **Monday, November 17, 2025, from 9:00 a.m. to 6:00 p.m.**[3]

   b. **Tuesday, November 18, 2025, from 9:00 a.m. to 6:00 p.m.**

   c. **Thursday, November 20, 2025, from 9:00 a.m. to 6:00 p.m.**

   d. **Friday, November 21, 2025, from 9:00 a.m. to 6:00 p.m.**

---

[3] Depending on the trial's progress, the Court may extend the hours of the trial with notice to parties.

7

    e.    **Monday, November 24, 2025, from 9:00 a.m. to 6:00 p.m.**[4]

    f.    **Tuesday, November 25, 2025, from 9:00 a.m. to 6:00 p.m.**

    g.    **Monday, December 1, 2025, from 9:00 a.m. to 6:00 p.m.**

    h.    **Tuesday, December 2, 2025, from 9:00 a.m. to 6:00 p.m.**

27.    As the Court is well familiar with the disputes in this case and to ensure the best use of the parties' time and resources, the Court will dispense with opening arguments. Parties in interest will proceed to the presentation of evidence after the Court rules on any pending 1126(e) Motions and hears argument concerning (a) first-day motions of the Additional Debtors and (b) 9019/363 Motions.

28.    The portion of the evidentiary hearing occurring on **Tuesday, December 2, 2025,** is reserved for the Court to hear testimony and argument from *pro se* proponents or opponents of the Joint Amended Plan and 9019/363 Motions who have filed a timely response into the record, as well as individual abuse survivors who wish to testify in open court, whether represented by counsel or not. Any individual abuse survivor who has filed a Proof of Claim asserting a claim against the Debtor or any of the Apostolates and wishes to testify in open court must file a **Notice of Intent To Testify in Plan Confirmation Proceedings** in the form attached hereto as **Exhibit B** at any time on or before **Monday, December 1, 2025, at Noon**. Abuse survivor statements will be made in narrative form. Depending on the number of individuals seeking to testify, the Court may impose time limitations on individual testimony. The Court strongly prefers that *pro se* claimants and individual abuse survivors testify in person; however, upon a showing that an individual witness is unable to appear in person due to medical issues or incarceration, the Court will accept remote testimony from that individual provided that the procedure outlined in § D of

---

[4]    The Court will break between 2:00 p.m. and 3:00 p.m.

this Court's Amended General Order 2021-2, available at https://www.laeb.uscourts.gov/, is followed.

29. To the extent allowed by Federal Rule of Civil Procedure 32, if deposition testimony is introduced into evidence in lieu of live testimony, the parties must file deposition designations and counter-designations as well as any objections into the record before the close of evidence. The party in interest seeking to offer the deposition testimony must deliver to chambers before the close of evidence one set of hard copies of all full deposition transcripts it plans to use with designations and counter-designations highlighted in different colors. The Court will issue an Order resolving objections on the papers.

30. After the close of evidence, closing statements will be allowed on **Thursday, December 4, at 9:00 a.m.** in accordance with directions to be provided by the Court.

| Summary of Trial and Pretrial Deadlines ||
|---|---|
| Event | Date |
| * Plan Proponents file Joint Amended Plan, Joint Amended Disclosure Statements & Joint Disclosure Statement Motions | Tuesday, July 15, 2025 |
| * Plan Proponents and potential objectors meet and confer to attempt resolution of Joint Amended Disclosure Statement objections | Friday, July 25, 2025 |
| * Deadline to file objections to Joint Amended Disclosure Statement | Monday, July 28, 2025 |
| * Deadline for Debtor to file 9019/363 Motions<br>* Deadline to file witness & exhibit lists for hearing on Joint Amended Disclosure Statement | Tuesday, July 29, 2025 |
| * Deadline for Plan Proponents to file reply briefs in support of Joint Amended Disclosure Statement | Wednesday, July 30, 2025 |
| * Hearing on Joint Amended Disclosure Statement | Thursday, July 31 & Friday, August 1, 2025 |
| * Deadline to propound document requests | Wednesday, August 6, 2025 |
| * Hearing to preapprove document requests | Friday, August 8, 2025 |
| * Deadline to file "may call" witness lists | Monday, August 18, 2025 |
| * Deadline to file notices of intent to take depositions | Monday, August 25, 2025 |
| * Hearing to preapprove depositions and deposition schedule | Tuesday, August 26, 2025 |
| * Deadline for Plan Proponents to transmit solicitation packages | Friday, August 28, 2025 |
| * Deadline for Plan Proponents to designate experts/provide expert reports | Thursday, September 4, 2025 |
| * Deadline for counterparties to designate rebuttal experts/provide rebuttal expert reports | Monday, October 6, 2025 |
| * Plan Supplements Filing Date | Monday, October 27, 2025 |
| * Deadline to vote to accept or reject the Joint Amended Plan | Wednesday, October 29, 2025 |

| | |
|---|---|
| * Deadline to complete all fact and expert discovery<br>* Deadline to file 1126(e) Motions | Friday, October 31, 2025 |
| * Deadline to file witness & exhibit lists for hearing on Joint Amended Plan, 9019/363 Motions, & OSC | Tuesday, November 4, 2025 |
| * Deadline for Debtor's Solicitation Agent to file final voting report<br>* Deadline to file final responses or objections to Joint Amended Plan and/or 9019/363 Motions<br>* Deadline to file oppositions to 1126(e) Motions | Thursday, November 6, 2025 |
| * Deadline to file motions in limine<br>* Deadline to file reply briefs in support of 1126(e) Motions | Friday, November 7, 2025 |
| * Deadline to file oppositions to motions in limine | Monday, November 10, 2025 |
| * Deadline to file proposed Pretrial Order | Tuesday, November 11, 2025 |
| * Final Pretrial Conference & hearing on motions in limine | Wednesday, November 12, 2025 |
| * Deadline for Plan Proponents to file reply briefs in favor of Joint Amended Plan & 9019/363 Motions | Friday, November 14, 2025 |
| * Evidentiary Hearing on Joint Amended Plan, 9019/363 Motions, & OSC | Monday, November 17, 2025<br>Tuesday, November 18, 2025<br>Thursday, November 20, 2025<br>Friday, November 21, 2025<br>Monday, November 24, 2025<br>Tuesday, November 25, 2025<br>Monday, December 1, 2025<br>Tuesday, December 2, 2025 |
| * Deadline to file Notice of Intent To Testify in Plan Confirmation Proceeding | Monday, December 1, 2025 |
| * Closing Statements | Thursday, December 4, 2025 |

      31.    The evidentiary hearing will be held at the United States Bankruptcy Court, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.

    a.    Per this Court's General Order 2021-2, available at https://www.laeb.uscourts.gov/, parties in interest may participate in the hearing (i) in person, (ii) by telephone only (Dial-in: 504.517.1385, Conference Code 129611), or (iii) by telephone and video via GoToMeeting, https://gotomeet.me/JudgeGrabill (audio available only by using the Dial-in and Conference Code).

    b.    Parties in interest are advised to review § D of General Order 2021-2 for instructions on remote participation in evidentiary hearings.

    c.    As a public accommodation, Courtroom 705 will serve as an auxiliary courtroom with audio and video capabilities to allow observation of live proceedings.

      32.    **Transcribing the Hearings.** The Court will record all hearings scheduled herein, but will not issue contemporaneous transcripts. If a party wishes to obtain an expedited transcript

of any hearing, the party may hire a private transcriptionist(s) who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of transcription. The transcriptionist(s) must transcribe the entire hearing. The party must provide the Court with the name of individual transcriptionists and contact information (including e-mail addresses) by e-mailing Melanie_Quijano@laeb.uscourts.gov no later than **two days before any hearing scheduled in this Order, at 5:00 p.m.** Unless there is good cause to decide otherwise, the Court will accept the transcriptionist's certified transcript of the entire hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov. If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterward from the recording of the hearing by e-mailing Jennifer Nunnery in the Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

**IT IS FURTHER ORDERED** that the Debtor is instructed to coordinate with the Committee to serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, and any Orders limiting notice, and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 17, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

## PRETRIAL NOTICE

**IT IS ORDERED** that, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, a Pretrial Conference will be held in chambers before Judge Meredith S. Grabill, Section "A," in the case captioned in the attached Scheduling Order.

The purpose of the Pretrial Conference is to secure a just and speedy determination of the issues.

The procedure necessary for the preparation of the formal joint pretrial order that will be reviewed and entered at the Pretrial Conference is as follows:

I.

The proposed joint pretrial order must be electronically filed into the record by **Noon on Tuesday, November 11, 2025**. The proposed pretrial order shall bear electronic signatures of all counsel when it is filed with the Court. Following the Pretrial Conference, the Court will file the signed pretrial order into the record, after any necessary modifications are made to it.

II.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Counsel for all parties shall confer at their earliest convenience for the purpose of arriving at all possible stipulations and to exchange copies of documents that will be offered into evidence at trial as required by the Scheduling Order. It shall be the duty of counsel for the Debtor to initiate that conference and the duty of other counsel to respond timely. If, after reasonable effort, any party cannot obtain the cooperation of other counsel, that party shall notify the Court. The Court will hold a conference as soon as practicable to resolve disputes.

III.

All pending motions and all special issues or defenses raised in the pleadings must be called to the Court's attention in the proposed pretrial order.

IX.

The proposed pretrial order shall set forth and include:

1. The date of the Pretrial Conference.

2. Appearance of counsel at the Pretrial Conference with the parties each represents, identified by

    a. Proponents and Supporters of the Joint Amended Plan (or the settlements incorporated therein);

    b. Opponents of the Joint Amended Plan (or the settlements incorporated therein);

3. A list and description of any motions pending or contemplated, and any special issues appropriate for determination in advance of trial on the merits. If the Court at any prior hearing has indicated that it would decide certain matters at the time of the Pretrial Conference, a brief summary of those matters and the position of each party with respect thereto should be included in the pretrial order.

4. For each party, a list and description of exhibits intended to be introduced at trial. The Exhibit List shall identify those exhibits to which the parties stipulate as to authenticity and relevancy.[1] Unless otherwise ordered by the Court, only exhibits included on the exhibit list shall be included for use at trial. The Exhibit List shall also identify any exhibits that are subject to the Court's Protective Order issued in this case.

5. A list and brief description of any demonstrative items, such as charts, graphs, models, schematic designs, and similar objects which counsel intend to use in closing statements. In the pretrial order, the parties shall either stipulate that they have no objection to the use of any of the demonstrative exhibits or provide a statement of the objections to their use.

6. For each party, a list of fact and expert witnesses who will be and may be called to testify at trial, including each witness's name, address, and a statement of the general subject matter of their testimony (*i.e.*, please list more of a description than merely "fact," "medical," or "expert"). The list of fact and expert witnesses shall include a statement that the fact and expert witness lists were filed in accordance with the Court's prior court orders.

7. Expert witnesses who are required to submit disclosure reports under Rule 26(a)(2)(B), but whose reports have not been timely furnished to opposing counsel, shall not be permitted to testify, nor shall those experts be permitted to testify to opinions not included in timely furnished reports. A witness who is excluded from the witness list shall be allowed to testify only by agreement of all parties and if that addition does not affect the trial date. Those restrictions do not apply to rebuttal witnesses or to documents which necessity cannot be reasonably anticipated.

8. The parties shall propose a schedule of witnesses to be called to testify on each day of trial, except for Tuesday, December 2, 2025, working to minimize imposition on witnesses. All witnesses must appear in the courtroom at the start of trial; afterward,

---

[1] Regardless of the parties' stipulations as to authenticity and relevancy, the Court will only consider exhibits actually admitted at trial. If a trial involves extensive documentary evidence, the Court may require parties to submit post-trial briefing, listing each exhibit admitted at trial and the issue of fact which the document was used to prove.

    the Court and the parties shall make best efforts to adhere to the trial schedule, but may adjust the trial schedule as needed.

9. The statement: "This pretrial order has been formulated after the Pretrial Conference at which counsel for the respective parties have appeared. Counsel have been afforded reasonable opportunity to make corrections and/or additions prior to signing. Hereafter, this Pretrial Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by the Court to prevent manifest injustice."

10. The proposed pretrial order must contain appropriate signature spaces for counsel for all parties and the Judge.

11. Each numbered paragraph of the proposed pretrial order shall be preceded by a heading descriptive of its content.

**IT IS FURTHER ORDERED** that the Bankruptcy Clerk's Office is directed to mail and/or e-mail the foregoing Pretrial Notice to counsel of record for all parties to this case and that counsel will comply with the directions set forth herein.

New Orleans, Louisiana, October 17, 2025.

_____
    MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>SECTION A |
| DEBTOR.[1] | § § § | COMPLEX CASE |

**NOTICE OF INTENT TO TESTIFY IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Third Amended Order Scheduling Trial and Pretrial Deadlines in Connection with (i) Confirmation of Plan Proponents' Joint Amended Plan of Reorganization, (ii) Motions To Approve Settlements with Insurers, and (iii) the Court's Order To Show Cause Issued Against the Debtor and Dated April 28, 2025*, issued by the Court on October 17, 2025, (the "Scheduling Order"), [ECF Doc. 4506], [INSERT INDIVIDUAL'S NAME] hereby provides notice of intent to testify in open court on Tuesday, December 2, 2025.

I certify that I have filed a proof of claim in the above-referenced case or in any bankruptcy case filed by the Apostolates as so identified in the Court's Scheduling Order and in pleadings filed in the Debtor's case.

Dated: [INSERT]:

_____
PRINTED NAME

_____
SIGNATURE

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Avenue, New Orleans, LA 70125.