UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**ORDER**

Before the Court is *Certain Abuse Survivors' Motion to Depose United States Fidelity & Guaranty Company, Affiliate of Travelers Indemnity Company* (the "Motion"), [ECF Doc. 4453]; and the response to the Motion, [ECF Doc. 4476], filed by United States Fidelity & Guaranty Company, affiliate of Travelers Indemnity Company ("Travelers"). The Motion is scheduled for a status conference on October 21, 2025, to discuss the remaining relief requested in the Motion.

Upon agreement of the parties, and considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the status conference to discuss the status of the Motion is **CONTINUED** to **Wednesday, November 12, 2025, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the deposition of Travelers shall be conducted on one of the following dates: November 12, 13, or 14, with the specific date to be determined upon confirmation by Travelers' counsel.

**IT IS FURTHER ORDERED** that Travelers or counsel for Certain Abuse Survivors shall contact Courtroom Deputy Allen McIllwain (Allen_McIllwain@laeb.uscourts.gov or 504.589.7829) on or before **Friday, November 7, 2025**, to notify the Court of the date and location of the deposition of Travelers.

**IT IS FURTHER ORDERED** that Travelers is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail as soon as practicable on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 21, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE