**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** ) | |
| **THE ARCHDIOCESE OF NEW** ) | **Section "A"** |
| **ORLEANS,** ) | |
| ) | **Chapter 11** |
| **Debtor.[1]** ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 21, 2025, I caused a true and correct copy of the following pleading to be served on all parties not receiving electronic notice through this Court's CM/ECF system as set forth on the attached mailing matrix via first-class United States mail, postage prepaid.

**ECF DOC 4511 – ORDER TO CONTINUE STATUS CONFERENCE ON MOTION TO DEPOSE USF&G, AFFILIATE OF TRAVELERS**

Dated: October 21, 2025   Respectfully submitted,

**DENTONS US LLP**

By: /s/ *Patrick C. Maxcy*
Patrick C. Maxcy (IL #6275469)
M. Keith Moskowitz (IL #6274101)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6362
(312) 876-8000 – Telephone
patrick.maxcy@dentons.com
keith.moskowitz@dentons.com

Jerry A. Beatmann, Jr. (LA #26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
(504) 524-5446 - Telephone
jay.beatmann@dentons.com

*Attorneys for United States Fidelity & Guaranty Company*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**SERVICE LIST**

Advanced Reconstructive Care
Dr. Ravin Tandon
3900 Veterans Memorial Blvd
Suite 200
Metairie LA 70002

Ava Law Group, Inc.
Andrew Van Arsdale
2718 Montana Avenue Ste 222
Billings MT 59101

Bsn Sports
Kent Labor, Cfo
14460 Varsity Brands Way
Farmers Branch TX 75244-1200

Crescent Door & Hardware Inc.
Neuville C. Hotstream Sr.
6100 Humphreys St
New Orleans LA 70123

DKI Office Furniture & Supplies
Mike Jacobs
5530 Jefferson Hwy
New Orleans LA 70123

U.S. Dept Of Treasury
1500 Pennsylvania Ave NW
Washington DC 20220

The Roman Catholic Church
Archdiocese Of New Orleans
Attn: General Counsel
7887 Walmsley Ave
New Orleans, LA 70125

Internal Revenue Svc
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Louisiana Dept Of Environmental Quality
602 North Fifth St
Baton Rouge LA 70802

Louisiana Dept Of Work Force Commission
1001 N 23rd St
Baton Rouge LA 70802

Amerigroup La
Po Box 28147
New York NY 10087

Badia Moro Hewett Architects LLC
Terrill Hewett
2014 Jena St
New Orleans LA 70115

City Of New Orleans
Dept Of Finance
Bureau Of Revenue
Po Box 61840
New Orleans LA 70161-1840

Dell Financial Svc LP
Mall Stop P82df
23 One Dell Way
Round Rock TX 78682

Ochsner Health System
Stephanie Wells
1514 Jefferson Highway
New Orleans LA 70121

Huber Thomas & Marcelle LLP
Stephen M Huber
1100 Poydras St, Ste 2200
New Orleans LA 70163

Ks State Bank
1010 Westloop
Po Box 69
Manhattan KS 66505-0069

Jefferson Parish Sheriff's Office
Bureau Of Revenue And Taxation
Sales Tax Division
Po Box 248
Gretna LA 70054

Louisiana Dept Of Labor
1001 North 23rd St
Po Box 94094
Baton Rouge LA 70804-9094

Louisiana Public Facilities
Authority
2237 S Acadian Thruway
Suite 650
Baton Rouge LA 70808

Atmos Energy Louisiana
Christopher T. Forsythe, CTO
818 Eraste Landry Road
Lafayette LA 70506

Brown Rice Marketing LLC Mark W Brown
476 Metairie Road Ste 202
Metairie LA 70005

Corass Electrical Svc
Edward Corass III
Po Box 73729
Metairie LA70033-3720

First Bank And Trust
James R Noel
118 Lake Drive
Covington LA 70433

Occupational Safety And Health
Administration
A Maceo Smith Federal Bldg
525 Griffin St Ste 602
Dallas TX 75202

Vermont Dept Of Financial Regulation
Mr David Provost CFE
Deputy Commissioner – Captive Insurance
89 Main St
Montpelier VT 05620-3101

Internal Revenue Svc Office
 Of District Counsel
PO Box 30509
New Orleans LA 70190

Louisiana Children's Medical Center
Jenny Barnett-Sarpalius CFTO
200 Henry Clay Ave
New Orleans, LA 70118

Louisiana Dept Of Revenue
617 North Third St
Po Box 201
Baton Rouge LA70802

Luba Casualty Insurance Co
Steve Werner, CPA, Cia
2351 Energy Dr
Ste 2000
Baton Rouge LA 70808

George G. Angelus, Plc
George G. Angelus
700 Camp Street
New Orleans, LA 70130

Vasquez Law
Jessice Vasquez, Esq
400 Poydras St., Ste 400
New Orleans, LA 70130

White Oak Consulting
Paul A. Breaux
88 Melrose Dr
Destrehan LA 70047

Gregory A Pletsch & Associates
(A Professional Law Corporation)
Gregory A. Pletsch
1111 Founders Drive, Suite 500
Baton Rouge, LA 70810

Hinshaw & Culbertson LLP
Heather Lasalle Alexis Esq
400 Poydras Street, Suite 3150
New Orleans, LA 70130

Dept Of The Treasury
Internal Revenue Svc
Ogden, Ut 84201-0005

U.S. Dept Of Labor Osha
Osha Region 4
525 Griffin St, Ste 602
Dallas, TX 75202

Damon J Baldone & Associates
Damon J Baldone, Esq.
162 Orleans Blvd
Houma, LA 70364

Sheriff And Ex Officio Tax Collector
Jerry Larpenter
Parish Of Terrebone
P.O. Box 1990
Gray, LA 70359

U.S. Dept Of Justice
940 Pennsylvania Ave NW
Washington D.C. 20530-0001

U.S. Dept Of Labor
Office Of Chief Counsel
200 Constitution Ave NW
Washington DC 20210

Entergy
Sean D Moore Asst Gc
639 Loyola Ave
Ste 300 / L-Ent-26c
New Orleans LA 70113

Gallagher Benefit Svc Inc
Eric Pearson
2850 West Golf Rd
5th Fl
Rolling Meadows LA 60008

Judge Michael Hogan
Po Box 1375
Eugene OR 97440

Mccarter & English LLP
Richard A Beran; John C Kelly
Four Gateway Center
100 Mulberry St
Newark NJ 07102

Metrostudio LLC
Heather Gorman
6501 Spanish Fort Blvd
New Orleans LA 70124

Pachulski Stang Ziehl & Jones LLP
James I Stang
10100 Santa MonicA Blvd.,13th Fl
Los Angeles CA 90067

Russell Pottharst
P O Box 13281
Los Angeles CA 90013

Whitney Bank Corporate Trust
Corporate Trust
Elizabeth Zeigler
445 North Blvd., Ste 201
Baton Rouge LA 70802

Rgent Institutional Trust Company
Kevin M Dobrava, Managing Director
Formerly TMI Trust Company
5901 Peachtree Dunwoody Rd
Ste C-495
Atlanta GA 30328

Blank Rome LLP
1825 Eye St NW
Washington DC 20006

Brt Energy Advisors, LLC
10810 Katy Fwy
Houston TX 77043

Couhig Partners, LLC
1100 Poydras St Ste 3250
New Orleans LA 70163

Edgar Stewart Spielman
On Behalf Of Creditor
Capital One National Association
Hinshaw And Culbertson LLP II City Plaza
400 Convention St, Ste 1001
Baton Rouge LA 70801

Environmental Protection Agency
Office Of General Counsel
Ariel Rios Bldg
1200 Pennsylvania Ave NW
Mail Code 2310a
Washington DC 20460

Hahn Enterprises, Inc.
Tania E. Hahn
3702 Bienville St
New Orleans LA 70119

Hancock Whitney Bank
Po Box 4019
Gulfport MS 39502-4019

Hancock Whitney Bank
Bankruptcy Dept
2510 14th St
Gulfport MS 39501

Hancock Whitney Bank
Credit Card Center
P O Box 23070
Columbus GA 31902-3070

Hancock Whitney Bank
5328 Government St
Baton Rouge LA 70806

Internal Revenue Svc
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington DC 20004-2541

Internal Revenue Svc
1555 Poydras St
Ste 220 M/S 31
New Orleans LA 70112

J S
2610 W Sam Houston Pkwy
#200
Houston TX 77042

Joshua Jilovec On Behalf
Of Interested Party
International Insurance Co
Omelveny And Myers LLP
700 Louisiana Ste 2900
Houston TX 77002

Joshua Jilovec On Behalf
Of Interested Party
United States Fire Insurance Co
Omelveny And Myers LLP
700 Louisiana Ste 2900
Houston TX 77002

Kim M Braud
Po Box 741505
New Orleans LA 70174

Louisiana Dept Of Revenue
Sales Tax Division
Po Box 3138
Baton Rouge LA 70821-0201

Louisiana Dept Of Work
Force Commission
1001 N 23rd St
Baton Rouge LA 70802

Meitler Consultants, Inc
Tom Heding
39 Beechwood Rd
Summit NJ 07901

Michael L Deshazo On Behalf
Of Defendant
Catholic Charities Archdiocese
Of New Orleans
832 W Boston St Ste 6
Covington LA 70433-2940

Miguel A Elias On Behalf Of
Interested Party Fr Jb
285 West Esplanade Ave
Ste 303
Kenner LA 70065

Occupational Safety And
Health Administration
A Maceo Smith Federal Bldg
525 Griffin St Ste 602
Dallas TX 75202

Ochsner Health System
Stephanie Wells
1514 Jefferson Highway
New Orleans LA 70121

Ochsner Health System
Stephanie Wells
1514 Jefferson Highway
New Orleans LA 70121

Pachulski Stang Ziehl & Jones LLP
Joshua M Fried
1 Sansome St Ste 3430
San Francisco CA 94104-4436

Ryan Seidemann On Behalf
Of Interested Party
State Of Louisiana
Louisiana Cemetery Board
Louisiana Dept Of Justice
1885 North Third St
Baton Rouge LA 70802

Swati Parashar On
Behalf Of Debtor
The Roman Catholic Church
For The Archdiocese Of New Orleans
Jones Walker
811 Main St, Ste 2900
Houston TX 77002

The Bank Of New York Trust Co Na
601 Poydras St
Ste 2225
New Orleans LA 70130

U.S. Dept Of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

U.S. Dept Of Labor
Office Of Chief Counsel
200 Constitution Ave NW
Washington DC 20210

U.S. Dept Of Labor OSHA
Osha Region 4
525 Griffin St Ste 602
Dallas TX 75202

U.S. Dept Of The Treasury
Internal Revenue Svc
Po Box 806532
Cincinnati OH 45280-6532

Wright National Flood Insurance
Patty Templeton-Jones
Po Box 33070
St Petersburg FL 33733-8070