UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

## CERTIFICATE OF SERVICE

Pursuant to this Court's Order on Solicitation and Voting Procedures [Rec. Doc. 4253], the undersigned counsel certifies that, within 72 hours of receipt, the Class 3 Solicitation Packages were forwarded on October 23, 2025 by electronic mail on the creditors and/or Abuse Claimants listed below who, to protect their confidentiality, are identified by their respective Claim ID numbers:

**ESAS-387**

**ESAS-388**

I, Craig M. Robinson, believe that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Respectfully submitted,

/s/ Craig M. Robinson
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

*Attorneys for Claimants*

[1]

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

                                        **/s/ Craig M. Robinson**
                                        **CRAIG M. ROBINSON**