UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

**FOURTH AMENDED ORDER**[1]

The Court held a status conference on September 9, 2025.

For the reasons stated on the record,

**IT IS ORDERED** that, for the convenience of the parties, depositions noticed on the record in this case in preparation for the contested confirmation hearing scheduled to begin on November 17, 2025, will take place at the United States Bankruptcy Court, 500 Poydras Street, Courtroom B-705, New Orleans, Louisiana 70130, unless otherwise agreed to by the parties.[2]

**IT IS FURTHER ORDERED** that, because attendance at the depositions is not open to the public and is available only to parties in interest and counsel, counsel noticing the deposition must send to Courtroom Deputy Allen McIlwain (Allen_McIlwain@laeb.uscourts.gov) on or before 5:00 p.m. the day before a noticed deposition a list of names, e-mails, and telephone numbers of those parties in interest and counsel who may observe or participate in a given deposition in person or remotely.

---

[1] This Fourth Amended Order amends and supersedes this Court's *Third Amended Order* dated October 9, 2025, [ECF Doc. 4481], to update the deposition schedule.

[2] Upon agreement by the parties, the deposition of Roux will take place in Chicago and the deposition of Don Massey will take place at the law offices of Troutman Pepper Locke LLP, 601 Poydras Street, Ste. 2660, New Orleans, Louisiana 70130. Parties in interest and counsel wishing to observe or participate in the deposition of Don Massey may be present at the law office of Troutman Pepper Locke LLP or obtain information on remote participation from Samantha Ruben (samantha.ruben@dentons.com).

**IT IS FURTHER ORDERED** that depositions will occur as identified in the table below:

| Witness | Date | Start Time |
|---|---|---|
| * Dirk Wild | Tuesday, October 7, 2025 | 9:30 a.m. |
| * Patrick Carr | Tuesday, October 7, 2025 | 1:30 p.m. |
| * A corporate representative for Stout Risius Ross, LLC | Wednesday, October 8, 2025 | 9:30 a.m. |
| * A corporate representative for The McEnery Company | Thursday, October 9, 2025 | 9:30 a.m. |
| * Archbishop Gregory M. Aymond | Friday, October 10, 2025, and additional day TBD[3] | 9:30 a.m. (limited to 8 hours total pending further Court Order per ECF Doc. 4320) |
| * Lee Eagan | Tuesday, October 21, 2025 | 10:30 a.m. |
| * A corporate representative for Keegan Linscott & Associates, PC | Wednesday, October 22, 2025 | 9:30 a.m. |
| * A corporate representative for BDO Consulting | Thursday, October 23, 2025 | 9:30 a.m. |
| * Don Massey | Thursday, October 23, 2025 | 1:30 p.m. |
| * Richard Arsenault | Wednesday, October 29, 2025 | 10:00 a.m. |
| * A representative for The Official Committee of Unsecured Creditors | Wednesday, October 29, 2025 | 1:30 p.m. |
| * A corporate representative for Roux | Thursday, October 30, 2025 | 9:30 a.m. |
| * A representative for the Debtor | Friday, October 31, 2025 | 9:30 a.m. |
| * A representative for the Additional Debtors[4] | Friday, October 31, 2025 | 9:30 a.m. |
| * A representative for United States Fidelity & Guaranty Company | TBD on or before Friday, November 7, 2025 | TBD |
| * A representative for Argent Institutional Trust Company, as indenture trustee | TBD | TBD |

**IT IS FURTHER ORDERED** that the Court will be available to rule immediately on any disputes that arise during the course of any deposition.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules,

---

[3] Plan Proponents are instructed to update the Court with scheduling information as soon as it becomes available.

[4] The Additional Debtors are those entities listed on Exhibit B-1 attached to the proposed plan of reorganization dated September 8, 2025, [ECF Doc. 4331-2].

2

this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 28, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE