UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is *Argent Institutional Trust Company, as Indenture Trustee's Emergency Request for a Status Conference* (the "Request"), [ECF Doc. 4523].

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Request is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall hold a status conference on **Thursday, October 30, 2025, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

**IT IS FURTHER ORDERED** that any responses to the statements made in the request shall be filed and properly served on or before **Thursday, October 30, 2025, at 12:00 p.m.**

**IT IS FURTHER ORDERED** that the Argent Institutional Trust Company is instructed to IMMEDIATELY serve this Order by first-class U.S. Mail as soon as practicable on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal

Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 29, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE