**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>　　　　　　　　　　　**Debtor.** | **Case No. 20-10846**<br><br>**Section "A"**<br><br>**Chapter 11** |

## EX PARTE MOTION TO SET STATUS CONFERENCE

**MAY IT PLEASE THE COURT**, Douglas S. Draper, counsel for the Additional Debtors[1] ("Additional Debtors"), respectfully submits this *Ex Parte Motion to Set Status Conference* (the "Motion"), seeking an order from this Court scheduling a status conference to discuss the timing and other issues related to the filing of a Pre-Packaged 11 by the Additional Debtors.

**WHEREFORE,** Douglas S. Draper, counsel for the Additional Debtors, respectfully requests that the Court enter an order scheduling a status conference at 1:30 P.M. on Thursday, October 30, 2025, to be served by the Additional Debtors and granting such other relief as is just and proper.

Dated: November 29, 2025

Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com

---

[1] Those entities listed in the *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of The Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of October 27, 2025* [Dkt. # 4518].

{00384296-2}

Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Counsel for the Additional Debtors*

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, do hereby certify that I caused the above and foregoing to be served on October 29th, 2025, to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- Christine W. Adams    cadams@deshazoadams.com
- H. Kent Aguillard    kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com
- A. Brooke Watford Altazan    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- William Harrell Arata    aratalaw@bellsouth.net
- William Harrell Arata    billarata@aratalaw.net
- David Winston Ardoin    david@amotriallawyers.com, renee@amotriallawyers.com
- John Baay    Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com
- Jerry Beatmann    jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- Alicia M. Bendana    abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- Jacques F. Bezou    jb2@bezou.com, dhenderson@bezou.com
- Richard A. Bordelon    rbordelon@denechaudlaw.com
- Derek T Braslow    dbraslow@actslaw.com
- Brandon A. Brown    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Joseph M. Bruno    jbruno@brunobrunolaw.com
- William Steven Bryant    steven.bryant@lockelord.com
- Elwood F. Cahill    ecahill@shergarner.com
- Andrew William Caine    acaine@pszjlaw.com
- Deborah J Campbell    deborah.campbell@dentons.com
- Linda F Cantor    lcantor@pszjlaw.com
- Daniel J Carr    dcarr@peifferwolf.com
- Clint Casperson    clcasperson@dmillerlaw.com
- Ryan J Cavanaugh    ryan@constantllp.com
- Desiree M. Charbonnet    desi@charbonnetlawfirm.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

{00384296-2}

- Everett J. Cygal    ecygal@schiffhardin.com
- Rodrigo DE Llano    filing@dandell.com
- Scott Edward Delacroix    scottdelacroixlaw@gmail.com
- John H. Denenea    jdenenea@gmail.com
- Ross J. Donnes    ross.donnes@gmail.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Christopher F Edmunds    chrisedmundslaw@gmail.com
- Frank Elliot    frank@nfelaw.com
- Joseph Mark Fisher    mfisher@schiffhardin.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Jeremy Gettes    jgettes@chehardy.com
- William P. Gibbens    billy@semmlaw.com, terri@semmlaw.com
- Soren Erik Gisleson    soren@hkgclaw.com, jchauvin@hhkc.com
- Brodie Glenn    bglenn@bradleyfirm.com
- Alan H. Goodman    alan.goodman@bswllp.com, moorek@bswllp.com
- Stephen Haedicke    stephen@haedickelaw.com
- Ashley J. Heilprin    ashley.heilprin@phelps.com
- Evan Park Howell    ehowell@ephlaw.com
- Erin Pelleteri Howser    epelleteri@bakerdonelson.com
- Stephen Michael Huber    stephen@huberthomaslaw.com
- Sara Hunkler    shunkler@ruggerilaw.com
- Amelia L. Hurt    amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com
- Wayne J. Jablonowski    wjjlaw@bellsouth.net
- Annette W Jarvis    jarvisa@gtlaw.com
- Lillian Jordan    ljordan@donlinrecano.com,
rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Allison Kingsmill    akingsmill@joneswalker.com
- Bradley C. Knapp    brad.knapp@troutman.com, AutoDocket@LockeLord.com
- Dylan K. Knoll    dknoll@denechaudlaw.com
- Omer F. Kuebel    rick.kuebel@troutman.com
- Heather A. LaSalle    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- Frank E. Lamothe    felamothe@lamothefirm.com
- Julien Guy Lamothe    jlamothe@lamothefirm.com
- Mark C. Landry    mlandry@newmanmathis.com
- Darryl T. Landwehr    dtlandwehr@att.net, dtlandwehr@gmail.com
- Joseph J Lowenthal    jlowenthal@joneswalker.com
- Ryan Luminais    rluminais@shergarner.com
- Thomas J. Madigan    tmadigan@shergarner.com, rbailey@shergarner.com
- Wayne A. Maiorana    tmaiorana@newmanmathis.com
- Wilson Lewis Maloz    wmaloz@lpwsl.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Donald Andrew Mau    andy@caseycowley.com
- Patrick Maxcy    patrick.maxcy@dentons.com

{00384296-2}

3

- Ryan Matthew McCabe    ryan@mccabefirm.com, rmccabe@gmail.com
- Collin Roy Melancon    collin@mmcdlaw.com
- Carey L. Menasco    clmenasco@liskow.com
- Andrew D. Mendez    amendez@stonepigman.com
- Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com
- Daniel Adam Meyer    dmeyer@sssfirm.com
- Allen C. Miller    allen.miller@phelps.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Jack E Morris    jem@jemorrislaw.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Kathryn Munson    kwm@stanleyreuter.com
- Colleen A Murphy    murphyc@gtlaw.com
- Brandon Naquin    ban@stanleyreuter.com
- Samantha Oppenheim    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- Dwight C Paulsen    tpaulsen@bradleyfirm.com
- Felecia Y Peavy    felepeavy@juno.com
- Louis Middleton Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com
- Caroline A. Reckler    caroline.reckler@lw.com
- William S. Robbins    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Craig Robinson    craig@rlolegal.com
- Nicholas Rockforte    nicholas@onmyside.com
- Keith A. Rodriguez    Krodriguez@keithrodriguez.com
- Samuel M. Rosamond    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- Richard A Rozanski    richard@rarlaw.net
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Robert Salim    skeeter@salim-beasley.com
- Tancred Schiavoni    tschiavoni@omm.com, nrivera@omm.com
- Kyle D. Schonekas    kyle@semmlaw.com, laura@semmlaw.com;jbailey@semmlaw.com
- Logan E. Schonekas    logan@huberthomaslaw.com
- Kristi Schubert    kschubert@lamothefirm.com
- Bradley J. Schwab    brad@voorhieslaw.com
- Stephen P. Scullin    scullin@carverdarden.com, baradell@carverdarden.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Patrick M. Shelby    rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- Nicholas Smeltz    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- David M Spector    dspector@schiffhardin.com
- Richard C. Stanley    rcs@stanleyreuter.com
- Paul Maury Sterbcow    sterbcow@lksalaw.com
- Roger Stetter    rastetter47@yahoo.com

- Paul Douglas Stewart    dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Kaylin Storey    kstorey@truittlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us
- Margaret Frohn Swetman    krastanis@leakeandersson.com
- Reagan Charleston Thomas    rthomas@awkolaw.com
- Jefferson R. Tillery    jtillery@joneswalker.com
- Andrea V. Timpa    andrea@semmlaw.com, laura@semmlaw.com;rachel@semmlaw.com
- Taylor Townsend    taylor@townsendlaw.com
- Richard Trahant    trahant@trahantlawoffice.com
- Jack E Truitt    btruitt@truittlaw.com, jwertz@truittlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Richard P Voorhies    Richard@voorhieslaw.com, tosha@voorhieslaw.com
- David F. Waguespack    waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- David E. Walle    dwalle@bfrob.com, aadams@bfrob.com
- John W. Waters    jwaters@bfrob.com, aadams@bfrob.com
- Michael Watson    mwatson@michaelcwatson.com
- Regina Wedig    reginawedig@wediglaw.com, rswedig@hotmail.com
- Edward Dirk Wegmann    dwegmann@joneswalker.com
- Joshua D Weinberg    Jweinberg@ruggerilaw.com
- John Randall Whaley    jrwhaley@whaleylaw.com, auburn@whaleylaw.com
- Brittany Rose Wolf-Freedman    bwolf@gainsben.com, ddelger@gainsben.com
- Yongli Yang    yongli.yang@clydeco.us
- Wayne George Zeringue    wzeringue@joneswalker.com
- Michael S. Zerlin    mzerlin@netscape.net

*/s/Douglas S. Draper*