## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | CHAPTER 11<br><br>COMPLEX CASE |
| DEBTOR. | § § § | SECTION A |

### ORDER

The Court held a status conference on October 30, 2025, to discuss *Argent Institutional Trust Company, as Indenture Trustee's Emergency Request for a Status Conference*, [ECF Doc. 4523]. The Debtor amended its proposed plan of reorganization on October 27, 2026. [ECF Doc. 4518]. Argent Institutional Trust Company, as indenture trustee (the "Bond Trustee"), asserts in its filing that the Debtor's amendments "materially and adversely affect the treatment of the Bondholders under the Plan, inject new factual and legal issues into this case and will require additional expert testimony, all of which will require additional discovery and a re-solicitation of the Plan to the holders of Class 6 Claims." [ECF Doc 4523]. The Debtor and the Official Committee of Unsecured Creditors each filed a response to the Bond Trustee's filing, citing procedural deficiencies with the Bond Trustee's filing as well asserting arguments against the requests made by the Bond Trustee. [ECF Docs. 4532 & 4533].

For the reasons stated on the record,

**IT IS ORDERED** that to the extent the Bond Trustee through its filing seeks additional discovery and/or re-solicitation of the Chapter 11 plan of reorganization filed in the above-captioned case to the holders of class 6 claims, the requests are **DENIED**.

**IT IS FURTHER ORDERED** that the Bond Trustee is instructed to serve this Order by first-class U.S. Mail as within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, October 31, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE