**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § § **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** § § § § Debtor.[1] § § | **Case No. 20-10846** Section "A" **Chapter 11** |

**WITNESS AND EXHIBIT LIST OF THE PLAN PROPONENTS IN CONNECTION WITH THE CONFIRMATION HEARING COMMENCING ON MONDAY, NOVEMBER 17, 2025, AT 9:00 A.M.**

The Roman Catholic Church of the Archdiocese New Orleans, the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**Archdiocese**"), the Additional Debtors listed on Joint Plan Exhibit B-1, and the Official Committee of Unsecured Creditors (collectively, the "**Plan Proponents**"), submit this *Witness and Exhibit List* in connection with the following matters scheduled for evidentiary hearing commencing on Monday, November 17, 2025, at 9:00 a.m. CT (the "**Confirmation Hearing**"):

- *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of October 27, 2025*, [ECF No. 4518], (as amended, modified, or supplemented from time to time, the "**Joint Plan**");

- *Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buybacks with Certain Insurers and Granting Related Relief*, [ECF No. 4181], (the "**Insurance Settlement Motion**"); and

- *Order to Show Cause*, dated April 28, 2025, [ECF No. 3949], (the "**OSC**").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## **WITNESSES**

The Plan Proponents may call the following witnesses to testify at the Confirmation Hearing:

|  | **Name** | **Title** | **Fact or Expert Witness?** |
|---|---|---|---|
| 1. | Very Rev. Patrick R. Carr, CPA | Vicar of Finance, Third Vice-President, and Board Member; Pastor of St. Rita Roman Catholic Church, New Orleans, Louisiana | Fact |
| 2. | Lloyd E. Eagan, Jr. | Finance Council Member | Fact |
| 3. | Most Rev. Gregory M. Aymond, D.D. | Archbishop, President, and Board Member | Fact |
| 4. | Most Rev. James F. Checchio, J.C.D. | Coadjutor Archbishop | Fact |
| 5. | Patricia Moody | Abuse Survivor and Chair of the Official Committee of Unsecured Creditors | Fact |
| 6. | Katheryn R. McNally | Managing Director of Stout Risius Ross, LLC (fka The Claro Group, LLC) | Expert |
| 7. | S. Parkerson McEnery | Sponsoring Broker of TMC Realty, LLC d/b/a The McEnery Company | Expert |
| 8. | Christopher G. Linscott, CPA, CFE, CIRA | Director of Keegan Linscott & Associates, PC | Expert |
| 9. | Kristi S. Schubert or Frank E. Lamothe, III | Trial Attorneys at Lamothe Law Firm / Counsel to Abuse Survivors | Fact |
| 10. | Shannon R. Wheatman, Ph.D. | Partner of Signal Interactive Media | Fact |
| 11. | James R. Murray | Partner of Blank Rome LLP | Fact |
| 12. | John Burlacu | Senior Director at Donlin, Recano & Company, LLC | Fact |
| 13. | Any witness designated or called by any other party | | |
| 14. | Any witness needed to authenticate any document | | |
| 15. | Any witness needed to rebut any evidence or testimony | | |
| 16. | Any witness needed for impeachment | | |

## EXHIBITS

The Plan Proponents may use the following exhibits at the Confirmation Hearing:

| Ex. No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of October 27, 2025*, and attached exhibits, [ECF No. 4518], (as may be amended, modified, or supplemented, the "**Joint Plan**") | | | |
| 2 | *Notice of Filing Plan Supplements* and attached exhibits, [ECF No. 4520], (as may be amended, modified, or supplemented, the "**Plan Supplements**") | | | |
| 3 | *Second Amended Modified Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, and attached exhibits, [ECF No. 4242], (the "**Disclosure Statement**") | | | |
| 4 | *Affidavit of Donlin Recano and Company, Inc. Regarding Service of Solicitation Packages with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF No. 4336] | | | |
| 5 | *Supplemental Affidavit of Donlin Recano and Company, Inc. Regarding Service of Solicitation Packages with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF No. 4538] | | | |
| 6 | *Affidavit of Service* of Jennifer Goode of Donlin, Recano & Company, LLC, Regarding Service of the Additional Debtors' Notice Package | | | |
| 7 | *Declaration of Shannon R. Wheatman, Ph.D., in Support of Supplemental Notice Plan*, [ECF No. 4152-2], (the "**Initial Wheatman Declaration**") | | | |

| | | | | |
|---|---|---|---|---|
| 8 | *Declaration of Shannon R. Wheatman, Ph.D., of Signal Interactive Media Regarding Proof of Publication and Compliance with the Supplemental Notice Plan* (the "**Wheatman Implementation Declaration**") | | | |
| 9 | *Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Second Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of August 6, 2025*, [ECF No. 4543], (the "**Burlacu Declaration**" or "**Final Voting Report**") | | | |
| 10 | *Declaration of James R. Murray in Support of Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buy-Backs with Certain Insurers and Granting Related Relief* (the "**Murray Declaration**") | | | |
| 11 | *Declaration of Fr. Patrick R. Carr in Support of Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buy-Backs with Certain Insurers and Granting Related Relief* (the "**Carr Declaration**") | | | |
| 12 | *Expert Report of Katheryn R. McNally of Stout Risius Ross, LLC, dated September 4, 2025*, and attached exhibits (the "**Stout Report**")[2] | | | |
| 13 | *Real Property Expert Report of S. Parkerson McEnery of The McEnery Company, dated September 4, 2025*, and attached exhibits (the "**McEnery Report**") | | | |
| 14 | *Expert Report of Christopher G. Linscott, CPA, CFE, CIRA, of Keegan Linscott & Associates, PC, dated September 4, 2025*, and attached exhibits (the "**Linscott Report**") | | | |
| 15 | *Purchase Agreement*, dated as of September 3, 2025, as amended by the *Amendment to Purchase Agreement*, dated as of October 31, 2025 (the "**CHI Purchase Agreement**"), by and between the Selling Parties and Tredway Acquisitions LLC | | | |
| 16 | *Letter*, dated September 12, 2025, Regarding Christopher Homes Portfolio Sale (the "**CHI Letter**") | | | |

---

[2] Exhibit 8 to the attached version of the Stout Report has been redacted to remove certain personally identifiable information. The Plan Proponents have agreed that the "Confidential" designation can be removed from the redacted version of the Stout Report. Upon request of the Court, the Plan Proponents will submit an unredacted copy of the Stout Report for *in camera* inspection.

4

| | | | | |
|---|---|---|---|---|
| 17 | *Complaint for Damages*, [ECF No. 1], filed on 08/01/21 in *Lousteau v. Congregation of Holy Cross S. Province, Inc.*, No. 21-01457 (E.D. La.) (the "**Lousteau Complaint**") | | | |
| 18 | *Amended Judgment*, [ECF No. 171], entered on 08/21/25 in *Lousteau v. Congregation of Holy Cross S. Province, Inc.*, No. 21-01457 (E.D. La.) (the "**Lousteau Judgment**") | | | |
| 19 | *Trust Indenture*, dated as of April 1, 2017 (the "**Bond Indenture**"), by and between the Louisiana Public Facilities Authority, a public trust and public corporation of the State of Louisiana (the "**LPFA**"), and the Bond Trustee | | | |
| 20 | *Loan Agreement*, dated as of April 1, 2017 (the "**Loan Agreement**"), by and between the LPFA and the Archdiocese | | | |
| 21 | *Official Statement*, dated March 8, 2017, Regarding the Louisiana Public Facilities Authority Refunding Revenue Bonds (Archdiocese of New Orleans Project) Series 2017 | | | |
| | Any document listed by any other party | | | |
| | Any evidence needed for impeachment | | | |

## **RESERVATION OF RIGHTS**

The Plan Proponents reserve any and all rights to amend or supplement the foregoing Witness and Exhibit List.

Dated: November 4, 2025

| | |
|---|---|
| */s/ Samantha A. Oppenheim*_____ <br> JONES WALKER LLP <br> R. Patrick Vance (#13008) <br> Elizabeth J. Futrell (#05863) <br> Mark A. Mintz (#31878) <br> Samantha A. Oppenheim (#38364) <br> 201 St. Charles Avenue, 51st Floor <br> New Orleans, LA 70170 <br> Telephone: (504) 582-8000 <br> Facsimile: (504) 589-8260 <br> Email: pvance@joneswalker.com <br> efutrell@joneswalker.com <br> mmintz@joneswalker.com <br> soppenheim@joneswalker.com <br><br> **ATTORNEYS FOR THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** <br><br> */s/ Douglas S. Draper*_____ <br> HELLER, DRAPER, & HORN, L.L.C. <br> Douglas S. Draper <br> Greta S. Brouphy <br> Michael E. Landis <br> 650 Poydras Street, Suite 2500 <br> New Orleans, Louisiana 70130 <br> Telephone: 504-299-3300 <br> Facsimile: 504-299-3399 <br> E-mail: ddraper@hellerdraper.com <br> gbrouphy@hellerdraper.com <br> mlandis@hellerdraper.com <br><br> **ATTORNEYS FOR THE ADDITIONAL DEBTORS** | */s/ James S. Stang*_____ <br> PACHULSKI STANG ZIEHL & JONES LLP <br> James I. Stang (CA Bar 94435) (pro hac vice) <br> Iain A.W. Nasatir (CA Bar 148977) (pro hac vice) <br> Andrew W. Caine (CA Bar 110345) (pro hac vice) <br> Karen B. Dine (NY Bar 2625366) (pro hac vice) <br> 10100 Santa Monica Blvd., Ste. 1300 <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br> Email: jstang@pszjlaw.com <br> inasatir@pszjlaw.com <br> acaine@pszjlaw.com <br> kdine@pszjlaw.com <br><br> */s/ Bradley C. Knapp*_____ <br> TROUTMAN PEPPER LOCKE LLP <br> Omer F. Kuebel, III (La #21682) <br> Bradley C. Knapp (La #35867) <br> 601 Poydras Street, Suite 2660 <br> New Orleans, Louisiana 70130-6036 <br> Telephone: (504) 558-5210 <br> Facsimile: (504) 910-6847 <br> Email: rick.kuebel@troutman.com <br> brad.knapp@troutman.com <br><br> TROUTMAN PEPPER LOCKE LLP <br> W. Steven Bryant (TX Bar No. 2427413) <br> 300 Colorado Street, Ste. 2100 <br> Austin, Texas 78701 <br> Telephone: (512) 305-4726 <br> Facsimile: (512) 305-4800 <br> Email: steven.bryant@troutman.com <br><br> **ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing is being served (a) on November 4, 2025 by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**"). DRC shall file a certificate of service to that effect once service is complete.

                                                */s/ Samantha A. Oppenheim*
                                                Samantha A. Oppenheim